## Exhibit A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
J & M SALES INC.,                                           :   Case No. 18 – 11801 (    )
                                                            :
         Debtor.                                            :
                                                            :
                                                            :
----------------------------------------------------------- x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
NATIONAL STORES, INC.,                                      :   Case No. 18 – 11802 (    )
                                                            :
         Debtor.                                            :
                                                            :
                                                            :
----------------------------------------------------------- x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
J&M SALES OF TEXAS, LLC,                                    :   Case No. 18 – 11803 (    )
                                                            :
         Debtor.                                            :
                                                            :
                                                            :
----------------------------------------------------------- x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
FP STORES, INC.,                                            :   Case No. 18 – 11804 (    )
                                                            :
         Debtor.                                            :
                                                            :
                                                            :
----------------------------------------------------------- x

```
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
SOUTHERN ISLAND STORES, LLC,                       :   Case No. 18 – 11805 (    )
                                                   :
        Debtor.                                    :
                                                   :
                                                   :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
SOUTHERN ISLAND RETAIL STORES                      :   Case No. 18 – 11806 (    )
LLC,                                               :
                                                   :
        Debtor.                                    :
                                                   :
                                                   :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
CARIBBEAN ISLAND STORES, LLC,                      :   Case No. 18 – 11807 (    )
                                                   :
        Debtor.                                    :
                                                   :
                                                   :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
PAZZO FNB CORP.,                                   :   Case No. 18 – 11808 (    )
                                                   :
        Debtor.                                    :
                                                   :
                                                   :
-------------------------------------------------- x
```

```
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
FALLAS STORES HOLDINGS, INC.,                           :   Case No. 18 – 11809 (    )
                                                        :
        Debtor.                                         :
                                                        :
                                                        :
                                                        :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
PAZZO MANAGEMENT LLC,                                   :   Case No. 18 – 11810 (    )
                                                        :
        Debtor.                                         :
                                                        :
                                                        :
------------------------------------------------------- x
```

### ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon the motion (the "**Motion**")[1] of J & M Sales Inc. and its affiliated debtors, as debtors and debtors in possession (collectively, the "**Debtors**"), for an order directing joint administration of their Chapter 11 Cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), as more fully set forth in the Motion; and upon consideration of the Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3

consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing on the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of Debtors and their respective estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted, as set forth herein.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 18-11801 (   ).

3. Nothing contained in this order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases.

*[Remainder of Page Intentionally Left Blank]*

4. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| **J & M SALES INC.,** *et al.*, | : | **Case No. 18-11801 (___)** |
| Debtors.[1] | : | **Jointly Administered** |

---

[1] Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

5. A docket entry shall be made in each of the above-captioned cases (except the Chapter 11 case of J & M Sales Inc.) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 case of [name of applicable Debtor and corresponding case number]. The docket in the Chapter 11 case of J &M Sales Inc., Case No. 18-11801 (    ), should be consulted for all matters affecting this case.

6. Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____, 2018
      Wilmington, Delaware

 

_____
UNITED STATES BANKRUPTCY JUDGE