# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| J & M SALES INC., *et al.*, | ) Case No. 18-11801 (LSS) |
| Debtors.[1] | ) Joint Administration Requested |

## NOTICE OF FILING OF AMENDED CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

**PLEASE TAKE NOTICE** that August 6, 2018, J & M Sales Inc., and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession ("**Debtors**"), each filed a voluntary petition (the "**Petition**") for relief under chapter 11 of title 11 of the United States Code with the Clerk of the United States Bankruptcy Court for the District of Delaware. Attached to each Petition was a Consolidated List of Creditors who have the 30 Largest Unsecured Claims. The Debtors hereby file the attached Amended Consolidated List of Creditors who have the 30 Largest Unsecured Claims.

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

| | |
|---|---|
| Dated: August 6, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Richard M. Pachulski (admitted *pro hac*)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>rpachulski@pszjlaw.com<br>pkeane@pszjlaw.com<br><br>-and-<br><br>KATTEN MUCHIN ROSENMAN LLP<br>William Freeman (admitted *pro hac*)<br>Karen Dine (admitted *pro hac*)<br>Jerry Hall (admitted *pro hac*)<br>575 Madison Avenue<br>New York, NY10022<br>Telephone: (202) 940-8800<br>Facsimile: (202) 940-8776<br>bill.freeman@kattenlaw.com<br>karen.dine@kattenlaw.com<br>jerry.hall@kattenlaw.com<br><br>*Proposed Attorneys for Debtors*<br>*and Debtors in Possession* |

2

**Fill in this information to identify the case:**

Debtor name    J & M Sales Inc., *et al.*

United States Bankruptcy Court for the  District of Delaware

Case number (if known):    18-11801 (LSS) (Joint Administration Requested)

 Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders    12/15

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Armouth International Inc. | 18 W 33RD STREET 5TH FL<br>NEW YORK, NY 10001<br>Attn: Charles Armouth Levy<br>Email: charlie@armouth.com<br>P: (212) 695-7700 | Trade | | | | $15,639,826.10 |
| 2 | One Step Up Ltd. | 1412 BROADWAY 3RD FL<br>NEW YORK, NY 10018<br>Attn: Harry Adjmi<br>Email: hadjmi@onestepup.com<br>P: (212) 398-1110 | Trade | | | | $10,328,228.69 |
| 3 | Louise Paris Ltd. | 1350 BROADWAY<br>NEW YORK, NY 10018<br>Attn: Abert Barnathan and Solomon Barnathan<br>Email: abarnathan@aol.com; solomon@louiseparis.com<br>P: (212) 354-5411 | Trade | | | | $3,979,895.16 |
| 4 | Seven Apparel | 347 5th AVENUE #201<br>NEW YORK, NY 10016<br>Attn: Issac Kassin<br>Email: isaacm@nptrd.com<br>P: (212) 481-4844 ext. 211 | Trade | | | | $3,905,520.10 |
| 5 | Multitex Limited | 918 CHEUNG SHA WAN RD.<br>9/F ANGEL TOWER<br>KOWLOON, HONG KONG<br>Attn: Vijay Mohinani<br>Email: vijay@masonglobal.com | Trade | | | | $3,836,825.60 |
| 6 | Allura Imports | 1407 Broadway<br>Suite 401<br>New York, NY 10018<br>Attn: Ness Shalom<br>Email: ness@alluraimports.com<br>P: (212) 643-8096 | Trade | | | | $3,478,953.44 |
| 7 | China Fortune LLC | 401 C OLD MILL ROAD<br>CARTERSVILLE, GA 30120<br>Attn: Christina Yang<br>Email: Christina.yang@chinafortunellc.com | Trade | | | | $3,462,719.51 |
| 8 | J.B. Hunt Transport Inc. | FILE 98545<br>LOS ANGELES, CA 90074-8545<br>Attn: Mena Botros<br>Email: mena.botros@jbhunt.com<br>P: (973) 325-6045 | Trade | | | | $3,441,717.91 |

