# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br>J & M Sales Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 1:18-bk-11801-LSS<br>(Jointly Administered)<br>Hearing Date: August 28, 2018<br>Hearing Time: 10:00 a.m. (ET)<br>**Relates to Docket Nos. 16 and 89** |

**OBJECTION TO DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO ASSUME THE CONSULTING AGREEMENT, (II) AUTHORIZING AND APPROVING THE CONDUCT OF STORE CLOSING SALE, WITH SUCH SALES TO BE FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES, AND (III) GRANTING RELATED RELIEF**

Maricopa County Treasurer ("MCT"), by and through its undersigned counsel, hereby submits this objection (the "Objection") to *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sale, With Such Sales to be Free and Clear of All Liens, Claims, and Encumbrances, and (III) Granting Related Relief* [Docket No. 16] (the "Motion"). In support of the Objection, MCT respectfully represents as follows:

**PRELIMINARY STATEMENT**

MCT provides notice that it claims perfected statutory liens, in accordance with A.R.S. §§ 42-17153 and 42-19106, on all of the Debtor's personal property located in Maricopa County.  MCT objects to the Motion as it fails to provide for payment of the 2018 personal property taxes.

## BACKGROUND

**Personal Property Taxes:**

MCT will file its secured Proof of Claim for the 2018 personal property taxes once the 2018 taxes are liquidated in amount on or around September 1, 2018. Interest will accrue at the statutory rate of 16% per annum until paid in full, if the taxes are not timely paid. *See* 11 U.S.C. § 511 and A.R.S. § 42-18053. The tax liens attached on January 1, 2018. A.R.S. § 42-17153. Further, the tax liens are "prior and superior to any other liens of every kind and description regardless of when another lien attached" and the liens "shall not be discharged until the taxes are paid or the title to the property vests in a purchaser of the property for taxes." A.R.S. § 42-19106[1].

According to the Store List attached to the Interim Order (DE 89), the only store in Maricopa County currently included in the Motion is Store #415 located at 4003 E. Indian School Road, Phoenix, AZ. The tax parcel related to this location is 993-65-970 and the estimated amount due for the 2018 tax is $4,388.66, but this amount may change depending on the information provided to the Assessor.

## OBJECTION

MCT objects to the sale of the furniture, fixtures and equipment ("FF&E"), because the Motion fails to provide for payment of the personal property taxes, including any interest, from the sale proceeds of the FF&E related to the closing store(s) in Maricopa County. The Motion seeks authorization for the Agent to sell the FF&E at each closing location. Alternatively, the FF&E may be moved to another store location or abandoned. The affirmative duties of the Merchant include paying all taxes relating to the Stores and collecting all sales taxes and paying them to the appropriate taxing

---

[1] See also A.R.S. § 42-17153.

authorities, but the Motion fails to provide for payment of the personal property taxes or is unclear as to who will pay the taxes. The Letter Agreement Governing Inventory Disposition (the "Agreement") dated August 5, 2018 between the Agent and Merchant/Debtor provides that the Merchant shall be responsible for all reasonable costs and expenses incurred by Agent in connection with the sale of the FF&E. Further, the Agent is required to remit to Merchant all gross proceeds from the sale of FF&E on a weekly basis and Agent's fees and all FF&E costs and expenses then incurred shall be paid within seven (7) days after each such weekly reconciliation. See Agreement, Section "J". MCT requests that the personal property taxes on any of the Closing Stores in Maricopa County be paid in full, including interest, from the sale proceeds within seven (7) days from the sale of the property or no later than seven (7) days after the sale termination date.

Arizona law provides that "Each item of property in an assessment is liable for the taxes on all items of personal property in the same assessment." A.R.S. § 42-15059. In addition, Arizona law provides that "If the tax has not been paid on property sold at judicial sale, or sold by an executor, administrator, guardian or trustee, the person making the sale shall pay the taxes, penalties and costs from the proceeds of the sale." A.R.S. § 42-18059.  Arizona law further provides that "It is unlawful for the owner, a lienholder, a conditional vendor or any other person to knowingly sell or transfer personal property or remove it from its location until the taxes on the property are paid." *See* A.R.S. § 42-19107.

Accordingly, the tax liens are not discharged and the personal property cannot be sold, transferred, or removed from its location until the taxes and any interest is paid in full.  The county is entitled to have its tax liens on the property paid from the sale of

which the funds were derived. *Brans v. City of Dallas, Texas*, 217 F.2d 640, 641 (5th Cir.1954).

MCT requests that Debtors provide notice to MCT of any abandonment of property including a list and/or description of the property abandoned. Any property that is abandoned remains subject to the tax liens.

WHEREFORE, Maricopa County objects to the Motion and the sale, transfer or removal of the FF&E relating to parcel 993-65-970 and any other personal property relating to Stores in Maricopa County that may subsequently be included in this Motion, unless the sale order provides that (i) the 2018 personal property taxes will be paid in full, including any statutory interest, within seven (7) days of the sale, transfer or removal of the property, OR no later than seven (7) days after the applicable sale termination date, and (ii) the tax liens remain on the property until the taxes and any interest are paid in full.

Dated**:** August 13, 2018.

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

/s/ Peter Muthig
PETER MUTHIG (AZ State Bar #018526)
Deputy County Attorney
CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona  85004-2206
Telephone (602) 506-1735
Fax: (602) 506-8567
*Attorney for Maricopa County Treasurer*

## CERTIFICATE OF SERVICE

I, Peter Muthig, hereby certify that, on August 13, 2018, I caused a copy of the foregoing document to be served upon the parties below in the manner indicated.

**U.S. MAIL & ELECTRONIC MAIL**

Richard L. Schepacarter
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Ste. 2207
Lockbox #35
Wilmington, DE 19801
Email: richard.schepacarter@usdoj.gov

Peter J. Keane
Richard M. Pachulski
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
Email: pkeane@pszjlaw.com
Email: rpachulski@pszjlaw.com
*Attorneys for Debtors*

William B. Freeman
Karen B. Dine
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
Email: bill.freeman@kattenlaw.com
Email: karen.dine@kattenlaw.com
*Attorneys for Debtors*

Kevin J. Simard
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
Email: ksimard@choate.com
*Counsel to Encina Business Credit, LLC*

Jason DelMonico
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, MA 02116
Email: Jason.DelMonico@hklaw.com
*Counsel to Gordon Brothers Finance Company*

/ / /

| | |
|---|---|
| 1 | Daniel Fiorillo |
|  | Otterbourg P.C. |
| 2 | 230 Park Avenue |
|  | New York, NY 10169 |
|  | Email: dfiorillo@otterbourg.com |
| 3 | *Counsel for Israel Discount Bank of New York* |
| 4 | Ian Fredericks |
|  | 5 Revere Drive, Suite 206 |
| 5 | Northbrook, IL |
|  | Email: ifredericks@hilcoglobal.com |
|  | *Counsel to Hilco Merchant Resources* |
| 6 | |
| 7 | |
|  | /s/ Peter Muthig |
| 8 | Peter Muthig (AZ Bar No. 018526) |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |