Paul R. Rosenbaum, CBN 167299
**ROSENBAUM & ASSOCIATES**
3580 Wilshire Blvd., Ste. 1260
Los Angeles, CA 90010
Telephone: (323) 900-0500
Facsimile: (323) 686-5371
Email: paul@prrlawyers.com

Attorneys for Creditors
Kram Construction Co., a California corporation,
Kormag Construction Co., a California corporation

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re | Chapter 11 |
|---|---|
| J & M Sales Inc., et al., | Case No.: 18-11801-LSS |
| Debtor. | |

LIMITED OBJECTION OF KRAM CONSTRUCTION CO., A CALIFORNIA CORPORATION AND KORMAG CONSTRUCTION CO., A CALIFORNIA CORPORATION, TO DEBTORS MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105,361,362,363,364 AND 507 OF THE FED. R. BANKR. P. 2002,4002 AND 9014 (I) AUTHORIZING DEBTORS AND DEBTORS IN POSSESSION TO OBTAIN POST PETITION FINANCING, (II) AUTHORIZING USE OF CASH OLLATERAL, (III) GRANTING LIENS AND SUPER PRIORITY CLAIMS (IV) GRANTING ADEQUATE PROTECTION TO PREPETITION LENDERS, (V) MODIFYING THE AUTOMATIC STAY, (VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF

Comes now Kram Construction Co., a California corporation and Kormag Construction Co., a California corporation (collectively "Objecting Landlords") and files this Limited Objection to Debtors Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105,361,362,363,364 AND 507 of the Fed. R. Bankr. P. 2002, 4002 and 9014 (I) Authorizing Use of Cash Collateral and in furtherance there of states as follows.

1. Debtors filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code on August 6, 2018. (the "Petition Date".) The Debtors continue to

operate their business and manage their properties as debtors-in-possession pursuant to 11 U.S.C.§§ 1107(a) and 1108.

2. The Debtors lease non-residential real property from the Objecting Landlords, in Porterville, CA. The leases "of real property in a shopping center" as that term is used in Section 365(b)(3). *SeLimite* In re Joshua Slocum, Ltd., 922 F.2d 1081, 1086-87 (3d Cir. 1990).

3. The Objecting Landlords respectfully request that the Final DIP Order must include a budget to pay both stub rent and all other post- petition administrative obligations to Objecting Landlords as they come due. Objecting Landlords cannot be compelled to finance this case and cannot be placed in a position more onerous than other administrative claimants while Objecting Landlords' assets continue to accrue to the benefit of the Debtors. Furthermore, any DIP order cannot contain Section 503 waivers while imposing the risks of administrative insolvency on Objecting Landlords. Case 18-11801-LSS Doc 308 Filed 08/30/18 Page 2 of 3 {00197477-2} 3

4. Objecting Landlords join in the objections of any other similarly situated shopping center lessors.

Wherefore, Kram Construction Co., a California corporation and Kormag Construction Co., a California corporation pray that this Honorable Court deny Debtors Motion for Entry of Final Orders Pursuant to 11 U.S.C. §§105,361,362,363,364 AND 507 of the Fed. R. Bankr. P.

2002,4002 and 9014 (I) Authorizing Use of Cash Collateral unless and until the stub rent, and all other post-petition obligations that are due or come due to Objecting Landlords, are fully budgeted for and for such other and further relief as is just and equitable.

DATED: September 4, 2018     Respectfully submitted,

ROSENBAUM & ASSOCIATES

*/s/ Paul Rosenbaum*
PAUL R. ROSENBAUM,
Attorney for Creditor
Kram Construction Co., a California corporation and
Kormag Construction Co., a California corporation

# CERTIFICATE OF SERVICE

I, Paul R. Rosenbaum, hereby certify that on September __, 2018, I caused a true and correct copy of the foregoing document to be served on the parties listed below in the manner indicated and all other parties registered for electronic service vis CM/ECF.

_____<br>
PAUL R. ROSENBAUM (CBN 167299)