## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re:** | ) |
| **J & M SALES INC.,** *et al.,* | ) **Chapter 11** |
| Debtors.[1] | ) **Case No. 18-11801 (LSS)** |
|  | ) **Jointly Administered** |
|  | ) |
|  | ) |
|  | ) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

J&M Sales, Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases, (the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

Curt Kroll has signed each set of the Schedules and Statements. Mr. Kroll serves as the Chief Restructuring Officer of each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Kroll has necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Given the scale of the Debtors' business and the number of stores covered by the Schedules and Statements, Mr. Kroll has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law.  In no event shall the Debtors or their officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their officers, employees, agents, attorneys, or their professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1. **Description of Cases**.  On August 6, 2018, (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On August 7, 2018, an order was entered directing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 73]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2. **Global Notes Control**.  These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof.  In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.  Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

DOCS_SF:97704.5 59942/002

a.    **No Admission**.  Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

b.    **Recharacterization**.  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c.    **Classifications**.  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

d.    **Claims Description**.   Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by any of the Debtors.  The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.    **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the Petition Date, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

f.    **Intellectual Property Rights**.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not

3

be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g.    **Insiders**.  The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

In the circumstance where the Schedules and Statements require information regarding "insiders", the Debtors have included information with respect to the individuals who the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Specifically, the Debtors have listed payment information of their Chief Executive Officer, Chief Financial Officer, Directors, and former executives who received payments from the Debtors within one year of the Petition Date.  The Debtors employ other individuals that have officer titles, but the Debtors do not believe that such officers qualify as insiders within the meaning of the Bankruptcy Code.

4.    **<u>Methodology</u>**.

a.    **Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("<u>GAAP</u>"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis except as noted on the applicable Schedules/Statements or herein.

b.    **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities and prepetition payments once.

4

c.   **Net Book Value**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect estimates of net book values as of the Petition Date.  Market values may vary, at some times materially, from net book values.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain the current market values of all their property.  Accordingly, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined.  Amounts ultimately realized may vary materially from net book value (or whatever value was ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement or adjust the asset values set forth herein.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.

d.   **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are listed in the Schedules and Statements.   Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.  The Debtors' inventory is tracked by department and by store, but not by both.  Thus, the inventory amounts set forth in the Schedules and Statements are gross inventory amounts on a Debtor by Debtor basis based upon store inventory allocations as well as a consolidated detail listing of inventory by department that is attached to the Schedules of all operating Debtors.  Inventory is counted on a staggered basis and done annually, by a third party, RGIS.  The Debtors have closing inventory amounts by Debtor as of July 2018.  The Debtors do not have amounts for prior year inventories as they calculate inventory loss as opposed to inventory count and estimate the amount based on the prior year.

e.   **Consolidated Accounts Payable and Disbursements System**.  The Debtors use a centralized cash management system to streamline collection, transfer and disbursement of funds generated by the Debtors' business operations.  The cash management system is operated and maintained by the Debtors' employees.

f.   **Allocation of Liabilities**.  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

g.   **Undetermined Amounts**.  The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

h.      **Unliquidated Amounts**.  Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated" or "unknown."

i.      **Totals**.   All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

j.      **Paid Claims**.  The Debtors have authority to pay certain outstanding prepetition payables pursuant to bankruptcy or other court order; as such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition payables.  Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements with the exception that liabilities with respect to the Debtors' prepetition vendors may be listed at the amount outstanding as of the Petition Date, regardless of whether such claims have been settled and paid postpetition in accordance with any of the "first day" orders entered by the Bankruptcy Court authorizing the payment of prepetition claims.  To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

k.      **Intercompany Claims**.  Receivables and payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' books and records.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.

l.      **Guarantees and Other Secondary Liability Claims**.  The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedule G with respect to leases and Schedule D with respect to credit agreements for the affected Debtor or Debtors.  The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their review of their books and records and contractual agreements.  The Debtors reserve their rights to amend the Schedules and Statements if additional guarantees are identified.

m.      **Excluded Assets and Liabilities**.   The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred revenue accounts; and certain accrued

liabilities including, but not limited to, accrued salaries and employee benefits. Other immaterial assets and liabilities may also have been excluded.

n.    **Liens**.  The inventories, property and equipment listed in the Schedules and Statements are presented without consideration of any liens.

o.    **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

p.    **Setoffs**.  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between Debtors and their customers and/or suppliers.  These normal, ordinary course setoffs and nettings are common to the retail industry.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.    **Specific Schedules Disclosures**.

a.    **Schedule A/B, Parts 1 and 2 - Cash and Cash Equivalents; Deposits and Prepayments**.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Motion of Debtors for Interim and Final Orders (I) Authorizing (A) Continuation of Existing Cash Management System, (B) Maintenance of Existing Business Forms and Bank Accounts, (C) Continuation of Intercompany Transactions, and (D) Payment of Related Prepetition Obligations Pursuant to Sections 105(a), 363(b), and 363(c) of Bankruptcy Code and Bankruptcy Rules 6003 and 6004 and (II) Waiving Requirements of Section 345(b) of Bankruptcy Code* [Docket Nos 7] (the "Cash Management Motion") and any orders of the Bankruptcy Court granting the Cash Management Motion.  As described therein, the Debtors utilize a centralized cash management system.

Additionally, the Bankruptcy Court, pursuant to the *Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service* [Docket No. 86] (the "Interim Utility Order"), has authorized the Debtors to provide adequate assurance of payment for future utility services.  Such deposits pursuant to the Utility Order are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.  Certain utilities may hold deposits separate and apart from the Interim Utility Order.

b.     **Schedule A/B, Part 4 - Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** Ownership interests in subsidiaries have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.

c.     **Schedule A/B, Part 7 - Office Furniture, Fixtures, and Equipment; and Collectibles**. Dollar amounts are presented net of accumulated depreciation and other adjustments.

d.     **Schedule A/B, Part 11 - All Other Assets**. Dollar amounts are presented net of impairments and other adjustments.

Additionally, the Debtors may receive refunds, income tax refunds or other sales tax refunds at various times throughout their fiscal year. As of the Petition Date, however, certain of these amounts are unknown to the Debtors, and accordingly, may not be listed in Schedule A/B.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.*** In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, or refunds with their customers and suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

e.     **Schedule D - Creditors Who Have Claims Secured by Property**. Except as otherwise agreed pursuant to the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (I) Granting Expedited Relief, (II) Approving Postpetition Financing, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Authorizing Use of Cash Collateral, (V) Granting Adequate Protection, (VI) Modifying Automatic Stay, and (VII) Granting Related Relief* [Docket No. 93], or other stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and

DOCS_SF:97704.5 59942/002

priority of any liens.  In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the secured facilities, only the administrative agents have been listed for purposes of Schedule D.

f.    **Schedule E/F - Creditors Who Have Unsecured Claims.**

*Part 1 - Creditors with Priority Unsecured Claims*.  Pursuant to the *Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Assessments and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers Pursuant to Sections 105(a), 363(b), 507(a), and 541 of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004* [Docket Nos. 85 and 283] (the "Taxes Order"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid pursuant to the Taxes Order may still be listed in Schedule E. The Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

Furthermore, pursuant to the *Interim and Final Orders (I) Authorizing, But Not Directing, Debtors to (A) Pay Certain Accrued Prepetition Wages, (B) Permit Employees to Use Accrued Prepetition Vacation Time, (C) Pay Employees' Prepetition Reimbursable Business Expenses, (D) Make Accrued Prepetition Contributions to Employee Benefit Plan, and (E) Continue Employee Benefit Plan Post-Petition; (II) Authorizing, But not Directing, The Release of Withheld Taxes and Employee Contributions, and (III) Authorizing Related Relief* [Docket Nos 80 and 274] (the "Wage Order"), the Debtors received interim authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business. The Debtors believe that any non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such satisfied amounts are not listed. The amounts listed on Schedule E/F Part 1 are for accrued vacation and PTO that have not been paid pursuant to the Wage Order.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

*Part 2 - Creditors with Nonpriority Unsecured Claims*.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The

Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2 reflects liabilities based on the Debtors' books and records.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

As of the time of filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if as they receive such invoices.

There are 96 legal actions to which one or more Debtors are parties. Multiple Debtors are often listed as defendants to these legal actions. The Debtors have included the entire list of legal actions on Schedule E/F Part 2 for each Debtor.

g.   **Schedule G - Executory Contracts and Unexpired Leases**. While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of

10

their business, such as supplemental agreements, amendments, and letter
agreement, which documents may not be set forth in Schedule G.

Certain of the agreements listed on Schedule G may have expired or terminated
pursuant to their terms, but are listed on Schedule G in an abundance of caution.

The Debtors reserve all rights to dispute or challenge the characterization of any
transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in
Schedule G.  Multiple listings, if any, reflect distinct agreements between the
applicable Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the
Debtors as to the validity of any such contract.  The Debtors reserve the right to
dispute the effectiveness of any such contract listed on Schedule G or to amend
Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an
admission that such omitted contract or agreement is not an executory contract or
unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to
any such omitted contracts or agreements are not impaired by the omission.
Certain Debtors are guarantors and parties to guaranty agreements regarding the
Debtors' prepetition credit facility.  The guaranty obligations arising under these
agreements are reflected on Schedule H only.

h.   **Schedule H - Co-Debtors**.  For purposes of Schedule H, only the agent under the
prepetition credit facility or counterparties that are subject to a guaranty are listed
as Co-Debtors on Schedule H.

6.   **Specific Statements Disclosures.**

a.   **Statements, Part 2, Questions 3 and 4 - Payments to Certain Creditors**.  Prior
to the Petition Date, the Debtors maintained a centralized cash management
system.  Consequently, all payments to insiders listed in response to Question 4
on each of the Debtors' Statements reflect payments made on a consolidated basis
pursuant to the Debtors' cash management system described in the Cash
Management Motion.  In addition, for the sake of completeness and out of an
abundance of caution, the Debtors have listed all transfers made during the 90-day
and 1 year period in their responses to Question3 and 4.

b.   **Statements, Part 2, Question 6 - Setoffs**.  For a discussion of setoffs and
nettings incurred by the Debtors, refer to paragraph 4(p) of these Global Notes.

c.   **Statements, Part 6, Question 11 - Payments Related to Bankruptcy**.  Question
11 on all Statements reflects payments to professionals made on a consolidated
basis.

d.      **Statements, Part 13, Question 26 - Books, Records, and Financial Statements**. The Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors, with financial statements that may not be part of a public filing.  The Debtors do not maintain complete lists or other records tracking such disclosures.  Therefore, the Debtors have not provided full lists of these parties in their responses to Statement Question 26.

e.      **Statements, Part 13, Question 27 - Inventories**.  As noted earlier, the Debtors' inventory is tracked by department and by store, but not by both.  Thus, the inventory amounts set forth in the Schedules and Statements are gross inventory amounts on a Debtor by Debtor basis based upon store inventory allocations as well as a consolidated detail listing of inventory by department that is attached to the Schedules of all operating Debtors.  Inventory is counted on a staggered basis and done annually, by a third party, RGIS.  The Debtors have closing inventory amounts by Debtor as of July 2018.  The Debtors do not have amounts for prior year inventories as they calculate inventory loss as opposed to inventory count and estimate the amount based on the prior year.

f.      **Statements, Part 13, Questions 4 and 30 - Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Distributions by the Debtors to their directors and officers are listed on the attachment to Questions 4 and 30. Certain directors and executive officers of the Debtors are also directors and executive officers of certain Debtor and non-Debtor affiliates.  Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Questions 4 and 30 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

g.      **Statements, Part 3, Question 7 - Legal Actions.**  Multiple Debtors are often listed as defendants to the 96 legal actions.  The Debtors have attached the entire list of legal actions to each Debtor.

DOCS_SF:97704.5 59942/002

**Fill in this information to identify the case:**

Debtor name    **J & M Sales, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11801 (LSS)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 18, 2018    X _____
                                           Signature of individual signing on behalf of debtor

                                           **Curt Kroll**
                                           Printed name

                                           **Chief Restructuring Officer**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **J & M Sales, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11801 (LSS)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................    $                 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................    $      271,491,402.64

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................    $      271,491,402.64

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................    $      110,842,800.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $        1,251,640.98

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      259,545,453.83

4.  Total liabilities ............................................................................................................
   Lines 2 + 3a + 3b                                                                                          $      371,639,894.81

**Fill in this information to identify the case:**

Debtor name __J & M Sales, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __18-11801 (LSS)__

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Concentration Account** | **5867** | **$1,198,301.69** |
| 3.2. | **Wells Fargo Bank** | **Disbursement Account** | **6070** | **$616,363.88** |
| 3.3. | **Israel Discount Bank** | **Disbursement Account** | **171** | **$75,979.00** |
| 3.4. | **Israel Discount Bank** | **Money Market** | **62** | **$5,071.48** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$1,895,716.05**

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

| Debtor | **J & M Sales, Inc.** | Case number *(If known)* **18-11801 (LSS)** |
|---|---|---|
| | Name | |

**7.**  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **See Attachment B.7 for details** | $1,087,671.93 |

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Summit Investment Management - retainer** | $30,000.00 |
| 8.2. | **Direct Sytems Support - mainenance support** | $49,958.54 |
| 8.3. | **Logility - maintenance support** | $41,005.63 |
| 8.4. | **Acceo - support & maintenance** | $50,222.70 |
| 8.5. | **Zoftec LLC - maintenance** | $50,985.00 |
| 8.6. | **Mid-Atlantic Service 360, Inc. - maintenance** | $1,903.79 |
| 8.7. | **Nexus Partners** | $50,000.00 |
| 8.8. | **Solarwinds - maintenance (paid on Diners card)** | $5,800.00 |

**9.**  **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$1,367,547.59

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.**  **Accounts receivable**

| 11b. Over 90 days old: | 73,348,238.00 | - | 0.00 | =.... | $73,348,238.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **J & M Sales, Inc.** | Case number *(if known)* **18-11801 (LSS)** |
|---|---|---|
| | Name | |

| 11b. Over 90 days old: | **80,064,034.00** | - | **0.00** | =.... | **$80,064,034.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **8,567,463.00** | - | **0.00** | =.... | **$8,567,463.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**      **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

     **$161,979,735.00**

---

**Part 4:**      **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**      **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** | | | | |
| **20.**   **Work in progress** | | | | |
| **21.**   **Finished goods, including goods held for resale Inventory.  See Attachment B.21 for a consolidated list of inventory by department.** | | **$53,388,245.00** | **Cost** | **$53,388,245.00** |

**22.**      **Other inventory or supplies**

**23.**      **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

     **$53,388,245.00**

**24.**      **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.**      **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    **8605534**   Valuation method   **Cost**    Current Value    **8605534**

**26.**      **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 6:**      **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number *(If known)* **18-11801 (LSS)** |
|---|---|---|
| | Name | |

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** | | |
| 40. | **Office fixtures** | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software Office equipment, furniture, fixtures, machinery, etc.  See Attachment B.41 for details.** | **$52,860,159.00** | Cost | **$52,860,159.00** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|---|---|---|---|---|

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$52,860,159.00** |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2013 Toyota Prius Two 5dr Hatchback** | Unknown | | Unknown |
| 47.2. | **2010 Toyota Prius II 5dr Hatchback** | Unknown | | Unknown |
| 47.3. | **2008 Infiniti QX56 Base 4dr 4x2** | Unknown | | Unknown |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **J & M Sales, Inc.**                                    Case number *(If known)*  **18-11801 (LSS)**
Name

| | | | |
|---|---|---|---|
| 47.4. | **2006 Jeep Grand Cherokee Laredo 4dr 4x2** | **Unknown** | **Unknown** |
| 47.5. | **2006 Infiniti M35 Base 4dr Rear-wheel Drive Sedan** | **Unknown** | **Unknown** |
| 47.6. | **2004 Cadillac Escalade Base 4x2** | **Unknown** | **Unknown** |
| 47.7. | **2004 GMC Yukon SLE 4x2** | **Unknown** | **Unknown** |
| 47.8. | **2015 Lincoln  Navigator Navigator L** | **Unknown** | **Unknown** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**                                                                                                           **$0.00**

Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | | Case number *(If known)* | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,895,716.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,367,547.59 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $161,979,735.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $53,388,245.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $52,860,159.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $271,491,402.64 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $271,491,402.64 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.7

| Creditor | Amount |
|---|---|
| 2 | $1,087,671.93 |
| CITY OF COACHELLA | $200.00 |
| CITY OF GRIDLEY | $17,160.00 |
| CREDIT CARDS Breach reserve | $438,726.64 |
| FRANK MISSION MARKETPLACE | $25,201.03 |
| LA CIENEGA-SAWYER, LTD. | $6,317.50 |
| PACIFIC GAS & ELECTRIC - | $44,393.12 |
| PICO WATER DISTRICT | $110.00 |
| PSE&G CO | $610.00 |
| SAN DIEGO GAS & ELECTRIC | $34,922.37 |
| SCE | $44,038.88 |
| SPHERE | $400,000.00 |
| SUBURBAN WATER SYSTEMS | $618.39 |
| TAG WHOLESALE | $8,036.00 |
| UNITED HEALTHCARE | $52,000.00 |
| WW LLC | $15,338.00 |

Attachment B.21
Inventory by Department

| Dept. | Sum of Cost | Sum of InTransit Cost |
|-------|------------:|----------------------:|
| 4-6 GIRLSS | $24,470.92 | $0.00 |
| 7-16 GIRLS | $27,057.10 | $120.00 |
| 8-20 BOYS | $118,871.73 | $6,313.80 |
| ACCESSORIES | $2,695,777.43 | $182,668.84 |
| ACTIVE | $5,055,699.72 | $452,569.21 |
| ACTIVEWEAR | $7,831,063.83 | $486,547.98 |
| AUTOMOTIVE | $307,767.62 | $11,214.62 |
| BACKPACKS | $1,194,459.15 | $36,674.25 |
| BASICS | $13,259,849.82 | $945,054.13 |
| BATH | $2,261,670.92 | $227,803.49 |
| BED | $3,404,992.68 | $409,264.15 |
| BLANKETS | $979,923.47 | $66,710.42 |
| BOYS BRANDED UNIFORMS | $2,319.35 | $0.00 |
| BOYS INFANT/TODDLER SHOES | $294,642.41 | $16,315.38 |
| BOYS SHOES | $427,002.90 | $25,554.71 |
| BOYS UNIFORMS | $5,266,775.61 | $244,600.49 |
| BRA SETS | $122,256.76 | $10,650.08 |
| BRAS | $861,316.35 | $97,565.50 |
| CAMI SETS | $89,238.16 | $6,630.72 |
| CONSUMABLES | $723,609.20 | $31,659.87 |
| DENIM BOTTOMS | $4,741,878.37 | $352,701.12 |
| DIRECT STORE DELIVERY | $3.28 | $0.00 |
| DRESS UP | $185,340.67 | $11,164.20 |
| DRESSES | $5,245,165.54 | $376,067.95 |
| FASHION ACCESSORIES | $449,524.05 | $13,141.38 |
| FOOD | $326,122.62 | $40,980.80 |
| FRAGRANCE | -$7.25 | $0.00 |
| GARDENING | $64,930.79 | $1,469.28 |
| GIRLS BRANDED UNIFORMS | $4,608.85 | $0.00 |
| GIRLS INFANT/TODDLER SHOE | $493,066.66 | $35,747.88 |
| GIRLS SHOES | $1,024,415.61 | $73,692.08 |
| GIRLS UNIFORMS | $4,616,449.04 | $221,249.30 |
| HANDBAGS | $1,240,898.42 | $108,814.67 |
| HEALTH & BEAUTY | $1,150,872.23 | $42,643.34 |
| HOME | $25,242.60 | $244.80 |
| HOME ACCENT | $3,414,043.34 | $305,959.86 |
| HOUSEWARES | $1,045,611.50 | $109,749.37 |
| INFANT BOY | $593,874.60 | $36,835.11 |
| INFANT GIRL | $1,505,871.58 | $107,561.87 |
| INFANTS | $22,928.48 | $0.00 |
| INTIMATE | $61,851.68 | $432.00 |
| JEWELRY | $1,013,225.70 | $76,591.90 |
| JUNIOR PLUS | $2,115,546.87 | $98,385.63 |

Attachment B.21
Inventory by Department

| Dept. | Sum of Cost | Sum of InTransit Cost |
|---|---|---|
| JUNIORS | $304,480.34 | $18,532.05 |
| JUVENILE | $753,718.83 | $65,061.93 |
| LADIES COSMETICS | $355,937.34 | $26,682.27 |
| LADIES SHOES | $2,428,665.66 | $160,218.28 |
| LADIES UNIFORMS | $213,009.18 | $784.79 |
| LUGGAGE | $609,808.80 | $88,487.09 |
| MATERNITY | $14,364.06 | $423.36 |
| MENS | $22,029.68 | $966.00 |
| MENS SHOES | $1,151,729.42 | $105,057.12 |
| MENS UNIFORMS | $721,546.42 | $51,499.58 |
| MISC DUMP | $62,190.53 | $215.25 |
| MISSY | $324,999.78 | $18,235.35 |
| MISSY PLUS | $8,835.51 | $924.00 |
| NEWBORN BOY | $442,834.23 | $34,250.00 |
| NEWBORN GIRL | $834,642.42 | $64,583.38 |
| NON DENIM BOTTOMS | $2,444,795.54 | $145,415.08 |
| NON-DENIM BOTTOMS | $5,874,503.12 | $421,608.78 |
| OPPORTUNITY DEALS | $980.00 | $0.00 |
| OUTERWEAR | $5,821,630.67 | $184,494.72 |
| PANTIES | $778,749.42 | $73,740.41 |
| PET | $136,395.02 | $11,316.39 |
| PRICE POINT | $81,559.73 | $0.00 |
| RELATED SEPARATES | $20,276.41 | $900.00 |
| SCRUBS | $519,012.42 | $28,848.04 |
| SEASONAL | $1,336,886.47 | $92,746.17 |
| SETS | $1,418,500.34 | $85,237.60 |
| SHAPEWEAR | $486,225.73 | $40,983.23 |
| SHOE ACCESSORIES | $24,691.60 | $730.80 |
| SHOES | $5,949.10 | $0.00 |
| SLEEPWEAR | $2,786,934.82 | $145,311.48 |
| SOCKS/HOSE | $1,333,959.11 | $100,654.60 |
| STATIONARY/GIFT ACCESSORI | $848,880.28 | $33,224.39 |
| TABLETOP | $403,822.13 | $42,378.73 |
| TEAM | $204,222.99 | $2,384.70 |
| TODDLER BOY | $1,669,679.85 | $75,819.96 |
| TODDLER BOYS | $9,183.26 | $1,366.00 |
| TODDLER GIRL | $2,574,174.73 | $165,692.69 |
| TODDLER GIRLS | $26,113.70 | $579.10 |
| TODDLERS | $8,166.99 | $0.00 |
| TOPS | $17,178,661.49 | $1,345,099.72 |
| TOYS | $2,866,113.96 | $215,642.43 |
| URBAN BRANDS | $254.55 | $0.00 |
| WALLETS | $275,908.82 | $36,471.11 |

Attachment B.21
Inventory by Department

| Dept. | Sum of Cost | Sum of InTransit Cost |
|---|---|---|
| WINDOW | $1,444,018.02 | $170,156.83 |
| WOMAN ACCESS. | $22,857.40 | $202.80 |
| YOUNG MENS | $8,779,521.99 | $749,572.68 |
| **Sub Total** | **$141,921,652.22** | **$10,077,849.07** |
| **Grand Total** | **$151,999,501.29** | |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| CA | Leasehold Improvement | | 3,619.00 | - |
| TX | Leasehold Improvement | | 32,572.00 | - |
| 109 | Furniture & Fixtures | | | - |
| CA | Leasehold Improvement | | 3,777.00 | - |
| TX | Equipment | | 3,248.00 | - |
| CA | Leasehold Improvement | | 8,618.00 | - |
| CA | Leasehold Improvement | | 22,000.00 | - |
| TX | Equipment | | 1,299.00 | - |
| CA | Equipment | | 8,000.00 | - |
| CA | Leasehold Improvement | | 10,315.00 | - |
| CA | Leasehold Improvement | | 35,000.00 | 0.00 |
| CA | Leasehold Improvement | | 10,654.00 | 0.00 |
| CA | Leasehold Improvement | | 62,169.00 | - |
| TX | Leasehold Improvement | | 5,559.00 | (0.00) |
| CA | Leasehold Improvement | | 24,544.00 | 0.00 |
| CA | Leasehold Improvement | | 5,461.00 | 0.00 |
| TX | Leasehold Improvement | | 10,460.00 | (0.00) |
| CA | Equipment | | 5,000.00 | - |
| CA | Leasehold Improvement | | 36,695.00 | - |
| TX | Leasehold Improvement | | 5,453.00 | - |
| CA | Leasehold Improvement | | 48,023.00 | - |
| TX | Equipment | | 2,284.00 | - |
| CA | Equipment | | 2,285.00 | - |
| CA | Leasehold Improvement | | 3,840.00 | 0.00 |
| CA | Leasehold Improvement | | 2,538.00 | 0.00 |
| CA | Leasehold Improvement | | 2,538.00 | - |
| CA | Leasehold Improvement | | 2,539.00 | - |
| CA | Leasehold Improvement | | 2,539.00 | - |
| CA | Equipment | | 3,890.00 | - |
| CA | Equipment | | 6,343.00 | - |
| CA | Leasehold Improvement | | 81,219.00 | - |
| CA | Leasehold Improvement | | 4,308.00 | - |
| TX | Leasehold Improvement | | 1,782.00 | - |
| CA | Equipment | | 2,909.00 | - |
| CA | Leasehold Improvement | | 2,842.00 | - |
| CA | Leasehold Improvement | | 4,974.00 | - |
| CA | Leasehold Improvement | | 6,105.00 | - |
| CA | Leasehold Improvement | | 20,752.00 | (0.00) |
| CA | Leasehold Improvement | | 8,000.00 | - |
| CA | Leasehold Improvement | | 1,150.00 | - |
| CA | Equipment | | 11,462.00 | - |
| CA | Leasehold Improvement | | 5,280.00 | - |
| CA | Leasehold Improvement | | 7,349.00 | - |
| CA | Equipment | | 3,600.00 | - |
| TX | Equipment | | 13,294.00 | - |
| CA | Equipment | | 3,044.00 | - |
| CA | Leasehold Improvement | | 3,279.00 | - |
| TX | Leasehold Improvement | | 6,721.00 | - |
| CA | Equipment | | 32,190.00 | - |
| TX | Equipment | | 34,293.00 | - |
| CA | Equipment | | 3,009.00 | - |
| CA | Equipment | | 4,514.00 | - |
| CA | Equipment | | 3,139.00 | - |
| CA | Leasehold Improvement | | 4,000.00 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|-----------|
| CA | Equipment | | 5,390.00 | - |
| CA | Leasehold Improvement | | 12,479.00 | - |
| CA | Equipment | | 5,134.00 | - |
| 103 | Equipment | | 2,598.00 | - |
| CA | Equipment | | 10,419.00 | - |
| 115 | Equipment | | 10,419.00 | - |
| CA | Leasehold Improvement | | 10,000.00 | - |
| CA | Leasehold Improvement | | 8,470.10 | - |
| 114 | Equipment | | 4,279.33 | 0.00 |
| 103 | Equipment | | 4,540.85 | 0.00 |
| CA | Furniture & Fixtures | | 2,814.50 | (0.00) |
| CA | Leasehold Improvement | | 3,171.47 | - |
| CA | Furniture & Fixtures | | 3,171.46 | 0.00 |
| 107 | Equipment | | 2,268.48 | (0.00) |
| CA | Equipment | | 685.22 | 0.00 |
| CA | Equipment | | 1,796.70 | - |
| CA | Equipment | | 3,623.63 | (0.00) |
| CA | Equipment | | 4,579.03 | 0.00 |
| CA | Equipment | | 6,548.00 | (0.00) |
| CA | Equipment | | 7,691.59 | (0.00) |
| 101 | Leasehold Improvement | | 9,794.21 | - |
| CA | Equipment | | 24,688.99 | (0.00) |
| 117 | Leasehold Improvement | | 58,600.59 | (0.00) |
| 117 | Equipment | | 3,452.00 | - |
| 117 | Equipment | | 4,208.05 | - |
| 117 | Equipment | | 20,940.88 | - |
| 119 | Equipment | | | - |
| CA | Equipment | | 47,454.78 | 0.00 |
| CA | Equipment | | 8,278.35 | (0.00) |
| 117 | Equipment | | 8,460.57 | (0.00) |
| 120 | Equipment | | 51,008.66 | (0.00) |
| 117 | Leasehold Improvement | | 69,559.32 | - |
| CA | Equipment | | 331,380.00 | - |
| 119 | Equipment | | | - |
| 119 | Equipment | | | - |
| 119 | Equipment | | | - |
| 120 | Equipment | | 4,176.78 | - |
| 117 | Leasehold Improvement | | 5,676.60 | 0.00 |
| 120 | Equipment | | 18,346.50 | - |
| 120 | Equipment | | 6,400.00 | - |
| 118 | Equipment | | 6,494.07 | - |
| 106 | Leasehold Improvement | | 7,686.86 | (0.00) |
| CA | Equipment | | 5,011.15 | (0.00) |
| 111 | Leasehold Improvement | | 12,479.88 | - |
| CA | Equipment | | 18,549.00 | - |
| 117 | Leasehold Improvement | | 8,609.00 | - |
| 120 | Equipment | | 19,249.50 | - |
| CA | Equipment | | 1,323.96 | 0.00 |
| 121 | Equipment | | 2,012.46 | - |
| CA | Equipment | | 2,298.51 | - |
| 121 | Equipment | | 9,641.07 | - |
| CA | Equipment | | 1,575.07 | 0.00 |
| 121 | Equipment | | 2,967.14 | 0.00 |
| 106 | Leasehold Improvement | | 6,803.89 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|-----------|
| 121 | Equipment | | 10,300.00 | (0.00) |
| 118 | Equipment | | 17,500.00 | (0.00) |
| 122 | Equipment | | 25,769.74 | - |
| 109 | Leasehold Improvement | | | 0.00 |
| 123 | Equipment | | 7,500.00 | - |
| 122 | Equipment | | 8,300.00 | 0.00 |
| 121 | Equipment | | 15,840.69 | 0.00 |
| CA | Equipment | | 15,900.00 | - |
| 123 | Equipment | | 27,969.68 | 0.00 |
| 8851 | Equipment | | 2,023.38 | - |
| CA | Equipment | | 5,400.00 | - |
| CA | Equipment | | 3,874.72 | (0.00) |
| 124 | Equipment | | 5,000.00 | 0.00 |
| 124 | Equipment | | 5,092.15 | (0.00) |
| 107 | Leasehold Improvement | | 8,136.00 | - |
| 124 | Equipment | | 27,054.22 | 0.00 |
| 122 | Leasehold Improvement | | 31,466.92 | 12,831.95 |
| 121 | Leasehold Improvement | | 191,768.99 | 33,151.79 |
| CA | Equipment | | 1,697.06 | (0.00) |
| 124 | Equipment | | 2,400.00 | - |
| CA | Equipment | | 11,917.72 | - |
| 125 | Equipment | | | - |
| 106 | Leasehold Improvement | | 7,100.00 | - |
| 8851 | Equipment | | 68,725.00 | (0.00) |
| 121 | Equipment | | 3,018.61 | 0.00 |
| 127 | Equipment | | 2,076.89 | (0.00) |
| CA | Equipment | | 10,727.59 | (0.00) |
| CA | Equipment | | 14,000.00 | - |
| CA | Equipment | | 127,564.70 | - |
| 126 | Equipment | | | - |
| 126 | Equipment | | | - |
| 126 | Equipment | | | - |
| CA | Equipment | | 8,300.00 | 0.00 |
| CA | Equipment | | 53,800.00 | (0.00) |
| 110 | Equipment | | 2,896.86 | (0.00) |
| 121 | Equipment | | 14,081.31 | (0.00) |
| CA | Equipment | | 15,086.91 | (0.00) |
| 8851 | Equipment | | 67,403.00 | - |
| 122 | Leasehold Improvement | | 17,828.24 | 7,478.15 |
| 118 | Leasehold Improvement | | 21,356.35 | - |
| 103 | Leasehold Improvement | | 21,568.40 | - |
| 121 | Leasehold Improvement | | 27,598.00 | 4,689.62 |
| CA | Equipment | | 35,000.00 | 0.00 |
| 114 | Leasehold Improvement | | 35,486.57 | - |
| 106 | Leasehold Improvement | | 41,810.55 | - |
| CA | Equipment | | 50,000.00 | 0.00 |
| 123 | Leasehold Improvement | | 60,892.56 | - |
| 127 | Leasehold Improvement | | 69,936.90 | (0.00) |
| 126 | Leasehold Improvement | | | - |
| CA | Equipment | | 9,334.65 | 0.00 |
| 121 | Equipment | | 3,484.10 | - |
| 122 | Leasehold Improvement | | 8,585.00 | 3,618.09 |
| CA | Equipment | | 9,706.66 | 0.00 |
| CA | Equipment | | 100,000.00 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| CA | Equipment | | 13,278.33 | (0.00) |
| 130 | Equipment | | | - |
| 130 | Equipment | | | - |
| CA | Equipment | | 6,360.54 | (0.01) |
| CA | Equipment | | 7,863.30 | (0.00) |
| CA | Equipment | | 8,959.21 | 0.00 |
| 131 | Equipment | | 10,811.10 | 0.00 |
| 9900 | Equipment | | 25,406.94 | 0.00 |
| CA | Equipment | | 44,282.67 | (0.00) |
| 131 | Equipment | | 6,348.63 | (0.00) |
| 8851 | Leasehold Improvement | | 175,515.18 | - |
| 8851 | Equipment | | 287,028.41 | (0.00) |
| CA | Equipment | | 7,049.01 | 0.00 |
| 132 | Equipment | | 7,980.50 | - |
| 133 | Equipment | | 11,484.00 | - |
| 128 | Equipment | | 18,878.80 | - |
| CA | Equipment | | 19,184.36 | (0.00) |
| 129 | Equipment | | 7,918.88 | (0.00) |
| 131 | Equipment | | 8,345.00 | - |
| 133 | Equipment | | 31,397.99 | (0.00) |
| CA | Leasehold Improvement | | 36,750.00 | 0.00 |
| CA | Equipment | | 58,262.13 | (0.00) |
| 136 | Equipment | | 25,000.00 | (0.00) |
| 133 | Leasehold Improvement | | 30,374.57 | 563.50 |
| 128 | Leasehold Improvement | | 32,764.17 | - |
| CA | Equipment | | 65,150.70 | - |
| 8851 | Equipment | | 100,662.71 | 0.00 |
| 135 | Leasehold Improvement | | | - |
| 131 | Equipment | | 13,881.90 | 0.00 |
| 121 | Leasehold Improvement | | 33,467.40 | 6,131.60 |
| 120 | Equipment | | 7,899.64 | (0.00) |
| CA | Equipment | | 10,500.00 | - |
| 108 | Equipment | | | - |
| 136 | Equipment | | 10,865.97 | (0.00) |
| 135 | Equipment | | | - |
| CA | Equipment | | 48,795.11 | (0.00) |
| 132 | Equipment | | 5,403.85 | (0.00) |
| CA | Equipment | | 5,826.23 | (0.00) |
| 134 | Equipment | | 8,299.17 | (0.00) |
| 137 | Equipment | | 8,299.17 | (0.00) |
| CA | Equipment | | 10,902.61 | 0.00 |
| 138 | Equipment | | | - |
| 9900 | Leasehold Improvement | | 18,500.00 | - |
| CA | Equipment | | 29,493.75 | 0.00 |
| CA | Equipment | | 80,373.08 | (0.00) |
| CA | Equipment | | 100,000.00 | 0.00 |
| 132 | Equipment | | 5,853.84 | - |
| 110 | Leasehold Improvement | | 6,358.00 | 2,184.30 |
| 107 | Leasehold Improvement | | 12,250.00 | - |
| CA | Equipment | | 13,347.20 | - |
| 101 | Leasehold Improvement | | 15,095.79 | (0.00) |
| 134 | Equipment | | 21,984.22 | - |
| 129 | Leasehold Improvement | | 23,136.19 | 4,867.26 |
| 120 | Leasehold Improvement | | 29,050.54 | 12,347.85 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 134 | Leasehold Improvement | | 41,220.62 | 14,864.13 |
| 103 | Leasehold Improvement | | 57,399.70 | - |
| 137 | Leasehold Improvement | | 57,900.22 | 17,541.72 |
| 106 | Leasehold Improvement | | 75,088.76 | 0.00 |
| 136 | Leasehold Improvement | | 164,502.80 | 46,785.66 |
| 138 | Equipment | | | - |
| 120 | Leasehold Improvement | | 7,862.00 | 3,374.67 |
| 114 | Leasehold Improvement | | 13,500.00 | - |
| CA | Equipment | | 13,517.67 | (0.00) |
| 123 | Leasehold Improvement | | 14,382.00 | 0.00 |
| 115 | Leasehold Improvement | | 14,835.00 | 809.59 |
| 139 | Equipment | | | - |
| CA | Equipment | | 10,180.31 | (0.00) |
| CA | Equipment | | 82,421.09 | - |
| 101 | Equipment | | 10,565.85 | (0.00) |
| 141 | Equipment | | 19,203.90 | 0.00 |
| CA | Equipment | | 28,569.98 | (0.00) |
| CA | Equipment | | 35,005.94 | (0.00) |
| CA | Equipment | | 4,781.72 | 0.00 |
| CA | Equipment | | 9,146.98 | (0.00) |
| 9900 | Leasehold Improvement | | 14,250.00 | 0.00 |
| 137 | Leasehold Improvement | | 17,397.98 | 5,474.47 |
| 142 | Equipment | | 23,246.03 | 0.00 |
| 8850 | Equipment | | 72,742.29 | 0.00 |
| 122 | Leasehold Improvement | | 187,678.93 | 83,117.05 |
| CA | Equipment | | 658,771.79 | 0.00 |
| 150 | Equipment | | | - |
| 139 | Leasehold Improvement | | | - |
| 140 | Equipment | | 9,228.63 | - |
| CA | Equipment | | 17,211.75 | - |
| 8850 | Equipment | | 33,825.00 | - |
| CA | Equipment | | 22,377.27 | - |
| 131 | Equipment | | 6,900.00 | - |
| CA | Equipment | | 15,864.04 | - |
| 141 | Leasehold Improvement | | 15,225.00 | - |
| 123 | Leasehold Improvement | | 20,095.00 | - |
| 143 | Equipment | | 26,393.35 | - |
| CA | Equipment | | 44,359.14 | - |
| 145 | Equipment | | | - |
| 141 | Leasehold Improvement | | 10,639.78 | 964.21 |
| 100 | Leasehold Improvement | | 11,290.00 | - |
| 140 | Leasehold Improvement | | 14,706.53 | 9,058.14 |
| 123 | Leasehold Improvement | | 18,500.00 | 0.00 |
| NV | Leasehold Improvement | | 27,115.00 | 13,332.50 |
| 141 | Leasehold Improvement | | 32,029.48 | 2,900.50 |
| 143 | Leasehold Improvement | | 42,345.94 | 16,104.85 |
| 145 | Leasehold Improvement | | | - |
| 109 | Leasehold Improvement | | | (0.00) |
| 122 | Equipment | | 7,361.00 | (0.00) |
| CA | Equipment | | 13,951.47 | 0.00 |
| 144 | Equipment | | 20,879.25 | 0.00 |
| 134 | Equipment | | 6,505.61 | 0.00 |
| 101 | Equipment | | 6,880.19 | 0.00 |
| 144 | Equipment | | 7,349.80 | 0.00 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| CA | Equipment | | 11,871.26 | 0.00 |
| CA | Equipment | | 21,865.70 | 0.00 |
| 128 | Leasehold Improvement | | 12,189.35 | - |
| 108 | Leasehold Improvement | | | - |
| 120 | Equipment | | 9,879.76 | (0.00) |
| CA | Equipment | | 10,484.88 | (0.00) |
| CA | Equipment | | 12,930.00 | - |
| CA | Equipment | | 14,647.85 | (0.00) |
| CA | Equipment | | 19,089.15 | (0.00) |
| CA | Equipment | | 54,897.90 | (0.00) |
| 9900 | Leasehold Improvement | | 953,389.09 | 0.00 |
| CA | Equipment | | 5,000.00 | (0.00) |
| CA | Equipment | | 9,360.55 | 0.00 |
| CA | Equipment | | 13,143.35 | 0.00 |
| CA | Equipment | | 18,064.00 | 0.00 |
| CA | Equipment | | 45,036.15 | (0.00) |
| CA | Equipment | | 8,145.81 | 0.00 |
| CA | Equipment | | 8,607.27 | 0.00 |
| CA | Equipment | | 10,678.74 | 0.00 |
| CA | Equipment | | 12,412.50 | 0.00 |
| 101 | Leasehold Improvement | | 13,910.50 | - |
| CA | Equipment | | 15,696.11 | (0.00) |
| 114 | Leasehold Improvement | | 19,958.00 | - |
| CA | Equipment | | 26,413.00 | 0.00 |
| CA | Equipment | | 4,675.97 | 0.00 |
| CA | Equipment | | 5,663.34 | 0.00 |
| 123 | Leasehold Improvement | | 6,200.00 | 0.00 |
| 146 | Equipment | | 6,675.18 | 0.00 |
| CA | Leasehold Improvement | | 13,603.02 | (0.00) |
| CA | Equipment | | 26,138.62 | 0.00 |
| CA | Equipment | | 30,022.03 | (0.00) |
| CA | Equipment | | 2,601.00 | - |
| CA | Equipment | | 6,248.14 | (0.00) |
| 134 | Leasehold Improvement | | 6,874.31 | 2,692.20 |
| CA | Equipment | | 7,361.00 | (0.00) |
| CA | Equipment | | 11,994.52 | (0.00) |
| 146 | Equipment | | 16,953.03 | 0.00 |
| CA | Equipment | | 26,387.53 | 0.00 |
| CA | Equipment | | 37,664.84 | 0.00 |
| CA | Equipment | | 6,949.16 | (0.00) |
| 117 | Leasehold Improvement | | 12,750.00 | - |
| CA | Equipment | | 12,854.70 | 0.00 |
| CA | Equipment | | 13,480.16 | (0.00) |
| 146 | Equipment | | 16,801.33 | 0.00 |
| CA | Equipment | | 35,136.75 | (0.00) |
| 106 | Leasehold Improvement | | 38,000.00 | - |
| CA | Equipment | | 10,180.37 | 0.00 |
| CA | Equipment | | 18,723.13 | 0.00 |
| CA | Equipment | | 21,920.63 | 0.00 |
| 146 | Leasehold Improvement | | 96,202.47 | 7,649.99 |
| 148 | Leasehold Improvement | | 6,939.65 | 3,650.92 |
| 8850 | Equipment | | 7,465.07 | 0.00 |
| 147 | Leasehold Improvement | | 12,070.23 | 3,193.38 |
| 147 | Leasehold Improvement | | 12,311.28 | 3,517.46 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 147 | Equipment | | 16,846.97 | - |
| 9900 | Equipment | | 18,362.54 | - |
| 147 | Leasehold Improvement | | 25,894.69 | 7,398.43 |
| 148 | Leasehold Improvement | | 37,885.06 | 19,930.77 |
| 148 | Equipment | | 57,138.24 | 27,575.31 |
| 147 | Leasehold Improvement | | 515,688.53 | 147,339.62 |
| 147 | Furniture & Fixtures | | 16,543.78 | - |
| 9900 | Equipment | | 49,052.08 | - |
| 149 | Leasehold Improvement | | 17,334.84 | 160.45 |
| 149 | Leasehold Improvement | | 17,502.09 | 161.96 |
| 9900 | Computer Equipment | | 21,172.43 | - |
| 149 | Leasehold Improvement | | 21,302.40 | 197.36 |
| 149 | Leasehold Improvement | | 25,000.00 | 231.52 |
| 149 | Equipment | | 29,351.01 | 8,910.07 |
| 8850 | Equipment | | 16,701.25 | - |
| 9900 | Equipment | | 30,200.11 | - |
| 8850 | Equipment | | - | (0.00) |
| 9900 | Equipment | | 2,327.64 | - |
| 9900 | Equipment | | 3,765.56 | - |
| 152 | Equipment | | 4,343.02 | - |
| 152 | Leasehold Improvement | | 4,558.71 | (0.00) |
| 152 | Equipment | | 4,622.05 | - |
| 185 | Leasehold Improvement | | 5,397.79 | - |
| 9900 | Furniture & Fixtures | | 5,950.00 | - |
| 9900 | Equipment | | 5,991.94 | - |
| 9900 | Equipment | | 6,002.57 | - |
| 9900 | Equipment | | 6,680.06 | - |
| 185 | Leasehold Improvement | | 6,750.00 | - |
| 152 | Leasehold Improvement | | 6,995.83 | (0.00) |
| 152 | Leasehold Improvement | | 7,771.58 | (0.00) |
| 9900 | Equipment | | 7,930.22 | - |
| 9900 | Equipment | | 8,755.44 | - |
| 9900 | Equipment | | 10,093.59 | - |
| 8850 | Equipment | | 11,090.21 | - |
| 9900 | Equipment | | 11,769.45 | - |
| 9900 | Equipment | | 14,621.80 | - |
| 110 | Leasehold Improvement | | 16,553.59 | 1,947.48 |
| 9900 | Equipment | | 16,854.78 | - |
| 152 | Equipment | | 17,346.82 | - |
| 185 | Furniture & Fixtures | | 17,346.82 | - |
| 8850 | Equipment | | 24,104.44 | (0.00) |
| 8850 | Equipment | | 25,277.60 | (0.00) |
| 8850 | Equipment | | 26,772.64 | 0.00 |
| 9900 | Equipment | | 41,807.61 | - |
| 9900 | Equipment | | 57,835.60 | - |
| 155 | Equipment | | | 0.00 |
| 151 | Equipment | | | - |
| 151 | Equipment | | | - |
| 155 | Equipment | | | - |
| 151 | Equipment | | | - |
| 154 | Equipment | | | - |
| 155 | Leasehold Improvement | | | (0.00) |
| 151 | Leasehold Improvement | | | 0.00 |
| 154 | Leasehold Improvement | | | (0.00) |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 155 | Leasehold Improvement | | | (0.00) |
| 152 | Leasehold Improvement | | 3,017.64 | (0.00) |
| 9900 | Equipment | | 9,559.76 | - |
| 9900 | Equipment | | 17,046.90 | 0.00 |
| 9900 | Equipment | | 19,485.00 | - |
| 9900 | Equipment | | 21,542.39 | - |
| 9900 | Equipment | | 27,662.63 | - |
| 101 | Equipment | | 35,700.00 | - |
| 9900 | Equipment | | 43,257.75 | 0.00 |
| 9900 | Equipment | | 61,176.75 | (0.00) |
| 9900 | Equipment | | 113,662.50 | - |
| 154 | Equipment | | | (0.00) |
| 153 | Equipment | | | - |
| 153 | Equipment | | | 0.00 |
| 153 | Equipment | | | - |
| 151 | Leasehold Improvement | | | (0.00) |
| 154 | Leasehold Improvement | | | 0.00 |
| 153 | Leasehold Improvement | | | 0.00 |
| 153 | Leasehold Improvement | | | (0.00) |
| 153 | Leasehold Improvement | | | 0.00 |
| 151 | Leasehold Improvement | | | (0.00) |
| 153 | Leasehold Improvement | | | (0.00) |
| 9900 | Equipment | | 15,500.00 | - |
| 8850 | Equipment | | 25,866.53 | - |
| 9900 | Equipment | | 35,553.14 | - |
| 9900 | Equipment | | 47,288.71 | - |
| 9900 | Equipment | | 5,790.97 | - |
| 101 | Equipment | | 7,107.94 | - |
| 101 | Equipment | | 15,500.00 | - |
| 8850 | Leasehold Improvement | | 39,657.66 | 353.95 |
| 9900 | Equipment | | 42,413.75 | - |
| 131 | Leasehold Improvement | | 5,130.00 | 1,154.25 |
| 9900 | Leasehold Improvement | | 5,900.00 | - |
| 8850 | Leasehold Improvement | | 6,003.06 | 450.07 |
| 101 | Leasehold Improvement | | 9,054.99 | 0.00 |
| 157 | Leasehold Improvement | | 2,415.95 | 698.05 |
| 157 | Leasehold Improvement | | 3,770.00 | 1,089.35 |
| 117 | Leasehold Improvement | | 4,096.96 | 0.00 |
| 157 | Leasehold Improvement | | 4,179.56 | 1,207.42 |
| 9900 | Equipment | | 6,130.00 | - |
| 101 | Leasehold Improvement | | 6,401.65 | 1,849.62 |
| 157 | Leasehold Improvement | | 10,478.25 | 3,085.40 |
| 157 | Leasehold Improvement | | 19,045.00 | 5,501.65 |
| 157 | Leasehold Improvement | | 26,514.99 | 7,659.64 |
| 101 | Equipment | | 30,193.60 | - |
| 157 | Leasehold Improvement | | 40,535.35 | 11,710.02 |
| 157 | Equipment | | 40,971.30 | - |
| 157 | Leasehold Improvement | | 45,655.43 | 13,189.42 |
| 157 | Leasehold Improvement | | 59,376.75 | 17,153.33 |
| 8850 | Equipment | | 59,697.00 | 0.00 |
| 154 | Equipment | | | - |
| 152 | Equipment | | 6,092.47 | (0.00) |
| 157 | Furniture & Fixtures | | 6,292.03 | (0.00) |
| 9900 | Equipment | | 81,451.03 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 9900 | Equipment | | 119,790.00 | - |
| 9900 | Equipment | | 459,836.14 | - |
| 106 | Leasehold Improvement | | 5,709.18 | 0.00 |
| 113 | Furniture & Fixtures | | 6,809.58 | (0.00) |
| 157 | Equipment | | 14,242.98 | - |
| 138 | Equipment | | | - |
| 101 | Leasehold Improvement | | 5,500.00 | 0.00 |
| 157 | Leasehold Improvement | | 10,683.00 | 3,198.64 |
| 185 | Furniture & Fixtures | | 14,520.00 | - |
| 154 | Leasehold Improvement | | | (0.00) |
| 107 | Furniture & Fixtures | | 4,539.72 | - |
| 107 | Leasehold Improvement | | 4,850.00 | - |
| 121 | Leasehold Improvement | | 6,000.00 | (0.00) |
| 101 | Leasehold Improvement | | 6,159.00 | (0.00) |
| 117 | Leasehold Improvement | | 8,914.25 | 0.00 |
| 142 | Leasehold Improvement | | 9,230.00 | 0.00 |
| 141 | Leasehold Improvement | | 16,985.00 | (0.00) |
| 120 | Leasehold Improvement | | 26,112.50 | 13,003.05 |
| 154 | Leasehold Improvement | | | 0.00 |
| 154 | Leasehold Improvement | | | 0.00 |
| 100 | Leasehold Improvement | | 1,761.60 | - |
| 100 | Leasehold Improvement | | 3,500.00 | - |
| 101 | Leasehold Improvement | | 5,540.00 | - |
| 100 | Equipment | | 5,797.22 | - |
| 100 | Leasehold Improvement | | 5,914.08 | - |
| 157 | Leasehold Improvement | | 7,189.00 | 2,218.32 |
| 142 | Leasehold Improvement | | 9,150.00 | - |
| 123 | Leasehold Improvement | | 10,250.00 | 0.00 |
| 100 | Leasehold Improvement | | 14,893.27 | - |
| 100 | Leasehold Improvement | | 15,790.00 | - |
| 9900 | Equipment | | 64,002.81 | - |
| 138 | Equipment | | | - |
| 153 | Equipment | | | - |
| 137 | Leasehold Improvement | | 814.06 | 262.06 |
| 142 | Leasehold Improvement | | 1,147.52 | - |
| 132 | Leasehold Improvement | | 1,245.60 | - |
| 115 | Leasehold Improvement | | 1,686.96 | 0.00 |
| 124 | Leasehold Improvement | | 1,951.77 | - |
| 107 | Leasehold Improvement | | 1,995.91 | - |
| 113 | Leasehold Improvement | | 2,393.13 | 312.33 |
| 122 | Leasehold Improvement | | 2,491.21 | 61.21 |
| 121 | Leasehold Improvement | | 2,579.48 | 569.48 |
| 100 | Leasehold Improvement | | 2,628.52 | 125.32 |
| 117 | Leasehold Improvement | | 2,981.60 | - |
| 118 | Leasehold Improvement | | 3,167.95 | (0.00) |
| 106 | Leasehold Improvement | | 3,364.11 | (0.00) |
| 143 | Leasehold Improvement | | 3,883.93 | 64.86 |
| 136 | Leasehold Improvement | | 3,962.38 | 188.38 |
| 9900 | Leasehold Improvement | | 5,649.35 | (0.25) |
| 100 | Equipment | | 9,944.14 | - |
| 120 | Leasehold Improvement | | 11,973.00 | 6,035.72 |
| 8850 | Leasehold Improvement | | 20,000.00 | (0.00) |
| 9900 | Equipment | | 224,116.47 | - |
| 127 | Leasehold Improvement | | 4,798.00 | (0.00) |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 8850 | Leasehold Improvement | | 11,634.37 | 1,939.17 |
| 9900 | Equipment | | 20,000.00 | - |
| 9900 | Equipment | | 28,000.00 | - |
| 101 | Leasehold Improvement | | 6,715.22 | (0.00) |
| 132 | Leasehold Improvement | | 10,265.87 | 0.00 |
| 100 | Leasehold Improvement | | 20,296.38 | - |
| 120 | Leasehold Improvement | | 4,949.20 | 2,537.25 |
| 101 | Leasehold Improvement | | 5,835.38 | (0.00) |
| 101 | Leasehold Improvement | | 200,000.00 | (0.00) |
| 138 | Equipment | | | - |
| 159 | Leasehold Improvement | | 940.64 | 59.93 |
| 159 | Leasehold Improvement | | 1,612.02 | 102.84 |
| 159 | Leasehold Improvement | | 3,610.14 | 229.71 |
| 159 | Leasehold Improvement | | 7,367.62 | 468.76 |
| 159 | Leasehold Improvement | | 933.01 | 59.48 |
| 159 | Leasehold Improvement | | 3,421.33 | 217.88 |
| 159 | Leasehold Improvement | | 2,164.62 | 137.66 |
| 159 | Leasehold Improvement | | 4,454.29 | 283.65 |
| 159 | Leasehold Improvement | | 19,754.54 | 0.00 |
| 159 | Leasehold Improvement | | 12,155.54 | 0.00 |
| 159 | Leasehold Improvement | | 5,242.75 | (0.00) |
| 159 | Leasehold Improvement | | 30,000.00 | - |
| 159 | Furniture & Fixtures | | 6,044.51 | 0.00 |
| 159 | Furniture & Fixtures | | 14,251.93 | 0.00 |
| 159 | Furniture & Fixtures | | 6,807.98 | 0.00 |
| 159 | Furniture & Fixtures | | 7,577.50 | 0.00 |
| 159 | Furniture & Fixtures | | 23,220.77 | (0.00) |
| 159 | Leasehold Improvement | | 55,012.69 | (0.00) |
| 159 | Leasehold Improvement | | 10,886.58 | (0.00) |
| 159 | Leasehold Improvement | | 25,703.74 | 0.00 |
| 111 | Leasehold Improvement | | 8,800.00 | 0.00 |
| 9900 | Computer Equipment | | 107,862.30 | - |
| 159 | Leasehold Improvement | | 1,361.82 | 86.67 |
| 159 | Leasehold Improvement | | 2,088.51 | 132.71 |
| 159 | Leasehold Improvement | | 2,303.57 | 146.67 |
| 159 | Leasehold Improvement | | 3,156.25 | 201.02 |
| 159 | Leasehold Improvement | | 829.28 | 52.71 |
| 159 | Leasehold Improvement | | 860.22 | 54.75 |
| 159 | Leasehold Improvement | | 2,667.42 | 169.71 |
| 100 | Leasehold Improvement | | 4,959.32 | (0.00) |
| 110 | Leasehold Improvement | | 5,466.63 | 751.70 |
| 111 | Leasehold Improvement | | 7,500.00 | (0.00) |
| 111 | Leasehold Improvement | | 1,818.35 | 0.00 |
| 111 | Leasehold Improvement | | 3,948.71 | (0.00) |
| 159 | Equipment | | 2,615.04 | (0.00) |
| 159 | Equipment | | 3,042.80 | 0.00 |
| 111 | Equipment | | 2,385.30 | 0.00 |
| 111 | Furniture & Fixtures | | 2,858.28 | 0.00 |
| 113 | Furniture & Fixtures | | 2,869.95 | (0.00) |
| 113 | Equipment | | 4,580.00 | 0.00 |
| 111 | Leasehold Improvement | | 5,680.30 | (0.00) |
| 113 | Leasehold Improvement | | 6,500.00 | 0.00 |
| 111 | Leasehold Improvement | | 7,006.35 | - |
| 120 | Leasehold Improvement | | 7,392.00 | 0.00 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 111 | Leasehold Improvement | | 10,049.00 | 0.00 |
| 123 | Leasehold Improvement | | 11,642.31 | 0.00 |
| 113 | Leasehold Improvement | | 12,200.00 | 0.00 |
| 113 | Leasehold Improvement | | 12,435.76 | 0.00 |
| 113 | Furniture & Fixtures | | 13,399.88 | (0.00) |
| 113 | Leasehold Improvement | | 13,896.63 | 0.00 |
| 113 | Leasehold Improvement | | 1,908.81 | 0.00 |
| 113 | Leasehold Improvement | | 8,099.42 | (0.00) |
| 113 | Leasehold Improvement | | 2,427.32 | (0.00) |
| 111 | Leasehold Improvement | | 2,469.02 | 0.00 |
| 157 | Leasehold Improvement | | 6,479.87 | (0.00) |
| 147 | Leasehold Improvement | | 7,700.54 | 0.00 |
| 120 | Leasehold Improvement | | 7,868.00 | (0.00) |
| 113 | Leasehold Improvement | | 8,000.00 | (0.00) |
| 141 | Leasehold Improvement | | 8,590.00 | 0.00 |
| 113 | Leasehold Improvement | | 10,218.66 | (0.00) |
| 111 | Leasehold Improvement | | 12,456.98 | 0.00 |
| 113 | Leasehold Improvement | | 23,625.00 | - |
| 101 | Leasehold Improvement | | 2,482.40 | 333.80 |
| 101 | Leasehold Improvement | | 8,568.40 | 1,152.24 |
| 101 | Leasehold Improvement | | 1,071.38 | 144.22 |
| 160 | Leasehold Improvement | | 2,500.00 | 1,065.64 |
| 160 | Leasehold Improvement | | 2,250.00 | 958.75 |
| 101 | Leasehold Improvement | | 5,082.77 | 683.52 |
| 101 | Leasehold Improvement | | 1,480.24 | 198.97 |
| 160 | Leasehold Improvement | | 1,908.82 | 822.37 |
| 160 | Leasehold Improvement | | 14,925.00 | 6,361.33 |
| 101 | Leasehold Improvement | | 2,162.77 | 291.04 |
| 160 | Leasehold Improvement | | 933.98 | 402.49 |
| 160 | Leasehold Improvement | | 7,800.00 | 3,324.75 |
| 160 | Leasehold Improvement | | 15,000.00 | 6,393.29 |
| 113 | Equipment | | 38,621.32 | (0.00) |
| 160 | Leasehold Improvement | | 30,257.38 | 12,593.80 |
| 141 | Leasehold Improvement | | 5,479.54 | (0.00) |
| 160 | Leasehold Improvement | | 1,712.10 | 737.76 |
| 101 | Leasehold Improvement | | 863.72 | 116.03 |
| 160 | Leasehold Improvement | | 10,114.77 | 4,210.17 |
| 160 | Leasehold Improvement | | 207.09 | 89.47 |
| 160 | Leasehold Improvement | | 6,800.00 | 2,830.10 |
| 160 | Leasehold Improvement | | 8,289.63 | 3,450.21 |
| 160 | Leasehold Improvement | | 6,450.00 | 2,684.86 |
| 160 | Equipment | | 4,450.00 | - |
| 160 | Equipment | | 500.00 | 0.00 |
| 160 | Leasehold Improvement | | 1,981.31 | 853.63 |
| 160 | Leasehold Improvement | | 2,826.07 | 1,218.06 |
| 160 | Leasehold Improvement | | 543.00 | 234.00 |
| 160 | Leasehold Improvement | | 6,050.00 | 2,550.96 |
| 160 | Equipment | | 10,657.50 | (0.00) |
| 160 | Leasehold Improvement | | 450.00 | 189.86 |
| 111 | Leasehold Improvement | | 7,875.00 | (0.00) |
| 160 | Leasehold Improvement | | 2,575.00 | 1,085.62 |
| 160 | Leasehold Improvement | | 4,130.07 | 1,741.58 |
| 101 | Leasehold Improvement | | 50,000.00 | 21,081.10 |
| 101 | Leasehold Improvement | | 3,302.80 | 0.00 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 160 | Leasehold Improvement | | 30,000.00 | 12,648.77 |
| 101 | Furniture & Fixtures | | 2,073.80 | - |
| 160 | Furniture & Fixtures | | 3,232.36 | (0.00) |
| 160 | Furniture & Fixtures | | 6,012.89 | 0.00 |
| 160 | Furniture & Fixtures | | 96.00 | - |
| 160 | Leasehold Improvement | | 6,750.00 | 2,845.76 |
| 160 | Leasehold Improvement | | 3,782.14 | 1,594.85 |
| 160 | Leasehold Improvement | | 1,039.00 | 437.86 |
| 160 | Leasehold Improvement | | 2,486.00 | 1,048.03 |
| 101 | Leasehold Improvement | | 5,680.00 | 0.00 |
| 160 | Equipment | | 2,216.95 | 0.00 |
| 160 | Equipment | | 4,595.49 | 0.00 |
| 160 | Equipment | | 3,604.02 | (0.00) |
| 101 | Leasehold Improvement | | 12,000.00 | 0.00 |
| 101 | Leasehold Improvement | | 11,875.00 | 0.00 |
| 160 | Leasehold Improvement | | 2,636.43 | 1,135.92 |
| 101 | Leasehold Improvement | | 8,516.55 | 0.00 |
| 160 | Leasehold Improvement | | 17,592.18 | 7,417.40 |
| 9900 | Computer Equipment | | | - |
| 8850 | Equipment | | 85,741.05 | - |
| 113 | Leasehold Improvement | | 3,854.11 | 0.00 |
| 113 | Leasehold Improvement | | 6,000.00 | 0.00 |
| 160 | Leasehold Improvement | | 937.20 | 394.92 |
| 101 | Leasehold Improvement | | 20,000.00 | (0.00) |
| 9900 | Computer Software | | 100,000.00 | - |
| 9900 | Computer Software | | (202,564.00) | (202,564.00) |
| 9900 | Computer Software | | 202,564.00 | 202,564.00 |
| 9900 | Computer Software | | (202,564.00) | (202,564.00) |
| 9900 | Computer Software | | 202,564.00 | 202,564.00 |
| 9900 | Computer Software | | (101,282.00) | (101,282.00) |
| 9900 | Computer Software | | 101,282.00 | 101,282.00 |
| 9900 | Computer Software | | 4,625.00 | - |
| 9900 | Computer Software | | 32,282.50 | (0.00) |
| 9900 | Computer Software | | 33,195.70 | - |
| 9900 | Computer Software | | 100,000.00 | - |
| 9900 | Computer Software | | 84,238.09 | - |
| 9900 | Computer Software | | 59,247.06 | 0.00 |
| 9900 | Computer Software | | 100,000.00 | - |
| 159 | Equipment | | 6,559.50 | - |
| 113 | Leasehold Improvement | | 8,000.00 | (0.00) |
| 114 | Leasehold Improvement | | 24,600.00 | 1,108.20 |
| 113 | Leasehold Improvement | | 994.37 | (0.00) |
| 113 | Leasehold Improvement | | 2,000.00 | (0.00) |
| 101 | Leasehold Improvement | | 5,801.75 | 0.00 |
| 101 | Leasehold Improvement | | 7,083.59 | 0.00 |
| 101 | Leasehold Improvement | | 7,642.31 | 0.00 |
| 101 | Leasehold Improvement | | 12,500.00 | 0.00 |
| 113 | Leasehold Improvement | | 2,300.00 | (0.00) |
| 101 | Leasehold Improvement | | 2,814.20 | 378.31 |
| 113 | Leasehold Improvement | | 4,500.00 | (0.00) |
| 101 | Leasehold Improvement | | 1,832.40 | (0.00) |
| 113 | Equipment | | 3,406.18 | - |
| 160 | Leasehold Improvement | | 1,798.93 | 775.17 |
| 101 | Leasehold Improvement | | 6,688.40 | (0.00) |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 101 | Leasehold Improvement | | 6,070.05 | - |
| 101 | Leasehold Improvement | | 14,850.00 | - |
| 101 | Leasehold Improvement | | 5,464.55 | - |
| 101 | Leasehold Improvement | | 20,000.00 | - |
| 101 | Equipment | | 13,050.55 | - |
| 161 | Furniture & Fixtures | | 3,131.52 | - |
| 120 | Leasehold Improvement | | 6,961.36 | 0.00 |
| 9900 | Computer Software | | 1,150.50 | - |
| 9900 | Computer Software | | 6,075.00 | - |
| 101 | Leasehold Improvement | | 3,956.00 | 532.10 |
| 161 | Leasehold Improvement | | 1,083.39 | 145.89 |
| 161 | Furniture & Fixtures | | 8,849.91 | - |
| 160 | Furniture & Fixtures | | 4,867.25 | - |
| 106 | Furniture & Fixtures | | 7,788.59 | (0.00) |
| 161 | Leasehold Improvement | | 8,524.79 | 1,136.63 |
| 161 | Furniture & Fixtures | | 680.37 | - |
| 162 | Equipment | | | - |
| 111 | Furniture & Fixtures | | 7,747.64 | - |
| 161 | Leasehold Improvement | | 1,278.15 | 171.89 |
| 101 | Leasehold Improvement | | 13,561.31 | (0.00) |
| 101 | Leasehold Improvement | | 25,000.00 | 0.00 |
| 101 | Leasehold Improvement | | 2,000.00 | - |
| 161 | Leasehold Improvement | | 1,983.00 | 266.83 |
| 9900 | Computer Equipment | | 3,308.32 | - |
| 9900 | Computer Equipment | | 4,572.82 | - |
| 9900 | Computer Equipment | | 2,941.48 | - |
| 161 | Equipment | | 20,377.86 | - |
| 101 | Equipment | | 3,257.64 | - |
| 101 | Leasehold Improvement | | 50,000.00 | 6,722.58 |
| 131 | Leasehold Improvement | | 3,646.00 | 1,274.30 |
| 101 | Leasehold Improvement | | 3,319.79 | - |
| 111 | Leasehold Improvement | | 850.00 | 0.00 |
| 111 | Leasehold Improvement | | 2,700.00 | 0.00 |
| 111 | Leasehold Improvement | | 3,868.57 | (0.00) |
| 161 | Leasehold Improvement | | 9,154.71 | 1,230.90 |
| 9900 | Computer Equipment | | (4,506.25) | (4,506.25) |
| 9900 | Computer Equipment | | 4,506.25 | 4,506.25 |
| 115 | Leasehold Improvement | | 11,779.68 | - |
| 113 | Leasehold Improvement | | 16,710.71 | 2,506.39 |
| 122 | Leasehold Improvement | | 17,395.57 | 812.63 |
| 121 | Leasehold Improvement | | 18,011.95 | 0.00 |
| 117 | Leasehold Improvement | | 20,819.90 | 3,122.94 |
| 106 | Leasehold Improvement | | 23,490.87 | - |
| 136 | Leasehold Improvement | | 27,668.55 | 0.02 |
| 101 | Equipment | | 9,216.60 | - |
| 101 | Leasehold Improvement | | 75,000.00 | 7,894.99 |
| 111 | Equipment | | 5,972.30 | - |
| 161 | Equipment | | 3,121.00 | - |
| 131 | Leasehold Improvement | | 2,585.00 | 903.44 |
| 9900 | Computer Equipment | | (7,875.00) | (7,875.00) |
| 9900 | Computer Equipment | | 7,875.00 | 7,875.00 |
| 137 | Leasehold Improvement | | 4,112.13 | 1,296.93 |
| 132 | Leasehold Improvement | | 6,965.44 | - |
| 142 | Leasehold Improvement | | 8,056.42 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 124 | Leasehold Improvement | | 12,839.91 | - |
| 107 | Leasehold Improvement | | 14,098.73 | - |
| 100 | Leasehold Improvement | | 17,035.96 | 946.48 |
| 143 | Leasehold Improvement | | 20,812.41 | 10,406.20 |
| 118 | Leasehold Improvement | | 21,148.09 | - |
| 9900 | Leasehold Improvement | | 29,708.03 | 4,455.89 |
| 101 | Leasehold Improvement | | 304.02 | 61.92 |
| 111 | Leasehold Improvement | | 11,100.00 | - |
| 111 | Leasehold Improvement | | 23,910.00 | - |
| 9900 | Computer Software | | (14,000.00) | (14,000.00) |
| 9900 | Computer Software | | 14,000.00 | 14,000.00 |
| 8850 | Equipment | | 6,326.50 | - |
| 114 | Leasehold Improvement | | 6,750.00 | 0.00 |
| 101 | Leasehold Improvement | | 980.00 | 201.25 |
| 136 | Leasehold Improvement | | 12,905.00 | 608.47 |
| 101 | Leasehold Improvement | | 5,589.00 | 593.53 |
| 101 | Leasehold Improvement | | 2,730.00 | 541.49 |
| 9900 | Computer Software | | 5,620.00 | - |
| 9900 | Computer Software | | 14,090.00 | - |
| 9900 | Computer Software | | 17,540.00 | - |
| 9900 | Computer Software | | 18,985.00 | - |
| 9900 | Computer Software | | 18,560.00 | - |
| 9900 | Computer Software | | 14,305.00 | - |
| 9900 | Computer Software | | 12,470.00 | - |
| 9900 | Computer Software | | 8,995.00 | - |
| 9900 | Computer Software | | 14,920.00 | - |
| 9900 | Computer Software | | 16,970.00 | - |
| 9900 | Computer Software | | 2,080.00 | - |
| 100 | Furniture & Fixtures | | 5,932.58 | - |
| 9900 | Computer Software | | 7,112.50 | - |
| 123 | Leasehold Improvement | | 2,392.77 | (0.03) |
| 101 | Leasehold Improvement | | 3,253.15 | 351.57 |
| 123 | Leasehold Improvement | | 9,158.23 | (0.14) |
| 123 | Leasehold Improvement | | 5,186.97 | 0.20 |
| 101 | Leasehold Improvement | | 1,648.81 | 178.47 |
| 123 | Leasehold Improvement | | 3,219.99 | (0.26) |
| 123 | Leasehold Improvement | | 5,100.96 | 0.26 |
| 148 | Leasehold Improvement | | 1,935.74 | 870.03 |
| 128 | Leasehold Improvement | | 8,329.39 | 1,169.51 |
| 159 | Leasehold Improvement | | 9,404.96 | 4,144.31 |
| 159 | Leasehold Improvement | | 9,404.96 | 1,484.97 |
| 149 | Leasehold Improvement | | 10,130.84 | 4,555.21 |
| 120 | Leasehold Improvement | | 18,077.81 | 3,190.63 |
| 122 | Leasehold Improvement | | 5,300.00 | - |
| 9900 | Computer Software | | 3,387.50 | - |
| 149 | Leasehold Improvement | | 10,130.84 | 4,052.44 |
| 149 | Leasehold Improvement | | 1,252.50 | 500.93 |
| 148 | Leasehold Improvement | | 1,935.73 | 1,042.28 |
| 123 | Leasehold Improvement | | 9,717.92 | 0.13 |
| 123 | Leasehold Improvement | | 10,750.00 | (0.22) |
| 120 | Leasehold Improvement | | 4,500.00 | (0.00) |
| 136 | Leasehold Improvement | | 6,302.00 | 363.37 |
| 163 | Leasehold Improvement | | 4,286.27 | 792.37 |
| 100 | Leasehold Improvement | | 5,600.00 | 1,043.94 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 9900 | Computer Software | | 1,137.50 | - |
| 163 | Furniture & Fixtures | | 3,105.92 | - |
| 136 | Leasehold Improvement | | 18,000.00 | 1,038.30 |
| 163 | Leasehold Improvement | | 68,008.95 | 11,901.63 |
| 163 | Leasehold Improvement | | 68,008.95 | 11,901.63 |
| 120 | Leasehold Improvement | | 24,000.00 | 4,400.00 |
| 100 | Equipment | | (2,722.00) | - |
| 136 | Equipment | | (2,722.00) | - |
| 147 | Equipment | | (1,737.00) | - |
| 100 | Equipment | | (265.40) | - |
| 136 | Equipment | | (265.40) | - |
| 147 | Equipment | | (160.67) | - |
| 147 | Equipment | | 889.11 | (0.00) |
| 100 | Equipment | | 1,033.21 | - |
| 136 | Equipment | | 1,033.21 | - |
| 8850 | Equipment | | 1,854.48 | - |
| 147 | Equipment | | 9,612.00 | - |
| 100 | Equipment | | 10,597.00 | - |
| 136 | Equipment | | 10,597.00 | - |
| 8850 | Equipment | | 21,194.00 | - |
| 163 | Furniture & Fixtures | | 8,332.46 | - |
| 136 | Furniture & Fixtures | | 4,563.35 | - |
| 123 | Leasehold Improvement | | 7,500.00 | 0.03 |
| 163 | Furniture & Fixtures | | 2,648.93 | - |
| 114 | Leasehold Improvement | | 6,750.00 | 0.00 |
| 163 | Equipment | | 2,978.32 | - |
| 163 | Equipment | | 1,797.22 | - |
| 100 | Leasehold Improvement | | 1,129.30 | 207.08 |
| 136 | Leasehold Improvement | | 1,600.00 | 92.56 |
| 123 | Leasehold Improvement | | 3,962.90 | (0.12) |
| 136 | Leasehold Improvement | | 3,231.00 | 189.87 |
| 136 | Leasehold Improvement | | 2,172.90 | 125.68 |
| 136 | Leasehold Improvement | | 21,000.00 | 1,235.42 |
| 163 | Leasehold Improvement | | 4,309.70 | 760.32 |
| 136 | Leasehold Improvement | | 7,350.00 | 424.20 |
| 123 | Leasehold Improvement | | 6,150.00 | (0.26) |
| 100 | Leasehold Improvement | | 2,411.07 | 442.15 |
| 136 | Leasehold Improvement | | 3,284.40 | 189.53 |
| 123 | Leasehold Improvement | | 15,881.39 | (0.27) |
| 163 | Equipment | | 28,743.67 | - |
| 163 | Furniture & Fixtures | | 2,853.50 | - |
| 123 | Leasehold Improvement | | 3,750.00 | 2,965.02 |
| 100 | Leasehold Improvement | | 1,503.05 | 275.31 |
| 136 | Leasehold Improvement | | 9,212.95 | 531.30 |
| 123 | Leasehold Improvement | | 9,876.23 | (0.12) |
| 136 | Furniture & Fixtures | | 4,543.60 | - |
| 136 | Leasehold Improvement | | 709.93 | 41.77 |
| 136 | Leasehold Improvement | | 6,770.00 | 394.27 |
| 136 | Leasehold Improvement | | 1,050.00 | 61.39 |
| 136 | Leasehold Improvement | | 1,175.00 | 68.33 |
| 100 | Leasehold Improvement | | 579.60 | 106.26 |
| 136 | Leasehold Improvement | | 7,116.20 | 410.28 |
| 123 | Leasehold Improvement | | 9,869.73 | 0.08 |
| 123 | Leasehold Improvement | | 23,665.07 | (0.01) |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|-----------|
| 123 | Leasehold Improvement | | 4,606.66 | 0.07 |
| 136 | Leasehold Improvement | | 6,288.20 | 366.33 |
| 136 | Leasehold Improvement | | 1,600.00 | 93.42 |
| 136 | Leasehold Improvement | | 6,770.02 | 394.21 |
| 9900 | Computer Software | | 17,405.06 | - |
| 136 | Leasehold Improvement | | 5,400.00 | 314.41 |
| 123 | Leasehold Improvement | | 6,747.21 | - |
| 136 | Leasehold Improvement | | 9,494.00 | 553.31 |
| 136 | Leasehold Improvement | | 2,895.00 | 168.47 |
| 9900 | Computer Software | | 4,375.00 | - |
| 123 | Leasehold Improvement | | 2,370.60 | (0.00) |
| 136 | Leasehold Improvement | | 8,006.64 | 466.83 |
| 120 | Leasehold Improvement | | 18,077.81 | (0.00) |
| 128 | Leasehold Improvement | | 8,329.40 | 1,967.35 |
| 136 | Leasehold Improvement | | 10,650.00 | 620.28 |
| 136 | Leasehold Improvement | | 2,750.00 | 160.14 |
| 136 | Equipment | | 13,225.00 | - |
| 123 | Leasehold Improvement | | 10,962.15 | 0.10 |
| 136 | Leasehold Improvement | | 20,274.40 | 1,180.97 |
| 123 | Leasehold Improvement | | 7,500.00 | (0.02) |
| 123 | Leasehold Improvement | | 3,403.32 | (0.23) |
| 101 | Leasehold Improvement | | 5,727.68 | 630.44 |
| 136 | Leasehold Improvement | | 12,840.62 | 747.79 |
| 123 | Leasehold Improvement | | 1,300.00 | 0.09 |
| 9900 | Computer Software | | 1,575.00 | - |
| 163 | Leasehold Improvement | | 23,287.00 | 4,305.11 |
| 101 | Leasehold Improvement | | 75,000.00 | 8,333.57 |
| 136 | Furniture & Fixtures | | 10,140.98 | - |
| 123 | Leasehold Improvement | | 6,586.46 | (0.06) |
| 101 | Leasehold Improvement | | 10,007.77 | 1,112.22 |
| 136 | Leasehold Improvement | | 13,721.50 | 807.39 |
| 136 | Leasehold Improvement | | 7,266.64 | 427.53 |
| 136 | Leasehold Improvement | | 4,380.00 | 257.71 |
| 136 | Leasehold Improvement | | 7,750.00 | 455.90 |
| 136 | Leasehold Improvement | | 825.00 | 48.36 |
| 136 | Leasehold Improvement | | 850.00 | 50.32 |
| 9900 | Computer Software | | 75,000.00 | - |
| 9900 | Computer Software | | 15,000.00 | - |
| 163 | Leasehold Improvement | | 15,113.10 | 2,817.54 |
| 136 | Leasehold Improvement | | 16,450.16 | 967.44 |
| 136 | Leasehold Improvement | | 2,600.00 | 152.96 |
| 136 | Leasehold Improvement | | 2,150.00 | 126.32 |
| 136 | Leasehold Improvement | | 6,500.00 | 385.80 |
| 136 | Leasehold Improvement | | 5,550.00 | 329.75 |
| 136 | Leasehold Improvement | | 6,429.00 | 382.25 |
| 101 | Leasehold Improvement | | 7,836.53 | 746.68 |
| 101 | Leasehold Improvement | | 5,775.00 | 647.85 |
| 136 | Leasehold Improvement | | 6,725.00 | 399.90 |
| 136 | Leasehold Improvement | | 365.00 | 22.05 |
| 136 | Equipment | | 16,350.08 | - |
| 9900 | Computer Equipment | | 12,302.53 | - |
| 9900 | Computer Equipment | | 16,409.59 | - |
| 101 | Leasehold Improvement | | 75,000.00 | 8,411.65 |
| 164 | Leasehold Improvement | | 8,662.50 | 2,182.55 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 149 | Leasehold Improvement | | 3,757.50 | 1,743.48 |
| 136 | Leasehold Improvement | | 11,309.86 | 671.76 |
| 136 | Leasehold Improvement | | 3,750.00 | 222.65 |
| 124 | Leasehold Improvement | | (9,400.00) | - |
| 124 | Leasehold Improvement | | 19,400.00 | - |
| 101 | Leasehold Improvement | | 75,000.00 | 8,411.65 |
| 136 | Leasehold Improvement | | 10,000.00 | 594.05 |
| 136 | Leasehold Improvement | | 23,886.21 | 1,418.71 |
| 136 | Leasehold Improvement | | 1,229.97 | 73.77 |
| 165 | Leasehold Improvement | | 8,785.00 | 1,903.26 |
| 136 | Leasehold Improvement | | 608.40 | 36.88 |
| 129 | Equipment | | 689.06 | - |
| 131 | Equipment | | 689.06 | 11.74 |
| 140 | Equipment | | 689.06 | 46.18 |
| 144 | Equipment | | 689.06 | - |
| 160 | Equipment | | 689.06 | - |
| 163 | Equipment | | 689.06 | - |
| 134 | Equipment | | 706.78 | 0.00 |
| 142 | Equipment | | 708.75 | - |
| 118 | Equipment | | 767.81 | - |
| 121 | Equipment | | 767.81 | - |
| 122 | Equipment | | 767.81 | - |
| 124 | Equipment | | 767.81 | - |
| 132 | Equipment | | 767.81 | - |
| 159 | Equipment | | 767.81 | - |
| 137 | Equipment | | 846.56 | - |
| 118 | Equipment | | 7,875.00 | - |
| 121 | Equipment | | 7,875.00 | - |
| 122 | Equipment | | 7,875.00 | - |
| 124 | Equipment | | 7,875.00 | - |
| 129 | Equipment | | 7,875.00 | - |
| 131 | Equipment | | 7,875.00 | 131.25 |
| 132 | Equipment | | 7,875.00 | - |
| 134 | Equipment | | 7,875.00 | - |
| 137 | Equipment | | 7,875.00 | - |
| 140 | Equipment | | 7,875.00 | 525.00 |
| 142 | Equipment | | 7,875.00 | - |
| 144 | Equipment | | 7,875.00 | - |
| 159 | Equipment | | 7,875.00 | - |
| 160 | Equipment | | 7,875.00 | - |
| 163 | Equipment | | 7,875.00 | - |
| 9900 | Computer Software | | 24,132.00 | - |
| 101 | Leasehold Improvement | | 75,000.00 | 9,112.58 |
| 8850 | Equipment | | 291,600.00 | 27,771.32 |
| 8850 | Equipment | | 13,442.59 | 1,280.31 |
| 8850 | Equipment | | 143,899.50 | 13,704.66 |
| 8850 | Equipment | | 7,453.49 | 710.01 |
| 8850 | Equipment | | 25,862.38 | 2,462.74 |
| 106 | Leasehold Improvement | | 402.68 | - |
| 136 | Leasehold Improvement | | 1,376.33 | 82.89 |
| 8850 | Equipment | | 97,200.00 | 9,257.36 |
| 136 | Furniture & Fixtures | | 3,733.43 | - |
| 106 | Leasehold Improvement | | 1,475.00 | - |
| 106 | Leasehold Improvement | | 3,850.00 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 101 | Leasehold Improvement | | 2,500.00 | 283.48 |
| 106 | Leasehold Improvement | | 4,360.80 | - |
| 136 | Leasehold Improvement | | 8,425.08 | 505.58 |
| 148 | Leasehold Improvement | | 5,819.00 | 2,627.76 |
| 136 | Leasehold Improvement | | 3,745.56 | 224.32 |
| 9900 | Computer Software | | 15,000.00 | - |
| 101 | Leasehold Improvement | | 7,923.65 | 830.41 |
| 106 | Leasehold Improvement | | 2,729.33 | - |
| 136 | Leasehold Improvement | | 3,029.33 | 152.93 |
| 101 | Leasehold Improvement | | 7,000.00 | 792.24 |
| 101 | Leasehold Improvement | | 5,875.00 | 615.70 |
| 106 | Leasehold Improvement | | 1,750.00 | - |
| 136 | Leasehold Improvement | | 6,300.00 | 317.84 |
| 136 | Leasehold Improvement | | 2,600.00 | 131.56 |
| 136 | Leasehold Improvement | | 7,311.72 | 368.88 |
| 106 | Leasehold Improvement | | 8,613.21 | - |
| 106 | Leasehold Improvement | | 5,200.00 | - |
| 164 | Leasehold Improvement | | 2,650.41 | 678.81 |
| 165 | Leasehold Improvement | | 398.82 | 90.06 |
| 106 | Leasehold Improvement | | 6,159.30 | - |
| 136 | Leasehold Improvement | | 7,442.56 | 450.82 |
| 106 | Leasehold Improvement | | 930.85 | - |
| 136 | Leasehold Improvement | | 995.74 | 70.22 |
| 106 | Leasehold Improvement | | 8,182.83 | 0.00 |
| 197 | Furniture & Fixtures | | | - |
| 167 | Furniture & Fixtures | | 13,380.60 | - |
| 106 | Furniture & Fixtures | | 13,380.60 | - |
| 136 | Leasehold Improvement | | 550.26 | 34.14 |
| 136 | Leasehold Improvement | | 1,177.20 | 71.43 |
| 164 | Leasehold Improvement | | 10,072.50 | 2,578.56 |
| 164 | Leasehold Improvement | | 442,359.90 | 113,244.06 |
| 164 | Leasehold Improvement | | 1,359.25 | 348.34 |
| 106 | Leasehold Improvement | | 3,850.00 | - |
| 136 | Leasehold Improvement | | 5,600.00 | 285.98 |
| 101 | Leasehold Improvement | | 15,510.00 | 1,772.97 |
| 136 | Leasehold Improvement | | 349.15 | 18.07 |
| 106 | Leasehold Improvement | | 2,137.27 | - |
| 164 | Leasehold Improvement | | 900.00 | 230.40 |
| 136 | Leasehold Improvement | | 2,788.18 | 142.33 |
| 106 | Leasehold Improvement | | 2,378.90 | - |
| 165 | Leasehold Improvement | | 1,700.00 | 382.19 |
| 165 | Leasehold Improvement | | 32,000.00 | 7,199.69 |
| 165 | Leasehold Improvement | | 22,800.00 | 5,130.00 |
| 136 | Leasehold Improvement | | 191.62 | 9.34 |
| 136 | Leasehold Improvement | | 1,743.31 | 88.84 |
| 165 | Leasehold Improvement | | 13,149.10 | 2,958.16 |
| 165 | Leasehold Improvement | | 21,014.77 | 4,728.61 |
| 106 | Leasehold Improvement | | 395.00 | - |
| 106 | Leasehold Improvement | | 5,490.00 | - |
| 106 | Leasehold Improvement | | 3,400.00 | - |
| 164 | Leasehold Improvement | | 1,948.50 | 503.18 |
| 106 | Leasehold Improvement | | 165.00 | - |
| 165 | Furniture & Fixtures | | 9,742.53 | - |
| 165 | Leasehold Improvement | | 12,800.00 | 2,986.36 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 164 | Leasehold Improvement | | 49,863.40 | 12,868.36 |
| 122 | Leasehold Improvement | | 1,960.00 | 81.36 |
| 106 | Leasehold Improvement | | 3,603.00 | - |
| 122 | Leasehold Improvement | | 6,215.72 | 258.72 |
| 101 | Leasehold Improvement | | 8,416.74 | 898.50 |
| 165 | Leasehold Improvement | | 26,713.80 | 6,232.76 |
| 106 | Leasehold Improvement | | 350.00 | - |
| 165 | Furniture & Fixtures | | 13,380.60 | - |
| 165 | Leasehold Improvement | | 25,000.00 | 5,672.64 |
| 165 | Leasehold Improvement | | 6,300.00 | 1,429.52 |
| 101 | Leasehold Improvement | | 1,997.61 | 213.73 |
| 101 | Leasehold Improvement | | 1,150.00 | 122.36 |
| 101 | Leasehold Improvement | | 1,782.51 | 189.99 |
| 101 | Leasehold Improvement | | 2,246.69 | 240.17 |
| 101 | Leasehold Improvement | | 805.00 | 85.56 |
| 101 | Leasehold Improvement | | 672.90 | 72.14 |
| 101 | Leasehold Improvement | | 11,128.30 | 1,188.62 |
| 101 | Leasehold Improvement | | 467.00 | 50.24 |
| 136 | Leasehold Improvement | | 129.72 | 8.28 |
| 101 | Leasehold Improvement | | 2,810.94 | 300.26 |
| 106 | Leasehold Improvement | | 3,790.10 | (0.00) |
| 101 | Leasehold Improvement | | 10,344.83 | 1,104.35 |
| 165 | Leasehold Improvement | | 24,570.63 | 2,624.03 |
| 165 | Leasehold Improvement | | 1,242.77 | - |
| 164 | Leasehold Improvement | | 1,744.68 | 450.24 |
| 168 | Furniture & Fixtures | | 13,380.60 | - |
| 111 | Leasehold Improvement | | 965.00 | - |
| 9900 | Computer Software | | 45,000.00 | - |
| 111 | Leasehold Improvement | | 6,864.75 | - |
| 111 | Leasehold Improvement | | 4,774.23 | - |
| 164 | Leasehold Improvement | | 4,042.77 | 1,043.57 |
| 165 | Leasehold Improvement | | 12,480.00 | 2,831.96 |
| 165 | Leasehold Improvement | | 4,225.36 | 958.44 |
| 165 | Leasehold Improvement | | 10,855.99 | 2,462.83 |
| 106 | Leasehold Improvement | | 3,475.32 | - |
| 122 | Leasehold Improvement | | 4,889.53 | 154.29 |
| 101 | Leasehold Improvement | | 5,429.99 | 579.75 |
| 165 | Leasehold Improvement | | 10,583.23 | 2,401.67 |
| 165 | Leasehold Improvement | | 45,923.13 | 10,419.41 |
| 165 | Leasehold Improvement | | 14,421.00 | 3,272.44 |
| 165 | Leasehold Improvement | | 3,450.00 | 782.92 |
| 165 | Leasehold Improvement | | 23,430.00 | 5,316.12 |
| 101 | Leasehold Improvement | | 18,650.00 | 1,991.56 |
| 165 | Leasehold Improvement | | 12,200.00 | 2,768.16 |
| 101 | Leasehold Improvement | | 75,000.00 | 8,088.61 |
| 165 | Leasehold Improvement | | 3,220.70 | 737.31 |
| 165 | Leasehold Improvement | | 8,460.36 | 1,935.66 |
| 136 | Leasehold Improvement | | 1,198.50 | 73.74 |
| 165 | Leasehold Improvement | | 32,752.97 | 7,494.10 |
| 199 | Furniture & Fixtures | | | - |
| 165 | Leasehold Improvement | | 16,490.00 | 3,772.75 |
| 165 | Leasehold Improvement | | 22,572.76 | 5,165.37 |
| 165 | Leasehold Improvement | | 4,800.00 | 1,098.12 |
| 165 | Leasehold Improvement | | 19,400.00 | 4,438.69 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 165 | Leasehold Improvement | | 560.00 | 127.75 |
| 101 | Leasehold Improvement | | 4,000.00 | 430.98 |
| 165 | Leasehold Improvement | | 19,129.95 | 4,377.03 |
| 101 | Leasehold Improvement | | 1,135.00 | 112.16 |
| 8850 | Equipment | | 2,540.00 | 362.72 |
| 101 | Leasehold Improvement | | 3,389.77 | 335.81 |
| 101 | Leasehold Improvement | | 480.00 | 57.25 |
| 101 | Leasehold Improvement | | 4,000.00 | 396.40 |
| 170 | Leasehold Improvement | | 4,000.00 | 603.40 |
| 170 | Leasehold Improvement | | 4,000.00 | 603.40 |
| 170 | Leasehold Improvement | | 2,700.00 | 484.11 |
| 100 | Leasehold Improvement | | 6,908.10 | 431.70 |
| 101 | Leasehold Improvement | | 29,521.70 | 3,215.60 |
| 101 | Leasehold Improvement | | 15,000.00 | 1,634.10 |
| 165 | Leasehold Improvement | | 485.00 | 111.50 |
| 165 | Leasehold Improvement | | 2,580.00 | 595.50 |
| 170 | Leasehold Improvement | | 35,935.00 | 5,424.10 |
| 168 | Furniture & Fixtures | | 27,500.00 | - |
| 167 | Furniture & Fixtures | | 11,395.00 | - |
| 101 | Leasehold Improvement | | 75,000.00 | 8,168.70 |
| 165 | Leasehold Improvement | | 12,278.33 | 2,833.73 |
| 124 | Leasehold Improvement | | 15,700.19 | - |
| 170 | Leasehold Improvement | | 42,000.00 | 6,339.30 |
| 165 | Leasehold Improvement | | 2,590.00 | 597.40 |
| 101 | Leasehold Improvement | | 9,584.60 | 1,043.60 |
| 101 | Leasehold Improvement | | 30,358.00 | 3,306.70 |
| 170 | Leasehold Improvement | | 2,116.00 | 319.60 |
| 100 | Leasehold Improvement | | 12,652.99 | 790.99 |
| 101 | Leasehold Improvement | | 33,587.94 | 3,658.44 |
| 101 | Leasehold Improvement | | 4,000.00 | 436.00 |
| 165 | Leasehold Improvement | | 1,300.02 | 300.12 |
| 165 | Leasehold Improvement | | 6,840.98 | 1,578.68 |
| 168 | Leasehold Improvement | | 9,000.00 | 3,109.98 |
| 168 | Leasehold Improvement | | 5,847.00 | 1,977.90 |
| 170 | Leasehold Improvement | | 1,441.52 | 205.82 |
| 168 | Leasehold Improvement | | 4,000.00 | 1,353.10 |
| 170 | Leasehold Improvement | | 434.16 | 62.46 |
| 170 | Leasehold Improvement | | 4,000.00 | 571.00 |
| 101 | Leasehold Improvement | | 11,622.00 | 1,162.20 |
| 168 | Leasehold Improvement | | 11,905.74 | 4,027.14 |
| 168 | Leasehold Improvement | | 32,500.00 | 10,992.70 |
| 101 | Leasehold Improvement | | 12,400.00 | 1,240.00 |
| 101 | Leasehold Improvement | | 12,505.00 | 1,250.50 |
| 168 | Leasehold Improvement | | 19,625.55 | 6,637.65 |
| 167 | Equipment | | 2,714.74 | - |
| 168 | Equipment | | 2,714.74 | - |
| 170 | Equipment | | 2,714.74 | - |
| 196 | Equipment | | 2,714.75 | 1,971.39 |
| 196 | Equipment | | (2,714.75) | (1,971.39) |
| 170 | Furniture & Fixtures | | 3,628.44 | - |
| 167 | Furniture & Fixtures | | 4,675.09 | - |
| 196 | Furniture & Fixtures | | 4,688.20 | 3,672.38 |
| 196 | Furniture & Fixtures | | (4,688.20) | (3,672.38) |
| 168 | Furniture & Fixtures | | 6,192.20 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 170 | Computer Equipment | | 3,441.00 | - |
| 196 | Computer Equipment | | 3,442.88 | 2,123.14 |
| 196 | Computer Equipment | | (3,442.88) | (2,123.14) |
| 167 | Leasehold Improvement | | 119,582.60 | 30,892.32 |
| 167 | Leasehold Improvement | | 97,417.40 | 25,166.31 |
| 196 | Leasehold Improvement | | 5,200.00 | 4,535.53 |
| 196 | Leasehold Improvement | | (5,200.00) | (4,535.53) |
| 168 | Leasehold Improvement | | 2,550.00 | 868.79 |
| 170 | Leasehold Improvement | | 5,025.00 | 765.46 |
| 127 | Equipment | | 7,875.00 | 1,706.25 |
| 161 | Equipment | | 7,875.00 | - |
| 128 | Equipment | | 7,875.00 | 903.51 |
| 148 | Equipment | | 7,875.00 | 2,313.45 |
| 101 | Leasehold Improvement | | 800.00 | 88.00 |
| 101 | Leasehold Improvement | | 1,600.00 | 176.00 |
| 170 | Leasehold Improvement | | 29,500.00 | 4,495.45 |
| 168 | Leasehold Improvement | | 6,050.00 | 2,061.91 |
| 170 | Leasehold Improvement | | 10,000.00 | 1,523.64 |
| 168 | Leasehold Improvement | | 2,595.00 | 884.42 |
| 170 | Leasehold Improvement | | 20,000.00 | 3,047.28 |
| 169 | Equipment | | 5,607.27 | - |
| 167 | Equipment | | 3,980.71 | - |
| 170 | Equipment | | 6,293.01 | - |
| 168 | Equipment | | 5,663.23 | - |
| 170 | Leasehold Improvement | | 19,034.02 | 2,900.10 |
| 196 | Leasehold Improvement | | 16,193.35 | 14,124.27 |
| 196 | Leasehold Improvement | | (16,193.35) | (14,124.27) |
| 101 | Leasehold Improvement | | 16,790.38 | 1,847.28 |
| 167 | Furniture & Fixtures | | 3,132.46 | - |
| 168 | Furniture & Fixtures | | 3,132.47 | - |
| 170 | Furniture & Fixtures | | 3,132.47 | - |
| 101 | Leasehold Improvement | | 4,000.00 | 475.60 |
| 168 | Leasehold Improvement | | 23,017.92 | 7,843.42 |
| 165 | Leasehold Improvement | | 7,454.10 | 1,734.96 |
| 101 | Leasehold Improvement | | 12,382.80 | 1,361.93 |
| 8850 | Equipment | | 15,009.38 | 12,664.13 |
| 8850 | Equipment | | (15,009.38) | (12,664.13) |
| 168 | Leasehold Improvement | | 3,072.95 | 1,204.55 |
| 101 | Leasehold Improvement | | 228.28 | 25.36 |
| 170 | Leasehold Improvement | | 72,500.00 | 11,047.28 |
| 168 | Furniture & Fixtures | | 13,370.83 | - |
| 167 | Furniture & Fixtures | | 14,812.41 | - |
| 170 | Furniture & Fixtures | | 9,765.71 | - |
| 168 | Leasehold Improvement | | 3,358.71 | 1,316.61 |
| 101 | Leasehold Improvement | | 1,150.00 | 126.50 |
| 101 | Leasehold Improvement | | 50,000.00 | 5,500.00 |
| 168 | Leasehold Improvement | | 412.56 | 140.22 |
| 170 | Leasehold Improvement | | 807.84 | 123.43 |
| 196 | Leasehold Improvement | | 6,275.00 | 5,473.22 |
| 196 | Leasehold Improvement | | (6,275.00) | (5,473.22) |
| 168 | Leasehold Improvement | | 13,625.00 | 4,642.23 |
| 170 | Leasehold Improvement | | 30,425.00 | 4,636.36 |
| 168 | Leasehold Improvement | | 9,100.00 | 3,100.51 |
| 196 | Leasehold Improvement | | 366.88 | 319.96 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 196 | Leasehold Improvement | | (366.88) | (319.96) |
| 170 | Leasehold Improvement | | 36,815.14 | 5,609.96 |
| 196 | Leasehold Improvement | | 8,555.12 | 7,461.93 |
| 196 | Leasehold Improvement | | (8,555.12) | (7,461.93) |
| 101 | Leasehold Improvement | | 15,827.71 | 1,740.79 |
| 168 | Leasehold Improvement | | 29,984.03 | 10,217.13 |
| 167 | Furniture & Fixtures | | 3,095.88 | - |
| 168 | Furniture & Fixtures | | 3,138.79 | - |
| 170 | Furniture & Fixtures | | 3,156.33 | - |
| 170 | Leasehold Improvement | | 1,650.00 | 251.81 |
| 101 | Leasehold Improvement | | 413.28 | 45.71 |
| 101 | Leasehold Improvement | | 2,010.58 | 220.79 |
| 196 | Leasehold Improvement | | 2,028.97 | 1,769.76 |
| 196 | Leasehold Improvement | | (2,028.97) | (1,769.76) |
| 167 | Furniture & Fixtures | | 9,579.14 | - |
| 168 | Furniture & Fixtures | | 9,579.14 | - |
| 170 | Furniture & Fixtures | | 9,579.14 | - |
| 8850 | Equipment | | 12,600.00 | 10,762.50 |
| 8850 | Equipment | | (12,600.00) | (10,762.50) |
| 101 | Leasehold Improvement | | 2,137.58 | 216.07 |
| 101 | Leasehold Improvement | | 1,600.00 | 161.76 |
| 170 | Leasehold Improvement | | 15,200.00 | 2,192.65 |
| 167 | Leasehold Improvement | | 1,875.00 | 472.36 |
| 170 | Leasehold Improvement | | 5,025.00 | 724.52 |
| 170 | Leasehold Improvement | | 38,229.00 | 5,513.49 |
| 196 | Leasehold Improvement | | 556.80 | 485.73 |
| 196 | Leasehold Improvement | | (556.80) | (485.73) |
| 101 | Leasehold Improvement | | 11,373.48 | 1,149.16 |
| 170 | Leasehold Improvement | | 37,180.00 | 5,362.50 |
| 168 | Leasehold Improvement | | 4,429.64 | 1,509.55 |
| 167 | Furniture & Fixtures | | 12,557.32 | - |
| 168 | Equipment | | 232.50 | - |
| 170 | Equipment | | 772.50 | - |
| 167 | Leasehold Improvement | | 2,287.25 | 595.89 |
| 168 | Leasehold Improvement | | 8,200.00 | 2,794.14 |
| 170 | Leasehold Improvement | | 1,225.00 | 188.36 |
| 170 | Leasehold Improvement | | 20,603.83 | 2,972.04 |
| 101 | Leasehold Improvement | | 10,720.97 | 1,083.16 |
| 168 | Leasehold Improvement | | 9,284.44 | 3,163.91 |
| 168 | Leasehold Improvement | | 378.00 | 151.84 |
| 170 | Leasehold Improvement | | 650.00 | 100.00 |
| 170 | Leasehold Improvement | | 5,132.00 | 789.20 |
| 167 | Leasehold Improvement | | 677.24 | 176.52 |
| 170 | Furniture & Fixtures | | 14,222.50 | - |
| 170 | Furniture & Fixtures | | 13,824.30 | - |
| 9900 | Computer Equipment | | 7,152.22 | - |
| 9900 | Computer Equipment | | 8,341.00 | - |
| 168 | Leasehold Improvement | | 6,450.00 | 2,588.56 |
| 170 | Leasehold Improvement | | 14,100.00 | 2,168.96 |
| 168 | Leasehold Improvement | | 3,054.68 | 1,226.04 |
| 196 | Leasehold Improvement | | 5,842.41 | 5,128.29 |
| 196 | Leasehold Improvement | | (5,842.41) | (5,128.29) |
| 168 | Leasehold Improvement | | 6,464.33 | 2,594.09 |
| 168 | Equipment | | 1,012.50 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 169 | Equipment | | 1,012.50 | - |
| 170 | Equipment | | 1,012.50 | - |
| 172 | Equipment | | 1,012.50 | 641.14 |
| 172 | Equipment | | (1,012.50) | (641.14) |
| 170 | Leasehold Improvement | | 43,880.17 | 6,751.21 |
| 101 | Leasehold Improvement | | 4,000.00 | 480.00 |
| 101 | Leasehold Improvement | | 4,000.00 | 480.00 |
| 170 | Leasehold Improvement | | 3,078.00 | 473.20 |
| 170 | Leasehold Improvement | | 1,710.00 | 263.28 |
| 170 | Leasehold Improvement | | 3,810.59 | 554.59 |
| 168 | Leasehold Improvement | | 4,553.98 | 1,827.74 |
| 170 | Leasehold Improvement | | 5,725.72 | 825.38 |
| 168 | Equipment | | 14,010.00 | - |
| 170 | Leasehold Improvement | | 15,974.14 | 2,326.22 |
| 101 | Leasehold Improvement | | 6,530.45 | 1,353.41 |
| 111 | Leasehold Improvement | | 36,464.14 | - |
| 168 | Leasehold Improvement | | 13,899.87 | 5,578.59 |
| 170 | Leasehold Improvement | | 4,486.00 | 653.60 |
| 168 | Leasehold Improvement | | 2,846.01 | 1,142.33 |
| 168 | Leasehold Improvement | | 678.82 | 272.26 |
| 168 | Leasehold Improvement | | 2,913.32 | 1,169.16 |
| 170 | Leasehold Improvement | | 13,087.59 | 1,906.31 |
| 168 | Leasehold Improvement | | 4,752.73 | 1,907.69 |
| 101 | Leasehold Improvement | | 51.12 | 5.36 |
| 168 | Leasehold Improvement | | 13,945.00 | 5,597.32 |
| 167 | Equipment | | 9,121.42 | - |
| 168 | Equipment | | 9,247.81 | - |
| 170 | Equipment | | 9,247.81 | - |
| 170 | Leasehold Improvement | | 12,500.00 | 1,820.32 |
| 170 | Leasehold Improvement | | 1,400.00 | 204.08 |
| 168 | Leasehold Improvement | | 14,475.69 | 5,810.33 |
| 170 | Leasehold Improvement | | 14,811.13 | 2,156.73 |
| 101 | Leasehold Improvement | | 36,603.20 | 4,066.96 |
| 170 | Furniture & Fixtures | | 8,278.04 | - |
| 167 | Leasehold Improvement | | 1,360.00 | 345.36 |
| 167 | Leasehold Improvement | | 2,830.89 | 719.77 |
| 101 | Leasehold Improvement | | 91.06 | 10.10 |
| 101 | Leasehold Improvement | | 7,797.53 | 866.65 |
| 101 | Leasehold Improvement | | 10,797.55 | 1,199.39 |
| 101 | Leasehold Improvement | | 201.94 | 22.42 |
| 9900 | Computer Software | | 10,453.88 | - |
| 101 | Leasehold Improvement | | 126.44 | 15.08 |
| 170 | Leasehold Improvement | | 2,689.49 | 417.92 |
| 101 | Leasehold Improvement | | 13.18 | 1.87 |
| 168 | Leasehold Improvement | | 855.00 | 345.18 |
| 111 | Leasehold Improvement | | 22,709.18 | - |
| 161 | Leasehold Improvement | | 3,089.88 | 830.49 |
| 168 | Leasehold Improvement | | 5,895.21 | 2,382.15 |
| 170 | Leasehold Improvement | | 8,803.97 | 1,295.00 |
| 170 | Leasehold Improvement | | 5,885.94 | 865.17 |
| 161 | Leasehold Improvement | | 8,219.58 | 2,210.49 |
| 101 | Leasehold Improvement | | 24,854.47 | 3,012.25 |
| 101 | Leasehold Improvement | | 4,000.00 | 485.20 |
| 101 | Leasehold Improvement | | 4,000.00 | 485.20 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 101 | Leasehold Improvement | | 1,740.45 | 210.99 |
| 101 | Leasehold Improvement | | 487.07 | 54.68 |
| 101 | Leasehold Improvement | | 11,734.27 | 1,316.89 |
| 196 | Leasehold Improvement | | 1,560.00 | 1,377.93 |
| 196 | Leasehold Improvement | | (1,560.00) | (1,377.93) |
| 196 | Leasehold Improvement | | 906.83 | 800.99 |
| 196 | Leasehold Improvement | | (906.83) | (800.99) |
| 149 | Leasehold Improvement | | 15,525.40 | 7,563.40 |
| 170 | Leasehold Improvement | | 5,369.58 | 789.90 |
| 170 | Leasehold Improvement | | 5,219.80 | 768.01 |
| 101 | Leasehold Improvement | | 8,945.51 | 838.85 |
| 172 | Leasehold Improvement | | 2,125.00 | 1,505.29 |
| 172 | Leasehold Improvement | | (2,125.00) | (1,505.29) |
| 165 | Leasehold Improvement | | 8,819.65 | 2,029.30 |
| 101 | Leasehold Improvement | | 23,753.37 | 2,666.31 |
| 168 | Furniture & Fixtures | | 30,388.18 | - |
| 185 | Leasehold Improvement | | 208.90 | - |
| 164 | Leasehold Improvement | | 6,410.70 | 1,683.99 |
| 167 | Leasehold Improvement | | 24,581.00 | 6,303.17 |
| 172 | Furniture & Fixtures | | 3,150.95 | 2,468.19 |
| 172 | Furniture & Fixtures | | (3,150.95) | (2,468.19) |
| 172 | Furniture & Fixtures | | 9,069.40 | 7,104.32 |
| 172 | Furniture & Fixtures | | (9,069.40) | (7,104.32) |
| 172 | Leasehold Improvement | | 350.00 | 252.80 |
| 172 | Leasehold Improvement | | (350.00) | (252.80) |
| 172 | Leasehold Improvement | | 14,343.59 | 10,359.19 |
| 172 | Leasehold Improvement | | (14,343.59) | (10,359.19) |
| 172 | Leasehold Improvement | | 7,250.00 | 5,236.20 |
| 172 | Leasehold Improvement | | (7,250.00) | (5,236.20) |
| 101 | Leasehold Improvement | | 16,821.77 | 2,059.87 |
| 136 | Equipment | | 5,206.87 | - |
| 168 | Equipment | | 2,217.87 | - |
| 170 | Equipment | | 2,217.87 | - |
| 196 | Equipment | | 2,217.87 | 1,478.67 |
| 196 | Equipment | | (2,217.87) | (1,478.67) |
| 167 | Equipment | | 2,217.88 | - |
| 123 | Furniture & Fixtures | | 7,418.00 | - |
| 172 | Leasehold Improvement | | 2,410.75 | 1,741.15 |
| 172 | Leasehold Improvement | | (2,410.75) | (1,741.15) |
| 196 | Leasehold Improvement | | 2,861.17 | 2,543.17 |
| 196 | Leasehold Improvement | | (2,861.17) | (2,543.17) |
| 172 | Leasehold Improvement | | 3,925.14 | 2,834.74 |
| 172 | Leasehold Improvement | | (3,925.14) | (2,834.74) |
| 172 | Leasehold Improvement | | 1,069.31 | 772.31 |
| 172 | Leasehold Improvement | | (1,069.31) | (772.31) |
| 172 | Equipment | | 631.07 | 420.67 |
| 172 | Equipment | | (631.07) | (420.67) |
| 172 | Leasehold Improvement | | 3,850.20 | 2,780.60 |
| 172 | Leasehold Improvement | | (3,850.20) | (2,780.60) |
| 101 | Leasehold Improvement | | 12,438.84 | 1,410.20 |
| 172 | Leasehold Improvement | | 12,666.72 | 9,148.12 |
| 172 | Leasehold Improvement | | (12,666.72) | (9,148.12) |
| 9900 | Computer Equipment | | 18,663.75 | - |
| 9900 | Computer Software | | 4,506.25 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 9900 | Computer Software | | 7,875.00 | - |
| 9900 | Computer Software | | 202,564.00 | - |
| 9900 | Computer Software | | 202,564.00 | - |
| 9900 | Computer Software | | 101,282.00 | - |
| 9900 | Computer Software | | 3,251.99 | - |
| 9900 | Computer Software | | 13,050.00 | - |
| 9900 | Computer Software | | 6,412.50 | - |
| 9900 | Computer Software | | 177.00 | - |
| 9900 | Computer Software | | (16.00) | - |
| 9900 | Computer Software | | 1,196.88 | - |
| 9900 | Computer Software | | 9,037.50 | - |
| 9900 | Computer Software | | 1,062.00 | - |
| 9900 | Computer Software | | 14,662.50 | - |
| 9900 | Computer Software | | 9,646.50 | - |
| 9900 | Computer Software | | 1,927.03 | - |
| 9900 | Computer Software | | 3,363.00 | - |
| 9900 | Computer Software | | 16,350.00 | - |
| 9900 | Computer Software | | 12,837.50 | - |
| 9900 | Computer Software | | 2,124.00 | - |
| 9900 | Computer Software | | 14,000.00 | - |
| 9900 | Computer Software | | 2,124.00 | - |
| 9900 | Computer Software | | 11,575.00 | - |
| 9900 | Computer Software | | 26,562.50 | - |
| 9900 | Computer Software | | 2,478.00 | - |
| 9900 | Computer Software | | 2,224.63 | - |
| 9900 | Computer Software | | 14,125.00 | - |
| 9900 | Computer Software | | 5,841.00 | - |
| 9900 | Computer Software | | 27,675.00 | - |
| 9900 | Computer Software | | 4,425.00 | - |
| 9900 | Computer Software | | 1,083.08 | - |
| 9900 | Computer Software | | 1,681.50 | - |
| 9900 | Computer Software | | 24,093.75 | - |
| 9900 | Computer Software | | 3,893.02 | - |
| 9900 | Computer Software | | 1,593.00 | - |
| 9900 | Computer Software | | 16,206.25 | - |
| 9900 | Computer Software | | 1,407.85 | - |
| 9900 | Computer Software | | 22,832.50 | - |
| 9900 | Computer Software | | 885.00 | - |
| 9900 | Computer Software | | 2,365.91 | - |
| 9900 | Computer Software | | 5,480.21 | - |
| 9900 | Computer Software | | 4,779.00 | - |
| 9900 | Computer Software | | 32,553.75 | - |
| 9900 | Computer Software | | 4,248.00 | - |
| 9900 | Computer Software | | 26,921.25 | - |
| 9900 | Computer Software | | 4,631.15 | - |
| 9900 | Computer Software | | 6,549.00 | - |
| 9900 | Computer Software | | 39,146.25 | - |
| 9900 | Computer Software | | 6,132.24 | - |
| 9900 | Computer Software | | 6,578.58 | - |
| 9900 | Computer Software | | 700.00 | - |
| 9900 | Computer Software | | (31,500.00) | - |
| 132 | Computer Equipment | | 1,073.36 | - |
| 129 | Computer Equipment | | 1,117.25 | - |
| 127 | Computer Equipment | | 1,072.81 | 286.09 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 121 | Computer Equipment | | 1,117.25 | - |
| 141 | Computer Equipment | | 1,139.20 | - |
| 123 | Computer Equipment | | 1,162.25 | - |
| 117 | Computer Equipment | | 1,206.70 | - |
| 106 | Computer Equipment | | 1,448.70 | - |
| 164 | Computer Equipment | | 688.68 | - |
| 122 | Computer Equipment | | 963.61 | 0.00 |
| 114 | Computer Equipment | | 1,018.48 | - |
| 113 | Computer Equipment | | 1,028.91 | - |
| 115 | Computer Equipment | | 1,271.99 | - |
| 106 | Computer Equipment | | 197.55 | - |
| 107 | Computer Equipment | | 373.15 | - |
| 163 | Computer Equipment | | 973.48 | - |
| 137 | Computer Equipment | | 1,017.93 | (0.00) |
| 107 | Computer Equipment | | 1,028.91 | - |
| 103 | Computer Equipment | | 1,072.81 | 357.61 |
| 124 | Computer Equipment | | 1,117.26 | - |
| 159 | Computer Equipment | | 1,162.25 | - |
| 118 | Computer Equipment | | 1,227.54 | - |
| 8850 | Computer Equipment | | 2,097.75 | - |
| 110 | Computer Equipment | | 1,609.28 | 429.20 |
| 146 | Computer Equipment | | 2,413.92 | - |
| 149 | Computer Equipment | | 2,413.92 | - |
| 152 | Computer Equipment | | 2,413.92 | - |
| 161 | Computer Equipment | | 2,413.92 | - |
| 163 | Computer Equipment | | 2,413.92 | - |
| 103 | Computer Equipment | | 3,218.56 | 1,072.96 |
| 107 | Computer Equipment | | 3,218.56 | - |
| 111 | Computer Equipment | | 3,218.56 | - |
| 114 | Computer Equipment | | 3,218.56 | - |
| 122 | Computer Equipment | | 3,218.56 | - |
| 127 | Computer Equipment | | 3,218.56 | 858.40 |
| 133 | Computer Equipment | | 3,218.56 | - |
| 137 | Computer Equipment | | 3,218.56 | - |
| 140 | Computer Equipment | | 3,218.56 | 697.48 |
| 142 | Computer Equipment | | 3,218.56 | - |
| 143 | Computer Equipment | | 3,218.56 | 1,877.56 |
| 148 | Computer Equipment | | 3,218.56 | 53.80 |
| 157 | Computer Equipment | | 3,218.56 | - |
| 160 | Computer Equipment | | 3,218.56 | - |
| 172 | Computer Equipment | | 3,218.56 | 2,145.76 |
| 172 | Computer Equipment | | (3,218.56) | (2,145.76) |
| 176 | Computer Equipment | | 3,218.56 | - |
| 177 | Computer Equipment | | 3,218.56 | - |
| 179 | Computer Equipment | | 3,218.56 | - |
| 180 | Computer Equipment | | 3,218.56 | - |
| 181 | Computer Equipment | | 3,218.56 | - |
| 185 | Computer Equipment | | 3,218.56 | - |
| 194 | Computer Equipment | | 3,218.56 | - |
| 100 | Computer Equipment | | 4,023.20 | - |
| 113 | Computer Equipment | | 4,023.20 | - |
| 121 | Computer Equipment | | 4,023.20 | - |
| 124 | Computer Equipment | | 4,023.20 | - |
| 128 | Computer Equipment | | 4,023.20 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 129 | Computer Equipment | | 4,023.20 | - |
| 132 | Computer Equipment | | 4,023.20 | - |
| 141 | Computer Equipment | | 4,023.20 | - |
| 144 | Computer Equipment | | 4,023.20 | - |
| 164 | Computer Equipment | | 4,023.20 | - |
| 165 | Computer Equipment | | 4,023.20 | - |
| 166 | Computer Equipment | | 4,023.20 | - |
| 167 | Computer Equipment | | 4,023.20 | - |
| 168 | Computer Equipment | | 4,023.20 | - |
| 173 | Computer Equipment | | 4,023.20 | - |
| 183 | Computer Equipment | | 4,023.20 | - |
| 184 | Computer Equipment | | 4,023.20 | - |
| 196 | Computer Equipment | | 4,023.20 | 2,682.20 |
| 196 | Computer Equipment | | (4,023.20) | (2,682.20) |
| 118 | Computer Equipment | | 4,827.84 | - |
| 131 | Computer Equipment | | 4,827.84 | 804.84 |
| 134 | Computer Equipment | | 4,827.84 | - |
| 147 | Computer Equipment | | 4,827.84 | - |
| 170 | Computer Equipment | | 4,827.84 | - |
| 115 | Computer Equipment | | 5,632.48 | - |
| 123 | Computer Equipment | | 5,632.48 | - |
| 136 | Computer Equipment | | 5,632.48 | - |
| 159 | Computer Equipment | | 5,632.48 | - |
| 117 | Computer Equipment | | 6,437.12 | - |
| 106 | Computer Equipment | | 7,241.76 | - |
| 101 | Computer Equipment | | 8,046.40 | - |
| 120 | Computer Equipment | | 10,460.32 | - |
| 100 | Computer Equipment | | 606.04 | - |
| 101 | Computer Equipment | | 606.04 | - |
| 103 | Computer Equipment | | 606.04 | 202.04 |
| 106 | Computer Equipment | | 606.04 | - |
| 107 | Computer Equipment | | 606.04 | - |
| 110 | Computer Equipment | | 606.04 | 161.64 |
| 111 | Computer Equipment | | 606.04 | - |
| 113 | Computer Equipment | | 606.04 | - |
| 114 | Computer Equipment | | 606.04 | - |
| 115 | Computer Equipment | | 606.04 | - |
| 117 | Computer Equipment | | 606.04 | - |
| 118 | Computer Equipment | | 606.04 | - |
| 120 | Computer Equipment | | 606.04 | - |
| 121 | Computer Equipment | | 606.04 | - |
| 122 | Computer Equipment | | 606.04 | - |
| 123 | Computer Equipment | | 606.04 | - |
| 124 | Computer Equipment | | 606.04 | - |
| 127 | Computer Equipment | | 606.04 | 161.64 |
| 128 | Computer Equipment | | 606.04 | - |
| 129 | Computer Equipment | | 606.04 | - |
| 131 | Computer Equipment | | 606.04 | 101.04 |
| 132 | Computer Equipment | | 606.04 | - |
| 133 | Computer Equipment | | 606.04 | - |
| 134 | Computer Equipment | | 606.04 | - |
| 136 | Computer Equipment | | 606.04 | - |
| 137 | Computer Equipment | | 606.04 | - |
| 140 | Computer Equipment | | 606.04 | 131.34 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|-----------|
| 141 | Computer Equipment | | 606.04 | - |
| 142 | Computer Equipment | | 606.04 | - |
| 143 | Computer Equipment | | 606.04 | 353.54 |
| 144 | Computer Equipment | | 606.04 | - |
| 146 | Computer Equipment | | 606.04 | - |
| 147 | Computer Equipment | | 606.04 | - |
| 148 | Computer Equipment | | 606.04 | 10.14 |
| 149 | Computer Equipment | | 606.04 | - |
| 152 | Computer Equipment | | 606.04 | - |
| 157 | Computer Equipment | | 606.04 | - |
| 159 | Computer Equipment | | 606.04 | - |
| 160 | Computer Equipment | | 606.04 | - |
| 161 | Computer Equipment | | 606.04 | - |
| 163 | Computer Equipment | | 606.04 | - |
| 164 | Computer Equipment | | 606.04 | - |
| 165 | Computer Equipment | | 606.04 | - |
| 166 | Computer Equipment | | 606.04 | - |
| 167 | Computer Equipment | | 606.04 | - |
| 168 | Computer Equipment | | 606.04 | - |
| 170 | Computer Equipment | | 606.04 | - |
| 172 | Computer Equipment | | 606.04 | 404.04 |
| 172 | Computer Equipment | | (606.04) | (404.04) |
| 173 | Computer Equipment | | 606.04 | - |
| 176 | Computer Equipment | | 606.04 | - |
| 177 | Computer Equipment | | 606.04 | - |
| 179 | Computer Equipment | | 606.04 | - |
| 180 | Computer Equipment | | 606.04 | - |
| 181 | Computer Equipment | | 606.04 | - |
| 183 | Computer Equipment | | 606.04 | - |
| 184 | Computer Equipment | | 606.04 | - |
| 185 | Computer Equipment | | 606.04 | - |
| 194 | Computer Equipment | | 606.04 | - |
| 196 | Computer Equipment | | 606.04 | 404.04 |
| 196 | Computer Equipment | | (606.04) | (404.04) |
| 9900 | Furniture & Fixtures | | 17,195.00 | - |
| 170 | Leasehold Improvement | | 72,500.00 | 10,767.48 |
| 172 | Leasehold Improvement | | 625.00 | 451.40 |
| 172 | Leasehold Improvement | | (625.00) | (451.40) |
| 172 | Leasehold Improvement | | 477.28 | 344.68 |
| 172 | Leasehold Improvement | | (477.28) | (344.68) |
| 169 | Leasehold Improvement | | 1,900.00 | 1,900.00 |
| 169 | Leasehold Improvement | | 1,680.00 | 1,680.00 |
| 107 | Leasehold Improvement | | 2,754.41 | - |
| 172 | Leasehold Improvement | | 5,574.21 | 4,025.81 |
| 172 | Leasehold Improvement | | (5,574.21) | (4,025.81) |
| 101 | Leasehold Improvement | | 9,309.97 | 1,055.69 |
| 9900 | Leasehold Improvement | | 16,789.20 | 8,861.25 |
| 172 | Equipment | | 1,265.00 | 864.48 |
| 172 | Equipment | | (1,265.00) | (864.48) |
| 107 | Leasehold Improvement | | 2,650.00 | - |
| 185 | Equipment | | 4,861.93 | - |
| 184 | Equipment | | 4,861.93 | - |
| 172 | Equipment | | 4,861.94 | 3,322.37 |
| 172 | Equipment | | (4,861.94) | (3,322.37) |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 184 | Leasehold Improvement | | 5,532.25 | 1,261.08 |
| 185 | Leasehold Improvement | | 6,700.00 | - |
| 9900 | Computer Equipment | | 14,558.36 | - |
| 157 | Leasehold Improvement | | 10,402.51 | 1,191.91 |
| 157 | Leasehold Improvement | | 10,402.51 | 1,191.91 |
| 8850 | Equipment | | 3,154.15 | - |
| 170 | Leasehold Improvement | | 2,085.74 | 330.49 |
| 172 | Leasehold Improvement | | 2,154.00 | 1,585.52 |
| 172 | Leasehold Improvement | | (2,154.00) | (1,585.52) |
| 107 | Leasehold Improvement | | 8,585.13 | - |
| 101 | Leasehold Improvement | | 9,950.20 | 1,230.90 |
| 172 | Leasehold Improvement | | 179.04 | 131.73 |
| 172 | Leasehold Improvement | | (179.04) | (131.73) |
| 172 | Leasehold Improvement | | 1,229.07 | 904.74 |
| 172 | Leasehold Improvement | | (1,229.07) | (904.74) |
| 101 | Leasehold Improvement | | 2,760.00 | 341.75 |
| 172 | Leasehold Improvement | | 1,474.84 | 1,085.72 |
| 172 | Leasehold Improvement | | (1,474.84) | (1,085.72) |
| 107 | Leasehold Improvement | | 5,891.70 | - |
| 177 | Equipment | | 1,214.69 | 72.35 |
| 194 | Equipment | | 1,214.69 | 72.35 |
| 107 | Furniture & Fixtures | | 11,475.30 | - |
| 111 | Leasehold Improvement | | 18,259.00 | - |
| 9900 | Computer Equipment | | 65,041.21 | - |
| 8850 | Computer Equipment | | 3,341.89 | - |
| 8850 | Computer Equipment | | 5,891.60 | - |
| 107 | Leasehold Improvement | | 3,031.97 | - |
| 172 | Leasehold Improvement | | 1,000.00 | 736.09 |
| 172 | Leasehold Improvement | | (1,000.00) | (736.09) |
| 101 | Leasehold Improvement | | 3,500.00 | 400.90 |
| 101 | Leasehold Improvement | | 15,000.00 | 1,718.75 |
| 101 | Leasehold Improvement | | 51,175.00 | 5,864.05 |
| 9900 | Computer Equipment | | 527,085.75 | - |
| 8850 | Equipment | | 7,213.11 | 1,545.69 |
| 134 | Leasehold Improvement | | 32,117.67 | - |
| 134 | Leasehold Improvement | | 32,117.67 | - |
| 101 | Leasehold Improvement | | 9,158.88 | 1,144.44 |
| 8850 | Equipment | | 9,002.51 | - |
| 111 | Leasehold Improvement | | 33,800.33 | - |
| 111 | Leasehold Improvement | | 33,800.33 | - |
| 140 | Leasehold Improvement | | 6,098.23 | - |
| 140 | Leasehold Improvement | | 6,098.23 | - |
| 107 | Leasehold Improvement | | 1,982.76 | - |
| 9900 | Furniture & Fixtures | | 18,728.31 | - |
| 123 | Furniture & Fixtures | | 9,515.60 | - |
| 8850 | Equipment | | 5,109.84 | 1,338.38 |
| 131 | Leasehold Improvement | | 23,449.22 | - |
| 131 | Leasehold Improvement | | 23,449.22 | - |
| 179 | Equipment | | 1,323.43 | 78.39 |
| 180 | Equipment | | 1,323.44 | 78.40 |
| 9900 | Leasehold Improvement | | 16,479.41 | 4,943.69 |
| 168 | Furniture & Fixtures | | 10,091.87 | - |
| 167 | Furniture & Fixtures | | 15,487.99 | - |
| 166 | Equipment | | 799.80 | 19.16 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 173 | Equipment | | 799.80 | 19.16 |
| 184 | Equipment | | 799.81 | 19.17 |
| 177 | Equipment | | 799.81 | 38.21 |
| 175 | Equipment | | 799.81 | - |
| 169 | Equipment | | 799.81 | 799.81 |
| 179 | Equipment | | 799.81 | 38.21 |
| 124 | Leasehold Improvement | | 2,423.18 | - |
| 166 | Equipment | | 1,865.93 | 44.71 |
| 173 | Equipment | | 1,865.93 | 44.71 |
| 184 | Equipment | | 1,865.94 | 44.72 |
| 177 | Equipment | | 1,865.94 | 89.14 |
| 175 | Equipment | | 1,865.94 | - |
| 169 | Equipment | | 1,865.94 | 1,865.94 |
| 179 | Equipment | | 1,865.94 | 89.14 |
| 173 | Leasehold Improvement | | 2,000.00 | - |
| 173 | Equipment | | 144.61 | 0.13 |
| 184 | Equipment | | 144.61 | 0.13 |
| 179 | Equipment | | 153.94 | 0.22 |
| 166 | Equipment | | 158.60 | (0.16) |
| 177 | Equipment | | 172.60 | 0.40 |
| 196 | Furniture & Fixtures | | 410.00 | 321.21 |
| 196 | Furniture & Fixtures | | (410.00) | (321.21) |
| 173 | Leasehold Improvement | | 30,941.97 | - |
| 118 | Leasehold Improvement | | 3,823.45 | - |
| 173 | Leasehold Improvement | | 5,168.45 | - |
| 184 | Leasehold Improvement | | 40,000.00 | 13,440.00 |
| 184 | Leasehold Improvement | | 9,140.50 | 3,071.54 |
| 184 | Leasehold Improvement | | 6,850.00 | 2,301.60 |
| 184 | Leasehold Improvement | | 50,000.00 | 16,800.00 |
| 184 | Leasehold Improvement | | 6,350.00 | 2,133.60 |
| 9900 | Leasehold Improvement | | 21,972.55 | 6,409.05 |
| 173 | Leasehold Improvement | | 683.36 | - |
| 118 | Leasehold Improvement | | 5,129.20 | - |
| 173 | Leasehold Improvement | | 1,138.19 | - |
| 184 | Leasehold Improvement | | 3,786.05 | 1,271.98 |
| 184 | Leasehold Improvement | | 49.00 | 17.80 |
| 184 | Leasehold Improvement | | 53.92 | 19.52 |
| 184 | Leasehold Improvement | | 314.92 | 114.92 |
| 184 | Leasehold Improvement | | 2,362.00 | 862.00 |
| 184 | Leasehold Improvement | | 4,326.00 | 1,579.60 |
| 173 | Leasehold Improvement | | 16,593.03 | - |
| 165 | Leasehold Improvement | | 2,324.92 | 554.53 |
| 173 | Leasehold Improvement | | 1,200.00 | - |
| 173 | Leasehold Improvement | | 1,150.00 | - |
| 184 | Leasehold Improvement | | 17,700.00 | 5,947.20 |
| 114 | Leasehold Improvement | | 8,625.00 | - |
| 184 | Leasehold Improvement | | 390.25 | 131.29 |
| 124 | Leasehold Improvement | | 521.00 | - |
| 118 | Leasehold Improvement | | 4,515.96 | - |
| 173 | Leasehold Improvement | | 7,967.49 | - |
| 184 | Leasehold Improvement | | 30,755.89 | 10,333.74 |
| 184 | Leasehold Improvement | | 306.02 | 102.67 |
| 184 | Leasehold Improvement | | 543.06 | 182.84 |
| 173 | Leasehold Improvement | | 900.00 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 184 | Leasehold Improvement | | 698.22 | 234.25 |
| 176 | Leasehold Improvement | | 2,000.00 | - |
| 177 | Leasehold Improvement | | 2,000.00 | - |
| 184 | Leasehold Improvement | | 19,500.00 | 6,552.00 |
| 184 | Leasehold Improvement | | 8,849.50 | 2,973.10 |
| 184 | Leasehold Improvement | | 5,786.29 | 1,944.22 |
| 184 | Leasehold Improvement | | 1,162.15 | 390.25 |
| 118 | Leasehold Improvement | | 1,833.40 | 0.00 |
| 173 | Leasehold Improvement | | 10,874.74 | - |
| 173 | Furniture & Fixtures | | 5,655.00 | - |
| 184 | Leasehold Improvement | | 26,822.35 | 9,012.21 |
| 184 | Leasehold Improvement | | 5,426.97 | 1,823.11 |
| 166 | Furniture & Fixtures | | 5,655.00 | - |
| 184 | Furniture & Fixtures | | 5,655.00 | 1,900.08 |
| 140 | Furniture & Fixtures | | 5,655.00 | 1,508.00 |
| 8850 | Equipment | | 63,683.80 | 14,404.70 |
| 166 | Leasehold Improvement | | 7,525.00 | 2,425.42 |
| 140 | Leasehold Improvement | | 5,425.00 | 0.12 |
| 173 | Leasehold Improvement | | 4,825.00 | - |
| 184 | Leasehold Improvement | | 4,450.00 | 1,530.80 |
| 9900 | Leasehold Improvement | | 7,100.00 | 2,248.06 |
| 166 | Leasehold Improvement | | 37,674.00 | 12,142.48 |
| 173 | Leasehold Improvement | | 40,464.00 | - |
| 184 | Furniture & Fixtures | | 7,142.66 | - |
| 173 | Furniture & Fixtures | | 10,043.35 | - |
| 166 | Furniture & Fixtures | | 12,792.15 | - |
| 140 | Furniture & Fixtures | | 1,498.14 | 424.43 |
| 166 | Furniture & Fixtures | | 1,498.14 | - |
| 173 | Furniture & Fixtures | | 1,498.14 | - |
| 184 | Furniture & Fixtures | | 1,498.14 | - |
| 176 | Furniture & Fixtures | | 1,498.14 | - |
| 177 | Furniture & Fixtures | | 1,498.14 | - |
| 181 | Furniture & Fixtures | | 1,498.14 | - |
| 185 | Furniture & Fixtures | | 1,498.14 | - |
| 184 | Leasehold Improvement | | 698.22 | 239.84 |
| 177 | Leasehold Improvement | | 1,379.33 | - |
| 166 | Leasehold Improvement | | 1,390.60 | 448.42 |
| 173 | Leasehold Improvement | | 4,484.12 | - |
| 183 | Furniture & Fixtures | | 2,221.21 | - |
| 140 | Furniture & Fixtures | | 2,221.22 | 740.42 |
| 166 | Furniture & Fixtures | | 2,221.22 | - |
| 173 | Furniture & Fixtures | | 2,221.22 | - |
| 181 | Furniture & Fixtures | | 2,221.22 | - |
| 184 | Furniture & Fixtures | | 2,221.22 | - |
| 184 | Leasehold Improvement | | 25,979.26 | 8,937.20 |
| 166 | Leasehold Improvement | | 2,376.38 | 765.90 |
| 173 | Leasehold Improvement | | 1,545.00 | - |
| 103 | Leasehold Improvement | | 6,173.47 | 5,698.60 |
| 173 | Leasehold Improvement | | 20,717.33 | - |
| 184 | Leasehold Improvement | | 22,871.44 | 8,233.84 |
| 140 | Furniture & Fixtures | | 11,475.30 | 3,251.12 |
| 166 | Furniture & Fixtures | | 11,475.30 | - |
| 173 | Furniture & Fixtures | | 11,475.30 | - |
| 184 | Furniture & Fixtures | | 11,475.30 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 184 | Equipment | | 3,167.85 | 75.63 |
| 166 | Equipment | | 1,004.28 | 23.56 |
| 173 | Equipment | | 1,492.06 | 35.74 |
| 8850 | Equipment | | 7,179.39 | 1,709.31 |
| 184 | Furniture & Fixtures | | 6,585.00 | - |
| 185 | Furniture & Fixtures | | 9,212.50 | - |
| 166 | Furniture & Fixtures | | 13,810.00 | - |
| 173 | Furniture & Fixtures | | 21,985.00 | - |
| 140 | Furniture & Fixtures | | 10,240.00 | 2,901.19 |
| 181 | Furniture & Fixtures | | 437.50 | - |
| 184 | Leasehold Improvement | | 5,500.00 | 1,892.00 |
| 173 | Furniture & Fixtures | | 652.17 | - |
| 166 | Leasehold Improvement | | 450.00 | 144.96 |
| 140 | Furniture & Fixtures | | 1,291.94 | 366.15 |
| 185 | Furniture & Fixtures | | 1,291.94 | - |
| 166 | Furniture & Fixtures | | 1,291.95 | - |
| 173 | Furniture & Fixtures | | 1,291.95 | - |
| 173 | Furniture & Fixtures | | 551.68 | - |
| 140 | Furniture & Fixtures | | 275.84 | 78.04 |
| 184 | Furniture & Fixtures | | 275.84 | - |
| 166 | Furniture & Fixtures | | 277.76 | - |
| 173 | Leasehold Improvement | | 756.76 | - |
| 184 | Leasehold Improvement | | 7,711.71 | 2,776.51 |
| 173 | Leasehold Improvement | | 32,841.40 | - |
| 173 | Leasehold Improvement | | 4,691.62 | - |
| 184 | Leasehold Improvement | | 1,200.00 | 406.24 |
| 166 | Leasehold Improvement | | 6,063.12 | 1,954.10 |
| 173 | Leasehold Improvement | | 13,770.15 | - |
| 173 | Furniture & Fixtures | | 4,293.20 | - |
| 184 | Leasehold Improvement | | 45,381.57 | 15,371.21 |
| 184 | Computer Equipment | | 2,726.25 | - |
| 166 | Leasehold Improvement | | 764.00 | 246.58 |
| 173 | Leasehold Improvement | | 2,663.04 | - |
| 184 | Leasehold Improvement | | 680.00 | 230.64 |
| 173 | Furniture & Fixtures | | 430.03 | - |
| 173 | Equipment | | 10,065.45 | 239.39 |
| 173 | Leasehold Improvement | | 960.00 | - |
| 173 | Leasehold Improvement | | 1,740.00 | - |
| 173 | Leasehold Improvement | | 1,170.00 | - |
| 184 | Leasehold Improvement | | 4,860.00 | 1,646.42 |
| 166 | Leasehold Improvement | | 12,725.00 | 4,029.72 |
| 173 | Leasehold Improvement | | 5,935.00 | - |
| 140 | Leasehold Improvement | | 3,600.00 | 0.04 |
| 176 | Leasehold Improvement | | 45,000.00 | - |
| 173 | Leasehold Improvement | | 300.00 | - |
| 184 | Leasehold Improvement | | 7,150.00 | 2,421.88 |
| 173 | Leasehold Improvement | | 2,151.00 | - |
| 173 | Leasehold Improvement | | 497.00 | 0.00 |
| 166 | Equipment | | 1,501.51 | 35.35 |
| 184 | Leasehold Improvement | | 25,000.00 | 8,467.98 |
| 9900 | Leasehold Improvement | | 8,400.00 | 2,870.00 |
| 173 | Equipment | | 997.98 | 23.82 |
| 184 | Equipment | | 1,082.82 | 25.84 |
| 173 | Leasehold Improvement | | 1,925.00 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 177 | Furniture & Fixtures | | 1,969.13 | - |
| 183 | Furniture & Fixtures | | 1,969.13 | - |
| 140 | Furniture & Fixtures | | 1,969.14 | 557.88 |
| 166 | Furniture & Fixtures | | 1,969.14 | - |
| 173 | Furniture & Fixtures | | 1,969.14 | - |
| 185 | Furniture & Fixtures | | 1,969.14 | - |
| 166 | Furniture & Fixtures | | 3,302.96 | - |
| 184 | Furniture & Fixtures | | 3,244.78 | - |
| 173 | Furniture & Fixtures | | 3,267.43 | - |
| 140 | Furniture & Fixtures | | 3,267.43 | 925.65 |
| 159 | Leasehold Improvement | | 7,714.86 | - |
| 166 | Equipment | | 163.52 | 3.62 |
| 140 | Equipment | | 210.24 | 102.74 |
| 184 | Equipment | | 163.52 | 3.62 |
| 176 | Leasehold Improvement | | 21,847.35 | - |
| 176 | Leasehold Improvement | | 413.26 | - |
| 184 | Leasehold Improvement | | 534.96 | 181.54 |
| 166 | Leasehold Improvement | | 2,120.84 | 671.90 |
| 173 | Leasehold Improvement | | 12,996.19 | - |
| 184 | Leasehold Improvement | | 22,202.97 | 7,520.05 |
| 173 | Leasehold Improvement | | 2,262.01 | - |
| 9900 | Computer Equipment | | 29,707.89 | - |
| 173 | Leasehold Improvement | | 680.00 | - |
| 176 | Furniture & Fixtures | | 12,965.00 | - |
| 184 | Equipment | | 972.52 | 22.96 |
| 161 | Leasehold Improvement | | 3,915.54 | 1,074.24 |
| 161 | Leasehold Improvement | | 3,915.54 | 1,074.24 |
| 173 | Leasehold Improvement | | 780.00 | - |
| 168 | Leasehold Improvement | | 6,095.89 | 2,551.03 |
| 166 | Equipment | | 1,601.80 | 38.06 |
| 184 | Furniture & Fixtures | | 2,528.40 | - |
| 184 | Leasehold Improvement | | 4,000.00 | 1,386.94 |
| 176 | Leasehold Improvement | | 24,419.00 | - |
| 176 | Leasehold Improvement | | 1,600.00 | - |
| 184 | Leasehold Improvement | | 1,948.31 | 675.80 |
| 173 | Leasehold Improvement | | 3,854.62 | 0.00 |
| 176 | Leasehold Improvement | | 17,150.00 | - |
| 176 | Leasehold Improvement | | 2,000.00 | - |
| 166 | Equipment | | 8,496.13 | 303.79 |
| 140 | Furniture & Fixtures | | 200.08 | 66.88 |
| 166 | Furniture & Fixtures | | 250.13 | - |
| 184 | Furniture & Fixtures | 9 Round top shelves | 250.13 | - |
| 173 | Furniture & Fixtures | | 250.14 | - |
| 184 | Leasehold Improvement | | 7,535.12 | 2,612.75 |
| 173 | Leasehold Improvement | | 2,200.00 | - |
| 129 | Leasehold Improvement | | 15,777.88 | - |
| 152 | Leasehold Improvement | | 8,715.83 | - |
| 152 | Leasehold Improvement | | 8,715.83 | - |
| 176 | Leasehold Improvement | | 21,986.51 | - |
| 173 | Leasehold Improvement | | 635.14 | - |
| 185 | Leasehold Improvement | | 1,682.35 | - |
| 177 | Leasehold Improvement | | 2,107.35 | - |
| 184 | Leasehold Improvement | | 3,603.21 | 1,249.35 |
| 181 | Leasehold Improvement | | 15,893.00 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 180 | Leasehold Improvement | | 16,705.50 | - |
| 179 | Leasehold Improvement | | 13,245.00 | - |
| 170 | Leasehold Improvement | | 10,295.50 | 1,609.06 |
| 184 | Equipment | | 3,266.88 | 116.79 |
| 140 | Furniture & Fixtures | | 1,138.61 | 341.45 |
| 173 | Furniture & Fixtures | | 1,138.61 | - |
| 184 | Furniture & Fixtures | | 1,138.61 | - |
| 166 | Furniture & Fixtures | | 1,138.62 | - |
| 180 | Furniture & Fixtures | | 168.10 | - |
| 140 | Furniture & Fixtures | | 168.19 | 50.59 |
| 166 | Furniture & Fixtures | | 168.19 | - |
| 169 | Furniture & Fixtures | | 168.19 | - |
| 173 | Furniture & Fixtures | | 168.19 | - |
| 176 | Furniture & Fixtures | | 168.19 | - |
| 177 | Furniture & Fixtures | | 168.19 | - |
| 181 | Furniture & Fixtures | | 168.19 | - |
| 185 | Furniture & Fixtures | | 168.19 | - |
| 179 | Furniture & Fixtures | | 168.19 | - |
| 160 | Leasehold Improvement | | 4,228.38 | - |
| 160 | Leasehold Improvement | | 4,228.38 | - |
| 176 | Leasehold Improvement | | 62,317.68 | 25,850.49 |
| 181 | Leasehold Improvement | | 23,111.38 | - |
| 176 | Leasehold Improvement | | 21,850.00 | - |
| 176 | Leasehold Improvement | | 25,950.00 | - |
| 179 | Furniture & Fixtures | | 1,451.81 | - |
| 180 | Furniture & Fixtures | | 1,451.81 | - |
| 183 | Furniture & Fixtures | | 1,451.81 | - |
| 177 | Furniture & Fixtures | | 1,451.82 | - |
| 101 | Leasehold Improvement | | 7,000.00 | 903.13 |
| 123 | Leasehold Improvement | | 17,098.16 | 5,557.28 |
| 123 | Leasehold Improvement | | 17,098.16 | 5,557.28 |
| 8850 | Equipment | | 5,373.50 | 1,343.39 |
| 184 | Leasehold Improvement | | 15,404.81 | 5,217.95 |
| 181 | Furniture & Fixtures | | 905.10 | - |
| 183 | Furniture & Fixtures | | 905.10 | - |
| 185 | Furniture & Fixtures | | 905.10 | - |
| 176 | Furniture & Fixtures | | 905.11 | - |
| 180 | Furniture & Fixtures | | 4,623.43 | - |
| 181 | Furniture & Fixtures | | 4,623.44 | - |
| 101 | Leasehold Improvement | | 53,648.85 | 6,414.51 |
| 176 | Leasehold Improvement | | 17,000.00 | 6,925.60 |
| 176 | Leasehold Improvement | | 46,063.75 | - |
| 177 | Leasehold Improvement | | 500.00 | - |
| 183 | Leasehold Improvement | | 6,636.16 | - |
| 184 | Leasehold Improvement | | 6,895.20 | 2,354.34 |
| 173 | Leasehold Improvement | | 13,075.67 | - |
| 141 | Leasehold Improvement | | 6,927.61 | - |
| 141 | Leasehold Improvement | | 6,927.61 | - |
| 176 | Leasehold Improvement | | 8,979.81 | 3,658.21 |
| 183 | Leasehold Improvement | | 36,000.00 | - |
| 8850 | Equipment | | 6,001.67 | 1,643.22 |
| 176 | Leasehold Improvement | | 787.80 | 320.60 |
| 183 | Leasehold Improvement | | 456.00 | - |
| 176 | Leasehold Improvement | | 9,338.71 | 3,763.51 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 185 | Leasehold Improvement | | 264,934.35 | - |
| 177 | Leasehold Improvement | New Store: Sound System | 35,000.00 | 12,236.00 |
| 181 | Leasehold Improvement | | 38,970.00 | - |
| 176 | Leasehold Improvement | | 26,445.88 | 10,773.88 |
| 176 | Leasehold Improvement | | 5,875.00 | 2,393.40 |
| 173 | Leasehold Improvement | | 62.03 | - |
| 184 | Leasehold Improvement | | 330.72 | 111.78 |
| 177 | Leasehold Improvement | | 2,656.48 | 928.48 |
| 183 | Leasehold Improvement | | 11,070.12 | - |
| 185 | Furniture & Fixtures | | 991.76 | - |
| 176 | Furniture & Fixtures | | 1,902.66 | - |
| 181 | Furniture & Fixtures | | 8,849.80 | - |
| 173 | Leasehold Improvement | | 29,236.69 | - |
| 140 | Leasehold Improvement | | 16,616.62 | - |
| 176 | Leasehold Improvement | | 6,528.00 | 2,659.20 |
| 176 | Leasehold Improvement | | 18,950.00 | - |
| 177 | Furniture & Fixtures | | 5,625.10 | - |
| 194 | Furniture & Fixtures | | 5,625.10 | - |
| 177 | Leasehold Improvement | | 6,900.00 | 2,412.00 |
| 177 | Equipment | | 9,426.15 | 448.55 |
| 183 | Equipment | | 6,590.00 | 314.00 |
| 176 | Equipment | | 9,335.35 | 444.15 |
| 181 | Equipment | | 10,115.00 | 481.40 |
| 181 | Leasehold Improvement | | 23,111.38 | - |
| 177 | Leasehold Improvement | | 7,600.00 | - |
| 173 | Leasehold Improvement | | 15,439.78 | - |
| 183 | Leasehold Improvement | | 39,190.00 | - |
| 176 | Leasehold Improvement | | 3,700.00 | 1,507.20 |
| 176 | Leasehold Improvement | | 420.00 | - |
| 174 | Leasehold Improvement | | 973.15 | 332.44 |
| 184 | Leasehold Improvement | | 1,673.96 | 571.55 |
| 183 | Leasehold Improvement | | 11,262.53 | - |
| 177 | Leasehold Improvement | | 12,344.37 | - |
| 181 | Furniture & Fixtures | | 564.86 | - |
| 101 | Leasehold Improvement | | 10,090.35 | 1,315.95 |
| 179 | Leasehold Improvement | | 21,974.75 | - |
| 177 | Leasehold Improvement | | 2,300.00 | - |
| 181 | Furniture & Fixtures | | 3,233.94 | - |
| 180 | Leasehold Improvement | | 292.28 | - |
| 173 | Furniture & Fixtures | | 2,528.40 | - |
| 183 | Furniture & Fixtures | | 3,169.52 | - |
| 176 | Furniture & Fixtures | | 3,612.82 | - |
| 179 | Furniture & Fixtures | | 3,896.58 | - |
| 176 | Furniture & Fixtures | | 4,059.42 | - |
| 194 | Furniture & Fixtures | | 5,179.36 | - |
| 180 | Furniture & Fixtures | | 5,306.04 | - |
| 181 | Furniture & Fixtures | | 6,120.38 | - |
| 177 | Furniture & Fixtures | | 6,231.22 | - |
| 183 | Furniture & Fixtures | | 6,349.15 | - |
| 185 | Leasehold Improvement | | 1,368.37 | - |
| 183 | Leasehold Improvement | | 800.00 | - |
| 173 | Equipment | | 9,079.29 | 540.18 |
| 183 | Equipment | | 9,079.29 | 432.09 |
| 184 | Equipment | | 9,079.29 | 215.91 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 176 | Equipment | | 9,121.42 | 434.22 |
| 179 | Equipment | | 9,121.42 | 434.22 |
| 180 | Equipment | | 9,121.42 | 434.22 |
| 181 | Equipment | | 9,121.42 | 434.22 |
| 166 | Equipment | | 9,142.49 | 544.13 |
| 177 | Equipment | | 9,205.68 | 438.48 |
| 185 | Equipment | | 9,209.90 | 438.70 |
| 176 | Furniture & Fixtures | | 252.10 | - |
| 181 | Furniture & Fixtures | | 270.38 | - |
| 177 | Furniture & Fixtures | | 252.10 | - |
| 183 | Furniture & Fixtures | | 252.10 | - |
| 194 | Furniture & Fixtures | | 252.10 | - |
| 177 | Leasehold Improvement | | 2,000.00 | 699.20 |
| 185 | Leasehold Improvement | | 2,000.00 | - |
| 185 | Furniture & Fixtures | | 10,472.63 | - |
| 176 | Furniture & Fixtures | | 16,737.71 | - |
| 183 | Furniture & Fixtures | | 16,737.71 | - |
| 181 | Furniture & Fixtures | | 16,737.71 | - |
| 177 | Furniture & Fixtures | | 16,737.71 | - |
| 177 | Furniture & Fixtures | | 2,644.08 | - |
| 194 | Furniture & Fixtures | | 3,966.11 | - |
| 179 | Equipment | | 475.00 | 23.00 |
| 185 | Equipment | | 254.40 | 12.00 |
| 180 | Leasehold Improvement | | 22,059.62 | - |
| 179 | Leasehold Improvement | | 21,974.75 | - |
| 194 | Furniture & Fixtures | | 4,754.00 | - |
| 180 | Furniture & Fixtures | | 1,903.39 | - |
| 184 | Leasehold Improvement | | 475.00 | 158.48 |
| 177 | Furniture & Fixtures | | 1,903.13 | - |
| 180 | Furniture & Fixtures | | 15,493.07 | - |
| 176 | Leasehold Improvement | | 2,990.00 | 1,205.20 |
| 177 | Furniture & Fixtures | | 3,252.56 | - |
| 177 | Furniture & Fixtures | | 618.51 | - |
| 181 | Furniture & Fixtures | | 3,129.55 | - |
| 181 | Furniture & Fixtures | | 595.13 | - |
| 183 | Furniture & Fixtures | | 3,002.41 | - |
| 183 | Furniture & Fixtures | | 570.94 | - |
| 176 | Furniture & Fixtures | | 3,251.84 | - |
| 176 | Furniture & Fixtures | | 618.38 | - |
| 185 | Furniture & Fixtures | | 3,233.71 | - |
| 185 | Furniture & Fixtures | | 614.93 | - |
| 177 | Equipment | | 1,048.25 | 49.85 |
| 180 | Equipment | | 6,830.00 | 325.20 |
| 179 | Equipment | | 6,835.00 | 325.40 |
| 180 | Furniture & Fixtures | | 16,737.71 | - |
| 179 | Furniture & Fixtures | | 16,737.71 | - |
| 181 | Furniture & Fixtures | | 16,737.71 | - |
| 180 | Furniture & Fixtures | | 2,809.60 | - |
| 183 | Leasehold Improvement | | 7,006.36 | - |
| 177 | Leasehold Improvement | | 4,920.25 | 1,693.85 |
| 177 | Leasehold Improvement | | 1,320.00 | 454.40 |
| 173 | Leasehold Improvement | | 3,251.10 | - |
| 194 | Leasehold Improvement | | 5,562.90 | - |
| 183 | Leasehold Improvement | | 8,425.20 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 176 | Leasehold Improvement | | 21,595.22 | 8,702.42 |
| 177 | Leasehold Improvement | | 44,496.22 | 15,318.62 |
| 179 | Furniture & Fixtures | | 2,667.25 | - |
| 179 | Furniture & Fixtures | | 13,500.63 | - |
| 177 | Leasehold Improvement | | 2,788.00 | 960.00 |
| 176 | Leasehold Improvement | | 6,500.00 | 2,667.71 |
| 194 | Leasehold Improvement | | 970.00 | (0.00) |
| 180 | Furniture & Fixtures | | 232.93 | - |
| 166 | Leasehold Improvement | | 19,204.51 | 5,971.35 |
| 134 | Leasehold Improvement | | 2,192.04 | - |
| 179 | Furniture & Fixtures | | 2,801.94 | - |
| 179 | Furniture & Fixtures | | 2,726.31 | - |
| 185 | Leasehold Improvement | | 1,214.69 | - |
| 180 | Equipment | | 1,850.00 | 88.40 |
| 177 | Leasehold Improvement | | 16,467.50 | 5,669.10 |
| 181 | Leasehold Improvement | | 24,352.00 | (0.00) |
| 184 | Leasehold Improvement | | 717.44 | 239.38 |
| 194 | Leasehold Improvement | | 2,016.00 | - |
| 183 | Leasehold Improvement | | 19,326.23 | - |
| 177 | Leasehold Improvement | | 30,498.02 | 10,499.62 |
| 176 | Leasehold Improvement | | 31,584.42 | 12,728.42 |
| 173 | Leasehold Improvement | | 4,500.00 | - |
| 194 | Furniture & Fixtures | | 20,244.85 | - |
| 170 | Leasehold Improvement | | 12,323.87 | 1,946.27 |
| 176 | Leasehold Improvement | | 8,597.22 | 3,464.42 |
| 183 | Leasehold Improvement | | 32,045.70 | - |
| 134 | Leasehold Improvement | | 2,318.15 | - |
| 179 | Leasehold Improvement | | 3,159.93 | - |
| 181 | Leasehold Improvement | | 1,039.20 | - |
| 180 | Leasehold Improvement | | 974.28 | - |
| 179 | Leasehold Improvement | | 1,607.13 | - |
| 183 | Leasehold Improvement | | 16,900.00 | - |
| 180 | Leasehold Improvement | | 861.13 | - |
| 179 | Leasehold Improvement | | 896.66 | - |
| 179 | Equipment | | 2,800.00 | 133.60 |
| 177 | Leasehold Improvement | | 760.95 | 261.75 |
| 181 | Leasehold Improvement | | 19,462.00 | - |
| 177 | Leasehold Improvement | | 23,631.89 | 8,135.89 |
| 179 | Equipment | | 605.00 | 29.00 |
| 181 | Leasehold Improvement | | 19,809.75 | - |
| 180 | Leasehold Improvement | | 22,059.62 | - |
| 111 | Leasehold Improvement | | 48,122.00 | - |
| 185 | Leasehold Improvement | | 33,823.99 | - |
| 173 | Leasehold Improvement | | 1,340.69 | - |
| 173 | Leasehold Improvement | | 2,242.94 | - |
| 173 | Leasehold Improvement | | 789.00 | - |
| 184 | Leasehold Improvement | | 584.36 | 205.95 |
| 176 | Leasehold Improvement | | 924.48 | 379.38 |
| 177 | Leasehold Improvement | | 2,869.49 | 996.40 |
| 181 | Leasehold Improvement | | 4,084.13 | - |
| 180 | Leasehold Improvement | | 6,371.56 | - |
| 179 | Leasehold Improvement | | 5,521.70 | - |
| 147 | Furniture & Fixtures | | 8,380.00 | - |
| 166 | Furniture & Fixtures | | 218.00 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 173 | Furniture & Fixtures | | 367.03 | - |
| 181 | Leasehold Improvement | | 5,558.77 | - |
| 180 | Leasehold Improvement | | 699.47 | - |
| 9900 | Computer Equipment | | 29,499.80 | - |
| 9900 | Computer Equipment | | 495,531.54 | - |
| 180 | Leasehold Improvement | | 18,908.24 | - |
| 179 | Leasehold Improvement | | 18,835.50 | - |
| 179 | Leasehold Improvement | | 12,331.84 | - |
| 181 | Leasehold Improvement | | 2,194.23 | - |
| 180 | Leasehold Improvement | | 16,314.36 | - |
| 100 | Computer Equipment | | 804.64 | - |
| 120 | Computer Equipment | | 804.64 | - |
| 184 | Leasehold Improvement | | 1,283.22 | 452.14 |
| 177 | Leasehold Improvement | | 6,477.82 | 2,248.16 |
| 176 | Leasehold Improvement | | 2,127.19 | 863.98 |
| 176 | Leasehold Improvement | | 510.00 | 207.43 |
| 176 | Leasehold Improvement | | 170.00 | 68.88 |
| 183 | Leasehold Improvement | | 237.00 | - |
| 183 | Leasehold Improvement | | 965.16 | - |
| 180 | Leasehold Improvement | | 1,751.84 | - |
| 177 | Leasehold Improvement | | 2,730.76 | 932.72 |
| 174 | Furniture & Fixtures | | 19,375.12 | - |
| 179 | Leasehold Improvement | | 16,256.00 | - |
| 181 | Leasehold Improvement | | 2,015.45 | - |
| 181 | Leasehold Improvement | | 6,157.18 | - |
| 172 | Leasehold Improvement | | 5,378.61 | 4,034.01 |
| 172 | Leasehold Improvement | | (5,378.61) | (4,034.01) |
| 196 | Furniture & Fixtures | | 13,380.60 | 8,251.37 |
| 196 | Furniture & Fixtures | | (13,380.60) | (8,251.37) |
| 136 | Leasehold Improvement | | 6,056.48 | 356.12 |
| 160 | Leasehold Improvement | | 6,791.09 | 2,894.55 |
| 160 | Leasehold Improvement | | 8,513.66 | 3,628.92 |
| 9900 | Equipment | | 17,062.88 | 1,015.61 |
| 183 | Leasehold Improvement | | 2,554.36 | - |
| 177 | Leasehold Improvement | | 29,412.23 | 10,366.91 |
| 120 | Leasehold Improvement | | 16,920.00 | 5,428.50 |
| 120 | Leasehold Improvement | | 48,693.62 | 11,767.74 |
| 125 | Leasehold Improvement | | | (0.00) |
| 8850 | Leasehold Improvement | | 7,668.00 | 1,171.37 |
| 9900 | Leasehold Improvement | Pomona $8,635 in dispute | 10,362.22 | - |
| 8850 | Equipment | 10 Conveyers 40% Down | 31,613.20 | 526.69 |
| 8850 | Equipment | Software -Carton sorter 30%-DOWN | 23,448.17 | 7,816.33 |
| 101 | Leasehold Improvement | 6 Shelves and hard ward for closets | 639.11 | - |
| 101 | Equipment | Interior door w/glass panel | 865.26 | - |
| 101 | Leasehold Improvement | Gen Contract -Labor, Materials (9/27/11 Dainis: 101 c | 15,037.88 | - |
| 101 | Leasehold Improvement | Gen Contract -Labor | 6,267.45 | - |
| 101 | Leasehold Improvement | Gen Contract -Labor & Materials | 7,194.93 | - |
| 101 | Leasehold Improvement | Fire alarm  system on 7 floors | 2,525.00 | - |
| 101 | Leasehold Improvement | Gen Contract -Labor & Materials | 21,222.83 | - |
| 101 | Leasehold Improvement | Gen Contract -Labor & Materials | 15,321.04 | - |
| 101 | Leasehold Improvement | Gen Contract -Labor & Materials | 8,218.89 | - |
| 101 | Leasehold Improvement | Gen Contract -Labor & Materials | 5,982.09 | - |
| 101 | Leasehold Improvement | Gen Contract - Materials | 7,524.18 | - |
| 101 | Leasehold Improvement | Drywall  units 304,404,405,504,411,311,511 | 5,125.00 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 101 | Leasehold Improvement | Fire Sprinklers -Trash shoot and at each landing | 7,200.00 | - |
| 101 | Leasehold Improvement | Lofts and/or S#101 | 6,949.78 | - |
| 101 | Leasehold Improvement | Lofts - Doors | 6,534.95 | - |
| 101 | Leasehold Improvement | Lofts and S#101 | 14,703.38 | - |
| 101 | Leasehold Improvement | Loft or S#101 -Labor & Materials | 12,464.86 | - |
| 120 | Leasehold Improvement | Update: Paint/Floor (Need backup) | 10,548.66 | 3,779.59 |
| 169 | Furniture & Fixtures | Instore Signs | 15,487.99 | - |
| 169 | Furniture & Fixtures | Double Racks | 1,498.14 | - |
| 169 | Leasehold Improvement | Permit Assistance | 600.00 | 248.10 |
| 169 | Leasehold Improvement | Ext Signs - 50% Deposit | 5,137.50 | 2,122.89 |
| 174 | Leasehold Improvement | New Store: Electrical -track lights, florescent fixtures, | 35,000.00 | 13,089.65 |
| 174 | Leasehold Improvement | New Store-Plumbing | 5,566.01 | 2,081.76 |
| 174 | Leasehold Improvement | New Store: Structure Plans | 2,200.00 | 822.47 |
| 174 | Leasehold Improvement | New Store: Gen Cntrctr -Labor, Mtrls | 17,173.78 | 6,423.04 |
| 174 | Leasehold Improvement | New Store-Mullions/Doors | 10,000.00 | 3,739.90 |
| 174 | Furniture & Fixtures | New Store: 11 AK-002 Double Rack, 132 GR3 Shelf Bra | 1,498.14 | (0.00) |
| 174 | Leasehold Improvement | New Store: Gen Cntrctr -Labor & Materials -Demo and | 2,609.44 | 997.48 |
| 174 | Leasehold Improvement | New Store: Gen Cntrctr -Labor, Mtrls | 6,801.01 | 2,543.68 |
| 174 | Leasehold Improvement | New Store: Plumbing | 12,000.00 | 4,487.88 |
| 174 | Leasehold Improvement | New Store: Drywall | 4,500.00 | 1,682.57 |
| 174 | Leasehold Improvement | New Store: Contractor Plans | 500.00 | 186.61 |
| 174 | Leasehold Improvement | New Store: Contractor Plans | 2,500.00 | 934.59 |
| 174 | Leasehold Improvement | New Store: Gen Cntrctr -Labor & Materials | 814.62 | 304.88 |
| 174 | Leasehold Improvement | New Store: Instore Signs | 168.19 | 62.70 |
| 174 | Leasehold Improvement | New Store: 20,000 Security Tags | 8,994.20 | 3,363.96 |
| 174 | Leasehold Improvement | Bldg Permit | 800.00 | 299.50 |
| 174 | Leasehold Improvement | New Store: Labor & Materials | 3,408.60 | 1,274.93 |
| 174 | Leasehold Improvement | Ext Signs - 50% Deposit | 12,195.00 | 4,560.45 |
| 174 | Leasehold Improvement | New Store: Planning | 1,263.71 | 472.92 |
| 174 | Leasehold Improvement | New Store: Materials | 4,196.10 | 1,569.63 |
| 174 | Leasehold Improvement | New Store: Materials | 37,957.89 | 14,195.69 |
| 174 | Leasehold Improvement | New Store: Labor, Materials | 24,969.09 | 9,338.09 |
| 174 | Leasehold Improvement | New Store: Restrooms | 1,295.00 | 484.19 |
| 174 | Leasehold Improvement | New Store: Restrooms | 11,690.00 | 4,371.92 |
| 174 | Leasehold Improvement | New Store: Labor, Materials | 39,079.06 | 14,614.62 |
| 174 | Leasehold Improvement | New Store: Dry wall | 6,800.00 | 2,543.44 |
| 174 | Leasehold Improvement | New Store Plans | 2,000.00 | 747.98 |
| 174 | Leasehold Improvement | New Store: Labor, Materials | 37,387.79 | 13,982.10 |
| 174 | Leasehold Improvement | New Store: Welding | 22,000.00 | 8,227.78 |
| 174 | Leasehold Improvement | New Store: Plastering | 11,817.42 | 4,419.26 |
| 174 | Leasehold Improvement | New Store: Store front glass | 16,138.00 | 6,035.60 |
| 174 | Leasehold Improvement | New Store: Structural Steel, rebar | 1,172.77 | 438.96 |
| 174 | Leasehold Improvement | New Store: Concrete | 720.00 | 269.55 |
| 174 | Leasehold Improvement | New Store: Concrete | 1,200.00 | 448.48 |
| 174 | Leasehold Improvement | New Store (Need backup) | 13,853.27 | 5,180.76 |
| 174 | Leasehold Improvement | New Store (Need backup) | 19,696.25 | 7,366.24 |
| 174 | Leasehold Improvement | New Store (Need backup) | 839.97 | 314.06 |
| 175 | Leasehold Improvement | New Store: Start Project (50%) | 2,000.00 | 749.75 |
| 175 | Leasehold Improvement | New Store: Start Project | 1,385.00 | 519.50 |
| 175 | Leasehold Improvement | New Store: Exterior or Interior Signs | 16,190.00 | 6,071.00 |
| 175 | Leasehold Improvement | New Store: Gen Cntrctr -Labor & Materials | 3,492.35 | 1,309.85 |
| 175 | Leasehold Improvement | New Store: Labor & Materials | 149.53 | 55.78 |
| 176 | Leasehold Improvement | New Store: Materials | 24,719.42 | 10,347.92 |
| 177 | Leasehold Improvement | New Store (Need backup) | 8,650.16 | 3,050.64 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 178 | Leasehold Improvement | New Store Plans | 2,000.00 | 849.77 |
| 182 | Leasehold Improvement | New Store: Contractor Plans | 2,000.00 | 2,000.00 |
| 182 | Leasehold Improvement | New Store: Contractor Plans | (2,000.00) | (2,000.00) |
| 182 | Leasehold Improvement | New Store: Plans | 500.00 | 500.00 |
| 182 | Leasehold Improvement | New Store: Plans | (500.00) | (500.00) |
| 182 | Leasehold Improvement | New Store: Plans | 2,107.35 | 2,107.35 |
| 182 | Leasehold Improvement | New Store: Plans | (2,107.35) | (2,107.35) |
| 182 | Leasehold Improvement | New Store-Signage | 2,000.00 | 2,000.00 |
| 182 | Leasehold Improvement | New Store-Signage | (2,000.00) | (2,000.00) |
| 182 | Leasehold Improvement | New Store-Plumbing | 1,600.00 | 1,600.00 |
| 182 | Leasehold Improvement | New Store-Plumbing | (1,600.00) | (1,600.00) |
| 182 | Leasehold Improvement | New Store-HVAC | 1,500.00 | 1,500.00 |
| 182 | Leasehold Improvement | New Store-HVAC | (1,500.00) | (1,500.00) |
| 147 | Equipment | New Store: In store signs (Allocated to 147 Mar-12) | 15,254.36 | - |
| 9900 | Furniture & Fixtures | 1200 Aluminum Corners | 15,305.65 | 15,305.65 |
| 9900 | Furniture & Fixtures | 1200 Aluminum Corners | (15,305.65) | (15,305.65) |
| 9900 | Leasehold Improvement | Corporate Library Materials (not completed as of 11/ | 4,892.36 | 1,753.07 |
| 9900 | Computer Software | MID 5.0 Upgrade | 4,185.00 | 279.00 |
| 9900 | Computer Software | MID 5.0 Upgrade | 810.00 | 54.00 |
| 101 | Leasehold Improvement | A/C Electric load fr. Lofts to S#101 | 9,000.00 | 1,781.25 |
| 165 | Leasehold Improvement | New Store: Smoke Detectors | 9,800.00 | 3,208.80 |
| 169 | Leasehold Improvement | New Store: Planning | 497.62 | 489.16 |
| 169 | Leasehold Improvement | New Store: Planning | (497.62) | (489.16) |
| 174 | Leasehold Improvement | New Store: Certificate of Occupancy | 10,300.00 | 3,852.02 |
| 179 | Leasehold Improvement | 200 3" Stems, 200 6" Stems, 200 8" Chrome SlWall H | 333.33 | - |
| 179 | Leasehold Improvement | New Store: Scissor Lift rental | 314.48 | 314.48 |
| 179 | Leasehold Improvement | New Store: Scissor Lift rental | (314.48) | (314.48) |
| 179 | Leasehold Improvement | New Store: Labor | 151.55 | 151.55 |
| 179 | Leasehold Improvement | New Store: Labor | (151.55) | (151.55) |
| 179 | Leasehold Improvement | New Store: Labor | 151.55 | 151.55 |
| 179 | Leasehold Improvement | New Store: Labor | (151.55) | (151.55) |
| 179 | Leasehold Improvement | New Store: Labor | 1,444.06 | 1,444.06 |
| 179 | Leasehold Improvement | New Store: Labor | (1,444.06) | (1,444.06) |
| 180 | Leasehold Improvement | New Store: Exterior Signs | 21,905.50 | - |
| 181 | Leasehold Improvement | New Store: Scissor Lift rental | 861.13 | 861.13 |
| 181 | Leasehold Improvement | New Store: Scissor Lift rental | (861.13) | (861.13) |
| 181 | Leasehold Improvement | New Store: Scissor Lift rental | 12.92 | 12.92 |
| 181 | Leasehold Improvement | New Store: Scissor Lift rental | (12.92) | (12.92) |
| 185 | Leasehold Improvement | New Store: Contractor | 1,341.19 | 1,341.19 |
| 185 | Leasehold Improvement | New Store: Contractor | (1,341.19) | (1,341.19) |
| 185 | Leasehold Improvement | New Store: Contractor Planning | 2,000.00 | 2,000.00 |
| 185 | Leasehold Improvement | New Store: Contractor Planning | (2,000.00) | (2,000.00) |
| 9900 | Computer Equipment | POS Hardware Installation (awaiting Store #'s from Ra | 29,166.71 | - |
| 9900 | Leasehold Improvement | Visual PLC Project: Materials and Install | 7,014.38 | 2,513.73 |
| 174 | Furniture & Fixtures | 50 gr2 brackets + 4 sets of nesting tables (small) | 1,465.28 | 1,440.86 |
| 174 | Furniture & Fixtures | 50 gr2 brackets + 4 sets of nesting tables (small) | (1,465.28) | (1,440.86) |
| 177 | Furniture & Fixtures | 13 7x11 signs+6 gr2 brackets+belt fixture+47 3" grid s | 143.94 | 143.94 |
| 177 | Furniture & Fixtures | 13 7x11 signs+6 gr2 brackets+belt fixture+47 3" grid s | (143.94) | (143.94) |
| 180 | Furniture & Fixtures | 200 3" HANGRAIL BRACKETS | 210.00 | 210.00 |
| 180 | Furniture & Fixtures | 200 3" HANGRAIL BRACKETS | (210.00) | (210.00) |
| 181 | Furniture & Fixtures | 200 3" HANGRAIL BRACKETS | 210.00 | 210.00 |
| 181 | Furniture & Fixtures | 200 3" HANGRAIL BRACKETS | (210.00) | (210.00) |
| 185 | Furniture & Fixtures | Eyewear fixture | 38.08 | 38.08 |
| 185 | Furniture & Fixtures | Eyewear fixture | (38.08) | (38.08) |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 101 | Leasehold Improvement | Ext Remodel-Architectural Svcs | 8,530.98 | 3,128.14 |
| 103 | Equipment | Install Power for Baler | 950.00 | 475.10 |
| 113 | Equipment | Install Power for Baler | 925.00 | - |
| 115 | Equipment | Install Power for Baler | 925.00 | - |
| 117 | Equipment | Install Power for Baler | 980.00 | - |
| 120 | Leasehold Improvement | Drywall repairs - CER120 | 11,480.00 | 4,783.10 |
| 120 | Furniture & Fixtures | Fitting Room Rack - Remodel | 695.04 | 660.30 |
| 120 | Furniture & Fixtures | Fitting Room Rack - Remodel | (695.04) | (660.30) |
| 120 | Furniture & Fixtures | Signage-Remodel CER TO FOLLOW | 16,737.71 | |
| 120 | Leasehold Improvement | Materials / Rentals | 16,418.03 | 6,840.63 |
| 120 | Leasehold Improvement | Labor / Materials | 8,805.73 | 3,669.13 |
| 123 | Equipment | Install Power for Baler | 1,125.00 | - |
| 133 | Equipment | Install Power for Baler | 625.00 | - |
| 141 | Equipment | Install Baler | 975.00 | - |
| 174 | Equipment | UP4 Dual System | 278.00 | 278.00 |
| 174 | Equipment | UP4 Dual System | (278.00) | (278.00) |
| 157 | Equipment | Install Power for Baler | 975.00 | - |
| 174 | Equipment | 60" Baler | 9,079.02 | - |
| 174 | Furniture & Fixtures | New Store-Signage | 15,736.13 | (0.00) |
| 174 | Furniture & Fixtures | New Store-Signage | 16,812.80 | - |
| 174 | Leasehold Improvement | New Store-Materials | 37,686.37 | 13,818.57 |
| 174 | Leasehold Improvement | New Store-Plastering | 11,817.42 | 4,332.94 |
| 174 | Leasehold Improvement | New Store: Security Tags-Shipping | 350.00 | 350.00 |
| 174 | Leasehold Improvement | New Store: Security Tags-Shipping | (350.00) | (350.00) |
| 166 | Furniture & Fixtures | 50% Deposit | 1,755.00 | - |
| 174 | Leasehold Improvement | New Store:Casters | 3,112.14 | 1,141.46 |
| 174 | Leasehold Improvement | New Store:3/8 Leveler | 371.74 | 343.84 |
| 174 | Leasehold Improvement | New Store:3/8 Leveler | (371.74) | (343.84) |
| 174 | Leasehold Improvement | NewStore:Burglar Alarm | 3,366.47 | 1,234.67 |
| 8850 | Equipment | Software -Carton sorter 30%-2nd Instl | 23,651.72 | 7,883.80 |
| 8850 | Equipment | Software -Carton sorter 30%-3rd Instl | 23,651.72 | 7,883.80 |
| 185 | Leasehold Improvement | NewStore-Travel | 1,439.49 | 1,439.49 |
| 185 | Leasehold Improvement | NewStore-Travel | (1,439.49) | (1,439.49) |
| 187 | Leasehold Improvement | New Store:50% to start | 2,000.00 | 413.69 |
| 188 | Leasehold Improvement | New Store:50% to start | 2,000.00 | 2,000.00 |
| 188 | Leasehold Improvement | New Store:50% to start | (2,000.00) | (2,000.00) |
| 189 | Leasehold Improvement | New Store:50% to start | 2,000.00 | 2,000.00 |
| 189 | Leasehold Improvement | New Store:50% to start | (2,000.00) | (2,000.00) |
| 190 | Leasehold Improvement | New Store:50% to start | 2,000.00 | 2,000.00 |
| 190 | Leasehold Improvement | Expensed - Not going forward with this store | (2,000.00) | (2,000.00) |
| 185 | Leasehold Improvement | New Store:Structural Eng Calcs | 1,500.00 | 1,500.00 |
| 185 | Leasehold Improvement | New Store:Structural Eng Calcs | (1,500.00) | (1,500.00) |
| 181 | Furniture & Fixtures | 19' Electric Sissor Lift | 779.94 | 779.94 |
| 181 | Furniture & Fixtures | 19' Electric Sissor Lift | (779.94) | (779.94) |
| 181 | Furniture & Fixtures | 19' Electric Sissor Lift | 85.52 | 85.52 |
| 181 | Furniture & Fixtures | 19' Electric Sissor Lift | (85.52) | (85.52) |
| 174 | Leasehold Improvement | Retail Area Modified A/C | 9,012.50 | 3,380.00 |
| 174 | Leasehold Improvement | Hanging Storefront Wall | 1,240.00 | 465.25 |
| 174 | Leasehold Improvement | Dumping of Construction Trash | 900.00 | 900.00 |
| 174 | Leasehold Improvement | Dumping of Construction Trash | (900.00) | (900.00) |
| 174 | Leasehold Improvement | New Store:Covers, frames, alum doors | 9,275.00 | 3,478.03 |
| 174 | Leasehold Improvement | New Store: Concrete | 1,486.00 | 545.12 |
| 174 | Leasehold Improvement | New Store: Electrical -track lights, florescent fixtures, | 6,706.34 | 2,458.70 |
| 174 | Leasehold Improvement | New Store:Materials, Labor | 50,344.33 | 18,459.29 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 177 | Leasehold Improvement | New Store: Sound System | 19,775.00 | 7,098.50 |
| 177 | Leasehold Improvement | New Store:Hanging Wall | 980.00 | 351.50 |
| 174 | Furniture & Fixtures | Fitting Room Rack | 595.68 | 585.75 |
| 174 | Furniture & Fixtures | Fitting Room Rack | (595.68) | (585.75) |
| 174 | Furniture & Fixtures | Racks & Bars | 3,132.54 | - |
| 177 | Leasehold Improvement | New Store:  Plans | 2,000.00 | 2,000.00 |
| 177 | Leasehold Improvement | New Store:  Plans | (2,000.00) | (2,000.00) |
| 187 | Leasehold Improvement | New Store:  Plans | 1,500.00 | 310.44 |
| 187 | Leasehold Improvement | New Store:  Electrical Plans | 1,600.00 | 331.09 |
| 185 | Leasehold Improvement | New Store:  Travel | 1,393.22 | 1,393.22 |
| 185 | Leasehold Improvement | New Store:  Travel | (1,393.22) | (1,393.22) |
| 185 | Leasehold Improvement | New Store:  Plans | 2,000.00 | 2,000.00 |
| 185 | Leasehold Improvement | New Store:  Plans | (2,000.00) | (2,000.00) |
| 183 | Leasehold Improvement | New Store: Labor | 480.64 | 480.64 |
| 183 | Leasehold Improvement | New Store: Labor | (480.64) | (480.64) |
| 179 | Furniture & Fixtures | 19' Electric Sissor Lift | 534.39 | 534.39 |
| 179 | Furniture & Fixtures | 19' Electric Sissor Lift | (534.39) | (534.39) |
| 181 | Furniture & Fixtures | 19' Electric Sissor Lift (Late Fee) | 12.98 | 12.98 |
| 181 | Furniture & Fixtures | 19' Electric Sissor Lift (Late Fee) | (12.98) | (12.98) |
| 179 | Leasehold Improvement | New Store: Materials/Labor | 2,384.25 | 2,384.25 |
| 179 | Leasehold Improvement | New Store: Materials/Labor | (2,384.25) | (2,384.25) |
| 179 | Leasehold Improvement | New Store: Service Calls | 1,131.22 | 1,131.22 |
| 179 | Leasehold Improvement | New Store: Service Calls | (1,131.22) | (1,131.22) |
| 177 | Leasehold Improvement | New Store: Camera Installation | 412.27 | 412.27 |
| 177 | Leasehold Improvement | New Store: Camera Installation | (412.27) | (412.27) |
| 187 | Leasehold Improvement | New Store: Permits/Licenses | 1,600.00 | 331.09 |
| 187 | Leasehold Improvement | New Store: Plans | 2,000.00 | 413.69 |
| 177 | Leasehold Improvement | New Store: Plans | 1,200.00 | 1,200.00 |
| 177 | Leasehold Improvement | New Store: Plans | (1,200.00) | (1,200.00) |
| 188 | Leasehold Improvement | New Store: Plans | 2,000.00 | 2,000.00 |
| 188 | Leasehold Improvement | New Store: Plans | (2,000.00) | (2,000.00) |
| 183 | Leasehold Improvement | New Store: Fire Inspection | 70.00 | 70.00 |
| 183 | Leasehold Improvement | New Store: Fire Inspection | (70.00) | (70.00) |
| 166 | Equipment | Install Power for Baler | 1,221.84 | 1,221.84 |
| 166 | Equipment | Install Power for Baler | (1,221.84) | (1,221.84) |
| 176 | Equipment | Install Power for Baler | 825.00 | 825.00 |
| 176 | Equipment | Install Power for Baler | (825.00) | (825.00) |
| 179 | Equipment | Install Power for Baler | 1,364.14 | 1,364.14 |
| 179 | Equipment | Install Power for Baler | (1,364.14) | (1,364.14) |
| 181 | Equipment | Install Power for Baler | 2,459.69 | 2,459.69 |
| 181 | Equipment | Install Power for Baler | (2,459.69) | (2,459.69) |
| 180 | Equipment | Install Power for Baler | 831.81 | 831.81 |
| 180 | Equipment | Install Power for Baler | (831.81) | (831.81) |
| 8850 | Equipment | 1 Reach Truck, 1 Forklift, 5 Pallet Jacks | 23,678.06 | 12,430.82 |
| 8850 | Equipment | 1 Reach Truck, 1 Forklift, 5 Pallet Jacks | 22,708.32 | 11,921.64 |
| 8850 | Equipment | 1 Reach Truck, 1 Forklift, 5 Pallet Jacks | 46,871.28 | 24,607.65 |
| 185 | Equipment | Install Power for Baler | 2,855.93 | 2,855.93 |
| 185 | Equipment | Install Power for Baler | (2,855.93) | (2,855.93) |
| 188 | Leasehold Improvement | City of Montclair-Permits | 713.75 | 303.20 |
| 182 | Leasehold Improvement | New Store: Materials | 7,159.96 | 3,102.40 |
| 185 | Leasehold Improvement | New Store: Materials | 1,872.96 | - |
| 9900 | Computer Software | Good faith pymt toward 2010 Contract | 5,000.00 | - |
| 177 | Leasehold Improvement | New Store: Materials/Labor | 930.46 | 334.21 |
| 120 | Leasehold Improvement | Remodel | 9,070.00 | 3,779.40 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 120 | Leasehold Improvement | Remodel | 4,916.84 | 2,048.94 |
| 120 | Leasehold Improvement | Remodel | 950.00 | 395.60 |
| 101 | Leasehold Improvement | | 5,002.60 | 2,501.20 |
| 120 | Leasehold Improvement | Remodel: Labor & Materials | 9,601.59 | 4,000.89 |
| 174 | Leasehold Improvement | New Store: Labor & Materials | 21,475.50 | 8,053.50 |
| 174 | Leasehold Improvement | New Store: Labor & Materials | 4,458.30 | 1,672.05 |
| 174 | Leasehold Improvement | New Store: Labor & Materials | 3,101.55 | 1,162.80 |
| 182 | Leasehold Improvement | New Store: Labor & Materials | 222.00 | 96.20 |
| 184 | Leasehold Improvement | New Store: Labor & Materials | 367.00 | 135.16 |
| 187 | Leasehold Improvement | New Store: Plans | 1,157.00 | 239.30 |
| 188 | Leasehold Improvement | New Store: Plans | 277.00 | 117.61 |
| 189 | Leasehold Improvement | New Store: Plans | 388.00 | 388.00 |
| 189 | Leasehold Improvement | New Store: Plans | (388.00) | (388.00) |
| 8853 | Computer Software | Sugarland DC:  App Development | 13,905.00 | 7,184.25 |
| 101 | Leasehold Improvement | Escalator Repair: Handrail | 5,923.70 | 637.14 |
| 187 | Leasehold Improvement | New Store: Plans | 1,500.00 | 310.44 |
| 191 | Leasehold Improvement | New Store: Plans | 108.75 | 108.75 |
| 191 | Leasehold Improvement | New Store: Plans | (108.75) | (108.75) |
| 140 | Leasehold Improvement | Remodel: Permits | 890.21 | 755.31 |
| 140 | Leasehold Improvement | Remodel: Permits | (890.21) | (755.31) |
| 173 | Leasehold Improvement | New Store: Permits | 1,339.40 | 1,283.60 |
| 173 | Leasehold Improvement | New Store: Permits | (1,339.40) | (1,283.60) |
| 180 | Leasehold Improvement | New Store: Permits | 660.00 | 583.44 |
| 180 | Leasehold Improvement | New Store: Permits | (660.00) | (660.00) |
| 181 | Leasehold Improvement | New Store: Permits | 660.00 | 583.44 |
| 181 | Leasehold Improvement | New Store: Permits | (660.00) | (660.00) |
| 174 | Leasehold Improvement | New Store: DualSystem/EAG Tag | 6,989.03 | 2,621.03 |
| 101 | Leasehold Improvement | Safety Gates | 3,340.00 | 359.28 |
| 101 | Leasehold Improvement | Safety Gates | 1,800.00 | 193.46 |
| 175 | Leasehold Improvement | New Store: Travel | 1,336.61 | 1,247.49 |
| 175 | Leasehold Improvement | New Store: Travel | (1,336.61) | (1,247.49) |
| 187 | Leasehold Improvement | New Store: Travel | 1,339.70 | 277.10 |
| 174 | Leasehold Improvement | New Store: Labor & Materials | 5,307.87 | 1,990.62 |
| 165 | Leasehold Improvement | Install 7 Split Systems (Final) | 22,450.00 | 6,162.60 |
| 174 | Leasehold Improvement | New Store:Stucco Patching | 400.00 | 373.36 |
| 174 | Leasehold Improvement | New Store:Stucco Patching | (400.00) | (373.36) |
| 174 | Equipment | New Store: Leveler 3/8 | 319.69 | 298.41 |
| 174 | Equipment | New Store: Leveler 3/8 | (319.69) | (298.41) |
| 174 | Leasehold Improvement | New Store: Restripe H/C | 1,200.00 | 1,120.00 |
| 174 | Leasehold Improvement | New Store: Restripe H/C | (1,200.00) | (1,120.00) |
| 8850 | Equipment | Pallet Jacks for Balers | 5,281.60 | 5,281.60 |
| 8850 | Equipment | Pallet Jacks for Balers | (5,281.60) | (5,281.60) |
| 8850 | Equipment | Pallet Jacks for Balers | 13,091.63 | 13,091.63 |
| 8850 | Equipment | Pallet Jacks for Balers | (13,091.63) | (13,091.63) |
| 120 | Leasehold Improvement | Remodel: Rerun Wire | 400.00 | 166.90 |
| 9900 | Equipment | System Deposit for Pilots | 5,775.00 | 5,775.00 |
| 9900 | Equipment | System Deposit for Pilots | (5,775.00) | (5,775.00) |
| 106 | Equipment | System Deposit for Pilots | 462.25 | - |
| 106 | Equipment | System Deposit for Pilots | (131.55) | - |
| 115 | Equipment | System Deposit for Pilots | 451.67 | 0.00 |
| 115 | Equipment | System Deposit for Pilots | (120.97) | - |
| 120 | Equipment | System Deposit for Pilots | 348.77 | - |
| 120 | Equipment | System Deposit for Pilots | (87.10) | - |
| 188 | Leasehold Improvement | New Store:Exit Door Opening | 450.00 | 450.00 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 188 | Leasehold Improvement | New Store:Exit Door Opening | (450.00) | (450.00) |
| 174 | Leasehold Improvement | New Store:Labor & Materials | 8,665.12 | 3,249.37 |
| 8850 | Equipment | DC Operational Control Upgrade | 7,880.44 | 2,627.08 |
| 8853 | Computer Software | Sugarland DC:  App Development | 14,040.00 | 7,254.00 |
| 8853 | Computer Software | Sugarland DC:  App Development | 7,155.00 | 3,696.75 |
| 9900 | Leasehold Improvement | Corp Library: Labor & Materials | 16,478.41 | 6,316.73 |
| 9900 | Leasehold Improvement | Corp Library: Labor & Materials | 6,523.15 | 2,500.51 |
| 9900 | Leasehold Improvement | Corp Library: Labor & Materials | 5,342.36 | 2,047.88 |
| 164 | Equipment | Baler Install | 1,121.60 | - |
| 111 | Equipment | Power for Baler | 1,125.00 | 1,125.00 |
| 111 | Equipment | Power for Baler | (1,125.00) | (1,125.00) |
| 166 | Leasehold Improvement | New Store: Signage | 2,346.92 | 797.36 |
| 174 | Leasehold Improvement | New Store : Labor | 739.20 | 696.08 |
| 174 | Leasehold Improvement | New Store : Labor | (739.20) | (696.08) |
| 174 | Leasehold Improvement | New Store: Fire Alarm | 8,285.36 | 3,176.40 |
| 174 | Leasehold Improvement | New Store: Fire Alarm | 450.00 | 423.75 |
| 174 | Leasehold Improvement | New Store: Fire Alarm | (450.00) | (423.75) |
| 175 | Leasehold Improvement | New Store : Labor | 810.00 | 762.75 |
| 175 | Leasehold Improvement | New Store : Labor | (810.00) | (762.75) |
| 175 | Leasehold Improvement | New Store : Labor | 1,230.00 | 1,158.25 |
| 175 | Leasehold Improvement | New Store : Labor | (1,230.00) | (1,158.25) |
| 175 | Equipment | New Store : Computer Equip | 748.76 | 686.39 |
| 175 | Equipment | New Store : Computer Equip | (748.76) | (686.39) |
| 175 | Equipment | New Store : Supplies | 197.63 | 181.18 |
| 175 | Equipment | New Store : Supplies | (197.63) | (181.18) |
| 175 | Leasehold Improvement | New Store : Labor | 2,619.63 | 1,004.21 |
| 175 | Furniture & Fixtures | New Store: Fixtures | 5,312.44 | - |
| 175 | Furniture & Fixtures | New Store: Fixtures | 1,650.82 | - |
| 175 | Furniture & Fixtures | New Store: Fixtures | 1,828.08 | - |
| 175 | Leasehold Improvement | New Store: Carpet (Final 50%) | 2,221.85 | 851.37 |
| 175 | Furniture & Fixtures | New Store: TAGs | 9,243.00 | - |
| 175 | Leasehold Improvement | New Store: Electrical | 10,650.00 | 4,082.50 |
| 180 | Equipment | Pipe Install for baler | 108.25 | 108.25 |
| 180 | Equipment | Pipe Install for baler | (108.25) | (108.25) |
| 181 | Equipment | Pipe Install for baler | 108.25 | 108.25 |
| 181 | Equipment | Pipe Install for baler | (108.25) | (108.25) |
| 183 | Equipment | Power for Baler | 2,109.29 | 2,109.29 |
| 183 | Equipment | Power for Baler | (2,109.29) | (2,109.29) |
| 184 | Equipment | Credit for Duplicate Pymt | (3,192.38) | (456.38) |
| 189 | Leasehold Improvement | New Store: Permits | 30.00 | 8.49 |
| 189 | Leasehold Improvement | New Store: Permits | (30.00) | (30.00) |
| 996 | Computer Software | Sugarland DC:  App Development | 8,910.00 | 4,603.50 |
| 996 | Computer Software | Sugarland DC:  App Development | 11,340.00 | 5,859.00 |
| 996 | Computer Software | Sugarland DC:  App Development | 11,880.00 | 6,138.00 |
| 996 | Computer Software | Sugarland DC:  App Development | 12,960.00 | 6,696.00 |
| 996 | | Sugarland DC:  antenna/power | 115.00 | 115.00 |
| 996 | | Sugarland DC:  antenna/power | (115.00) | (115.00) |
| 9900 | Computer Equipment | POS Hardware Installation | 97,052.97 | - |
| 166 | Leasehold Improvement | New Store: Storage | 1,450.00 | 492.44 |
| 175 | Leasehold Improvement | New Store: Labor & Materials | 1,408.75 | 539.99 |
| 175 | Leasehold Improvement | New Store: Labor | 1,635.00 | 1,635.00 |
| 175 | Leasehold Improvement | New Store: Labor | (1,635.00) | (1,635.00) |
| 175 | Leasehold Improvement | New Store: Labor | 1,500.00 | 1,500.00 |
| 175 | Leasehold Improvement | New Store: Labor | (1,500.00) | (1,500.00) |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 175 | Leasehold Improvement | New Store: Mirrors | 590.00 | 225.92 |
| 175 | Leasehold Improvement | New Store: HVAC | 205.16 | 78.62 |
| 175 | Leasehold Improvement | New Store: Labor | 240.00 | 240.00 |
| 175 | Leasehold Improvement | New Store: Labor | (240.00) | (240.00) |
| 175 | Leasehold Improvement | New Store: Glass | 2,340.00 | 897.00 |
| 175 | Leasehold Improvement | New Store: Price Point Signs | 3,208.80 | 1,230.04 |
| 175 | Leasehold Improvement | New Store: HVAC | 1,075.00 | 411.96 |
| 175 | Leasehold Improvement | New Store: HVAC | 2,254.76 | 864.30 |
| 996 | Computer Equipment | Sugaland DC: 3 Laser Printers | 150,107.60 | 77,555.69 |
| 186 | | Estimate Daines Receipts (CC) | 70,803.72 | 70,803.72 |
| 8890 | | Estimate Daines Receipts (CC) | 51,471.34 | 51,471.34 |
| 186 | | REV Est Daines Receipts (CC) | (70,803.72) | (70,803.72) |
| 8890 | | REV Est Daines Receipts (CC) | (51,471.34) | (51,471.34) |
| 175 | Leasehold Improvement | DualSYstem / ETAG | 12,012.03 | 4,704.73 |
| 175 | Leasehold Improvement | | 1,708.99 | 669.47 |
| 175 | Leasehold Improvement | Lights in front of store | 1,332.50 | 522.20 |
| 175 | Leasehold Improvement | Check out Controls | 2,817.50 | 1,103.46 |
| 175 | Leasehold Improvement | New Store: Labor | 1,485.00 | 1,485.00 |
| 175 | Leasehold Improvement | New Store: Labor | (1,485.00) | (1,485.00) |
| 996 | Equipment | Replacement Battery | 1,063.92 | 1,063.92 |
| 996 | Equipment | Replacement Battery | (1,063.92) | (1,063.92) |
| 175 | Leasehold Improvement | New Store : Travel | 1,369.65 | 1,369.65 |
| 175 | Leasehold Improvement | New Store : Travel | (1,369.65) | (1,369.65) |
| 175 | Leasehold Improvement | New Store : Travel | 1,324.35 | 1,324.35 |
| 175 | Leasehold Improvement | New Store : Travel | (1,324.35) | (1,324.35) |
| 182 | Leasehold Improvement | New Store : Title 24 | 1,600.00 | 1,600.00 |
| 182 | Leasehold Improvement | New Store : Title 24 | (1,600.00) | (1,600.00) |
| 182 | Leasehold Improvement | New Store : Final Compton | 2,000.00 | 2,000.00 |
| 182 | Leasehold Improvement | New Store : Final Compton | (2,000.00) | (2,000.00) |
| 192 | Leasehold Improvement | Renderings | 600.00 | 600.00 |
| 192 | Leasehold Improvement | Renderings | (600.00) | (600.00) |
| 115 | Equipment | Security Cameras | 6,285.61 | (0.00) |
| 106 | Equipment | Security Cameras | 6,540.61 | (0.00) |
| 117 | Equipment | Camera Install / Shipping | 451.67 | 0.00 |
| 117 | Equipment | Camera Install / Shipping | (120.97) | - |
| 124 | Equipment | Camera Install / Shipping | 408.12 | - |
| 124 | Equipment | Camera Install / Shipping | (77.42) | - |
| 140 | Equipment | Camera Install / Shipping | 364.57 | 176.09 |
| 140 | Equipment | Camera Install / Shipping | (33.87) | (16.51) |
| 103 | Equipment | 60" Large Baler | 9,079.02 | 4,539.42 |
| 113 | Equipment | 42" Smaller Baler | 9,079.02 | - |
| 115 | Equipment | 42" Smaller Baler | 9,079.02 | - |
| 117 | Equipment | 42" Smaller Baler | 9,079.02 | - |
| 120 | Equipment | 60" Large Baler | 9,108.51 | - |
| 123 | Equipment | 60" Large Baler | 9,079.02 | - |
| 133 | Equipment | 60" Large Baler | 9,079.02 | - |
| 141 | Equipment | 42" Smaller Baler | 9,079.02 | - |
| 146 | Equipment | 60" Large Baler | 9,079.02 | - |
| 149 | Equipment | 42" Smaller Baler | 9,108.51 | 910.77 |
| 152 | Equipment | 42" Smaller Baler | 9,079.02 | - |
| 157 | Equipment | 60" Large Baler | 9,079.02 | - |
| 164 | Equipment | 60" Large Baler | 9,121.15 | - |
| 165 | Equipment | 60" Large Baler | 9,079.02 | - |
| 175 | Equipment | 60" Large Baler | 9,121.15 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 111 | Leasehold Improvement | Escalator Repair 50% | 9,302.67 | 3,798.75 |
| 174 | Leasehold Improvement | New Store: Final | 1,750.00 | 685.66 |
| 175 | Leasehold Improvement | New Store: Plumbing Inspections | 1,750.00 | 1,750.00 |
| 175 | Leasehold Improvement | New Store: Plumbing Inspections | (1,750.00) | (1,750.00) |
| 996 | Computer Software | Sugarland DC:  App Development | 12,420.00 | 6,417.00 |
| 996 | Computer Software | Sugarland DC:  App Development | 13,230.00 | 6,835.50 |
| 996 | Computer Software | Sugarland DC:  App Development | 10,530.00 | 5,440.50 |
| 996 | Computer Software | Sugarland DC:  App Development | 9,585.00 | 4,952.25 |
| 996 | Computer Equipment | Cisco 2951; port; Network Module | 5,802.61 | 2,998.02 |
| 175 | Leasehold Improvement | New Store: HVAC | 4,135.13 | 1,619.55 |
| 175 | Leasehold Improvement | New Store: HVAC | 1,454.04 | 569.28 |
| 175 | Leasehold Improvement | New Store: HVAC | 1,325.87 | 519.22 |
| 175 | Leasehold Improvement | New Store: HVAC | 1,335.18 | 522.69 |
| 175 | Furniture & Fixtures | New Store: Fixtures | 697.15 | - |
| 175 | Furniture & Fixtures | New Store: Fixtures | 1,415.57 | - |
| 175 | Leasehold Improvement | New Store: Generator | 391.40 | 391.40 |
| 175 | Leasehold Improvement | New Store: Generator | (391.40) | (391.40) |
| 175 | Leasehold Improvement | New Store: Alarm | 1,542.65 | 603.87 |
| 996 | Computer Equipment | New DC | 1,697.06 | 1,697.06 |
| 996 | Computer Equipment | New DC | (1,697.06) | (1,697.06) |
| 996 | Computer Equipment | New DC | 943.00 | 943.00 |
| 996 | Computer Equipment | New DC | (943.00) | (943.00) |
| 175 | Computer Equipment | New Store: POS | 3,146.25 | - |
| 175 | Leasehold Improvement | New Store: Entry Mat/Reducers | 1,960.00 | 767.91 |
| 175 | Leasehold Improvement | New Store: Power Wash | 700.00 | 700.00 |
| 175 | Leasehold Improvement | New Store: Power Wash | (700.00) | (700.00) |
| 175 | Leasehold Improvement | New Store: Power Wash | 150.00 | 150.00 |
| 175 | Leasehold Improvement | New Store: Power Wash | (150.00) | (150.00) |
| 175 | Leasehold Improvement | New Store: Labor & Materials | 6,084.11 | 2,383.01 |
| 175 | Leasehold Improvement | New Store: Labor & Materials | 5,679.93 | 2,224.84 |
| 175 | Furniture & Fixtures | New Store: Fixtures | 5,043.52 | - |
| 175 | Furniture & Fixtures | New Store: Fixtures | 1,898.29 | - |
| 175 | Furniture & Fixtures | New Store: Fixtures | 1,858.36 | - |
| 175 | Leasehold Improvement | New Store: Door System | 1,140.00 | 446.50 |
| 175 | Leasehold Improvement | New Store: Door System | 603.13 | 235.94 |
| 175 | Leasehold Improvement | New Store: Door System | 4,682.03 | 1,833.57 |
| 175 | Leasehold Improvement | New Store: Electrical | 850.00 | 850.00 |
| 175 | Leasehold Improvement | New Store: Electrical | (850.00) | (850.00) |
| 175 | Leasehold Improvement | New Store: Doors | 899.52 | 899.52 |
| 175 | Leasehold Improvement | New Store: Doors | (899.52) | (899.52) |
| 175 | Furniture & Fixtures | New Store: Fixtures | 5,094.93 | - |
| 175 | Leasehold Improvement | New Store: Electrical | 7,580.00 | 2,968.59 |
| 187 | Leasehold Improvement | 50% Contract Deposit | 9,990.00 | 2,066.73 |
| 192 | Leasehold Improvement | 50% Contract Deposit | 2,600.00 | 1,083.10 |
| 175 | Leasehold Improvement | New Store: Signage | 28,452.71 | 11,380.79 |
| 186 | Leasehold Improvement | New Store: Signage | 14,065.00 | 5,860.30 |
| 192 | Leasehold Improvement | New Store: Signage | 15,152.50 | 6,313.60 |
| 996 | Computer Software | Sugarland DC:  App Development | 7,290.00 | 3,766.50 |
| 996 | Computer Software | Sugarland DC:  App Development | 12,420.00 | 6,417.00 |
| 996 | Computer Software | Sugarland DC:  App Development | 5,940.00 | 3,069.00 |
| 192 | Leasehold Improvement | New Store:Architecture | 5,850.00 | 2,437.50 |
| 175 | Equipment | New Store: Alarm | 1,290.61 | - |
| 182 | Leasehold Improvement | New Store: Plans | 27.19 | 27.19 |
| 182 | Leasehold Improvement | New Store: Plans | (27.19) | (27.19) |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 182 | Leasehold Improvement | New Store: Plans | 215.33 | 215.33 |
| 182 | Leasehold Improvement | New Store: Plans | (215.33) | (215.33) |
| 186 | Furniture & Fixtures | New Store: Fixtures | 5,401.83 | - |
| 186 | Furniture & Fixtures | New Store: Fixtures | 1,459.00 | - |
| 192 | Furniture & Fixtures | New Store: Fixtures | 1,459.00 | - |
| 194 | Leasehold Improvement | Pop-up Store: Door System | 7,879.03 | 2,216.20 |
| 194 | Leasehold Improvement | Pop-up Store: Door System | 2,861.97 | 805.08 |
| 187 | Leasehold Improvement | New Store: Construction | 126,978.48 | 26,271.60 |
| 182 | Leasehold Improvement | New Store: Sprinkler System | 8,500.00 | 8,500.00 |
| 182 | Leasehold Improvement | New Store: Sprinkler System | (8,500.00) | (8,500.00) |
| 9900 | Computer Software | MID 5.0 Upgrade | 4,860.00 | 324.00 |
| 175 | Leasehold Improvement | NEED INVOICE | 1,250.29 | 500.05 |
| 117 | Equipment | Security Cameras | 6,133.82 | 0.00 |
| 120 | Equipment | Security Cameras | 8,988.76 | - |
| 124 | Equipment | Security Cameras | 7,015.17 | - |
| 140 | Equipment | Security Cameras | 6,527.70 | 3,154.90 |
| 111 | Leasehold Improvement | New Roof | 10,097.33 | 4,207.53 |
| 175 | Leasehold Improvement | New Store: HVAC | 2,634.04 | 1,053.64 |
| 122 | Leasehold Improvement | Parking Lot Paving - Will be reimb by RE | 11,000.00 | 11,000.00 |
| 122 | Leasehold Improvement | Parking Lot Paving - Will be reimb by RE | (11,000.00) | (11,000.00) |
| 122 | Leasehold Improvement | Roof | 12,900.00 | 5,267.50 |
| 122 | Leasehold Improvement | Roof | 12,900.00 | 5,267.50 |
| 173 | Leasehold Improvement | HVAC Upgrade/Replacement | 7,710.00 | 3,084.00 |
| 173 | Leasehold Improvement | HVAC Upgrade/Replacement | 15,895.00 | 6,357.88 |
| 175 | Leasehold Improvement | New Store: Labor/Materials | 13,798.52 | 5,519.24 |
| 149 | Equipment | Baler Electrical | 2,207.04 | 220.92 |
| 192 | Furniture & Fixtures | Fixtures | 7,100.18 | - |
| 187 | Furniture & Fixtures | Fixtures | 16,329.47 | - |
| 115 | Equipment | HVAC : York Predator Heat Pumps | 22,000.00 | - |
| 192 | Leasehold Improvement | New Store : Submit Plans | 3,769.14 | 3,769.14 |
| 192 | Leasehold Improvement | New Store : Submit Plans | (3,769.14) | (3,769.14) |
| 500 | Leasehold Improvement | New Store : Submit Plans | 2,565.90 | 1,036.86 |
| 192 | Leasehold Improvement | New Store : Delivery of Materials | 541.25 | 541.25 |
| 192 | Leasehold Improvement | New Store : Delivery of Materials | (541.25) | (541.25) |
| 182 | Leasehold Improvement | New Store : Permits/Lic | 680.00 | 680.00 |
| 182 | Leasehold Improvement | New Store : Permits/Lic | (680.00) | (680.00) |
| 192 | Equipment | New Store : CCTV | 5,646.00 | - |
| 186 | Equipment | New Store : CCTV | 5,226.68 | - |
| 187 | Leasehold Improvement | New Store : 10% Less Retention | 84,652.40 | 17,514.02 |
| 192 | Leasehold Improvement | New Store : 10% Less Retention | 100,031.40 | 41,679.40 |
| 111 | Leasehold Improvement | Escalator Contract | 18,605.34 | 7,597.50 |
| 186 | Equipment | New Store : Alarm | 2,644.25 | - |
| 996 | Computer Software | Sugarland DC:  App Development | 5,535.00 | 2,859.75 |
| 996 | Computer Software | Sugarland DC:  App Development | 2,160.00 | 1,116.00 |
| 9900 | Computer Equipment | Sonicwall VPN & Licenses | 4,690.13 | - |
| 9900 | Computer Equipment | Sonicwall VPN & Licenses | 4,795.85 | - |
| 110 | Leasehold Improvement | Lighting Retrofit | 25,052.35 | 19,624.33 |
| 103 | Leasehold Improvement | Lighting Retrofit | 27,543.53 | 22,493.87 |
| 127 | Leasehold Improvement | Lighting Retrofit | 44,765.60 | 35,066.30 |
| 182 | Leasehold Improvement | Exterior Sign | 10,405.00 | 4,508.72 |
| 122 | Leasehold Improvement | Parking Lot Paving - Will be reimb by RE | 11,000.00 | 11,000.00 |
| 122 | Leasehold Improvement | Parking Lot Paving - Will be reimb by RE | (11,000.00) | (11,000.00) |
| 122 | Leasehold Improvement | Parking Lot Paving - Will be reimb by RE | 11,000.00 | 11,000.00 |
| 122 | Leasehold Improvement | Parking Lot Paving - Will be reimb by RE | (11,000.00) | (11,000.00) |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 192 | Furniture & Fixtures | New Store : Fixtures | 3,178.30 | 0.00 |
| 192 | Furniture & Fixtures | New Store : Fixtures | 604.39 | - |
| 500 | Leasehold Improvement | New Store : Plans | 4,834.41 | 1,953.66 |
| 122 | Leasehold Improvement | Roof | 12,900.00 | 5,267.50 |
| 186 | Equipment | New Store : Alarm | 11,044.27 | - |
| 186 | Equipment | New Store : Alarm | 3,712.42 | 0.00 |
| 9900 | Computer Equipment | SAN Expansion | 44,919.48 | - |
| 186 | Leasehold Improvement | New Store : Install | 866.25 | 360.85 |
| 186 | Leasehold Improvement | New Store : Cable | 404.25 | 168.35 |
| 186 | Leasehold Improvement | New Store : Signage | 15,671.45 | 6,529.45 |
| 192 | Leasehold Improvement | New Store : Labor (Demo, Grind & Polish) | 58,184.38 | 24,243.48 |
| 500 | Leasehold Improvement | New Store : Labor (Demo, Grind & Polish) | 58,695.00 | 23,720.97 |
| 182 | Leasehold Improvement | New Store : Plans | 68.51 | 68.51 |
| 182 | Leasehold Improvement | New Store : Plans | (68.51) | (68.51) |
| 182 | Leasehold Improvement | New Store : Plans | 38.06 | 38.06 |
| 182 | Leasehold Improvement | New Store : Plans | (38.06) | (38.06) |
| 192 | Leasehold Improvement | New Store : Plans | 110.93 | 110.93 |
| 192 | Leasehold Improvement | New Store : Plans | (110.93) | (110.93) |
| 175 | Leasehold Improvement | New Store : Labor & Materials | 3,282.63 | 1,340.07 |
| 182 | Leasehold Improvement | New Store : Labor & Materials | 1,479.00 | 640.56 |
| 186 | Leasehold Improvement | New Store : Labor & Materials | 13,159.07 | 5,482.87 |
| 186 | Leasehold Improvement | New Store : Labor & Materials | 7,330.18 | 3,054.58 |
| 186 | Furniture & Fixtures | New Store : Mirrors | 4,700.00 | - |
| 175 | Furniture & Fixtures | New Store: Tubing / Reinforced Bar | 4,159.68 | - |
| 187 | Furniture & Fixtures | New Store : Fixtures | 1,458.99 | - |
| 187 | Furniture & Fixtures | New Store : Fixtures | 1,387.21 | - |
| 111 | Leasehold Improvement | Replace 40 Ton R22 | 20,100.00 | 8,375.00 |
| 182 | Leasehold Improvement | New Store : AC Remodel | 30,000.00 | 13,000.00 |
| 169 | Leasehold Improvement | New Store : Interior Baseboard Removal | 2,032.00 | 839.68 |
| 111 | Leasehold Improvement | Roof Coating - Acrylic | 20,194.67 | 8,414.37 |
| 182 | Leasehold Improvement | New Store: 1st Progress Pymt | 37,000.00 | 16,033.56 |
| 192 | Leasehold Improvement | New Store : 10% Less Retention | 98,722.80 | 41,134.50 |
| 192 | Leasehold Improvement | New Store : Change Order #1 | 96,613.13 | 40,255.43 |
| 182 | Leasehold Improvement | New Store : Material Delivery | 15,000.00 | 6,500.00 |
| 182 | Leasehold Improvement | New Store : Permits / Demos | 3,420.00 | 3,420.00 |
| 182 | Leasehold Improvement | New Store : Permits / Demos | (3,420.00) | (3,420.00) |
| 9900 | Computer Equipment | POS Hardware - Datalogic Laser Scanner | 18,245.25 | 9,578.97 |
| 187 | Leasehold Improvement | New Store : Wood Fixture Repair | 981.45 | 203.13 |
| 182 | Leasehold Improvement | New Store : Deposit on Plumbing Contract | 15,000.00 | 6,500.00 |
| 996 | Computer Software | Sugarland DC:  App Development | 540.00 | 279.00 |
| 996 | Computer Software | Sugarland DC:  App Development | 2,565.00 | 1,325.25 |
| 500 | Leasehold Improvement | Lighting Material / Labor | 25,370.25 | 10,993.69 |
| 186 | Leasehold Improvement | Final Pymt on Contract | 3,008.00 | 1,253.10 |
| 179 | Furniture & Fixtures | New Store : Fixtures | 3,139.55 | 3,139.55 |
| 179 | Furniture & Fixtures | New Store : Fixtures | (3,139.55) | (3,139.55) |
| 179 | Furniture & Fixtures | New Store : Fixtures | 597.03 | 597.03 |
| 179 | Furniture & Fixtures | New Store : Fixtures | (597.03) | (597.03) |
| 192 | Equipment | New Store : Security System | 1,576.12 | - |
| 192 | Equipment | New Store : Security System | 1,217.81 | - |
| 192 | Furniture & Fixtures | New Store : Fixtures | 1,004.96 | - |
| 186 | Leasehold Improvement | New Store : Contract | 20,000.00 | 8,333.10 |
| 9900 | Leasehold Improvement | Core Locks Pymt 1 of 3 | 69,191.34 | 32,866.17 |
| 186 | Leasehold Improvement | New Store : Sensormatic | 9,653.91 | 4,022.41 |
| 187 | Leasehold Improvement | New Store : Sensormatic | 8,059.85 | 1,667.69 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 192 | Leasehold Improvement | New Store : Sensormatic | 9,023.62 | 3,759.62 |
| 192 | Leasehold Improvement | New Store : Sensormatic | 849.79 | 354.19 |
| 178 | Furniture & Fixtures | New Store : Fixtures | 17,833.00 | - |
| 182 | Leasehold Improvement | New Store : 50% Deposit Signage | 23,872.00 | 23,872.00 |
| 182 | Leasehold Improvement | New Store : 50% Deposit Signage | (23,872.00) | (23,872.00) |
| 188 | Leasehold Improvement | New Store : 50% Deposit Signage | 22,279.50 | 9,468.96 |
| 191 | Leasehold Improvement | New Store : 50% Deposit Signage | 19,254.50 | 19,254.50 |
| 191 | Leasehold Improvement | New Store : 50% Deposit Signage | (19,254.50) | (19,254.50) |
| 192 | Furniture & Fixtures | New Store : In-Store Signage | 23,862.77 | |
| 500 | Leasehold Improvement | New Store : 50% Deposit Signage | 28,000.00 | 11,315.80 |
| 182 | Leasehold Improvement | New Store : Labor/Materials | 32,111.71 | 13,914.91 |
| 186 | Leasehold Improvement | New Store : Labor/Materials | 13,104.15 | 5,460.15 |
| 500 | Furniture & Fixtures | New Store : In-Store Signage | 231.25 | - |
| 169 | Furniture & Fixtures | New Store : In-Store Signage | 3,487.56 | (0.00) |
| 178 | Furniture & Fixtures | New Store : In-Store Signage | 3,250.58 | - |
| 188 | Furniture & Fixtures | New Store : In-Store Signage | 3,487.54 | - |
| 500 | Furniture & Fixtures | New Store : In-Store Signage | 3,250.58 | - |
| 182 | Leasehold Improvement | New Store : Change Order | 5,325.00 | 2,307.16 |
| 182 | Leasehold Improvement | New Store : Drywall on Block Walls | 9,800.00 | 4,246.44 |
| 182 | Leasehold Improvement | New Store : Fire Sprinkler System | 2,450.00 | 1,061.44 |
| 182 | Leasehold Improvement | New Store : Fire Sprinkler System | 11,000.00 | 4,766.44 |
| 182 | Leasehold Improvement | New Store : Fire Sprinkler System | 2,150.00 | 931.44 |
| 182 | Leasehold Improvement | New Store : Fire Sprinkler System Completion | 4,500.00 | 1,950.00 |
| 182 | Leasehold Improvement | New Store : 2nd Installment | 10,000.00 | 4,333.56 |
| 9900 | Computer Equipment | 450 Thermal Portable Printers | 273,891.63 | - |
| 9900 | Computer Equipment | 8 Handheld Scanners | 10,220.93 | - |
| 9900 | Computer Equipment | 250 Handheld Scanners | 276,353.98 | - |
| 186 | Equipment | New Store : Security System | 2,807.67 | |
| 182 | Leasehold Improvement | New Store : Demo / Dumping | 2,056.50 | 2,056.50 |
| 182 | Leasehold Improvement | New Store : Demo / Dumping | (2,056.50) | (2,056.50) |
| 182 | Leasehold Improvement | New Store : Demo / Dumping | 1,184.58 | 1,184.58 |
| 182 | Leasehold Improvement | New Store : Demo / Dumping | (1,184.58) | (1,184.58) |
| 182 | Leasehold Improvement | New Store : Demo / Dumping | 900.00 | 900.00 |
| 182 | Leasehold Improvement | New Store : Demo / Dumping | (900.00) | (900.00) |
| 182 | Leasehold Improvement | New Store : Demo / Dumping | 900.00 | 900.00 |
| 182 | Leasehold Improvement | New Store : Demo / Dumping | (900.00) | (900.00) |
| 182 | Leasehold Improvement | New Store : Demo / Dumping | 900.00 | 900.00 |
| 182 | Leasehold Improvement | New Store : Demo / Dumping | (900.00) | (900.00) |
| 182 | Leasehold Improvement | New Store : Demo / Dumping | 900.00 | 900.00 |
| 182 | Leasehold Improvement | New Store : Demo / Dumping | (900.00) | (900.00) |
| 182 | Leasehold Improvement | New Store : Demo / Dumping | 368.00 | 368.00 |
| 182 | Leasehold Improvement | New Store : Demo / Dumping | (368.00) | (368.00) |
| 182 | Leasehold Improvement | New Store : Labor/Materials | 27,311.75 | 11,834.95 |
| 182 | Leasehold Improvement | New Store : Labor/Materials | 39,704.90 | 17,205.74 |
| 186 | Furniture & Fixtures | New Store : In-Store Signage | 3,007.75 | - |
| 192 | Furniture & Fixtures | New Store : In-Store Signage | 2,993.92 | |
| 169 | Furniture & Fixtures | New Store : Fixtures | 2,001.27 | - |
| 178 | Furniture & Fixtures | New Store : Fixtures | 3,295.65 | 0.00 |
| 192 | Leasehold Improvement | New Store : HVAC | 1,292.18 | 508.34 |
| 192 | Leasehold Improvement | New Store : HVAC | 404.58 | 158.94 |
| 182 | | New Store : Asbestos Testing | 2,400.00 | 2,400.00 |
| 182 | | New Store : Asbestos Testing | (2,400.00) | (2,400.00) |
| 188 | Leasehold Improvement | New Store : Asbestos Testing | 2,100.00 | 892.50 |
| 192 | Leasehold Improvement | New Store : HVAC | 22,531.27 | 8,865.13 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 182 | Leasehold Improvement | New Store : HVAC | 30,000.00 | 13,000.00 |
| 169 | Leasehold Improvement | New Store : Labor | 1,072.50 | 1,054.26 |
| 169 | Leasehold Improvement | New Store : Labor | (1,072.50) | (1,054.26) |
| 169 | Leasehold Improvement | New Store : Seismic | 400.00 | 393.20 |
| 169 | Leasehold Improvement | New Store : Seismic | (400.00) | (393.20) |
| 188 | Leasehold Improvement | Construction Draw #1 | 55,271.00 | 23,490.29 |
| 188 | Leasehold Improvement | Construction Draw #2 | 45,582.00 | 19,372.35 |
| 182 | Leasehold Improvement | New Store : Insulation Work | 20,399.00 | 8,839.68 |
| 182 | Leasehold Improvement | New Store : Light Install #2 | 30,000.00 | 13,000.00 |
| 169 | Leasehold Improvement | New Store : Construction less retention | 207,600.30 | 85,793.91 |
| 169 | Leasehold Improvement | New Store : Construction less retention | 207,600.30 | 85,793.91 |
| 178 | Leasehold Improvement | New Store : Construction less retention | 99,016.20 | 42,081.54 |
| 178 | Leasehold Improvement | New Store : Construction less retention | 99,016.20 | 42,081.54 |
| 187 | Leasehold Improvement | New Store : Construction less retention | 23,514.54 | 4,865.22 |
| 192 | Leasehold Improvement | New Store : Construction | 54,498.54 | 21,442.71 |
| 182 | Leasehold Improvement | New Store : Alarm Install | 6,500.00 | 2,816.44 |
| 192 | Leasehold Improvement | New Store : Locks | 3,623.75 | 1,426.10 |
| 192 | Leasehold Improvement | New Store : Locks | 227.50 | 89.50 |
| 500 | Leasehold Improvement | New Store : Locks | 372.15 | 150.66 |
| 996 | Computer Software | Sugarland DC:  App Development | 1,080.00 | 558.00 |
| 169 | Furniture & Fixtures | New Store : Fixtures | 609.53 | - |
| 169 | Furniture & Fixtures | New Store : Fixtures | 3,204.24 | - |
| 178 | Furniture & Fixtures | New Store : Fixtures | 3,764.30 | 0.00 |
| 182 | Furniture & Fixtures | New Store : Fixtures | 3,888.93 | - |
| 187 | Furniture & Fixtures | New Store : Fixtures | 3,246.26 | - |
| 187 | Furniture & Fixtures | New Store : Fixtures | 618.31 | - |
| 500 | Furniture & Fixtures | New Store : Fixtures | 3,717.02 | - |
| 187 | Equipment | New Store : Alarm | 3,337.82 | 1,418.24 |
| 111 | Leasehold Improvement | HVAC Contract | 17,585.03 | 7,766.85 |
| 182 | Leasehold Improvement | Structural Steel Columns | 8,000.00 | 3,466.44 |
| 500 | Leasehold Improvement | New Store : Materials | 1,302.50 | 526.25 |
| 169 | Leasehold Improvement | New Store : Materials | 1,961.81 | 810.89 |
| 178 | Leasehold Improvement | New Store : Materials | 1,449.00 | 615.48 |
| 500 | Equipment | New Store : Scissor Lift | 1,040.39 | 442.16 |
| 500 | Equipment | New Store : Forklift | 686.11 | 291.43 |
| 500 | Equipment | New Store : Scissor Lift | 1,040.39 | 442.16 |
| 178 | Leasehold Improvement | New Store : Construction | 3,365.00 | 1,430.24 |
| 169 | Furniture & Fixtures | New Store : Signage | 7,034.17 | - |
| 178 | Furniture & Fixtures | New Store : Signage | 22,264.00 | - |
| 187 | Furniture & Fixtures | New Store : Signage | 10,652.49 | - |
| 188 | Leasehold Improvement | New Store : Construction | 45,129.84 | 19,180.32 |
| 182 | Leasehold Improvement | New Store : Demo / Dumping | 770.00 | 770.00 |
| 182 | Leasehold Improvement | New Store : Demo / Dumping | (770.00) | (770.00) |
| 169 | Leasehold Improvement | New Store : Labor | 4,991.35 | 2,062.99 |
| 182 | Leasehold Improvement | New Store : Labor/Materials | 28,704.54 | 12,438.94 |
| 182 | Leasehold Improvement | New Store : Labor/Materials | 32,206.44 | 13,955.92 |
| 182 | Leasehold Improvement | New Store : Labor/Materials | 23,060.07 | 9,992.51 |
| 182 | Leasehold Improvement | New Store : Labor/Materials | 22,656.78 | 9,817.70 |
| 500 | Leasehold Improvement | New Store : 50% Installment | 98,500.00 | 39,808.60 |
| 500 | Leasehold Improvement | New Store : 30% Installment | 59,100.00 | 23,885.16 |
| 192 | Leasehold Improvement | Roof Contract Pymt 1 of 3 | 33,499.15 | 14,795.43 |
| 192 | Leasehold Improvement | Roof Contract Pymt 2 of 3 | 33,499.15 | 14,795.43 |
| 188 | Leasehold Improvement | New Store : Permits | 850.40 | 361.19 |
| 121 | Equipment | Security Cameras | 5,658.92 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 123 | Equipment | Security Cameras | 5,658.92 | - |
| 165 | Equipment | Security Cameras | 6,458.92 | - |
| 169 | Equipment | Security Cameras | 5,008.92 | - |
| 187 | Equipment | Security Cameras | 5,658.92 | 2,404.88 |
| 182 | Leasehold Improvement | New Store : Contract | 63,633.59 | 27,574.55 |
| 174 | Leasehold Improvement | New Store : Contract | 5,882.04 | 2,607.84 |
| 174 | Leasehold Improvement | New Store : Contract | 1,440.50 | 638.78 |
| 182 | Leasehold Improvement | New Store : Contract | 10,520.56 | 4,559.00 |
| 187 | Furniture & Fixtures | New Store : Fixtures | 2,347.37 | - |
| 500 | Furniture & Fixtures | New Store : Fixtures | 4,852.75 | - |
| 169 | Furniture & Fixtures | New Store : Fixtures | 6,576.73 | - |
| 178 | Furniture & Fixtures | New Store : Fixtures | 6,576.73 | - |
| 188 | Furniture & Fixtures | New Store : Fixtures | 6,576.72 | 0.00 |
| 500 | Furniture & Fixtures | New Store : Fixtures | 6,576.73 | - |
| 188 | Leasehold Improvement | New Store : HVAC | 5,592.12 | 2,423.32 |
| 182 | Leasehold Improvement | HVAC | 44,390.00 | 19,605.36 |
| 182 | Leasehold Improvement | New Store : Labor/Materials | 24,538.03 | 10,716.23 |
| 182 | Leasehold Improvement | New Store : Labor/Materials | 29,902.80 | 12,957.88 |
| 182 | Leasehold Improvement | New Store : Labor/Materials | 29,884.88 | 12,950.16 |
| 182 | Leasehold Improvement | New Store : Labor/Materials | 38,872.04 | 16,844.80 |
| 180 | Leasehold Improvement | New Store : Contract | 34,488.23 | 14,945.03 |
| 188 | Leasehold Improvement | New Store : Contract | 33,088.63 | 14,338.31 |
| 182 | Leasehold Improvement | New Store : Electrical | 10,171.56 | 4,216.90 |
| 182 | Leasehold Improvement | New Store : Electrical | 5,709.52 | 2,400.02 |
| 182 | Leasehold Improvement | New Store : Drywall Contract | 14,800.00 | 6,413.56 |
| 182 | Leasehold Improvement | New Store : Drywall Contract | 1,580.00 | 684.44 |
| 169 | Equipment | Baler | 9,047.69 | - |
| 174 | Equipment | Baler | 9,079.28 | 8,927.96 |
| 174 | Equipment | Baler | (9,079.28) | (8,927.96) |
| 175 | Equipment | Baler | 9,131.95 | 9,131.95 |
| 175 | Equipment | Baler | (9,131.95) | (9,131.95) |
| 178 | Equipment | Baler | 9,108.78 | - |
| 187 | Equipment | Baler | 9,129.84 | - |
| 188 | Equipment | Baler | 9,100.35 | - |
| 500 | Equipment | Baler | 8,847.56 | - |
| 996 | Equipment | Baler | 9,121.42 | 4,712.84 |
| 182 | Furniture & Fixtures | New Store : Fixtures | 11,200.00 | - |
| 182 | Furniture & Fixtures | New Store : Fixtures | 500.00 | - |
| 188 | Leasehold Improvement | New Store | 14,597.00 | 6,325.48 |
| 182 | Leasehold Improvement | New Store : Rebar | 1,549.69 | 408.98 |
| 182 | Leasehold Improvement | New Store : Plumbing | 10,000.00 | 4,295.25 |
| 182 | Leasehold Improvement | New Store : Plumbing | 3,185.00 | 1,380.28 |
| 182 | Leasehold Improvement | New Store : Plumbing | 6,850.00 | 2,968.56 |
| 182 | Leasehold Improvement | New Store : Locks | 3,596.69 | 1,558.73 |
| 129 | Leasehold Improvement | Lighting Retrofit | 15,237.88 | 6,603.24 |
| 500 | Leasehold Improvement | New Store : Electrical | 29,682.36 | 12,862.56 |
| 185 | Leasehold Improvement | Lighting Retrofit | 22,000.60 | 9,533.48 |
| 188 | Furniture & Fixtures | New Store : Fixtures | 3,877.58 | (0.00) |
| 182 | Furniture & Fixtures | New Store : Fixtures | 3,898.75 | - |
| 182 | Leasehold Improvement | New Store : Construction | 3,000.00 | 1,300.00 |
| 182 | Leasehold Improvement | New Store : Construction | 3,000.00 | 1,300.00 |
| 9900 | Leasehold Improvement | Core Locks Pymt 2 of 3 | 70,000.00 | 33,250.21 |
| 178 | Leasehold Improvement | New Store : Ducting | 8,499.91 | 3,683.47 |
| 178 | Leasehold Improvement | New Store : Ducting | 2,567.38 | 1,112.86 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 169 | Furniture & Fixtures | New Store : Fixtures | 1,850.69 | 0.00 |
| 178 | Furniture & Fixtures | New Store : Fixtures | 1,850.68 | 0.00 |
| 500 | Furniture & Fixtures | New Store : Fixtures | 1,850.69 | 0.00 |
| 8851 | Furniture & Fixtures | Gardena Warehouse Fixtures | 14,463.75 | - |
| 996 | Computer Software | Sugarland DC:  App Development | 945.00 | 488.25 |
| 182 | Leasehold Improvement | New Store : Electrical | 11,391.41 | 4,936.17 |
| 182 | Leasehold Improvement | New Store : Construction | 26,485.86 | 11,476.90 |
| 182 | Leasehold Improvement | New Store : Construction | 2,836.42 | 1,228.90 |
| 182 | Leasehold Improvement | New Store : Construction BalDue | 624.00 | 270.40 |
| 182 | Leasehold Improvement | New Store : Deposit moved from S191 | 19,254.50 | 19,254.50 |
| 122 | Leasehold Improvement | Parking Lot Paving | 19,618.50 | 8,501.18 |
| 165 | Leasehold Improvement | New Store : HVAC | 1,541.50 | 372.15 |
| 165 | Leasehold Improvement | New Store : HVAC | 33,566.00 | 10,349.24 |
| 169 | Leasehold Improvement | New Store : Alarm | 2,756.72 | 1,217.73 |
| 169 | Leasehold Improvement | New Store : Alarm | 3,516.33 | 1,553.23 |
| 170 | Leasehold Improvement | New Store : HVAC | 11,881.00 | 3,366.14 |
| 178 | Leasehold Improvement | New Store : Track Lighting | 1,189.10 | 525.13 |
| 178 | Leasehold Improvement | New Store : Alarm | 2,577.69 | 1,138.53 |
| 178 | Leasehold Improvement | New Store : Dual Door System | 8,011.04 | 3,538.12 |
| 182 | Leasehold Improvement | New Store : Labor/Materials | 6,444.27 | 2,846.37 |
| 182 | Leasehold Improvement | New Store : Track Lighting | 7,200.00 | 3,180.00 |
| 182 | Furniture & Fixtures | New Store : Mirrors | 856.00 | - |
| 182 | Leasehold Improvement | New Store : Labor/Materials | 12,078.73 | 5,334.51 |
| 182 | Leasehold Improvement | New Store : Final Pymt on Contract | 6,130.00 | 2,707.64 |
| 182 | Equipment | New Store : Baler | 9,163.28 | - |
| 188 | Furniture & Fixtures | New Store : Signage | 24,825.18 | - |
| 188 | Equipment | New Store : Baler | 9,100.35 | 9,100.35 |
| 188 | Equipment | New Store : Baler | (9,100.35) | (9,100.35) |
| 188 | Leasehold Improvement | New Store : Alarm | 2,540.83 | 1,122.44 |
| 188 | Leasehold Improvement | New Store : Construction Contract | 13,193.00 | 5,827.02 |
| 188 | Leasehold Improvement | New Store : Locks | 5,149.21 | 2,274.24 |
| 188 | Leasehold Improvement | New Store : Dual Door System | 7,952.82 | 3,512.73 |
| 192 | Leasehold Improvement | Roof Contract :Pymt 3 of 3 | 41,790.19 | 18,457.44 |
| 500 | Leasehold Improvement | New Store : Electrical Compliance | 17,010.00 | 7,512.75 |
| 500 | Leasehold Improvement | New Store : Electrical Compliance | 5,775.00 | 2,550.29 |
| 500 | Leasehold Improvement | New Store : Electrical Compliance | 5,250.00 | 2,318.75 |
| 500 | Leasehold Improvement | New Store : Electrical Contract | 49,250.00 | 21,751.86 |
| 500 | Leasehold Improvement | New Store : HVAC | 17,855.41 | 7,885.81 |
| 500 | Furniture & Fixtures | New Store : Signage | 36,814.95 | - |
| 500 | Leasehold Improvement | New Store : Alarm | 919.66 | 406.44 |
| 500 | Leasehold Improvement | New Store : Alarm | 2,864.40 | 1,265.11 |
| 500 | Leasehold Improvement | New Store : Alarm | 1,774.79 | 783.86 |
| 500 | Leasehold Improvement | New Store : Dual Door System | 9,823.02 | 4,338.40 |
| 9900 | Computer Software | MID 5.0 Upgrade | 9,720.00 | 648.00 |
| 8853 | Computer Software | MID 5.0 Upgrade | 8,640.00 | 6,192.00 |
| 8853 | Computer Software | MID 5.0 Upgrade | 1,890.00 | 1,354.50 |
| 8853 | Computer Software | MID 5.0 Upgrade | 2,731.14 | 1,957.30 |
| 9900 | Equipment | Printers / Back Office | 79,239.15 | - |
| 9900 | Equipment | Printers / Back Office | 771.78 | - |
| 9900 | Equipment | Printers / Back Office | 34,281.50 | - |
| 9900 | Equipment | Printers / Back Office | 7,322.97 | - |
| 9900 | Computer Software | EMC Disk to Disk Back-up | 95,262.00 | - |
| 167 | Equipment | Security Cameras : Install | 5,658.92 | - |
| 173 | Equipment | Security Cameras : Install | 5,658.92 | - |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 182 | Equipment | Security Cameras : Install | 8,262.34 | - |
| 183 | Equipment | Security Cameras : Install | 5,658.92 | - |
| 8850 | Equipment | Surveillance System : Install | 14,000.00 | 2,566.83 |
| 182 | Furniture & Fixtures | Shopping Carts | 13,545.00 | - |
| 501 | Furniture & Fixtures | New Store : Signage | 3,584.36 | 896.15 |
| 501 | Furniture & Fixtures | New Store Fixtures 30% Installment | 7,427.60 | 1,857.14 |
| 111 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 127 | Equipment | Security Cameras & Install | 6,158.92 | 3,592.67 |
| 134 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 141 | Equipment | Security Cameras & Install | 6,158.92 | - |
| 146 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 148 | Equipment | Security Cameras & Install | 5,658.92 | 1,037.24 |
| 149 | Equipment | Security Cameras & Install | 5,658.92 | 1,037.24 |
| 157 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 161 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 169 | Leasehold Improvement | New Store : Construction Contract | 46,133.40 | 19,019.84 |
| 169 | Leasehold Improvement | New Store : Construction Contract | 39,644.59 | 16,344.67 |
| 170 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 177 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 178 | Leasehold Improvement | New Store : Retention | 22,003.60 | 9,718.48 |
| 178 | Leasehold Improvement | New Store : Change Orders | 3,589.49 | 1,585.52 |
| 178 | Equipment | Security Cameras & Install | 6,158.92 | - |
| 182 | Furniture & Fixtures | New Store : Fixtures | 2,039.06 | - |
| 182 | Furniture & Fixtures | New Store : Fixtures | 3,674.22 | 0.00 |
| 182 | Leasehold Improvement | New Store : Signage | 29,808.75 | 13,165.28 |
| 182 | Leasehold Improvement | New Store : Roofing | 7,800.00 | 3,445.00 |
| 182 | Furniture & Fixtures | New Store : Shopping Carts | 6,550.00 | - |
| 182 | Leasehold Improvement | New Store : Construction | 12,739.05 | 5,626.33 |
| 182 | Leasehold Improvement | New Store : Door System | 10,099.31 | 4,460.59 |
| 192 | Leasehold Improvement | New Store : Change Order | 59,518.65 | 23,786.21 |
| 192 | Leasehold Improvement | New Store : Retention | 22,083.80 | 8,825.84 |
| 500 | Leasehold Improvement | New Store : Construction | 13,308.75 | 5,403.42 |
| 9900 | Computer Software | MID 5.0 Upgrade | 3,510.00 | 234.00 |
| 9900 | Computer Software | MID 5.0 Upgrade | 4,455.00 | 297.00 |
| 8825 | Leasehold Improvement | NY Office Move | 9,900.00 | 2,150.00 |
| 9900 | Computer Software | EMC Disk to Disk Back-up | 89,588.66 | - |
| 9900 | Computer Software | MID 5.0 Upgrade | 3,645.00 | 243.00 |
| 186 | Leasehold Improvement | Multiple Invoices | 605,168.48 | 242,067.44 |
| 501 | Furniture & Fixtures | 30% Deposit on Fixtures | 17,331.06 | 4,332.90 |
| 182 | Leasehold Improvement | HVAC Change Orders | 7,586.40 | 3,603.54 |
| 8825 | Computer Equipment | APC Back-Ups | 223.51 | 48.67 |
| 181 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 180 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 128 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 8825 | Computer Equipment | ShoreGear/ShoreWear/ShoreTel | 6,739.68 | 1,463.48 |
| 9900 | Computer Software | MID 5.0 Upgrade | 8,100.00 | 540.00 |
| 9900 | Computer Software | MID 5.0 Upgrade | 6,615.00 | 441.00 |
| 9900 | Computer Software | MID 5.0 Upgrade | 11,070.00 | 738.00 |
| 101 | Leasehold Improvement | Remodel : Materials | 24,192.00 | 12,096.00 |
| 8825 | Computer Equipment | Computer Equipment | 6,421.84 | 1,394.88 |
| 8825 | Computer Equipment | Computer Equipment | 500.00 | 108.78 |
| 9900 | Equipment | Handheld Scanners & Accessories | 157,994.50 | - |
| 188 | Leasehold Improvement | New Store : Lock Materials | 5,149.21 | 2,488.79 |
| 124 | Leasehold Improvement | Down Payment on Roof Contract | 16,500.00 | 14,278.62 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 501 | Leasehold Improvement | 50% Deposit on Building Signage | 10,013.67 | 2,503.44 |
| 8825 | Equipment | Security Camera Install | 1,412.75 | 306.67 |
| 8825 | Equipment | Security Camera Install | 350.00 | 75.96 |
| 101 | Leasehold Improvement | Remodel : Construction Contract | 8,225.00 | 4,112.60 |
| 101 | Leasehold Improvement | Remodel : Construction Contract | 5,078.40 | 2,539.20 |
| 101 | Leasehold Improvement | Remodel : Construction Contract | 5,645.35 | 2,822.95 |
| 101 | Leasehold Improvement | Remodel : Construction Contract | 5,236.60 | 2,618.20 |
| 8825 | Computer Equipment | APC Back-Ups | 529.17 | 115.01 |
| 501 | Equipment | Security Cameras & Install | 6,758.92 | 0.00 |
| 9900 | Equipment | Core Locks Pymt 3 of 3 | 68,382.66 | - |
| 101 | Leasehold Improvement | Remodel : Electric | 1,935.00 | 967.20 |
| 101 | Leasehold Improvement | Remodel : Electric | 800.00 | 399.80 |
| 101 | Leasehold Improvement | Remodel : Labor | 1,832.62 | 916.42 |
| 101 | Leasehold Improvement | Exit Stain | 4,000.00 | 2,000.20 |
| 101 | Leasehold Improvement | Remodel : Labor/Materials | 3,691.74 | 1,846.14 |
| 101 | Leasehold Improvement | Remodel : Labor/Materials | 9,227.79 | 4,613.79 |
| 101 | Leasehold Improvement | Remodel : Labor/Materials | 2,815.42 | 1,407.83 |
| 110 | Equipment | Security Cameras & Install | 5,718.92 | 3,812.52 |
| 120 | Equipment | Security Cameras & Install | 9,324.90 | - |
| 124 | Leasehold Improvement | Roof Contract : Down Payment | 16,500.00 | 14,278.62 |
| 124 | Leasehold Improvement | Roof Contract : Completion Payment | 16,500.00 | 14,278.62 |
| 164 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 179 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 501 | Leasehold Improvement | New Store : Wireless System | 2,675.94 | - |
| 501 | Leasehold Improvement | New Store : Wireless System | 10,741.65 | - |
| 501 | Furniture & Fixtures | New Store : Exterior Sign less deposit | 15,703.94 | 3,926.09 |
| 501 | Furniture & Fixtures | Door Security System | 8,491.75 | 2,123.08 |
| 9900 | Computer Software | MID 5.0 Upgrade | 7,312.50 | 487.22 |
| 9900 | Computer Software | MID 5.0 Upgrade | 1,968.75 | 131.39 |
| 8853 | Computer Software | MID 5.0 Upgrade | 2,025.00 | 1,451.25 |
| 8853 | Computer Software | MID 5.0 Upgrade | 21,330.00 | 15,286.50 |
| 8825 | Furniture & Fixtures | Office Furniture | 6,304.00 | 1,368.80 |
| 8853 | Computer Software | MID 5.0 Upgrade | 11,745.00 | 8,417.25 |
| 9900 | Computer Software | MID 5.0 Upgrade | 5,118.75 | 341.39 |
| 9900 | | ESTIMATE AMEX Receipts | 160,000.00 | 160,000.00 |
| 9900 | | ESTIMATE AMEX Receipts | (160,000.00) | (160,000.00) |
| 501 | Furniture & Fixtures | New Store : Fixtures | 10,804.70 | 2,701.01 |
| 186 | Equipment | Baler | 9,184.61 | - |
| 192 | Equipment | Baler | 9,121.42 | - |
| 100 | Equipment | Security Cameras & Install | 6,188.92 | - |
| 103 | Equipment | Security Cameras & Install | 6,218.92 | 4,560.52 |
| 107 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 113 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 114 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 122 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 137 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 142 | Equipment | Security Cameras & Install | 5,748.92 | - |
| 163 | Equipment | Security Cameras & Install | 6,188.92 | - |
| 174 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 184 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 185 | Equipment | Security Cameras & Install | 5,748.92 | - |
| 8825 | Equipment | Phone System | 6,739.67 | 1,463.47 |
| 178 | Leasehold Improvement | Lighting Retrofit | 38,816.23 | 19,980.27 |
| 187 | Leasehold Improvement | Lighting Retrofit | 41,423.59 | 9,205.39 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 188 | Leasehold Improvement | Lighting Retrofit | 33,348.78 | 7,411.05 |
| 178 | Leasehold Improvement | Lighting Retrofit | 575.80 | 296.56 |
| 187 | Leasehold Improvement | Lighting Retrofit | (4,765.80) | (1,058.88) |
| 503 | Furniture & Fixtures | New Store Signage : 50% Deposit | 7,450.00 | 2,039.91 |
| 502 | Furniture & Fixtures | New Store Signage : 50% Deposit | 12,445.00 | 3,407.85 |
| 183 | Furniture & Fixtures | Store Repositioning : 50% Deposit | 5,958.00 | 1,844.06 |
| 9900 | Equipment | Grinder for Dainis | 45,870.00 | 11,467.59 |
| 9900 | | ESTIMATE AMEX Receipts | 160,000.00 | 160,000.00 |
| 9900 | | ESTIMATE AMEX Receipts | (160,000.00) | (160,000.00) |
| 502 | Leasehold Improvement | New Store Construction Contract | 18,147.50 | 8,922.47 |
| 502 | Computer Equipment | New Store POS | 8,752.85 | - |
| 101 | Equipment | Security Cameras & Install | 12,877.85 | 0.00 |
| 118 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 129 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 131 | Equipment | Security Cameras & Install | 5,688.92 | 3,223.60 |
| 133 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 136 | Equipment | Security Cameras & Install | 6,188.92 | - |
| 144 | Equipment | Security Cameras & Install | 6,188.92 | - |
| 152 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 159 | Equipment | Security Cameras & Install | 7,181.78 | - |
| 160 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 168 | Equipment | Security Cameras & Install | 6,188.92 | - |
| 176 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 9900 | Computer Software | MID 5.0 Upgrade | 7,425.00 | 495.00 |
| 9900 | Computer Software | MID 5.0 Upgrade | 5,400.00 | 360.00 |
| 9900 | Computer Software | MID 5.0 Upgrade | 13,230.00 | 882.00 |
| 120 | Leasehold Improvement | HVAC | 29,500.00 | 8,428.60 |
| 502 | Leasehold Improvement | New Store : Construction | 14,518.00 | 7,138.22 |
| 503 | Leasehold Improvement | New Store : Construction 33% Completion | 17,197.50 | 8,455.59 |
| 502 | Leasehold Improvement | New Store : Electrical | 16,497.58 | 8,111.30 |
| 503 | Leasehold Improvement | New Store : Electrical | 10,451.66 | 5,138.56 |
| 501 | Equipment | Baler | 9,482.70 | 790.25 |
| 503 | Equipment | Baler | 9,460.80 | - |
| 503 | Leasehold Improvement | New Store : Materials | 1,987.40 | 977.24 |
| 9900 | Computer Equipment | Computer & Monitor | 9,519.30 | 634.34 |
| 147 | Equipment | Security Cameras & Install | 5,778.92 | 481.60 |
| 166 | Equipment | Security Cameras & Install | 5,688.92 | 474.10 |
| 194 | Equipment | Security Cameras & Install | 6,188.92 | 515.75 |
| 502 | Equipment | Security Cameras & Install | 5,884.24 | - |
| 503 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 8853 | Equipment | Giant Fans - 30% Deposit | 11,655.00 | 7,964.25 |
| 9900 | Computer Software | MID 5.0 Upgrade | 9,168.75 | 611.39 |
| 8851 | Furniture & Fixtures | Sample Room Fixtures | 5,850.00 | 1,671.60 |
| 9900 | Computer Software | MID 5.0 Upgrade - Deposit on License Fee | 47,500.00 | 3,166.48 |
| 9900 | Computer Software | MID 5.0 Upgrade | 2,475.00 | 165.00 |
| 8853 | Leasehold Improvement | Lighting Retrofit | 116,882.32 | 109,414.91 |
| 183 | Furniture & Fixtures | New Store : Signage | 8,128.51 | 2,515.85 |
| 502 | Furniture & Fixtures | New Store : Signage | 5,332.84 | 1,459.95 |
| 503 | Furniture & Fixtures | New Store : Signage | 10,041.52 | 2,749.58 |
| 502 | Leasehold Improvement | LL TO REIMBURSE | 35,636.25 | 17,521.08 |
| 502 | Leasehold Improvement | New Store : EAS Door System | 6,301.35 | 3,098.24 |
| 503 | Leasehold Improvement | New Store : EAS Door System | 6,261.24 | 3,078.26 |
| 8853 | Computer Equipment | MID 5.0 Planning | 60,263.17 | 43,188.54 |
| 502 | Leasehold Improvement | New Store : Materials | 10,600.50 | 5,211.76 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 101 | Leasehold Improvement | Escalator Chain Replacement 50% Deposit | 22,668.09 | 15,616.01 |
| 133 | Leasehold Improvement | Lighting Retrofit | 18,711.96 | 1,218.58 |
| 133 | Leasehold Improvement | Awnings - 50% Deposit | 4,411.90 | 285.25 |
| 146 | Leasehold Improvement | Lighting Retrofit | 21,484.64 | - |
| 157 | Leasehold Improvement | Insurance Claim - HVAC | (7,895.37) | (4,145.34) |
| 165 | Leasehold Improvement | HVAC Reserve | 5,820.00 | 1,858.02 |
| 189 | Furniture & Fixtures | New Store : Fixtures | 2,000.00 | 666.64 |
| 189 | Furniture & Fixtures | New Store : Fixtures | 4,822.47 | 4,822.47 |
| 189 | Furniture & Fixtures | Distro thru Otay | (4,822.47) | (4,822.47) |
| 189 | Furniture & Fixtures | | 927.60 | 309.36 |
| 189 | Furniture & Fixtures | | 6,675.85 | 2,225.53 |
| 502 | Leasehold Improvement | New Store Contract : FINAL Payment | 14,059.50 | 7,029.90 |
| 502 | Leasehold Improvement | Return on Invoice Z1605323 | (1,073.93) | (536.93) |
| 503 | Leasehold Improvement | New Store : Construction 90% Completion | 34,395.00 | 17,197.20 |
| 503 | Leasehold Improvement | New Store : Construction 100% Completion | 13,501.25 | 6,750.65 |
| 503 | Leasehold Improvement | New Store : Electrical | 12,675.00 | 6,337.20 |
| 9900 | Computer Equipment | MID 5.0 Planning | 24,023.60 | 1,601.76 |
| 9900 | Computer Equipment | MID 5.0 Planning | 1,241.59 | 82.95 |
| 9900 | Computer Equipment | MID 5.0 Planning | 1,341.21 | 89.61 |
| 9900 | Leasehold Improvement | Core Locks | 2,570.93 | 1,285.73 |
| 9900 | Computer Equipment | Lenovo Computer no monitor | 1,313.73 | 87.33 |
| 9900 | Computer Equipment | Lenovo Computer no monitor | 1,313.73 | 87.33 |
| 9900 | Computer Equipment | MID 5.0 Planning | 54,923.42 | 3,661.58 |
| 9900 | Computer Equipment | MID 5.0 Planning | 4,834.20 | 322.28 |
| 9900 | Computer Equipment | MID 5.0 Planning | 1,228.44 | 82.12 |
| 9900 | Computer Equipment | MID 5.0 Planning | 5,185.00 | 345.48 |
| 8850 | Leasehold Improvement | Asphalt Project | 6,851.76 | 4,624.86 |
| 8850 | Leasehold Improvement | Roof | 9,850.00 | 5,394.12 |
| 9900 | Computer Equipment | Computer Hardware | 25,804.24 | 1,720.32 |
| 9900 | Computer Software | Merchandise Planning License Fee | 47,500.00 | 3,166.48 |
| 9900 | Computer Software | MID 5.0 Upgrade | 10,961.57 | 730.93 |
| 9900 | Computer Software | MID 5.0 Upgrade | 1,912.50 | 127.22 |
| 8850 | Leasehold Improvement | Replace Damaged Posts & Chain Link | 6,675.00 | 3,655.52 |
| 100 | Leasehold Improvement | Fence Project | 7,681.50 | 6,443.78 |
| 100 | Equipment | EAS Installation | 1,874.71 | 30.96 |
| 106 | Equipment | EAS Installation | 1,874.71 | 30.96 |
| 107 | Equipment | EAS Installation | 2,988.62 | 49.83 |
| 113 | Equipment | EAS Installation | 2,913.67 | 48.63 |
| 115 | Equipment | EAS Installation | 1,874.71 | 30.96 |
| 117 | Equipment | EAS Installation | 1,863.52 | 30.98 |
| 120 | Leasehold Improvement | Flooring Project | 96,425.20 | - |
| 122 | Equipment | EAS Installation | 1,874.71 | 30.96 |
| 137 | Equipment | EAS Installation | 1,809.40 | 29.96 |
| 157 | Leasehold Improvement | HVAC Reserve | 17,893.12 | 9,393.85 |
| 500 | Leasehold Improvement | HVAC Contract 33% Completion | 4,517.63 | 2,371.58 |
| 8853 | Equipment | Ceiling Fans - FINAL | 23,985.75 | 16,390.31 |
| 8825 | Leasehold Improvement | NY Office Move : T1 Lines | 437.90 | 95.04 |
| 9900 | Computer Software | MID 5.0 Upgrade | 1,237.50 | 82.22 |
| 502 | Leasehold Improvement | New Store : Materials | 2,825.74 | 1,389.19 |
| 502 | Leasehold Improvement | New Store : Materials | 372.19 | 183.09 |
| 503 | Leasehold Improvement | New Store : Materials | 311.49 | 152.89 |
| 501 | Furniture & Fixtures | New Store : Fixtures Use Tax | 891.39 | 222.96 |
| 503 | Leasehold Improvement | New Store : Materials | 1,085.64 | 515.49 |
| 501 | Leasehold Improvement | New Store : Materials | 1,409.60 | 352.46 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 501 | Leasehold Improvement | New Store : Materials | 1,293.86 | 323.66 |
| 502 | Leasehold Improvement | New Store : Alarm | 1,009.30 | 496.29 |
| 503 | Furniture & Fixtures | New Store : Fixtures | 2,650.00 | - |
| 163 | Leasehold Improvement | Lighting Retrofit | 35,818.08 | 12,232.38 |
| 168 | Leasehold Improvement | Lighting Retrofit | 52,608.80 | 23,280.52 |
| 8850 | Equipment | EAS Tags | 225,140.45 | - |
| 503 | Leasehold Improvement | New Store : Materials | 989.94 | 470.19 |
| 502 | Leasehold Improvement | New Store : Materials | 989.95 | 486.70 |
| 502 | Furniture & Fixtures | New Store : Hanger Mgmt Fixture | 3,717.69 | - |
| 501 | Leasehold Improvement | New Store : Materials | 1,355.46 | 338.64 |
| 503 | Furniture & Fixtures | New Store : Hanger Mgmt Fixture | 3,717.69 | - |
| 502 | Furniture & Fixtures | Fixture Distribution from Otay | 16,677.73 | - |
| 502 | Furniture & Fixtures | Fixture Distribution from Otay | 2,416.97 | - |
| 503 | Furniture & Fixtures | Fixture Distribution from Otay | 13,848.98 | - |
| 503 | Leasehold Improvement | New Store : Materials | 6,965.74 | 3,308.59 |
| 9900 | Computer Equipment | Install/Configure Disk Drive | 8,330.00 | 694.35 |
| 9900 | POS Soft/Hardware | POS Dist -Rgstr | 145,727.10 | 145,727.10 |
| 9900 | POS Soft/Hardware | POS Dist -Srvr | 55,434.02 | 55,434.02 |
| 101 | Equipment | EAS Installation | 5,456.23 | 181.71 |
| 103 | Equipment | EAS Installation | 1,879.71 | 1,503.75 |
| 111 | Leasehold Improvement | Repair (Final Installment) | 13,500.00 | 11,325.00 |
| 118 | Equipment | EAS Installation | 1,879.71 | 62.57 |
| 120 | Equipment | Security Cameras & Install | 5,455.26 | 181.90 |
| 147 | Leasehold Improvement | Lighting Retrofit | 33,056.81 | 14,259.59 |
| 159 | Equipment | EAS Installation | 3,584.42 | 119.50 |
| 163 | Equipment | EAS Installation | 1,873.52 | 62.18 |
| 170 | Leasehold Improvement | Lighting Retrofit | 27,208.60 | 6,167.36 |
| 189 | Leasehold Improvement | Speaker/PA System | 2,066.94 | 1,121.10 |
| 189 | Equipment | Display Panel | 618.57 | 41.21 |
| 189 | Leasehold Improvement | Building Signage 50% Deposit | 13,694.54 | 7,429.26 |
| 189 | Furniture & Fixtures | Knock Down with Caster (second 50%) | 3,356.04 | 1,118.84 |
| 502 | Leasehold Improvement | Lighting Retrofit | 24,872.75 | 12,851.09 |
| 503 | Leasehold Improvement | New Store : Alarm | 4,663.24 | 2,409.36 |
| 8853 | Equipment | Security Cameras & Install | 27,728.27 | 18,947.61 |
| 9900 | Equipment | POS Systems from CapLease | 183,972.84 | - |
| 110 | Equipment | EAS Installation | 3,689.16 | 2,705.32 |
| 123 | Equipment | EAS Installation | 1,884.12 | 62.92 |
| 124 | Equipment | EAS Installation | 3,584.42 | 119.50 |
| 129 | Equipment | EAS Installation | 1,878.52 | 62.54 |
| 131 | Equipment | EAS Installation | 3,513.99 | 2,225.45 |
| 144 | Equipment | EAS Installation | 3,609.42 | 120.14 |
| 146 | Equipment | EAS Installation | 1,889.71 | 62.71 |
| 148 | Equipment | EAS Installation | 1,918.24 | 639.44 |
| 149 | Equipment | EAS Installation | 1,918.24 | 639.44 |
| 160 | Equipment | EAS Installation | 1,875.52 | 62.44 |
| 161 | Equipment | EAS Installation | 1,878.52 | 62.54 |
| 185 | Equipment | EAS Installation | 3,538.99 | 118.15 |
| 189 | Leasehold Improvement | New Store : Wiring (Firs Instmnt) | 18,000.00 | 9,764.64 |
| 189 | Leasehold Improvement | New Store Construction Contract | 7,146.19 | 3,876.91 |
| 189 | Leasehold Improvement | New Store : EAS System | 996.98 | 540.58 |
| 8850 | Equipment | EAS Tags | 112,555.47 | - |
| 120 | Equipment | EAS Installation | 5,507.97 | 183.57 |
| 128 | Equipment | EAS Installation | 3,841.34 | 128.18 |
| 503 | Leasehold Improvement | New Store : Alarm | 445.00 | 229.82 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 9900 | Computer Equipment | POS Hardware | 5,702.29 | 5,702.29 |
| 996 | | Start-up of new business | 715,299.49 | 715,299.49 |
| 9800 | Furniture & Fixtures | DEPOSIT Signage: Reclass to New Stores when distrib | 13,785.00 | 13,785.00 |
| 9800 | Furniture & Fixtures | New Store : Fixtures | 4,822.46 | 4,822.46 |
| 9800 | Furniture & Fixtures | Distro thru Otay | (4,822.46) | (4,822.46) |
| 9800 | Furniture & Fixtures | | 927.60 | 927.60 |
| 9800 | Furniture & Fixtures | | 6,675.85 | 6,675.85 |
| 111 | Leasehold Improvement | Escalator Contract - FINAL | 13,500.00 | 7,087.50 |
| 165 | Leasehold Improvement | HVAC | 4,835.00 | 1,576.25 |
| 176 | Leasehold Improvement | Pylon Sign - 50% Deposit | 3,150.00 | 1,706.25 |
| 189 | Leasehold Improvement | New Store : Materials/Labor | 5,835.11 | 3,165.59 |
| 189 | Leasehold Improvement | New Store : Materials/Labor | 14,042.73 | 7,617.85 |
| 189 | Leasehold Improvement | New Store : Materials/Labor | 15,030.58 | 8,153.78 |
| 189 | Leasehold Improvement | New Store : Materials/Labor | 12,926.94 | 7,012.78 |
| 189 | Leasehold Improvement | New Store : Electrical | 5,121.34 | 2,778.30 |
| 189 | Furniture & Fixtures | New Store : Fixtures | 550.00 | 183.20 |
| 189 | Equipment | New Store : Baler | 10,851.35 | 723.19 |
| 189 | Leasehold Improvement | New Store : Construction Contract | 46,365.00 | 25,152.20 |
| 189 | Leasehold Improvement | New Store : Materials | 3,370.60 | 1,828.36 |
| 189 | Furniture & Fixtures | New Store : Fixtures | 29,937.61 | 9,979.21 |
| 189 | Furniture & Fixtures | New Store : InStore Signage | 2,305.49 | 768.29 |
| 189 | Furniture & Fixtures | New Store : Fixtures | 3,199.79 | 1,066.75 |
| 189 | Furniture & Fixtures | New Store : Fixtures | 3,737.59 | 1,245.59 |
| 500 | Leasehold Improvement | New Store : HVAC | 6,023.50 | 3,162.10 |
| 500 | Leasehold Improvement | New Store : HVAC | 6,982.90 | 3,666.07 |
| 500 | Leasehold Improvement | New Store : HVAC | 2,763.49 | 1,450.78 |
| 8850 | Equipment | EAS Tags | 112,529.62 | - |
| 9900 | Equipment | Security Camera Install | 1,918.40 | 96.11 |
| 9800 | Furniture & Fixtures | FINAL Signage: Reclass to New Stores when distribute | 32,165.00 | 32,165.00 |
| 189 | Leasehold Improvement | New Store : Door Repair | 640.80 | 347.36 |
| 100 | Equipment | EAS Installation | 4,140.00 | 276.00 |
| 101 | Leasehold Improvement | Doors | 8,600.00 | 2,764.34 |
| 101 | Leasehold Improvement | Doors | 550.00 | 176.65 |
| 101 | Equipment | EAS Installation | 6,619.00 | 441.08 |
| 106 | Equipment | EAS Installation | 4,968.00 | 331.20 |
| 107 | Equipment | EAS Installation | 4,140.00 | 276.00 |
| 111 | Equipment | EAS Installation | 3,552.08 | 236.88 |
| 113 | Equipment | EAS Tags | 4,140.00 | - |
| 114 | Equipment | EAS Installation | 1,873.52 | 124.64 |
| 115 | Equipment | EAS Tags | 4,140.00 | - |
| 117 | Equipment | EAS Tags | 4,105.00 | - |
| 120 | Leasehold Improvement | Floor Tile Project : Materials | 23,616.00 | 393.60 |
| 120 | Leasehold Improvement | Floor Tile Project : Labor | 249.99 | 111.67 |
| 120 | Leasehold Improvement | Floor Tile Project : Labor | 121.20 | 54.00 |
| 120 | Equipment | EAS Tags | 6,598.60 | - |
| 122 | Equipment | EAS Tags | 3,312.00 | - |
| 127 | Equipment | EAS Installation | 1,878.52 | 1,440.18 |
| 132 | Equipment | EAS Installation | 1,869.71 | 124.75 |
| 133 | Equipment | EAS Installation | 1,883.52 | 125.68 |
| 134 | Equipment | EAS Installation | 1,896.04 | 126.44 |
| 136 | Leasehold Improvement | Plumbing Project | 21,000.00 | 11,200.00 |
| 137 | Equipment | EAS Tags | 3,340.00 | - |
| 142 | Equipment | EAS Installation | 3,472.64 | 231.36 |
| 152 | Equipment | EAS Installation | 1,863.52 | 124.16 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 157 | Equipment | EAS Installation | 1,856.04 | 123.96 |
| 163 | Equipment | EAS Tags | 4,120.00 | - |
| 175 | Equipment | Security Camera Materials | 275.00 | 18.52 |
| 189 | Leasehold Improvement | New Store : Materials/Equipment | 38,103.05 | 20,670.25 |
| 189 | Leasehold Improvement | New Store : Labor/Materials | 10,647.83 | 5,776.39 |
| 189 | Leasehold Improvement | New Store : Rolling Steel Door | 3,378.46 | 1,832.86 |
| 189 | Leasehold Improvement | New Store : Labor | 766.08 | 415.52 |
| 189 | Leasehold Improvement | New Store : Labor | 63.84 | 34.72 |
| 189 | Leasehold Improvement | New Store : Labor | 510.72 | 277.20 |
| 189 | Leasehold Improvement | New Store : Locks & Keys | 2,613.48 | 1,417.88 |
| 189 | Leasehold Improvement | New Store : Locks & Keys | 2,634.41 | 1,429.29 |
| 189 | Leasehold Improvement | New Store : Locks & Keys | 579.89 | 314.45 |
| 189 | Leasehold Improvement | New Store : Locks & Keys | 288.85 | 156.69 |
| 189 | Leasehold Improvement | New Store : Locks & Keys | 248.38 | 134.70 |
| 189 | Leasehold Improvement | New Store : Locks & Keys | 208.67 | 113.47 |
| 189 | Leasehold Improvement | New Store : Locks & Keys | 43.09 | 23.49 |
| 8850 | Equipment | EAS System | 1,004.06 | 368.32 |
| 8853 | Equipment | Security Camera Materials | 4,368.92 | 3,130.98 |
| 8853 | Equipment | EAS Installation | 1,822.93 | 1,306.47 |
| 9900 | Equipment | Security Camera Materials | 1,774.93 | 118.45 |
| 9900 | Equipment | Security Camera Materials | 5,514.05 | 367.65 |
| 169 | Leasehold Improvement | Landlord Reimbursement HVAC | (130,000.00) | (55,123.04) |
| 189 | Furniture & Fixtures | Fixtures from DCs | 2,841.09 | 947.17 |
| 8850 | Equipment | EAS Tags | 590,642.38 | 0.03 |
| 101 | Leasehold Improvement | Elevator Down Escalator#95166 | 22,668.08 | 15,616.00 |
| 500 | Leasehold Improvement | HVAC Contract 66% Completion | 4,517.63 | 1,344.61 |
| 189 | Leasehold Improvement | New Store : Labor | 1,340.64 | 727.44 |
| 111 | Leasehold Improvement | Elevator Contract Pymt 1 of 3 | 9,666.67 | 5,316.43 |
| 120 | Leasehold Improvement | Flooring Project | 743.73 | 90.07 |
| 133 | Leasehold Improvement | Awning Project - 50% | 4,411.90 | 285.25 |
| 165 | Leasehold Improvement | Installation | 4,550.00 | 1,483.20 |
| 175 | Equipment | Security Cameras | 296.29 | 14.71 |
| 189 | Leasehold Improvement | Painting Labor | 1,740.00 | 943.68 |
| 189 | Leasehold Improvement | New Store : Labor/Rental | 7,246.07 | 3,930.87 |
| 189 | Leasehold Improvement | New Store : Construction Contract | 3,274.37 | 1,776.37 |
| 189 | Leasehold Improvement | New Store : Construction Labor | 510.72 | 277.20 |
| 189 | Leasehold Improvement | New Store : Construction Labor | 383.04 | 207.76 |
| 189 | Equipment | Scanner | 1,120.00 | 74.48 |
| 189 | Equipment | Phones | 307.80 | 20.52 |
| 189 | Computer Equipment | POS Install | 1,185.00 | 79.00 |
| 189 | Furniture & Fixtures | Straight Arms | 411.54 | 137.14 |
| 189 | Leasehold Improvement | New Store : Materials | 472.84 | 256.68 |
| 189 | Leasehold Improvement | New Store : Construction Contract | 4,133.29 | 2,242.17 |
| 189 | Equipment | Security Cameras | 4,355.94 | 290.34 |
| 189 | Leasehold Improvement | FA Panel Reset | 212.50 | 115.06 |
| 189 | Leasehold Improvement | New Store : Materials | 10,990.44 | 5,962.20 |
| 189 | Equipment | Security Cameras | 260.86 | 17.26 |
| 189 | Leasehold Improvement | HVAC | 129.00 | 70.20 |
| 502 | Furniture & Fixtures | Hooks | 610.00 | - |
| 502 | Computer Equipment | POS Install | 1,227.50 | - |
| 502 | Equipment | Baler Install | 2,385.00 | 119.25 |
| 503 | Computer Equipment | POS Install | 1,562.50 | - |
| 8850 | Equipment | Security Cameras | 176.08 | 61.81 |
| 8850 | Equipment | Security Cameras | 705.00 | 246.75 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 131 | Equipment | EAS Tags | 38.05 | 15.79 |
| 140 | Equipment | EAS Tags | 1,974.64 | 987.34 |
| 189 | Furniture & Fixtures | 22" Rec Tube Arm | 733.03 | 48.71 |
| 189 | Leasehold Improvement | New Store : Alarm | 190.00 | 103.20 |
| 502 | Leasehold Improvement | New Store : Electrical Work | 12,000.00 | 6,200.00 |
| 120 | Leasehold Improvement | Floor Tile Project : Materials | 4,820.40 | 80.34 |
| 189 | Equipment | Security Cameras & Install | 4,379.58 | 219.15 |
| 189 | Leasehold Improvement | New Store : Materials | (18.96) | (10.41) |
| 189 | Leasehold Improvement | New Store : Materials | 6,147.42 | 3,284.88 |
| 189 | Leasehold Improvement | New Store : Materials | 1,400.06 | 747.98 |
| 189 | Leasehold Improvement | New Store : Materials | 1,873.77 | 1,001.10 |
| 189 | Equipment | Security Cameras | 217.58 | 10.67 |
| 189 | Leasehold Improvement | New Store : Alarm | 3,005.67 | 1,605.75 |
| 189 | Furniture & Fixtures | New Store : Fixtures | 1,186.40 | 381.56 |
| 189 | Furniture & Fixtures | New Store : Fixtures | 1,355.33 | 435.92 |
| 189 | Leasehold Improvement | New Store : Signage | 29,659.96 | 15,847.72 |
| 189 | Computer Equipment | POS | 511.58 | 273.32 |
| 189 | Equipment | New Store : Security Cameras | (110.50) | (5.62) |
| 9900 | Equipment | POS Systems from CapLease | 72,064.72 | - |
| 146 | Equipment | Three-Phase Transformer (Installed) | 5,677.81 | - |
| 176 | Leasehold Improvement | Pylon Sign - Final | 3,140.07 | 1,700.72 |
| 189 | Furniture & Fixtures | New Store : Fixtures | 545.20 | 27.07 |
| 9800 | Furniture & Fixtures | Signage: Reclass to Stores when distributed | (17,250.00) | (17,250.00) |
| 169 | Leasehold Improvement | Landlord Reimb - Reclassed to Deferred Rent | 130,000.00 | 113,620.96 |
| 143 | Equipment | | (26,393.35) | - |
| 143 | Leasehold Improvement | | (42,345.94) | (16,104.85) |
| 143 | Leasehold Improvement | | (3,883.93) | (64.86) |
| 143 | Leasehold Improvement | | (20,812.41) | (10,406.20) |
| 143 | Computer Equipment | | (3,218.56) | (1,877.56) |
| 143 | Computer Equipment | | (606.04) | (353.54) |
| 189 | Leasehold Improvement | New Store : Materials/Labor | 6,144.18 | 3,282.78 |
| 189 | Leasehold Improvement | New Store : Labor | 110.22 | 58.92 |
| 189 | Furniture & Fixtures | Use Tax on Fixtures | (2.67) | (0.39) |
| 9800 | Computer Equipment | NEED TO DETERMINE STORE | 1,915.68 | 1,915.68 |
| 9900 | Computer Software | MID 5.0 Upgrade | 225.00 | 37.50 |
| 189 | Computer Equipment | POS Hardware | 33.15 | 5.65 |
| 189 | Computer Equipment | POS Hardware | 837.25 | 139.75 |
| 8850 | Equipment | Pallet Trucks (15) | 5,055.21 | 3,129.45 |
| 9900 | Computer Software | MID 5.0 Upgrade | 112.50 | 18.50 |
| 9800 | Furniture & Fixtures | Signage: Reclass to Stores when distributed | (5,600.00) | (5,600.00) |
| 111 | Leasehold Improvement | Plumbing Repair | 8,801.00 | 5,207.34 |
| 8850 | Equipment | EAS Tags | 49,840.84 | 4,153.33 |
| 8850 | Equipment | EAS Tags | 51,840.00 | 4,320.00 |
| 8850 | Equipment | EAS Tags | 25,858.25 | 2,155.01 |
| 8850 | Equipment | EAS Tags | 51,840.00 | 5,760.00 |
| 8850 | Equipment | EAS Tags | 84,169.87 | 9,352.27 |
| 8850 | Equipment | EAS Tags | 84,240.00 | 9,360.00 |
| 9900 | Computer Software | MID 5.0 Upgrade | 4,162.50 | 207.84 |
| 101 | Leasehold Improvement | Fire Door | 12,950.00 | 7,554.00 |
| 192 | Leasehold Improvement | HVAC Replacement | 33,993.00 | 14,973.04 |
| 192 | Leasehold Improvement | HVAC Replacement | 13,000.00 | 5,726.28 |
| 192 | Leasehold Improvement | HVAC Replacement | 10,683.75 | 4,705.82 |
| 9900 | Leasehold Improvement | 50% Iron Gate Repair | 3,375.00 | 2,165.41 |
| 9800 | Furniture & Fixtures | Signage: Reclass to Stores when distributed | (5,600.00) | (5,600.00) |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 101 | Leasehold Improvement | Fire Escape / Ladder Project | 10,912.73 | 4,547.14 |
| 179 | Leasehold Improvement | HVAC | 7,832.20 | 1,827.36 |
| 192 | Leasehold Improvement | HVAC | 33,499.79 | 14,755.72 |
| 8850 | Equipment | EAS Tags | 64,800.00 | 12,600.00 |
| 9900 | Equipment | Deposit - Photographic Equip | 15,000.00 | 6,250.07 |
| 101 | Leasehold Improvement | Fire Door Project | 10,050.00 | 4,187.64 |
| 101 | Leasehold Improvement | Fire Door Project | 4,550.00 | 1,895.67 |
| 192 | Leasehold Improvement | Labor (Part of Insurance Claim) | 8,000.00 | 3,523.72 |
| 9900 | Equipment | Photographic Equipment | 13,422.00 | 13,422.00 |
| 8854 | Equipment | EAS Tags | 30,013.50 | 6,669.62 |
| 181 | Leasehold Improvement | Secure Doors after Robbery | 5,097.22 | 2,245.26 |
| 9900 | Leasehold Improvement | Main sewer replacement | 35,000.00 | 14,583.17 |
| 101 | Leasehold Improvement | Labor / Materials | 8,003.13 | 3,334.41 |
| 120 | Furniture & Fixtures | Shoe Shelves / Cueing System | 12,745.46 | 5,765.88 |
| 101 | Leasehold Improvement | Labor / Materials | 6,332.55 | 2,638.44 |
| 101 | Leasehold Improvement | Drywall on WhiteHawk project | 1,180.00 | 491.55 |
| 8850 | | | 11,550.00 | 11,550.00 |
| 8850 | | | (11,550.00) | (11,550.00) |
| 9800 | Furniture & Fixtures | Signage: Reclass to Stores when distributed | (17,500.00) | (17,500.00) |
| 8850 | Equipment | EAS Tags | 64,755.61 | 14,390.05 |
| 192 | Leasehold Improvement | Insurance Claim | (57,500.03) | (25,327.59) |
| 9800 | Computer Equipment | POS System | 29,209.00 | 29,209.00 |
| 9900 | Equipment | Photographic Equipment | 13,422.00 | 5,592.29 |
| 9900 | | | 400,000.00 | 400,000.00 |
| 900 | | | (400,000.00) | (400,000.00) |
| 8853 | Furniture & Fixtures | Scissor Gates | 8,757.43 | 8,319.55 |
| 123 | Leasehold Improvement | AC Condensing Unit Replacement | 7,270.47 | 2,181.33 |
| 101 | Leasehold Improvement | Fire Sprinkler Project | 8,200.00 | 5,369.02 |
| 101 | Leasehold Improvement | Fire Sprinkler Project | 4,500.00 | 3,214.32 |
| 101 | Leasehold Improvement | Fire Sprinkler Project | 6,660.00 | 4,757.04 |
| 8857 | | Security Cameras | 8,431.94 | 3,794.45 |
| 9900 | Computer Equipment | Laptops for DMs | 10,168.98 | 847.58 |
| 9900 | Computer Equipment | Leased Equipment IBM | 35,612.92 | 35,612.92 |
| 192 | Leasehold Improvement | | 2,661.31 | 1,900.99 |
| 159 | Leasehold Improvement | | 4,056.40 | 2,897.44 |
| 177 | Leasehold Improvement | | 4,654.96 | 3,989.92 |
| 101 | Leasehold Improvement | | 6,121.75 | 5,713.63 |
| 101 | Leasehold Improvement | | 3,748.24 | 3,498.40 |
| 120 | Leasehold Improvement | | 2,945.66 | 1,472.78 |
| 160 | Leasehold Improvement | | 3,221.80 | 2,761.60 |
| 101 | Leasehold Improvement | | 4,000.00 | 3,733.36 |
| 100 | Leasehold Improvement | | 4,575.00 | 4,269.96 |
| 189 | Leasehold Improvement | | 4,400.00 | 3,771.44 |
| 9900 | Leasehold Improvement | | 3,000.00 | 2,799.96 |
| 9900 | Leasehold Improvement | | 2,625.00 | 2,450.04 |
| 111 | Leasehold Improvement | | 3,663.60 | 3,419.40 |
| 148 | Leasehold Improvement | | 5,111.75 | 4,381.55 |
| 169 | Leasehold Improvement | | 2,784.04 | 2,386.36 |
| 185 | Leasehold Improvement | | 3,034.83 | 2,167.71 |
| 187 | Leasehold Improvement | | 4,422.16 | 3,158.80 |
| 189 | Leasehold Improvement | | 3,344.24 | 2,388.80 |
| 144 | Leasehold Improvement | | 2,818.11 | 2,415.51 |
| 157 | Leasehold Improvement | | 3,165.68 | 2,954.60 |
| 118 | Leasehold Improvement | | 4,550.00 | 4,246.64 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 175 | Leasehold Improvement | | 3,252.22 | 2,787.58 |
| 177 | Leasehold Improvement | | 4,654.96 | 3,989.92 |
| 8853 | Leasehold Improvement | | 4,992.67 | 4,992.67 |
| 181 | Leasehold Improvement | | 3,926.90 | 2,804.90 |
| 9900 | Leasehold Improvement | | 4,500.00 | 4,200.00 |
| 192 | Leasehold Improvement | | 2,987.70 | 2,788.50 |
| 8853 | Leasehold Improvement | | 2,500.00 | 2,500.00 |
| 181 | Leasehold Improvement | | 3,926.90 | 2,804.90 |
| 123 | Leasehold Improvement | | 3,244.16 | 2,317.28 |
| 123 | Leasehold Improvement | | 3,214.54 | 2,296.06 |
| 127 | Leasehold Improvement | | 2,951.28 | 2,108.16 |
| 141 | Leasehold Improvement | | 3,667.28 | 2,619.44 |
| 141 | Leasehold Improvement | | 2,525.67 | 1,803.99 |
| 8850 | Leasehold Improvement | | 3,802.47 | 2,715.99 |
| 118 | Leasehold Improvement | | 4,550.00 | 4,246.64 |
| 101 | Leasehold Improvement | | 3,435.00 | 3,206.04 |
| 9900 | Leasehold Improvement | | 3,675.00 | 3,429.96 |
| 101 | Leasehold Improvement | | 3,472.41 | 3,240.93 |
| 175 | Leasehold Improvement | | 3,032.84 | 2,599.52 |
| 167 | Leasehold Improvement | | 3,851.98 | 2,751.34 |
| 148 | Leasehold Improvement | | 6,362.67 | 5,453.67 |
| 142 | Leasehold Improvement | | 2,522.34 | 2,161.98 |
| 101 | Leasehold Improvement | | 2,938.81 | 2,742.85 |
| 9900 | Leasehold Improvement | | 4,749.75 | 4,433.07 |
| 9900 | Leasehold Improvement | | 3,405.36 | 3,178.32 |
| 136 | Leasehold Improvement | | 6,007.35 | 5,149.11 |
| 103 | Equipment | | (2,598.00) | - |
| 103 | Equipment | | (4,540.85) | (0.00) |
| 103 | Leasehold Improvement | | (21,568.40) | - |
| 103 | Leasehold Improvement | | (57,399.70) | - |
| 103 | Computer Equipment | | (1,072.81) | (357.61) |
| 103 | Computer Equipment | | (3,218.56) | (1,072.96) |
| 103 | Computer Equipment | | (606.04) | (202.04) |
| 103 | Leasehold Improvement | | (6,173.47) | (5,698.60) |
| 103 | Equipment | Install Power for Baler | (950.00) | (475.10) |
| 103 | Equipment | 60" Large Baler | (9,079.02) | (4,539.42) |
| 103 | Leasehold Improvement | Lighting Retrofit | (27,543.53) | (22,493.87) |
| 103 | Equipment | Security Cameras & Install | (6,218.92) | (4,560.52) |
| 103 | Equipment | EAS Installation | (1,879.71) | (1,503.75) |
| 127 | Equipment | | (2,076.89) | 0.00 |
| 127 | Leasehold Improvement | | (69,936.90) | 0.00 |
| 127 | Leasehold Improvement | | (4,798.00) | 0.00 |
| 127 | Equipment | | (7,875.00) | (1,706.25) |
| 127 | Computer Equipment | | (1,072.81) | (286.09) |
| 127 | Computer Equipment | | (3,218.56) | (858.40) |
| 127 | Computer Equipment | | (606.04) | (161.64) |
| 127 | Leasehold Improvement | Lighting Retrofit | (44,765.60) | (35,066.30) |
| 127 | Equipment | Security Cameras & Install | (6,158.92) | (3,592.67) |
| 127 | Equipment | EAS Installation | (1,878.52) | (1,440.18) |
| 110 | Equipment | | (2,896.86) | 0.00 |
| 110 | Leasehold Improvement | | (6,358.00) | (2,184.30) |
| 110 | Leasehold Improvement | | (16,553.59) | (1,947.48) |
| 110 | Leasehold Improvement | | (5,466.63) | (751.70) |
| 110 | Computer Equipment | | (1,609.28) | (429.20) |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 110 | Computer Equipment | | (606.04) | (161.64) |
| 110 | Leasehold Improvement | Lighting Retrofit | (25,052.35) | (19,624.33) |
| 110 | Equipment | Security Cameras & Install | (5,718.92) | (3,812.52) |
| 110 | Equipment | EAS Installation | (3,689.16) | (2,705.32) |
| | | | | - |
| 101 | Leasehold Improvement | | 3,379.97 | 3,379.97 |
| 127 | | MISPOSTED - will REVERSE Per 4 | 2,952.54 | 2,952.54 |
| 127 | | MISPOSTED - REVERSED Per 4 | (2,952.54) | (2,952.54) |
| 134 | Leasehold Improvement | HVAC Repair | 2,901.02 | 1,519.42 |
| 175 | Leasehold Improvement | Fire Alarm Repairs to reduce False Alarms | 6,919.57 | 2,306.37 |
| 8850 | Furniture & Fixtures | Flexible Conveyor 24" x 55' | 12,312.00 | 8,940.89 |
| 8850 | | | 2,988.34 | 2,988.34 |
| 8851 | Equipment | Conveyer | 12,000.00 | 6,285.60 |
| 101 | Equipment | Security System | 3,659.47 | 61.06 |
| 111 | Leasehold Improvement | HVAC Compressor Replacement | 7,437.87 | 3,984.42 |
| 113 | Equipment | Return one pedestal | (1,088.91) | (36.21) |
| 123 | | MISPOSTED - will REVERSE Per 4 | (162.75) | (162.75) |
| 123 | | MISPOSTED - REVERSED Per 4 | 162.75 | 162.75 |
| 129 | Leasehold Improvement | HVAC Repairs | 5,911.00 | 3,166.57 |
| 134 | Leasehold Improvement | Window Repair | 2,507.60 | 877.79 |
| 141 | Equipment | EAS System | 5,776.06 | 1,787.98 |
| 142 | Equipment | EAS System | (1,748.86) | (541.30) |
| 149 | Leasehold Improvement | Fire Sprinkler Repairs | 4,329.63 | 3,391.55 |
| 175 | Equipment | Camera Replacement | 10,112.67 | 3,371.07 |
| 192 | Leasehold Improvement | Lighting Repairs | 2,580.87 | 1,720.47 |
| 8890 | Leasehold Improvement | PROJECT CANCELED | 3,296.46 | 3,296.46 |
| 8825 | Leasehold Improvement | NY Buying Office Renovation | 10,000.00 | 7,500.10 |
| 101 | Leasehold Improvement | Escalator Annuals | 2,300.00 | 805.13 |
| 101 | Leasehold Improvement | Escalator Annuals | 2,900.00 | 1,015.13 |
| 101 | Leasehold Improvement | Escalator Repairs | 4,400.00 | 1,540.13 |
| 101 | Leasehold Improvement | Labor / Materials | 5,563.70 | 1,947.23 |
| 101 | Leasehold Improvement | Materials / Labor | 3,008.92 | 2,056.26 |
| 120 | Leasehold Improvement | Sprinkler System Repair | 2,701.88 | 945.71 |
| 123 | Leasehold Improvement | Labor | 3,200.00 | 800.15 |
| 136 | Leasehold Improvement | Electrical Work | 3,875.00 | 2,583.40 |
| 148 | Leasehold Improvement | Electrical Work | 5,041.51 | 4,579.40 |
| 164 | Leasehold Improvement | HVAC | 4,172.31 | 2,235.18 |
| 167 | Leasehold Improvement | HVAC | 3,879.95 | 2,078.54 |
| 173 | Leasehold Improvement | Repair Ceiling Leak | 3,699.08 | 2,496.71 |
| 8825 | Leasehold Improvement | TIs performed by Landlord | 10,000.00 | 7,500.10 |
| 8825 | Leasehold Improvement | TIs performed by Landlord | 20,000.00 | 14,999.90 |
| 8853 | | 1997 Capacity Y50, SN-9782 | (1,500.00) | (1,500.00) |
| 9800 | Leasehold Improvement | Signs for Stores (Stock) (3) | 28,677.90 | 28,677.90 |
| 9800 | Leasehold Improvement | Sign allocated to Store 581 | (6,976.00) | (6,976.00) |
| 132 | Leasehold Improvement | Restroom Leak | 3,600.00 | 2,460.00 |
| 101 | Leasehold Improvement | Fire Door Project | 2,400.00 | 1,742.89 |
| 101 | Leasehold Improvement | Fire Door Project | 1,400.00 | 999.92 |
| 101 | Leasehold Improvement | Electrical Work | 2,850.00 | 1,947.50 |
| 9900 | Leasehold Improvement | Electrical Work | 8,600.00 | 5,303.18 |
| 9900 | Leasehold Improvement | Material/Labor | 2,875.75 | 1,965.27 |
| 194 | Leasehold Improvement | Compressor Replacement | 4,574.00 | 2,504.90 |
| 166 | Leasehold Improvement | Travel/Expenses | 2,500.00 | 1,369.12 |
| 134 | Leasehold Improvement | Compressor Replacement | 2,669.13 | 1,461.49 |
| 120 | Leasehold Improvement | Roofing Project | 2,493.37 | 914.09 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 173 | Leasehold Improvement | Additional Use Tax Due | 6.24 | 4.34 |
| 101 | Leasehold Improvement | Labor | 4,747.20 | 3,243.92 |
| 101 | Leasehold Improvement | Labor | 5,244.00 | 3,583.40 |
| 101 | Leasehold Improvement | Materials | 4,386.46 | 2,997.56 |
| 111 | Leasehold Improvement | Escalator | 3,319.34 | 2,295.92 |
| 123 | Leasehold Improvement | Speaker/Music System Install | 5,725.00 | 3,912.02 |
| 123 | Leasehold Improvement | Sound System Repair | 5,950.00 | 4,115.54 |
| 124 | Leasehold Improvement | Labor/Materials | 2,350.74 | 1,606.32 |
| 128 | Leasehold Improvement | HVAC | 2,612.72 | 1,462.02 |
| 133 | Leasehold Improvement | HVAC | 176.00 | 98.30 |
| 147 | Leasehold Improvement | Lighting Project | 2,607.45 | 955.97 |
| 8825 | Leasehold Improvement | Security System - NY Office | 20,103.77 | 14,072.69 |
| 8856 | Leasehold Improvement | DC Design | 8,711.89 | 6,568.55 |
| 8856 | Leasehold Improvement | DC Design | 268,145.39 | 202,173.05 |
| 8856 | Leasehold Improvement | DC Design | 268,145.40 | 202,173.06 |
| 9900 | Computer Equipment | LMS Set-up | 11,500.00 | 4,216.54 |
| 9900 | Leasehold Improvement | | 10,315.00 | 7,134.48 |
| 9900 | Computer Equipment | V6 to V7 Upgrade | 7,600.00 | 2,659.87 |
| 9900 | Computer Equipment | Add Disk/AS400 System | 2,500.00 | 874.87 |
| 9900 | Computer Equipment | Computers | 3,408.26 | 1,193.06 |
| 9900 | Computer Equipment | Computers | 3,418.84 | 1,196.62 |
| 8825 | Leasehold Improvement | NY Office set-up | 8,029.53 | 5,620.77 |
| 8825 | Leasehold Improvement | LL Tenant Improvements | (4,500.00) | (3,375.00) |
| 8851 | Equipment | Conveyer | (6,000.00) | (6,000.00) |
| 9800 | Leasehold Improvement | Sign allocated to Store 581 | (10,147.90) | (10,147.90) |
| 8856 | Furniture & Fixtures | Fixture Acquisition Team | 7,582.50 | 5,716.92 |
| 8856 | Furniture & Fixtures | Fixture Commissions | 5,478.75 | 4,130.87 |
| 100 | Leasehold Improvement | New store: construction contract | 2,879.60 | 1,991.60 |
| 101 | Leasehold Improvement | Labor | 921.21 | 629.37 |
| 101 | Leasehold Improvement | Fire safety units - lights, smoke | 1,610.00 | 1,456.64 |
| 101 | Leasehold Improvement | New store: construction contract | 3,947.25 | 2,697.43 |
| 101 | Leasehold Improvement | New store: construction contract | 4,784.00 | 3,268.94 |
| 101 | Leasehold Improvement | New store: construction contract | 3,776.61 | 2,580.75 |
| 101 | Leasehold Improvement | Tape walls and install backer boards | 1,680.00 | 1,148.00 |
| 101 | Leasehold Improvement | Annual high rise testing, per contract | 8,386.00 | 5,730.56 |
| 118 | Leasehold Improvement | HVAC - upgrade | 12,355.00 | 7,060.12 |
| 173 | Furniture & Fixtures | Cabinet | 6,986.25 | 3,992.13 |
| 8850 | Leasehold Improvement | Plumbing equipment and repairs | 5,371.20 | 5,371.20 |
| 8850 | Leasehold Improvement | Plumbing  repair, pressure regulator | 3,036.56 | 3,036.56 |
| 8851 | Furniture & Fixtures | | 4,500.00 | 2,517.91 |
| 8856 | Furniture & Fixtures | | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | Lift equipment and pallet racking | 267,000.00 | 201,309.45 |
| 8856 | Furniture & Fixtures | | 331,000.00 | 249,563.62 |
| 8856 | Leasehold Improvement | Project Management - relocation | 8,890.54 | 6,703.18 |
| 8856 | Furniture & Fixtures | | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | | 4,250.00 | 3,204.37 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 8856 | Furniture & Fixtures | | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | | 4,250.00 | 3,204.37 |
| 8856 | Computer Equipment | Computers - 500 GB 4 GB | 1,995.86 | 1,504.82 |
| 8856 | Furniture & Fixtures | Racks and wall-mountables | 7,299.61 | 5,503.78 |
| 8856 | Furniture & Fixtures | Pallet: Racking materials | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | Pallet: Racking materials | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | Pallet: Racking materials | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | Pallet: Racking materials | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | Pallet: Racking materials | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | Pallet: Racking materials | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | Pallet: Racking materials | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | Pallet: Racking materials | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | Pallet: Racking materials | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | | 2,092.40 | 1,577.49 |
| 8856 | Leasehold Improvement | New store: construction contract | 8,631.22 | 6,507.72 |
| 8856 | Leasehold Improvement | New store: construction contract | 4,565.55 | 3,442.42 |
| 8856 | Leasehold Improvement | New store: construction contract | 2,146.85 | 1,618.61 |
| 8856 | Leasehold Improvement | New store: construction contract | 8,631.22 | 6,507.72 |
| 8856 | Furniture & Fixtures | | 8,920.00 | 6,725.51 |
| 8856 | Furniture & Fixtures | Lift equipment and conveyor | 165,695.00 | 124,928.76 |
| 8856 | Furniture & Fixtures | Shopping carts and Rounders 4-ways | 2,169.00 | 1,635.49 |
| 8856 | Furniture & Fixtures | Conveyor, pallet racking, lift equipment | 4,718.14 | 3,557.19 |
| 8856 | Leasehold Improvement | New store: construction contract | 38,915.91 | 29,341.25 |
| 9900 | Leasehold Improvement | | 3,275.16 | 2,183.56 |
| 9900 | Computer Equipment | Second site warm backup | 9,999.66 | 3,666.58 |
| 101 | Leasehold Improvement | Labor / Materials | 4,337.37 | 3,108.61 |
| 101 | Leasehold Improvement | Fire Pump weekly test | 900.00 | 846.45 |
| 101 | Leasehold Improvement | Labor / Materials | 4,342.00 | 3,111.88 |
| 101 | Leasehold Improvement | Labor / Materials | 3,537.60 | 2,535.28 |
| 101 | Leasehold Improvement | Gardena Electric / Labor | 4,415.75 | 3,164.55 |
| 120 | Leasehold Improvement | Electrical Box Removal | 2,650.00 | 971.54 |
| 120 | Leasehold Improvement | Plumbing | 3,800.00 | 1,393.46 |
| 120 | Leasehold Improvement | HVAC Repair | 3,415.69 | 1,951.93 |
| 123 | Leasehold Improvement | Floor Plans | 100.00 | 68.46 |
| 123 | Leasehold Improvement | HVAC | 3,713.49 | 2,121.93 |
| 136 | Leasehold Improvement | HVAC - Condenser | 2,854.00 | 1,630.72 |
| 136 | Leasehold Improvement | Plumbing repair to clear stoppage | 4,000.00 | - |
| 147 | Leasehold Improvement | HVAC - Compressor | 3,710.69 | 2,120.57 |
| 173 | Leasehold Improvement | Labor / Materials | 4,328.09 | 3,029.57 |
| 173 | Leasehold Improvement | Labor / Materials | 2,622.00 | 1,835.40 |
| 173 | Leasehold Improvement | | 6.24 | 6.24 |
| 173 | Leasehold Improvement | Whitehawk Lodging | 589.80 | 412.68 |
| 175 | Leasehold Improvement | HVAC - Condenser | 4,749.11 | 2,713.67 |
| 175 | Furniture & Fixtures | Mobile Storage | 3,631.66 | 2,075.38 |
| 179 | Leasehold Improvement | HVAC | 2,889.67 | 1,651.27 |
| 180 | Leasehold Improvement | HVAC | 9,199.24 | 5,256.88 |
| 186 | Leasehold Improvement | Floor Plans | 100.00 | 54.78 |
| 192 | Leasehold Improvement | HVAC - Condenser | 6,397.46 | 3,655.70 |
| 8850 | | | 66,983.32 | 66,983.32 |
| 8850 | | Repair Water Line leak | 13,118.02 | 13,118.02 |
| 9800 | Furniture & Fixtures | Transportation of Fixtures | 1,695.00 | 1,695.00 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 9800 | Furniture & Fixtures | Transportation of Conveyors | 155.00 | 155.00 |
| 8856 | Leasehold Improvement | Plan Check : Pallet storage racking | 1,625.34 | 1,225.44 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 1,900.00 | 1,432.52 |
| 8856 | Furniture & Fixtures | Lift Truck Delivery | 1,450.00 | 1,093.19 |
| 8856 | Computer Equipment | Shipping on T1 Cross connect system | 1,795.00 | 1,353.25 |
| 8856 | Furniture & Fixtures | Conveyor, shoe sorter, scan tunnels | 257,800.00 | 194,373.07 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Leasehold Improvement | | 8,890.54 | 6,703.18 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Lift Truck Delivery | 1,900.00 | 1,432.52 |
| 8856 | Furniture & Fixtures | Lift Truck Delivery | 1,900.00 | 1,432.52 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 1,450.01 | 1,093.20 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 1,900.00 | 1,432.52 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 1,900.00 | 1,432.52 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 4,905.00 | 3,698.17 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Leasehold Improvement | New DC : Electrical | 70,000.00 | 52,777.64 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 1,100.00 | 829.37 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 1,100.00 | 829.37 |
| 9900 | Leasehold Improvement | Main Sewer Line Repairs | 4,000.00 | 2,766.79 |
| 9900 | | | (259,500.00) | (259,500.00) |
| 101 | Leasehold Improvement | Labor / Materials | 9,022.00 | 6,465.88 |
| 120 | Furniture & Fixtures | | 400.01 | 400.01 |
| 122 | Equipment | | 1,782.00 | 772.20 |
| 128 | Equipment | | 1,782.00 | 772.20 |
| 129 | Equipment | | 1,782.00 | 772.20 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 132 | Equipment | | 1,188.00 | 514.80 |
| 136 | Equipment | | 1,782.00 | 772.20 |
| 141 | Equipment | | 1,782.00 | 772.20 |
| 148 | Equipment | | 1,782.00 | 1,306.80 |
| 164 | Equipment | | 1,188.00 | 514.80 |
| 165 | Leasehold Improvement | HVAC - Compressor | 3,787.00 | 2,209.20 |
| 167 | Equipment | | 2,376.00 | 1,029.60 |
| 174 | Equipment | | 1,782.00 | 772.20 |
| 176 | Equipment | | 1,782.00 | 772.20 |
| 179 | Equipment | | 1,782.00 | 772.20 |
| 180 | Equipment | | 1,782.00 | 772.20 |
| 181 | Equipment | | 1,782.00 | 772.20 |
| 182 | Equipment | | 1,782.00 | 772.20 |
| 183 | Equipment | | 1,782.00 | 772.20 |
| 184 | Equipment | | 1,782.00 | 772.20 |
| 186 | Equipment | | 1,782.00 | 772.20 |
| 192 | Equipment | | 1,782.00 | 772.20 |
| 503 | Equipment | | 1,782.00 | 772.20 |
| 8843 | Equipment | 3-sets trailer decals | 10,824.00 | 300.55 |
| 8843 | Equipment | Install red stripe with web address | 1,134.00 | 31.50 |
| 8850 | | | (13,118.02) | (13,118.02) |
| 8850 | | | (66,983.32) | (66,983.32) |
| 8857 | Equipment | Battery Charging Unit | 26,250.00 | 15,625.00 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 1,100.00 | 829.37 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 1,100.00 | 829.37 |
| 8856 | Leasehold Improvement | Labor / Materials | 893.00 | 673.21 |
| 8856 | Equipment | CAT 6 cable for security cameras | 9,488.33 | 7,154.03 |
| 8856 | Furniture & Fixtures | 6-tier gray lockers | 12,081.36 | 9,109.08 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 1,100.00 | 829.37 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 1,050.00 | 791.77 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 1,100.00 | 829.37 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 1,050.00 | 791.77 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 4,200.00 | 3,166.77 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 1,050.00 | 791.77 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 1,050.00 | 791.77 |
| 8856 | Furniture & Fixtures | DC Furniture | 10,650.00 | 8,029.88 |
| 8856 | Leasehold Improvement | New DC Project (Addtl Rent) | 38,209.50 | 28,808.75 |
| 8856 | Leasehold Improvement | New store contract | 8,500.00 | 6,408.74 |
| 8856 | Furniture & Fixtures | | 2,220.00 | 1,673.78 |
| 8856 | Furniture & Fixtures | | 1,632.00 | 1,230.55 |
| 8856 | Furniture & Fixtures | | 1,500.00 | 1,131.10 |
| 8856 | Furniture & Fixtures | | 3,116.75 | 2,349.81 |
| 8856 | Furniture & Fixtures | | 7,191.87 | 5,422.39 |
| 8856 | Furniture & Fixtures | Pallet: Racking materials | 4,250.00 | 3,204.37 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 3,820.22 | 2,880.30 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---:|---:|
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 4,000.00 | 3,015.75 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 4,100.00 | 3,091.26 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 3,900.00 | 2,940.55 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 3,249.99 | 2,450.50 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 3,900.00 | 2,940.55 |
| 9900 | | | 259,500.00 | 259,500.00 |
| 101 | Leasehold Improvement | Labor / Materials | 9,226.90 | 6,612.64 |
| 101 | Leasehold Improvement | Labor / Materials | 4,186.76 | 3,000.50 |
| 120 | Leasehold Improvement | Electrical Materials | 3,002.95 | 1,101.05 |
| 144 | Leasehold Improvement | Lighting | 3,800.00 | 1,393.46 |
| 164 | Leasehold Improvement | HVAC | 3,976.57 | 2,319.67 |
| 166 | Leasehold Improvement | HVAC | 3,600.00 | 2,014.18 |
| 175 | Leasehold Improvement | HVAC | 7,747.97 | 4,611.81 |
| 175 | Leasehold Improvement | Exterior Doors | 3,998.20 | 2,732.04 |
| 189 | Leasehold Improvement | | 3,540.25 | 2,294.61 |
| 194 | Leasehold Improvement | Front Sliding Door | 5,509.00 | 2,019.84 |
| 8856 | Leasehold Improvement | New DC Project Management | 488.18 | 368.21 |
| 8856 | Leasehold Improvement | New DC Materials | 939.56 | 708.30 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 3,000.00 | 2,261.89 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 4,100.00 | 3,091.26 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 3,900.00 | 2,940.55 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 3,900.00 | 2,940.55 |
| 8856 | Furniture & Fixtures | New DC Materials | 35,000.00 | 26,388.82 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 3,000.00 | 2,261.89 |
| 8856 | Furniture & Fixtures | | 800.00 | 603.15 |
| 8856 | Furniture & Fixtures | | 3,900.00 | 2,940.55 |
| 8856 | Furniture & Fixtures | | 3,900.00 | 2,940.55 |
| 8856 | Furniture & Fixtures | | 3,900.00 | 2,940.55 |
| 8856 | Leasehold Improvement | New DC Contract | 38,915.90 | 29,341.24 |
| 8856 | Leasehold Improvement | New DC Contract | 2,090.77 | 1,576.48 |
| 8856 | Leasehold Improvement | New DC Contract | 1,211.16 | 913.25 |
| 8856 | Furniture & Fixtures | | 3,900.00 | 2,940.55 |
| 8856 | Leasehold Improvement | | 27,438.62 | 20,687.75 |
| 8856 | Furniture & Fixtures | Fixtures | 68,000.00 | 41,285.84 |
| 9800 | | | 290,901.00 | 290,901.00 |
| 9900 | Equipment | IBM System - people monitor | 34,000.00 | 34,000.00 |
| 100 | Furniture & Fixtures | Fixture Delivery | 900.00 | 546.57 |
| 100 | Furniture & Fixtures | | 5,000.00 | 3,035.84 |
| 100 | Furniture & Fixtures | | 450.00 | 273.12 |
| 101 | Leasehold Improvement | | 9,726.50 | 6,970.80 |
| 106 | Equipment | Security Camera Equipment | 2,799.35 | 1,212.91 |
| 149 | Leasehold Improvement | HVAC | 4,987.50 | 3,562.38 |
| 175 | Furniture & Fixtures | Fixture Delivery | 1,374.99 | 834.78 |
| 8850 | Furniture & Fixtures | | 491.63 | 491.63 |
| 8850 | Furniture & Fixtures | | 150.00 | 150.00 |
| 8850 | Furniture & Fixtures | | 484.88 | 484.88 |
| 8856 | Leasehold Improvement | | 38,750.00 | 29,216.26 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 1,900.00 | 1,432.52 |
| 8856 | Leasehold Improvement | Electrical Work | 9,675.00 | 7,294.51 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 3,200.00 | 2,412.60 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 4,100.00 | 3,091.26 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 3,900.00 | 2,940.55 |
| 8856 | Furniture & Fixtures | DC Fixture Delivery | 3,900.00 | 2,940.55 |
| 8856 | Equipment | PDT Guns | 6,743.00 | 5,083.88 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 8856 | Furniture & Fixtures | Conveyer Fixtures | 1,933,000.00 | 1,457,420.63 |
| 8856 | Leasehold Improvement | New DC Materials | 19,366.16 | 14,601.46 |
| 9800 | Furniture & Fixtures | | 5,950.00 | 5,950.00 |
| 9900 | | | (111,668.01) | (111,668.01) |
| 101 | Equipment | Security System | 8,347.88 | 3,617.46 |
| 101 | Leasehold Improvement | UP Escalator Repairs | 5,216.00 | 3,738.02 |
| 101 | Leasehold Improvement | Rewiring of speakers | 3,740.00 | 2,680.22 |
| 118 | Leasehold Improvement | HVAC | 4,750.00 | 2,996.95 |
| 120 | Leasehold Improvement | Parking Lot Lights | 6,000.00 | 2,200.00 |
| 134 | Leasehold Improvement | HVAC | 6,567.31 | 3,909.19 |
| 144 | Leasehold Improvement | HVAC | 3,368.72 | 1,925.12 |
| 157 | Leasehold Improvement | HVAC | 2,533.59 | 1,477.99 |
| 175 | Leasehold Improvement | | 3,307.81 | 2,260.15 |
| 175 | Leasehold Improvement | Labor / Materials | 3,002.79 | 2,052.03 |
| 175 | Leasehold Improvement | Materials / WhiteHawk Travel | 10,308.07 | 7,043.87 |
| 175 | Furniture & Fixtures | Fixture Delivery | 700.00 | 425.11 |
| 176 | Leasehold Improvement | HVAC | 5,431.43 | 3,232.99 |
| 8857 | Furniture & Fixtures | Fixture Delivery | 1,727.88 | 1,090.21 |
| 8857 | Furniture & Fixtures | Fixture Delivery | 200.00 | 126.22 |
| 8857 | Furniture & Fixtures | Fixture Delivery | 769.88 | 485.61 |
| 8857 | Furniture & Fixtures | Fixture Delivery | 650.00 | 410.06 |
| 8857 | Furniture & Fixtures | Fixture Delivery | 625.00 | 394.36 |
| 8857 | Furniture & Fixtures | Fixture Delivery | 825.00 | 520.58 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 550.00 | 414.53 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 1,000.00 | 753.86 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 899.99 | 678.65 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 977.99 | 737.43 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 779.99 | 588.10 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 1,250.00 | 942.48 |
| 8856 | Furniture & Fixtures | Fixture Procurement | 10,200.00 | 7,690.55 |
| 8856 | Furniture & Fixtures | Fixture Procurement | 6,428.00 | 4,846.38 |
| 8856 | Furniture & Fixtures | Fixture Procurement | 8,160.87 | 6,153.00 |
| 8856 | Furniture & Fixtures | Fixture Procurement | 881.47 | 664.47 |
| 8856 | Furniture & Fixtures | Fixture Procurement | 4,911.08 | 3,702.70 |
| 8856 | Furniture & Fixtures | Fixture Procurement | 4,523.44 | 3,410.54 |
| 8856 | Equipment | Metal Detector | 11,462.60 | 8,642.53 |
| 8856 | Leasehold Improvement | Electrical Work | 19,800.00 | 14,928.66 |
| 8856 | Leasehold Improvement | Electrical Work | 23,889.58 | 18,011.98 |
| 8856 | Leasehold Improvement | Electrical Work | 18,050.00 | 13,609.25 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 145.00 | 109.35 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 145.00 | 109.35 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 295.00 | 222.46 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 195.00 | 146.95 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 195.00 | 146.95 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 195.00 | 146.95 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 195.00 | 146.95 |
| 8856 | Furniture & Fixtures | Fixture Delivery | 195.00 | 146.95 |
| 8856 | Leasehold Improvement | Materials | 2,301.12 | 1,735.06 |
| 8856 | Furniture & Fixtures | | 7,031.64 | 5,301.53 |
| 8856 | Equipment | Burglary system | 35,566.55 | 26,816.18 |
| 8856 | Leasehold Improvement | Project Management - New DC | 4,332.86 | 3,266.77 |
| 8856 | Leasehold Improvement | Project Management - New DC | 4,248.26 | 3,202.94 |
| 8856 | Furniture & Fixtures | | 250,000.00 | 188,491.97 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 8856 | Furniture & Fixtures | | 250,000.00 | 188,491.97 |
| 8856 | Furniture & Fixtures | | 250,000.00 | 188,491.97 |
| 8856 | Furniture & Fixtures | | 250,000.00 | 188,491.97 |
| 8856 | Furniture & Fixtures | | 250,000.00 | 188,491.97 |
| 8856 | Furniture & Fixtures | | 250,000.00 | 188,491.97 |
| 8856 | Furniture & Fixtures | | 250,000.00 | 188,491.97 |
| 8856 | Furniture & Fixtures | | 75,000.00 | 56,547.56 |
| 8856 | Furniture & Fixtures | Bargrate / Foot Plates | 5,845.00 | 4,406.91 |
| 8856 | Furniture & Fixtures | Bargrate / Foot Plates | 1,526.91 | 1,151.19 |
| 8856 | Furniture & Fixtures | Picnic Table | 8,194.12 | 6,178.19 |
| 8856 | Furniture & Fixtures | Step Ladders | 3,456.00 | 2,605.67 |
| 8856 | Furniture & Fixtures | Radio Walkies | 3,769.20 | 2,841.99 |
| 9900 | Leasehold Improvement | HVAC | 1,785.00 | 1,360.00 |
| 9900 | Furniture & Fixtures | Demo + Build Fixtures | 1,455.00 | 1,455.00 |
| 100 | Furniture & Fixtures | | 450.00 | 283.84 |
| 120 | Equipment | | 3,810.86 | 1,651.52 |
| 175 | Leasehold Improvement | | 4,000.00 | 2,733.46 |
| 175 | Furniture & Fixtures | | 5,097.66 | 3,216.27 |
| 175 | Furniture & Fixtures | | 3,444.40 | 2,173.40 |
| 182 | Leasehold Improvement | | (132,291.24) | (132,291.24) |
| 8851 | Furniture & Fixtures | | 400.01 | 252.45 |
| 8857 | Equipment | | 1,514.94 | 955.70 |
| 8857 | Equipment | | 295.00 | 186.19 |
| 8856 | Leasehold Improvement | | 2,229.60 | 1,680.90 |
| 8856 | Furniture & Fixtures | | 2,650.00 | 1,998.07 |
| 8856 | Furniture & Fixtures | | 2,950.00 | 2,224.29 |
| 8856 | Furniture & Fixtures | | 2,750.00 | 2,073.27 |
| 8856 | Furniture & Fixtures | | 2,650.00 | 1,998.07 |
| 8856 | Furniture & Fixtures | | 2,650.00 | 1,998.07 |
| 8856 | Furniture & Fixtures | | 2,310.01 | 1,741.78 |
| 8856 | Furniture & Fixtures | | 2,650.00 | 1,998.07 |
| 8856 | Furniture & Fixtures | | 10,755.20 | 8,109.04 |
| 8856 | Furniture & Fixtures | | 4,320.00 | 3,257.01 |
| 8856 | Furniture & Fixtures | | 648.00 | 488.66 |
| 8856 | Equipment | New Perris Phone system | 390.00 | 293.90 |
| 8856 | Equipment | New Perris Phone system | 1,020.00 | 768.90 |
| 8856 | Leasehold Improvement | | 1,070.18 | 806.99 |
| 8856 | Furniture & Fixtures | | 1,000.00 | 753.86 |
| 8856 | Furniture & Fixtures | | 800.00 | 603.15 |
| 8856 | Furniture & Fixtures | | 900.00 | 678.66 |
| 8856 | Furniture & Fixtures | | 738.75 | 557.09 |
| 8856 | Furniture & Fixtures | | 700.00 | 527.64 |
| 8856 | Furniture & Fixtures | | 667.87 | 503.57 |
| 8856 | Furniture & Fixtures | | 210.00 | 158.23 |
| 8856 | Furniture & Fixtures | | 1,000.00 | 753.86 |
| 8856 | Furniture & Fixtures | | 688.76 | 519.19 |
| 8856 | Furniture & Fixtures | | 688.76 | 519.19 |
| 8856 | Furniture & Fixtures | | 688.76 | 519.19 |
| 8856 | Furniture & Fixtures | | 1,000.00 | 753.86 |
| 8856 | Furniture & Fixtures | | 1,200.00 | 904.88 |
| 8856 | Furniture & Fixtures | | 950.00 | 716.26 |
| 8856 | Furniture & Fixtures | | 900.00 | 678.66 |
| 8856 | Furniture & Fixtures | | 650.00 | 490.04 |
| 8856 | Furniture & Fixtures | | 150.00 | 113.11 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 8856 | Furniture & Fixtures | | 1,000.00 | 753.86 |
| 8856 | Furniture & Fixtures | | 650.00 | 490.04 |
| 8856 | Furniture & Fixtures | | 1,000.00 | 753.86 |
| 8856 | Furniture & Fixtures | | 1,000.00 | 753.86 |
| 8856 | Furniture & Fixtures | | 150.00 | 113.11 |
| 8856 | Furniture & Fixtures | | 1,000.00 | 753.86 |
| 8856 | Furniture & Fixtures | | 1,800.00 | 1,357.01 |
| 8856 | Furniture & Fixtures | | 100.00 | 75.51 |
| 8856 | Furniture & Fixtures | | 900.00 | 678.66 |
| 8856 | Furniture & Fixtures | | 1,000.00 | 753.86 |
| 8856 | Furniture & Fixtures | | 500.00 | 376.93 |
| 8856 | Furniture & Fixtures | | 750.00 | 565.55 |
| 8856 | Furniture & Fixtures | | 750.00 | 565.55 |
| 8856 | Furniture & Fixtures | | 750.00 | 565.55 |
| 8856 | Furniture & Fixtures | | 750.00 | 565.55 |
| 8856 | Furniture & Fixtures | | 930.00 | 701.22 |
| 8856 | Furniture & Fixtures | | 1,030.00 | 776.73 |
| 8856 | Leasehold Improvement | | 5,192.36 | 3,914.85 |
| 8856 | Furniture & Fixtures | | 900.01 | 678.67 |
| 8856 | Furniture & Fixtures | | 1,800.00 | 1,357.01 |
| 8856 | Furniture & Fixtures | | 3,564.00 | 2,687.01 |
| 8856 | Furniture & Fixtures | | 12,000.20 | 9,047.76 |
| 8856 | Furniture & Fixtures | | 1,500.00 | 1,131.10 |
| 8856 | Furniture & Fixtures | | 2,700.00 | 2,035.67 |
| 8856 | Furniture & Fixtures | | 200.00 | 150.71 |
| 8856 | Equipment | | 1,440.00 | 1,085.67 |
| 8856 | Furniture & Fixtures | | 624.24 | 470.79 |
| 8856 | Furniture & Fixtures | | 2,600.00 | 1,960.47 |
| 8856 | Furniture & Fixtures | | 2,600.00 | 1,960.47 |
| 8856 | Furniture & Fixtures | | 3,100.00 | 2,337.40 |
| 8856 | Furniture & Fixtures | | 2,760.00 | 2,081.10 |
| 8856 | Furniture & Fixtures | | 300.00 | 226.22 |
| 8856 | Furniture & Fixtures | | 2,750.00 | 2,073.27 |
| 8856 | Furniture & Fixtures | | 50,965.71 | 38,426.52 |
| 8856 | Leasehold Improvement | | 3,500.00 | 2,638.82 |
| 8856 | Leasehold Improvement | | 1,570.33 | 1,184.07 |
| 8856 | Furniture & Fixtures | | 142,000.00 | 107,063.62 |
| 8856 | Furniture & Fixtures | | 2,591.57 | 1,953.90 |
| 8857 | Furniture & Fixtures | | 2,347.86 | 1,481.41 |
| 8857 | Furniture & Fixtures | | 5,250.02 | 3,312.52 |
| 8857 | Furniture & Fixtures | | 5,250.02 | 3,312.52 |
| 8857 | Furniture & Fixtures | | 1,508.43 | 951.67 |
| 8857 | Furniture & Fixtures | | 3,500.00 | 2,208.23 |
| 8857 | Furniture & Fixtures | | 3,500.00 | 2,208.23 |
| 8857 | Furniture & Fixtures | | 3,500.00 | 2,208.23 |
| 8857 | Furniture & Fixtures | | 3,500.00 | 2,208.23 |
| 8857 | Furniture & Fixtures | | 3,500.00 | 2,208.23 |
| 8857 | Furniture & Fixtures | | 3,500.00 | 2,208.23 |
| 8857 | Furniture & Fixtures | | 14,200.00 | 8,959.45 |
| 8857 | Furniture & Fixtures | | 1,150.00 | 725.61 |
| 8857 | Furniture & Fixtures | | 2,788.85 | 1,759.65 |
| 8857 | Furniture & Fixtures | | 2,699.99 | 1,703.65 |
| 8857 | Furniture & Fixtures | | 1,000.00 | 631.10 |
| 8857 | Furniture & Fixtures | | 14,200.00 | 8,959.45 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 9900 | Furniture & Fixtures | | 1,700.00 | 1,700.00 |
| 9900 | Computer Equipment | Remarketed Service Elite (CapLease) | 93,827.00 | 93,827.00 |
| 8890 | Leasehold Improvement | PROJECT CANCELED | (3,296.46) | (3,296.46) |
| 996 | | DC CLOSED | (715,299.49) | (715,299.49) |
| 9800 | | | 34,154.57 | 34,154.57 |
| 9800 | | | 34,450.00 | 34,450.00 |
| 8856 | Leasehold Improvement | | 16,056.65 | 11,990.07 |
| 131 | | | (10,811.10) | (0.00) |
| 131 | | | (6,348.63) | 0.00 |
| 131 | | | (8,345.00) | - |
| 131 | | | (13,881.90) | (0.00) |
| 131 | | | (6,900.00) | - |
| 131 | | | (5,130.00) | 256.50 |
| 131 | | | (3,646.00) | 212.40 |
| 131 | | | (2,585.00) | 150.60 |
| 131 | | | (689.06) | 68.88 |
| 131 | | | (7,875.00) | 787.50 |
| 131 | | | (4,827.84) | (804.84) |
| 131 | | | (606.04) | (101.04) |
| 131 | | | (23,449.22) | - |
| 131 | | | (23,449.22) | - |
| 131 | | Security Cameras & Install | (5,688.92) | (3,223.60) |
| 131 | | EAS Installation | (3,513.99) | (2,225.45) |
| 131 | | EAS Tags | (38.05) | (15.79) |
| 140 | | | (9,228.63) | - |
| 140 | | | (14,706.53) | 150.96 |
| 140 | | | (689.06) | 34.44 |
| 140 | | | (7,875.00) | 393.75 |
| 140 | | | (3,218.56) | (697.48) |
| 140 | | | (606.04) | (131.34) |
| 140 | | | (6,098.23) | - |
| 140 | | | (6,098.23) | - |
| 140 | | | (5,655.00) | (1,508.00) |
| 140 | | | (5,425.00) | (0.12) |
| 140 | | | (1,498.14) | (424.43) |
| 140 | | | (2,221.22) | (740.42) |
| 140 | | | (11,475.30) | (3,251.12) |
| 140 | | | (10,240.00) | (2,901.19) |
| 140 | | | (1,291.94) | (366.15) |
| 140 | | | (275.84) | (78.04) |
| 140 | | | (3,600.00) | (0.04) |
| 140 | | | (1,969.14) | (557.88) |
| 140 | | | (3,267.43) | (925.65) |
| 140 | | | (210.24) | (102.74) |
| 140 | | | (200.08) | (66.88) |
| 140 | | | (1,138.61) | (341.45) |
| 140 | | | (168.19) | (50.59) |
| 140 | | | (16,616.62) | - |
| 140 | | Remodel: Permits | (890.21) | (755.31) |
| 140 | | Remodel: Permits | 890.21 | 755.31 |
| 140 | | Camera Install / Shipping | (364.57) | (176.09) |
| 140 | | Camera Install / Shipping | 33.87 | 16.51 |
| 140 | | Security Cameras | (6,527.70) | (3,154.90) |
| 140 | | EAS Tags | (1,974.64) | (987.34) |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 8853 | | Sugarland DC:  App Development | (13,905.00) | (7,184.25) |
| 8853 | | Sugarland DC:  App Development | (14,040.00) | (7,254.00) |
| 8853 | | Sugarland DC:  App Development | (7,155.00) | (3,696.75) |
| 8853 | | MID 5.0 Upgrade | (8,640.00) | (6,192.00) |
| 8853 | | MID 5.0 Upgrade | (1,890.00) | (1,354.50) |
| 8853 | | MID 5.0 Upgrade | (2,731.14) | (1,957.30) |
| 8853 | | MID 5.0 Upgrade | (2,025.00) | (1,451.25) |
| 8853 | | MID 5.0 Upgrade | (21,330.00) | (15,286.50) |
| 8853 | | MID 5.0 Upgrade | (11,745.00) | (8,417.25) |
| 8853 | | Giant Fans - 30% Deposit | (11,655.00) | (7,964.25) |
| 8853 | | Lighting Retrofit | (116,882.32) | (109,414.91) |
| 8853 | | MID 5.0 Planning | (60,263.17) | (43,188.54) |
| 8853 | | Ceiling Fans - FINAL | (23,985.75) | (16,390.31) |
| 8853 | | Security Cameras & Install | (27,728.27) | (18,947.61) |
| 8853 | | Security Camera Materials | (4,368.92) | (3,130.98) |
| 8853 | | EAS Installation | (1,822.93) | (1,306.47) |
| 8853 | | Scissor Gates | (8,757.43) | (8,319.55) |
| 8853 | | | (4,992.67) | (4,992.67) |
| 8853 | | | (2,500.00) | (2,500.00) |
| 8853 | | 1997 Capacity Y50, SN-9782 | 1,500.00 | 1,500.00 |
| | | | (15,470.05) | (15,470.05) |
| 8856 | Furniture & Fixtures | Fixture Acquisition Costs | 5,886.00 | 3,853.97 |
| 8856 | Furniture & Fixtures | Conveyor stands (62) | 2,872.80 | 1,846.80 |
| 8856 | Furniture & Fixtures | Conveyor stands (40) | 2,016.00 | 1,296.00 |
| 8856 | Equipment | EAS System | 4,261.40 | 2,739.50 |
| 8856 | Leasehold Improvement | Fire Inspection Repairs | 12,439.60 | 9,289.07 |
| 8856 | Furniture & Fixtures | Mezzanie/Skae Wheels | 20,851.64 | 13,652.97 |
| 8856 | Leasehold Improvement | New DC : Electrical Work | 13,000.00 | 9,858.43 |
| 8856 | Leasehold Improvement | New DC : Electrical Work | 2,600.00 | 1,971.57 |
| 8856 | Leasehold Improvement | New DC : Locks/Keys | 9,072.00 | 6,879.60 |
| 8856 | Furniture & Fixtures | New DC: Fixture Delivery | 2,725.00 | 1,784.24 |
| 8856 | Furniture & Fixtures | Pallet Trucks (20) | 7,538.40 | 4,935.94 |
| 8856 | Equipment | Motorola Radios (15) | 4,681.80 | 910.35 |
| 8856 | Leasehold Improvement | New DC : Electrical Work | 21,875.61 | 16,588.91 |
| 8857 | Furniture & Fixtures | New DC: Fixture Delivery | 4,800.00 | 3,142.94 |
| 9900 | Computer Software | Hitachi Program Project Management | 10,000.00 | 10,000.00 |
| 182 | Leasehold Improvement | Flood Repair (Insurance Reimb) | 34,417.26 | 34,417.26 |
| 8825 | Leasehold Improvement | HVAC | 3,509.98 | 2,172.70 |
| 8856 | Equipment | Security Camera System | 116,041.68 | 61,888.84 |
| 8856 | Equipment | AccessPro Control System | 19,190.22 | 10,234.70 |
| 8856 | Equipment | Metal Detector | 4,270.87 | 2,847.35 |
| 8856 | Equipment | New Sorter Parts | 26,345.00 | 17,563.36 |
| 8856 | Leasehold Improvement | Lunchroom Power | 16,900.00 | 12,815.93 |
| 8856 | Leasehold Improvement | Electrical Work | 11,670.00 | 8,849.75 |
| 8856 | Leasehold Improvement | Electrical Work | 13,910.00 | 10,664.24 |
| 8857 | Equipment | Conveyor Delivery | 1,500.00 | 982.06 |
| 8857 | Equipment | Conveyor Delivery | 950.00 | 622.01 |
| 8857 | Equipment | Conveyor Delivery | 250.00 | 163.58 |
| 8857 | Equipment | Metal Detector | 4,110.87 | 2,740.55 |
| 8857 | Equipment | Conveyor Delivery | 3,654.82 | 2,436.54 |
| 9900 | Computer Software | Hitachi Program Project Management | 10,000.00 | 10,000.00 |
| 9900 | Computer Software | Hitachi Program Project Management | 10,000.00 | 10,000.00 |
| 9900 | Computer Software | Hitachi Program Project Management | 4,000.00 | 4,000.00 |
| 8856 | Furniture & Fixtures | Electrical Work | 4,000.00 | 2,666.64 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 175 | Leasehold Improvement | Electrical Repairs : Lightpole | 3,526.32 | 2,644.74 |
| 182 | Leasehold Improvement | Store Remodel paid to LL | 4,389.40 | 2,677.87 |
| 8856 | Furniture & Fixtures | Sorter Spurs for shoe sorter | 3,200.00 | 2,133.20 |
| 8856 | Leasehold Improvement | Addition of Electrical circuits | 8,413.00 | 6,500.86 |
| 8856 | Equipment | Security System | 2,544.69 | 1,696.57 |
| 8856 | Leasehold Improvement | Project Management WE 3/29 | 3,580.00 | 2,736.36 |
| 8856 | Leasehold Improvement | Gardena Electric / Scissor Lift Rental | 23,708.91 | 18,120.95 |
| 8856 | Leasehold Improvement | Scissor Lift Rental | 1,673.94 | 1,293.51 |
| 8857 | Furniture & Fixtures | Conveyor Storage | 14,200.00 | 9,297.55 |
| 8857 | Furniture & Fixtures | Conveyor Storage | 14,200.00 | 9,466.60 |
| 101 | Equipment | EAS System Removal | 2,455.92 | 1,637.20 |
| 169 | Equipment | Lights/ballasts | 6,300.00 | 1,400.00 |
| 182 | Leasehold Improvement | Remodel of Store's façade | 4,389.40 | 2,677.87 |
| 8856 | Furniture & Fixtures | Skate Wheel 5'Gates | 5,800.00 | 4,004.70 |
| 8856 | Furniture & Fixtures | Pallet Racking/Sorter Handling Fees | 8,027.00 | 5,446.88 |
| 8856 | Furniture & Fixtures | Conveyor Move | 950.00 | 633.32 |
| 8856 | Furniture & Fixtures | Picnic Table | 6,829.89 | 4,715.83 |
| 8857 | Furniture & Fixtures | Delivery of DC Conveyors | 4,500.00 | 3,000.04 |
| 8857 | Furniture & Fixtures | Delivery of DC Racking | 3,250.00 | 2,166.68 |
| 8857 | Equipment | Metal Dector | 4,110.87 | 2,740.55 |
| 8857 | Furniture & Fixtures | Storage of Conveyors/DC Racking | 14,200.00 | 9,635.65 |
| 182 | Leasehold Improvement | Remodel of Store | 4,389.40 | 2,677.87 |
| 8856 | Leasehold Improvement | Moving of Cubicles | 10,860.00 | 8,458.90 |
| 8856 | Computer Equipment | Mouses / Cables | 4,858.22 | 2,753.00 |
| 8856 | Furniture & Fixtures | Shipping of Conveyors | 1,500.00 | 1,035.64 |
| 8857 | Furniture & Fixtures | Fixture Consulting | 2,896.83 | 2,034.58 |
| 8857 | Furniture & Fixtures | Storage of Conveyors/DC Racking | 14,200.00 | 9,973.75 |
| 9900 | Equipment | Photographic Equipment | (13,422.00) | (13,422.00) |
| 106 | Leasehold Improvement | Claim Reimbursement | (86,087.35) | (86,087.35) |
| 133 | Leasehold Improvement | Interior Lighting | 3,102.50 | 948.00 |
| 175 | Leasehold Improvement | Interior Lighting | 5,631.57 | 1,720.82 |
| 182 | Leasehold Improvement | Remodel thru Landlord | 4,389.40 | 2,677.87 |
| 8856 | Leasehold Improvement | Electrical Work | 11,750.00 | 9,352.16 |
| 8856 | Equipment | Camera System & Install | 6,749.64 | 4,660.54 |
| 8856 | Leasehold Improvement | Plumbing | 2,738.83 | 2,116.48 |
| 8856 | Equipment | Metal Detector | 4,234.20 | 2,973.95 |
| 8857 | Furniture & Fixtures | Storage of Conveyors/DC Racking | 14,200.00 | 10,142.80 |
| 9900 | | | 2,323.37 | 2,323.37 |
| 9900 | | | (100,000.00) | (100,000.00) |
| 123 | Leasehold Improvement | HVAC Repairs | 27,100.00 | 21,680.08 |
| 137 | Leasehold Improvement | Sprinkler System Repair | 3,450.00 | 1,150.08 |
| 160 | Leasehold Improvement | Door Repair | 3,396.61 | 2,688.86 |
| 175 | Leasehold Improvement | Interior Lighting | 5,150.00 | 1,573.50 |
| 175 | Leasehold Improvement | Interior Lighting | 3,550.00 | 1,183.36 |
| 175 | Leasehold Improvement | Interior Lighting | 1,600.00 | 533.44 |
| 182 | Leasehold Improvement | Remodel thru Landlord | 4,389.40 | 2,677.87 |
| 182 | Furniture & Fixtures | Shoe Fixtures | 11,292.40 | 8,200.51 |
| 500 | Leasehold Improvement | HVAC Repairs | 4,862.31 | 3,889.83 |
| 500 | Leasehold Improvement | HVAC Repairs | 3,078.15 | 2,462.55 |
| 8856 | Leasehold Improvement | Electric/Install Fans | 7,550.00 | 6,073.40 |
| 8856 | | Will be re-classed Per 9 | 575.00 | |
| 8856 | Leasehold Improvement | Electrical Materials | 18,232.99 | 14,512.03 |
| 8856 | Furniture & Fixtures | Conveyor Delivery | 367.78 | 253.90 |
| 8856 | Furniture & Fixtures | Conveyor Delivery | 419.20 | 289.46 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 8856 | Furniture & Fixtures | Conveyor Delivery | 205.38 | 141.68 |
| 8856 | Furniture & Fixtures | Plastic Step Stands (50) | 6,461.22 | 4,692.06 |
| 8857 | Furniture & Fixtures | Conveyors / Pallet Truck | 13,398.55 | 9,410.80 |
| 8857 | Furniture & Fixtures | Conveyors | 8,470.12 | 5,949.37 |
| 8857 | Leasehold Improvement | Entrance Sign Delivery | 2,702.96 | 1,834.10 |
| 8857 | Leasehold Improvement | 2" Yellow with Black Diagonal | 7,020.00 | 5,014.32 |
| 8857 | Furniture & Fixtures | Delivery of Warehouse Racks | 2,100.00 | 1,450.00 |
| 101 | Leasehold Improvement | Fire Alarm Testing/Repairs | 5,240.00 | - |
| 101 | Leasehold Improvement | Repair Project | 8,585.11 | 6,796.61 |
| 101 | Leasehold Improvement | Repair Project | 10,966.40 | 8,681.65 |
| 101 | Leasehold Improvement | Repair Project | 11,089.00 | 8,778.75 |
| 101 | Leasehold Improvement | Repair Project | 12,819.20 | 10,255.28 |
| 101 | Leasehold Improvement | Repair Project | 11,945.27 | 9,556.31 |
| 101 | Leasehold Improvement | Repair Project | 428.00 | 342.32 |
| 101 | Leasehold Improvement | Repair Project | 7,975.00 | 6,313.50 |
| 101 | Leasehold Improvement | Repair Project | 2,100.00 | 1,662.50 |
| 101 | Leasehold Improvement | Repair Project | 13,081.77 | 10,574.54 |
| 101 | Leasehold Improvement | Repair Project | 1,564.00 | 1,264.31 |
| 141 | Leasehold Improvement | HVAC | 2,295.70 | 1,639.78 |
| 157 | Leasehold Improvement | HVAC | 6,451.48 | 4,608.28 |
| 181 | Leasehold Improvement | HVAC | 12,000.00 | 8,571.36 |
| 182 | Leasehold Improvement | Store Remodel paid to LL | 4,389.40 | 2,677.87 |
| 186 | Leasehold Improvement | Renovation/Downsize | 552.00 | 446.20 |
| 186 | Leasehold Improvement | Renovation/Downsize | 460.00 | 368.08 |
| 186 | Leasehold Improvement | Renovation/Downsize | 901.60 | 721.36 |
| 186 | Leasehold Improvement | Renovation/Downsize | 1,501.60 | 1,201.36 |
| 186 | Leasehold Improvement | Renovation/Downsize | 364.20 | 291.24 |
| 192 | Leasehold Improvement | HVAC | 3,221.41 | 2,339.36 |
| 8857 | Furniture & Fixtures | Fixtures + Installation | 7,687.94 | 5,582.98 |
| 8857 | Furniture & Fixtures | Handling fees, Labor & Material | 2,200.00 | 1,597.63 |
| 8857 | | Rental of lift equipment to reclass in P12 | 1,240.00 | 1,240.00 |
| 8857 | Furniture & Fixtures | Loading/Stacking supplies | 1,480.00 | 1,074.74 |
| 8856 | Leasehold Improvement | HVAC | 4,146.40 | 3,011.12 |
| 8856 | Leasehold Improvement | HVAC | 12,600.00 | 9,150.00 |
| 186 | Leasehold Improvement | Renovation/Downsize | 505.72 | 413.10 |
| 8857 | Furniture & Fixtures | Racks | 3,140.45 | 2,317.87 |
| 100 | Leasehold Improvement | Plumbing | 3,117.72 | 2,416.26 |
| 157 | Leasehold Improvement | HVAC | 3,471.47 | 2,355.56 |
| 149 | Leasehold Improvement | Entrance Doors | 2,573.86 | 2,573.86 |
| 8857 | Furniture & Fixtures | Freight on Warehouse Racks | 2,350.00 | 1,622.52 |
| 8857 | Furniture & Fixtures | Freight on Stores Fixtures/Racking | 3,500.00 | 2,458.25 |
| 8857 | Furniture & Fixtures | Freight on Pallet Racking/Materials | 789.99 | 554.99 |
| 8857 | Furniture & Fixtures | Freight on Stores Fixtures/Racking | 3,600.00 | 2,528.50 |
| 8857 | Furniture & Fixtures | Freight on Pallet Racking/Materials | 789.98 | 554.98 |
| 8857 | Furniture & Fixtures | Freight on Stores Fixtures/Racking | 3,500.00 | 2,458.25 |
| 8857 | Furniture & Fixtures | Freight on Stores Fixtures/Racking | 2,875.00 | 2,053.48 |
| 8857 | Furniture & Fixtures | Freight on Stores Fixtures/Racking | 3,500.00 | 2,499.92 |
| 8857 | Furniture & Fixtures | Freight on Stores Fixtures/Racking | 3,500.00 | 2,499.92 |
| 8856 | Equipment | Gravity conveyor | 12,971.29 | 9,265.21 |
| 123 | Leasehold Improvement | 10 Ton Heat Pump Condenser | 20,000.00 | 14,047.50 |
| 101 | Leasehold Improvement | Wood flooring | 10,500.00 | 8,487.50 |
| 8856 | Equipment | Credits by Amex | (1,073.97) | (779.80) |
| 8856 | Equipment | Electrical Equipt. pd thru Amex | 9,492.66 | 6,780.42 |
| 128 | Leasehold Improvement | Air - other Service | 5,364.17 | 3,703.81 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 8856 | Leasehold Improvement | Whitehawk Construction | 9,797.70 | 8,001.40 |
| 182 | Leasehold Improvement | Reimbursement to LL for store remodel | 4,389.40 | 2,677.87 |
| 8856 | | Misposted Period 9 - Corrected Period 12 | 100,000.00 | 100,000.00 |
| 101 | Leasehold Improvement | Permit, Tiles @basement | 9,664.00 | 7,650.75 |
| 101 | Leasehold Improvement | Tiles @ basement | 3,100.40 | 2,454.40 |
| 101 | Leasehold Improvement | Tiles @ basement | 10,432.28 | 8,519.60 |
| 101 | Leasehold Improvement | Delivery of tiles to Whitehawk | 700.00 | 565.91 |
| 101 | Leasehold Improvement | Tiles @ basement | 12,417.00 | 10,243.92 |
| 101 | Leasehold Improvement | Tiles @ basement | 9,823.30 | 8,104.24 |
| 101 | Leasehold Improvement | Tiles @ basement & ground floor | 11,640.90 | 9,603.69 |
| 101 | Leasehold Improvement | Materials shipped to Whitehawk pd thru Amex | 2,827.82 | 2,309.28 |
| 118 | Leasehold Improvement | Add a ramp | 1,604.00 | 1,309.86 |
| 120 | Leasehold Improvement | Replace compressor | 3,130.00 | 2,310.28 |
| 136 | Leasehold Improvement | Plumbing job, main line snaking | 2,749.60 | 343.63 |
| 159 | Equipment | Light bulbs | 2,526.08 | 1,122.68 |
| 182 | Leasehold Improvement | Reimbursement to LL for store remodel | 4,389.40 | 2,677.87 |
| 8856 | Equipment | EAS tags | 20,379.60 | 7,925.40 |
| 8856 | Leasehold Improvement | Concrete, cement sidewalks | 19,903.13 | 17,249.37 |
| 8856 | Leasehold Improvement | Materials shipped to Whitehawk Construction | 908.71 | 787.59 |
| 8856 | Furniture & Fixtures | Electric & Lighting materials/scissor lift | 24,211.71 | 19,600.03 |
| 8857 | Furniture & Fixtures | Installation of emergency lights | 10,967.50 | 8,878.38 |
| 8857 | Leasehold Improvement | Repair mezzanine bathroom lights | 415.67 | 360.31 |
| 8857 | Furniture & Fixtures | Racks & Shelvings | 11,531.91 | 9,335.43 |
| 8857 | Leasehold Improvement | Install valved hose station | 8,800.00 | 7,626.72 |
| 8857 | Leasehold Improvement | Labor & Materials to service cambridge units | 3,069.80 | 2,660.52 |
| 9900 | Equipment | Install security camera/accesspro control | 3,433.81 | 2,518.13 |
| 9900 | Equipment | Install security camera/accesspro control | 3,153.56 | 2,365.16 |
| 101 | Leasehold Improvement | WhiteHawk Supplies | 5,494.51 | 4,807.66 |
| 111 | Leasehold Improvement | WhiteHawk Supplies/Lodging | 9,298.29 | 8,135.94 |
| 142 | Leasehold Improvement | HVAC | 4,003.00 | 3,145.30 |
| 182 | Leasehold Improvement | Storefront Construction | 4,389.40 | 2,677.87 |
| 9900 | | | 111,668.01 | 111,668.01 |
| 9900 | | MISPOTED - CORRECTED PER 12 | (5,790.63) | (5,790.63) |
| 101 | Leasehold Improvement | WhiteHawk Supplies | 6,988.34 | 6,172.98 |
| 111 | Leasehold Improvement | Emergency Light / Exit Sign | 3,838.44 | 3,390.58 |
| 136 | Leasehold Improvement | HVAC Leaks Repaired | 2,900.00 | 2,347.68 |
| 157 | Leasehold Improvement | Building Repairs - Freight Truck Damage | 4,900.00 | 4,287.55 |
| 165 | Leasehold Improvement | Light Pole Installation | 2,950.00 | 2,605.88 |
| 8857 | Furniture & Fixtures | Pallet Racking Install & Sorter Layout | 1,795.00 | 1,367.60 |
| 8856 | | Misposted Period 9 - Corrected Period 12 | (100,000.00) | (100,000.00) |
| 9900 | | MISPOTED - CORRECTED PER 12 | 5,790.63 | 5,790.63 |
| 8857 | | Rental of lift equipment misposted P9 | (1,240.00) | (1,240.00) |
| 113 | | MISPOSTED Period 12-16 - Corrected Period 1-17 | 41,527.07 | 41,527.07 |
| 182 | Leasehold Improvement | Exterior Improvements (Installments) | 4,389.40 | 2,677.87 |
| 9800 | Equipment | Thermostats - need store #s / Renegotiating price | 380,744.60 | 380,744.60 |
| 106 | Leasehold Improvement | HVAC | 1,564.00 | 1,191.60 |
| 121 | Leasehold Improvement | HVAC | 2,047.00 | 1,608.34 |
| 129 | Leasehold Improvement | HVAC | 1,500.00 | 1,124.94 |
| 133 | Leasehold Improvement | HVAC | 2,600.00 | 2,011.95 |
| 137 | Leasehold Improvement | HVAC | 1,500.00 | 1,160.66 |
| 144 | Leasehold Improvement | HVAC | 1,583.00 | 1,206.00 |
| 166 | Leasehold Improvement | HVAC | 1,591.00 | 1,193.26 |
| 500 | Leasehold Improvement | HVAC | 2,039.71 | 1,578.39 |
| 9900 | Leasehold Improvement | HVAC | 1,840.00 | 1,445.80 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 128 | Leasehold Improvement | HVAC | 1,580.61 | 1,204.21 |
| 129 | Leasehold Improvement | HVAC | 2,100.21 | 1,600.21 |
| 181 | Leasehold Improvement | HVAC | 2,404.25 | 1,803.23 |
| 181 | Leasehold Improvement | HVAC | 1,955.33 | 1,489.73 |
| 181 | Leasehold Improvement | HVAC | 1,623.59 | 1,217.66 |
| 148 | Leasehold Improvement | | (6,939.65) | (3,650.92) |
| 148 | Leasehold Improvement | | (37,885.06) | (19,930.77) |
| 148 | Leasehold Improvement | | (1,935.74) | (870.03) |
| 148 | Leasehold Improvement | | (1,935.73) | (1,042.28) |
| 148 | Leasehold Improvement | | (5,819.00) | (2,627.76) |
| 148 | Leasehold Improvement | | (5,111.75) | (4,381.55) |
| 148 | Leasehold Improvement | | (6,362.67) | (5,453.67) |
| 148 | Leasehold Improvement | Electrical Work | (5,041.51) | (4,579.40) |
| 148 | Computer Equipment | | (3,218.56) | - |
| 148 | Computer Equipment | | (606.04) | - |
| 149 | Leasehold Improvement | Entrance Doors | (2,573.86) | (2,573.86) |
| 149 | Leasehold Improvement | | (17,334.84) | (160.45) |
| 149 | Leasehold Improvement | | (17,502.09) | (161.96) |
| 149 | Leasehold Improvement | | (21,302.40) | (197.36) |
| 149 | Leasehold Improvement | | (25,000.00) | (231.52) |
| 149 | Leasehold Improvement | | (10,130.84) | (4,555.21) |
| 149 | Leasehold Improvement | | (10,130.84) | (4,052.43) |
| 149 | Leasehold Improvement | | (1,252.50) | (500.93) |
| 149 | Leasehold Improvement | | (3,757.50) | (1,743.48) |
| 149 | Leasehold Improvement | | (15,525.40) | (7,563.40) |
| 149 | Leasehold Improvement | Fire Sprinkler Repairs | (4,329.63) | (3,391.55) |
| 149 | Leasehold Improvement | HVAC | (4,987.50) | (3,562.38) |
| 9900 | Leasehold Improvement | NEED TO RECONCILE | 50,000.00 | 50,000.00 |
| 101 | Leasehold Improvement | Tile @ Basement & Ground Floor | 12,172.75 | 10,143.95 |
| 101 | Leasehold Improvement | Tile @ Basement & Ground Floor | 10,649.58 | 8,874.58 |
| 101 | Leasehold Improvement | Tile @ Basement & Ground Floor | 7,602.36 | 6,398.71 |
| 101 | Leasehold Improvement | Tile @ Basement & Ground Floor | 5,090.10 | 4,326.54 |
| 101 | Leasehold Improvement | Tile @ Basement & Ground Floor | 6,578.72 | 5,591.96 |
| 101 | Leasehold Improvement | Asbestos Removal | 23,975.00 | 19,979.20 |
| 101 | Leasehold Improvement | Delivery of sand for Tile Removal | 800.00 | 666.60 |
| 101 | Leasehold Improvement | Delivery of sand for Tile Removal | 800.00 | 666.60 |
| 101 | Leasehold Improvement | Delivery of sand for Tile Removal | 700.00 | 583.40 |
| 101 | Leasehold Improvement | Delivery of sand for Tile Removal | 700.00 | 583.40 |
| 101 | Leasehold Improvement | WhiteHawk Tile project : Labor | 401.48 | 334.48 |
| 101 | Leasehold Improvement | WhiteHawk Tile project : Labor | 1,003.70 | 836.50 |
| 101 | Leasehold Improvement | WhiteHawk Tile project : Labor | 169.04 | 140.84 |
| 101 | Leasehold Improvement | WhiteHawk Tile project : Labor | 52.83 | 44.03 |
| 101 | Leasehold Improvement | WhiteHawk Tile project : Labor | 169.04 | 142.25 |
| 101 | Leasehold Improvement | WhiteHawk Tile project : Labor | 1,236.15 | 1,040.45 |
| 101 | Leasehold Improvement | WhiteHawk Tile project : Labor | 253.56 | 213.47 |
| 101 | Leasehold Improvement | WhiteHawk Tile project : Labor | 25.00 | 21.01 |
| 101 | Leasehold Improvement | | 1,591.30 | 1,326.10 |
| 101 | Leasehold Improvement | | 7,408.30 | 6,111.76 |
| 101 | Leasehold Improvement | | 1,619.20 | 1,335.91 |
| 101 | Leasehold Improvement | | 1,108.59 | 886.83 |
| 113 | | | (41,527.07) | (41,527.07) |
| 118 | Leasehold Improvement | ADA Ramp Project | 3,187.21 | 2,629.45 |
| 124 | Leasehold Improvement | Roof Repair | 3,342.29 | 2,868.84 |
| 137 | Leasehold Improvement | Rear Door Repairs | 1,553.62 | 517.94 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 160 | Leasehold Improvement | Locks & Keys | 1,805.60 | 1,003.04 |
| 175 | Leasehold Improvement | Lighting CREDIT | (5,150.00) | (3,755.10) |
| 175 | Leasehold Improvement | Plumbing | 1,827.68 | 1,504.00 |
| 182 | Leasehold Improvement | Exterior Improvements (Installments) | 4,389.40 | 3,311.77 |
| 183 | Leasehold Improvement | Ceiling Tiles | 1,726.83 | 1,115.17 |
| 8856 | Leasehold Improvement | Reimb Cemex | 1,414.55 | 1,190.54 |
| 9900 | Leasehold Improvement | Labor | 3,603.98 | 2,973.35 |
| 9900 | Leasehold Improvement | Labor | 2,505.00 | 2,108.28 |
| 9900 | Leasehold Improvement | Labor | 4,255.48 | 3,617.20 |
| 9900 | Leasehold Improvement | Labor | 3,160.20 | 2,686.08 |
| 9900 | Leasehold Improvement | Labor | 1,389.20 | 1,169.18 |
| 9900 | Leasehold Improvement | Labor | 768.81 | 647.02 |
| 9900 | Leasehold Improvement | Labor | 1,159.20 | 975.66 |
| 9900 | Leasehold Improvement | Labor | 1,661.25 | 1,384.45 |
| 114 | Leasehold Improvement | Front Elevation Sign | 1,245.01 | - |
| 142 | Leasehold Improvement | Electrical & Lighting | 9,717.00 | 6,957.13 |
| 175 | Leasehold Improvement | Plumbing Repairs | 4,250.00 | 3,408.64 |
| 177 | Leasehold Improvement | Channel Letter Sign | 23,069.44 | 16,805.40 |
| 182 | Leasehold Improvement | Storefront Construction | 4,389.40 | 3,311.77 |
| 101 | Leasehold Improvement | Labor | 547.38 | 447.06 |
| 101 | Leasehold Improvement | Basement Down Escalator DEPOSIT | 8,600.00 | 7,381.61 |
| 111 | Leasehold Improvement | Broken window repairs | 2,178.00 | 1,851.30 |
| 118 | Leasehold Improvement | Roof Project - Labor | 1,113.20 | 964.72 |
| 123 | Leasehold Improvement | HVAC | 2,331.46 | 1,887.30 |
| 123 | Leasehold Improvement | Roof Repairs | 4,622.07 | 4,005.75 |
| 165 | Leasehold Improvement | HVAC | 1,700.00 | 1,396.40 |
| 168 | Leasehold Improvement | Grounds repairs | 2,350.00 | 1,762.45 |
| 173 | Leasehold Improvement | Roof Repairs | 2,796.33 | 2,423.53 |
| 174 | Leasehold Improvement | HVAC | 1,620.00 | 1,214.91 |
| 174 | Leasehold Improvement | HVAC | 1,800.00 | 1,349.97 |
| 175 | Leasehold Improvement | Parking Light | 10,000.00 | 8,437.45 |
| 179 | Leasehold Improvement | HVAC | 7,095.04 | 5,743.68 |
| 182 | Leasehold Improvement | Exterior Improvements (Installments) | 4,389.40 | 3,311.77 |
| 186 | Leasehold Improvement | Roof Project - Labor | 1,582.40 | 1,371.36 |
| 503 | Leasehold Improvement | Roof Leaks | 3,763.91 | 3,046.95 |
| 503 | Leasehold Improvement | Electrical | 2,350.00 | 1,790.40 |
| 8857 | | Will re-class to Store 551 Per 6 | 2,201.68 | 2,201.68 |
| 8857 | | Will re-class to Store 546 Per 6 | 13,128.70 | 13,128.70 |
| 9900 | Leasehold Improvement | Plumbing | 3,291.20 | 2,852.32 |
| 101 | Leasehold Improvement | Escalator Repair | 5,000.00 | 3,708.23 |
| 101 | Leasehold Improvement | Escalator Repair | 1,800.00 | 1,575.00 |
| 101 | Leasehold Improvement | Escalator Repair | 5,900.00 | 5,162.45 |
| 101 | Leasehold Improvement | Escalator Repair | 5,478.00 | 4,838.90 |
| 123 | Leasehold Improvement | HVAC | 3,056.84 | 2,547.38 |
| 170 | Leasehold Improvement | HVAC | 2,744.00 | 2,286.62 |
| 175 | Leasehold Improvement | | 10,000.00 | 8,437.45 |
| 182 | Leasehold Improvement | Exterior Improvements (Installments) | 4,389.40 | 3,311.77 |
| 187 | Leasehold Improvement | HVAC | 2,772.83 | 2,310.69 |
| 192 | Equipment | Bulbs & Ballasts | 1,920.36 | 1,173.60 |
| 101 | | | 14,500.00 | 14,500.00 |
| 101 | Equipment | Bulbs & Ballasts | 3,669.50 | 2,242.48 |
| 113 | Equipment | EAS System | 1,852.50 | 1,499.70 |
| 115 | Leasehold Improvement | Failed Indoor Blower Motor | 1,550.00 | 710.46 |
| 120 | Leasehold Improvement | HVAC | 2,794.90 | 2,362.39 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 123 | | | 35.63 | 35.63 |
| 133 | Leasehold Improvement | Awnings - Deposit | 4,175.00 | 3,131.30 |
| 133 | Leasehold Improvement | Awnings - Final | 4,175.00 | 3,131.30 |
| 133 | Leasehold Improvement | Window Repairs | 1,750.00 | 1,370.79 |
| 174 | Leasehold Improvement | HVAC | 7,279.72 | 6,153.14 |
| 175 | Leasehold Improvement | | 10,000.00 | 8,437.45 |
| 182 | Leasehold Improvement | Ext. Improv. Ovrpmt CREDIT | (4,389.40) | (3,311.77) |
| 183 | Leasehold Improvement | HVAC | 5,216.87 | 3,477.99 |
| 185 | Leasehold Improvement | HVAC | 1,640.16 | 1,386.27 |
| 185 | Leasehold Improvement | HVAC | 2,480.00 | 2,096.24 |
| 192 | Leasehold Improvement | HVAC | 1,819.28 | 1,516.04 |
| 8856 | | | 4,445.18 | 4,445.18 |
| 8856 | | Misposted - Will Reverse Per 6 | 1,827.68 | 1,827.68 |
| 8856 | | Misposted - Will Reverse Per 6 | 1,805.60 | 1,805.60 |
| 9900 | | | 2,554.66 | 2,554.66 |
| 9900 | | Misposted - Will Reclass to 8857 per 6 | 3,071.32 | 3,071.32 |
| 101 | Leasehold Improvement | HVAC | 2,945.00 | 2,489.22 |
| 101 | Leasehold Improvement | Elevator Project | 5,484.63 | 4,890.40 |
| 101 | Leasehold Improvement | DWP Vault Exhaust | 7,410.00 | 6,545.50 |
| 106 | Leasehold Improvement | Signage Survey | 257.50 | 214.52 |
| 107 | Leasehold Improvement | Signage | 1,737.39 | 1,468.55 |
| 113 | Equipment | Bulbs & Ballasts | 1,936.84 | 1,237.44 |
| 120 | Leasehold Improvement | Plumbing | 1,792.00 | 1,378.08 |
| 123 | Leasehold Improvement | HVAC | 6,586.67 | 5,567.34 |
| 123 | Leasehold Improvement | HVAC | 5,846.00 | 5,010.80 |
| 128 | Leasehold Improvement | Metal Main Doors | 3,769.00 | 2,191.97 |
| 133 | Leasehold Improvement | Awning Replaement | 4,175.00 | 1,095.04 |
| 134 | Leasehold Improvement | HVAC | 1,654.95 | 1,398.85 |
| 164 | Leasehold Improvement | Emergency Lights | 3,279.20 | 2,351.65 |
| 165 | Leasehold Improvement | HVAC | 2,649.00 | 2,270.52 |
| 165 | Leasehold Improvement | Wall & Pole Damage | 3,064.00 | 2,078.21 |
| 165 | Leasehold Improvement | Roof Ladder Access | 2,268.50 | 1,538.68 |
| 168 | Leasehold Improvement | HVAC Blower & Disconnect Switch | 5,163.00 | 4,425.48 |
| 169 | Leasehold Improvement | Plumbing | 1,750.25 | 1,380.66 |
| 174 | Leasehold Improvement | HVAC - Deposit | 4,796.00 | 4,110.80 |
| 175 | | | 10,000.00 | 10,000.00 |
| 182 | Equipment | Bulbs & Ballasts | 2,360.00 | 1,573.28 |
| 183 | Leasehold Improvement | Replace Ceiling Tiles | 1,627.00 | 1,139.61 |
| 188 | Leasehold Improvement | HVAC | 2,668.00 | 2,286.88 |
| 189 | Equipment | Bulbs & Ballasts | 2,418.00 | 1,544.79 |
| 192 | Leasehold Improvement | Auto Door Repairs | 2,957.58 | 2,637.13 |
| 192 | Leasehold Improvement | Parking Lot Light Repairs | 1,868.40 | 1,665.99 |
| 192 | Leasehold Improvement | Roof Leaks | 2,995.34 | 2,695.82 |
| 192 | Leasehold Improvement | HVAC | 2,736.56 | 2,280.44 |
| 192 | Equipment | Bulbs & Ballasts | 1,595.00 | 1,018.97 |
| 8857 | Furniture & Fixtures | Gravity Conveyer 30"x24' | 2,751.80 | 2,293.16 |
| 8856 | | Correct Per 5 Entry | (1,827.68) | (1,827.68) |
| 8856 | | Correct Per 5 Entry | (1,805.60) | (1,805.60) |
| 8856 | Equipment | Yard Goat Repairs | 10,692.51 | 9,037.74 |
| 8856 | Equipment | Yard Goat Repairs | 9,310.58 | 7,869.66 |
| 8857 | | Reclassed to Store 551 | (2,201.68) | (2,201.68) |
| 8857 | | Reclassed to Store 546 | (13,128.70) | (13,128.70) |
| 8857 | Furniture & Fixtures | Industrial pallet Truck | 3,071.32 | 2,486.36 |
| 9900 | | Deposit on 1735 Register Computers/360 Servers | 200,000.00 | 200,000.00 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 9900 | | Reclassed to 8857 | (3,071.32) | (3,071.32) |
| 101 | Leasehold Improvement | PFP Systems testing | 4,850.00 | 4,284.12 |
| 101 | Leasehold Improvement | High Rise Testing | 6,800.00 | 6,063.29 |
| 101 | Leasehold Improvement | Ceiling Tile Repair | 1,401.00 | 1,249.16 |
| 101 | Leasehold Improvement | Concrete Repair | 1,699.98 | 1,501.60 |
| 101 | Equipment | Bulbs & Ballasts | 2,675.00 | 1,634.66 |
| 106 | Leasehold Improvement | Awnings Repairs | 3,144.48 | 2,777.68 |
| 113 | Equipment | Bulbs & Ballasts | 1,675.00 | 1,023.58 |
| 120 | Leasehold Improvement | Sign Repair | 3,119.29 | 2,599.47 |
| 121 | Equipment | | 4,400.00 | 4,400.00 |
| 123 | Leasehold Improvement | HVAC | 9,800.00 | 8,516.63 |
| 147 | Leasehold Improvement | Rear Rec. Door Improv. | 5,626.00 | 4,423.84 |
| 147 | Leasehold Improvement | HVAC | 2,953.91 | 2,567.04 |
| 161 | Leasehold Improvement | Hot Water Tank Repair | 6,044.90 | 3,648.55 |
| 165 | Leasehold Improvement | Landscaping - DEPOSIT | 6,000.00 | 4,198.20 |
| 173 | Equipment | EAS Systems | 5,267.86 | 4,515.34 |
| 175 | Equipment | | 9,900.00 | 9,900.00 |
| 175 | Equipment | | 5,272.00 | 5,272.00 |
| 182 | Leasehold Improvement | Ext. Improv. Ovrpmt CREDIT | (4,389.40) | (3,311.77) |
| 182 | Equipment | Bulbs & Ballasts | 3,073.75 | 2,049.19 |
| 184 | Equipment | Bulbs & Ballasts | 1,675.00 | 1,023.58 |
| 189 | Leasehold Improvement | HVAC | 2,491.42 | 2,491.42 |
| 9900 | Leasehold Improvement | Diesel Fire Pump Replacement | 6,517.39 | 5,648.43 |
| 9900 | Equipment | Coca Cola Project | 17,205.00 | 17,205.00 |
| 9900 | Equipment | Monthly Serv. Payment | 6,363.63 | 6,363.63 |
| 101 | Leasehold Improvement | Electrical Improvement | 2,201.86 | 2,000.01 |
| 101 | Leasehold Improvement | Food Court Demo (PROJECT) | 12,112.60 | 12,112.60 |
| 101 | Leasehold Improvement | Food Court Demo (PROJECT) | 8,437.55 | 8,437.55 |
| 118 | Furniture & Fixtures | Store Fixtures | 5,271.43 | 4,581.07 |
| 118 | Equipment | Bulbs and Ballasts | 4,950.46 | 3,300.34 |
| 121 | Leasehold Improvement | HVAC | 2,147.00 | 1,891.40 |
| 161 | Leasehold Improvement | Upgraded Front Auto Doors (Deposit) | 1,750.00 | 1,101.90 |
| 161 | Leasehold Improvement | Upgraded Front Auto Doors (Finished) | 1,825.00 | 1,149.10 |
| 165 | Equipment | Bulbs and Ballasts | 1,614.72 | 1,076.52 |
| 165 | Leasehold Improvement | Landscaping | 7,000.00 | 5,019.56 |
| 167 | Leasehold Improvement | HVAC | 2,468.47 | 2,115.79 |
| 169 | Equipment | Bulbs and Ballasts | 2,850.00 | 1,979.13 |
| 173 | Equipment | Bulbs and Ballasts | 5,100.00 | 3,258.29 |
| 174 | Leasehold Improvement | HVAC (50%) of Pmt | 4,797.00 | 4,111.68 |
| 179 | Leasehold Improvement | HVAC | 1,716.14 | 1,511.84 |
| 179 | Leasehold Improvement | HVAC | 1,909.36 | 1,659.33 |
| 185 | Leasehold Improvement | HVAC | 3,772.85 | 3,233.93 |
| 186 | Leasehold Improvement | Pole Installation (Street Light) | 5,665.60 | 5,099.08 |
| 187 | Leasehold Improvement | Repaired Electrical Lighting System | 2,466.98 | 1,540.23 |
| 192 | Leasehold Improvement | Storm Harvey Repairs | 1,749.56 | 1,603.76 |
| 8815 | | Upgrade Checkout 9.1 (CC Chip?) PROJECT | 1,535.41 | 1,535.41 |
| 8815 | | Upgrade Checkout 9.1 (CC Chip?) PROJECT | 1,760.56 | 1,760.56 |
| 8815 | | Upgrade Checkout 9.1 (CC Chip?) PROJECT | 29,410.00 | 29,410.00 |
| 8815 | | Upgrade Checkout 9.1 (CC Chip?) PROJECT | 454.59 | 454.59 |
| 8815 | | Upgrade Checkout 9.1 (CC Chip?) PROJECT | 1,181.07 | 1,181.07 |
| 8815 | | Upgrade Checkout 9.1 (CC Chip?) PROJECT | 38,335.00 | 38,335.00 |
| 8815 | | Upgrade Checkout 9.1 (CC Chip?) PROJECT | 1,550.57 | 1,550.57 |
| 8815 | Comp Equipment | Replace Comp & Servers in 360 Stores | 8,539.00 | 8,539.00 |
| 8815 | | (project don't capitalize yet) | 43,180.00 | 43,180.00 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 8815 | Comp Equipment | MCM & EMV Licenses (50%) | 158,040.00 | 158,040.00 |
| 8815 | Comp Equipment | MCM & EMV Licenses (30%) | 18,480.00 | 18,480.00 |
| 8815 | Comp Equipment | Replace Comp & Servers in 360 Stores | 698,986.96 | 698,986.96 |
| 8856 | Equipment | Security Cameras | 2,810.00 | 2,248.04 |
| 101 | Leasehold Improvement | Tempered Glass Installments | 1,898.75 | 1,756.37 |
| 101 | Leasehold Improvement | Food Court Demo (PROJECT) | 13,359.12 | 13,359.12 |
| 101 | Leasehold Improvement | Food Court Demo (PROJECT) | 5,517.01 | 5,517.01 |
| 106 | Leasehold Improvement | Plumbing Repair | 3,431.25 | 3,145.35 |
| 118 | Equipment | Lamps and Ballasts | 3,790.00 | 2,526.64 |
| 118 | Leasehold Improvement | Elevator Repair | 2,250.00 | 1,968.75 |
| 121 | | INV canceled in PER 10 | 2,235.00 | 2,235.00 |
| 132 | Equipment | Bulbs and Ballasts | 2,250.00 | 1,500.00 |
| 152 | Leasehold Improvement | HVAC | 2,536.00 | 2,234.10 |
| 165 | Equipment | Lamps and Ballasts | 1,850.00 | 1,233.32 |
| 175 | Leasehold Improvement | Parking Lot Light Installed | 8,524.74 | 7,650.12 |
| 8815 | Computer Equipment | Upgrade Checkout 9.1 (CC Chip?) PROJECT | 1,817.51 | 1,817.51 |
| 8815 | Computer Equipment | Upgrade Checkout 9.1 (CC Chip?) PROJECT | 995.90 | 995.90 |
| 8815 | Computer Equipment | Upgrade Checkout 9.1 (CC Chip?) PROJECT | 1,745.77 | 1,745.77 |
| 8815 | Computer Equipment | Upgrade Checkout 9.1 (CC Chip?) PROJECT | 1,048.89 | 1,048.89 |
| 8815 | Computer Equipment | Upgrade Checkout 9.1 (CC Chip?) PROJECT | 52,190.00 | 52,190.00 |
| 8815 | Computer Equipment | POS Improvement (PROJECT) | 955.00 | 955.00 |
| 8856 | Equipment | Forklift Repair | 1,696.07 | 1,554.77 |
| 8856 | Equipment | Trailer, Bobcat, Breaker Repairs | 4,506.00 | 4,130.50 |
| 8857 | Leasehold Improvement | Roof Repair | 1,603.13 | 1,116.67 |
| 8857 | | THIS WAS RC'd to 650-222 Repair and Maint. Should c | (934.00) | (934.00) |
| 101 | Leasehold Improvement | Food Court Demo (PROJECT) | 5,399.36 | 5,399.36 |
| 101 | Leasehold Improvement | Food Court Demo (PROJECT) | 4,638.10 | 4,638.10 |
| 101 | Leasehold Improvement | Food Court Demo (PROJECT) | 1,530.20 | 1,530.20 |
| 101 | Leasehold Improvement | Food Court Demo (PROJECT) | 15,996.33 | 15,996.33 |
| 101 | Leasehold Improvement | New Fire Alarm Panel (PROJECT) | 2,500.00 | 2,500.00 |
| 111 | Leasehold Improvement | Emergency Exit Door Repair | 3,031.31 | 2,778.71 |
| 118 | Leasehold Improvement | HVAC | 1,704.00 | 1,521.39 |
| 121 | | | (2,235.00) | (2,235.00) |
| 132 | Equipment | Bulbs & Ballasts for Exit and Emerg Signs | 2,967.23 | 1,978.19 |
| 146 | LeaseHold Improvement | Fire Sprinkler System | 1,714.00 | 1,428.30 |
| 146 | Equipment | Bulbs & Ballasts for Exit and Emerg Signs | 1,791.70 | 1,294.00 |
| 160 | Leasehold Improvement | HVAC | 2,147.50 | 1,942.94 |
| 179 | LeaseHold Improvement | HVAC | 2,002.80 | 1,764.40 |
| 503 | Equipment | Bulbs and Ballasts | 3,976.70 | 2,651.18 |
| 8815 | Computer Equipment | POS Install (PROJECT?) | 1,646.95 | 1,646.95 |
| 8815 | Computer Equipment | POS Install (PROJECT?) | 839.87 | 839.87 |
| 8815 | Computer Equipment | POS Install (PROJECT?) | 2,674.13 | 2,674.13 |
| 8815 | Computer Equipment | POS Install (PROJECT?) | 1,048.56 | 1,048.56 |
| 8815 | Computer Equipment | POS Install (PROJECT?) | 6,006.71 | 6,006.71 |
| 8815 | Computer Equipment | POS Install (PROJECT?) | 450,902.58 | 450,902.58 |
| 8857 | | | 8,300.00 | 8,300.00 |
| 8857 | | | (8,300.00) | (8,300.00) |
| 9900 | Leasehold Improvement | Fire Alarm System Installation | 2,610.00 | 1,957.50 |
| 100 | Leasehold Improvement | Elevator Repair (PROJECT) CAP after INV#68523 is pai | 2,791.46 | 2,791.46 |
| 101 | Equipment | Bulbs and Ballasts (PROJECT) | 1,520.49 | 1,520.49 |
| 101 | Leasehold Improvement | Fire Alarm Repair  (PROJECT) | 2,000.00 | 2,000.00 |
| 101 | Leasehold Improvement | Escalator Repair (PROJECT) | 2,246.78 | 2,246.78 |
| 101 | Leasehold Improvement | HVAC-Remove old ductwork (PROJECT) | 2,160.00 | 2,160.00 |
| 111 | Leasehold Improvement | Elevator Repair | 1,688.00 | 1,547.30 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 111 | Leasehold Improvement | HVAC (NOT PAID YET) | 838.00 | 838.00 |
| 111 | Leasehold Improvement | HVAC (50%) Finished | 3,275.00 | 2,924.09 |
| 111 | Leasehold Improvement | HVAC (50%) Finished | 3,275.00 | 2,963.08 |
| 115 | Equipment | Bulbs and Ballasts | 1,750.00 | 1,361.12 |
| 118 | Leasehold Improvement | Renovations | 6,789.23 | 6,336.59 |
| 118 | Furniture & Fixtures | Fixtures | 2,464.16 | 2,258.78 |
| 122 | Equipment | Bulbs and Ballasts | 2,175.00 | 1,691.64 |
| 132 | Leasehold Improvement | Door Repair | 2,300.89 | 2,166.70 |
| 132 | Leasehold Improvement | Fire Sprinkler System | 3890.28 | 3,436.40 |
| 134 | Leasehold Improvement | HVAC (50%) - Not Finished (NOT PAID YET) | 3,125.00 | 3,125.00 |
| 141 | Leasehold Improvement | HVAC ("Repairs Complete"-Project?) (NOT PAID YET) | 6,048.00 | 6,048.00 |
| 147 | Leasehold Improvement | HVAC | 996.00 | 865.54 |
| 147 | Leasehold Improvement | HVAC | 3,100.00 | 2,767.90 |
| 157 | Equipment | Bulbs and Ballasts | 2,400.00 | 1,866.64 |
| 157 | Equipment | Bulbs and Ballasts | 1,701.57 | 1,276.14 |
| 159 | Equipment | Bulbs and Ballasts | 2,154.30 | 1,615.74 |
| 161 | Leasehold Improvement | Automatic Door Repair | 2,225.00 | 1,504.92 |
| 165 | | | 7787 | 7,787.00 |
| 165 | | | -7,787.00 | (7,787.00) |
| 165 | Leasehold Improvement | Concrete Project - Labor (PROJECT) wait a little longer | 1,186.80 | 1,186.80 |
| 166 | Leasehold Improvement | HVAC | 1489.04 | 1,240.82 |
| 166 | Leasehold Improvement | HVAC (NOT PAID YET) | 2,092.00 | 2,092.00 |
| 167 | Leasehold Improvement | HVAC (NOT PAID YET) | 838.00 | 838.00 |
| 167 | Leasehold Improvement | HVAC | 992.50 | 886.12 |
| 169 | Leasehold Improvement | Fire Sprinkler System | 10042.61 | 8,870.95 |
| 173 | Leasehold Improvement | Door Repair | 1688.34 | 1,575.78 |
| 181 | Equipment | EAS System | 1254.67 | 1,150.09 |
| 182 | Leasehold Improvement | Exit and Emergency Lights | 1715.23 | 1,531.45 |
| 186 | Leasehold Improvement | Installed Glass Windows | 2,047.12 | 1,927.70 |
| 188 | Equipment | Bulbs and Ballasts | 1,675.00 | 1,349.29 |
| 503 | Equipment | Bulbs and Ballasts | 2650 | 2,061.12 |
| 8815 | Computer Equipment? | POS -Checkout 9.1 Upgrade (Project) | 1,698.87 | 1,698.87 |
| 8815 | Computer Equipment? | POS -Checkout 9.1 Upgrade (Project) | 527.42 | 527.42 |
| 8815 | Computer Equipment? | POS -Checkout 9.1 Upgrade (Project) | 570.61 | 570.61 |
| 8815 | Computer Equipment? | POS -Checkout 9.1 Upgrade (Project) | 2,138.36 | 2,138.36 |
| 8815 | Computer Equipment? | POS -Checkout 9.1 Upgrade (Project) | 1,540.79 | 1,540.79 |
| 8815 | Computer Equipment? | POS -Checkout 9.1 Upgrade (Project) | 33,490.00 | 33,490.00 |
| 8815 | Computer Equipment? | POS -Checkout 9.1 Upgrade (Project) | 1,955.00 | 1,955.00 |
| 8856 | Leasehold Improvement | Plumbing Repairs | 1,605.00 | 1,476.12 |
| 8856 | Leasehold Improvement | Fire Extinguishers & Inspection | 1927.1 | 1,790.67 |
| 8856 | Leasehold Improvement | Electric and Plumbing Repairs | 3087.3 | 2,839.62 |
| 8857 | Leasehold Improvement | Electric and Plumbing Repairs | 2431.41 | 1,863.33 |
| 9900 | | NOT SURE IF THIS CANCELS - OR IF IT IS A LEGIT CRED | -2,900.00 | (2,900.00) |
| 101 | Leasehold Improvement | Food Court PROJECT | 6,146.42 | 6,146.42 |
| 101 | Leasehold Improvement | Food Court PROJECT (Conveyor) (50%) | 5,399.36 | 5,399.36 |
| 101 | Leasehold Improvement | Food Court PROJECT (Escalator) | 11,526.81 | 11,526.81 |
| 117 | Leasehold Improvement | Repaired Emergency Doors | 6,710.00 | 6,710.00 |
| 117 | Furniture & Fixtures | Bulbs and Ballasts (PROJECT?) | 1,562.38 | 1,562.38 |
| 117 | Leasehold Improvement | Fire Damage PROJECT | 1,540.61 | 1,540.61 |
| 117 | Leasehold Improvement | Fire Damage PROJECT | 132.41 | 132.41 |
| 117 | Leasehold Improvement | Fire Damage PROJECT | 1,196.00 | 1,196.00 |
| 120 | Leasehold Improvement | Installed New Thermostats | 1564.21 | 1,374.37 |
| 121 | Equipment | Bulbs and Ballasts | 2064.83 | 1,605.95 |
| 121 | Equipment | Bulbs and Ballasts | 2628 | 2,117.00 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 121 | Leasehold Improvement | Exterior Painting | 4172.2 | 3,555.04 |
| 124 | Leasehold Improvement | Roof Leak | 1577.8 | 1,498.90 |
| 132 | Leasehold Improvement | Fire Sprinkler System Repair | 1,602.29 | 1,442.09 |
| 136 | Leasehold Improvement | HVAC | 3732 | 3,732.00 |
| 159 | Equipment | Bulbs and Ballasts | 2,850.00 | 2,137.47 |
| 161 | Leasehold Improvement | Front Doors-REVERSE Already CAP in PER08 -Credit | -1,825.00 | (1,149.10) |
| 161 | Leasehold Improvement | CREDIT (CHECK PREVIOS INVOICES) | -213.14 | (134.24) |
| 177 | Equipment | Bulbs and Ballasts | 1595 | 1,284.83 |
| 186 | Furniture & Fixtures | Bulbs and Ballasts PROJECT? | 2,682.75 | 2,682.75 |
| 186 | Leasehold Improvement | Side Walks - ADA Compliant PROJECT | 4,987.55 | 4,987.55 |
| 186 | Leasehold Improvement | Elevator Repair PROJECT? | 1,650.00 | 1,650.00 |
| 186 | Leasehold Improvement | Side Walks - ADA Compliant PROJECT | 12,558.28 | 12,558.28 |
| 186 | Leasehold Improvement | Side Walks - ADA Compliant PROJECT | 7,761.16 | 7,761.16 |
| 186 | Leasehold Improvement | Side Walks - ADA Compliant PROJECT | 6,598.46 | 6,598.46 |
| 8815 | Computer Equipment? | POS Upgrade - PROJECT | 6,700.14 | 6,700.14 |
| 8815 | Computer Equipment? | POS Upgrade - PROJECT | 850.00 | 850.00 |
| 8815 | Computer Equipment? | POS Upgrade - PROJECT | 48,300.00 | 48,300.00 |
| 8815 | Computer Equipment? | POS Upgrade - PROJECT | 31,493.00 | 31,493.00 |
| 8815 | Computer Equipment? | POS Upgrade - PROJECT | 10,000.00 | 10,000.00 |
| 8815 | Computer Equipment? | POS Upgrade - PROJECT | 1,307.00 | 1,307.00 |
| 8815 | Computer Equipment? | POS Upgrade - PROJECT | (439.00) | (439.00) |
| 8815 | Computer Equipment? | POS Upgrade - PROJECT | (569.00) | (569.00) |
| 8857 | Leasehold Improvement | Roof Inspection | 1,603.13 | 1,292.47 |
| 9900 | Computer Equipment? | POS Upgrade EMV Chips (PROJECT) Inv says for 8815 | 158,040.00 | 158,040.00 |
| 101 | Leasehold Improvement | PFP System Testing (PROJECT) | 1,500.00 | 1,500.00 |
| 101 | Leasehold Improvement | Concrete Repair (PROJECT) | 2,044.70 | 2,044.70 |
| 101 | Leasehold Improvement | Food Court Demo (PROJECT) | 9,258.30 | 9,258.30 |
| 101 | Leasehold Improvement | Food Court Demo (PROJECT) | 11,489.36 | 11,489.36 |
| 107 | Leasehold Improvement | Installed LED Sign - Removed Neon | 6750.68 | 6,348.83 |
| 107 | Leasehold Improvement | Installed LED Sign - Removed Neon | 4626.38 | 4,350.98 |
| 113 | Equipment | Repair Conveyor | 3,516.28 | 3,223.28 |
| 117 | Leasehold Improvement | Installed Stock Room PROJECT | 6,303.38 | 6,303.38 |
| 117 | Leasehold Improvement | Block Wall Repair PROJECT | 2,757.05 | 2,757.05 |
| 163 | Equipment | Bulbs and Ballasts | 2,483.80 | 2,483.80 |
| 186 | Leasehold Improvement | Conrete Repair (PROJECT) | 3,212.23 | 3,212.23 |
| 186 | Leasehold Improvement | Material Delivery Sidewalk(PROJECT) | 700.00 | 700.00 |
| 186 | Leasehold Improvement | Material Delivery Sidewalk(PROJECT) | 1,170.00 | 1,170.00 |
| 186 | Leasehold Improvement | Material Delivery Sidewalk(PROJECT) | 500.00 | 500.00 |
| 186 | Leasehold Improvement | Material Delivery Sidewalk(PROJECT) | 840.00 | 840.00 |
| 186 | Leasehold Improvement | Material Delivery Sidewalk(PROJECT) | 360.00 | 360.00 |
| 186 | Leasehold Improvement | Parking Lot Lights PROJECT | 3,500.00 | 3,500.00 |
| 186 | Leasehold Improvement | Parking Lot Lights PROJECT | 1,172.50 | 1,172.50 |
| 186 | Leasehold Improvement | Plumbing PROJECT | 1,865.55 | 1,865.55 |
| 192 | Equipment | Bulbs and Ballasts | 1,553.02 | 1,337.32 |
| 192 | Equipment | Bulbs and Ballasts | 1,023.59 | 881.44 |
| 192 | | Sign Removal (will be replaced)(PROJECT) | 3,570.36 | 3,570.36 |
| 8856 | Equipment | Bulbs and Ballasts | 960.00 | 746.64 |
| 8856 | Equipment | Bulbs and Ballasts | 3,238.00 | 2,518.48 |
| 8857 | | Egress Plan (PROJECT) | 2,800.00 | 2,800.00 |
| 9900 | | | 1,875.00 | 1,875.00 |
| 9900 | | | -1,875.00 | (1,875.00) |
| 9900 | | | 41,163.57 | 41,163.57 |
| 9900 | | | -41,163.57 | (41,163.57) |
| 9900 | Leasehold Improvement | Toilet Installation | 1,840.00 | 1,763.35 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 9900 | Leasehold Improvement | Roof Repair | 5,500.00 | 5,270.85 |
| 8856 | Equipment | New Sorter Parts | 37,938.64 | 33,121.03 |
| 100 | Equipment | Bulbs and Ballasts | 2,330.16 | 1,877.05 |
| 101 | Leasehold Improvement | Emergency Exit System (PROJECT 50%) | 1,950.00 | 1,950.00 |
| 101 | Leasehold Improvement | PFP System Testing (PROJECT) | 6,900.00 | 6,900.00 |
| 111 | Leasehold Improvement | HVAC | 9,036.00 | 8,283.01 |
| 111 | Leasehold Improvement | Façade Repair (PROJECT?) | 1,789.40 | 1,789.40 |
| 111 | Leasehold Improvement | Freight Elevator Maintenance | 2000 | 1,949.99 |
| 111 | Leasehold Improvement | Façade Repair (PROJECT?) | 2,304.60 | 2,304.60 |
| 117 | Leasehold Improvement | Block Wall (PROJECT) | 2,468.13 | 2,468.13 |
| 117 | Leasehold Improvement | CREDIT (FIND INV) REPAIRED EMERG DOORS | (867.45) | (867.45) |
| 117 | Leasehold Improvement | Block Wall (PROJECT) | 690.31 | 690.31 |
| 117 | Leasehold Improvement | Block Wall (PROJECT) | 202.40 | 202.40 |
| 121 | Equipment | Bulbs and Ballasts | 1,902.56 | 1,532.61 |
| 124 | Leasehold Improvement | Roof Repair (PROJECT) | 1,656.00 | 1,656.00 |
| 124 | Leasehold Improvement | Roof Repair (PROJECT) | 864.80 | 864.80 |
| 124 | Leasehold Improvement | Roof Repair (PROJECT) | 13,500.00 | 13,500.00 |
| 132 | Equipment | Bulbs and Ballasts | 2,970.20 | 2,392.63 |
| 132 | Leasehold Improvement | Plumbing Repair - Repipe | 3,900.00 | 3,770.00 |
| 137 | Leasehold Improvement | Fire Alarm Testing | 1,944.81 | 1,004.92 |
| 163 | Equipment | Bulbs and Ballasts | 1,609.65 | 1,296.68 |
| 168 | Equipment | Bulbs and Ballasts | 1,825.26 | 1,470.36 |
| 177 | Equipment | Bulbs and Ballasts | 2,033.31 | 1,637.95 |
| 179 | Leasehold Improvement | HVAC | 4,147.06 | 3,801.47 |
| 179 | Leasehold Improvement | HVAC | 2,113.93 | 1,937.74 |
| 186 | Leasehold Improvement | Pavement Repair | 10,501.11 | 10,063.56 |
| 186 | Equipment | Bulbs and Ballasts | 3,488.63 | 2,810.26 |
| 8856 | Leasehold Improvement | Borchardt-Renovations (PROJECT) | 2558.8 | 2,558.80 |
| 9900 | Leasehold Improvement | Roof Repair (PROJECT?) | 275.00 | 275.00 |
| 100 | Equipment | Bulbs and Ballasts | 2,963.58 | 2,469.66 |
| 100 | Leasehold Improvement | Elevator Repair | 1,590.89 | 1,551.11 |
| 106 | Equipment | Bulbs and Ballasts | 2425 | 2,155.56 |
| 117 | Leasehold Improvement | Blockwall (PROJECT) | 113.32 | 113.32 |
| 117 | Leasehold Improvement | Blockwall (PROJECT) | 581.37 | 581.37 |
| 124 | Leasehold Improvement | Roof (PROJECT) | 633.34 | 633.34 |
| 136 | Leasehold Improvement | Fire Sprinkler System Improvements | 2,875.00 | 2,731.24 |
| 147 | Leasehold Improvement | Glass Repair | 1,569.38 | 1,469.81 |
| 167 | Leasehold Improvement | HVAC | 7,273.52 | 7,273.52 |
| 187 | Equipment | Bulbs and Ballasts | 3365.22 | 2,991.30 |
| 186 | Equipment | Bulbs and Ballasts | 1,508.37 | 1,256.97 |
| 186 | Leasehold Improvement | ADA Compliance (PROJECT) | 5,445.71 | 5,445.71 |
| 503 | Equipment | Bulbs and Ballasts | 1,710.39 | 1,425.33 |
| 503 | Leasehold Improvement | HVAC | 1776.48 | 1,776.48 |
| 503 | Leasehold Improvement | HVAC | 2240.29 | 2,240.29 |
| 8856 | Equipment | Drive for Production Sorter (PROJECT) | 2,541.27 | 2,541.27 |
| 8856 | Furniture & Fixtures | Furniture and Fixtures (PROJECT) | 41,610.00 | 41,610.00 |
| 8815 | Computer Equipment | POS Upgrade (PROJECT) | 340.00 | 340.00 |
| 120 | Leasehold Improvement | HVAC | 1,575.22 | 1,575.22 |
| 120 | Leasehold Improvement | HVAC | 2,083.62 | 2,034.00 |
| 129 | Leasehold Improvement | Sign Repair | 2322.53 | 2,322.53 |
| 132 | Leasehold Improvement | Sign Repair | 2383.96 | 2,383.96 |
| 164 | Leasehold Improvement | Electric Repair | 3539.42 | 3,539.42 |
| 186 | Leasehold Improvement | Glass Installation (PROJECT) | 2790.75 | 2,790.75 |
| 192 | Leasehold Improvement | HVAC | 2400 | 2,400.00 |

In re J & M Sales, Inc.
Case No. 18-11801
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 501 | Leasehold Improvement | Electric Repair | 2409.28 | 2,409.28 |
| 8857 | Leasehold Improvement | Emergency Signs and Lights | 14234.44 | 14,234.44 |
| 8857 | Leasehold Improvement | Emergency Signs and Lights | 2,763.72 | 2,697.92 |
| 9900 | | DameWare Support Technician Licenses (PROJECT) | 2,252.25 | 2,252.25 |
| 101 | Leasehold Improvement | Ceiling Tiles (PROJECT) | 985.47 | 985.47 |
| 101 | Leasehold Improvement | Ceiling Tiles (PROJECT) | 3,741.01 | 3,741.01 |
| 101 | Equipment | Bulbs and Ballasts (PROJECT) | 2,407.36 | 2,407.36 |
| 118 | Leasehold Improvement | Glass Installation | 2,537.20 | 2,473.78 |
| 122 | Leasehold Improvement | Signage | 2541.77 | 2,541.77 |
| 122 | Equipment | Bulbs and Ballasts | 2,235.13 | 2,048.86 |
| 123 | Leasehold Improvement | HVAC | 5997.68 | 5,997.68 |
| 146 | Leasehold Improvement | Signage | 2381.56 | 2,381.56 |
| 165 | | | 2,100.45 | 2,100.45 |
| 167 | Leasehold Improvement | HVAC | 3861 | 3,861.00 |
| 168 | Leasehold Improvement | Signage | 1507.04 | 1,507.04 |
| 169 | Equipment | EAS System | 1,637.45 | 1,598.47 |
| 175 | Leasehold Improvement | Plumbing Repair | 2,215.00 | 2,160.38 |
| 189 | Leasehold Improvement | Plumbing Repair | 1,695.00 | 1,645.70 |
| 8815 | Computer Equipment | POS Improvement (PROJECT) | 3,666.97 | 3,666.97 |
| 8815 | Computer Equipment | POS Improvement (PROJECT) | 24,501.84 | 24,501.84 |
| 8815 | Computer Equipment | POS Improvement (PROJECT) | 16,000.00 | 16,000.00 |
| 8815 | Computer Equipment | Checkout 9.1 Upgrade (PROJECT) | 340.00 | 340.00 |
| 8857 | Leasehold Improvement | Roofing Repair | 1599.38 | 1,599.38 |
| 8857 | | | 2,051.82 | 2,051.82 |
| 9900 | | | -2,252.25 | (2,252.25) |
| 9900 | | | 2,440.04 | 2,440.04 |
| 101 | Leasehold Improvement | Fire Safety Violations | 3,848.00 | 3,848.00 |
| 101 | Leasehold Improvement | Elevator Repair | 1,716.72 | 1,716.72 |
| 101 | Leasehold Improvement | Ceiling Tile Project | 497.52 | 497.52 |
| 111 | Leasehold Improvement | HVAC Repairs | 28,875.00 | 28,875.00 |
| 122 | Leasehold Improvement | HVAC | 1,539.41 | 1,539.41 |
| 137 | Leasehold Improvement | Sign Repair | 1,514.43 | 1,514.43 |
| 180 | Leasehold Improvement | HVAC | 1,527.40 | 1,527.40 |
| 180 | Leasehold Improvement | HVAC | 1,870.29 | 1,870.29 |
| 189 | Leasehold Improvement | Replace & Install Backflow | 1,500.00 | 1,500.00 |
| 501 | Leasehold Improvement | HVAC | 4,099.03 | 4,099.03 |
| 8815 | | | 2,295.00 | 2,295.00 |

**Fill in this information to identify the case:**

Debtor name    **J & M Sales, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11801 (LSS)**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 CSC, as Representative**<br>Creditor's Name<br><br>**P.O. Box 2576**<br>**Wichita, KS 67208**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Equipment Lease**<br><br><br>Describe the lien<br>**UCC-1 Filing**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **Unknown** | **Unknown** |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2 Encina Business Credit, LLC**<br>Creditor's Name<br>**Administrative & Collateral Agent**<br>**Thomas Sullivan**<br>**111 W. Jackson, Suite 1700**<br>**Chicago, IL 60604**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**12/28/16**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**All assets of the Debtor**<br><br><br>Describe the lien<br>**ABL Credit Agreement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$70,842,800.00** | **Unknown** |

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 4

| | |
|---|---|
| Debtor | **J & M Sales, Inc.** |
| | Name |

Case number (if know)  **18-11801 (LSS)**

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **Gordon Brothers Finance Company**
Creditor's Name

**Administrative Agent and Lender**
**David Vega**
**800 Boylston Street, 27th Flr.**
**Boston, MA 02199**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/15/16**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets of the Debtor**

$30,000,000.00          Unknown

**Describe the lien**
**Term Loan and Security Agreement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Jules and Associates**
Creditor's Name

**515 S. Figueroa Street, Suite 1950**
**Los Angeles, CA 90071**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

Unknown          Unknown

**Describe the lien**
**UCC-1 Filing**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** **Michael Fallas**
Creditor's Name

**15001 Figueroa Street**
**Gardena, CA 90248**

**Describe debtor's property that is subject to a lien**
**All assets of the Debtor**

$10,000,000.00          Unknown

---

| | | |
|---|---|---|
| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 2 of 4 |

| Debtor | J & M Sales, Inc. | Case number (if know) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Reich Bros. Business Solutions LLC** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Equipment Lease** | | |

**267 Central Ave.**
**White Plains, NY 10606**
Creditor's mailing address

**Describe the lien**
**UCC-1 Filing**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Susquehanna Commercial Finance** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Equipment Lease** | | |

**2 Country View Road, Suite 300**
**Malvern, PA 19355**
Creditor's mailing address

**Describe the lien**
**UCC-1 Filing**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | J & M Sales, Inc. | Case number (if know) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **TCF Equipment Finance, Inc.** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Equipment Lease** | | |

**11100 Wayzata Blvd.**
**Minnetonka, MN 55305**
Creditor's mailing address

**Describe the lien**
**UCC-1 Filing**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $110,842,800 .00 |
|---|---|---|

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Latham & Watkins LLP**<br>**Dave Crumbaugh**<br>**330 N. Wabash Ave., Suite 2800**<br>**Chicago, IL 60611** | Line  2.2 | |
| **Reimer Braunstein LLP**<br>**Jason MelMonico, Esq.**<br>**Three Center Plaza**<br>**Boston, MA 02108** | Line  2.3 | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name     **J & M Sales, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)     **18-11801 (LSS)**

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$519.53** | **Unknown** |
|---|---|---|---|---|
| | **Abarca,Elena** | *Check all that apply.* | | |
| | **5188 Pickford** | ☐ Contingent | | |
| | **Apt. #3** | ☐ Unliquidated | | |
| | **Los Angeles, CA 90019** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$129.72** | **Unknown** |
|---|---|---|---|---|
| | **Abelar,Lourdes** | *Check all that apply.* | | |
| | **1530 E. 105th St** | ☐ Contingent | | |
| | **Los Angeles, CA 90002** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.80 | Unknown |
|---|---|---|---|---|

**Abu,Tamba**
**4614 Rodeo Ln Apt 1**
**Los Angeles, CA 90016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.76 | Unknown |
|---|---|---|---|---|

**Aceves,Yolanda**
**28601 Avalon Avenue**
**Moreno Valley, CA 92555**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $562.98 | Unknown |
|---|---|---|---|---|

**Aceytuno,Tina L**
**820 Cypress Ave**
**Colton, CA 92324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.83 | Unknown |
|---|---|---|---|---|

**Adams,Todd R**
**2020 Avenida Estrada**
**Hemet, CA 92545**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.7** | Priority creditor's name and mailing address
**Adkins,Destin**
**1042 H St**
**Sparks, NV 89431**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$321.86    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address
**Aguiar De Freitas,Maria**
**28920 Rainier Way**
**Moreno Valley, CA 92555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$362.23    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address
**Aguila,Claudia N**
**88385 Airport Blvd Spc 11**
**Thermal, CA 92274-8924**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.59    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address
**Aguilar Flores,Susana**
**1828 N 67th Dr**
**Phoenix, AZ 85035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$52.19    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.11** | Priority creditor's name and mailing address
**Aguilar,Fabiana**
**300 W College Ave Apt 38**
**Lompoc, CA 93436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$100.10    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address
**Aguilera,Anthony**
**23201 Sonnet DR**
**Moreno Valley, CA 92557**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$113.08    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address
**Aguilera,Guadalupe**
**23208 Sesame St.**
**Apt. #7k**
**Torrance, CA 90502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,167.10    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address
**Aguirre,Angelica**
**2451 Bancroft Ln.**
**San Pablo, CA 94806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$454.30    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $526.90 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Aguirre,Samuel S**
**25568 Jonestown Dr.**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$526.90   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 |
|---|

Priority creditor's name and mailing address
**Ahumada Gonzalez,Jose**
**13192 Sunbird Dr.**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$633.60   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 |
|---|

Priority creditor's name and mailing address
**Alaga,Christopher D**
**24907 Cactus Ave**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$367.00   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 |
|---|

Priority creditor's name and mailing address
**Alameddime,Adam**
**3155 East Ramon Rd #301**
**Palm Springs, CA 92264**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$811.69   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| Debtor | **J & M Sales, Inc.** |
| | Name |

Case number (if known)    **18-11801 (LSS)**

---

**2.19**

Priority creditor's name and mailing address
**Alas Lemus,Veronica Y
7350 Hazeltine ave
Apt. 26
van Nuys, CA 91405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$532.70    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20**

Priority creditor's name and mailing address
**Albano,Patricia A
55-16 108th Street
Corona, NY 11368**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,115.39    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21**

Priority creditor's name and mailing address
**Albitre,April
75 W Nuevo Rd Ste E
107
Perris, CA 92571-0801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$45.43    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22**

Priority creditor's name and mailing address
**Alcaide,Michael
746 Park Pl
Escondido, CA 92025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$12.43    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.68 | Unknown |
|---|---|---|---|---|

**Alcala,Susan**
**21301 Kinney St.**
**Perris, CA 92570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.55 | Unknown |
|---|---|---|---|---|

**Alcantara,Genesis**
**20652 Lassen St**
**Spc 44**
**Chatsworth, CA 91311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.48 | Unknown |
|---|---|---|---|---|

**Alcantara,Justine**
**22035 Bolsa Ave.**
**Carson, CA 90745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.59 | Unknown |
|---|---|---|---|---|

**Alex,Ajax**
**1812 Plaza Del Amo**
**Apt 1**
**Torrance, CA 90501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.84 | Unknown |
|---|---|---|---|---|

**Alexander,Germonica**
**147 A Taylor Ave**
**East Brunswick, NJ 08816**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,686.25 | Unknown |
|---|---|---|---|---|

**Allala,Elisabet**
**4441 Garden Homes Ave**
**Los Angeles, CA 90032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.59 | Unknown |
|---|---|---|---|---|

**Allen Codie,Jeanetta**
**1539 W 104th St**
**Los Angeles, CA 90047-4523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,321.41 | Unknown |
|---|---|---|---|---|

**Almanza Vazquez,Betzayra**
**19248 bryant st.**
**#12**
**Northridge, CA 91324**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.31** | Priority creditor's name and mailing address
**Alonzo,Adrian**
**82076 Mies Avenue**
**Indio, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$680.63    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address
**Alvarado,Maria Dolores**
**5743 6th Avenue**
**Los Angeles, CA 90043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,790.17    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address
**Alvarado,Mario R**
**25425 Yolanda Ave**
**Moreno Valley, CA 92551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$380.25    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address
**Alvarez De Almaraz,Ester**
**2485 Stanford ave**
**Pomona, CA 91766**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$545.24    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,104.58 | Unknown |
|---|---|---|---|---|
| | **Alvarez,Araceli**<br>**68990 Harrison Street**<br>**#107**<br>**Thermal, CA 92274** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $845.25 | Unknown |
|---|---|---|---|---|
| | **Alvarez,Nelly**<br>**4867 Nevada St**<br>**Bell, CA 90201** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $831.97 | Unknown |
|---|---|---|---|---|
| | **Amador,Maria M**<br>**1155 Ravenna Ave.**<br>**Apt. C**<br>**Wilmington, CA 90748** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $854.88 | Unknown |
|---|---|---|---|---|
| | **Amar,Elisa**<br>**11850 Virginia Ave**<br>**Lynwood, CA 90262** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,849.70 | Unknown |
|---|---|---|---|---|

**Ambriz,Maria Esther**
**38015 Jeri Lane**
**Palmdale, CA 93550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.72 | Unknown |
|---|---|---|---|---|

**Amurrio,Judith**
**4408 Russell Ave.**
**Apt. #7**
**Los Angeles, CA 90027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.33 | Unknown |
|---|---|---|---|---|

**Anderson,RaeJon S**
**14851 Daphne Ave**
**Gardena, CA 90249-3705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.44 | Unknown |
|---|---|---|---|---|

**Anderson,Shanea M**
**2697 E 56th Way Apt 10**
**Long Beach, CA 90805-5047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.43 | Priority creditor's name and mailing address<br>**Anderson,Takeisha K**<br>**28565 Bauvardia Way**<br>**Murrieta, CA 92563** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$127.16** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.44 | Priority creditor's name and mailing address<br>**Andrade,David**<br>**5239 Red Branch Ln**<br>**Winter Park, FL 32792** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,692.31** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.45 | Priority creditor's name and mailing address<br>**Andres,Anita R**<br>**909 Gilchrist Walkway #4**<br>**San Jose, CA 95133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$926.64** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.46 | Priority creditor's name and mailing address<br>**Angeles,Liza M**<br>**21806 Grace Ave**<br>**Carson, CA 90745** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$950.40** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| | |
|---|---|
| Debtor | **J & M Sales, Inc.** |
| | Name |

Case number (if known)    **18-11801 (LSS)**

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.39 | Unknown |
|---|---|---|---|---|

**Angulo,Andrew M**
**8520 W Palm Ln Unit 1054**
**Phoenix, AZ 85037-3910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.52 | Unknown |
|---|---|---|---|---|

**Angulo,Rosa**
**2841 E. Lincoln Ave.**
**Apt. #138**
**Anaheim, CA 92806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,933.82 | Unknown |
|---|---|---|---|---|

**Apodaca,Alicia**
**3525 E. 55th St.**
**Maywood, CA 90270**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.56 | Unknown |
|---|---|---|---|---|

**Apolona,Chelsea**
**122 W Desford St**
**Carson, CA 90745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.23 | Unknown |
|---|---|---|---|---|

**Aquino,Nestor**
**20134 Leadwell St Unit 233**
**Winnetka, CA 91306-3259**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.66 | Unknown |
|---|---|---|---|---|

**Aragon,Mercedes A**
**1965 Manchester Ct.**
**San Jacinto, CA 92582**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $857.56 | Unknown |
|---|---|---|---|---|

**Arce,Erica N**
**24460 Bostwick Dr.**
**Moreno Valley, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $517.30 | Unknown |
|---|---|---|---|---|

**Arellano Lopez,Juan**
**24191 Via Vargas**
**Moreno Valley, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.08 | Unknown |
|---|---|---|---|---|

**Arellano,Maria**
**4952 E Fillmore**
**Fresno, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $947.91 | Unknown |
|---|---|---|---|---|

**Arellano,Rosie S**
**18637 Renault Street**
**La Puente, CA 91744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.16 | Unknown |
|---|---|---|---|---|

**Arellano-Arellano,Roselvia**
**14131 Saint Tropez ct**
**Moreno Valley, CA 92553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.27 | Unknown |
|---|---|---|---|---|

**Arguello,Aileen**
**16210 Grande Isla Cir.**
**Moreno Valley, CA 92551**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.74 | Unknown |
|---|---|---|---|---|

**Arreola,Alejandra**
**116 W. Acacia Ave**
**Hemet, CA 92543**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.50 | Unknown |
|---|---|---|---|---|

**Arreola,Bertha A**
**25212 Yolanda Ave**
**Moreno Valley, CA 92551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,333.83 | Unknown |
|---|---|---|---|---|

**Arreola,Guadalupe**
**136 E. Hill St.**
**Long Beach, CA 90806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,754.64 | Unknown |
|---|---|---|---|---|

**Arreola,Hilda M**
**4037 W 137th St**
**Apt# 12**
**Hawthorne, CA 90250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $604.10 | Unknown |
|---|---|---|---|---|

**Arriaga,Maria G**
**2829 Barnes Bridge Rd.**
**Dallas, TX 75228**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3.71 | Unknown |
|---|---|---|---|---|

**Arteaga,Gabriela**
**20405 Sherman Way Apt 204**
**Winnetka, CA 91306**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $208.45 | Unknown |
|---|---|---|---|---|

**Arzola,Angelique E**
**615 N West Street**
**Tulare, CA 93274**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $875.03 | Unknown |
|---|---|---|---|---|

**Ascencio,Irene**
**1710 Delhaven**
**West Covina, CA 91790**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $584.76 | Unknown |
|---|---|---|---|---|

**Ashworth, Brett**
**44030 C Street**
**Hemet, CA 92544**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $849.72 | Unknown |
|---|---|---|---|---|

**Avalos, Maria**
**11175 Monitor Ave**
**Los Angeles, CA 90059**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.66 | Unknown |
|---|---|---|---|---|

**Avelar, Adriana G**
**332 Camino De La Luna**
**Perris, CA 92571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.97 | Unknown |
|---|---|---|---|---|

**Avila Aguilar, Cecilia**
**1986 w linden st**
**riverside, CA 92507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $554.73 | Unknown |
|---|---|---|---|---|

**Avila Aguilar,Cristina**
**1986 W Linden St**
**Riverside, CA 92507**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $846.45 | Unknown |
|---|---|---|---|---|

**Avila Torres,Irma**
**2986 Lakeview Drive**
**Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,168.87 | Unknown |
|---|---|---|---|---|

**Avila Vargas,Olga**
**2256 E. 121st St.**
**Compton, CA 90222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.02 | Unknown |
|---|---|---|---|---|

**Avila,Maria A**
**1882 windward ct**
**Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,230.77** | **Unknown** |
|---|---|---|---|---|
| | **Avila,Rafael S**<br>**35130 Buena Mesa Dr**<br>**Calimesa, CA 92320** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$67.71** | **Unknown** |
|---|---|---|---|---|
| | **Ayala Molina,Jesus**<br>**2527 S Rimpau Blvd**<br>**Los Angeles, CA 90016** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$332.41** | **Unknown** |
|---|---|---|---|---|
| | **Ayala,Carlos A**<br>**250 Jason CT**<br>**Perris, CA 92571** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,807.70** | **Unknown** |
|---|---|---|---|---|
| | **Baatz,Thomas**<br>**68 Crotty Ave**<br>**Yonkers, NY 10704** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $401.72 | Unknown |
|---|---|---|---|---|

**Baca Orozco,Flora**
**2872 Sepulbeda Ave.**
**San Bernaradino, CA 92404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,192.32 | Unknown |
|---|---|---|---|---|

**Bacos,Maria**
**4424 Gaviota Ave**
**Long Beach, CA 90807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $828.24 | Unknown |
|---|---|---|---|---|

**Baker,Zachary E**
**6042 Barela Dr.**
**Las Cruces, NM 88007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $451.03 | Unknown |
|---|---|---|---|---|

**Bala Nain,Neetu**
**142 Brayton Loop**
**Yuba City, CA 95993**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.10 | Unknown |
|---|---|---|---|---|

**Balderas,Jessica**
**2721 Monroe St**
**Long Beach, CA 90810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $554.25 | Unknown |
|---|---|---|---|---|

**Balles,Manuel**
**3587 Feather Ave**
**Baldwin Park, CA 91706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.97 | Unknown |
|---|---|---|---|---|

**Ballesteros,Jaclyn A**
**702 Sandy Hook Ave**
**La Puente, CA 91744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $578.50 | Unknown |
|---|---|---|---|---|

**Ballesteros,Vanessa**
**2249 Adams St.**
**San Bernardino, CA 92407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $84.30 | Unknown |
|---|---|---|---|---|

**Barajas,Erica**
**3303 Burton Ave**
**Lynwood, CA 90262**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $424.40 | Unknown |
|---|---|---|---|---|

**Barajas,Lucia**
**21914 Dolores St**
**Carson, CA 90745**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70.76 | Unknown |
|---|---|---|---|---|

**Barajas,Rosario**
**21000 PARTHENIA ST**
**UNIT 26**
**CANOGA PARK, CA 91304**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,230.77 | Unknown |
|---|---|---|---|---|

**Barnello,Robert**
**460 S Main St Apt 191**
**N Syracuse, NY 13212**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,015.39 | Unknown |
|---|---|---|---|---|

| | **Barnes,Joseph B** | *Check all that apply.* |
|---|---|---|
| | **3506 Hathaway Ave** | ☐ Contingent |
| | **# 214** | ☐ Unliquidated |
| | **Long Beach, CA 90815** | ☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $376.48 | Unknown |
|---|---|---|---|---|

| | **Barragan,Miriam** | *Check all that apply.* |
|---|---|---|
| | **13204 Sunbird Dr** | ☐ Contingent |
| | **Moreno Valley, CA 92553** | ☐ Unliquidated |
| | | ☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,336.26 | Unknown |
|---|---|---|---|---|

| | **Barranza De Ayon,Loreto** | *Check all that apply.* |
|---|---|---|
| | **123 Haravest Ln.** | ☐ Contingent |
| | **Palmdale, CA 93550** | ☐ Unliquidated |
| | | ☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,607.60 | Unknown |
|---|---|---|---|---|

| | **Barrett,Tirana M.** | *Check all that apply.* |
|---|---|---|
| | **1922 Clyde Ave.** | ☐ Contingent |
| | **Los Angeles, CA 90019** | ☐ Unliquidated |
| | | ☐ Disputed |

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,405.13 | Unknown |
|---|---|---|---|---|

**Barrios,Maribel**
**14822 W. Sunset Ave.**
**Kerman, CA 93630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.79 | Unknown |
|---|---|---|---|---|

**Batiste,Darlene**
**424 E.  111th St.**
**Los Angeles, CA 90061**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.77 | Unknown |
|---|---|---|---|---|

**Batiste,Kim**
**136 W 70th St**
**Los Angeles, CA 90003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.26 | Unknown |
|---|---|---|---|---|

**Batolina,Lenie D**
**14401 Chrisland Ave**
**San Jose, CA 95127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $726.33 | Unknown |
|---|---|---|---|---|
| | **Bautista,Jose L** | Check all that apply. | | |
| | **3778 E Calle De Carlos Apt C** | ☐ Contingent | | |
| | **Palm Springs, CA 92264** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,329.20 | Unknown |
|---|---|---|---|---|
| | **Bautista,Marisela** | Check all that apply. | | |
| | **15080 la mesa st** | ☐ Contingent | | |
| | **Sylmar, CA 91342** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,880.00 | Unknown |
|---|---|---|---|---|
| | **Bayquen,Raymond Vizcarra** | Check all that apply. | | |
| | **1228 Calistoga Ave.** | ☐ Contingent | | |
| | **Chula Vista, CA 91913** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $554.51 | Unknown |
|---|---|---|---|---|
| | **Bazan,Patricia** | Check all that apply. | | |
| | **1481 Arrow Creek Dr.** | ☐ Contingent | | |
| | **Perris, CA 92571** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.103** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$986.86** | **Unknown**

**Bazile,Dyteshia C**
**615 wilson road**
**346**
**Humble, TX 77338**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.104** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,144.52** | **Unknown**

**Beck,Nice N**
**674 Santa Alicia Dr**
**Rohnert Park, CA 94928**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.105** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$145.22** | **Unknown**

**Bedolla,Desiree M**
**420 N Reservoir St**
**Pomona, CA 91767-5716**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.106** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$440.45** | **Unknown**

**Bell,Latanya**
**13171 BENCLIFF DR APT A**
**Moreno Valley, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $146.58 | Unknown |
|---|---|---|---|---|
| | **Bell,Latasha**<br>**10721 Rock Rose PL**<br>**Moreno Valley, CA 92557** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $49.42 | Unknown |
|---|---|---|---|---|
| | **Bello,Christopher E**<br>**20417 Sherman Way Apt 210**<br>**Winnetka, CA 91306-3151** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $184.58 | Unknown |
|---|---|---|---|---|
| | **Belloso,Jacob**<br>**3635 Ginger St**<br>**Perris, CA 92571** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $67.76 | Unknown |
|---|---|---|---|---|
| | **Bengoa,Teresa**<br>**25840 Baltrustrol Dr**<br>**Sun City, CA 92586-2633** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$549.23** | **Unknown** |
|---|---|---|---|---|

**Bernal Guerrero,Araceli**
**109 Fernwood Ct**
**Santa Rosa, CA 95401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$18.55** | **Unknown** |
|---|---|---|---|---|

**Bernal Rubio,Laura**
**3306 Imperial Hwy**
**Inglewood, CA 90303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$80.33** | **Unknown** |
|---|---|---|---|---|

**Blair,Melissa D**
**546 S Country Club DR Apt 1037**
**Mesa, AZ 85210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,251.31** | **Unknown** |
|---|---|---|---|---|

**Blake,Teresa**
**1914 Warren St.**
**San Fernando, CA 91340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,500.00** | **Unknown** |
|---|---|---|---|---|
| | **Blanco,Danielle**<br>**313 Mildred Ave**<br>**#15**<br>**Venice, CA 90291** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,365.39** | **Unknown** |
|---|---|---|---|---|
| | **Boffard,Michael**<br>**176 New York Ave**<br>**S. Plainfield, NJ 07080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$18.48** | **Unknown** |
|---|---|---|---|---|
| | **Bolanos Escobar,Suley G**<br>**604 warwickshire ave**<br>**Bakersfield, CA 93307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,292.31** | **Unknown** |
|---|---|---|---|---|
| | **Boldt,Michelle A**<br>**6717 Everhart Rd**<br>**Apt 3016**<br>**Corpus Christi, TX 78413** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,120.77 | Unknown |
|---|---|---|---|---|

**Bonillas,Maria Del Rosario**
**10221 Ryan St.**
**San Jose, CA 95127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $736.05 | Unknown |
|---|---|---|---|---|

**Bonola,Rufina**
**1132 E. Commonwealth Ave.**
**Fullerton, CA 92831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.87 | Unknown |
|---|---|---|---|---|

**Booker,Breanna**
**2021 W Dakota Ave**
**Fresno, CA 93702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $671.25 | Unknown |
|---|---|---|---|---|

**Bossett,Bryan C**
**6021**
**Riverside ave**
**Riverside, CA 92506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $47.52 | Unknown |
|---|---|---|---|---|

**Boulch,Jeremy D**
**Po Box 739**
**Indio, CA 92202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $965.67 | Unknown |
|---|---|---|---|---|

**Bracamontes Alvarez,Nancy**
**10470 Bouquet Ave**
**Adelanto, CA 92301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $43.12 | Unknown |
|---|---|---|---|---|

**Bracamontes,Andrea M**
**11740 Cliffrose ct**
**Adelanto, CA 92301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $285.56 | Unknown |
|---|---|---|---|---|

**Bracamontes,Maria E**
**381 E. Del Rio St.**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.56 | Unknown |
|---|---|---|---|---|

**Brand,Jasmine**
**1958 Echo Park Ave**
**Los Angeles, CA 90026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | | $4,423.08 | Unknown |
|---|---|---|---|---|

**Brand,Nenesha L**
**3053 Rancho Vista blvd**
**H232**
**Palmdale, CA 93535**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | | $489.72 | Unknown |
|---|---|---|---|---|

**Brandmahl,Ashley**
**2074 Firwood Ave**
**Santa Rosa, CA 95403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | | $2,884.62 | Unknown |
|---|---|---|---|---|

**Brannen,Rick**
**749 N Park Ave**
**Covina, CA 91723**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.71 | Unknown |
|---|---|---|---|---|

**Briones,Adrian**
**447 W 91St St**
**Los Angeles, CA 90003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $555.83 | Unknown |
|---|---|---|---|---|

**Brito de Rojas,Isabel**
**19320 Florence St.**
**Perris, CA 92570**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.93 | Unknown |
|---|---|---|---|---|

**Britt,Catherine R**
**761 Shasta St**
**Yuba City, CA 95991-4530**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | Unknown |
|---|---|---|---|---|

**BROWARD COUNTY TAX**
**COLLECTOR**
**115 S. ANDREWS AVE #A100**
**FORT LAUDERDALE, FL**
**33301-1895**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.87 | Unknown |
|---|---|---|---|---|

**Brown,Dayna**
**6522 Hollis St**
**Eastvale, CA 92880**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.20 | Unknown |
|---|---|---|---|---|

**Brown,Sean**
**1215 Verde Trails Dr**
**Houston, TX 77073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $558.63 | Unknown |
|---|---|---|---|---|

**Brown,Tamika A**
**8305 Hayfield Cir**
**Sacramento, CA 95828**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.87 | Unknown |
|---|---|---|---|---|

**Bryles-Hollis,Amber**
**15124 Moreno Beach Dr Apt 613**
**Moreno Valley, CA 92555-6388**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.53 | Unknown |
|---|---|---|---|---|

**Bullock,Rachelle E**
**1321 W 36th Place**
**Apt 4**
**Los Angeles, CA 90007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,923.08 | Unknown |
|---|---|---|---|---|

**Burke,Janice**
**2627 Prospect Ave.**
**Lacrescenta, CA 91214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.97 | Unknown |
|---|---|---|---|---|

**Burke,Maria J**
**9406 Hwy 478**
**Vado, NM 88072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.74 | Unknown |
|---|---|---|---|---|

**Bustamante,Emriel**
**2250 W Morten Ave**
**Apt C**
**Phoenix, AZ 85021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,112.18 | Unknown |
|---|---|---|---|---|
| | **Buzo,Guadalupe M.**<br>**139 W. 49th Street**<br>**Los Angeles, CA 90037** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $542.19 | Unknown |
|---|---|---|---|---|
| | **Caballero,Monica**<br>**109 7th St.**<br>**Calexico, CA 92231** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $886.95 | Unknown |
|---|---|---|---|---|
| | **Cabrera Bravo,Josthin W**<br>**20445 Saticoy St**<br>**Apt 2**<br>**Winnetka, CA 91306** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $194.00 | Unknown |
|---|---|---|---|---|
| | **Cabrera,Crystal L**<br>**842 Indiana St**<br>**Gridley, CA 95948** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $476.30 | Unknown |
|---|---|---|---|---|
| | **Calderon Bahena, Josefina**<br>**565 Blackberry Dr.**<br>**Perris, CA 92571** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $314.16 | Unknown |
|---|---|---|---|---|
| | **Calderon, Ana M**<br>**2942 Heber ct.**<br>**Las Vegas, NV 89156** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13.64 | Unknown |
|---|---|---|---|---|
| | **Calderon, Martha**<br>**2850 Imperial St**<br>**Riverside, CA 92504** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45.32 | Unknown |
|---|---|---|---|---|
| | **Calderon, Melissa L**<br>**2550 N Vernal Ave**<br>**Fresno, CA 93722** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.52 | Unknown |
|---|---|---|---|---|

**Callente,Juan J**
**13381 Dilbeck Dr**
**Moreno Valley, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.08 | Unknown |
|---|---|---|---|---|

**Callente,Juan P**
**13513 Red Mahogany Dr**
**Moreno Valley, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,917.54 | Unknown |
|---|---|---|---|---|

**Calzada,Sandra B**
**2919 S Carmona Ave**
**Apt #4**
**Los Angeles, CA 90016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.85 | Unknown |
|---|---|---|---|---|

**Camacho,Angela M**
**140 E Winona St**
**Compton, CA 90222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,694.85 | Unknown |
|---|---|---|---|---|

**Camacho,Ivette Agueda**
**774 Ada St.**
**Unit #14**
**Chula Vista, CA 91911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $395.36 | Unknown |
|---|---|---|---|---|

**Camacho,Jaime**
**25526 Fernbush St**
**Moreno Valley, CA 92553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.71 | Unknown |
|---|---|---|---|---|

**Camacho,Janette**
**8143 Cypress Ave**
**South Gate, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,299.10 | Unknown |
|---|---|---|---|---|

**Camarena,Maria Elena**
**3604 Beger Blvd**
**3604 Beger Blvd, CA 92173**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.159** | Priority creditor's name and mailing address
**Camargo,Elena**
**1136 3/4 West Blvd**
**Los Angeles, CA 90019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$68.37 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.160** | Priority creditor's name and mailing address
**Cameras,Elena**
**1078 Perla St.**
**Perris, CA 92571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$528.33 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.161** | Priority creditor's name and mailing address
**Campos,Elida E**
**519 Starksboro Ct.**
**Houston, TX 77073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$38.88 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.162** | Priority creditor's name and mailing address
**Campos,Oscar S**
**1360 W 3rd St Apt 206**
**Pomona, CA 91766-1306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$166.16 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $937.44 | Unknown |
|---|---|---|---|---|

**Canasa,Jennette Y**
**1290 Acadia Ave.**
**Milpitas, CA 95035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.79 | Unknown |
|---|---|---|---|---|

**Canchola,Jimmy**
**720 N San Antonio Ave**
**Apt 6P**
**Pomona, CA 91767**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $879.12 | Unknown |
|---|---|---|---|---|

**Candejas Navarro,Maria E**
**1535 Dover Ave**
**San Pablo, CA 94806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.47 | Unknown |
|---|---|---|---|---|

**Candolita,Lynn**
**920 N Wilson Ave**
**Fresno, CA 93728**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $767.52 | Unknown |
|---|---|---|---|---|

**Canseco Pantoja,Priscilla**
**80 E Dawes St**
**Spc 35**
**Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $556.83 | Unknown |
|---|---|---|---|---|

**Cantos,Johanna V**
**329 Calle Mariposa**
**Oceanside, CA 92057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.05 | Unknown |
|---|---|---|---|---|

**Carballosa,Tessa**
**25131 Filaree Avenue**
**Moreno Valley, CA 92551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $640.90 | Unknown |
|---|---|---|---|---|

**Carbonell,Flossie**
**2515 Delta Ave.**
**Long Beach, CA 90810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $643.16 | Unknown |
|---|---|---|---|---|

**Cardeil,Matias G**
**5168 Canoga St**
**Montclair, CA 91763**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $346.38 | Unknown |
|---|---|---|---|---|

**Cardona,Liliana**
**1213 Arcadia Ave Apt C**
**Vista, CA 92084**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $549.89 | Unknown |
|---|---|---|---|---|

**Caro,Luciana**
**15186 Lyans Valley Rd .**
**Jamul, CA 91935**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $549.51 | Unknown |
|---|---|---|---|---|

**Carranza,Blanca**
**242 Van Houten Avenue**
**#29**
**El Cajon, CA 92020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.10 | Unknown |
|---|---|---|---|---|

**Carrillo,Leonor**
**2056 S Harvard Blvd.**
**Apt. #8**
**Los Angeles, CA 90018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $547.47 | Unknown |
|---|---|---|---|---|

**Casarrubias Martinez,Blanca**
**1701 Plantation Rd.**
**Garland, TX 75044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.95 | Unknown |
|---|---|---|---|---|

**Cascante,Saray**
**423 E 57th St**
**Long Beach, CA 90805-4611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.56 | Unknown |
|---|---|---|---|---|

**Casillas,Reynalda**
**10721 Foote Court**
**Riverside, CA 92505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.179** | Priority creditor's name and mailing address

**Castaneda De Lopez,Maria**
**14944 Marson St.**
**Panorama City, CA 91402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,539.92    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.180** | Priority creditor's name and mailing address

**Castaneda,Karen**
**926 E. Hyde Park Bl.**
**Apt# 2**
**Inglewood, CA 90302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,644.23    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.181** | Priority creditor's name and mailing address

**Castellanos,Jose M**
**30152 Kenwood Dr**
**Cathedral City, CA 92234-2561**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$24.64    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.182** | Priority creditor's name and mailing address

**Castellanos,Karla**
**1211 N Perris Blvd**
**Perris, CA 92571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$672.75    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.183** | Priority creditor's name and mailing address

**Castellanos,Yadira V
321 W North Ave
Spc 70
Lompoc, CA 93436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$430.87    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.184** | Priority creditor's name and mailing address

**Castillo Duarte,Maria G
1247 Ingraham St
Los Angeles, CA 90017-2354**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$209.75    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.185** | Priority creditor's name and mailing address

**Castillo,Cristal
721 S Dawn St
Anaheim, CA 92805-4804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$40.92    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.186** | Priority creditor's name and mailing address

**Castillo,Juan
5912 Montecito Way
Las Vegas, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,615.76    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,792.95 | Unknown |
|---|---|---|---|---|
| | **Castillo,Lucero**<br>**24110 Sandy Glade Ave**<br>**Moreno Valley, CA 92557** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.91 | Unknown |
|---|---|---|---|---|
| | **Castillo,Renee**<br>**3850 W Rincon Ave**<br>**Campbell, CA 95008** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $644.12 | Unknown |
|---|---|---|---|---|
| | **Castro,Gladis M**<br>**1721 DoBell St.**<br>**Perris, CA 92571** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,807.17 | Unknown |
|---|---|---|---|---|
| | **Castro,Lorena**<br>**123 S Normandie AVE**<br>**209**<br>**Los Angeles, CA 90004** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $334.96 | Unknown |
|---|---|---|---|---|

**Castro,Maria Del Refugio**
**20301 Vanowen St.**
**Winnetka, CA 91306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.01 | Unknown |
|---|---|---|---|---|

**Castro,Monique N**
**1857 Eucalyptus St.**
**Perris, CA 92570**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.37 | Unknown |
|---|---|---|---|---|

**Castruita,Adriabelia**
**1124 Holly Ave**
**Imperial Beach, CA 91932**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $426.36 | Unknown |
|---|---|---|---|---|

**Cayente,Fernando F**
**2614 Plaudit Ct.**
**Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.40 | Unknown |
|---|---|---|---|---|

**Cayente,Jorge F**
**2619 Plaudit Ct.**
**Perris, CA 92571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $488.07 | Unknown |
|---|---|---|---|---|

**Cayente,Jose R**
**2619 Plaudit Ct.**
**Perris, CA 92571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.08 | Unknown |
|---|---|---|---|---|

**Cedres,Ciara**
**1240 N Olive Apt D**
**Turlock, CA 95380**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.09 | Unknown |
|---|---|---|---|---|

**Ceh Matias,Ezequiel**
**30001 Element St**
**Lake Elsinore, CA 92530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $251.35 | Unknown |
|---|---|---|---|---|

**Celada,Brenda E
3053 Kalei C.t
Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $449.71 | Unknown |
|---|---|---|---|---|

**Cendejas Rodriguez,Estela
14209 Vanowen St.
#208
Van Nuys, CA 91405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.81 | Unknown |
|---|---|---|---|---|

**Cervantes,Janet F
316 E Prune Ave
Lompoc, CA 93436-4508**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.17 | Unknown |
|---|---|---|---|---|

**Cervantes,Marlen
25969 Tamarisk Dr.
Hemet, CA 92544**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.22 | Unknown |
|---|---|---|---|---|

**Cervantes,Rosa**
**1097 N State St**
**Spc 24**
**Hemet, CA 92543**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,307.70 | Unknown |
|---|---|---|---|---|

**Chabbott,Joyce**
**1633 E. 4th Street**
**Brooklyn, NY 11230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $355.68 | Unknown |
|---|---|---|---|---|

**Chacon,Deoselina**
**1131 E Avenue J Apt 103**
**Lancaster, CA 93535-3912**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,211.71 | Unknown |
|---|---|---|---|---|

**Chacon,Enedina**
**12053 Sycamore St.**
**Apt. #2**
**Norwalk, CA 90650**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.99 | Unknown |
|---|---|---|---|---|

**Chairez,Estela**
**1521 S Granite Ave**
**Ontario, CA 91762**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,634.62 | Unknown |
|---|---|---|---|---|

**Chambosse,Angela**
**13446 Sawtooth Rd**
**San Diego, CA 92129**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $626.34 | Unknown |
|---|---|---|---|---|

**Chao,Meuy**
**878 37th St**
**Richmond, CA 94805**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $555.44 | Unknown |
|---|---|---|---|---|

**Chavarin,Gabriela**
**2301 Griffin Ave Apt 1**
**Los Angeles, CA 90031**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,886.29 | Unknown |
|---|---|---|---|---|

**Chavez Ayala,Maria De Lourdes**
**416 S. Boyle Ave.**
**Los Angeles, CA 90033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $540.54 | Unknown |
|---|---|---|---|---|

**Chavez,Jason**
**14813 casa Loma dr**
**Moreno Valley, CA 92553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.91 | Unknown |
|---|---|---|---|---|

**Chavez,Rosa R**
**14200 Sherman Way Apt 8**
**Van Nuys, CA 91405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,426.10 | Unknown |
|---|---|---|---|---|

**Chavolla,Julissa**
**4763 Grape St.**
**Pico Rivera, CA 90660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|--------|-------------------|------------------------|----------------|
| | Name | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,268.15 | Unknown |
|-------|---|---|---|---|

**Chichande,Gloris Vera**
**2600 Sextant Avenue**
**Port Hueneme, CA 93041**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $514.57 | Unknown |
|-------|---|---|---|---|

**Chiyut,Jennifer**
**2340 W 12th St**
**Los Angeles, CA 90006**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,190.17 | Unknown |
|-------|---|---|---|---|

**Ciddio,Henry**
**1023 N. Bradley Rd**
**Santa Maria, CA 93454**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $568.15 | Unknown |
|-------|---|---|---|---|

**Ciriaco,Angelica**
**81436 Francis Ave.**
**Indio, CA 92201**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $100.00 | Unknown |
|---|---|---|---|---|
| | **CITY OF BARSTOW**<br>**220 E. MT. VIEW**<br>**BARSTOW, CA 92311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,409.25 | Unknown |
|---|---|---|---|---|
| | **CITY OF BOSTON**<br>**PO BOX 55810**<br>**BOSTON, MA 02205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $367.26 | Unknown |
|---|---|---|---|---|
| | **CITY OF ESCONDIDO**<br>**201 NORTH BROADWAY**<br>**BUS. LICENSE COORDINATOR**<br>**ESCONDIDO, CA 92025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (6) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,042.33 | Unknown |
|---|---|---|---|---|
| | **CITY OF FRESNO-BUSINESS TAX**<br>**PO Box 45017**<br>**Fresno, CA 93718-5017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $324.10 | Unknown |
|---|---|---|---|---|
| | **CITY OF HUNTINGTON PARK**<br>**6550 MILES AVE.**<br>**REVNUE COLLECTIONS OFFICE**<br>**HUNTINGTON PARK, CA 90255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $412.00 | Unknown |
|---|---|---|---|---|
| | **CITY OF INDIO**<br>**100 CIVIC CENTER MALL**<br>**P.O. BOX 1788**<br>**INDIO, CA 92201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $173.30 | Unknown |
|---|---|---|---|---|
| | **CITY OF METHUEN**<br>**P.O. BOX 397**<br>**MEDFORD, MA 02155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $507.55 | Unknown |
|---|---|---|---|---|
| | **CITY OF MODESTO**<br>**PO BOX 3442**<br>**MODESTO, CA 95353-3442** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.227** | Priority creditor's name and mailing address

**CITY OF NEW BEDFORD**
**OFFICE OF THE COLLECTOR OF**
**TAXES**
**133 WILLKEM ST**
**ROOM 101**
**NEW BEDFORD, MA 02740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,957.16 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (6)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.228** | Priority creditor's name and mailing address

**CITY OF OAK PARK TREASURER**
**10600 CAPITAL ST**
**OAK PARK, MI 48237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$280.63 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.229** | Priority creditor's name and mailing address

**CITY OF RALEIGH**
**REVENEU SERVICES - 03**
**PO BOX 590**
**RALEIGH, NC 27602-0590**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$63.35 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.230** | Priority creditor's name and mailing address

**CITY OF SAN JOSE TREASURY**
**200 E. SANTA CLARA ST.**
**SAN JOSE, CA 95113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.80 | Unknown |
|---|---|---|---|---|

**CITY OF SOMERVILLE**
**PO BOX 197**
**SOMERVILLE, MA 02143-0197**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,099.32 | Unknown |
|---|---|---|---|---|

**CITY OF SPRINGFIELD**
**PO BOX 4124**
**WOBURN, MA 01888-4124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,446.60 | Unknown |
|---|---|---|---|---|

**CITY OF TAMPA**
**BUSINESS TAX DIVISION**
**PO BOX 2200**
**TAMPA, FL 33601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $504.00 | Unknown |
|---|---|---|---|---|

**CITY OF TULARE**
**411 E KERN AVE.**
**SUITE F**
**TULARE, CA 93274**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,611.44 | Unknown |
|---|---|---|---|---|

**CITY OF WORCESTER
PO BOX 15602
WORCESTER, MA 01615-0602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Taxes** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $551.65 | Unknown |
|---|---|---|---|---|

**Clarke,Joan E
22790 Allies Pl.
#B
Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $868.67 | Unknown |
|---|---|---|---|---|

**Clarke,Raquel A
22790 Allies Pl
B
Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.95 | Unknown |
|---|---|---|---|---|

**Claros,Darlyng Karina
6207 Middleton St.
Apt. # D
Huntington Park, CA 90255**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.239** | Priority creditor's name and mailing address

**Cleary,Laurie**
**148 Bradhurst Ave**
**Hawthorne, NY 10530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,076.94   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.240** | Priority creditor's name and mailing address

**Coca,Vladimir A**
**340 Laun St**
**Altadena, CA 91001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,230.77   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.241** | Priority creditor's name and mailing address

**Colin,Esmeralda**
**505 W Berkeley Ct Apt 1**
**Ontario, CA 91762-2337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$145.09   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.242** | Priority creditor's name and mailing address

**Collazo,Domitila**
**3328 Shepherd Ln.**
**Apt. #206**
**Balch Springs, TX 75180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$346.39   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.89 | Unknown |
|---|---|---|---|---|

**Collins,Sheila
5216 E Liberty Ave Apt 103
Fresno, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.82 | Unknown |
|---|---|---|---|---|

**Colmenero Lopez,Luis E
1255 Everton Pl Apt 228
Riverside, CA 92507-4593**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.82 | Unknown |
|---|---|---|---|---|

**Colon Rodriguez,Linda E
1464 S Stapley Dr Apt 1116
Mesa, AZ 85204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.86 | Unknown |
|---|---|---|---|---|

**Columbus Jr,David
9444 Harbour Point Dr
Elk Grove, CA 95758-3714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.247 | Priority creditor's name and mailing address<br>**Columna,Imelda**<br>**3310 E. Harding St**<br>**Long Beach, CA 90805** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $73.14 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.248 | Priority creditor's name and mailing address<br>**Columna,Rodante S**<br>**3310 E Harding St**<br>**Long Beach, CA 90805** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,420.28 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.249 | Priority creditor's name and mailing address<br>**Connlly,Antonio**<br>**1501 W. 60th Place**<br>**Los Angeles, CA 90047** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $670.85 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.250 | Priority creditor's name and mailing address<br>**CONTRA COSTA COUNTY TAX**<br>**COLLECTOR**<br>**P.O.BOX 7002**<br>**SAN FRANCISCO, CA 94120-7002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,082.94 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $938.90 | Unknown |
|---|---|---|---|---|

**Contreras,Annette Lenise**
**217 S. Park Ave.**
**Montebello, CA 90640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.04 | Unknown |
|---|---|---|---|---|

**Contreras,Marlena M**
**788 Pine St**
**Colton, CA 92324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.82 | Unknown |
|---|---|---|---|---|

**Cordova,Marissa**
**52867 Calle Techa**
**Coachella, CA 92236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.55 | Unknown |
|---|---|---|---|---|

**Corea,Mirna D**
**1370 Halifax Dr**
**Riverside, CA 92506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.80 | Unknown |
|---|---|---|---|---|

**Cornejo,Bernardo**
**151 South F St**
**Tulare, CA 93274**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.36 | Unknown |
|---|---|---|---|---|

**Cornelius,Mariah T**
**7629 Center Pkwy**
**Sacramento, CA 95823-4146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,021.68 | Unknown |
|---|---|---|---|---|

**Corona Romero,Jorge E**
**1148 Santa Fe Dr**
**Calexico, CA 92231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $612.81 | Unknown |
|---|---|---|---|---|

**Corona,Cecilia**
**856 W HEIL AVE**
**El Centro, CA 92243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,737.74** | **Unknown** |
|---|---|---|---|---|
| | **Corona,Kimberly S**<br>**1613 Exposition Blvd**<br>**Los Angeles, CA 90018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$11.11** | **Unknown** |
|---|---|---|---|---|
| | **Corona,Melissa A**<br>**995 Pomona Rd Spc 40**<br>**Corona, CA 92882-1832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$404.91** | **Unknown** |
|---|---|---|---|---|
| | **Corrales,Minerva**<br>**25941 Columbia St.**<br>**Hemet, CA 92544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$101.66** | **Unknown** |
|---|---|---|---|---|
| | **Correa Jr,Ivan O**<br>**1138 E 103rd Pl**<br>**Los Angeles, CA 90002-3311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.263 | Priority creditor's name and mailing address<br>**Cortes,Erica**<br>**11226 N 18th Dr**<br>**Phoenix, AZ 85029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$116.49** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.264 | Priority creditor's name and mailing address<br>**Cortez,Abigail**<br>**520 Sandalwood Pl**<br>**Unit 5**<br>**Escondido, CA 92027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$640.75** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.265 | Priority creditor's name and mailing address<br>**Cortez,Juana**<br>**520 Sandalwood Pl Unit 5**<br>**Escondido, CA 92027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19.98** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.266 | Priority creditor's name and mailing address<br>**Cortez,Susan**<br>**15178 Buxton Ave.**<br>**Moreno Valley, CA 92551** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$449.13** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.04 | Unknown |
|---|---|---|---|---|

**Costello,Kunta K**
**611 W 81st St Apt 9**
**Los Angeles, CA 90044-5919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.47 | Unknown |
|---|---|---|---|---|

**Covarrubias,Susana**
**4726 Pine St**
**Pico Rivera, CA 90660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,914.88 | Unknown |
|---|---|---|---|---|

**Covarrubias,Veronica**
**751 Sycamore Drive**
**Port Hueneme, CA 93041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.32 | Unknown |
|---|---|---|---|---|

**Cox,Jefferson**
**1000 Matagorda Ln**
**Las Vegas, NV 89128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.19 | Unknown |
|---|---|---|---|---|

**Craig,Shane D**
**5415 S Normandie St**
**Los Angeles, CA 90037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.97 | Unknown |
|---|---|---|---|---|

**Cruz Garcia,Deysi**
**12226 N. Santa Fe Ave.**
**Lynwood, CA 90262**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $464.55 | Unknown |
|---|---|---|---|---|

**Cruz,Adriana**
**13331 Lakewood Blvd Spc 14**
**Downey, CA 90242**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.48 | Unknown |
|---|---|---|---|---|

**Cruz,Angela**
**6216 Cedros Ave Apt 15**
**Van Nuys, CA 91411**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.275** Priority creditor's name and mailing address

**Cruz,Crystal**
**4966 E. Balch Ave.**
**Apt 206**
**Fresno, CA 93727**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$583.24    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.276** Priority creditor's name and mailing address

**Cruz,Jasmine**
**1641 Riva Ln**
**Unit D**
**Escondido, CA 92027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$177.54    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.277** Priority creditor's name and mailing address

**Cruz,Maria Carmen**
**4123 Sunset Drive,**
**Apt. #6**
**Los Angeles, CA 90027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,658.90    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.278** Priority creditor's name and mailing address

**Cruz,Yesenia**
**9408 Victoria Ave.**
**Apt# E**
**South Gate, CA 90280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,243.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.279**

Priority creditor's name and mailing address
**Cyriaque,Isaac**
**947 S Gilbert St Apt 1**
**Hemet, CA 92543-7000**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$46.64    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.280**

Priority creditor's name and mailing address
**Daniel,Christopher**
**23538 Hemlock Ave.**
**#A**
**Moreno Valley, CA 92557**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$366.96    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.281**

Priority creditor's name and mailing address
**Davila,Jacobo**
**12501 Paramount Blvd**
**Apt #212**
**Downey, CA 90242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,923.08    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.282**

Priority creditor's name and mailing address
**Davila,Oscar J**
**3281 Folsom St**
**Los Angeles, CA 90063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$145.92    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.62 | Unknown |
|---|---|---|---|---|

**Davis,Nicole**
**2805 Demeter Place**
**riverside, CA 92509**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $491.92 | Unknown |
|---|---|---|---|---|

**Davis,Tara Y**
**160 Peppertree Dr.**
**Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.11 | Unknown |
|---|---|---|---|---|

**Dawson,Patrick**
**1524 Moonview Ct**
**Santa Rosa, CA 95412**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.02 | Unknown |
|---|---|---|---|---|

**Day,Lindsey N**
**300 W College Ave**
**APT 31**
**Lompoc, CA 93436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,615.39 | Unknown |
|---|---|---|---|---|

**Dayan,Eddie H**
**1129 East 8th Street**
**Brooklyn, NY 11230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $488.29 | Unknown |
|---|---|---|---|---|

**De Alba,Elizabeth**
**25577 Rancho Tierra Dr.**
**Moreno Valley, CA 92551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.26 | Unknown |
|---|---|---|---|---|

**De Cruz,Lorena Ventura**
**543 N Madison Ave Apt 11**
**Los Angeles, CA 90004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,425.04 | Unknown |
|---|---|---|---|---|

**De Guzman,Ma Christina**
**461 east 220th st.**
**Carson, CA 90745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

2.291  Priority creditor's name and mailing address
**De Guzman,Sandra J**
**2593 Madden Ave Apt 3**
**San Jose, CA 95116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,887.80    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.292  Priority creditor's name and mailing address
**De La Paz,Silvia**
**2687 56th St Apt 3**
**Long Beach, CA 90805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.293  Priority creditor's name and mailing address
**De La Pena,Mirah M**
**2745 Gale ave**
**Long beach, CA 90810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$245.13    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.294  Priority creditor's name and mailing address
**De La Torre,Hope**
**9203 Sideview Dr.**
**Downey, CA 90240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$599.70    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $394.45 | Unknown |
|---|---|---|---|---|

**De Leon,Ana C**
**1043 S Kingley Dr Apt H6**
**Los Angeles, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.13 | Unknown |
|---|---|---|---|---|

**De Luna,Narcisa R**
**337 N Chicago St**
**Los Angeles, CA 90033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.11 | Unknown |
|---|---|---|---|---|

**De Velasco,Georgina**
**2341 Kenton Ct Apt A**
**Santa Rosa, CA 95407-7558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $342.38 | Unknown |
|---|---|---|---|---|

**Del Real,Valery**
**624 S Flower St Apt 7**
**Inglewood, CA 90301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.299** | Priority creditor's name and mailing address
**Delarosa,Juan M**
**22461 Bertie St.**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$577.39 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.300** | Priority creditor's name and mailing address
**Delgadillo,Zoila**
**3890 Sipes Lane**
**Spc #13**
**San Ysidro, CA 92173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,750.00 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.301** | Priority creditor's name and mailing address
**Delgado,Anayelli**
**324 Manzanita Pl**
**Escondido, CA 92026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$185.77 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.302** | Priority creditor's name and mailing address
**Delgado,Laura C**
**962 Midnight Ln.**
**San Jacinto, CA 92582**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$307.45 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,092.35 | Unknown |
|---|---|---|---|---|

**Delgado,Raquel**
**1154 Orange Grove Ave.**
**San Fernando, CA 91340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.93 | Unknown |
|---|---|---|---|---|

**Deras,Ashley I**
**14632 S Keene Ave**
**Compton, CA 90220-1246**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,884.62 | Unknown |
|---|---|---|---|---|

**Diaz,Alfred V**
**4319 Moon Shadow Loop**
**Mulberry, FL 33860**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,252.48 | Unknown |
|---|---|---|---|---|

**Diaz,Alicia G.**
**6330 Tujunga Ave**
**North Hollywood, CA 91606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

**2.307** Priority creditor's name and mailing address
**Diaz,Damaris N**
**201 S Yale st apt#17**
**Hemet, CA 92544**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$294.06   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.308** Priority creditor's name and mailing address
**Diaz,Ernesto**
**11712 Eucalyptus Ave Apt D**
**Hawthorne, CA 90250-1505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15.77   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.309** Priority creditor's name and mailing address
**Diaz,Jose A.**
**610 E. 54th Street**
**Apt. #11**
**Los Angeles, CA 90011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,919.53   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.310** Priority creditor's name and mailing address
**Diaz,Maribel**
**3245 E University Ave Apt 1605**
**Las Cruces, NM 88011-9193**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$18.04   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.85    Unknown |
| | **Diaz,Rocio** | *Check all that apply.* | |
| | **1514 N Willowbrook Ave** | ☐ Contingent | |
| | **Compton, CA 90222** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Accrued Vacation and PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.76    Unknown |
| | **Diaz-Rogers,Laci** | *Check all that apply.* | |
| | **1295 E Lincoln Ave Apt 24** | ☐ Contingent | |
| | **Anaheim, CA 92805** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Accrued Vacation and PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.54    Unknown |
| | **Diego,Monica** | *Check all that apply.* | |
| | **108 Lark Center Dr** | ☐ Contingent | |
| | **Santa Rosa, CA 95403-1450** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Accrued Vacation and PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.28    Unknown |
| | **Dominguez,Armando A** | *Check all that apply.* | |
| | **2544 Spectacular Bid St** | ☐ Contingent | |
| | **Perris, CA 92571** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Accrued Vacation and PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.315** | Priority creditor's name and mailing address

**Dominguez,Maria Concepcion**
**7031 N.  25 th  Dr**
**Phoenix, AZ 85051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$861.00**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.316** | Priority creditor's name and mailing address

**Dominguez,Rosa Dilma**
**4095 Whittier Blvd.**
**Los Angeles, CA 90023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$600.49**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.317** | Priority creditor's name and mailing address

**DON KENT**
**RIVERSIDE COUNTY TREASURER**
**P.O.BOX 12005**
**RIVERSIDE, CA 92502-2205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$64,982.71**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.318** | Priority creditor's name and mailing address

**Donosa,Elena**
**513 E Franklin Ave**
**Mesa, AZ 85204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$107.36**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.319** | Priority creditor's name and mailing address
**Dorio,Michael A**
**11 Westminister St**
**New Haven, CT 06513**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$898.85   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.320** | Priority creditor's name and mailing address
**Douglas,Lachelle**
**595 Gloriosa Ave**
**Perris, CA 92571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$156.00   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.321** | Priority creditor's name and mailing address
**Douglas,Rhonda J**
**3441 E. Tuolumne Road**
**Turlock, CA 95382**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,426.92   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.322** | Priority creditor's name and mailing address
**Duncan,Kimberly D**
**13605 Swaps Street**
**Moreno Valley, CA 92555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$241.11   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.44 | Unknown |
|---|---|---|---|---|

**Dunlap,Cortnee J**
**4724 Avenue 229**
**Tulare, CA 93274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $863.61 | Unknown |
|---|---|---|---|---|

**Duran,Carlos E**
**105 Galileo Ln.**
**Perris, CA 92571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $582.59 | Unknown |
|---|---|---|---|---|

**Duran,Christina R**
**821 E Trinidad**
**Visalia, CA 93292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $379.17 | Unknown |
|---|---|---|---|---|

**Duran,Maria T**
**25141 Yolanda Ave.**
**Moreno Valley, CA 92551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$678.04** | **Unknown** |
|---|---|---|---|---|
| | **Duran,Michael M**<br>**25406 Ramble Wood Ct.**<br>**Moreno Valley, CA 92553** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$88.02** | **Unknown** |
|---|---|---|---|---|
| | **Duran,Raeinez**<br>**735 State St**<br>**San Jose, CA 95110-2824** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,200.00** | **Unknown** |
|---|---|---|---|---|
| | **Dweck,Adam**<br>**6126 Alcove Ave**<br>**N. Hollywood, CA 91606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$346.15** | **Unknown** |
|---|---|---|---|---|
| | **Dweck,Julia Sara**<br>**721 5th Ave.**<br>**#34C**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $722.16 | Unknown |
|---|---|---|---|---|

**Eduardo,Ma Isabel**
**1038 W. Eight St.**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | | $73.25 | Unknown |
|---|---|---|---|---|

**Edwards,Dwayne**
**604 w Washington ave. Apt#1**
**Las Vegas, NV 89110-5342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | | $27.97 | Unknown |
|---|---|---|---|---|

**EMPLOYMENT DEVELOPMENT**
**DEPT**
**PO BOX 989061**
**WEST SACRAMENTO, CA**
**95798-9061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | | $419.43 | Unknown |
|---|---|---|---|---|

**Enciso,Darlene**
**532 Mercury Ave**
**Lompoc, CA 93436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $763.51 | Unknown |
|---|---|---|---|---|

**Eng,Sean L**
**29879 Warm Sands Drive**
**Menifee, CA 92584**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $577.97 | Unknown |
|---|---|---|---|---|

**Escalante,Ana E**
**927 S Havard Blvd**
**Apt #4**
**Los Angeles, CA 90006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $452.00 | Unknown |
|---|---|---|---|---|

**Escalera,Vanessa**
**9403 Aero Dr**
**Pico Rivera, CA 90660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.33 | Unknown |
|---|---|---|---|---|

**Escarcega,Stella**
**25967 Yale St**
**Hemet, CA 92544-4877**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10.12 | Unknown |
|---|---|---|---|---|

**Escobedo,Elizabeth**
**13282 Silver Lane**
**Moreno Valley, CA 92553**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $282.89 | Unknown |
|---|---|---|---|---|

**Escontrias,Socorro**
**622 Romulo St**
**Los Angeles, CA 90065**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $771.87 | Unknown |
|---|---|---|---|---|

**Espadera,Consejo**
**1330 Contra Costa Ave Apt H1**
**San Pablo, CA 94806**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $673.40 | Unknown |
|---|---|---|---|---|

**Esparza Lopez,Juan J**
**435 E 2nd St**
**Apt 100**
**Mesa, AZ 85203**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $311.88 | Unknown |
|---|---|---|---|---|
| | **Esparza,Melissa**<br>**412 E Frost Cir**<br>**Mesa, AZ 85203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $61.05 | Unknown |
|---|---|---|---|---|
| | **Espinola,Martha**<br>**1553 W 7th St Apt 116**<br>**Upland, CA 91786-6946** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $323.83 | Unknown |
|---|---|---|---|---|
| | **Espinosa,Evelyn C**<br>**2403 W. 115th St.**<br>**Hawthorne, CA 90250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $229.90 | Unknown |
|---|---|---|---|---|
| | **Espinoza,Jose F**<br>**1265 E Washington Ave**<br>**Escondido, CA 92027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $403.20 | Unknown |
|---|---|---|---|---|

**Espinoza,Patricia M.**
**227 N. Catalina St.**
**Apt. #4**
**Los Angeles, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $251.90 | Unknown |
|---|---|---|---|---|

**Esqueda,Cristina**
**866 S 45th St**
**Richmond, CA 94804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.56 | Unknown |
|---|---|---|---|---|

**Esquer,Jenniffer**
**726 E CHRISTIE ST**
**BANNING, CA 92220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.12 | Unknown |
|---|---|---|---|---|

**Estrella,Yolanda**
**7740 N 33rd Ave**
**Phoenix, AZ 85051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
| | Name | | |

---

**2.351** | Priority creditor's name and mailing address

**Eyermann,Rebeca**
**1196 N Vallejo Way**
**Upland, CA 91786**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,653.85**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.352** | Priority creditor's name and mailing address

**Falcon,Juana M.**
**7502 Whitmore Ave**
**Rosemead, CA 91770**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3.92**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.353** | Priority creditor's name and mailing address

**Fallas,Michael**
**15001 S. Figueroa St**
**Gardena, CA 90248**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$17,307.71**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.354** | Priority creditor's name and mailing address

**Farias,Cristina**
**33137 Shoreline Dr.**
**Lake Elsinore, CA 92530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$450.57**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,307.30** | **Unknown** |
|---|---|---|---|---|

**Farias,Gaudalia**
**1799 N Decatur Blvd**
**Apt 154**
**Las Vegas, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.356 | Priority creditor's name and mailing address | | **$664.18** | **Unknown** |
|---|---|---|---|---|

**Favela,Crystal A**
**3315 Laurel Dr**
**Bakersfield, CA 93304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.357 | Priority creditor's name and mailing address | | **$154.50** | **Unknown** |
|---|---|---|---|---|

**Felix Romero,Jasmine M**
**116 W Acacia Ave**
**Hemet, CA 92543**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.358 | Priority creditor's name and mailing address | | **$851.52** | **Unknown** |
|---|---|---|---|---|

**Fernandez Columbie,Maribel**
**67231 N Chimayo Dr**
**Cathedral City, CA 92234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,577.92 | Unknown |
|---|---|---|---|---|

**Fernandez De Chamizo,Fe D.**
**1005 W. Denni St.**
**Apt. A**
**Wilmington, CA 90744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | | $617.09 | Unknown |
|---|---|---|---|---|

**Fernandez Lagunilla,Maria H**
**1109 Shirley Dr.**
**Apt. #2**
**Milpitas, CA 95035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | | $90.31 | Unknown |
|---|---|---|---|---|

**Fernandez,Gabriela C**
**330 Flower St**
**Turlock, CA 95380**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | | $1,584.96 | Unknown |
|---|---|---|---|---|

**Ferris,Rebecca A**
**1711 Spring Ln.**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|--------|------------------------|------------------------|---------------------|
|        | Name                   |                        |                     |

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,373.43 | Unknown |

Priority creditor's name and mailing address
**Ferrusquilla,Maribel**
**1324 Garfield St.**
**Calexico, CA 92231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.20 | Unknown |

Priority creditor's name and mailing address
**Fields,Michael A**
**11624 Ardath Ave**
**Hawthorne, CA 90250-1814**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.25 | Unknown |

Priority creditor's name and mailing address
**Figueroa,Denis**
**537 Encinas Ave.**
**#3**
**Calexico, CA 92231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.84 | Unknown |

Priority creditor's name and mailing address
**Figueroa,Michael**
**132 S Pico Ave**
**San Jacinto, CA 92583-3423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $577.94 | Unknown |
|---|---|---|---|---|

**Fino,Cecilia**
**1051 Adler Avenue**
**Apt. 41**
**Calexico, CA 92231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $316.85 | Unknown |
|---|---|---|---|---|

**Fleming,Nateeanna R**
**269 Valley View**
**Apt A**
**Hemet, CA 92543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $150.81 | Unknown |
|---|---|---|---|---|

**Flores Galaviz,Lorraine Anna**
**1919 W Dakota Ave**
**Apt 154**
**Fresno, CA 93705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $128.53 | Unknown |
|---|---|---|---|---|

**Flores Leon,Olimpia**
**1322 3/4 S Sunol Dr**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.24 | Unknown |
|---|---|---|---|---|

**Flores Ontiveros,Esperanza**
**5580 Moreno St**
**Apt 48**
**Montclair, CA 91763**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.54 | Unknown |
|---|---|---|---|---|

**Flores,Andrea**
**740 s imperial av**
**Apt. B**
**Calexico, CA 92231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.86 | Unknown |
|---|---|---|---|---|

**Flores,Conny A**
**936 Themal Ave**
**San Diego, CA 92154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,376.60 | Unknown |
|---|---|---|---|---|

**Flores,Linda A**
**913 Shadydale Ave.**
**La Puente, CA 91744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $961.82 | Unknown |
|---|---|---|---|---|

**Flores,Maria**
**9426 S. Parmelee Avenue**
**Los Angeles, CA 90002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $900.74 | Unknown |
|---|---|---|---|---|

**Flores,Maricela**
**9426 S. Parmelee Ave.**
**Los Angeles, CA 90002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $873.99 | Unknown |
|---|---|---|---|---|

**Flores,Martha A**
**14293 Woodpark Dr**
**Moreno Valley, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.36 | Unknown |
|---|---|---|---|---|

**Flors Barris,Dora M**
**329 Sparkler Ln**
**Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $914.48 | Unknown |
|---|---|---|---|---|
| | **Folgar,Wendy Carolina** | *Check all that apply.* | | |
| | **2300 Constantine Ave** | ☐ Contingent | | |
| | **Las Vegas, NV 89101** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Accrued Vacation and PTO** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $407.57 | Unknown |
|---|---|---|---|---|
| | **Ford,Darry L** | *Check all that apply.* | | |
| | **431 S Maie Ave** | ☐ Contingent | | |
| | **Compton, CA 90220** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Accrued Vacation and PTO** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $884.94 | Unknown |
|---|---|---|---|---|
| | **Fountain,Anthony** | *Check all that apply.* | | |
| | **652 N. Ramona Blvd** | ☐ Contingent | | |
| | **7D** | ☐ Unliquidated | | |
| | **San Jacinto, CA 92583** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Accrued Vacation and PTO** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.47 | Unknown |
|---|---|---|---|---|
| | **Fragoso,Maria I** | *Check all that apply.* | | |
| | **1355 S. Perris Blvd.** | ☐ Contingent | | |
| | **Apt. 45** | ☐ Unliquidated | | |
| | **Perris, CA 92570** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Accrued Vacation and PTO** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $977.52 | Unknown |
|---|---|---|---|---|

**Fraire,Sabrina M**
**2471 Vegas Valley Drive**
**Las Vegas, NV 89121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $935.40 | Unknown |
|---|---|---|---|---|

**Francis,Frances**
**3722 Montera Ct.**
**El Sobrante, CA 94803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.73 | Unknown |
|---|---|---|---|---|

**Franco Napoles,Daniela**
**16711 S Figueroa St**
**Apt 7**
**Gardena, CA 90248**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.09 | Unknown |
|---|---|---|---|---|

**Franco,Natalie**
**611 E Bockthorn St**
**Inglewood, CA 90301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.387** | Priority creditor's name and mailing address
**Franco,Pedro**
**708 E. 84th St.**
**Los Angeles, CA 90001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,552.28    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.388** | Priority creditor's name and mailing address
**Franklin,Rashid**
**14818 Cloverfield Rd.**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$159.72    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.389** | Priority creditor's name and mailing address
**Frias Bravo,Gonzalo**
**13513 Red Mahogany Dr.**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$591.25    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.390** | Priority creditor's name and mailing address
**Fuentes Vasquez Oliva,Maria**
**1410 S.Hobart Blvd.**
**Los Angeles, CA 90006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$216.16    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.391** | Priority creditor's name and mailing address
**Fuentes,Odaly Y**
**24844 Eucalyptus Ave.**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$75.90**    **Unknown**

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.392** | Priority creditor's name and mailing address
**Gaidu,Pinky S**
**6951 Variel Ave**
**Canoga Park, CA 91303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$146.94**    **Unknown**

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.393** | Priority creditor's name and mailing address
**Gaines,Charles**
**401 S Simpson Ave #13**
**Hemet, CA 92543**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$810.90**    **Unknown**

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.394** | Priority creditor's name and mailing address
**Gallardo,Monique E**
**4447 Cessna St.**
**Jurupa Valley, CA 92509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,153.85**    **Unknown**

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $456.94 | Unknown |
|---|---|---|---|---|

**Gallegos De Banuelos,Andrea**
**1429 Oleander Ave**
**Chula Vista, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.36 | Unknown |
|---|---|---|---|---|

**Garcia,Alma**
**12794 Indian St**
**Moreno Valley, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.23 | Unknown |
|---|---|---|---|---|

**Garcia,Anahi E**
**14824 Erwin St Apt 5**
**Van Nuys, CA 91411-2469**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $839.54 | Unknown |
|---|---|---|---|---|

**Garcia,Christina C**
**4026 N Fruit Ave**
**Apt 112**
**Fresno, CA 93705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $531.96 | Unknown |
|---|---|---|---|---|

**Garcia,Efrain**
**435 N. Hamilton Ave.**
**Apt. B**
**Hemet, CA 92543**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.08 | Unknown |
|---|---|---|---|---|

**Garcia,Ever**
**435 N. Hamilton**
**#B**
**Hemet, CA 92543**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $413.66 | Unknown |
|---|---|---|---|---|

**Garcia,Frank L**
**19571 Covell St**
**Riverside, CA 92508**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $304.62 | Unknown |
|---|---|---|---|---|

**Garcia,Gisel**
**37536 17th St E**
**Palmdale, CA 93550**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $581.18 | Unknown |
|---|---|---|---|---|

**Garcia,Gregory M**
**629 W. 2nd Ave.**
**Mesa, AZ 85210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.71 | Unknown |
|---|---|---|---|---|

**Garcia,Irma**
**1005 N. Berendo St. #4**
**Los Angeles, CA 90029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $317.46 | Unknown |
|---|---|---|---|---|

**Garcia,Jennifer**
**4204 Chinquapin Way**
**Sacramento, CA 95823**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $565.11 | Unknown |
|---|---|---|---|---|

**Garcia,Lidia**
**829 S. Taylor**
**Apt. #10**
**Montebello, CA 90640**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,690.92** | **Unknown** |
|---|---|---|---|---|

**Garcia,Maria**
**9076 Willis Ave**
**Unit 2**
**Panorama City, CA 91402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,829.03** | **Unknown** |
|---|---|---|---|---|

**Garcia,Maria G.**
**2 Zuni Ln**
**Carson, CA 90745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$547.58** | **Unknown** |
|---|---|---|---|---|

**Garcia,Mauricio**
**22247 Ellis Ave.**
**Perris, CA 92570**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,497.25** | **Unknown** |
|---|---|---|---|---|

**Garcia,Miriam A.**
**4810 N. Vincent**
**Apt. #15**
**Covina, CA 91722**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.411** | Priority creditor's name and mailing address
**Garcia,Nancy**
**1023 Clela Ave.**
**Los Angeles, CA 90022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$208.16    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.412** | Priority creditor's name and mailing address
**Garcia,Noah F**
**3812 Mitchell Ave**
**Bakersfield, CA 93306-4527**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16.06    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.413** | Priority creditor's name and mailing address
**Garcia,Olivia**
**4417 1/2 Morgan Ave**
**Los Angeles, CA 90011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$335.05    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.414** | Priority creditor's name and mailing address
**Garcia,Rosa V**
**3008 James M Wood Blvd**
**Los Angeles, CA 90006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$305.90    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.55 | Unknown |
|---|---|---|---|---|

**Garcia,Sofia**
**21773 Cedar St.**
**Perris, CA 92570**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.25 | Unknown |
|---|---|---|---|---|

**Garcia,Veronica M**
**1457 N 9th St**
**Colton, CA 92324-2401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.81 | Unknown |
|---|---|---|---|---|

**Garcia,Xochitl**
**551 N Cherry St**
**Tulare, CA 93274**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | Unknown |
|---|---|---|---|---|

**Garcia-Ortiz,Debbie M**
**521 Pearlanna Dr**
**San Dimas, CA 91773**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.58 | Unknown |
|---|---|---|---|---|

**Garduno,Jacobo P**
**2641 Alicia Pl**
**Hemet, CA 92545**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $955.71 | Unknown |
|---|---|---|---|---|

**Garza,Ludivina**
**13526 Tara Oak Dr.**
**Houston, TX 77065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,269.24 | Unknown |
|---|---|---|---|---|

**Gause,Cheryl**
**31907 Forest Pine Ct**
**Conroe, TX 77385**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $308.33 | Unknown |
|---|---|---|---|---|

**Gaxiola Higuera,Jessica**
**1624 E Willow St**
**Anaheim, CA 92805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $616.44 | Unknown |
|---|---|---|---|---|

**Gaxiola,Sonia H**
**1624 E. Willow St.**
**Anaheim, CA 92805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.31 | Unknown |
|---|---|---|---|---|

**Gaytan,Jennifer C**
**4825 Grape St**
**Pico Rivera, CA 90660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $898.62 | Unknown |
|---|---|---|---|---|

**Gethers,Monesha**
**3351 Marine Ave Apt 27**
**Gardena, CA 90249**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.83 | Unknown |
|---|---|---|---|---|

**Gharibian,Odet**
**1340 Orange Grove Ave**
**Apt 110**
**Glendale, CA 91205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.427** Priority creditor's name and mailing address

**Gil,Bridgette**
**126 S Avenue 55 Apt 5**
**Los Angeles, CA 90042-4667**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$158.34   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.428** Priority creditor's name and mailing address

**Ginsberg,Ness A**
**43 Ruth Dr**
**New City, NY 10956**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,692.31   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.429** Priority creditor's name and mailing address

**Giron,Isabel**
**4453 Isabella Ave.**
**Las Vegas, NV 89110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,145.28   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.430** Priority creditor's name and mailing address

**Giron,Walter R**
**3776 S. Van Ness Ave.**
**Los Angeles, CA 90018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,932.25   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.24 | Unknown |
|---|---|---|---|---|

**Giventer,Cynthia**
**839 Wakefield Rd**
**Turlock, CA 95380**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.56 | Unknown |
|---|---|---|---|---|

**Godina,Angelica**
**1106 W Bell Rd Apt 1138**
**Phoenix, AZ 85023-7939**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.85 | Unknown |
|---|---|---|---|---|

**Godinez,Mireya**
**1233 D St Apt C**
**Corona, CA 92882**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $830.38 | Unknown |
|---|---|---|---|---|

**Godoy Garcia,Sonia**
**335 E Louise St**
**Long Beach, CA 90805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,076.94** | **Unknown** |
|---|---|---|---|---|

**Godoy,Leonel**
**3649 River Ave**
**Long Beach, CA 90810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$553.85** | **Unknown** |
|---|---|---|---|---|

**Goetz,Luz E**
**1936 Peri Ann Dr**
**Las Cruces, NM 88001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$846.60** | **Unknown** |
|---|---|---|---|---|

**Golosnaia,Svetlana**
**912 Coral Aloe St**
**Las Vegas, NV 89106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$67.13** | **Unknown** |
|---|---|---|---|---|

**Gomez Duran,Aaron**
**32284 Machado St**
**Lake Elsinore, CA 92530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.28 | Unknown |
|---|---|---|---|---|

**Gomez,Cindy F**
**4922 W 109th St**
**Inglewood, CA 90304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $395.43 | Unknown |
|---|---|---|---|---|

**Gomez,Daniel**
**1138 E. 103rd Pl.**
**Los Angeles, CA 90002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.00 | Unknown |
|---|---|---|---|---|

**Gomez,Lisett**
**950 W 5th St**
**Apt A14**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $759.11 | Unknown |
|---|---|---|---|---|

**Gomez,Maria A**
**25144 Sugar Hill Road**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.11 | Unknown |
|---|---|---|---|---|

**Gomez,Maria Carmen**
**3234 1/2 W 109th St**
**Inglewood, CA 90303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $444.51 | Unknown |
|---|---|---|---|---|

**Gomez,Maria V**
**12203 Old Walters Rd Apt 1017**
**Houston, TX 77014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.94 | Unknown |
|---|---|---|---|---|

**Gomez,Marvin E**
**1438 Exeter Ave**
**Ventura, CA 93004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.28 | Unknown |
|---|---|---|---|---|

**Gomez,Sandra M**
**609 Tulare St**
**Bakersfield, CA 93305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $350.02 | Unknown |
|---|---|---|---|---|

**Gomez,Sylvia J**
**22600 San Jacinto**
**Perris, CA 92570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,093.19 | Unknown |
|---|---|---|---|---|

**Gomez,Viviana**
**10710 1/2 Felton Ave**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $65.34 | Unknown |
|---|---|---|---|---|

**Gonzales,Adriana**
**16629 Lewis Cir**
**Delhi, CA 95315-9641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $346.80 | Unknown |
|---|---|---|---|---|

**Gonzales,Jacqueline V**
**11111 Compton Ave**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$555.25** | **Unknown** |
| | **Gonzalez De Fontes,Rosa** | Check all that apply. | | |
| | **3117 1/2 Aylesworth** | ☐ Contingent | | |
| | **Pl.** | ☐ Unliquidated | | |
| | **Los Angeles, CA 90031** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$484.99** | **Unknown** |
| | **Gonzalez Mora,Rito** | Check all that apply. | | |
| | **128 Hill Dr** | ☐ Contingent | | |
| | **Apt 19** | ☐ Unliquidated | | |
| | **Vista, CA 92083** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$968.71** | **Unknown** |
| | **Gonzalez,Alma** | Check all that apply. | | |
| | **12929 Wilshire Dr.** | ☐ Contingent | | |
| | **Whittier, CA 90602** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$844.43** | **Unknown** |
| | **Gonzalez,Audon** | Check all that apply. | | |
| | **105 Pala Avenue** | ☐ Contingent | | |
| | **San Jose, CA 95127** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.27 | Unknown |
|---|---|---|---|---|

**Gonzalez,Candy N**
**883 Del Valle Ave**
**La Puente, CA 91744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.85 | Unknown |
|---|---|---|---|---|

**Gonzalez,Carolina**
**4181 Kenmore Dr N**
**Fresno, CA 93703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.02 | Unknown |
|---|---|---|---|---|

**Gonzalez,Cesar**
**3246 W 110th St**
**Inglewood, CA 90303-2310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,269.24 | Unknown |
|---|---|---|---|---|

**Gonzalez,Claudia M**
**10169 Brookville Lane**
**Boca Raton, FL 33428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.459 | Priority creditor's name and mailing address<br>**Gonzalez,Cristina**<br>**8602 Creeland Street**<br>**Pico Rivera, CA 90660** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$44.52** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.460 | Priority creditor's name and mailing address<br>**Gonzalez,Daniel**<br>**24581 Eucalyptus Ave.**<br>**Apt. 5**<br>**Moreno Valley, CA 92553** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$273.79** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.461 | Priority creditor's name and mailing address<br>**Gonzalez,Dominica J**<br>**10640 W Church Ave**<br>**Fresno, CA 93706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$938.52** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.462 | Priority creditor's name and mailing address<br>**Gonzalez,Esmeralda Y**<br>**6834 Variel Ave Apt 25**<br>**Canoga Park, CA 91303-2268** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$48.36** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.39 | Unknown |
|---|---|---|---|---|

**Gonzalez,Fernanda**
**1253 7th St**
**Calexico, CA 92231-3370**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.65 | Unknown |
|---|---|---|---|---|

**Gonzalez,Gisell**
**1679 Melrose Ave**
**Apt# D**
**Chula Vista, CA 91911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,750.44 | Unknown |
|---|---|---|---|---|

**Gonzalez,Gloria**
**1502 E. Carson St.**
**Apt#37**
**Carson, CA 90745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.94 | Unknown |
|---|---|---|---|---|

**Gonzalez,Isilma L**
**5607 Cascade Ridge St**
**Bakersfield, CA 93307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.74 | Unknown |
|---|---|---|---|---|

**Gonzalez,Jonathan J**
**1891 Richert Ave**
**Cloris, CA 93611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.69 | Unknown |
|---|---|---|---|---|

**Gonzalez,Jorge E**
**2214 Jornada Dr**
**Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $841.00 | Unknown |
|---|---|---|---|---|

**Gonzalez,Karen**
**54 E Ashlan Ave**
**Fresno, CA 93704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.43 | Unknown |
|---|---|---|---|---|

**Gonzalez,Margarita**
**2217 Taft Ave**
**Calexico, CA 92231-4342**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $569.69 | Unknown |
|---|---|---|---|---|
| | **Gonzalez,Maria C**<br>**193 E. 5th St.**<br>**Perris, CA 92570** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,556.31 | Unknown |
|---|---|---|---|---|
| | **Gonzalez,Maria Del Carmen**<br>**3124 W Buckingham**<br>**Apt A**<br>**Garland, TX 75042** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $237.82 | Unknown |
|---|---|---|---|---|
| | **Gonzalez,Nancy**<br>**46299 Arabia St Apt B23**<br>**Indio, CA 92201** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $52.88 | Unknown |
|---|---|---|---|---|
| | **Gonzalez,Pablo**<br>**29706 Oakbridge dr**<br>**Menifee, CA 92586** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $626.33 | Unknown |
|---|---|---|---|---|

**Gonzalez,Rosa**
**5581 Cherry Ave Apt A**
**Long Beach, CA 90805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.71 | Unknown |
|---|---|---|---|---|

**Gonzalez,Rosa E**
**18601 Hateras st Apt 171**
**tarzana, CA 91356**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.06 | Unknown |
|---|---|---|---|---|

**Gonzalez,Sandy M**
**611 W Indian School Rd Apt 162**
**Phoenix, AZ 85013-3176**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.40 | Unknown |
|---|---|---|---|---|

**Gonzalez,Sarina M**
**23770 Gamma St**
**Moreno Valley, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,241.92 | Unknown |
|---|---|---|---|---|

**Gonzalez,Saul**
**446 E. 238th Street**
**Carson, CA 90745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,241.92**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.480 | Priority creditor's name and mailing address | | $441.87 | Unknown |
|---|---|---|---|---|

**Gonzalez,Sochil**
**4015 Mennes Avenue**
**Riverside, CA 92509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$441.87**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.481 | Priority creditor's name and mailing address | | $6,825.52 | Unknown |
|---|---|---|---|---|

**GORDON B. FORD**
**STANISLAUS COUNTY TAX COLL**
**P O BOX 859**
**MODESTO, CA 95353**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,825.52**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.482 | Priority creditor's name and mailing address | | $6,730.77 | Unknown |
|---|---|---|---|---|

**Gover,Ronald**
**2965 Lakeside Drive**
**Highland Village, TX 75077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,730.77**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.56 | Unknown |
|---|---|---|---|---|
| | **Granadino,Jose J** | *Check all that apply.* | | |
| | **770 W Lone Mountain Road** | ☐ Contingent | | |
| | **#1051** | ☐ Unliquidated | | |
| | **North Las Vegas, NV 89031** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.79 | Unknown |
|---|---|---|---|---|
| | **Gray,Sherry R** | *Check all that apply.* | | |
| | **956 1/2 E 94th St** | ☐ Contingent | | |
| | **Los Angeles, CA 90002** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $427.34 | Unknown |
|---|---|---|---|---|
| | **Greene,Margaret** | *Check all that apply.* | | |
| | **9547 Aisle Of Palms** | ☐ Contingent | | |
| | **Niland, CA 92257** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $241.55 | Unknown |
|---|---|---|---|---|
| | **Guerrero Guillen,Maria M.** | *Check all that apply.* | | |
| | **16835 Vanowen St.** | ☐ Contingent | | |
| | **Van Nuys, CA 91406** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,040.58 | Unknown |
|---|---|---|---|---|

**Guerrero,Elvira**
**2005 Lavonne Ave**
**San Jose, CA 95116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $554.40 | Unknown |
|---|---|---|---|---|

**Guerrero,Yolanda**
**25670 Dittany St**
**Moreno Valley, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $652.43 | Unknown |
|---|---|---|---|---|

**Guevara,Andrea P**
**1565 N. Avalon Blvd.**
**Apt. 108**
**Wilmington, CA 90744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,735.74 | Unknown |
|---|---|---|---|---|

**Guevara,Lizeth Irais**
**19201 Nordhoff St**
**Apt 322**
**Northridge, CA 91324**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| | | | |
|---|---|---|---|
| 2.491 | Priority creditor's name and mailing address<br>**Gunn,Mark A**<br>**16305 Aurora Crest Dr.**<br>**Whitter, CA 90605** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20,192.32**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

---

| | | | |
|---|---|---|---|
| 2.492 | Priority creditor's name and mailing address<br>**Gutierrez Martinez,Isamar**<br>**2823 Lockhart Ave.**<br>**Dallas, TX 75228** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,869.24**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

---

| | | | |
|---|---|---|---|
| 2.493 | Priority creditor's name and mailing address<br>**Gutierrez,Amanyurith**<br>**420 W Latham Ave**<br>**Hemet, CA 92543** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$194.26**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

---

| | | | |
|---|---|---|---|
| 2.494 | Priority creditor's name and mailing address<br>**Gutierrez,Susana**<br>**1341 S Cochran Ave**<br>**Los Angeles, CA 90019** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$674.03**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.495** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$728.91** | **Unknown**

**Gutierrez,Yahaira**
**420 W Latham Avenue**
**Hemet, CA 92543**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.496** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,080.54** | **Unknown**

**Guzman Preciado,Luz A**
**3327 E. Sabina**
**2404**
**Los Angeles, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.497** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$249.38** | **Unknown**

**Guzman,Luisa E**
**1831 N 73rd Dr**
**Phoenix, AZ 85035-4513**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.498** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$434.72** | **Unknown**

**Guzman,Magali**
**3521 Riverview Dr.**
**Riverside, CA 92509**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.499** | Priority creditor's name and mailing address
**Guzman,Palmira D**
**5891 Wilkinson St**
**Sacramento, CA 95824**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$323.95    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.500** | Priority creditor's name and mailing address
**Guzman,Vanessa**
**1011 S Merrill St Apt 102**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$337.15    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.501** | Priority creditor's name and mailing address
**Hairston,Tiera M**
**7621 Birdie Ct**
**Sacramento, CA 95828-4801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21.78    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.502** | Priority creditor's name and mailing address
**Hajihosseinloo,Mahsa**
**22130 Victory Blvd Apt A203**
**Woodland Hills, CA 91367**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$123.49    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.56 | Unknown |
|---|---|---|---|---|

**Hall,Cameron L**
**6845 cedros ave**
**van nuys, CA 91405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,325.40 | Unknown |
|---|---|---|---|---|

**Hammond,Juliana M**
**317 W Alondra Blvd**
**Apt 2**
**Compton, CA 90220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $597.18 | Unknown |
|---|---|---|---|---|

**Hammond,Tiana M**
**13520 Kornblum Ave**
**Apt 127**
**Hawthorne, CA 90250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.42 | Unknown |
|---|---|---|---|---|

**Harper,Anthony**
**3312 Driftwood Ln**
**Lake Elsinore, CA 92530-1821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.40 | Unknown |
|---|---|---|---|---|

**Harper,Timberly S**
**21550 Box Springs Rd Apt 2086**
**Moreno Valley, CA 92557-6719**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,511.31 | Unknown |
|---|---|---|---|---|

**HARRY E. HAGEN**
**TREASURER-TAX COLLECTOR**
**PO BOX 579**
**SANTA BARBARA, CA 93102-0579**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Taxes** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $253.56 | Unknown |
|---|---|---|---|---|

**Haynes,Shanice D**
**25105 John F. Kennedy Dr.**
**Moreno Valley, CA 92551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.91 | Unknown |
|---|---|---|---|---|

**Heatley,Curtis W**
**615 E Lincoln Way**
**Apt 112**
**Sparks, NV 89431**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $83.07 | Unknown |
|---|---|---|---|---|

**Henderson,Mario D**
**4741 A Parkway**
**Sacramento, CA 95823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,528.82 | Unknown |
|---|---|---|---|---|

**Henretta,Hugh P**
**410 Burma Rd**
**Fallbrook, CA 92028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,643.61 | Unknown |
|---|---|---|---|---|

**HENRY LEVY, TREASURER & TAX**
**COLLECT**
**1221 OAK STREET**
**ROOM 131**
**OAKLAND, CA 94612-4285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $688.32 | Unknown |
|---|---|---|---|---|

**Heredia,Beatriz**
**7704 W Encinas Ln**
**Phoenix, AZ 85043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| | | | |
|---|---|---|---|
| 2.515 | Priority creditor's name and mailing address<br>**Heredia,Laura**<br>**925 W Cartwright Rd Apt 201**<br>**Mesquite, TX 75149** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$63.12**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

---

| | | | |
|---|---|---|---|
| 2.516 | Priority creditor's name and mailing address<br>**Hernandez Barajas,Marisol**<br>**919 1/2 E Santa Ana St**<br>**Anaheim, CA 92805** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$221.43**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

---

| | | | |
|---|---|---|---|
| 2.517 | Priority creditor's name and mailing address<br>**Hernandez de Facundo,Ines L**<br>**1633 S Stevens Ave**<br>**Lake Elsinore, CA 92530** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$57.97**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

---

| | | | |
|---|---|---|---|
| 2.518 | Priority creditor's name and mailing address<br>**Hernandez Garcia,Rocio**<br>**15432 Gault St Apt 115**<br>**Van Nuys, CA 91406** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250.16**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $367.37 | Unknown |
|---|---|---|---|---|

**Hernandez Hernandez,Carla R**
**713 W 113th St**
**Los Angeles, CA 90044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | Unknown |
|---|---|---|---|---|

**Hernandez,Adriana**
**21834 Belshire Ave.**
**Apt. #11**
**Hawaiian Gardens, CA 90716**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.64 | Unknown |
|---|---|---|---|---|

**Hernandez,Ana L**
**7109 Yolanda Ave**
**Reseda, CA 91335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $251.02 | Unknown |
|---|---|---|---|---|

**Hernandez,Angelica**
**140 Olivetree Drive**
**Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $466.10 | Unknown |
|---|---|---|---|---|

**Hernandez,Asucena**
**45535 Andale Ave.**
**Lancaster, CA 93535**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $401.94 | Unknown |
|---|---|---|---|---|

**Hernandez,Beatriz**
**24796 Eucalyptus Ave.**
**Moreno Valley, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.77 | Unknown |
|---|---|---|---|---|

**Hernandez,Bryan S**
**3317 Hammock St.**
**Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,433.41 | Unknown |
|---|---|---|---|---|

**Hernandez,Crystal**
**705 Helen Dr.**
**Turlock, CA 95382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

**2.527** | Priority creditor's name and mailing address
**Hernandez,Evelia**
**2306 Stonybrook Way**
**Perris, CA 92571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$220.22    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.528** | Priority creditor's name and mailing address
**Hernandez,Fabiola**
**2649 East 110th St**
**Lynwood, CA 90262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,756.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.529** | Priority creditor's name and mailing address
**Hernandez,Felicia**
**1524 Frienza Ave**
**Sacramento, CA 95815**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$343.37    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.530** | Priority creditor's name and mailing address
**Hernandez,Felicitas B.**
**166 Montgomery St.**
**Chula Vista, CA 91911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,850.83    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $731.53 | Unknown |
|---|---|---|---|---|

**Hernandez,Luz A**
**7663 Genesta Ave**
**Van Nuys, CA 91406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $441.65 | Unknown |
|---|---|---|---|---|

**Hernandez,Maria Del Carmen**
**346 S Mollison Ave Apt 36**
**El Cajon, CA 92020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $483.74 | Unknown |
|---|---|---|---|---|

**Hernandez,Mary L**
**20412 Berendo Ave**
**Torrance, CA 90502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $681.75 | Unknown |
|---|---|---|---|---|

**Hernandez,Mayrani**
**Correa**
**5464 Lean Ave Apt#101**
**San Jose, CA 95123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.535** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$975.33** | **Unknown**

**Hernandez,Mireya Reyes**
**484 E. Ellis St.**
**Long Beach, CA 90805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.536** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$46.42** | **Unknown**

**Hernandez,Patricia**
**27805 Hillpointe Dr**
**Sun City, CA 92585-8939**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.537** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$217.36** | **Unknown**

**Hernandez,Rosa M**
**1027 W G St Apt 3**
**Ontario, CA 91762**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.538** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$99.12** | **Unknown**

**Hernandez,Rosanna N**
**1659 Tangerine Rose Dr**
**Las Vegas, NV 89142**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.43 | Unknown |
|---|---|---|---|---|

**Hernandez, Sara**
**1308 Garfield St.**
**Calexico, CA 92231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,798.74 | Unknown |
|---|---|---|---|---|

**Hernandez, Susana**
**82473 Deborah Dr**
**Indio, CA 92201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $529.60 | Unknown |
|---|---|---|---|---|

**Hernandez, Valentina**
**5525 Orange Ave.**
**Long Beach, CA 90805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $864.24 | Unknown |
|---|---|---|---|---|

**Herrera, Elizabeth**
**2324 Webster St.**
**N. Las Vegas, NV 89030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.543** | Priority creditor's name and mailing address
**Herrera,Josefina**
**1387 Scott Ave**
**Pomona, CA 91767**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$548.21    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.544** | Priority creditor's name and mailing address
**Hicks Jr,Marvin J**
**8902 N 19th Ave Apt 2073**
**Phoenix, AZ 85021-6051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$240.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.545** | Priority creditor's name and mailing address
**Hicks,Johnathan W**
**213 N Broadacres Ave**
**Compton, CA 90220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$153.17    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.546** | Priority creditor's name and mailing address
**Hilario,Guadalupe**
**300 W College Ave Apt 38**
**Lompoc, CA 93436-4412**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$203.71    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,461.54 | Unknown |
|---|---|---|---|---|

**Hill,Lisa M**
**1360 E Frances Ln**
**Gilbert, AZ 85295**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.69 | Unknown |
|---|---|---|---|---|

**Hill,Melia**
**105 E Olive Ave Apt 1**
**Fresno, CA 93728**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.22 | Unknown |
|---|---|---|---|---|

**Hobbs,Amber**
**4647 N Chestnut Ave Apt 122**
**Fresno, CA 93726-1805**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.58 | Unknown |
|---|---|---|---|---|

**Holford,Domonique S**
**5706 Manzanita Ave**
**Carmichael, CA 95608-6503**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.75 | Unknown |
|---|---|---|---|---|

**Holguin,Francisco**
**7271 Norths Ave**
**Apt A**
**Lemon Grove, CA 91945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,477.56 | Unknown |
|---|---|---|---|---|

**Hopson,Traci K**
**12424 Steeple Way Blvd**
**Apt 1228**
**Houston, TX 77065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.48 | Unknown |
|---|---|---|---|---|

**Howard,Aaliyah A**
**11223 S Broadway Apt 4**
**Los Angeles, CA 90061**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.72 | Unknown |
|---|---|---|---|---|

**Howard,Alice L**
**3292 Erica Pl.**
**Lompoc, CA 93436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.555 | Priority creditor's name and mailing address<br>**Huante,Ana C**<br>**7631 Reseda Blvd Unit 55**<br>**Reseda, CA 91335-2883** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$96.46** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.556 | Priority creditor's name and mailing address<br>**Huape,Armando R**<br>**467 Oriole Rd**<br>**San Jacinto, CA 92582-6966** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$812.13** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.557 | Priority creditor's name and mailing address<br>**Hudnut,Evelyn J**<br>**512 Toyon Avenue**<br>**Apt. 262**<br>**San Jose, CA 95127** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12.87** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.558 | Priority creditor's name and mailing address<br>**Huerta,Crystal M**<br>**14293 Woodpark Dr**<br>**Moreno Valley, CA 92553** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$389.62** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$102.85** | **Unknown** |
|---|---|---|---|---|

**Hughes,Kristian**
**5280 N Sixth St**
**Unit R**
**Fresno, CA 93710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$388.63** | **Unknown** |
|---|---|---|---|---|

**Hunter,Shannon M**
**25105 John F. Kennedy Dr.**
**Apt. 89**
**Moreno Valley, CA 92551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$743.06** | **Unknown** |
|---|---|---|---|---|

**Ignacio,Alma**
**21343 THOMAS DRIVE**
**CARSON, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$18.48** | **Unknown** |
|---|---|---|---|---|

**Indonila,Peregrino C**
**1920 Hope Valley Dr**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,964.60** | **Unknown** |
|---|---|---|---|---|
| | **Interiano,Astrid Carolina**<br>**15274 Larch street**<br>**Esperial, CA 92345** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,712.04** | **Unknown** |
|---|---|---|---|---|
| | **Jackson,Rose V.**<br>**10450 Iris Lake Ct**<br>**Houston, TX 77070** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$658.24** | **Unknown** |
|---|---|---|---|---|
| | **Jacobo,Audelina**<br>**3766 Llano Rd.**<br>**Santa Rosa, CA 95407** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$511.17** | **Unknown** |
|---|---|---|---|---|
| | **Jaramillo Robledo,Lucy I**<br>**633 Grant St**<br>**Calexico, CA 92231** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.53 | Unknown |
|---|---|---|---|---|

**Jasso,Ricardo**
**8905 Concord Ave**
**Riverside, CA 92503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.77 | Unknown |
|---|---|---|---|---|

**Jenkins Wise,Ashley Y**
**13942 Doty Ave**
**Apt 17**
**Hawthorne, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,206.40 | Unknown |
|---|---|---|---|---|

**Jesko,Joanne M**
**11753 Briar Knoll Pl.**
**Moreno Valley, CA 92557**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.88 | Unknown |
|---|---|---|---|---|

**Jimenez,Jacklyn L**
**1714 Oro Vista Road**
**unit#194**
**San Diego, CA 92154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.68 | Unknown |
|---|---|---|---|---|

**Jimenez,Jennifer**
**2774 E. Dominguez St**
**Carson, CA 90810**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.572 | Priority creditor's name and mailing address | | $141.35 | Unknown |
|---|---|---|---|---|

**Jimenez,Marilyn**
**2017 Ilex Ave Apt 204**
**San Diego, CA 92154**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.573 | Priority creditor's name and mailing address | | $380.27 | Unknown |
|---|---|---|---|---|

**Johnson,Christopher R**
**24604 Qualton Ct.**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.574 | Priority creditor's name and mailing address | | $364.11 | Unknown |
|---|---|---|---|---|

**Jones Penn,Caliech D**
**1841 S Carmona Ave**
**Los Angeles, CA 90019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.575** | Priority creditor's name and mailing address
**Jones,Carlene G**
**4105 Carmine St**
**Las Vegas, NV 89122**

As of the petition filing date, the claim is: **$127.92**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.576** | Priority creditor's name and mailing address
**Jones,Cody**
**500 Tulane Way**
**Turlock, CA 95382**

As of the petition filing date, the claim is: **$87.56**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.577** | Priority creditor's name and mailing address
**Jones,Veronica L**
**10927 Clearfork Dr.**
**Humble, TX 77396**

As of the petition filing date, the claim is: **$2,115.39**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.578** | Priority creditor's name and mailing address
**JORDAN KAUFMAN - KCTTC**
**KERN COUNTY TREAS/TAX**
**COLLECTOR**
**1115 TRUXTUN AVENUE, 2ND FLR**
**BAKERSFIELD, CA 93301-4640**

As of the petition filing date, the claim is: **$3,288.01**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.05 | Unknown |
|---|---|---|---|---|

**Juarez Martinez,Margarita**
**6933 Milwood Ave**
**Apt 40**
**Canoga Park, CA 91303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.02 | Unknown |
|---|---|---|---|---|

**Juarez,Amber I**
**1312 Maryland St Apt 302**
**Los Angeles, CA 90017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.09 | Unknown |
|---|---|---|---|---|

**Juarez,Charlotte D**
**1780 W Missouri Ave**
**Phoenix, AZ 85015-2673**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.01 | Unknown |
|---|---|---|---|---|

**Karki,Asha**
**1317 Liberty St**
**Apt 4**
**El Cerrito, CA 94530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,730.77 | Unknown |
|---|---|---|---|---|

**Kaufmann,Jeff**
**51 Jill Ct**
**Moumouth Junction, NJ 08852**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.56 | Unknown |
|---|---|---|---|---|

**Kennon,Miracle**
**8633 Denver Ave apt #2**
**Los Angeles, CA 90044**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.99 | Unknown |
|---|---|---|---|---|

**Khadka Karki,Parbati**
**2200 Rivers St Apt 16**
**San Pablo, CA 94806**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,730.77 | Unknown |
|---|---|---|---|---|

**Kim,Robert**
**18632 Sarazen Ct**
**Yorba Linda, CA 92886**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.587** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$38.56** | **Unknown**

**King,Desiree D**
**2947 Abbott St**
**Pomona, CA 91767-1719**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

---

**2.588** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$364.10** | **Unknown**

**Kiran,Reema**
**P.O. box 731191**
**San Jose, CA 95173**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

---

**2.589** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,826.92** | **Unknown**

**Kirch,Bruce J**
**4333 E 2nd St**
**#204**
**Long Beach, CA 90803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

---

**2.590** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,287.22** | **Unknown**

**Kolahi,Reza M.**
**5757 Lake Murray Blvd.**
**Apt. #139**
**La Mesa, CA 91942**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $699.12 | Unknown |
|---|---|---|---|---|

**Krakoff,Spencer H
1214 Losser Ave.
Gridley, CA 95948**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,903.86 | Unknown |
|---|---|---|---|---|

**Krieger,Elaine
872 Liard Place
Costa Meza, CA 92626**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.01 | Unknown |
|---|---|---|---|---|

**Kumar,Sushma S
3916 Belleza Dr
Ceres, CA 95307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65,094.41 | Unknown |
|---|---|---|---|---|

**LA COUNTY TAX COLLECTOR
225 NORTH HILL ST
ROOM 122
LOS ANGELES, CA 90012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.16 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Labra,Marlin
38636 Laurie Ln
Palmdale, CA 93551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$218.16    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address
**Labrador,Vanesa
648 E. Main St
Apt. D
San Jacinto, CA 92583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$130.90    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address
**Laiwakete,Mildred O
16242 W. Redfield Road
Surprise, AZ 85379**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address
**Lamb,Tim
12289 Lorez Dr
Moreno Valley, CA 92557**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,846.16    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $764.64 | Unknown |
|---|---|---|---|---|

**Langarica,Valeria**
**1809 N. Slater Ave.**
**Compton, CA 90222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $873.18 | Unknown |
|---|---|---|---|---|

**Lapena,Delila P**
**3371 Cortese Cir #7**
**San Jose, CA 95127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800.81 | Unknown |
|---|---|---|---|---|

**Lara De Zavala,Rosa**
**11913 Excelsior Drive**
**Norwalk, CA 90650**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.81 | Unknown |
|---|---|---|---|---|

**Lara,Isabel**
**83449 Wexford Ave**
**Indio, CA 92201-9616**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$222.64** | **Unknown** |
|---|---|---|---|---|

**Lara-Jamis,Angelica**
**17377 Valley Blvd.**
**Apt. #24**
**Fontana, CA 92335**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$625.26** | **Unknown** |
|---|---|---|---|---|

**Larivee,Lawrence M**
**13168 Pawnee Drive**
**Moreno Valley, CA 92555**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$813.60** | **Unknown** |
|---|---|---|---|---|

**Lasi,Alofa**
**1932 Luby Dr.**
**San Jose, CA 95133**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$65.46** | **Unknown** |
|---|---|---|---|---|

**Law,Devion D**
**4348 Lockwood Ave Apt 3**
**Los Angeles, CA 90029-2817**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$34.32** | **Unknown** |
|---|---|---|---|---|

**Leavell,Stephon D**
**5547 N Olinda Ave**
**Fresno, CA 93723-7649**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13.42** | **Unknown** |
|---|---|---|---|---|

**Lee,Derrick J**
**3415 E McKinley Ave**
**Fresno, CA 93703-3202**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,019.04** | **Unknown** |
|---|---|---|---|---|

**Leon Amial,Yulma**
**816 N O St**
**Spc 43**
**Lompoc, CA 93436**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16.56** | **Unknown** |
|---|---|---|---|---|

**Leon,Cynthia B**
**5366 S Zola Ave**
**Pico Rivera, CA 90660**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,080.50** | **Unknown** |
|---|---|---|---|---|

**Leslie,Michelle**
**1801 W. Adams Blvd.**
**Apt. # 106**
**Los Angeles, CA 90018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$150.92** | **Unknown** |
|---|---|---|---|---|

**Lewis,Stephanie A**
**3500 Data Dr Apt 269**
**Rancho Cordova, CA 95670-7951**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7.95** | **Unknown** |
|---|---|---|---|---|

**Leyva Mejia,Bianey**
**1943 S. Shenandoah**
**St. Apt. #5**
**Las Angeles, CA 90034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,240.47** | **Unknown** |
|---|---|---|---|---|

**Lilly,Wendy**
**3450 Maricopa St**
**#84**
**Torrance, CA 90503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.615** | Priority creditor's name and mailing address
**Lim,Bob K**
**1705 Crenshaw Blvd**
**Los Angeles, CA 90019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,307.70   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.616** | Priority creditor's name and mailing address
**Lim,Mareeya Y**
**13151 Fountain Park Dr Apt**
**C113**
**Playa Vista, CA 90094-2498**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,500.00   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.617** | Priority creditor's name and mailing address
**Limon,Maria D**
**2748 Greenwood Dr**
**San Pablo, CA 94806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$413.49   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.618** | Priority creditor's name and mailing address
**Little,Randy L**
**5225 Walmer Rd**
**Oroville, CA 95966**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,558.31   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,423.08 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Liu,Tung Shang**
**292 Valverde Ave**
**Brea, CA 92821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.620**

Priority creditor's name and mailing address
**Lizaola,Maria G**
**1594 Mount Frazier Dr.**
**San Jose, CA 95127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$819.45      Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.621**

Priority creditor's name and mailing address
**Llamas,Maria T**
**21446 Club Dr**
**Perris, CA 92570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$270.27      Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.622**

Priority creditor's name and mailing address
**Lloyd,Tenisha L**
**1528 S. Tamarind Ave.**
**Compton, CA 90220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$310.05      Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.623** | Priority creditor's name and mailing address

**Lockwood,Maureen**
**227 LINDEN AVE**
**Long Beach, CA 90802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,269.24    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.624** | Priority creditor's name and mailing address

**Lodge Jr,Allen L**
**12533 Broadleaf Lane**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$517.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.625** | Priority creditor's name and mailing address

**Loghan,Alexis**
**4710 Tacana St Apt 7**
**Los Angeles, CA 90008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$80.30    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.626** | Priority creditor's name and mailing address

**Long,Frederick R**
**352 East Biddle St**
**West Chester, PA 19380**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,403.85    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,144.21 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Lopez Bretado,Adrian**
**81377 Palo Verde Dr.**
**Indio, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,144.21   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.628 |
|---|

Priority creditor's name and mailing address
**Lopez de Garcia,Sonia**
**25511 Bay Avenue**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$562.98   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.629 |
|---|

Priority creditor's name and mailing address
**Lopez De Lopez,Ana L**
**725 Blossom St**
**Bakersfield, CA 93306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$342.54   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.630 |
|---|

Priority creditor's name and mailing address
**Lopez Herrera,Berenice**
**1823 Fairfax Ln**
**Carrollton, TX 75006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$398.52   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.631 | Priority creditor's name and mailing address<br>**Lopez Luis,Amalia**<br>**915 S. Westlake Avenue**<br>**#26**<br>**Los Angeles, CA 90006** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$419.58** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.632 | Priority creditor's name and mailing address<br>**Lopez Magana,Alberto**<br>**188 Amber Way**<br>**Perris, CA 92571** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$770.75** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.633 | Priority creditor's name and mailing address<br>**Lopez Martinez,Lucia**<br>**1952 S Corning St**<br>**Los Angeles, CA 90034-1414** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$61.08** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.634 | Priority creditor's name and mailing address<br>**Lopez Montes,Gloria**<br>**81955 Hoover Ave Apt 78**<br>**Indio, CA 92201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16.50** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.85 | Unknown |
|---|---|---|---|---|

**Lopez,Adalid Guadalupe**
**1518 Munson Ave.**
**Los Angeles, CA 90042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.26 | Unknown |
|---|---|---|---|---|

**Lopez,Alvaro O**
**510 Dusty Ln**
**Perris, CA 92571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $438.24 | Unknown |
|---|---|---|---|---|

**Lopez,Ana L**
**20470 Clark St.**
**Perris, CA 92570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $578.38 | Unknown |
|---|---|---|---|---|

**Lopez,Angelica**
**680 Periwinkle Ln.**
**Perris, CA 92571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.31 | Unknown |
|---|---|---|---|---|

**Lopez,Cesar**
**3118 Winter St**
**Los Angeles, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.15 | Unknown |
|---|---|---|---|---|

**Lopez,Deborah L**
**3933 Arlington Ave**
**Los Angeles, CA 90008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.29 | Unknown |
|---|---|---|---|---|

**Lopez,Dinora M**
**38614 Glenraven Ave**
**Palmdale, CA 93550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.92 | Unknown |
|---|---|---|---|---|

**Lopez,Elsa**
**27841 Avenida Maravilla**
**Cathedral City, CA 92234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.48 | Unknown |
|---|---|---|---|---|

**Lopez,Esperanza**
**1562 Bluebonnet Way**
**Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.15 | Unknown |
|---|---|---|---|---|

**Lopez,Guadalupe**
**12763 Softwind Dr.**
**Moreno Valley, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.15 | Unknown |
|---|---|---|---|---|

**Lopez,Julia E**
**4539w171st**
**Lawndale, CA 90260**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.16 | Unknown |
|---|---|---|---|---|

**Lopez,Maria E**
**1074 Rialto Way**
**Pomona, CA 91767**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.647** | Priority creditor's name and mailing address
**Lopez,Marie D**
**208 S Vicentia Ave Apt 11**
**Corona, CA 92882**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$137.50    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.648** | Priority creditor's name and mailing address
**Lopez,Mariem J**
**7205 W McDowell Rd Apt 2077**
**Phoenix, AZ 85035-4562**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$73.92    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.649** | Priority creditor's name and mailing address
**Lopez,Miriam E.**
**1446 Miramar St.**
**Los Angeles, CA 90026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,241.13    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.650** | Priority creditor's name and mailing address
**Lopez,Nicolas A**
**604 N 3rd St**
**Lompoc, CA 93436-4734**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$15.40    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.70 | Unknown |
|---|---|---|---|---|

**Lopez,Rebekah**
**1729 Virginia Drive**
**Colton, CA 92324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.652 | Priority creditor's name and mailing address | | $83.16 | Unknown |
|---|---|---|---|---|

**Lopez,Saira O**
**14811 Vanowen St Apt 8**
**Van Nuys, CA 91405-3830**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.653 | Priority creditor's name and mailing address | | $275.24 | Unknown |
|---|---|---|---|---|

**Lopez,Silvia**
**1689 S Reservoir St**
**Pomona, CA 91766**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.654 | Priority creditor's name and mailing address | | $12.10 | Unknown |
|---|---|---|---|---|

**Lopez,Vivian**
**3813 E Shields Ave**
**Fresno, CA 93726**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.655** | Priority creditor's name and mailing address

**Lopez,Wilmer**
**2311 E 6th St**
**#2**
**Los Angeles, CA 90023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$528.48   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.656** | Priority creditor's name and mailing address

**Lozano,Jennifer**
**551 Fredricks Ave Apt 261**
**Oceanside, CA 92058-1537**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$36.74   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.657** | Priority creditor's name and mailing address

**Lteif,Tatiana**
**1881 Baywood Dr Apt 202**
**Corona, CA 92881**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$162.24   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.658** | Priority creditor's name and mailing address

**Lu,Zulma M**
**2194 Fairmont Ct.**
**San Jose, CA 95148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,650.94   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.659** | Priority creditor's name and mailing address

**Lua,Marilu**
**23621 David Lane**
**Moreno Valley, CA 92557**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,090.99    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.660** | Priority creditor's name and mailing address

**Lucero,Jose F**
**405 W. Ramona Dr.**
**Rialto, CA 92376**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$339.90    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.661** | Priority creditor's name and mailing address

**Lugo,Victor M**
**6374 E Gage Ave Unit 120**
**Bell Gardens, CA 90201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$137.53    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.662** | Priority creditor's name and mailing address

**Lujan Mosqueda,Susana**
**210 Encinas Avenue**
**Calexico, CA 92231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$770.33    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.72 | Unknown |
|---|---|---|---|---|

**Lujan,Maria**
**14031 Victory Blvd**
**Van Nuys, CA 91401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.66 | Unknown |
|---|---|---|---|---|

**Luna,Abigail J**
**11536 Pepper Ln**
**Apple Valley, CA 92308-8965**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.75 | Unknown |
|---|---|---|---|---|

**Luna,Fabiola**
**2374 Murrieta Rd**
**Perris, CA 92571-3506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.96 | Unknown |
|---|---|---|---|---|

**Lynch,Ennise**
**401 W. Devonshire**
**Hemet, CA 92543**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.52 | Unknown |
|---|---|---|---|---|

**M. De Lasso,Flor**
**13937 Red Mahogany Dr**
**Moreno Valley, CA 92553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.60 | Unknown |
|---|---|---|---|---|

**Machuca,Jose L**
**341 E James St**
**Rialto, CA 92376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $555.38 | Unknown |
|---|---|---|---|---|

**Macias,Carmen P**
**18345 Almond Tree Path**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,348.05 | Unknown |
|---|---|---|---|---|

**Macias,Josefina**
**6914 Hazeltine Ave.**
**Apt. #101**
**Van Nuys, CA 91405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.671 | Priority creditor's name and mailing address<br>**Macias,Marisol**<br>**610 7th St Apt C**<br>**Imperial Beach, CA 91932** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $69.50 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.672 | Priority creditor's name and mailing address<br>**Macias,Soledad**<br>**14341 Chandler Blvd**<br>**Sherman Oaks, CA 91401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,055.23 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.673 | Priority creditor's name and mailing address<br>**Macias,Susana**<br>**2711 Oarfish Ln.**<br>**Oxnard, CA 93035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,105.29 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.674 | Priority creditor's name and mailing address<br>**Maciel,Rocio**<br>**515 S Palm Ave**<br>**Hemet, CA 92543** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14.08 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.675** | Priority creditor's name and mailing address
**MADERA COUNTY TAX COLLECTOR**
**200 W. 4TH STREET**
**MADERA, CA 93637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,884.92    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.676** | Priority creditor's name and mailing address
**Maduena,Joanna**
**1205 Camino Del Rio**
**Calexico, CA 92231-9672**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$59.95    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.677** | Priority creditor's name and mailing address
**Magee,LaRonda R**
**11158 S Manhattan Pl**
**Los Angeles, CA 90047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,826.92    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.678** | Priority creditor's name and mailing address
**Maldonado,Ernesto**
**16616 S Figueroa St**
**Apt 1**
**Gardena, CA 90248**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$711.79    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20.80 | Unknown |
|---|---|---|---|---|

**Malekahmadi,Parham**
**5800 Shirley Ave**
**Tarzana, CA 91356-1036**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $515.82 | Unknown |
|---|---|---|---|---|

**Manalang,Maria T**
**13921 S Normandie Ave**
**234**
**Gardena, CA 90249**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $629.92 | Unknown |
|---|---|---|---|---|

**Manzi,Emanuela**
**220 N El Camino Real Sp 58**
**Oceanside, CA 92058**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,056.86 | Unknown |
|---|---|---|---|---|

**Maravilla,Vanessa**
**427 Dunsview Avenue**
**La Puente, CA 91744**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.83 | Unknown |
|---|---|---|---|---|

**Mares Prado,Maria D.**
**11947 Allin St.**
**Apt. #586**
**Culver City, CA 90230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,357.44 | Unknown |
|---|---|---|---|---|

**Mares,Maria M**
**4206 Windsor Dr.**
**Garland, TX 75042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $710.27 | Unknown |
|---|---|---|---|---|

**Mariscal,Genesis K**
**201 S YALE ST APT 17**
**Hemet, CA 92544**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $801.90 | Unknown |
|---|---|---|---|---|

**Marquez,Brenda G**
**943 Emerson Ave Apt 1**
**Calexico, CA 92231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.44 | Unknown |
|---|---|---|---|---|

**Marquez,Crystal**
**14129 Vanowen St**
**Van Nuys, CA 91405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $317.39 | Unknown |
|---|---|---|---|---|

**Marquez,Maria G**
**3287 Mt Logan Drive**
**San Jose, CA 95127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $442.26 | Unknown |
|---|---|---|---|---|

**Martin,Oscar**
**1670 E El Norte Pkwy Spc 32**
**Escondido, CA 92027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $691.35 | Unknown |
|---|---|---|---|---|

**Martinez De Lucero,Maria L**
**405 W. Ramona Dr**
**Rialto, CA 92376**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.11 | Unknown |
|---|---|---|---|---|

**Martinez Dimas,Maricruz**
**687 San Francisco Ave**
**Pomona, CA 91767**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.08 | Unknown |
|---|---|---|---|---|

**Martinez Hoyos,Maribel**
**131 Nancy Ln**
**#7**
**San Jose, CA 95127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $194.25 | Unknown |
|---|---|---|---|---|

**Martinez Nunez,Josefina**
**8936 Cedros Ave Apt 32**
**Panorama City, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.09 | Unknown |
|---|---|---|---|---|

**Martinez Pedroza,Marisela L.**
**1036 Paula Way**
**Escondido, CA 92027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $508.93 | Unknown |
|---|---|---|---|---|
| | **Martinez Valle,Yadira**<br>**11620 Coldbrook Ave**<br>**Apt E**<br>**Downey, CA 90241** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $165.22 | Unknown |
|---|---|---|---|---|
| | **Martinez,Abby**<br>**2340 Stonybrook Way**<br>**Perris, CA 92571** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $136.32 | Unknown |
|---|---|---|---|---|
| | **Martinez,Edgar R**<br>**1954 Coolidge Ct**<br>**Calexico, CA 92231-9400** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $155.65 | Unknown |
|---|---|---|---|---|
| | **Martinez,Esmeralda R**<br>**2364 Meadow Way Unit A**<br>**Santa Rosa, CA 95404-8019** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,735.07** | **Unknown** |
|---|---|---|---|---|

**Martinez,Eva**
**14322 Valerio St.**
**#30**
**Van Nuys, CA 91405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$184.31** | **Unknown** |
|---|---|---|---|---|

**Martinez,Iris**
**11112 Belhaven St**
**Los Angeles, CA 90059-1616**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$278.63** | **Unknown** |
|---|---|---|---|---|

**Martinez,Jennifer C**
**508 Hill St Apt 12**
**Oxnard, CA 93033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$92.09** | **Unknown** |
|---|---|---|---|---|

**Martinez,Jonathan**
**4825 Grape st**
**Pico Rivera, CA 90660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.47 | Unknown |
|---|---|---|---|---|

**Martinez,Lorena A**
**200 W. North Ave.**
**Apt 8**
**Lompoc, CA 93436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.07 | Unknown |
|---|---|---|---|---|

**Martinez,Manuel**
**3154 Danville Dr.**
**Sparks, NV 89434**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,192.05 | Unknown |
|---|---|---|---|---|

**Martinez,Margaret I**
**3053 Kalei Ct**
**Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $858.26 | Unknown |
|---|---|---|---|---|

**Martinez,Maricela**
**12738 Hilltop Dr.**
**Balch Springs, TX 75180**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

**2.707** | Priority creditor's name and mailing address

**Martinez,Monnette J**
**4606 W 169th St**
**Lawndale, CA 90260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,019.19 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.708** | Priority creditor's name and mailing address

**Martinez,Nancy**
**7526 Eton Ave**
**Canoga Park, CA 91303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$592.81 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.709** | Priority creditor's name and mailing address

**Martinez,Noemi**
**216 W. Ave 37**
**Los Angeles, CA 90065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,429.28 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.710** | Priority creditor's name and mailing address

**Martinez,Pamela**
**18705 Driscoll Rd**
**Desert Hot Springs, CA 92241-8560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$192.61 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.711 | Priority creditor's name and mailing address<br>**Martinez,Rayna**<br>**292 Eastside Dr**<br>**San Jose, CA 95127** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$740.96** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.712 | Priority creditor's name and mailing address<br>**Martinez,Rosa M**<br>**4482 Pebble Beach**<br>**Oceanside, CA 92057** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$291.39** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.713 | Priority creditor's name and mailing address<br>**Martinez-Guerrero,Olivia H**<br>**4208 Laurel Hil Dr.**<br>**N. Las Vegas, NV 89032** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,730.77** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.714 | Priority creditor's name and mailing address<br>**Mason,Jasmine L**<br>**13817 van ness ave**<br>**#8**<br>**Gardena, CA 90249** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,053.44** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,333.75** | **Unknown** |
|---|---|---|---|---|

**Mata,Jerry**
**3650 Espahola**
**Dallas, TX 75220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21.47** | **Unknown** |
|---|---|---|---|---|

**Matthews,Denzel**
**2700 N Rainbow Blvd Apt 1016**
**Las Vegas, NV 89108-4518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$143.44** | **Unknown** |
|---|---|---|---|---|

**May,Jarrod Z**
**740 N 6th Street**
**Newark, NJ 07107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,794.80** | **Unknown** |
|---|---|---|---|---|

**Mayol,Josemari Quimbo**
**630 Painted Opus Place**
**North Las Vegas, NV 89084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.30 | Unknown |
|---|---|---|---|---|

**Mays,Martel**
**24115 Cottonwood Avenue**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.720 | Priority creditor's name and mailing address |
|---|---|

**Mc Dowell,NaTanya Y**
**1205 E 9th st**
**K-52**
**Upland, CA 91786**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$601.29    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.721 | Priority creditor's name and mailing address |
|---|---|

**McFarlane,Branden**
**16830 Kingsbury St**
**Granada Hills, CA 91344-6411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$152.11    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.722 | Priority creditor's name and mailing address |
|---|---|

**McGowan,Shannel**
**9619 Flower St.**
**Bellflower, CA 90706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,803.85    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.723 | Priority creditor's name and mailing address<br>**Mcherrin,Chasady**<br>**17471 Calle De Amigos**<br>**Moreno Valley, CA 92551** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$67.76** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.724 | Priority creditor's name and mailing address<br>**McReynolds,Erin**<br>**555 Torry Pine Ln**<br>**Santa Rosa, CA 95407** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$54.45** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.725 | Priority creditor's name and mailing address<br>**Medellin,Alma G**<br>**4731 Citrus Dr Spc #21**<br>**Pico Rivera, CA 90660** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,097.26** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.726 | Priority creditor's name and mailing address<br>**Medina Cruz,Alejandra**<br>**84245 Miramar Ct**<br>**Coachella, CA 92236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$88.00** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $199.43 | Unknown |
|---|---|---|---|---|
| | **Medina De Lopez,Ana L.**<br>**247 Lenore Ave.**<br>**San Bernardino, CA 92410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $109.34 | Unknown |
|---|---|---|---|---|
| | **Medina Saucedo,Bertha A**<br>**1371 Grove Ave Apt 1**<br>**Imperial Beach, CA 91932-3637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $35.20 | Unknown |
|---|---|---|---|---|
| | **Medina,Adriana**<br>**1819 Oneill Pl**<br>**Oxnard, CA 93033-1809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $537.02 | Unknown |
|---|---|---|---|---|
| | **Medina,Klarizza**<br>**208 North Ave 51**<br>**Apt 1**<br>**Los Angeles, CA 90042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.14 | Unknown |
|---|---|---|---|---|

**Medina,Sayury**
**877 S Spruce St**
**Tulare, CA 93274**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $538.67 | Unknown |
|---|---|---|---|---|

**Medrano,Graciela**
**12912 Indian St**
**Moreno Valley, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,518.73 | Unknown |
|---|---|---|---|---|

**Megerdon,Susan E**
**130 S. 18th St.**
**Montebello, CA 90640**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $537.32 | Unknown |
|---|---|---|---|---|

**Mejia,Ana Isabel**
**1000 Slayton Dr.**
**Las Vegas, NV 89107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.84 | Unknown |
|---|---|---|---|---|

**Mejia,Olga P**
**23401 Dome St.**
**Moreno Valley, CA 92553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.71 | Unknown |
|---|---|---|---|---|

**Melendez,Dorothy**
**1109 E. 22nd St.**
**Los Angeles, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,459.45 | Unknown |
|---|---|---|---|---|

**Melendez,Horacio**
**319 N. Mariposa Ave**
**Apt A**
**Los Angeles, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.19 | Unknown |
|---|---|---|---|---|

**Melgar,Mazzini**
**846 S. Berendos St.**
**#107**
**Los Angeles, CA 90005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,363.45** | **Unknown** |
|---|---|---|---|---|

**Melgoza,Cyndi**
**302 South C Street**
**Lompoc, CA 93436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.740 | Priority creditor's name and mailing address | | **$39.84** | **Unknown** |
|---|---|---|---|---|

**Mena,Siena**
**8163 Woodland Dr**
**Buena Park, CA 90620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.741 | Priority creditor's name and mailing address | | **$7.59** | **Unknown** |
|---|---|---|---|---|

**Mendez Rosas,Heliodora**
**484 Serrana Rd.**
**Perris, CA 92570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.742 | Priority creditor's name and mailing address | | **$566.83** | **Unknown** |
|---|---|---|---|---|

**Mendez,Maria J**
**27499 Hammack Ave.**
**Perris, CA 92570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.743** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,190.98** | **Unknown**

**Mendez,Raquel**
**P.O. Box 495**
**Fresno, CA 93709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.744** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$654.83** | **Unknown**

**Mendez,Teresa A**
**27499 Hammack Ave.**
**Perris, CA 92570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.745** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,034.08** | **Unknown**

**Mendoza Linares,Gabriela**
**2242 E. 121st Street**
**Compton, CA 90222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.746** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$355.41** | **Unknown**

**Mendoza,Araisa**
**3612 Crevise Way**
**Perris, CA 92570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.747 | Priority creditor's name and mailing address<br>**Mendoza,Gloria**<br>**37616 Maureen St**<br>**Palmdale, CA 93550** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$156.62** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.748 | Priority creditor's name and mailing address<br>**Mendoza,Guadalupe**<br>**138 Harding St.**<br>**Oceanside, CA 92057** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$590.81** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.749 | Priority creditor's name and mailing address<br>**Mendoza,Karen D**<br>**1831 N 73rd Dr**<br>**Phoenix, AZ 85035-4513** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$195.62** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.750 | Priority creditor's name and mailing address<br>**Menjivar,Blanca M**<br>**11936 Snelling St**<br>**Sun Valley, CA 91352** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$199.02** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.56 | Unknown |
|---|---|---|---|---|

**Mercado,Carol M**
**445 W Palm St**
**Apt# A**
**Compton, CA 90220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.07 | Unknown |
|---|---|---|---|---|

**Mercado,Maria T**
**657 Lincoln St**
**Calexico, CA 92231-2018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.64 | Unknown |
|---|---|---|---|---|

**Mercado,Raelene Monique**
**315  Woodrow Avenue**
**Bakersfield, CA 93308**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.32 | Unknown |
|---|---|---|---|---|

**Merida,Carmen**
**1741 Ropehaven Ct**
**Perris, CA 92571**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.755** | Priority creditor's name and mailing address
**Merlino,Doreen**
**109 Wesley Rd**
**Ocean City, NJ 08226**

As of the petition filing date, the claim is: $10,096.15    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.756** | Priority creditor's name and mailing address
**Merrill,Christopher E**
**9188 Owari Lane**
**Riverside, CA 92508**

As of the petition filing date, the claim is: $532.00    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.757** | Priority creditor's name and mailing address
**Mexicano De Enciso,Maria Teres**
**14450 Buckner Dr.**
**San Jose, CA 95127**

As of the petition filing date, the claim is: $360.32    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.758** | Priority creditor's name and mailing address
**Meza Aguayo,Lizette**
**887 E 3rd St**
**Pomona, CA 91766**

As of the petition filing date, the claim is: $270.82    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.28 | Unknown |
|---|---|---|---|---|

**Meza,Elizabeth**
**655 San Francisco Ave**
**Apt H**
**Pomona, CA 91767**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.35 | Unknown |
|---|---|---|---|---|

**Meza,Zendy C**
**1505 W 261th St. Apt 116**
**Harbor City, CA 90710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $442.50 | Unknown |
|---|---|---|---|---|

**MIAMI-DADE COUNTY TAX**
**COLLECTOR**
**200  N.W. 2ND AVENUE**
**MIAMI, FL 33128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,309.70 | Unknown |
|---|---|---|---|---|

**Migueles Zayas,Ana B.**
**12439 1/2 Beuedect**
**Downey, CA 90042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.76 | Unknown |
|---|---|---|---|---|

**Millan,Beatriz K**
**6609 Priam Dr**
**Bell Gardens, CA 90201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.84 | Unknown |
|---|---|---|---|---|

**Miller,Tanya M**
**224 West Duncannon Ave**
**Philadelphia, PA 19120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.62 | Unknown |
|---|---|---|---|---|

**Minjarez,Herendida**
**1038 Peach Ave Apt 5**
**El Cajon, CA 92021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,030.00 | Unknown |
|---|---|---|---|---|

**Miranda,Laura Edith**
**10505 Checota Dr**
**Dallas, TX 75217-5307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

**2.767** | Priority creditor's name and mailing address
**Miranda,Perla M**
**265 S. 17th Street**
**Las Vegas, NV 89101**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$81.12  Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.768** | Priority creditor's name and mailing address
**Mobed,Mandana**
**18620 Hatteras St #282**
**Tarzana, CA 91356**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$27.03  Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.769** | Priority creditor's name and mailing address
**Moffett,Jason**
**403 Maple Grove Blvd**
**Lumberton, NJ 08048**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,269.23  Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.770** | Priority creditor's name and mailing address
**Molina,Ana Velly**
**9322 Alameda St.**
**C**
**South Gate, CA 90280**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$921.14  Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.79 | Unknown |
|---|---|---|---|---|

**Molina,Claudia**
**275 1/2 S Union Ave.**
**Los Angeles, CA 90026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $493.90 | Unknown |
|---|---|---|---|---|

**Molina,Erminia**
**21933 Eucalyptus Ave**
**Spc. 66**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,785.60 | Unknown |
|---|---|---|---|---|

**Molina,Jonathan**
**3420 Wright Ave**
**N Las Vegas, NV 89030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.00 | Unknown |
|---|---|---|---|---|

**Molina,Nagalleli S**
**6834 Independence Ave Apt 19**
**Canoga Park, CA 91303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$6,750.01** | **Unknown** |
|---|---|---|---|---|
| | **Molinelli-Crump,Valerie**<br>**15 Terrace Ave**<br>**East Hartford, CT 06108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$32.03** | **Unknown** |
|---|---|---|---|---|
| | **Moniz,Helen L**<br>**5770 E Kings Canyon Rd Apt 124**<br>**Fresno, CA 93727-4706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$101.07** | **Unknown** |
|---|---|---|---|---|
| | **Monroe,Shelly A**<br>**8760 Jamacha Rd Apt 12A**<br>**Spring Valley, CA 91977-4057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$608.74** | **Unknown** |
|---|---|---|---|---|
| | **Monroy,Veronica**<br>**1357 Verdi Ct**<br>**San Jacinto, CA 92583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.779** | Priority creditor's name and mailing address

**Montellano,Jesse**
**41500 Washington St**
**Apt H236**
**Bermuda Dunes, CA 92203-9210**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and PTO**

Is the claim subject to offset?
■ No
☐ Yes

$656.88    Unknown

---

**2.780** | Priority creditor's name and mailing address

**Monterrubio,Gloria**
**25532 Jonestown Dr.**
**Moreno Valley, CA 92553**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and PTO**

Is the claim subject to offset?
■ No
☐ Yes

$1,908.17    Unknown

---

**2.781** | Priority creditor's name and mailing address

**Montes de Lopez,Silvia**
**27759 Van Buren Avenue**
**Romoland, CA 92585**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and PTO**

Is the claim subject to offset?
■ No
☐ Yes

$837.32    Unknown

---

**2.782** | Priority creditor's name and mailing address

**Montes,Lorena**
**1131 Colorado Ave Apt 125**
**Turlock, CA 95380-2700**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and PTO**

Is the claim subject to offset?
■ No
☐ Yes

$81.90    Unknown

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $586.71 | Unknown |
|---|---|---|---|---|

**Montoya Mendoza,Yesenia**
**1865 254th St**
**Lomita, CA 90717**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $5.50 | Unknown |
|---|---|---|---|---|

**Montoya,Arireli M**
**3322 pioneer dr.**
**Bakersfield, CA 93306**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $506.99 | Unknown |
|---|---|---|---|---|

**Montoya,Consuelo**
**525 Lassa Way**
**Perris, CA 92571**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $500.61 | Unknown |
|---|---|---|---|---|

**Montoya,Imelda**
**120 S Sunkist St Apt A**
**Anaheim, CA 92806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.90 | Unknown |
|---|---|---|---|---|

**Moore,Kanisha**
**24708 Thornberry Circle**
**Moreno Valley, CA 92557**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.60 | Unknown |
|---|---|---|---|---|

**Mora,Anthony**
**1219 S Record Ave.**
**Los Angeles, CA 90023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.66 | Unknown |
|---|---|---|---|---|

**Morales,Ashley D**
**13531 Reis St**
**Whittier, CA 90605-2848**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.69 | Unknown |
|---|---|---|---|---|

**Morales,Eileen E**
**9133 Flallon Ave**
**Santa Fe Springs, CA 90670-2439**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $355.37 | Unknown |
|---|---|---|---|---|

**Morales,Graciela**
**1120 Mayra Ave.**
**Los Angeles, CA 90029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.37 | Unknown |
|---|---|---|---|---|

**Morales,Ismael**
**16037 Schendel St.**
**Delhi, CA 95315**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.88 | Unknown |
|---|---|---|---|---|

**Morales,Patricia**
**1526 S Stage Coach Ln**
**Fallbrook, CA 92028-4399**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,230.77 | Unknown |
|---|---|---|---|---|

**Moran,Aixa**
**610 S. Main St #521**
**Los Angeles, CA 90014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.24 | Unknown |
|---|---|---|---|---|

**Moran,Amor**
**1011 Sherman St**
**San Jose, CA 95110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,468.80 | Unknown |
|---|---|---|---|---|

**Morris,Cathe F.**
**1118 Calico Springs**
**Ct.**
**N. Las Vegas, NV 89081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $864.30 | Unknown |
|---|---|---|---|---|

**Morris,Travis J**
**2949 Denmend Street**
**Lakewood, CA 90712**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.74 | Unknown |
|---|---|---|---|---|

**Moscoso Quiroga,Andre J**
**1304 W. 7th Street**
**Apt. 204**
**Los Angeles, CA 90017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $420.69 | Unknown |
|---|---|---|---|---|

**Moscoso,Maria R.**
**1304 W. 7th Street**
**Apt. #204**
**Los Angeles, CA 90017**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.29 | Unknown |
|---|---|---|---|---|

**Mosely,Ronisha**
**5416 Jackson Street**
**Sacramento, CA 95660**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.55 | Unknown |
|---|---|---|---|---|

**Moua,Bao**
**2034 N Angus St Apt E**
**Fresno, CA 93703-2356**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $498.84 | Unknown |
|---|---|---|---|---|

**Munguia,Claudia**
**13668 Adele St**
**Victorville, CA 92392**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.91 | Unknown |
|---|---|---|---|---|

**Munguia,Roberto**
**23741 Vista Way**
**Quail Valley, CA 92587**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $498.87 | Unknown |
|---|---|---|---|---|

**Muniz,Maria G.**
**4406 Kay Pl.**
**Las Vegas, NV 89107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $419.65 | Unknown |
|---|---|---|---|---|

**Muniz,Michelle**
**13644 New Haven Dr**
**Moreno Valley, CA 92553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.25 | Unknown |
|---|---|---|---|---|

**Munoz,Cheryl**
**416 E 57th St**
**Long Beach, CA 90805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.807** | Priority creditor's name and mailing address

**Munoz,Edith**
**83144 Sonora Ave**
**Indio, CA 92201-7339**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$48.29    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.808** | Priority creditor's name and mailing address

**Munoz,Louie**
**12915 Fairford Ave**
**Norwalk, CA 90650**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$305.68    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.809** | Priority creditor's name and mailing address

**Munoz,Shirley**
**4261  Los Flores Blvd**
**Lynwood, CA 90262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$527.18    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.810** | Priority creditor's name and mailing address

**Munoz,Stephanie V**
**2964 E. Harvard**
**Fresno, CA 93703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,262.26    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.96 | Unknown |
|---|---|---|---|---|

**Murad,Basma
2120 Jennings Ave Apt 1401
Santa Rosa, CA 95401-9564**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $992.29 | Unknown |
|---|---|---|---|---|

**Murillo De Gonzalez,Maria G
3511 W. 109th St.
Inglewood, CA 90303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $902.33 | Unknown |
|---|---|---|---|---|

**Murillo,Maria O
362 S Euclid Ave
Upland, CA 91786**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.00 | Unknown |
|---|---|---|---|---|

**Muro,Tina C
1243 Sandy Nook
San Jacinto, CA 92582**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $647.00 | Unknown |
|---|---|---|---|---|

**Naguib,Mary**
**4611 La Mirada Ave**
**Apt 26**
**Los Angeles, CA 90029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.84 | Unknown |
|---|---|---|---|---|

**Nalkoor,Shriram P**
**5107 Hana Rd**
**Edison, NJ 08817**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,176.01 | Unknown |
|---|---|---|---|---|

**Nava Calderon,Agustina**
**590 W. Olive Ave.**
**El Centro, CA 92243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $444.29 | Unknown |
|---|---|---|---|---|

**Nava Urbach,Alejandra**
**4542 Sugar Oak Drive.**
**Turlock, CA 95382**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.93** | **Unknown** |
|---|---|---|---|---|
| | **Nava,Erica**<br>**6773 Citronell Ave.**<br>**Pico Rivera, CA 90660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$743.88** | **Unknown** |
|---|---|---|---|---|
| | **Navarro,Evianna M**<br>**577 N. 4th Street**<br>**Colton, CA 92324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,884.62** | **Unknown** |
|---|---|---|---|---|
| | **Neal,Christopher**<br>**140 Providence Pkwy**<br>**Covington, GA 30014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$253.75** | **Unknown** |
|---|---|---|---|---|
| | **Neal,Edwin E**<br>**2121 Jones Blvd Apt 119**<br>**Las Vegas, NV 98107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $193.19 | Unknown |
|---|---|---|---|---|

**Neal,Nakia**
**12726 Truro Ave**
**Hawthorne, CA 90250**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11.11 | Unknown |
|---|---|---|---|---|

**Nelson,Gabrielle J**
**1320 Bridgeford Ct**
**Gridley, CA 95948-2008**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $41.12 | Unknown |
|---|---|---|---|---|

**Nevarez,Yuli**
**463 S Rowan Ave**
**Los Angeles, CA 90063**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,250.00 | Unknown |
|---|---|---|---|---|

**Nichols,Christopher T**
**2960 Quail Hollow Dr**
**Fairfield, CA 94534**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $824.02 | Unknown |
|---|---|---|---|---|
| | **Nolasco,Valerie**<br>**10780 San Vincente Ave.**<br>**Lynwood, CA 90262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,598.98 | Unknown |
|---|---|---|---|---|
| | **Noriega,Martha**<br>**117 W. Cypress St.**<br>**# A**<br>**Compton, CA 90220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $16.56 | Unknown |
|---|---|---|---|---|
| | **Novoa,Faviola P**<br>**5020 W 20th St**<br>**Los Angeles, CA 90016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $31.90 | Unknown |
|---|---|---|---|---|
| | **Nunez Gonzalez,Luz**<br>**346 Jamacha Rd**<br>**El Cajon, CA 92019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,475.26** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Nunez,Baltazar
971 Elden Ave.
Apt. #27
Los Angeles, CA 90006**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$22.68** | **Unknown** |
|---|---|---|---|---|

**Nunez,Moses I
13880 Smoke Tree Rd
Victorville, CA 92392**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$167.96** | **Unknown** |
|---|---|---|---|---|

**Nyquist,Leticia
139 W Minnesota Ave Apt 205
Turlock, CA 95382**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$318.23** | **Unknown** |
|---|---|---|---|---|

**Ocampo,Maria G
4028 Mennes Ave
Riverside, CA 92509**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $427.44 | Unknown |
|---|---|---|---|---|

**Ochoa Herrera,Celia E**
**287 Tradition Street**
**Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $819.38 | Unknown |
|---|---|---|---|---|

**Ochoa,Cynthia**
**14902 S Cookacre Street**
**Compton, CA 90221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,120.00 | Unknown |
|---|---|---|---|---|

**Ochoa,Maria**
**14902 S Cookacre St**
**Compton, CA 90221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.75 | Unknown |
|---|---|---|---|---|

**Oliva,Teresa D**
**14223 Delano St**
**Apt 5**
**Van Nuys, CA 91401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.38 | Unknown |
|---|---|---|---|---|

**Olivares,Victor**
**38732 35th St E**
**Palmdale, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103.50 | Unknown |
|---|---|---|---|---|

**Olivas,Kimberly**
**29133 Sunswept Dr**
**Lake Elsinore, CA 92530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.73 | Unknown |
|---|---|---|---|---|

**Olivas,Ruben S**
**15775 Wedow Dr**
**Moreno Valley, CA 92551-4635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $833.16 | Unknown |
|---|---|---|---|---|

**Oliveros,Martha E.**
**1158 Bay View Ave**
**Wilmington, CA 90744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.843** | Priority creditor's name and mailing address
**Olivo,Rosemary**
**1700 Via Santiago**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14.41    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.844** | Priority creditor's name and mailing address
**ORANGE COUNTY TAX**
**COLLECTOR**
**PO BOX 545100**
**ORLANDO, FL 32854-5100**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.845** | Priority creditor's name and mailing address
**ORANGE COUNTY TREASURER-**
**TAX COLLECTOR**
**P.O.BOX 1438**
**SANTA ANA, CA 92702-1438**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,413.49    Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.846** | Priority creditor's name and mailing address
**Orantes,Dora M.**
**517 1/4 S Union Ave.**
**Los Angeles, CA 90017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,133.41    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.847** Priority creditor's name and mailing address

**Ordaz Martines,Monica**
**9018 Compton Ave**
**Apt 3**
**Los Angeles, CA 90002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22.13    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.848** Priority creditor's name and mailing address

**Orellana,Maria D**
**1900 Pennsylvania Ave**
**Richmond, CA 94801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$193.27    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.849** Priority creditor's name and mailing address

**Orgeron,Patricia**
**11929 165th St**
**Norwalk, CA 90650**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$100.83    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.850** Priority creditor's name and mailing address

**Ornelas,Ma Trinidad Laura**
**12346 Downey Ave.**
**Downey, CA 90242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$528.41    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.851** | Priority creditor's name and mailing address
**Orozco Ortega,Rosa H**
**2806 Lake St**
**Bakersfield, CA 93306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$446.82 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.852** | Priority creditor's name and mailing address
**Orozco,Janneth**
**893 Jamestown Rd**
**East Windsor, NJ 08520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,884.62 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.853** | Priority creditor's name and mailing address
**Ortega Flores,Emilia**
**1919 William St**
**Bakersfield, CA 93305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$275.88 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.854** | Priority creditor's name and mailing address
**Ortega,Denisse**
**320 N Hamilton Ave**
**Apt. C**
**Hemet, CA 92543**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14.95 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.855** | Priority creditor's name and mailing address

**Ortega,Milagros F**
**146 E. 7th St.**
**Apt. B**
**Perris, CA 92570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$277.86 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.856** | Priority creditor's name and mailing address

**Ortega,Sofia**
**2961 Chevy Way**
**San Pablo, CA 94806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$76.01 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.857** | Priority creditor's name and mailing address

**Ortiz De Rodriguez,Senaida**
**13059 Oxnard St Apt 205**
**Van Nuys, CA 91401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$373.65 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.858** | Priority creditor's name and mailing address

**Ortiz,Alicia**
**716 s Preston dr**
**Calexico, CA 92231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,018.49 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,807.70 | Unknown |
|---|---|---|---|---|

**Ortiz,Jose A**
**1934 NW 183rd Ter**
**Pembroke Pines, FL 33029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $497.31 | Unknown |
|---|---|---|---|---|

**Ortiz,Kiara Yadira**
**1277 Rainbow Ave.**
**Calexco, CA 92231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,908.00 | Unknown |
|---|---|---|---|---|

**Ortiz,Leticia M**
**23243 Maribel Ave**
**Carson, CA 90745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.68 | Unknown |
|---|---|---|---|---|

**Ortiz,Marianne**
**95 Hart Ln.**
**Apt# 30**
**Perris, CA 92571**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $76.85 | Unknown |
|---|---|---|---|---|
| | **Ortiz,Wendy Y.**<br>**227 N New Hampshire**<br>**Ave. #2e**<br>**Los Angeles, CA 90004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $28.93 | Unknown |
|---|---|---|---|---|
| | **Osbourn,Elizabeth**<br>**1164 French Ave**<br>**Gridley, CA 95948** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $446.94 | Unknown |
|---|---|---|---|---|
| | **Oseguera,Maria I**<br>**925 Loughborough Dr Apt 110**<br>**Merced, CA 95348** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $58.59 | Unknown |
|---|---|---|---|---|
| | **Osnaya,Anthony**<br>**5939 Coldbrook Ave**<br>**Lakewood, CA 90713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $950.63 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Osteen,Jessica A**
**1010 Behmann Rd**
**Apt 62**
**Corpus Christi, TX 78418**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$950.63    Unknown

---

Priority creditor's name and mailing address
**Ostendorf,Sonia-Marie**
**1515 Metrocrest Dr Apt 244**
**Carrollton, TX 75006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.868    $11.11    Unknown

---

Priority creditor's name and mailing address
**Ott,John M**
**4012 Elsa St**
**Lakewood, CA 90712**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.869    $3,461.54    Unknown

---

Priority creditor's name and mailing address
**Overbey,Philip D.**
**6053 Cherry Avenue**
**Long Beach, CA 90805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

2.870    $115.54    Unknown

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,423.08 | Unknown |
|---|---|---|---|---|

**Pablo,Maricruz**
**4492 Camino De la Plaza**
**Apt. #209**
**San Ysidro, CA 92173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $776.93 | Unknown |
|---|---|---|---|---|

**Pacheco,Angel**
**3078 Thrush Way**
**Perris, CA 92571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $815.65 | Unknown |
|---|---|---|---|---|

**Pacheco,Maria Guadalupe**
**236 E. First St #3707**
**Calexico, CA 92231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.57 | Unknown |
|---|---|---|---|---|

**Padgett,JoAnn**
**119 School St**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.64 | Unknown |
|---|---|---|---|---|

**Padilla G,Maria A**
**33447 Catlin Ave**
**Hemet, CA 92545**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.75 | Unknown |
|---|---|---|---|---|

**Padilla,Maria**
**138 E. Park Ave**
**Apt# E**
**San Ysidro, CA 92173**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.17 | Unknown |
|---|---|---|---|---|

**Pal,Akash K**
**7770 Center Pkwy Apt 63**
**Sacramento, CA 95823-4169**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,561.65 | Unknown |
|---|---|---|---|---|

**Palacios,Macrina**
**7922 Stewart Gray Road**
**#6**
**Downey, CA 90241**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.879 | Priority creditor's name and mailing address<br>**Palacios,Maria Teresa**<br>**323 N. Ave 50**<br>**Apt. # 2**<br>**Los Angeles, CA 90042** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$642.23** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.880 | Priority creditor's name and mailing address<br>**Palma,Carolina**<br>**2023 Mark Ave**<br>**Escondido, CA 92027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,071.23** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.881 | Priority creditor's name and mailing address<br>**Palomares Solorio,Mayra L**<br>**13722 Rockcrest Dr.**<br>**Moreno Valley, CA 92553** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$252.01** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.882 | Priority creditor's name and mailing address<br>**Panebouef,Danielle N**<br>**1350 Kilmer ST.**<br>**Las Cruces, NM 88001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$848.96** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|

Name

---

**2.883** | Priority creditor's name and mailing address
**Parker,Travis**
**7300 Evergreen Dr**
**Kelseyville, CA 95451-7062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$314.05   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.884** | Priority creditor's name and mailing address
**Parra Rivera,Arturo E**
**721 Minor St**
**San Jacinto, CA 92583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$148.39   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.885** | Priority creditor's name and mailing address
**Parra,Dora A**
**12335 Cyclops St**
**Norwalk, CA 90650**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$477.27   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.886** | Priority creditor's name and mailing address
**Parra,Zaira Y**
**13710 Regis Dr**
**Moreno Valley, CA 92555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,907.23   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $394.57 | Unknown |
|---|---|---|---|---|

**Pascacio,Rosa Victoria**
**1900 E Almont Ave**
**Apt 97**
**Anaheim, CA 92805**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $725.97 | Unknown |
|---|---|---|---|---|

**Pascasio Deras,Antonia E.**
**43741 Heaton Avenue**
**Lancaster, CA 93534**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $315.64 | Unknown |
|---|---|---|---|---|

**Pasillas,Marcus**
**4721 E McKinley Apt 201**
**Fresno, CA 93703**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $399.30 | Unknown |
|---|---|---|---|---|

**Patel,Subhash**
**K1 East Garden Way**
**Dayton, NJ 08810**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $685.63 | Unknown |
|---|---|---|---|---|

**Patton,Linda M**
**28903 W. Pecos River Ct.**
**Houston, TX 77386**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $951.92 | Unknown |
|---|---|---|---|---|

**Payne,Mona L**
**12943 Moreno Beach Dr.**
**Moreno Valley, CA 92555**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.92 | Unknown |
|---|---|---|---|---|

**Paz,Angela**
**5039 Church Hill Ave**
**Las Cruces, NM 88011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.38 | Unknown |
|---|---|---|---|---|

**Pedraza,Andrea**
**1107 Cornelia St.**
**Pomona, CA 91768**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.895** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,004.81** | **Unknown**

**Pena,Claudia Anderson**
**13060 Ardis Ave**
**Downey, CA 90242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.896** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$278.52** | **Unknown**

**Pena,David J**
**7243 Shirley Ave Apt 35**
**Reseda, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.897** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$277.41** | **Unknown**

**Pena-Moreno,Kathy**
**1175 Dolcetto Ct**
**Tulare, CA 93274**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.898** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$89.88** | **Unknown**

**Penaloza,Diana**
**2127 Stony Point Rd**
**Santa Rosa, CA 95407-5910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

**2.899** | Priority creditor's name and mailing address

**Penha,Joseph D**
**3750 N Delno Ave**
**Apt 104**
**Fresno, CA 93705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$989.92     Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.900** | Priority creditor's name and mailing address

**Penland,Charlene M**
**3698 Ramsey Cir SW**
**Atlanta, GA 30331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,807.70     Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.901** | Priority creditor's name and mailing address

**Percy,Irma**
**81-648 De Oro Ave.**
**Indio, CA 92201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$191.88     Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.902** | Priority creditor's name and mailing address

**Perdomo,Celia**
**1170 S. Fairfax Ave**
**Apt. #4**
**Los Angeles, CA 90019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$46.24     Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.71 | Unknown |
|---|---|---|---|---|

**Perdomo,Martha L.**
**11651 Lupin Rd #1**
**Adelanto, CA 92301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.30 | Unknown |
|---|---|---|---|---|

**Perdue,Marisa**
**4438 S 9th St**
**Phoenix, AZ 85040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.83 | Unknown |
|---|---|---|---|---|

**Perea,Shileen B**
**86090 Corte Stella**
**Coachella, CA 92236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.52 | Unknown |
|---|---|---|---|---|

**Pereira,Edward Patrick**
**281 Eastwood Pl**
**Hemet, CA 92544**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.82 | Unknown |
|---|---|---|---|---|

**Perez Camacho,Juana**
**84106 Ave. Cedrus**
**Coachella, CA 92236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $590.46 | Unknown |
|---|---|---|---|---|

**Perez Cervantes,Gigi**
**80 E. Dawes Street,#188**
**Perris, CA 92571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $524.15 | Unknown |
|---|---|---|---|---|

**Perez Gutierrez,Nancy C**
**13931 Elmwood Court**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $811.20 | Unknown |
|---|---|---|---|---|

**Perez,Debbie A**
**1738 Dawn Breeze Dr**
**Corpus Christi, TX 78412**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.911 | Priority creditor's name and mailing address<br>**Perez,Jonathan**<br>**3515 S. Bronson Ave.**<br>**Los Angeles, CA 90018** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$35.91** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.912 | Priority creditor's name and mailing address<br>**Perez,Jose A**<br>**80 E. Dawes St.**<br>**Spc. 204**<br>**Perris, CA 92571** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$445.61** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.913 | Priority creditor's name and mailing address<br>**Perez,Jose A**<br>**1102 West Eagle Ave**<br>**Pharr, TX 78577** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,846.16** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.914 | Priority creditor's name and mailing address<br>**Perez,Maria Guadalupe**<br>**424 N Avenue 56 Apt 3**<br>**Los Angeles, CA 90042-3359** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$236.78** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $814.25 | Unknown |
|---|---|---|---|---|
| | **Perez,Maria S**<br>**82714 Cody Dr.**<br>**Indio, CA 92203** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.75 | Unknown |
|---|---|---|---|---|
| | **Perez,Mariela**<br>**12042 Lowemont St**<br>**Norwalk, CA 90650-6614** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,843.52 | Unknown |
|---|---|---|---|---|
| | **Perez,Martha C**<br>**1371 Grove Ave**<br>**Apt 14**<br>**Imperial Beach, CA 91932** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $478.86 | Unknown |
|---|---|---|---|---|
| | **Perez,Meysi D**<br>**4686 Woodside Dr.**<br>**#218**<br>**Los Angeles, CA 90065** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.919 | Priority creditor's name and mailing address<br>**Perez,Rhonda A**<br>**1024 N Willis St**<br>**Visalia, CA 93291** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$111.98** | **Unknown** |

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| 2.920 | Priority creditor's name and mailing address<br>**Perez,Soledad**<br>**151 E 127TH  St**<br>**Los Angeles, CA 90061** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$578.10** | **Unknown** |

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| 2.921 | Priority creditor's name and mailing address<br>**Perry,Raven**<br>**317 W I St**<br>**Wilmington, CA 90744** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$313.10** | **Unknown** |

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| 2.922 | Priority creditor's name and mailing address<br>**Petersen,Jessica L**<br>**24676 Willet Lane**<br>**Moreno Valley, CA 92553** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,312.30** | **Unknown** |

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.34 | Unknown |
|---|---|---|---|---|

**Petrova,Liliana**
**939 W. College St.#104**
**Los Angeles, CA 90012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.924 | Priority creditor's name and mailing address | | $601.55 | Unknown |
|---|---|---|---|---|

**Petruska,Alina D**
**10610 W Magnolia St**
**Tolleson, AZ 85353**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.925 | Priority creditor's name and mailing address | | $479.92 | Unknown |
|---|---|---|---|---|

**Phillips,Essie B**
**1858 W 68th St**
**Los Angeles, CA 90047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.926 | Priority creditor's name and mailing address | | $86.26 | Unknown |
|---|---|---|---|---|

**Pierre,Rose**
**769 1/2 Via Wanda**
**Long Beach, CA 90805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$679.91** | **Unknown** |
|---|---|---|---|---|
| | **Pineda Echeverria,Zurisadai**<br>**559 S East St**<br>**Apt 1**<br>**Anaheim, CA 92805** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$301.51** | **Unknown** |
|---|---|---|---|---|
| | **Pinto de Murillo,Elizabeth**<br>**28825 Murrieta Rd**<br>**Sun City, CA 92586** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13.97** | **Unknown** |
|---|---|---|---|---|
| | **Piotrowski,Dominic**<br>**13200 Empress St**<br>**Moreno Valley, CA 92553** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$129.25** | **Unknown** |
|---|---|---|---|---|
| | **Pizano,Elizabeth**<br>**51075 Frederick St.**<br>**#512**<br>**Coachella, CA 92236** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.16 | Unknown |
|---|---|---|---|---|

**Pizarro,Elizabeth**
**7050 Vassar Ave. Apt# 17**
**Canoga Park, CA 91303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.80 | Unknown |
|---|---|---|---|---|

**Plantillas Vargas,Wendy M**
**1061 Ashton Pl**
**Perris, CA 92571**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $652.34 | Unknown |
|---|---|---|---|---|

**Po,Sikana**
**4691 E. Terrace Ave.**
**Fresno, CA 93703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.14 | Unknown |
|---|---|---|---|---|

**Polanco,Maria D.**
**38363 Jeanette St.**
**Palmdale, CA 93550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $320.88 | Unknown |
|---|---|---|---|---|
| | **Politron Villanueva,Adela**<br>**1347 W Juniper St**<br>**Oxnard, CA 93033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,758.43 | Unknown |
|---|---|---|---|---|
| | **Ponce,Irene**<br>**66860 Hacienda Ave**<br>**Desert Hot Springs, CA 92240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $774.40 | Unknown |
|---|---|---|---|---|
| | **Pongracz,Donna M**<br>**2049 Peachtree Drive**<br>**Perris, CA 92571** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $190.54 | Unknown |
|---|---|---|---|---|
| | **Portales,Elsie**<br>**3430 9th Ave**<br>**Los Angeles, CA 90018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $680.57 | Unknown |
|---|---|---|---|---|

**Porter,Kristan L**
**943 Harlan Ave**
**Oroville, CA 95965**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.24 | Unknown |
|---|---|---|---|---|

**Porter,Myesha C**
**3741 E Avenue R12**
**Palmdale, CA 93550-2510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.36 | Unknown |
|---|---|---|---|---|

**Posada,Marisol**
**4329 1/4 Burns ave**
**Los Angeles, CA 90029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $627.51 | Unknown |
|---|---|---|---|---|

**Poudel Dahal,Bima**
**4576 Appian Way Apt 18**
**El Sobrante, CA 94803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,057.71** | **Unknown** |
|---|---|---|---|---|

**Price III,Thomas E**
**29945 Oakbridge Dr**
**Menifee, CA 92586**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$277.32** | **Unknown** |
|---|---|---|---|---|

**Prieto,Gerardo**
**20340 Enadia Way**
**Winnetka, CA 91306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$156.48** | **Unknown** |
|---|---|---|---|---|

**Prieto,Leticia V.**
**6345 Kester Ave.**
**Apt. #108**
**Van Nuys, CA 91411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$132.83** | **Unknown** |
|---|---|---|---|---|

**Prince-White,Andrea C**
**16455 Vista Conejo Dr**
**Moreno Valley, CA 92551-2109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.947** | Priority creditor's name and mailing address

**Quezada,Silvia**
**876 Gilchrist Dr Apt 4**
**San Jose, CA 95133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$336.83   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.948** | Priority creditor's name and mailing address

**Quinones,Guadalupe**
**15461 Memphis Dr.**
**Fontana, CA 92336**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,360.67   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.949** | Priority creditor's name and mailing address

**Quintanar,Maria J**
**2512 1/2 Trinity St**
**Los Angeles, CA 90011-1885**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$207.76   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.950** | Priority creditor's name and mailing address

**Quintanar,Nicanora**
**4869 Yuma Ave Apt C**
**Oceanside, CA 92057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$497.88   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.951** | Priority creditor's name and mailing address

**Quintero,Leslie I**
**68125 Durango Rd**
**Cathedral City, CA 92234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$44.44**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.952** | Priority creditor's name and mailing address

**Quirarte,Ariana**
**13178 Hoyt Street**
**Pacioma, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$480.74**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.953** | Priority creditor's name and mailing address

**Quiroa,Andrea H**
**7012 Eucalyptus Dr**
**Bakersfield, CA 93306-6056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$28.93**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.954** | Priority creditor's name and mailing address

**Quiroz,Jasmine**
**4364 E Weldon Ave**
**Fresno, CA 93703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,613.25**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.955 | Priority creditor's name and mailing address<br>**Radam,Marsha C**<br>**5200 Riverside Ave**<br>**San Pablo, CA 94806** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$189.64** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.956 | Priority creditor's name and mailing address<br>**Rafael,Sabrina**<br>**325 E Ann St Apt 391**<br>**Los Angeles, CA 90012-1873** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$210.94** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.957 | Priority creditor's name and mailing address<br>**Ramirez Contreras,Alicia**<br>**26761 Santa Rosa Dr.**<br>**Moreno Valley, CA 92555** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$477.18** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.958 | Priority creditor's name and mailing address<br>**Ramirez,Fedra**<br>**8620 Rorsewood Ave**<br>**Bakerfield, CA 93306** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$458.28** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.27 | Unknown |
|---|---|---|---|---|

**Ramirez,Juana C**
**7758 W Alvarado Rd**
**Phoenix, AZ 85035-5077**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.16 | Unknown |
|---|---|---|---|---|

**Ramirez,Maria S.**
**49645 Liuistona Ct.**
**Coachella, CA 92236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,408.56 | Unknown |
|---|---|---|---|---|

**Ramirez,Michelle R**
**10256 Missouri Meadows St**
**Las Vegas, NV 89193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,351.06 | Unknown |
|---|---|---|---|---|

**Ramirez,Socorro**
**443 N Townsend Ave.**
**Los Angeles, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.963** | Priority creditor's name and mailing address
**Ramirez,Yesenia V.**
**49648 Sabal Ct.**
**Coachella, CA 92236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$406.67    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.964** | Priority creditor's name and mailing address
**Ramos Velazquez,Silvia**
**2160 Ardath Ave.**
**Escondido, CA 92027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$332.53    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.965** | Priority creditor's name and mailing address
**Ramos,Carla**
**822 Pine St**
**Corona, CA 92879**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17.88    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.966** | Priority creditor's name and mailing address
**Ramos,Iztaela**
**12208 Cornuta Ave.**
**Downey, CA 90242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,944.95    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.67 | Unknown |
|---|---|---|---|---|

**Ramos,Licenia**
**14632 Calvert St Apt 4**
**Van Nuys, CA 91411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $307.14 | Unknown |
|---|---|---|---|---|

**Ramos,Maria**
**625 N Normadie Ave Apt 3**
**Los Angeles, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $964.87 | Unknown |
|---|---|---|---|---|

**Ramos,Norma Marlene**
**6118 1/2 Gallant St.**
**Bell Gardens, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.26 | Unknown |
|---|---|---|---|---|

**Ramos,Selene**
**Po Box 7939**
**Oxnard, CA 93031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.12 | Unknown |
|---|---|---|---|---|
| | **Ramos,Veronica**<br>**240 S. Callisch Ave. #E**<br>**Fresno, CA 93721** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.48 | Unknown |
|---|---|---|---|---|
| | **Rangel Juarez,Luz Maria G**<br>**2702 S 125th Ave**<br>**Avondale, AZ 85323-9712** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.82 | Unknown |
|---|---|---|---|---|
| | **Rangel,Elvia**<br>**20325 Cohasset St Apt 31**<br>**Winnetka, CA 91306** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.24 | Unknown |
|---|---|---|---|---|
| | **Rangel,Ricardo**<br>**3142 Mabella Ln**<br>**Palmdale, CA 93550** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.975** | Priority creditor's name and mailing address
**Rangel,Wendy**
**3142 Marbella Ln**
**Palmdale, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$497.54 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.976** | Priority creditor's name and mailing address
**Rashdan,Asma F.**
**16228 Westland Dr.**
**Victorville, CA 92395**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,843.03 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.977** | Priority creditor's name and mailing address
**Rayaprasai,Shashi**
**2798 Rollingwood Dr**
**San Pablo, CA 94806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,807.96 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.978** | Priority creditor's name and mailing address
**Razo,Concepcion Lourdes**
**2191 W. Holt Ave**
**El Centro, CA 92243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$398.86 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.979** | Priority creditor's name and mailing address
**REDFORD TOWNSHIP**
**15145 BEECH DALY ROAD**
**REDFORD, MI 48239**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$130.38  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.980** | Priority creditor's name and mailing address
**Redmond,Remone R**
**20051 Jefferson St**
**Perris, CA 92570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$863.42  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.981** | Priority creditor's name and mailing address
**Renfroe,Venita C**
**5454 South Shore Drive**
**1204**
**Chicago, IL 60615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,615.39  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.982** | Priority creditor's name and mailing address
**Renteria,Alfredo**
**481 coudures Way**
**Perris, CA 92571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15.62  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

**2.983** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$542.85** | **Unknown**
**Retana,Kimberly A**
**11616 Rupley Ln**
**Dallas, TX 75218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.984** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$184.69** | **Unknown**
**Reyes,Alyssa D**
**48401 Camino Real**
**Coachella, CA 92236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.985** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$108.65** | **Unknown**
**Reyes,Crisanta**
**4120 Kingsley St**
**Apt 17**
**Montclair, CA 91763**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.986** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,033.97** | **Unknown**
**Reyes,Elma N**
**2912 Prairie Lane**
**San Jose, CA 95127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.71 | Unknown |
|---|---|---|---|---|

**Reyes,Reyna Patricia**
**14607 Calver Street**
**Van Nuys, CA 91411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.988 | Priority creditor's name and mailing address | | $568.48 | Unknown |
|---|---|---|---|---|

**Reynolds,Sandra E**
**563 1/2 B St**
**Yuba City, CA 95991**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.989 | Priority creditor's name and mailing address | | $70.09 | Unknown |
|---|---|---|---|---|

**Rhodes,Thomas A**
**9202 Buell St**
**Downey, CA 90241-2804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.990 | Priority creditor's name and mailing address | | $3,735.29 | Unknown |
|---|---|---|---|---|

**Rico,Francisco A.**
**1634 Melrose Ave.**
**Chula Vista, CA 91911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,055.36 | Unknown |
|---|---|---|---|---|

**Rico,Yaditza**
**948 Calexico St.**
**Calexico, CA 92231**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,160.40 | Unknown |
|---|---|---|---|---|

**Riecke,David W**
**24448 Myers Avenue**
**Moreno Valley, CA 92553**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.64 | Unknown |
|---|---|---|---|---|

**Rincon Garcia,Luis D**
**1729 Virginia Dr**
**Colton, CA 92324**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $376.48 | Unknown |
|---|---|---|---|---|

**Rincon,Jorge**
**1729 Virginia Drive**
**Colton, CA 92324**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $374.55 | Unknown |
|---|---|---|---|---|

**Rios Rodriguez,Ana P**
**2121 Moffett Rd**
**Ceres, CA 95307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,459.73 | Unknown |
|---|---|---|---|---|

**Rios,Maria Cleotilde**
**1126 W. 68 Street**
**Los Angeles, CA 90044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $533.39 | Unknown |
|---|---|---|---|---|

**Rivas,Ana Raquel**
**1305 RIVIERA CIRCLE**
**SALTON CITY, CA 92274**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $549.21 | Unknown |
|---|---|---|---|---|

**Rivas,Carlos**
**9753 Guatemala Ave**
**Downey, CA 90240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $49.83 | Unknown |
|---|---|---|---|---|

**Rivera,Brenda**
**250 Wilkerson Ave**
**Apt 98**
**Perris, CA 92570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $342.25 | Unknown |
|---|---|---|---|---|

**Rivera,Carmen**
**1332 Alburtis Ave.**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $403.18 | Unknown |
|---|---|---|---|---|

**Rivera,Cynthia D**
**847 west ave L apt 73**
**Lancaster, CA 93534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $118.58 | Unknown |
|---|---|---|---|---|

**Robinson,Jonathan**
**985 Curlew St**
**Perris, CA 92571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,034.99 | Unknown |
|---|---|---|---|---|

**Robles Hernandez,Maria G**
**80 E. Dawes #86**
**Perris, CA 92571**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.1004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.55 | Unknown |
|---|---|---|---|---|

**Robles,Augustine**
**15478 Orion St**
**Lake Elsinore, CA 92530-7258**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.1005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.92 | Unknown |
|---|---|---|---|---|

**Robles,Carmen**
**3326 W Northern Ave Unit 1**
**Phoenix, AZ 85051-6551**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.1006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.40 | Unknown |
|---|---|---|---|---|

**Robles,Yvonne M**
**921 N Peach Ave**
**Fresno, CA 93727**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.1007** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$158.99** | **Unknown**

**Roby,Teletha S**
**29451 Avenue 8**
**Madera, CA 93637**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1008** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,346.27** | **Unknown**

**Rocha,Diana J**
**10400 Imperial Hwy**
**Apt 2**
**Norwalk, CA 90650**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1009** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$880.88** | **Unknown**

**Rodriguez C,Ana M**
**729 Gloriosa Avenue**
**Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1010** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$572.99** | **Unknown**

**Rodriguez de Gonzalez,Maria E**
**13925 Red Mohagany Dr.**
**Moreno Valley, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.68 | Unknown |
|---|---|---|---|---|

**Rodriguez Jr.,Juan C**
**416 N. Acacia Ave.**
**Compton, CA 90220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.94 | Unknown |
|---|---|---|---|---|

**Rodriguez Manquera,Irma C**
**916 E. 4th Street**
**Apt. 1**
**Calexico, CA 92231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $673.31 | Unknown |
|---|---|---|---|---|

**Rodriguez Ramirez,Eudelia**
**84495 Julia**
**Coachella, CA 92236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.48 | Unknown |
|---|---|---|---|---|

**Rodriguez Rosas,Concepcion**
**479 Margaret Ave**
**Los Angeles, CA 90022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $689.26 | Unknown |
|---|---|---|---|---|

**Rodriguez Serrano,Angela**
**378 E 17th Ave**
**Escondido, CA 92025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.20 | Unknown |
|---|---|---|---|---|

**Rodriguez,Agapita**
**18422 Napa St.**
**Apt# 13**
**Northridge, CA 91325**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $452.65 | Unknown |
|---|---|---|---|---|

**Rodriguez,Amanda**
**1484 E Salome Ave**
**Tulare, CA 93274**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.40 | Unknown |
|---|---|---|---|---|

**Rodriguez,Dorotea E**
**15580 Via Montana**
**Desert Hot Springs, CA 92240-6925**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $745.91 | Unknown |
|---|---|---|---|---|

**Rodriguez,Eva Lilian**
**1051 Adler Ave**
**Apt. #39**
**Calexico, CA 92231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $533.58 | Unknown |
|---|---|---|---|---|

**Rodriguez,Gerardo**
**4057 W. 102nd Street**
**Inglewood, CA 90304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $737.24 | Unknown |
|---|---|---|---|---|

**Rodriguez,Graciela M**
**1809 Aileron Ave**
**La Puente, CA 91744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $448.03 | Unknown |
|---|---|---|---|---|

**Rodriguez,Gustavo**
**4742 Gardenia St.**
**Oceanside, CA 92057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $465.30 | Unknown |
|---|---|---|---|---|
| | **Rodriguez,Janette**<br>**48619 Calle Cantara**<br>**Coachella, CA 92326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,807.70 | Unknown |
|---|---|---|---|---|
| | **Rodriguez,John A**<br>**5454 S. Shore Dr**<br>**#1120**<br>**Chicago, IL 60615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $750.51 | Unknown |
|---|---|---|---|---|
| | **Rodriguez,Juliana**<br>**12201 Amberhill Trail**<br>**Moreno Valley, CA 92557** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $577.46 | Unknown |
|---|---|---|---|---|
| | **Rodriguez,Laura R**<br>**1796 Eucalyptus Street**<br>**Perris, CA 92570** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|--------|-------------------|------------------------|----------------|
|        | Name |  |  |

| 2.1027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $307.80 | Unknown |
|--------|------|------|------|------|

**Rodriguez,Maria A**
**704 W 137th St**
**compton, CA 90222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.00 | Unknown |

**Rodriguez,Patricia R**
**13052 Eyota Dr**
**Moreno Valley, CA 92555**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.22 | Unknown |

**Rodriguez,Samantha**
**2315 Palm St Apt D**
**Bakersfield, CA 93304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.22 | Unknown |

**Rodriguez,Yardlym**
**225 S. Elk**
**Spc. 18**
**Hemet, CA 92543**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.12 | Unknown |
|---|---|---|---|---|

**Rodriguez-Rivas,Vicente**
**13038 Kiowa Dr.**
**Moreno Valley, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.94 | Unknown |
|---|---|---|---|---|

**Rojas,Maria T**
**1461 Cumberland Ct.**
**Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.52 | Unknown |
|---|---|---|---|---|

**Rojas,Melanie P**
**3067 E 60th Pl Apt D**
**Huntington Park, CA 90255-3161**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $241.78 | Unknown |
|---|---|---|---|---|

**Roman,Oscar M**
**593 West Main Street**
**San Jacinto, CA 92583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $592.57 | Unknown |
|---|---|---|---|---|

**Romero Figueroa,Socorro**
**108 E 3rd St**
**Niland, CA 92257**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $920.00 | Unknown |
|---|---|---|---|---|

**Romero,Ana C**
**1465 Rosewood Pl**
**Corona, CA 92880**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.53 | Unknown |
|---|---|---|---|---|

**Romero,Brenda**
**14741 Rio Hondo drive**
**Moreno Valley, CA 92553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.88 | Unknown |
|---|---|---|---|---|

**Romero,Jaime**
**3150 Oregano Way**
**Hemet, CA 92545-8734**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.1039** | Priority creditor's name and mailing address

**Romero,Jocelyne**
**2531 E 133rd St**
**Compton, CA 90222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$598.77    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1040** | Priority creditor's name and mailing address

**Romero,John Charles**
**411 N. Euclid st,**
**#26**
**Fullerton, CA 92832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,596.16    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1041** | Priority creditor's name and mailing address

**Romero,Serenity N**
**21576 Ethanac Rd**
**Perris, CA 92570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$53.24    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1042** | Priority creditor's name and mailing address

**Romero,Teresa**
**3150 Oregano way**
**Hemet, CA 92545**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.88    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.1043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $415.56 | Unknown |
|---|---|---|---|---|

**Romo,Antonia**
**401 Locust St**
**Turlock, CA 95380**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.95 | Unknown |
|---|---|---|---|---|

**Romo,Zenaida M**
**522 W 127th St**
**Apt 222**
**Los Angeles, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $678.41 | Unknown |
|---|---|---|---|---|

**Rosales Garcia,Floricela**
**834 E. 5th Ave.**
**Mesa, AZ 85204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $782.86 | Unknown |
|---|---|---|---|---|

**Rosales,Adrian**
**1935 Leatherwood St**
**San Diego, CA 92154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.87 | Unknown |
|---|---|---|---|---|

**Rosales,Christian**
**4525 August St.**
**Apt. #2**
**Los Angeles, CA 90008**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.71 | Unknown |
|---|---|---|---|---|

**Rosales,Eddie**
**11653 Gorman Ave.**
**Los Angeles, CA 90059**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.43 | Unknown |
|---|---|---|---|---|

**Rosales,Jefferson**
**1215 N McCadden Pl**
**Los Angeles, CA 90013**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.46 | Unknown |
|---|---|---|---|---|

**Rosales,Maria A**
**664 1/2 W 2nd St**
**San Pedro, CA 90731-2504**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$440.00** | **Unknown** |
|---|---|---|---|---|
| | **Rosas Arreguin,Gabriela**<br>**1278 Woodhaven Dr**<br>**Santa Rosa, CA 95407** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$770.25** | **Unknown** |
|---|---|---|---|---|
| | **Rosiles,Leticia**<br>**725 W State St**<br>**Apt 32**<br>**El Centro, CA 92243** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,268.20** | **Unknown** |
|---|---|---|---|---|
| | **Rubio,Ma Teresa**<br>**822 W. Juniper St.**<br>**Oxnard, CA 93033** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$255.09** | **Unknown** |
|---|---|---|---|---|
| | **Ruelas,Manuela**<br>**312 E. Second St**<br>**PMB 35142**<br>**Calexico, CA 92231** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.1055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.60 | Unknown |
|---|---|---|---|---|

**Ruffin,Laquita**
**3102 Barton Sky Dr.**
**Humble, TX 77396**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.12 | Unknown |
|---|---|---|---|---|

**Ruiz Cortez,Rosa**
**38240 5th St E**
**Apt 39**
**Palmdale, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.08 | Unknown |
|---|---|---|---|---|

**Ruiz De Felix,Yolanda**
**13680 Vellanto Way**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.24 | Unknown |
|---|---|---|---|---|

**Ruiz,Danelia**
**80 E. Dawes St.**
**#72**
**Perris, CA 92571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.1059** | Priority creditor's name and mailing address

**Ruiz,Marisol**
**719 1/2 E Monterey Ave**
**Pomona, CA 91767**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$945.35    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1060** | Priority creditor's name and mailing address

**Ruiz,Roselia**
**13072 Blackbird St.**
**Apt. 6**
**Garden Grove, CA 92843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,158.30    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1061** | Priority creditor's name and mailing address

**Ruvalcaba,Patricia**
**6601 Toler Ave.**
**Bell Gardens, CA 90201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,287.11    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1062** | Priority creditor's name and mailing address

**Saavedra Torres,Karla**
**9230 Autumn Harvest Dr**
**Houston, TX 77064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$129.36    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $603.14 | Unknown |
|---|---|---|---|---|

**Saavedra,Precious**
**3440 Robinette Ave**
**Baldwin Park, CA 91706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1064 | Priority creditor's name and mailing address | | $48.10 | Unknown |

**Saddi,Samer**
**22040 Cantlay St.**
**Canoga Park, CA 91303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1065 | Priority creditor's name and mailing address | | $614.80 | Unknown |

**Saeedi,Nassim**
**19330 Saticoy St. Apt 311**
**Reseda, CA 91335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1066 | Priority creditor's name and mailing address | | $217.25 | Unknown |

**Salazar,Evelia**
**18950 Decker**
**Perris, CA 92570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $494.06 | Unknown |
|---|---|---|---|---|

**Salazar,Francis M**
**272 E Ave J12**
**Lancaster, CA 93536**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $585.20 | Unknown |
|---|---|---|---|---|

**Salazar,Patricia**
**236 E 1st St**
**#1366**
**Calexico, CA 92231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.63 | Unknown |
|---|---|---|---|---|

**Salazar,Vincent**
**976 E Terrace Ave Apt 106**
**Fresno, CA 93704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.55 | Unknown |
|---|---|---|---|---|

**Salcedo,Ana P**
**1832 E 56th Street**
**Long Beach, CA 90805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.1071** | Priority creditor's name and mailing address

**Saldana,Rosaura**
**1870 Summertree Dr.**
**Perris, CA 92571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$243.54    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1072** | Priority creditor's name and mailing address

**Saldate,Lori'el M**
**276 S Orchard St Apt 1070**
**Fresno, CA 93721-1561**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$23.87    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1073** | Priority creditor's name and mailing address

**Salgado,Jesus A**
**250 JASON CT**
**PERRIS, CA 92571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$458.90    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1074** | Priority creditor's name and mailing address

**Salgado,Rosa Bustos**
**P.O. Box 52013**
**Oxnard, CA 93031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,747.69    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1075 | Priority creditor's name and mailing address<br>**Salinas,Jennifer**<br>**1980 Montanra Lane**<br>**Perris, CA 92571** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$591.36** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1076 | Priority creditor's name and mailing address<br>**Salmeron,Janet**<br>**409 N Langstaff Street**<br>**Lake Elsinore, CA 92530** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$156.53** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1077 | Priority creditor's name and mailing address<br>**Samano,Denilson**<br>**1279 E Lincoln Ave**<br>**Escondido, CA 92027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$64.46** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1078 | Priority creditor's name and mailing address<br>**Sampson,John M**<br>**104 Chelsea Drive**<br>**Whiting, NJ 08759** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,884.62** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $674.03 | Unknown |
|---|---|---|---|---|

**Sampson,Pauline**
**PO Box 163**
**San Pedro, CA 90733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,497.66 | Unknown |
|---|---|---|---|---|

**SAN BERNARDINO COUNTY**
**TREASURER-**
**TAX COLLECTOR**
**268 W. HOPITALITY LANE**
**FIRST FLOOR**
**SAN BERNADINO, CA 92415-0360**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.48 | Unknown |
|---|---|---|---|---|

**Sanchez De Luciano,Susana**
**3117 1/2 Aylesworth Pl.**
**2nd Floor**
**Los Angeles, CA 90031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $416.93 | Unknown |
|---|---|---|---|---|

**Sanchez Garcia,Patricia**
**11201 E Lake Highlands**
**Apt 2031**
**Dallas, TX 75218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $19.80 | Unknown |
|---|---|---|---|---|

**Sanchez Ramirez,Diana**
**915 S Arden Pl Apt 3**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $40.25 | Unknown |
|---|---|---|---|---|

**Sanchez,Blanca**
**82390 Garden Ave.**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $168.14 | Unknown |
|---|---|---|---|---|

**Sanchez,Consuelo**
**704 1/4 S. Simmons Ave.**
**Los Angeles, CA 90022**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $532.44 | Unknown |
|---|---|---|---|---|

**Sanchez,Danny E**
**6701 De Soto Ave**
**Apt 131**
**Canoga Park, CA 91303**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.1087** | Priority creditor's name and mailing address

**Sanchez,David**
**379 W Park Ave**
**#D**
**El Cajon, CA 92020**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,147.27**    **Unknown**

---

**2.1088** | Priority creditor's name and mailing address

**Sanchez,Ernesto M**
**1600 W 5th St Apt 42A**
**Oxnard, CA 93030**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

**$442.31**    **Unknown**

---

**2.1089** | Priority creditor's name and mailing address

**Sanchez,Guadalupe C**
**220 E. Ferguson**
**Pharr, TX 78577**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,846.16**    **Unknown**

---

**2.1090** | Priority creditor's name and mailing address

**Sanchez,Janel E**
**4981 Mack Rd Apt 300**
**Sacramento, CA 95823-6454**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and PTO**

Is the claim subject to offset?
☑ No
☐ Yes

**$188.98**    **Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $601.21 | Unknown |
|---|---|---|---|---|

**Sanchez,Juan**
**91-460 5th St**
**Mecca, CA 92254**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,960.69 | Unknown |
|---|---|---|---|---|

**Sanchez,Maria I**
**8991 Cypress Ave**
**South Gate, CA 90280**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $639.76 | Unknown |
|---|---|---|---|---|

**Sanchez,Maricela**
**19410 Florance St.**
**Perris, CA 92570**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,584.77 | Unknown |
|---|---|---|---|---|

**Sanchez,Sandra**
**1943 17th Street**
**Apt. # B**
**Santa Monica, CA 90404**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.82 | Unknown |
|---|---|---|---|---|
| | **Sanchez,Sarah I** | *Check all that apply.* | | |
| | **557 S Montebello Blvd Apt C** | ☐ Contingent | | |
| | **Montebello, CA 90640-5701** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.15 | Unknown |
|---|---|---|---|---|
| | **Sanchez,Yailin** | *Check all that apply.* | | |
| | **1874 West Ave** | ☐ Contingent | | |
| | **Santa Rosa, CA 95407** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.24 | Unknown |
|---|---|---|---|---|
| | **Sanchez,Yvett** | *Check all that apply.* | | |
| | **576 Florida St** | ☐ Contingent | | |
| | **Imperial Beach, CA 91932** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.68 | Unknown |
|---|---|---|---|---|
| | **Sandoval,Antelma** | *Check all that apply.* | | |
| | **5807 E Harmony Ave** | ☐ Contingent | | |
| | **Mesa, AZ 85206** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,846.16** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Sandoval,Flavia**
**2114 Sultana Rd**
**Atwater, CA 95301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,897.27** | **Unknown** |
|---|---|---|---|---|

**Sandoval,Maria**
**1955 Holt Avenue**
**Los Angeles, CA 90034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$198.77** | **Unknown** |
|---|---|---|---|---|

**Sandoval,Martha S**
**120-A Rockwood**
**PMB 44-270**
**Calexico, CA 92231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$37.84** | **Unknown** |
|---|---|---|---|---|

**Sandoval,Natividad**
**1260 Calla Ave.**
**Apt G**
**Imperial Beach, CA 91932**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,615.39** | **Unknown** |
|---|---|---|---|---|
| | **Sandoval,Norma A**<br>**420 W Latham Ave**<br>**Hemet, CA 92543** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.1104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,164.22** | **Unknown** |
|---|---|---|---|---|
| | **SANTA CRUZ**<br>**COUNTY-PROPERTY TAX**<br>**COUNTY TAX COLLECTOR**<br>**P.O. BOX 1817**<br>**SANTA CRUZ, CA 95061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.1105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$34.76** | **Unknown** |
|---|---|---|---|---|
| | **SantaCruz,Leslie M**<br>**1340 Flamingo Pl**<br>**El Cajon, CA 92021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.1106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$501.54** | **Unknown** |
|---|---|---|---|---|
| | **Santoyo,Guadalupe**<br>**1959 Josey Ln Apt A**<br>**Carrollton, TX 75006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$684.46** | **Unknown** |
|---|---|---|---|---|
| | **Saravia,Sylvia**<br>**3018 E. Princeton**<br>**Fresno, CA 93703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.1108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$367.50** | **Unknown** |
|---|---|---|---|---|
| | **Sarpy,Edward**<br>**5600 Orangethorpe Ave**<br>**Apt 106**<br>**La Palma, CA 90623** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.1109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$699.17** | **Unknown** |
|---|---|---|---|---|
| | **Sarte,Donne M**<br>**3529 Milburn St.**<br>**San Jose, CA 95148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.1110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$66.66** | **Unknown** |
|---|---|---|---|---|
| | **Seafus III,Atrice**<br>**4108 N Sierra Way Apt 266**<br>**San Bernardino, CA 92407-3825** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,856.40** | **Unknown** |
|---|---|---|---|---|
| | **Seifu,Yemewedish M**<br>**620 W 61st**<br>**Los Angeles, CA 90044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$911.61** | **Unknown** |
|---|---|---|---|---|
| | **Serna,Najely N**<br>**119 Amber Way**<br>**Perris, CA 92571** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,069.80** | **Unknown** |
|---|---|---|---|---|
| | **Serrano,Edward A**<br>**12646 Gardenia Circle**<br>**Moreno Valley, CA 92555** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.1114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$190.65** | **Unknown** |
|---|---|---|---|---|
| | **Serrano,Elva A**<br>**2364 Meadow Way**<br>**Unit A**<br>**Santa Rosa, CA 95404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.1115** | Priority creditor's name and mailing address

**Serrano,Maria Leticia**
**8805 Orion Avenue**
**Apt. 202**
**North Hills, CA 91343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$245.79    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1116** | Priority creditor's name and mailing address

**Serrao,Clayton M**
**444 28th St**
**Richmond, CA 94804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$495.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1117** | Priority creditor's name and mailing address

**Servin,Irma L**
**1229 P Rashid St**
**Calexico, CA 92231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$465.63    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1118** | Priority creditor's name and mailing address

**Setareh,Reyna C**
**10341 Canoga Ave**
**Unit 47**
**Chatsworth, CA 91311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$145.80    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $562.87 | Unknown |
|---|---|---|---|---|

**Shepherd,Sariha**
**595 Maine St.**
**Gridley, CA 95948**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,288.46 | Unknown |
|---|---|---|---|---|

**Shin,Jong S**
**28419 Ridgethorne Ct**
**Rancho Palos Verdes, CA 90275**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,519.24 | Unknown |
|---|---|---|---|---|

**Shusterman,Rimma**
**1850 81 Street #2-A**
**Brooklyn, NY 11214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.98 | Unknown |
|---|---|---|---|---|

**Sickles,Laquanda S**
**1031 South Stewaart St**
**Apt E 1043**
**Mesa, AZ 85202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,354.47 | Unknown |
|---|---|---|---|---|

**Silva Fairbanks,Marie**
**31695 Poppy St.**
**Winchester, CA 92596**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.36 | Unknown |
|---|---|---|---|---|

**Silva,Luz M**
**3913 S Flower Dr.**
**Los Angeles, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.68 | Unknown |
|---|---|---|---|---|

**Silva,Maria**
**6270 Cedros Ave**
**#7**
**Van Nuys, CA 91411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,967.84 | Unknown |
|---|---|---|---|---|

**Silva,Yesenia**
**220 N Coffman St**
**Anaheim, CA 92805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $344.25 | Unknown |
|---|---|---|---|---|

**Sixtos,Carlos**
**1478 Fairbanks Pl**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,923.08 | Unknown |
|---|---|---|---|---|

**Skelly,Daniel P**
**8335 Flight Ave.**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $489.83 | Unknown |
|---|---|---|---|---|

**Smith,Joshua**
**40281 Mayberry Ave**
**#7**
**Hemet, CA 92544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.13 | Unknown |
|---|---|---|---|---|

**Smith,Keith T**
**80 East Dawes St.**
**Spc. 08**
**Perris, CA 92571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 283 of 530

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $495.88 | Unknown |
|---|---|---|---|---|
| | **Smith,Victoria L**<br>**6060 Greens Road**<br>**Apt 1310**<br>**Humble, TX 77396** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $166.10 | Unknown |
|---|---|---|---|---|
| | **Solano,Nereyda**<br>**1769 E San Bernardino Ave**<br>**San Bernardino, CA 92408-3051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,593.58 | Unknown |
|---|---|---|---|---|
| | **Solis,Luz M.**<br>**8132 McKinley Ave.**<br>**Paramount, CA 90723** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $764.75 | Unknown |
|---|---|---|---|---|
| | **Solomovici,Aviva**<br>**6130 W. Tropicana Ave.**<br>**#206**<br>**Las Vegas, NV 89103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.32 | Unknown |
|---|---|---|---|---|

**Sonoda,Jesserine M**
**21170 Boccaccio Ct.**
**Moreno Valley, CA 92557**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $354.42 | Unknown |
|---|---|---|---|---|

**Soriano,Rosa**
**14960 Silventree Rd.**
**Moreno Valley, CA 92553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $902.06 | Unknown |
|---|---|---|---|---|

**Soriano,Sara**
**11218 1/2 Wilmington**
**Los Angeles, CA 90059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,506.80 | Unknown |
|---|---|---|---|---|

**Sosa,Yllia K**
**3991 Walnut Ave**
**Lynwood, CA 90262**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.66 | Unknown |
|---|---|---|---|---|

**Sotelo,Coreena M.**
**343 E Guava  St**
**Oxnard, CA 93033**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.87 | Unknown |
|---|---|---|---|---|

**Soto De Gonzalez,Maria**
**221 West G. Street**
**Apt. #9**
**Wilmington, CA 90744**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.77 | Unknown |
|---|---|---|---|---|

**Soto,Hilda**
**7412 Indendence Ave.**
**Canoga Park, CA 91303**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $657.14 | Unknown |
|---|---|---|---|---|

**Soto,Maria**
**3916 Manquio Ct.**
**Perris, CA 92571**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $873.40 | Unknown |
|---|---|---|---|---|

**Soto,Treysi G**
**935 E 4th St**
**Apt A**
**Calexico, CA 92231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,064.32 | Unknown |
|---|---|---|---|---|

**Souvannasan,Donna**
**6494 E. Balch Ave.**
**Fresno, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,500.00 | Unknown |
|---|---|---|---|---|

**Spellane,Francis C**
**315 West 5th Street**
**Apt 403**
**Los Angeles, CA 90013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $876.22 | Unknown |
|---|---|---|---|---|

**Sturges,Stephanie**
**11650 Towne Ave.**
**#C6**
**Los Angeles, CA 90061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.88 | Unknown |
|---|---|---|---|---|

**Suarez Cabrera,Franklin**
**28779 Park trail Way**
**Menifee, CA 92584**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.75 | Unknown |
|---|---|---|---|---|

**Subia,Ramona**
**2971 Nashville Dr**
**San Jose, CA 95133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.71 | Unknown |
|---|---|---|---|---|

**Sulaiman,Agustina G**
**171 S Burlington Ave Apt 305**
**Los Angeles, CA 90057-2557**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,557.71 | Unknown |
|---|---|---|---|---|

**Swanson,Randolph M.**
**4369 Vanalden Ave.**
**Tarzana, CA 91356**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $608.58 | Unknown |
|---|---|---|---|---|

**Tacuba De Maldonado,Marta**
**14058 Raven St.**
**Sylmar, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.67 | Unknown |
|---|---|---|---|---|

**Tah Yupit,Carlos M**
**600 Walkham Place**
**Santa Rosa, CA 95407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $407.75 | Unknown |
|---|---|---|---|---|

**Tah,Nidia**
**600 Walkham Pl.**
**Santa Rosa, CA 95407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $331.04 | Unknown |
|---|---|---|---|---|

**Talley,Jamie Linn**
**606 Russell St.**
**Vallejo, CA 94591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.1155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.53 | **Unknown** |
| --- | --- | --- | --- | --- |

**Tan,Ashley**
**1713 E Washington St**
**Long Beach, CA 90805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.73 | **Unknown** |
| --- | --- | --- | --- | --- |

**Tanus Islas,Guadalupe**
**1961 S Garth Ave Apt 4**
**Los Angeles, CA 90034-1533**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.20 | **Unknown** |
| --- | --- | --- | --- | --- |

**Tapia Romero,Cesar**
**1413 Pebble Creek Dr Apt I**
**Santa Rosa, CA 95407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.25 | **Unknown** |
| --- | --- | --- | --- | --- |

**Tapia Rosales,Yadira Y**
**16009 N Culver Rd**
**Victorville, CA 92392**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.1159** | Priority creditor's name and mailing address

**Taracena,Yanina L**
**5052 Rosewood St**
**Montclair, CA 91763-2839**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$76.89 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1160** | Priority creditor's name and mailing address

**Tavares,Daisy**
**1600 W 5th St**
**Apt 81A**
**Oxnard, CA 93030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$45.10 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1161** | Priority creditor's name and mailing address

**Tavarez,Esmeralda**
**846 W 8th St**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$157.50 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1162** | Priority creditor's name and mailing address

**Taylor,Herashia**
**11923 S San Pedro St**
**Los Angeles, CA 90061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$787.71 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.39 | Unknown |
|---|---|---|---|---|

**Taylor,Kelsey V**
**2501 Olive Ave Apt 3**
**Long Beach, CA 90806-2745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $697.32 | Unknown |
|---|---|---|---|---|

**Taylor,Trevares A**
**401 West Devonshire**
**Hemet, CA 92543**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.10 | Unknown |
|---|---|---|---|---|

**Tellez,Martin J**
**13325 Heacock**
**Apt #34**
**Moreno Valley, CA 92553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.23 | Unknown |
|---|---|---|---|---|

**Tenni,Addis**
**1544 Oyama Dr.**
**San Jose, CA 95131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.1167** | Priority creditor's name and mailing address
**Tenorio,Juan**
**344 4th St**
**Calexico, CA 92231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$910.56    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1168** | Priority creditor's name and mailing address
**Tenorio,Yurixi**
**535 Galena St**
**El Cajon, CA 92019-1041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$67.62    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1169** | Priority creditor's name and mailing address
**Terrazas,Gloria**
**21610 Jean St**
**Perris, CA 92570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$81.40    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1170** | Priority creditor's name and mailing address
**Terrazas,Luz D**
**21610 Jean St.**
**Perris, CA 92570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$211.20    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,444.48 | Unknown |
|---|---|---|---|---|

**Terrell,Zandra**
**1316 E. Bankers Drive**
**Carson, CA 90746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,615.39 | Unknown |
|---|---|---|---|---|

**Terzi,David**
**2088 East 1st St.**
**Brooklyn, NY 11223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $820.57 | Unknown |
|---|---|---|---|---|

**Teutli,Guillermo M**
**557 Park Shadows Ct**
**Baldwin Park, CA 91706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,628.17 | Unknown |
|---|---|---|---|---|

**TEXAS COMPTROLLER OF**
**PUBLIC ACCOUNT**
**17777 CENTER COURT DR. N.,**
**STE  700**
**LOS ANGELES AUDIT OFFICE**
**CERRITOS, CA 90703-9356**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$28.08** | **Unknown** |
|---|---|---|---|---|

**Thach,Alisa**
**3400 Santa Cruz Way**
**Sacramento, CA 95817-3757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$29.15** | **Unknown** |
|---|---|---|---|---|

**Theissen,Thomas**
**21576 Ethanac Rd**
**Perris, CA 92570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$116.49** | **Unknown** |
|---|---|---|---|---|

**Thompson,Lauren**
**7000 College Ave Apt 79**
**Bakersfield, CA 93306-7525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.1178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$148.67** | **Unknown** |
|---|---|---|---|---|

**Thompson,Miesha**
**5018 Coliseum St Apt 8**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,641.12** | **Unknown** |
|---|---|---|---|---|
| | **Tindall,Donna M**<br>**641 Waldo Rd**<br>**Campbell, CA 95008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.93** | **Unknown** |
|---|---|---|---|---|
| | **Tinti Bolanos,Aura V**<br>**1231 Menlo Ave.**<br>**Los Angeles, CA 90006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$548.42** | **Unknown** |
|---|---|---|---|---|
| | **Tofa,Sylvia**<br>**4801 August St**<br>**Apt# 4**<br>**Los Angeles, CA 90008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$338.85** | **Unknown** |
|---|---|---|---|---|
| | **Torres Martinez,Anel**<br>**131 Nancy Ln Apt 7**<br>**San Jose, CA 95127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $483.21 | Unknown |
|---|---|---|---|---|

**Torres Muniz,Elva**
**731 N. Alameda Ave**
**Ontario, CA 91764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $771.76 | Unknown |
|---|---|---|---|---|

**Torres,Blanca**
**565 Scaroni**
**Calexico, CA 92231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,858.80 | Unknown |
|---|---|---|---|---|

**Torres,Elizabeth**
**422 Mayellen Ave**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,022.57 | Unknown |
|---|---|---|---|---|

**Torres,Jessica A**
**746 Park Place**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,465.54** | **Unknown** |
|---|---|---|---|---|

**Torres,Juan C**
**426 S. Caswell Ave.**
**Compton, CA 90220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$224.46** | **Unknown** |
|---|---|---|---|---|

**Torres,Maria Lucia**
**1016 W. 61st St.**
**Los Angeles, CA 90044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,270.34** | **Unknown** |
|---|---|---|---|---|

**Torres,Miguel Angel**
**28779 park trail way**
**menifee, CA 92584**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$243.68** | **Unknown** |
|---|---|---|---|---|

**Torres,Ruby J**
**3796 Millstone Ct**
**Pomona, CA 91766-4679**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $413.27 | Unknown |
|---|---|---|---|---|
| | **Torres,Sandra**<br>**83179 Las Cabos Ave**<br>**Coachella, CA 92236** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

| 2.1192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.55 | Unknown |
|---|---|---|---|---|
| | **Torres,Selena I**<br>**475 N Midway Dr Unit 243**<br>**Escondido, CA 92027-2607** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

| 2.1193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.76 | Unknown |
|---|---|---|---|---|
| | **Torres,Victor**<br>**7560 Sweetmeadow Ct**<br>**Highland, CA 92346-3747** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

| 2.1194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $678.24 | Unknown |
|---|---|---|---|---|
| | **Tovar,Estela T**<br>**3337 Cortese Cir**<br>**San Jose, CA 95127** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $263.34 | Unknown |
|---|---|---|---|---|
| | **Trujillo,Elizabeth**<br>**210 sterling ct**<br>**B**<br>**Calexico, CA 92231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,403.85 | Unknown |
|---|---|---|---|---|
| | **Tucker,Cameron A**<br>**25811 White Wood Cir**<br>**Moreno Valley, CA 92553** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $135.41 | Unknown |
|---|---|---|---|---|
| | **Tucker,Tamera M**<br>**13608 Crape Myrtle Dr**<br>**Moreno Valley, CA 92553** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.1198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,782.84 | Unknown |
|---|---|---|---|---|
| | **TULARE COUNTY TAX**<br>**COLLECTOR**<br>**221 S. MOONEY**<br>**#104E**<br>**VISALIA, CA 93291-4593** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$239.40** | **Unknown** |
|---|---|---|---|---|
| | **Turner,Brandon A**<br>**800 Ashley St**<br>**Hemet, CA 92545** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$12,480.78** | **Unknown** |
|---|---|---|---|---|
| | **Turner,Christopher**<br>**5025 Flowering Peach Rd**<br>**Marvin, NC 28173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$89.55** | **Unknown** |
|---|---|---|---|---|
| | **Tyan,Anastasiya**<br>**99 Talisman**<br>**Apt 1132**<br>**Irvine, CA 92620-3866** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$50.60** | **Unknown** |
|---|---|---|---|---|
| | **Ulloa,Alexis P**<br>**23308 Canyon Pines Pl**<br>**Corona, CA 92883-5090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.1203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $538.88 | Unknown |
|---|---|---|---|---|

**Uribe,Consuelo**
**21039 Vanowen St**
**Apt# 209**
**Canoga Park, CA 91303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.38 | Unknown |
|---|---|---|---|---|

**Valadez,Minerva**
**68200 33rd Ave Apt 1009**
**Cathedral City, CA 92234-3994**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.89 | Unknown |
|---|---|---|---|---|

**Valdez,Fernando**
**19109 Clark st.**
**Perris, CA 92570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $414.05 | Unknown |
|---|---|---|---|---|

**Valdivia,Reyes**
**136 Peppertree Drive**
**Perris, CA 92571**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.03 | Unknown |
|---|---|---|---|---|

| **Valdovinos,Esteban** |
| **1565 Capistrano Ave** |
| **Tulare, CA 93274** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.61 | Unknown |
|---|---|---|---|---|

| **Valencia,Juan** |
| **84074 Huntington Ave** |
| **Coachella, CA 92236** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.44 | Unknown |
|---|---|---|---|---|

| **Valenzuela,Edward** |
| **13931 elsworth st** |
| **apt 6** |
| **Moreno Valley, CA 92553** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.08 | Unknown |
|---|---|---|---|---|

| **Valenzuela,Julie** |
| **4233 Hammel St** |
| **Los Angeles, CA 90063** |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1211 | Priority creditor's name and mailing address<br>**Valenzuela,Martha I**<br>**20683 Waalew Rd**<br>**Spc 135**<br>**Apple Valley, CA 92307** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$505.44** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1212 | Priority creditor's name and mailing address<br>**Valenzuela,Nora L**<br>**3037 W. Mariposa St**<br>**Phoenix, AZ 85017** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,025.00** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1213 | Priority creditor's name and mailing address<br>**Valenzuela,Regina**<br>**12915 Fairford Ave**<br>**Norwalk, CA 90650** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$413.70** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1214 | Priority creditor's name and mailing address<br>**Van Capelle,Debby**<br>**8330 Glenoaks Blvd**<br>**Sun Valley, CA 91352** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$496.61** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $261.60 | Unknown |
|---|---|---|---|---|

**Vargas Pizano,Silvina E**
**5224 Pebble Beach Blvd.**
**Apt A**
**Las Vegas, NV 89108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 2.1216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,461.57 | Unknown |
|---|---|---|---|---|

**Vargas,Marcela G.**
**10654 Alton Rd.**
**Adelanto, CA 92301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 2.1217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,042.25 | Unknown |
|---|---|---|---|---|

**Vargas,Rosa Delia**
**3434 E. Weldon Ave**
**Fresno, CA 93703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| 2.1218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $15.18 | Unknown |
|---|---|---|---|---|

**Vargas,Yasmine**
**21350 garfield rd**
**perris, CA 92570**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,919.68** | **Unknown** |
|---|---|---|---|---|
| | **Vasquez,Maria G.**<br>**8993 Cypress Ave**<br>**South Gate, CA 90280** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$222.42** | **Unknown** |
|---|---|---|---|---|
| | **Vazquez,Laiza**<br>**966 W 5th St**<br>**Apt #3**<br>**Corona, CA 92882** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$604.56** | **Unknown** |
|---|---|---|---|---|
| | **Vazquez,Rebeca**<br>**98 E. Jarvis St.**<br>**Apt. 42**<br>**Perris, CA 92570** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$352.88** | **Unknown** |
|---|---|---|---|---|
| | **Vega Nava,Maria C**<br>**174 Punta Prieta Drive**<br>**Perris, CA 92571** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1223 | Priority creditor's name and mailing address<br>**Vega,Jose M**<br>**2701 E La Palma Ave Apt 34**<br>**Anaheim, CA 92806** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$133.98** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1224 | Priority creditor's name and mailing address<br>**Velasco,Mayra**<br>**2690 Pennington Rd**<br>**Live Oak, CA 95953** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.11** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1225 | Priority creditor's name and mailing address<br>**Velasco,Modesto G**<br>**2729 Camino Del Rey**<br>**San Jose, CA 95132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$56.57** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1226 | Priority creditor's name and mailing address<br>**Velasquez Arciga,Elizabeth**<br>**4742 Ivy St**<br>**Pico Rivera, CA 90660** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$141.38** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|--------|------------------------|------------------------|---------------------|
|        | Name                   |                        |                     |

| 2.1227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.75 | Unknown |
|---|---|---|---|---|

**Velazquez De Dimas,Maria D**
**12728 1/2 Kalnor Ave**
**Norwalk, CA 90650**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.63 | Unknown |
|---|---|---|---|---|

**Velazquez,Clerissa**
**949 Barbara Way**
**Lake Elsinore, CA 92530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $835.02 | Unknown |
|---|---|---|---|---|

**Velgara,Claudia M**
**231 W. 107th St**
**Los Angeles, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.20 | Unknown |
|---|---|---|---|---|

**Venegas,Nancy**
**2475 paseo de las americas**
**2767**
**san diego, CA 92154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.00 | Unknown |
|---|---|---|---|---|

**VENTURA COUNTY TAX COLLECTOR**
**800 S. VICTORIA AVE**
**VENTURA, CA 93009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $661.32 | Unknown |
|---|---|---|---|---|

**Ventura De Cruz,Concepcion**
**31 E Strother Ave**
**Fresno, CA 93706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,828.20 | Unknown |
|---|---|---|---|---|

**Ventura,Rosana**
**2451 Church Ln Apt 46**
**San Pablo, CA 94806**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $395.96 | Unknown |
|---|---|---|---|---|

**Vergara,Albert**
**2777 Somerset Park Cir**
**San Jose, CA 95132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.1235** | Priority creditor's name and mailing address
**Verheeck,Kevin J**
**56 Sussex Drive**
**West Milford, NJ 07480**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,384.62 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1236** | Priority creditor's name and mailing address
**Vicario,Vanessa R**
**5071 Rodeo St**
**Montclair, CA 91763**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$137.27 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1237** | Priority creditor's name and mailing address
**Victoria,Marie L**
**5618 Tilton Ave**
**#126**
**Riverside, CA 92509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$444.92 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1238** | Priority creditor's name and mailing address
**Vidriezca,Jaime**
**1418 E. O St.**
**Wilmington, CA 90744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,516.86 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $651.64 | Unknown |
|---|---|---|---|---|

**Vigil,Amanda**
**2196 Kendall Dr Apt 238**
**San Bernardino, CA 92407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $408.87 | Unknown |
|---|---|---|---|---|

**Villa,Carmen M**
**813 North L Street**
**Lompoc, CA 93436**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.53 | Unknown |
|---|---|---|---|---|

**Villa,Micaela**
**4414 Metler Street**
**Los Angeles, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $241.68 | Unknown |
|---|---|---|---|---|

**Villagran Gonzalez,Celia**
**2327 S Cochran Ave**
**Los Angeles, CA 90016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.68 | Unknown |
|---|---|---|---|---|

**Villalobos,Guillermo**
**26300 Naumann Ave**
**Homeland, CA 92548**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.70 | Unknown |
|---|---|---|---|---|

**Villalobos,Rocio**
**31775 Via Verde**
**Lake Elsinore, CA 92530**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,646.68 | Unknown |
|---|---|---|---|---|

**Villamar Pibaque,Fernando**
**249 amber c.t**
**#15**
**Upland, CA 91786**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.29 | Unknown |
|---|---|---|---|---|

**Villanueva,Leticia I**
**9085 Auburn Ave.**
**Hesperia, CA 92344**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $814.48 | Unknown |
|---|---|---|---|---|

**Villasenor,Jackelyne**
**11751 Bandera St**
**Los Angeles, CA 90059**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.60 | Unknown |
|---|---|---|---|---|

**Villegas Arellano,Luis**
**8929 Varna Ave**
**Arleta, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,346.16 | Unknown |
|---|---|---|---|---|

**Villegas,Mirella E.**
**1310 Garfield St.**
**Calexico, CA 92231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $820.97 | Unknown |
|---|---|---|---|---|

**Vizcarra,Marisela**
**11815 Orchard Ave**
**Los Angeles, CA 90044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.40 | Unkown |
|---|---|---|---|---|

**Vukojevich,Jennell**
**2816 W 182nd St Apt 23**
**Torrance, CA 90504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.79 | Unknown |
|---|---|---|---|---|

**Waffer,Denisha**
**7605 Jordan Ave Unit 3**
**Canoga Park, CA 91304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.41 | Unknown |
|---|---|---|---|---|

**Walder,Johnathan**
**24455 Palm St.**
**Perris, CA 92570**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.35 | Unknown |
|---|---|---|---|---|

**Walker,Anna P**
**2489 Valhalla St**
**Pomona, CA 91767**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.10 | Unknown |
|---|---|---|---|---|

**Walker,Scottie L**
**25117 Middlebrook Way**
**Moreno Valley, CA 92551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,461.56 | Unknown |
|---|---|---|---|---|

**Walton,Jamie B**
**15455 Glenoaks Blvd #535**
**Sylmar, CA 91342**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,788.47 | Unknown |
|---|---|---|---|---|

**Warren,Gene**
**5679 Sunningdale Ct.**
**Las Vegas, NV 89122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.13 | Unknown |
|---|---|---|---|---|

**Wattree,Melinise**
**812 W. Magnolia Street**
**Compton, CA 90220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|--------|----------------------|------------------------|---------------------|
| | Name | | |

| 2.1259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.01 | Unknown |
|--------|-----------------------------------------------|------------------------------------------------|----------|---------|

Priority creditor's name and mailing address

**Wentler,Kammie**
**24884 Wendell Dr**
**Hemet, CA 92544**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$153.01   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Priority creditor's name and mailing address

**2.1260**

**Wheatley III,Arthur J**
**68905 Hermosillo Rd**
**Cathedral City, CA 92234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$399.50   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Priority creditor's name and mailing address

**2.1261**

**Wheatley,Cody J**
**1967 pennsylvania ave**
**colton, CA 92324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,717.63   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Priority creditor's name and mailing address

**2.1262**

**White Jones,Erika D**
**430 N Palm Ave Spc 61**
**Hemet, CA 92543-2734**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14.96   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.64 | Unknown |
|---|---|---|---|---|

**White,Darius**
**2813 Lake Ave**
**Baltimore, MD 21213**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,952.00 | Unknown |
|---|---|---|---|---|

**White,Randy**
**11857 Franklin St**
**Moreno Valley, CA 92557**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.28 | Unknown |
|---|---|---|---|---|

**White,Summer**
**15656 Burwood Rd**
**Victorville, CA 92395**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,211.54 | Unknown |
|---|---|---|---|---|

**Wiegref,Audry**
**12505 Patnoe Dr**
**Burleson, TX 76028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.69 | Unknown |
|---|---|---|---|---|

**Williams Jr,Taurus B**
**15129 Elm Ct.**
**Apt D**
**Moreno Valley, CA 92551**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.74 | Unknown |
|---|---|---|---|---|

**Williams,Kanae**
**14110 Yukon Ave Apt 1**
**Hawthorne, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $895.17 | Unknown |
|---|---|---|---|---|

**Williams,Nyangi M**
**1071 E 48th St**
**Apt 105**
**Los Angeles, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.19 | Unknown |
|---|---|---|---|---|

**Williams,Sha'Marya D**
**310 E Foothill Blvd**
**Pomona, CA 91767-1406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.1271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $659.45 | Unknown |
|---|---|---|---|---|

**Williams,Simone R**
**1664 E Market St**
**Long Beach, CA 90805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.19 | Unknown |
|---|---|---|---|---|

**Willis,Elisha**
**1119 256th st # 10**
**Harbor City, CA 90710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.86 | Unknown |
|---|---|---|---|---|

**Wilson,Darren**
**650 E Nuevo Rd**
**Apt 414**
**Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $493.80 | Unknown |
|---|---|---|---|---|

**Wilson,Michael A**
**177 W South St**
**Rialto, CA 92376**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.1275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.77    Unknown |
| | **Wood,Candace T** | Check all that apply. | |
| | **15247 Lake Terrace Dr** | ☐ Contingent | |
| | **Lake Elsinore, CA 92530** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Accrued Vacation and PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.31    Unknown |
| | **Wynne,Jahuanna** | Check all that apply. | |
| | **1986 Portal Dr** | ☐ Contingent | |
| | **San Jacinto, CA 92582** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Accrued Vacation and PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.42    Unknown |
| | **Xiong,Bao** | Check all that apply. | |
| | **5019 E Mono St** | ☐ Contingent | |
| | **Fresno, CA 93727** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Accrued Vacation and PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.63    Unknown |
| | **Yang,Xai** | Check all that apply. | |
| | **2161 S De Sante Ave** | ☐ Contingent | |
| | **Fresno, CA 93727** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Accrued Vacation and PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.1279** | Priority creditor's name and mailing address
**Yarbrough,Natatia T**
**26130 Port Rush Rd**
**Sun City, CA 92586**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,057.69** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1280** | Priority creditor's name and mailing address
**Young,Louis A**
**3722 W Avenue K10**
**Lancaster, CA 93536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$122.55** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1281** | Priority creditor's name and mailing address
**Yount,Linda M**
**727 E. Baylor Lane**
**Chandler, AZ 85225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,269.24** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1282** | Priority creditor's name and mailing address
**Zamora De Rodriguez,Senovia**
**6341 Bristol Way**
**Las Vegas, NV 89107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$464.04** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,645.75** | **Unknown** |
|---|---|---|---|---|
| | **Zanahuria,Maria**<br>**1250 5th Ave.**<br>**Apt# 1201**<br>**Chula Vista, CA 91911** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$333.62** | **Unknown** |
|---|---|---|---|---|
| | **Zazueta Martinez,Cinia**<br>**1674 Palm Ave.**<br>**Spc. #24**<br>**San Diego, CA 92154** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,281.70** | **Unknown** |
|---|---|---|---|---|
| | **Zazueta,Ana G.**<br>**1348 Garfield St.**<br>**Calexico, CA 92231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$676.02** | **Unknown** |
|---|---|---|---|---|
| | **Zelada,Selvia Del Carmen**<br>**3406 Pasadena Ave.**<br>**Apt. # 201**<br>**Los Angeles, CA 90031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.1287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $66.66    Unknown |
| | **Zendezas,Larry**<br>**13400 Elsworth St Apt 736**<br>**Moreno Valley, CA 92553-8491** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $445.06    Unknown |
| | **Zermeno,Patricia**<br>**346 Jamacha Rd**<br>**Apt 5**<br>**El Cajon, CA 92019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $110.66    Unknown |
| | **Zubiate,Antonia V**<br>**20590 Verta st**<br>**Perris, CA 92570** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $236.51    Unknown |
| | **Zuniga,Jennifer**<br>**38740 5th St East Apt 2**<br>**Palmdale, CA 93550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address
**1ST LH Sunglasses**
**29 West 30th Street #601**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,376.00**

---

**3.2** | Nonpriority creditor's name and mailing address
**21ST CENTURY SNACK FOODS**
**921 S 2ND ST**
**RONKONKOMA, NY 11779**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,048.00**

---

**3.3** | Nonpriority creditor's name and mailing address
**24K COSMETICS**
**74 LOUIS COURT**
**SOUTH HACKENSACK, NJ 07606**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,504.00**

---

**3.4** | Nonpriority creditor's name and mailing address
**26 CALIFORNIA WHOLESALES**
**2845 E 26TH STREET**
**VERNON, CA 90058**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$42,941.68**

---

**3.5** | Nonpriority creditor's name and mailing address
**3 Weiii Trading Company LTD**
**c/o Daren Brinkman, Esq.**
**Brinkman Portillo Ronk, APC**
**4333 Park Terrace Drive,  Suite 205**
**Westlake Village, CA 91361**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,577,484.42**

---

**3.6** | Nonpriority creditor's name and mailing address
**301 SOUTH LINCOLN AVE LLC**
**PO BOX 844020**
**LOS ANGELES, CA 90084-4020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$52,611.57**

---

**3.7** | Nonpriority creditor's name and mailing address
**3900 INDIAN AVE LLC**
**3501 JAMBOREE ROAD SUITE 100**
**C/O CBRE**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$278,708.71**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,650.00** |
|---|---|---|---|

**445 SOUTH BROADWAY, LLC**
**15001 S FIGUEROA ST**
**GARDENA, CA 90248**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$179,741.58** |
|---|---|---|---|

**449 SO. BROADWAY, L.L.C.**
**15001 S.FIGUEROA ST.**
**GARDENA, CA 90248**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,433.34** |
|---|---|---|---|

**5450 CHERRY LLC**
**PO BOX 4450**
**CERRITOS, CA 90703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,033.34** |
|---|---|---|---|

**6300 MACK ROAD LLC**
**15001 S FIGUEROA ST**
**GARDENA, CA 90248**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,618.00** |
|---|---|---|---|

**7 COLOR IMPORT**
**945 FLUSHING AVE**
**BROOKLYN, NY 11206**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,341.00** |
|---|---|---|---|

**79 SOUTH CHINA IMPORT INC**
**148 GREEN STREET**
**BROOKLYN, NY 11416**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,607.60** |
|---|---|---|---|

**8 TO 20 PARTNERS LLC**
**112 W. 34TH STREET**
**NEW YORK, NY 10120**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,000.46** |
|---|---|---|---|

**99 CENTS ONLY STORES**
**4000 UNION PACIFIC AVE**
**ATTN: REAL ESTATE DEPT #0137**
**CITY OF COMMERCE, CA 90023-3202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Rent__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157,996.99** |
|---|---|---|---|

**A & H IMPORTS, INC.**
**315 S. BEVERLY DRIVE**
**#301**
**BEVERLY HILLS, CA 90212-4309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Trade Debt__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |
|---|---|---|---|

**A GUTIERREZ ROOFING CO**
**1406 E 58TH DRIVE**
**LOS ANGELES, CA 90001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Trade Debt__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,532.00** |
|---|---|---|---|

**A ONE ENTERPRISES**
**PO BOX 42**
**RAHWAY, NJ 07065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Trade Debt__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$440.00** |
|---|---|---|---|

**A&R HEATING,COOLONG &**
**REFRIGERATION**
**3835 CLAVEL ST**
**EAGLE PASS, TX 78852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Trade Debt__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,580.40** |
|---|---|---|---|

**A+M WHOLESALE GROUP**
**1117-B EAST CENTER ST**
**MADISONVILLE, KY 42431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Trade Debt__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,440.00** |
|---|---|---|---|

**A.D. SUTTON & SONS**
**10 WEST 33RD STREET**
**11TH FLOOR**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Trade Debt__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |

Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,512.00** |

**A.N.ENTERPRISES**
**11528 HARRY HINES BLVD**
**SUITE 201**
**DALLASRK, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$108,396.00** |

**ABASIX**
**525 7TH AVE SUITE 1508**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,875.20** |

**ABASTECEDORA TEXTIL, S.A**
**17 AVENIDA 48-65 ZONA 12 GUATEMALA**
**GUATEMALA, XX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,452.71** |

**ABC FIRE LIFE SAFETY, INC**
**PO BOX 50229**
**BROOKLYN, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$209.64** |

**ABC PEST MANAGEMENT SERVICES, INC**
**3900 JUAN TABO NE**
**ALBUQUERQUE, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$106,193.30** |

**ABG ACCESSORIES**
**1000 JEFFERSON AVENUE**
**ELIZABETH, NJ 07201-1307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,607.75** |

**ABOND GROUP**
**10900 COLBERT,ANJOU**
**QUEBEC, ALB H1J2H8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$433.00** |
|---|---|---|---|

**ABSOLUTE LOCK & SAFE**
**1878 RIGSBY AVE**
**SAN ANTONIO, TX 78210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$156,030.00** |
|---|---|---|---|

**ACCENT RUG DECOR IN**
**97 WEAWER DR.**
**CHATSWORTH, GA 30705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$92,828.40** |
|---|---|---|---|

**ACCEO SOLUTIONS INC.**
**TENDER RETAIL DIVISION**
**6100-75 RUE QUEEN**
**MONTREAL, QC H3C 2N6CAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,020.85** |
|---|---|---|---|

**ACCESS AIR CONDITIONING**
**PO BOX 411145**
**LOS ANGELES, CA 90041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,599.50** |
|---|---|---|---|

**ACCESSORY EXCHANGE**
**1 EAST 33RD STREET 6TH FLR**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,676.00** |
|---|---|---|---|

**ACCESSORY HEADQUARTERS**
**10 WEST 33RD ST**
**SUITE 306**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$78,285.00** |
|---|---|---|---|

**ACCUTIME WATCH CORP**
**1001 AVE OF THE AMERICAS**
**6TH FLOOR**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,501.35** |
|---|---|---|---|

**ACE IMAGING TECHNOLOGIES, INC.**
**PO BOX 71036**
**LOS ANGELES, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,850.00** |
|---|---|---|---|

**ACE POWER SWEEPING, INC.**
**8082 COMMONWEALTH AVE**
**#275**
**BUENA PARK, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,386.40** |
|---|---|---|---|

**ACHIM IMPORTING CO INC**
**58 SECOND AVENUE**
**BROOKLYN, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,942.00** |
|---|---|---|---|

**ACI SPECIALTY BENEFITS**
**6480 WEATHERS PLACE**
**STE 300**
**SAN DIEGO, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,692.00** |
|---|---|---|---|

**ADAM & EVE**
**1620 SOUTH LOS ANGELES ST**
**SUITE B**
**LOS ANGELES, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,800.00** |
|---|---|---|---|

**ADCO SERVICES, INC.**
**1532 OLYMPIC BLVD**
**MONTEBELLO, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$171.10** |
|---|---|---|---|

**ADMINISTRATIVE SERVICES CO-OP**
**2129 W. ROSECRANS AVE.**
**GARDENA, CA 90249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,207.65** |
|---|---|---|---|

**ADP, LLC**
**PO BOX 31001-1874**
**PASADENA, CA 91110-1874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,615.40** |
|---|---|---|---|

**ADP, LLC-LA**
**P.O. BOX 31001-1874**
**PASADENA, CA 91110-1874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,414.64** |
|---|---|---|---|

**ADP-BOSTON, MA**
**TAX CREDITSERVICES**
**1 ADP DRIVE, MAILSTOP 100**
**AUGUSTA, GA 30909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$465.00** |
|---|---|---|---|

**ADVANCED INTEGRATED PEST**
**MANAGEMENT**
**PO BOX 1168**
**ROSEVILLE, CA 95678-8168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$936.60** |
|---|---|---|---|

**ADVANCED SIGN, LLC**
**CALLE JOBOS  #22**
**COTO LAUREL, PR 00780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$268.00** |
|---|---|---|---|

**ADVENTIST HEALTH PHYSICIANS**
**NETWORK**
**PO BOX 1954**
**MEMPHIS, TN 38101-1954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**AFFORDABLE HANDYMAN OF CHICAGO**
**INC**
**2909 N 75TH AVE #2**
**ELMWOOD PARK, IL 60707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,316.60** |
|---|---|---|---|

**AGGRESSIVE DEE**
**SUITE 1715, 17TH FLOOR**
**CONCORDIA PLAZA CHINA AEROSPACE**
**N.T**
**KOWLOON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,580.32** |
|---|---|---|---|

**AII BOBO**
**18 WEST 33RD ST. FLR 5**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,517.00** |
|---|---|---|---|

**AIR CRAFTERS HEATING & COOLING**
**7703 GRETNA AVENUE**
**WHITTIER, CA 90606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,829.00** |
|---|---|---|---|

**AIR VAL**
**1840 NW 95 AVE**
**MIAMI, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**AIRESERV HEATING & AIR CONDITIONING**
**196 RIGGS AVE**
**MERCED, CA 95341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,720.78** |
|---|---|---|---|

**AIZEN FIRE PROTECTION, INC.**
**20942 OSBORNE ST**
**UNIT D**
**CANOGA PARK, CA 91304-1853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180,450.90** |
|---|---|---|---|

**AKADEMIKS**
**31 WEST 34th STREET**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.57**

Nonpriority creditor's name and mailing address
**ALARM INSPECTION & MAINTENANCE
SERVICE, INC
7247 E STEARNS STREET
LONG BEACH, CA 90815**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$660.00**

---

**3.58**

Nonpriority creditor's name and mailing address
**ALARMCO/INC.
2007 LAS VEGAS BLVD SOUTH
LAS VEGAS, NV 89104-2555**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$495.00**

---

**3.59**

Nonpriority creditor's name and mailing address
**ALBA WHEELS UP INTERNATIONAL, INC
ONE EAST LINCOLN AVE
VALLEY STREAM, NY 11580**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Freight**

Is the claim subject to offset? ■ No ☐ Yes

**$8,927.75**

---

**3.60**

Nonpriority creditor's name and mailing address
**ALBANY MED EMURGENT CARE
PO BOX 417208
BOSTON, MA 02241-7208**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$133.34**

---

**3.61**

Nonpriority creditor's name and mailing address
**ALBERT SOURCES
10789 REDMONT AVE
TUJUNGA, CA 91042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$23,928.50**

---

**3.62**

Nonpriority creditor's name and mailing address
**ALBERTSONS/SAFEWAY INC
250 E PARKCENTER BLVD
ATTN: TARA EMERY PROP MGMT (3108)
BOISE, ID 83706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$71,526.84**

---

**3.63**

Nonpriority creditor's name and mailing address
**ALDO FASHION LTD
4/F., NO.2 BUXING STREET
ZHENKOU 2ND IND. ESTATE,
HUMEN, DONGGUAN, CHI 00052-3911**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$349,840.50**

---

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,425.73**

**ALERT SPRINKLER CO., INC**
**PO BOX 558**
**JAMESBURG, NJ 08831-1400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,009.35**

**ALFA BAGS**
**2520 CONTIMENTAL AVE.**
**EL MONTE, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,800.00**

**ALFA TRAVELGEAR INC.**
**2520 CONTINENTAL AVE**
**ELMONTE, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,368.92**

**ALL DOOR REPAIR INC.**
**4918 N. BOGART AVENUE**
**BALDWIN PARK, CA 91706-1713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,569.38**

**ALL GLASS CO**
**661 23RD STREET**
**RICHMOND, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,081.60**

**ALL TRONICS**
**1773 W. SAN BERANDINO**
**WEST COVINA, CA 91790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,838.00**

**ALLEN & ELLEN**
**839 S. AZUSA**
**AZUSA, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$116,600.00**

**ALLIANCE WHOLESALE CORP.**
**10 WEST 33RD STREET ROOM 1002**
**NEW YORK, NY 10001-3306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,644.00**

**ALLIED DOOR CONTROLS & GLASS, INC**
**1104 B LYNNHAVEN PARKWAY**
**VIRGINIA BEACH, VA 23452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$227.33**

**ALLSTAR FRESH WATER SYSTEMS**
**7360 TRADE STREET**
**SUITE B**
**SAN DIEGO, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,425,001.00**

**ALLURA IMPORTS INC.**
**1407 BROADWAY**
**#401**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78,950.25**

**ALLURE HOME CREATION CO.**
**85 FULTON STREET**
**BOONTON, NJ 07005-1912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,985.00**

**ALMAR SALES COMPANY**
**320 5TH AVE.,**
**3RD FLOOR**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,402.00**

**ALMOST FAMOUS**
**525 7TH AVE**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,036,722.00**

**ALMOST NOTHING INC.**
**1620 S. LOS ANGELES STREET #C**
**LOS ANGELES, CA 90015-3624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$277,795.60**

**ALWAYS HOME INTERNATIONAL**
**P.O.BOX 380**
**WEST HEMPSTEAD, NY 11552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,889.68**

**AM HOME TEXTILES**
**510 WHARTON CIRCLE, SW**
**ATLANTA, GA 30336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,057.43**

**AMERICAN AIR CONDITIONING & HEATING**
**CO.**
**203 GILLETTE BLVD**
**SAN ANTONIO, TX 78221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,361.50**

**AMERICAN ATTITUDES/KNITWORK**
**1639 CENTRE STREET**
**RIDGEWOOD, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,642.70**

**AMERICAN BOX & RECYCLING CORP.**
**3900 NORTH TENTH STREET**
**PHILADELPHIA, PA 19140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,282.00**

**AMERICAN CITY PEST CONTROL**
**FEDERAL TERMITE**
**614 WEST 184TH STREET**
**GARDENA, CA 90248-4203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165,308.00** |
| | **AMERICAN CLOTHING(ca)** | ☐ Contingent | |
| | **1495 HUDSON AVE** | ☐ Unliquidated | |
| | **ONTARIO, CA 91761** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,222.75** |
| | **AMERICAN DAWN INC** | ☐ Contingent | |
| | **401 W. ARTESIA BLVD.** | ☐ Unliquidated | |
| | **COMPTON, CA 90220** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,599.20** |
| | **AMERICAN DESIGNERS CORP** | ☐ Contingent | |
| | **50 LOUIS COURT** | ☐ Unliquidated | |
| | **S.HACKENSACK, NJ 07606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,219.50** |
| | **AMERICAN DREAM CLOTHING, INC.** | ☐ Contingent | |
| | **110 E NINTH ST** | ☐ Unliquidated | |
| | **SUITE A843** | ☐ Disputed | |
| | **LOS ANGELES, CA 90079** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$317,897.30** |
| | **AMERICAN EXCHANGE TIME LLC** | ☐ Contingent | |
| | **1441 BROADWAY** | ☐ Unliquidated | |
| | **27 FLOOR** | ☐ Disputed | |
| | **NEW YORK, NY 10018** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$361,353.07** |
| | **AMERICAN EXPRESS-centurian MF'18** | ☐ Contingent | |
| | **BOX 0001** | ☐ Unliquidated | |
| | **LOS ANGELES, CA 90096-0001** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,820.03** |
| | **AMERICAN EXPRESS-Dainis & platinum** | ☐ Contingent | |
| | **BOX 0001** | ☐ Unliquidated | |
| | **LOS ANGELES, CA 90096-8000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,640.84**

**AMERICAN LIGHT & POWER**
**PO BOX 660846**
**DALLAS, TX 75266-0846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,397.57**

**AMERICAN MUSIC ENVIRONMENTS, INC.**
**1133 W. LONG LAKE RD**
**SUITE #200**
**BLOOMFIELD HILLS, MI 48302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$762.00**

**AMERICAN NEEDLE HEADWEAR**
**1275 BUSCH PARKWAY**
**BUFFALO GROVE, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,165,095.68**

**AMERICAN RETRO**
**2601 SEQUOIA DR.**
**SOUTH GATE, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,835.17**

**AMERICAN SECURITY PRODUCTS CO**
**11925 PACIFIC AVENUE**
**FONTANA, CA 92337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,900.00**

**AMETA CORPORATION**
**9514 Rush St**
**South El Monte, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,141.32**

**AMLOID CORPORATION**
**7 RIDGEDALE AVE STE 1A**
**CEDAR KNOLLS, NJ 07927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.99** | Nonpriority creditor's name and mailing address
**ANAHEIM TOWN SQUARE**
**5850 CANOGA AVENUE, SUITE 650**
**WOODLAND HILLS, CA 91367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$31,891.08**

---

**3.100** | Nonpriority creditor's name and mailing address
**ANGEL BODY IMPORT INC**
**1365 E 16TH STREET**
**LOS ANGELES, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$93,866.16**

---

**3.101** | Nonpriority creditor's name and mailing address
**ANGELS NEW YORK, INC**
**198-37 JAMAICA AVE**
**JAMAICA, NY 11423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,290.00**

---

**3.102** | Nonpriority creditor's name and mailing address
**ANN'S TRADING CO. INC.**
**4461 SOUTH SANTA FE AVENUE**
**LOS ANGELES, CA 90058-2101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$74,200.70**

---

**3.103** | Nonpriority creditor's name and mailing address
**Anthony, Marvin**
**c/o Andrew Athanassious**
**The Athanassious Law Office**
**P.O. Box 1145,**
**Folsom, CA 95763**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.104** | Nonpriority creditor's name and mailing address
**APEX IMPORTS**
**73/3B PALM AVE.**
**KOLKATA, KOLK 00000-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$252,002.68**

---

**3.105** | Nonpriority creditor's name and mailing address
**APEX MARITIME CO., INC**
**206 UTAH AVENUE**
**SOUTH SAN FRANCISCO, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,635.00**

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$167,887.20** |
|---|---|---|---|
| | **APPAREL CONNECTION LLC**<br>**1407 BROADWAY ROOM 1402**<br>**NEW YORK, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,427.00** |
|---|---|---|---|
| | **APPAREL SOURCING**<br>**1407 BROADWAY SUITE 1914**<br>**NEW YORK, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170,298.40** |
|---|---|---|---|
| | **APPAREL TRADING INTERNATIONAL INC.**<br>**149 WEST 36TH STREET**<br>**6TH FLOOR**<br>**NEW YORK, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,690.37** |
|---|---|---|---|
| | **APPLE ONE**<br>**EMPLOYMENT SERVICES**<br>**P.O. BOX 29048**<br>**Glendale, CA 91209-9048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$360.38** |
|---|---|---|---|
| | **APPROVED FIRE PREVENTION CORP**<br>**380 WEST MAIN ST**<br>**BABYLON, NY 11702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,869.56** |
|---|---|---|---|
| | **APS**<br>**P.O. BOX 2906**<br>**PHOENIX, AZ 85062-2906** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$235,402.06** |
|---|---|---|---|
| | **AQUARIUS LTD**<br>**3200 SOUTH KINGSHIGHWAY**<br>**ST LOUIS, MO 63139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.113**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77,630.00** |
|---|---|---|
| **AQUARIUS USA INC**<br>**147W 35TH STREET**<br>**STE 501**<br>**NEW YORK, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.114**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,890.58** |
|---|---|---|
| **ARCTIC AIR CONDITIONING & HEATING**<br>**667 E. ROSS AVE**<br>**EL CENTRO, CA 92243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.115**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,791.00** |
|---|---|---|
| **ARGONAUT NATION**<br>**145 TICONDEROGA TERR**<br>**WAYNE, NJ 07470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.116**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,162.74** |
|---|---|---|
| **ARILEX TROPICANA ASSOCIATES, LLC**<br>**C/O MDL GROUP**<br>**5960 SOUTH JONES BLVD**<br>**LAS VEGAS, NV 89118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.117**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,400.00** |
|---|---|---|
| **ARIZONA BLU INC**<br>**1 W 34TH STREET**<br>**SUITE 701**<br>**NEW YORK, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.118**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$229,577.20** |
|---|---|---|
| **Arkwright, LLC**<br>**c/o Michael B. Dublin, Esq.**<br>**Greenberg & Torchia, LLC**<br>**2617 Huntingdon Pike,**<br>**Huntingdon Valley, PA 19006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Settlement** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.119**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$215.70** |
|---|---|---|
| **ARLINGTON UTILITIES**<br>**P.O. BOX 90020**<br>**ARLINGTON, TX 76004-3020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,028.08**

**ARMACELL CANADA INC**
**153 VAN KIRK DR**
**BRAMPTON, ON L7A1A4**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,152,513.60**

**ARMOUTH INTERNATIONAL INC**
**18 W 33RD STREET 5TH FLOOR**
**NEW YORK, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Armstrong, Monika**
**c/o Lawyers for Employee & Consumer Righ**
**Saima Aslam**
**4100 West Alameda Ave., 3rd Fl.**
**Burbank, CA 91505**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,068.88**

**ARON SECURITY**
**300 W. MAIN ST**
**SMITHTOWN, NY 11787**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,206.00**

**ART & FRAME MART**
**2551 FERNWOOD AVE**
**LYNWOOD, CA 90262**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**ARTEMIO CRUZ**
**2700 E. VALLEY PRKY #70**
**ESCONDIDO, CA 92027**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,897.53**

**ARTIC MECHANICAL, INC**
**10440 TRADEMARK STREET**
**RANCHO CUCAMONGA, CA 91730**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.127** | Nonpriority creditor's name and mailing address

**ARTISTIC LINEN INC.**
**319  5TH AVE**
**NEW YORK, NY 10016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$31,316.00**

---

**3.128** | Nonpriority creditor's name and mailing address

**ASCENDANCE APPARELS, LLC**
**2600 W OLIVE AVE**
**SUITE 576**
**BURBANK, CA 91505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,754,535.80**

---

**3.129** | Nonpriority creditor's name and mailing address

**ASIAN MARL CO.**
**UNIT C 10/F THE CENTER OF SUNNY INF**
**QUAN-AN**
**CINDY**
**LN JINJIANG FUJIANG, CHI 00056-2200**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$922,291.32**

---

**3.130** | Nonpriority creditor's name and mailing address

**ASSET REDEPLOYMENT GROUP, INC.**
**202 ROPE MILL ROAD**
**SUITE A**
**WOODSTOCK, GA 30188**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$66,240.00**

---

**3.131** | Nonpriority creditor's name and mailing address

**ASZ INC.**
**1369 BROADWAY**
**NEW YORK, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$34,704.00**

---

**3.132** | Nonpriority creditor's name and mailing address

**ASZ TRADING INC**
**1385 BROADWAY # 1007**
**NEW YORK, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$935,867.56**

---

**3.133** | Nonpriority creditor's name and mailing address

**AT & T (5014) INTERNET IT**
**PO BOX 5014**
**CAROL STREAM, IL 60197-5014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$174.11**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.12**

**AT&T MOBILITY**
**P.O. BOX 6463**
**CAROL STREAM, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,850.00**

**ATLANTIC RELOCATION SYSTEMS**
**2323 W. LA PALMA**
**ANAHEIM, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,249.15**

**ATLAS VAN LINES, INC.**
**PO BOX 952340**
**ST LOUIS, MO 63195-2340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$605.82**

**ATMOS ENERGY**
**P.O. BOX 790311**
**ST. LOUIS, MO 63179-0311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$562.62**

**AUTORIDAD DE ACUEDUCTOS STR# 710**
**AGUADILLA-PITUSA VICTORIA STR 710**
**ONLY WATER**
**PUERTO RICO, PR 00936-8101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$234.67**

**AUTORIDAD DE ACUEDUCTOS STR# 711**
**ARECIBO STORE# 711 WATER ONLY**
**PUERTO RICO, PR 00936-8101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$178.20**

**AUTORIDAD DE ACUEDUCTOS STR# 713**
**COAMO STORE# 713  WATER ONLY**
**PUERTO RICO, PR 00936-8101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93.09** |
|---|---|---|---|

**AUTORIDAD DE ACUEDUCTOS STR# 715**
**HUMACAO STORE# 715  WATER ONLY**
**PUERTO RICO, PR 00936-8101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Utilities**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47.77** |
|---|---|---|---|

**AUTORIDAD DE ACUEDUCTOS STR# 722**
**FAJARDO STORE# 722  WATER ONLY**
**PUERTO RICO, PR 00936-8101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,814.30** |
|---|---|---|---|

**AUTORIDAD DE ACUEDUCTOS Y**
**ALCANTARILLADOS**
**PO  BOX 70101**
**SAN JUAN, PR 00936-8101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Utilities**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$736.56** |
|---|---|---|---|

**AUTORIDAD-electricity STR 710**
**PO BOX 353508**
**SAN JUAN, PR 00936-3508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,762.37** |
|---|---|---|---|

**AUTORIDAD-electricity STR 711**
**PO BOX 363508**
**SAN JUAN, PR 00936-3508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53,649.27** |
|---|---|---|---|

**AUTORIDAD-electricity STR 712**
**PO BOX 363508**
**SAN JUAN, PR 00936-3508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$69,827.52** |
|---|---|---|---|

**AUTORIDAD-electricity STR 713**
**PO BOX 363508**
**SAN JUAN, PR 00936-3508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.148** Nonpriority creditor's name and mailing address
**AUTORIDAD-electricity STR 714**
PO BOX 363508
SAN JUAN, PR 00936-3508

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$20,924.82

---

**3.149** Nonpriority creditor's name and mailing address
**AUTORIDAD-electricity STR 715**
PO BOX 363508
SAN JUAN, PR 00936-3508

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$1,524.57

---

**3.150** Nonpriority creditor's name and mailing address
**AUTORIDAD-electricity STR 717**
PO BOX 363508
SAN JUAN, PR 00936-3508

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$101,950.08

---

**3.151** Nonpriority creditor's name and mailing address
**AUTORIDAD-electricity STR 719**
PO BOX 363508
SAN JUAN, PR 00936-3508

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$72,547.79

---

**3.152** Nonpriority creditor's name and mailing address
**AUTORIDAD-electricity STR 720**
PO BOX 363508
SAN JUAN, PR 00936-3508

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$23,192.88

---

**3.153** Nonpriority creditor's name and mailing address
**AUTORIDAD-electricity STR 721**
PO BOX 363508
SAN JUAN, PR 00936-3508

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$34,587.56

---

**3.154** Nonpriority creditor's name and mailing address
**AUTORIDAD-electricity STR 722**
PO BOX 363508
SAN JUAN, PR 00936-3508

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$34,137.16

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,517.22**

**AUTORIDAD-electricity STR 723**
**PO BOX 363508**
**SAN JUAN, PR 90248-1721**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107,348.41**

**AUTORIDAD-electricity STR 724**
**PO BOX 363508**
**SAN JUAN, PR 00936-3508**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105,510.70**

**AUTORIDAD-electricity STR 725**
**PO BOX 363508**
**SAN JUAN, PR 00936-3508**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,565.52**

**AUTORIDAD-electricity STR 727**
**PO BOX 363508**
**SAN JUAN, PR 00936-3508**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,633.71**

**AUTORIDAD-electricity STR 728**
**PO BOX  363508**
**SAN JUAN, PR 00936-3508**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,081.84**

**AUTORIDAD-electricity STR 729**
**PO BOX 363508**
**SAN JUAN, PR 00936-3508**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,765.55**

**AUTORIDAD-electricity STR#716**
**PO BOX 363508**
**SAN JUAN, PR 00936-3508**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|

Name

---

**3.162**

Nonpriority creditor's name and mailing address

**AZUSA LIGHT & WATER**
**PO BOX 7030**
**ARTESIA, CA 90702-7030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$797.12

---

**3.163**

Nonpriority creditor's name and mailing address

**B & H APPAREL**
**1410 BROADWAY #1705**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$144,356.40

---

**3.164**

Nonpriority creditor's name and mailing address

**B AND P INTIMATE**
**180 W WESTFIELD AVE**
**ROSELLE PARK, NJ 07204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$57,624.00

---

**3.165**

Nonpriority creditor's name and mailing address

**B&K TRADING INTERNATIONAL LLC**
**1991 TIGERTAIL BLVD**
**SUITE A**
**DANIA BEACH, FL 33004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$6,739.20

---

**3.166**

Nonpriority creditor's name and mailing address

**B&P INTIMATES INC**
**180 WEST WESTFIELD AVE**
**ROSELLE PARK, NJ 07204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$74,400.00

---

**3.167**

Nonpriority creditor's name and mailing address

**BABY KING**
**182-20A LIBERTY AVENUE**
**JAMAICA, NY 11412-1012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$16,746.00

---

**3.168**

Nonpriority creditor's name and mailing address

**BABYFAIR**
**34 WEST 33RD STREET**
**SUITE 818**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$445,862.70

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|

Name

---

3.169 | Nonpriority creditor's name and mailing address

**BACKFLOW TECH LLC**
**318 BELVA WAY**
**SUITE B**
**EL PASO, TX 79922**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$440.58**

---

3.170 | Nonpriority creditor's name and mailing address

**BAD HABIT TRADING**
**1 WEST CENTURY DRIVE UNIT 3A**
**LOS ANGELES, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$109,184.80**

---

3.171 | Nonpriority creditor's name and mailing address

**BAG LADY**
**PO BOX 361517**
**LOS ANGELES, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,537.60**

---

3.172 | Nonpriority creditor's name and mailing address

**BAKERSFIELD FARP**
**PO BOX 749899**
**LOS ANGELES, CA 90074-9899**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,412.00**

---

3.173 | Nonpriority creditor's name and mailing address

**BALDWIN HILLS ASSOCIATES LP**
**C/O PACIFIC WEST ASSET MGMT**
**P.O. BOX 19068**
**IRVINE, CA 92623**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$30,484.00**

---

3.174 | Nonpriority creditor's name and mailing address

**BALTIC LINEN COMPANY, INC**
**1999 MARCUS AVE SUITE#220**
**LAKE SUCCESS, NY 11040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$119,082.15**

---

3.175 | Nonpriority creditor's name and mailing address

**BANANA SPLIT**
**1210 STIRLING ROAD #7B**
**DANIA, FL 33001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$539,150.20**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$188,935.75** |
|---|---|---|---|

**BANJO WEAR LLC**
**6247 BROOKSIDE BLVD**
**SUITE 237**
**KANSAS CITY, MO 64113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Banks, Renee**
**c/o Jonathan DeLozano, Esq.**
**LAF Chicago**
**120 S. LaSalle Street, Ste 900**
**Chicago, IL 60603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,247,957.10** |
|---|---|---|---|

**BASICLINE INTER LTD**
**RAMA IMPEX, INC.**
**7764 SAN FERNANDO ROAD**
**UNIT #11**
**SUN VALLEY, CA 91352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$215,293.18** |
|---|---|---|---|

**BASICLINE/HAPPY PROMISE**
**7764 SAN FERNANDO ROAD, UNIT #11**
**SUN VALLEY   91352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39.90** |
|---|---|---|---|

**BASICLINK, INC.**
**761 D AVENUE, SUITE B**
**CORONADO, CA 92118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,352.00** |
|---|---|---|---|

**BATH SENSE LLC**
**250 CARTER DRIVE**
**EDISON, NJ 08817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$98.00** |
|---|---|---|---|

**BAY AREA BACKFLOW, INC**
**290 NAGAREDA DRIVE**
**UNIT 5**
**GILROY, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.183** | **Nonpriority creditor's name and mailing address**
**BAY SALES**
**113 FILMORE**
**BRISTOL, PA 19007**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$170,801.80**

---

**3.184** | **Nonpriority creditor's name and mailing address**
**BAZIC PRODUCTS**
**10511 VALLEY BLVD**
**EL MONTE, CA 91731**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$158,966.64**

---

**3.185** | **Nonpriority creditor's name and mailing address**
**BBC INTERNATIONAL**
**1515 N. FEDERAL HWY**
**206**
**BOCA RATON, FL 33432**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$241,904.62**

---

**3.186** | **Nonpriority creditor's name and mailing address**
**BEATRICE HOME FASHIONS, INC.**
**P.O. BOX 86**
**SOUTH PLAINFIELD, NJ 07080**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$204,391.65**

---

**3.187** | **Nonpriority creditor's name and mailing address**
**Beaulieu , Brian**
**c/o Penelope M. Lechtenberg, Esq.**
**Lechtenberg & Associates LLC**
**1235 N. Mulford Rd. Suite 208**
**Rockford, IL 61107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.188** | **Nonpriority creditor's name and mailing address**
**BEAUTIFUL GIANT INC**
**17531 RAILROAD ST BLDG A**
**CITY OF INDUSTRY, CA 91748**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$55,080.00**

---

**3.189** | **Nonpriority creditor's name and mailing address**
**BEAUTY 21 COSMETICS INC**
**2021 SOUTH ARCHIBALD AVE**
**ONTARIO, CA 91761**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$71,208.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.190** | Nonpriority creditor's name and mailing address

**BEAUTY PLUS GLOBAL INC.**
**4861 E. AIRPORT DR.**
**ONTARIO, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$39,756.50**

---

**3.191** | Nonpriority creditor's name and mailing address

**BELLA & CANVAS**
**6670 FLOTILLA ST.**
**LOS ANGELES, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$157,156.20**

---

**3.192** | Nonpriority creditor's name and mailing address

**BELLA SHOES IMPORT INC**
**9759 RUSH ST**
**EL MONTE, CA 91733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19,674.00**

---

**3.193** | Nonpriority creditor's name and mailing address

**BELLATORI**
**96 WHEELING AVENUE**
**STATEN ISLAND, NY 10309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$459,570.00**

---

**3.194** | Nonpriority creditor's name and mailing address

**BELLE TRENDZ**
**23552 CANYON VISTA CT.**
**DIAMOND BAR, CA 91765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$40,722.00**

---

**3.195** | Nonpriority creditor's name and mailing address

**BENIKO INC/POINT ZERO**
**6817 E. ACCO ST**
**COMMERCE, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18,836.25**

---

**3.196** | Nonpriority creditor's name and mailing address

**BENTEX GROUP, INC.**
**34 WEST 33RD STREET**
**2ND FLOOR**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$149,738.40**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.197**

**Nonpriority creditor's name and mailing address**

**BERMO ENTERPRISES**
**LB #2376**
**PO BOX 9438**
**MINNEAPOLIS, MI 55440-9438**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$87,526.50**

---

**3.198**

**Nonpriority creditor's name and mailing address**

**BETTER HOME PLASTICS**
**439 COMMERCIAL AVENUE**
**PALISADES PARK, NJ 07650-1226**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$579,442.40**

---

**3.199**

**Nonpriority creditor's name and mailing address**

**BETTER TRENDS**
**23 ROOSEVELT AVE**
**SUITE #15**
**SOMERSET, NJ 08873**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$87,360.00**

---

**3.200**

**Nonpriority creditor's name and mailing address**

**BHAMA INTERNATIONAL, INC.**
**7764 SAN FERNANDO ROAD, UNIT # 11,**
**SUN VALLEY, CA 91352**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$2,265,797.46**

---

**3.201**

**Nonpriority creditor's name and mailing address**

**BILLION BAY/TANGLEWOOD CORP.**
**65B INDUSTRIAL ROAD**
**LODI, NJ 07644-2607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$13,767.00**

---

**3.202**

**Nonpriority creditor's name and mailing address**

**BINBIN ARTS & CRAFTS CO.,LTD**
**4TH FLOOR,NO.5 BUILDING,128TONGHUI**
**RD. TOUZI CHAUNGYE PARK,JIANGBEL DI**
**NINGBO CITY, CHI 00000-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$21,052.80**

---

**3.203**

**Nonpriority creditor's name and mailing address**

**BINGO OFF PRICE INC.**
**1729 S. LOS ANGELES ST. UNIT B**
**LOS ANGELES, CA 90015-3625**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$52,642.50**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,308.40** |
|---|---|---|---|
| | **BIOWORLD**<br>**PO BOX 674048**<br>**DALLAS, TX 75267-4048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Trade Debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,850.50** |
|---|---|---|---|
| | **BLEU ICE**<br>**110 W. 40TH STREET RM 1407**<br>**NY, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Trade Debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,356.00** |
|---|---|---|---|
| | **BLITZZ ACCESSORIES LLC**<br>**231 WEST 39TH STREET**<br>**SUITE 1016**<br>**NEW YORK, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Trade Debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$383,036.55** |
|---|---|---|---|
| | **BLUE GALAXY**<br>**2369 E. 51ST STREET**<br>**VERNON, CA 90058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Trade Debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,854.50** |
|---|---|---|---|
| | **BLUE PRINT/CARE OF OOGIE EXPRESS**<br>**200 CROWN ST**<br>**433**<br>**EGDE WATER, NJ 07020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Trade Debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$423,581.00** |
|---|---|---|---|
| | **BOBENS TRADING CO. INC.**<br>**1140 MOTOR PARKWAY, SUITE #B**<br>**HAUPPAUGE, NY 11788** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Trade Debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,259.50** |
|---|---|---|---|
| | **BOLANOS FACILITIES MANAGEMENT**<br>**SOLUTIONS**<br>**9826 MEADOW BEND**<br>**HOUSTON, TX 77065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Trade Debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.211** | Nonpriority creditor's name and mailing address | **$61,530.60**

**BON BEBE**
**31 W 34 ST 9 FL**
**NEW YORK, NY 10001**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | **$251,585.10**

**BON-BINI**
**53 WEST 36 STREET #502**
**NEW YORK, NY 10018**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | **$1,024,799.75**

**BONDED APPAREL**
**800-820 MCGARRY ST**
**15TH FLOOR**
**LOS ANGELES, CA 90021**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | **$101,862.00**

**BORDAN SHOE CO.**
**4335 E VALLEY BLVD**
**LOS ANGELES, CA 90032**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | **$9,600.00**

**BOSTON AMERICA CORP**
**55 SIXTH ROAD**
**UNIT #8**
**WOBURN, MA 01801**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address | **$86,860.00**

**BOULEVARD**
**1819 S SOTO STREET**
**LOS ANGELES, CA 90023**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | **$41,000.00**

**BOWER**
**46 24 28TH STREET 3RD FLOOR**
**LONG ISLAND CITY, NY 11101**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.218** | Nonpriority creditor's name and mailing address
**BOXSMART**
P.O. BOX 8970
MESA, AZ 85214

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$47,635.56**

---

**3.219** | Nonpriority creditor's name and mailing address
**BPC5 LLC**
265 W 37TH ST
ATTN: WALTER BAKER
NEW YORK, NY 10018

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,148.78**

---

**3.220** | Nonpriority creditor's name and mailing address
**BRAHA INDUSTRIES, INC.**
10 WEST 33RD STREET
NEW YORK, NY 10001-3306

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$218,167.30**

---

**3.221** | Nonpriority creditor's name and mailing address
**BRAIN STORM PRODUCTS**
1011 ANDREASEN DRIVE
SUITE 100
ESCONDIDO, CA 92029

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,420.00**

---

**3.222** | Nonpriority creditor's name and mailing address
**BRANCO ENTERPRISE**
P.O. BOX 280
1640 US HWY 64 WEST
ASHEBORO, NC 27204

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$53,611.60**

---

**3.223** | Nonpriority creditor's name and mailing address
**BRIDGE SECURITY SERVICES**
PO BOX 7485
SAN JUAN, PR 00916

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$115,083.16**

---

**3.224** | Nonpriority creditor's name and mailing address
**BRINK'S INCORPORATED**
PO BOX 52005
LOS ANGELES, CA 90074-2005

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,762.06**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,433.94**

**BRINK'S INCORPORATED-Atlanta, GA**
**7373 SOLUTIONS CENTER**
**CHICAGO, IL 60677-7003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,241.20**

**BRIXMOR HOLDINGS 12 SPE, LLC**
**P.O. BOX  74234**
**CLEVELAND, OH 44194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400,059.50**

**BROADSPIRE SERVICES, INC**
**PO BOX 404325**
**ATLANTA, GA 30384-4325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220,824.00**

**BRONSON BMM, INC.**
**DBA B. BRONSON**
**1825 S. HILL STREET**
**LOS ANGELES, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$609,597.30**

**BROOKLYN CLOTH LLC**
**1385 BROADWAY 16TH FLOOR**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,493.06**

**BROWARD COUNTY**
**WATER AND WASTEWATER SERVICES**
**2555 W. COPANS ROAD**
**POMPANO BEACH, FL 33066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brown, Sandra**
**c/o Lawyers for Employee & Consumer Righ**
**Elida M. Espinoza**
**4100 West Alameda Ave., 3rd Fl.**
**Burbank, CA 91505**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,089.66**

**BROWNSVILLE PUBLIC UTILITIES**
P.O. BOX 660566
DALLAS, TX 75266

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,220.48**

**BRUNTON INTERNATIONAL INC**
3310 QUEBEC STREET
DALLAS, TX 75247

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$211,308.00**

**BRYAN MITCHELL**
9039 SAWYER ST
LOS ANGELES, CA 90035

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,494.50**

**BRYCE DOWNEY & LENKOV LLC**
200 N. LASALLE STREET
SUITE 2700
CHICAGO, IL 60601

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,629.59**

**BSWIFT, LLC**
10 S. RIVERSIDE PLAZA
SUITE 1100
CHICAGO, IL 60606-3708

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,000.01**

**BUCKINGHAM STATION LLC**
NW 601202 PO BOX 1450
MINNEAPOLIS, MN 55485-1202

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,402.60**

**BUDA BEAN**
333 1ST STREET
CARLSTADT, NJ 07072

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.239** | Nonpriority creditor's name and mailing address
**BULLSEYE TELECOM INC**
**PO BOX 6558**
**CAROL STREAM, IL 60197**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$56,960.23**

---

**3.240** | Nonpriority creditor's name and mailing address
**BURBANK WATER AND POWER**
**PO BOX 631**
**BURBANK, CA 91503-0631**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$2,645.40**

---

**3.241** | Nonpriority creditor's name and mailing address
**BUSINESS COMPUTER**
**PO BOX 194042**
**SAN JUAN, PR 00919-4042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,331.55**

---

**3.242** | Nonpriority creditor's name and mailing address
**BUTTERFLY HOME FASHIONS LLC**
**PO BOX 112**
**PORT JEFFERSON, NY 11777**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$104,492.16**

---

**3.243** | Nonpriority creditor's name and mailing address
**BY TECH**
**2585 W 13TH STREET**
**BROOKLYN, NY 11223**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$96,400.00**

---

**3.244** | Nonpriority creditor's name and mailing address
**C-LIFE**
**1385 BROADWAY**
**STE 300**
**NEW YORK, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,600.00**

---

**3.245** | Nonpriority creditor's name and mailing address
**C-LIFE GROUP, LTD.**
**1385 BROADWAY**
**SUITE 300**
**NEW YORK, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$152,879.20**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.246** | Nonpriority creditor's name and mailing address

**C.H. ROBINSON WORLDWIDE INC**
**P.O. BOX 9121**
**MINNEAPOLIS, MN 55480-9121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No  ☐ Yes

**$157,980.18**

---

**3.247** | Nonpriority creditor's name and mailing address

**CABARRUS COUNTY TAX COLLECTOR'S**
**PO BOX 580347**
**CHARLOTTE, NC 28258-0347**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Taxes**

Is the claim subject to offset? ■ No  ☐ Yes

**$591.72**

---

**3.248** | Nonpriority creditor's name and mailing address

**CACTUS TRADING/GTC**
**485  7TH AVE**
**SUITE 501**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,224.00**

---

**3.249** | Nonpriority creditor's name and mailing address

**CAL PRO MANAGEMENT INC**
**131 E MAIN ST STE 202**
**EL CAJON, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,061.16**

---

**3.250** | Nonpriority creditor's name and mailing address

**Cal/OSHA**
**c/o DIR Accounting Office Accounts Recei**
**PO Box 420603**
**San Francisco, CA 94142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Civil Penalties**

Is the claim subject to offset? ■ No  ☐ Yes

**$70,765.00**

---

**3.251** | Nonpriority creditor's name and mailing address

**California Capital Insurance Co.**
**c/o Reuben Yeroushalmi, Esq.**
**Yeroushalmi & Yeroushalmi Consumer**
**Advoc**
**9100 Wilshire Blvd., Ste 240W**
**Beverly Hills, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.252** | Nonpriority creditor's name and mailing address

**CALIFORNIA PROP & DEV., LLC**
**595 EVELYN PLACE**
**BEVERLY HILLS, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$759.56**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.253**

**Nonpriority creditor's name and mailing address**
**CALIFORNIA WATER SERVICE CO.**
**P.O. BOX 940001**
**SAN JOSE, CA 95194-0001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

$3,685.04

---

**3.254**

**Nonpriority creditor's name and mailing address**
**CALO SERVICE INC**
**DBA CALO MASTER LOCKSMITH**
**12005 ALBERTS ST**
**# 108**
**VALLEY VILLAGE, CA 91607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$986.00

---

**3.255**

**Nonpriority creditor's name and mailing address**
**CAM SERVICES**
**5664 SELMARAINE DRIVE**
**CULVER CITY, CA 90230**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$6,825.00

---

**3.256**

**Nonpriority creditor's name and mailing address**
**CANON FINANCIAL SERVICES, INC.**
**14904 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693-0149**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$22,139.26

---

**3.257**

**Nonpriority creditor's name and mailing address**
**CARDINAL INDUSTRIES INC**
**21-01 51ST AVENUE**
**LONG ISLAND CITY, NY 11101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$32,703.60

---

**3.258**

**Nonpriority creditor's name and mailing address**
**CARIBE GENERATOR & FIRE SERVICE INC**
**PO BOX 8793**
**CAGUAS, PR 00726**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$4,449.25

---

**3.259**

**Nonpriority creditor's name and mailing address**
**CARL WARREN & CO.**
**P.O. BOX 748204**
**LOS ANGELES, CA 90074-8204**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$9,608.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.260** | Nonpriority creditor's name and mailing address
**CAROL FOR EVA GRAHAM INC**
**366 FIFTH AVENUE 7TH FLR**
**ROOM 815**
**NEW YORK, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

$130,322.70

---

**3.261** | Nonpriority creditor's name and mailing address
**Carroll, Nadine**
**c/o Marks, O'Neil, O'Brien, Doherty & Ke**
**One Penn Center, Suite 1010**
**1617 John F. Kennedy Blvd.**
**Philadelphia, PA 19103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.262** | Nonpriority creditor's name and mailing address
**Castillo, Rebecca**
**c/o Manning Law, APC**
**Joseph R. Manning Jr., Esq.**
**4667 MacArthur Blvd., Ste 150**
**Newport Beach, CA 92660**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.263** | Nonpriority creditor's name and mailing address
**CASTLEWOOD APPAREL CORP**
**42 W 39TH STREET 2ND FLR**
**NEW YORK, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

$56,508.00

---

**3.264** | Nonpriority creditor's name and mailing address
**CATAWBA COUNTY TAX COLLECTOR**
**PO BOX 580071**
**CHARLOTTE, NC 28258-0071**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$670.54

---

**3.265** | Nonpriority creditor's name and mailing address
**CAVALIER INC.**
**431 E 16TH ST**
**LOS ANGELES, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$70,608.80

---

**3.266** | Nonpriority creditor's name and mailing address
**CAVALIER INC.**
**431 EAST 16TH STREET**
**LOS ANGELES, CA 90015-3726**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$97,641.15

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$190.00**

**CAVALIERE  ELECTRIC & SONS**
**12358 WILES RD**
**CORAL SPRINGS, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,850.75**

**CDB APPAREL**
**1370 BROADWAY, SUITE #810**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,501.00**

**CDW DIRECT, LLC**
**PO BOX 75723**
**CHICAGO, IL 60675-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49.29**

**CENTERPOINT ENERGY**
**P.O. BOX 4981**
**HOUSTON, TX 77210-4981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,305.00**

**CENTRAL CITY TREE SERVICE INC.**
**1113 W. CHURCH ST**
**SANTA MARIA, CA 93456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,848.99**

**CENTRAL OCCUPATIONAL MEDICINE**
**PROVIDERS**
**P.O. BOX  2948**
**RIVERSIDE, CA 92516-2948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$179.00**

**CENTRAL VALLEY OCCUPATIONAL**
**MEDICAL GROUP INC**
**4100 TRUXTUN AVE, SUITE 200**
**BAKERSFIELD, CA 93309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,945.00** |
|---|---|---|---|

**CHAPIN ELECTRIC**
**9811 RICHEON AVENUE**
**DOWNEY, CA 90240**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$202,674.80** |
|---|---|---|---|

**CHARIOT TRAVELWARE DBA DAMAO**
**LUGGAG**
**1909 S. VINEYARD AVE.**
**ONTARIO, CA 91761**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$425.22** |
|---|---|---|---|

**CHARLES LOMELI, TAX COLLECTOR**
**SOLANO COUNTY TREASURY**
**PO BOX 7407**
**SAN FRANCISCO, CA 94120-7407**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,988.00** |
|---|---|---|---|

**CHASE USA INTERNATIONAL**
**1543 SANTA SIERRA DR**
**CHULA VISTA, CA 91913**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,757.00** |
|---|---|---|---|

**CHENG'S ENTERPRISE INC**
**68 BROAD ST**
**CARLSTADT, NJ 07072**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122,277.60** |
|---|---|---|---|

**CHERRY STIX LTD.(EXTRA TOUCH)**
**1407 BROADWAY #1503**
**NEW YORK, NY 10018-5115**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,447.00** |
|---|---|---|---|

**CHESAPEAKE MERCHANDISING**
**4615 B WODGWOOD BLVD**
**FREDERICK, MD 21703**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,353,969.44**

**CHILDREN'S APPAREL NETWORK (TREND)**
**77 SOUTH FIRST STREET**
**ELIZABETH, NJ 07206-1501**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,566,486.95**

**CHINA FORTUNE LLC**
**401 C OLD MILL RD**
**CARTERSVILLE, GA 30120**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,995.00**

**CHIQLE**
**1100 S SAN PEDRO**
**#C3**
**LOS ANGELES, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,706.00**

**CHL TRADING**
**1355 S. MAIN ST**
**LOS ANGELES, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,024.00**

**CHRISLIE FORMULATIONS**
**1361 MOUNTAIN VIEW CIRCLE**
**Accounts Receivable**
**AZUSA, CA 91702**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,208.34**

**CIGNA GROUP LIFE**
**PO BOX 13701**
**ATTN: LINA**
**PHILADELPHIA, PA 19101-3701**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,059.28**

**CIGNA HEALTH monthly genrl acct**
**900 COTTAGE GROVE ROAD**
**HARTFORD, CT 06152**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,416.00** |
|---|---|---|---|

**CIMA CONFECTIONS, CORP**
**13337 SOUTH STREET #245**
**CERRITOS, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,168.00** |
|---|---|---|---|

**CIRO'S LANDSCAPING, INC**
**2181 MEYERS AVE**
**STE.  A**
**ESCONDIDO, CA 92029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$719.08** |
|---|---|---|---|

**CITY OF ALBUQUERQUE**
**P.O. BOX 27226**
**ALBUQUERQUE, NM 87125-7226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.78** |
|---|---|---|---|

**CITY OF ANTIOCH**
**PO BOX 6015**
**ARTESIA, CA 90702-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,834.02** |
|---|---|---|---|

**CITY OF AUSTIN**
**P.O. BOX 2267**
**AUSTIN, TX 78783-2267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137.00** |
|---|---|---|---|

**CITY OF BRAWLEY**
**400 MAIN STREET**
**BRAWLEY, CA 92227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$381.79** |
|---|---|---|---|

**CITY OF CERES**
**BUSINESS LICENSE DEPT**
**2720 SECOND STREET**
**CERES, CA 95307-3292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42.87**

**CITY OF CHANDLER -UTILITY**
**P.O. BOX 52158**
**PHOENIX, AZ 85072-2158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104.60**

**CITY OF CHARLOTTE**
**BILLING CENTER**
**PO BOX 1316**
**CHARLOTTE, NC 28201-1316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107.68**

**CITY OF COACHELLA**
**1515 SIXTH STREET**
**COACHELLA, CA 92236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,527.01**

**CITY OF CONCORD**
**PO BOX 580469**
**CHARLOTTE, NC 28258-0469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$553.59**

**CITY OF CORONA**
**PO BOX 6040**
**DEPARTMENT OF WATER AND POWER**
**ARTESIA, CA 48027-1448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,170.54**

**CITY OF CORPUS CHRISTI**
**P.O. BOX 659722**
**SAN ANTONIO, TX 78265-9722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,099.11**

**CITY OF DALLAS**
**"CITY HALL, 2D SOUTH**
**DALLAS, TX 75277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $538.54 |
|---|---|---|---|

**CITY OF DELANO-UTILITY**
**P.O.BOX 3010**
**DELANO, CA 93216**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.97 |
|---|---|---|---|

**CITY OF DOWNEY-WATER DIVISION**
**WATER DIVISION**
**DEPT. LA 23221**
**PASADENA, CA 91185-3221**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $563.31 |
|---|---|---|---|

**CITY OF EAGLE PASS WATER WORKS**
**P.O. BOX 808**
**EAGLE PASS, TX 78853**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $506.65 |
|---|---|---|---|

**CITY OF EDINBURG**
**P.O. BOX 1169**
**EDINBURG, TX 78540-1169**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,123.46 |
|---|---|---|---|

**CITY OF ESCONDIDO UTILITY BILLING**
**P.O. BOX 460009**
**ESCONDIDO, CA 92046-0009**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.08 |
|---|---|---|---|

**CITY OF FONTANA-BUS.LIC.**
**BUSINESS LICENSE**
**8353 SIERRA AVENUE**
**FONTANA, CA 92335-3528**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.69 |
|---|---|---|---|

**CITY OF FRESNO**
**P.O. BOX 2069**
**FRESNO, CA 93718-2069**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$231.00** |
|---|---|---|---|

**CITY OF FULLERTON**
**303 WEST COMMONWEALTH AVE.**
**FULLERTON, CA 92832**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$982.75** |
|---|---|---|---|

**CITY OF GARDEN GROVE**
**11222 ACACIA PARKWAY**
**GARDEN GROVE, CA 92840**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,210.57** |
|---|---|---|---|

**CITY OF GASTONIA**
**PO BOX 580068**
**CHARLOTTE, NC 28258-0068**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.97** |
|---|---|---|---|

**CITY OF GLENDALE-UTILITIES**
**P.O. BOX 500**
**GLENDALE, AZ 08531-1500**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,246.80** |
|---|---|---|---|

**CITY OF GRIDLEY**
**685 KENTUCKY STREET**
**GRIDLEY, CA 95948**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$656.67** |
|---|---|---|---|

**CITY OF HANFORD UTILITY SE**
**315 NORTH DOUTY STREET**
**HANFORD, CA 93230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146.18** |
|---|---|---|---|

**CITY OF HEMET**
**445 E FLORIDA AVE**
**HEMET, CA 92543**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.316** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.15**

**CITY OF HIALEAH**
**DEPT. OF PUBLIC WORKS**
**ATTN: AJ**
**3700 W. 4TH AVENUE**
**HIALEAH, FL 33012-4298**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Utilities**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67.76**

**CITY OF HICKORY**
**PO BOX 580069**
**CHARLOTTE, NC 28258-0069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Utilities**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163.26**

**CITY OF HIDALGO**
**704 EAST TEXANO DRIVE**
**HIDALGO, TX 78557**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Utilities**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$905.54**

**CITY OF HOLLYWOOD**
**UTILITY BILLING PROCESSING CENTER**
**PO BOX 229187**
**HOLLYWOOD, FL 33022-9187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Utilities**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$625.44**

**CITY OF HOUSTON**
**DEPARTMENT OF HEALTH & HUMAN**
**SRVCS.**
**P.O. BOX 300008**
**HOUSTON, TX 77230-0008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$818.62**

**CITY OF HOUSTON-WATER DEPT.**
**P.O. BOX 1560**
**HOUSTON, TX 77251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Utilities**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,246.56**

**CITY OF LA-BUILDING & SAFETY**
**P.O. BOX 514260**
**LOS ANGELES, CA 90051-4260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.323**

**Nonpriority creditor's name and mailing address**
**CITY OF LA-FALSE ALARMS**
**P.O.BOX 30879**
**LOS ANGELES, CA 90030-0879**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$778.00**

---

**3.324**

**Nonpriority creditor's name and mailing address**
**CITY OF LAREDO UTILITIES**
**P.O. BOX 6548**
**LAREDO, TX 78042**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$339.78**

---

**3.325**

**Nonpriority creditor's name and mailing address**
**CITY OF LAS CRUCES**
**P O BOX 20000**
**LAS CRUCES, NM 88004-9002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$908.66**

---

**3.326**

**Nonpriority creditor's name and mailing address**
**CITY OF LAS VEGAS-BUSINESS LICENSE**
**DEPT.OF FINANCE & BUSINESS SERVICES**
**P.O. BOX 52799**
**PHOENIX, AZ 85072**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.327**

**Nonpriority creditor's name and mailing address**
**CITY OF LOMPOC**
**100 CIVIC CENTER PLAZA**
**LOMPOC, CA 93438-8001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$5,506.31**

---

**3.328**

**Nonpriority creditor's name and mailing address**
**CITY OF LONG BEACH**
**BUSINESS LICENSE SECTION**
**333 W. OCEAN BLVD. PLAZA LEVEL**
**LONG BEACH, CA 90802**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$53.94**

---

**3.329**

**Nonpriority creditor's name and mailing address**
**CITY OF LONG BEACH**
**P.O. BOX 630**
**LONG BEACH, CA 90842-0001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$120.92**

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.330** | Nonpriority creditor's name and mailing address
**CITY OF LONG BEACH- ALARM PERMITS**
**333 W OCEAN BLVD**
**LONG BEACH, CA 90802-4604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

**3.331** | Nonpriority creditor's name and mailing address
**CITY OF LYNWOOD**
**11330 BULLIS ROAD**
**LYNWOOD, CA 90262-3665**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$481.73**

---

**3.332** | Nonpriority creditor's name and mailing address
**CITY OF MADERA-BUSINESS LICENSE**
**BUSINESS LICENSE DIVISION**
**205 W. 4TH ST**
**MADERA, CA 93637**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$596.00**

---

**3.333** | Nonpriority creditor's name and mailing address
**CITY OF MADERA-UTILITY**
**UTILITY BILLING DEPARTMENT**
**205 W. 4TH STREET**
**MADERA, CA 93637**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$575.62**

---

**3.334** | Nonpriority creditor's name and mailing address
**CITY OF MADISON HEIGHTS**
**CITY CLERK'S OFFICE**
**300 W 13 MILE RD**
**MADISON HEIGHTS, MI 48071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$6,745.59**

---

**3.335** | Nonpriority creditor's name and mailing address
**CITY OF MALDEN**
**PO BOX 9101**
**MALDEN, MA 02148-9101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$40.46**

---

**3.336** | Nonpriority creditor's name and mailing address
**CITY OF MARGATE**
**901 NW 66 AVENUE**
**MARGATE, FL 33063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$112.22**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$651.02** |
|---|---|---|---|

**CITY OF MARKHAM**
**16313 S. KEDZIE PARKWAY**
**MARKHAM, IL 60428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,270.60** |
|---|---|---|---|

**CITY OF MERCED**
**FINANCE OFFICE**
**678 WEST 18TH STREET**
**MERCED, CA 95340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17.00** |
|---|---|---|---|

**CITY OF MESA**
**P.O. BOX 1466**
**MESA, AZ 85211-1466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57.80** |
|---|---|---|---|

**CITY OF MESQUITE UTILITIES**
**P.O. BOX 850287**
**MESQUITE, TX 75185-0287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34.89** |
|---|---|---|---|

**CITY OF MISSION**
**1201 EAST 8th STREET**
**MISSION, TX 78572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$543.21** |
|---|---|---|---|

**CITY OF MORROW**
**PUBLIC WORKS DEPARTMENT**
**6311-C MURPHY DRIVE**
**MORROW, GA 30260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$598.88** |
|---|---|---|---|

**CITY OF NOGALES**
**777 NORTH GRAND AVENUE**
**NOGALES, AZ 85621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**CITY OF NORTH LAS VEGAS**
**BUSINESS LICENSE DIVISION**
**2250 NORTH LAS VEGAS BLVD**
**SUITE 110**
**NORTH LAS VEGAS, NV 89030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $658.32 |
|---|---|---|---|

**CITY OF NORTH LAS VEGAS**
**UTILITIES DEPARTMENT**
**P.O. BOX 360118**
**NORTH LAS VEGAS, NV 89036-0118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,402.59 |
|---|---|---|---|

**CITY OF NORTH LAUDERDALE**
**PO BOX 152546**
**CAPE CORAL, FL 33915-2546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.83 |
|---|---|---|---|

**CITY OF OKLAHOMA CITY**
**PO BOX 26570**
**OKLAHOMA CITY, OK 73126-0570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,609.47 |
|---|---|---|---|

**CITY OF OXNARD TREASURER**
**214 SOUTH C ST.**
**OXNARD, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.85 |
|---|---|---|---|

**CITY OF PASADENA**
**PO BOX 1337**
**PASADENA, TX 77501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.56 |
|---|---|---|---|

**CITY OF PEMBROKE PINES**
**8300 S. PALM DR**
**UTILITY DEPT**
**PEMBROKE PINES, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.351** | Nonpriority creditor's name and mailing address

**CITY OF PEMBROKE PINES**
**10100 PINES BLVD**
**5TH FLOOR**
**PEMBROKE PINES, IL 33026**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$4,762.50**

---

**3.352** | Nonpriority creditor's name and mailing address

**CITY OF PHARR**
**118 S. CAGE**
**PHARR, TX 78577**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$131.54**

---

**3.353** | Nonpriority creditor's name and mailing address

**CITY OF PHILADELPHIA**
**DEPARTMENT OF REVENUE**
**WATER REVENUE BUREAU**
**PO BOX 41496**
**PHILADELPHIA, PA 19101-1496**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,505.98**

---

**3.354** | Nonpriority creditor's name and mailing address

**CITY OF PHOENIX**
**P.O. BOX 29100**
**PHOENIX, AZ 85038-9100**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$354.91**

---

**3.355** | Nonpriority creditor's name and mailing address

**CITY OF PORTERVILLE**
**291 NORTH MAIN STREET**
**PORTERVILLE, CA 93257**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$324.04**

---

**3.356** | Nonpriority creditor's name and mailing address

**CITY OF REEDLEY**
**845 G STREET**
**REEDLEY, CA 93654**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$135.62**

---

**3.357** | Nonpriority creditor's name and mailing address

**CITY OF RENO**
**BUSINESS LICENSE RENEWALS**
**PO BOX 1900**
**RENO, NV 89505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.358**

**Nonpriority creditor's name and mailing address**

**CITY OF RENO**
**SEWER USE FEES**
**PO BOX 49045**
**SAN JOSE, CA 95161-9045**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$227.56**

---

**3.359**

**Nonpriority creditor's name and mailing address**

**CITY OF RICHARDSON**
**P.O. BOX 831907**
**RICHARDSON, TX 75083**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$35.32**

---

**3.360**

**Nonpriority creditor's name and mailing address**

**CITY OF RICHMOND**
**DEPARTMENT OF PUBLIC UTILITIES**
**PO BOX 26060**
**RICHMOND, VA 23274-0001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$236.92**

---

**3.361**

**Nonpriority creditor's name and mailing address**

**CITY OF SAN JOSE - UTILITIES**
**P.O. BOX 11002**
**SAN JOSE, CA 95103-1002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$111.17**

---

**3.362**

**Nonpriority creditor's name and mailing address**

**CITY OF SAN LUIS**
**P.O. BOX 3750**
**SAN LUIS, AZ 85349-3750**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$141.13**

---

**3.363**

**Nonpriority creditor's name and mailing address**

**CITY OF SANTA MARIA**
**204 EAST COOK STREET**
**ROOM 9**
**SANTA MARIA, CA 93454-5190**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$463.12**

---

**3.364**

**Nonpriority creditor's name and mailing address**

**CITY OF SPRINGFIELD**
**FIRE DEPARTMENT HEADQUARTERS**
**605 WORTHINGTON STREET**
**SPRINGFIELD, MA 01105**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.365** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$925.57**

**CITY OF STOCKTON -UTILITY**
**P.O. BOX 201005**
**STOCKTON, CA 95201-9005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$371.21**

**CITY OF STOCKTON-BUS.LICENSE**
**P.O. BOX 1570**
**BUSINESS LICENSE DIVISION**
**STOCKTON, CA 95201-1570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$187.92**

**CITY OF SUMTER**
**PO BOX 310**
**SUMTER, SC 29151-0310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$407.61**

**CITY OF TAMPA UTILITIES-water only**
**PO BOX 30191**
**TAMPA, FL 33630-3191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$267.21**

**CITY OF TUCSON**
**P.O. BOX 28804**
**TUCSON, AZ 85726-8804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$903.58**

**CITY OF TURLOCK**
**156 S. BROADWAY**
**SUITE 114**
**TURLOCK, CA 95380-5454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00**

**CITY OF VALLEJO**
**COMMERCIAL SERVICES DIVISION**
**P.O. BOX 3068**
**VALLEJO, CA 94590-5922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.372** | Nonpriority creditor's name and mailing address

**CITY OF VISALIA**
**PO BOX 51159**
**LOS ANGELES, CA 90051-5459**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$16.77**

---

**3.373** | Nonpriority creditor's name and mailing address

**CITY OF WATSONVILLE**
**P.O. BOX 149**
**WATSONVILLE, CA 95077-0149**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$167.03**

---

**3.374** | Nonpriority creditor's name and mailing address

**CITY OF WESLACO WATER DEPT.**
**255 S. KANSAS**
**WESLACO, TX 78596-6285**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$159.16**

---

**3.375** | Nonpriority creditor's name and mailing address

**CITY OF WINSTON-SALEM REVENUE DIV**
**PO BOX 580055**
**CHARLOTTE, NC 28258-0055**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$119.55**

---

**3.376** | Nonpriority creditor's name and mailing address

**CITY OF WYOMING**
**BUSINESS LICENSE RENEWAL**
**1155 28TH STREET SW**
**WYOMING, MI 49509-0905**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,350.87**

---

**3.377** | Nonpriority creditor's name and mailing address

**CITY OF YUBA CITY**
**ADMIN. SERVICES DEPARTMENT**
**1201 CIVIC CENTER BLVD.**
**YUBA CITY, CA 95993-3005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$943.44**

---

**3.378** | Nonpriority creditor's name and mailing address

**CITY OF YUMA**
**P.O. BOX 78324**
**PHOENIX, AZ 85062-8324**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$282.82**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.379**

**Nonpriority creditor's name and mailing address**

**CITY TREASURER**
**MUNICIPAL CENTER,  BLDG 1**
**2401 COURTHOUSE DRIVE**
**VIRGINIA BEACH, VA 23456-9018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.380**

**Nonpriority creditor's name and mailing address**

**CITY TRIANGLES**
**1950 NAOMI AVE**
**LOS ANGELES, CA 90011**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$39,412.00**

---

**3.381**

**Nonpriority creditor's name and mailing address**

**CLARK COUNTY-BUSINESS LICENSE**
**DEPARTMENT OF BUSINESS LICENSE**
**500 S. GRAND CENTRAL PKWY**
**PO BOX 551810**
**LAS VEGAS, NV 89155-1810**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$180.00**

---

**3.382**

**Nonpriority creditor's name and mailing address**

**CLASSIC FASHION**
**3174 E. PLAINS CT.**
**BREA, CA 92821**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$301,599.00**

---

**3.383**

**Nonpriority creditor's name and mailing address**

**CLASSIC LOOK**
**2800 PETERSON PLACE**
**NORCROSS, GA 30071**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,897.00**

---

**3.384**

**Nonpriority creditor's name and mailing address**

**CLAUDIA VELGARA**
**231 W 107TH ST**
**LOS ANGELES, CA 90003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$67.07**

---

**3.385**

**Nonpriority creditor's name and mailing address**

**CLOTHING ISLAND**
**1561 EAST ADAMS BLVD**
**LOS ANGELES, CA 90011**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$68,829.00**

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 378 of 530

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,783.00** |
|---|---|---|---|

**CMA CGM**
**5701  LAKEWRIGHT DR**
**NORFOLK, VA 23502**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Freight**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,817.24** |
|---|---|---|---|

**CMN INTERNATIONAL**
**2471 VERMONT AVENUE**
**CLOVIS, CA 93619**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$141.54** |
|---|---|---|---|

**CMS SOLUTIONS**
**P.O. BOX 790372**
**ST. LOUIS, MO 63179-0379**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,408.00** |
|---|---|---|---|

**CN USA INT**
**10 WEST 33RD ST**
**SUITE 910**
**NEW YORK, NY 10001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$119,136.00** |
|---|---|---|---|

**CN USA INTERNATIONAL**
**10 WEST 33RD STREET**
**SUITE 1020**
**NEW YORK, NY 10001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,400.00** |
|---|---|---|---|

**COBBLER'S KITCHEN**
**28W 44TH ST 14TH FLOOR #1400**
**NEW YORK, NY 10036**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,270.69** |
|---|---|---|---|

**COHNREZNICK LLP**
**1900 AVENUE OF THE STARS, 28th FL**
**LOS ANGELES, CA 90067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$126,906.01** |
|---|---|---|---|

**COL-TECH TEMPERATURE CONTROL**
**21306 OAKFOREST LANE**
**SANTA CLARITA, CA 91321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Coleman, Kimberly**
**c/o Gregg I. Shavitz, Esq.**
**Shavitz Law Group, PA**
**951 Yamato Road, Suite 285**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,477.20** |
|---|---|---|---|

**COLONIAL HOME TEXTILES (AMRAPUR)**
**1560 E 6TH STREET**
**CORONA, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86,270.00** |
|---|---|---|---|

**COLORDRIFT LLC**
**110 YORK STREET**
**BROOKLYN, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,990.00** |
|---|---|---|---|

**COLOSSEUM ATHLETICS**
**2400 S. WILMINGTON AVE**
**COMPTON, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$505.24** |
|---|---|---|---|

**COMCAST**
**PO BOX 196**
**NEWARK, NJ 07101-0196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,809.83** |
|---|---|---|---|

**COMED**
**PO BOX 6111**
**CAROL STREAM, IL 60197-6111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,500.00** |
|---|---|---|---|

**COMFORTABLE PET**
**213 WEST 35TH STREET, SUITE 805**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$236.50** |
|---|---|---|---|

**COMMERCIAL SAFE & LOCK**
**123 LOCK & KEY, LLC**
**8440 BELLA VISTA PL NW**
**ALBUQUERQUE, NM 87120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$108.16** |
|---|---|---|---|

**COMMERCIAL SERVICE, INC**
**PO BOX 1307**
**MORRISVILLE, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,758.00** |
|---|---|---|---|

**COMMONWEALTH HOME FASHIONS INC**
**39 MYERS WAY**
**WILLSBORO, NY 12996**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,632.68** |
|---|---|---|---|

**COMPASS INDUSTRIES**
**104 W 29TH ST SUITE 1201**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Compton Commercial Redevelopment**
**c/o Gregory Koonce, Esq.**
**Frank Law Group**
**1517 Lincoln Way**
**Auburn, CA 95603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$151,485.11** |
|---|---|---|---|

**COMPTON COMMERCIAL**
**REDEVELOPMENT CO**
**C/O WATT MANAGEMENT CO**
**2716 OCEAN PARK BLVD #3040**
**SANTA MONICA, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.407** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$519.54**

**COMPTON MUNICIPAL WATER
DEPARTMENT
205 SOUTH WILLOWBROOK AVE
COMPTON, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.408** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,394.94**

**CON EDISON
JAF STATION
PO BOX 1702
NEW YORK, NY 10116-1702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.409** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,351.32**

**CON EDISON- 1701
JAF STATION
PO BOX 1701
NEW YORK, NY 10116-1701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.410** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,799.50**

**CONCEPT 2 U
16074 CRESTLINE DR
LA MIRADA, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.411** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$122,440.50**

**CONCEPTS NYC INC.
20 W.33RD STREET,
9TH FLOOR
NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.412** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$195,982.00**

**CONESCO STORAGE SYSTEMS, INC
15660 EAST HINSDALE DRIVE
CENTENNIAL, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.413** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$126.66**

**CONNECTICUT NATURAL GAS
CORPORATION
P O  BOX 9245
CHELSEA, MA 02150-9245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

**3.414** Nonpriority creditor's name and mailing address
**CONSOLIDATED COMMUNICATIONS**
P.O. BOX 66523
ST. LOUIS, MO 63166-6523
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

**$89.40**

**3.415** Nonpriority creditor's name and mailing address
**CONSTELLATION ENERGY SERVICES OF NEW YORK**
PO BOX 5474
CAROL SPRINGS, IL 60197-5474
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Utilities**
Is the claim subject to offset? ■ No ☐ Yes

**$49,298.31**

**3.416** Nonpriority creditor's name and mailing address
**Consumer Advocacy Group**
c/o Yeroushalmi & Yeroushalmi
9100 Wilshire Blvd., Ste 240W
Beverly Hills, CA 90212
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim:  **Litigation**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.417** Nonpriority creditor's name and mailing address
**CONSUMERS ENERGY PAYMENT CENTER**
PO BOX 740309
CINCINNATI, OH 45274-0309
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Utilities**
Is the claim subject to offset? ■ No ☐ Yes

**$5,114.78**

**3.418** Nonpriority creditor's name and mailing address
**CONTEMPO**
1458 S. SAN PEDRO ST
209
LOS ANGELES, CA 90015
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

**$97,417.60**

**3.419** Nonpriority creditor's name and mailing address
**CONTRACTRECRUITER.COM LLC**
26 PARK STREET
SUITE 2049
MONTCLAIR, NJ 07042
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

**$74,850.00**

**3.420** Nonpriority creditor's name and mailing address
**ContractRecruiter.com, LLC dba The Recru**
c/o Law Offices of Underwood & Micklin,
John A. Underwood, Esq.
1236-J Brace Road,
Cherry Hill, NJ 08034
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Judgment**
Is the claim subject to offset? ■ No ☐ Yes

**$84,025.80**

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,800.58** |
|---|---|---|---|

**CONTROL GROUP COMPANIES LLC**
**95 DERMODY STREET**
**CRANFORD, NJ 07016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**COOK COUNTY COLLECTOR**
**DEPT OF REVENUE C/O ENVIRONMENTAL**
**CONTROL**
**25831 NETWORK PLACE**
**CHICAGO, IL 60673-1258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cooke, Donna**
**c/o U.S. Equal Employment Opportunity Co**
**Marietta Blueford**
**200 Granby St., Suite 739**
**Norfolk, VA 23510**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83,112.00** |
|---|---|---|---|

**CORE CLASSICS LLC**
**1 WEST 34TH ST**
**SUITE 901**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,455.00** |
|---|---|---|---|

**CORPORATE SERVICES CONSULTANTS,**
**LLC**
**PO BOX 1048**
**DANDRIDGE, TN 37725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$635.00** |
|---|---|---|---|

**CORPUS CHRISTI POLICE DEPARTMENT**
**ALARM PROGRAM**
**P.O. BOX 141869**
**IRVING, TX 75014-1869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,750.00** |
|---|---|---|---|

**COSMIC EXPERT**
**FLAT B,9/F GEE CHANG INDUSTRIAL BLG**
**108 LOK SHAN RO**
**TO KWA WAN, KOWLOON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **J & M Sales, Inc.**
_____
Name

Case number (if known)  **18-11801 (LSS)**
_____

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,000.00** |
|---|---|---|---|

**COUGAR SPORT INC**
**1407 BROADWAY RM 1402**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$506.00** |
|---|---|---|---|

**COUNTY OF ORANGE**
**ATTN: ORANGE COUNTY TREASURER**
**SEALER OF WEIGHTS & MEASURES**
**PO BOX 4005**
**SANTA ANA, CA 92702-4005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,520.00** |
|---|---|---|---|

**COUNTY OF RIVERSIDE**
**DEPT. OF WEIGHTS AND MEASURES**
**P.O. BOX 1089**
**RIVERSIDE, CA 92502-1089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$135.00** |
|---|---|---|---|

**COUNTY OF SAN DIEGO**
**AGRICULTURE, WEIGHTS & MEASURE**
**9325 HAZARD WAY**
**SUITE 100**
**SAN DIEGO, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$238.15** |
|---|---|---|---|

**COX COMMUNICATIONS INC.**
**PO BOX 248851**
**OKLAHOMA CITY, OK 73124-8851**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$568,832.00** |
|---|---|---|---|

**COZY HOME DESIGNS INC**
**1208 S WABASH CT**
**DENVER, CO 80247**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,032.94** |
|---|---|---|---|

**CPS ENERGY**
**P.O. BOX 2678**
**SAN ANTONIO, TX 78289-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Utilities**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,651.75** |
|---|---|---|---|

**CR&R INCORPORATED**
**PO BOX 7183**
**PASADENA, CA 91109-7183**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$860.90** |
|---|---|---|---|

**CRANBURY SERVICE CENTER**
**44 HIGHTSTOWN CRANBURY STATION RD**
**CRANBURY, NJ 08512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CREA/PPC Long Beach Towne Center PO,**
**LLP**
**c/o Ernie Park, Esq.**
**Bewley, Lasselben & Miller, LLP**
**13215 E. Penn St., Ste. 510**
**Whittier, CA 90602**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Litigation**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,800.00** |
|---|---|---|---|

**CREATIVE RESEARCH LABS, INC**
**4046 RIDLEY FIELD RD.**
**WAKE FOREST, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**CREDIT  CONSULTING SERVICES, INC**
**201 JOHN ST**
**SUITE E**
**SALINAS, CA 93901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,262.00** |
|---|---|---|---|

**CREME SHOP**
**819 GLADY'S AVE**
**LOS ANGELES, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$152,690.00** |
|---|---|---|---|

**CREST HOME DESIGNS**
**255 FIFTH AVENUE FLR 5**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$110,730.00** |
|---|---|---|---|
| | **CRISTALS**<br>**111 DEER RUN**<br>**ROSLYN HTS, NY 11577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170,140.00** |
|---|---|---|---|
| | **CROSSWINDS SOURCING LLC**<br>**260 W 39TH ST 110TH FLOOR**<br>**NEW YORK, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$143,369.50** |
|---|---|---|---|
| | **CROWLEY CARIBBEAN LOGISTICS, INC**<br>**10205 N.W. 108 AVE**<br>**SUITE 1**<br>**MIAMI, FL 33178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Freight**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,785.40** |
|---|---|---|---|
| | **CROWN JEWLZ,LLC**<br>**1651 KING ROAD**<br>**ASHLAND, OH 44805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$280,864.32** |
|---|---|---|---|
| | **CRUSH APPAREL AND ACCESSORIES INC**<br>**1385 BROADWAY**<br>**NEW YORK, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,052,255.70** |
|---|---|---|---|
| | **CRYSTAL ART OF FLORIDA**<br>**DEPT CH 16738**<br>**PALATINE, IL 60055-6738** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,756.00** |
|---|---|---|---|
| | **CUDDLIE ACCESSORIES/SEZZIT**<br>**1E 33RD ST. 7TH FL**<br>**NEW YORK, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.449** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$562,234.65**

**CUDLIE ACCESSORIES**
**1 EAST 33RD STREET**
**7TH FLOOR**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,630.40**

**CUTIE PATOOTIE CLOTHING**
**650 E. 16TH ST. #C**
**LOS ANGELES, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,215.87**

**CVS**
**CVS STORE# 09870S1A**
**P.O. BOX 1525**
**WOONSOCKET, RI 02895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.452** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,218.38**

**CVS PHARMACY, INC.**
**STORE NO.8810-01**
**P.O.BOX 1525**
**WOONSOCKET, RI 02895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,123.00**

**CY DEALS LLC**
**1407 BROADWAY**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$177,720.00**

**D & V ENTERPRISE,INC (DENNIS)**
**22 GLENN DRIVE**
**WOODBURY, NY 11797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,375.00**

**D&S SECURITY**
**5411 VALLEY BLVD**
**LOS ANGELES, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.456** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,248.00**

**D-L INCENTIVES**
**130 COMMERCE WAY**
**WOBURNR, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$222,207.50**

**DAMO INC.DBA TRESICS**
**1951 STAUNTON AVE.**
**LOS ANGELES, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$157,091.32**

**DANA DISPLAYS DEPOT, CORP**
**AVE JESUS T. PINERO 1318**
**CAPARRA TERRACE**
**SAN JUAN, PR 00921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,115.60**

**DANIEL FRIEDMAN & ASSOCIATES INC**
**52-46 BARNETT AVE**
**LONG ISLAND, NY 11104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$310.00**

**DANIEL MARTINEZ DOMINGUEZ**
**793 LENREY AVE**
**EL CENTRO, CA 92243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,798.00**

**DASH CLOTHING**
**1384 BROADWAY SUITE 1209**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.462** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,786.27**

**DATE PALM 2017 INCORPORATED**
**31833 DATE PALM DR**
**CATHEDRAL CITY, CA 92234-3144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.463** | Nonpriority creditor's name and mailing address

**DAVID & YOUNG GROUP CORP**
**903 CASTLE ROAD**
**SECAUCUS, NJ 07094-1635**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$49,959.60**

---

**3.464** | Nonpriority creditor's name and mailing address

**David & Young Group Corp.**
**c/o Kelly Chambers, Senior Collections s**
**C2C Resources**
**56 Perimeter Center E., Ste 100**
**Atlanta, GA 30346**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.465** | Nonpriority creditor's name and mailing address

**DAVID'S PLACE**
**1155 S. BOYLE AVENUE**
**LOS ANGELES, CA 90023**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$680,690.25**

---

**3.466** | Nonpriority creditor's name and mailing address

**DAY & NITE DOORS, INC**
**370 E. ORANGETHROPE AVE**
**PLACENTIA, CA 92870**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,989.49**

---

**3.467** | Nonpriority creditor's name and mailing address

**Day to Day Imports, Inc.**
**c/o Aryeh Kaufman, Esq.**
**5482 Wilshire Blvd. #1907**
**Los Angeles, CA 90036**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.468** | Nonpriority creditor's name and mailing address

**DAY-LITE MAINTENANCE COMPANY**
**275 S. LEWIS**
**ORANGE, CA 92868**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,246.06**

---

**3.469** | Nonpriority creditor's name and mailing address

**DE WELL CONTAINER BELL, CA**
**5553 BANDINI BLVD**
**UNIT A**
**BELL, CA 90201**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Freight**

Is the claim subject to offset? ■ No ☐ Yes

**$12,145.00**

---

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,582.80** |
|---|---|---|---|

**DEALS 4 ALL SEASONS INC**
**1620 E 22ND ST**
**LOS ANGELES, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$789,967.66** |
|---|---|---|---|

**DEALS WHOLESALE**
**I PASSAIC ST**
**765**
**WOOD-RIDGE, NJ 07075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,527.00** |
|---|---|---|---|

**DEER STAGS**
**902 BROADWAY 3RD FLOOR**
**NEW YORK, NY 10010-6002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,777.00** |
|---|---|---|---|

**DEL CESCA, LLC**
**320 FIFTH AVENUE**
**SUITE 1001**
**NEW YOR, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,614.45** |
|---|---|---|---|

**DEMATIC CORP.**
**507 PLYMOUTH AVE  NE**
**GRAND RAPIDS, MI 49505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,196.00** |
|---|---|---|---|

**DENIM 4 LESS**
**5917 OAK AVE**
**376**
**TEMPLE CITY, CA 91780-2028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$485,751.40** |
|---|---|---|---|

**DENIM FEVER**
**2120 E.52ND ST.,**
**VERNON, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.477** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,150.00**

**DEPARTMENT OF INDUSTRIAL RELATIONS**
**DOSH ELEVATOR PERMITS**
**PO BOX 101322**
**PASADENA, CA 91189-0005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**DePedro, Veronica**
**6623 N. 19th Street**
**Phoenix, AZ 85022**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.479** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,036.97**

**DEPENDABLE FIRE EQUIPMENT**
**100 NORTH LE BARON STREET**
**WAUKEGAN, IL 60085-3027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$515.19**

**DESERT FIRE PROTECTION, L.P.**
**505 VALLEY ROAD**
**RENO, NV 89512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.481** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,393.73**

**DESERT SKY ESPLANADE, LLC**
**PO BOX 3329**
**SEAL BEACH, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.482** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85,070.00**

**DEVGIRI EXPORTS LLC**
**240 PEACHTREE ST. NW**
**ste 5a1**
**ATLANTA, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,748.00**

**DIAMOND HOME**
**250 PASSAIC ST**
**NEWARK, NJ 07104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$534.50** |
|---|---|---|---|

**DIMAR SYSTEMS LLC**
**1581 TECOLOTE TRAIL**
**LAS CRUCES, NM 88012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$202,964.47** |
|---|---|---|---|

**DINERS CLUB**
**BANCTEC INC**
**2100-A CORPORATE DRIVE**
**ADDISON, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$267,311.00** |
|---|---|---|---|

**DIRECT HOME TEXTILE GROUP LLC**
**1904 ROSEWOOD LANE**
**WOODSTOCK, GA 30189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,024.00** |
|---|---|---|---|

**DIRECTIONS STUDIO BRANDED**
**1400 BROADWAY  14TH FLOOR**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$842.40** |
|---|---|---|---|

**DISCOVERY BENEFITS, INC**
**4321 20TH AVENUE S.**
**FARGO, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,960.00** |
|---|---|---|---|

**DIVINE DECOR INC**
**17428 HARVEST AVE**
**ATTN: PRINCE N**
**CERRITOS, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**DJMT CORP**
**2088 EAST 1ST STREET**
**BROOKLYN, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

**3.491** **Nonpriority creditor's name and mailing address**

**DMDE PROPERTIES, LP**
**1118 E ROUTE 66**
**GLENDORA, CA 91740**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$27,200.00**

---

**3.492** **Nonpriority creditor's name and mailing address**

**DNLA OFF PRICE APPAREL**
**2711 SOUTH ALAMEDA STREET**
**LOS ANGELES, CA 90058-1311**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$801,192.20**

---

**3.493** **Nonpriority creditor's name and mailing address**

**DOLCE VITA**
**1000 FIRST STREET**
**HARRISION,**
**NEW JERSEY, NY 07029**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$28,800.00**

---

**3.494** **Nonpriority creditor's name and mailing address**

**Dominion Service Co of Richmond**
**c/o Edward S. Whitlock, III, Esq.**
**Lafayette, Ayers, Whitlock**
**10160 Staples Mill Road, Suite 105**
**Glen Allen, VA 23060**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Judgment**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,529.62**

---

**3.495** **Nonpriority creditor's name and mailing address**

**DOMINION VIRGINA POWER**
**P O BOX 26543**
**RICHMOND, VA 23290-0001**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,681.07**

---

**3.496** **Nonpriority creditor's name and mailing address**

**DONNA MAX**
**765 MCDONALD AVE**
**BROOKLYN, NY 11218**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$103,036.32**

---

**3.497** **Nonpriority creditor's name and mailing address**

**DOORS INCORPORATED**
**632 SOUTH AVE**
**SUITE D3**
**GARWOOD, NJ 07027**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,063.29**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.498** | **Nonpriority creditor's name and mailing address**
**DOSIS FRAGRANCE**
**250 PASSAIC ST**
**NEWARK, NJ 07104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$318,694.00**

---

**3.499** | **Nonpriority creditor's name and mailing address**
**DOUGLAS CHRISTOPHER LOVE**
**CONSTRUCTION INC.**
**18351 BEACH BLVD**
**STE I**
**HUNTINTON BEACH, CA 92648**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$35,477.88**

---

**3.500** | **Nonpriority creditor's name and mailing address**
**DOUGLAS ELECTRICAL SERVICES, LLC**
**1405 TIMBERLINE DR.**
**BENBROOK, TX 76126**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,384.43**

---

**3.501** | **Nonpriority creditor's name and mailing address**
**DREAMWEAR INC.**
**183 MADISON AVENUE #1015**
**NEW YORK, NY 10016-4501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$481,962.00**

---

**3.502** | **Nonpriority creditor's name and mailing address**
**DRIZ CONNECTION**
**1123 S. LOS ANGELES STREET**
**LOS ANGELES, CA 90015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$38,449.75**

---

**3.503** | **Nonpriority creditor's name and mailing address**
**DTE ENERGY-740786**
**PO BOX 740786**
**CINCINNATI, OH 45274-0786**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$12,739.60**

---

**3.504** | **Nonpriority creditor's name and mailing address**
**DUCK RIVER TEXTILES INC**
**295  5TH AVE**
**SUITE 1106**
**NEW YORK, NY 10016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$129,553.35**

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|

Name

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,328.81 |
|---|---|---|---|

**DUKE ENERGY - 1326**
**PO BOX 1326**
**CHARLOTTE, NC 28201-1326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,875.33 |
|---|---|---|---|

**DUKE ENERGY PROGRESS**
**PO BOX  1003**
**CHARLOTTE, NC 28201-1003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,845.44 |
|---|---|---|---|

**DUKE ENERGY-1004**
**PO BOX 1004**
**CHARLOTTE, NC 28201-1004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,745.81 |
|---|---|---|---|

**DUKE ENERGY-70516**
**PO BOX 70516**
**CHARLOTTE, NC 28272-0516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $999.29 |
|---|---|---|---|

**DUQUESNE LIGHT COMPANY**
**PAYMENT PROCESSING CENTER**
**PO BOX 10**
**PITTSBURGH, PA 15230-0010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230,976.00 |
|---|---|---|---|

**DYNAMIC INC. LIMITED**
**ROOM NO. 1210, TOWER B,FU LI YING**
**SHENG PLAZA NO.16 RACE COURSE ROAD**
**GUANGZHOU CHINA, CHI 00051-0620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,780.00 |
|---|---|---|---|

**DYNASTY HOME**
**2210 S HAMILTON ST EXT**
**DALTON, GA 30721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518,051.88 |
|---|---|---|---|
| | **E PLAY BRANDS**<br>**25 W 39TH ST 5TH FLOOR**<br>**NEW YORK, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,217.50 |
|---|---|---|---|
| | **E S ORIGINALS**<br>**450 W 33RD STREET**<br>**9TH FLR**<br>**NEW YORK, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,460.00 |
|---|---|---|---|
| | **E.O.M**<br>**209 W 38TH ST 806**<br>**NEW YORK, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,813.62 |
|---|---|---|---|
| | **EAST VALLEY WATER DISTRICT**<br>**P.O. BOX 3550**<br>**ONTARIO, CA 91761-0955** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utilities** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,380.00 |
|---|---|---|---|
| | **EAST-B-CORP.**<br>**15327 DON JULIAN RD**<br>**CITY OF INDUSTRY, CA 91745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,643.38 |
|---|---|---|---|
| | **EASTERN MUNICIPAL WATER DIST**<br>**P.O. BOX 8301**<br>**PERRIS, CA 92572-8301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utilities** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,340.00 |
|---|---|---|---|
| | **EASTMAN FOOTWEAR GROUP INC**<br>**34 WEST 33RD STREET**<br>**7TH FLOOR**<br>**NEW YORK, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.519** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$617,044.00**

**EASYCOME GARMENT CO.,LTD**
**NO.6-7 LIUHUAN ROAD JIANGNAN INDUST**
**RIAL AREA WEST,ZHONGTANG TOWN**
**DONGGUAN CITY,GUANDO, CHI 00000-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,194.64**

**ECONO TRADE IMPEX INC**
**13012 MOORE STREET UNIT#B**
**CERRITOS, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,792.80**

**EDDIE DOMANI**
**1411 BROADWAY #2560**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.522** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,203.00**

**EDDIE MARC & CO**
**1025 CRAWFORD AVE**
**BROOKLYN, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.523** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,491.80**

**Editex Home Curtain Corp**
**c/o Frank Roberts**
**C2C Resources**
**56 Perimeter Center E,  Ste 100**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Settlement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.524** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,262.34**

**EL PASO ELECTRIC**
**P.O. BOX 650801**
**DALLAS, TX 75265-0801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.525** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$480.09**

**EL PASO WATER UTILITIES**
**P O BOX 511**
**EL PASO, TX 79961-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.526** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,299.00**

**ELEVATOR BUILDING MAINTENANCE**
**105 EAST SAN ANTONIO**
**SUITE 155**
**EL PASO, TX 79901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.527** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$707,423.50**

**ELICO LTD**
**230 FIFTH AVE**
**SUITE 1600**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.528** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,229.55**

**ELITE FACILITIES MAINTENANCE**
**4017 WAGNER LEE DR**
**CORPUS CHRISTI, TX 78418-3148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.529** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,580.00**

**ELITE PERFORMANCE FOOTWEAR**
**10 W 33 ST**
**SUITE 804**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.530** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$483.19**

**ELIZABETH AYALA**
**3366 CEDAR SPRINGS PL**
**WINTER PARK, FL 32792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.531** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21.92**

**ELIZABETHTOWN GAS**
**PO BOX 5412**
**CAROL STREAM, IL 60197-5412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.532** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$951,360.45**

**EMARSONS**
**HOME 30 RD NIKUNJA R**
**KHILKEA DHAKA, BD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.533** | Nonpriority creditor's name and mailing address

**EMD GROUP**
**1412 BROADWAY**
**STE 1610**
**NEW YORK, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$147,998.40**

---

**3.534** | Nonpriority creditor's name and mailing address

**EMERGENCY MAINTENANCE SOLUTIONS INC**
**P.O. BOX 157**
**HAWLEY, PA 18428**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$45,465.96**

---

**3.535** | Nonpriority creditor's name and mailing address

**ENCHANTE ACCESSORIES, INC.**
**4 EAST 34TH STREET**
**NEW YORK, NY 10016-4333**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$92,668.00**

---

**3.536** | Nonpriority creditor's name and mailing address

**English, Roslyn W.**
**c/o State of Southern Carolina Human Aff**
**1026 Sumter Street, Suite 101**
**Post Office Box 4490**
**Columbia, SO 29240**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.537** | Nonpriority creditor's name and mailing address

**ENVYSION, INC**
**PO BOX 46138**
**HOUSTON, TX 77210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$99,866.01**

---

**3.538** | Nonpriority creditor's name and mailing address

**EPCOT INTERNATIONAL**
**89 PURANA PALTON LANE**
**DHAKA, BD 11111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,346.88**

---

**3.539** | Nonpriority creditor's name and mailing address

**EQUIFAX**
**4076 PAYSPHERE CIRCLE**
**TALX CORP**
**CHICAGO, IL 60674**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,976.00**

---

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.540** | Nonpriority creditor's name and mailing address

**ESQUIRE FOOTWEAR LLC**
**385 5TH AVENUE 2ND FLOOR**
**NEW YORK, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$71,544.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.541** | Nonpriority creditor's name and mailing address

**ESQUIRE FOOTWEAR LLC**
**385 FIFTH AVE 2ND FLR**
**NEW YORK, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$86,448.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542** | Nonpriority creditor's name and mailing address

**ESSENTIALS NEW YORK LLC**
**1431 BROADWAY**
**NEW YORK, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$103,672.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.543** | Nonpriority creditor's name and mailing address

**ESTEX HOME FASHIONS/DYNAMITE DEC**
**1019 EAST 46TH STREET**
**BROOKLYN, NY 11203-6515**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$677,044.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.544** | Nonpriority creditor's name and mailing address

**ESTRADA PLUMBING**
**2327 EDNA DR**
**EAGLE PASS, TX 78852**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$178.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.545** | Nonpriority creditor's name and mailing address

**Estrada, Maribel**
**c/o Kevin A. Lipeles, Esq.**
**Lipeles Law Group, APC**
**880 Apollo St., Suite 336**
**El Segundo, CA 90245**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.546** | Nonpriority creditor's name and mailing address

**ESTRELLA ATTORNEYS & COUNSELORS LLC**
**TETUAN 150**
**SAN JUAN, PR 00901**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$34,281.04**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,368.00 |
|---|---|---|---|

**EUROLUX FRAGRANCE**
**160 NEWPORT CENTER DRIVE SUITE#112**
**NEWPORT, CA 92660**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,258.00 |
|---|---|---|---|

**EUROPEAN HOME DESIGN**
**148 MADISON AVENUE 8TH FLOOR**
**NEW YORK, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,686.00 |
|---|---|---|---|

**EUROPEREAN HOME/BOW WOW**
**148 MADISON AVE 8TH FLOOR**
**NEW YORK, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $824.00 |
|---|---|---|---|

**EVERGREEN WASTE CORP-STR 581**
**PO BOX 250**
**LAWRENCE, NY 11559**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,991.31 |
|---|---|---|---|

**EVERSOURCE**
**PO BOX 56005**
**BOSTON, MA 02205-6005**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,944.29 |
|---|---|---|---|

**EVERSOURCE-445**
**PO BOX 660753**
**DALLAS, TX 75266-0753**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,356.38 |
|---|---|---|---|

**EVERSOURCE-650032**
**PO BOX 650032**
**DALLAS, TX 75265-0032**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.554**

**Nonpriority creditor's name and mailing address**
**EVOLUTION IN DESIGN**
**3500 OLD YORK ROAD**
**GASTONIA, NC 28056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$71,163.00**

---

**3.555**

**Nonpriority creditor's name and mailing address**
**EXIST**
**1650 NW 23RD AVENUE  BAY A**
**FORT LAUDERDALE, FL 33311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$456,059.60**

---

**3.556**

**Nonpriority creditor's name and mailing address**
**EXTREME PERSONAL CARE**
**32 BRUNSWICK AVE**
**EDISON, NJ 08817**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$39,720.00**

---

**3.557**

**Nonpriority creditor's name and mailing address**
**EZ APPAREL LLC**
**148 WEST 37TH 10TH FLOOR**
**NEW YORK CITY, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$46,800.00**

---

**3.558**

**Nonpriority creditor's name and mailing address**
**EZRASONS INC**
**37 WEST 37TH ST**
**10TH FLOOR**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$111,061.40**

---

**3.559**

**Nonpriority creditor's name and mailing address**
**F 4 M**
**736 E 29TH**
**LOS ANGELES, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$51,650.00**

---

**3.560**

**Nonpriority creditor's name and mailing address**
**FACILITY SOLUTIONS GROUP**
**3003 N E LOOP 410**
**SAN ANTONIO, TX 78218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$201.21**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,312.00** |
|---|---|---|---|

**FACTORY LIQUIDATORS**
**253 36 STREET**
**BROOKLYN, NY 11232**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,544.00** |
|---|---|---|---|

**FAITHFUL LOGISTICS, INC**
**29105 SHORECLIFF DRVIE**
**LAKE ELSINORE, CA 92530**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,100.00** |
|---|---|---|---|

**FALLAS BORROWER II, LLC**
**15001 S FIGUEROA ST**
**GARDENA, CA 90248**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,850.00** |
|---|---|---|---|

**FALLAS BORROWER III, LLC**
**15001 S FIGUEROA ST**
**GARDENA, CA 90248**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183,335.50** |
|---|---|---|---|

**FALLAS BORROWER IV, LLC**
**15001 S FIGUEROA ST**
**GARDENA, CA 90248**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,542.00** |
|---|---|---|---|

**FANTAS -EYES**
**1 W 37TH**
**NEW YORK, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$291,513.50** |
|---|---|---|---|

**FANTASIA ACCESSORIES, LTD**
**31 WEST 34TH STREET**
**NEW YORK, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$111,991.25** |
|---|---|---|---|

**FASHION APPAREL INDUSTRIES**
**128 WEST 36TH STREET**
**3RD FLOOR**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71,607.00** |
|---|---|---|---|

**FASHION BLUE**
**1407 BROADWAY SUIT 1914**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,880.00** |
|---|---|---|---|

**FASHION ILLUMINA**
**1141 S BOYLE AVE. UNIT 201**
**LOS ANGELES, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$336,398.00** |
|---|---|---|---|

**FASHION OPTIONS INC.**
**1370 BROADWAY #901**
**NEW YORK, NY 10018-7778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$287,364.85** |
|---|---|---|---|

**FAST FORWARD, LLC**
**10 WEST 33RD STREET**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,483.80** |
|---|---|---|---|

**FEATHERS SIGNS & PRINTING**
**18717 SOLEDAD CYN RD**
**CANYON COUNTRY, CA 91351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101,933.45** |
|---|---|---|---|

**FEDERAL JEANS INC.**
**2042 PITKIN AVENUE**
**BROOKLYN, NY 11207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,656.28** |
|---|---|---|---|

**FEDEX-PASADENA**
**P.O. BOX 7221**
**PASADENA, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,956.00** |
|---|---|---|---|

**FESTIVAL PROPERTIES, INC**
**1215 GESSNER DRIVE**
**LISA MAREK**
**HOUSTON, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,025.66** |
|---|---|---|---|

**FIELD STATION, LLC**
**C/O SUPERIOR REALTY CO.**
**540 GALLIVAN BLVD**
**DORCHESTER, MA 02124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rent__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fields, Wonder**
**c/o Randall B. Gold**
**Fox & Fox, S.C.**
**124 West Broadway**
**Monona (Madison), WI 53716**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,782.50** |
|---|---|---|---|

**FILA - FOOTWEAR DIV**
**930 RIDGEBROOK RD**
**SUITE 200**
**SPARKS, MD 00021-1523**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,139.25** |
|---|---|---|---|

**FIREBRAND SERVICES GROUP**
**4960 S GILBERT RD**
**STE 1-268**
**CHANDLER, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,521,664.86** |
|---|---|---|---|

**FISHMAN & TOBIN, INC.**
**4000 CHEMICAL ROAD**
**SUITE 500**
**PLYMOUTH MEETING, PA 19462-1708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.582**

**Nonpriority creditor's name and mailing address**

**FIVE STAR APPAREL LLC**
**56-60 W. 35TH STREET**
**8TH FLOOR**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$41,253.20**

---

**3.583**

**Nonpriority creditor's name and mailing address**

**FLORA CLASSIQUE**
**31695 CALLE GIRASOL**
**TEMECULA, CA 92591**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,234.00**

---

**3.584**

**Nonpriority creditor's name and mailing address**

**FONTANA WATER COMPANY**
**P.O. BOX 5970**
**EL MONTE, CA 91734-1970**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$304.36**

---

**3.585**

**Nonpriority creditor's name and mailing address**

**FORCE FULTON MALL LLC**
**15001 S. FIGUEROA ST.,**
**GARDENA, CA 90248**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

**3.586**

**Nonpriority creditor's name and mailing address**

**FORSGATE INDUSTRIAL COMPLEX**
**400 HOLLISTER ROAD**
**TETERBORO, NJ 07608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$104,417.92**

---

**3.587**

**Nonpriority creditor's name and mailing address**

**FORTUNE TRADING INC**
**1152 SOUTH SECOND ST**
**ALHAMBRA, CA 91801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$42,618.00**

---

**3.588**

**Nonpriority creditor's name and mailing address**

**FORTY SEVEN BRAND**
**15 SOUTHWEST PARK**
**WESTWOOD, MA 02090**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$38,649.60**

---

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,793,751.60 |
|---|---|---|---|

**FOUR SEASONS APPAREL INC**
**16180 ORNELAS ST**
**IRWINDALE, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,547.79 |
|---|---|---|---|

**FOUR SEASONS GENERAL MERCHANDISE**
**2801 EAST VERNON AVENUE**
**VERNON, CA 90058-1803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,025.58 |
|---|---|---|---|

**FOX GLASS CO., INC**
**1035 TIFFORD LANE**
**OSTEEN, FL 32764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,877.20 |
|---|---|---|---|

**FOX GLASS OF BROOKLYN, INC.**
**141 20TH STREET**
**BROOKLYN, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,311.26 |
|---|---|---|---|

**FOX GLASS OF NEW JERSEY, INC**
**168 FRANKLIN CORNER RD**
**BUILDING 1 SUITE 135**
**LAWRENCEVILLE, NJ 08648-2429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,551.30 |
|---|---|---|---|

**FPL**
**GENERAL MAIL FACILITY**
**MIAMI, FL 33188-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,208.00 |
|---|---|---|---|

**FRAGMENTS HOLDING LLC**
**42 W 39TH ST**
**8TH FLOOR**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,770.39** |
|---|---|---|---|

**FRANK MISSION MARKETPLACE, LLC**
**5850 CANOGA AVENUE**
**SUITE 650**
**WOODLAND HILLS, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$610,428.10** |
|---|---|---|---|

**FREEZE**
**473 RIDGE ROAD**
**DAYTON, NJ 08817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Freight Logistics**
**c/o Jeffrey S. Goodfied, Esq.**
**Goodfried Law Group, APC**
**6345 Balboa Blvd., Bldg 1, Ste 300**
**Encino, CA 91316**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,427.20** |
|---|---|---|---|

**G & S OFF PRICE, INC.**
**1424 SOUTH MAIN STREET**
**LOS ANGELES, CA 90015-2500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,300.00** |
|---|---|---|---|

**G&G TRANSPORT**
**1259 BERYL COVE PT**
**SAN DIEGO, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Freight**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,017.50** |
|---|---|---|---|

**GABBIANO LUGGAGE INC**
**628 S HAMBLEDON AVE.**
**CITY OF INDUSTRY, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133,774.60** |
|---|---|---|---|

**GALERIE USA**
**3380 LANGLEY DR**
**HEBRON, KY 41048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$473,880.00** |
|---|---|---|---|

**GALLERIA INT'L**
**101 ROUTE 130 S**
**GRANT BUILDING-SUITE 420**
**CINNAMINSON, NJ 08077**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,200.00** |
|---|---|---|---|

**GALLERIA, INC.**
**101 ROUTE 130 S**
**GRANT BLD-SUITE 420**
**CINNAMINSON, NJ 08077**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Galvez, Manuel**
**c/o Hillary Schwab,**
**Fair Work, P.C.**
**192 South Street, Suite 450**
**Boston, MA 02111**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Galvez, Manuel**
**c/o Gregg I. Shavitz, Esq.**
**Shavitz Law Group, PA**
**951 Yamato Road, Suite 285**
**Boca Raton, FL 33431**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,410.75** |
|---|---|---|---|

**GAPARDIS**
**1852 NE 144 ST**
**NORTH MIAMI, FL 33181**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Garcia, Michael**
**c/o Rothschild & Alwill, APC**
**27 W. Anapamu, #289**
**Santa Barbara, CA 93101**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$144,958.41** |
|---|---|---|---|

**GARDA CL SOUTHWEST, INC.**
**2000 NW CORPORATE BLVD**
**BOCA RATON, FL 33431**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$242,016.00** |
|---|---|---|---|

**GARMENT GROUP INC.**
**1319 BOYD STREET**
**LOS ANGELES, CA 90033-3712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$202,732.00** |
|---|---|---|---|

**GC APPAREL GROUP LLC**
**1407 BROADWAY**
**SUITE 1806**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$421.00** |
|---|---|---|---|

**GEORGIA NATURAL GAS**
**PO BOX 105445**
**ATLANTA, GA 30348-5445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,850.00** |
|---|---|---|---|

**GEORGIA RUG ARTISANS**
**11770 HAYNES BRIDGE RD**
**SUITE 205 PMB 461**
**ALPHARETTA, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89,937.00** |
|---|---|---|---|

**GERTMENIAN & SONS**
**300 W. AVENUE 33**
**LOS ANGELES, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$462,811.00** |
|---|---|---|---|

**GINA GROUP**
**31 WEST 34TH STREET**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90,876.00** |
|---|---|---|---|

**GINA HOSIERY LTD**
**31 WEST 34TH STREET**
**SUITE 502**
**NEW YORK, NY 10001-3034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,824.00** |
|---|---|---|---|

**GLAM & GLITTER**
**8815 PARK AVE**
**SUITE 201**
**MONTREAL, QU H2N 1Y7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,689.40** |
|---|---|---|---|

**GLEASON & ELFERING**
**1246 KARL CT**
**WAUCONDA, IL 60084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,332,529.10** |
|---|---|---|---|

**GLOBAL ACCESSORIES MANUFACTURING**
**CO**
**FLAT A1 10/F BLOCK A PROFECIENT**
**NO. 6**
**KOWIOON BAY  00099-9077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$137,606.40** |
|---|---|---|---|

**GLOBAL ACCESSORIES PLUS**
**220  36TH STREET**
**SUITE B438**
**BROOKLYN, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61,935.86** |
|---|---|---|---|

**GLOBAL BEAUTY CARE**
**1296 EAST 10TH STREET**
**BROOKLYN, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$94,934.40** |
|---|---|---|---|

**GLOBAL DESIGN CONCEPTS**
**10 WEST 33RD ST.,**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,979.00** |
|---|---|---|---|

**GLOBAL USA INC**
**147 LFI COMPLEX LANE**
**LEXINGTON, NC 27292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.624** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,127.60**

**GNEISS LLC**
**ONE BROAD AVE #6A**
**FAIRVIEW, NJ 07022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.625** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,490.00**

**GOGO JEANS, INC.**
**1407 BROADWAY**
**SUITE 612**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.626** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,000.40**

**GOLD MEDAL INTERNATIONAL**
**19 WEST 34TH ST 3RD FLR**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.627** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,592.00**

**GOLDEN ASIA**
**9738 RUSH ST**
**SOUTH EL MONTE, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.628** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,970.00**

**GOLDEN HILLS INTERNATIONAL INC**
**1100 S. GROVE AVE, E-1 STE#5**
**ONTARIO, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.629** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$368.99**

**GOLDEN STATE WATER COMPANY**
**P.O. BOX 9016**
**SAN DIMAS, CA 91773-9016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.630** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,292.80**

**GOLDEN TEXTILE CO,LTD**
**8F/B HUAYO TOWER**
**SHANGHAI, CHI 00020-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.631** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,425.00**

**GONZALEZ ELECTRIC**
**HC-05 BOX 10089**
**MOCA, PR 00676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.632** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Gonzalez, Jesus Guadalupe**
**c/o Ramin R. Younessi, Esq.**
**Law Offices of Ramin R. Younessi, APC**
**3435 Wilshire Blvd., Suite 2200**
**Los Angeles, CA 90010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.633** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,438.80**

**GOOD LINK**
**13241 BARTON CIRCLE**
**WHITTER, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.634** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,384.64**

**GOODRICH SERVICES CO.**
**10631 BLOOMFIELD ST.**
**STE.#17**
**LOS ALAMITOS, CA 90720-6750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.635** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$785,365.48**

**GORDON BROTHERS FINANCE COMPANY**
**800 BOYLSTON ST - 27TH FLOOR**
**BOSTON, MA 02199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.636** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$109.46**

**GORDON DAVIS JOHNSON & SHANE P.C.**
**ATTORNEYS AND COUNSELORS AT LAW**
**P.O. BOX 1322**
**EL PASO, TX 79947-1322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.637** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,204.00**

**GOURMET HOME PRODUCTS**
**347 5TH AVENUE**
**SUITE 507**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,812.50** |
|---|---|---|---|

**GR8 ACCESSORIES INC**
**79-10 BARNWELL AVE**
**SUITE 1A**
**ELMHURST, NY 11373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87,600.00** |
|---|---|---|---|

**GRAND PRODUCTS MFG LTD.,**
**ROOM 807 HARBOUR CRYSTAL CENTER**
**100 GRANVILLE ROAD**
**TST EAST, CHI 00000-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,339.37** |
|---|---|---|---|

**GRANITE TELECOMMUNICATIONS**
**CLIENT ID #311**
**P O  BOX 983119**
**BOSTON, MA 02298-3119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,900.00** |
|---|---|---|---|

**GREAT LAKES WHOLESALE**
**16410 S.JOHN LANE CROSSING UNIT#400**
**LOCKPORT, IL 60441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,310.04** |
|---|---|---|---|

**GREENTHUMB LANDSCAPING LLC**
**5212 N. JACKSON RD.,**
**EDINBURG, TX 78541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61,075.80** |
|---|---|---|---|

**GREENTOWN LLC**
**1430 BROADWAY**
**SUITE 1100**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,088.00** |
|---|---|---|---|

**GROUND UP INTL**
**119 W 40TH ST 3RD PL**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,272.00 |
|---|---|---|---|

**GUARD ENFORCEMENT SECURITY &
PATROL
433 CALLAN AVE
SUITE 200
SAN LEANDRO, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,088.50 |
|---|---|---|---|

**H & P SALES
PO BOX 339
VISTA, CA 92085-0339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199,778.40 |
|---|---|---|---|

**H.A.S INDUSTRIES INC
2325 N.W. 30TH PLACE
POMPANO BEACH, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,966.20 |
|---|---|---|---|

**H.N.W/FLYP SPORTSWEAR
1384 BROADWAY  SUITE 10S
NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,814.00 |
|---|---|---|---|

**HADDAD APPAREL GROUP, LTD.
90 EAST FIFTH STREET
BAYONNE, NJ 07002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173,412.00 |
|---|---|---|---|

**HADDAD LEVIS
131 DOCKS CORNER ROAD
DAYTON, NJ 08810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,599.38 |
|---|---|---|---|

**HAGEMAN ROOFING
16 INDUSTRIAL AVE
RIDGEFIELD PARK, NJ 07660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.652** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,250.60**

**HALIFAX OF PALISADE LLC**
**41 BANCKER ST**
**ENGLEWOOD, NJ 07631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.653** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,307.00**

**HARD 10**
**1407 BROADWAY**
**NYC, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.654** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,780.80**

**HARIBO**
**9500 BRYN MAWR AVE**
**ROSEMONT, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.655** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,943.81**

**HARMONY ENTERPRISES, INC.**
**704 MAIN AVE NORTH**
**HARMONY, MN 55939-0479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.656** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00**

**HARRIS COUNTY ALARM DETAIL**
**9418 JENSEN DRIVE**
**SUITE A**
**HOUSTON, TX 77093-6821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.657** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24.00**

**HARRIS COUNTY FWSD#51**
**P.O. BOX 24338**
**HOUSTON, TX 77229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,675.00**

**HART HEATING AND COOLING**
**12742 ADELLE ST**
**#3**
**GARDEN GROVE, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,162.00** |
|---|---|---|---|

**HARTFORD INSURANCE COMPANY**
**FLOOD PROCESSING CENTER**
**P O  BOX 2057**
**KALISPELL, MT 59903-2057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Insurance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,270.80** |
|---|---|---|---|

**HARVIC INTERNATIONAL LTD.**
**10 WEST 33RD STREET #508**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$167,163.00** |
|---|---|---|---|

**HASBRO**
**ACCOUNTS RECEIVABLE DEPARTMENT**
**200 NARRAGANSETT PARK DRIVE**
**PO BOX 200**
**PAWTUCKET, RI 02862-0200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**HAWKEYE INFORMATION SYSTEMS, INC.**
**P.O. BOX 2167**
**FORT COLLINS, CO 80522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,261.20** |
|---|---|---|---|

**HC FOODS CO**
**6414 GAYHART STREET**
**COMMERCE, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,974.00** |
|---|---|---|---|

**HDS TRADING**
**230 5TH AVE**
**#1309**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$534,382.80** |
|---|---|---|---|

**HEART + HIPS**
**2424 E 26TH ST**
**VERNON, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,674.00 |
|---|---|---|---|

**HEAVENLY SECRETS/TRES JOLI ACCESS**
**10 WEST 33RD STREET SUITE 1017**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,508.15 |
|---|---|---|---|

**HEIDRICK & STRUGGLES INC**
**1133 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674-1010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,205.50 |
|---|---|---|---|

**HELIOS TRADE GROUP**
**1539 E. 21 ST.**
**BROOKLYN, NY 11210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,972.00 |
|---|---|---|---|

**HENRY & WILLIAM CORP**
**20-21 WAGARAW RD**
**BLDG 30A**
**FAIR LAWN, NJ 07410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,524.00 |
|---|---|---|---|

**HERITAGE CANDY COMPANY**
**6923 WOODLEY AVE.**
**VAN NUYS, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,357.50 |
|---|---|---|---|

**HERITAGE OAKS STATION L.P.**
**NW 6422**
**PO BOX 1450**
**MINNEAPOLIS, MN 55485-6422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,350.00 |
|---|---|---|---|

**HESPOS & PORCO LLP**
**110 W 40TH ST STE 2501**
**NEW YORK, NY 10018-3659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | J & M Sales, Inc. | | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.673**

**Nonpriority creditor's name and mailing address**

**HESS AIR, INC.**
**817 S. ALAMO RD.**
**P.O. BOX 910**
**ALAMO, TX 78516**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,175.91**

---

**3.674**

**Nonpriority creditor's name and mailing address**

**HIGH FIVE ELECTRONICS**
**3672 NOSTRAND AVE**
**BROOKLYN, NY 11229**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$159,208.00**

---

**3.675**

**Nonpriority creditor's name and mailing address**

**HIGHWAY JEANS**
**1407 BROADWAY #1407**
**NEW YORK, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$19,992.00**

---

**3.676**

**Nonpriority creditor's name and mailing address**

**Hines, Stephanie**
**c/o Gregg I. Shavitz, Esq.**
**Shavitz Law Group, PA**
**951 Yamato Road, Suite 285**
**Boca Raton, FL 33431**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.677**

**Nonpriority creditor's name and mailing address**

**HIRERIGHT, LLC**
**PO BOX 847891**
**DALLAS, TX 75284-7891**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$83,506.00**

---

**3.678**

**Nonpriority creditor's name and mailing address**

**HOLLANDER HOME FASHIONS CORP.**
**6501 CONGRESS AVE**
**SUITE 300**
**BOCA RATON, FL 33487**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$28,554.90**

---

**3.679**

**Nonpriority creditor's name and mailing address**

**HOLLANDER SLEEP PRODUCTS, LLC**
**6501 CONGRESS AVENUE**
**SUITE 300**
**BACA RATAN, FL 33487**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$101,621.00**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$73,265.00** |
|---|---|---|---|

**HOME EXCELLENCE INC**
**78 JOHN MILLER WAY**
**SUITE 231**
**KEARNT, NJ 07032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,482.40** |
|---|---|---|---|

**HOME EXPRESSIONS**
**195 RARITAN CENTER PARKWAY**
**EDISON, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170,905.28** |
|---|---|---|---|

**HOME EXTRAS**
**2764 LEONIS BLVD**
**VERNON, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$183,597.12** |
|---|---|---|---|

**HOME FASHIONS DISTRIBUTOR**
**PO BOX 810**
**MOODY, ME 04054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,360.20** |
|---|---|---|---|

**HOME FASHIONS INTERNATIONAL**
**295 FIFTH AVENUE SUITE 812**
**NEW YORk, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$159,921.60** |
|---|---|---|---|

**HOSIERY NETWORK**
**10 W 33 STREET**
**SUITE 1209**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,058,046.30** |
|---|---|---|---|

**HOT CHOCOLATE,INC.**
**1100 WEST WALNUT ST.**
**COMPTON, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.687** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,754.00**

HOT FASHIONS
9835 MARCONI DR., SUITE C
SAN DIEGO, CA 92154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.688** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,042.50**

HOWARD CALIFORNIA PROPERTIES
HIGHLAND PARK, LLC
C/O ADR/PREFERRED BUSINESS PROP.
20664 VENTURA BLVD.,
WOODLAND HILLS, CA 91364

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.689** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,017.68**

HOWD & LUDORF, LLC
65 WETHERSFIELD AVE
HARTFORD, CT 06114-1121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.690** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$479.00**

HPS MECHANICAL INC
3100 E. BELLE TERRACE
BAKERSFIELD, CA 93307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.691** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$167.03**

HRSD
PO BOX 37097
BOONIE, IA 50037-0097

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.692** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,547.67**

HUDSON ENERGY
P.O. BOX 731137
DALLAS, TX 75373-1137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.693** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$223,024.51**

HUGHES NETWORK SYSTEMS,LLC
P.O.BOX 64136
BALTIMORE, MD 21264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.694**

Nonpriority creditor's name and mailing address
**Hunt, Nichole**
**c/o William S. Caldwell, APLC**
**9891 Irvine Center Drive, Suite 130**
**Irvine, CA 92618**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ☐ No   ☐ Yes

**Unknown**

---

**3.695**

Nonpriority creditor's name and mailing address
**HYBRID**
**10711 WALKER STREET**
**CYPRESS, CA 90630**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No   ☐ Yes

**$82,813.00**

---

**3.696**

Nonpriority creditor's name and mailing address
**I & K VENDING**
**15001 S FIGUEROA ST**
**GARDENA, CA 90248**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No   ☐ Yes

**$22,953.10**

---

**3.697**

Nonpriority creditor's name and mailing address
**I WORLD**
**10 WEST 37TH ST 9TH FLR**
**NEW YORK, NY 10018**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No   ☐ Yes

**$154,792.00**

---

**3.698**

Nonpriority creditor's name and mailing address
**I-FE APPAREL INC.**
**12 HORIZON BLVD.**
**S.HACKENSACK, NJ 07606**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No   ☐ Yes

**$98,886.00**

---

**3.699**

Nonpriority creditor's name and mailing address
**I.F.G. CORPORATION**
**463 SEVENTH AVENUE 4TH FLR**
**NEW YORK, NY 10018**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No   ☐ Yes

**$233,418.00**

---

**3.700**

Nonpriority creditor's name and mailing address
**IAJ APPAREL LLC**
**25 W. 36TH STREET**
**GROUND FLOOR**
**NEW YORK, NY 10018**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No   ☐ Yes

**$10,034.40**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.701** Nonpriority creditor's name and mailing address

**Ibarra, Jamie**
**c/o Department of Fair Employment and Ho**
**39141 Civic Center Dr., Suite 250**
**Fremont, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.702** Nonpriority creditor's name and mailing address

**IBM CORPORATION**
**P.O. BOX 534151**
**ATLANTA, GA 30353-4151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$94,159.44**

---

**3.703** Nonpriority creditor's name and mailing address

**ICON SPORTS GROUP**
**1407 BROADWAY STE#164**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$3,456.00**

---

**3.704** Nonpriority creditor's name and mailing address

**ICY HOT LINGERIE**
**463 7TH AVE  SUITE 1101**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$6,192.00**

---

**3.705** Nonpriority creditor's name and mailing address

**IDEA NUOVA INC**
**302 5TH AVENUE 5TH FLR**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$869,578.90**

---

**3.706** Nonpriority creditor's name and mailing address

**IKEDDI**
**1407 BROADWAY 817**
**NY, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$470,530.40**

---

**3.707** Nonpriority creditor's name and mailing address

**ILLUMA FASHION**
**1141 S BOYLE AVE**
**UNIT 201**
**LOS ANGELES, CA 90023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$25,195.50**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00** |
|---|---|---|---|

**IMAGININGS 3**
**6401 GROSS POINT RD**
**NILES, IL 60714-4583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$330.00** |
|---|---|---|---|

**IMPERIAL GLASS COMPANY, INC.**
**444 NORTH FIRST STREET**
**FRESNO, CA 93702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,135.95** |
|---|---|---|---|

**IMPERIAL IRRIGATION DISTRICT**
**P.O. BOX 937**
**333 EAST BARIONI BLVD.**
**IMPERIAL, CA 92251-0937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175,172.10** |
|---|---|---|---|

**IMPERIAL PLASTICS**
**PO BOX 3398**
**CALEXICO, CA 92232-3398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,568.00** |
|---|---|---|---|

**IMPULSE OFF PRICE APPAREL**
**1120 EAST PICO BLVD.**
**LOS ANGELES, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$333,652.40** |
|---|---|---|---|

**INDECOR HOME**
**34 WEST 33RD STREET,SECOND FLOOR**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,645.80** |
|---|---|---|---|

**INDECOR LLC**
**34 WEST 33RD STREET 2ND FLR**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.715** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$258.46**

**INDIO WATER AUTHORITY**
**P.O. BOX 512490**
**LOS ANGELES, CA 90051-0490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.716** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$435.00**

**INNOVATIVE PEST SOLUTIONS**
**PO BOX 927**
**VISTA, CA 92085-0927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.717** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,200.00**

**INNOVATIVE SOURCING**
**1875 MAJESTIC DR**
**OREFIELD, PA 18069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.718** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,198.39**

**INSIGHT DIRECT USA, INC**
**P.O. BOX 731069**
**DALLAS, TX 75373-1069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.719** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,829.00**

**INT'L BRASS HOUSE**
**4690 S. OLD PEACHTREE RD.**
**NORCROSS, CA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.720** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$384.29**

**INTEGRATED FIRE SYSTEMS & CONCEPTS,**
**LLC**
**11501 PELLICANO DR**
**EL PASO, TX 79936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.721** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,024.00**

**INTERNATIONAL INTIMATES, INC.**
**31 WEST 34th STREET**
**9TH FLOOR**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.722**

**Nonpriority creditor's name and mailing address**

**INTIMATECO LLC**
**463 7AVE ROOM 602**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$178,271.20**

---

**3.723**

**Nonpriority creditor's name and mailing address**

**INTIMATES EXPRESS INC**
**4731 35TH STREET**
**LONG ISLAND CITY, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15,198.18**

---

**3.724**

**Nonpriority creditor's name and mailing address**

**INTIMATES EXPRESS NY INC**
**45 OSWEGO STREET**
**STATEN ISLAND, NY 10301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,066.02**

---

**3.725**

**Nonpriority creditor's name and mailing address**

**IRENE MARTINEZ**
**2215 KINGS CROSS WAY**
**PORTERVILLE, CA 93257**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$46.26**

---

**3.726**

**Nonpriority creditor's name and mailing address**

**IRON MOUNTAIN**
**IM OFF-SITE DATA PROTECTION**
**P.O. BOX 601018**
**LOS ANGELES, CA 90060-1018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,550.22**

---

**3.727**

**Nonpriority creditor's name and mailing address**

**ISAAC IMPORTS, INC**
**1407 BROADWAY #317**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,156.00**

---

**3.728**

**Nonpriority creditor's name and mailing address**

**ISAAC MORRIS LIMITED**
**20 WEST 33RD STREET, 9TH FLOOR**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$54,987.00**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.729**  Nonpriority creditor's name and mailing address
**ISS CORP**
**5731 MCFADDEN SUITE A**
**HUNTINGTON BEACH, CA 92649**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,841.50**

---

**3.730**  Nonpriority creditor's name and mailing address
**ITS IN THE BAG**
**231 46TH STREET**
**BROOKLYN, NY 11220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$52,793.28**

---

**3.731**  Nonpriority creditor's name and mailing address
**IVERIFY**
**P.O. BOX 776146**
**CHICAGO, IL 60677-6146**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$127,133.92**

---

**3.732**  Nonpriority creditor's name and mailing address
**J & M PROPERTIES I, LLC**
**15001 S. FIGUEROA STREET**
**GARDENA, CA 90248**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$56,592.00**

---

**3.733**  Nonpriority creditor's name and mailing address
**J & M PROPERTIES, LLC**
**15001 SO. FIGUEROA ST.**
**GARDENA, CA 90248**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$264,677.40**

---

**3.734**  Nonpriority creditor's name and mailing address
**J SQUARED MANUFACTURER INC.**
**1441 BROADWAY SUITE 6087**
**NEW YORK, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$134,040.00**

---

**3.735**  Nonpriority creditor's name and mailing address
**J&M Sales of Texas, LLC**
**15001 South Figueroa Street**
**Gardena, CA 90248**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,420,124.00**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,167,099.59** |
|---|---|---|---|

**J.B.HUNT TRANSPORT, INC**
**FILE 98545**
**LOS ANGELES, CA 90074-8545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Freight**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,825.00** |
|---|---|---|---|

**JACKSON CORPORATION**
**330 5th AVE.**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$242,302.65** |
|---|---|---|---|

**JACQUES MORET, INC.**
**23385 Network place**
**Chicago, IL 60673-1233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$456,664.00** |
|---|---|---|---|

**JAY FRANCO & SONS**
**115 KENNEDY DRIVE**
**SAYREVILLE, NJ 08872-1459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,398.90** |
|---|---|---|---|

**JAY IMPORTS**
**41 MADISON AVE. 12TH FLOOR**
**NEW YORK, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,507.00** |
|---|---|---|---|

**JBL TRADING/CREST MILLS**
**C/O JBL TRADING LLC**
**43 WEST 33RD STREET SUITE 603**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$364,137.35** |
|---|---|---|---|

**JCV GROUP LLC**
**43 WEST 33**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.743**

**Nonpriority creditor's name and mailing address**
**JDA SOFTWARE, INC.**
**P.O. BOX 202621**
**DALLAS, TX 75320-2621**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$66,957.42**

---

**3.744**

**Nonpriority creditor's name and mailing address**
**JDM SORTING LLC**
**220 FERNWOOD AVE**
**EDISON, NJ 08837**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,990.40**

---

**3.745**

**Nonpriority creditor's name and mailing address**
**JEAN PIERRE COSMETICS**
**320 5TH AVE. 3RD FL**
**NEW YORK, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,620.00**

---

**3.746**

**Nonpriority creditor's name and mailing address**
**JEEG TRUST**
**309 W. LAKE MEAD PKY**
**SUITE # 150**
**HENDERSON, NV 89015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$55,475.00**

---

**3.747**

**Nonpriority creditor's name and mailing address**
**JEFFREY FABRICS**
**3 PARK AVE. 35TH FLR.**
**NEW YORK, NY 10016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$55,922.50**

---

**3.748**

**Nonpriority creditor's name and mailing address**
**JEM ACCESSORIES**
**32 BRUNSWICK AVE**
**EDISON, NJ 07080**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$21,450.00**

---

**3.749**

**Nonpriority creditor's name and mailing address**
**JEM INTERNATIONAL INC**
**1 EAST 33RD STREET**
**11TH FLOOR**
**NEW YORK, NY 10016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$37,637.30**

---

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,134.00** |
|---|---|---|---|

**JERRY LEIGH**
**P.O.BOX 513910**
**LOS ANGELES, CA 90051-3910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$193,041.70** |
|---|---|---|---|

**JESCO FOOTWEAR**
**37 WEST 37TH STREET #305**
**NEW YORK, NY 10018-6225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,868.00** |
|---|---|---|---|

**JESCO FOOTWEAR GROUP INC.**
**37 W 37TH ST# 301**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$960.00** |
|---|---|---|---|

**JESSE BAUTISTA**
**LAWN MOWING SERVICE**
**401 BYRON**
**FORT WORTH, TX 76114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,039.00** |
|---|---|---|---|

**JFH GROUP INTERNATIONAL**
**3601 WALNUT AVE**
**CHINO, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$202,789.32** |
|---|---|---|---|

**JIANGXI HUIYUAN INDUSTRIAL DEVELOPM**
**22/F,A2206/A2207 HEN MAO INTERNATIO**
**NAL BUILDING 16A,NO.333 GUANG CHANG**
**GUANGCHANG RD NAN CH, CHI 00033-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,425.00** |
|---|---|---|---|

**JIREH LANDSCAPING & TREE SERVICE**
**61 THOREAU DRIVE**
**PLAINSBORO, NJ 08536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,458.12** |
|---|---|---|---|
| | **JOHN ALLEN MARTONE**<br>**DBA K.C.J. ELECTRIC CO.**<br>**517 MOONSHINE HILL LOOP**<br>**HUMBLE, TX 77338** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,354.98** |
|---|---|---|---|
| | **JOHNNY SOTO AND ANZIANO & BERTUCIO,**<br>**LLC AS ATTORNEY ANZIANO & BERTICIO**<br>**555 FRANKLIN AVE**<br>**HARTFORD, CT 06114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,988.00** |
|---|---|---|---|
| | **JOHNNY'S SIGNATURE INC**<br>**50 W 34TH ST 9A10**<br>**NEW YORK, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$347,550.53** |
|---|---|---|---|
| | **JOHNNY'S SIGNATURE, INC.**<br>**40 W. 37TH ST**<br>**SUITE 901**<br>**NEW YORK, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Johnson, John A.**<br>**c/o Colbert N. Coldwell, Esq.**<br>**Guevara, Baumann, Coldwell & Reedman,**<br>**Suite B201**<br>**El Paso, TX 79902** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Johnson, Scott**<br>**c/o Center for Disability Access**<br>**Phyl Grace, Esq.,**<br>**PO Box 262490**<br>**San Diego, CA 92196-2490** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,910.05** |
|---|---|---|---|
| | **JONATHAN K APPAREL CO.**<br>**2636 SOUTH MAIN STREET**<br>**LOS ANGELES, CA 90007-2734** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,018.00** |
|---|---|---|---|

**JONES 1960 CROSSROADS LLC**
**19 WEST SHADOW CREEK VILLAGE LOOP**
**SPRING, TX 77389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68.41** |
|---|---|---|---|

**JORDAN TAX SERVICE INC.-water**
**BOROUGH OF INGRAM**
**P O  BOX 645109**
**PITTSBURGH, PA 15264-5109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,855.93** |
|---|---|---|---|

**JORDAN TAX SERVICES, INC**
**BOROUGH OF INGRAM**
**102 RAHWAY ROAD**
**MCMURRAY, PA 15317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Jordan, Jocelyn
c/o Anna Salusky, Esq.
**Mahoney Law Group, APC**
**249 East Ocean Blvd., Suite 814**
**Long Beach, CA 90802**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,672.00** |
|---|---|---|---|

**JORGE PELAEZ-157**
**345 MARIPOSA STREET**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$832.60** |
|---|---|---|---|

**JOSCO CONSTRUCTION INC**
**PO BOX 3250**
**BAKERSFIELD, CA 93385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,352.50** |
|---|---|---|---|

**JOSMO SHOES CORP**
**601  59TH STREET**
**WEST NEW YORK, NJ 07093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |

Name

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,215.00** |

**JP AIR CONDITIONING  AND HEATING**
**5526 W ACACIA AVE**
**FRESNO, CA 93722**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,488.40** |

**JPC APPAREL CO.**
**9363 WEST SAMPLE ROAD #3**
**CORAL SPRINGS, FL 33065-3937**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,382.80** |

**JS CHINA SOURCING**
**241 W. 374TH ST**
**SUITE 924**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$73,090.30** |

**JT ROSE AND COMPANY LLC**
**463 SEVENTH AVE 4TH FLOOR**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,459.52** |

**JULES & ASSOCIATES, INC. MALVERN,PA**
**2 COUNTRY VIEW ROAD  (SCHEDULE #3)**
**SUITE 300**
**MALVERN, PA 19355**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,699.40** |

**JULIA**
**735 E 12TH ST #104**
**LOS ANGELES, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,830.00** |

**JULIO HERNANDEZ**
**DBA RAZOR WIRE SECURITY**
**8506 SYCAMORE ST**
**DELHI, CA 95315**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,183,426.12** |
|---|---|---|---|

**JULIUS YOUNG HOSIERY INC.**
**38-60 BLANCHARD STREET**
**NEWARK, NJ 07105-4702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,000.00** |
|---|---|---|---|

**JUST INVENTORY**
**PO BOX 283**
**GUILDERLAND CENTER, NY 12085-0283**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$183,367.80** |
|---|---|---|---|

**JUST ONE LLC**
**1407 BROADWAY**
**SUITE 3701**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$197,950.00** |
|---|---|---|---|

**JUST RETAIL SERVICES, INC.**
**5617 SKIMMER DRIVE**
**APOLLO BEACH, FL 33572-3353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Just Retail Services, Inc.**
**c/o Charles Carlson, Esq.**
**Barnett, Bolt, Kirkwood, Long & Koche**
**601 Bayshore Blvd., Ste. 700,**
**Tampa, FL 33606**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Litigation**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,380.00** |
|---|---|---|---|

**JUST SPEED**
**403 NE 2ND AVE UNIT A**
**HALLANDALE, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**JVS ENTERPRISES INC**
**112 WEST 34TH ST**
**1140**
**NEW YORK, NY 10120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85,530.00** |
|---|---|---|---|

**K&S SPORTSWEAR INC**
**734 GRAND AVE #2K**
**RIDGEFIELD, NJ 07657**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$402,952.61** |
|---|---|---|---|

**KAISER FOUNDATION NORTH & SOUTH**
**P.O.BOX 80204**
**LOS ANGELES, CA 90080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$145,182.00** |
|---|---|---|---|

**KALIBER EXPORTS**
**B-XXX, 2686, BABA GAJJA JAIN COLONY**
**LUDHIANA   00014-1009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,577.12** |
|---|---|---|---|

**KANE RUSSELL COLEMAN & LOGAN, P.C.**
**1601 ELM STREET**
**3700 THANKSGIVING TOWER**
**DALLAS, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$133,845.45** |
|---|---|---|---|

**KARMA KREATIONS**
**1630 S GROVE AVE #B**
**ONTARIO, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,781.00** |
|---|---|---|---|

**KASHI ENTERPRISES**
**230 5TH AVE #504**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$256,715.20** |
|---|---|---|---|

**KAY FASHION**
**2416 E 16TH STREET**
**LOS ANGELES, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

**3.792** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,097.00**

**KEDI TRADE USA**
**1717B TROUTMAN ST**
**RIDGEWOOD, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.793** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,423.55**

**KELLI NORDEN AND ASSOCIATES**
**COURT REPORTERS**
**11835 W. OLYMPIC BLVD**
**SUITE 680E**
**LOS ANGELES, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.794** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185,091.30**

**KELLYTOY USA INC.**
**4811 S. ALAMEDA STREET**
**LOS ANGELES, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.795** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,584.64**

**KENNETH CHAVEZ**
**5831 MAUER RD.**
**SKY'S THE LIMIT CLEANING SERVICES**
**LAS CRUCES, NM 88005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.796** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,035.64**

**KERMAN PROTECTION SYSTEMS INC.**
**505 EIGHTH AVENUE**
**SUITE #1006**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.797** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Khjosaryan, Alisa**
**c/o California Department of Industrial**
**6150 Van Nuys Blvd., Room 206**
**Van Nuys, CA 91401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.798** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,816.00**

**KHRISH TRADING LLC**
**1502 SANTEE ST**
**LOS ANGELES, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$108,696.00** |
|---|---|---|---|
| | **KIDS CANT MISS** | ☐ Contingent | |
| | **117 NINTH STREET** | ☐ Unliquidated | |
| | **BROOKLYN, NY 11215-3108** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$568,240.10** |
|---|---|---|---|
| | **KIDS HEADQUARTERS** | ☐ Contingent | |
| | **31 WEST 34TH STREET** | ☐ Unliquidated | |
| | **NEW YORK, NY 10001-3009** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$95,326.00** |
|---|---|---|---|
| | **KIDS STOP** | ☐ Contingent | |
| | **1407 BROADWAY** | ☐ Unliquidated | |
| | **SUITE 1705** | ☐ Disputed | |
| | **NEW YORK, NY 10018** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$633,183.60** |
|---|---|---|---|
| | **KIDS WITH CHARACTER** | ☐ Contingent | |
| | **20 WEST 33RD STREET** | ☐ Unliquidated | |
| | **4TH FLOOR** | ☐ Disputed | |
| | **NEW YORK, NY 10001** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,178,000.30** |
|---|---|---|---|
| | **KIDZ CONCEPTS** | ☐ Contingent | |
| | **1412 BROADWAY** | ☐ Unliquidated | |
| | **3RD FLOOR** | ☐ Disputed | |
| | **NEW YORK, NY 10018** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,906.25** |
|---|---|---|---|
| | **KILLER DEALS** | ☐ Contingent | |
| | **1005 E 14TH ST** | ☐ Unliquidated | |
| | **LOS ANGELES, CA 90021** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Kish, Denise** | ■ Contingent | |
| | **c/o Center for Disability Access** | ■ Unliquidated | |
| | **Phyl Grace, Esq.,** | ■ Disputed | |
| | **PO Box 262490** | | |
| | **San Diego, CA 92196-2490** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.806** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,204.41**

**KISSIMMEE UTILITY AUTHORITY**
**PO BOX 850001**
**ORLANDO, FL 32885-0096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.807** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,076.96**

**KLAYMAN PANTS COMPANY**
**1520 WASHINGTON AVENUE**
**SAINT LOUIS, MO 63103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.808** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,640.00**

**KLEEP**
**209 W. 38TH ST STE 1102**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.809** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,195.46**

**KM FRESNO INVESTORS, LLC**
**6222 WILSHIRE BLVD.**
**SUITE 650**
**LOS ANGELES, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.810** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,248.00**

**KODIAK TERRA USA (DICKIES)**
**PO BOX 671440**
**DALLAS, TX 75267-1440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.811** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$177,489.60**

**KOLE IMPORTS**
**24600 S. MAIN STREET**
**CARSON, CA 90745-6308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.812** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,940.38**

**KONE INC**
**ONE KONE COURT**
**MOLINE, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|

Name

**3.813** Nonpriority creditor's name and mailing address

**KOPA PINKUS DOLIN PC**
**100 LEXINGTON DRIVE**
**SUITE 100**
**BUFFALO GROVE, IL 60089-6937**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$7,875.30

**3.814** Nonpriority creditor's name and mailing address

**KRISTON D. QUALLS**
**DBA LAW OFFICE OF KRISTON D. QUALLS**
**2880 BICENTENNIAL PRKY #100**
**UNIT 103**
**HENDERSON, NV 89044**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

$15,000.00

**3.815** Nonpriority creditor's name and mailing address

**KWIK TICKET, INC.**
**4101 GLENWOOD ROAD**
**BROOKLYN, NY 11210**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$61,638.63

**3.816** Nonpriority creditor's name and mailing address

**L.A MAIN SPORTS**
**1424 S MAIN ST**
**LOS ANGELES, CA 90015**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$10,080.00

**3.817** Nonpriority creditor's name and mailing address

**L.A. FASHION HUB INC**
**1620-A S LOS ANGELES ST**
**STE A**
**LOS ANGELES, CA 90015**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$17,728.00

**3.818** Nonpriority creditor's name and mailing address

**L.G.H III**
**1385 BROADWAY 16TH FL**
**NEW YORK, NY 10018**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$60,674.45

**3.819** Nonpriority creditor's name and mailing address

**LA CIENEGA-SAWYER, LTD.**
**550 SOUTH HOPE STREET**
**SUITE 2200**
**LOS ANGELES, CA 90071**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

$59,006.26

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107,050.80** |
|---|---|---|---|

**LA FASHION HUB**
**1620-A S LOS ANGELES ST**
**LOS ANGELES, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$838,870.70** |
|---|---|---|---|

**LACHMIS INTL LTD.**
**11th FLOOR, HARBOUR CRYSTAL CENTRE**
**100 GRANVILLE ROAD**
**TSIM SHA TSUI EAST**
**KOWLOON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,120.00** |
|---|---|---|---|

**LADY LORD**
**396 S LOS ANGELES ST. #9**
**LOS ANGELES, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$507,545.94** |
|---|---|---|---|

**LADY MADISON INC.**
**279 FIFTH AVENUE**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34.67** |
|---|---|---|---|

**LAKE APOPKA NATURAL GAS DISTRICT**
**PO BOX 850001**
**ORLANDO, FL 32885-0023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lakes Mall Investment, LLC**
**c/o Glenn L. Widom, P.A**
**696 NE 125 Street**
**No. Miami, FL 33161**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,522.40** |
|---|---|---|---|

**LAS VEGAS VALLEY WATER DIST.**
**1001 SOUTH VALLEY VIEW BLVD.**
**LAS VEGAS, NV 89153-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.827**

**Nonpriority creditor's name and mailing address**
LATI
2041 MCDONALD AVE
BROOKLYN, NY 11223

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$455,688.00**

---

**3.828**

**Nonpriority creditor's name and mailing address**
LEAF
PO BOX 742647
CINCINNATI, OH 45274-2647

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,638.82**

---

**3.829**

**Nonpriority creditor's name and mailing address**
LEATHER IMPRESSIONS
7834 KINGSPOINTE PKWY
ORLANDO, FL 32819

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$52,524.00**

---

**3.830**

**Nonpriority creditor's name and mailing address**
LEON KOROL CO.
2050 E. DEVON AVE.
ELK GROVE VILLAGE, IL 60007

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25,871.30**

---

**3.831**

**Nonpriority creditor's name and mailing address**
LEONARD RUBIN ASSOCIATES
1270 BROADWAY
NEW YORK, NY 10001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$112,000.00**

---

**3.832**

**Nonpriority creditor's name and mailing address**
LEVEL 3 COMMUNICATIONS, LLC
PO BOX 910182
DENVER, CO 80291-0182

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,283.03**

---

**3.833**

**Nonpriority creditor's name and mailing address**
LIBERATION A BLUE INC
90 DAYTON AVE
42
PASSAIC, NJ 07055

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$41,835.00**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.834**

**Nonpriority creditor's name and mailing address**

**LIFE SAFETY
FIRE & SECURITY SOLUTIONS
60 SONWIL DR
BUFFALO, NY 14225**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$146.14**

---

**3.835**

**Nonpriority creditor's name and mailing address**

**LINE APPAREL
6001 E. SLAUSON AVE
COMMERCE, CA 90040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$306,236.56**

---

**3.836**

**Nonpriority creditor's name and mailing address**

**LINEBARGER GOGGAN BLAIR & SAMPSON
L
P.O. BOX 71009
LOS ANGELES, CA 90071**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.837**

**Nonpriority creditor's name and mailing address**

**LINEN HOUSE CORP.
14635 HARTSOOK STREET
LOS ANGELES, CA 91403**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$106,788.00**

---

**3.838**

**Nonpriority creditor's name and mailing address**

**LINTEX LINENS
295 5TH AVE.
1702
NEW YORK, NY 10016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$514,709.11**

---

**3.839**

**Nonpriority creditor's name and mailing address**

**LIT 26 APPAREL
117 E 9TH ST
BROOKLYN, NY 11218**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,107.50**

---

**3.840**

**Nonpriority creditor's name and mailing address**

**LOCKTON INSURANCE BROKERS
DEPT LA 23878
PASADENA, CA 91185-3878**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,322.00**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

3.841 | **Nonpriority creditor's name and mailing address**
**LOLLY TOGS LTD.**
**321 HERROD BLVD**
**DAYTON, NJ 08810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$716,064.00**

---

3.842 | **Nonpriority creditor's name and mailing address**
**LONG DRUGS STORES CALIFORNIA, LLC**
**CVS 09836S1A**
**PO BOX 1525**
**WOONSOCKET, RI 02895**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$50,702.58**

---

3.843 | **Nonpriority creditor's name and mailing address**
**LONGSTREET**
**5 PADDOCK STREET**
**AVENEL, NJ 07001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$365,719.20**

---

3.844 | **Nonpriority creditor's name and mailing address**
**LOOSELEAF EYEWEAR**
**432 ROUTE 34, SUITE 1A**
**MATAWAN, NJ 07747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$4,320.00**

---

3.845 | **Nonpriority creditor's name and mailing address**
**LORENCY & CO.**
**1384 BROADWAY, SUITE 801**
**NYC, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,523,407.22**

---

3.846 | **Nonpriority creditor's name and mailing address**
**LOS ANGELES DWP**
**P.O. BOX 30808**
**LOS ANGELES, CA 90030-0808**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

**$88,566.16**

---

3.847 | **Nonpriority creditor's name and mailing address**
**LOS ANGELES ELEVATOR SERVICES INC**
**P.O. BOX 881251**
**LOS ANGELES, CA 90009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$875.00**

---

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.848**

Nonpriority creditor's name and mailing address

**LOS ANGELES PLUMBING & BACKFLOW**
**LOS ANGELES BUILDING SERVICES**
**12698 SCHABARUM AVE**
**IRWINDALE, CA 91706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.849**

Nonpriority creditor's name and mailing address

**LOUISE PARIS LTD**
**1350 BROADWAY**
**NY, NY 00009-9999**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,835,611.76**

---

**3.850**

Nonpriority creditor's name and mailing address

**LOYAL CHINA (FAR EAST) LTD**
**1405A, CHUNG KIU COMMERCIAL BLDG**
**47 SHANTONG ST.**
**KOWLOON**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$337,960.52**

---

**3.851**

Nonpriority creditor's name and mailing address

**LP SOFTWARE**
**7000 W. 111TH STREET**
**SUITE 305**
**WORTH, IL 60482**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,550.00**

---

**3.852**

Nonpriority creditor's name and mailing address

**LTA ACCESSORIES**
**4030 E GRENORA WAY**
**LONG BEACH, CA 90815**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,300.00**

---

**3.853**

Nonpriority creditor's name and mailing address

**LUCILLE H ERICKSON,TRUSTEE OF THE**
**ERICKSON TRUST 1986 - Q TIP TRUST**
**3300 IRVINE AVENUE**
**SUITE 270**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$23,000.00**

---

**3.854**

Nonpriority creditor's name and mailing address

**LUCKY 7**
**1340 STUTING RD**
**DANIA BEACH, FL 33004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25,872.00**

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.855** | Nonpriority creditor's name and mailing address
**LULU'S INVESTMENT INC**
**678 JAMAICA ROAD**
**EL CAJON, CA 92019**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,733.28**

---

**3.856** | Nonpriority creditor's name and mailing address
**LUXURY HOME TEXTILES**
**230 5TH AVE**
**STE 1606**
**NEW YORK, NY 10001**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25,380.00**

---

**3.857** | Nonpriority creditor's name and mailing address
**LUZ TORRES**
**3902 MOSS TREE ROAD**
**HOUSTON, TX 77043**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$386.10**

---

**3.858** | Nonpriority creditor's name and mailing address
**LVS COLLECTIONS**
**3111 S. VALLEY BLVD.**
**X-102**
**LAS VEGAS, NV 89102**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,399.00**

---

**3.859** | Nonpriority creditor's name and mailing address
**M M & J VENTURES**
**15001 S. FIGUEROA STREET**
**GARDENA, CA 90248**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$88,190.15**

---

**3.860** | Nonpriority creditor's name and mailing address
**M&A LOGISTICS SERVICES**
**444 QUAY AVE UNIT 6**
**WILMINGTON, CA 90744**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Freight**

Is the claim subject to offset? ■ No ☐ Yes

**$12,965.00**

---

**3.861** | Nonpriority creditor's name and mailing address
**M. HIDARY & COMPANY INC.**
**10 WEST 33RD STREET**
**9TH FLOOR**
**NEW YORK, NY 10001-3366**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$109,458.00**

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.862** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$294,498.00**

**MAC LOGISTICS**
**3 GARNET LANE**
**FREEHOLD, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Freight**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.863** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62,257.10**

**MAC WHOLESALE INC**
**PO BOX 480**
**EAST BRIDGEWATER, MA 02333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.864** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$72,060.00**

**MACCABI ART LLC**
**3900 PEMBROKE ROAD**
**PEMBROKE PARK, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.865** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$96,834.00**

**MAD PROJECT INDUSTRIES**
**15 WEST 34TH STREET**
**8TH FLOOR**
**NEW YORK, NY 10081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.866** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$312,945.00**

**MAG APPAREL**
**PO BOX 230824**
**BROOKLYN, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.867** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,403.20**

**MAG APPAREL IMPORTS**
**PO BOX 230824**
**BROOKLYN, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.868** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$328,711.50**

**MAIN STREET MAGIC LLC**
**420 E. 11TH ST #304**
**LOS ANGELES, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.869**

**Nonpriority creditor's name and mailing address**

**MAINTAINCO INC.**
**PO BOX 1785**
**SO. HACKENSACK, NJ 07606-1785**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$41,156.37**

---

**3.870**

**Nonpriority creditor's name and mailing address**

**MAISON ROUGE DECOR INC.**
**P.O.BOX 230168**
**BROOKLYN, NY 11223-0168**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$43,008.00**

---

**3.871**

**Nonpriority creditor's name and mailing address**

**MAJESTIK 1 TRADING**
**18946 CALVERT ST**
**TARZANA, CA 91335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$21,426.00**

---

**3.872**

**Nonpriority creditor's name and mailing address**

**MANGO USA**
**5620 1ST AVE**
**BROOKLYN, NY 11220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$150,273.00**

---

**3.873**

**Nonpriority creditor's name and mailing address**

**MANHATTAN FIRE & SAFETY CORP.**
**242 WEST 30TH STREET**
**7TH FLOOR**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$598.55**

---

**3.874**

**Nonpriority creditor's name and mailing address**

**MANN & BROS INC/IMPERIAL**
**48 WEST 37TH STREET**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$52,957.80**

---

**3.875**

**Nonpriority creditor's name and mailing address**

**MARAIS**
**48 WEST 37TH ST**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$119,635.00**

---

| Debtor | **J & M Sales, Inc.** | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|
| | **MARC BENYOWITZ, ATTORNEY AT LAW**<br>**1480 GLENVILLE DRIVE**<br>**LOS ANGELES, CA 90035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Professional Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,248.00** |
|---|---|---|---|
| | **MARK FIVE SERVICES**<br>**887 PATRIOT DRIVE**<br>**UNIT E**<br>**MOORPARK, CA 93021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,480.00** |
|---|---|---|---|
| | **MARLOW CANDY**<br>**65 HONECK STREET**<br>**ENGLEWOOD, NJ 07631** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,628.00** |
|---|---|---|---|
| | **MARQUIS**<br>**1100 S. SAN PEDRO #0-15**<br>**LOS ANGELES, CA 90015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,657.36** |
|---|---|---|---|
| | **MARSHALL DENNEHEY WARNER**<br>**COLEMAN &**<br>**GOGGIN**<br>**2000 MARKET STREET**<br>**22ND FLOOR**<br>**PHILADELPHIA, PA 19103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,158.40** |
|---|---|---|---|
| | **MASTER TOYS & NOVELTIES INC**<br>**2355 E.37TH SET**<br>**LOS ANGELES, CA 90058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,294.90** |
|---|---|---|---|
| | **MATTEL INC.**<br>**405 E. 78TH ST.**<br>**BLOOMINGTON, MN 55420** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$538,433.00** |
|---|---|---|---|

**MAVERICK APPAREL**
**1384 BROADWAY  14TH FL**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91,780.80** |
|---|---|---|---|

**MAX PRIVATE LABEL**
**7401 S. PULASKI RD. UNIT A**
**CHICAGO, IL 60629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,130.40** |
|---|---|---|---|

**MAX SALES GROUP INC.**
**2331 SOUTH TUBEWAY AVE**
**COMMERCE, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$131,909.80** |
|---|---|---|---|

**MAX'S WHOLESALE**
**2410 EAST 38TH STREET**
**VERNON, CA 90058-1708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,498.00** |
|---|---|---|---|

**MAYRICH COMPANY**
**1010 SESAME STREET**
**FRANKLIN PARK, IL 60131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$297,447.00** |
|---|---|---|---|

**MBK APPAREL**
**9742 SATURN ST**
**LOS ANGELES, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,640.33** |
|---|---|---|---|

**MCALLEN PUBLIC UTLITIES**
**P.O. BOX 280**
**MCALLEN, TX 78505-0280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.890**

**Nonpriority creditor's name and mailing address**
**MCCARTHY INDUSTRIES LTD**
**P O BOX 1051**
**180 TURNPIKE ROAD**
**WESTBOROUGH, MA 01581**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$103,914.00**

---

**3.891**

**Nonpriority creditor's name and mailing address**
**MCM PT. MARGA CHEETAH**
**MANUFACTURER**
**JL DURI SELATAN RAYA NO. 15**
**JAKARTA  11270  11270**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$393,111.85**

---

**3.892**

**Nonpriority creditor's name and mailing address**
**MECCA 5 STAR (VIGOSS)**
**31 WEST 34TH STREET**
**3RD FLOOR**
**NEW YORK, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$367,168.60**

---

**3.893**

**Nonpriority creditor's name and mailing address**
**MECKLENBURG COUNTY TAX COLLECTOR**
**PO BOX 71063**
**CHARLOTTE, NC 28272-1063**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,325.57**

---

**3.894**

**Nonpriority creditor's name and mailing address**
**Medina, Maria**
**c/o Law Offices on Janeen Carlberg**
**611 Civic Center Drive West, Suite 250**
**Santa Ana, CA 92701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.895**

**Nonpriority creditor's name and mailing address**
**MEGA GROUP**
**43 WEST 33RD STREET,**
**SUITE 504**
**NEW YORK, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$66,856.00**

---

**3.896**

**Nonpriority creditor's name and mailing address**
**MEKOR LLC**
**PO BOX 926**
**TENAFLY, NJ 07670**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$28,188.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.897** | Nonpriority creditor's name and mailing address
**Melvin, Shadine**
**c/o Lawyers for Employee & Consumer Righ**
**Vanessa Himeles**
**4100 West Alameda Ave., 3rd Fl.**
**Burbank, CA 91505**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.898** | Nonpriority creditor's name and mailing address
**MERCED COUNTY-PROPERTY TAX**
**KAREN D. ADAMS, TAX COLLECTOR**
**2222 M STREET**
**MERCED, CA 95340**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$675.46**

---

**3.899** | Nonpriority creditor's name and mailing address
**MERCHANDISE NETWORK**
**1407 BROADWAY**
**SUITE 1402**
**NEW YORK, NY 10018**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$150,000.00**

---

**3.900** | Nonpriority creditor's name and mailing address
**MERRITT INFORMATION STRATEGIES**
**258 CHESTNUT HILL ROAD**
**NORWALK, CT 06851**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,000.00**

---

**3.901** | Nonpriority creditor's name and mailing address
**METRO EXPORTS**
**206-208, New East Ocean Centre,**
**9 Science Museum Road,**
**T.S.T., Kowloon**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,216,924.64**

---

**3.902** | Nonpriority creditor's name and mailing address
**METROPOLITAN**
**15001 S FIGUEROA STREET**
**GARDENA, CA 90248**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,130.11**

---

**3.903** | Nonpriority creditor's name and mailing address
**METTRE WHOLESALE**
**6800 GATEWAY EAST SUITE 3-I**
**EL PASO, TX 79815**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,908.00**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,420.00** |
|---|---|---|---|

**MGA ENTERTAINMENT, INC.**
**16300 ROSCOE BLVD. SUITE 150**
**VAN NUYS, CA 91406-1221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$168.00** |
|---|---|---|---|

**MIAMI-DADE FIRE RESCUE DEPARTMENT**
**9300 NW 41ST  STREET**
**MIAMI, FL 33178-2424**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,800,000.00** |
|---|---|---|---|

**Michael Fallas**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,955.61** |
|---|---|---|---|

**MID-ATLANTIC SERVICE 360, INC**
**1500 RIKE DRIVE**
**PO BOX 249**
**MILLSTONE, NJ 08535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172,512.00** |
|---|---|---|---|

**MIK MAK**
**1200 SANTEE STREET #603**
**LOS ANGELES, CA 90015-2557**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,040.00** |
|---|---|---|---|

**MIKE GALVAN**
**2952 S 30TH DRIVE**
**YUMA, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$727,663.20** |
|---|---|---|---|

**MILESTONE**
**646 SAINT VINCENT**
**IRVINE, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.911** | Nonpriority creditor's name and mailing address
**MINER FLEET MANAGEMENT GROUP**
**17319 SAN PEDRO**
**STE. 500**
**SAN ANTONIO, TX 78232**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$5,948.74**

---

**3.912** | Nonpriority creditor's name and mailing address
**MISCHIEF INT**
**501 BROAD AVE**
**UNIT 12**
**RIDGEFIELD, NJ 07657-2348**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$139,676.50**

---

**3.913** | Nonpriority creditor's name and mailing address
**MISCO/MISSRY ASSOCIATES**
**100 SOUTH WASHINGTON AVE**
**DUNELLEN, NJ 08812**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$117,907.40**

---

**3.914** | Nonpriority creditor's name and mailing address
**MISS SPORTSWEAR**
**117 NINTH STREET**
**BROOKLYN, NY 11215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$389,115.50**

---

**3.915** | Nonpriority creditor's name and mailing address
**Mitchell, Larry**
**c/o Steven M. Rubin, Esq.**
**The Rubin Law Corporation**
**1875 Century Park East, Suite 1230**
**Los Angeles, CA 90067**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.916** | Nonpriority creditor's name and mailing address
**MJ ACCESSORIES**
**1410 BROADWAY SUITE 1005**
**NEW YORK, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$4,320.00**

---

**3.917** | Nonpriority creditor's name and mailing address
**MJF PROPERTIES LLC**
**15001 S FIGUEROA ST**
**GARDENA, CA 90248**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$40,750.00**

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,200.00 |
|---|---|---|---|
| | **MMD APPAREL**<br>**35 WEST 36TH STREET SUITE 5W**<br>**NEW YORK, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,751.00 |
|---|---|---|---|
| | **MMS TRADING**<br>**5390 RICKENBACKER RD**<br>**BELL, CA 90201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,268.30 |
|---|---|---|---|
| | **MOBILE MINI**<br>**TEXAS LIMITED PARTNERSHIP**<br>**P.O. BOX 79149**<br>**PHOENIX, AZ 85062-9149** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,208.00 |
|---|---|---|---|
| | **MODA DENIM JEANS USA**<br>**233 AVE W  SUITE 1A**<br>**FIRST FLOOR**<br>**BROOKLYN, NY 11223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $668,140.35 |
|---|---|---|---|
| | **MODA GENTLEMAN**<br>**1426 PALOMA STREET**<br>**LOS ANGELES, CA 90021-2620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,840.00 |
|---|---|---|---|
| | **MODERN CULTURE**<br>**31 WEST 34TH ST**<br>**NEW YORK, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,548.09 |
|---|---|---|---|
| | **MODESTO IRRIGATION DISTRIC**<br>**1231 ELEVENTH STREET**<br>**MODESTO, CA 95352** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Utilities** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.925** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00**

**MODESTO/MERCED COMMERCIAL SWEEPERS**
**PO BOX 1396**
**ATWATER, CA 95301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.926** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mohadjer, Camil**
**c/o Joseph Farzam Law Firm**
**11766 Wilshire Blvd.,**
**Suite 280**
**Los Angeles, CA 90025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.927** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,000.00**

**MOHR AFFINITY LLC**
**DBA LAKE ELSINORE OUTLETS**
**DEPT LA 23822**
**PASADENA, CA 91185-3898**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.928** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,444.80**

**MON CHERI BABY**
**119 WEST 40TH STREET**
**3RD FLR**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.929** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$492,008.50**

**MONARCH APPAREL GROUP**
**309 E 8TH ST 5TH FL**
**LOS ANGELES, CA 90014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.930** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$428,275.60**

**MONTAGE INT.**
**110 EAST 9TH STREET #A443**
**LOS ANGELES, CA 90079-1443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.931** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,632.00**

**MONTCLAIR PLAZA PARTNERS LLC**
**3435 WILSHIRE BLVD**
**SUITE 1840**
**EQUITABLE BLDG**
**LOS ANGELES, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | J & M Sales, Inc. | | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.24 |
|---|---|---|---|

**MONTE VISTA WATER DISTRICT**
**PO BOX 71**
**10575 CENTRAL AVE**
**MONTCLAIR, CA 91763-0071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,566.44 |
|---|---|---|---|

**MONTEREY COUNTY TAX COLLECTOR**
**P O BOX 891**
**SALINAS, CA 93902-0891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,275.81 |
|---|---|---|---|

**MORENO VALLEY PLAZA, LTD.**
**P.O.BOX 845824**
**LOS ANGELES, CA 90084-5824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,558.40 |
|---|---|---|---|

**MORINAGA AMERICA INC**
**18552 MACARTHUR BLVD**
**SUITE 360**
**HIROKI NAGATA**
**IRVINE, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $920.00 |
|---|---|---|---|

**MORNING STAR SWEEPING SERVICES, INC**
**PO BOX 2051**
**RANCHO CUCAMONGA, CA 91729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,340.00 |
|---|---|---|---|

**MOVING TREND**
**213 S 9TH AVE**
**LA PUENTE, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.75 |
|---|---|---|---|

**MR. APPLIANCE**
**PO BOX 429**
**WINCHESTER, CA 92596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.939** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,205.00**

**MR. NOAH/LEONARD FEINBERG**
**PO BOX 780063**
**PHILADELPHIA, PA 19178-0063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.940** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$657,421.10**

**MSA APPAREL**
**1410 BROADWAY**
**RM 703**
**NYC, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.941** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,800.00**

**MUG ME IM FAMOUS**
**153 WEST 27TH SUITE 304**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.942** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,811,228.45**

**MULITEX LIMITED**
**918 CHEUNG SHA WAN RD.**
**9/F ANGEL TOWER**
**KOWLOON, HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.943** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$770.66**

**MURPHY'S ENVIRONMENTAL CONTROL**
**17425 STUEBNER AIRLINE**
**# L**
**SPRING, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.944** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$81,424.80**

**MY BELLE**
**209 W 38TH ST #1010**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.945** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,241.40**

**MY IMPORT WEST**
**7320 SLAUSON AVE**
**COMMERCE, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.946**

**Nonpriority creditor's name and mailing address**
**MYNOR MERLO**
**2625 ROSE HILL LN**
**NIT CLEANING SERVICES**
**RIVERBANK, CA 95367**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,808.00**

---

**3.947**

**Nonpriority creditor's name and mailing address**
**MYSTIC APPAREL**
**1333 BROADWAY 6TH FL**
**NEW YORK, NY 10018**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$261,610.00**

---

**3.948**

**Nonpriority creditor's name and mailing address**
**NAJELY SERNA**
**3900 INDIAN AVE**
**PERRIS, CA 92511**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$26.95**

---

**3.949**

**Nonpriority creditor's name and mailing address**
**NANSHING**
**5822 EAST 61 STREET**
**LOS ANGELES, CA 90040**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$51,984.00**

---

**3.950**

**Nonpriority creditor's name and mailing address**
**NATASHA ACCESSORIES LTD**
**7 WEST 36 STREET #2**
**NYC, NY 10018**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$243,866.00**

---

**3.951**

**Nonpriority creditor's name and mailing address**
**NATCO PRODUCTS**
**155 BROOKSIDE AVENUE**
**WEST WARWICK, RI 02893-0190**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$42,307.00**

---

**3.952**

**Nonpriority creditor's name and mailing address**
**NATIONAL CAP AND SPORTWEAR**
**PO BOX 1927**
**WAYCROSS, GA 31502**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,274.50**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

3.953 | Nonpriority creditor's name and mailing address

**NATIONAL EVENT PUBLICATIONS**
**4908 CREEKSIDE DRIVE**
**CLEARWATER, FL 33760**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,506.26**

---

3.954 | Nonpriority creditor's name and mailing address

**NATIONAL FUEL**
**PO BOX 371835**
**PITTSBURGH, PA 15250-7835**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$934.62**

---

3.955 | Nonpriority creditor's name and mailing address

**NATIONAL MILL IND**
**22 JACKSON DRIVE**
**CRANFORD, NJ 07016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$31,680.00**

---

3.956 | Nonpriority creditor's name and mailing address

**National Stores, Inc.**
**15001 South Figueroa Street**
**Gardena, CA 90248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,240,920.00**

---

3.957 | Nonpriority creditor's name and mailing address

**NATIONALGRID-11735**
**PO BOX 11735**
**NEWARK, NJ 07101-4735**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$995.44**

---

3.958 | Nonpriority creditor's name and mailing address

**NATIONALGRID-11737**
**PO BOX 11737**
**NEWARK, NJ 07101-4737**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,184.16**

---

3.959 | Nonpriority creditor's name and mailing address

**NATIONALGRID-11742**
**PO BOX 11742**
**NEWARK, NJ 07101-4742**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,570.83**

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$738,173.67** |
|---|---|---|---|
| | **NATIONWIDE SECURITY SERVICE, INC.** <br> **208 BROADWAY** <br> **MALDEN, MA 02148** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,242.50** |
|---|---|---|---|
| | **NATURAL COLLECTION** <br> **2277 EAST 16TH ST** <br> **LOS ANGELES, CA 90021** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$336,000.00** |
|---|---|---|---|
| | **NAVIGANT** <br> **4511 PAYSPHERE CIRCLE** <br> **CHICAGO, IL 60674** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,104.00** |
|---|---|---|---|
| | **NECCO INC** <br> **135 AMERICAN LEGION HIGHWAY** <br> **REVERE, MA 02151** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,480.00** |
|---|---|---|---|
| | **NEESO JEANS** <br> **1407 B'WAY** <br> **SUITE #1207** <br> **NEW YORK, NY 10018** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.965 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,309.00** |
|---|---|---|---|
| | **NEESO JEANS** <br> **1407 BROADWAY** <br> **ROOM# 1207** <br> **NEW YORK, NY 10018** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.966 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,365.00** |
|---|---|---|---|
| | **NEJ, INC** <br> **170 PINESBRIDGE ROAD** <br> **BEACON FALLS, CT 06403** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.967** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,350.00**

**NEMCOR**
**11 CISNEY AVE**
**FLORAL PARK, NY 11001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.968** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,648.64**

**NEOPOST**
**PO BOX 30193**
**TAMPA, FL 33630-3193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.969** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115,080.00**

**NESS LEGWEAR**
**1407 BROADWAY SUITE 2010**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.970** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,997.86**

**NEVADA POWER COMPANY**
**P.O. BOX 30086**
**RENO, NV 89520-3086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.971** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$111.08**

**NEW MEXICO GAS COMPANY**
**P.O. BOX 727885**
**ALBUQUERQUE, NM 87125-7885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.972** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105,614.50**

**NEW YORK ACCESSORY GROUP**
**411 FIFTH AVE**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.973** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,994.00**

**NEW YORK ELEGANCE**
**385 5TH AVENUE SUITE 709**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.974** | Nonpriority creditor's name and mailing address

**NEXT LEVEL APPAREL**
**15730 SOUTH FIGUEROA STREET**
**GARDENA, CA 90248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$503,159.50**

---

**3.975** | Nonpriority creditor's name and mailing address

**NEXT STAGE FASHION**
**495 BARELL AVE**
**CARLSTADT, NJ 07072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,116.40**

---

**3.976** | Nonpriority creditor's name and mailing address

**NFI INTERACTIVE LOGISTICS, LLC**
**1515 BURNT MILL ROAD**
**CHERRY HILL, NJ 08003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No  ☐ Yes

**$33,025.00**

---

**3.977** | Nonpriority creditor's name and mailing address

**NICOR GAS**
**PO BOX 5407**
**CAROL STREAM, IL 60197-5407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$865.69**

---

**3.978** | Nonpriority creditor's name and mailing address

**NIKKI CAMPBELL-ACH**
**2701 MCCORD WAY**
**CERES, CA 95307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$506.73**

---

**3.979** | Nonpriority creditor's name and mailing address

**NINA FOOTWEAR**
**200 PARK AVE SOUTH 3RD FLOOR**
**NEW YORK, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,860.00**

---

**3.980** | Nonpriority creditor's name and mailing address

**NINES ENTERPRISES**
**52-07 FLUSHING AVE**
**MASPETH, NY 11378**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$43,344.00**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,643.68 |
|---|---|---|---|

**NINGBO WISE HOME TEXTILE INC**
**#70 CHANGCHUN ROAD**
**9TH FLOOR**
**NINGBO, CHI 00000-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,610.14 |
|---|---|---|---|

**NIPSCO**
**PO BOX 13007**
**MERRILLVILLE, IN 46411-3007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,376.00 |
|---|---|---|---|

**NORTH'S REPUBLIC**
**727 COMMERCIAL AVE**
**CARLSTADT, NJ, NJ 07072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**NORTHEAST TECH COMPACTION LLC**
**RECYCLING EQUIPMENT CORP**
**1 WATERWORKS ROAD**
**OLD BRIDGE, NJ 08857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,299,150.80 |
|---|---|---|---|

**NORTHPOINT TRADING INC.**
**347 5TH AVENUE, FIOOR 2**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,073.72 |
|---|---|---|---|

**NORWALK TOWN SQUARE MANAGEMENT,**
**INC**
**5850 CANOGA AVE**
**SUITE 650**
**WOODLAND HILLS, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339,725.20 |
|---|---|---|---|

**NOTHIN' BUT NET CLOTHING CO.**
**13220 MOORE STREET**
**CERRITOS, CA 90703-2228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.988** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$593.72**

**NWP SERVICES CORP**
**PO BOX 553178**
**DETROIT, MI 48255-3178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.989** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,880.00**

**NY ACCESSORY**
**130MADISON AVE 2ND FLR**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.990** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,686.36**

**NY GALA CORP**
**115 MOONACHINE AVENUE**
**MOONACHIE, NJ 07074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.991** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$268,536.70**

**NY INVASION INC**
**132 W. 36TH STREET**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.992** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,320.80**

**NYSEG**
**P O  BOX 847812**
**BOSTON, MA 02284-7812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.993** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,432,006.34**

**OCEANIC TRADING COMPANY**
**1006 ELEVENTH AVENUE**
**NEPTUNE, NJ 07753-5174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.994** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$236.47**

**OFFICIAL INVESTIGATIONS & SECURITY**
**SERVICES, INC.**
**3284 N BEND RD**
**SUITE 310**
**CINCINNATI, OH 45239-7688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.995** | Nonpriority creditor's name and mailing address
**OG & E**
**PO BOX 24990**
**OKLAHOMA CITY, OK 73124-0990**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,941.83**

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.996** | Nonpriority creditor's name and mailing address
**OKK TRADING**
**2721 EAST 45TH ST**
**VERNON, CA 90058**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$335,694.24**

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.997** | Nonpriority creditor's name and mailing address
**OKLAHOMA NATURAL GAS COMPANY**
**PO BOX 219296**
**KANSAS CITY, MO 64121-9296**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$99.05**

Date(s) debt was incurred __

Basis for the claim: **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.998** | Nonpriority creditor's name and mailing address
**OLIVIA MILLER**
**PO BOX 841925**
**BOSTON, MA 02284-1925**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$70,632.60**

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.999** | Nonpriority creditor's name and mailing address
**OMEGA APPAREL LTD.**
**463 7th Ave**
**Suite 801**
**New York, NY 10018**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$31,566.00**

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 0** | Nonpriority creditor's name and mailing address
**ON POINT BH LLC**
**1407 BROADWAY SUITE 2506**
**NEW YORK, NY 10018**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60,884.00**

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 1** | Nonpriority creditor's name and mailing address
**ONE STEP UP, LTD**
**1412 BROADWAY**
**3RD FLOOR**
**NEW YORK, NY 10018**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,548,642.98**

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.100 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$98,659.15** |
|---|---|---|---|

**ONE STOP APPAREL**
**396 SOUTH CALIFORNIA AVE**
**#1852**
**WEST COVINA, CA 91793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,018.44** |
|---|---|---|---|

**OPPIDAN, LLC**
**C/O EXCEL PROPERTY MGMT SERVICES, I**
**P.O. BOX 2027**
**LONG BEACH, CA 90801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$55,260.00** |
|---|---|---|---|

**ORIENT HOME COLLECTION INC**
**230 5TH AVE**
**SUITE 1703**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$628,213.72** |
|---|---|---|---|

**ORLY SHOE**
**15 WEST 34TH ST 7TH FLOOR**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,818.91** |
|---|---|---|---|

**OSCAR J. GARCIA, C.P.A.**
**FRESNO COUNTY TAX COLLECTOR**
**P.O. BOX 1192**
**FRESNO, CA 93715-1192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$449.67** |
|---|---|---|---|

**OTIS ELEVATOR COMPANY**
**DEPT. LA 21684**
**PASADENA, CA 91185-1684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,400.00** |
|---|---|---|---|

**OUTSET MEDIA**
**106-4226 COMMERCE CIRCLE**
**VICTORIA, CN V8Z6N6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.100**
**9**

**Nonpriority creditor's name and mailing address**

**OVED APPAREL/FERRUCH**
**31 WEST 34TH STREET**
**4TH FLOOR**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$110,637.90**

---

**3.101**
**0**

**Nonpriority creditor's name and mailing address**

**PACIFIC GAS & ELECTRIC - SACRAMENTO**
**BOX 997300**
**SACRAMENTO, CA 95899-7300**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$136,036.46**

---

**3.101**
**1**

**Nonpriority creditor's name and mailing address**

**PACLEXICO,LLC**
**12100 WILSHIRE BLVD**
**SUITE 1050**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$36,725.22**

---

**3.101**
**2**

**Nonpriority creditor's name and mailing address**

**PAETEC COMMUNICATIONS, INC.**
**P.O. BOX 1283**
**BUFFALO, NY 14240-1283**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,148.88**

---

**3.101**
**3**

**Nonpriority creditor's name and mailing address**

**PALMER ELECTRIC INC**
**PO BOX 243**
**N. SYRACUSE, NY 13212-0243**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$194.40**

---

**3.101**
**4**

**Nonpriority creditor's name and mailing address**

**PALO WOODS, LLC**
**C/O WATT MANAGEMENT**
**2716 OCEAN PARK BLVD.,**
**#3040**
**SANTA MONICA, CA 90405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$67,308.68**

---

**3.101**
**5**

**Nonpriority creditor's name and mailing address**

**PAN OCEANIC**
**15 WEST 37TH STREET**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$72,616.10**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

**PANTIES PLUS INC.**
**320 FIFTH AVE.,**
**2ND FLOOR**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$196,017.00**

---

**3.101 7**

**Nonpriority creditor's name and mailing address**

**PAR INTERNATIONAL INC**
**2160 MCGRAW ROAD**
**COLUMBUS, OH 43207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,289.25**

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

**PARACORP**
**2804 GATEWAY OAKS DR**
**SUITE 100**
**SACRAMENTO, CA 95833**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.101 9**

**Nonpriority creditor's name and mailing address**

**Paralee Holmes**
**c/o Gregg I. Shavitz, Esq.**
**Shavitz Law Group, PA**
**951 Yamato Road, Suite 285**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.102 0**

**Nonpriority creditor's name and mailing address**

**PARISH NATION**
**25 WEST 36TH ST 4TH FL**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,338.00**

---

**3.102 1**

**Nonpriority creditor's name and mailing address**

**PATRIOT ENVIRONMENTAL SERVICES, INC**
**508 EAST E STREET**
**UNIT A**
**WILMINGTON, CA 90744**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,299.00**

---

**3.102 2**

**Nonpriority creditor's name and mailing address**

**PC CASHDRAWER**
**1085 BLUFF DRIVE**
**OSAGE BEACH, MO 65065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$31,818.15**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.102 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,257.18** |
|---|---|---|---|
| | **PECO-PAYMENT PROCESSING**<br>**PO BOX 37629**<br>**PHILADELPHIA, PA 19101-0629** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Utilities | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Peele, Delia**<br>**c/o Law Office of Michael L. Justice**<br>**Michael L. Justice, Esq.**<br>**5707 Corsa Avenue,  2nd Floor**<br>**Westlake Village, CA 91362** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Litigation | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,845.00** |
|---|---|---|---|
| | **PEGASUS MARITIME INC**<br>**535 N. BRAND BLVD**<br>**SUITE 400**<br>**GLENDALE, CA 91203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Freight | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,035,170.36** |
|---|---|---|---|
| | **PEM-AMERICA (H.K.) COMPANY LIMITED**<br>**FLAT 1907,19TH FLOOR GREAT EAGLE**<br>**CENTRE 23 HARBOUR ROAD**<br>**WANCHAI** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$382.47** |
|---|---|---|---|
| | **PENNSYLVANIA AMERICAN WATER**<br>**P O  BOX 371412**<br>**PITTSBURGH, PA 15250-7412** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Utilities | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,322.28** |
|---|---|---|---|
| | **PENSKE TRUCK LEASING CO.**<br>**P.O. BOX 7429**<br>**PASADENA, CA 91109-7429** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,216.04** |
|---|---|---|---|
| | **PEOPLE READY, INC**<br>**1015 A STREET**<br>**TACOMA, WA 98402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

**3.103 0**

Nonpriority creditor's name and mailing address
**PEOPLES GAS**
PO BOX 2968
MILWAUKEE, WI 53201-2968

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$377.88**

**3.103 1**

Nonpriority creditor's name and mailing address
**PEOPLES NATURAL GAS COMPANY**
PO BOX 644760
PITTSBURGH, PA 15264-4760

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$34.69**

**3.103 2**

Nonpriority creditor's name and mailing address
**PEPCO**
PO BOX 13608
PHILADELPHIA, PA 19101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$2,155.61**

**3.103 3**

Nonpriority creditor's name and mailing address
**Perez de Cabrera, Maria**
c/o Eli M. Kantor, Esq.
9595 Wilshire Blvd., Ste. 405
Beverly Hills, CA 90212

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.103 4**

Nonpriority creditor's name and mailing address
**PERFECT IMAGE**
10W 33RD ST
NEWYORK, NY 10001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$38,970.00**

**3.103 5**

Nonpriority creditor's name and mailing address
**PFP SYSTEMS TESTING, INC**
PO BOX 1057
BURBANK, CA 91507

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$624.00**

**3.103 6**

Nonpriority creditor's name and mailing address
**PHILLIP MARCIANO**
1407 BROADWAY
STE 1804
NEW YORK, NY 10018

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$208,611.00**

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.103
7**

**Nonpriority creditor's name and mailing address**

**PHILSHIRT UNIFORM INC.**
**1737-L DIAN CORNER DAYAP ST.PALANAN**
**MAKATI, METRO MANILA   01235**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$572,694.12**

---

**3.103
8**

**Nonpriority creditor's name and mailing address**

**PICO IMPORTS EXQUISITE APPAREL**
**P.O. BOX 360286**
**PITTSBURGH, PA 15250**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$89,128.00**

---

**3.103
9**

**Nonpriority creditor's name and mailing address**

**PICO RIVERA PLAZA**
**C/O GASKA**
**100 W. BROADWAY, SUITE 950**
**GLENDALE, CA 91210**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,349.95**

---

**3.104
0**

**Nonpriority creditor's name and mailing address**

**PICO WATER DISTRICT**
**P.O. BOX 758**
**PICO RIVERA, CA 90660-0758**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$55.23**

---

**3.104
1**

**Nonpriority creditor's name and mailing address**

**PIEDMONT NATURAL GAS**
**PO BOX 660920**
**DALLAS, TX 75266-0920**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$23.80**

---

**3.104
2**

**Nonpriority creditor's name and mailing address**

**PIEGE C/O FELINA**
**12 W 32ND STREET 4TH FLR**
**NEW YORK, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,421.50**

---

**3.104
3**

**Nonpriority creditor's name and mailing address**

**PIER ENTERPRISES LTD**
**27-33 NATHAN ROAD 6TH FLOOR**
**BLOCK C & D**
**KOWLOON**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$75,978.40**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor | **J & M Sales, Inc.** |
| | Name |

Case number (*if known*)    **18-11801 (LSS)**

---

| 3.104 4 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$10,814.50** |
|---|---|---|---|---|

**PIETRANTONI MENDEZ & ALVAREZ**
**POPULAR CENTER 19TH FL**
**208 PONCE DE LEON AV**
**SAN JUAN, PR 00918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 5 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$1,181,596.10** |
|---|---|---|---|---|

**PLANET SOX**
**463 7TH AVENUE**
**4TH FLOOR**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 6 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$56,376.00** |
|---|---|---|---|---|

**PLAYTEK TOYS LLC**
**148 MADISON AVE. 8TH FLOOR**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 7 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$10,598.57** |
|---|---|---|---|---|

**PLYMOUTH ROCK ENERGY, LLC**
**PO BOX 28420**
**NEW YORK, NY 10087-8420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 8 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$6,554.48** |
|---|---|---|---|---|

**PNM**
**P.O. BOX 27900**
**ALBUQUERQUE, NM 87125-7900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 9 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$58,546.00** |
|---|---|---|---|---|

**PNW**
**14305 DON JULIAN RD**
**CITY OF INDUSTRY, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 0 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$20,374.00** |
|---|---|---|---|---|

**POMONA DEVELOPMENT,LLC**
**15001 S FIGUEROA ST**
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.105**
**1**

**Nonpriority creditor's name and mailing address**

**POOF APPAREL**
**1407 BROADWAY**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$478,157.00**

---

**3.105**
**2**

**Nonpriority creditor's name and mailing address**

**POP TIME/ZIGGY SNACK FOOD LLC**
**200 CLIFTON BLVD SUITE 1**
**NEW JERSEY, NJ 07011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,604.00**

---

**3.105**
**3**

**Nonpriority creditor's name and mailing address**

**POPULAR BATH**
**808 GEORGIA AVENUE**
**BROOKLYN, NY 11207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15,030.00**

---

**3.105**
**4**

**Nonpriority creditor's name and mailing address**

**PREMIER HOME IMPORTS LLC**
**230 5TH AVE SUITE 1600**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$36,200.00**

---

**3.105**
**5**

**Nonpriority creditor's name and mailing address**

**PREMIER KITCHEN DBA MYSTIC**
**34 WEST 33RD ST 11TH FLR**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$148,012.80**

---

**3.105**
**6**

**Nonpriority creditor's name and mailing address**

**PRICE POWER INTER**
**4724 S. BOYLE AVE**
**VERNON, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,112.80**

---

**3.105**
**7**

**Nonpriority creditor's name and mailing address**

**PRIMARY COLORS**
**1899 COTTAGE STREET,**
**ASHLAND, OH 44805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$26,158.20**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.105 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,909.84** |
|---|---|---|---|

**PRIMESTOR 19TH AVENUE, LLC**
**C/O PRIMESTOR DEVELOPMENT, INC**
**201 SOUTH FIGUEROA ST, SUITE 300**
**LOS ANGELES, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,750.00** |
|---|---|---|---|

**PRINCETON SEARCH, LLC**
**DBA PRINCETON ONE**
**23 ORCHARD RD**
**#103**
**SKILLMAN, NJ 08558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,431.21** |
|---|---|---|---|

**PRO AIR MECHANICAL CORP**
**1233 MCDONALD AVE**
**BROOKLYN, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,144.50** |
|---|---|---|---|

**PRO LINE SPORTS LTD**
**275 ROCKY LAKE DRIVE UNIT#9**
**BEDFORD, CN B4A2T3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,912.45** |
|---|---|---|---|

**PROACTIVE WORK HEALTH SERVICES**
**39251 10TH STREET**
**WEST PALMDALE, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,295.00** |
|---|---|---|---|

**PROFESSIONAL PLUMBING & DRAIN**
**CLEANING, INC**
**1440 S. STATE COLLEGE BLVD**
**SUITE 4G**
**ANAHEIM, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|--------|-------------------|------------------------|----------------|
| | Name | | |

---

**3.106 4**

**Nonpriority creditor's name and mailing address**
**PROFUSION COSMETICS CORP**
**2840 S RERSERVOIR ST**
**POMONA, CA 91766**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$131,381.00**

---

**3.106 5**

**Nonpriority creditor's name and mailing address**
**PROJECT 28**
**1407 Broadway**
**NEW YORK, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$53,880.00**

---

**3.106 6**

**Nonpriority creditor's name and mailing address**
**PROTECH STAFFING**
**1737 ATLANTA AVE**
**SUITE H2-B**
**RIVERSIDE, CA 92507**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$662,245.79**

---

**3.106 7**

**Nonpriority creditor's name and mailing address**
**PROTECTION ONE**
**P O  BOX 872987**
**KANSAS CITY, MO 64187-2987**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,549.50**

---

**3.106 8**

**Nonpriority creditor's name and mailing address**
**PSE&G CO**
**PO BOX 14444**
**NEW BRUNSWICK, NJ 08906-4444**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$25,181.95**

---

**3.106 9**

**Nonpriority creditor's name and mailing address**
**PSEG-LONG ISLAND**
**PO BOX 888**
**HICKSVILLE, NY 11802-0888**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,731.86**

---

**3.107 0**

**Nonpriority creditor's name and mailing address**
**PSNC ENERGY**
**PO BOX 100256**
**COLUMBIA, SC 29202-3256**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$39.06**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.107**
**1**

**Nonpriority creditor's name and mailing address**
**PT ICONS/MULTI BUSANA**
**GEDUNG DWIMA PLAZA I LT.6**
**JL.A.YANI KAV.67**
**ENDY BUTUN**
**CEMPAKA PUTIH   00009-9999**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$203,440.80**

---

**3.107**
**2**

**Nonpriority creditor's name and mailing address**
**PUBLIC WORKS COMMISSION**
**PO BOX 7000**
**FAYETTEVILLE, NC 28302-7000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$843.72**

---

**3.107**
**3**

**Nonpriority creditor's name and mailing address**
**PUZZLES ENTERPRISE INC**
**3022 S GRAND AVE**
**LOS ANGELES, CA 90007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$71,183.30**

---

**3.107**
**4**

**Nonpriority creditor's name and mailing address**
**PW SHOES**
**5830 GRAND AVE 3A**
**MASPETH, NY 11378**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$44,216.88**

---

**3.107**
**5**

**Nonpriority creditor's name and mailing address**
**QINGDAO MAXWILL APPAREL CO., LTD**
**C2204, JINHUAN MANSION, NO.114**
**YAN'AN SAN ROAD**
**QINGDAO, CHI 00000-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$71,539.20**

---

**3.107**
**6**

**Nonpriority creditor's name and mailing address**
**QUALITY A/C & HEATING, LLC**
**1565 S. VETERANS BLVD**
**EAGLE PASS, TX 78852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$4,600.62**

---

**3.107**
**7**

**Nonpriority creditor's name and mailing address**
**QUALITY SOLUTIONS, INC**
**DBA QSI FACILITIES**
**128 N. FIRST STREET**
**COLWICH, KS 67030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$109,307.58**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.107 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$63,128.00** |

**R & F MARKETING**
**230 5TH AVE**
**SUITE 1107**
**NEW YORK, NY 10001-7748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$48,483.60** |

**R.K. MANUFACTURING-EURO GARMENTS**
**NONE**
**NONE, XX 00009-9999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,794.40** |

**RAD COOLING SYSTEM INC**
**7461 SIMMS ST**
**HOLLYWOOD, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$108,010.80** |

**RAFELLO**
**10413 RUSH ST**
**EL MONTE, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$141,197.00** |

**RAGS II RICHES**
**1926 E. 14TH ST**
**LOS ANGELES, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$401,980.00** |

**RAMALLAH TRADING**
**295 FIFTH AVE**
**SUITE 219**
**NEW YORK, NY 10016-7103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,236.00** |

**RASOLLI FOOTWEAR/JUMBO SHOES**
**1410 BROADWAY**
**SUITE 1402**
**NEW YORK, NY 10118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J & M Sales, Inc. | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.108 5**

**Nonpriority creditor's name and mailing address**

**RDEV MESA RANCH, LLC**
**PO BOX 82552**
**GOLETA, CA 93118**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$54,805.24**

---

**3.108 6**

**Nonpriority creditor's name and mailing address**

**REAL UNDERWEAR**
**389 5TH AVE**
**304**
**NEW YORK, NY 10016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$965.00**

---

**3.108 7**

**Nonpriority creditor's name and mailing address**

**REAL UNDERWEAR GROUP**
**183 MADISON AVENUE**
**SUITE 419**
**NEW YORK, NY 10016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$124,296.56**

---

**3.108 8**

**Nonpriority creditor's name and mailing address**

**REBA AMERICA LLC**
**2905 NW 109TH AVENUE**
**DORAL, FL 00033-1272**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$32,814.00**

---

**3.108 9**

**Nonpriority creditor's name and mailing address**

**REDFORD TOWNSHIP WATER DEPT.**
**WATER AND SEWER DEPARTMENT**
**12200 BEECH DALY ROAD**
**REDFORD, MI 48239**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$166.06**

---

**3.109 0**

**Nonpriority creditor's name and mailing address**

**REFLEX SALES GROUP**
**6219 BALCOM AVE. STE 101**
**ENCINO, CA 91316**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$50,801.70**

---

**3.109 1**

**Nonpriority creditor's name and mailing address**

**REFQUA LLC &/OR JEWELRY CENTER LLC**
**1559 S SEPULVEDA BLVD**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$40,140.00**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.109 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,192.00** |
|---|---|---|---|

**REFUEL**
**1384 BROADWAY #407**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$129,192.00** |
|---|---|---|---|

**REGAL HOME COLLECTIONS INC.**
**295 5TH AVENUE**
**1012**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59,007.00** |
|---|---|---|---|

**REGAL WEAR**
**15 TRIANGLE BLVD**
**CARLSTADT, NJ 07072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,220.00** |
|---|---|---|---|

**REGENCY FIRE & SECURITY SERVICES**
**7651 DENSMORE AVE.**
**VAN NUYS, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,875.00** |
|---|---|---|---|

**REGENCY TESTING, INC.**
**7651 DENSMORE AVE.**
**VAN NUYS, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$130,614.96** |
|---|---|---|---|

**RELIANT ENERGY SOLUTIONS**
**DEPT. 0954**
**P.O.BOX 120954**
**DALLAS, TX 75312-0954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170,824.50** |
|---|---|---|---|

**RENFRO CORP.**
**P.O. BOX 932492**
**ATLANTA, GA 31193-2492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.109 9**

**Nonpriority creditor's name and mailing address**
**REPUBLIC SERVICES, INC.**
**P.O. BOX 78040**
**PHOENIX, AZ 85062-8040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☐ No ☐ Yes

$636,390.74

---

**3.110 0**

**Nonpriority creditor's name and mailing address**
**RETAIL PROCESS ENGINEERING, LLC**
**20537 AMBERFIELD DR**
**LAND O' LAKES, FL 34638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$86,717.85

---

**3.110 1**

**Nonpriority creditor's name and mailing address**
**REVMAN INTERNATIONAL**
**1211 AVENUE OF THE AMERICAS**
**#3000**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$45,100.00

---

**3.110 2**

**Nonpriority creditor's name and mailing address**
**RG&E**
**P O BOX 847813**
**BOSTON, MA 02284-7813**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$2,452.94

---

**3.110 3**

**Nonpriority creditor's name and mailing address**
**RGIS INVENTORY SPECIALISTS**
**P.O.BOX 77631**
**DETROIT, MI 48277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$285,788.66

---

**3.110 4**

**Nonpriority creditor's name and mailing address**
**RICH DEVELOPMENT INDIO III, LLC**
**1000 N. WESTERN AVE.,**
**STE.200**
**SAN PEDRO, CA 90732**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ☐ No ☐ Yes

$34,517.88

---

**3.110 5**

**Nonpriority creditor's name and mailing address**
**RICHT INTERNATIONAL**
**PO BOX 83**
**TUCKER, GA 30085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$8,416.50

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.110
6**

**Nonpriority creditor's name and mailing address**

**RIDHI SIDHI ENTERPRISES LLC**
**262 W 38TH STREET**
**SUITE # 506**
**NEW YORK, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$951,782.89**

---

**3.110
7**

**Nonpriority creditor's name and mailing address**

**RIFLESSI**
**120 INDUSTRIAL AVE UNIT A**
**LITTLE FERRY, NJ 07643**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,987.00**

---

**3.110
8**

**Nonpriority creditor's name and mailing address**

**Riquiac, Josefa**
**c/o Larry W. Lee**
**Diversity Law Group, PC**
**515 S. Figueroa St., Ste. 1250**
**Los Angeles, CA 90071**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110
9**

**Nonpriority creditor's name and mailing address**

**RISE AS ONE CORP**
**375 NORTH ST**
**STE A**
**TETERBORO, NJ 07608**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,489.60**

---

**3.111
0**

**Nonpriority creditor's name and mailing address**

**RIVIERA TEXTILES CORP**
**PO BOX 20264**
**GREELEY SQUARE STA**
**NEW YORK, NY 10001-0003**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$37,224.00**

---

**3.111
1**

**Nonpriority creditor's name and mailing address**

**ROCKHOUSE INDUSTRIES, INC.**
**406 SOUTH LINCOLN**
**LOWELL, AR 72745**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,560.00**

---

**3.111
2**

**Nonpriority creditor's name and mailing address**

**ROCKIN FOOTWEAR**
**1600 N.W 165TH ST**
**NORTH MIAMI BEACH, FL 33169**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$42,528.90**

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.111 3**

**Nonpriority creditor's name and mailing address**
**ROLLAND**
**3140 TOWERWOOD DR**
**DALLAS, TX 75234**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$1,932.11**

---

**3.111 4**

**Nonpriority creditor's name and mailing address**
**ROPERS, MAJESKI, KOHN & BENTLEY**
**1001 MARSHALL STREET**
**SUITE 500**
**REDWOOD CITY, CA 94063-2052**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$378,887.88**

---

**3.111 5**

**Nonpriority creditor's name and mailing address**
**ROSENAU BECK INC.**
**1310 INDUSTRIAL HIGHWAY**
**SOUTHAMPTON, PA 18966**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$858,947.40**

---

**3.111 6**

**Nonpriority creditor's name and mailing address**
**ROSETTI HANDBAGS & ACCESSORIES**
**10 WEST 33RD STREET**
**NEW YORK, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$269,958.00**

---

**3.111 7**

**Nonpriority creditor's name and mailing address**
**ROSETTI HANDBAGS AND ACCESSORIES**
**1359 BROADWAY**
**NEW YORK, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$96,177.00**

---

**3.111 8**

**Nonpriority creditor's name and mailing address**
**ROTO ROOTER PLUMBING SERVICE**
**5672 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$6,024.33**

---

**3.111 9**

**Nonpriority creditor's name and mailing address**
**ROTO-ROOTER Chatsworth CA**
**HSW RR, INC DBA ROTO ROOTER PLUMG**
**20542 PLUMMER STREET**
**CHATSWORTH, CA 91311**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

**$1,536.96**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.112 0**

**Nonpriority creditor's name and mailing address**

**ROXBOROUGH, POMERANCE,NYE & ADRIANI**
**5820 CANOGA AVE**
**SUITE 250**
**WOODLAND HILLS, CA 91367**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$388,705.74**

---

**3.112 1**

**Nonpriority creditor's name and mailing address**

**ROYAL DELUXE ACCESSORIES LLC**
**2563 BRUNSWICK AVE**
**BLDG O**
**LINDEN, NJ 07036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$927,979.68**

---

**3.112 2**

**Nonpriority creditor's name and mailing address**

**ROYAL FASHION GROUP LLC**
**1385 Broadway**
**Suite 423**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$29,150.00**

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

**ROYAL WEAR**
**5220 NEW UTRECHT AVE B-2**
**BROOKLYN, NY 11219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$28,411.20**

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

**RYAN RYAN DELUCA LLP**
**707 SUMMER ST**
**STAMFORD, CT 06901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19,473.87**

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

**S & L HOME FASHIONS**
**5601 DOWNEY RD.**
**VERNON, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,391,061.29**

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

**S MAYA + SONS**
**PO BOX 58471**
**LOS ANGELES, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,508.50**

---

| Debtor | J & M Sales, Inc. | | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|---|
| | Name | | | |

| 3.112 7 | **Nonpriority creditor's name and mailing address**<br>**S SQUARE CORP**<br>**212 MONTEREY PASS RD #0**<br>**MONTEREY PARK, CA 91754**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$17,559.75** |
|---|---|---|---|
| 3.112 8 | **Nonpriority creditor's name and mailing address**<br>**S.O.B.**<br>**1504 SOUTH MAIN STREET**<br>**LOS ANGELES, CA 90015-2504**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$42,372.00** |
| 3.112 9 | **Nonpriority creditor's name and mailing address**<br>**SA MODE**<br>**110 EAST 9TH STREET #A459**<br>**LOS ANGELES, CA 90079-1461**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$115,586.25** |
| 3.113 0 | **Nonpriority creditor's name and mailing address**<br>**SAACHI**<br>**450 BARELL AVE**<br>**CARLSTADT, NJ 07072**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,000.00** |
| 3.113 1 | **Nonpriority creditor's name and mailing address**<br>**SACRAMENTO COUNTY-DEPT OF FINANCE**<br>**P. O. BOX 508**<br>**UNSECURED TAX UNIT**<br>**SACRAMENTO, CA 95812-0508**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Taxes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,312.68** |
| 3.113 2 | **Nonpriority creditor's name and mailing address**<br>**SACRAMENTO SUBURBAN WATER DISTRICT**<br>**PO BOX 1420**<br>**SUISUN CITY, CA 94585-4420**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$393.49** |
| 3.113 3 | **Nonpriority creditor's name and mailing address**<br>**Safeway**<br>**c/o Aimee Wong, Esq.**<br>**Udell Wang, LLP**<br>**445 S. Figueroa Street,   Ste 2250**<br>**Los Angeles, CA 90071**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Litigation__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.113**
**4**

**Nonpriority creditor's name and mailing address**
**SAKAR**
**195 CARTER DRIVE**
**EDISON, NJ 08817**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$154,900.00**

---

**3.113**
**5**

**Nonpriority creditor's name and mailing address**
**SAL BOLANOS, INC.**
**DBA BUENA VISTA LANDSCAPE**
**PO BOX 28307**
**FRESNO, CA 93729**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,800.00**

---

**3.113**
**6**

**Nonpriority creditor's name and mailing address**
**SALINAS FALSE ALARM REDUCTION**
**PROGR**
**P.O. BOX 748187**
**LOS ANGELES, CA 90074-8187**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$63.75**

---

**3.113**
**7**

**Nonpriority creditor's name and mailing address**
**SALLAND INDUSTRIES**
**300 WEST 4TH STREET**
**SUITE F**
**EUREKA, MO 63025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$66,690.00**

---

**3.113**
**8**

**Nonpriority creditor's name and mailing address**
**SALLYPORT COMMERCIAL FINANCE, LLC**
**PO BOX 4776**
**DEPT. 200**
**HOUSTON, TX 77210-4776**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No ☐ Yes

**$122,570.65**

---

**3.113**
**9**

**Nonpriority creditor's name and mailing address**
**SAM SALEM & SONS**
**302 5TH AVENUE 4TH FL**
**NEW YORK, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$650,121.51**

---

**3.114**
**0**

**Nonpriority creditor's name and mailing address**
**SAMPLE ENTERPRISES, INC.**
**3020 LOCUST STREET**
**LAREDO, TX 78043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

**SAN ANTONIO POLICE DEPARTMENT
ALARM UNIT
P.O. BOX 839948
SAN ANTONIO, TX 78283-3948**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.114 2**

**Nonpriority creditor's name and mailing address**

**SAN ANTONIO WATER SYSTEM
P.O. BOX 2990
SAN ANTONIO, TX 78299-2990**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$663.01**

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

**SAN DIEGO GAS & ELECTRIC
P.O. BOX 25111
SANTA ANA, CA 92799-5111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$38,983.35**

---

**3.114 4**

**Nonpriority creditor's name and mailing address**

**SAN DIEGO POLICE DEPARTMENT
POLICE PERMITS AND LICENSING MS 735
P.O. BOX 121431
SAN DIEGO, CA 92112-1431**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.114 5**

**Nonpriority creditor's name and mailing address**

**SAN FRANCISCO PUBLIC UTILI
COMMISSION
P.O. BOX 7369
SAN FRANCISCO, CA 94120-7369**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$158.85**

---

**3.114 6**

**Nonpriority creditor's name and mailing address**

**SAN JOSE WATER COMPANY
110 W. TAYLOR ST.
SAN JOSE, CA 95110-2131**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$883.82**

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

**SAN PEDRO ELECTRIC SIGN COMPANY
701 LAKME AVENUE
WILMINGTON, CA 92058**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$32,177.69**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **J & M Sales, Inc.**
_____
Name

Case number (if known)    **18-11801 (LSS)**
_____

---

| 3.114 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SANDER SALES**
**200 SEAVIEW DRIVE**
**2ND FLOOR**
**SECAUCUS, NJ 07094**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$14,310.00**

---

| 3.114 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SANDRA HAMMER HOPKINS  DBA**
**CORKYS FIRE EXTINGUISHER SALES + SR**
**PO BOX 6055**
**MCALLEN, TX 78502**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$72.53**

---

| 3.115 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SANDY JACKSON ASSOCIATES INC**
**2336 WISTERIA DRIVE SUITE 140**
**SNELLVILLE, GA 30078**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$46,875.00**

---

| 3.115 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAPMAN SPORTSWEAR, INC.**
**437 EAST 16TH STREET**
**LOS ANGELES, CA 90015-3726**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$25,196.00**

---

| 3.115 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SARAMAX**
**1372 BROADWAY**
**NEW YORK, NY 00009-9999**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$230,378.18**

---

| 3.115 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SASHA HANDBAGS**
**10 WEST 33RD STREET #418**
**NEW YORK, NY 10001-3306**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$465,814.00**

---

| 3.115 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SATO LABELING SOLUTIONS AMERICA INC**
**DEPT CH17888**
**PALATINE, IL 06005-5788**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$151,668.85**

---

| Debtor | **J & M Sales, Inc.** | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.115 5 | **Nonpriority creditor's name and mailing address**<br>**SAVANTE APPAREL INC.**<br>**1385 BROADWAY**<br>**SUITE 606**<br>**NEW YORK, NY 10018** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$119,784.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 6 | **Nonpriority creditor's name and mailing address**<br>**SAVE MART SUPERMARKETS**<br>**C/O REAL ESTATE DEPT/JENNIFER DAVIS**<br>**1800 STANDIFORD AVE.,**<br>**MODESTO, CA 95352** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$81,696.45** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 7 | **Nonpriority creditor's name and mailing address**<br>**SCE&G**<br>**PO BOX 100255**<br>**COLUMBIA, SC 29202-3255** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,060.66** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Utilities**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 8 | **Nonpriority creditor's name and mailing address**<br>**SCOPE APPAREL**<br>**PO BOX 1036**<br>**CHARLOTTE, NC 01036** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$63,270.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 9 | **Nonpriority creditor's name and mailing address**<br>**SD WHOLESALE**<br>**10 W. 33RD ST.**<br>**SUITE #416**<br>**NEW YORK, NY 10001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$83,710.50** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 0 | **Nonpriority creditor's name and mailing address**<br>**SEA BREEZE WATER DISTRICT**<br>**1280 TITUS AVENUE**<br>**ROCHESTER, NY 14617** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$90.13** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Utilities**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 1 | **Nonpriority creditor's name and mailing address**<br>**SECRET LACE**<br>**1450 BROADWAY, 21ST FLOOR**<br>**NEW YORK, NY 10018** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22,715.88** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | J & M Sales, Inc. | | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.116
2**

**Nonpriority creditor's name and mailing address**

**SEENA INTERNATIONAL/BROOKLYN**
**1140 MOTOR PARKWAY**
**SUITE A**
**HAUPPAUGE, NY 11788-5255**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$27,360.00**

---

**3.116
3**

**Nonpriority creditor's name and mailing address**

**SELDAT**
**28 WEST 37TH STREET**
**NEW YORK, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,668.75**

---

**3.116
4**

**Nonpriority creditor's name and mailing address**

**SELDAT DISTRIUBUTION INC.**
**23 MACK DRIVE**
**EDISON, NJ 08817**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Freight**

Is the claim subject to offset? ■ No ☐ Yes

**$141,833.45**

---

**3.116
5**

**Nonpriority creditor's name and mailing address**

**SELDAT INC.**
**15 THATCHER ROAD**
**DAYTON, NJ 08810**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$581,560.19**

---

**3.116
6**

**Nonpriority creditor's name and mailing address**

**SELECT EXTERMINATING**
**332 FRANKLIN AVE**
**FRANKLIN SQUARE, NY 11010**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19,821.04**

---

**3.116
7**

**Nonpriority creditor's name and mailing address**

**SELINI**
**70 OLD TURNPIKE RD**
**WAYNE, NJ 07470**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$132,312.00**

---

**3.116
8**

**Nonpriority creditor's name and mailing address**

**SENSATIONAL COLLECTIONS**
**1937 EAST 9TH STREET**
**BROOKLYN, NY 11223**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$48,165.75**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

**3.116 9**

**Nonpriority creditor's name and mailing address**
**SENSATIONAL COLLECTIONS/US APPAREL**
**1410 BROADWAY #505**
**NEW YORK, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,840.00**

**3.117 0**

**Nonpriority creditor's name and mailing address**
**SENSATIONAL FASHIONS**
**1410 BROADWAY RM 505**
**NY, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,200.00**

**3.117 1**

**Nonpriority creditor's name and mailing address**
**SERVICE EXPERTS - DFW**
**1207 AVENUE L**
**PLANO, TX 75074**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$140.72**

**3.117 2**

**Nonpriority creditor's name and mailing address**
**SEVEN APPAREL**
**347 5TH AVENUE #201**
**NEW YORK, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,830,709.40**

**3.117 3**

**Nonpriority creditor's name and mailing address**
**SEWING COLLECTION INC.**
**3113 EAST 26TH STREET**
**VERNON, CA 90058**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$27,859.50**

**3.117 4**

**Nonpriority creditor's name and mailing address**
**SHABBIR A. KHAN**
**SAN JOAQUIN COUNTY TAX COLLECTOR**
**P.O. BOX 2169**
**STOCKTON, CA 95201-2169**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$495.70**

**3.117 5**

**Nonpriority creditor's name and mailing address**
**SHAH SAFARI**
**14 W ROY ST**
**SEATTLE, WA 98119**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,392.00**

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.117 6**

**Nonpriority creditor's name and mailing address**
**SHALOM INTERNATIONAL**
**8 NICHOLAS COURT**
**SUITE B**
**DAYTON, NJ 08810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$263,939.75**

---

**3.117 7**

**Nonpriority creditor's name and mailing address**
**SHARK EYES**
**2110 E. 25TH ST.**
**VERNON, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$55,417.20**

---

**3.117 8**

**Nonpriority creditor's name and mailing address**
**Shason, Inc.**
**c/o Resch, Polster & Berger, LLP**
**1840 Century Park East,**
**17th Floor**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 9**

**Nonpriority creditor's name and mailing address**
**Shefa LMV, Inc.**
**c/o Daniel N. Greenbaum**
**Law Offices of Daniel N. Greenbaum**
**7120 Hayvenhurst Ave., Ste 320**
**Van Nuys, CA 91496**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118 0**

**Nonpriority creditor's name and mailing address**
**SHEILD SECURITY SYTEMS**
**7456 WEST 5TH AVE**
**INSTAKEY SECURITY**
**LAKEWOOD, CO 80226**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,244.00**

---

**3.118 1**

**Nonpriority creditor's name and mailing address**
**SHELL-LYNN ELECTRICAL CONSTRUCTION**
**10 MOUNTAIN AVE**
**MONTVILLE, NJ 07045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,914.44**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.118 2**

**Nonpriority creditor's name and mailing address**
**SHERITRU PARTNERS, LTD**
**C/O CARROLTON PARK SHOPPING**
**CENTER**
**4501 SUNBELT DRIVE**
**SUITE B**
**ADDISON, TX 75001**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$4,336.59**

---

**3.118 3**

**Nonpriority creditor's name and mailing address**
**SHINE IMPORTS**
**912 E PICO RD**
**LOS ANGELES, CA 90021**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$54,940.40**

---

**3.118 4**

**Nonpriority creditor's name and mailing address**
**SHOE BOX TRADING**
**9639 RUSH ST**
**SOUTH ELMONTE, CA 91733**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,564.00**

---

**3.118 5**

**Nonpriority creditor's name and mailing address**
**SHRED-IT USA  LLC**
**28883 NETWORK PLACE**
**CHICAGO, IL 60673-1288**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,084.35**

---

**3.118 6**

**Nonpriority creditor's name and mailing address**
**SIEMENS INDUSTRY, INC**
**PO BOX 2134**
**CAROL STREAM, IL 60132-2134**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$830.00**

---

**3.118 7**

**Nonpriority creditor's name and mailing address**
**SIGNAL ONE #189**
**WESTERN STATES FIRE PROTECTION**
**DBA SIGNAL ONE**
**4346 E ELWOOD ST  STE 100**
**PHOENIX, AZ 85040**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **J & M Sales, Inc.**
_____
Name

Case number (if known)    **18-11801 (LSS)**

---

| 3.118 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,414.80 |
|---|---|---|---|

**SIGNATURE BRANDS GROUP**
**347 5TH AVE**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,934.40 |
|---|---|---|---|

**SIGNATURE SNACKS INC**
**22795 SAVI RANCH PARKAWAY**
**SUITE A.**
**YORBE LINDA, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,971.96 |
|---|---|---|---|

**SILLS,CUMMIS & GROSS P.C.**
**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NJ 07102-5400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,564.15 |
|---|---|---|---|

**SILVA'S PRINTING NETWORK**
**PO BOX 421444**
**LOS ANGELES, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,619.96 |
|---|---|---|---|

**SILVER STATE STATION LLC**
**2644 SOLUTION CENTER**
**CHICAGO, IL 60677-2006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,189.20 |
|---|---|---|---|

**SILVERHAWK DISTRIBUTING**
**580 NEVADA ST. SUITE F**
**REDLANDS, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202,200.00 |
|---|---|---|---|

**SIMEX TRADING CO.**
**1407 BROADWAY**
**SUITE 2507**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.119**
**5**

**Nonpriority creditor's name and mailing address**

**SIMPLE ELEGANCE**
**474 50TH STREET**
**BROOKLYN, NY 11220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$59,468.40**

---

**3.119**
**6**

**Nonpriority creditor's name and mailing address**

**SIMPLEXGRINNELL-IL**
**DEPT. CH 10320**
**PALATINE, IL 60055-0320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,926.05**

---

**3.119**
**7**

**Nonpriority creditor's name and mailing address**

**SIMSO TEX SUBLIMATION INC**
**3028 LAS HERMANAS**
**E RANCHO DOMINGUEZ, CA 90221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$35,272.00**

---

**3.119**
**8**

**Nonpriority creditor's name and mailing address**

**SINDRELLA**
**1407 BRAODWAY**
**2011**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$214,760.00**

---

**3.119**
**9**

**Nonpriority creditor's name and mailing address**

**SKBB INVESTMENTS, L.P.**
**9595 WILSHIRE BLVD**
**SUITE 401**
**BEVERLY HILLS, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$47,670.48**

---

**3.120**
**0**

**Nonpriority creditor's name and mailing address**

**SKETCH**
**1407 BROADWAY #1402**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$710,969.60**

---

**3.120**
**1**

**Nonpriority creditor's name and mailing address**

**SKY GREEN AC SUPPLY CORP.**
**1749 AVE JESUS T. PINERO**
**SUMMIT HILLS**
**SAN JUAN, PR 00920-5502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$561,401.01**

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|--------|-------------------|------------------------|----------------|
|        | Name              |                        |                |

---

**3.120 2**

**Nonpriority creditor's name and mailing address**

**SKY HIGH**
**43 WEST 33RD STREET**
**STE 600**
**NEW YORK, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,540.00**

---

**3.120 3**

**Nonpriority creditor's name and mailing address**

**SLEEPWELL, INC.**
**230 FIFTH AVENUE**
**SUITE 230**
**NEW YORK, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$83,643.00**

---

**3.120 4**

**Nonpriority creditor's name and mailing address**

**SM CLOTHING**
**4801 STAUNTON AVE**
**LOS ANGELES, CA 90058**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$145,873.60**

---

**3.120 5**

**Nonpriority creditor's name and mailing address**

**SMART WATER, INC**
**1 BEEKMAN ROAD**
**SUITE 4**
**KENDALL PARK, NJ 08824**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,215.53**

---

**3.120 6**

**Nonpriority creditor's name and mailing address**

**Smith, Tony**
**c/o Parker Stanbury, LP**
**444 South Flower Street,  19th Floor**
**Los Angeles, CA 90071**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.120 7**

**Nonpriority creditor's name and mailing address**

**SMS SYSTEMS MAINTENANCE SERVICES IN**
**14416 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,859.12**

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

**SMUD**
**P.O. BOX 15555**
**SACRAMENTO, CA 95852**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,621.07**

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

**3.120 9**

**Nonpriority creditor's name and mailing address**
**Sneede, Demisha**
**c/o Brodsky & Smith, LLC**
**9595 Wilshire Boulevard, Suite 900**
**Beverly Hills, CA 90212**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 0**

**Nonpriority creditor's name and mailing address**
**SO CAL GAS (118)**
**PO BOX C**
**MONTEREY PARK, CA 91756-5111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$97.01**

---

**3.121 1**

**Nonpriority creditor's name and mailing address**
**SO CAL GAS (136)**
**PO BOX C**
**MONTEREY PARK, CA 91756-5111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$109.44**

---

**3.121 2**

**Nonpriority creditor's name and mailing address**
**SO CAL GAS (137)**
**PO BOX C**
**MONTEREY PARK, CA 91756-5111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$82.06**

---

**3.121 3**

**Nonpriority creditor's name and mailing address**
**SO CAL GAS (160)**
**PO BOX C**
**ACCT 134 324 3368 1**
**MONTEREY PARK, CA 91756-5111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$145.60**

---

**3.121 4**

**Nonpriority creditor's name and mailing address**
**SO CAL GAS (168)**
**PO BOX C**
**ACCT 079 411 9670 6**
**MONTEREY PARK, CA 91306-3602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$45.28**

---

**3.121 5**

**Nonpriority creditor's name and mailing address**
**SO CAL GAS (176-6181)**
**PO BOX C**
**ACCT 030 215 6618 1**
**MONTEREY PARK, CA 91756-5111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$143.67**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.121 6**

**Nonpriority creditor's name and mailing address**
**SO CAL GAS (176-6443)**
**PO BOX C**
**ACCT 032 315 6644 3**
**MONTEREY PARK, CA 91756**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$31.81**

---

**3.121 7**

**Nonpriority creditor's name and mailing address**
**SO CAL GAS (177)**
**PO BOX C**
**MONTEREY PARK, CA 91756-5111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.121 8**

**Nonpriority creditor's name and mailing address**
**SOCO**
**A CALIFORNIA LIMITED PARTNERSHIP**
**C/O LUKE MANAGEMENT**
**16400 PACIFIC COAST HIGHWAY #207**
**HUNTINGTON BEACH, CA 92649**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,734.62**

---

**3.121 9**

**Nonpriority creditor's name and mailing address**
**SOLED OUT SOCKS**
**34 W 33RD ST**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$122,580.00**

---

**3.122 0**

**Nonpriority creditor's name and mailing address**
**SOLO FRAGANCES INC**
**1W 34TH ST**
**#902**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$36,320.80**

---

**3.122 1**

**Nonpriority creditor's name and mailing address**
**SONITROL SECURITY SYSTEMS OF CNJ**
**127 US HIGHWAY 206**
**SUITE 23**
**HAMILTON, NJ 08610-4315**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$406.01**

---

**3.122 2**

**Nonpriority creditor's name and mailing address**
**SOORAJ GARMENTS MFG INC.**
**0685 TAYUMAN**
**BINANGONAN, RIZAL   01940**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$718,313.76**

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.122<br>3 | **Nonpriority creditor's name and mailing address**<br>**SOURCE REFRIGERATION AND HVAC INC**<br>**145 S STATE COLLEGE BLVD**<br>**SUITE 200**<br>**BREA, CA 92821**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$33,007.09** |
|---|---|---|---|

| 3.122<br>4 | **Nonpriority creditor's name and mailing address**<br>**SOUTH CAROLINA DEPARTMENT OF REVENU**<br>**LICENSE AND REGISTRATION UNIT**<br>**COLUMBIA, SC 29214-0850**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

| 3.122<br>5 | **Nonpriority creditor's name and mailing address**<br>**SOUTH POLE (WICKED FASHIONS)**<br>**222 BRIDGE PLAZA SOUTH**<br>**FORT LEE, NJ 07024**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$277,724.40** |

| 3.122<br>6 | **Nonpriority creditor's name and mailing address**<br>**SOUTH TULARE RICHGROVE REFUSE, INC**<br>**PO BOX 970**<br>**RICHGROVE, CA 93261**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$167.29** |

| 3.122<br>7 | **Nonpriority creditor's name and mailing address**<br>**SOUTHERN CALIFORNIA ALARM SERV**<br>**P.O. BOX 148**<br>**NORCO, CA 92860-0148**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$439.20** |

| 3.122<br>8 | **Nonpriority creditor's name and mailing address**<br>**SOUTHERN CALIFORNIA EDISON**<br>**P.O. BOX 300**<br>**ROSEMEAD, CA 91772-0001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$176,087.06** |

| 3.122<br>9 | **Nonpriority creditor's name and mailing address**<br>**SOUTHERN CALIFORNIA INDUSTRIAL EQUIPMENT**<br>**PO BOX 1093**<br>**LAKE ELSINORE, CA 92531**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19,759.34** |

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.123 0**

**Nonpriority creditor's name and mailing address**
**SOUTHERN CONNECTICUT GAS CO.**
**PO BOX 9112**
**CHELSEA, MA 02150-9112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$522.47**

---

**3.123 1**

**Nonpriority creditor's name and mailing address**
**SOUTHERN COUNTIES OIL CO,**
**PO BOX 14237**
**ORANGE, CA 92863-1237**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,054.06**

---

**3.123 2**

**Nonpriority creditor's name and mailing address**
**SOUTHWEST GAS CORPORATION**
**P.O. BOX 98890**
**LAS VEGAS, NV 89150-0101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$161.91**

---

**3.123 3**

**Nonpriority creditor's name and mailing address**
**SP PLUS**
**PO BOX 790402**
**ST LOUIS, MO 63179-0402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$564.00**

---

**3.123 4**

**Nonpriority creditor's name and mailing address**
**SPACE ENGINEERING CORP**
**PO BOX 4960 PMB 241**
**CAGUAS, PR 00726**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,200.00**

---

**3.123 5**

**Nonpriority creditor's name and mailing address**
**SPARKLETTS & SIERRA SPRINGS**
**P.O. BOX 660579**
**DALLAS, TX 75266-0579**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,583.03**

---

**3.123 6**

**Nonpriority creditor's name and mailing address**
**SPECIAL OCCASION WHOLESALE**
**141 W 36TH STREET**
**FLOOR 17TH**
**NEW YORK, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,697.75**

---

| Debtor | **J & M Sales, Inc.** | | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|---|

Name

---

**3.123 7**

**Nonpriority creditor's name and mailing address**
**SPOT COOLERS**
**29749 NETWORK PLACE**
**CHICAGO, IL 60673-1297**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,159.00**

---

**3.123 8**

**Nonpriority creditor's name and mailing address**
**SPRING VALLEY FLORAL**
**3200 GOLD COURSE DR**
**UNIT B**
**VENTURA, CA 93003**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$39,924.00**

---

**3.123 9**

**Nonpriority creditor's name and mailing address**
**SRP**
**P.O. BOX  80062**
**PRESCOTT, AZ 86304-8062**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$34,963.62**

---

**3.124 0**

**Nonpriority creditor's name and mailing address**
**STANDARD REFRIGERATORS INC.**
**240 EAST JERICHO TURNPIKE**
**MINEOLA, NY 11501**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$24,586.37**

---

**3.124 1**

**Nonpriority creditor's name and mailing address**
**STANLEY SECURITY SOLUTIONS, INC**
**47225 FREMONT BLVD**
**FREMONT, CA 94538-6502**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,172.26**

---

**3.124 2**

**Nonpriority creditor's name and mailing address**
**STAPLES ADVANTAGE**
**PO BOX 83689**
**CHICAGO, IL 60696-3689**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$47,597.67**

---

**3.124 3**

**Nonpriority creditor's name and mailing address**
**Star Fabrics, Inc.**
**c/o Stephen M. Doniger, Esq.**
**Doniger Burroughs**
**603 Rose Avenue**
**Venice, CA 90291**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Litigation**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

**3.124 4**

Nonpriority creditor's name and mailing address

**STAR RIDE KIDS**
**1384 BROADWAY 14TH FL**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$202,840.20**

---

**3.124 5**

Nonpriority creditor's name and mailing address

**Starboard Lemon Grove MT, LLC**
**c/o Robert C. Thorn, Esq.**
**Kimball, Tirey & St. John LLP**
**7676 Hazard Center Drive, Ste. 900B,**
**San Diego, CA 92108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 6**

Nonpriority creditor's name and mailing address

**STARGATE APPAREL**
**19 West 34th St**
**FL 11**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$73,912.00**

---

**3.124 7**

Nonpriority creditor's name and mailing address

**STARLIGHT**
**10 W 33 STREET**
**NYC, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$30,420.00**

---

**3.124 8**

Nonpriority creditor's name and mailing address

**STARTING FIVE**
**463 7TH AVE**
**SUITE 203**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$34,680.00**

---

**3.124 9**

Nonpriority creditor's name and mailing address

**STARWEAR**
**1384 BROADWAY SUITE #1606**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$28,393.20**

---

**3.125 0**

Nonpriority creditor's name and mailing address

**STARWEAR INC.**
**1384 BROADWAY**
**SUITE 1606**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$254,392.00**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.125**
**1**

**Nonpriority creditor's name and mailing address**
**STEAL DEALS**
**5716 ALBA ST**
**LOS ANGELES, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No  ☐ Yes

$679,367.90

---

**3.125**
**2**

**Nonpriority creditor's name and mailing address**
**STERLING INTERNATIONAL**
**150 EAST 55 ST.**
**4TH FL**
**NEW YORK, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No  ☐ Yes

$3,388.32

---

**3.125**
**3**

**Nonpriority creditor's name and mailing address**
**STEVEN J KEREKES**
**DBA CURB APPEAL PRESSURE WASHING**
**744 SAN BRUNO AVE**
**BRISBANE, CA 94005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No  ☐ Yes

$650.00

---

**3.125**
**4**

**Nonpriority creditor's name and mailing address**
**STRATEGIC PARTNERS**
**PO BOX 51223**
**LOS ANGELES, CA 90051-5523**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No  ☐ Yes

$1,500.00

---

**3.125**
**5**

**Nonpriority creditor's name and mailing address**
**STREET DENIM/VIP JEANS**
**1400 BRUNSWICK AVENUE**
**FAR ROCKAWAY, NY 11691**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No  ☐ Yes

$22,188.00

---

**3.125**
**6**

**Nonpriority creditor's name and mailing address**
**STUART MECHANICAL**
**2275 N. OPDYKE ROAD**
**SUITE A**
**AUBURN HILLS, MI 48326**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No  ☐ Yes

$7,673.19

---

**3.125**
**7**

**Nonpriority creditor's name and mailing address**
**STYLES YOU LOVE**
**1007 W GROVE AVE UNIT D**
**ORANGE, CA 92865**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No  ☐ Yes

$22,327.70

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.125 8**

**Nonpriority creditor's name and mailing address**
**STYLETEX CORPORATION**
**LOT 9N,RIS INDUSTRIAL COMPOUND,MALI**
**#NAME?**
**GUIGUINTO,BULACAN   03015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$788,206.44**

---

**3.125 9**

**Nonpriority creditor's name and mailing address**
**SUBURBAN WATER SYSTEMS**
**P.O. BOX  6105**
**COVINA, CA 91722**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$202.52**

---

**3.126 0**

**Nonpriority creditor's name and mailing address**
**SUGAR PLUM**
**463 Seven Avenue**
**602**
**New York, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$47,697.00**

---

**3.126 1**

**Nonpriority creditor's name and mailing address**
**SULTAN'S LINENS, INC.**
**313 FIFTH AVENUE, 3RD FLOOR**
**NEW YORK, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$909,660.60**

---

**3.126 2**

**Nonpriority creditor's name and mailing address**
**SUMEC TEXTILE & LIGHT INDUSTRY CO.,**
**10/F DIDI BUILDING,56 HAUQIAO ROAD**
**NANJING, CHI 00000-0000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$95,328.88**

---

**3.126 3**

**Nonpriority creditor's name and mailing address**
**SUNBELT RENTAL, INC**
**PO BOX 409211**
**ATLANTAL, GA 30384-9211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$231,768.12**

---

**3.126 4**

**Nonpriority creditor's name and mailing address**
**Sunbelt Rentals, Inc., et al.**
**c/o Cannon Law Group**
**Cole S. Cannon, Esq.**
**53 S. 600 E.**
**Salt Lake City, UT 84102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.126<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,760.00** |
|---|---|---|---|

**SUNFLOWER IMPORTS**
**412 W PICO BLVD**
**LOS ANGELES, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,242.00** |
|---|---|---|---|

**SUNGLASS AMERICA**
**2129 SEAMAN AVE**
**S. EL MONTE, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,100.00** |
|---|---|---|---|

**SUNRISE CONFECTIONS**
**MOUNT FRANKLIN FOODS, LLC**
**P.O. BOX 677609**
**DALLAS, TX 75267-7609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,000.00** |
|---|---|---|---|

**SUNRISE DESIGN 29 INC**
**1407 BROADWAY**
**2008**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,556.90** |
|---|---|---|---|

**SUNRISE MARKETPLACE STATION LLC**
**11501 NORTHLAKE DR**
**CINCINNATI, OH 45249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$337,911.00** |
|---|---|---|---|

**SUNSCOPE**
**6315 BANDINI BLVD**
**COMMERCE, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$312.74** |
|---|---|---|---|

**SUTTER COUNTY-PROPERTY TAX**
**SUTTER COUNTY TAX COLLECTOR**
**P.O. BOX 546**
**YUBA CITY, CA 95992**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.127 2**

**Nonpriority creditor's name and mailing address**

**SUTTON HOME FASHION**
**295 5TH AVE.**
**1514**
**NY, NY 10016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$49,800.00**

---

**3.127 3**

**Nonpriority creditor's name and mailing address**

**SUTTON INDUSTRIES**
**1400 BROADWAY 7TH FLR**
**NEW YORK, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$268,668.00**

---

**3.127 4**

**Nonpriority creditor's name and mailing address**

**SWEET & SOFT**
**10W 33RD STREET #803**
**NEW YORK, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$122,172.00**

---

**3.127 5**

**Nonpriority creditor's name and mailing address**

**SWEETWATER AUTHORITY**
**P.O. BOX 2328**
**CHULA VISTA, CA 91912-2328**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$198.14**

---

**3.127 6**

**Nonpriority creditor's name and mailing address**

**Sylvester, Daniel**
**c/o Eric R. Blank, Esq.,**
**Law Offices of Eric R. Blank, P.C.**
**7860 W. Sahara Ave., Ste: 110,**
**Las Vegas, NV 89117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.127 7**

**Nonpriority creditor's name and mailing address**

**SYMELI**
**2648 CHICO AVE**
**S EL MONTE, CA 91733**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$55,800.00**

---

**3.127 8**

**Nonpriority creditor's name and mailing address**

**TAKARI INTERNATIONAL**
**521 N. LOOP DRIVE**
**ONTARIO, CA 91761**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$3,360.00**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.127
9**

**Nonpriority creditor's name and mailing address**

**TAKE A BYTE, INC**
**PO BOX 3649**
**GARDENA, CA 90247-7349**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$403,895.40**

---

**3.128
0**

**Nonpriority creditor's name and mailing address**

**TAMPA ELECTRIC**
**PO BOX 31318**
**TAMPA, FL 33631-3318**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$4,027.22**

---

**3.128
1**

**Nonpriority creditor's name and mailing address**

**TANSMITH**
**2529 W TUMBLEWEED DRIVE**
**PHOENIX, AZ 85085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$27,135.00**

---

**3.128
2**

**Nonpriority creditor's name and mailing address**

**TASTE OF NATURE**
**2828 DONALD DOUGLAS LOOP NORTH**
**SUITE A**
**SANTA MONICA, CA 90405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$8,828.40**

---

**3.128
3**

**Nonpriority creditor's name and mailing address**

**TAX ADVISORS GROUP LLC**
**12400 COIT RD.**
**STE 960**
**DALLAS, TX 75251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$79,241.90**

---

**3.128
4**

**Nonpriority creditor's name and mailing address**

**TAZ GROUP**
**20815 NE 16TH AVE**
**SUITE B-23**
**MIAMI, FL 33179**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$667,860.00**

---

**3.128
5**

**Nonpriority creditor's name and mailing address**

**TEAM BEANS LLC**
**DBA FOREVER COLLECTIBLES**
**2301 COTTONTAIL LANE**
**SOMERSET, NJ 08873**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$7,200.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

**TECH SERVICE TODAY LLC**
**4855 TECHNOLOGY WAY**
**SUITE 500**
**BOCA RATON, FL 33431**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19,794.45**

---

**3.128 7**

**Nonpriority creditor's name and mailing address**

**TEKNO PRODUCTS**
**301 RT 17 NORTH STE 204**
**RUTHERFORD, NJ 07070**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$62,370.00**

---

**3.128 8**

**Nonpriority creditor's name and mailing address**

**TELEDEC INC**
**1 ATLAS ST**
**KENIWORTH, NJ 07033**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,160.00**

---

**3.128 9**

**Nonpriority creditor's name and mailing address**

**TEMPERATURE MANAGEMENT**
**MECHANICAL**
**P.O. BOX 30427**
**BROOKLYN, NY 11203**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,295.80**

---

**3.129 0**

**Nonpriority creditor's name and mailing address**

**TEN WEST APPAREL INC.**
**10 WEST 33RD STREET #216**
**NEW YORK, NY 10001-3306**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$223,111.00**

---

**3.129 1**

**Nonpriority creditor's name and mailing address**

**TERMINIX INTERNATIONAL COMPANY**
**PO BOX 17167**
**MEMPHIS, TN 38187**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$29,787.88**

---

**3.129 2**

**Nonpriority creditor's name and mailing address**

**TERRAMAR SPORTS INC**
**463 7TH AVE SUITE 1301**
**NEW YORK, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$137,462.35**

---

Debtor **J & M Sales, Inc.**
_____
Name

Case number (if known) **18-11801 (LSS)**

| 3.129 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,837.00 |
|---|---|---|---|

**TEXAS AIR MECHANICAL**
**1103 KELLER PARKWAY**
**SUITE 301**
**KELLER, TX 76248**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,200.00 |
|---|---|---|---|

**TEXTISS USA**
**315 5th AVENUE**
**Rm 400 4th Floor**
**NEW YORK, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310,255.90 |
|---|---|---|---|

**THAT'S MY GIRL, INC.**
**P.O. BOX 230317**
**BROOKLYN, NY 11223**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,439.00 |
|---|---|---|---|

**THE CANADIAN GROUP**
**430 SIGNET DRIVE SUITE A**
**TORONTO, ON M9L2T6**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268,252.60 |
|---|---|---|---|

**THE CLOSEOUT GROUP**
**113 FILMORE ST**
**BRISTOL, PA 19007**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,050.00 |
|---|---|---|---|

**THE DENTZ GROUP**
**1201 6TH AVENUE WEST**
**SUITE 321**
**BRADENTON, FL 34205**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $737.46 |
|---|---|---|---|

**THE INDUSTRIAL MEDICAL GROUP**
**2501 "G" STREET**
**BAKERSFIELD, CA 93301**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.130 0**

**Nonpriority creditor's name and mailing address**

**THE LIVING WATER CHURCH**
**15017 S. FIGUEROA STREET**
**GARDENA, CA 90248**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$5,100.00**

---

**3.130 1**

**Nonpriority creditor's name and mailing address**

**THE LOGISTICS DEPARTMENT**
**2050 S. SANTA CRUZ STREET**
**SUITE 2300**
**ANAHEIM, CA 92805**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$3,605.13**

---

**3.130 2**

**Nonpriority creditor's name and mailing address**

**THE O'KEEFE GROUP, INC**
**TOG**
**PO BOX 1240**
**ATTLEBORO, MA 02703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,596.49**

---

**3.130 3**

**Nonpriority creditor's name and mailing address**

**THE UNITED ILLUMINATING COMPANY**
**PO BOX 9230**
**CHELSEA, MA 02150-9230**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$13,477.74**

---

**3.130 4**

**Nonpriority creditor's name and mailing address**

**TIME WORLD**
**2600 NORTHAVEN ROAD**
**SUITE#100**
**DALLAS, TX 75229**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$19,944.00**

---

**3.130 5**

**Nonpriority creditor's name and mailing address**

**TODAY'S APPAREL**
**1407 BROADWAY**
**NEW YORK, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$264,444.62**

---

**3.130 6**

**Nonpriority creditor's name and mailing address**

**TOP CARE PRODUCTS**
**1859 EAST 19TH ST**
**BROOKLYN, NY 11229**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$27,167.20**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.130 7**

Nonpriority creditor's name and mailing address

**TOP CHOICE INTL TRADING CORP**
**17208 GLENBURN AVE**
**TORRANCE, CA 90504**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$6,156.00**

---

**3.130 8**

Nonpriority creditor's name and mailing address

**TOP FASHION**
**1407 BROADWAY**
**#2112**
**NEW YORK, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$113,473.16**

---

**3.130 9**

Nonpriority creditor's name and mailing address

**TOP TEXTILE TRADING USA**
**1273 ALTA AVE.**
**UPLAND, CA 91786**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$10,669.20**

---

**3.131 0**

Nonpriority creditor's name and mailing address

**TOWNLEY INC**
**389 FIFTH AVE.**
**SUITE 1100**
**NEW YORK, NY 10016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$3,028.20**

---

**3.131 1**

Nonpriority creditor's name and mailing address

**TRADE MANAGEMENT, LLC**
**18255 N.E 4TH CT. UNIT#G**
**NORTH MIAMI BEACH, FL 33162**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$243,595.00**

---

**3.131 2**

Nonpriority creditor's name and mailing address

**TRAMONTINA USA, INC**
**12955 WEST AIRPORT BLVD**
**SUGARLAND, TX 77478**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$18,618.56**

---

**3.131 3**

Nonpriority creditor's name and mailing address

**TRANE U.S. INC**
**PO BOX 98167**
**CHICAGO, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,355.65**

---

Debtor    **J & M Sales, Inc.**                                          Case number (if known)    **18-11801 (LSS)**
_____
Name

| 3.131 4 | **Nonpriority creditor's name and mailing address**<br>**TRANSAMERICA RETIREMENT SERVICES**<br>**8488 SHEPHERED FARM DRIVE**<br>**WEST CHESTER, OH 45069** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$188,840.29** |

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 5 | **Nonpriority creditor's name and mailing address**<br>**TRANSPORTATION COMMODITIES INC**<br>**4950 TRIGGS STREET**<br>**COMMERCE, CA 90022** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,630.30** |

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 6 | **Nonpriority creditor's name and mailing address**<br>**TRENDSET ORIGINALS, LLC**<br>**1407 BROADWAY, 5TH FLOOR**<br>**NEW YORK, NY 10018** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,523,817.20** |

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 7 | **Nonpriority creditor's name and mailing address**<br>**TRI-COASTAL DESIGN**<br>**P.O. BOX 2348**<br>**GRAND CENTRAL STATION**<br>**NEW YORK, NY 10164-0442** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$97,212.16** |

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 8 | **Nonpriority creditor's name and mailing address**<br>**TRINITY**<br>**214 WEST 39th STREET**<br>**SUITE 402**<br>**NEW YORK, NY 10018** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$49,200.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 9 | **Nonpriority creditor's name and mailing address**<br>**TRINITY RECYCLING OF NJ, INC**<br>**116 IRON MOUNTAIN RD**<br>**MINE HILL, NJ 07803** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$285.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** _Utilities_

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 0 | **Nonpriority creditor's name and mailing address**<br>**TRUCKEE MEADOWS WATER AUTHORITY**<br>**PO BOX 70002**<br>**PRESCOTT, AZ 86304-7002** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,643.84** |

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** _Utilities_

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.132**
**1**

**Nonpriority creditor's name and mailing address**
**TRUE LOVE**
**10 W 33RD STREET**
**STE 210**
**NEW YORK, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$111,851.50

---

**3.132**
**2**

**Nonpriority creditor's name and mailing address**
**TRULY NOLEN - DAYTON WHSE**
**3275 W. INA RD**
**STE 135**
**TUCSON, AZ 85741**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,479.91

---

**3.132**
**3**

**Nonpriority creditor's name and mailing address**
**TUCSON ELECTRIC POWER COMPANY**
**P.O. BOX 80077**
**PRESCOTT, AZ 86304-8077**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$11,467.31

---

**3.132**
**4**

**Nonpriority creditor's name and mailing address**
**TUFF COOKIES**
**112 WEST 34TH STREET**
**NEW YORK, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$2,151,326.55

---

**3.132**
**5**

**Nonpriority creditor's name and mailing address**
**TULARE VILLAGE, LLC**
**621 E. PROSPERITY AVE**
**TULARE, CA 93274**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

$54,105.00

---

**3.132**
**6**

**Nonpriority creditor's name and mailing address**
**TUNE OUT INC.**
**3672 NOSTRAND AVE**
**BROOKLYN, NY 11229**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$103,320.00

---

**3.132**
**7**

**Nonpriority creditor's name and mailing address**
**TURLOCK IRRIGATION DISTRICT**
**P.O. BOX 819007**
**TURLOCK, CA 95381-9007**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$8,072.42

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | J & M Sales, Inc. | | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.1328**

**Nonpriority creditor's name and mailing address**

**Turtle King**
**3288 E. Vernon Ave.**
**Vernon, CA 90058**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$80,249.00**

---

**3.1329**

**Nonpriority creditor's name and mailing address**

**TWIN TIGER FOOTWEAR, INC.**
**18889 RAILROAD ST.**
**CITY OF INDUSTRY, CA 91748**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$116,279.00**

---

**3.1330**

**Nonpriority creditor's name and mailing address**

**TWIST INTIMATE**
**35 W 35TH ST**
**ROOM 903**
**NEW YORK, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$569,063.40**

---

**3.1331**

**Nonpriority creditor's name and mailing address**

**TYCO INTEGRATED SECURITY LLC**
**P.O. BOX 371967**
**PITTSBURGH, PA 15250-7967**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$531.00**

---

**3.1332**

**Nonpriority creditor's name and mailing address**

**TYCO INTEGRATED**
**SECURITY-SENSORMATI**
**10405 CROSSPOINT BLVD**
**INDIANAPOLIS, IN 46256**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,692.67**

---

**3.1333**

**Nonpriority creditor's name and mailing address**

**U.A.A.INC.**
**1140 EAST CITRUS ST UNIT 1**
**RIVERSIDE, CA 92507**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$9,500.00**

---

**3.1334**

**Nonpriority creditor's name and mailing address**

**U.P.D. INC.**
**4507 SOUTH MAYWOOD AVENUE**
**VERNON, CA 90058-2610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$157,963.06**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.133 5**

**Nonpriority creditor's name and mailing address**
**U.S HEALTHWORKS MEDICAL GROUP**
**P.O. BOX 50042**
**LOS ANGELES, CA 90074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,194.01**

---

**3.133 6**

**Nonpriority creditor's name and mailing address**
**U.S OFFPRICE**
**1423 S. MAPLE ST**
**LOS ANGELES, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$239,475.20**

---

**3.133 7**

**Nonpriority creditor's name and mailing address**
**U.S. CUSTOMS AND BORDER PROTECTION**
**PO BOX 530071**
**ACCOUNTING SERVICES DIVISION**
**ATLANTA, GA 30353-0071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,641.33**

---

**3.133 8**

**Nonpriority creditor's name and mailing address**
**U.S. SECURITY ASSOCIATES, INC.**
**200 MANSELL COURT, 5TH FLOOR**
**ROSWELL, GA 30076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$612.42**

---

**3.133 9**

**Nonpriority creditor's name and mailing address**
**ULINE**
**ATTN: ACCOUNTS RECEIVABLE**
**P.O. BOX 88741**
**CHICAGO, IL 60680-1741**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$941.01**

---

**3.134 0**

**Nonpriority creditor's name and mailing address**
**ULTRA TEEZE**
**1412 BROADWAY**
**1604**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,870.00**

---

**3.134 1**

**Nonpriority creditor's name and mailing address**
**UNI APPAREL**
**16074 CRESTLINE DRIVE**
**LA MIARADA, CA 90638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$119,725.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number (*if known*) | **18-11801 (LSS)** |
|--------|------------------------|--------------------------|---------------------|
| | Name | | |

---

| 3.134 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,776.00** |
|---------|------|------|------|

**UNI HOSIERY**
**1911 E. OLYMPIC BLVD**
**LOS ANGELES, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,297.50** |
|---------|------|------|------|

**UNIMD SCRUBS**
**715 S 21ST AVE UNIT#4**
**HOLLYWOOD, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,300.00** |
|---------|------|------|------|

**UNINEX INTERNATIONAL**
**5780 SMITH WAY**
**COMMERCE, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,597.69** |
|---------|------|------|------|

**UNIQUE QUALITY SERVICES**
**224 W. 35 ST #400**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,661.21** |
|---------|------|------|------|

**UNISON GIFTS,INC**
**13915 LIVE OAK AVE**
**IRWINDALE, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,590.13** |
|---------|------|------|------|

**UNISOURCE ENERGY SERVICES**
**P.O. BOX 80079**
**PRESCOTT, AZ 86304-8079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,625.00** |
|---------|------|------|------|

**UNITED CURTAIN**
**91 WALES AVENUE**
**AVON, MA 02322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.134 9**

**Nonpriority creditor's name and mailing address**

**UNITED HEALTH CARE INSURANCE COM**
**22561 NETWORK PLACE**
**CHICAGO, IL 60673-1225**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$388,106.26**

---

**3.135 0**

**Nonpriority creditor's name and mailing address**

**UNITED LINENS**
**230 5TH AVE**
**#1019**
**NEW YORK, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19,344.00**

---

**3.135 1**

**Nonpriority creditor's name and mailing address**

**UNITED SECURITY SERVICES**
**1750 CALIFORNIA AVE**
**SUITE 210**
**CORONA, CA 92881**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,008.91**

---

**3.135 2**

**Nonpriority creditor's name and mailing address**

**UNITY INTERNATIONAL INC.**
**1407 BROADWAY #2317**
**NEW YORK, NY 10018-2661**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$102,888.00**

---

**3.135 3**

**Nonpriority creditor's name and mailing address**

**UNIVERSAL BRAND MERCHANDISING**
**11726 SAN VICENTE BLVD**
**SUITE 160**
**LOS ANGELES, CA 90049**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$40,320.00**

---

**3.135 4**

**Nonpriority creditor's name and mailing address**

**UPSIDE CRENSHAW HOLDING, LLC**
**C/O NEWMARK MERRILL COMPANIES**
**5850 CANOGA AVE, SUITE 650**
**WOODLAND HILLS, CA 91367**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$34,141.22**

---

**3.135 5**

**Nonpriority creditor's name and mailing address**

**URBAN TRENDS COLLECTION**
**2652 E 45th STREET**
**VERNON, CA 90058**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$45,787.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

**US ANGELS**
**1407 BROADWAY**
**NEW YORK, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$89,002.00**

---

**3.135 7**

**Nonpriority creditor's name and mailing address**

**US HOME BRANDS, LLC**
**107 TRUMBULL STREET**
**ELIZABETH, NJ 07206**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$125,331.00**

---

**3.135 8**

**Nonpriority creditor's name and mailing address**

**US INTIMATES**
**320 5TH AVE 2ND FL**
**NEW YORK, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,016.00**

---

**3.135 9**

**Nonpriority creditor's name and mailing address**

**US LEGAL SUPPORT**
**PO BOX 4772-12**
**HOUSTON, TX 77210-4772**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$539.00**

---

**3.136 0**

**Nonpriority creditor's name and mailing address**

**US LEGWORK LLC**
**10 WEST 33RD ST STE 1209**
**NY, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$228,303.60**

---

**3.136 1**

**Nonpriority creditor's name and mailing address**

**USA PROTECTION**
**PO BOX 1817**
**HEMET, CA 92546**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,944.81**

---

**3.136 2**

**Nonpriority creditor's name and mailing address**

**USF COLLECTIONS**
**1385 BROADWAY**
**NEW YORK, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$81,800.80**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

**UTILITIES MANAGEMENT CONCEPTS**
**PMB 500**
**605 W. HUNTINGTON RD.**
**MONROVIA, CA 91016-3205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$119.29**

---

**3.136 4**

**Nonpriority creditor's name and mailing address**

**UZZI AND SUZZI**
**205 ANSIN BLVD**
**HILANDALE, FL 33009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$49,207.20**

---

**3.136 5**

**Nonpriority creditor's name and mailing address**

**V-MUNIZ TRUCKING**
**951 W RANDALL AVE**
**BLOOMINTON, CA 92316**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,910.00**

---

**3.136 6**

**Nonpriority creditor's name and mailing address**

**V.S. AFFILIATES**
**1100 LINWOOD STREET**
**BROOKLYN, NY 11208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$74,136.00**

---

**3.136 7**

**Nonpriority creditor's name and mailing address**

**V5 IMPORTS**
**376 S. LOS ANGELES ST #B**
**LOS ANGELES, CA 90013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$39,240.00**

---

**3.136 8**

**Nonpriority creditor's name and mailing address**

**VACO LOS ANGELES, LLLC**
**5410 MARYLAND WAY, STE 460**
**BRENTWOOD, TN 37027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$47,926.17**

---

**3.136 9**

**Nonpriority creditor's name and mailing address**

**VALLEY AIR CONDITIONING & REPAIRINC**
**825 S. TOPEKA AVE**
**FRESNO, CA 93721**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$360.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.137 0**

**Nonpriority creditor's name and mailing address**

**VALLEY AUTO GLASS**
**1010 IMPERIAL AVE**
**CALEXICO, CA 92231**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$428.00**

---

**3.137 1**

**Nonpriority creditor's name and mailing address**

**VALLEY COUNTY WATER DISTRICT**
**14521 RAMONA BLVD.**
**BALDWIN PARK, CA 91706-3397**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$186.36**

---

**3.137 2**

**Nonpriority creditor's name and mailing address**

**VALLEY ELEVATOR**
**515 E SALMON RIVER DRIVE**
**FRESNO, CA 93730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,560.00**

---

**3.137 3**

**Nonpriority creditor's name and mailing address**

**VALUE SOURCE INTERNATIONAL**
**75 NORTH ST**
**SUITE 330**
**PITTSFIELD, MA 01201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,780.00**

---

**3.137 4**

**Nonpriority creditor's name and mailing address**

**VANDALE INDUSTRIES, INC.**
**180 MADISON AVENUE**
**NEW YORK, NY 10016-5267**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$380,722.00**

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

**VANDERBILT HOME PRODUCTS**
**241 37TH ST**
**B443**
**BROOKLYN, NY 11232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$55,432.86**

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

**VANESHA MORALES**
**3821 CHERRYWOOD AVE**
**LOS ANGELES, CA 90008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,865.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.137 7**

Nonpriority creditor's name and mailing address
**VAULT SPORTSWEAR**
**1407 BROADWAY #2107**
**NEW YORK, NY 10018-2761**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,985.00**

---

**3.137 8**

Nonpriority creditor's name and mailing address
**VCTC**
**800 SOUTH VICTORIA AVENUE**
**VENTURA, CA 93009-1290**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,612.84**

---

**3.137 9**

Nonpriority creditor's name and mailing address
**VERIFONE**
**300 SOUTH PARK PLACE BLVD**
**CLEARWATER, FL 33759**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$337,602.72**

---

**3.138 0**

Nonpriority creditor's name and mailing address
**VERITABLE QUANDRY SOLUTIONS**
**24016 WELDEN DRIVE**
**EUSTIN, FL 32736**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$505,398.00**

---

**3.138 1**

Nonpriority creditor's name and mailing address
**VERIZON WIRELESS**
**P.O. BOX 660108**
**DALLAS, TX 75266-0108**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$12,786.00**

---

**3.138 2**

Nonpriority creditor's name and mailing address
**VERIZON-4833**
**PO BOX 4833**
**TRENTON, NJ 08650-4833**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$86.82**

---

**3.138 3**

Nonpriority creditor's name and mailing address
**VERONICA TRANS INC**
**2498 ROLL DRIVE STE 1069**
**SAN DIEGO, CA 92154**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No ☐ Yes

**$12,900.00**

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.138 4**

**Nonpriority creditor's name and mailing address**

**VICTOR COLMENERO**
**9210 VICTORIA AVE**
**SOUTH GATE, CA 90280**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,160.00**

---

**3.138 5**

**Nonpriority creditor's name and mailing address**

**VICTORIA CLASSICS**
**PO BOX 347123**
**PITTSBURGH, PA 15251-7123**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$715,339.50**

---

**3.138 6**

**Nonpriority creditor's name and mailing address**

**VIETA**
**3011 EAST 46TH ST**
**VERNON, CA 90058**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$18,750.00**

---

**3.138 7**

**Nonpriority creditor's name and mailing address**

**VIKING CLIENT SERVICES, LLC**
**PO BOX 59207**
**MINNEAPOLIS, MN 55459**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,000.00**

---

**3.138 8**

**Nonpriority creditor's name and mailing address**

**VILLAGE OF HANOVER PARK**
**2121 LAKE ST**
**HANOVER PARK, IL 60133-4398**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$47.84**

---

**3.138 9**

**Nonpriority creditor's name and mailing address**

**VILLAGE OF LANSING**
**3141 RIDGE ROAD**
**LANSING, IL 60438**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$47.96**

---

**3.139 0**

**Nonpriority creditor's name and mailing address**

**VIRGINIA AMERICAN WATER #590**
**PO BOX 371880**
**PITTSBURGH, PA 15250-7880**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

**$385.06**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.139**
**1**

**Nonpriority creditor's name and mailing address**

**VIRGINIA NATURAL GAS**
**PO BOX 5409**
**CAROL STREAM, IL 60197-5409**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$209.99**

---

**3.139**
**2**

**Nonpriority creditor's name and mailing address**

**VIVATEX HOME COLLECTION**
**230 5th AVE.**
**ROOM 701**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$50,488.00**

---

**3.139**
**3**

**Nonpriority creditor's name and mailing address**

**VORTEX INDUSTRIES, INC.**
**3198-M AIRPORT LOOP**
**COSTA MESA, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,379.05**

---

**3.139**
**4**

**Nonpriority creditor's name and mailing address**

**VOYA FINANCIAL**
**20 WASHINGTON AVE SOUTH**
**MINNEAPOLIS, MN 55401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,263.70**

---

**3.139**
**5**

**Nonpriority creditor's name and mailing address**

**WAKE COUNTY REVENUE DEPARTMENT**
**PO BOX 580084**
**CHARLOTTE, NC 28258-0084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$627.57**

---

**3.139**
**6**

**Nonpriority creditor's name and mailing address**

**WALKER PLUMBING & HVAC**
**2228 E. ROSE GARDEN LOOP**
**PHOENIX, AZ 85024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,080.00**

---

**3.139**
**7**

**Nonpriority creditor's name and mailing address**

**WAN HAI LINES LTD**
**17200 N. PERIMETER DRIVE**
**SUITE 200**
**SCOTTSDALE, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No ☐ Yes

**$37,515.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.139 8**

**Nonpriority creditor's name and mailing address**
**WANERKA ELECTRIC CORP**
**1680 WASHINGTON AVE**
**BOHEMIA, NY 11716**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$4,557.00**

---

**3.139 9**

**Nonpriority creditor's name and mailing address**
**WASHINGTON GAS**
**PO BOX 37747**
**PHILADELPHIA, PA 19101-5047**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$67.24**

---

**3.140 0**

**Nonpriority creditor's name and mailing address**
**WASTE INDUSTRIES**
**2810 CONTENTNEA ROAD**
**WILSON, NC 27893**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,663.76**

---

**3.140 1**

**Nonpriority creditor's name and mailing address**
**WASTE MANAGEMENT OF NEW JERSEY, INC**
**WASTE MANAGEMENT TRENTON**
**PO BOX 13648**
**PHILADELPHIA, PA 19101-3648**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,622.01**

---

**3.140 2**

**Nonpriority creditor's name and mailing address**
**WAX JEAN**
**930 TOWNE AVE**
**LOS ANGELES, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$693,484.00**

---

**3.140 3**

**Nonpriority creditor's name and mailing address**
**WEBB AIR CONDITIONING CO.**
**115 S. RIVERSIDE DR**
**FORT WORTH, TX 76104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$694.16**

---

**3.140 4**

**Nonpriority creditor's name and mailing address**
**WEEBO**
**18052 ROWLAND ST**
**CITY OF INDUSTRY, CA 91748**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19,596.60**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.140 5**

**Nonpriority creditor's name and mailing address**

**WEISER SECURITY SERVICE, INC**
**3939 TULANE AVE**
**NEW ORLEANS, LA 70119**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$129,850.49**

---

**3.140 6**

**Nonpriority creditor's name and mailing address**

**WELL BEST**
**RM 513 NEW MANDARIN PLAZA TOWER A**
**14 SCIENCE MUSUEM RD**
**LESLIE MENDELSOHN**
**TST EAST KOWLON  11111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$38,220.00**

---

**3.140 7**

**Nonpriority creditor's name and mailing address**

**WESCO DISABILITY INSURANCE**
**PREMIUM ADMINISTRATION**
**PO BOX 94557**
**CLEVELAND, OH 44101-0849**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,110.09**

---

**3.140 8**

**Nonpriority creditor's name and mailing address**

**WESTERN PACIFIC**
**NONE**
**NONE, XX 00009-9999**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$40,303.00**

---

**3.140 9**

**Nonpriority creditor's name and mailing address**

**WESTERN TRADING COMPANY**
**1509 RIO VISTA AVE**
**LOS ANGELES, CA 90023**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,820.00**

---

**3.141 0**

**Nonpriority creditor's name and mailing address**

**WETHERSFIELD POLICE DEPARTMENT**
**250 SILAS DEANE HIGHWAY**
**WETHERSFIELD, CT 06109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.141 1**

**Nonpriority creditor's name and mailing address**

**WG SECURITY PRODUCTS INC**
**2105 S. BASCOM AVE**
**SUITE 316**
**CAMPBELL, CA 95008**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$31,597.88**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.141 2**

**Nonpriority creditor's name and mailing address**

**WHAT KIDS WANT INC.**
**19428 LONGELIUS ST**
**NORTH RIDGE, CA 91324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$112,179.92**

---

**3.141 3**

**Nonpriority creditor's name and mailing address**

**WHITE LINE COLLECTION INC**
**1410 BROADWAY**
**1502**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,510.00**

---

**3.141 4**

**Nonpriority creditor's name and mailing address**

**White, Phillip**
**c/o Kaveh S. Elihu, Esq.**
**Employee Justice Legal Group, LLP**
**3055 Wilshire Blvd, Suite 1120**
**Los Angeles, CA 90010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.141 5**

**Nonpriority creditor's name and mailing address**

**WHITEHAWK CONSTRUCTION**
**32465 SADDLE MOUNTAIN**
**WESTLAKE VILLAGE, CA 91361**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$144,763.58**

---

**3.141 6**

**Nonpriority creditor's name and mailing address**

**WHITEROCK IMPROVEMENTS, LP**
**PO BOX 2108**
**HICKSVILLE, NY 11802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,231.26**

---

**3.141 7**

**Nonpriority creditor's name and mailing address**

**WHO SAYS? INC.**
**6678 NW 42ND WAY**
**BOCA RATON, FL 33496**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$33,235.00**

---

**3.141 8**

**Nonpriority creditor's name and mailing address**

**WIESNER PRODUCTS, INC.**
**1333 BROADWAY 6TH FL**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$66,234.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J & M Sales, Inc.** | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.141
9**

**Nonpriority creditor's name and mailing address**
**WILLIAMSON-DICKIE MFG CO.**
**P.O. BOX 915156**
**DALLAS, TX 75391-5156**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$514,903.90**

---

**3.142
0**

**Nonpriority creditor's name and mailing address**
**WILSON, CRIBBS & GOREN, P.C.**
**2500 FANNIN STREET**
**HOUSTON, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,207.50**

---

**3.142
1**

**Nonpriority creditor's name and mailing address**
**WIND CHIME PROPERTIES, LP**
**c/o RELIABLE PROPERTIES**
**6420 WILSHIRE BLVD. SUITE 1500**
**LOS ANGELES, CA 90048-5561**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$50,649.96**

---

**3.142
2**

**Nonpriority creditor's name and mailing address**
**WK INTERNATIONAL**
**922 S. STANFORD AVE**
**LOS ANGELES, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$399,096.00**

---

**3.142
3**

**Nonpriority creditor's name and mailing address**
**WORTHY  PLUMBING**
**PO BOX 51125**
**OXNARD, CA 93031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.142
4**

**Nonpriority creditor's name and mailing address**
**WRI SOUTHERN INDUTRIAL POOL**
**PO BOX 301074**
**DALLAS, TX 75303-1074**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$60,480.00**

---

**3.142
5**

**Nonpriority creditor's name and mailing address**
**Wright, Maria Ruiz**
**c/o Department of Fair Employment and Ho**
**Monica Facio**
**2218 Kausen Drive., Suite 100**
**Elk Grove, CA 95758**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.142 6**

**Nonpriority creditor's name and mailing address**
**WTC**
**115 ENGINEERS RD 2ND FLR**
**HAUPPAUGE, NY 11788**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25,632.73**

---

**3.142 7**

**Nonpriority creditor's name and mailing address**
**WYNN HEADWEAR INC**
**100 W 17th STREET**
**SUITE 12**
**LOS ANGELES, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$110,148.64**

---

**3.142 8**

**Nonpriority creditor's name and mailing address**
**XCEL ENERGY**
**P.O. BOX 9477**
**MINNEAPOLIS, MN 55484-9477**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,784.81**

---

**3.142 9**

**Nonpriority creditor's name and mailing address**
**XPC LLC**
**1412 BOARDWAY RM#406**
**NEW YORK, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$109,179.00**

---

**3.143 0**

**Nonpriority creditor's name and mailing address**
**YAAKOV JACQUES REVAH**
**711 NORTH OAKHURST DR**
**BEVERLY HILLS, CA 90210**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.143 1**

**Nonpriority creditor's name and mailing address**
**YASH IMPORTS INC.**
**43A 17TH ST**
**JERICHO, NY 11753**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$112,963.20**

---

**3.143 2**

**Nonpriority creditor's name and mailing address**
**YELLOWSTONE IMPORTS**
**11 WEST 32ND STREET, 9TH FLOOR**
**NEW YORK, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,460.00**

---

| Debtor | **J & M Sales, Inc.** | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.143 3**

**Nonpriority creditor's name and mailing address**
**YESCO**
**P.O. BOX 11676**
**TACOMA, WA 98411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$55,870.00**

---

**3.143 4**

**Nonpriority creditor's name and mailing address**
**YMF CARPET INC.**
**201 B MIDDLESEX CENTER BLVD**
**MONROE TOWNSHIP, NJ 08831**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$460,882.00**

---

**3.143 5**

**Nonpriority creditor's name and mailing address**
**YMI JEANS, INC.**
**1155 S BOYLE AVE**
**LOS ANGELES, CA 90023-2109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$236,211.00**

---

**3.143 6**

**Nonpriority creditor's name and mailing address**
**YOKI SHOES**
**1410 BROADWAY  SUITE 1055**
**918**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$105,733.00**

---

**3.143 7**

**Nonpriority creditor's name and mailing address**
**YUSEN LOGISTICS (AMERICAS) INC**
**19001 HARBORGATE WAY**
**TORRANCE, CA 90501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight**

Is the claim subject to offset? ■ No ☐ Yes

**$15,245.00**

---

**3.143 8**

**Nonpriority creditor's name and mailing address**
**ZHEJIANG WADOU CREATIVE ART CO.**
**136 QIJIUANG ROAD**
**ZHEJIANG, CHI 00032-2000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,588.00**

---

**3.143 9**

**Nonpriority creditor's name and mailing address**
**ZIP ED TECH, LLC**
**11859 WILSHIRE BLVD**
**STE 600**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$172,500.00**

---

| Debtor | J & M Sales, Inc. | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|
| | Name | | |

| 3.144 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,604.00 |
|---|---|---|---|
| | **ZODIAK FASHION GROUP** **209 W. 38TH ST, STE 1105** **NEW YORK, NY 10018** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.144 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,635.00 |
|---|---|---|---|
| | **ZOFTEC, LLC** **2325 W. UTOPIA ROAD** **PHOENIX, AZ 85027** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.144 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,018.45 |
|---|---|---|---|
| | **ZZZ MAINTENANCE SERVICES** **PO BOX 13805** **COLUMBUS, OH 43213** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim:  **Trade Debt** Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **DePedro, Veronica** **625 North 8th Street** **Lompoc, CA 93436** | Line  **3.478** ☐ Not listed. Explain ____ | _ |
| 4.2 | **DePedro, Veronica** **214 West Maple Ave.** **Lompoc, CA 93436** | Line  **3.478** ☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 1,251,640.98 |
| 5b. Total claims from Part 2 | 5b.  + | $ 259,545,453.83 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 260,797,094.81 |

| Fill in this information to identify the case: |
|---|

Debtor name    **J & M Sales, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11801 (LSS)**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **301 SOUTH LINCOLN AVE LLC** |
| | List the contract number of any government contract | | **PO BOX 844020** **LOS ANGELES, CA 90084-4020** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **3900 INDIAN AVE LLC** **3501 JAMBOREE ROAD SUITE 100** |
| | List the contract number of any government contract | | **C/O CBRE** **NEWPORT BEACH, CA 92660** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **449 SO. BROADWAY, L.L.C.** |
| | List the contract number of any government contract | | **15001 S.FIGUEROA ST.** **GARDENA, CA 90248** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **5450 CHERRY LLC** |
| | List the contract number of any government contract | | **PO BOX 4450** **CERRITOS, CA 90703** |

| Debtor 1 | **J & M Sales, Inc.** | | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any government contract

**6300 MACK ROAD LLC
15001 S FIGUEROA ST
GARDENA, CA 90248**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any government contract

**99 CENTS ONLY STORES
4000 UNION PACIFIC AVE
ATTN: REAL ESTATE DEPT #0137
CITY OF COMMERCE, CA 90023-3202**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Foreign Policy**

State the term remaining

List the contract number of any government contract

**Ace American Insurance Company
436 Walnut Street
Philadelphia, PA 19105**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Property, Stock Throughput and Cargo Policies**

State the term remaining

List the contract number of any government contract

**Affiliated FM
Marika Block, Vice President, Area Manager
Peter Collins, Cargo Underwriting Manage
6320 Canoga Ave, Suite 1100
Woodland Hills, CA 91367**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any government contract

**AIR CONTACT TRANSPORT, INC
PO BOX 570
BUDD LAKE, NJ 07828**

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any

**ALBERTSONS/SAFEWAY INC
250 E PARKCENTER BLVD
ATTN: TARA EMERY PROP MGMT (3108)
BOISE, ID 83706**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **J & M Sales, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **18-11801 (LSS)**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| | State the term remaining | **ALBERTSONS/SAFEWAY INC** |
| | List the contract number of any government contract | **250 E PARKCENTER BLVD**<br>**ATTN: TARA EMERY PROP MGMT (3108)**<br>**BOISE, ID 83706** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| | State the term remaining | **ANAHEIM TOWN SQUARE** |
| | List the contract number of any government contract | **5850 CANOGA AVENUE, SUITE 650**<br>**WOODLAND HILLS, CA 91367** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| | State the term remaining | **ARILEX TROPICANA ASSOCIATES, LLC**<br>**C/O MDL GROUP** |
| | List the contract number of any government contract | **3065 SOUTH JONES BLVD, SUITE 201**<br>**LAS VEGAS, NV 89146** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| | State the term remaining | **BALDWIN HILLS ASSOCIATES LP**<br>**C/O PACIFIC WEST ASSET MGMT** |
| | List the contract number of any government contract | **P.O. BOX 19068**<br>**IRVINE, CA 92623** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| | State the term remaining | **BETTY J LOUIE LP III** |
| | List the contract number of any government contract | **667 G GRANT AVE**<br>**SAN FRANCISCO, CA 94108** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | **BJS SUNRISE, LLC**<br>**C/O KENNEDY WILSON PROPERTIES**<br>**6725 VIA AUSTI PKWY SUITE 300**<br>**LAAS VEGAS, NV 89119** |

| Debtor 1 | **J & M Sales, Inc.** | | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **BPC5 LLC**<br>**265 W 37TH ST**<br>**ATTN: WALTER BAKER**<br>**NEW YORK, NY 10018** |
| | List the contract number of any government contract | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Security Guard Services** |
|---|---|---|
| | State the term remaining | **Bridge Security Services, Inc.**<br>**PO Box 7485**<br>**San Juan, PR 00916** |
| | List the contract number of any government contract | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **BUCKINGHAM STATION LLC**<br>**NW 601202 PO BOX 1450**<br>**MINNEAPOLIS, MN 55485-1202** |
| | List the contract number of any government contract | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **CAL PRO MANAGEMENT INC**<br>**131 E MAIN ST STE 202**<br>**EL CAJON, CA 92020** |
| | List the contract number of any government contract | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **CALIFORNIA PROP & DEV., LLC**<br>**595 EVELYN PLACE**<br>**BEVERLY HILLS, CA 90210** |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **J & M Sales, Inc.** | | | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Fiduciary and Foreign Policies** | |
|---|---|---|---|
| | State the term remaining | | **Chubb Global Casualty** |
| | List the contract number of any government contract | | **Terry Seningen, Underwriter** **One Beaver Valley Road** **Wilmington, DE 19803** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **CITY CENTER PARKING, INC** |
| | List the contract number of any government contract | | **440 S BROADWAY** **ATTN: STORE MANAGER** **LOS ANGELES, CA 90013** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Preventative Maintenance Contract** | |
|---|---|---|---|
| | State the term remaining | | **Col-Tech Temperature Control** |
| | List the contract number of any government contract | | **21306 OAKFOREST LANE** **SANTA CLARITA, CA 91321** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **COMPTON COMMERCIAL REDEVELOPMENT CO** |
| | List the contract number of any government contract | | **C/O WATT MANAGEMENT CO** **2716 OCEAN PARK BLVD #3040** **SANTA MONICA, CA 90405** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **CSC, as Representative** |
| | List the contract number of any government contract | | **P.O. Box 2576** **Springfield, IL 62708** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **CVS** |
| | List the contract number of any | | **CVS STORE# 09870S1A** **P.O. BOX 1525** **WOONSOCKET, RI 02895** |

Debtor 1  **J & M Sales, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)    **18-11801 (LSS)**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **CVS PHARMACY, INC.**<br>**STORE NO.8810-01**<br>**P.O.BOX 1525**<br>**WOONSOCKET, RI 02895** |
| | List the contract number of any government contract | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **CVS PHARMACY, INC.**<br>**STORE NUMBER 8786-01**<br>**P.O.BOX 1525**<br>**WOONSOCKET, RI 02895** |
| | List the contract number of any government contract | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **DATE PALM 2017 INCORPORATED**<br>**31833 DATE PALM DR**<br>**CATHEDRAL CITY, CA 92234-3144** |
| | List the contract number of any government contract | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **DESERT SKY ESPLANADE, LLC**<br>**PO BOX 3329**<br>**SEAL BEACH, CA 90740** |
| | List the contract number of any government contract | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **DMDE PROPERTIES, LP**<br>**1118 E ROUTE 66**<br>**GLENDORA, CA 91740** |
| | List the contract number of any government contract | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | **FALLAS BORROWER IV, LLC**<br>**15001 S FIGUEROA ST**<br>**GARDENA, CA 90248** |
|---|---|---|---|

| Debtor 1 | **J & M Sales, Inc.** | | | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Fiduciary Liability Policy** | |
|---|---|---|---|
| | State the term remaining | | **Federal Insurance Company (Chubb)** |
| | List the contract number of any government contract | | **82 Hopmeadow Street**<br>**P.O. Box 2002**<br>**Simsbury, CT 06070-7683** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **FESTIVAL PROPERTIES, INC** |
| | List the contract number of any government contract | | **1215 GESSNER DRIVE**<br>**LISA MAREK**<br>**HOUSTON, TX 77055** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Excess Liability Policy** | |
|---|---|---|---|
| | State the term remaining | | **Firemans Fund Insurance Company** |
| | List the contract number of any government contract | | **AGCS**<br>**800 South Flower Street**<br>**Los Angeles, CA 90017** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Money Network Services Agreement dated 09.27.17; Master Services Agreement dated 10.05.17** | |
|---|---|---|---|
| | State the term remaining | | **First Data Merchant Services** |
| | List the contract number of any government contract | | **Attn: Exec. VP Operations**<br>**1307 Walt Whitman Road**<br>**Melville, NY 11747** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **FORCE FULTON MALL LLC** |
| | List the contract number of any government contract | | **15001 S.FIGUEROA ST.**<br>**GARDENA, CA 90248** |

| Debtor 1 | **J & M Sales, Inc.** | | | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **FORSGATE INDUSTRIAL COMPLEX** |
| | List the contract number of any government contract | | **400 HOLLISTER ROAD**<br>**TETERBORO, NJ 07608** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - need details** | |
|---|---|---|---|
| | State the term remaining | | **Four Seasons Apparel** |
| | List the contract number of any government contract | | **16180 Ornelas St**<br>**Irwindale, CA 91706** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **FRANK MISSION MARKETPLACE, LLC** |
| | List the contract number of any government contract | | **5850 CANOGA AVENUE**<br>**SUITE 650**<br>**WOODLAND HILLS, CA 91367** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Umbrella Policy** | |
|---|---|---|---|
| | State the term remaining | | **Great American Insurance Group** |
| | List the contract number of any government contract | | **PO Box 5425**<br>**Cincinnati, OH 45201-5425** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - need details** | |
|---|---|---|---|
| | State the term remaining | | **Hana Financial** |
| | List the contract number of any government contract | | **1410 Broadway, Ste. 1102**<br>**New York, NY 10018** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - need details** | |
|---|---|---|---|
| | State the term remaining | | **Hana Financial** |
| | List the contract number of any | | **1000 Wilshire Blvd., 20th Fl.**<br>**Los Angeles, CA 90017** |

| Debtor 1 | J & M Sales, Inc. | | Case number (if known) | 18-11801 (LSS) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | General Liability, Auto, Workers' Compensation and Flood Policies | |
| | State the term remaining | | Hartford<br>Jeanna Day, Practice Leader, Specialty GL<br>Melissa Phan, Practice Leader - National<br>777 S. Figueroa Street, Suite 700<br>Los Angeles, CA 90017 |
| | List the contract number of any government contract | | |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | |
| | State the term remaining | | HERITAGE OAKS STATION L.P.<br>NW 6422<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-6422 |
| | List the contract number of any government contract | | |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | D&O and Crime Policies | |
| | State the term remaining | | Hiscox Insurance Company<br>104 South Michigan Avenue<br>Suite 600<br>Chicago, IL 60603 |
| | List the contract number of any government contract | | |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | |
| | State the term remaining | | HOWARD CALIFORNIA PROPERTIES<br>HIGHLAND PARK, LLC<br>C/O ADR/PREFERRED BUSINESS PROP.<br>20664 VENTURA BLVD.,<br>WOODLAND HILLS, CA 91364 |
| | List the contract number of any government contract | | |
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | |
| | State the term remaining | | J & M PROPERTIES, LLC<br>15001 SO. FIGUEROA ST.<br>GARDENA, CA 90248 |
| | List the contract number of any government contract | | |
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | JEEG TRUST<br>309 W. LAKE MEAD PKY<br>SUITE # 150<br>HENDERSON, NV 89015 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **J & M Sales, Inc.** | | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **JONES 1960 CROSSROADS LLC** |
| | List the contract number of any government contract | **19 WEST SHADOW CREEK VILLAGE LOOP**<br>**SPRING, TX 77389** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** |
|---|---|---|
| | State the term remaining | **Jules and Associates** |
| | List the contract number of any government contract | **515 S. Figueroa Street, Suite 1950**<br>**Los Angeles, CA 90071** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Kaiser Permanente Health Plan dated 01.20.18** |
|---|---|---|
| | State the term remaining | **Kaiser Foundation Health Plan, Inc.**<br>**Northern California Region** |
| | List the contract number of any government contract | **PO Box 23448**<br>**San Diego, CA 92193-3448** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Kaiser Permanente Health Plan dated 01.20.18** |
|---|---|---|
| | State the term remaining | **Kaiser Foundation Health Plan, Inc.**<br>**Southern California Region** |
| | List the contract number of any government contract | **PO Box 23448**<br>**San Diego, CA 92193-3448** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **KM FRESNO INVESTORS, LLC**<br>**6222 WILSHIRE BLVD.** |
| | List the contract number of any government contract | **SUITE 650**<br>**LOS ANGELES, CA 90048** |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 10 of 18 |
|---|---|---|
| Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

| Debtor 1 | **J & M Sales, Inc.** | | | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **LA CIENEGA-SAWYER, LTD.**<br>**550 SOUTH HOPE STREET**<br>**SUITE 2200**<br>**LOS ANGELES, CA 90071** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **LONG DRUGS STORES CALIFORNIA, LLC**<br>**CVS 09836S1A**<br>**PO BOX 1525**<br>**WOONSOCKET, RI 02895** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **LUCILLE H ERICKSON,TRUSTEE OF THE**<br>**ERICKSON TRUST 1986 - Q TIP TRUST**<br>**3300 IRVINE AVENUE**<br>**SUITE 270**<br>**NEWPORT BEACH, CA 92660** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **LULU'S INVESTMENT INC**<br>**678 JAMAICA ROAD**<br>**EL CAJON, CA 92019** |
| | List the contract number of any government contract | | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **M M & J VENTURES**<br>**15001 S. FIGUEROA STREET**<br>**GARDENA, CA 90248** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **M M & J VENTURES**<br>**15001 S. FIGUEROA STREET**<br>**GARDENA, CA 90248** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **J & M Sales, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)    **18-11801 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **METROPOLITAN** |
| | List the contract number of any government contract | | **15001 S FIGUEROA STREET**<br>**GARDENA, CA 90248** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **MJF PROPERTIES LLC** |
| | List the contract number of any government contract | | **15001 S FIGUEROA ST**<br>**GARDENA, CA 90248** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **MOHR AFFINITY LLC**<br>**DBA LAKE ELSINORE OUTLETS** |
| | List the contract number of any government contract | | **DEPT LA 23822**<br>**PASADENA, CA 91185-3898** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **MONTCLAIR PLAZA PARTNERS LLC**<br>**3435 WILSHIRE BLVD**<br>**SUITE 1840** |
| | List the contract number of any government contract | | **EQUITABLE BLDG**<br>**LOS ANGELES, CA 90010** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **MORENO VALLEY PLAZA, LTD.** |
| | List the contract number of any government contract | | **P.O.BOX 845824**<br>**LOS ANGELES, CA 90084-5824** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | **NORWALK TOWN SQUARE MANAGEMENT, INC**<br>**5850 CANOGA AVE**<br>**SUITE 650**<br>**WOODLAND HILLS, CA 91367** |
|---|---|---|---|

Debtor 1    **J & M Sales, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)    **18-11801 (LSS)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

---

2.68.  State what the contract or lease is for and the nature of the debtor's interest    **Real Property Lease**

State the term remaining

List the contract number of any government contract

**OPPIDAN, LLC**
**C/O EXCEL PROPERTY MGMT SERVICES, I**
**P.O. BOX 2027**
**LONG BEACH, CA 90801**

---

2.69.  State what the contract or lease is for and the nature of the debtor's interest    **Real Property Lease**

State the term remaining

List the contract number of any government contract

**PACLEXICO,LLC**
**12100 WILSHIRE BLVD**
**SUITE 1050**
**LOS ANGELES, CA 90025**

---

2.70.  State what the contract or lease is for and the nature of the debtor's interest    **Real Property Lease**

State the term remaining

List the contract number of any government contract

**PALO WOODS, LLC**
**C/O WATT MANAGEMENT**
**2716 OCEAN PARK BLVD.,**
**#3040**
**SANTA MONICA, CA 90405**

---

2.71.  State what the contract or lease is for and the nature of the debtor's interest    **Real Property Lease**

State the term remaining

List the contract number of any government contract

**PERRIS RAMONA LLC**
**18802 BARDEEN AVENUE**
**IRVINE, CA 92612**

---

2.72.  State what the contract or lease is for and the nature of the debtor's interest    **Real Property Lease**

State the term remaining

List the contract number of any government contract

**PHILIP HART REVOCABLE LIVING TRUST**
**13927 MEADOW DRIVE**
**GRASS VALLEY, CA 95945**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **J & M Sales, Inc.** | | | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **PICO RIVERA PLAZA**<br>**C/O GASKA**<br>**100 W. BROADWAY, SUITE 950**<br>**GLENDALE, CA 91210** |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **PRIMESTOR 19TH AVENUE, LLC**<br>**C/O PRIMESTOR DEVELOPMENT, INC**<br>**201 SOUTH FIGUEROA ST, SUITE 300**<br>**LOS ANGELES, CA 90012** |
| | List the contract number of any government contract | | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **RDEV MESA RANCH, LLC**<br>**PO BOX 82552**<br>**GOLETA, CA 93118** |
| | List the contract number of any government contract | | |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **REFQUA LLC &/OR JEWELRY CENTER LLC**<br>**1559 S SEPULVEDA BLVD**<br>**LOS ANGELES, CA 90025** |
| | List the contract number of any government contract | | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Reich Bros. Business Solutions LLC**<br>**267 Central Ave.**<br>**White Plains, NY 10606** |
| | List the contract number of any government contract | | |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **RICH DEVELOPMENT INDIO III, LLC**<br>**1000 N. WESTERN AVE.**<br>**STE.200**<br>**SAN PEDRO, CA 90732** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **J & M Sales, Inc.** | | Case number (if known) | **18-11801 (LSS)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Side-A DIC Policy** | |
| | State the term remaining | | **RLI Insurance Company** |
| | List the contract number of any government contract | | **9025 North Lindbergh Drive**<br>**Peoria, IL 61615** |
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **SAVE MART SUPERMARKETS**<br>**C/O REAL ESTATE DEPT/JENNIFER DAVIS**<br>**1800 STANDIFORD AVE.,** |
| | List the contract number of any government contract | | **MODESTO, CA 95352** |
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **SHERITRU PARTNERS, LTD**<br>**C/O CARROLTON PARK SHOPPING CENTER**<br>**4501 SUNBELT DRIVE** |
| | List the contract number of any government contract | | **SUITE B**<br>**ADDISON, TX 75001** |
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **SILVER SHIELD, LLC** |
| | List the contract number of any government contract | | **549 47TH AVENUE**<br>**SAN FRANCISCO, CA 94121** |
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **SILVER STATE STATION LLC** |
| | List the contract number of any government contract | | **2644 SOLUTION CENTER**<br>**CHICAGO, IL 60677-2006** |
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | **SKBB INVESTMENTS, L.P.**<br>**9595 WILSHIRE BLVD**<br>**SUITE 401**<br>**BEVERLY HILLS, CA 90212** |

| Debtor 1 | **J & M Sales, Inc.** | | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
|  | State the term remaining | | **SOCO** |
|  | | | **A CALIFORNIA LIMITED PARTNERSHIP** |
|  | List the contract number of any government contract | | **C/O LUKE MANAGEMENT** |
|  | | | **16400 PACIFIC COAST HIGHWAY #207** |
|  | | | **HUNTINGTON BEACH, CA 92649** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Managing General Agent - Umbrella and Excess Policies** | |
|---|---|---|---|
|  | State the term remaining | | **SterlingRisk** |
|  | | | **Howard Meyers, Vice Chairman** |
|  | | | **135 Crossways Park Drive** |
|  | List the contract number of any government contract | | **P.O. Box 9017** |
|  | | | **Woodbury, NY 11797** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
|  | State the term remaining | | **SUNRISE MARKETPLACE STATION LLC** |
|  | | | **11501 NORTHLAKE DR** |
|  | List the contract number of any government contract | | **CINCINNATI, OH 45249** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
|  | State the term remaining | | **Susquehanna Commercial Finance** |
|  | | | **2 Country View Road, Suite 300** |
|  | List the contract number of any government contract | | **Malvern, PA 19355** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
|  | State the term remaining | | **TCF Equipment Finance, Inc.** |
|  | | | **11100 Wayzata Blvd., Suite 801** |
|  | List the contract number of any government contract | | **Minnetonka, MN 55305** |

| Debtor 1 | **J & M Sales, Inc.** | | | Case number (*if known*) | **18-11801 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **THE LIVING WATER CHURCH** |
| | List the contract number of any government contract | | **15017 S. FIGUEROA STREET** |
| | | | **GARDENA, CA 90248** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **TULARE VILLAGE, LLC** |
| | List the contract number of any government contract | | **621 E. PROSPERITY AVE** |
| | | | **TULARE, CA 93274** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **UPSIDE CRENSHAW HOLDING, LLC** |
| | List the contract number of any government contract | | **C/O NEWMARK MERRILL COMPANIES** |
| | | | **5850 CANOGA AVE, SUITE 650** |
| | | | **WOODLAND HILLS, CA 91367** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Security Guard Services** | |
|---|---|---|---|
| | State the term remaining | | **US Security Associates, Inc.** |
| | List the contract number of any government contract | | **200 Mansell Court, 5th Floor** |
| | | | **Roswell, GA 30076** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Valley elevator Maintenance Contract dated 10.12.17** | |
|---|---|---|---|
| | State the term remaining | | **Valley Elevator** |
| | List the contract number of any government contract | | **515 E Salmon River Drive** |
| | | | **Fresno, CA 93730** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **WHITEROCK IMPROVEMENTS, LP** |
| | List the contract number of any | | **PO BOX 2108** |
| | | | **HICKSVILLE, NY 11802** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **J & M Sales, Inc.** | | | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **WIND CHIME PROPERTIES, LP** |
| | List the contract number of any government contract | | **c/o RELIABLE PROPERTIES**<br>**6420 WILSHIRE BLVD. SUITE 1500**<br>**LOS ANGELES, CA 90048-5561** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **WRI JT NORTHRIDGE LP** |
| | List the contract number of any government contract | | **PO BOX 301607**<br>**DALLAS, TX 75303-1607** |

**Fill in this information to identify the case:**

Debtor name  **J & M Sales, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **18-11801 (LSS)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Carribean Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Encina Business Credit, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Carribean Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Gordon Brothers Finance Company** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Carribean Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Michael Fallas** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Carribean Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Reich Bros. Business Solutions LLC** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **FP Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **Encina Business Credit, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **J & M Sales, Inc.** | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **Gordon Brothers**<br>**Finance Company** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **Michael Fallas** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **CSC, as**<br>**Representative** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **Jules and Associates** | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **Reich Bros. Business**<br>**Solutions LLC** | ■ D   **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **Susquehanna**<br>**Commercial Finance** | ■ D   **2.7**<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **TCF Equipment**<br>**Finance, Inc.** | ■ D   **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **J&M Sales of**<br>**Texas, LLC** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **Encina Business**<br>**Credit, LLC** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |

Debtor   **J & M Sales, Inc.**                                             Case number *(if known)*   **18-11801 (LSS)**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **J&M Sales of Texas, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Gordon Brothers Finance Company** | ■ D ___**2.3**___ ☐ E/F _____ ☐ G _____ |
| 2.15 | **J&M Sales of Texas, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Michael Fallas** | ■ D ___**2.5**___ ☐ E/F _____ ☐ G _____ |
| 2.16 | **J&M Sales of Texas, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **CSC, as Representative** | ■ D ___**2.1**___ ☐ E/F _____ ☐ G _____ |
| 2.17 | **J&M Sales of Texas, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Jules and Associates** | ■ D ___**2.4**___ ☐ E/F _____ ☐ G _____ |
| 2.18 | **J&M Sales of Texas, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Reich Bros. Business Solutions LLC** | ■ D ___**2.6**___ ☐ E/F _____ ☐ G _____ |
| 2.19 | **J&M Sales of Texas, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Susquehanna Commercial Finance** | ■ D ___**2.7**___ ☐ E/F _____ ☐ G _____ |
| 2.20 | **J&M Sales of Texas, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **TCF Equipment Finance, Inc.** | ■ D ___**2.8**___ ☐ E/F _____ ☐ G _____ |
| 2.21 | **National Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **Encina Business Credit, LLC** | ■ D ___**2.2**___ ☐ E/F _____ ☐ G _____ |

| Debtor | **J & M Sales, Inc.** | Case number *(if known)* | **18-11801 (LSS)** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.22 | National Stores, Inc. | 15001 South Figueroa Street Gardena, CA 90248 | Gordon Brothers Finance Company | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.23 | National Stores, Inc. | 15001 South Figueroa Street Gardena, CA 90248 | Michael Fallas | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.24 | National Stores, Inc. | 15001 South Figueroa Street Gardena, CA 90248 | CSC, as Representative | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.25 | National Stores, Inc. | 15001 South Figueroa Street Gardena, CA 90248 | Jules and Associates | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.26 | National Stores, Inc. | 15001 South Figueroa Street Gardena, CA 90248 | Reich Bros. Business Solutions LLC | ■ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.27 | National Stores, Inc. | 15001 South Figueroa Street Gardena, CA 90248 | Susquehanna Commercial Finance | ■ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.28 | National Stores, Inc. | 15001 South Figueroa Street Gardena, CA 90248 | TCF Equipment Finance, Inc. | ■ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.29 | Pazzo FNB Corp. | 15001 South Figueroa Street Gardena, CA 90248 | Encina Business Credit, LLC | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |

| Debtor | **J & M Sales, Inc.** | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.30 | **Pazzo FNB Corp.** | 15001 South Figueroa Street Gardena, CA 90248 | **Gordon Brothers Finance Company** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.31 | **Pazzo FNB Corp.** | 15001 South Figueroa Street Gardena, CA 90248 | **Michael Fallas** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | **Pazzo FNB Corp.** | 15001 South Figueroa Street Gardena, CA 90248 | **Reich Bros. Business Solutions LLC** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | **Southern Island Retail Stores LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Encina Business Credit, LLC** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | **Southern Island Retail Stores LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Gordon Brothers Finance Company** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | **Southern Island Retail Stores LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Michael Fallas** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | **Southern Island Stores, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Encina Business Credit, LLC** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | **Southern Island Stores, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Gordon Brothers Finance Company** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.38 | **Southern Island Stores, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Michael Fallas** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.39 | **Southern Island Stores, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **CSC, as Representative** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.40 | **Southern Island Stores, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Reich Bros. Business Solutions LLC** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.41 | **FP Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **RICH DEVELOPMENT INDIO III, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.78___ |
| 2.42 | **FP Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **CVS PHARMACY, INC.** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.28___ |
| 2.43 | **FP Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **FRANK MISSION MARKETPLACE, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.41___ |
| 2.44 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **FRANK MISSION MARKETPLACE, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.41___ |
| 2.45 | **National Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **DMDE PROPERTIES, LP** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.32___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **J & M Sales, Inc.** | Case number *(if known)* | **18-11801 (LSS)** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.46 | **National Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **LUCILLE H ERICKSON,TRUSTEE OF THE** | ☐ D _____ ☐ E/F _____ ■ G __2.58__ |
| 2.47 | **National Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **PHILIP HART REVOCABLE LIVING TRUST** | ☐ D _____ ☐ E/F _____ ■ G __2.72__ |
| 2.48 | **National Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **CALIFORNIA PROP & DEV., LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.21__ |
| 2.49 | **National Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **FRANK MISSION MARKETPLACE, LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.41__ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com