Debtor  J & M Sales Inc., *et al.*        Case number (*if known*)  18-11801 (LSS) (Joint Administration Requested)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Children's Apparel Network (Trend) | 77 SOUTH FIRST STREET ELIZABETH, NJ 07206-1501 Attn: Nathan Shalom Email: nathan@childapp.com P: (212) 244-6023 | Trade | | | | $3,371,271.86 |
| 10 | Trendset Originals LLC | 1407 BROADWAY, 5TH FLOOR NEW YORK, NY 10018 Attn: Albert Chehebar and JJ Gabay Email: Albertc@skiva.com; jj@skiva.com P: (212) 736-9520 | Trade | | | | $3,036,247.40 |
| 11 | Ascendance Apparels LLC | 2600 W OLIVE AVE BURBANK, CA 91505 Attn: Mahesh Harwani and Lokesh Harwani Email: maheshh@ascendanceapparels.com; lokeshh@asianmarl.tw | Trade | | | | $2,754,802.20 |
| 12 | Oceanic Trading Company | 1006 ELEVENTH AVENUE NEPTUNE, NJ 07753-5174 Attn: Neil Saada Email: neil@oceanictradingco.com P: (800) 942-2139 | Trade | | | | $2,748,006.94 |
| 13 | Lorency & Co. | 1384 BROADWAY, SUITE 801 NEW YORK, NY 10018 Attn: Sonny Kafif Email: sonny@lorency.com P: (212) 868-1380 | Trade | | | | $2,586,249.09 |
| 14 | Basicline Inter Ltd. | RAMA IMPEX, INC. 7664 SAN FERNANDO ROAD UNIT 11 SUN VALLEY, CA 91352 Attn: Rajesh Mirpuri Email: rashesh@basicline.com.hk P: +011 (852) 3552-5500 | Trade | | | | $2,486,082.78 |
| 15 | S & L Home Fashions | 5601 DOWNEY RD. VERNON, CA 90058 Attn: Bhart Manwani Email: bmanwani@slhomefashions.com P: (323) 587-0800 | Trade | | | | $2,442,896.20 |
| 16 | Fishman & Tobin Inc. | 4000 CHEMICAL ROAD SUITE 500 PLYMOUTH MEETING, PA 19462-1708 Attn: Steven Pinkow Email: stevenpinkow@globalgrandsgroup.com P: (646) 745-3559 | Trade | | | | $2,430,085.49 |
| 17 | Metro Exports | 206-208 NEW EAST OCEAN CENTRE 9 SCIENCE MUSEUM ROAD T.S.T., KOWLOON Attn: Pishu Mirani Email: pishu@metroexp.com | Trade | | | | $2,313,864.42 |
| 18 | Bhama International Inc. | 7764 SAN FERNANDO ROAD UNIT 11 SUN VALLEY, CA 91352 Attn: Rajesh Mirpuri Email: rajesh@basicline.com.hk P: +011 (852) 3552-5500 | Trade | | | | $2,265,797.46 |

Debtor  J & M Sales Inc., *et al.*          Case number (*if known*)  18-11801 (LSS) (Joint Administration Requested)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | Julius Young Hosiery Inc. | 38-60 BLANCHARD STREET NEWARK, NJ 07105-4702 Attn: Joseph Hirsch Email: Joseph@juliusyoung.com P: (212) 594-1683 | Trade | | | | $2,226,809.42 |
| 20 | Kidz Concepts | 1412 BROADWAY, 3RD FL NEW YORK, NY 10018 Attn: Harry Adjmi Email: hajmi@onestepup.com P: (212) 398-1110 | Trade | | | | $2,218,451.02 |
| 21 | Tuff Cookies | 112 WEST 34TH STREET NEW YORK, NY 10001 Attn: Saul Kredi Email: Saul@tuffcookies.com P: (212) 967-4430 | Trade | | | | $2,202,067.14 |
| 22 | 3 WEIII Trading Company Limited | FLAT A2,10/F,BLOCK A PROFISIENT INDUSTRIAL CENTRE 6 WANG KWUN ROAD KOWLOON BAY Attn: Lester Jang Email: lesterjang@yahoo.com P: +011 (852) 6028-3711 | Trade | | | | $1,980,542.85 |
| 23 | PEM-American (H.K.) Company Limited | FLAT 1907,19TH FLOOR GREAT EAGLE CENTRE 23 HARBOUR ROAD WANCHAI Attn: Wang Ji Email: pemam314@outlook.com P: (516) 713-7925 | Trade | | | | $1,862,850.08 |
| 24 | Four Seasons Apparel Inc. | 16180 ORNELAS ST IRWINDALE, CA 91706 Attn: Ali Safawi and Lydia Coronado Email: asafawi@fourseasonsapparel.net ; lcoronado@fourseasonsapparel.net P: (626) 334-4446 ext. 204 | Trade | | | | $1,802,885.00 |
| 25 | North Point Trading Inc. | 347 5TH AVENUE, 2ND FL NEW YORK, NY 10016 Attn: Daniel Srour Email: daneilj@nptrd.com P: (212) 481-4844 ext. 211 | Trade | | | | $1,310,505.65 |
| 26 | Global Accessories Manufacturing Co. | FLAT A1 10/F BLOCK A PROFECIENT NO. 6 KOWLOON BAY Attn: Lester Jang lesterjang@yahoo.com P: +011 (852) 6028-3711 | Trade | | | | $1,268,417.43 |
| 27 | Ridhi Sidhi Enterprises LLC | 262 W 38TH STREET SUITE #506 NEW YORK, NY 10018 Attn: Rajesh Email: ridhisidhi402@gmail.com P: (571) 277-3231 | Trade | | | | $1,256,009.73 |
| 28 | American Retro | 2601 SEQUOIA DR. SOUTH GATE, CA 90280 Attn: Tony Paz Email: tony@caoffprice.com P: (213) 591-0855 | Trade | | | | $1,218,518.64 |

Debtor   J & M Sales Inc., *et al.*       Case number (*if known*) 18-11801 (LSS) (Joint Administration Requested)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29 | Hot Chocolate, Inc. | 1100 WEST WALNUT ST. COMPTON, CA 90220<br>Attn: John Dovoudzadeh<br>Email: hotchocolateinc@yahoo.com<br>P: (323) 233-6500 | Trade | | | | $1,161,940.25 |
| 30 | Estex Home Fashions/Dynamite Dec | 1019 EAST 46TH STREET BROOKLYN, NY 11203-6515<br>Attn: Jack Imir<br>Email: jack@estexhome.com<br>P: (212) 532-5005 | Trade | | | | $1,103,274.96 |