## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| **J & M SALES INC.,** *et al.,* | ) **Case No. 18-11801 (LSS)** |
| Debtors.[1] | ) **Jointly Administered** |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

J&M Sales, Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases, (the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

Curt Kroll has signed each set of the Schedules and Statements. Mr. Kroll serves as the Chief Restructuring Officer of each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Kroll has necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Given the scale of the Debtors' business and the number of stores covered by the Schedules and Statements, Mr. Kroll has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtors or their officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their officers, employees, agents, attorneys, or their professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1. **Description of Cases**. On August 6, 2018, (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On August 7, 2018, an order was entered directing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 73]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2. **Global Notes Control**. These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2

a.   **No Admission**.  Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

b.   **Recharacterization**.  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c.   **Classifications**.  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

d.   **Claims Description**.   Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by any of the Debtors.  The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.   **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the Petition Date, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

f.   **Intellectual Property Rights**.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not

3

be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g.    **Insiders**.  The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

In the circumstance where the Schedules and Statements require information regarding "insiders", the Debtors have included information with respect to the individuals who the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Specifically, the Debtors have listed payment information of their Chief Executive Officer, Chief Financial Officer, Directors, and former executives who received payments from the Debtors within one year of the Petition Date.  The Debtors employ other individuals that have officer titles, but the Debtors do not believe that such officers qualify as insiders within the meaning of the Bankruptcy Code.

4.    **Methodology**.

a.    **Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis except as noted on the applicable Schedules/Statements or herein.

b.    **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities and prepetition payments once.

4

c.   **Net Book Value**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect estimates of net book values as of the Petition Date.  Market values may vary, at some times materially, from net book values.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain the current market values of all their property.  Accordingly, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined.  Amounts ultimately realized may vary materially from net book value (or whatever value was ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement or adjust the asset values set forth herein.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.

d.   **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are listed in the Schedules and Statements.   Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.  The Debtors' inventory is tracked by department and by store, but not by both.  Thus, the inventory amounts set forth in the Schedules and Statements are gross inventory amounts on a Debtor by Debtor basis based upon store inventory allocations as well as a consolidated detail listing of inventory by department that is attached to the Schedules of all operating Debtors.  Inventory is counted on a staggered basis and done annually, by a third party, RGIS.  The Debtors have closing inventory amounts by Debtor as of July 2018.  The Debtors do not have amounts for prior year inventories as they calculate inventory loss as opposed to inventory count and estimate the amount based on the prior year.

e.   **Consolidated Accounts Payable and Disbursements System**.  The Debtors use a centralized cash management system to streamline collection, transfer and disbursement of funds generated by the Debtors' business operations.  The cash management system is operated and maintained by the Debtors' employees.

f.   **Allocation of Liabilities**.  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

g.   **Undetermined Amounts**.  The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

h.      **Unliquidated Amounts**.  Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated" or "unknown."

i.      **Totals**.   All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

j.      **Paid Claims**.  The Debtors have authority to pay certain outstanding prepetition payables pursuant to bankruptcy or other court order; as such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition payables.  Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements with the exception that liabilities with respect to the Debtors' prepetition vendors may be listed at the amount outstanding as of the Petition Date, regardless of whether such claims have been settled and paid postpetition in accordance with any of the "first day" orders entered by the Bankruptcy Court authorizing the payment of prepetition claims.  To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

k.      **Intercompany Claims**.  Receivables and payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' books and records.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.

l.      **Guarantees and Other Secondary Liability Claims**.  The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedule G with respect to leases and Schedule D with respect to credit agreements for the affected Debtor or Debtors.  The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their review of their books and records and contractual agreements.  The Debtors reserve their rights to amend the Schedules and Statements if additional guarantees are identified.

m.      **Excluded Assets and Liabilities**.   The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred revenue accounts; and certain accrued

liabilities including, but not limited to, accrued salaries and employee benefits. Other immaterial assets and liabilities may also have been excluded.

n.  **Liens**.  The inventories, property and equipment listed in the Schedules and Statements are presented without consideration of any liens.

o.  **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

p.  **Setoffs**.  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between Debtors and their customers and/or suppliers.  These normal, ordinary course setoffs and nettings are common to the retail industry.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.  **Specific Schedules Disclosures**.

a.  **Schedule A/B, Parts 1 and 2 - Cash and Cash Equivalents; Deposits and Prepayments**.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Motion of Debtors for Interim and Final Orders (I) Authorizing (A) Continuation of Existing Cash Management System, (B) Maintenance of Existing Business Forms and Bank Accounts, (C) Continuation of Intercompany Transactions, and (D) Payment of Related Prepetition Obligations Pursuant to Sections 105(a), 363(b), and 363(c) of Bankruptcy Code and Bankruptcy Rules 6003 and 6004 and (II) Waiving Requirements of Section 345(b) of Bankruptcy Code* [Docket Nos 7] (the "Cash Management Motion") and any orders of the Bankruptcy Court granting the Cash Management Motion.  As described therein, the Debtors utilize a centralized cash management system.

Additionally, the Bankruptcy Court, pursuant to the *Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service* [Docket No. 86] (the "Interim Utility Order"), has authorized the Debtors to provide adequate assurance of payment for future utility services.  Such deposits pursuant to the Utility Order are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.  Certain utilities may hold deposits separate and apart from the Interim Utility Order.

b.     **Schedule A/B, Part 4 - Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.**  Ownership interests in subsidiaries have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.

c.     **Schedule A/B, Part 7 - Office Furniture, Fixtures, and Equipment; and Collectibles**.  Dollar amounts are presented net of accumulated depreciation and other adjustments.

d.     **Schedule A/B, Part 11 - All Other Assets**.  Dollar amounts are presented net of impairments and other adjustments.

Additionally, the Debtors may receive refunds, income tax refunds or other sales tax refunds at various times throughout their fiscal year.  As of the Petition Date, however, certain of these amounts are unknown to the Debtors, and accordingly, may not be listed in Schedule A/B.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.***  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, or refunds with their customers and suppliers.  Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant.  Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

e.     **Schedule D - Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (I) Granting Expedited Relief, (II) Approving Postpetition Financing, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Authorizing Use of Cash Collateral, (V) Granting Adequate Protection, (VI) Modifying Automatic Stay, and (VII) Granting Related Relief* [Docket No. 93], or other stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and

8

priority of any liens.  In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the secured facilities, only the administrative agents have been listed for purposes of Schedule D.

f.    **Schedule E/F - Creditors Who Have Unsecured Claims.**

*Part 1 - Creditors with Priority Unsecured Claims*.  Pursuant to the *Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Assessments and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers Pursuant to Sections 105(a), 363(b), 507(a), and 541 of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004* [Docket Nos. 85 and 283] (the "Taxes Order"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid pursuant to the Taxes Order may still be listed in Schedule E. The Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

Furthermore, pursuant to the *Interim and Final Orders (I) Authorizing, But Not Directing, Debtors to (A) Pay Certain Accrued Prepetition Wages, (B) Permit Employees to Use Accrued Prepetition Vacation Time, (C) Pay Employees' Prepetition Reimbursable Business Expenses, (D) Make Accrued Prepetition Contributions to Employee Benefit Plan, and (E) Continue Employee Benefit Plan Post-Petition; (II) Authorizing, But not Directing, The Release of Withheld Taxes and Employee Contributions, and (III) Authorizing Related Relief* [Docket Nos 80 and 274] (the "Wage Order"), the Debtors received interim authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business. The Debtors believe that any non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such satisfied amounts are not listed. The amounts listed on Schedule E/F Part 1 are for accrued vacation and PTO that have not been paid pursuant to the Wage Order.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

*Part 2 - Creditors with Nonpriority Unsecured Claims*.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The

9

Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2 reflects liabilities based on the Debtors' books and records.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

As of the time of filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if and as they receive such invoices.

There are 96 legal actions to which one or more Debtors are parties. Multiple Debtors are often listed as defendants to these legal actions. The Debtors have included the entire list of legal actions on Schedule E/F Part 2 for each Debtor.

g.    **Schedule G - Executory Contracts and Unexpired Leases**. While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of

10

their business, such as supplemental agreements, amendments, and letter agreement, which documents may not be set forth in Schedule G.

Certain of the agreements listed on Schedule G may have expired or terminated pursuant to their terms, but are listed on Schedule G in an abundance of caution.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in Schedule G.  Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract.  The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility.  The guaranty obligations arising under these agreements are reflected on Schedule H only.

h.  **Schedule H - Co-Debtors**.  For purposes of Schedule H, only the agent under the prepetition credit facility or counterparties that are subject to a guaranty are listed as Co-Debtors on Schedule H.

**6.  <u>Specific Statements Disclosures.</u>**

a.  **Statements, Part 2, Questions 3 and 4 - Payments to Certain Creditors**.  Prior to the Petition Date, the Debtors maintained a centralized cash management system.  Consequently, all payments to insiders listed in response to Question 4 on each of the Debtors' Statements reflect payments made on a consolidated basis pursuant to the Debtors' cash management system described in the Cash Management Motion.  In addition, for the sake of completeness and out of an abundance of caution, the Debtors have listed all transfers made during the 90-day and 1 year period in their responses to Question3 and 4.

b.  **Statements, Part 2, Question 6 - Setoffs**.  For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 4(p) of these Global Notes.

c.  **Statements, Part 6, Question 11 - Payments Related to Bankruptcy**.  Question 11 on all Statements reflects payments to professionals made on a consolidated basis.

DOCS_SF:97704.5 59942/002

d.     **Statements, Part 13, Question 26 - Books, Records, and Financial Statements**.
The Debtors provide certain parties, such as banks, auditors, potential investors,
vendors, and financial advisors, with financial statements that may not be part of a
public filing.  The Debtors do not maintain complete lists or other records
tracking such disclosures.  Therefore, the Debtors have not provided full lists of
these parties in their responses to Statement Question 26.

e.     **Statements, Part 13, Question 27 - Inventories**.  As noted earlier, the Debtors'
inventory is tracked by department and by store, but not by both.  Thus, the
inventory amounts set forth in the Schedules and Statements are gross inventory
amounts on a Debtor by Debtor basis based upon store inventory allocations as
well as a consolidated detail listing of inventory by department that is attached to
the Schedules of all operating Debtors.  Inventory is counted on a staggered basis
and done annually, by a third party, RGIS.  The Debtors have closing inventory
amounts by Debtor as of July 2018.  The Debtors do not have amounts for prior
year inventories as they calculate inventory loss as opposed to inventory count
and estimate the amount based on the prior year.

f.     **Statements, Part 13, Questions 4 and 30 - Payments, Distributions, or
Withdrawals Credited or Given to Insiders**.  Distributions by the Debtors to
their directors and officers are listed on the attachment to Questions 4 and 30.
Certain directors and executive officers of the Debtors are also directors and
executive officers of certain Debtor and non-Debtor affiliates.  Certain of the
Debtors' directors and executive officers received distributions net of tax
withholdings in the year preceding the Petition Date.  The amounts listed under
Questions 4 and 30 reflect the gross amounts paid to such directors and executive
officers, rather than the net amounts after deducting for tax withholdings.

g.     **Statements, Part 3, Question 7 - Legal Actions.**  Multiple Debtors are often
listed as defendants to the 96 legal actions.  The Debtors have attached the entire
list of legal actions to each Debtor.

DOCS_SF:97704.5 59942/002

**Fill in this information to identify the case:**

Debtor name    **Southern Island Stores LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11805 (LSS)**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule*
- ☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      September 18, 2018            X _____
                                                    Signature of individual signing on behalf of debtor

**Curt Kroll**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Southern Island Stores LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **18-11805 (LSS)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

 **1a. Real property:**
 Copy line 88 from *Schedule A/B*.................................................................................. $  **0.00**

 **1b. Total personal property:**
 Copy line 91A from *Schedule A/B*................................................................................. $  **27,762,808.63**

 **1c. Total of all property:**
 Copy line 92 from *Schedule A/B*.................................................................................... $  **27,762,808.63**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
 Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $  **110,842,800.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

 **3a. Total claim amounts of priority unsecured claims:**
 Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $  **325,598.74**

 **3b. Total amount of claims of nonpriority amount of unsecured claims:**
 Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$  **84,364,739.40**

4. **Total liabilities** .........................................................................................................
 Lines 2 + 3a + 3b $  **195,533,138.14**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Southern Island Stores LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11805 (LSS)**

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.    **See Attachment B.7 for details** | $611,531.63 |
|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| $611,531.63 |
|---|

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Southern Island Stores LLC**                                                    Case number *(If known)*  **18-11805 (LSS)**
Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale Inventory.  See Attachment B.21 for a consolidated list of inventory by department.** | | $19,815,848.00 | Cost | $19,815,848.00 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$19,815,848.00

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Island Stores LLC** | Case number *(If known)* **18-11805 (LSS)** |
|---|---|---|
| | Name | |

| **Office equipment, furniture, fixtures, machinery, etc.  See Attachment B.41 for details.** | **$7,335,429.00** | Cost | **$7,335,429.00** |
|---|---|---|---|

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

**$7,335,429.00**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Southern Island Stores LLC**
Name

Case number *(If known)*  **18-11805 (LSS)**

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $611,531.63 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $19,815,848.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,335,429.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $27,762,808.63 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $27,762,808.63 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.7

| Creditor | Amount |
| --- | --- |
| **5** | **$611,531.63** |
| AQUARION WATER COMPANY OF | $100.00 |
| COLUMBIA GAS OF MASSACHUSSETTS | $9,755.00 |
| COMED | $7,291.64 |
| CON EDISON | $92,331.84 |
| CONSUMERS ENERGY | $15,040.00 |
| CREDIT CARDS Breach reserve | $450,673.30 |
| DUKE ENERGY | $3,030.00 |
| GEORGIA POWER | $2,205.00 |
| NATIONAL GRID | $5,740.64 |
| NICOR GAS | $4,503.46 |
| PECO-PAYMENT PROCESSING | $11,567.75 |
| PHILADELPHIA GAS WORKS | $632.00 |
| SOUTHERN CONNECTICUT GAS | $750.00 |
| THE ILLUMINATING COMPANY | $1,788.00 |
| WE ENERGIES | $6,123.00 |

Attachment B.21
Inventory by Department

| Dept. | Sum of Cost | Sum of InTransit Cost |
|---|---|---|
| 4-6 GIRLSS | $24,470.92 | $0.00 |
| 7-16 GIRLS | $27,057.10 | $120.00 |
| 8-20 BOYS | $118,871.73 | $6,313.80 |
| ACCESSORIES | $2,695,777.43 | $182,668.84 |
| ACTIVE | $5,055,699.72 | $452,569.21 |
| ACTIVEWEAR | $7,831,063.83 | $486,547.98 |
| AUTOMOTIVE | $307,767.62 | $11,214.62 |
| BACKPACKS | $1,194,459.15 | $36,674.25 |
| BASICS | $13,259,849.82 | $945,054.13 |
| BATH | $2,261,670.92 | $227,803.49 |
| BED | $3,404,992.68 | $409,264.15 |
| BLANKETS | $979,923.47 | $66,710.42 |
| BOYS BRANDED UNIFORMS | $2,319.35 | $0.00 |
| BOYS INFANT/TODDLER SHOES | $294,642.41 | $16,315.38 |
| BOYS SHOES | $427,002.90 | $25,554.71 |
| BOYS UNIFORMS | $5,266,775.61 | $244,600.49 |
| BRA SETS | $122,256.76 | $10,650.08 |
| BRAS | $861,316.35 | $97,565.50 |
| CAMI SETS | $89,238.16 | $6,630.72 |
| CONSUMABLES | $723,609.20 | $31,659.87 |
| DENIM BOTTOMS | $4,741,878.37 | $352,701.12 |
| DIRECT STORE DELIVERY | $3.28 | $0.00 |
| DRESS UP | $185,340.67 | $11,164.20 |
| DRESSES | $5,245,165.54 | $376,067.95 |
| FASHION ACCESSORIES | $449,524.05 | $13,141.38 |
| FOOD | $326,122.62 | $40,980.80 |
| FRAGRANCE | -$7.25 | $0.00 |
| GARDENING | $64,930.79 | $1,469.28 |
| GIRLS BRANDED UNIFORMS | $4,608.85 | $0.00 |
| GIRLS INFANT/TODDLER SHOE | $493,066.66 | $35,747.88 |
| GIRLS SHOES | $1,024,415.61 | $73,692.08 |
| GIRLS UNIFORMS | $4,616,449.04 | $221,249.30 |
| HANDBAGS | $1,240,898.42 | $108,814.67 |
| HEALTH & BEAUTY | $1,150,872.23 | $42,643.34 |
| HOME | $25,242.60 | $244.80 |
| HOME ACCENT | $3,414,043.34 | $305,959.86 |
| HOUSEWARES | $1,045,611.50 | $109,749.37 |
| INFANT BOY | $593,874.60 | $36,835.11 |
| INFANT GIRL | $1,505,871.58 | $107,561.87 |
| INFANTS | $22,928.48 | $0.00 |
| INTIMATE | $61,851.68 | $432.00 |
| JEWELRY | $1,013,225.70 | $76,591.90 |
| JUNIOR PLUS | $2,115,546.87 | $98,385.63 |

Attachment B.21
Inventory by Department

| Dept. | Sum of Cost | Sum of InTransit Cost |
|---|---|---|
| JUNIORS | $304,480.34 | $18,532.05 |
| JUVENILE | $753,718.83 | $65,061.93 |
| LADIES COSMETICS | $355,937.34 | $26,682.27 |
| LADIES SHOES | $2,428,665.66 | $160,218.28 |
| LADIES UNIFORMS | $213,009.18 | $784.79 |
| LUGGAGE | $609,808.80 | $88,487.09 |
| MATERNITY | $14,364.06 | $423.36 |
| MENS | $22,029.68 | $966.00 |
| MENS SHOES | $1,151,729.42 | $105,057.12 |
| MENS UNIFORMS | $721,546.42 | $51,499.58 |
| MISC DUMP | $62,190.53 | $215.25 |
| MISSY | $324,999.78 | $18,235.35 |
| MISSY PLUS | $8,835.51 | $924.00 |
| NEWBORN BOY | $442,834.23 | $34,250.00 |
| NEWBORN GIRL | $834,642.42 | $64,583.38 |
| NON DENIM BOTTOMS | $2,444,795.54 | $145,415.08 |
| NON-DENIM BOTTOMS | $5,874,503.12 | $421,608.78 |
| OPPORTUNITY DEALS | $980.00 | $0.00 |
| OUTERWEAR | $5,821,630.67 | $184,494.72 |
| PANTIES | $778,749.42 | $73,740.41 |
| PET | $136,395.02 | $11,316.39 |
| PRICE POINT | $81,559.73 | $0.00 |
| RELATED SEPARATES | $20,276.41 | $900.00 |
| SCRUBS | $519,012.42 | $28,848.04 |
| SEASONAL | $1,336,886.47 | $92,746.17 |
| SETS | $1,418,500.34 | $85,237.60 |
| SHAPEWEAR | $486,225.73 | $40,983.23 |
| SHOE ACCESSORIES | $24,691.60 | $730.80 |
| SHOES | $5,949.10 | $0.00 |
| SLEEPWEAR | $2,786,934.82 | $145,311.48 |
| SOCKS/HOSE | $1,333,959.11 | $100,654.60 |
| STATIONARY/GIFT ACCESSORI | $848,880.28 | $33,224.39 |
| TABLETOP | $403,822.13 | $42,378.73 |
| TEAM | $204,222.99 | $2,384.70 |
| TODDLER BOY | $1,669,679.85 | $75,819.96 |
| TODDLER BOYS | $9,183.26 | $1,366.00 |
| TODDLER GIRL | $2,574,174.73 | $165,692.69 |
| TODDLER GIRLS | $26,113.70 | $579.10 |
| TODDLERS | $8,166.99 | $0.00 |
| TOPS | $17,178,661.49 | $1,345,099.72 |
| TOYS | $2,866,113.96 | $215,642.43 |
| URBAN BRANDS | $254.55 | $0.00 |
| WALLETS | $275,908.82 | $36,471.11 |

Attachment B.21
Inventory by Department

| Dept. | Sum of Cost | Sum of InTransit Cost |
|---|---|---|
| WINDOW | $1,444,018.02 | $170,156.83 |
| WOMAN ACCESS. | $22,857.40 | $202.80 |
| YOUNG MENS | $8,779,521.99 | $749,572.68 |
| **Sub Total** | **$141,921,652.22** | **$10,077,849.07** |
| **Grand Total** | **$151,999,501.29** | |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 9905 | Computer Equipment | | 43.84 | 12.45 |
| 9905 | Computer Equipment | | 6,844.58 | 1,939.14 |
| 9905 | Computer Equipment | | 1,129.27 | 320.01 |
| 9905 | Computer Equipment | | 3,049.63 | 863.94 |
| 9905 | Computer Equipment | | 276.63 | 78.40 |
| 9905 | Computer Equipment | | 35,924.25 | 10,178.43 |
| 1 | Leasehold Improvement | Elevator Repair Contract - 50% | 4,763.13 | 3,135.84 |
| 531 | Equipment | Security Cameras & Install | 5,634.77 | 751.45 |
| 525 | Equipment | Security Cameras & Install | 5,064.33 | 2,194.39 |
| 526 | Equipment | Security Cameras & Install | 6,324.68 | 843.36 |
| 537 | Equipment | Security Cameras & Install | 5,442.11 | 725.71 |
| 548 | Equipment | Security Cameras & Install | 5,431.35 | 724.31 |
| 568 | Equipment | Security Cameras & Install | 4,570.31 | 609.47 |
| 575 | Equipment | Security Cameras & Install | 5,431.35 | 1,991.59 |
| 576 | Equipment | Security Cameras & Install | 4,624.13 | 1,695.47 |
| 510 | Leasehold Improvement | Construction Contract - Draw #1 | 27,355.53 | 16,641.41 |
| 510 | Leasehold Improvement | Construction Contract - Draw #2 | 49,557.97 | 30,147.91 |
| 511 | Leasehold Improvement | Construction Contract - Draw #1 | 46,501.65 | 40,301.49 |
| 511 | Leasehold Improvement | Construction Contract - Draw #2 | 84,243.57 | 73,011.09 |
| 521 | Leasehold Improvement | Construction Contract - Draw #1 | 5,910.71 | 5,516.63 |
| 521 | Leasehold Improvement | Construction Contract - Draw #2 | 10,708.01 | 9,994.17 |
| 522 | Leasehold Improvement | Construction Contract - Draw #1 | 4,768.07 | 4,450.23 |
| 522 | Leasehold Improvement | Construction Contract - Draw #2 | 8,637.96 | 8,062.12 |
| 560 | Leasehold Improvement | Construction Contract - Draw #1 | 22,646.53 | 21,136.77 |
| 560 | Leasehold Improvement | Construction Contract - Draw #2 | 41,027.03 | 38,291.91 |
| 2 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 23,681.87 | 11,347.37 |
| 514 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 34,567.81 | 23,045.25 |
| 531 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,428.57 | 2,601.07 |
| 525 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,142.86 | 3,428.62 |
| 530 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,572.30 | 5,572.30 |
| 530 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | (5,572.30) | (5,572.30) |
| 538 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,364.89 | 2,570.89 |
| 539 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,384.60 | 2,580.10 |
| 540 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,328.11 | 2,886.11 |
| 549 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 6,428.57 | 3,080.57 |
| 550 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 6,428.57 | 3,080.57 |
| 551 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,785.71 | 2,772.21 |
| 557 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 16,076.75 | 14,234.58 |
| 572 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,423.47 | 2,598.97 |
| 574 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,708.58 | 2,735.58 |
| 577 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 6,642.86 | 4,428.46 |
| 580 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 6,142.86 | 2,943.36 |
| 580 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,907.14 | 2,830.64 |
| 587 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 16,372.78 | 7,845.28 |
| 9905 | Computer Equipment | | 265,946.05 | 75,351.56 |
| 9905 | Computer Equipment | | 2,346.00 | 664.70 |
| 9905 | Computer Equipment | | 344.14 | 97.32 |
| 9905 | Computer Equipment | | 510.65 | 144.72 |
| 9905 | Computer Equipment | | 39.18 | 11.23 |
| 9905 | Computer Equipment | | 13,284.72 | 3,764.09 |
| 519 | Equipment | Security Cameras & Install | 5,721.95 | 3,719.18 |
| 542 | Equipment | Security Cameras & Install | 5,700.43 | 759.91 |
| 544 | Equipment | Security Cameras & Install | 4,947.02 | 659.62 |
| 543 | Equipment | Security Cameras & Install | 5,431.35 | 724.31 |
| 545 | Equipment | Security Cameras & Install | 5,603.56 | 747.28 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 1 | Equipment | Security Cameras & Install | 5,884.32 | 1,373.10 |
| 1 | Equipment | EAS System | 1,323.56 | 598.60 |
| 1 | Equipment | EAS System | 1,403.25 | 634.59 |
| 1 | Equipment | EAS System | 140.30 | 63.48 |
| 1 | Equipment | EAS System | 57.08 | 25.80 |
| 1 | Equipment | EAS System | 206.81 | 93.65 |
| 1 | Equipment | EAS System | 916.00 | 414.60 |
| 2 | Equipment | Security Cameras & Install | 2,900.96 | 386.76 |
| 2 | Computer Equipment | Data Lines | 762.13 | 165.23 |
| 2 | Computer Equipment | Data Lines | 697.89 | 151.28 |
| 2 | Equipment | EAS System | 1,252.53 | 492.12 |
| 2 | Equipment | EAS System | 6,042.39 | 2,373.96 |
| 2 | Equipment | EAS System | 3,480.00 | 1,367.07 |
| 3 | Equipment | Security Cameras & Install | 5,110.83 | 681.47 |
| 3 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 17,388.51 | 8,332.01 |
| 3 | Computer Equipment | Data Lines | 437.68 | 95.05 |
| 3 | Equipment | EAS System | 1,403.25 | 534.33 |
| 3 | Equipment | EAS System | 989.86 | 377.30 |
| 3 | Equipment | EAS System | 868.00 | 330.84 |
| 3 | Leasehold Improvement | Change Order #1 | 16,800.00 | 10,220.00 |
| 4 | Equipment | Security Cameras & Install | 6,616.37 | 4,300.70 |
| 4 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,070.47 | 4,066.89 |
| 4 | Computer Equipment | Data Lines | 618.41 | 453.45 |
| 4 | Equipment | EAS System | 3,157.06 | 2,405.46 |
| 4 | Equipment | EAS System | 558.72 | 425.72 |
| 4 | Equipment | EAS System | 212.01 | 161.61 |
| 4 | Equipment | EAS System | 2,020.00 | 1,539.00 |
| 510 | Equipment | Security Cameras & Install | 5,401.51 | 719.95 |
| 510 | Equipment | EAS System | 2,806.50 | 1,069.18 |
| 510 | Equipment | EAS System | 448.82 | 171.14 |
| 510 | Equipment | EAS System | 210.01 | 80.01 |
| 510 | Equipment | EAS System | 1,496.00 | 569.88 |
| 511 | Equipment | Security Cameras & Install | 4,814.89 | 3,129.64 |
| 511 | Equipment | EAS System | 2,101.29 | 1,575.87 |
| 511 | Equipment | EAS System | 656.40 | 492.39 |
| 511 | Equipment | EAS System | 212.01 | 159.09 |
| 511 | Equipment | EAS System | 1,496.00 | 1,121.99 |
| 512 | Equipment | EAS System | 338.49 | 310.28 |
| 513 | Leasehold Improvement | HVAC Work | 7,229.82 | 6,627.34 |
| 513 | Equipment | EAS System | 330.47 | 236.15 |
| 513 | Equipment | EAS System | 204.89 | 146.33 |
| 513 | Equipment | Security Cameras & Install | 4,627.02 | 2,853.26 |
| 514 | Equipment | Security Cameras & Install | 5,624.57 | 2,437.41 |
| 514 | Equipment | EAS System | 2,808.30 | 1,671.68 |
| 514 | Equipment | EAS System | 677.88 | 403.50 |
| 514 | Equipment | EAS System | (1,262.95) | (751.59) |
| 514 | Equipment | EAS System | 784.00 | 466.78 |
| 515 | Equipment | Security Cameras & Install | 4,656.42 | 620.70 |
| 515 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,910.36 | 2,831.86 |
| 515 | Equipment | EAS System | 338.44 | 128.88 |
| 515 | Equipment | EAS System | 1,403.25 | 534.33 |
| 515 | Equipment | EAS System | 212.01 | 80.97 |
| 515 | Equipment | EAS System | 772.00 | 294.12 |
| 516 | Equipment | Security Cameras & Install | 4,992.44 | 665.52 |
| 516 | Equipment | EAS System | 2,806.50 | 1,102.59 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 516 | Equipment | EAS System | 492.97 | 193.60 |
| 516 | Equipment | EAS System | (1,262.95) | (495.91) |
| 516 | Equipment | EAS System | 1,260.00 | 495.00 |
| 517 | Equipment | Security Cameras & Install | 1,900.00 | 1,234.93 |
| 517 | Equipment | Security Cameras & Install | 3,878.62 | 2,521.18 |
| 517 | Equipment | EAS System | 2,049.21 | 1,536.81 |
| 517 | Equipment | EAS System | 415.21 | 311.47 |
| 517 | Equipment | EAS System | 212.01 | 159.00 |
| 517 | Equipment | EAS System | 760.00 | 569.95 |
| 518 | Equipment | Security Cameras & Install | 5,425.75 | 2,351.13 |
| 518 | Equipment | EAS System | 8,095.11 | 4,914.90 |
| 518 | Equipment | EAS System | 621.47 | 377.27 |
| 518 | Equipment | EAS System | 2,460.00 | 1,493.43 |
| 519 | Computer Equipment | Data Lines | 274.37 | 201.25 |
| 519 | Equipment | EAS System | 1,659.40 | 1,244.65 |
| 519 | Equipment | EAS System | 415.21 | 311.47 |
| 519 | Equipment | EAS System | 210.01 | 157.51 |
| 519 | Equipment | EAS System | 1,260.00 | 945.00 |
| 521 | Equipment | Security Cameras & Install | 2,464.01 | 1,930.10 |
| 521 | Equipment | EAS System | 392.64 | 331.93 |
| 521 | Equipment | EAS System | 1,403.25 | 1,186.02 |
| 521 | Equipment | EAS System | 99.96 | 84.49 |
| 521 | Equipment | EAS System | 1,236.00 | 1,044.77 |
| 522 | Equipment | Security Cameras & Install | 3,092.24 | 2,422.22 |
| 522 | Equipment | EAS System | 384.89 | 325.35 |
| 522 | Equipment | EAS System | 1,403.25 | 1,186.02 |
| 522 | Equipment | EAS System | 99.96 | 84.49 |
| 522 | Equipment | EAS System | 1,236.00 | 1,044.77 |
| 523 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,000.00 | 4,583.36 |
| 523 | Equipment | EAS System | 2,692.24 | 2,403.79 |
| 523 | Equipment | EAS System | 404.45 | 361.16 |
| 523 | Equipment | EAS System | 205.93 | 183.88 |
| 523 | Equipment | EAS System | 1,960.00 | 1,750.03 |
| 529 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,142.86 | 4,125.03 |
| 560 | Equipment | Security Cameras & Install | 5,174.61 | 4,053.49 |
| 560 | Equipment | EAS System | 2,706.03 | 2,319.51 |
| 560 | Equipment | EAS System | 329.99 | 282.83 |
| 560 | Equipment | EAS System | 206.89 | 177.37 |
| 560 | Equipment | EAS System | 2,077.60 | 1,780.84 |
| 561 | Equipment | Security Cameras & Install | 5,873.56 | 2,838.97 |
| 561 | Equipment | EAS System | 2,786.20 | 1,691.59 |
| 561 | Equipment | EAS System | 435.65 | 264.38 |
| 561 | Equipment | EAS System | 2,103.84 | 1,277.19 |
| 562 | Equipment | Security Cameras & Install | 5,648.64 | 2,447.88 |
| 562 | Equipment | EAS System | 10,940.37 | 6,642.45 |
| 562 | Equipment | EAS System | 435.65 | 264.38 |
| 562 | Equipment | EAS System | 4,695.84 | 2,851.14 |
| 563 | Equipment | Security Cameras & Install | 5,562.88 | 741.96 |
| 587 | Equipment | EAS System | 2,770.60 | 1,055.64 |
| 589 | Equipment | EAS System | 1,191.50 | 454.14 |
| 576 | Equipment | EAS System | 2,796.20 | 1,531.18 |
| 578 | Equipment | EAS System | 377.99 | 148.49 |
| 582 | Equipment | EAS System | 378.80 | 148.79 |
| 555 | Equipment | EAS System | 375.55 | 228.04 |
| 534 | Equipment | EAS System | 373.76 | 142.36 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 533 | Equipment | EAS System | 376.20 | 143.24 |
| 532 | Equipment | EAS System | 371.65 | 141.81 |
| 535 | Equipment | EAS System | 373.76 | 142.36 |
| 538 | Equipment | EAS System | 375.55 | 143.11 |
| 574 | Equipment | EAS System | 382.05 | 145.45 |
| 575 | Equipment | EAS System | 384.49 | 210.45 |
| 563 | Equipment | EAS System | 382.05 | 145.45 |
| 591 | Equipment | EAS System | 375.55 | 223.57 |
| 584 | Equipment | EAS System | 378.80 | 144.28 |
| 585 | Equipment | EAS System | 378.80 | 144.28 |
| 530 | Leasehold Improvement | HVAC Work | 9,639.03 | 9,639.03 |
| 530 | Leasehold Improvement | HVAC Work | (9,639.03) | (9,639.03) |
| 579 | Equipment | EAS System | 378.80 | 144.28 |
| 580 | Equipment | EAS System | 378.80 | 144.28 |
| 531 | Leasehold Improvement | HVAC Work | 7,251.28 | 3,474.78 |
| 590 | Equipment | EAS System | 2,739.80 | 1,174.04 |
| 564 | Equipment | EAS System | 431.91 | 272.57 |
| 532 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 14,587.22 | 6,989.72 |
| 576 | Equipment | EAS System | 435.65 | 238.43 |
| 545 | Equipment | EAS System | 536.53 | 204.25 |
| 533 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 10,160.11 | 4,868.61 |
| 540 | Equipment | EAS System | 428.17 | 193.57 |
| 565 | Equipment | EAS System | 435.65 | 264.38 |
| 534 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,428.57 | 2,601.07 |
| 534 | Leasehold Improvement | HVAC Work | 7,726.06 | 3,702.06 |
| 590 | Equipment | EAS System | 428.17 | 183.37 |
| 583 | Equipment | EAS System | 382.05 | 145.45 |
| 544 | Equipment | EAS System | 376.69 | 148.21 |
| 555 | Equipment | EAS System | 2,739.60 | 1,663.47 |
| 559 | Equipment | EAS System | 2,786.20 | 1,094.53 |
| 582 | Equipment | EAS System | 2,763.00 | 1,085.61 |
| 566 | Equipment | EAS System | 1,533.40 | 584.40 |
| 581 | Equipment | EAS System | 3,363.69 | 1,281.61 |
| 3 | Equipment | EAS System | 839.88 | 319.88 |
| 516 | Equipment | EAS System | 2,519.63 | 989.63 |
| 538 | Computer Equipment | Data Lines | 393.80 | 85.48 |
| 587 | Equipment | EAS System | 554.71 | 211.51 |
| 586 | Equipment | EAS System | 550.99 | 216.43 |
| 589 | Equipment | EAS System | 547.82 | 208.78 |
| 559 | Equipment | EAS System | 598.31 | 235.19 |
| 566 | Equipment | EAS System | 435.65 | 165.77 |
| 548 | Equipment | EAS System | 536.06 | 210.68 |
| 551 | Equipment | EAS System | 481.87 | 183.39 |
| 558 | Equipment | EAS System | 225.25 | 88.57 |
| 581 | Equipment | EAS System | 485.04 | 185.00 |
| 531 | Equipment | EAS System | 2,709.32 | 1,064.57 |
| 525 | Equipment | EAS System | 2,709.32 | 1,645.07 |
| 535 | Equipment | EAS System | 1,364.66 | 519.66 |
| 586 | Equipment | EAS System | 2,759.00 | 1,083.65 |
| 526 | Equipment | EAS System | 7,935.59 | 3,117.62 |
| 544 | Equipment | EAS System | 1,373.96 | 539.60 |
| 578 | Equipment | EAS System | 2,707.31 | 1,063.58 |
| 577 | Equipment | EAS System | 2,757.20 | 1,674.14 |
| 548 | Equipment | EAS System | 2,745.60 | 1,078.41 |
| 551 | Equipment | EAS System | 2,745.60 | 1,045.72 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 558 | Equipment | EAS System | 2,729.23 | 1,072.24 |
| 583 | Equipment | EAS System | 6,863.78 | 2,614.86 |
| 556 | Equipment | EAS System | 408.32 | 345.14 |
| 531 | Equipment | EAS System | 589.19 | 231.68 |
| 577 | Equipment | EAS System | 269.69 | 163.76 |
| 525 | Equipment | EAS System | 364.51 | 221.29 |
| 526 | Equipment | EAS System | 482.91 | 189.66 |
| 557 | Equipment | EAS System | 491.40 | 421.20 |
| 552 | Equipment | EAS System | 331.21 | 126.33 |
| 546 | Equipment | EAS System | 331.21 | 126.33 |
| 531 | Equipment | EAS System | 330.03 | 125.67 |
| 530 | Equipment | EAS System | 330.03 | 330.03 |
| 530 | Equipment | EAS System | (330.03) | (330.03) |
| 529 | Equipment | EAS System | 330.03 | 247.50 |
| 539 | Equipment | EAS System | 330.47 | 126.11 |
| 553 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 8,157.14 | 3,908.64 |
| 537 | Equipment | EAS System | 330.47 | 126.11 |
| 570 | Equipment | EAS System | 336.35 | 128.35 |
| 555 | Equipment | Security Cameras & Install | 5,602.11 | 2,427.53 |
| 573 | Equipment | EAS System | 336.35 | 128.35 |
| 572 | Equipment | EAS System | 338.56 | 129.00 |
| 571 | Equipment | EAS System | 336.72 | 284.59 |
| 527 | Equipment | EAS System | 408.45 | 243.21 |
| 556 | Computer Equipment | Data Lines | 258.00 | 223.60 |
| 556 | Computer Equipment | Data Lines | 350.00 | 303.36 |
| 556 | Computer Equipment | Data Lines | 993.50 | 861.02 |
| 541 | Equipment | EAS System | 251.82 | 95.82 |
| 568 | Equipment | EAS System | 418.75 | 159.27 |
| 569 | Equipment | EAS System | 338.56 | 129.00 |
| 557 | Equipment | Security Cameras & Install | 6,538.06 | 5,121.45 |
| 556 | Equipment | EAS System | 4,179.82 | 3,532.94 |
| 557 | Equipment | EAS System | 3,073.59 | 2,634.51 |
| 549 | Equipment | EAS System | 409.56 | 155.80 |
| 550 | Equipment | EAS System | 409.56 | 155.80 |
| 547 | Equipment | EAS System | 488.09 | 185.97 |
| 9905 | Computer Equipment | Computer Equipment for DMs & LPs | 23,449.19 | 3,117.19 |
| 589 | Equipment | EAS System | 1,079.45 | 411.25 |
| 542 | Equipment | EAS System | 488.53 | 185.89 |
| 543 | Equipment | EAS System | 331.50 | 126.10 |
| 553 | Equipment | EAS System | 228.46 | 87.02 |
| 531 | Equipment | EAS System | 205.93 | 80.98 |
| 577 | Equipment | EAS System | 208.23 | 126.39 |
| 525 | Equipment | EAS System | 205.93 | 125.08 |
| 526 | Equipment | EAS System | 205.93 | 80.98 |
| 564 | Equipment | EAS System | 254.97 | 160.73 |
| 578 | Equipment | EAS System | 98.40 | 38.73 |
| 577 | Equipment | EAS System | 98.40 | 59.79 |
| 544 | Equipment | EAS System | 98.11 | 38.44 |
| 582 | Equipment | EAS System | 98.59 | 38.92 |
| 555 | Equipment | EAS System | 97.85 | 59.57 |
| 534 | Equipment | EAS System | 98.17 | 37.33 |
| 533 | Equipment | EAS System | 98.73 | 37.37 |
| 532 | Equipment | EAS System | 97.70 | 37.38 |
| 535 | Equipment | EAS System | 258.41 | 98.25 |
| 538 | Equipment | EAS System | 97.85 | 37.53 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 541 | Equipment | EAS System | 97.85 | 37.53 |
| 574 | Equipment | EAS System | 99.32 | 37.96 |
| 575 | Equipment | EAS System | 99.87 | 54.65 |
| 563 | Equipment | EAS System | 99.32 | 37.96 |
| 591 | Equipment | EAS System | 97.85 | 58.41 |
| 584 | Equipment | EAS System | 98.59 | 37.75 |
| 585 | Equipment | EAS System | 98.59 | 37.75 |
| 579 | Equipment | EAS System | 98.59 | 37.75 |
| 580 | Equipment | EAS System | 98.59 | 37.75 |
| 558 | Equipment | EAS System | 206.67 | 81.21 |
| 556 | Equipment | EAS System | 206.67 | 174.69 |
| 557 | Equipment | EAS System | 206.67 | 177.15 |
| 549 | Equipment | EAS System | 205.34 | 78.46 |
| 550 | Equipment | EAS System | 205.34 | 78.46 |
| 547 | Equipment | EAS System | 205.34 | 78.46 |
| 542 | Equipment | EAS System | 205.51 | 78.11 |
| 543 | Equipment | EAS System | 205.51 | 78.11 |
| 553 | Equipment | EAS System | 205.34 | 78.46 |
| 552 | Equipment | EAS System | 205.34 | 78.46 |
| 546 | Equipment | EAS System | 205.34 | 78.46 |
| 531 | Equipment | EAS System | 203.93 | 77.57 |
| 527 | Equipment | EAS System | 203.93 | 121.31 |
| 530 | Equipment | EAS System | 203.93 | 203.93 |
| 530 | Equipment | EAS System | (203.93) | (203.93) |
| 529 | Equipment | EAS System | 203.93 | 152.90 |
| 539 | Equipment | EAS System | 204.89 | 78.01 |
| 537 | Equipment | EAS System | 204.89 | 78.01 |
| 541 | Equipment | EAS System | 204.89 | 78.01 |
| 570 | Equipment | EAS System | 208.45 | 79.49 |
| 573 | Equipment | EAS System | 208.45 | 79.49 |
| 569 | Equipment | EAS System | 209.79 | 79.79 |
| 568 | Equipment | EAS System | 209.79 | 79.79 |
| 572 | Equipment | EAS System | 209.79 | 79.79 |
| 571 | Equipment | EAS System | 208.67 | 176.43 |
| 587 | Equipment | EAS System | 2,089.23 | 795.99 |
| 586 | Equipment | EAS System | 2,092.30 | 821.89 |
| 589 | Equipment | EAS System | 1,966.30 | 748.98 |
| 590 | Equipment | EAS System | 2,064.88 | 885.04 |
| 544 | Equipment | EAS System | 782.74 | 307.42 |
| 555 | Equipment | EAS System | 2,014.00 | 1,222.66 |
| 576 | Equipment | EAS System | 807.84 | 442.28 |
| 559 | Equipment | EAS System | 2,142.72 | 841.71 |
| 531 | Equipment | EAS System | 2,108.00 | 827.90 |
| 577 | Equipment | EAS System | 2,066.68 | 1,254.88 |
| 525 | Equipment | EAS System | 2,095.25 | 1,272.23 |
| 558 | Equipment | EAS System | 2,084.36 | 819.05 |
| 548 | Equipment | EAS System | 2,018.75 | 793.22 |
| 566 | Equipment | EAS System | 807.84 | 307.60 |
| 551 | Equipment | EAS System | 1,338.75 | 509.87 |
| 582 | Equipment | EAS System | 2,071.52 | 813.86 |
| 581 | Equipment | EAS System | 2,097.20 | 798.76 |
| 535 | Equipment | EAS System | 782.00 | 297.88 |
| 526 | Equipment | EAS System | 3,264.00 | 1,282.14 |
| 581 | Equipment | EAS System | 5,956.88 | 2,269.04 |
| 557 | Equipment | EAS System | 2,730.38 | 2,340.38 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 547 | Equipment | EAS System | 1,378.48 | 525.16 |
| 529 | Equipment | EAS System | 10.81 | 8.08 |
| 576 | Equipment | EAS System | (1,231.20) | (674.12) |
| 558 | Equipment | Security Cameras & Install | 4,312.60 | 574.84 |
| 559 | Equipment | Security Cameras & Install | 5,406.81 | 721.09 |
| 564 | Equipment | Security Cameras & Install | 6,205.77 | 2,999.44 |
| 565 | Equipment | Security Cameras & Install | 6,205.77 | 2,792.58 |
| 581 | Equipment | Security Cameras & Install | 6,079.62 | 810.46 |
| 582 | Equipment | Security Cameras & Install | 5,169.22 | 775.57 |
| 583 | Equipment | Security Cameras & Install | 5,562.88 | 834.67 |
| 584 | Equipment | Security Cameras & Install | 5,541.35 | 830.99 |
| 585 | Equipment | Security Cameras & Install | 5,562.88 | 834.67 |
| 586 | Equipment | Security Cameras & Install | 5,552.11 | 832.57 |
| 587 | Equipment | Security Cameras & Install | 7,585.78 | 1,137.85 |
| 588 | Equipment | Security Cameras & Install | 5,873.56 | 881.17 |
| 589 | Equipment | Security Cameras & Install | 5,945.09 | 892.01 |
| 590 | Equipment | Security Cameras & Install | 6,227.29 | 1,245.37 |
| 591 | Equipment | Security Cameras & Install | 5,812.88 | 2,615.84 |
| 578 | Leasehold Improvement | HVAC Work | 5,666.89 | 2,715.39 |
| 567 | Equipment | EAS System | 418.75 | 159.27 |
| 567 | Equipment | EAS System | 209.79 | 79.79 |
| 590 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 6,693.46 | 3,416.62 |
| 568 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,456.26 | 2,614.26 |
| 575 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,915.13 | 3,511.95 |
| 558 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 11,119.26 | 5,327.76 |
| 567 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,903.58 | 2,828.58 |
| 573 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 7,700.18 | 3,689.68 |
| 569 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,903.58 | 2,828.58 |
| 578 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 6,571.43 | 3,148.93 |
| 559 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,328.58 | 2,553.08 |
| 570 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 6,557.14 | 3,142.14 |
| 571 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 6,796.42 | 6,017.62 |
| 591 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 5,428.58 | 4,071.38 |
| 586 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 12,160.49 | 5,826.99 |
| 559 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 6,580.00 | 3,153.00 |
| 564 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 6,214.20 | 4,142.84 |
| 588 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | 26,199.55 | 12,554.05 |
| 583 | Equipment | EAS System | 31.05 | 11.81 |
| 583 | Equipment | EAS System | 99.32 | 37.96 |
| 578 | Equipment | EAS System | 2,066.68 | 812.08 |
| 583 | Equipment | EAS System | 2,954.88 | 1,125.52 |
| 583 | Equipment | EAS System | 21.45 | 7.93 |
| 1 | Computer Equipment | Configure/Integrate POS | 1,583.51 | 501.52 |
| 2 | Computer Equipment | Configure/Integrate POS | 1,319.59 | 286.06 |
| 4 | Computer Equipment | Configure/Integrate POS | 879.73 | 645.17 |
| 531 | Computer Equipment | Configure/Integrate POS | 1,231.62 | 266.71 |
| 510 | Computer Equipment | Configure/Integrate POS | 703.78 | 152.47 |
| 511 | Computer Equipment | Configure/Integrate POS | 703.78 | 516.10 |
| 514 | Computer Equipment | Configure/Integrate POS | 615.81 | 318.27 |
| 515 | Computer Equipment | Configure/Integrate POS | 527.84 | 114.24 |
| 516 | Computer Equipment | Configure/Integrate POS | 439.86 | 95.35 |
| 517 | Computer Equipment | Configure/Integrate POS | 439.86 | 322.58 |
| 518 | Computer Equipment | Configure/Integrate POS | 439.86 | 227.29 |
| 519 | Computer Equipment | Configure/Integrate POS | 439.86 | 322.58 |
| 521 | Computer Equipment | Configure/Integrate POS | 351.89 | 305.01 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 522 | Computer Equipment | Configure/Integrate POS | 351.89 | 305.01 |
| 532 | Computer Equipment | Configure/Integrate POS | 351.89 | 76.47 |
| 542 | Computer Equipment | Configure/Integrate POS | 527.84 | 114.24 |
| 543 | Computer Equipment | Configure/Integrate POS | 351.89 | 76.47 |
| 544 | Computer Equipment | Configure/Integrate POS | 351.89 | 76.47 |
| 545 | Computer Equipment | Configure/Integrate POS | 527.84 | 114.24 |
| 552 | Computer Equipment | Configure/Integrate POS | 351.89 | 76.47 |
| 555 | Computer Equipment | Configure/Integrate POS | 351.89 | 181.95 |
| 556 | Computer Equipment | Configure/Integrate POS | 439.86 | 381.22 |
| 557 | Computer Equipment | Configure/Integrate POS | 527.84 | 457.44 |
| 558 | Computer Equipment | Configure/Integrate POS | 351.95 | 76.06 |
| 564 | Computer Equipment | Configure/Integrate POS | 351.89 | 199.53 |
| 565 | Computer Equipment | Configure/Integrate POS | 351.89 | 187.81 |
| 571 | Computer Equipment | Configure/Integrate POS | 351.89 | 305.01 |
| 579 | Computer Equipment | Configure/Integrate POS | 351.89 | 76.47 |
| 580 | Computer Equipment | Configure/Integrate POS | 351.89 | 76.47 |
| 590 | Computer Equipment | Configure/Integrate POS | 351.89 | 94.05 |
| 573 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 561 | Computer Equipment | POS Install | 1,069.00 | 605.68 |
| 570 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 559 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 525 | Computer Equipment | POS Install | 1,159.00 | 598.72 |
| 572 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 560 | Computer Equipment | POS Install | 979.00 | 848.44 |
| 581 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 526 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 537 | Computer Equipment | POS Install | 1,114.00 | 241.21 |
| 562 | Computer Equipment | POS Install | 1,159.00 | 598.72 |
| 584 | Computer Equipment | POS Install | 1,114.00 | 241.21 |
| 527 | Computer Equipment | POS Install | 1,159.00 | 598.72 |
| 547 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 541 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 563 | Computer Equipment | POS Install | 1,069.00 | 231.46 |
| 583 | Computer Equipment | POS Install | 1,069.00 | 231.46 |
| 530 | Computer Equipment | POS Install | 1,159.00 | 1,159.00 |
| 530 | Computer Equipment | POS Install | (1,159.00) | (1,159.00) |
| 550 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 540 | Computer Equipment | POS Install | 1,159.00 | 366.88 |
| 566 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 582 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 529 | Computer Equipment | POS Install | 1,159.00 | 849.88 |
| 549 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 538 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 569 | Computer Equipment | POS Install | 1,114.00 | 241.21 |
| 585 | Computer Equipment | POS Install | 1,069.00 | 231.46 |
| 531 | Computer Equipment | POS Install | 1,114.00 | 241.21 |
| 546 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 539 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 567 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 588 | Computer Equipment | POS Install | 979.00 | 211.96 |
| 535 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 551 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 576 | Computer Equipment | POS Install | 1,069.00 | 480.94 |
| 568 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 587 | Computer Equipment | POS Install | 1,024.00 | 221.71 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 531 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 548 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 512 | Computer Equipment | POS Install | 1,024.00 | 699.67 |
| 575 | Computer Equipment | POS Install | 1,159.00 | 521.44 |
| 586 | Computer Equipment | POS Install | 979.00 | 211.96 |
| 553 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 578 | Computer Equipment | POS Install | 1,024.00 | 221.71 |
| 589 | Computer Equipment | POS Install | 1,024.00 | 221.71 |
| 534 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 574 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 577 | Computer Equipment | POS Install | 1,024.00 | 580.18 |
| 591 | Computer Equipment | POS Install | 1,159.00 | 598.72 |
| 533 | Computer Equipment | POS Install | 1,159.00 | 250.96 |
| 589 | Computer Equipment | Cancel POS Install | (1,024.00) | (221.71) |
| 557 | Equipment | EAS System | (2,482.40) | (2,098.25) |
| 564 | Equipment | EAS System | 2,482.40 | 1,566.35 |
| 9905 | Computer Equipment | CISCO 3925E/K9 (1) | 6,591.58 | 1,867.60 |
| 9905 | Computer Equipment | RF Hardware (1) | 6,396.80 | 1,812.57 |
| 9905 | Computer Equipment | RF Hardware (1) | 45,813.11 | 12,980.46 |
| 9905 | Computer Equipment | Power Saving Back-ups (80) | 13,723.57 | 3,888.18 |
| 9905 | Computer Equipment | Toshiba Thermal Portable (166) | 100,396.80 | 28,445.76 |
| 9905 | Computer Equipment | Lexmark Printers (20) | 5,059.78 | 1,433.59 |
| 9905 | Computer Equipment | Cisco AC Power Supply (1) | 252.77 | 71.74 |
| 9905 | Computer Equipment | Cherry POS Keyboard (1) | 298.00 | 84.29 |
| 9905 | Computer Equipment | Freight Costs | 3,113.34 | 882.07 |
| 9905 | Computer Equipment | Lenovo Server (1) | 434.50 | 123.18 |
| 9905 | Computer Equipment | POS (2) | 367.00 | 103.84 |
| 9905 | Computer Equipment | Freight/Supply Costs | 5,783.60 | 1,638.83 |
| 544 | Equipment | EAS System | 1,632.70 | 660.70 |
| 544 | Equipment | EAS System | 2,489.93 | 1,007.93 |
| 545 | Equipment | EAS System | 1,632.70 | 621.82 |
| 545 | Equipment | EAS System | 2,489.93 | 948.65 |
| 552 | Equipment | EAS System | 1,631.50 | 621.66 |
| 552 | Equipment | EAS System | 2,488.13 | 947.89 |
| 565 | Equipment | EAS System | 1,652.50 | 1,003.39 |
| 565 | Equipment | EAS System | 2,519.63 | 1,529.63 |
| 567 | Equipment | EAS System | 4,221.88 | 1,608.36 |
| 568 | Equipment | EAS System | 4,221.88 | 1,608.36 |
| 569 | Equipment | EAS System | 1,661.50 | 632.94 |
| 570 | Equipment | EAS System | 1,652.50 | 629.66 |
| 573 | Equipment | EAS System | 4,199.38 | 1,599.90 |
| 575 | Equipment | EAS System | 1,661.50 | 909.86 |
| 575 | Equipment | EAS System | 2,533.13 | 1,387.05 |
| 581 | Equipment | EAS System | 1,640.50 | 624.94 |
| 581 | Equipment | EAS System | 2,501.63 | 953.07 |
| 587 | Equipment | EAS System | 1,643.50 | 625.86 |
| 587 | Equipment | EAS System | 2,506.13 | 954.97 |
| 591 | Equipment | EAS System | 1,628.50 | 969.24 |
| 591 | Equipment | EAS System | 2,483.63 | 1,478.25 |
| 511 | Equipment | Relocate / Reconnect Cameras | 1,564.58 | 1,042.98 |
| 527 | Equipment | Security Cameras & Install | 4,470.91 | 2,011.75 |
| 529 | Equipment | Security Cameras & Install | 4,963.88 | 3,309.28 |
| 530 | Equipment | Security Cameras & Install | 4,813.88 | 4,813.88 |
| 530 | Equipment | Security Cameras & Install | (4,813.88) | (4,813.88) |
| 531 | Equipment | Security Cameras & Install | 3,639.75 | 546.09 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 533 | Equipment | Security Cameras & Install | 5,189.06 | 778.58 |
| 534 | Equipment | Security Cameras & Install | 5,135.33 | 770.24 |
| 535 | Equipment | Security Cameras & Install | 4,963.88 | 744.65 |
| 538 | Equipment | Security Cameras & Install | 5,831.95 | 874.75 |
| 539 | Equipment | Security Cameras & Install | 5,499.74 | 825.08 |
| 540 | Equipment | Security Cameras & Install | 6,164.16 | 1,540.86 |
| 541 | Equipment | Security Cameras & Install | 4,470.91 | 670.39 |
| 546 | Equipment | Security Cameras & Install | 5,178.30 | 776.49 |
| 547 | Equipment | Security Cameras & Install | 3,574.83 | 536.25 |
| 549 | Equipment | Security Cameras & Install | 5,649.74 | 847.58 |
| 550 | Equipment | Security Cameras & Install | 6,185.69 | 928.10 |
| 551 | Equipment | Security Cameras & Install | 5,881.95 | 882.42 |
| 552 | Equipment | Security Cameras & Install | 6,235.69 | 935.26 |
| 553 | Equipment | Security Cameras & Install | 5,521.27 | 828.25 |
| 566 | Equipment | Security Cameras & Install | 5,831.95 | 874.75 |
| 567 | Equipment | Security Cameras & Install | 6,496.37 | 974.60 |
| 569 | Equipment | Security Cameras & Install | 5,831.95 | 874.75 |
| 570 | Equipment | Security Cameras & Install | 6,496.37 | 974.60 |
| 571 | Equipment | Security Cameras & Install | 5,853.48 | 4,682.76 |
| 572 | Equipment | Security Cameras & Install | 6,496.37 | 974.60 |
| 573 | Equipment | Security Cameras & Install | 5,831.95 | 874.75 |
| 574 | Equipment | Security Cameras & Install | 6,546.37 | 981.76 |
| 577 | Equipment | Security Cameras & Install | 5,853.48 | 2,926.68 |
| 578 | Equipment | Security Cameras & Install | 6,185.69 | 928.10 |
| 579 | Equipment | Security Cameras & Install | 5,697.41 | 854.45 |
| 580 | Equipment | Security Cameras & Install | 5,499.74 | 825.08 |
| 1 | Equipment | Cables for Security Camera System | 290.60 | 72.80 |
| 2 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 3 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 4 | Equipment | Cables for Security Camera System | 290.60 | 193.80 |
| 510 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 511 | Equipment | Cables for Security Camera System | 290.60 | 193.80 |
| 513 | Equipment | Cables for Security Camera System | 290.61 | 179.29 |
| 514 | Equipment | Cables for Security Camera System | 290.60 | 130.88 |
| 515 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 516 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 517 | Equipment | Cables for Security Camera System | 290.60 | 193.80 |
| 518 | Equipment | Cables for Security Camera System | 290.60 | 130.88 |
| 519 | Equipment | Cables for Security Camera System | 290.60 | 193.80 |
| 521 | Equipment | Cables for Security Camera System | 290.60 | 232.52 |
| 522 | Equipment | Cables for Security Camera System | 290.60 | 232.52 |
| 531 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 525 | Equipment | Cables for Security Camera System | 290.60 | 130.88 |
| 526 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 537 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 542 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 543 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 544 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 545 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 548 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 555 | Equipment | Cables for Security Camera System | 290.60 | 130.88 |
| 557 | Equipment | Cables for Security Camera System | 290.60 | 232.52 |
| 558 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 559 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 560 | Equipment | Cables for Security Camera System | 290.60 | 232.52 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 561 | Equipment | Cables for Security Camera System | 290.60 | 145.40 |
| 562 | Equipment | Cables for Security Camera System | 290.60 | 130.88 |
| 563 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 564 | Equipment | Cables for Security Camera System | 290.60 | 145.40 |
| 565 | Equipment | Cables for Security Camera System | 290.60 | 135.72 |
| 568 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 575 | Equipment | Cables for Security Camera System | 290.60 | 111.52 |
| 576 | Equipment | Cables for Security Camera System | 290.60 | 111.52 |
| 581 | Equipment | Cables for Security Camera System | 290.61 | 43.77 |
| 582 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 583 | Equipment | Cables for Security Camera System | 290.61 | 43.77 |
| 584 | Equipment | Cables for Security Camera System | 290.61 | 43.77 |
| 585 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 586 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 587 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 588 | Equipment | Cables for Security Camera System | 290.61 | 43.77 |
| 589 | Equipment | Cables for Security Camera System | 290.60 | 43.76 |
| 590 | Equipment | Cables for Security Camera System | 290.60 | 58.28 |
| 591 | Equipment | Cables for Security Camera System | 290.60 | 130.88 |
| 529 | Leasehold Improvement | Replaced 7 HVAC Units | 9,325.34 | 7,479.68 |
| 582 | Leasehold Improvement | HVAC Replacement | 10,407.48 | 4,986.98 |
| 589 | Leasehold Improvement | HVAC Replacement | 24,219.28 | 11,605.28 |
| 513 | Computer Equipment | Trace & Connect POTS Lines | 250.00 | 170.77 |
| 518 | Computer Equipment | Trace & Connect POTS Lines | 253.68 | 131.01 |
| 526 | Computer Equipment | Trace & Connect POTS Lines | 200.00 | 43.49 |
| 559 | Computer Equipment | Trace & Connect POTS Lines | 100.00 | 21.51 |
| 577 | Computer Equipment | Trace & Connect POTS Lines | 200.00 | 113.42 |
| 578 | Computer Equipment | Trace & Connect POTS Lines | 250.00 | 54.01 |
| 581 | Computer Equipment | Trace & Connect POTS Lines | 100.00 | 21.51 |
| 582 | Computer Equipment | Trace & Connect POTS Lines | 350.00 | 75.99 |
| 517 | Leasehold Improvement | Renovation Contract | 29,900.00 | 25,913.28 |
| 9905 | Computer Equipment | | 1,974.32 | 559.19 |
| 9905 | Computer Equipment | | 429,571.89 | 121,712.10 |
| 9905 | Computer Equipment | | (68,461.67) | (19,397.38) |
| 9905 | Computer Equipment | | 75.00 | 21.25 |
| 9905 | Computer Equipment | | 580.11 | 164.30 |
| 511 | Leasehold Improvement | | 13,539.65 | 11,734.37 |
| 521 | Leasehold Improvement | | 1,721.00 | 1,606.28 |
| 522 | Leasehold Improvement | | 1,388.25 | 1,295.69 |
| 556 | Leasehold Improvement | | 12,888.45 | 12,029.25 |
| 556 | Leasehold Improvement | | 1,432.05 | 1,336.61 |
| 558 | Leasehold Improvement | | 30,000.00 | 18,250.00 |
| 560 | Leasehold Improvement | | 7,540.85 | 7,038.13 |
| 568 | Leasehold Improvement | | 35,849.70 | 21,808.45 |
| 1 | Equipment | Security Cameras | 520.41 | 130.26 |
| 2 | Equipment | Security Cameras | 139.47 | 21.15 |
| 3 | Equipment | Security Cameras | 387.54 | 58.08 |
| 510 | Equipment | Security Cameras | 702.94 | 105.22 |
| 511 | Equipment | Security Cameras | 175.74 | 117.14 |
| 512 | Equipment | EAS System | 2,830.95 | 2,595.05 |
| 512 | Equipment | EAS System | 1,900.00 | 1,741.66 |
| 512 | Equipment | Security Cameras | 189.51 | 116.83 |
| 513 | Equipment | EAS System | 1,627.31 | 1,162.43 |
| 513 | Equipment | Security Cameras | 515.56 | 317.99 |
| 514 | Equipment | Security Cameras | 554.98 | 249.73 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 515 | Equipment | Security Cameras | 529.57 | 79.24 |
| 516 | Equipment | Security Cameras | 329.49 | 49.50 |
| 517 | Equipment | EAS System | 481.38 | 361.05 |
| 517 | Equipment | Security Cameras | 619.76 | 413.16 |
| 518 | Equipment | Security Cameras | 619.76 | 278.87 |
| 519 | Equipment | Security Cameras | 554.98 | 369.98 |
| 519 | Equipment | Security Cameras | 37.20 | 24.80 |
| 521 | Equipment | Security Cameras | 175.74 | 140.58 |
| 522 | Equipment | Security Cameras | 763.40 | 610.76 |
| 523 | Equipment | Security Cameras | 188.63 | 135.25 |
| 531 | Equipment | Security Cameras | 188.63 | 28.49 |
| 525 | Equipment | Security Cameras | 300.60 | 135.27 |
| 526 | Equipment | Security Cameras | 300.60 | 45.09 |
| 531 | Equipment | Security Cameras | 37.20 | 5.58 |
| 533 | Equipment | EAS System | 474.83 | 181.03 |
| 538 | Equipment | Security Cameras | 190.59 | 28.41 |
| 539 | Equipment | Security Cameras | 37.20 | 5.58 |
| 540 | Equipment | Security Cameras | 35.31 | 8.76 |
| 540 | Equipment | Security Cameras | 883.66 | 220.81 |
| 541 | Equipment | Security Cameras | 883.66 | 132.43 |
| 542 | Equipment | EAS System | 647.41 | 246.49 |
| 542 | Equipment | Security Cameras | 349.71 | 52.38 |
| 543 | Equipment | Security Cameras | 279.06 | 41.91 |
| 547 | Equipment | Security Cameras | 374.77 | 56.02 |
| 547 | Equipment | EAS System | 700.00 | 291.83 |
| 548 | Equipment | Security Cameras | 374.79 | 56.04 |
| 549 | Equipment | Security Cameras | 251.99 | 37.79 |
| 550 | Equipment | Security Cameras | 122.33 | 18.29 |
| 551 | Equipment | Security Cameras | 252.46 | 37.75 |
| 552 | Equipment | Security Cameras | 51.75 | 7.89 |
| 553 | Equipment | Security Cameras | 51.74 | 7.88 |
| 555 | Equipment | Security Cameras | 602.79 | 271.14 |
| 556 | Equipment | Security Cameras | 750.27 | 600.27 |
| 557 | Equipment | Security Cameras | 1,221.20 | 977.00 |
| 558 | Equipment | Security Cameras | 260.25 | 38.91 |
| 559 | Equipment | Security Cameras | 409.45 | 61.63 |
| 560 | Equipment | Security Cameras | 366.55 | 293.23 |
| 561 | Equipment | Security Cameras | 128.64 | 64.44 |
| 562 | Equipment | Security Cameras | 208.83 | 93.99 |
| 564 | Equipment | EAS System | 1,900.00 | 1,221.40 |
| 564 | Equipment | Security Cameras | 431.52 | 215.82 |
| 569 | Equipment | EAS System | 1,479.08 | 580.97 |
| 570 | Equipment | EAS System | 2,079.20 | 816.95 |
| 576 | Equipment | Security Cameras | 191.73 | 73.33 |
| 577 | Equipment | Security Cameras | 269.17 | 134.47 |
| 578 | Equipment | Security Cameras | 269.17 | 40.18 |
| 579 | Equipment | Security Cameras | 1,017.63 | 152.67 |
| 580 | Equipment | Security Cameras | 1,054.84 | 158.26 |
| 581 | Equipment | EAS System | 1,500.00 | 589.14 |
| 581 | Equipment | Security Cameras | 691.71 | 103.68 |
| 582 | Equipment | Security Cameras | 199.70 | 29.87 |
| 583 | Equipment | Security Cameras | 174.32 | 25.91 |
| 588 | Equipment | EAS System | 527.59 | 201.03 |
| 588 | Equipment | EAS System | 2,602.40 | 991.44 |
| 588 | Equipment | EAS System | 1,948.00 | 765.31 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 591 | Leasehold Improvement | New Store : HVAC | 22,409.62 | 18,487.87 |
| 9905 | Computer Software | Remote ware WIN BASIC | 18,449.10 | 5,534.52 |
| 9905 | Computer Equipment | RF Hardware | 2,665.33 | 755.27 |
| 531 | Leasehold Improvement | HVAC Repair | 9,087.36 | 5,528.05 |
| 532 | Equipment | Security Cameras | 4,845.21 | 726.96 |
| 556 | Equipment | EAS System | 2,620.00 | 2,370.48 |
| 557 | Equipment | EAS System | 1,544.00 | 1,396.96 |
| 556 | Leasehold Improvement | HVAC Repair | 14,385.00 | 13,425.96 |
| 556 | Leasehold Improvement | HVAC Chiller | 22,470.00 | 20,972.00 |
| 1 | Equipment | Security Cameras | 173.44 | 43.39 |
| 2 | Equipment | Security Cameras | 173.44 | 26.05 |
| 3 | Equipment | Security Cameras | 173.44 | 26.05 |
| 4 | Equipment | Security Cameras | 173.44 | 115.64 |
| 510 | Equipment | Security Cameras | 173.44 | 26.05 |
| 511 | Equipment | Security Cameras | 173.44 | 115.64 |
| 512 | Equipment | Security Cameras | 170.60 | 105.28 |
| 513 | Equipment | Security Cameras | 169.60 | 104.51 |
| 514 | Equipment | Security Cameras | 173.44 | 78.07 |
| 515 | Equipment | Security Cameras | 173.44 | 26.05 |
| 516 | Equipment | Security Cameras | 173.44 | 26.05 |
| 517 | Equipment | Security Cameras | 173.44 | 115.64 |
| 518 | Equipment | Security Cameras | 173.44 | 78.07 |
| 519 | Equipment | Security Cameras | 173.44 | 115.64 |
| 521 | Equipment | Security Cameras | 173.44 | 138.76 |
| 522 | Equipment | Security Cameras | 173.44 | 138.76 |
| 531 | Equipment | Security Cameras | 169.94 | 25.61 |
| 525 | Equipment | Security Cameras | 169.94 | 76.55 |
| 526 | Equipment | Security Cameras | 169.94 | 25.61 |
| 527 | Equipment | Security Cameras | 169.94 | 76.55 |
| 529 | Equipment | Security Cameras | 169.94 | 113.34 |
| 531 | Equipment | Security Cameras | 169.94 | 25.61 |
| 532 | Equipment | Security Cameras | 169.07 | 25.25 |
| 533 | Equipment | Security Cameras | 170.94 | 25.59 |
| 534 | Equipment | Security Cameras | 169.94 | 25.61 |
| 535 | Equipment | Security Cameras | 169.94 | 25.61 |
| 537 | Equipment | Security Cameras | 169.60 | 25.27 |
| 538 | Equipment | Security Cameras | 169.60 | 25.27 |
| 539 | Equipment | Security Cameras | 169.60 | 25.27 |
| 540 | Equipment | Security Cameras | 169.60 | 42.25 |
| 541 | Equipment | Security Cameras | 169.60 | 25.27 |
| 542 | Equipment | Security Cameras | 170.07 | 25.74 |
| 543 | Equipment | Security Cameras | 170.07 | 25.74 |
| 544 | Equipment | Security Cameras | 170.07 | 25.74 |
| 545 | Equipment | Security Cameras | 170.07 | 25.74 |
| 546 | Equipment | Security Cameras | 169.94 | 25.61 |
| 547 | Equipment | Security Cameras | 169.94 | 25.61 |
| 548 | Equipment | Security Cameras | 169.94 | 25.61 |
| 549 | Equipment | Security Cameras | 169.94 | 25.61 |
| 550 | Equipment | Security Cameras | 169.94 | 25.61 |
| 551 | Equipment | Security Cameras | 169.94 | 25.61 |
| 552 | Equipment | Security Cameras | 169.94 | 25.61 |
| 553 | Equipment | Security Cameras | 169.94 | 25.61 |
| 555 | Equipment | Security Cameras | 169.60 | 76.21 |
| 556 | Equipment | Security Cameras | 170.94 | 136.74 |
| 557 | Equipment | Security Cameras | 170.94 | 136.74 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 558 | Equipment | Security Cameras | 170.94 | 25.59 |
| 559 | Equipment | Security Cameras | 172.27 | 25.90 |
| 560 | Equipment | Security Cameras | 169.60 | 135.64 |
| 561 | Equipment | Security Cameras | 172.27 | 86.17 |
| 562 | Equipment | Security Cameras | 172.27 | 77.56 |
| 563 | Equipment | Security Cameras | 172.27 | 25.90 |
| 564 | Equipment | Security Cameras | 170.94 | 85.44 |
| 565 | Equipment | Security Cameras | 172.27 | 80.43 |
| 566 | Equipment | Security Cameras | 172.27 | 25.90 |
| 567 | Equipment | Security Cameras | 173.26 | 25.87 |
| 568 | Equipment | Security Cameras | 173.26 | 25.87 |
| 569 | Equipment | Security Cameras | 173.26 | 25.87 |
| 570 | Equipment | Security Cameras | 172.26 | 25.89 |
| 571 | Equipment | Security Cameras | 172.43 | 137.99 |
| 572 | Equipment | Security Cameras | 173.26 | 25.87 |
| 573 | Equipment | Security Cameras | 172.25 | 25.88 |
| 574 | Equipment | Security Cameras | 172.25 | 25.88 |
| 576 | Equipment | Security Cameras | 172.25 | 66.06 |
| 577 | Equipment | Security Cameras | 170.58 | 85.38 |
| 578 | Equipment | Security Cameras | 170.58 | 25.74 |
| 579 | Equipment | Security Cameras | 170.92 | 25.57 |
| 580 | Equipment | Security Cameras | 170.92 | 25.57 |
| 581 | Equipment | Security Cameras | 170.92 | 25.57 |
| 582 | Equipment | Security Cameras | 170.92 | 25.57 |
| 583 | Equipment | Security Cameras | 172.25 | 25.88 |
| 584 | Equipment | Security Cameras | 170.92 | 25.57 |
| 585 | Equipment | Security Cameras | 170.92 | 25.57 |
| 586 | Equipment | Security Cameras | 170.58 | 25.74 |
| 587 | Equipment | Security Cameras | 171.25 | 25.90 |
| 588 | Equipment | Security Cameras | 172.25 | 25.88 |
| 589 | Equipment | Security Cameras | 169.58 | 25.25 |
| 590 | Equipment | Security Cameras | 169.58 | 33.74 |
| 591 | Equipment | Security Cameras | 169.59 | 76.20 |
| 556 | Equipment | Security Cameras & Install | 6,517.98 | 5,214.42 |
| 550 | Leasehold Improvement | HVAC | 8,937.67 | 5,437.11 |
| 560 | Leasehold Improvement | HVAC | 8,882.85 | 8,290.69 |
| 556 | Leasehold Improvement | HVAC - FINAL | 14,519.90 | 13,551.90 |
| 1 | Equipment | Security Cameras | 179.62 | 45.07 |
| 2 | Equipment | Security Cameras | 179.62 | 27.13 |
| 3 | Equipment | Security Cameras | 179.62 | 27.13 |
| 4 | Equipment | Security Cameras | 179.62 | 119.82 |
| 510 | Equipment | Security Cameras | 179.62 | 27.13 |
| 511 | Equipment | Security Cameras | 179.62 | 119.82 |
| 512 | Equipment | Security Cameras | 176.12 | 108.50 |
| 513 | Equipment | Security Cameras | 174.88 | 107.95 |
| 514 | Equipment | Security Cameras | 179.62 | 80.95 |
| 515 | Equipment | Security Cameras | 179.62 | 27.13 |
| 516 | Equipment | Security Cameras | 179.62 | 27.13 |
| 517 | Equipment | Security Cameras | 179.62 | 119.82 |
| 518 | Equipment | Security Cameras | 179.62 | 80.95 |
| 519 | Equipment | Security Cameras | 179.62 | 119.82 |
| 521 | Equipment | Security Cameras | 179.62 | 143.74 |
| 522 | Equipment | Security Cameras | 179.62 | 143.74 |
| 531 | Equipment | Security Cameras | 175.29 | 26.37 |
| 525 | Equipment | Security Cameras | 175.29 | 78.93 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 526 | Equipment | Security Cameras | 175.29 | 32.21 |
| 527 | Equipment | Security Cameras | 175.29 | 84.77 |
| 529 | Equipment | Security Cameras | 175.29 | 122.73 |
| 531 | Equipment | Security Cameras | 175.29 | 32.21 |
| 532 | Equipment | Security Cameras | 174.22 | 32.12 |
| 533 | Equipment | Security Cameras | 176.53 | 32.47 |
| 534 | Equipment | Security Cameras | 175.29 | 32.21 |
| 535 | Equipment | Security Cameras | 175.29 | 32.21 |
| 537 | Equipment | Security Cameras | 174.88 | 32.29 |
| 538 | Equipment | Security Cameras | 174.88 | 32.29 |
| 539 | Equipment | Security Cameras | 174.88 | 32.29 |
| 540 | Equipment | Security Cameras | 174.88 | 49.75 |
| 541 | Equipment | Security Cameras | 174.88 | 32.29 |
| 542 | Equipment | Security Cameras | 175.46 | 32.38 |
| 543 | Equipment | Security Cameras | 175.46 | 32.38 |
| 544 | Equipment | Security Cameras | 175.46 | 32.38 |
| 545 | Equipment | Security Cameras | 175.46 | 32.38 |
| 546 | Equipment | Security Cameras | 175.29 | 32.21 |
| 547 | Equipment | Security Cameras | 175.29 | 32.21 |
| 548 | Equipment | Security Cameras | 175.29 | 32.21 |
| 549 | Equipment | Security Cameras | 175.29 | 32.21 |
| 550 | Equipment | Security Cameras | 175.29 | 32.21 |
| 551 | Equipment | Security Cameras | 175.29 | 32.21 |
| 552 | Equipment | Security Cameras | 175.29 | 32.21 |
| 553 | Equipment | Security Cameras | 175.29 | 32.21 |
| 555 | Equipment | Security Cameras | 174.88 | 84.67 |
| 556 | Equipment | Security Cameras | 176.53 | 147.13 |
| 557 | Equipment | Security Cameras | 176.53 | 147.13 |
| 558 | Equipment | Security Cameras | 176.53 | 32.47 |
| 559 | Equipment | Security Cameras | 178.18 | 32.65 |
| 560 | Equipment | Security Cameras | 174.88 | 148.69 |
| 561 | Equipment | Security Cameras | 178.18 | 97.99 |
| 562 | Equipment | Security Cameras | 178.18 | 89.08 |
| 563 | Equipment | Security Cameras | 178.18 | 35.62 |
| 564 | Equipment | Security Cameras | 176.53 | 97.15 |
| 565 | Equipment | Security Cameras | 178.18 | 92.05 |
| 566 | Equipment | Security Cameras | 178.18 | 35.62 |
| 567 | Equipment | Security Cameras | 179.42 | 35.90 |
| 568 | Equipment | Security Cameras | 179.42 | 35.90 |
| 569 | Equipment | Security Cameras | 179.42 | 35.90 |
| 570 | Equipment | Security Cameras | 178.18 | 35.62 |
| 571 | Equipment | Security Cameras | 178.38 | 151.65 |
| 572 | Equipment | Security Cameras | 179.42 | 35.90 |
| 573 | Equipment | Security Cameras | 178.18 | 35.62 |
| 574 | Equipment | Security Cameras | 178.18 | 35.62 |
| 576 | Equipment | Security Cameras | 178.18 | 77.20 |
| 577 | Equipment | Security Cameras | 176.12 | 96.74 |
| 578 | Equipment | Security Cameras | 176.12 | 35.00 |
| 579 | Equipment | Security Cameras | 176.53 | 35.41 |
| 580 | Equipment | Security Cameras | 176.54 | 35.42 |
| 581 | Equipment | Security Cameras | 176.54 | 35.42 |
| 582 | Equipment | Security Cameras | 176.54 | 35.42 |
| 583 | Equipment | Security Cameras | 178.19 | 35.63 |
| 584 | Equipment | Security Cameras | 176.54 | 35.42 |
| 585 | Equipment | Security Cameras | 176.54 | 35.42 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 586 | Equipment | Security Cameras | 176.13 | 35.01 |
| 587 | Equipment | Security Cameras | 176.95 | 35.35 |
| 588 | Equipment | Security Cameras | 178.19 | 35.63 |
| 589 | Equipment | Security Cameras | 174.89 | 35.21 |
| 590 | Equipment | Security Cameras | 174.89 | 43.94 |
| 591 | Equipment | Security Cameras | 174.89 | 87.59 |
| 559 | Leasehold Improvement | HVAC | 8,556.61 | 5,205.04 |
| 560 | Leasehold Improvement | HVAC | 6,156.55 | 5,746.15 |
| 514 | Leasehold Improvement | | 5,113.89 | 3,877.91 |
| 557 | Leasehold Improvement | | 8,026.80 | 7,491.68 |
| 565 | Leasehold Improvement | | 11,147.13 | 8,546.21 |
| 591 | Leasehold Improvement | | 6,055.77 | 4,996.11 |
| 531 | Leasehold Improvement | Interior Plans / Zoning | 19,150.00 | 11,649.74 |
| 531 | Leasehold Improvement | Ceiling issue | 450.00 | 273.75 |
| 525 | Leasehold Improvement | HVAC | 5,053.40 | 3,832.21 |
| 551 | Leasehold Improvement | HVAC | 6,052.43 | 3,681.75 |
| 513 | Equipment | EAS System | 1,406.70 | 1,054.95 |
| 531 | Leasehold Improvement | HVAC | 6,115.33 | 3,720.21 |
| 512 | Leasehold Improvement | | 9,980.02 | 8,399.79 |
| 514 | Leasehold Improvement | | 5,113.89 | 3,877.91 |
| 531 | Leasehold Improvement | | 5,118.75 | 3,113.73 |
| 557 | Leasehold Improvement | | 6,043.04 | 5,640.16 |
| 553 | Equipment | | 5,551.25 | 1,017.77 |
| 531 | Leasehold Improvement | | 9,100.00 | 5,535.99 |
| 512 | Equipment | Security Cameras / Install | 6,930.59 | 4,735.90 |
| 525 | Leasehold Improvement | Electrical | 7,787.36 | 6,100.22 |
| 526 | Leasehold Improvement | HVAC Repairs | 5,992.64 | 3,695.40 |
| 531 | Leasehold Improvement | Remodel : Labor | 2,109.38 | 1,300.70 |
| 531 | Leasehold Improvement | Remodel : Labor | 1,667.46 | 1,028.06 |
| 531 | Leasehold Improvement | Remodel : Labor | 294.70 | 179.08 |
| 531 | Leasehold Improvement | Remodel : Labor | 214.86 | 130.73 |
| 531 | Leasehold Improvement | Remodel : Electrical Contract | 45,655.50 | 28,915.26 |
| 531 | Leasehold Improvement | Remodel : 50Yd Temp bins | 11,948.68 | 7,567.60 |
| 562 | Leasehold Improvement | Remodel : Construction Contract | 8,666.02 | 7,149.40 |
| 588 | Leasehold Improvement | Emergency Call - Ceiling Pipe Burst | 16,678.21 | 10,145.68 |
| 514 | Leasehold Improvement | Replace Timer | 6,282.10 | 4,921.00 |
| 515 | Equipment | EAS System | 1,439.56 | 651.12 |
| 531 | Furniture & Fixtures | Cash Wraps | 10,900.00 | 4,931.04 |
| 538 | Leasehold Improvement | HVAC Repair | 46,039.44 | 28,007.42 |
| 539 | Leasehold Improvement | New Package Unit | 52,894.66 | 32,177.53 |
| 4 | Leasehold Improvement | Plumbing Repairs | 5,865.00 | 5,278.44 |
| 1 | Leasehold Improvement | | 770.00 | 770.00 |
| 1 | Leasehold Improvement | | 790.44 | 790.44 |
| 1 | Leasehold Improvement | | 1,282.02 | 1,282.02 |
| 1 | Leasehold Improvement | | 1,295.69 | 1,295.69 |
| 1 | Leasehold Improvement | | 1,633.13 | 1,633.13 |
| 1 | Leasehold Improvement | | 2,449.69 | 2,449.69 |
| 1 | Leasehold Improvement | | 4,763.50 | 4,763.50 |
| 1 | Leasehold Improvement | | 17,755.24 | 17,755.24 |
| 2 | Leasehold Improvement | | 1,320.00 | 1,320.00 |
| 2 | Leasehold Improvement | | 1,633.13 | 1,633.13 |
| 2 | Leasehold Improvement | | 3,347.75 | 3,347.75 |
| 2 | Leasehold Improvement | | 5,460.41 | 5,460.41 |
| 3 | Leasehold Improvement | | 500.00 | 500.00 |
| 3 | Leasehold Improvement | | 550.00 | 550.00 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 3 | Leasehold Improvement | | 642.05 | 642.05 |
| 3 | Leasehold Improvement | | 1,633.13 | 1,633.13 |
| 3 | Leasehold Improvement | | 1,905.68 | 1,905.68 |
| 3 | Leasehold Improvement | | 2,830.75 | 2,830.75 |
| 4 | Leasehold Improvement | | 1,661.45 | 1,661.45 |
| 4 | Leasehold Improvement | | 1,848.84 | 1,848.84 |
| 4 | Leasehold Improvement | | 3,457.49 | 3,457.49 |
| 4 | Leasehold Improvement | | 3,525.00 | 3,525.00 |
| 4 | Leasehold Improvement | | 6,207.43 | 6,207.43 |
| 4 | Leasehold Improvement | | 19,084.24 | 19,084.24 |
| 4 | Leasehold Improvement | | 22,104.86 | 22,104.86 |
| 511 | Leasehold Improvement | | 660.00 | 660.00 |
| 511 | Leasehold Improvement | | 1,250.00 | 1,250.00 |
| 511 | Leasehold Improvement | | 1,315.51 | 1,315.51 |
| 511 | Leasehold Improvement | | 2,763.54 | 2,763.54 |
| 514 | Leasehold Improvement | | 770.00 | 770.00 |
| 514 | Leasehold Improvement | | 1,391.26 | 1,391.26 |
| 514 | Leasehold Improvement | | 1,633.13 | 1,633.13 |
| 514 | Leasehold Improvement | | 1,887.89 | 1,887.89 |
| 515 | Leasehold Improvement | | 508.71 | 508.71 |
| 515 | Leasehold Improvement | | 553.09 | 553.09 |
| 515 | Leasehold Improvement | | 1,837.27 | 1,837.27 |
| 515 | Leasehold Improvement | | 2,412.91 | 2,412.91 |
| 515 | Leasehold Improvement | | 3,266.25 | 3,266.25 |
| 516 | Leasehold Improvement | | 544.38 | 544.38 |
| 516 | Leasehold Improvement | | 3,577.33 | 3,577.33 |
| 516 | Leasehold Improvement | | 4,246.13 | 4,246.13 |
| 516 | Leasehold Improvement | | 5,132.68 | 5,132.68 |
| 517 | Leasehold Improvement | | 3,719.45 | 3,719.45 |
| 518 | Leasehold Improvement | | 1,100.00 | 1,100.00 |
| 518 | Leasehold Improvement | | 2,698.79 | 2,698.79 |
| 518 | Leasehold Improvement | | 2,721.88 | 2,721.88 |
| 518 | Leasehold Improvement | | 3,810.63 | 3,810.63 |
| 519 | Leasehold Improvement | | 550.00 | 550.00 |
| 519 | Leasehold Improvement | | 1,345.13 | 1,345.13 |
| 519 | Leasehold Improvement | | 2,368.42 | 2,368.42 |
| 519 | Leasehold Improvement | | 2,721.88 | 2,721.88 |
| 519 | Leasehold Improvement | | 6,532.50 | 6,532.50 |
| 522 | Leasehold Improvement | | 620.04 | 620.04 |
| 522 | Leasehold Improvement | | 2,072.57 | 2,072.57 |
| 522 | Leasehold Improvement | | 2,309.86 | 2,309.86 |
| 525 | Leasehold Improvement | | 508.00 | 508.00 |
| 525 | Leasehold Improvement | | 588.00 | 588.00 |
| 525 | Leasehold Improvement | | 770.00 | 770.00 |
| 525 | Leasehold Improvement | | 1,503.90 | 1,503.90 |
| 525 | Leasehold Improvement | | 2,790.70 | 2,790.70 |
| 526 | Leasehold Improvement | | 1,240.00 | 1,240.00 |
| 526 | Leasehold Improvement | | 2,060.49 | 2,060.49 |
| 526 | Leasehold Improvement | | 2,499.30 | 2,499.30 |
| 526 | Leasehold Improvement | | 2,512.03 | 2,512.03 |
| 526 | Leasehold Improvement | | 4,571.43 | 4,571.43 |
| 527 | Leasehold Improvement | | 1,210.00 | 1,210.00 |
| 527 | Leasehold Improvement | | 1,240.00 | 1,240.00 |
| 527 | Leasehold Improvement | | 1,774.28 | 1,774.28 |
| 527 | Leasehold Improvement | | 1,776.75 | 1,776.75 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 527 | Leasehold Improvement | | 4,714.29 | 4,714.29 |
| 529 | Leasehold Improvement | | 1,240.00 | 1,240.00 |
| 529 | Leasehold Improvement | | 1,854.00 | 1,854.00 |
| 529 | Leasehold Improvement | | 2,059.87 | 2,059.87 |
| 531 | Leasehold Improvement | | 1,240.00 | 1,240.00 |
| 531 | Leasehold Improvement | | 2,015.45 | 2,015.45 |
| 531 | Leasehold Improvement | | 2,129.52 | 2,129.52 |
| 531 | Leasehold Improvement | | 4,928.57 | 4,928.57 |
| 532 | Leasehold Improvement | | 1,821.61 | 1,821.61 |
| 532 | Leasehold Improvement | | 2,060.00 | 2,060.00 |
| 532 | Leasehold Improvement | | 2,378.45 | 2,378.45 |
| 532 | Leasehold Improvement | | 3,446.00 | 3,446.00 |
| 533 | Leasehold Improvement | | 1,240.00 | 1,240.00 |
| 533 | Leasehold Improvement | | 1,931.25 | 1,931.25 |
| 533 | Leasehold Improvement | | 2,446.76 | 2,446.76 |
| 533 | Leasehold Improvement | | 3,137.25 | 3,137.25 |
| 534 | Leasehold Improvement | | 650.00 | 650.00 |
| 534 | Leasehold Improvement | | 1,240.00 | 1,240.00 |
| 534 | Leasehold Improvement | | 1,346.53 | 1,346.53 |
| 534 | Leasehold Improvement | | 1,655.00 | 1,655.00 |
| 534 | Leasehold Improvement | | 1,756.76 | 1,756.76 |
| 535 | Leasehold Improvement | | 1,452.00 | 1,452.00 |
| 535 | Leasehold Improvement | | 1,500.83 | 1,500.83 |
| 535 | Leasehold Improvement | | 1,530.36 | 1,530.36 |
| 535 | Leasehold Improvement | | 5,214.29 | 5,214.29 |
| 537 | Leasehold Improvement | | 1,428.58 | 1,428.58 |
| 537 | Leasehold Improvement | | 1,680.00 | 1,680.00 |
| 537 | Leasehold Improvement | | 1,931.25 | 1,931.25 |
| 537 | Leasehold Improvement | | 2,071.40 | 2,071.40 |
| 537 | Leasehold Improvement | | 2,299.65 | 2,299.65 |
| 537 | Leasehold Improvement | | 4,958.58 | 4,958.58 |
| 538 | Leasehold Improvement | | 1,931.25 | 1,931.25 |
| 538 | Leasehold Improvement | | 2,500.00 | 2,500.00 |
| 538 | Leasehold Improvement | | 3,693.60 | 3,693.60 |
| 539 | Leasehold Improvement | | 1,157.62 | 1,157.62 |
| 539 | Leasehold Improvement | | 2,070.00 | 2,070.00 |
| 539 | Leasehold Improvement | | 2,500.00 | 2,500.00 |
| 540 | Leasehold Improvement | | 2,193.90 | 2,193.90 |
| 540 | Leasehold Improvement | | 2,219.03 | 2,219.03 |
| 540 | Leasehold Improvement | | 2,500.00 | 2,500.00 |
| 541 | Leasehold Improvement | | 1,734.69 | 1,734.69 |
| 541 | Leasehold Improvement | | 1,931.25 | 1,931.25 |
| 541 | Leasehold Improvement | | 2,500.00 | 2,500.00 |
| 541 | Leasehold Improvement | | 4,683.00 | 4,683.00 |
| 542 | Leasehold Improvement | | 921.91 | 921.91 |
| 542 | Leasehold Improvement | | 1,864.10 | 1,864.10 |
| 542 | Leasehold Improvement | | 2,307.57 | 2,307.57 |
| 542 | Leasehold Improvement | | 2,962.29 | 2,962.29 |
| 542 | Leasehold Improvement | | 3,174.86 | 3,174.86 |
| 542 | Leasehold Improvement | | 6,175.90 | 6,175.90 |
| 543 | Leasehold Improvement | | 990.00 | 990.00 |
| 543 | Leasehold Improvement | | 1,935.00 | 1,935.00 |
| 543 | Leasehold Improvement | | 2,066.23 | 2,066.23 |
| 543 | Leasehold Improvement | | 2,392.88 | 2,392.88 |
| 544 | Leasehold Improvement | | 550.00 | 550.00 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 544 | Leasehold Improvement | | 1,397.75 | 1,397.75 |
| 544 | Leasehold Improvement | | 1,434.18 | 1,434.18 |
| 544 | Leasehold Improvement | | 7,300.35 | 7,300.35 |
| 544 | Leasehold Improvement | | 1,180.49 | 1,180.49 |
| 545 | Leasehold Improvement | | 990.00 | 990.00 |
| 545 | Leasehold Improvement | | 1,063.50 | 1,063.50 |
| 545 | Leasehold Improvement | | 1,569.25 | 1,569.25 |
| 545 | Leasehold Improvement | | 2,315.32 | 2,315.32 |
| 546 | Leasehold Improvement | | 1,320.00 | 1,320.00 |
| 546 | Leasehold Improvement | | 2,100.00 | 2,100.00 |
| 546 | Leasehold Improvement | | 2,700.00 | 2,700.00 |
| 546 | Leasehold Improvement | | 3,714.29 | 3,714.29 |
| 547 | Leasehold Improvement | | 550.00 | 550.00 |
| 547 | Leasehold Improvement | | 1,038.53 | 1,038.53 |
| 547 | Leasehold Improvement | | 1,500.00 | 1,500.00 |
| 547 | Leasehold Improvement | | 2,050.22 | 2,050.22 |
| 547 | Leasehold Improvement | | 4,928.57 | 4,928.57 |
| 548 | Leasehold Improvement | | 1,900.00 | 1,900.00 |
| 548 | Leasehold Improvement | | 1,947.70 | 1,947.70 |
| 548 | Leasehold Improvement | | 2,002.83 | 2,002.83 |
| 548 | Leasehold Improvement | | 6,000.00 | 6,000.00 |
| 549 | Leasehold Improvement | | 770.00 | 770.00 |
| 549 | Leasehold Improvement | | 1,049.68 | 1,049.68 |
| 549 | Leasehold Improvement | | 2,380.00 | 2,380.00 |
| 549 | Leasehold Improvement | | 2,469.22 | 2,469.22 |
| 550 | Leasehold Improvement | | 990.00 | 990.00 |
| 550 | Leasehold Improvement | | 1,500.00 | 1,500.00 |
| 550 | Leasehold Improvement | | 2,112.48 | 2,112.48 |
| 551 | Leasehold Improvement | | 990.00 | 990.00 |
| 551 | Leasehold Improvement | | 2,163.00 | 2,163.00 |
| 551 | Leasehold Improvement | | 3,300.00 | 3,300.00 |
| 552 | Leasehold Improvement | | 1,100.00 | 1,100.00 |
| 552 | Leasehold Improvement | | 1,452.04 | 1,452.04 |
| 552 | Leasehold Improvement | | 1,875.00 | 1,875.00 |
| 552 | Leasehold Improvement | | 5,084.29 | 5,084.29 |
| 552 | Leasehold Improvement | | 5,285.71 | 5,285.71 |
| 553 | Leasehold Improvement | | 740.95 | 740.95 |
| 553 | Leasehold Improvement | | 770.00 | 770.00 |
| 553 | Leasehold Improvement | | 2,142.60 | 2,142.60 |
| 553 | Leasehold Improvement | | 2,500.00 | 2,500.00 |
| 555 | Leasehold Improvement | | 1,343.40 | 1,343.40 |
| 555 | Leasehold Improvement | | 1,682.61 | 1,682.61 |
| 555 | Leasehold Improvement | | 1,726.75 | 1,726.75 |
| 555 | Leasehold Improvement | | 2,302.28 | 2,302.28 |
| 556 | Leasehold Improvement | | 500.00 | 500.00 |
| 556 | Leasehold Improvement | | 5,040.00 | 5,040.00 |
| 557 | Leasehold Improvement | | 867.95 | 867.95 |
| 557 | Leasehold Improvement | | 1,074.43 | 1,074.43 |
| 557 | Leasehold Improvement | | 1,605.00 | 1,605.00 |
| 557 | Leasehold Improvement | | 2,000.00 | 2,000.00 |
| 557 | Leasehold Improvement | | 2,493.84 | 2,493.84 |
| 557 | Leasehold Improvement | | 3,070.56 | 3,070.56 |
| 558 | Leasehold Improvement | | 717.08 | 717.08 |
| 558 | Leasehold Improvement | | 1,143.26 | 1,143.26 |
| 558 | Leasehold Improvement | | 1,170.89 | 1,170.89 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 558 | Leasehold Improvement | | 1,926.00 | 1,926.00 |
| 558 | Leasehold Improvement | | 3,274.20 | 3,274.20 |
| 559 | Leasehold Improvement | | 1,764.63 | 1,764.63 |
| 559 | Leasehold Improvement | | 3,304.80 | 3,304.80 |
| 560 | Leasehold Improvement | | 678.40 | 678.40 |
| 560 | Leasehold Improvement | | 1,149.28 | 1,149.28 |
| 560 | Leasehold Improvement | | 1,290.48 | 1,290.48 |
| 560 | Leasehold Improvement | | 2,328.58 | 2,328.58 |
| 560 | Leasehold Improvement | | 2,336.92 | 2,336.92 |
| 562 | Leasehold Improvement | | 840.00 | 840.00 |
| 562 | Leasehold Improvement | | 1,471.43 | 1,471.43 |
| 562 | Leasehold Improvement | | 2,250.00 | 2,250.00 |
| 562 | Leasehold Improvement | | 2,485.72 | 2,485.72 |
| 562 | Leasehold Improvement | | 4,955.66 | 4,955.66 |
| 563 | Leasehold Improvement | | 1,136.87 | 1,136.87 |
| 563 | Leasehold Improvement | | 1,716.24 | 1,716.24 |
| 563 | Leasehold Improvement | | 1,928.57 | 1,928.57 |
| 563 | Leasehold Improvement | | 3,730.00 | 3,730.00 |
| 563 | Leasehold Improvement | | 3,761.17 | 3,761.17 |
| 565 | Leasehold Improvement | | 758.31 | 758.31 |
| 565 | Leasehold Improvement | | 1,350.00 | 1,350.00 |
| 565 | Leasehold Improvement | | 1,513.91 | 1,513.91 |
| 565 | Leasehold Improvement | | 2,056.29 | 2,056.29 |
| 565 | Leasehold Improvement | | 5,600.00 | 5,600.00 |
| 566 | Leasehold Improvement | | 598.81 | 598.81 |
| 566 | Leasehold Improvement | | 785.40 | 785.40 |
| 566 | Leasehold Improvement | | 2,070.00 | 2,070.00 |
| 566 | Leasehold Improvement | | 2,700.00 | 2,700.00 |
| 566 | Leasehold Improvement | | 4,366.29 | 4,366.29 |
| 567 | Leasehold Improvement | | 603.27 | 603.27 |
| 567 | Leasehold Improvement | | 716.10 | 716.10 |
| 567 | Leasehold Improvement | | 925.44 | 925.44 |
| 567 | Leasehold Improvement | | 1,430.00 | 1,430.00 |
| 567 | Leasehold Improvement | | 1,892.25 | 1,892.25 |
| 567 | Leasehold Improvement | | 2,281.61 | 2,281.61 |
| 568 | Leasehold Improvement | | 598.81 | 598.81 |
| 568 | Leasehold Improvement | | 1,210.00 | 1,210.00 |
| 568 | Leasehold Improvement | | 1,617.57 | 1,617.57 |
| 568 | Leasehold Improvement | | 1,848.21 | 1,848.21 |
| 568 | Leasehold Improvement | | 2,283.75 | 2,283.75 |
| 569 | Leasehold Improvement | | 544.38 | 544.38 |
| 569 | Leasehold Improvement | | 785.40 | 785.40 |
| 569 | Leasehold Improvement | | 1,100.00 | 1,100.00 |
| 569 | Leasehold Improvement | | 1,431.42 | 1,431.42 |
| 569 | Leasehold Improvement | | 1,620.38 | 1,620.38 |
| 569 | Leasehold Improvement | | 2,100.23 | 2,100.23 |
| 570 | Leasehold Improvement | | 2,100.60 | 2,100.60 |
| 570 | Leasehold Improvement | | 2,700.00 | 2,700.00 |
| 571 | Leasehold Improvement | | 513.06 | 513.06 |
| 571 | Leasehold Improvement | | 1,210.00 | 1,210.00 |
| 571 | Leasehold Improvement | | 1,762.50 | 1,762.50 |
| 571 | Leasehold Improvement | | 2,627.98 | 2,627.98 |
| 571 | Leasehold Improvement | | 2,703.13 | 2,703.13 |
| 572 | Leasehold Improvement | | 570.23 | 570.23 |
| 572 | Leasehold Improvement | | 1,320.00 | 1,320.00 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 572 | Leasehold Improvement | | 1,903.13 | 1,903.13 |
| 572 | Leasehold Improvement | | 2,100.23 | 2,100.23 |
| 572 | Leasehold Improvement | | 3,145.45 | 3,145.45 |
| 573 | Leasehold Improvement | | 939.60 | 939.60 |
| 573 | Leasehold Improvement | | 2,099.68 | 2,099.68 |
| 574 | Leasehold Improvement | | 739.20 | 739.20 |
| 574 | Leasehold Improvement | | 823.92 | 823.92 |
| 574 | Leasehold Improvement | | 871.00 | 871.00 |
| 574 | Leasehold Improvement | | 1,320.00 | 1,320.00 |
| 574 | Leasehold Improvement | | 1,502.74 | 1,502.74 |
| 574 | Leasehold Improvement | | 2,073.60 | 2,073.60 |
| 574 | Leasehold Improvement | | 2,908.22 | 2,908.22 |
| 575 | Leasehold Improvement | | 550.00 | 550.00 |
| 575 | Leasehold Improvement | | 1,478.40 | 1,478.40 |
| 575 | Leasehold Improvement | | 2,100.23 | 2,100.23 |
| 575 | Leasehold Improvement | | 2,718.75 | 2,718.75 |
| 575 | Leasehold Improvement | | 3,077.69 | 3,077.69 |
| 576 | Leasehold Improvement | | 1,953.02 | 1,953.02 |
| 576 | Leasehold Improvement | | 2,499.37 | 2,499.37 |
| 576 | Leasehold Improvement | | 3,268.79 | 3,268.79 |
| 576 | Leasehold Improvement | | 3,980.58 | 3,980.58 |
| 578 | Leasehold Improvement | | 509.95 | 509.95 |
| 578 | Leasehold Improvement | | 1,234.32 | 1,234.32 |
| 578 | Leasehold Improvement | | 2,101.94 | 2,101.94 |
| 578 | Leasehold Improvement | | 2,500.00 | 2,500.00 |
| 579 | Leasehold Improvement | | 1,559.78 | 1,559.78 |
| 579 | Leasehold Improvement | | 1,835.00 | 1,835.00 |
| 579 | Leasehold Improvement | | 3,084.76 | 3,084.76 |
| 579 | Leasehold Improvement | | 5,000.00 | 5,000.00 |
| 580 | Leasehold Improvement | | 1,803.06 | 1,803.06 |
| 580 | Leasehold Improvement | | 2,074.12 | 2,074.12 |
| 580 | Leasehold Improvement | | 3,817.35 | 3,817.35 |
| 580 | Leasehold Improvement | | 3,917.86 | 3,917.86 |
| 581 | Leasehold Improvement | | 1,992.61 | 1,992.61 |
| 581 | Leasehold Improvement | | 3,050.00 | 3,050.00 |
| 581 | Leasehold Improvement | | 3,780.00 | 3,780.00 |
| 581 | Leasehold Improvement | | 5,864.29 | 5,864.29 |
| 582 | Leasehold Improvement | | 1,701.02 | 1,701.02 |
| 582 | Leasehold Improvement | | 2,270.00 | 2,270.00 |
| 582 | Leasehold Improvement | | 2,331.00 | 2,331.00 |
| 582 | Leasehold Improvement | | 4,418.00 | 4,418.00 |
| 583 | Leasehold Improvement | | 1,364.91 | 1,364.91 |
| 583 | Leasehold Improvement | | 2,250.00 | 2,250.00 |
| 583 | Leasehold Improvement | | 3,272.92 | 3,272.92 |
| 583 | Leasehold Improvement | | 5,285.72 | 5,285.72 |
| 584 | Leasehold Improvement | | 504.60 | 504.60 |
| 584 | Leasehold Improvement | | 1,070.34 | 1,070.34 |
| 584 | Leasehold Improvement | | 1,278.93 | 1,278.93 |
| 584 | Leasehold Improvement | | 2,380.00 | 2,380.00 |
| 584 | Leasehold Improvement | | 3,150.00 | 3,150.00 |
| 584 | Leasehold Improvement | | 3,202.20 | 3,202.20 |
| 585 | Leasehold Improvement | | 1,557.80 | 1,557.80 |
| 585 | Leasehold Improvement | | 1,920.00 | 1,920.00 |
| 585 | Leasehold Improvement | | 2,345.01 | 2,345.01 |
| 585 | Leasehold Improvement | | 3,502.80 | 3,502.80 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 585 | Leasehold Improvement | | 5,567.59 | 5,567.59 |
| 586 | Leasehold Improvement | | 850.00 | 850.00 |
| 586 | Leasehold Improvement | | 1,071.99 | 1,071.99 |
| 586 | Leasehold Improvement | | 1,200.00 | 1,200.00 |
| 586 | Leasehold Improvement | | 2,162.46 | 2,162.46 |
| 586 | Leasehold Improvement | | 3,683.92 | 3,683.92 |
| 587 | Leasehold Improvement | | 1,534.06 | 1,534.06 |
| 587 | Leasehold Improvement | | 3,467.36 | 3,467.36 |
| 587 | Leasehold Improvement | | 3,990.04 | 3,990.04 |
| 587 | Leasehold Improvement | | 6,000.00 | 6,000.00 |
| 588 | Leasehold Improvement | | 1,540.00 | 1,540.00 |
| 588 | Leasehold Improvement | | 1,630.81 | 1,630.81 |
| 588 | Leasehold Improvement | | 4,023.00 | 4,023.00 |
| 589 | Leasehold Improvement | | 1,059.32 | 1,059.32 |
| 589 | Leasehold Improvement | | 2,142.86 | 2,142.86 |
| 589 | Leasehold Improvement | | 2,500.00 | 2,500.00 |
| 589 | Leasehold Improvement | | 2,550.00 | 2,550.00 |
| 590 | Leasehold Improvement | | 500.00 | 500.00 |
| 590 | Leasehold Improvement | | 972.50 | 972.50 |
| 590 | Leasehold Improvement | | 1,514.29 | 1,514.29 |
| 590 | Leasehold Improvement | | 1,835.68 | 1,835.68 |
| 590 | Leasehold Improvement | | 2,355.00 | 2,355.00 |
| 590 | Leasehold Improvement | | 3,100.00 | 3,100.00 |
| 591 | Leasehold Improvement | | 2,212.50 | 2,212.50 |
| 591 | Leasehold Improvement | | 2,500.00 | 2,500.00 |
| 591 | Leasehold Improvement | | 2,544.74 | 2,544.74 |
| 1 | Furniture & Fixtures | | 5,744.30 | 5,744.30 |
| 2 | Furniture & Fixtures | | 5,188.40 | 5,188.40 |
| 3 | Furniture & Fixtures | | 4,030.28 | 4,030.28 |
| 3 | Furniture & Fixtures | | 272.50 | 272.50 |
| 3 | Furniture & Fixtures | | 384.23 | 384.23 |
| 4 | Furniture & Fixtures | | 2,594.20 | 2,594.20 |
| 510 | Furniture & Fixtures | | 2,316.25 | 2,316.25 |
| 511 | Furniture & Fixtures | | 2,177.28 | 2,177.28 |
| 514 | Furniture & Fixtures | | 2,084.63 | 2,084.63 |
| 515 | Furniture & Fixtures | | 1,667.70 | 1,667.70 |
| 516 | Furniture & Fixtures | | 1,760.35 | 1,760.35 |
| 516 | Furniture & Fixtures | | 754.83 | 754.83 |
| 517 | Furniture & Fixtures | | 350.00 | 350.00 |
| 517 | Furniture & Fixtures | | 1,575.05 | 1,575.05 |
| 518 | Computer Equipment | | 1,482.40 | 568.13 |
| 519 | Furniture & Fixtures | | 1,575.05 | 1,575.05 |
| 521 | Furniture & Fixtures | | 1,019.15 | 1,019.15 |
| 522 | Furniture & Fixtures | | 1,389.75 | 1,389.75 |
| 532 | Furniture & Fixtures | | 1,297.10 | 1,297.10 |
| 533 | Furniture & Fixtures | | 350.00 | 350.00 |
| 542 | Furniture & Fixtures | | 1,760.35 | 1,760.35 |
| 543 | Furniture & Fixtures | | 1,667.70 | 1,667.70 |
| 544 | Furniture & Fixtures | | 327.00 | 327.00 |
| 545 | Furniture & Fixtures | | 1,714.03 | 1,714.03 |
| 545 | Furniture & Fixtures | | 566.80 | 566.80 |
| 552 | Furniture & Fixtures | | 1,297.10 | 1,297.10 |
| 555 | Furniture & Fixtures | | 1,297.10 | 1,297.10 |
| 556 | Furniture & Fixtures | | 1,667.70 | 1,667.70 |
| 557 | Furniture & Fixtures | | 290.00 | 290.00 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 557 | Furniture & Fixtures | | 1,945.65 | 1,945.65 |
| 558 | Furniture & Fixtures | | 1,853.00 | 1,853.00 |
| 565 | Furniture & Fixtures | | 1,297.10 | 1,297.10 |
| 571 | Furniture & Fixtures | | 1,297.10 | 1,297.10 |
| 579 | Furniture & Fixtures | | 1,297.10 | 1,297.10 |
| 579 | Furniture & Fixtures | | 839.30 | 839.30 |
| 580 | Furniture & Fixtures | | 1,945.65 | 1,945.65 |
| 586 | Furniture & Fixtures | | 290.00 | 290.00 |
| 590 | Furniture & Fixtures | | 1,297.10 | 1,297.10 |
| 9905 | Leasehold Improvement | | 572,349.00 | 486,497.00 |
| 510 | Equipment | Conversion : EAS System | 1,540.00 | 733.48 |
| 529 | Leasehold Improvement | HVAC Repairs | 8,598.13 | 7,738.33 |
| 529 | Leasehold Improvement | HVAC Repairs | 5,724.19 | 5,151.79 |
| 531 | Leasehold Improvement | Expansion : Labor | 434.28 | 278.62 |
| 531 | Equipment | Expansion : Security Cameras | 4,860.36 | 1,214.91 |
| 531 | Leasehold Improvement | Expansion : Labor | 573.89 | 368.35 |
| 531 | Leasehold Improvement | Expansion : Security System | 7,901.94 | 5,070.39 |
| 531 | Leasehold Improvement | Expansion : Construction Contract | 11,000.00 | 7,058.19 |
| 531 | Leasehold Improvement | Renovations | 4,130.30 | 2,512.56 |
| 531 | Leasehold Improvement | Floor Plans / Color Renderings | 1,500.00 | 912.50 |
| 523 | Equipment | EAS System (Reverse Use Tax) | (145.00) | (145.00) |
| 523 | Equipment | EAS System (Reverse Use Tax) | (22.97) | (22.97) |
| 523 | Equipment | EAS System (Reverse Use Tax) | (11.13) | (11.13) |
| 523 | Equipment | Security Cameras (Reverse Use Tax) | (11.10) | (11.10) |
| 1 | Leasehold Improvement | | 6,156.47 | 4,053.17 |
| 2 | Leasehold Improvement | | 6,156.48 | 3,745.38 |
| 3 | Leasehold Improvement | | 6,156.48 | 3,745.38 |
| 510 | Leasehold Improvement | | 6,156.48 | 3,745.38 |
| 511 | Leasehold Improvement | | 326.63 | 283.11 |
| 514 | Leasehold Improvement | | 6,156.48 | 4,668.78 |
| 518 | Leasehold Improvement | | 6,156.48 | 5,027.88 |
| 531 | Leasehold Improvement | | 784.35 | 476.97 |
| 531 | Leasehold Improvement | | 750.00 | 456.25 |
| 525 | Leasehold Improvement | | 784.35 | 594.69 |
| 525 | Leasehold Improvement | | 750.00 | 568.75 |
| 525 | Leasehold Improvement | | 426.25 | 323.30 |
| 527 | Leasehold Improvement | | 784.35 | 594.69 |
| 527 | Leasehold Improvement | | 750.00 | 568.75 |
| 527 | Leasehold Improvement | | 426.25 | 323.30 |
| 529 | Leasehold Improvement | | 784.35 | 679.71 |
| 529 | Leasehold Improvement | | 750.00 | 650.00 |
| 529 | Leasehold Improvement | | 1,324.00 | 1,147.52 |
| 531 | Leasehold Improvement | | 784.35 | 476.97 |
| 531 | Leasehold Improvement | | 750.00 | 456.25 |
| 531 | Leasehold Improvement | | 1,500.00 | 912.50 |
| 531 | Leasehold Improvement | | 1,114.00 | 677.84 |
| 531 | Leasehold Improvement | | 541.45 | 329.48 |
| 531 | Leasehold Improvement | | 555.39 | 337.78 |
| 531 | Leasehold Improvement | | 608.61 | 370.32 |
| 531 | Leasehold Improvement | | 1,098.00 | 667.95 |
| 535 | Leasehold Improvement | | 784.35 | 476.97 |
| 535 | Leasehold Improvement | | 750.00 | 456.25 |
| 537 | Leasehold Improvement | | 784.35 | 476.97 |
| 537 | Leasehold Improvement | | 750.00 | 456.25 |
| 538 | Leasehold Improvement | | 784.35 | 476.97 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 538 | Leasehold Improvement | | 750.00 | 456.25 |
| 539 | Leasehold Improvement | | 784.35 | 476.97 |
| 539 | Leasehold Improvement | | 750.00 | 456.25 |
| 540 | Leasehold Improvement | | 784.35 | 516.21 |
| 540 | Leasehold Improvement | | 750.00 | 493.75 |
| 541 | Leasehold Improvement | | 784.35 | 476.97 |
| 541 | Leasehold Improvement | | 750.00 | 456.25 |
| 544 | Leasehold Improvement | | 100.00 | 60.99 |
| 555 | Leasehold Improvement | | 400.00 | 303.43 |
| 556 | Leasehold Improvement | | 500.00 | 466.64 |
| 556 | Leasehold Improvement | | 2,382.50 | 2,223.70 |
| 556 | Leasehold Improvement | | 109.51 | 102.23 |
| 556 | Leasehold Improvement | | 2,000.00 | 1,866.64 |
| 556 | Leasehold Improvement | | 816.60 | 762.12 |
| 576 | Leasehold Improvement | | 784.32 | 568.50 |
| 576 | Leasehold Improvement | | 750.00 | 543.75 |
| 577 | Leasehold Improvement | | 784.35 | 784.35 |
| 577 | Leasehold Improvement | | 750.00 | 750.00 |
| 578 | Leasehold Improvement | | 784.35 | 476.97 |
| 578 | Leasehold Improvement | | 750.00 | 456.25 |
| 579 | Leasehold Improvement | | 784.35 | 476.97 |
| 579 | Leasehold Improvement | | 750.00 | 456.25 |
| 580 | Leasehold Improvement | | 784.35 | 476.97 |
| 580 | Leasehold Improvement | | 750.00 | 456.25 |
| 591 | Leasehold Improvement | | 100.00 | 82.57 |
| 526 | Leasehold Improvement | | 4,541.90 | 3,893.06 |
| 531 | Leasehold Improvement | | 7,459.66 | 6,393.94 |
| 2 | Leasehold Improvement | | 3,347.35 | 3,138.19 |
| 540 | Leasehold Improvement | | 2,539.61 | 2,176.85 |
| 1 | Leasehold Improvement | | 3,432.95 | 3,120.83 |
| 538 | Leasehold Improvement | | 3,552.30 | 3,044.82 |
| 549 | Leasehold Improvement | | 3,875.95 | 3,322.27 |
| 588 | Leasehold Improvement | | 2,783.10 | 2,385.54 |
| 546 | Equipment | | 2,765.00 | 2,369.96 |
| 527 | Leasehold Improvement | | 3,142.90 | 2,693.86 |
| 512 | Leasehold Improvement | | 3,396.23 | 3,396.23 |
| 534 | Leasehold Improvement | | 3,041.07 | 2,172.27 |
| 539 | Leasehold Improvement | | 2,565.71 | 2,199.23 |
| 540 | Leasehold Improvement | | 4,551.35 | 3,251.03 |
| 558 | Leasehold Improvement | | 3,985.46 | 2,846.66 |
| 569 | Leasehold Improvement | | 3,416.48 | 2,440.40 |
| 563 | Leasehold Improvement | | 3,865.00 | 3,312.88 |
| 579 | Leasehold Improvement | | 3,212.00 | 2,753.12 |
| 1 | Leasehold Improvement | | 3,432.95 | 3,120.83 |
| 511 | Leasehold Improvement | | 3,388.73 | 3,388.73 |
| 511 | Leasehold Improvement | | 3,014.32 | 3,014.32 |
| 514 | Leasehold Improvement | | 3,443.17 | 2,951.29 |
| 517 | Leasehold Improvement | | 2,961.95 | 2,961.95 |
| 538 | Leasehold Improvement | | 3,552.30 | 3,044.82 |
| 539 | Leasehold Improvement | | 3,313.96 | 2,840.56 |
| 540 | Leasehold Improvement | | 2,654.00 | 2,274.80 |
| 549 | Leasehold Improvement | | 3,875.95 | 3,322.27 |
| 4 | Leasehold Improvement | | 4,142.19 | 4,142.19 |
| 510 | Leasehold Improvement | | 3,360.10 | 2,400.10 |
| 511 | Leasehold Improvement | | 3,566.30 | 3,566.30 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 511 | Leasehold Improvement | | 3,390.93 | 3,390.93 |
| 511 | Leasehold Improvement | | 2,791.51 | 2,791.51 |
| 512 | Leasehold Improvement | | 4,447.63 | 4,447.63 |
| 512 | Leasehold Improvement | | 3,396.23 | 3,396.23 |
| 512 | Leasehold Improvement | | 3,197.07 | 3,197.07 |
| 514 | Leasehold Improvement | | 4,695.53 | 3,353.93 |
| 519 | Leasehold Improvement | | 2,618.56 | 2,618.56 |
| 525 | Leasehold Improvement | | 4,136.81 | 2,954.81 |
| 526 | Leasehold Improvement | | 4,033.49 | 2,881.01 |
| 526 | Leasehold Improvement | | 2,512.03 | 1,794.19 |
| 529 | Leasehold Improvement | | 3,842.88 | 3,842.88 |
| 531 | Leasehold Improvement | | 4,300.04 | 3,071.48 |
| 532 | Leasehold Improvement | | 3,446.00 | 2,461.52 |
| 533 | Leasehold Improvement | | 3,292.75 | 2,351.95 |
| 533 | Leasehold Improvement | | 2,905.07 | 2,075.15 |
| 534 | Leasehold Improvement | | 3,041.07 | 2,172.27 |
| 535 | Leasehold Improvement | | 4,363.90 | 3,117.10 |
| 537 | Leasehold Improvement | | 2,548.47 | 1,820.31 |
| 538 | Leasehold Improvement | | 4,798.73 | 3,427.61 |
| 539 | Leasehold Improvement | | 2,624.24 | 1,874.48 |
| 540 | Leasehold Improvement | | 3,281.67 | 2,343.99 |
| 542 | Leasehold Improvement | | 3,227.85 | 2,305.53 |
| 543 | Leasehold Improvement | | 3,533.19 | 2,523.75 |
| 543 | Leasehold Improvement | | 3,408.81 | 2,434.89 |
| 545 | Leasehold Improvement | | 2,873.93 | 2,052.89 |
| 548 | Leasehold Improvement | | 5,012.68 | 3,580.60 |
| 550 | Leasehold Improvement | | 4,621.32 | 3,300.84 |
| 551 | Leasehold Improvement | | 3,860.14 | 2,757.34 |
| 555 | Leasehold Improvement | | 3,662.63 | 2,616.23 |
| 557 | Leasehold Improvement | | 4,691.16 | 4,691.16 |
| 558 | Leasehold Improvement | | 3,985.46 | 2,846.66 |
| 558 | Leasehold Improvement | | 3,338.52 | 2,384.76 |
| 563 | Leasehold Improvement | | 3,761.17 | 2,686.45 |
| 564 | Leasehold Improvement | | 4,760.68 | 3,400.60 |
| 564 | Leasehold Improvement | | 3,328.97 | 2,377.85 |
| 565 | Leasehold Improvement | | 3,493.33 | 3,493.33 |
| 565 | Leasehold Improvement | | 3,446.72 | 3,446.72 |
| 565 | Leasehold Improvement | | 3,006.63 | 3,006.63 |
| 566 | Leasehold Improvement | | 2,636.48 | 1,883.12 |
| 569 | Leasehold Improvement | | 3,416.48 | 2,440.40 |
| 571 | Leasehold Improvement | | 2,627.98 | 2,627.98 |
| 574 | Leasehold Improvement | | 4,570.94 | 3,264.86 |
| 577 | Leasehold Improvement | | 4,841.78 | 3,458.42 |
| 579 | Leasehold Improvement | | 3,364.80 | 2,403.36 |
| 579 | Leasehold Improvement | | 3,155.71 | 2,254.03 |
| 579 | Leasehold Improvement | | 3,084.76 | 2,203.48 |
| 580 | Leasehold Improvement | | 3,817.35 | 2,726.79 |
| 587 | Leasehold Improvement | | 3,990.04 | 2,850.04 |
| 587 | Leasehold Improvement | | 2,544.68 | 1,817.72 |
| 588 | Leasehold Improvement | | 3,289.29 | 2,349.45 |
| 589 | Leasehold Improvement | | 2,603.38 | 1,859.62 |
| 563 | Leasehold Improvement | | 3,865.00 | 3,312.88 |
| 526 | Leasehold Improvement | | 3,534.43 | 3,029.47 |
| 531 | Leasehold Improvement | | 3,507.65 | 3,006.53 |
| 531 | Leasehold Improvement | | 3,002.04 | 2,573.16 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 515 | Leasehold Improvement | | 2,663.08 | 2,282.68 |
| 517 | Leasehold Improvement | | 2,814.42 | 2,814.42 |
| 519 | Leasehold Improvement | | 4,875.53 | 4,875.53 |
| 526 | Leasehold Improvement | | 5,276.43 | 4,522.71 |
| 533 | Leasehold Improvement | | 4,504.90 | 3,861.34 |
| 535 | Leasehold Improvement | | 4,512.47 | 3,867.83 |
| 541 | Leasehold Improvement | | 4,413.58 | 3,783.10 |
| 542 | Leasehold Improvement | | 4,955.37 | 4,247.49 |
| 543 | Leasehold Improvement | | 2,560.06 | 2,194.30 |
| 544 | Leasehold Improvement | | 3,088.40 | 2,647.16 |
| 547 | Leasehold Improvement | | 4,160.88 | 3,566.52 |
| 556 | Leasehold Improvement | | 4,334.00 | 4,334.00 |
| 558 | Leasehold Improvement | | 3,532.75 | 3,028.03 |
| 562 | Leasehold Improvement | | 3,983.20 | 3,414.16 |
| 566 | Leasehold Improvement | | 3,510.00 | 3,008.52 |
| 568 | Leasehold Improvement | | 3,577.88 | 3,066.80 |
| 570 | Leasehold Improvement | | 2,797.95 | 2,398.23 |
| 571 | Leasehold Improvement | | 4,173.63 | 4,173.63 |
| 587 | Leasehold Improvement | | 3,400.00 | 2,914.24 |
| 511 | Leasehold Improvement | | 2,974.14 | 2,974.14 |
| 521 | Leasehold Improvement | | 3,378.51 | 3,378.51 |
| 540 | Leasehold Improvement | | 2,539.61 | 2,176.85 |
| 587 | Leasehold Improvement | | 4,125.53 | 3,536.21 |
| 518 | Leasehold Improvement | | 3,535.19 | 3,030.11 |
| 4 | Leasehold Improvement | | 3,500.00 | 3,500.00 |
| 516 | Leasehold Improvement | | 3,224.26 | 2,763.70 |
| 559 | Leasehold Improvement | | 3,224.26 | 2,763.70 |
| 564 | Leasehold Improvement | | 3,224.26 | 2,763.70 |
| 4 | Leasehold Improvement | | 2,984.25 | 2,984.25 |
| 3 | Leasehold Improvement | | 3,370.17 | 3,063.81 |
| 529 | Leasehold Improvement | | 2,587.14 | 2,587.14 |
| 512 | Equipment | EAS System | (338.49) | (310.28) |
| 512 | Computer Equipment | POS Install | (1,024.00) | (1,024.00) |
| 512 | Equipment | EAS System | (2,830.95) | (2,595.05) |
| 512 | Equipment | EAS System | (1,900.00) | (1,741.66) |
| 512 | Equipment | Security Cameras | (189.51) | (189.51) |
| 512 | Equipment | Security Cameras | (170.60) | (170.60) |
| 512 | Equipment | Security Cameras | (176.12) | (176.12) |
| 512 | | | (9,980.02) | (9,980.02) |
| 512 | Equipment | Security Cameras / Install | (6,930.59) | (6,930.59) |
| 513 | Leasehold Improvement | HVAC Work | (7,229.82) | (6,627.34) |
| 513 | Equipment | EAS System | (330.47) | (330.47) |
| 513 | Equipment | EAS System | (204.89) | (204.89) |
| 513 | Equipment | Security Cameras & Install | (4,627.02) | (4,627.02) |
| 513 | Equipment | Cables for Security Camera System | (290.61) | (290.61) |
| 513 | Computer Equipment | Trace & Connect POTS Lines | (250.00) | (250.00) |
| 513 | Equipment | EAS System | (1,627.31) | (1,627.31) |
| 513 | Equipment | Security Cameras | (515.56) | (515.56) |
| 513 | Equipment | Security Cameras | (169.60) | (169.60) |
| 513 | Equipment | Security Cameras | (174.88) | (174.88) |
| 513 | Equipment | EAS System | (1,406.70) | (1,406.70) |
| 523 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | (5,000.00) | (4,583.36) |
| 523 | Equipment | EAS System | (2,692.24) | (2,403.79) |
| 523 | Equipment | EAS System | (404.45) | (361.16) |
| 523 | Equipment | EAS System | (205.93) | (183.88) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 523 | Equipment | EAS System | (1,960.00) | (1,750.03) |
| 523 | Equipment | Security Cameras | (188.63) | (188.63) |
| 523 | Equipment | EAS System (Reverse Use Tax) | 145.00 | 145.00 |
| 523 | Equipment | EAS System (Reverse Use Tax) | 22.97 | 22.97 |
| 523 | Equipment | EAS System (Reverse Use Tax) | 11.13 | 11.13 |
| 523 | Equipment | Security Cameras (Reverse Use Tax) | 11.10 | 11.10 |
| 575 | Equipment | Security Cameras & Install | (5,431.35) | (5,431.35) |
| 575 | Equipment | EAS System | (384.49) | (384.49) |
| 575 | Equipment | EAS System | (99.87) | (99.87) |
| 575 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | (5,915.13) | (5,422.17) |
| 575 | Computer Equipment | POS Install | (1,159.00) | (1,159.00) |
| 575 | Equipment | EAS System | (1,661.50) | (1,661.50) |
| 575 | Equipment | EAS System | (2,533.13) | (2,533.13) |
| 575 | Equipment | Cables for Security Camera System | (290.60) | (290.60) |
| 564 | Equipment | EAS System | (431.91) | (431.91) |
| 564 | Equipment | EAS System | (254.97) | (254.97) |
| 564 | Equipment | Security Cameras & Install | (6,205.77) | (6,205.77) |
| 564 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | (6,214.20) | (5,696.36) |
| 564 | Computer Equipment | Configure/Integrate POS | (351.89) | (351.89) |
| 564 | Equipment | Cables for Security Camera System | (290.60) | (290.60) |
| 564 | Equipment | EAS System | (1,900.00) | (1,900.00) |
| 564 | Equipment | Security Cameras | (431.52) | (431.52) |
| 564 | Equipment | Security Cameras | (170.94) | (170.94) |
| 564 | Equipment | Security Cameras | (176.53) | (176.53) |
| 577 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | (6,642.86) | (6,089.26) |
| 577 | Equipment | EAS System | (2,757.20) | (2,461.82) |
| 577 | Equipment | EAS System | (269.69) | (240.80) |
| 577 | Equipment | EAS System | (208.23) | (185.91) |
| 577 | Equipment | EAS System | (98.40) | (87.87) |
| 577 | Equipment | EAS System | (2,066.68) | (1,845.28) |
| 577 | Computer Equipment | POS Install | (1,024.00) | (1,024.00) |
| 577 | Equipment | Security Cameras & Install | (5,853.48) | (5,853.48) |
| 577 | Computer Equipment | Trace & Connect POTS Lines | (200.00) | (200.00) |
| 577 | Equipment | Security Cameras | (269.17) | (269.17) |
| 577 | Equipment | Security Cameras | (170.58) | (170.58) |
| 577 | Equipment | Security Cameras | (176.12) | (176.12) |
| 577 | Leasehold Improvement | | (784.35) | (784.35) |
| 577 | Leasehold Improvement | | (750.00) | (750.00) |
| 561 | Equipment | Security Cameras & Install | (5,873.56) | (5,873.56) |
| 561 | Equipment | EAS System | (2,786.20) | (2,487.67) |
| 561 | Equipment | EAS System | (435.65) | (388.94) |
| 561 | Equipment | EAS System | (2,103.84) | (1,878.39) |
| 561 | Computer Equipment | POS Install | (1,069.00) | (1,069.00) |
| 561 | Equipment | Cables for Security Camera System | (290.60) | (290.60) |
| 561 | Equipment | Security Cameras | (128.64) | (128.64) |
| 561 | Equipment | Security Cameras | (172.27) | (172.27) |
| 561 | Equipment | Security Cameras | (178.18) | (178.18) |
| 564 | Equipment | EAS System | (2,482.40) | (2,482.40) |
| | | | | - |
| 3 | Leasehold Improvement | Repair Gas Leaks | 5,865.00 | 3,421.30 |
| 4 | Leasehold Improvement | Fire Extinguishers + Inspections | 5,990.90 | 5,990.90 |
| 4 | Leasehold Improvement | Ceiling Leak - Receiving Area | 3,800.00 | 3,800.00 |
| 510 | Leasehold Improvement | Overhead Door Repairs | 2,903.15 | 1,486.19 |
| 514 | Leasehold Improvement | HVAC Repairs | 3,835.95 | 2,785.54 |
| 519 | Leasehold Improvement | HVAC Repairs | 5,925.99 | 5,220.49 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 524 | Leasehold Improvement | Rebranding Survey - Labor | 281.03 | 281.03 |
| 524 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.35 | 280.35 |
| 525 | Leasehold Improvement | Rebranding Survey - Labor | 281.03 | 160.43 |
| 525 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.35 | 160.11 |
| 526 | Leasehold Improvement | Ceiling/Lighting Repairs | 2,720.00 | 1,392.42 |
| 526 | Leasehold Improvement | Rebranding Survey - Labor | 281.03 | 100.13 |
| 526 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.35 | 99.99 |
| 526 | Leasehold Improvement | HVAC Repairs | 3,715.08 | 1,901.65 |
| 527 | Leasehold Improvement | HVAC Repairs | 5,531.75 | 3,819.65 |
| 527 | Leasehold Improvement | Rebranding Survey - Labor | 281.03 | 160.43 |
| 527 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.35 | 160.11 |
| 529 | Leasehold Improvement | Rebranding Survey - Labor | 281.03 | 281.03 |
| 529 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.35 | 280.35 |
| 531 | Leasehold Improvement | Remodel : Labor | 388.08 | 221.76 |
| 531 | | INVOICE CANCELED PER 5 | 2,531.00 | 2,531.00 |
| 531 | | INVOICE CANCELED PER 5 | (2,531.00) | (2,531.00) |
| 532 | | INVOICE CANCELED PER 5 | 2,554.50 | 2,554.50 |
| 532 | | INVOICE CANCELED PER 5 | (2,554.50) | (2,554.50) |
| 532 | Leasehold Improvement | Rebranding Survey - Labor | 281.03 | 120.23 |
| 532 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.35 | 120.03 |
| 533 | | INVOICE CANCELED PER 5 | 1,092.00 | 1,092.00 |
| 533 | | INVOICE CANCELED PER 5 | (1,092.00) | (1,092.00) |
| 533 | Leasehold Improvement | Ceiling/Lighting Repairs | 1,650.00 | 962.60 |
| 533 | Leasehold Improvement | Rebranding Survey - Labor | 281.03 | 120.23 |
| 533 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.35 | 120.03 |
| 534 | | INVOICE CANCELED PER 5 | 910.00 | 910.00 |
| 534 | | INVOICE CANCELED PER 5 | (910.00) | (910.00) |
| 534 | Leasehold Improvement | Ceiling/Lighting Repairs | 3,120.00 | 1,820.10 |
| 534 | Leasehold Improvement | Rebranding Survey - Labor | 281.03 | 120.23 |
| 534 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.35 | 120.03 |
| 535 | | INVOICE CANCELED PER 5 | 3,437.00 | 3,437.00 |
| 535 | | INVOICE CANCELED PER 5 | (3,437.00) | (3,437.00) |
| 535 | Leasehold Improvement | Rebranding Survey - Labor | 281.03 | 100.13 |
| 535 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.35 | 99.99 |
| 537 | Leasehold Improvement | Rebranding Survey - Labor | 281.03 | 100.13 |
| 537 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.35 | 99.99 |
| 538 | Leasehold Improvement | Rebranding Survey - Labor | 281.03 | 100.13 |
| 538 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.35 | 99.99 |
| 539 | Leasehold Improvement | Rebranding Survey - Labor | 281.03 | 100.13 |
| 539 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.35 | 99.99 |
| 540 | Leasehold Improvement | Rebranding Survey - Labor | 281.03 | 120.23 |
| 540 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.35 | 120.03 |
| 541 | Leasehold Improvement | Rebranding Survey - Labor | 281.03 | 100.13 |
| 541 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.35 | 99.99 |
| 556 | Leasehold Improvement | Electrical Work | 2,547.94 | 2,547.94 |
| 560 | Leasehold Improvement | Sales Floor Lighting Repairs | 2,739.28 | 2,739.28 |
| 568 | Leasehold Improvement | HVAC Repairs | 4,550.35 | 2,491.89 |
| 569 | Leasehold Improvement | Front Window Repairs | 2,740.50 | 1,598.45 |
| 576 | Leasehold Improvement | Rebranding Survey - Labor | 281.03 | 147.03 |
| 576 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.35 | 146.75 |
| 578 | Leasehold Improvement | Rebranding Survey - Labor | 281.03 | 100.13 |
| 578 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.36 | 100.00 |
| 581 | Leasehold Improvement | Rebranding Survey - Labor | 281.04 | 100.14 |
| 581 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.36 | 100.00 |
| 582 | Leasehold Improvement | HVAC Repairs | 14,439.05 | 7,219.67 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 582 | Leasehold Improvement | Rebranding Survey - Labor | 281.04 | 100.14 |
| 582 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.36 | 100.00 |
| 583 | Leasehold Improvement | Rebranding Survey - Labor | 281.04 | 100.14 |
| 583 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.36 | 100.00 |
| 584 | Leasehold Improvement | Rebranding Survey - Labor | 281.04 | 100.14 |
| 584 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.36 | 100.00 |
| 585 | Leasehold Improvement | Rebranding Survey - Labor | 281.04 | 100.14 |
| 585 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.36 | 100.00 |
| 586 | Leasehold Improvement | Rebranding Survey - Labor | 281.04 | 100.14 |
| 586 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.36 | 100.00 |
| 587 | Leasehold Improvement | Rebranding Survey - Labor | 281.04 | 100.14 |
| 587 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.36 | 100.00 |
| 588 | Leasehold Improvement | Rebranding Survey - Labor | 281.04 | 100.14 |
| 588 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.36 | 100.00 |
| 589 | Leasehold Improvement | Rebranding Survey - Labor | 281.04 | 100.14 |
| 589 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.36 | 100.00 |
| 591 | Leasehold Improvement | Rebranding Survey - Labor | 281.04 | 187.24 |
| 591 | Leasehold Improvement | Rebranding Survey + Travel Expenses | 280.36 | 186.84 |
| 1 | Leasehold Improvement | Correct Fire Violations | 3,811.00 | 2,223.05 |
| 1 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.10 | 180.30 |
| 2 | Leasehold Improvement | Power Failure | 4,021.57 | 2,106.37 |
| 2 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.10 | 158.22 |
| 3 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.10 | 158.22 |
| 4 | Leasehold Improvement | Rest Room Plumbing | 4,865.00 | 4,865.00 |
| 4 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.10 | 309.10 |
| 510 | Leasehold Improvement | HVAC Repairs | 5,104.41 | 2,673.61 |
| 510 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.10 | 158.22 |
| 511 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.10 | 309.10 |
| 514 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 224.45 |
| 515 | Leasehold Improvement | Installed Signage | 1,648.00 | 863.20 |
| 515 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 516 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 517 | Leasehold Improvement | Installed Signage | 3,922.50 | 3,922.50 |
| 517 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 309.09 |
| 518 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 250.21 |
| 525 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 224.45 |
| 526 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 527 | Leasehold Improvement | Replaced Ceiling Tiles | 880.00 | 638.96 |
| 527 | Leasehold Improvement | Renovation : Painting | 4,200.00 | 3,050.00 |
| 527 | Leasehold Improvement | Installed Signage | 1,457.50 | 1,075.80 |
| 527 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 224.45 |
| 531 | | Electrical Work | 11,700.00 | 11,700.00 |
| 531 | | Electrical Work | (11,700.00) | (11,700.00) |
| 531 | Leasehold Improvement | Electrical Work | 11,700.36 | 5,850.18 |
| 531 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 532 | Leasehold Improvement | Renovation | 5,640.00 | 2,954.40 |
| 532 | Leasehold Improvement | Signage (Installed) | 4,281.50 | 2,242.70 |
| 532 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 533 | Leasehold Improvement | Renovation | 4,500.00 | 2,303.63 |
| 533 | Leasehold Improvement | Installed Signage | 2,367.50 | 1,240.30 |
| 533 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 534 | Leasehold Improvement | Renovation | 4,500.00 | 2,303.63 |
| 534 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 535 | Leasehold Improvement | Renovation | 732.00 | 374.89 |
| 535 | Leasehold Improvement | Renovation | 4,000.00 | 2,047.58 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 535 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 537 | Leasehold Improvement | Renovation | 4,350.00 | 2,278.40 |
| 537 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 538 | Leasehold Improvement | Renovation | 7,750.00 | 4,059.60 |
| 538 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 539 | Leasehold Improvement | Renovation | 8,830.00 | 5,045.68 |
| 539 | Leasehold Improvement | Installed Signage | 1,250.00 | 654.80 |
| 539 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 540 | Leasehold Improvement | Renovation | 6,595.00 | 3,925.66 |
| 540 | Leasehold Improvement | Installed Signage | 1,210.00 | 720.40 |
| 540 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 180.29 |
| 541 | Leasehold Improvement | Renovation | 5,840.00 | 2,989.68 |
| 541 | Leasehold Improvement | HVAC | 2,738.27 | 1,434.27 |
| 541 | Leasehold Improvement | Signage (Installed) | 445.00 | 233.00 |
| 541 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 542 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 543 | Leasehold Improvement | Renovation | 3,219.75 | 1,724.88 |
| 543 | Leasehold Improvement | Signage (Installed) | 2,245.00 | 1,175.80 |
| 543 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 544 | Leasehold Improvement | Signage (Installed) | 2,333.00 | 1,222.20 |
| 544 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 545 | Leasehold Improvement | Renovation | 4,030.31 | 2,111.11 |
| 545 | Leasehold Improvement | Signage (Installed) | 1,805.00 | 945.40 |
| 545 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 546 | Leasehold Improvement | Renovation | 3,761.88 | 1,970.68 |
| 546 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 547 | Leasehold Improvement | Renovation | 8,098.75 | 4,242.35 |
| 547 | Leasehold Improvement | Signage (Installed) | 890.00 | 466.00 |
| 547 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 548 | Leasehold Improvement | Renovation | 3,527.50 | 1,847.90 |
| 548 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 549 | Leasehold Improvement | Renovation | 2,981.88 | 1,561.88 |
| 549 | Leasehold Improvement | Renovation | 2,681.48 | 1,404.68 |
| 549 | Leasehold Improvement | Signage (Installed) | 2,420.00 | 1,267.60 |
| 549 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 550 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 551 | Leasehold Improvement | Renovation | 3,085.94 | 1,616.34 |
| 551 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 552 | Leasehold Improvement | Renovation | 2,908.44 | 1,523.64 |
| 552 | Leasehold Improvement | Signage (Installed) | 3,385.00 | 1,773.00 |
| 552 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 553 | Leasehold Improvement | Renovation | 3,306.25 | 1,731.85 |
| 553 | Leasehold Improvement | Renovation | 2,855.31 | 1,495.71 |
| 553 | Leasehold Improvement | Signage (Installed) | 940.00 | 492.40 |
| 553 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 555 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 224.45 |
| 558 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 559 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 560 | Leasehold Improvement | Renovation | 5,714.94 | 5,714.94 |
| 560 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 309.09 |
| 562 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 253.89 |
| 563 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 565 | Leasehold Improvement | HVAC | 3,477.06 | 2,607.87 |
| 565 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 309.09 |
| 566 | Leasehold Improvement | HVACs | 2,770.88 | 1,451.28 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 566 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 567 | Leasehold Improvement | Renovation | 4,939.97 | 2,646.38 |
| 567 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 568 | Leasehold Improvement | Renovation | 3,982.97 | 2,086.17 |
| 568 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 569 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 570 | Leasehold Improvement | Receiving Area Overhead Door Repairs | 4,644.00 | 2,432.40 |
| 570 | Leasehold Improvement | Renovation | 4,338.90 | 2,272.90 |
| 570 | Leasehold Improvement | Signage (Installed) | 860.00 | 450.40 |
| 570 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 572 | Leasehold Improvement | Renovation | 6,261.28 | 3,354.22 |
| 572 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 573 | Leasehold Improvement | Renovation | 4,101.30 | 2,148.10 |
| 573 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 574 | Leasehold Improvement | Renovation | 6,218.10 | 3,330.93 |
| 574 | Leasehold Improvement | Signage (Installed) | 875.00 | 458.20 |
| 574 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 576 | Leasehold Improvement | Renovation | 1,210.00 | 893.20 |
| 576 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 209.73 |
| 578 | Leasehold Improvement | Renovation | 5,190.00 | 2,965.56 |
| 578 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 579 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 579 | Leasehold Improvement | Renovation | 4,830.00 | 2,530.00 |
| 580 | Leasehold Improvement | Renovation | 6,420.00 | 3,668.52 |
| 580 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 581 | Leasehold Improvement | Signage (Installed) | 13,632.50 | 7,140.90 |
| 581 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 582 | Leasehold Improvement | Signage (Installed) | 2,075.00 | 1,087.00 |
| 582 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 583 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 584 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 585 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 586 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 587 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 588 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 589 | Leasehold Improvement | HVAC | 3,037.90 | 1,591.10 |
| 589 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 158.21 |
| 590 | Leasehold Improvement | Renovation | 5,965.00 | 3,337.63 |
| 590 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 169.25 |
| 591 | Leasehold Improvement | Renovation | 10,525.00 | 8,770.80 |
| 591 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | 309.09 | 253.89 |
| 1 | Leasehold Improvement | Correct Fire Violations | 1,683.02 | 981.62 |
| 2 | Leasehold Improvement | HVAC | 4,781.74 | 2,561.47 |
| 510 | Leasehold Improvement | Lighting/Ceiling Repairs | 4,180.04 | 2,239.40 |
| 511 | Leasehold Improvement | Front Window Rolling Gate | 4,663.55 | 4,663.55 |
| 515 | Leasehold Improvement | Lighting Repairs | 5,074.66 | 2,597.85 |
| 526 | Leasehold Improvement | Signage - Deposit | 12,464.38 | 6,677.17 |
| 526 | Furniture & Fixtures | Fixtures | 7,933.69 | 4,533.49 |
| 531 | Leasehold Improvement | Rebranding Project | 41,921.57 | 20,960.63 |
| 531 | Furniture & Fixtures | Fixtures | 7,933.69 | 4,533.49 |
| 537 | Leasehold Improvement | Signage | 6,723.85 | 3,601.90 |
| 538 | Leasehold Improvement | Signage | 4,341.30 | 2,325.78 |
| 540 | Leasehold Improvement | Lighting Repairs | 4,554.02 | 1,951.94 |
| 540 | Leasehold Improvement | Repair Water Line | 3,800.00 | 2,307.08 |
| 541 | Leasehold Improvement | HVAC | 5,730.07 | 3,069.49 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 542 | Leasehold Improvement | Rebranding : Lighting | 3,076.71 | 1,648.14 |
| 542 | Leasehold Improvement | Rebranding : Ceiling Tiles / Paint | 3,395.22 | 1,818.84 |
| 543 | Leasehold Improvement | HVAC | 2,826.52 | 1,480.52 |
| 546 | Leasehold Improvement | Lighting Repairs | 5,249.92 | 2,749.92 |
| 551 | Leasehold Improvement | Signage - Deposit | 3,643.75 | 1,951.93 |
| 552 | Leasehold Improvement | Lighting/Ceiling Repairs | 3,536.16 | 1,810.06 |
| 555 | Leasehold Improvement | Signage | 23,997.38 | 17,998.10 |
| 556 | Equipment | Security Cameras & Install | 4,390.60 | 4,390.60 |
| 558 | Leasehold Improvement | Lighting/Ceiling Repairs | 28,254.58 | 14,800.18 |
| 559 | Leasehold Improvement | HVAC | 7,960.24 | 4,264.60 |
| 559 | Leasehold Improvement | Carpet Mending | 3,891.60 | 2,038.40 |
| 563 | Equipment | EAS System | 2,921.20 | 1,530.00 |
| 563 | Leasehold Improvement | Rebranding : Ceiling Tiles / Paint | 4,317.30 | 2,312.70 |
| 566 | Leasehold Improvement | Signage - Deposit | 806.80 | 432.40 |
| 566 | Leasehold Improvement | Rebranding : Lighting | 2,525.31 | 1,322.91 |
| 566 | Leasehold Improvement | Rebranding : Ceiling Tiles / Paint | 4,533.30 | 2,374.50 |
| 569 | Leasehold Improvement | Rebranding : Ceiling Tiles | 3,925.88 | 2,103.02 |
| 569 | Leasehold Improvement | Signage - Deposit | 1,159.19 | 620.99 |
| 572 | Leasehold Improvement | Signage - Deposit | 1,321.23 | 707.76 |
| 573 | Leasehold Improvement | Signage - Deposit | 1,353.00 | 724.71 |
| 578 | Leasehold Improvement | Signage | 7,108.99 | 3,893.05 |
| 578 | Leasehold Improvement | HVAC | 5,639.16 | 3,021.09 |
| 579 | Leasehold Improvement | Signage - Deposit | 1,054.35 | 564.90 |
| 580 | Leasehold Improvement | Signage - Deposit | 1,426.90 | 764.29 |
| 580 | Leasehold Improvement | HVAC | 6,139.67 | 3,289.16 |
| 584 | Leasehold Improvement | Rebranding : Lighting / Paint | 4,770.00 | 2,498.40 |
| 584 | Leasehold Improvement | Signage - Deposit | 4,066.40 | 2,178.41 |
| 585 | Leasehold Improvement | Rebranding : Lighting / Paint | 6,200.00 | 3,247.60 |
| 586 | Leasehold Improvement | Rebranding : Lighting / Paint | 5,230.00 | 2,739.60 |
| 586 | Leasehold Improvement | Signage - Deposit | 1,338.58 | 716.92 |
| 587 | Leasehold Improvement | Speaker System Repairs | 2,699.78 | 1,349.90 |
| 587 | Leasehold Improvement | Rebranding : Patch & Paint | 2,200.00 | 1,152.40 |
| 588 | Leasehold Improvement | Rebranding : Lighting / Paint | 5,570.00 | 2,917.60 |
| 588 | Leasehold Improvement | Signage - Deposit | 2,998.00 | 1,606.09 |
| 589 | Leasehold Improvement | Rebranding : Lighting / Paint | 8,725.00 | 4,570.20 |
| 1 | Leasehold Improvement | Permits for Signage | 14,681.99 | 8,913.92 |
| 1 | Leasehold Improvement | Ceiling Tiles | 3,524.83 | 2,182.11 |
| 2 | Leasehold Improvement | Permits for Signage | 5,064.75 | 2,713.44 |
| 2 | Leasehold Improvement | Lighting Replacements | 870.18 | 476.50 |
| 3 | Leasehold Improvement | Permits for Signage | 5,214.67 | 2,793.55 |
| 510 | Leasehold Improvement | Ceiling Tiles | 391.95 | 214.49 |
| 511 | Leasehold Improvement | Permits for Signage | 7,177.86 | 7,177.86 |
| 511 | Leasehold Improvement | Lighting Replacements | 1,200.35 | 1,200.35 |
| 514 | Leasehold Improvement | Permits for Signage | 2,495.37 | 1,871.46 |
| 514 | Leasehold Improvement | Lighting Replacements | 2,111.63 | 1,608.83 |
| 515 | Leasehold Improvement | Signage | 2,539.33 | 1,360.36 |
| 515 | Leasehold Improvement | Permits for Signage | 3,112.12 | 1,667.17 |
| 516 | Leasehold Improvement | Permits for Signage | 5,142.59 | 2,755.01 |
| 517 | Leasehold Improvement | Door Repairs | 2,500.00 | 2,500.00 |
| 525 | Leasehold Improvement | HVAC Repairs | 2,705.63 | 2,061.43 |
| 525 | Furniture & Fixtures | Build/Deliver/Install Fixtures | 765.46 | 601.48 |
| 525 | Leasehold Improvement | Signage | 16,424.14 | 12,513.54 |
| 525 | Leasehold Improvement | Interior Exit Door Repair | 3,500.00 | 2,666.60 |
| 526 | Furniture & Fixtures | Fixtures | 1,834.42 | 1,048.18 |
| 526 | Furniture & Fixtures | Build/Deliver/Install Fixtures | 765.46 | 437.50 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 527 | Leasehold Improvement | Signage | 1,985.14 | 1,488.91 |
| 527 | Leasehold Improvement | Signage Lighting | 4,834.88 | 3,683.68 |
| 531 | Furniture & Fixtures | White Slatwall Fixtures | 759.73 | 434.29 |
| 531 | Furniture & Fixtures | White Slatwall Fixtures | 304.94 | 174.26 |
| 531 | Leasehold Improvement | HVAC Repairs | 4,957.83 | 2,715.07 |
| 531 | Furniture & Fixtures | Fixtures | 1,834.42 | 1,048.18 |
| 531 | Furniture & Fixtures | Build/Deliver/Install Fixtures | 765.46 | 437.50 |
| 531 | Leasehold Improvement | Painted Façade | 19,000.00 | 10,857.16 |
| 532 | Leasehold Improvement | Signage | 5,341.44 | 2,861.43 |
| 533 | Furniture & Fixtures | Build/Deliver/Install Fixtures | 765.46 | 437.50 |
| 533 | Leasehold Improvement | Signage | 3,800.63 | 2,081.13 |
| 534 | Leasehold Improvement | Permits for Signage | 7,910.83 | 4,237.81 |
| 534 | Furniture & Fixtures | Build/Deliver/Install Fixtures | 765.45 | 437.49 |
| 534 | Leasehold Improvement | Signage | 2,587.19 | 1,416.79 |
| 534 | Leasehold Improvement | Permits for Signage | 11,956.36 | 6,547.44 |
| 535 | Furniture & Fixtures | Build/Deliver/Install Fixtures | 765.45 | 437.49 |
| 537 | Leasehold Improvement | Permits for Signage | 7,838.94 | 4,199.46 |
| 537 | Furniture & Fixtures | Maple & Metal Tables | 1,140.56 | 651.68 |
| 537 | Furniture & Fixtures | Maple & Metal Tables | 145.34 | 83.06 |
| 537 | Leasehold Improvement | Removal of storefront signage | 2,360.00 | 1,292.20 |
| 537 | Furniture & Fixtures | Deliver Fixtures | 765.45 | 437.49 |
| 538 | Leasehold Improvement | Permits for Signage | 7,478.94 | 4,006.38 |
| 538 | Furniture & Fixtures | Fixtures | 3,558.95 | 2,033.63 |
| 538 | Leasehold Improvement | Removal of storefront signage | 2,360.00 | 1,292.20 |
| 538 | Furniture & Fixtures | Deliver Fixtures | 765.45 | 437.49 |
| 539 | Leasehold Improvement | Permits for Signage | 7,954.22 | 4,261.31 |
| 539 | Furniture & Fixtures | Fixtures | 2,752.82 | 1,573.10 |
| 539 | Leasehold Improvement | Removal of storefront signage | 2,360.00 | 1,292.20 |
| 539 | Furniture & Fixtures | Deliver Fixtures | 765.46 | 437.50 |
| 540 | Leasehold Improvement | Permits for Signage | 9,225.88 | 5,601.49 |
| 540 | Leasehold Improvement | Removal of storefront signage | 2,360.00 | 1,460.80 |
| 540 | Furniture & Fixtures | Deliver Fixtures | 765.45 | 492.15 |
| 541 | Leasehold Improvement | Permits for Signage | 11,575.50 | 6,201.30 |
| 541 | Furniture & Fixtures | Fixtures | 4,340.98 | 2,480.50 |
| 541 | Leasehold Improvement | Removal of storefront signage | 2,360.00 | 1,292.20 |
| 541 | Furniture & Fixtures | Deliver Fixtures | 765.45 | 437.49 |
| 542 | Leasehold Improvement | Banner Install | 319.05 | 174.65 |
| 543 | Leasehold Improvement | Signage | 2,925.48 | 1,601.94 |
| 543 | Leasehold Improvement | Banner Install | 319.05 | 174.65 |
| 544 | Leasehold Improvement | Signage | 6,475.80 | 3,546.38 |
| 544 | Leasehold Improvement | Signage - Deposit | 5,400.00 | 2,956.98 |
| 544 | Leasehold Improvement | Banner Install | 319.05 | 174.65 |
| 545 | Leasehold Improvement | Signage - 50% | 2,550.00 | 1,457.04 |
| 545 | Leasehold Improvement | Banner Install | 319.05 | 174.65 |
| 546 | Leasehold Improvement | Removal of storefront signage | 2,360.00 | 1,292.20 |
| 546 | Leasehold Improvement | Banner Install | 652.81 | 373.09 |
| 547 | Leasehold Improvement | Removal of storefront signage | 2,360.00 | 1,292.20 |
| 547 | Leasehold Improvement | Fitting Room Painting | 2,977.50 | 1,630.40 |
| 548 | Leasehold Improvement | HVAC Repairs | 2,658.82 | 1,456.12 |
| 548 | Leasehold Improvement | Removal of storefront signage | 2,360.00 | 1,292.20 |
| 549 | Leasehold Improvement | Fitting Room Painting | 842.50 | 461.36 |
| 549 | Leasehold Improvement | Removal of storefront signage | 2,360.00 | 1,292.20 |
| 550 | Leasehold Improvement | Removal of storefront signage | 2,360.00 | 1,292.20 |
| 551 | Leasehold Improvement | Removal of storefront signage | 2,360.00 | 1,292.20 |
| 552 | Leasehold Improvement | Removal of storefront signage | 2,398.13 | 1,313.23 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 553 | Leasehold Improvement | Banner Install | 325.00 | 177.94 |
| 555 | Leasehold Improvement | Banner Install | 637.10 | 500.66 |
| 558 | Leasehold Improvement | Ceiling Tiles | 3,346.43 | 1,832.51 |
| 558 | Leasehold Improvement | Lighting Replacement | 5,531.90 | 3,029.22 |
| 559 | Leasehold Improvement | Renovation Contract - 50% | 32,125.00 | 17,209.84 |
| 560 | Leasehold Improvement | Repair broken water line | 4,100.00 | 4,100.00 |
| 565 | Furniture & Fixtures | Freight | 100.00 | 100.00 |
| 565 | Leasehold Improvement | Water extraction / clean store | 3,500.00 | 3,500.00 |
| 565 | Leasehold Improvement | Break room HVAC | 3,503.74 | 2,711.25 |
| 565 | Leasehold Improvement | Banner Install | 2,360.00 | 2,360.00 |
| 565 | Leasehold Improvement | Banner Install | 250.00 | 250.00 |
| 566 | Leasehold Improvement | Vestibule carpets cleaned | 194.40 | 106.62 |
| 566 | Leasehold Improvement | Banner Install | 270.00 | 148.02 |
| 567 | Leasehold Improvement | Banner Install | 635.00 | 362.84 |
| 568 | Leasehold Improvement | Vestibule carpets cleaned | 195.75 | 107.21 |
| 568 | Leasehold Improvement | Banner Install | 271.88 | 148.76 |
| 569 | Leasehold Improvement | Vestibule carpets cleaned | 195.75 | 107.21 |
| 570 | Leasehold Improvement | Signage | 1,284.40 | 688.09 |
| 570 | Equipment | EAS System | 4,461.78 | 2,390.10 |
| 570 | Leasehold Improvement | Banner Install | 270.00 | 148.02 |
| 572 | Leasehold Improvement | Banner Install | 271.88 | 148.76 |
| 573 | Leasehold Improvement | Signage | 1,797.87 | 963.27 |
| 573 | Leasehold Improvement | Banner Install | 270.00 | 148.02 |
| 573 | Leasehold Improvement | Permits for Signage | 9,088.46 | 4,976.86 |
| 574 | Leasehold Improvement | Signage | 1,292.19 | 692.37 |
| 574 | Leasehold Improvement | Banner Install | 270.00 | 148.02 |
| 576 | Furniture & Fixtures | Fixtures | 2,284.11 | 1,685.93 |
| 578 | Leasehold Improvement | Permits for Signage | 7,545.64 | 4,042.27 |
| 578 | Leasehold Improvement | Signage | 9,017.19 | 4,937.89 |
| 578 | Furniture & Fixtures | Fixtures | 3,560.92 | 2,034.88 |
| 578 | Leasehold Improvement | Additional Use Tax Due | 14.96 | 7.94 |
| 578 | Leasehold Improvement | Vestibule carpets cleaned | 180.00 | 98.68 |
| 579 | Leasehold Improvement | Permits for Signage | 8,399.44 | 4,499.83 |
| 579 | Furniture & Fixtures | Fixtures | 3,195.65 | 1,826.21 |
| 579 | Leasehold Improvement | Removal of storefront signage | 2,360.00 | 1,292.20 |
| 579 | Leasehold Improvement | Signage | 1,938.92 | 1,061.88 |
| 580 | Furniture & Fixtures | Fixtures | 2,912.47 | 1,664.35 |
| 580 | Leasehold Improvement | Removal of storefront signage | 2,360.00 | 1,292.20 |
| 581 | Leasehold Improvement | 60" x 206" Sign | 6,976.00 | 3,737.05 |
| 581 | Leasehold Improvement | Vestibule carpets cleaned | 180.00 | 98.68 |
| 582 | Leasehold Improvement | Banner Install | 250.00 | 136.76 |
| 582 | Leasehold Improvement | Vestibule carpets cleaned | 180.00 | 98.68 |
| 583 | Leasehold Improvement | HVAC Repairs | 3,219.79 | 1,763.25 |
| 583 | Leasehold Improvement | Removal of storefront signage | 1,679.00 | 919.38 |
| 583 | Leasehold Improvement | Banner Install | 300.00 | 164.34 |
| 583 | Leasehold Improvement | Permits for Signage | 20,142.00 | 11,029.98 |
| 584 | Leasehold Improvement | Removal of storefront signage | 1,673.50 | 916.54 |
| 584 | Leasehold Improvement | Banner Install | 350.00 | 191.54 |
| 585 | Leasehold Improvement | Removal of storefront signage | 1,673.50 | 916.54 |
| 585 | Leasehold Improvement | Banner Install | 350.00 | 191.54 |
| 586 | Leasehold Improvement | Banner Install | 2,360.00 | 1,292.20 |
| 586 | Leasehold Improvement | Banner Install | 250.00 | 136.76 |
| 587 | Leasehold Improvement | Removal of storefront signage | 2,360.00 | 1,292.20 |
| 587 | Leasehold Improvement | Banner Install | 250.00 | 136.76 |
| 588 | Leasehold Improvement | Vestibule carpets cleaned | 180.00 | 98.68 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 588 | Leasehold Improvement | Removal of storefront signage | 1,679.00 | 919.38 |
| 588 | Leasehold Improvement | Banner Install | 250.00 | 136.76 |
| 588 | Leasehold Improvement | Fitting Room Painting | 135.00 | 73.82 |
| 588 | Leasehold Improvement | Permits for Signage | 13,049.04 | 7,145.74 |
| 589 | Leasehold Improvement | Removal of storefront signage | 1,668.00 | 913.32 |
| 589 | Leasehold Improvement | Ceiling Tiles | 933.30 | 511.12 |
| 591 | Leasehold Improvement | Removal of storefront signage | 1,668.00 | 1,429.68 |
| 9805 | Furniture & Fixtures | Conveyers - reclass to stores Per 5 | 28,625.00 | 28,625.00 |
| 9805 | Furniture & Fixtures | Conveyers - reclass to stores Per 5 | (28,625.00) | (28,625.00) |
| 1 | Leasehold Improvement | In-House EE Rebranding Work | 13,545.00 | 11,610.00 |
| 2 | Leasehold Improvement | In-House EE Rebranding Work | 13,404.00 | 10,531.74 |
| 3 | Leasehold Improvement | In-House EE Rebranding Work | 10,614.00 | 8,339.52 |
| 4 | Leasehold Improvement | In-House EE Rebranding Work | 8,109.00 | 8,109.00 |
| 510 | Leasehold Improvement | In-House EE Rebranding Work | 9,667.00 | 7,595.56 |
| 511 | Leasehold Improvement | In-House EE Rebranding Work | 7,968.00 | 7,968.00 |
| 514 | Leasehold Improvement | In-House EE Rebranding Work | 13,459.00 | 13,459.00 |
| 515 | Leasehold Improvement | In-House EE Rebranding Work | 11,013.00 | 9,439.68 |
| 516 | Leasehold Improvement | In-House EE Rebranding Work | 12,510.00 | 10,722.84 |
| 517 | Leasehold Improvement | In-House EE Rebranding Work | 8,398.00 | 8,398.00 |
| 518 | Leasehold Improvement | In-House EE Rebranding Work | 9,502.00 | 8,936.40 |
| 519 | Leasehold Improvement | In-House EE Rebranding Work | 7,409.00 | 7,409.00 |
| 525 | Leasehold Improvement | In-House EE Rebranding Work | 8,751.00 | 8,751.00 |
| 526 | Leasehold Improvement | In-House EE Rebranding Work | 10,558.00 | 9,049.72 |
| 527 | Leasehold Improvement | In-House EE Rebranding Work | 13,324.00 | 13,324.00 |
| 529 | Leasehold Improvement | In-House EE Rebranding Work | 1,067.00 | 1,067.00 |
| 531 | Leasehold Improvement | In-House EE Rebranding Work | 13,721.00 | 10,780.70 |
| 532 | Leasehold Improvement | In-House EE Rebranding Work | 10,425.00 | 8,191.02 |
| 533 | Leasehold Improvement | In-House EE Rebranding Work | 11,016.00 | 8,655.48 |
| 534 | Leasehold Improvement | In-House EE Rebranding Work | 12,516.00 | 9,834.00 |
| 535 | Leasehold Improvement | In-House EE Rebranding Work | 15,198.00 | 11,941.26 |
| 537 | Leasehold Improvement | In-House EE Rebranding Work | 4,262.00 | 3,348.68 |
| 538 | Leasehold Improvement | In-House EE Rebranding Work | 3,487.00 | 2,739.82 |
| 539 | Leasehold Improvement | In-House EE Rebranding Work | 3,183.00 | 2,500.98 |
| 540 | Leasehold Improvement | In-House EE Rebranding Work | 2,709.00 | 2,322.00 |
| 541 | Leasehold Improvement | In-House EE Rebranding Work | 3,541.00 | 2,782.30 |
| 542 | Leasehold Improvement | In-House EE Rebranding Work | 8,018.00 | 6,299.90 |
| 543 | Leasehold Improvement | In-House EE Rebranding Work | 7,090.00 | 5,570.80 |
| 544 | Leasehold Improvement | In-House EE Rebranding Work | 7,195.00 | 5,653.30 |
| 545 | Leasehold Improvement | In-House EE Rebranding Work | 7,046.00 | 5,536.16 |
| 546 | Leasehold Improvement | In-House EE Rebranding Work | 4,586.00 | 4,586.00 |
| 547 | Leasehold Improvement | In-House EE Rebranding Work | 5,949.00 | 5,949.00 |
| 548 | Leasehold Improvement | Fitting Room Painting | 5,964.00 | 5,964.00 |
| 549 | Leasehold Improvement | In-House EE Rebranding Work | 5,980.00 | 5,980.00 |
| 550 | Leasehold Improvement | In-House EE Rebranding Work | 7,245.00 | 7,245.00 |
| 551 | Leasehold Improvement | In-House EE Rebranding Work | 7,426.00 | 7,426.00 |
| 552 | Leasehold Improvement | In-House EE Rebranding Work | 5,106.00 | 5,106.00 |
| 553 | Leasehold Improvement | In-House EE Rebranding Work | 7,266.00 | 7,266.00 |
| 555 | Leasehold Improvement | In-House EE Rebranding Work | 12,956.00 | 12,956.00 |
| 558 | Leasehold Improvement | In-House EE Rebranding Work | 13,609.00 | 13,609.00 |
| 559 | Leasehold Improvement | In-House EE Rebranding Work | 12,577.00 | 12,577.00 |
| 562 | Leasehold Improvement | In-House EE Rebranding Work | 8,871.00 | 8,871.00 |
| 563 | Leasehold Improvement | In-House EE Rebranding Work | 11,816.00 | 11,816.00 |
| 565 | Leasehold Improvement | In-House EE Rebranding Work | 11,702.00 | 11,702.00 |
| 566 | Leasehold Improvement | In-House EE Rebranding Work | 7,253.00 | 7,253.00 |
| 567 | Leasehold Improvement | In-House EE Rebranding Work | 7,441.00 | 7,441.00 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 568 | Leasehold Improvement | In-House EE Rebranding Work | 7,690.00 | 7,690.00 |
| 569 | Leasehold Improvement | In-House EE Rebranding Work | 7,536.00 | 7,536.00 |
| 570 | Leasehold Improvement | In-House EE Rebranding Work | 7,218.00 | 7,218.00 |
| 572 | Leasehold Improvement | In-House EE Rebranding Work | 6,739.00 | 6,739.00 |
| 573 | Leasehold Improvement | In-House EE Rebranding Work | 6,639.00 | 6,639.00 |
| 574 | Leasehold Improvement | In-House EE Rebranding Work | 7,162.00 | 7,162.00 |
| 576 | Leasehold Improvement | In-House EE Rebranding Work | 3,265.00 | 3,265.00 |
| 578 | Leasehold Improvement | In-House EE Rebranding Work | 3,211.00 | 3,211.00 |
| 579 | Leasehold Improvement | In-House EE Rebranding Work | 3,772.00 | 3,772.00 |
| 580 | Leasehold Improvement | In-House EE Rebranding Work | 3,428.00 | 3,428.00 |
| 581 | Leasehold Improvement | In-House EE Rebranding Work | 2,592.00 | 2,592.00 |
| 582 | Leasehold Improvement | In-House EE Rebranding Work | 3,429.00 | 3,429.00 |
| 583 | Leasehold Improvement | In-House EE Rebranding Work | 4,178.00 | 4,178.00 |
| 584 | Leasehold Improvement | In-House EE Rebranding Work | 6,769.00 | 6,769.00 |
| 585 | Leasehold Improvement | In-House EE Rebranding Work | 5,092.00 | 5,092.00 |
| 586 | Leasehold Improvement | In-House EE Rebranding Work | 4,649.00 | 4,649.00 |
| 587 | Leasehold Improvement | In-House EE Rebranding Work | 3,144.00 | 3,144.00 |
| 588 | Leasehold Improvement | In-House EE Rebranding Work | 4,201.00 | 4,201.00 |
| 589 | Leasehold Improvement | In-House EE Rebranding Work | 4,677.00 | 4,677.00 |
| 590 | Leasehold Improvement | In-House EE Rebranding Work | 10,017.00 | 10,017.00 |
| 591 | Leasehold Improvement | In-House EE Rebranding Work | 4,892.00 | 4,892.00 |
| 1 | Leasehold Improvement | Paint @ Rear of Store | 363.00 | 229.08 |
| 1 | Leasehold Improvement | Signage Removal | 968.00 | 610.88 |
| 1 | Leasehold Improvement | Awning Removal / Façade Repairs | 3,527.00 | 2,225.31 |
| 1 | Leasehold Improvement | Paint Storefront | 1,452.00 | 916.01 |
| 1 | Leasehold Improvement | Signage | 2,558.56 | 1,614.30 |
| 2 | Leasehold Improvement | Paint Storefront | 1,271.00 | 711.19 |
| 2 | Leasehold Improvement | Signage/Banners | 12,499.02 | 6,993.47 |
| 3 | Leasehold Improvement | Signage | 1,100.00 | 602.20 |
| 3 | Leasehold Improvement | Gas Leaks leading to HVACs | 2,865.00 | 1,568.82 |
| 3 | Leasehold Improvement | Post Renovation Clean-up | 3,121.66 | 1,746.74 |
| 4 | Leasehold Improvement | Signage | 2,231.94 | 2,231.94 |
| 4 | Leasehold Improvement | Signage Permits | 3,089.69 | 3,089.69 |
| 510 | Leasehold Improvement | Graffiti Removal | 4,842.68 | 2,709.63 |
| 510 | Leasehold Improvement | Signage | 6,369.19 | 3,563.85 |
| 511 | Leasehold Improvement | Cover Conway Letters | 242.00 | 242.00 |
| 511 | Leasehold Improvement | Rebranding Change Order | 2,623.40 | 2,623.40 |
| 511 | Leasehold Improvement | Post Renovation Clean-up | 424.61 | 424.61 |
| 514 | Leasehold Improvement | Signage/Banners | 4,355.00 | 3,369.85 |
| 514 | Leasehold Improvement | Overhead Door Repair | 3,342.46 | 2,586.45 |
| 514 | Leasehold Improvement | Logo Sign/Banner | 11,685.55 | 9,042.46 |
| 548 | Leasehold Improvement | Logo Sign/Banner | 14,880.69 | 8,326.14 |
| 515 | Leasehold Improvement | Ceiling Tiles / Paint | 1,004.37 | 561.85 |
| 515 | Leasehold Improvement | Light Repairs | 3,557.49 | 1,990.54 |
| 515 | Leasehold Improvement | Signage/Banners | 4,355.00 | 2,436.55 |
| 515 | Leasehold Improvement | HVAC | 2,751.58 | 1,539.46 |
| 515 | Leasehold Improvement | Post Renovation Clean-up | 2,172.06 | 1,215.24 |
| 516 | Leasehold Improvement | Paint Storefront | 1,452.00 | 812.27 |
| 516 | Leasehold Improvement | Signage/Banners | 2,231.94 | 1,248.85 |
| 516 | Leasehold Improvement | HVAC | 2,986.56 | 1,671.21 |
| 516 | Leasehold Improvement | Post Renovation Clean-up | 2,905.66 | 1,625.83 |
| 516 | Leasehold Improvement | Signage/Banners | 14,762.14 | 8,259.76 |
| 517 | Leasehold Improvement | Cover Conway Letters | 242.00 | 242.00 |
| 517 | Leasehold Improvement | Signage/Banners | 2,231.94 | 2,231.94 |
| 517 | Leasehold Improvement | HVAC | 3,203.20 | 3,203.20 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 517 | Leasehold Improvement | Post Renovation Clean-up | 2,307.00 | 2,307.00 |
| 518 | Leasehold Improvement | HVAC | 3,113.74 | 2,668.90 |
| 518 | Leasehold Improvement | Signage Permits | 9,129.45 | 7,716.61 |
| 525 | Leasehold Improvement | Signage Lighting/Store Lighting | 4,911.93 | 3,800.81 |
| 525 | Leasehold Improvement | Exterior Lighting | 2,625.63 | 2,031.69 |
| 526 | Furniture & Fixtures | Shipping of Fixtures | 1,033.00 | 590.20 |
| 526 | Leasehold Improvement | Signage | 20,471.94 | 11,210.96 |
| 527 | Furniture & Fixtures | Conveyor | 2,207.69 | 1,734.65 |
| 529 | Leasehold Improvement | Front End Ceiling Leakage | 3,265.00 | 3,265.00 |
| 530 | Leasehold Improvement | WhiteHawk Travel | 176.10 | 176.10 |
| 531 | Equipment | EAS System | 4,501.50 | 2,465.08 |
| 531 | Leasehold Improvement | Signage | 48,181.26 | 25,237.66 |
| 531 | Leasehold Improvement | Labor | 190.08 | 104.20 |
| 531 | Leasehold Improvement | Post Renovation Clean-up | 988.00 | 552.88 |
| 531 | Furniture & Fixtures | Conveyor | 2,207.69 | 1,261.61 |
| 534 | Leasehold Improvement | HVAC | 5,365.47 | 3,002.28 |
| 535 | Leasehold Improvement | Removal of Conway Sign | 1,721.25 | 901.65 |
| 535 | Leasehold Improvement | Signage/Banners | 13,222.15 | 7,397.98 |
| 537 | Leasehold Improvement | HVAC | 3,091.02 | 1,729.42 |
| 538 | Leasehold Improvement | Entrance Doors | 2,728.03 | 1,428.83 |
| 538 | Leasehold Improvement | Banner | 652.10 | 357.22 |
| 538 | Leasehold Improvement | Vestibule Carpet Cleaning | 717.40 | 401.42 |
| 538 | Leasehold Improvement | Sign Lighting/Banner | 2,910.78 | 1,628.73 |
| 539 | Leasehold Improvement | Banner | 652.10 | 357.22 |
| 540 | Leasehold Improvement | Banner | 652.10 | 403.78 |
| 540 | Leasehold Improvement | Pylon Sign | 2,202.18 | 1,389.36 |
| 541 | Leasehold Improvement | Coming Soon Banner | 652.10 | 357.22 |
| 541 | Leasehold Improvement | Grand Opening Banner | 1,184.28 | 662.58 |
| 542 | Leasehold Improvement | Closing Banner | 2,509.86 | 1,404.30 |
| 542 | Leasehold Improvement | Signage/Banners | 12,645.36 | 7,075.38 |
| 543 | Furniture & Fixtures | Safe | 3,190.50 | 1,823.22 |
| 543 | Leasehold Improvement | Signage/Banners | 2,509.86 | 1,404.30 |
| 543 | Leasehold Improvement | HVAC | 4,836.04 | 2,705.95 |
| 544 | Leasehold Improvement | Signage/Banners | 2,509.86 | 1,404.30 |
| 545 | Leasehold Improvement | Signage/Banners | 2,509.86 | 1,404.30 |
| 545 | Leasehold Improvement | Pylon Sign | 3,277.22 | 1,794.84 |
| 546 | Leasehold Improvement | HVAC | 4,241.54 | 2,322.92 |
| 547 | Leasehold Improvement | Banner | 652.81 | 357.55 |
| 548 | Leasehold Improvement | Pylon Sign | 2,580.10 | 1,443.46 |
| 548 | Leasehold Improvement | Banner | 652.81 | 357.55 |
| 549 | Leasehold Improvement | Lighting | 8,667.46 | 4,746.62 |
| 549 | Leasehold Improvement | Banner | 652.81 | 357.55 |
| 549 | Leasehold Improvement | Pylon Sign | 3,136.09 | 1,754.88 |
| 550 | Leasehold Improvement | Banner | 652.81 | 357.55 |
| 551 | Leasehold Improvement | Banner | 652.81 | 357.55 |
| 551 | Leasehold Improvement | Pylon Sign | 5,911.69 | 3,307.63 |
| 552 | Leasehold Improvement | Banner | 652.81 | 357.55 |
| 552 | Leasehold Improvement | Touch-up Painting | 1,597.50 | 893.76 |
| 555 | Furniture & Fixtures | Sign Holders | 22.15 | 17.47 |
| 558 | Leasehold Improvement | Scissor Lift Rental | 869.70 | 476.40 |
| 558 | Leasehold Improvement | Repair from Sign Removal | 2,420.00 | 1,354.03 |
| 558 | Leasehold Improvement | Signage Lighting | 5,596.70 | 3,131.39 |
| 558 | Leasehold Improvement | Remove Front Sign | 4,280.00 | 2,394.85 |
| 558 | Furniture & Fixtures | Sign Holders | 22.15 | 12.79 |
| 559 | Leasehold Improvement | Travel | 1,263.19 | 706.71 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 559 | Leasehold Improvement | Construction Contract | 20,000.00 | 11,190.30 |
| 559 | Leasehold Improvement | Move Registers | 14,122.00 | 7,901.56 |
| 559 | Leasehold Improvement | Lighting | 14,770.00 | 8,264.29 |
| 559 | Leasehold Improvement | Signage/Banners | 2,408.80 | 1,347.64 |
| 559 | Leasehold Improvement | Banner | 657.80 | 360.26 |
| 559 | Furniture & Fixtures | Sign Holders | 88.60 | 50.80 |
| 560 | Leasehold Improvement | Banner | 652.10 | 652.10 |
| 562 | Leasehold Improvement | Repair broken water line | 2,793.00 | 2,427.25 |
| 562 | Furniture & Fixtures | Sign Holders | 66.44 | 52.22 |
| 563 | Leasehold Improvement | Signage/Banners | 2,408.80 | 1,347.64 |
| 563 | Leasehold Improvement | Coming Soon Banner | 657.80 | 360.26 |
| 563 | Leasehold Improvement | Second Coat of Painting | 1,320.30 | 738.66 |
| 563 | Leasehold Improvement | Vestibule Carpet Cleaning | 180.00 | 100.82 |
| 565 | Leasehold Improvement | Interior Paint | 2,548.80 | 2,548.80 |
| 565 | Leasehold Improvement | Illuminated sign/Banner | 14,974.05 | 14,974.05 |
| 566 | Leasehold Improvement | Signage/Banners | 2,548.80 | 1,426.22 |
| 568 | Leasehold Improvement | Signage/Banners | 2,566.50 | 1,436.15 |
| 569 | Leasehold Improvement | Signage/Banners | 2,566.50 | 1,436.15 |
| 570 | Leasehold Improvement | Signage/Banners | 2,548.80 | 1,426.22 |
| 570 | Leasehold Improvement | Illuminated sign/Banner | 12,911.40 | 7,070.42 |
| 572 | Leasehold Improvement | Signage/Banners | 2,566.50 | 1,436.15 |
| 572 | Leasehold Improvement | HVAC | 5,536.04 | 3,097.37 |
| 573 | Leasehold Improvement | Signage/Banners | 2,548.80 | 1,426.22 |
| 573 | Leasehold Improvement | Vestibule Carpet Cleaning | 194.40 | 108.93 |
| 573 | Leasehold Improvement | HVAC | 3,900.35 | 2,136.01 |
| 574 | Leasehold Improvement | Signage/Banners | 2,548.80 | 1,426.22 |
| 574 | Leasehold Improvement | Illuminated sign/Banner | 13,148.28 | 7,356.67 |
| 576 | Leasehold Improvement | Coming Soon Banner | 657.80 | 469.88 |
| 578 | Leasehold Improvement | Closing Banner | 1,672.45 | 915.87 |
| 579 | Leasehold Improvement | Coming Soon Banner | 654.95 | 358.55 |
| 580 | Leasehold Improvement | Coming Soon Banner | 654.95 | 358.55 |
| 580 | Leasehold Improvement | Illuminated sign/Banner | 13,690.65 | 7,497.41 |
| 580 | Leasehold Improvement | Signage Permits | 1,538.68 | 860.84 |
| 580 | Leasehold Improvement | Signage | 2,588.59 | 1,417.43 |
| 581 | Leasehold Improvement | 72"x247" LED Fallas sign | 10,147.90 | 5,436.31 |
| 582 | Leasehold Improvement | Signage | 10,247.78 | 5,733.78 |
| 583 | Leasehold Improvement | Ceiling Tiles | 284.85 | 159.42 |
| 584 | Leasehold Improvement | Pylon Sign | 4,913.67 | 2,749.17 |
| 584 | Leasehold Improvement | Paint Fitting Room | 652.35 | 364.86 |
| 585 | Leasehold Improvement | Paint Fitting Room | 652.35 | 364.86 |
| 586 | Leasehold Improvement | Paint Fitting Room | 135.00 | 75.43 |
| 586 | Leasehold Improvement | Post Renovation Clean-up | 604.26 | 338.23 |
| 587 | Leasehold Improvement | Paint Fitting Room | 135.00 | 75.43 |
| 587 | Leasehold Improvement | Illuminated sign/Banner | 15,931.58 | 8,724.50 |
| 589 | Leasehold Improvement | Remove front Sign | 1,667.10 | 912.80 |
| 589 | Leasehold Improvement | Coming Soon Banner | 652.10 | 357.22 |
| 589 | Leasehold Improvement | Install circuits for spot coolers | 3,816.75 | 2,135.47 |
| 590 | Leasehold Improvement | Remove front Sign/Install Closing banner | 652.10 | 380.50 |
| 590 | Leasehold Improvement | Coming Soon Banner | 652.10 | 380.50 |
| 590 | Furniture & Fixtures | Sign Holders | 22.15 | 13.57 |
| 591 | Leasehold Improvement | Coming Soon Banner | 652.10 | 558.98 |
| 591 | Leasehold Improvement | HVAC | 269.50 | 234.19 |
| 544 | Leasehold Improvement | Signage | 3,978.10 | 2,178.42 |
| 531 | Leasehold Improvement | Labor | 237.60 | 130.06 |
| 529 | Furniture & Fixtures | Fixture Labor | 322.08 | 322.08 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 531 | Furniture & Fixtures | Fixture Labor | 322.08 | 184.20 |
| 535 | Furniture & Fixtures | Fixture Labor | 322.08 | 184.20 |
| 529 | Furniture & Fixtures | Fixture Labor | 129.36 | 129.36 |
| 531 | Furniture & Fixtures | Fixture Labor | 129.36 | 73.92 |
| 535 | Furniture & Fixtures | Fixture Labor | 129.36 | 73.92 |
| 525 | Leasehold Improvement | Painted Logo | 1,938.00 | 1,407.39 |
| 527 | Leasehold Improvement | Painted Logo | 4,107.00 | 2,982.53 |
| 532 | Leasehold Improvement | Painted Logo | 2,925.00 | 1,497.38 |
| 535 | Leasehold Improvement | Painted Logo | 2,968.00 | 1,519.47 |
| 511 | Furniture & Fixtures | Conveyor | 879.80 | 879.80 |
| 518 | Furniture & Fixtures | Conveyor | 879.80 | 691.34 |
| 527 | Furniture & Fixtures | Conveyor | 861.48 | 676.80 |
| 531 | Furniture & Fixtures | Conveyor | 861.48 | 492.12 |
| 548 | Furniture & Fixtures | Conveyor | 861.48 | 492.12 |
| 549 | Furniture & Fixtures | Conveyor | 861.48 | 492.12 |
| 551 | Furniture & Fixtures | Conveyor | 861.48 | 492.12 |
| 553 | Furniture & Fixtures | Conveyor | 861.48 | 492.12 |
| 555 | Furniture & Fixtures | Conveyor | 859.73 | 675.59 |
| 557 | Furniture & Fixtures | Conveyor | 866.71 | 866.71 |
| 566 | Furniture & Fixtures | Conveyor | 873.69 | 499.29 |
| 581 | Furniture & Fixtures | Conveyor | 866.71 | 495.19 |
| 582 | Furniture & Fixtures | Conveyor | 873.69 | 499.29 |
| 583 | Furniture & Fixtures | Conveyor | 873.69 | 499.29 |
| 586 | Furniture & Fixtures | Conveyor | 864.97 | 494.17 |
| 587 | Furniture & Fixtures | Conveyor | 868.45 | 496.21 |
| 588 | Furniture & Fixtures | Conveyor | 873.69 | 499.29 |
| 589 | Furniture & Fixtures | Conveyor | 859.73 | 491.45 |
| 590 | Furniture & Fixtures | Conveyor | 859.73 | 522.14 |
| 1 | Furniture & Fixtures | Fixtures from stock | 942.22 | 605.62 |
| 2 | Furniture & Fixtures | Fixtures from stock | 1,045.92 | 597.72 |
| 3 | Furniture & Fixtures | Fixtures from stock | 1,045.92 | 597.72 |
| 4 | Furniture & Fixtures | Fixtures from stock | 1,278.24 | 1,278.24 |
| 510 | Furniture & Fixtures | Fixtures from stock | 942.22 | 538.30 |
| 511 | Furniture & Fixtures | Fixtures from stock | 942.22 | 942.22 |
| 514 | Furniture & Fixtures | Fixtures from stock | 433.90 | 340.84 |
| 515 | Furniture & Fixtures | Fixtures from stock | 910.06 | 520.18 |
| 516 | Furniture & Fixtures | Fixtures from stock | 826.06 | 472.18 |
| 517 | Furniture & Fixtures | Fixtures from stock | 942.22 | 942.22 |
| 518 | Furniture & Fixtures | Fixtures from stock | 697.98 | 548.40 |
| 519 | Furniture & Fixtures | Fixtures from stock | 709.42 | 709.42 |
| 525 | Furniture & Fixtures | Fixtures from stock | 165.60 | 130.14 |
| 525 | Furniture & Fixtures | Fixtures from stock | 6.56 | 5.12 |
| 527 | Furniture & Fixtures | Fixtures from stock | 69.00 | 54.24 |
| 527 | Furniture & Fixtures | Fixtures from stock | 2.73 | 2.19 |
| 531 | Furniture & Fixtures | Fixtures from stock | 54.91 | 31.51 |
| 531 | Furniture & Fixtures | Fixtures from stock | 3.43 | 1.99 |
| 532 | Furniture & Fixtures | Fixtures from stock | 110.40 | 63.24 |
| 532 | Furniture & Fixtures | Fixtures from stock | 3.92 | 2.12 |
| 542 | Furniture & Fixtures | Fixtures from stock | 117.72 | 67.32 |
| 543 | Furniture & Fixtures | Fixtures from stock | 117.72 | 67.32 |
| 544 | Furniture & Fixtures | Fixtures from stock | 117.72 | 67.32 |
| 545 | Furniture & Fixtures | Fixtures from stock | 117.72 | 67.32 |
| 546 | Furniture & Fixtures | Fixtures from stock | 1,512.72 | 864.36 |
| 546 | Furniture & Fixtures | Fixtures from stock | 87.19 | 49.75 |
| 547 | Furniture & Fixtures | Fixtures from stock | 117.72 | 67.32 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 548 | Furniture & Fixtures | Fixtures from stock | 117.72 | 67.32 |
| 549 | Furniture & Fixtures | Fixtures from stock | 117.72 | 67.32 |
| 550 | Furniture & Fixtures | Fixtures from stock | 117.72 | 67.32 |
| 551 | Furniture & Fixtures | Fixtures from stock | 117.72 | 67.32 |
| 552 | Furniture & Fixtures | Fixtures from stock | 117.72 | 67.32 |
| 553 | Furniture & Fixtures | Fixtures from stock | 172.63 | 98.47 |
| 553 | Furniture & Fixtures | Fixtures from stock | 3.43 | 1.99 |
| 555 | Furniture & Fixtures | Fixtures from stock | 698.52 | 548.76 |
| 558 | Furniture & Fixtures | Fixtures from stock | 117.72 | 67.32 |
| 559 | Furniture & Fixtures | Fixtures from stock | 2,940.82 | 1,680.46 |
| 562 | Furniture & Fixtures | Fixtures from stock | 442.34 | 347.48 |
| 563 | Furniture & Fixtures | Fixtures from stock | 338.52 | 193.44 |
| 565 | Furniture & Fixtures | Fixtures from stock | 338.52 | 338.52 |
| 566 | Furniture & Fixtures | Fixtures from stock | 338.52 | 193.44 |
| 567 | Furniture & Fixtures | Fixtures from stock | 338.52 | 193.44 |
| 568 | Furniture & Fixtures | Fixtures from stock | 338.52 | 193.44 |
| 569 | Furniture & Fixtures | Fixtures from stock | 338.52 | 193.44 |
| 570 | Furniture & Fixtures | Fixtures from stock | 338.52 | 193.44 |
| 572 | Furniture & Fixtures | Fixtures from stock | 393.43 | 224.95 |
| 572 | Furniture & Fixtures | Fixtures from stock | 4.80 | 2.64 |
| 573 | Furniture & Fixtures | Fixtures from stock | 338.52 | 193.44 |
| 574 | Furniture & Fixtures | Fixtures from stock | 338.52 | 193.44 |
| 576 | Furniture & Fixtures | Fixtures from stock | 117.72 | 86.92 |
| 578 | Furniture & Fixtures | Fixtures from stock | 117.72 | 67.32 |
| 579 | Furniture & Fixtures | Fixtures from stock | 117.72 | 67.32 |
| 580 | Furniture & Fixtures | Fixtures from stock | 117.72 | 67.32 |
| 581 | Furniture & Fixtures | Fixtures from stock | 414.00 | 236.52 |
| 581 | Furniture & Fixtures | Fixtures from stock | 18.38 | 10.46 |
| 582 | Furniture & Fixtures | Fixtures from stock | 176.64 | 101.04 |
| 582 | Furniture & Fixtures | Fixtures from stock | 8.96 | 5.00 |
| 583 | Furniture & Fixtures | Fixtures from stock | 179.40 | 102.36 |
| 583 | Furniture & Fixtures | Fixtures from stock | 9.10 | 5.14 |
| 584 | Furniture & Fixtures | Fixtures from stock | 108.86 | 62.06 |
| 584 | Furniture & Fixtures | Fixtures from stock | 3.32 | 1.88 |
| 585 | Furniture & Fixtures | Fixtures from stock | 64.64 | 36.92 |
| 586 | Furniture & Fixtures | Fixtures from stock | 245.10 | 139.98 |
| 587 | Furniture & Fixtures | Fixtures from stock | 228.15 | 130.23 |
| 588 | Furniture & Fixtures | Fixtures from stock | 234.21 | 133.77 |
| 589 | Furniture & Fixtures | Fixtures from stock | 370.11 | 211.35 |
| 590 | Furniture & Fixtures | Fixtures from stock | 338.52 | 205.53 |
| 591 | Furniture & Fixtures | Fixtures from stock | 425.66 | 334.40 |
| 1 | Leasehold Improvement | | 303.10 | 194.80 |
| 2 | Leasehold Improvement | | 303.10 | 173.14 |
| 4 | | | 303.10 | 303.10 |
| 3 | Leasehold Improvement | | 303.10 | 173.14 |
| 510 | Leasehold Improvement | | 303.10 | 173.14 |
| 511 | | | 303.10 | 303.10 |
| 514 | Leasehold Improvement | | 303.10 | 238.12 |
| 515 | Leasehold Improvement | | 303.10 | 173.14 |
| 516 | Leasehold Improvement | | 303.10 | 173.14 |
| 517 | | | 303.10 | 303.10 |
| 518 | Leasehold Improvement | | 303.10 | 263.39 |
| 519 | | | 303.10 | 303.10 |
| 558 | Leasehold Improvement | | 303.10 | 173.14 |
| 511 | | | 223.19 | 223.19 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 559 | Leasehold Improvement | | 873.84 | 499.44 |
| 565 | | | 1,890.00 | 1,890.00 |
| 1 | Furniture & Fixtures | 36" Round garment assembled | 275.29 | 176.89 |
| 1 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 2,682.34 | 1,724.44 |
| 1 | Furniture & Fixtures | 22" Rectangular tube - super quad | 416.45 | 267.65 |
| 1 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 153.56 | 98.66 |
| 1 | Furniture & Fixtures | | 813.91 | 523.21 |
| 1 | Leasehold Improvement | | 993.42 | 638.52 |
| 1 | Leasehold Improvement | | 692.91 | 445.41 |
| 1 | Leasehold Improvement | HVAC - Compressor | 15,885.47 | 10,023.06 |
| 1 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.83 | 63.43 |
| 1 | | | 905.27 | 905.27 |
| 2 | Furniture & Fixtures | 36" Round garment assembled | 252.87 | 144.51 |
| 2 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 2,463.79 | 1,407.91 |
| 2 | Furniture & Fixtures | 22" Rectangular tube - super quad | 382.51 | 218.71 |
| 2 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 141.05 | 80.57 |
| 2 | Furniture & Fixtures | | 747.59 | 427.19 |
| 2 | Leasehold Improvement | | 912.47 | 521.51 |
| 2 | Leasehold Improvement | | 636.45 | 363.57 |
| 2 | Furniture & Fixtures | Signage - Rebranding | 2,231.94 | 1,275.42 |
| 2 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.83 | 56.35 |
| 2 | | | 860.66 | 860.66 |
| 3 | Furniture & Fixtures | 36" Round garment assembled | 244.13 | 139.37 |
| 3 | Leasehold Improvement | Signage - Rebranding | 24,192.03 | 13,824.03 |
| 3 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 2,378.68 | 1,359.16 |
| 3 | Furniture & Fixtures | 22" Rectangular tube - super quad | 369.30 | 210.90 |
| 3 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 136.18 | 77.86 |
| 3 | Furniture & Fixtures | | 721.77 | 412.53 |
| 3 | Leasehold Improvement | | 880.95 | 503.31 |
| 3 | Leasehold Improvement | | 614.47 | 350.95 |
| 3 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.83 | 56.35 |
| 3 | | | 774.03 | 774.03 |
| 4 | Leasehold Improvement | HVAC - Compressor | 8,077.85 | 8,077.85 |
| 4 | | New Store contract -reversal | (8,109.00) | (8,109.00) |
| 510 | Leasehold Improvement | New Store contract -reversal | (9,667.00) | (5,524.12) |
| 511 | Furniture & Fixtures | 36" Round garment assembled | 148.97 | 148.97 |
| 511 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 1,451.52 | 1,451.52 |
| 511 | Furniture & Fixtures | 22" Rectangular tube - super quad | 225.36 | 225.36 |
| 511 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 83.09 | 83.09 |
| 511 | Furniture & Fixtures | | 440.44 | 440.44 |
| 511 | | | 537.58 | 537.58 |
| 511 | | | 374.97 | 374.97 |
| 511 | Leasehold Improvement | Signage - Rebranding | 626.03 | 626.03 |
| 511 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.83 | 98.83 |
| 511 | | | 476.51 | 476.51 |
| 514 | Furniture & Fixtures | 36" Round garment assembled | 112.35 | 88.23 |
| 514 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 1,094.61 | 860.07 |
| 514 | Furniture & Fixtures | 22" Rectangular tube - super quad | 169.94 | 133.58 |
| 514 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 62.67 | 49.17 |
| 514 | Furniture & Fixtures | | 332.14 | 261.04 |
| 514 | Leasehold Improvement | | 405.40 | 318.46 |
| 514 | Leasehold Improvement | | 282.76 | 222.10 |
| 514 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.83 | 77.59 |
| 514 | | | 353.58 | 353.58 |
| 515 | Furniture & Fixtures | 36" Round garment assembled | 115.26 | 65.94 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 515 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 1,123.02 | 641.70 |
| 515 | Furniture & Fixtures | 22" Rectangular tube - super quad | 174.35 | 99.47 |
| 515 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 64.29 | 36.57 |
| 515 | Furniture & Fixtures | | 340.76 | 194.60 |
| 515 | Leasehold Improvement | | 415.91 | 237.71 |
| 515 | Leasehold Improvement | | 290.11 | 165.91 |
| 515 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.83 | 56.35 |
| 515 | | | 352.47 | 352.47 |
| 516 | Furniture & Fixtures | 36" Round garment assembled | 129.66 | 74.22 |
| 516 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 1,263.33 | 721.89 |
| 516 | Furniture & Fixtures | 22" Rectangular tube - super quad | 196.14 | 111.90 |
| 516 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 72.33 | 41.37 |
| 516 | Furniture & Fixtures | | 383.34 | 219.18 |
| 516 | Leasehold Improvement | | 467.88 | 267.36 |
| 516 | Leasehold Improvement | | 326.35 | 186.31 |
| 516 | Leasehold Improvement | Install light bulbs and ballasts | 2,160.62 | 1,234.70 |
| 516 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.83 | 56.35 |
| 516 | | | 412.72 | 412.72 |
| 517 | Furniture & Fixtures | 36" Round garment assembled | 122.10 | 122.10 |
| 517 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 1,189.62 | 1,189.62 |
| 517 | Furniture & Fixtures | 22" Rectangular tube - super quad | 184.70 | 184.70 |
| 517 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 68.10 | 68.10 |
| 517 | Furniture & Fixtures | | 360.97 | 360.97 |
| 517 | | | 440.58 | 440.58 |
| 517 | | | 307.31 | 307.31 |
| 517 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.83 | 98.83 |
| 517 | | | 390.70 | 390.70 |
| 518 | Furniture & Fixtures | 36" Round garment assembled | 83.97 | 65.97 |
| 518 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 818.22 | 642.90 |
| 518 | Furniture & Fixtures | 22" Rectangular tube - super quad | 127.04 | 99.86 |
| 518 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 46.84 | 36.76 |
| 518 | Furniture & Fixtures | | 248.27 | 194.99 |
| 518 | Leasehold Improvement | | 303.03 | 263.32 |
| 518 | Leasehold Improvement | | 211.36 | 183.64 |
| 518 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.83 | 77.59 |
| 518 | | | 283.96 | 283.96 |
| 519 | Furniture & Fixtures | 36" Round garment assembled | 93.22 | 93.22 |
| 519 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 908.31 | 908.31 |
| 519 | Furniture & Fixtures | 22" Rectangular tube - super quad | 141.01 | 141.01 |
| 519 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 52.00 | 52.00 |
| 519 | Furniture & Fixtures | | 275.61 | 275.61 |
| 519 | | | 336.40 | 336.40 |
| 519 | | | 234.64 | 234.64 |
| 519 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.83 | 98.83 |
| 519 | | | 302.78 | 302.78 |
| 525 | Furniture & Fixtures | 36" Round garment assembled | 94.97 | 74.63 |
| 525 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 923.77 | 725.77 |
| 525 | Furniture & Fixtures | 22" Rectangular tube - super quad | 143.42 | 112.64 |
| 525 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 52.88 | 41.54 |
| 525 | Furniture & Fixtures | | 287.23 | 225.67 |
| 525 | Leasehold Improvement | | 342.13 | 268.87 |
| 525 | Leasehold Improvement | | 238.63 | 187.51 |
| 525 | Leasehold Improvement | Signage - Rebranding | 395.76 | 310.98 |
| 525 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.44 | 75.74 |
| 525 | Furniture & Fixtures | Cardframe magnet channel | 242.44 | 190.42 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 525 | | | 380.30 | 380.30 |
| 526 | Furniture & Fixtures | 36" Round garment assembled | 92.02 | 52.42 |
| 526 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 895.14 | 511.38 |
| 526 | Furniture & Fixtures | 22" Rectangular tube - super quad | 138.98 | 79.58 |
| 526 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 51.24 | 29.28 |
| 526 | Furniture & Fixtures | | 278.32 | 159.16 |
| 526 | Leasehold Improvement | | 331.51 | 189.31 |
| 526 | Leasehold Improvement | | 231.23 | 132.23 |
| 526 | Furniture & Fixtures | 36' RD FLD weld - assembled | 96.44 | 55.04 |
| 526 | | | 354.53 | 354.53 |
| 527 | Furniture & Fixtures | 36" Round garment assembled | 81.65 | 64.19 |
| 527 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 794.20 | 624.10 |
| 527 | Furniture & Fixtures | 22" Rectangular tube - super quad | 123.30 | 96.84 |
| 527 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 45.46 | 35.74 |
| 527 | Furniture & Fixtures | | 246.94 | 194.02 |
| 527 | Leasehold Improvement | | 294.13 | 231.13 |
| 527 | Leasehold Improvement | | 205.16 | 161.24 |
| 527 | Leasehold Improvement | Signage - Rebranding | 4,592.50 | 3,608.44 |
| 527 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.44 | 75.74 |
| 527 | | | 293.08 | 293.08 |
| 529 | | New Store contract -reversal | (1,067.00) | (1,067.00) |
| 529 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.44 | 96.44 |
| 531 | Furniture & Fixtures | 36" Round garment assembled | 139.52 | 79.76 |
| 531 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 1,357.09 | 775.33 |
| 531 | Furniture & Fixtures | 22" Rectangular tube - super quad | 210.69 | 120.33 |
| 531 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 77.69 | 44.57 |
| 531 | Furniture & Fixtures | | 421.96 | 241.24 |
| 531 | Leasehold Improvement | | 502.61 | 287.33 |
| 531 | Leasehold Improvement | | 350.56 | 200.44 |
| 531 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.44 | 55.04 |
| 531 | | | 531.34 | 531.34 |
| 532 | Furniture & Fixtures | 36" Round garment assembled | 67.18 | 38.38 |
| 532 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 653.21 | 373.13 |
| 532 | Furniture & Fixtures | 22" Rectangular tube - super quad | 101.42 | 57.86 |
| 532 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 37.39 | 21.19 |
| 532 | Furniture & Fixtures | | 204.35 | 116.87 |
| 532 | Leasehold Improvement | | 241.92 | 138.24 |
| 532 | Leasehold Improvement | | 168.74 | 96.38 |
| 532 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 95.85 | 54.81 |
| 532 | | | 257.98 | 257.98 |
| 533 | Furniture & Fixtures | 36" Round garment assembled | 53.24 | 30.56 |
| 533 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 518.16 | 296.04 |
| 533 | Furniture & Fixtures | 22" Rectangular tube - super quad | 80.44 | 45.88 |
| 533 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 29.66 | 17.06 |
| 533 | Furniture & Fixtures | | 159.98 | 91.58 |
| 533 | Leasehold Improvement | | 191.90 | 109.82 |
| 533 | Leasehold Improvement | | 133.85 | 76.61 |
| 533 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 97.12 | 55.36 |
| 533 | | | 214.19 | 214.19 |
| 534 | Furniture & Fixtures | 36" Round garment assembled | 62.99 | 35.99 |
| 534 | Furniture & Fixtures | Gooseneck lamps | 1,836.00 | 1,049.04 |
| 534 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 612.69 | 350.25 |
| 534 | Furniture & Fixtures | 22" Rectangular tube - super quad | 95.13 | 54.45 |
| 534 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 35.07 | 19.95 |
| 534 | Furniture & Fixtures | | 190.50 | 108.78 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 534 | Leasehold Improvement | | 226.91 | 129.71 |
| 534 | Leasehold Improvement | | 158.27 | 90.59 |
| 534 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.44 | 55.04 |
| 534 | | | 217.91 | 217.91 |
| 535 | Furniture & Fixtures | 36" Round garment assembled | 85.69 | 48.97 |
| 535 | Leasehold Improvement | Signage - Rebranding | 970.00 | 542.65 |
| 535 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 833.54 | 774.02 |
| 535 | Furniture & Fixtures | 22" Rectangular tube - super quad | 129.41 | 120.17 |
| 535 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 47.72 | 44.30 |
| 535 | Furniture & Fixtures | | 259.17 | 147.93 |
| 535 | Leasehold Improvement | | 308.71 | 176.23 |
| 535 | Leasehold Improvement | | 215.33 | 123.17 |
| 535 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.44 | 55.04 |
| 535 | | | 251.98 | 251.98 |
| 537 | Furniture & Fixtures | 36" Round garment assembled | 97.35 | 55.59 |
| 537 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 946.69 | 540.97 |
| 537 | Furniture & Fixtures | 22" Rectangular tube - super quad | 146.98 | 83.98 |
| 537 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 54.20 | 30.80 |
| 537 | Furniture & Fixtures | | 295.05 | 168.69 |
| 537 | Leasehold Improvement | | 350.61 | 200.49 |
| 537 | Leasehold Improvement | | 244.55 | 139.79 |
| 537 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.22 | 54.82 |
| 537 | Furniture & Fixtures | Tables, folding rounder, super quads | 40.00 | 22.72 |
| 537 | | | 340.76 | 340.76 |
| 538 | Furniture & Fixtures | 36" Round garment assembled | 77.43 | 44.31 |
| 538 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 753.00 | 430.44 |
| 538 | Furniture & Fixtures | 22" Rectangular tube - super quad | 116.91 | 66.87 |
| 538 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 43.11 | 24.75 |
| 538 | Furniture & Fixtures | | 234.68 | 134.24 |
| 538 | Leasehold Improvement | | 278.88 | 159.36 |
| 538 | Leasehold Improvement | | 194.52 | 111.00 |
| 538 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.22 | 54.82 |
| 538 | | | 272.84 | 272.84 |
| 539 | Furniture & Fixtures | 36" Round garment assembled | 72.38 | 41.42 |
| 539 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 703.97 | 402.29 |
| 539 | Furniture & Fixtures | 22" Rectangular tube - super quad | 109.30 | 62.50 |
| 539 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 40.30 | 23.02 |
| 539 | Furniture & Fixtures | | 219.40 | 125.44 |
| 539 | Leasehold Improvement | | 260.72 | 149.12 |
| 539 | Leasehold Improvement | | 181.85 | 104.09 |
| 539 | Leasehold Improvement | Signage - Rebranding | 1,674.04 | 916.70 |
| 539 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.22 | 54.82 |
| 539 | | | 248.68 | 248.68 |
| 540 | Furniture & Fixtures | 36" Round garment assembled | 66.15 | 42.45 |
| 540 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 643.39 | 413.59 |
| 540 | Furniture & Fixtures | 22" Rectangular tube - super quad | 99.88 | 64.18 |
| 540 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 36.84 | 23.64 |
| 540 | Furniture & Fixtures | | 200.52 | 128.82 |
| 540 | Leasehold Improvement | | 238.28 | 153.08 |
| 540 | Leasehold Improvement | | 166.20 | 106.80 |
| 540 | Leasehold Improvement | HVAC - Compressor | 4,740.72 | 3,047.52 |
| 540 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.22 | 61.72 |
| 540 | Furniture & Fixtures | Tables, folding rounder, super quads | 8,059.30 | 5,181.10 |
| 540 | | | 251.22 | 251.22 |
| 541 | Furniture & Fixtures | 36" Round garment assembled | 58.23 | 33.39 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 541 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 566.27 | 323.63 |
| 541 | Furniture & Fixtures | 22" Rectangular tube - super quad | 87.92 | 50.12 |
| 541 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 32.41 | 18.37 |
| 541 | Furniture & Fixtures | | 176.49 | 100.89 |
| 541 | Leasehold Improvement | | 209.72 | 119.72 |
| 541 | Leasehold Improvement | | 146.28 | 83.64 |
| 541 | Leasehold Improvement | Signage - Rebranding | 1,277.66 | 699.68 |
| 541 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.22 | 54.82 |
| 541 | | | 220.03 | 220.03 |
| 542 | Furniture & Fixtures | 36" Round garment assembled | 133.98 | 76.38 |
| 542 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 1,303.31 | 744.59 |
| 542 | Furniture & Fixtures | 22" Rectangular tube - super quad | 202.34 | 115.58 |
| 542 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 74.62 | 42.58 |
| 542 | Furniture & Fixtures | | 404.86 | 231.34 |
| 542 | Leasehold Improvement | | 482.69 | 275.69 |
| 542 | Leasehold Improvement | | 336.67 | 192.31 |
| 542 | Leasehold Improvement | Industrial fans | 1,565.50 | 894.46 |
| 542 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.53 | 55.13 |
| 542 | Furniture & Fixtures | Racks assembly | 1,254.93 | 717.09 |
| 542 | | | 380.37 | 380.37 |
| 543 | Furniture & Fixtures | 36" Round garment assembled | 90.94 | 52.06 |
| 543 | Leasehold Improvement | Signage - Rebranding | 14,150.90 | 7,917.88 |
| 543 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 884.75 | 505.67 |
| 543 | Furniture & Fixtures | 22" Rectangular tube - super quad | 137.36 | 78.32 |
| 543 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 50.65 | 29.05 |
| 543 | Leasehold Improvement | | 274.83 | 157.11 |
| 543 | Leasehold Improvement | | 327.66 | 187.26 |
| 543 | Leasehold Improvement | | 228.55 | 130.63 |
| 543 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.53 | 55.13 |
| 543 | | | 278.72 | 278.72 |
| 544 | Furniture & Fixtures | 36" Round garment assembled | 73.92 | 42.24 |
| 544 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 719.05 | 410.89 |
| 544 | Furniture & Fixtures | 22" Rectangular tube - super quad | 111.64 | 63.76 |
| 544 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 41.17 | 23.53 |
| 544 | Furniture & Fixtures | | 223.37 | 127.61 |
| 544 | Leasehold Improvement | | 266.30 | 152.18 |
| 544 | Leasehold Improvement | | 185.75 | 106.19 |
| 544 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.53 | 55.13 |
| 544 | | | 271.03 | 271.03 |
| 545 | Furniture & Fixtures | 36" Round garment assembled | 68.70 | 39.18 |
| 545 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 668.30 | 381.74 |
| 545 | Furniture & Fixtures | 22" Rectangular tube - super quad | 103.76 | 59.12 |
| 545 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 38.26 | 21.70 |
| 545 | Furniture & Fixtures | | 207.60 | 118.68 |
| 545 | Leasehold Improvement | | 247.51 | 141.31 |
| 545 | Leasehold Improvement | | 172.64 | 98.48 |
| 545 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.53 | 55.13 |
| 545 | | | 235.35 | 235.35 |
| 546 | Furniture & Fixtures | 36" Round garment assembled | 200.76 | 114.72 |
| 546 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 1,952.92 | 1,115.92 |
| 546 | Furniture & Fixtures | 22" Rectangular tube - super quad | 303.20 | 173.24 |
| 546 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 111.81 | 63.93 |
| 546 | Furniture & Fixtures | | 607.22 | 346.94 |
| 546 | Leasehold Improvement | | 723.27 | 413.31 |
| 546 | Leasehold Improvement | | 504.49 | 288.13 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 546 | Leasehold Improvement | Illumination, bulbs and ballasts | 1,726.73 | 924.89 |
| 546 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.44 | 55.04 |
| 546 | | | 654.12 | 654.12 |
| 547 | Furniture & Fixtures | 36" Round garment assembled | 181.08 | 103.32 |
| 547 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 1,761.37 | 1,006.45 |
| 547 | Furniture & Fixtures | 22" Rectangular tube - super quad | 273.46 | 156.10 |
| 547 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 100.83 | 57.63 |
| 547 | Furniture & Fixtures | | 547.66 | 312.94 |
| 547 | Leasehold Improvement | | 652.33 | 372.61 |
| 547 | Leasehold Improvement | | 455.01 | 259.89 |
| 547 | Furniture & Fixtures | Signage - Rebranding | 2,311.07 | 1,320.71 |
| 547 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.44 | 55.04 |
| 547 | | | 590.76 | 590.76 |
| 548 | Furniture & Fixtures | 36" Round garment assembled | 126.34 | 72.34 |
| 548 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 1,228.96 | 702.28 |
| 548 | Furniture & Fixtures | 22" Rectangular tube - super quad | 190.80 | 109.08 |
| 548 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 70.36 | 40.12 |
| 548 | Furniture & Fixtures | | 382.12 | 218.32 |
| 548 | Leasehold Improvement | | 455.15 | 260.03 |
| 548 | Leasehold Improvement | | 317.46 | 181.38 |
| 548 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.44 | 55.04 |
| 548 | | | 376.84 | 376.84 |
| 549 | Furniture & Fixtures | 36" Round garment assembled | 111.98 | 64.10 |
| 549 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 1,089.23 | 622.31 |
| 549 | Furniture & Fixtures | 22" Rectangular tube - super quad | 169.11 | 96.75 |
| 549 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 62.36 | 35.72 |
| 549 | Furniture & Fixtures | | 338.67 | 193.59 |
| 549 | Leasehold Improvement | | 403.40 | 230.60 |
| 549 | Leasehold Improvement | | 281.37 | 160.77 |
| 549 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.44 | 55.04 |
| 549 | | | 340.74 | 340.74 |
| 550 | Furniture & Fixtures | 36" Round garment assembled | 97.78 | 56.02 |
| 550 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 951.14 | 543.62 |
| 550 | Furniture & Fixtures | 22" Rectangular tube - super quad | 147.67 | 84.31 |
| 550 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 54.45 | 31.05 |
| 550 | Furniture & Fixtures | | 295.74 | 169.02 |
| 550 | Leasehold Improvement | | 352.26 | 201.42 |
| 550 | Leasehold Improvement | | 245.70 | 140.22 |
| 550 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.44 | 55.04 |
| 550 | | | 361.39 | 361.39 |
| 551 | Furniture & Fixtures | 36" Round garment assembled | 116.50 | 66.46 |
| 551 | Leasehold Improvement | Signage - Rebranding | 25,368.19 | 14,194.19 |
| 551 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 1,133.20 | 647.56 |
| 551 | Furniture & Fixtures | 22" Rectangular tube - super quad | 175.94 | 100.70 |
| 551 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 64.88 | 37.16 |
| 551 | Furniture & Fixtures | | 352.35 | 201.51 |
| 551 | Leasehold Improvement | | 419.69 | 239.69 |
| 551 | Leasehold Improvement | | 292.73 | 167.45 |
| 551 | Leasehold Improvement | Signage - Rebranding | 5,735.00 | 3,277.28 |
| 551 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.44 | 55.04 |
| 551 | | | 339.35 | 339.35 |
| 552 | Furniture & Fixtures | 36" Round garment assembled | 119.83 | 68.35 |
| 552 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 1,165.62 | 665.94 |
| 552 | Furniture & Fixtures | 22" Rectangular tube - super quad | 180.97 | 103.57 |
| 552 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 66.73 | 38.29 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 552 | Furniture & Fixtures | | 362.43 | 207.27 |
| 552 | Leasehold Improvement | | 431.69 | 246.65 |
| 552 | Leasehold Improvement | | 301.10 | 172.22 |
| 552 | Furniture & Fixtures | Signage - Rebranding | 5,082.33 | 2,904.33 |
| 552 | Leasehold Improvement | Signage - Rebranding | 6,490.00 | 3,708.64 |
| 552 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.44 | 55.04 |
| 552 | | | 399.92 | 399.92 |
| 553 | Furniture & Fixtures | 36" Round garment assembled | 100.82 | 57.62 |
| 553 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 980.71 | 560.23 |
| 553 | Furniture & Fixtures | 22" Rectangular tube - super quad | 152.26 | 87.10 |
| 553 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 56.14 | 32.02 |
| 553 | Furniture & Fixtures | | 304.93 | 174.25 |
| 553 | Leasehold Improvement | | 363.21 | 207.69 |
| 553 | Leasehold Improvement | | 253.34 | 144.62 |
| 553 | Furniture & Fixtures | Signage - Rebranding | 1,444.95 | 825.75 |
| 553 | Leasehold Improvement | Signage - Rebranding | 2,360.00 | 1,292.20 |
| 553 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.44 | 55.04 |
| 553 | | | 336.01 | 336.01 |
| 555 | Furniture & Fixtures | 36" Round garment assembled | 70.29 | 55.17 |
| 555 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 683.62 | 537.10 |
| 555 | Furniture & Fixtures | 22" Rectangular tube - super quad | 106.14 | 83.46 |
| 555 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 39.14 | 30.68 |
| 555 | Furniture & Fixtures | | 213.06 | 167.34 |
| 555 | Leasehold Improvement | | 253.18 | 199.00 |
| 555 | Leasehold Improvement | | 176.60 | 138.80 |
| 555 | Leasehold Improvement | Signage - Rebranding | 2,360.00 | 1,798.00 |
| 555 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.22 | 75.52 |
| 555 | | | 207.72 | 207.72 |
| 558 | Furniture & Fixtures | 36" Round garment assembled | 89.95 | 51.43 |
| 558 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 875.30 | 500.18 |
| 558 | Furniture & Fixtures | 22" Rectangular tube - super quad | 135.90 | 77.58 |
| 558 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 50.11 | 28.51 |
| 558 | Furniture & Fixtures | | 270.25 | 154.33 |
| 558 | Leasehold Improvement | | 324.18 | 185.22 |
| 558 | Leasehold Improvement | | 226.11 | 129.27 |
| 558 | Leasehold Improvement | Exterior signage | 327.42 | 187.02 |
| 558 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 97.12 | 55.36 |
| 558 | | | 244.47 | 244.47 |
| 558 | Leasehold Improvement | Structural engineering report | 4,200.00 | 2,400.00 |
| 559 | Furniture & Fixtures | 36" Round garment assembled | 138.59 | 79.19 |
| 559 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 1,349.64 | 771.12 |
| 559 | Furniture & Fixtures | 22" Rectangular tube - super quad | 209.54 | 119.90 |
| 559 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 77.26 | 44.14 |
| 559 | Furniture & Fixtures | | 412.84 | 236.08 |
| 559 | Leasehold Improvement | | 499.85 | 285.65 |
| 559 | Leasehold Improvement | | 348.65 | 199.25 |
| 559 | Leasehold Improvement | Signage - Rebranding | 693.41 | 396.41 |
| 559 | Leasehold Improvement | | 2,905.39 | 1,660.15 |
| 559 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.03 | 55.91 |
| 559 | | | 374.54 | 374.54 |
| 559 | Leasehold Improvement | Signage - Rebranding | 3,317.76 | 1,895.76 |
| 559 | Leasehold Improvement | Signage - Rebranding | 4,400.00 | 2,514.32 |
| 562 | Furniture & Fixtures | 36" Round garment assembled | 91.59 | 71.97 |
| 562 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 891.91 | 700.75 |
| 562 | Furniture & Fixtures | 22" Rectangular tube - super quad | 138.48 | 108.78 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 562 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 51.06 | 40.08 |
| 562 | Furniture & Fixtures | | 272.83 | 214.33 |
| 562 | Leasehold Improvement | | 330.32 | 291.02 |
| 562 | Leasehold Improvement | | 230.40 | 203.00 |
| 562 | Leasehold Improvement | Rebranding | 918.00 | 808.70 |
| 562 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.03 | 76.97 |
| 562 | | | 263.25 | 263.25 |
| 563 | Furniture & Fixtures | 36" Round garment assembled | 71.89 | 40.93 |
| 563 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 700.06 | 400.18 |
| 563 | Furniture & Fixtures | 22" Rectangular tube - super quad | 108.69 | 62.25 |
| 563 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 40.08 | 22.80 |
| 563 | Furniture & Fixtures | | 214.14 | 122.34 |
| 563 | Leasehold Improvement | | 259.26 | 148.02 |
| 563 | Leasehold Improvement | | 180.85 | 103.45 |
| 563 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.03 | 55.91 |
| 563 | | | 239.06 | 239.06 |
| 565 | Furniture & Fixtures | 36" Round garment assembled | 79.08 | 79.08 |
| 565 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 770.05 | 770.05 |
| 565 | Furniture & Fixtures | 22" Rectangular tube - super quad | 119.56 | 119.56 |
| 565 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 44.09 | 44.09 |
| 565 | Furniture & Fixtures | | 235.55 | 235.55 |
| 565 | | | 285.20 | 285.20 |
| 565 | | | 198.93 | 198.93 |
| 565 | Leasehold Improvement | Signage - Rebranding | 3,243.60 | 3,243.60 |
| 565 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.03 | 98.03 |
| 565 | | | 224.58 | 224.58 |
| 566 | Furniture & Fixtures | 36" Round garment assembled | 107.90 | 61.82 |
| 566 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 1,050.75 | 600.39 |
| 566 | Furniture & Fixtures | 22" Rectangular tube - super quad | 163.13 | 93.29 |
| 566 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 60.16 | 34.24 |
| 566 | Furniture & Fixtures | | 321.42 | 183.54 |
| 566 | Leasehold Improvement | | 389.15 | 222.47 |
| 566 | Leasehold Improvement | | 271.44 | 155.16 |
| 566 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.03 | 55.91 |
| 566 | | | 385.18 | 385.18 |
| 567 | Furniture & Fixtures | 36" Round garment assembled | 115.90 | 66.22 |
| 567 | Furniture & Fixtures | Signage - Rebranding | 12,919.40 | 7,382.60 |
| 567 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 1,129.17 | 645.33 |
| 567 | Furniture & Fixtures | 22" Rectangular tube - super quad | 175.31 | 100.07 |
| 567 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 64.64 | 36.92 |
| 567 | Furniture & Fixtures | | 343.02 | 196.14 |
| 567 | Leasehold Improvement | | 418.19 | 238.91 |
| 567 | Leasehold Improvement | | 291.69 | 166.77 |
| 567 | Leasehold Improvement | Signage - Rebranding | 2,341.93 | 1,282.49 |
| 567 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.71 | 56.23 |
| 567 | | | 393.85 | 393.85 |
| 568 | Furniture & Fixtures | 36" Round garment assembled | 90.76 | 51.88 |
| 568 | Leasehold Improvement | Signage - Rebranding | 20,187.45 | 11,535.57 |
| 568 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 884.21 | 505.13 |
| 568 | Furniture & Fixtures | 22" Rectangular tube - super quad | 137.28 | 78.60 |
| 568 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 50.62 | 29.02 |
| 568 | Furniture & Fixtures | | 268.61 | 153.41 |
| 568 | Leasehold Improvement | | 327.47 | 187.07 |
| 568 | Leasehold Improvement | | 228.41 | 130.49 |
| 568 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.71 | 56.23 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 568 | | | 329.11 | 329.11 |
| 569 | Furniture & Fixtures | 36" Round garment assembled | 84.74 | 48.38 |
| 569 | Furniture & Fixtures | Signage - Rebranding | 12,208.58 | 6,976.34 |
| 569 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 825.55 | 471.67 |
| 569 | Furniture & Fixtures | 22" Rectangular tube - super quad | 128.17 | 73.09 |
| 569 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 47.26 | 27.10 |
| 569 | Furniture & Fixtures | | 250.79 | 143.15 |
| 569 | Leasehold Improvement | | 305.75 | 174.71 |
| 569 | Leasehold Improvement | | 213.26 | 121.82 |
| 569 | Furniture & Fixtures | Signage - Rebranding | 1,599.98 | 914.18 |
| 569 | Leasehold Improvement | HVAC - Compressor | 7,160.84 | 4,006.59 |
| 569 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.71 | 56.23 |
| 569 | | | 243.46 | 243.46 |
| 570 | Furniture & Fixtures | 36" Round garment assembled | 89.14 | 50.98 |
| 570 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 868.07 | 496.19 |
| 570 | Furniture & Fixtures | 22" Rectangular tube - super quad | 134.77 | 77.17 |
| 570 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 49.69 | 28.45 |
| 570 | Furniture & Fixtures | | 265.54 | 151.78 |
| 570 | Leasehold Improvement | | 321.49 | 183.61 |
| 570 | Leasehold Improvement | | 224.24 | 128.12 |
| 570 | Leasehold Improvement | Signage - Rebranding | 1,674.00 | 956.52 |
| 570 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.03 | 55.91 |
| 570 | | | 274.08 | 274.08 |
| 572 | Furniture & Fixtures | 36" Round garment assembled | 68.41 | 39.25 |
| 572 | Furniture & Fixtures | Signage - Rebranding | 11,248.85 | 6,428.09 |
| 572 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 666.53 | 381.05 |
| 572 | Furniture & Fixtures | 22" Rectangular tube - super quad | 103.49 | 59.21 |
| 572 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 38.16 | 21.96 |
| 572 | Furniture & Fixtures | | 202.48 | 115.72 |
| 572 | Leasehold Improvement | | 246.85 | 141.01 |
| 572 | Leasehold Improvement | | 172.18 | 98.38 |
| 572 | Leasehold Improvement | Exterior signage | 3,386.70 | 1,894.86 |
| 572 | Leasehold Improvement | Signage - Rebranding | 1,764.94 | 945.55 |
| 572 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.71 | 56.23 |
| 572 | | | 236.03 | 236.03 |
| 573 | Furniture & Fixtures | 36" Round garment assembled | 72.78 | 41.46 |
| 573 | Furniture & Fixtures | Signage - Rebranding | 2,722.68 | 1,555.92 |
| 573 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 708.77 | 404.93 |
| 573 | Furniture & Fixtures | 22" Rectangular tube - super quad | 110.04 | 62.88 |
| 573 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 40.58 | 23.30 |
| 573 | Furniture & Fixtures | | 216.81 | 123.93 |
| 573 | Leasehold Improvement | | 262.49 | 150.17 |
| 573 | Leasehold Improvement | | 183.09 | 104.61 |
| 573 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.03 | 55.91 |
| 573 | | | 219.37 | 219.37 |
| 574 | Furniture & Fixtures | 36" Round garment assembled | 75.26 | 42.86 |
| 574 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 732.93 | 418.65 |
| 574 | Furniture & Fixtures | 22" Rectangular tube - super quad | 113.79 | 65.19 |
| 574 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 41.96 | 23.96 |
| 574 | Furniture & Fixtures | | 224.20 | 128.08 |
| 574 | Leasehold Improvement | | 271.45 | 155.17 |
| 574 | Leasehold Improvement | | 189.33 | 108.33 |
| 574 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.03 | 55.91 |
| 574 | | | 241.57 | 241.57 |
| 576 | Furniture & Fixtures | 36" Round garment assembled | 57.87 | 42.69 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 576 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 563.59 | 415.97 |
| 576 | Furniture & Fixtures | 22" Rectangular tube - super quad | 87.50 | 64.62 |
| 576 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 32.26 | 23.90 |
| 576 | Furniture & Fixtures | | 172.40 | 127.30 |
| 576 | Leasehold Improvement | | 208.73 | 154.17 |
| 576 | Leasehold Improvement | | 145.58 | 107.52 |
| 576 | Leasehold Improvement | Signage - Rebranding | 1,677.80 | 1,198.52 |
| 576 | Leasehold Improvement | Signage - Rebranding | 175.00 | 129.24 |
| 576 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.03 | 72.29 |
| 576 | | | 194.52 | 194.52 |
| 578 | Furniture & Fixtures | 36" Round garment assembled | 50.06 | 28.46 |
| 578 | Furniture & Fixtures | Signage - Rebranding | 2,766.40 | 1,580.92 |
| 578 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 487.11 | 278.31 |
| 578 | Furniture & Fixtures | 22" Rectangular tube - super quad | 75.63 | 43.23 |
| 578 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 27.88 | 16.00 |
| 578 | Furniture & Fixtures | | 150.40 | 85.96 |
| 578 | Leasehold Improvement | | 180.40 | 103.00 |
| 578 | Leasehold Improvement | | 125.83 | 71.83 |
| 578 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 97.12 | 55.36 |
| 578 | | | 192.96 | 192.96 |
| 579 | Furniture & Fixtures | 36" Round garment assembled | 64.77 | 37.05 |
| 579 | Furniture & Fixtures | Signage - Rebranding | 3,434.70 | 1,962.66 |
| 579 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 630.35 | 360.35 |
| 579 | Furniture & Fixtures | 22" Rectangular tube - super quad | 97.86 | 55.74 |
| 579 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 36.09 | 20.61 |
| 579 | Furniture & Fixtures | | 194.62 | 111.10 |
| 579 | Leasehold Improvement | | 233.45 | 133.37 |
| 579 | Leasehold Improvement | | 162.83 | 92.99 |
| 579 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 97.12 | 55.36 |
| 579 | | | 233.03 | 233.03 |
| 580 | Furniture & Fixtures | 36" Round garment assembled | 76.57 | 43.81 |
| 580 | Furniture & Fixtures | Signage - Rebranding | 3,560.92 | 2,034.88 |
| 580 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 745.12 | 425.80 |
| 580 | Furniture & Fixtures | 22" Rectangular tube - super quad | 115.68 | 66.00 |
| 580 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 42.66 | 24.30 |
| 580 | Furniture & Fixtures | | 230.05 | 131.41 |
| 580 | Leasehold Improvement | | 275.95 | 157.51 |
| 580 | Leasehold Improvement | | 192.48 | 110.04 |
| 580 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 97.12 | 55.36 |
| 580 | | | 265.01 | 265.01 |
| 581 | Furniture & Fixtures | 36" Round garment assembled | 89.41 | 51.25 |
| 581 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 870.04 | 497.08 |
| 581 | Furniture & Fixtures | 22" Rectangular tube - super quad | 135.08 | 77.12 |
| 581 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 49.81 | 28.57 |
| 581 | Furniture & Fixtures | | 268.63 | 153.43 |
| 581 | Leasehold Improvement | | 322.22 | 183.98 |
| 581 | Leasehold Improvement | | 224.75 | 128.27 |
| 581 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 97.12 | 55.36 |
| 581 | | | 311.47 | 311.47 |
| 582 | Furniture & Fixtures | 36" Round garment assembled | 77.32 | 44.20 |
| 582 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 752.94 | 430.38 |
| 582 | Furniture & Fixtures | 22" Rectangular tube - super quad | 116.90 | 66.86 |
| 582 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 43.10 | 24.74 |
| 582 | Furniture & Fixtures | | 230.32 | 131.68 |
| 582 | Leasehold Improvement | | 278.86 | 159.34 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 582 | Leasehold Improvement | | 194.50 | 110.98 |
| 582 | Leasehold Improvement | Signage - Rebranding | 1,677.80 | 958.88 |
| 582 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.03 | 55.91 |
| 582 | | | 234.44 | 234.44 |
| 583 | Furniture & Fixtures | 36" Round garment assembled | 70.68 | 40.44 |
| 583 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 688.21 | 393.37 |
| 583 | Furniture & Fixtures | 22" Rectangular tube - super quad | 106.84 | 61.12 |
| 583 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 39.40 | 22.48 |
| 583 | Furniture & Fixtures | | 210.52 | 120.16 |
| 583 | Leasehold Improvement | | 254.88 | 145.80 |
| 583 | Leasehold Improvement | | 177.78 | 101.46 |
| 583 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.03 | 55.91 |
| 583 | | | 202.84 | 202.84 |
| 584 | Furniture & Fixtures | 36" Round garment assembled | 65.87 | 37.79 |
| 584 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 641.03 | 366.35 |
| 584 | Furniture & Fixtures | 22" Rectangular tube - super quad | 99.52 | 57.04 |
| 584 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 36.70 | 20.86 |
| 584 | Furniture & Fixtures | | 197.92 | 112.96 |
| 584 | Leasehold Improvement | | 237.41 | 135.53 |
| 584 | Leasehold Improvement | | 165.59 | 94.67 |
| 584 | Leasehold Improvement | Signage - Rebranding | 984.40 | 562.48 |
| 584 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 97.12 | 55.36 |
| 584 | | | 211.28 | 211.28 |
| 585 | Furniture & Fixtures | 36" Round garment assembled | 63.26 | 36.26 |
| 585 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 615.71 | 351.83 |
| 585 | Furniture & Fixtures | 22" Rectangular tube - super quad | 95.59 | 54.55 |
| 585 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 35.25 | 20.13 |
| 585 | Furniture & Fixtures | | 190.10 | 108.74 |
| 585 | Leasehold Improvement | | 228.03 | 130.47 |
| 585 | Leasehold Improvement | | 159.06 | 91.02 |
| 585 | Furniture & Fixtures | Signage - Rebranding | 4,018.12 | 2,296.24 |
| 585 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 97.12 | 55.36 |
| 585 | | | 204.63 | 204.63 |
| 586 | Furniture & Fixtures | 36" Round garment assembled | 76.35 | 43.59 |
| 586 | Furniture & Fixtures | Signage - Rebranding | 16,773.90 | 9,585.06 |
| 586 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 742.99 | 424.39 |
| 586 | Furniture & Fixtures | 22" Rectangular tube - super quad | 115.35 | 66.03 |
| 586 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 42.54 | 24.18 |
| 586 | Furniture & Fixtures | | 229.94 | 131.30 |
| 586 | Leasehold Improvement | | 275.17 | 157.09 |
| 586 | Leasehold Improvement | | 191.93 | 109.85 |
| 586 | Furniture & Fixtures | Signage - Rebranding | 2,400.55 | 1,371.67 |
| 586 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.90 | 55.50 |
| 586 | | | 254.81 | 254.81 |
| 587 | Furniture & Fixtures | 36" Round garment assembled | 74.96 | 42.92 |
| 587 | Furniture & Fixtures | Signage - Rebranding | 3,210.00 | 1,834.44 |
| 587 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 729.61 | 416.77 |
| 587 | Furniture & Fixtures | 22" Rectangular tube - super quad | 113.28 | 64.68 |
| 587 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 41.77 | 23.77 |
| 587 | Furniture & Fixtures | | 224.74 | 128.26 |
| 587 | Leasehold Improvement | | 270.22 | 154.30 |
| 587 | Leasehold Improvement | | 188.47 | 107.83 |
| 587 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 97.34 | 55.58 |
| 587 | | | 255.14 | 255.14 |
| 588 | Furniture & Fixtures | 36" Round garment assembled | 72.47 | 41.51 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 588 | Furniture & Fixtures | Signage - Rebranding | 3,210.00 | 1,834.44 |
| 588 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 705.72 | 403.32 |
| 588 | Furniture & Fixtures | 22" Rectangular tube - super quad | 109.57 | 62.77 |
| 588 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 40.40 | 23.12 |
| 588 | Furniture & Fixtures | | 215.87 | 123.35 |
| 588 | Leasehold Improvement | | 261.36 | 149.40 |
| 588 | Leasehold Improvement | | 182.30 | 104.18 |
| 588 | Furniture & Fixtures | Signage - Rebranding | 3,657.97 | 2,090.17 |
| 588 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 98.02 | 55.90 |
| 588 | | | 238.53 | 238.53 |
| 589 | Furniture & Fixtures | 36" Round garment assembled | 64.31 | 36.59 |
| 589 | Furniture & Fixtures | Signage - Rebranding | 20,050.04 | 11,457.20 |
| 589 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 625.42 | 357.22 |
| 589 | Furniture & Fixtures | 22" Rectangular tube - super quad | 97.10 | 55.34 |
| 589 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 35.81 | 20.33 |
| 589 | Furniture & Fixtures | | 194.92 | 111.40 |
| 589 | Leasehold Improvement | | 231.63 | 132.27 |
| 589 | Leasehold Improvement | | 161.57 | 92.45 |
| 589 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.21 | 54.81 |
| 589 | | | 225.36 | 225.36 |
| 590 | Furniture & Fixtures | 36" Round garment assembled | 83.43 | 50.76 |
| 590 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 811.40 | 492.62 |
| 590 | Furniture & Fixtures | 22" Rectangular tube - super quad | 125.97 | 76.47 |
| 590 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 46.45 | 28.30 |
| 590 | Furniture & Fixtures | | 252.88 | 153.55 |
| 590 | Leasehold Improvement | | 300.51 | 182.37 |
| 590 | Leasehold Improvement | | 209.60 | 127.10 |
| 590 | Leasehold Improvement | Signage - Rebranding | 3,300.00 | 2,003.43 |
| 590 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.21 | 58.26 |
| 590 | | | 262.55 | 262.55 |
| 591 | Furniture & Fixtures | 36" Round garment assembled | 57.84 | 45.42 |
| 591 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 562.39 | 441.79 |
| 591 | Furniture & Fixtures | 22" Rectangular tube - super quad | 87.32 | 68.60 |
| 591 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 32.19 | 25.35 |
| 591 | Furniture & Fixtures | | 175.26 | 137.64 |
| 591 | Leasehold Improvement | | 208.26 | 183.46 |
| 591 | Leasehold Improvement | | 145.29 | 127.99 |
| 591 | Leasehold Improvement | Signage - Rebranding | 180.00 | 158.60 |
| 591 | Leasehold Improvement | Signage - Rebranding | 494.30 | 423.74 |
| 591 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 96.21 | 75.51 |
| 591 | | | 176.20 | 176.20 |
| 1 | Leasehold Improvement | Sprinkler system | 3,470.39 | 2,231.09 |
| 1 | Leasehold Improvement | Signage - Rebranding | 7,950.47 | 5,110.97 |
| 1 | Leasehold Improvement | Fix Roof leaks | 4,955.31 | 3,185.61 |
| 1 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 494.61 | 317.91 |
| 1 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 17.31 | 11.01 |
| 1 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 98.92 | 63.52 |
| 1 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 310.29 | 199.59 |
| 1 | Leasehold Improvement | | 453.60 | 291.60 |
| 1 | Leasehold Improvement | | 1,706.40 | 1,097.10 |
| 2 | Leasehold Improvement | HVAC - All filters clogged | 4,419.99 | 2,525.67 |
| 2 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 454.30 | 259.54 |
| 2 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 15.90 | 9.06 |
| 2 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 90.86 | 51.98 |
| 2 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 285.01 | 162.97 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 2 | Leasehold Improvement | | 338.10 | 193.02 |
| 2 | Leasehold Improvement | | 1,271.90 | 726.86 |
| 3 | Leasehold Improvement | Reception gates motor repair | 4,500.00 | 2,625.05 |
| 3 | Leasehold Improvement | Signage - Rebranding | 5,443.75 | 3,110.59 |
| 3 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 438.61 | 250.69 |
| 3 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 15.35 | 8.87 |
| 3 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 87.72 | 50.28 |
| 3 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 275.17 | 157.09 |
| 3 | Leasehold Improvement | | 449.40 | 256.80 |
| 3 | Leasehold Improvement | | 1,690.60 | 965.92 |
| 3 | Leasehold Improvement | | 2,500.00 | 1,607.20 |
| 4 | Leasehold Improvement | Signage - Rebranding | (426.79) | (426.79) |
| 4 | Leasehold Improvement | Sprinkler system | 3,963.05 | 3,963.05 |
| 4 | | | 453.60 | 453.60 |
| 4 | | | 1,706.40 | 1,706.40 |
| 510 | Furniture & Fixtures | Signage - Rebranding | 3,993.98 | 2,282.18 |
| 511 | Leasehold Improvement | FBD Fluorescent bay light fixtures | 13,195.00 | 13,195.00 |
| 511 | Leasehold Improvement | Signage - Rebranding | 2,231.94 | 2,231.94 |
| 511 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 267.65 | 267.65 |
| 511 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 9.36 | 9.36 |
| 511 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 53.53 | 53.53 |
| 511 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 167.91 | 167.91 |
| 511 | | | 228.90 | 228.90 |
| 511 | | | 861.10 | 861.10 |
| 511 | Leasehold Improvement | Lock and keys | 1,106.60 | 1,106.60 |
| 514 | Leasehold Improvement | HVAC - Compressor | 12,589.65 | 9,891.81 |
| 514 | Leasehold Improvement | HVAC - Evaporator coils for airflow | 16,572.69 | 13,021.47 |
| 514 | Leasehold Improvement | HVAC - Evaporator coils for airflow | 4,474.79 | 3,515.93 |
| 514 | Leasehold Improvement | | 5,160.51 | 4,054.77 |
| 514 | Leasehold Improvement | HVAC - Compressor | 5,941.59 | 4,668.45 |
| 514 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 201.83 | 158.63 |
| 514 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 7.07 | 5.63 |
| 514 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 40.37 | 31.73 |
| 514 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 126.62 | 99.44 |
| 514 | Leasehold Improvement | | 451.50 | 354.66 |
| 514 | Leasehold Improvement | | 1,698.50 | 1,334.54 |
| 515 | Leasehold Improvement | Signage - Rebranding | 15,077.99 | 8,615.99 |
| 515 | Leasehold Improvement | HVAC - Evaporator coils for airflow | 3,019.92 | 1,725.72 |
| 515 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 207.08 | 118.16 |
| 515 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 7.25 | 4.01 |
| 515 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 41.42 | 23.78 |
| 515 | Leasehold Improvement | 3500 PC / TV and 247 PC / K80 | 129.91 | 74.11 |
| 515 | | | 218.40 | 124.80 |
| 515 | | | 821.60 | 469.52 |
| 516 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 232.95 | 133.23 |
| 516 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 8.15 | 4.55 |
| 516 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 46.59 | 26.79 |
| 516 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 146.14 | 83.50 |
| 516 | Leasehold Improvement | | 218.40 | 124.80 |
| 516 | Leasehold Improvement | | 821.60 | 469.52 |
| 517 | Leasehold Improvement | Signage - Rebranding | 12,606.75 | 12,606.75 |
| 517 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 219.36 | 219.36 |
| 517 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 7.68 | 7.68 |
| 517 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 43.88 | 43.88 |
| 517 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 137.62 | 137.62 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 517 | | | 188.10 | 188.10 |
| 517 | | | 821.90 | 821.90 |
| 518 | Leasehold Improvement | HVAC - replace valves and strainers | 11,973.56 | 10,548.16 |
| 518 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 150.87 | 118.47 |
| 518 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 5.28 | 4.20 |
| 518 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 30.17 | 23.69 |
| 518 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 94.66 | 74.32 |
| 519 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 167.48 | 167.48 |
| 519 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 5.86 | 5.86 |
| 519 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 33.50 | 33.50 |
| 519 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 105.08 | 105.08 |
| 524 | Leasehold Improvement | | 217.09 | 217.09 |
| 525 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 170.34 | 133.80 |
| 525 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 5.96 | 4.70 |
| 525 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 34.06 | 26.68 |
| 525 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 106.87 | 84.01 |
| 525 | Leasehold Improvement | | 662.71 | 520.69 |
| 526 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 165.06 | 94.14 |
| 526 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 5.78 | 3.26 |
| 526 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 33.01 | 18.97 |
| 526 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 103.55 | 59.27 |
| 526 | Leasehold Improvement | | 1,017.84 | 581.52 |
| 527 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 146.44 | 115.12 |
| 527 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 5.12 | 4.04 |
| 527 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 29.29 | 22.99 |
| 527 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 91.87 | 72.25 |
| 527 | Leasehold Improvement | | 258.18 | 202.92 |
| 531 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 250.24 | 142.96 |
| 531 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 8.76 | 5.16 |
| 531 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 50.04 | 28.44 |
| 531 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 156.98 | 89.66 |
| 531 | Leasehold Improvement | | 1,057.71 | 604.47 |
| 532 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 120.45 | 68.97 |
| 532 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.21 | 2.41 |
| 532 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 24.09 | 13.65 |
| 532 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 75.57 | 43.17 |
| 533 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 95.54 | 54.50 |
| 533 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 3.35 | 1.91 |
| 533 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 19.11 | 10.83 |
| 533 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 59.94 | 34.38 |
| 533 | Leasehold Improvement | | 95.89 | 54.85 |
| 534 | Leasehold Improvement | HVAC - Compressor | 3,134.58 | 1,791.06 |
| 534 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 112.98 | 64.38 |
| 534 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 3.95 | 2.15 |
| 534 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 22.60 | 12.88 |
| 534 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 70.88 | 40.64 |
| 535 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 153.70 | 87.82 |
| 535 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 5.38 | 3.22 |
| 535 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 30.74 | 17.42 |
| 535 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 96.42 | 55.02 |
| 535 | Leasehold Improvement | | 40.33 | 23.05 |
| 537 | Leasehold Improvement | Signage - Rebranding | 3,507.98 | 2,004.62 |
| 537 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 174.56 | 99.68 |
| 537 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 6.11 | 3.59 |
| 537 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 34.92 | 19.80 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 537 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 109.51 | 62.71 |
| 538 | Leasehold Improvement | Heavy duty fire protection repair | 5,500.00 | 3,142.72 |
| 538 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 138.85 | 79.45 |
| 538 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.85 | 2.69 |
| 538 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 27.77 | 15.89 |
| 538 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 87.11 | 49.67 |
| 539 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 129.81 | 74.01 |
| 539 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.55 | 2.75 |
| 539 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 25.96 | 14.80 |
| 539 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 81.44 | 46.52 |
| 540 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 118.64 | 76.34 |
| 540 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.16 | 2.66 |
| 540 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 23.72 | 15.32 |
| 540 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 74.42 | 47.72 |
| 541 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 104.42 | 59.78 |
| 541 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 3.66 | 2.22 |
| 541 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 20.88 | 11.88 |
| 541 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 65.51 | 37.43 |
| 542 | Leasehold Improvement | Signage - Rebranding | 6,038.02 | 3,522.22 |
| 542 | Leasehold Improvement | 20-ton brand-new York unit | 47,968.26 | 27,981.51 |
| 542 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 240.32 | 137.36 |
| 542 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 8.41 | 4.81 |
| 542 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 48.06 | 27.54 |
| 542 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 150.77 | 86.33 |
| 543 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 163.14 | 93.30 |
| 543 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 5.71 | 3.19 |
| 543 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 32.63 | 18.59 |
| 543 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 102.35 | 58.43 |
| 544 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 132.59 | 75.71 |
| 544 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.64 | 2.48 |
| 544 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 26.51 | 14.99 |
| 544 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 83.18 | 47.54 |
| 545 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 123.23 | 70.31 |
| 545 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.32 | 2.52 |
| 545 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 24.64 | 14.20 |
| 545 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 77.31 | 44.19 |
| 546 | Leasehold Improvement | Signage - Rebranding | 5,785.00 | 3,374.55 |
| 546 | Leasehold Improvement | Signage - Rebranding | 13,625.44 | 7,948.09 |
| 546 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 360.10 | 205.66 |
| 546 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 12.60 | 7.20 |
| 546 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 72.02 | 41.06 |
| 546 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 225.91 | 129.07 |
| 547 | Leasehold Improvement | Signage - Rebranding | 13,983.44 | 7,990.52 |
| 547 | Leasehold Improvement | Automatic doors | 3,108.12 | 1,776.12 |
| 547 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 324.79 | 185.47 |
| 547 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 11.37 | 6.33 |
| 547 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 64.96 | 37.24 |
| 547 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 203.76 | 116.28 |
| 548 | Leasehold Improvement | Signage - Rebranding | 1,942.34 | 1,110.02 |
| 548 | Leasehold Improvement | Signage - Rebranding | 5,785.00 | 3,374.55 |
| 548 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 226.61 | 129.41 |
| 548 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 7.93 | 4.69 |
| 548 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 45.33 | 25.89 |
| 548 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 142.16 | 81.32 |
| 548 | Leasehold Improvement | HVAC - Compressor | 6,880.93 | 4,013.73 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 549 | Leasehold Improvement | Mold removal from fitting rooms | 25,252.00 | 25,252.00 |
| 549 | Leasehold Improvement | LL REIMB Mold Expenses | (25,252.00) | (25,252.00) |
| 549 | Leasehold Improvement | Mold removal from fitting rooms | 2,212.50 | 1,290.60 |
| 549 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 200.84 | 114.80 |
| 549 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 7.03 | 4.15 |
| 549 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 40.17 | 22.89 |
| 549 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 126.00 | 72.00 |
| 550 | Leasehold Improvement | Signage - Rebranding | 5,630.00 | 3,284.30 |
| 550 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 175.39 | 100.15 |
| 550 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 6.14 | 3.62 |
| 550 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 35.07 | 19.95 |
| 550 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 110.03 | 62.87 |
| 551 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 208.95 | 119.31 |
| 551 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 7.31 | 4.07 |
| 551 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 41.79 | 23.79 |
| 551 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 131.09 | 74.93 |
| 552 | Leasehold Improvement | Signage - Rebranding | 15,162.02 | 8,664.02 |
| 552 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 214.93 | 122.77 |
| 552 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 7.52 | 4.28 |
| 552 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 42.99 | 24.63 |
| 552 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 134.84 | 76.88 |
| 553 | Leasehold Improvement | General Maintenance | 5,785.00 | 3,305.68 |
| 553 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 180.84 | 103.44 |
| 553 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 6.33 | 5.61 |
| 553 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 36.17 | 32.30 |
| 553 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 113.44 | 64.84 |
| 555 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 126.06 | 99.06 |
| 555 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.41 | 3.51 |
| 555 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 25.21 | 19.81 |
| 555 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 79.08 | 62.16 |
| 558 | Leasehold Improvement | HVAC - Brand new York unit | 29,923.27 | 17,098.99 |
| 558 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 161.40 | 92.28 |
| 558 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 5.65 | 3.13 |
| 558 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 32.28 | 18.60 |
| 558 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 101.25 | 57.69 |
| 559 | Leasehold Improvement | Signage - Rebranding | 17,441.05 | 9,966.31 |
| 559 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 248.86 | 142.30 |
| 559 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 8.72 | 5.12 |
| 559 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 49.78 | 28.54 |
| 559 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 156.12 | 89.16 |
| 559 | Leasehold Improvement |  | 970.49 | 554.69 |
| 562 | Leasehold Improvement | Lightning and light bulbs | 2,008.75 | 1,793.56 |
| 562 | Leasehold Improvement | Tiles installation | 247.50 | 220.95 |
| 562 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 164.46 | 129.18 |
| 562 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 5.76 | 4.50 |
| 562 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 32.90 | 25.88 |
| 562 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 103.17 | 81.03 |
| 563 | Leasehold Improvement | Signage - Rebranding | 4,147.20 | 2,369.88 |
| 563 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 129.08 | 73.64 |
| 563 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.51 | 2.71 |
| 563 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 25.81 | 14.65 |
| 563 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 80.98 | 46.42 |
| 565 | Leasehold Improvement | Lightning and ballasts | 3,199.50 | 3,199.50 |
| 565 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 141.99 | 141.99 |
| 565 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.97 | 4.97 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 565 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 28.39 | 28.39 |
| 565 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 89.08 | 89.08 |
| 566 | Leasehold Improvement | Signage - Rebranding | 17,926.31 | 10,243.55 |
| 566 | Leasehold Improvement | HVAC - Condenser | 4,989.25 | 2,850.85 |
| 566 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 193.75 | 110.59 |
| 566 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 6.78 | 3.90 |
| 566 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 38.75 | 22.19 |
| 566 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 121.55 | 69.35 |
| 567 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 208.21 | 118.93 |
| 567 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 7.29 | 4.05 |
| 567 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 41.64 | 23.64 |
| 567 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 130.62 | 74.46 |
| 568 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 163.04 | 93.20 |
| 568 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 5.71 | 3.19 |
| 568 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 32.60 | 18.56 |
| 568 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 102.29 | 58.37 |
| 569 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 152.23 | 87.07 |
| 569 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 5.33 | 3.17 |
| 569 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 30.45 | 17.49 |
| 569 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 95.50 | 54.46 |
| 570 | Leasehold Improvement | Signage - Rebranding | 3,015.60 | 1,723.20 |
| 570 | Leasehold Improvement | HVAC - Thermostat | 4,275.23 | 2,442.83 |
| 570 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 160.07 | 91.31 |
| 570 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 5.61 | 3.09 |
| 570 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 32.01 | 18.33 |
| 570 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 100.42 | 57.22 |
| 572 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 122.90 | 70.34 |
| 572 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.31 | 2.51 |
| 572 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 24.58 | 14.14 |
| 572 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 77.10 | 43.98 |
| 573 | Leasehold Improvement | HVAC - Thermostat | 8,290.78 | 4,737.58 |
| 573 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 130.69 | 74.53 |
| 573 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.58 | 2.78 |
| 573 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 26.14 | 14.98 |
| 573 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 81.99 | 46.71 |
| 574 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 135.15 | 77.19 |
| 574 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.73 | 2.57 |
| 574 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 84.79 | 48.43 |
| 574 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 27.03 | 15.51 |
| 576 | Leasehold Improvement | Signage - Rebranding | 4,644.02 | 3,427.64 |
| 576 | Leasehold Improvement | Signage - Rebranding | 11,812.22 | 8,718.58 |
| 576 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 103.92 | 76.64 |
| 576 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 3.64 | 2.76 |
| 576 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 65.20 | 48.04 |
| 576 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 20.78 | 15.28 |
| 578 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 89.82 | 51.30 |
| 578 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 3.15 | 1.71 |
| 578 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 56.35 | 32.23 |
| 578 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 17.97 | 10.41 |
| 579 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 116.23 | 66.55 |
| 579 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.07 | 2.27 |
| 579 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 72.92 | 41.60 |
| 579 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 23.25 | 13.17 |
| 580 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 137.40 | 78.36 |
| 580 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.80 | 2.64 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 580 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 86.20 | 49.12 |
| 580 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 27.48 | 15.60 |
| 581 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 160.43 | 91.67 |
| 581 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 5.62 | 3.10 |
| 581 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 100.64 | 57.44 |
| 581 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 32.09 | 18.41 |
| 582 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 138.83 | 79.43 |
| 582 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.86 | 2.70 |
| 582 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 87.10 | 49.66 |
| 582 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 27.77 | 15.89 |
| 583 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 126.90 | 72.54 |
| 583 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.44 | 2.64 |
| 583 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 79.62 | 45.42 |
| 583 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 25.38 | 14.58 |
| 584 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 118.20 | 67.44 |
| 584 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.14 | 2.34 |
| 584 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 74.15 | 42.47 |
| 584 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 23.64 | 13.56 |
| 585 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 113.53 | 64.93 |
| 585 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 3.97 | 2.17 |
| 585 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 71.23 | 40.63 |
| 585 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 22.71 | 12.99 |
| 586 | Leasehold Improvement | HVAC - Condenser | 7,146.58 | 4,083.70 |
| 586 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 137.00 | 78.32 |
| 586 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.79 | 2.63 |
| 586 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 85.94 | 49.22 |
| 586 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 27.40 | 15.52 |
| 586 | Leasehold Improvement | | 242.56 | 138.52 |
| 587 | Leasehold Improvement | HVAC - Compressor | 3,115.94 | 1,780.70 |
| 587 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 134.53 | 76.93 |
| 587 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.71 | 2.55 |
| 587 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 84.41 | 48.41 |
| 587 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 26.91 | 15.39 |
| 588 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 130.13 | 74.33 |
| 588 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.56 | 2.76 |
| 588 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 81.64 | 46.72 |
| 588 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 26.03 | 14.87 |
| 589 | Leasehold Improvement | HVAC - Compressor | 2,627.76 | 1,470.40 |
| 589 | Leasehold Improvement | HVAC - Portables | 3,334.00 | 1,905.16 |
| 589 | Leasehold Improvement | 25-ton and 15-ton Carrier new units | 75,957.02 | 44,308.27 |
| 589 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 115.32 | 66.00 |
| 589 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.04 | 2.24 |
| 589 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 72.35 | 41.39 |
| 589 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 23.07 | 13.35 |
| 590 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 149.62 | 90.88 |
| 590 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 5.24 | 3.26 |
| 590 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 93.86 | 56.90 |
| 590 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 29.92 | 18.04 |
| 591 | Leasehold Improvement | Signage - Rebranding | 15,443.06 | 13,604.56 |
| 591 | Leasehold Improvement | HVAC - Compressor | 19,082.34 | 17,037.81 |
| 591 | Leasehold Improvement | HVAC - Compressor | 48,775.35 | 43,549.41 |
| 591 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 103.69 | 81.55 |
| 591 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 3.63 | 2.91 |
| 591 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 65.03 | 51.17 |
| 591 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 20.74 | 16.24 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 9805 | Leasehold Improvement | | 10,314.37 | 5,893.93 |
| 1 | Equipment | | 2,970.00 | 1,534.50 |
| 1 | Furniture & Fixtures | 36" Rounders, Super Quads | 626.89 | 403.09 |
| 2 | Equipment | | 2,970.00 | 1,237.50 |
| 2 | Furniture & Fixtures | 36" Rounders, Super Quads | 575.81 | 329.21 |
| 3 | Equipment | | 2,970.00 | 1,237.50 |
| 3 | Furniture & Fixtures | 36" Rounders, Super Quads | 555.92 | 317.60 |
| 4 | Equipment | | 2,970.00 | 2,970.00 |
| 510 | Equipment | | 2,376.00 | 1,227.60 |
| 511 | Equipment | | 2,376.00 | 2,376.00 |
| 511 | Furniture & Fixtures | 36" Rounders, Super Quads | 339.23 | 339.23 |
| 511 | Furniture & Fixtures | Gate replacement | 3,157.38 | 3,157.38 |
| 514 | Equipment | | 2,376.00 | 1,702.80 |
| 514 | Furniture & Fixtures | 36" Rounders, Super Quads | 255.82 | 200.92 |
| 515 | Equipment | | 2,376.00 | 990.00 |
| 515 | Furniture & Fixtures | 36" Rounders, Super Quads | 262.46 | 150.14 |
| 516 | Equipment | | 1,782.00 | 742.50 |
| 516 | Furniture & Fixtures | 36" Rounders, Super Quads | 295.25 | 168.89 |
| 517 | Equipment | | 1,782.00 | 1,782.00 |
| 517 | Furniture & Fixtures | 36" Rounders, Super Quads | 278.02 | 278.02 |
| 518 | Leasehold Improvement | Signage - Rebranding | 51,349.50 | 45,236.50 |
| 518 | Equipment | | 1,782.00 | 1,277.10 |
| 518 | Furniture & Fixtures | 36" Rounders, Super Quads | 191.23 | 150.19 |
| 519 | Equipment | | 1,782.00 | 1,782.00 |
| 519 | Furniture & Fixtures | 36" Rounders, Super Quads | 212.28 | 212.28 |
| 525 | Leasehold Improvement | Signage - Rebranding | 9,944.88 | 7,932.25 |
| 525 | Equipment | | 1,782.00 | 1,277.10 |
| 525 | Furniture & Fixtures | 36" Rounders, Super Quads | 215.89 | 169.63 |
| 526 | Furniture & Fixtures | 36" Rounders, Super Quads | 209.20 | 119.56 |
| 527 | Leasehold Improvement | | 14,253.31 | 11,368.75 |
| 527 | Equipment | Sensormatic Ultrapost system for tags | 4,344.20 | 3,464.96 |
| 527 | Equipment | | 1,782.00 | 1,277.10 |
| 527 | Furniture & Fixtures | 36" Rounders, Super Quads | 185.61 | 145.83 |
| 529 | Equipment | | 1,782.00 | 1,782.00 |
| 531 | Furniture & Fixtures | 36" Rounders, Super Quads | 317.17 | 181.09 |
| 532 | Equipment | | 1,782.00 | 742.50 |
| 532 | Furniture & Fixtures | 36" Rounders, Super Quads | 152.66 | 87.14 |
| 533 | Equipment | | 1,782.00 | 742.50 |
| 533 | Furniture & Fixtures | 36" Rounders, Super Quads | 121.10 | 69.26 |
| 534 | Equipment | | 1,782.00 | 742.50 |
| 534 | Furniture & Fixtures | 36" Rounders, Super Quads | 143.19 | 81.99 |
| 535 | Equipment | | 1,782.00 | 742.50 |
| 535 | Furniture & Fixtures | 36" Rounders, Super Quads | 194.81 | 111.29 |
| 537 | Equipment | | 1,782.00 | 742.50 |
| 537 | Furniture & Fixtures | 36" Rounders, Super Quads | 221.25 | 126.57 |
| 538 | Equipment | | 1,782.00 | 742.50 |
| 538 | Furniture & Fixtures | 36" Rounders, Super Quads | 175.98 | 100.38 |
| 539 | Equipment | | 1,782.00 | 742.50 |
| 539 | Furniture & Fixtures | 36" Rounders, Super Quads | 164.52 | 93.96 |
| 540 | Equipment | | 1,782.00 | 920.70 |
| 540 | Furniture & Fixtures | 36" Rounders, Super Quads | 150.36 | 96.66 |
| 541 | Leasehold Improvement | Signage - Rebranding | 1,595.00 | 930.35 |
| 541 | Equipment | EAS system | 4,389.70 | 2,560.60 |
| 541 | Equipment | | 1,782.00 | 742.50 |
| 541 | Furniture & Fixtures | 36" Rounders, Super Quads | 132.34 | 75.46 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 542 | Furniture & Fixtures | Transportation of Fixtures | 590.64 | 337.56 |
| 542 | Equipment | | 2,376.00 | 990.00 |
| 542 | Furniture & Fixtures | 36" Rounders, Super Quads | 304.60 | 173.92 |
| 543 | Equipment | | 1,782.00 | 742.50 |
| 543 | Furniture & Fixtures | 36" Rounders, Super Quads | 206.78 | 118.22 |
| 544 | Equipment | | 1,782.00 | 742.50 |
| 544 | Furniture & Fixtures | 36" Rounders, Super Quads | 168.05 | 96.05 |
| 545 | Equipment | | 1,782.00 | 742.50 |
| 545 | Furniture & Fixtures | 36" Rounders, Super Quads | 156.19 | 89.23 |
| 546 | Equipment | | 2,376.00 | 990.00 |
| 546 | Furniture & Fixtures | 36" Rounders, Super Quads | 456.41 | 260.93 |
| 547 | Equipment | | 2,376.00 | 990.00 |
| 547 | Furniture & Fixtures | 36" Rounders, Super Quads | 411.64 | 235.24 |
| 548 | Equipment | | 1,782.00 | 742.50 |
| 548 | Furniture & Fixtures | 36" Rounders, Super Quads | 287.22 | 164.10 |
| 549 | Equipment | | 1,782.00 | 742.50 |
| 549 | Furniture & Fixtures | 36" Rounders, Super Quads | 254.56 | 145.48 |
| 550 | Equipment | | 1,782.00 | 742.50 |
| 550 | Furniture & Fixtures | 36" Rounders, Super Quads | 222.29 | 126.89 |
| 551 | Equipment | | 1,782.00 | 742.50 |
| 551 | Furniture & Fixtures | 36" Rounders, Super Quads | 264.84 | 151.44 |
| 552 | Equipment | | 1,782.00 | 742.50 |
| 552 | Furniture & Fixtures | 36" Rounders, Super Quads | 272.41 | 155.77 |
| 553 | Equipment | | 1,782.00 | 742.50 |
| 553 | Furniture & Fixtures | 36" Rounders, Super Quads | 229.20 | 130.92 |
| 555 | Equipment | | 1,782.00 | 1,277.10 |
| 555 | Furniture & Fixtures | 36" Rounders, Super Quads | 159.76 | 125.56 |
| 558 | Leasehold Improvement | Exterior Sign | 14,322.47 | 8,354.62 |
| 558 | Equipment | | 1,782.00 | 742.50 |
| 558 | Furniture & Fixtures | 36" Rounders, Super Quads | 204.56 | 116.72 |
| 559 | Equipment | | 2,376.00 | 990.00 |
| 559 | Furniture & Fixtures | 36" Rounders, Super Quads | 315.42 | 180.06 |
| 562 | Equipment | | 1,782.00 | 1,277.10 |
| 562 | Furniture & Fixtures | 36" Rounders, Super Quads | 208.45 | 163.81 |
| 563 | Equipment | | 1,782.00 | 742.50 |
| 563 | Furniture & Fixtures | 36" Rounders, Super Quads | 163.61 | 93.41 |
| 565 | Equipment | | 1,782.00 | 1,782.00 |
| 565 | Furniture & Fixtures | 36" Rounders, Super Quads | 179.97 | 179.97 |
| 566 | Equipment | | 1,782.00 | 742.50 |
| 566 | Furniture & Fixtures | 36" Rounders, Super Quads | 245.57 | 140.45 |
| 567 | Equipment | | 1,782.00 | 742.50 |
| 567 | Furniture & Fixtures | 36" Rounders, Super Quads | 263.89 | 150.85 |
| 568 | Equipment | | 1,782.00 | 742.50 |
| 568 | Furniture & Fixtures | 36" Rounders, Super Quads | 206.65 | 118.09 |
| 569 | Equipment | | 1,782.00 | 742.50 |
| 569 | Furniture & Fixtures | 36" Rounders, Super Quads | 192.93 | 110.13 |
| 570 | Equipment | | 1,782.00 | 742.50 |
| 570 | Furniture & Fixtures | 36" Rounders, Super Quads | 202.88 | 115.76 |
| 572 | Equipment | | 1,782.00 | 742.50 |
| 572 | Furniture & Fixtures | 36" Rounders, Super Quads | 155.77 | 89.17 |
| 573 | Equipment | | 1,782.00 | 742.50 |
| 573 | Furniture & Fixtures | 36" Rounders, Super Quads | 165.65 | 94.73 |
| 574 | Equipment | | 1,782.00 | 742.50 |
| 574 | Furniture & Fixtures | 36" Rounders, Super Quads | 171.29 | 97.85 |
| 576 | Equipment | | 1,782.00 | 1,158.30 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 576 | Furniture & Fixtures | 36" Rounders, Super Quads | 131.72 | 97.18 |
| 578 | Equipment | | 1,782.00 | 742.50 |
| 578 | Furniture & Fixtures | 36" Rounders, Super Quads | 113.84 | 64.88 |
| 579 | Equipment | | 1,782.00 | 742.50 |
| 579 | Furniture & Fixtures | 36" Rounders, Super Quads | 147.32 | 84.32 |
| 580 | Equipment | | 1,782.00 | 742.50 |
| 580 | Furniture & Fixtures | 36" Rounders, Super Quads | 174.14 | 99.62 |
| 581 | Equipment | | 2,376.00 | 990.00 |
| 581 | Furniture & Fixtures | 36" Rounders, Super Quads | 203.33 | 116.21 |
| 582 | Equipment | | 1,782.00 | 742.50 |
| 582 | Furniture & Fixtures | 36" Rounders, Super Quads | 175.96 | 100.72 |
| 583 | Equipment | | 2,376.00 | 990.00 |
| 583 | Furniture & Fixtures | 36" Rounders, Super Quads | 160.84 | 92.08 |
| 584 | Equipment | | 1,782.00 | 742.50 |
| 584 | Furniture & Fixtures | 36" Rounders, Super Quads | 149.81 | 85.73 |
| 585 | Equipment | | 1,782.00 | 742.50 |
| 585 | Furniture & Fixtures | 36" Rounders, Super Quads | 143.89 | 82.33 |
| 586 | Leasehold Improvement | Rebranding - Power wash | 1,950.00 | 1,137.65 |
| 586 | Equipment | | 1,782.00 | 742.50 |
| 586 | Furniture & Fixtures | 36" Rounders, Super Quads | 173.64 | 99.12 |
| 587 | Equipment | | 1,782.00 | 742.50 |
| 587 | Furniture & Fixtures | 36" Rounders, Super Quads | 170.52 | 97.44 |
| 588 | Equipment | | 1,782.00 | 742.50 |
| 588 | Furniture & Fixtures | 36" Rounders, Super Quads | 164.93 | 94.37 |
| 589 | Equipment | | 2,376.00 | 990.00 |
| 589 | Furniture & Fixtures | 36" Rounders, Super Quads | 146.16 | 83.52 |
| 590 | Equipment | | 1,782.00 | 831.60 |
| 590 | Furniture & Fixtures | 36" Rounders, Super Quads | 189.63 | 115.05 |
| 591 | Equipment | | 1,782.00 | 1,277.10 |
| 591 | Furniture & Fixtures | 36" Rounders, Super Quads | 131.45 | 103.37 |
| 1 | Leasehold Improvement | Elevator Maintenance | 4,899.38 | 3,207.81 |
| 1 | Leasehold Improvement | HVAC | 4,459.05 | 2,972.81 |
| 1 | | | (905.27) | (905.27) |
| 2 | | | (860.66) | (860.66) |
| 3 | Leasehold Improvement | HVAC | 10,183.88 | 5,940.48 |
| 3 | | | (774.03) | (774.03) |
| 511 | | | (476.51) | (476.51) |
| 514 | Leasehold Improvement | HVAC | 12,042.14 | 9,748.38 |
| 514 | | | (353.58) | (353.58) |
| 515 | Leasehold Improvement | HVAC | 2,821.80 | 1,612.56 |
| 515 | | | (352.47) | (352.47) |
| 516 | | | (412.72) | (412.72) |
| 517 | | | (390.70) | (390.70) |
| 518 | Leasehold Improvement | Receiving Area Doors | 4,800.00 | 4,342.88 |
| 518 | | | (283.96) | (283.96) |
| 519 | | | (302.78) | (302.78) |
| 525 | Leasehold Improvement | HVAC | 3,916.65 | 3,123.94 |
| 525 | | | (380.30) | (380.30) |
| 526 | Leasehold Improvement | Elevator Decommission | 12,765.63 | 7,446.68 |
| 526 | Leasehold Improvement | HVAC | 3,277.16 | 1,950.82 |
| 526 | | | (354.53) | (354.53) |
| 527 | | | (293.08) | (293.08) |
| 531 | | | (531.34) | (531.34) |
| 532 | Leasehold Improvement | Lighted Storefront Signage | 5,981.46 | 3,560.32 |
| 532 | | | (257.98) | (257.98) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 533 | | | (214.19) | (214.19) |
| 534 | | | (217.91) | (217.91) |
| 535 | | | (251.98) | (251.98) |
| 537 | | | (340.76) | (340.76) |
| 538 | | | (272.84) | (272.84) |
| 539 | | | (248.68) | (248.68) |
| 540 | Leasehold Improvement | Receiving Area Truck Accident Repairs | 3,498.06 | 2,207.22 |
| 540 | | | (251.22) | (251.22) |
| 541 | | | (220.03) | (220.03) |
| 542 | | | (380.37) | (380.37) |
| 543 | | | (278.72) | (278.72) |
| 544 | | | (271.03) | (271.03) |
| 545 | | | (235.35) | (235.35) |
| 546 | | | (654.12) | (654.12) |
| 547 | | | (590.76) | (590.76) |
| 548 | Leasehold Improvement | Vestibule Doors | 2,664.63 | 1,554.43 |
| 548 | | | (376.84) | (376.84) |
| 549 | Leasehold Improvement | HVAC Electrical | 6,593.75 | 3,846.25 |
| 549 | | | (340.74) | (340.74) |
| 550 | | | (361.39) | (361.39) |
| 551 | | | (339.35) | (339.35) |
| 552 | | | (399.92) | (399.92) |
| 553 | | | (336.01) | (336.01) |
| 555 | | | (207.72) | (207.72) |
| 557 | Leasehold Improvement | Sales Floor Lighting | 3,671.97 | 3,671.97 |
| 558 | | | (244.47) | (244.47) |
| 559 | | | (374.54) | (374.54) |
| 562 | | | (263.25) | (263.25) |
| 563 | | | (239.06) | (239.06) |
| 565 | | | (224.58) | (224.58) |
| 566 | Leasehold Improvement | Signage | 1,698.23 | 950.09 |
| 566 | | | (385.18) | (385.18) |
| 567 | Leasehold Improvement | HVAC | 6,491.66 | 3,786.86 |
| 567 | | | (393.85) | (393.85) |
| 568 | | | (329.11) | (329.11) |
| 569 | | | (243.46) | (243.46) |
| 570 | | | (274.08) | (274.08) |
| 572 | | | (236.03) | (236.03) |
| 573 | | | (219.37) | (219.37) |
| 574 | | | (241.57) | (241.57) |
| 576 | | | (194.52) | (194.52) |
| 578 | | | (192.96) | (192.96) |
| 579 | | | (233.03) | (233.03) |
| 580 | | | (265.01) | (265.01) |
| 581 | | | (311.47) | (311.47) |
| 582 | Leasehold Improvement | Signage / Lettering on Wall | 16,573.44 | 10,851.74 |
| 582 | | | (234.44) | (234.44) |
| 583 | | | (202.84) | (202.84) |
| 584 | | | (211.28) | (211.28) |
| 585 | | | (204.63) | (204.63) |
| 586 | | | (254.81) | (254.81) |
| 587 | | | (255.14) | (255.14) |
| 588 | | | (238.53) | (238.53) |
| 589 | Leasehold Improvement | HVAC | 4,938.83 | 2,880.83 |
| 589 | | | (225.36) | (225.36) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 590 | Leasehold Improvement | 7' Signage | 24,985.06 | 14,872.10 |
| 590 | | | (262.55) | (262.55) |
| 591 | | | (176.20) | (176.20) |
| 1 | Leasehold Improvement | Sales Floor Doors | 3,000.00 | 2,000.12 |
| 4 | Leasehold Improvement | Inspection/Water Testing | 1,870.00 | 1,870.00 |
| 535 | | Expensed Per 12 | 1,275.76 | 1,275.76 |
| 549 | Leasehold Improvement | Signage Lamps | 4,246.38 | 2,578.23 |
| 558 | Leasehold Improvement | HVAC | 6,000.00 | 3,642.81 |
| 558 | Leasehold Improvement | | (18,254.58) | (11,300.34) |
| 559 | Leasehold Improvement | Lighting | 2,900.00 | 1,691.80 |
| 559 | Leasehold Improvement | Electrical Work | 4,526.19 | 2,640.39 |
| 580 | Leasehold Improvement | HVAC | 2,875.38 | 1,780.02 |
| 581 | Leasehold Improvement | Labor | 5,001.35 | 3,096.07 |
| 584 | Leasehold Improvement | Signage | 12,963.81 | 7,870.92 |
| 589 | Leasehold Improvement | HVAC Project | 3,159.00 | 1,805.04 |
| 1 | Leasehold Improvement | Roof Project | 6,319.94 | 4,213.22 |
| 1 | Leasehold Improvement | Eletrical - Exterior Sign/Office | 2,600.00 | 1,826.25 |
| 2 | Furniture & Fixtures | | 500.00 | 285.80 |
| 4 | Leasehold Improvement | Fire Sprinkler Repairs | 3,963.05 | 3,963.05 |
| 4 | Leasehold Improvement | Cooling Tower | 4,798.53 | 4,798.53 |
| 511 | Leasehold Improvement | HVAC | 33,298.29 | 33,298.29 |
| 511 | Leasehold Improvement | Rebranding Signage | 18,269.38 | 18,269.38 |
| 515 | Leasehold Improvement | Light Fixtures | 4,766.54 | 2,950.86 |
| 517 | Leasehold Improvement | Repair Leak/Filtration System | 9,086.25 | 9,086.25 |
| 518 | Leasehold Improvement | Reduce Permit Fees | (3,249.59) | (2,862.69) |
| 526 | Leasehold Improvement | Rebranding Project Labor | 562.32 | 308.10 |
| 531 | Leasehold Improvement | Rebranding Project Labor | 2,324.52 | 1,273.06 |
| 532 | Leasehold Improvement | Signage | 10,331.12 | 6,026.47 |
| 533 | Leasehold Improvement | Signage | 12,191.11 | 7,111.56 |
| 539 | Leasehold Improvement | Signage | 2,688.48 | 1,568.13 |
| 546 | Furniture & Fixtures | | 900.00 | 514.44 |
| 547 | Furniture & Fixtures | | 487.50 | 278.70 |
| 548 | Furniture & Fixtures | | 487.50 | 278.70 |
| 549 | Leasehold Improvement | HVAC | 9,480.25 | 5,643.01 |
| 549 | Leasehold Improvement | Rebranding Signage | 12,373.75 | 7,217.90 |
| 549 | Furniture & Fixtures | | 350.00 | 199.88 |
| 550 | Leasehold Improvement | Rebranding Signage | 18,496.30 | 11,450.22 |
| 550 | Furniture & Fixtures | | 350.00 | 199.88 |
| 551 | Furniture & Fixtures | | 350.00 | 199.88 |
| 553 | Leasehold Improvement | Rebranding Signage | 14,382.53 | 8,389.83 |
| 555 | Furniture & Fixtures | | 375.00 | 294.72 |
| 562 | Leasehold Improvement | Rebranding Signage | 35,877.71 | 32,033.63 |
| 563 | Leasehold Improvement | Rebranding Signage | 15,123.80 | 8,822.05 |
| 565 | Furniture & Fixtures | | 375.00 | 375.00 |
| 581 | Leasehold Improvement | Labor / Materials | 3,675.20 | 2,275.20 |
| 581 | Leasehold Improvement | WhiteHawk Travel | 3,065.92 | 1,897.92 |
| 582 | Leasehold Improvement | WhiteHawk Travel | 2,377.64 | 1,471.72 |
| 583 | Leasehold Improvement | | 2,958.91 | 1,866.78 |
| 583 | Leasehold Improvement | Labor | 2,803.53 | 1,735.37 |
| 538 | Leasehold Improvement | | 1,059.31 | 681.01 |
| 543 | Leasehold Improvement | | 1,062.46 | 682.96 |
| 558 | Leasehold Improvement | | 3,236.60 | 2,080.70 |
| 559 | Leasehold Improvement | | 12,125.00 | 6,639.70 |
| 559 | Leasehold Improvement | | 1,799.00 | 1,027.88 |
| 567 | Leasehold Improvement | | 3,998.00 | 2,570.00 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|-----------|
| 568 | Leasehold Improvement | | 5,208.00 | 3,348.00 |
| 569 | Leasehold Improvement | | 980.01 | 629.91 |
| 581 | Leasehold Improvement | | 6,035.17 | 3,735.97 |
| 582 | Furniture & Fixtures | | 3,228.88 | 1,845.04 |
| 585 | Leasehold Improvement | | 11,797.49 | 7,583.99 |
| 585 | Leasehold Improvement | | 1,068.98 | 687.08 |
| 535 | | Expensed Per 12 | (1,219.51) | (1,219.51) |
| 535 | | Expensed Per 12 | (56.25) | (56.25) |
| 559 | Leasehold Improvement | | 4,350.00 | 2,692.72 |
| 519 | | Security Cameras & Install | (5,721.95) | (3,623.81) |
| 519 | | Data Lines | (274.37) | (196.68) |
| 519 | | EAS System | (1,659.40) | (1,224.90) |
| 519 | | EAS System | (415.21) | (306.53) |
| 519 | | EAS System | (210.01) | (155.01) |
| 519 | | EAS System | (1,260.00) | (930.00) |
| 519 | | Configure/Integrate POS | (439.86) | (315.25) |
| 519 | | Cables for Security Camera System | (290.60) | (188.96) |
| 519 | | Security Cameras | (554.98) | (360.73) |
| 519 | | Security Cameras | (37.20) | (24.18) |
| 519 | | Security Cameras | (173.44) | (112.75) |
| 519 | | Security Cameras | (179.62) | (116.83) |
| 519 | | | (550.00) | (550.00) |
| 519 | | | (1,345.13) | (1,345.13) |
| 519 | | | (2,368.42) | (2,368.42) |
| 519 | | | (2,721.88) | (2,721.88) |
| 519 | | | (6,532.50) | (6,532.50) |
| 519 | | | (1,575.05) | (1,575.05) |
| 519 | | | (2,618.56) | (2,618.56) |
| 519 | | | (4,875.53) | (4,875.53) |
| 519 | | HVAC Repairs | (5,925.99) | (5,149.94) |
| 519 | | In-House EE Rebranding Work | (7,409.00) | (7,409.00) |
| 519 | | Fixtures from stock | (709.42) | (709.42) |
| 519 | | | (303.10) | (303.10) |
| 519 | | 36" Round garment assembled | (93.22) | (93.22) |
| 519 | | 22" Super quad, 36" & 42" hangrails | (908.31) | (908.31) |
| 519 | | 22" Rectangular tube - super quad | (141.01) | (141.01) |
| 519 | | 16" & 22" Rectangular tubing rack | (52.00) | (52.00) |
| 519 | | | (275.61) | (275.61) |
| 519 | | | (336.40) | (336.40) |
| 519 | | | (234.64) | (234.64) |
| 519 | | 36' RD FLD rack weld - assembled | (98.83) | (98.83) |
| 519 | | Rebranding: Super quad 4-way rack | (167.48) | (167.48) |
| 519 | | Rebranding: Super quad 4-way rack | (5.86) | (5.86) |
| 519 | | Rebranding: Super quad 4-way rack | (33.50) | (33.50) |
| 519 | | 3500 PC / TV and 247 PC / K80 | (105.08) | (105.08) |
| 519 | | | (1,782.00) | (1,782.00) |
| 519 | | 36" Rounders, Super Quads | (212.28) | (212.28) |
| 521 | | Construction Contract - Draw #1 | (5,910.71) | (5,516.63) |
| 521 | | Construction Contract - Draw #2 | (10,708.01) | (9,994.17) |
| 521 | | Security Cameras & Install | (2,464.01) | (1,930.10) |
| 521 | | EAS System | (392.64) | (331.93) |
| 521 | | EAS System | (1,403.25) | (1,186.02) |
| 521 | | EAS System | (99.96) | (84.49) |
| 521 | | EAS System | (1,236.00) | (1,044.77) |
| 521 | | Configure/Integrate POS | (351.89) | (305.01) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 521 | | Cables for Security Camera System | (290.60) | (232.52) |
| 521 | | | (1,721.00) | (1,606.28) |
| 521 | | Security Cameras | (175.74) | (140.58) |
| 521 | | Security Cameras | (173.44) | (138.76) |
| 521 | | Security Cameras | (179.62) | (143.74) |
| 521 | | | (1,019.15) | (1,019.15) |
| 521 | | | (3,378.51) | (3,378.51) |
| 522 | | Construction Contract - Draw #1 | (4,768.07) | (4,450.23) |
| 522 | | Construction Contract - Draw #2 | (8,637.96) | (8,062.12) |
| 522 | | Security Cameras & Install | (3,092.24) | (2,422.22) |
| 522 | | EAS System | (384.89) | (325.35) |
| 522 | | EAS System | (1,403.25) | (1,186.02) |
| 522 | | EAS System | (99.96) | (84.49) |
| 522 | | EAS System | (1,236.00) | (1,044.77) |
| 522 | | Configure/Integrate POS | (351.89) | (305.01) |
| 522 | | Cables for Security Camera System | (290.60) | (232.52) |
| 522 | | | (1,388.25) | (1,295.69) |
| 522 | | Security Cameras | (763.40) | (610.76) |
| 522 | | Security Cameras | (173.44) | (138.76) |
| 522 | | Security Cameras | (179.62) | (143.74) |
| 522 | | | (620.04) | (620.04) |
| 522 | | | (2,072.57) | (2,072.57) |
| 522 | | | (2,309.86) | (2,309.86) |
| 522 | | | (1,389.75) | (1,389.75) |
| 560 | | Construction Contract - Draw #1 | (22,646.53) | (21,136.77) |
| 560 | | Construction Contract - Draw #2 | (41,027.03) | (38,291.91) |
| 560 | | Security Cameras & Install | (5,174.61) | (4,053.49) |
| 560 | | EAS System | (2,706.03) | (2,319.51) |
| 560 | | EAS System | (329.99) | (282.83) |
| 560 | | EAS System | (206.89) | (177.37) |
| 560 | | EAS System | (2,077.60) | (1,780.84) |
| 560 | | POS Install | (979.00) | (848.44) |
| 560 | | Cables for Security Camera System | (290.60) | (232.52) |
| 560 | | | (7,540.85) | (7,038.13) |
| 560 | | Security Cameras | (366.55) | (293.23) |
| 560 | | Security Cameras | (169.60) | (135.64) |
| 560 | | HVAC | (8,882.85) | (8,290.69) |
| 560 | | Security Cameras | (174.88) | (148.69) |
| 560 | | HVAC | (6,156.55) | (5,746.15) |
| 560 | | | (678.40) | (678.40) |
| 560 | | | (1,149.28) | (1,149.28) |
| 560 | | | (1,290.48) | (1,290.48) |
| 560 | | | (2,328.58) | (2,328.58) |
| 560 | | | (2,336.92) | (2,336.92) |
| 560 | | Sales Floor Lighting Repairs | (2,739.28) | (2,739.28) |
| 560 | | Renovation | (5,714.94) | (5,714.94) |
| 560 | | Sign Survey - Designs/Pricing/Permits | (309.09) | (309.09) |
| 560 | | Repair broken water line | (4,100.00) | (4,100.00) |
| 560 | | Banner | (652.10) | (652.10) |
| 556 | | EAS System | (408.32) | (345.14) |
| 556 | | Data Lines | (258.00) | (223.60) |
| 556 | | Data Lines | (350.00) | (303.36) |
| 556 | | Data Lines | (993.50) | (861.02) |
| 556 | | EAS System | (4,179.82) | (3,532.94) |
| 556 | | EAS System | (206.67) | (174.69) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 556 | | Configure/Integrate POS | (439.86) | (381.22) |
| 556 | | | (12,888.45) | (12,029.25) |
| 556 | | | (1,432.05) | (1,336.61) |
| 556 | | Security Cameras | (750.27) | (600.27) |
| 556 | | EAS System | (2,620.00) | (2,370.48) |
| 556 | | HVAC Repair | (14,385.00) | (13,425.96) |
| 556 | | HVAC Chiller | (22,470.00) | (20,972.00) |
| 556 | | Security Cameras | (170.94) | (136.74) |
| 556 | | Security Cameras & Install | (6,517.98) | (5,214.42) |
| 556 | | HVAC - FINAL | (14,519.90) | (13,551.90) |
| 556 | | Security Cameras | (176.53) | (147.13) |
| 556 | | | (500.00) | (500.00) |
| 556 | | | (5,040.00) | (5,040.00) |
| 556 | | | (1,667.70) | (1,667.70) |
| 556 | | | (500.00) | (466.64) |
| 556 | | | (2,382.50) | (2,223.70) |
| 556 | | | (109.51) | (102.23) |
| 556 | | | (2,000.00) | (1,866.64) |
| 556 | | | (816.60) | (762.12) |
| 556 | | | (4,334.00) | (4,334.00) |
| 556 | | Electrical Work | (2,547.94) | (2,547.94) |
| 556 | | Security Cameras & Install | (4,390.60) | (4,390.60) |
| 557 | | Patch / Paint / Ceiling Tiles | (16,076.75) | (14,234.58) |
| 557 | | EAS System | (491.40) | (421.20) |
| 557 | | Security Cameras & Install | (6,538.06) | (5,121.45) |
| 557 | | EAS System | (3,073.59) | (2,634.51) |
| 557 | | EAS System | (206.67) | (177.15) |
| 557 | | EAS System | (2,730.38) | (2,340.38) |
| 557 | | Configure/Integrate POS | (527.84) | (457.44) |
| 557 | | EAS System | 2,482.40 | 2,098.25 |
| 557 | | Cables for Security Camera System | (290.60) | (232.52) |
| 557 | | Security Cameras | (1,221.20) | (977.00) |
| 557 | | EAS System | (1,544.00) | (1,396.96) |
| 557 | | Security Cameras | (170.94) | (136.74) |
| 557 | | Security Cameras | (176.53) | (147.13) |
| 557 | | | (8,026.80) | (7,491.68) |
| 557 | | | (6,043.04) | (5,640.16) |
| 557 | | | (867.95) | (867.95) |
| 557 | | | (1,074.43) | (1,074.43) |
| 557 | | | (1,605.00) | (1,605.00) |
| 557 | | | (2,000.00) | (2,000.00) |
| 557 | | | (2,493.84) | (2,493.84) |
| 557 | | | (3,070.56) | (3,070.56) |
| 557 | | | (290.00) | (290.00) |
| 557 | | | (1,945.65) | (1,945.65) |
| 557 | | | (4,691.16) | (4,691.16) |
| 557 | | Conveyor | (866.71) | (866.71) |
| 557 | | Sales Floor Lighting | (3,671.97) | (3,671.97) |
| 571 | | EAS System | (336.72) | (284.59) |
| 571 | | EAS System | (208.67) | (176.43) |
| 571 | | Patch / Paint / Ceiling Tiles | (6,796.42) | (6,017.62) |
| 571 | | Configure/Integrate POS | (351.89) | (305.01) |
| 571 | | Security Cameras & Install | (5,853.48) | (4,682.76) |
| 571 | | Security Cameras | (172.43) | (137.99) |
| 571 | | Security Cameras | (178.38) | (151.65) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 571 | | | (513.06) | (513.06) |
| 571 | | | (1,210.00) | (1,210.00) |
| 571 | | | (1,762.50) | (1,762.50) |
| 571 | | | (2,627.98) | (2,627.98) |
| 571 | | | (2,703.13) | (2,703.13) |
| 571 | | | (1,297.10) | (1,297.10) |
| 571 | | | (2,627.98) | (2,627.98) |
| 571 | | | (4,173.63) | (4,173.63) |
| 4 | | Security Cameras & Install | (6,616.37) | (4,190.43) |
| 4 | | Patch / Paint / Ceiling Tiles | (5,070.47) | (4,014.07) |
| 4 | | Data Lines | (618.41) | (443.14) |
| 4 | | EAS System | (3,157.06) | (2,367.88) |
| 4 | | EAS System | (558.72) | (419.07) |
| 4 | | EAS System | (212.01) | (159.09) |
| 4 | | EAS System | (2,020.00) | (1,514.95) |
| 4 | | Configure/Integrate POS | (879.73) | (630.51) |
| 4 | | Cables for Security Camera System | (290.60) | (188.96) |
| 4 | | Security Cameras | (173.44) | (112.75) |
| 4 | | Security Cameras | (179.62) | (116.83) |
| 4 | | Plumbing Repairs | (5,865.00) | (5,229.56) |
| 4 | | | (1,661.45) | (1,661.45) |
| 4 | | | (1,848.84) | (1,848.84) |
| 4 | | | (3,457.49) | (3,457.49) |
| 4 | | | (3,525.00) | (3,525.00) |
| 4 | | | (6,207.43) | (6,207.43) |
| 4 | | | (19,084.24) | (19,084.24) |
| 4 | | | (22,104.86) | (22,104.86) |
| 4 | | | (2,594.20) | (2,594.20) |
| 4 | | | (4,142.19) | (4,142.19) |
| 4 | | | (3,500.00) | (3,500.00) |
| 4 | | | (2,984.25) | (2,984.25) |
| 4 | | Fire Extinguishers + Inspections | (5,990.90) | (5,990.90) |
| 4 | | Ceiling Leak - Receiving Area | (3,800.00) | (3,800.00) |
| 4 | | Rest Room Plumbing | (4,865.00) | (4,865.00) |
| 4 | | Sign Survey - Designs/Pricing/Permits | (309.10) | (309.10) |
| 4 | | In-House EE Rebranding Work | (8,109.00) | (8,109.00) |
| 4 | | Signage | (2,231.94) | (2,231.94) |
| 4 | | Signage Permits | (3,089.69) | (3,089.69) |
| 4 | | Fixtures from stock | (1,278.24) | (1,278.24) |
| 4 | | | (303.10) | (303.10) |
| 4 | | HVAC - Compressor | (8,077.85) | (8,077.85) |
| 4 | | New Store contract -reversal | 8,109.00 | 8,109.00 |
| 4 | | Signage - Rebranding | 426.79 | 426.79 |
| 4 | | Sprinkler system | (3,963.05) | (3,963.05) |
| 4 | | | (453.60) | (453.60) |
| 4 | | | (1,706.40) | (1,706.40) |
| 4 | | | (2,970.00) | (2,970.00) |
| 4 | | Inspection/Water Testing | (1,870.00) | (1,870.00) |
| 4 | | Fire Sprinkler Repairs | (3,963.05) | (3,963.05) |
| 4 | | Cooling Tower | (4,798.53) | (4,798.53) |
| 511 | | Construction Contract - Draw #1 | (46,501.65) | (39,913.98) |
| 511 | | Construction Contract - Draw #2 | (84,243.57) | (72,309.06) |
| 511 | | Security Cameras & Install | (4,814.89) | (3,049.39) |
| 511 | | EAS System | (2,101.29) | (1,550.85) |
| 511 | | EAS System | (656.40) | (484.58) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 511 | | EAS System | (212.01) | (156.57) |
| 511 | | EAS System | (1,496.00) | (1,104.18) |
| 511 | | Configure/Integrate POS | (703.78) | (504.37) |
| 511 | | Relocate / Reconnect Cameras | (1,564.58) | (1,016.90) |
| 511 | | Cables for Security Camera System | (290.60) | (188.96) |
| 511 | | | (13,539.65) | (11,621.54) |
| 511 | | Security Cameras | (175.74) | (114.21) |
| 511 | | Security Cameras | (173.44) | (112.75) |
| 511 | | Security Cameras | (179.62) | (116.83) |
| 511 | | | (660.00) | (660.00) |
| 511 | | | (1,250.00) | (1,250.00) |
| 511 | | | (1,315.51) | (1,315.51) |
| 511 | | | (2,763.54) | (2,763.54) |
| 511 | | | (2,177.28) | (2,177.28) |
| 511 | | | (326.63) | (280.39) |
| 511 | | | (3,388.73) | (3,388.73) |
| 511 | | | (3,014.32) | (3,014.32) |
| 511 | | | (3,566.30) | (3,566.30) |
| 511 | | | (3,390.93) | (3,390.93) |
| 511 | | | (2,791.51) | (2,791.51) |
| 511 | | | (2,974.14) | (2,974.14) |
| 511 | | Sign Survey - Designs/Pricing/Permits | (309.10) | (309.10) |
| 511 | | Front Window Rolling Gate | (4,663.55) | (4,663.55) |
| 511 | | Permits for Signage | (7,177.86) | (7,177.86) |
| 511 | | Lighting Replacements | (1,200.35) | (1,200.35) |
| 511 | | In-House EE Rebranding Work | (7,968.00) | (7,968.00) |
| 511 | | Cover Conway Letters | (242.00) | (242.00) |
| 511 | | Rebranding Change Order | (2,623.40) | (2,623.40) |
| 511 | | Post Renovation Clean-up | (424.61) | (424.61) |
| 511 | | Conveyor | (879.80) | (879.80) |
| 511 | | Fixtures from stock | (942.22) | (942.22) |
| 511 | | | (303.10) | (303.10) |
| 511 | | | (223.19) | (223.19) |
| 511 | | 36" Round garment assembled | (148.97) | (148.97) |
| 511 | | 22" Super quad, 36" & 42" hangrails | (1,451.52) | (1,451.52) |
| 511 | | 22" Rectangular tube - super quad | (225.36) | (225.36) |
| 511 | | 16" & 22" Rectangular tubing rack | (83.09) | (83.09) |
| 511 | | | (440.44) | (440.44) |
| 511 | | | (537.58) | (537.58) |
| 511 | | | (374.97) | (374.97) |
| 511 | | Signage - Rebranding | (626.03) | (626.03) |
| 511 | | 36' RD FLD rack weld - assembled | (98.83) | (98.83) |
| 511 | | | (476.51) | (476.51) |
| 511 | | FBD Fluorescent bay light fixtures | (13,195.00) | (13,195.00) |
| 511 | | Signage - Rebranding | (2,231.94) | (2,231.94) |
| 511 | | Rebranding: Super quad 4-way rack | (267.65) | (267.65) |
| 511 | | Rebranding: Super quad 4-way rack | (9.36) | (9.36) |
| 511 | | Rebranding: Super quad 4-way rack | (53.53) | (53.53) |
| 511 | | 3500 PC / TV and 247 PC / K80 | (167.91) | (167.91) |
| 511 | | | (228.90) | (228.90) |
| 511 | | | (861.10) | (861.10) |
| 511 | | Lock and keys | (1,106.60) | (1,106.60) |
| 511 | | | (2,376.00) | (2,376.00) |
| 511 | | 36" Rounders, Super Quads | (339.23) | (339.23) |
| 511 | | Gate replacement | (3,157.38) | (3,157.38) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 511 | | | 476.51 | 476.51 |
| 511 | | HVAC | (33,298.29) | (33,298.29) |
| 511 | | Rebranding Signage | (18,269.38) | (18,269.38) |
| 517 | | Security Cameras & Install | (1,900.00) | (1,203.26) |
| 517 | | Security Cameras & Install | (3,878.62) | (2,456.54) |
| 517 | | EAS System | (2,049.21) | (1,512.41) |
| 517 | | EAS System | (415.21) | (306.53) |
| 517 | | EAS System | (212.01) | (156.57) |
| 517 | | EAS System | (760.00) | (560.90) |
| 517 | | Configure/Integrate POS | (439.86) | (315.25) |
| 517 | | Cables for Security Camera System | (290.60) | (188.96) |
| 517 | | Renovation Contract | (29,900.00) | (25,664.11) |
| 517 | | EAS System | (481.38) | (355.32) |
| 517 | | Security Cameras | (619.76) | (402.83) |
| 517 | | Security Cameras | (173.44) | (112.75) |
| 517 | | Security Cameras | (179.62) | (116.83) |
| 517 | | | (3,719.45) | (3,719.45) |
| 517 | | | (350.00) | (350.00) |
| 517 | | | (1,575.05) | (1,575.05) |
| 517 | | | (2,961.95) | (2,961.95) |
| 517 | | | (2,814.42) | (2,814.42) |
| 517 | | Installed Signage | (3,922.50) | (3,922.50) |
| 517 | | Sign Survey - Designs/Pricing/Permits | (309.09) | (309.09) |
| 517 | | Door Repairs | (2,500.00) | (2,500.00) |
| 517 | | In-House EE Rebranding Work | (8,398.00) | (8,398.00) |
| 517 | | Cover Conway Letters | (242.00) | (242.00) |
| 517 | | Signage/Banners | (2,231.94) | (2,231.94) |
| 517 | | HVAC | (3,203.20) | (3,203.20) |
| 517 | | Post Renovation Clean-up | (2,307.00) | (2,307.00) |
| 517 | | Fixtures from stock | (942.22) | (942.22) |
| 517 | | | (303.10) | (303.10) |
| 517 | | 36" Round garment assembled | (122.10) | (122.10) |
| 517 | | 22" Super quad, 36" & 42" hangrails | (1,189.62) | (1,189.62) |
| 517 | | 22" Rectangular tube - super quad | (184.70) | (184.70) |
| 517 | | 16" & 22" Rectangular tubing rack | (68.10) | (68.10) |
| 517 | | | (360.97) | (360.97) |
| 517 | | | (440.58) | (440.58) |
| 517 | | | (307.31) | (307.31) |
| 517 | | 36' RD FLD rack weld - assembled | (98.83) | (98.83) |
| 517 | | | (390.70) | (390.70) |
| 517 | | Signage - Rebranding | (12,606.75) | (12,606.75) |
| 517 | | Rebranding: Super quad 4-way rack | (219.36) | (219.36) |
| 517 | | Rebranding: Super quad 4-way rack | (7.68) | (7.68) |
| 517 | | Rebranding: Super quad 4-way rack | (43.88) | (43.88) |
| 517 | | 3500 PC / TV and 247 PC / K80 | (137.62) | (137.62) |
| 517 | | | (188.10) | (188.10) |
| 517 | | | (821.90) | (821.90) |
| 517 | | | (1,782.00) | (1,782.00) |
| 517 | | 36" Rounders, Super Quads | (278.02) | (278.02) |
| 517 | | | 390.70 | 390.70 |
| 517 | | Repair Leak/Filtration System | (9,086.25) | (9,086.25) |
| 529 | | Patch / Paint / Ceiling Tiles | (5,142.86) | (4,125.03) |
| 529 | | EAS System | (330.03) | (247.50) |
| 529 | | EAS System | (203.93) | (152.90) |
| 529 | | EAS System | (10.81) | (8.08) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|-----------|
| 529 | | POS Install | (1,159.00) | (849.88) |
| 529 | | Security Cameras & Install | (4,963.88) | (3,309.28) |
| 529 | | Replaced 7 HVAC Units | (9,325.34) | (7,479.68) |
| 529 | | Security Cameras | (169.94) | (113.34) |
| 529 | | Security Cameras | (175.29) | (122.73) |
| 529 | | | (1,240.00) | (1,240.00) |
| 529 | | | (1,854.00) | (1,854.00) |
| 529 | | | (2,059.87) | (2,059.87) |
| 529 | | HVAC Repairs | (8,598.13) | (7,738.33) |
| 529 | | HVAC Repairs | (5,724.19) | (5,151.79) |
| 529 | | | (784.35) | (679.71) |
| 529 | | | (750.00) | (650.00) |
| 529 | | | (1,324.00) | (1,147.52) |
| 529 | | | (3,842.88) | (3,842.88) |
| 529 | | | (2,587.14) | (2,587.14) |
| 529 | | Rebranding Survey - Labor | (281.03) | (281.03) |
| 529 | | Rebranding Survey + Travel Expenses | (280.35) | (280.35) |
| 529 | | In-House EE Rebranding Work | (1,067.00) | (1,067.00) |
| 529 | | Front End Ceiling Leakage | (3,265.00) | (3,265.00) |
| 529 | | Fixture Labor | (322.08) | (322.08) |
| 529 | | Fixture Labor | (129.36) | (129.36) |
| 529 | | New Store contract -reversal | 1,067.00 | 1,067.00 |
| 529 | | 36' RD FLD rack weld - assembled | (96.44) | (96.44) |
| 529 | | | (1,782.00) | (1,782.00) |
| 565 | | EAS System | (435.65) | (326.66) |
| 565 | | Security Cameras & Install | (6,205.77) | (4,033.74) |
| 565 | | Configure/Integrate POS | (351.89) | (258.13) |
| 565 | | EAS System | (1,652.50) | (1,239.43) |
| 565 | | EAS System | (2,519.63) | (1,889.63) |
| 565 | | Cables for Security Camera System | (290.60) | (193.80) |
| 565 | | Security Cameras | (172.27) | (114.87) |
| 565 | | Security Cameras | (178.18) | (127.69) |
| 565 | | | (11,147.13) | (9,660.89) |
| 565 | | | (758.31) | (758.31) |
| 565 | | | (1,350.00) | (1,350.00) |
| 565 | | | (1,513.91) | (1,513.91) |
| 565 | | | (2,056.29) | (2,056.29) |
| 565 | | | (5,600.00) | (5,600.00) |
| 565 | | | (1,297.10) | (1,297.10) |
| 565 | | | (3,493.33) | (3,493.33) |
| 565 | | | (3,446.72) | (3,446.72) |
| 565 | | | (3,006.63) | (3,006.63) |
| 565 | | HVAC | (3,477.06) | (3,104.55) |
| 565 | | Sign Survey - Designs/Pricing/Permits | (309.09) | (309.09) |
| 565 | | Freight | (100.00) | (100.00) |
| 565 | | Water extraction / clean store | (3,500.00) | (3,500.00) |
| 565 | | Break room HVAC | (3,503.74) | (3,211.77) |
| 565 | | Banner Install | (2,360.00) | (2,360.00) |
| 565 | | Banner Install | (250.00) | (250.00) |
| 565 | | In-House EE Rebranding Work | (11,702.00) | (11,702.00) |
| 565 | | Interior Paint | (2,548.80) | (2,548.80) |
| 565 | | Illuminated sign/Banner | (14,974.05) | (14,974.05) |
| 565 | | Fixtures from stock | (338.52) | (338.52) |
| 565 | | | (1,890.00) | (1,890.00) |
| 565 | | 36" Round garment assembled | (79.08) | (79.08) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 565 | | 22" Super quad, 36" & 42" hangrails | (770.05) | (770.05) |
| 565 | | 22" Rectangular tube - super quad | (119.56) | (119.56) |
| 565 | | 16" & 22" Rectangular tubing rack | (44.09) | (44.09) |
| 565 | | | (235.55) | (235.55) |
| 565 | | | (285.20) | (285.20) |
| 565 | | | (198.93) | (198.93) |
| 565 | | Signage - Rebranding | (3,243.60) | (3,243.60) |
| 565 | | 36' RD FLD rack weld - assembled | (98.03) | (98.03) |
| 565 | | | (224.58) | (224.58) |
| 565 | | Lightning and ballasts | (3,199.50) | (3,199.50) |
| 565 | | Rebranding: Super quad 4-way rack | (141.99) | (141.99) |
| 565 | | Rebranding: Super quad 4-way rack | (4.97) | (4.97) |
| 565 | | Rebranding: Super quad 4-way rack | (28.39) | (28.39) |
| 565 | | 3500 PC / TV and 247 PC / K80 | (89.08) | (89.08) |
| 565 | | | (1,782.00) | (1,782.00) |
| 565 | | 36" Rounders, Super Quads | (179.97) | (179.97) |
| 565 | | | 224.58 | 224.58 |
| 565 | | | (375.00) | (375.00) |
| 1 | Leasehold Improvement | Reclass to Expense per AUDIT | (13,545.00) | (13,545.00) |
| 2 | Leasehold Improvement | Reclass to Expense per AUDIT | (13,404.00) | (13,404.00) |
| 3 | Leasehold Improvement | Reclass to Expense per AUDIT | (10,614.00) | (10,614.00) |
| 510 | Leasehold Improvement | Reclass to Expense per AUDIT | (9,667.00) | (9,667.00) |
| 514 | Leasehold Improvement | Reclass to Expense per AUDIT | (13,459.00) | (13,459.00) |
| 515 | Leasehold Improvement | Reclass to Expense per AUDIT | (11,013.00) | (11,013.00) |
| 516 | Leasehold Improvement | Reclass to Expense per AUDIT | (12,510.00) | (12,510.00) |
| 518 | Leasehold Improvement | Reclass to Expense per AUDIT | (9,502.00) | (9,502.00) |
| 525 | Leasehold Improvement | Reclass to Expense per AUDIT | (8,751.00) | (8,751.00) |
| 526 | Leasehold Improvement | Reclass to Expense per AUDIT | (10,558.00) | (10,558.00) |
| 527 | Leasehold Improvement | Reclass to Expense per AUDIT | (13,324.00) | (13,324.00) |
| 531 | Leasehold Improvement | Reclass to Expense per AUDIT | (13,721.00) | (13,721.00) |
| 532 | Leasehold Improvement | Reclass to Expense per AUDIT | (10,425.00) | (10,425.00) |
| 533 | Leasehold Improvement | Reclass to Expense per AUDIT | (11,016.00) | (11,016.00) |
| 534 | Leasehold Improvement | Reclass to Expense per AUDIT | (12,516.00) | (12,516.00) |
| 535 | Leasehold Improvement | Reclass to Expense per AUDIT | (15,198.00) | (15,198.00) |
| 537 | Leasehold Improvement | Reclass to Expense per AUDIT | (4,262.00) | (4,262.00) |
| 538 | Leasehold Improvement | Reclass to Expense per AUDIT | (3,487.00) | (3,487.00) |
| 539 | Leasehold Improvement | Reclass to Expense per AUDIT | (3,183.00) | (3,183.00) |
| 540 | Leasehold Improvement | Reclass to Expense per AUDIT | (2,709.00) | (2,709.00) |
| 541 | Leasehold Improvement | Reclass to Expense per AUDIT | (3,541.00) | (3,541.00) |
| 542 | Leasehold Improvement | Reclass to Expense per AUDIT | (8,018.00) | (8,018.00) |
| 543 | Leasehold Improvement | Reclass to Expense per AUDIT | (7,090.00) | (7,090.00) |
| 544 | Leasehold Improvement | Reclass to Expense per AUDIT | (7,195.00) | (7,195.00) |
| 545 | Leasehold Improvement | Reclass to Expense per AUDIT | (7,046.00) | (7,046.00) |
| 546 | Leasehold Improvement | Reclass to Expense per AUDIT | (4,586.00) | (4,586.00) |
| 547 | Leasehold Improvement | Reclass to Expense per AUDIT | (5,949.00) | (5,949.00) |
| 548 | Leasehold Improvement | Reclass to Expense per AUDIT | (5,964.00) | (5,964.00) |
| 549 | Leasehold Improvement | Reclass to Expense per AUDIT | (5,980.00) | (5,980.00) |
| 550 | Leasehold Improvement | Reclass to Expense per AUDIT | (7,245.00) | (7,245.00) |
| 551 | Leasehold Improvement | Reclass to Expense per AUDIT | (7,426.00) | (7,426.00) |
| 552 | Leasehold Improvement | Reclass to Expense per AUDIT | (5,106.00) | (5,106.00) |
| 553 | Leasehold Improvement | Reclass to Expense per AUDIT | (7,266.00) | (7,266.00) |
| 555 | Leasehold Improvement | Reclass to Expense per AUDIT | (12,956.00) | (12,956.00) |
| 558 | Leasehold Improvement | Reclass to Expense per AUDIT | (13,609.00) | (13,609.00) |
| 559 | Leasehold Improvement | Reclass to Expense per AUDIT | (12,577.00) | (12,577.00) |
| 562 | Leasehold Improvement | Reclass to Expense per AUDIT | (8,871.00) | (8,871.00) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 563 | Leasehold Improvement | Reclass to Expense per AUDIT | (11,816.00) | (11,816.00) |
| 566 | Leasehold Improvement | Reclass to Expense per AUDIT | (7,253.00) | (7,253.00) |
| 567 | Leasehold Improvement | Reclass to Expense per AUDIT | (7,441.00) | (7,441.00) |
| 568 | Leasehold Improvement | Reclass to Expense per AUDIT | (7,690.00) | (7,690.00) |
| 569 | Leasehold Improvement | Reclass to Expense per AUDIT | (7,536.00) | (7,536.00) |
| 570 | Leasehold Improvement | Reclass to Expense per AUDIT | (7,218.00) | (7,218.00) |
| 572 | Leasehold Improvement | Reclass to Expense per AUDIT | (6,739.00) | (6,739.00) |
| 573 | Leasehold Improvement | Reclass to Expense per AUDIT | (6,639.00) | (6,639.00) |
| 574 | Leasehold Improvement | Reclass to Expense per AUDIT | (7,162.00) | (7,162.00) |
| 576 | Leasehold Improvement | Reclass to Expense per AUDIT | (3,265.00) | (3,265.00) |
| 578 | Leasehold Improvement | Reclass to Expense per AUDIT | (3,211.00) | (3,211.00) |
| 579 | Leasehold Improvement | Reclass to Expense per AUDIT | (3,772.00) | (3,772.00) |
| 580 | Leasehold Improvement | Reclass to Expense per AUDIT | (3,428.00) | (3,428.00) |
| 581 | Leasehold Improvement | Reclass to Expense per AUDIT | (2,592.00) | (2,592.00) |
| 582 | Leasehold Improvement | Reclass to Expense per AUDIT | (3,429.00) | (3,429.00) |
| 583 | Leasehold Improvement | Reclass to Expense per AUDIT | (4,178.00) | (4,178.00) |
| 584 | Leasehold Improvement | Reclass to Expense per AUDIT | (6,769.00) | (6,769.00) |
| 585 | Leasehold Improvement | Reclass to Expense per AUDIT | (5,092.00) | (5,092.00) |
| 586 | Leasehold Improvement | Reclass to Expense per AUDIT | (4,649.00) | (4,649.00) |
| 587 | Leasehold Improvement | Reclass to Expense per AUDIT | (3,144.00) | (3,144.00) |
| 588 | Leasehold Improvement | Reclass to Expense per AUDIT | (4,201.00) | (4,201.00) |
| 589 | Leasehold Improvement | Reclass to Expense per AUDIT | (4,677.00) | (4,677.00) |
| 590 | Leasehold Improvement | Reclass to Expense per AUDIT | (10,017.00) | (10,017.00) |
| 591 | Leasehold Improvement | Reclass to Expense per AUDIT | (4,892.00) | (4,892.00) |
| 1 | Leasehold Improvement | Install New tank Unit (40%) | 7,400.00 | 5,981.59 |
| 1 | Furniture & Fixtures | Mannequins | 2,711.80 | 1,872.52 |
| 2 | Furniture & Fixtures | Check-out station | 7,795.45 | 4,918.65 |
| 558 | Leasehold Improvement | Remove/Dispose duct work | 3,500.00 | 1,470.88 |
| 558 | Leasehold Improvement | Install R-8 Insulation | 4,500.00 | 1,972.88 |
| 581 | Furniture & Fixtures | Fixtures | 4,272.50 | 2,644.98 |
| 1 | Furniture & Fixtures | Fixtures - Check-out Station | 12,667.61 | 8,897.61 |
| 1 | Leasehold Improvement | Elevator Repair | 11,100.00 | 9,157.50 |
| 548 | Leasehold Improvement | HVAC Repair | 6,572.28 | 4,303.32 |
| 576 | Leasehold Improvement | Install of Security System+ | 3,574.44 | 2,800.03 |
| 531 | Equipment | EAS System | 4,575.18 | 3,104.49 |
| 531 | Leasehold Improvement | Register Relocation | 3,800.00 | 2,090.09 |
| 548 | Leasehold Improvement | Heater Rentals | 2,782.64 | 1,821.87 |
| 550 | Leasehold Improvement | Plans with Exit Study | 3,000.00 | 2,350.00 |
| 567 | Leasehold Improvement | Replace Heat Exchanger | 2,535.70 | 1,660.19 |
| 590 | Leasehold Improvement | Install new Paging System | 3,500.00 | 2,216.74 |
| 3 | Leasehold Improvement | General Repairs | 3,153.98 | 2,496.98 |
| 545 | Leasehold Improvement | Interior Lighting | 3,065.09 | 1,737.01 |
| 2 | Leasehold Improvement | HVAC Repairs | 3,099.17 | 2,213.81 |
| 3 | Leasehold Improvement | HVAC Repairs | 2,842.33 | 2,064.01 |
| 3 | Leasehold Improvement | HVAC Repairs | 6,254.23 | 4,541.65 |
| 514 | Leasehold Improvement | HVAC Repairs | 3,284.02 | 3,088.52 |
| 514 | Leasehold Improvement | HVAC Repairs | 5,566.95 | 5,235.60 |
| 515 | Leasehold Improvement | HVAC Repairs | 4,000.00 | 2,904.74 |
| 531 | Leasehold Improvement | HVAC Repairs | 5,237.33 | 3,803.28 |
| 531 | Leasehold Improvement | HVAC Repairs | 3,201.50 | 2,324.97 |
| 531 | Leasehold Improvement | HVAC Repairs | 2,503.50 | 1,818.10 |
| 549 | Leasehold Improvement | Mold Repairs due to HVAC issues | 8,040.32 | 1,876.09 |
| 569 | Leasehold Improvement | HVAC Repairs | 4,945.51 | 2,575.82 |
| 574 | Leasehold Improvement | HVAC Repairs | 13,407.07 | 9,736.04 |
| 582 | Leasehold Improvement | HVAC Repairs | 3,685.53 | 2,676.29 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 582 | Leasehold Improvement | HVAC Repairs | 3,316.00 | 2,407.96 |
| 582 | Leasehold Improvement | HVAC | 3,316.00 | 2,407.96 |
| 2 | Leasehold Improvement | HVAC | 3,520.00 | 2,556.30 |
| 516 | Leasehold Improvement | Electric Outages | 2,537.90 | 1,571.18 |
| 518 | | Will Reclass Per 10-2016 | 4,450.00 | 4,450.00 |
| 526 | Leasehold Improvement | HVAC | 4,842.00 | 3,516.28 |
| 526 | Leasehold Improvement | Decommission 2 Elevator Freight Cars | 10,837.51 | 8,760.38 |
| 531 | Leasehold Improvement | Thermostat Installation | 570.00 | 413.83 |
| 531 | Leasehold Improvement | HVAC | 4,634.86 | 3,365.72 |
| 538 | Leasehold Improvement | HVAC | 5,284.57 | 3,837.64 |
| 547 | Leasehold Improvement | Pest Control | 3,250.00 | - |
| 547 | Leasehold Improvement | Replace electric water heater | 1,633.50 | 1,166.70 |
| 547 | Leasehold Improvement | Replace electric water heater | 1,633.50 | 1,166.70 |
| 548 | Leasehold Improvement | Repair 4 coolers | 4,219.08 | 3,063.79 |
| 581 | Leasehold Improvement | Pylon sign replacement | 4,000.00 | 3,233.41 |
| 582 | Leasehold Improvement | HVAC | 15,987.15 | 11,609.79 |
| 582 | Leasehold Improvement | HVAC | 3,316.00 | 2,407.96 |
| 540 | Leasehold Improvement | Rewiring | 3,800.00 | 3,030.92 |
| 1 | Leasehold Improvement | HVAC | 3,200.00 | 2,514.20 |
| 526 | Leasehold Improvement | HVAC | 3,225.00 | 2,380.42 |
| 582 | Leasehold Improvement | HVAC | 3,316.00 | 2,447.44 |
| 548 | Leasehold Improvement | HVAC | 3,466.08 | 2,558.36 |
| 590 | Leasehold Improvement | HVAC | 2,746.92 | 1,994.82 |
| 514 | Leasehold Improvement | Trouble shoot lighting on stairs | 4,557.00 | 4,139.22 |
| 526 | Leasehold Improvement | Reconnect HVAC smoke evacuation system | 3,261.00 | 2,678.70 |
| 531 | Leasehold Improvement | 4 Cooler Rentals | 4,355.00 | 3,525.40 |
| 548 | Leasehold Improvement | 4 Cooler Rentals | 3,277.52 | 2,653.20 |
| 558 | Leasehold Improvement | Credit on the December's rent for the roof | (3,000.00) | (3,000.00) |
| 518 | | Mis-Posted Per 8 | (4,450.00) | (4,450.00) |
| 526 | Leasehold Improvement | HVAC | 3,692.00 | 2,988.80 |
| 547 | | MISPOTED - CORRECTED PER 12 | 3,357.00 | 3,357.00 |
| 511 | | MISPOTED - CORRECTED PER 12 | (99,900.00) | (99,900.00) |
| 3 | Leasehold Improvement | Sprinkler Repairs | 9,500.27 | 7,916.87 |
| 511 | Leasehold Improvement | Rerplacement of Roll-up Gate/Entry Door | 3,200.00 | 2,628.50 |
| 525 | Leasehold Improvement | Electrical Repairs | 2,673.00 | 2,195.70 |
| 531 | Leasehold Improvement | Replacement of Compressor #3 | 2,982.00 | 2,378.50 |
| 532 | Equipment | Lamps/Ballasts + Installation | 2,775.00 | 2,345.48 |
| 539 | Leasehold Improvement | Winter Maintenance on Units 1 & 2 | 2,926.30 | 2,403.70 |
| 511 | Furniture & Fixtures | Fixture Delivery | 6,100.00 | 5,083.32 |
| 572 | Equipment | Lamps/Ballasts + Installation | 4,188.00 | 3,440.10 |
| 3 | Leasehold Improvement | HVAC | 2,397.84 | 1,883.94 |
| 526 | Leasehold Improvement | HVAC | 1,770.00 | 1,411.81 |
| 531 | Leasehold Improvement | HVAC | 1,800.00 | 1,521.41 |
| 531 | Leasehold Improvement | HVAC | 1,798.65 | 1,413.27 |
| 533 | Leasehold Improvement | HVAC | 2,186.00 | 1,847.74 |
| 535 | Leasehold Improvement | HVAC | 2,523.00 | 2,042.36 |
| 537 | Leasehold Improvement | HVAC | 2,336.45 | 1,919.30 |
| 558 | Leasehold Improvement | HVAC | 1,753.64 | 1,419.56 |
| 558 | Leasehold Improvement | HVAC | 1,650.51 | 1,336.11 |
| 558 | Leasehold Improvement | HVAC | 2,449.58 | 1,924.70 |
| 559 | Leasehold Improvement | HVAC | 2,408.10 | 1,863.37 |
| 563 | Leasehold Improvement | HVAC | 2,261.45 | 1,830.73 |
| 566 | Leasehold Improvement | HVAC | 1,973.12 | 1,597.28 |
| 566 | Leasehold Improvement | HVAC | 1,715.11 | 1,388.39 |
| 567 | Leasehold Improvement | HVAC | 1,982.95 | 1,605.19 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 569 | Leasehold Improvement | HVAC | 2,178.01 | 1,763.13 |
| 570 | Leasehold Improvement | HVAC | 1,994.00 | 1,661.64 |
| 572 | Leasehold Improvement | HVAC | 1,766.58 | 1,430.10 |
| 572 | Leasehold Improvement | HVAC | 1,624.96 | 1,315.52 |
| 574 | Leasehold Improvement | HVAC | 2,540.36 | 2,056.52 |
| 574 | Leasehold Improvement | HVAC | 1,782.66 | 1,443.14 |
| 582 | Leasehold Improvement | HVAC | 2,460.56 | 1,991.92 |
| 582 | Leasehold Improvement | HVAC | 1,963.04 | 1,589.12 |
| 582 | Leasehold Improvement | HVAC | 1,514.10 | 1,225.62 |
| 583 | Leasehold Improvement | HVAC | 1,845.65 | 1,494.13 |
| 583 | Leasehold Improvement | HVAC | 1,816.44 | 1,470.52 |
| 589 | Leasehold Improvement | HVAC | 1,800.00 | 1,521.41 |
| 589 | Leasehold Improvement | HVAC | 1,640.00 | 1,308.16 |
| 514 | Leasehold Improvement | HVAC | 2,685.42 | 2,397.69 |
| 515 | Leasehold Improvement | HVAC | 2,152.25 | 1,562.99 |
| 543 | Leasehold Improvement | HVAC | 2,126.82 | 1,620.42 |
| 543 | Leasehold Improvement | HVAC | 1,615.05 | 1,153.53 |
| 553 | Leasehold Improvement | HVAC | 2,057.88 | 1,543.38 |
| 567 | Leasehold Improvement | HVAC | 2,018.40 | 1,465.71 |
| 568 | Leasehold Improvement | HVAC | 1,667.29 | 1,250.44 |
| 574 | Leasehold Improvement | HVAC | 4,712.27 | 3,590.27 |
| 578 | Leasehold Improvement | HVAC | 1,522.31 | 1,141.79 |
| 582 | Leasehold Improvement | HVAC | 2,812.22 | 2,109.14 |
| 590 | Leasehold Improvement | HVAC | 4,517.60 | 3,388.22 |
| 590 | Leasehold Improvement | HVAC | 2,226.46 | 1,616.73 |
| 590 | Leasehold Improvement | HVAC | 1,629.09 | 1,202.51 |
| 1 | Leasehold Improvement | HVAC | 2,241.62 | 1,734.51 |
| 568 | Leasehold Improvement | HVAC | 1,571.18 | 1,271.98 |
| 547 | | MISPOTED - CORRECTED PER 12 | (3,357.00) | (3,357.00) |
| 511 | | MISPOTED - CORRECTED PER 12 | 99,900.00 | 99,900.00 |
| 518 | Leasehold Improvement | | (1,100.00) | (1,100.00) |
| 518 | Leasehold Improvement | | (2,698.79) | (2,698.79) |
| 518 | Leasehold Improvement | | (2,721.88) | (2,721.88) |
| 518 | Leasehold Improvement | | (3,810.63) | (3,810.63) |
| 518 | Leasehold Improvement | | (6,156.48) | (5,027.88) |
| 518 | Leasehold Improvement | | (3,535.19) | (3,030.11) |
| 518 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | (309.09) | (250.21) |
| 518 | Leasehold Improvement | HVAC | (3,113.74) | (2,668.90) |
| 518 | Leasehold Improvement | Signage Permits | (9,129.45) | (7,716.61) |
| 518 | Leasehold Improvement | | (303.10) | (263.39) |
| 518 | Leasehold Improvement | | (303.03) | (263.32) |
| 518 | Leasehold Improvement | | (211.36) | (183.64) |
| 518 | Leasehold Improvement | HVAC - replace valves and strainers | (11,973.56) | (10,548.16) |
| 518 | Leasehold Improvement | Signage - Rebranding | (51,349.50) | (45,236.50) |
| 518 | Leasehold Improvement | Receiving Area Doors | (4,800.00) | (4,342.88) |
| 518 | Leasehold Improvement | Reduce Permit Fees | 3,249.59 | 2,862.69 |
| 555 | Leasehold Improvement | | (1,343.40) | (1,343.40) |
| 555 | Leasehold Improvement | | (1,682.61) | (1,682.61) |
| 555 | Leasehold Improvement | | (1,726.75) | (1,726.75) |
| 555 | Leasehold Improvement | | (2,302.28) | (2,302.28) |
| 555 | Leasehold Improvement | | (400.00) | (303.43) |
| 555 | Leasehold Improvement | | (3,662.63) | (2,616.23) |
| 555 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | (309.09) | (224.45) |
| 555 | Leasehold Improvement | Signage | (23,997.38) | (17,998.10) |
| 555 | Leasehold Improvement | Banner Install | (637.10) | (500.66) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 555 | Leasehold Improvement | | (253.18) | (199.00) |
| 555 | Leasehold Improvement | | (176.60) | (138.80) |
| 555 | Leasehold Improvement | Signage - Rebranding | (2,360.00) | (1,798.00) |
| 562 | Leasehold Improvement | | (230.40) | (203.00) |
| 562 | Leasehold Improvement | Tiles installation | (247.50) | (220.95) |
| 562 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | (309.00) | (253.89) |
| 562 | Leasehold Improvement | | (330.32) | (291.02) |
| 562 | Leasehold Improvement | | (840.00) | (840.00) |
| 562 | Leasehold Improvement | Rebranding | (918.00) | (808.70) |
| 562 | Leasehold Improvement | | (1,471.43) | (1,471.43) |
| 562 | Leasehold Improvement | Lightning and light bulbs | (2,008.75) | (1,793.56) |
| 562 | Leasehold Improvement | | (2,250.00) | (2,250.00) |
| 562 | Leasehold Improvement | | (2,485.72) | (2,485.72) |
| 562 | Leasehold Improvement | Repair broken water line | (2,793.00) | (2,427.25) |
| 562 | Leasehold Improvement | | (3,983.20) | (3,414.16) |
| 562 | Leasehold Improvement | | (4,955.66) | (4,955.66) |
| 562 | Leasehold Improvement | Remodel : Construction Contract | (8,666.02) | (7,149.40) |
| 562 | Leasehold Improvement | Rebranding Signage | (35,877.71) | (32,033.63) |
| 591 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | (5,428.58) | (4,071.38) |
| 591 | Leasehold Improvement | New Store : HVAC | (22,409.62) | (18,487.87) |
| 591 | Leasehold Improvement | | (6,055.77) | (4,996.11) |
| 591 | Leasehold Improvement | | (2,212.50) | (2,212.50) |
| 591 | Leasehold Improvement | | (2,500.00) | (2,500.00) |
| 591 | Leasehold Improvement | | (2,544.74) | (2,544.74) |
| 591 | Leasehold Improvement | | (100.00) | (82.57) |
| 591 | Leasehold Improvement | Rebranding Survey - Labor | (281.04) | (187.24) |
| 591 | Leasehold Improvement | Rebranding Survey + Travel Expenses | (280.36) | (186.84) |
| 591 | Leasehold Improvement | Renovation | (10,525.00) | (8,770.80) |
| 591 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | (309.09) | (253.89) |
| 591 | Leasehold Improvement | Removal of storefront signage | (1,668.00) | (1,429.68) |
| 591 | Leasehold Improvement | Coming Soon Banner | (652.10) | (558.98) |
| 591 | Leasehold Improvement | HVAC | (269.50) | (234.19) |
| 591 | Leasehold Improvement | | (208.26) | (183.46) |
| 591 | Leasehold Improvement | | (145.29) | (127.99) |
| 591 | Leasehold Improvement | Signage - Rebranding | (180.00) | (158.60) |
| 591 | Leasehold Improvement | Signage - Rebranding | (494.30) | (423.74) |
| 591 | Leasehold Improvement | Signage - Rebranding | (15,443.06) | (13,604.56) |
| 591 | Leasehold Improvement | HVAC - Compressor | (19,082.34) | (17,037.81) |
| 591 | Leasehold Improvement | HVAC - Compressor | (48,775.35) | (43,549.41) |
| 512 | Leasehold Improvement | | (3,396.23) | (3,396.23) |
| 512 | Leasehold Improvement | | (4,447.63) | (4,447.63) |
| 512 | Leasehold Improvement | | (3,396.23) | (3,396.23) |
| 512 | Leasehold Improvement | | (3,197.07) | (3,197.07) |
| 524 | Leasehold Improvement | Rebranding Survey - Labor | (281.03) | (281.03) |
| 524 | Leasehold Improvement | Rebranding Survey + Travel Expenses | (280.35) | (280.35) |
| 524 | Leasehold Improvement | | (217.09) | (217.09) |
| 564 | Leasehold Improvement | | (4,760.68) | (3,400.60) |
| 564 | Leasehold Improvement | | (3,328.97) | (2,377.85) |
| 564 | Leasehold Improvement | | (3,224.26) | (2,763.70) |
| 575 | Leasehold Improvement | | (550.00) | (550.00) |
| 575 | Leasehold Improvement | | (1,478.40) | (1,478.40) |
| 575 | Leasehold Improvement | | (2,100.23) | (2,100.23) |
| 575 | Leasehold Improvement | | (2,718.75) | (2,718.75) |
| 575 | Leasehold Improvement | | (3,077.69) | (1,694.33) |
| 577 | Leasehold Improvement | | (4,841.78) | (4,841.78) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 1 | Leasehold Improvement | HVAC Unit #3 | 1,904.06 | 1,654.69 |
| 1 | Leasehold Improvement | HVAC Unit #5 | 1,904.06 | 1,654.69 |
| 1 | Leasehold Improvement | HVAC Unit #1 | 1,872.64 | 1,627.45 |
| 1 | Leasehold Improvement | HVAC Unit #2 | 1,872.64 | 1,627.45 |
| 511 | Furniture & Fixtures | Fixture Delivery | 12,900.00 | 10,903.59 |
| 526 | Leasehold Improvement | Install Door Restrictor & Alarm | 5,448.96 | 4,540.76 |
| 526 | Leasehold Improvement | Install Retractable Pit Ladder | 4,982.29 | 4,151.89 |
| 541 | Leasehold Improvement | HVAC Unit #3 | 1,912.26 | 1,525.17 |
| 543 | Equipment | Bulbs & Ballasts | 1,717.00 | 906.27 |
| 543 | Leasehold Improvement | Electrical & Lighting | 1,522.17 | 1,214.13 |
| 546 | Equipment | Bulbs & Ballasts | 1,999.98 | 999.90 |
| 548 | Leasehold Improvement | Electrical & Lighting | 1,674.35 | 1,335.54 |
| 548 | Equipment | Bulbs & Ballasts | 1,877.00 | 990.62 |
| 550 | Leasehold Improvement | HVAC | 6,480.39 | 5,091.69 |
| 550 | Equipment | Bulbs & Ballasts | 1,809.00 | 904.50 |
| 550 | Equipment | Bulbs & Ballasts | 1,714.71 | 857.37 |
| 553 | Equipment | Bulbs & Ballasts | 1,772.00 | 935.26 |
| 553 | Leasehold Improvement | Electrical & Lighting | 1,768.80 | (21.13) |
| 559 | Leasehold Improvement | HVAC | 1,995.00 | 1,591.25 |
| 559 | Leasehold Improvement | HVAC | 1,988.00 | 1,585.61 |
| 2 | Furniture & Fixtures | Fixtures | 7,261.53 | 5,446.08 |
| 3 | Leasehold Improvement | HVAC | 3,316.68 | 2,369.16 |
| 510 | Leasehold Improvement | Wall removal | 4,500.00 | 3,642.88 |
| 510 | Leasehold Improvement | Emergency gate | 1,273.60 | 1,031.04 |
| 510 | Leasehold Improvement | Emergency gate | 1,860.00 | 1,505.76 |
| 510 | Leasehold Improvement | Emergency gate | 1,900.00 | 1,538.08 |
| 511 | Furniture & Fixtures | Add-on Hangrail | 1,415.38 | 1,162.63 |
| 511 | Furniture & Fixtures | Chrome Hangrail | 849.23 | 697.58 |
| 511 | Furniture & Fixtures | Hangrail | 1,910.76 | 1,569.51 |
| 511 | Furniture & Fixtures | Fixtures | 7,284.61 | 6,157.25 |
| 526 | Leasehold Improvement | Secure rolling door | 2,157.50 | 1,869.82 |
| 539 | Leasehold Improvement | HVAC | 1,966.21 | 1,591.65 |
| 574 | Leasehold Improvement | HVAC | 4,201.92 | 3,001.44 |
| 579 | Leasehold Improvement | HVAC | 3,066.66 | 2,299.95 |
| 510 | Leasehold Improvement | Signage Permits | 3,150.00 | 2,550.00 |
| 510 | Leasehold Improvement | Remove Awnings | 3,500.00 | 2,749.94 |
| 514 | | STORE CLOSED 2/25/17 - EXPENSE Per 6 | 4,557.00 | 4,557.00 |
| 515 | Leasehold Improvement | HVAC | 1,408.69 | 1,157.14 |
| 515 | Leasehold Improvement | HVAC | 1,600.00 | 1,314.25 |
| 525 | | CLOSED STORE - Reclass Period 6 | 4,247.14 | 4,247.14 |
| 525 | | CLOSED STORE - Reclass Period 6 | 1,900.00 | 1,900.00 |
| 525 | | CLOSED STORE - Reclass Period 6 | 2,214.00 | 2,214.00 |
| 541 | Equipment | Bulbs & Ballasts | 1,803.91 | 1,002.15 |
| 541 | Equipment | Bulbs & Ballasts | 1,743.00 | 968.28 |
| 541 | Leasehold Improvement | Installation | 1,600.00 | 1,295.20 |
| 545 | Equipment | Bulbs & Ballasts | 1,789.59 | 1,043.94 |
| 545 | Leasehold Improvement | Sign Repairs | 1,950.00 | 1,601.85 |
| 566 | Leasehold Improvement | Rollup Door Repair | 1,994.00 | 1,637.90 |
| 570 | Leasehold Improvement | HVAC | 1,690.37 | 1,388.57 |
| 573 | Leasehold Improvement | Door Repairs | 1,785.08 | 1,445.08 |
| 573 | Equipment | Bulbs & Ballasts | 1,830.30 | 1,067.70 |
| 573 | Leasehold Improvement | Ceiling Tiles | 1,833.15 | 1,505.85 |
| 585 | Leasehold Improvement | Building Repairs | 1,735.00 | 1,363.30 |
| 2 | Leasehold Improvement | Construction Project Labor - T Price to submit Invoice | 3,347.40 | 3,347.40 |
| 510 | Equipment | Baler | 2,670.00 | 2,091.50 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 511 | Leasehold Improvement | Exit Gate Replacement | 3,600.00 | 3,214.26 |
| 515 | Leasehold Improvement | HVAC | 2,029.91 | 1,691.53 |
| 525 | | CLOSED STORE - Reclass Period 6 | 3,005.67 | 3,005.67 |
| 538 | Leasehold Improvement | Electrical Work | 1,425.00 | 1,170.60 |
| 538 | Leasehold Improvement | Electrical Work | 1,675.00 | 1,375.90 |
| 538 | Leasehold Improvement | Electrical Work | 1,200.00 | 985.65 |
| 547 | Equipment | Bulbs & Ballasts | 1,917.00 | 958.50 |
| 553 | Leasehold Improvement | Signage Replacement | 2,903.75 | 311.15 |
| 558 | Equipment | Bulbs & Ballasts | 1,538.00 | 939.92 |
| 563 | Equipment | Bulbs & Ballasts | 1,719.10 | 859.60 |
| 563 | Equipment | Bulbs & Ballasts | 1,681.00 | 840.58 |
| 567 | Equipment | Bulbs & Ballasts | 1,904.62 | 952.24 |
| 590 | Leasehold Improvement | Supply & Replace Ignition Module | 1,652.00 | 1,356.95 |
| 590 | Leasehold Improvement | Supply & Replace the Ignition Module | 1,748.45 | 1,436.30 |
| 527 | Computer Equipment | POS Install | (1,159.00) | (598.72) |
| 527 | Equipment | EAS System | (408.45) | (243.21) |
| 527 | Equipment | EAS System | (203.93) | (121.31) |
| 527 | Equipment | Security Cameras & Install | (4,470.91) | (2,011.75) |
| 527 | Equipment | Security Cameras | (169.94) | (76.55) |
| 527 | Equipment | Security Cameras | (175.29) | (84.77) |
| 527 | Equipment | Sensormatic Ultrapost system for tags | (4,344.20) | (3,464.96) |
| 527 | Equipment | | (1,782.00) | (1,277.10) |
| 527 | Furniture & Fixtures | Conveyor | (2,207.69) | (1,734.65) |
| 527 | Furniture & Fixtures | Conveyor | (861.48) | (676.80) |
| 527 | Furniture & Fixtures | Fixtures from stock | (69.00) | (54.24) |
| 527 | Furniture & Fixtures | Fixtures from stock | (2.73) | (2.19) |
| 527 | Furniture & Fixtures | 36" Round garment assembled | (81.65) | (64.19) |
| 527 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | (794.20) | (624.10) |
| 527 | Furniture & Fixtures | 22" Rectangular tube - super quad | (123.30) | (96.84) |
| 527 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | (45.46) | (35.74) |
| 527 | Furniture & Fixtures | | (246.94) | (194.02) |
| 527 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | (96.44) | (75.74) |
| 527 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (146.44) | (115.12) |
| 527 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (5.12) | (4.04) |
| 527 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (29.29) | (22.99) |
| 527 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | (91.87) | (72.25) |
| 527 | Furniture & Fixtures | 36" Rounders, Super Quads | (185.61) | (145.83) |
| 527 | Leasehold Improvement | | (14,253.31) | (11,368.75) |
| 527 | Leasehold Improvement | | (784.35) | (594.69) |
| 527 | Leasehold Improvement | | (750.00) | (568.75) |
| 527 | Leasehold Improvement | Rebranding Survey - Labor | (281.03) | (160.43) |
| 527 | Leasehold Improvement | Rebranding Survey + Travel Expenses | (280.35) | (160.11) |
| 527 | Leasehold Improvement | Replaced Ceiling Tiles | (880.00) | (638.96) |
| 527 | Leasehold Improvement | Renovation : Painting | (4,200.00) | (3,050.00) |
| 527 | Leasehold Improvement | | (426.25) | (323.30) |
| 527 | Leasehold Improvement | | (294.13) | (231.13) |
| 527 | Leasehold Improvement | | (205.16) | (161.24) |
| 527 | Leasehold Improvement | | (258.18) | (202.92) |
| 527 | Leasehold Improvement | Signage Lighting | (4,834.88) | (3,683.68) |
| 527 | Leasehold Improvement | | (3,142.90) | (2,693.86) |
| 527 | Leasehold Improvement | In-House EE Rebranding Work | (13,324.00) | (13,324.00) |
| 527 | Leasehold Improvement | Reclass to Expense per AUDIT | 13,324.00 | 13,324.00 |
| 527 | Leasehold Improvement | Installed Signage | (1,457.50) | (1,075.80) |
| 527 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | (309.09) | (224.45) |
| 527 | Leasehold Improvement | Signage | (1,985.14) | (1,488.91) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 527 | Leasehold Improvement | | (1,210.00) | (1,210.00) |
| 527 | Leasehold Improvement | HVAC Repairs | (5,531.75) | (3,819.65) |
| 527 | Leasehold Improvement | Painted Logo | (4,107.00) | (2,982.53) |
| 527 | Leasehold Improvement | | (1,240.00) | (1,240.00) |
| 527 | Leasehold Improvement | | (4,714.29) | (4,714.29) |
| 527 | Leasehold Improvement | Signage - Rebranding | (4,592.50) | (3,608.44) |
| 527 | Leasehold Improvement | | (1,776.75) | (1,776.75) |
| 527 | Leasehold Improvement | | (1,774.28) | (1,774.28) |
| 9905 | Computer Equipment | POS Install | 598.72 | 366.88 |
| 9905 | Equipment | EAS System | 243.21 | 184.89 |
| 9905 | Equipment | EAS System | 121.31 | 92.15 |
| 9905 | Equipment | Security Cameras & Install | 2,011.75 | 1,117.51 |
| 9905 | Equipment | Security Cameras | 76.55 | 42.59 |
| 9905 | Equipment | Security Cameras | 84.77 | 32.21 |
| 9905 | Equipment | Sensormatic Ultrapost system for tags | 3,464.96 | 2,844.32 |
| 9905 | Equipment | | 1,277.10 | 742.50 |
| 9905 | Furniture & Fixtures | Conveyor | 1,734.65 | 1,261.61 |
| 9905 | Furniture & Fixtures | Conveyor | 676.80 | 492.12 |
| 9905 | Furniture & Fixtures | Fixtures from stock | 54.24 | 44.40 |
| 9905 | Furniture & Fixtures | Fixtures from stock | 2.19 | 1.83 |
| 9905 | Furniture & Fixtures | 36" Round garment assembled | 64.19 | 52.55 |
| 9905 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 624.10 | 510.70 |
| 9905 | Furniture & Fixtures | 22" Rectangular tube - super quad | 96.84 | 79.20 |
| 9905 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 35.74 | 29.26 |
| 9905 | Furniture & Fixtures | | 194.02 | 158.74 |
| 9905 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 75.74 | 55.04 |
| 9905 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 115.12 | 94.24 |
| 9905 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.04 | 3.32 |
| 9905 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 22.99 | 18.79 |
| 9905 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 72.25 | 59.17 |
| 9905 | Furniture & Fixtures | 36" Rounders, Super Quads | 145.83 | 119.31 |
| 514 | Equipment | Security Cameras & Install | (5,624.57) | (2,437.41) |
| 514 | Equipment | EAS System | (2,808.30) | (1,671.68) |
| 514 | Equipment | EAS System | (677.88) | (403.50) |
| 514 | Equipment | EAS System | 1,262.95 | 751.59 |
| 514 | Equipment | EAS System | (784.00) | (466.78) |
| 514 | Equipment | Cables for Security Camera System | (290.60) | (130.88) |
| 514 | Equipment | Security Cameras | (554.98) | (249.73) |
| 514 | Equipment | Security Cameras | (173.44) | (78.07) |
| 514 | Equipment | Security Cameras | (179.62) | (80.95) |
| 514 | Equipment | | (2,376.00) | (1,702.80) |
| 514 | Furniture & Fixtures | | (2,084.63) | (2,084.63) |
| 514 | Furniture & Fixtures | Fixtures from stock | (433.90) | (340.84) |
| 514 | Furniture & Fixtures | 36" Round garment assembled | (112.35) | (88.23) |
| 514 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | (1,094.61) | (860.07) |
| 514 | Furniture & Fixtures | 22" Rectangular tube - super quad | (169.94) | (133.58) |
| 514 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | (62.67) | (49.17) |
| 514 | Furniture & Fixtures | | (332.14) | (261.04) |
| 514 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | (98.83) | (77.59) |
| 514 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (201.83) | (158.63) |
| 514 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (7.07) | (5.63) |
| 514 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (40.37) | (31.73) |
| 514 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | (126.62) | (99.44) |
| 514 | Furniture & Fixtures | 36" Rounders, Super Quads | (255.82) | (200.92) |
| 514 | Computer Equipment | Configure/Integrate POS | (615.81) | (318.27) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 514 | Leasehold Improvement | Permits for Signage | (2,495.37) | (1,871.46) |
| 514 | Leasehold Improvement | Logo Sign/Banner | (11,685.55) | (9,042.46) |
| 514 | Leasehold Improvement | HVAC Repairs | (5,566.95) | (5,235.60) |
| 514 | Leasehold Improvement |  | (6,156.48) | (4,668.78) |
| 514 | Leasehold Improvement |  | (405.40) | (318.46) |
| 514 | Leasehold Improvement |  | (282.76) | (222.10) |
| 514 | Leasehold Improvement |  | (451.50) | (354.66) |
| 514 | Leasehold Improvement |  | (1,698.50) | (1,334.54) |
| 514 | Leasehold Improvement | HVAC Repairs | (3,284.02) | (3,088.52) |
| 514 | Leasehold Improvement | In-House EE Rebranding Work | (13,459.00) | (13,459.00) |
| 514 | Leasehold Improvement | Reclas to Expense per AUDIT | 13,459.00 | 13,459.00 |
| 514 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | (309.09) | (224.45) |
| 514 | Leasehold Improvement |  | (3,443.17) | (2,951.29) |
| 514 | Leasehold Improvement | Replace Timer | (6,282.10) | (4,921.00) |
| 514 | Leasehold Improvement |  | (770.00) | (770.00) |
| 514 | Leasehold Improvement |  | (1,391.26) | (1,391.26) |
| 514 | Leasehold Improvement | HVAC Repairs | (3,835.95) | (2,785.54) |
| 514 | Leasehold Improvement | HVAC - Compressor | (12,589.65) | (9,891.81) |
| 514 | Leasehold Improvement | HVAC - Evaporator coils for airflow | (16,572.69) | (13,021.47) |
| 514 | Leasehold Improvement | HVAC - Evaporator coils for airflow | (4,474.79) | (3,515.93) |
| 514 | Leasehold Improvement |  | (5,160.51) | (4,054.77) |
| 514 | Leasehold Improvement | HVAC | (12,042.14) | (9,748.38) |
| 514 | Leasehold Improvement |  | (5,113.89) | (3,877.91) |
| 514 | Leasehold Improvement |  | (4,695.53) | (3,353.93) |
| 514 | Leasehold Improvement |  | (5,113.89) | (3,877.91) |
| 514 | Leasehold Improvement |  | (303.10) | (238.12) |
| 514 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | (34,567.81) | (23,045.25) |
| 514 | Leasehold Improvement |  | (1,633.13) | (1,633.13) |
| 514 | Leasehold Improvement | Lighting Replacements | (2,111.63) | (1,608.83) |
| 514 | Leasehold Improvement | Signage/Banners | (4,355.00) | (3,369.85) |
| 514 | Leasehold Improvement | Overhead Door Repair | (3,342.46) | (2,586.45) |
| 514 | Leasehold Improvement | HVAC - Compressor | (5,941.59) | (4,668.45) |
| 514 | Leasehold Improvement | HVAC | (2,685.42) | (2,397.69) |
| 514 | Leasehold Improvement |  | (1,887.89) | (1,887.89) |
| 514 | Leasehold Improvement | Trouble shoot lighting on stairs | (4,557.00) | (4,139.22) |
| 9905 | Equipment | Security Cameras & Install | 2,437.41 | 750.09 |
| 9905 | Equipment | EAS System | 1,671.68 | 1,069.94 |
| 9905 | Equipment | EAS System | 403.50 | 258.24 |
| 9905 | Equipment | EAS System | (751.59) | (480.87) |
| 9905 | Equipment | EAS System | 466.78 | 298.84 |
| 9905 | Equipment | Cables for Security Camera System | 130.88 | 43.76 |
| 9905 | Equipment | Security Cameras | 249.73 | 83.23 |
| 9905 | Equipment | Security Cameras | 78.07 | 26.05 |
| 9905 | Equipment | Security Cameras | 80.95 | 27.13 |
| 9905 | Equipment |  | 1,702.80 | 990.00 |
| 9905 | Furniture & Fixtures |  | 2,084.63 | 2,084.63 |
| 9905 | Furniture & Fixtures | Fixtures from stock | 340.84 | 278.80 |
| 9905 | Furniture & Fixtures | 36" Round garment assembled | 88.23 | 72.15 |
| 9905 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 860.07 | 703.71 |
| 9905 | Furniture & Fixtures | 22" Rectangular tube - super quad | 133.58 | 109.34 |
| 9905 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 49.17 | 40.17 |
| 9905 | Furniture & Fixtures |  | 261.04 | 213.64 |
| 9905 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 77.59 | 56.35 |
| 9905 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 158.63 | 129.83 |
| 9905 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 5.63 | 4.67 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 9905 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 31.73 | 25.97 |
| 9905 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 99.44 | 81.32 |
| 9905 | Furniture & Fixtures | 36" Rounders, Super Quads | 200.92 | 146.02 |
| 525 | Computer Equipment | POS Install | (1,159.00) | (598.72) |
| 525 | Equipment | Security Cameras & Install | (5,064.33) | (2,194.39) |
| 525 | Equipment | EAS System | (2,709.32) | (1,645.07) |
| 525 | Equipment | EAS System | (364.51) | (221.29) |
| 525 | Equipment | EAS System | (205.93) | (125.08) |
| 525 | Equipment | EAS System | (2,095.25) | (1,272.23) |
| 525 | Equipment | Cables for Security Camera System | (290.60) | (130.88) |
| 525 | Equipment | Security Cameras | (300.60) | (135.27) |
| 525 | Equipment | Security Cameras | (169.94) | (76.55) |
| 525 | Equipment | Security Cameras | (175.29) | (78.93) |
| 525 | Equipment | | (1,782.00) | (1,277.10) |
| 525 | Furniture & Fixtures | Build/Deliver/Install Fixtures | (765.46) | (601.48) |
| 525 | Furniture & Fixtures | Fixtures from stock | (165.60) | (130.14) |
| 525 | Furniture & Fixtures | Fixtures from stock | (6.56) | (5.12) |
| 525 | Furniture & Fixtures | 36" Round garment assembled | (94.97) | (74.63) |
| 525 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | (923.77) | (725.77) |
| 525 | Furniture & Fixtures | 22" Rectangular tube - super quad | (143.42) | (112.64) |
| 525 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | (52.88) | (41.54) |
| 525 | Furniture & Fixtures | | (287.23) | (225.67) |
| 525 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | (96.44) | (75.74) |
| 525 | Furniture & Fixtures | Cardframe magnet channel | (242.44) | (190.42) |
| 525 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (170.34) | (133.80) |
| 525 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (5.96) | (4.70) |
| 525 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (34.06) | (26.68) |
| 525 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | (106.87) | (84.01) |
| 525 | Furniture & Fixtures | 36" Rounders, Super Quads | (215.89) | (169.63) |
| 525 | Leasehold Improvement | Signage - Rebranding | (9,944.88) | (7,932.25) |
| 525 | Leasehold Improvement | | (784.35) | (594.69) |
| 525 | Leasehold Improvement | | (750.00) | (568.75) |
| 525 | Leasehold Improvement | Rebranding Survey - Labor | (281.03) | (160.43) |
| 525 | Leasehold Improvement | Rebranding Survey + Travel Expenses | (280.35) | (160.11) |
| 525 | Leasehold Improvement | | (426.25) | (323.30) |
| 525 | Leasehold Improvement | | (342.13) | (268.87) |
| 525 | Leasehold Improvement | | (238.63) | (187.51) |
| 525 | Leasehold Improvement | Signage - Rebranding | (395.76) | (310.98) |
| 525 | Leasehold Improvement | | (662.71) | (520.69) |
| 525 | Leasehold Improvement | Signage Lighting/Store Lighting | (4,911.93) | (3,800.81) |
| 525 | Leasehold Improvement | Electrical | (7,787.36) | (6,100.22) |
| 525 | Leasehold Improvement | In-House EE Rebranding Work | (8,751.00) | (8,751.00) |
| 525 | Leasehold Improvement | Reclass to Expense per AUDIT | 8,751.00 | 8,751.00 |
| 525 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | (309.09) | (224.45) |
| 525 | Leasehold Improvement | Signage | (16,424.14) | (12,513.54) |
| 525 | Leasehold Improvement | Interior Exit Door Repair | (3,500.00) | (2,666.60) |
| 525 | Leasehold Improvement | HVAC | (5,053.40) | (3,832.21) |
| 525 | Leasehold Improvement | | (770.00) | (770.00) |
| 525 | Leasehold Improvement | | (2,790.70) | (2,790.70) |
| 525 | Leasehold Improvement | HVAC Repairs | (2,705.63) | (2,061.43) |
| 525 | Leasehold Improvement | HVAC | (3,916.65) | (3,123.94) |
| 525 | Leasehold Improvement | | (4,136.81) | (2,954.81) |
| 525 | Leasehold Improvement | Painted Logo | (1,938.00) | (1,407.39) |
| 525 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | (5,142.86) | (3,428.62) |
| 525 | Leasehold Improvement | Exterior Lighting | (2,625.63) | (2,031.69) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 525 | Leasehold Improvement | | (1,503.90) | (1,503.90) |
| 525 | Leasehold Improvement | | (508.00) | (508.00) |
| 525 | Leasehold Improvement | | (588.00) | (588.00) |
| 525 | Leasehold Improvement | Electrical Repairs | (2,673.00) | (2,195.70) |
| 9905 | Equipment | Security Cameras & Install | 2,194.39 | 1,350.29 |
| 9905 | Equipment | EAS System | 1,645.07 | 1,322.57 |
| 9905 | Equipment | EAS System | 221.29 | 177.89 |
| 9905 | Equipment | EAS System | 125.08 | 100.58 |
| 9905 | Equipment | EAS System | 1,272.23 | 1,022.83 |
| 9905 | Equipment | Cables for Security Camera System | 130.88 | 53.44 |
| 9905 | Equipment | Security Cameras | 135.27 | 85.17 |
| 9905 | Equipment | Security Cameras | 76.55 | 48.25 |
| 9905 | Equipment | Security Cameras | 78.93 | 32.21 |
| 9905 | Equipment | | 1,277.10 | 801.90 |
| 9905 | Furniture & Fixtures | Build/Deliver/Install Fixtures | 601.48 | 510.38 |
| 9905 | Furniture & Fixtures | Fixtures from stock | 130.14 | 110.44 |
| 9905 | Furniture & Fixtures | Fixtures from stock | 5.12 | 4.32 |
| 9905 | Furniture & Fixtures | 36" Round garment assembled | 74.63 | 63.33 |
| 9905 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 725.77 | 615.77 |
| 9905 | Furniture & Fixtures | 22" Rectangular tube - super quad | 112.64 | 95.54 |
| 9905 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 41.54 | 35.24 |
| 9905 | Furniture & Fixtures | | 225.67 | 191.47 |
| 9905 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 75.74 | 57.34 |
| 9905 | Furniture & Fixtures | Cardframe magnet channel | 190.42 | 161.52 |
| 9905 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 133.80 | 113.50 |
| 9905 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 4.70 | 4.00 |
| 9905 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 26.68 | 22.58 |
| 9905 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 84.01 | 71.31 |
| 9905 | Furniture & Fixtures | 36" Rounders, Super Quads | 169.63 | 143.93 |
| 576 | Computer Equipment | POS Install | (1,069.00) | (480.94) |
| 576 | Equipment | Security Cameras & Install | (4,624.13) | (1,695.47) |
| 576 | Equipment | EAS System | (2,796.20) | (1,531.18) |
| 576 | Equipment | EAS System | (435.65) | (238.43) |
| 576 | Equipment | EAS System | (807.84) | (442.28) |
| 576 | Equipment | EAS System | 1,231.20 | 674.12 |
| 576 | Equipment | Cables for Security Camera System | (290.60) | (111.52) |
| 576 | Equipment | Security Cameras | (191.73) | (73.33) |
| 576 | Equipment | Security Cameras | (172.25) | (66.06) |
| 576 | Equipment | Security Cameras | (178.18) | (77.20) |
| 576 | Equipment | | (1,782.00) | (1,158.30) |
| 576 | Furniture & Fixtures | Fixtures | (2,284.11) | (1,685.93) |
| 576 | Furniture & Fixtures | Fixtures from stock | (117.72) | (86.92) |
| 576 | Furniture & Fixtures | 36" Round garment assembled | (57.87) | (42.69) |
| 576 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | (563.59) | (415.97) |
| 576 | Furniture & Fixtures | 22" Rectangular tube - super quad | (87.50) | (64.62) |
| 576 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | (32.26) | (23.90) |
| 576 | Furniture & Fixtures | | (172.40) | (127.30) |
| 576 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | (98.03) | (72.29) |
| 576 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (103.92) | (76.64) |
| 576 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (3.64) | (2.76) |
| 576 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | (65.20) | (48.04) |
| 576 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (20.78) | (15.28) |
| 576 | Furniture & Fixtures | 36" Rounders, Super Quads | (131.72) | (97.18) |
| 576 | Leasehold Improvement | Signage - Rebranding | (11,812.22) | (8,718.58) |
| 576 | Leasehold Improvement | | (784.32) | (568.50) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 576 | Leasehold Improvement | | (750.00) | (543.75) |
| 576 | Leasehold Improvement | Rebranding Survey - Labor | (281.03) | (147.03) |
| 576 | Leasehold Improvement | Rebranding Survey + Travel Expenses | (280.35) | (146.75) |
| 576 | Leasehold Improvement | Renovation | (1,210.00) | (893.20) |
| 576 | Leasehold Improvement | | (208.73) | (154.17) |
| 576 | Leasehold Improvement | | (145.58) | (107.52) |
| 576 | Leasehold Improvement | In-House EE Rebranding Work | (3,265.00) | (3,265.00) |
| 576 | Leasehold Improvement | Reclass to Expense per AUDIT | 3,265.00 | 3,265.00 |
| 576 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | (309.09) | (209.73) |
| 576 | Leasehold Improvement | Signage - Rebranding | (4,644.02) | (3,427.64) |
| 576 | Leasehold Improvement | | (2,499.37) | (2,499.37) |
| 576 | Leasehold Improvement | | (3,268.79) | (3,268.79) |
| 576 | Leasehold Improvement | | (3,980.58) | (3,980.58) |
| 576 | Leasehold Improvement | Coming Soon Banner | (657.80) | (469.88) |
| 576 | Leasehold Improvement | Signage - Rebranding | (1,677.80) | (1,198.52) |
| 576 | Leasehold Improvement | Signage - Rebranding | (175.00) | (129.24) |
| 576 | Leasehold Improvement | | (1,953.02) | (1,953.02) |
| 576 | Leasehold Improvement | Install of Security System+ | (3,574.44) | (2,800.03) |
| 9905 | Equipment | Security Cameras & Install | 1,695.47 | 1,078.91 |
| 9905 | Equipment | EAS System | 1,531.18 | 1,264.86 |
| 9905 | Equipment | EAS System | 238.43 | 196.91 |
| 9905 | Equipment | EAS System | 442.28 | 365.32 |
| 9905 | Equipment | EAS System | (674.12) | (556.84) |
| 9905 | Equipment | Cables for Security Camera System | 111.52 | 43.76 |
| 9905 | Equipment | Security Cameras | 73.33 | 47.73 |
| 9905 | Equipment | Security Cameras | 66.06 | 43.10 |
| 9905 | Equipment | Security Cameras | 77.20 | 35.62 |
| 9905 | Equipment | | 1,158.30 | 742.50 |
| 9905 | Furniture & Fixtures | Fixtures | 1,685.93 | 1,468.41 |
| 9905 | Furniture & Fixtures | Fixtures from stock | 86.92 | 67.32 |
| 9905 | Furniture & Fixtures | 36" Round garment assembled | 42.69 | 37.17 |
| 9905 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | 415.97 | 362.29 |
| 9905 | Furniture & Fixtures | 22" Rectangular tube - super quad | 64.62 | 56.30 |
| 9905 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | 23.90 | 18.58 |
| 9905 | Furniture & Fixtures | | 127.30 | 98.60 |
| 9905 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | 72.29 | 55.91 |
| 9905 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 76.64 | 66.72 |
| 9905 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 2.76 | 2.44 |
| 9905 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | 48.04 | 41.80 |
| 9905 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | 15.28 | 13.28 |
| 9905 | Furniture & Fixtures | 36" Rounders, Super Quads | 97.18 | 84.62 |
| 2 | Leasehold Improvement | Plumbing | 1,871.00 | 1,715.13 |
| 2 | Leasehold Improvement | Plumbing | 1,800.00 | 1,649.98 |
| 2 | Leasehold Improvement | Plumbing | 1,800.00 | 1,649.98 |
| 526 | Leasehold Improvement | Elevator Electrical | 7,059.24 | 5,798.64 |
| 526 | Leasehold Improvement | Elevator Electrical | 2,117.00 | 1,739.00 |
| 539 | Leasehold Improvement | Roof Leak / Damaged Ceiling Tiles | 1,525.00 | 1,289.05 |
| 543 | Leasehold Improvement | Plumbing | 3,200.00 | 2,628.50 |
| 558 | Leasehold Improvement | Roof Leaks | 1,669.19 | 1,371.14 |
| 558 | Leasehold Improvement | HVAC | 2,407.72 | 2,035.14 |
| 579 | Leasehold Improvement | HVAC | 6,061.77 | 5,123.69 |
| 585 | Equipment | EAS Repair | 1,468.64 | 1,223.92 |
| 585 | Equipment | EAS Replacement | 1,175.00 | 979.14 |
| 587 | Equipment | Bulbs & Ballasts | 2,142.00 | 1,368.50 |
| 587 | Equipment | Bulbs & Ballasts | 2,013.74 | 1,286.52 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 587 | Leasehold Improvement | Electrical Repairs | 2,324.70 | 1,964.86 |
| 1 | Leasehold Improvement | HVAC | 2,290.77 | 2,099.88 |
| 2 | Leasehold Improvement | Electric Repairs | 1,950.00 | 1,775.00 |
| 3 | Leasehold Improvement | Plumbing | 1,706.05 | 1,480.93 |
| 510 | Leasehold Improvement | HVAC | 4,190.42 | 3,591.74 |
| 510 | Leasehold Improvement | HVAC | 3,347.91 | 2,829.73 |
| 510 | Leasehold Improvement | HVAC | 2,163.89 | 1,829.01 |
| 514 | | STORE CLOSED 2/25/17 - EXPENSE Per 6 | (4,557.00) | (4,557.00) |
| 525 | | CLOSED STORE - Reclass Period 6 | 4,845.00 | 4,845.00 |
| 525 | | CLOSED STORE - Reclass Period 6 | (1,900.00) | (1,900.00) |
| 525 | | CLOSED STORE - Reclass Period 6 | (2,214.00) | (2,214.00) |
| 525 | | CLOSED STORE - Reclass Period 6 | (4,247.14) | (4,247.14) |
| 525 | | CLOSED STORE - Reclass Period 6 | (3,005.67) | (3,005.67) |
| 531 | Leasehold Improvement | HVAC | 3,240.00 | 2,738.59 |
| 537 | Leasehold Improvement | Front Door | 1,650.00 | 1,316.55 |
| 538 | Leasehold Improvement | Auto Door Repairs | 1,887.43 | 1,042.17 |
| 541 | Leasehold Improvement | Auto Door Repairs | 1,868.69 | 1,480.97 |
| 546 | Furniture & Fixtures | 24"x36' Gravity Conveyor | 13,128.70 | 10,471.77 |
| 551 | Furniture & Fixtures | 24"x36' Gravity Conveyor | 2,201.68 | 1,756.11 |
| 558 | Leasehold Improvement | Electrical Repairs | 2,774.00 | 1,171.88 |
| 558 | Leasehold Improvement | HVAC | 1,497.03 | 1,265.37 |
| 558 | Leasehold Improvement | HVAC | 4,000.00 | 2,857.12 |
| 559 | Leasehold Improvement | HVAC | 3,284.93 | 2,776.50 |
| 567 | Leasehold Improvement | HVAC | 1,624.52 | 1,392.44 |
| 572 | Leasehold Improvement | Replace Ceiling Tiles | 2,600.00 | 1,145.82 |
| 574 | Leasehold Improvement | HVAC | 4,173.12 | 3,080.16 |
| 578 | Leasehold Improvement | Door Repairs | 1,638.00 | 884.91 |
| 581 | Leasehold Improvement | HVAC | 3,553.96 | 3,046.24 |
| 585 | Leasehold Improvement | Gate Repair | 13,320.00 | 9,429.30 |
| 589 | Leasehold Improvement | Plumbing | 2,335.00 | 1,613.63 |
| 2 | Leasehold Improvement | HVAC | 4,202.58 | 3,652.25 |
| 2 | Equipment | | 6,718.34 | 6,718.34 |
| 510 | Leasehold Improvement | HVAC | 3,347.90 | 2,829.72 |
| 510 | Leasehold Improvement | HVAC | 6,464.45 | 5,463.97 |
| 510 | Equipment | Displays and Fixture Improvement | 9,890.82 | 9,890.82 |
| 515 | Leasehold Improvement | HVAC | 5,965.70 | 5,184.48 |
| 516 | Equipment | Fallas Sign Improvement | 3,432.22 | 2,941.90 |
| 516 | Leasehold Improvement | Stair Mat Improvement | 2,430.00 | 1,872.41 |
| 526 | Equipment | Lamp and Light Repair | 8,950.00 | 6,215.29 |
| 531 | Leasehold Improvement | HVAC | 3,643.00 | 3,122.56 |
| 531 | Leasehold Improvement | HVAC | 3,574.00 | 3,105.95 |
| 532 | Equipment | Bulbs & Ballasts | 1,770.16 | 1,130.95 |
| 532 | Equipment | Bulbs & Ballasts | 1,660.00 | 1,060.57 |
| 532 | Equipment | Bulbs & Ballasts | 800.00 | 511.14 |
| 532 | Equipment | Bulbs & Ballasts | 1,187.00 | 758.39 |
| 532 | Equipment | Bulbs & Ballasts | 1,952.95 | 1,247.70 |
| 538 | Leasehold Improvement | Door Repair | 1,824.44 | 1,026.37 |
| 538 | Leasehold Improvement | Automatic Door Repair | 2,112.17 | 1,210.49 |
| 540 | Leasehold Improvement | Emerg. Light Improvement | 1,625.00 | 136.25 |
| 540 | Leasehold Improvement | Clean out water and debris in trench | 1,650.00 | 138.35 |
| 541 | Leasehold Improvement | HVAC | 3,898.00 | 3,387.60 |
| 543 | Leasehold Improvement | HVAC | 14,682.87 | 12,760.07 |
| 543 | Leasehold Improvement | Plumbing Improvement | 6,130.20 | 513.95 |
| 547 | Equipment | Lamp and Light Repair | 2,085.45 | 1,448.22 |
| 550 | Equipment | Security Systems Install. | 1,945.78 | 1,589.05 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 558 | Leasehold Improvement | HVAC | 1,497.03 | 1,265.37 |
| 558 | Leasehold Improvement | Electric Improvement | 1,653.34 | 665.62 |
| 559 | Leasehold Improvement | HVAC | 11,682.61 | 10,152.73 |
| 567 | Leasehold Improvement | HVAC | 4,945.67 | 4,297.99 |
| 567 | Leasehold Improvement | Plumbing Improvement | 1,949.74 | 1,656.62 |
| 574 | Leasehold Improvement | Door Lock Repair | 1,595.70 | 425.05 |
| 580 | Leasehold Improvement | Plumming Improvement | 1,629.63 | 409.84 |
| 580 | Leasehold Improvement | Plumming Improvement | 1,036.52 | 325.22 |
| 583 | Equipment | Security Systems Install. | 4,307.71 | 3,374.31 |
| 584 | Equipment | Bulbs & Ballasts | 1,415.91 | 825.96 |
| 584 | Furniture & Fixtures | PA System Repair | 1,278.00 | 887.50 |
| 587 | Leasehold Improvement | HVAC | 2,417.91 | 2,101.33 |
| 587 | Leasehold Improvement | HVAC | 4,483.98 | 3,896.80 |
| 587 | Leasehold Improvement | Electric Improvement | 2,220.20 | 1,466.81 |
| 588 | Leasehold Improvement | HVAC | 5,871.55 | 5,172.55 |
| 2 | | Displays | (7,261.53) | (7,261.53) |
| 2 | | Displays (50%) | 3,334.80 | 3,334.80 |
| 3 | Leasehold Improvement | HVAC | 7,601.46 | 6,515.58 |
| 510 | Leasehold Improvement | HVAC | 6,691.73 | 5,815.47 |
| 526 | Leasehold Improvement | Elevator Repair | 9,428.39 | 5,686.96 |
| 531 | Leasehold Improvement | HVAC | 1,829.00 | 1,611.30 |
| 538 | Leasehold Improvement | HVAC | 1,630.00 | 1,339.00 |
| 538 | Leasehold Improvement | HVAC | 500.00 | 410.75 |
| 538 | Leasehold Improvement | HVAC | 1,330.00 | 1,092.55 |
| 538 | Leasehold Improvement | HVAC | 1,180.00 | 969.25 |
| 539 | Leasehold Improvement | HVAC | 1,634.40 | 1,420.34 |
| 540 | Leasehold Improvement | HVAC | 2,689.70 | 2,529.60 |
| 543 | | | 1,683.93 | 1,683.93 |
| 546 | Equipment | Lamps and Ballasts | 3,110.00 | 2,159.71 |
| 546 | Leasehold Improvement | Improved Bathroom Plumbing | 2,212.93 | 1,840.03 |
| 551 | Leasehold Improvement | Track Lighting & Wiring | 1,913.27 | 866.51 |
| 551 | Equipment | Bulb Replacement | 1,537.02 | 981.92 |
| 551 | Leasehold Improvement | Repair of Sotck Room Lighting | 1,736.45 | 786.41 |
| 551 | Leasehold Improvement | Repairs and Maintenance | 1,681.53 | 761.52 |
| 558 | Equipment | Improved Bulbs and Ballasts (LED) | 2,021.00 | 1,178.90 |
| 568 | Equipment | Bulb Replacement | 1,989.20 | 1,326.08 |
| 569 | Leasehold Improvement | HVAC | 26,268.34 | 22,828.42 |
| 572 | Leasehold Improvement | HVAC | 1,600.00 | 1,352.35 |
| 573 | Leasehold Improvement | Electrical Work to Relocate Cash Reg | 1,783.87 | 1,442.49 |
| 583 | Equipment | EAS System | 1,700.00 | 1,477.36 |
| 590 | Leasehold Improvement | HVAC | 1,944.92 | 1,736.57 |
| 590 | Leasehold Improvement | Fire Sprinkler System | 3,265.80 | 2,830.36 |
| 511 | Leasehold Improvement | Security Systems | 3,897.73 | - |
| 541 | Furniture & Fixtures | Emergency Light Repair | 2,936.00 | 2,621.45 |
| 542 | Leasehold Improvement | Security Systems | 1,913.98 | 295.25 |
| 559 | Equipment | Lamps and Ballasts | 1,642.92 | 1,186.52 |
| 510 | Leasehold Improvement | Replaced Glass on Door | 1,500.00 | 1,197.18 |
| 546 | Equipment | Bulbs and Ballasts | 1,836.16 | 1,020.16 |
| 559 | Equipment | Bulbs and Ballasts | 4,071.93 | 2,940.83 |
| 584 | Equipment | Bulbs and Ballasts | 1,803.00 | 1,001.72 |
| 2 | Furniture & Fixtures | Fixtures | 5,775.00 | 4,812.50 |
| 3 | Leasehold Improvement | HVAC (50%) | 1,033.77 | 947.60 |
| 3 | Leasehold Improvement | HVAC (50%) FINISHED | 1,033.77 | 947.60 |
| 3 | Leasehold Improvement | HVAC | 522.6 | 479.06 |
| 3 | Equipment | EAS System | 1,175.00 | 1,077.07 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|-----------|
| 510 | Leasehold Improvement | HVAC (50%) | 2,176.96 | 1,995.52 |
| 510 | Leasehold Improvement | Painting/Renovations | 2,250.00 | 1,827.50 |
| 510 | Leasehold Improvement | HVAC (50%) FINISHED | 2,176.96 | 1,995.52 |
| 515 | Leasehold Improvement | HVAC (50%) | 1632.58 | 1,496.50 |
| 515 | Leasehold Improvement | HVAC (50%) FINISHED | 1632.58 | 1,496.50 |
| 531 | Leasehold Improvement | HVAC | 5,214.24 | 4,655.61 |
| 533 | | HVAC | 6,732.89 | 6,732.89 |
| 540 | Leasehold Improvement | Installed Emerg. & Exit Lights | 4,134.00 | 4,035.58 |
| 550 | Leasehold Improvement | Automnatic Door Repair | 1,418.62 | 1,124.94 |
| 550 | Equipment | EAS System | 500 | 434.55 |
| 550 | Equipment | EAS System | 1,625.00 | 1,412.15 |
| 558 | Leasehold Improvement | HVAC | 5,236.34 | 4,799.96 |
| 559 | Leasehold Improvement | HVAC | 3,088.80 | 2,794.64 |
| 559 | Leasehold Improvement | HVAC | 1,500.00 | 1,357.12 |
| 573 | Leasehold Improvement | HVAC | 3,750.74 | 3,438.19 |
| 582 | Equipment | Bulbs and Ballasts | 5,216.62 | 4,202.25 |
| 585 | Leasehold Improvement | Installed Security Gates | 3,338.40 | 2,740.16 |
| 585 | Equipment | Bulbs and Ballasts | 4,186.91 | 3,256.51 |
| 585 | Equipment | Bulbs and Ballasts | 5,642.10 | 4,544.99 |
| 589 | Leasehold Improvement | Electric Repairs | 1,825.87 | 1,476.64 |
| 2 | | | 1,861.84 | 1,861.84 |
| 2 | | | -1,861.84 | (1,861.84) |
| 2 | Leasehold Improvement | Plumbing Repair | 1,354.65 | 1,257.52 |
| 2 | | | 3,032.17 | 3,032.17 |
| 3 | | | 1,869.16 | 1,869.16 |
| 3 | | | -1,869.16 | (1,869.16) |
| 3 | Leasehold Improvement | Replace Hot Water Heater | 1,359.98 | 1,192.67 |
| 3 | Leasehold Improvement | Fire Sprinkler System | 3,549.87 | 3,135.75 |
| 510 | Leasehold Improvement | HVAC (50% DEPOSIT) | 1,959.21 | 1,819.29 |
| 510 | Leasehold Improvement | HVAC (50% FINISHED) | 1,959.21 | 1,819.29 |
| 510 | Leasehold Improvement | Roll Down Gate Repair | 2,501.28 | 2,260.80 |
| 511 | Equipment | Baler Repair | 1,436.00 | 1,436.00 |
| 515 | Leasehold Improvement | HVAC | 2,302.71 | 2,138.25 |
| 516 | | | 1,546.57 | 1,546.57 |
| 516 | | | -1,546.57 | (1,546.57) |
| 516 | Equipment | Bulbs and Ballasts | 1,125.26 | 781.40 |
| 516 | Leasehold Improvement | Plumbing Repair | 3,200.93 | 2,689.37 |
| 516 | Equipment | Bulbs and Ballasts | 2,105.82 | 1,462.32 |
| 526 | Leasehold Improvement | Original INV CAP in PER06 -REVERSE INV#12235-A | -2,117.00 | (1,739.00) |
| 526 | Leasehold Improvement | Replace Floor Tiles | 1,926.60 | 1,353.23 |
| 537 | Equipment | Bulbs and Ballasts | 13,321.02 | 11,100.84 |
| 539 | Leasehold Improvement | HVAC | 1,538.06 | 1,391.58 |
| 539 | Leasehold Improvement | HVAC | 1,521.10 | 1,394.33 |
| 543 | | | 1,797.51 | 1,797.51 |
| 543 | | | 1,800.69 | 1,800.69 |
| 543 | | | 1,934.11 | 1,934.11 |
| 543 | | | 1,807.95 | 1,807.95 |
| 543 | | | -1,797.51 | (1,797.51) |
| 543 | | | 1,307.85 | 1,307.85 |
| 543 | | | -1,800.69 | (1,800.69) |
| 543 | Leasehold Improvement | HVAC | 1,310.16 | 1,138.56 |
| 543 | | | -1,934.11 | (1,934.11) |
| 543 | | | -1,807.95 | (1,807.95) |
| 543 | | | 1,407.24 | 1,407.24 |
| 543 | | | 1,315.48 | 1,315.48 |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 544 | Leasehold Improvement | Door Repair | 1,598.03 | 1,159.01 |
| 548 | Leasehold Improvement | HVAC | 1,997.89 | 1,855.21 |
| 551 | Leasehold Improvement | HVAC | 1,694.72 | 1,573.64 |
| 558 | | | 2,100.51 | 2,100.51 |
| 558 | | | 1,975.81 | 1,975.81 |
| 558 | | | -2,100.51 | (2,100.51) |
| 558 | | | -1,975.81 | (1,975.81) |
| 558 | Leasehold Improvement | Gate Repair | 1,528.31 | 652.71 |
| 558 | Leasehold Improvement | Gate Repair | 1,437.58 | 638.87 |
| 559 | | | 1,756.93 | 1,756.93 |
| 559 | Leasehold Improvement | HVAC | 4,572.75 | 4,137.23 |
| 559 | | | -1,756.93 | (1,756.93) |
| 559 | Leasehold Improvement | Flood Repair | 1,278.33 | 1,098.59 |
| 559 | Leasehold Improvement | HVAC | 3,088.80 | 2,794.64 |
| 566 | | | 1,782.52 | 1,782.52 |
| 566 | | | -1,782.52 | (1,782.52) |
| 569 | | | 1,821.83 | 1,821.83 |
| 569 | | | -1,821.83 | (1,821.83) |
| 569 | Leasehold Improvement | Window Replacement | 1,325.54 | 220.72 |
| 572 | Leasehold Improvement | Door Repair | 4,517.89 | 2,687.74 |
| 572 | Leasehold Improvement | Replaced loading Dock Bumper | 1,555.13 | 929.47 |
| 573 | Leasehold Improvement | HVAC | 7,566.81 | 6,846.17 |
| 573 | Leasehold Improvement | HVAC | 3,647.31 | 3,299.95 |
| 590 | Leasehold Improvement | Door Repair | 3,105.13 | - |
| 413 | | CANCELS PER 09 CAPITALIZATION-REVERSE | 2,486.00 | 2,486.00 |
| 515 | Equipment | Phone/Cable Repairs | 1894.78 | 954.93 |
| 516 | Leasehold Improvement | HVAC | 3,278.49 | 3,005.28 |
| 526 | Equipment | EAS System | 2,389.54 | 2,190.39 |
| 526 | Leasehold Improvement | Elevator Repair | 3,491.06 | 2,350.18 |
| 533 | | | -6,732.89 | (6,732.89) |
| 539 | | | 1,362.57 | 1,362.57 |
| 539 | | | -1,362.57 | (1,362.57) |
| 553 | Leasehold Improvement | HVAC | 12473.6 | 11,582.60 |
| 570 | Leasehold Improvement | HVAC | 590.21 | 548.03 |
| 570 | Leasehold Improvement | HVAC | 1839.5 | 1,708.10 |
| 574 | Leasehold Improvement | Door Repair | 4,086.80 | 1,841.30 |
| 578 | Leasehold Improvement | Toilet Repair | 1700 | 1,285.75 |
| 1 | Leasehold Improvement | Elevator Repair Contract - 50% | (4,763.13) | (3,135.84) |
| 1 | Leasehold Improvement | | (770.00) | (770.00) |
| 1 | Leasehold Improvement | | (790.44) | (790.44) |
| 1 | Leasehold Improvement | | (1,282.02) | (1,282.02) |
| 1 | Leasehold Improvement | | (1,295.69) | (1,295.69) |
| 1 | Leasehold Improvement | | (1,633.13) | (1,633.13) |
| 1 | Leasehold Improvement | | (2,449.69) | (2,449.69) |
| 1 | Leasehold Improvement | | (4,763.50) | (4,763.50) |
| 1 | Leasehold Improvement | | (17,755.24) | (17,755.24) |
| 1 | Leasehold Improvement | | (6,156.47) | (4,053.17) |
| 1 | Leasehold Improvement | | (3,432.95) | (3,120.83) |
| 1 | Leasehold Improvement | | (3,432.95) | (3,120.83) |
| 1 | Leasehold Improvement | Correct Fire Violations | (3,811.00) | (2,223.05) |
| 1 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | (309.10) | (180.30) |
| 1 | Leasehold Improvement | Correct Fire Violations | (1,683.02) | (981.62) |
| 1 | Leasehold Improvement | Permits for Signage | (14,681.99) | (8,913.92) |
| 1 | Leasehold Improvement | Ceiling Tiles | (3,524.83) | (2,182.11) |
| 1 | Leasehold Improvement | In-House EE Rebranding Work | (13,545.00) | (11,610.00) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 1 | Leasehold Improvement | Paint @ Rear of Store | (363.00) | (229.08) |
| 1 | Leasehold Improvement | Signage Removal | (968.00) | (610.88) |
| 1 | Leasehold Improvement | Awning Removal / Façade Repairs | (3,527.00) | (2,225.31) |
| 1 | Leasehold Improvement | Paint Storefront | (1,452.00) | (916.01) |
| 1 | Leasehold Improvement | Signage | (2,558.56) | (1,614.30) |
| 1 | Leasehold Improvement | | (303.10) | (194.80) |
| 1 | Leasehold Improvement | | (993.42) | (638.52) |
| 1 | Leasehold Improvement | | (692.91) | (445.41) |
| 1 | Leasehold Improvement | HVAC - Compressor | (15,885.47) | (10,023.06) |
| 1 | Leasehold Improvement | Sprinkler system | (3,470.39) | (2,231.09) |
| 1 | Leasehold Improvement | Signage - Rebranding | (7,950.47) | (5,110.97) |
| 1 | Leasehold Improvement | Fix Roof leaks | (4,955.31) | (3,185.61) |
| 1 | Leasehold Improvement | | (453.60) | (291.60) |
| 1 | Leasehold Improvement | | (1,706.40) | (1,097.10) |
| 1 | Leasehold Improvement | Elevator Maintenance | (4,899.38) | (3,207.81) |
| 1 | Leasehold Improvement | HVAC | (4,459.05) | (2,972.81) |
| 1 | Leasehold Improvement | Sales Floor Doors | (3,000.00) | (2,000.12) |
| 1 | Leasehold Improvement | Roof Project | (6,319.94) | (4,213.22) |
| 1 | Leasehold Improvement | Eletrical - Exterior Sign/Office | (2,600.00) | (1,826.25) |
| 1 | Leasehold Improvement | Reclass to Expense per AUDIT | 13,545.00 | 13,545.00 |
| 1 | Leasehold Improvement | Install New tank Unit (40%) | (7,400.00) | (5,981.59) |
| 1 | Leasehold Improvement | Elevator Repair | (11,100.00) | (9,157.50) |
| 1 | Leasehold Improvement | HVAC | (3,200.00) | (2,514.20) |
| 1 | Leasehold Improvement | HVAC | (2,241.62) | (1,734.51) |
| 1 | Leasehold Improvement | HVAC Unit #3 | (1,904.06) | (1,654.69) |
| 1 | Leasehold Improvement | HVAC Unit #5 | (1,904.06) | (1,654.69) |
| 1 | Leasehold Improvement | HVAC Unit #1 | (1,872.64) | (1,627.45) |
| 1 | Leasehold Improvement | HVAC Unit #2 | (1,872.64) | (1,627.45) |
| 1 | Leasehold Improvement | HVAC | (2,290.77) | (2,099.88) |
| 1 | Furniture & Fixtures | | (5,744.30) | (5,744.30) |
| 1 | Furniture & Fixtures | Fixtures from stock | (942.21) | (605.62) |
| 1 | Furniture & Fixtures | 36" Round garment assembled | (275.29) | (176.89) |
| 1 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | (2,682.34) | (1,724.44) |
| 1 | Furniture & Fixtures | 22" Rectangular tube - super quad | (416.45) | (267.65) |
| 1 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | (153.56) | (98.66) |
| 1 | Furniture & Fixtures | | (813.91) | (523.21) |
| 1 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | (98.83) | (63.43) |
| 1 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (494.61) | (317.91) |
| 1 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (17.31) | (11.01) |
| 1 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (98.92) | (63.52) |
| 1 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | (310.29) | (199.59) |
| 1 | Furniture & Fixtures | 36" Rounders, Super Quads | (626.89) | (403.09) |
| 1 | Furniture & Fixtures | Mannequins | (2,711.80) | (1,872.52) |
| 1 | Furniture & Fixtures | Fixtures - Check-out Station | (12,667.61) | (8,897.61) |
| 1 | Equipment | Security Cameras & Install | (5,884.32) | (1,373.10) |
| 1 | Equipment | EAS System | (1,323.56) | (598.60) |
| 1 | Equipment | EAS System | (1,403.25) | (634.59) |
| 1 | Equipment | EAS System | (140.30) | (63.48) |
| 1 | Equipment | EAS System | (57.08) | (25.80) |
| 1 | Equipment | EAS System | (206.81) | (93.65) |
| 1 | Equipment | EAS System | (916.00) | (414.60) |
| 1 | Equipment | Cables for Security Camera System | (290.60) | (72.80) |
| 1 | Equipment | Security Cameras | (520.41) | (130.26) |
| 1 | Equipment | Security Cameras | (173.44) | (43.39) |
| 1 | Equipment | Security Cameras | (179.62) | (45.07) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 1 | Equipment | | (2,970.00) | (1,534.50) |
| 1 | Computer Equipment | Configure/Integrate POS | (1,583.51) | (501.52) |
| 511 | Leasehold Improvement | Rerplacement of Roll-up Gate/Entry Door | (3,200.00) | (2,628.50) |
| 511 | Leasehold Improvement | Exit Gate Replacement | (3,600.00) | (3,214.26) |
| 511 | Leasehold Improvement | Security Systems | (3,897.73) | - |
| 511 | Furniture & Fixtures | Fixture Delivery | (6,100.00) | (5,083.32) |
| 511 | Furniture & Fixtures | Fixture Delivery | (12,900.00) | (10,903.59) |
| 511 | Furniture & Fixtures | Add-on Hangrail | (1,415.38) | (1,162.63) |
| 511 | Furniture & Fixtures | Chrome Hangrail | (849.23) | (697.58) |
| 511 | Furniture & Fixtures | Hangrail | (1,910.76) | (1,569.51) |
| 511 | Furniture & Fixtures | Fixtures | (7,284.61) | (6,157.25) |
| 511 | Equipment | Baler Repair | (1,436.00) | (1,436.00) |
| 540 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | (5,328.11) | (2,886.11) |
| 540 | Leasehold Improvement | | (2,193.90) | (2,193.90) |
| 540 | Leasehold Improvement | | (2,219.03) | (2,219.03) |
| 540 | Leasehold Improvement | | (2,500.00) | (2,500.00) |
| 540 | Leasehold Improvement | | (784.35) | (516.21) |
| 540 | Leasehold Improvement | | (750.00) | (493.75) |
| 540 | Leasehold Improvement | | (2,539.61) | (2,176.85) |
| 540 | Leasehold Improvement | | (4,551.35) | (3,251.03) |
| 540 | Leasehold Improvement | | (2,654.00) | (2,274.80) |
| 540 | Leasehold Improvement | | (3,281.67) | (2,343.99) |
| 540 | Leasehold Improvement | | (2,539.61) | (2,176.85) |
| 540 | Leasehold Improvement | Rebranding Survey - Labor | (281.03) | (120.23) |
| 540 | Leasehold Improvement | Rebranding Survey + Travel Expenses | (280.35) | (120.03) |
| 540 | Leasehold Improvement | Renovation | (6,595.00) | (3,925.66) |
| 540 | Leasehold Improvement | Installed Signage | (1,210.00) | (720.40) |
| 540 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | (309.09) | (180.29) |
| 540 | Leasehold Improvement | Lighting Repairs | (4,554.02) | (1,951.94) |
| 540 | Leasehold Improvement | Repair Water Line | (3,800.00) | (2,307.08) |
| 540 | Leasehold Improvement | Permits for Signage | (9,225.88) | (5,601.49) |
| 540 | Leasehold Improvement | Removal of storefront signage | (2,360.00) | (1,460.80) |
| 540 | Leasehold Improvement | In-House EE Rebranding Work | (2,709.00) | (2,322.00) |
| 540 | Leasehold Improvement | Banner | (652.10) | (403.78) |
| 540 | Leasehold Improvement | Pylon Sign | (2,202.18) | (1,389.36) |
| 540 | Leasehold Improvement | | (238.28) | (153.08) |
| 540 | Leasehold Improvement | | (166.20) | (106.80) |
| 540 | Leasehold Improvement | HVAC - Compressor | (4,740.72) | (3,047.52) |
| 540 | Leasehold Improvement | Receiving Area Truck Accident Repairs | (3,498.06) | (2,207.22) |
| 540 | Leasehold Improvement | Reclass to Expense per AUDIT | 2,709.00 | 2,709.00 |
| 540 | Leasehold Improvement | Rewiring | (3,800.00) | (3,030.92) |
| 540 | Leasehold Improvement | Emerg. Light Improvement | (1,625.00) | (136.25) |
| 540 | Leasehold Improvement | Clean out water and debris in trench | (1,650.00) | (138.35) |
| 540 | Leasehold Improvement | HVAC | (2,689.70) | (2,529.60) |
| 540 | Leasehold Improvement | Installed Emerg. & Exit Lights | (4,134.00) | (4,035.58) |
| 540 | Furniture & Fixtures | Deliver Fixtures | (765.45) | (492.15) |
| 540 | Furniture & Fixtures | 36" Round garment assembled | (66.15) | (42.45) |
| 540 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | (643.39) | (413.59) |
| 540 | Furniture & Fixtures | 22" Rectangular tube - super quad | (99.88) | (64.18) |
| 540 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | (36.84) | (23.64) |
| 540 | Furniture & Fixtures | | (200.52) | (128.82) |
| 540 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | (96.22) | (61.72) |
| 540 | Furniture & Fixtures | Tables, folding rounder, super quads | (8,059.30) | (5,181.10) |
| 540 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (118.64) | (76.34) |
| 540 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (4.16) | (2.66) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 540 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (23.72) | (15.32) |
| 540 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | (74.42) | (47.72) |
| 540 | Furniture & Fixtures | 36" Rounders, Super Quads | (150.36) | (96.66) |
| 540 | Equipment | EAS System | (428.17) | (193.57) |
| 540 | Equipment | Security Cameras & Install | (6,164.16) | (1,540.86) |
| 540 | Equipment | Security Cameras | (35.31) | (8.76) |
| 540 | Equipment | Security Cameras | (883.66) | (220.81) |
| 540 | Equipment | Security Cameras | (169.60) | (42.25) |
| 540 | Equipment | Security Cameras | (174.88) | (49.75) |
| 540 | Equipment | | (1,782.00) | (920.70) |
| 540 | Computer Equipment | POS Install | (1,159.00) | (366.88) |
| 515 | Leasehold Improvement | HVAC | 1,632.58 | 1,554.82 |
| 515 | Leasehold Improvement | HVAC | 1632.58 | 1,554.82 |
| 526 | Leasehold Improvement | HVAC | 2,066.00 | 1,967.60 |
| 534 | Leasehold Improvement | Plumbing & Electric Repairs | 2,321.16 | 1,991.06 |
| 548 | Leasehold Improvement | Roof Repair | 8,255.63 | 3,270.33 |
| 559 | Equipment | Bulbs and Ballasts | 3,076.26 | 2,649.01 |
| 558 | Leasehold Improvement | HVAC | 1,694.78 | 1,694.78 |
| 3 | Leasehold Improvement | Plumbing Repair | 2049.7 | 1,357.24 |
| 558 | Leasehold Improvement | HVAC | 5555.9 | 5,555.90 |
| 573 | Leasehold Improvement | Door Repair | 3877.2 | 3,675.69 |
| 584 | Leasehold Improvement | Toilet & Plumbing Repair | 2,031.93 | 1,882.08 |
| 589 | Leasehold Improvement | Automatic Door Repair | 3,288.00 | 2,985.78 |
| 590 | Leasehold Improvement | Sign Repair | 6,638.39 | 6,480.33 |
| 538 | Leasehold Improvement | HVAC | 1,887.00 | 1,774.70 |
| 558 | Leasehold Improvement | HVAC | 2,023.54 | 1,975.36 |
| 589 | Leasehold Improvement | HVAC | 1,775.50 | 1,733.22 |
| 590 | Equipment | EAS System | (2,739.80) | (1,174.04) |
| 590 | Equipment | EAS System | (428.17) | (183.37) |
| 590 | Equipment | EAS System | (2,064.88) | (885.04) |
| 590 | Equipment | Security Cameras & Install | (6,227.29) | (1,245.37) |
| 590 | Leasehold Improvement | Patch / Paint / Ceiling Tiles | (6,693.46) | (3,416.62) |
| 590 | Computer Equipment | Configure/Integrate POS | (351.89) | (94.05) |
| 590 | Equipment | Cables for Security Camera System | (290.60) | (58.28) |
| 590 | Equipment | Security Cameras | (169.58) | (33.74) |
| 590 | Equipment | Security Cameras | (174.89) | (43.94) |
| 590 | Leasehold Improvement | | (500.00) | (500.00) |
| 590 | Leasehold Improvement | | (972.50) | (972.50) |
| 590 | Leasehold Improvement | | (1,514.29) | (1,514.29) |
| 590 | Leasehold Improvement | | (1,835.68) | (1,835.68) |
| 590 | Leasehold Improvement | | (2,355.00) | (2,355.00) |
| 590 | Leasehold Improvement | | (3,100.00) | (3,100.00) |
| 590 | Furniture & Fixtures | | (1,297.10) | (1,297.10) |
| 590 | Leasehold Improvement | Renovation | (5,965.00) | (3,337.63) |
| 590 | Leasehold Improvement | Sign Survey - Designs/Pricing/Permits | (309.09) | (169.25) |
| 590 | Leasehold Improvement | In-House EE Rebranding Work | (10,017.00) | (10,017.00) |
| 590 | Leasehold Improvement | Remove front Sign/Install Closing banner | (652.10) | (380.50) |
| 590 | Leasehold Improvement | Coming Soon Banner | (652.10) | (380.50) |
| 590 | Furniture & Fixtures | Sign Holders | (22.15) | (13.57) |
| 590 | Furniture & Fixtures | Conveyor | (859.73) | (522.14) |
| 590 | Furniture & Fixtures | Fixtures from stock | (338.52) | (205.53) |
| 590 | Furniture & Fixtures | 36" Round garment assembled | (83.43) | (50.76) |
| 590 | Furniture & Fixtures | 22" Super quad, 36" & 42" hangrails | (811.40) | (492.62) |
| 590 | Furniture & Fixtures | 22" Rectangular tube - super quad | (125.97) | (76.47) |
| 590 | Furniture & Fixtures | 16" & 22" Rectangular tubing rack | (46.45) | (28.30) |

In re Southern Island Stores, LLC
Case No. 18-11805
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 590 | Furniture & Fixtures | | (252.88) | (153.55) |
| 590 | Leasehold Improvement | | (300.51) | (182.37) |
| 590 | Leasehold Improvement | | (209.60) | (127.10) |
| 590 | Leasehold Improvement | Signage - Rebranding | (3,300.00) | (2,003.43) |
| 590 | Furniture & Fixtures | 36' RD FLD rack weld - assembled | (96.21) | (58.26) |
| 590 | | | (262.55) | (262.55) |
| 590 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (149.62) | (90.88) |
| 590 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (5.24) | (3.26) |
| 590 | Furniture & Fixtures | 3500 PC / TV and 247 PC / K80 | (93.86) | (56.90) |
| 590 | Furniture & Fixtures | Rebranding: Super quad 4-way rack | (29.92) | (18.04) |
| 590 | Equipment | | (1,782.00) | (831.60) |
| 590 | Furniture & Fixtures | 36" Rounders, Super Quads | (189.63) | (115.05) |
| 590 | Leasehold Improvement | 7' Signage | (24,985.06) | (14,872.10) |
| 590 | | | 262.55 | 262.55 |
| 590 | Leasehold Improvement | Reclass to Expense per AUDIT | 10,017.00 | 10,017.00 |
| 590 | Leasehold Improvement | Install new Paging System | (3,500.00) | (2,216.74) |
| 590 | Leasehold Improvement | HVAC | (2,746.92) | (1,994.82) |
| 590 | Leasehold Improvement | HVAC | (4,517.60) | (3,388.22) |
| 590 | Leasehold Improvement | HVAC | (2,226.46) | (1,616.73) |
| 590 | Leasehold Improvement | HVAC | (1,629.09) | (1,202.51) |
| 590 | Leasehold Improvement | Supply & Replace Ignition Module | (1,652.00) | (1,356.95) |
| 590 | Leasehold Improvement | Supply & Replace the Ignition Module | (1,748.45) | (1,436.30) |
| 590 | Leasehold Improvement | HVAC | (1,944.92) | (1,736.57) |
| 590 | Leasehold Improvement | Fire Sprinkler System | (3,265.80) | (2,830.36) |
| 590 | Leasehold Improvement | Door Repair | (3,105.13) | - |
| 590 | Leasehold Improvement | Sign Repair | (6,638.39) | (6,638.39) |
| 510 | Leasehold Improvement | HVAC (50% DEPOSIT) | 3,047.96 | 3,047.96 |
| 516 | Leasehold Improvement | Ceiling Tiles | 3,176.97 | 2,859.89 |
| 516 | Leasehold Improvement | HVAC | 1,742.00 | 1,659.04 |
| 541 | Leasehold Improvement | HVAC | 4587.95 | 4,587.95 |
| 541 | Leasehold Improvement | HVAC | 487.24 | 487.24 |
| 541 | Leasehold Improvement | HVAC | 2598 | 2,598.00 |
| 516 | | | 5,187.89 | 5,187.89 |
| 587 | Leasehold Improvement | HVAC | 6,926.06 | 6,926.06 |

**Fill in this information to identify the case:**

Debtor name **Southern Island Stores LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **18-11805 (LSS)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **CSC, as Representative** | |
|---|---|---|

Creditor's Name

**P.O. Box 2576**
**Wichita, KS 67208**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Equipment Lease**

Describe the lien
**UCC-1 Filing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**   Column B: **Unknown**

---

| 2.2 | **Encina Business Credit, LLC** | |
|---|---|---|

Creditor's Name

**Administrative & Collateral Agent**
**Thomas Sullivan**
**111 W. Jackson, Suite 1700**
**Chicago, IL 60604**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**All assets of the Debtor**

Describe the lien
**ABL Credit Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$70,842,800.00**   Column B: **Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Southern Island Stores LLC**                                    Case number (if known)    **18-11805 (LSS)**
_____                                        _____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Gordon Brothers Finance Company** | Describe debtor's property that is subject to a lien | $30,000,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Administrative Agent and Lender**
**David Vega**
**800 Boylston Street, 27th Flr.**
**Boston, MA 02199**
Creditor's mailing address

**All assets of the Debtor**

**Describe the lien**
**Term Loan and Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Michael Fallas** | Describe debtor's property that is subject to a lien | $10,000,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**15001 Figueroa Street**
**Gardena, CA 90248**
Creditor's mailing address

**All assets of the Debtor**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Reich Bros. Business Solutions LLC** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if know) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| Creditor's Name | **Equipment Lease** |
|---|---|

**267 Central Ave.**
**White Plains, NY 10606**

Creditor's mailing address

**Describe the lien**

**UCC-1 Filing**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $110,842,800 |
|---|
| .00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name **Southern Island Stores LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **18-11805 (LSS)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|
| **2.1** | Priority creditor's name and mailing address<br>**Abanto Raymundo,Deissy K**<br>**2520 30th Rd Apt 2D**<br>**Astoria, NY 11102-2672** | $15.21 | Unknown |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|
| **2.2** | Priority creditor's name and mailing address<br>**Abraham,Brandon**<br>**93 Diamond St**<br>**New Haven, CT 06515** | $668.46 | Unknown |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        40561        Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $565.95 | Unknown |
|---|---|---|---|---|

**Abrams,Rochone T**
**710 Sandpine Rd**
**Columbia, SC 29229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,186.36 | Unknown |
|---|---|---|---|---|

**Acevedo,Lenitzcia**
**400 W. Somerville**
**Ave**
**Philadelphia, PA 19120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.38 | Unknown |
|---|---|---|---|---|

**Adkins,Samantha**
**37639 Little Mack Ave 202**
**Clinton Township, MI 48036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.92 | Unknown |
|---|---|---|---|---|

**Agalla,Jessica A**
**1353 Pleasant St**
**Schenectady, NY 12303-1934**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.7** | Priority creditor's name and mailing address

**Akter,Mossammat**
**16219 108th Ave**
**Jamaica, NY 11433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$535.21    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address

**Akter,Shirina**
**5 Metropolitan Oval Apt 12E**
**Bronx, NY 10462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$234.65    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address

**Ali,Gangadi**
**107-22 113th Street**
**APT#2**
**South Richmond Hill, NY 11419**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,349.19    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address

**Allen,Drew J**
**1238 W Belden Ave**
**Syracuse, NY 13204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$598.65    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.11**

Priority creditor's name and mailing address
**Alonzo,Annette**
**6624 24th St Apt 8**
**Berwyn, IL 60402-2662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$222.42        Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12**

Priority creditor's name and mailing address
**Alvarado Guzman,Urcania**
**3136 Godwin Terrace**
**Apt 3A**
**Bronx, NY 10463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,041.04        Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13**

Priority creditor's name and mailing address
**Alvarez,Nicolasina**
**60  W 104th Street**
**APT 7F**
**New York, NY 10025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,010.88        Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14**

Priority creditor's name and mailing address
**Alverio,Luis O**
**21332 Carlton St**
**Crest Hill, IL 60403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,861.54        Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.73 | Unknown |
|---|---|---|---|---|

**Alves,Max D**
**29 Sammet St**
**Everett, MA 02149**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | | $251.68 | Unknown |
|---|---|---|---|---|

**Alves,Norma**
**65 Central Dr**
**Stoughton, MA 02072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | | $463.87 | Unknown |
|---|---|---|---|---|

**Amaro Valdes,Cynthia J**
**769 Main St**
**Apt# 1L**
**Worcester, MA 01610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | | $41.03 | Unknown |
|---|---|---|---|---|

**Anderson,Nicole M**
**13 Woodland St Apt B**
**Everett, MA 02149-2217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.07 | Unknown |
|---|---|---|---|---|

**Anderson,Sandra E**
**140 Park Street**
**Dorchester, MA 02122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.84 | Unknown |
|---|---|---|---|---|

**Angello,Becky**
**937 Broadway Ave**
**Mc Kees Rocks, PA 15136-2229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.85 | Unknown |
|---|---|---|---|---|

**Aponte,Erika**
**445 Broadway**
**Apt 4**
**Newark, NJ 07104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.12 | Unknown |
|---|---|---|---|---|

**Aracena,Gisbel**
**28 Warwick St**
**Lawrence, MA 01841-3212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | |
|---|---|
| Debtor | **Southern Island Stores LLC** |
| | Name |

Case number (if known)  **18-11805 (LSS)**

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $350.24 | Unknown |
|---|---|---|---|---|
| | **Arias,Eleana R**<br>**16 Exchange Street**<br>**Lawrence, MA 01841** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,588.29 | Unknown |
|---|---|---|---|---|
| | **Arjoon,Fareeda**<br>**128 N 8th Ave**<br>**Mount Vernon, NY 10550-1216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $127.68 | Unknown |
|---|---|---|---|---|
| | **Arroyo,Mary M**<br>**3126 N Knox Ave**<br>**Chicago, IL 60641-5204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $120.12 | Unknown |
|---|---|---|---|---|
| | **Arroyo,Omar**<br>**3137 N 2nd St**<br>**Milwaukee, WI 53212-2018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address
**Aubourg,Gladice**
**30 Daniels St Apt 413**
**Malden, MA 02148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$558.47    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address
**Avila,Italia**
**971 Grove St**
**1st Fl**
**Elizabeth, NJ 07202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,058.97    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address
**Aviles,Zulma I**
**44 Mountford Street**
**Floor 1**
**Hartford, CT 06114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$145.54    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address
**Aybar Baez,Elizabeth**
**549 Haverhill St Apt 1**
**Lawrence, MA 01841-4222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$105.27    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.40 | Unknown |
|---|---|---|---|---|

**Ayers,Jennifer A**
**539 Pier Ct**
**Virginia Beach, VA 23462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $681.56 | Unknown |
|---|---|---|---|---|

**Badgett,Tia M**
**18 Madrid Sq**
**Apt 3**
**Brockton, MA 02301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $535.86 | Unknown |
|---|---|---|---|---|

**Balbuena,Deysi O**
**26-07 21st St**
**Apt 1F**
**Queens, NY 11102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,143.45 | Unknown |
|---|---|---|---|---|

**Banbahji,Morice**
**1524east 12street**
**2nd Floor**
**Brooklyn, NY 11230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $668.20 | Unknown |
|---|---|---|---|---|
| | **Banerjee,Bijali**<br>**108-15 96th Street**<br>**1ST Floor**<br>**Ozone Park, NY 11417-2135** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $793.65 | Unknown |
|---|---|---|---|---|
| | **Barber,Tracey**<br>**3876 Blue Granite Way**<br>**Conley, GA 30288** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $57.53 | Unknown |
|---|---|---|---|---|
| | **Barbosa,Mistique A**<br>**530 E Main St**<br>**Fall River, MA 02724-3115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $457.08 | Unknown |
|---|---|---|---|---|
| | **Barnes Jr,Arthur T**<br>**445 Shonnard St**<br>**Syracuse, NY 13204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.08 | Unknown |
|---|---|---|---|---|

**Barrett,Timothy**
**5332 Marlfield Drive**
**Norfolk, VA 23302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,471.08 | Unknown |
|---|---|---|---|---|

**Bates,Cinnamon**
**37 North Parkside**
**Chicago, IL 60644**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.76 | Unknown |
|---|---|---|---|---|

**Battle,Jonathan**
**40 Graham St**
**Stratford, CT 06615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $311.28 | Unknown |
|---|---|---|---|---|

**Bauza Tamayo,Mabel R**
**133 Roosevelt St # 3**
**Hartford, CT 06114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.78 | Unknown |
|---|---|---|---|---|
| | **Beasley,Frances V**<br>**574 Union Ave**<br>**Bridgeport, CT 06607-1428** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $737.36 | Unknown |
|---|---|---|---|---|
| | **Beato,Elizabeth**<br>**60 E. 104th Street**<br>**Apt #2-A**<br>**New York, NY 10029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $347.88 | Unknown |
|---|---|---|---|---|
| | **Begum,Taslima**<br>**936 Glenmore Avenue**<br>**2nd Floor**<br>**Brooklyn, NY 11208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $468.00 | Unknown |
|---|---|---|---|---|
| | **Beljour,Dieufranc**<br>**72 Radcliffe Street**<br>**Apt# 1**<br>**Dorchester, MA 02121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.75 | Unknown |
|---|---|---|---|---|

**Belt,Eugene H**
**109 Oak Ln Apt 1**
**Brockton, MA 02301-0930**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.70 | Unknown |
|---|---|---|---|---|

**Beltran,Norma**
**787 E 185th St Apt 3C**
**Bronx, NY 10460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $416.90 | Unknown |
|---|---|---|---|---|

**Bencosme,Rossi B**
**135 Pearl St**
**Lawrence, MA 01841**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.52 | Unknown |
|---|---|---|---|---|

**Bennett Jr,Kenton**
**19 Alicia Rd**
**Dorchester, MA 02124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.02 | Unknown |
|---|---|---|---|---|

**Bentley,Karyn**
**5697 Hidden Brook Cir**
**College Park, GA 30349**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | | $105.27 | Unknown |
|---|---|---|---|---|

**Bergeron,Cassandra**
**93 Cummins Hwy**
**Roslindale, MA 02131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | | $1,197.90 | Unknown |
|---|---|---|---|---|

**Berjoul,Amina**
**93 Madison Ave**
**Apt #2**
**Everett, MA 02149**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | | $79.05 | Unknown |
|---|---|---|---|---|

**Bernabel,Mery E**
**18 Fairmont St 1St floor**
**Lawrence, MA 01841**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $832.00 | Unknown |
|---|---|---|---|---|
| | **Berrios,Aida I**<br>**832 Bridge St**<br>**Schenectady, NY 12303** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.18 | Unknown |
|---|---|---|---|---|
| | **Berrios,Odallys M**<br>**936 Wethersfield Ave**<br>**Hartford, CT 06114-3138** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $355.55 | Unknown |
|---|---|---|---|---|
| | **Betancourt,Jose**<br>**3331 104th St**<br>**Corona, NY 11368** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.43 | Unknown |
|---|---|---|---|---|
| | **Bhuiyan,Abul K**<br>**11027 172nd St**<br>**New York**<br>**Jamaica, NY 11433** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.11 | Unknown |
|---|---|---|---|---|

**Blount,Nicole**
**568 Blue Hill Ave Apt 1**
**Dorchester, MA 02121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.17 | Unknown |
|---|---|---|---|---|

**Bly,Alisha F**
**120 Newfield St**
**Buffalo, NY 14207-1650**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $642.41 | Unknown |
|---|---|---|---|---|

**Body,Taneka**
**440 Walnut St**
**1st Floor**
**Elizabeth, NJ 07201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,153.85 | Unknown |
|---|---|---|---|---|

**Bonilla,Patricia**
**2713 Orangebrook Rd**
**Raleigh, NC 27610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.66 | Unknown |
|---|---|---|---|---|

**Bonner,Ronell**
**508 Harral Ave apt 120 bldg 1**
**Bridgeport, CT 06604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.52 | Unknown |
|---|---|---|---|---|

**Botruff,Jessica**
**840 E Hayes Ave**
**Hazel Park, MI 48030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.25 | Unknown |
|---|---|---|---|---|

**Bou,Haydee**
**1663 Carew St**
**Springfield, MA 01104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,182.68 | Unknown |
|---|---|---|---|---|

**Bowen,Tania**
**1210 Elder Ave Apt 5F**
**Bronx, NY 10472**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $130.57 | Unknown |
|---|---|---|---|---|
| | **Boyd,Anthony R**<br>**1113 Pleasant St**<br>**Schenectady, NY 12303-1713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,043.38 | Unknown |
|---|---|---|---|---|
| | **Boyd,Raymond**<br>**724 Varick St Apt 2**<br>**Utica, NY 13502-4010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $16.39 | Unknown |
|---|---|---|---|---|
| | **Boyer,Mary K**<br>**19 Doran St**<br>**Rochester, NY 14608-2749** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $416.10 | Unknown |
|---|---|---|---|---|
| | **Bracey,Alesia**<br>**19 Schauf Ave**<br>**Apt -2**<br>**Buffalo, NY 14211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $451.36 | Unknown |
|---|---|---|---|---|

**Bradica,Rachel**
**914 Garfield Ave**
**Pittsburgh, PA 15221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $795.55 | Unknown |
|---|---|---|---|---|

**Briggs,Marshall D**
**17 Kofler Ave.**
**Buffalo, NY 14207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.56 | Unknown |
|---|---|---|---|---|

**Brissett Jennings,Tesson**
**94 Woodrow Ave**
**Dorchester, MA 02124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $466.31 | Unknown |
|---|---|---|---|---|

**Britt,Jonisha J**
**2028 W. Maypole Ave**
**Apt B**
**Chicago, IL 60612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $64.48 | Unknown |
|---|---|---|---|---|
| | **Brooks,Rebekah S**<br>**70 bickford ave.**<br>**Buffalo, NY 14215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $38.38 | Unknown |
|---|---|---|---|---|
| | **Brown Jr,Tremain W**<br>**21 1st St 2FL**<br>**Hamden, CT 06514-4914** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $71.04 | Unknown |
|---|---|---|---|---|
| | **Brown,Briann N**<br>**203 W Steuben St**<br>**Pittsburgh, PA 15205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $84.63 | Unknown |
|---|---|---|---|---|
| | **Brown,Jeria**<br>**81 Overton Ave Unit B**<br>**Waterbury, CT 06705-3473** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.70 | Unknown |
|---|---|---|---|---|

**Brown,Kelvin**
**45A Horadan Way**
**Boston, MA 02120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.14 | Unknown |
|---|---|---|---|---|

**Brown,Tina C**
**813 Marquis Way**
**Morrow, GA 30260**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.01 | Unknown |
|---|---|---|---|---|

**Bryant,Mesha K**
**55 Sherman Ave**
**New Haven, CT 06511-5216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.88 | Unknown |
|---|---|---|---|---|

**Buckman,Kelly C**
**4313 Presley Ct Apt C**
**Raleigh, NC 27604-9071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | | Case number *(if known)* | **18-11805 (LSS)** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$283.86** | **Unknown** |
| --- | --- | --- | --- | --- |

**Burnett,Georgie**
**1104 Meadow Ln**
**Streamwood, IL 60107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$658.99** | **Unknown** |
| --- | --- | --- | --- | --- |

**Cabrera,Carmen**
**407 Seymour St**
**Syracuse, NY 13204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,009.62** | **Unknown** |
| --- | --- | --- | --- | --- |

**Calixto,Nancy**
**692 Grand ST**
**6**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$421.33** | **Unknown** |
| --- | --- | --- | --- | --- |

**Calmeira,Lindsay**
**492 Brayton AVE**
**apt.3**
**fall river, MA 02721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.32 | Unknown |
|---|---|---|---|---|

**Campbell,Precenia Z**
**1525 N Lorel Ave Apt 1**
**Chicago, IL 60651**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.80 | Unknown |
|---|---|---|---|---|

**Campbell,Robert**
**37 Holiday St**
**Boston, MA 02122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.79 | Unknown |
|---|---|---|---|---|

**Cannon,Jordan C**
**33 Marigold Ave**
**Buffalo, NY 14215-2119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.72 | Unknown |
|---|---|---|---|---|

**Cantey,Ramel W**
**265 Washington Ave**
**Apt A4**
**Bridgeport, CT 06604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.29 | Unknown |
|---|---|---|---|---|

**Caporossi Jr,Arthur M**
**84 Contact Dr**
**West Haven, CT 06516**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.90 | Unknown |
|---|---|---|---|---|

**Caraballo,Rafael**
**213 Stiles St**
**Elizabeth, NJ 07208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.62 | Unknown |
|---|---|---|---|---|

**Carmona,Sandra**
**1734 Smith Dr**
**West Columbia, SC 29169**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $693.37 | Unknown |
|---|---|---|---|---|

**Carrasquillo,Yarielis**
**23 Stone Ct**
**Syracuse, NY 13204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,498.95** | **Unknown** |
|---|---|---|---|---|
| | **Carroll,Penny M**<br>**129 W Kennedy St**<br>**Syracuse, NY 13205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$16.56** | **Unknown** |
|---|---|---|---|---|
| | **Casanova,Lillian**<br>**490 Trumbull Ave Apt B**<br>**Bridgeport, CT 06606-6400** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,477.97** | **Unknown** |
|---|---|---|---|---|
| | **Castillo,Juana**<br>**731 Gerad Ave**<br>**Apt #6D**<br>**Bronx, NY 10451** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,375.33** | **Unknown** |
|---|---|---|---|---|
| | **Castillo,Rosa**<br>**34-47 90th Street**<br>**Apt # J32**<br>**Jackson Heights, NY 11372** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.99** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$305.55** | **Unknown**

**Cawthon,Emily**
**130 Armstrong PL**
**Syracuse, NY 13207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.100** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,276.44** | **Unknown**

**Caylor,Tammy**
**4657 5th Street**
**Ecorse, MI 48229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.101** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$195.36** | **Unknown**

**Ceja Garcia,Graciela**
**2425 Oak Park Ave**
**Berwyn, IL 60402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.102** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,543.23** | **Unknown**

**Centeno,Maxime**
**2094 5th Ave**
**Apt 7D**
**New York, NY 10035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.16 | Unknown |
|---|---|---|---|---|

**Chabla-Palaguachi,Guadalupe**
**42-13 28th Ave. B2**
**astoria, NY 11103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.16 | Unknown |
|---|---|---|---|---|

**Chambers,Keyona**
**523 Ezra St # 1FL**
**Bridgeport, CT 06606-4325**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $451.31 | Unknown |
|---|---|---|---|---|

**Chandler,Shante M**
**20 Tremont St Apt 1**
**Brockton, MA 02301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $427.92 | Unknown |
|---|---|---|---|---|

**Chaney,Nakeisha**
**1850 S Karlov**
**Apt 202**
**Chicago, IL 60623**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,391.72 | Unknown |
|---|---|---|---|---|

**Chisholm,James A**
**7209 Forrest Ave**
**Philadelphia, PA 19138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | | $631.93 | Unknown |
|---|---|---|---|---|

**Chowdhury,Farhana**
**23-02 30th Drive**
**Astoria, NY 11102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | | $56.87 | Unknown |
|---|---|---|---|---|

**Cicero,Linda A**
**11 houghton st**
**#1**
**Worcester, MA 01604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | | $1,429.69 | Unknown |
|---|---|---|---|---|

**Ciuzio,Jeanne**
**753 James Street**
**Apt 607**
**Syracuse, NY 13203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,035.41** | **Unknown** |
|---|---|---|---|---|

**Clarke,Gerard**
**305 Linden Blvd**
**Apt 1-F**
**Brooklyn, NY 11226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$89.44** | **Unknown** |
|---|---|---|---|---|

**Cobb,Roxine**
**24918 147th Ave**
**Rosedale, NY 11422**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$200.20** | **Unknown** |
|---|---|---|---|---|

**Cole,Racine**
**1086 Willett St**
**Schenectady, NY 12303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,116.50** | **Unknown** |
|---|---|---|---|---|

**Coleman,Jamika**
**3945 Fox Hunt Ln**
**Apt A**
**Atlanta, GA 30344**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.10 | Unknown |
|---|---|---|---|---|

**Collins,Cocachie**
**16854 Langley Ave**
**South Holland, IL 60473**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.42 | Unknown |
|---|---|---|---|---|

**Conde,Janice N**
**170 Sunset HI**
**Fall River, MA 02724-3749**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.74 | Unknown |
|---|---|---|---|---|

**Conteh,Kebbie J**
**9832 57th Ave Apt 15C**
**Corona, NY 11368-4935**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $717.26 | Unknown |
|---|---|---|---|---|

**Cooper,Grace E**
**500 Stone Ave**
**Apt #4-C**
**Brooklyn, NY 11212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $897.61 | Unknown |
|---|---|---|---|---|

**Coronado,Chriselda**
**1023 Court St**
**1st Floor**
**Utica, NY 13502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $595.56 | Unknown |
|---|---|---|---|---|

**Correa,Leniah M**
**169 Sewall Street**
**2r**
**Ludlow, MA 01056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.96 | Unknown |
|---|---|---|---|---|

**Cortez,Jose**
**291 Cascade Pl**
**Rochester, NY 14609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $624.91 | Unknown |
|---|---|---|---|---|

**Costa,Carol**
**540 N. Front St**
**#2**
**New Bedford, MA 02745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $677.16 | Unknown |
|---|---|---|---|---|

**Costa,Jessica L**
**155 Earle St**
**New Bedford, MA 02796**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,118.39 | Unknown |
|---|---|---|---|---|

**Costello,Amanda**
**45 N. Main St**
**Easton, MA 02356**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $608.14 | Unknown |
|---|---|---|---|---|

**Cotton,Greg**
**1950 East Tremont Ave**
**Apt# 2C**
**Bronx, NY 10462**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.96 | Unknown |
|---|---|---|---|---|

**Covert,Allison**
**17 Lansing Street**
**Buffalo, NY 14207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,307.70 | Unknown |
|---|---|---|---|---|

**Cox,Indira D**
**100 Canterbury St**
**84**
**Worcester, MA 01603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $570.00 | Unknown |
|---|---|---|---|---|

**Cranston,Alcia C**
**14615 Brookville Blvd**
**Rosedale, NY 11422**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.16 | Unknown |
|---|---|---|---|---|

**Crim,Brenda**
**1105 Tennessee Ave 4**
**Cincinnati, OH 45229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $868.14 | Unknown |
|---|---|---|---|---|

**Crosby,Ronald**
**7159 s yale 2F**
**Chicago, IL 60621**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.84 | Unknown |
|---|---|---|---|---|

**Cruz Jr,David**
**68 Highland Ave**
**Bridgeport, CT 06604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.25 | Unknown |
|---|---|---|---|---|

**Cyrus,Kaitlin S**
**67 Hathaway St Apt 1**
**New Bedford, MA 02746-5318**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $492.52 | Unknown |
|---|---|---|---|---|

**Dacruz,Francisca**
**5 Canal Lane**
**508**
**Somerville, MA 02145**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.98 | Unknown |
|---|---|---|---|---|

**Daniels,Lindsey L**
**600 N Townsend St Apt C**
**Syracuse, NY 13203-1859**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.97 | Unknown |
|---|---|---|---|---|

**Dawkins,Destria M
27 Suffield St Apt 2
Worcester, MA 01610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $441.23 | Unknown |
|---|---|---|---|---|

**De Jesus Perez,Keyleen Y
50 Pavonia St
Buffalo, NY 14207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.60 | Unknown |
|---|---|---|---|---|

**De Jesus,Raul
801 Jefferson Ave
Utica, NY 13501-1919**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.97 | Unknown |
|---|---|---|---|---|

**De La Rosa,Dulce V
27 Butler St
Apt #3
Lawrence, MA 01841**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $594.00 | Unknown |
| --- | --- | --- | --- | --- |

**De Los Angeles Garcia,Aneudy**
**23 MILFORD ST**
**LAWRENCE, MA 01841**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.82 | Unknown |
| --- | --- | --- | --- | --- |

**De Morales,Vilma**
**41 Myrtle St**
**Somerville, MA 02145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $624.00 | Unknown |
| --- | --- | --- | --- | --- |

**DeJesus,Edwin**
**1209 Bushwick Ave**
**Apt#1A**
**Brooklyn, NY 11221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $457.60 | Unknown |
| --- | --- | --- | --- | --- |

**Del Toro,Emily**
**2722 N Mulligan Ave Apt 1**
**Chicago, IL 60639**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,544.06 | Unknown |
|---|---|---|---|---|

**Del Valle,Jorge**
**5548 Bear Road**
**APT 27 F**
**North Syracuse, NY 13212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.08 | Unknown |
|---|---|---|---|---|

**Delgado Otero,Amy J**
**163 Park St**
**Lawrence, MA 01841-2542**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.06 | Unknown |
|---|---|---|---|---|

**Delgado,Emely A**
**67 Antrim St**
**West Haven, CT 06516**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.64 | Unknown |
|---|---|---|---|---|

**Demoranville,Sheena L**
**172 Rivet St**
**New Bedford, MA 02745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.147** | Priority creditor's name and mailing address

**Derosia,Taralyn M**
**825 North Dorchester**
**Royal Oak, MI 48067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,651.32    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.148** | Priority creditor's name and mailing address

**Destin,Beatrice**
**20 Peverell St Apt 2**
**Dorchester, MA 02125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$194.70    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.149** | Priority creditor's name and mailing address

**Dias,Poljohn**
**112 Norton St**
**Boston, MA 02122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16.72    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.150** | Priority creditor's name and mailing address

**Diaz Paris,Jose A**
**94 Constance Way W**
**Rochester, NY 14612-2750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$111.28    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.59 | Unknown |
|---|---|---|---|---|

2.151 | Priority creditor's name and mailing address
**Diaz,Alaila**
**53 hirschbeck St.**
**Apt 2**
**Buffalo, NY 14211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$850.59    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.152 | Priority creditor's name and mailing address
**Diaz,Marcela**
**91-01 86th Dr**
**Woodhaven, NY 11421**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$257.14    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.153 | Priority creditor's name and mailing address
**Diaz,Nestor**
**91-01 86th Drive**
**Woodhaven, NY 11421**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$311.74    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.154 | Priority creditor's name and mailing address
**Do,Loan**
**84 Bennett Ave**
**Rochester, NY 14609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$170.98    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $517.93 | Unknown |
|---|---|---|---|---|

**Docherty,Karen J**
**110 Orford St**
**#110**
**West Haven, CT 06516**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.63 | Unknown |
|---|---|---|---|---|

**Donelson,Michelle**
**1700 Lakewood DR**
**Troy, MI 48083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.68 | Unknown |
|---|---|---|---|---|

**Dorelus,Isaiah**
**25 Derby St  Apt 2**
**Worcester, MA 01604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.76 | Unknown |
|---|---|---|---|---|

**Drakeford,Sharon**
**P.O Box 332**
**Wedgefield, SC 29168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.53 | Unknown |
|---|---|---|---|---|

| 2.159 | Priority creditor's name and mailing address<br>**Dunbar,Lynnette C**<br>**5242 W Berks Street**<br>**Philadelphia, PA 19131** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $134.53 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.160 | Priority creditor's name and mailing address<br>**Dworecki,Francis**<br>**407 Delmar St**<br>**Philadelphia, PA 19128** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $237.09 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.161 | Priority creditor's name and mailing address<br>**Echevarria,Lillianna M**<br>**17 Demond Ave**<br>**Springfield, MA 01104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $363.88 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.162 | Priority creditor's name and mailing address<br>**Edwards,Pilar**<br>**180 Treetop Ave**<br>**Springfield, MA 01118-2443** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $68.97 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $451.10 | Unknown |
|---|---|---|---|---|

**Edwards,Tierra**
**1715 N McVicker Ave**
**Chicago, IL 60639**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.38 | Unknown |
|---|---|---|---|---|

**Elgaard,Birgitte**
**184 Fairmont Ave**
**#3**
**Worcester, MA 01604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.32 | Unknown |
|---|---|---|---|---|

**Ellis,Miranda**
**1614 Brower St**
**Schenectady, NY 12303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $667.37 | Unknown |
|---|---|---|---|---|

**Emanuel,Carmen**
**80 Fayston St**
**Apt 3**
**Dorchester, MA 02121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,615.39 | Unknown |
|---|---|---|---|---|
| | **Eppinger,April** | *Check all that apply.* | | |
| | **815 McClure Ave** | ☐ Contingent | | |
| | **Sharon, PA 16146** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.08 | Unknown |
|---|---|---|---|---|
| | **Fabian,Medelyn H** | *Check all that apply.* | | |
| | **85 Cross St** | ☐ Contingent | | |
| | **Lawrence, MA 01841-3531** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $751.32 | Unknown |
|---|---|---|---|---|
| | **Fajardo,Martina** | *Check all that apply.* | | |
| | **19 Glencoe St** | ☐ Contingent | | |
| | **Brighton, MA 02135** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.17 | Unknown |
|---|---|---|---|---|
| | **Farquharson,Nidia** | *Check all that apply.* | | |
| | **15013 120th Ave** | ☐ Contingent | | |
| | **Jamaica, NY 11434** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,380.77** | **Unknown** |
|---|---|---|---|---|

**Farrouq,Mohammed**
**149-24 117th St**
**Queens, NY 11420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$465.19** | **Unknown** |
|---|---|---|---|---|

**Feliz,Dolores**
**44 French St.**
**Apt. #2**
**Methuen, MA 01844**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$289.38** | **Unknown** |
|---|---|---|---|---|

**Fernandez,Clara**
**1224 Walton Ave Apt 2A**
**Bronx, NY 10452-8011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$163.80** | **Unknown** |
|---|---|---|---|---|

**Fernandez,Suje**
**3333 106th St Apt 1**
**Corona, NY 11368**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.63 | Unknown |
|---|---|---|---|---|

**Ferreras Vargas,Carlos M**
**35 Geneva St**
**Rochester, NY 14621-3323**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,315.08 | Unknown |
|---|---|---|---|---|

**Fielder,Anastasia L**
**436 Cortland Ave**
**Syracuse, NY 13205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.59 | Unknown |
|---|---|---|---|---|

**Figueroa Vazquez,Rafael**
**22 Downer Ave Apt 1**
**Dorchester, MA 02125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.38 | Unknown |
|---|---|---|---|---|

**Fletcher,Hazel**
**15 Lambert St.**
**Cambridge, MA 02141**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$236.81** | **Unknown** |
|---|---|---|---|---|
| | **Flores,Diane**<br>**57 Terrace Circle**<br>**#C**<br>**Bridgeport, CT 06606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$17.05** | **Unknown** |
|---|---|---|---|---|
| | **Fonseca,Brittney**<br>**671 State Rd**<br>**North Dartmouth, MA 02747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4.34** | **Unknown** |
|---|---|---|---|---|
| | **Foreman,Kimberly D**<br>**137 Poplar St**<br>**Bridgeport, CT 06605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,043.28** | **Unknown** |
|---|---|---|---|---|
| | **Frazier,Alsharaf A**<br>**8059 Attleboro Dr**<br>**Jonesboro, GA 30238** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.183** | Priority creditor's name and mailing address

**Frazier,Alshareef**
**4949 Mountainside Trl**
**Stone Mountain, GA 30083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,424.76    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.184** | Priority creditor's name and mailing address

**Gallo,Carly**
**62 Rotterdam St**
**Schenectady, NY 12306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$37.44    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.185** | Priority creditor's name and mailing address

**Galvez,Annie**
**1601 Extine Lane**
**Raleigh, NC 27610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$508.05    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.186** | Priority creditor's name and mailing address

**Gamez,Daniela M**
**1936 S Central Ave**
**Cicero, IL 60804-2250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$170.06    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $68.38 | Unknown |
|---|---|---|---|---|

**Garcia Ayouca,Zoila**
**267 Weirfield**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $428.04 | Unknown |
|---|---|---|---|---|

**Garcia Rodriguez,Julissa I**
**68 GILMAN STREET**
**1FLOOR**
**Hartford, CT 06114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $480.48 | Unknown |
|---|---|---|---|---|

**Garcia,Neysha**
**458 Fernwood Ave**
**Rochester, NY 14609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $128.31 | Unknown |
|---|---|---|---|---|

**Garnett,Roslyn**
**500 Mother Gaston Blvd Apt 4C**
**Brooklyn, NY 11212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $51.61 | Unknown |
|---|---|---|---|---|
| | **Gates,Lamont K**<br>**27 Hazel St**<br>**New Haven, CT 06511-1901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,040.00 | Unknown |
|---|---|---|---|---|
| | **Gaymon,Paul**<br>**35-20 21St Street**<br>**Apt #1-A**<br>**Long Island City, NY 11106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $905.28 | Unknown |
|---|---|---|---|---|
| | **Gerace,Mercy E**<br>**180 Falcon St Apt 1**<br>**East Boston, MA 02128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $423.61 | Unknown |
|---|---|---|---|---|
| | **Glaude,Jureefah**<br>**34 Wigglesworth St**<br>**Malden, MA 02148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|--------|-------------------------------|------------------------|--------------------|
|        | Name                          |                        |                    |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.26 | Unknown |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Glover,Arnette**
**5238 W. Bloomingdale**
**Apt# 2**
**Chicago, IL 60639**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.96 | Unknown |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Gobin,Karishma**
**10625 Guy R Brewer Blvd**
**Jamaica, NY 11433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.79 | Unknown |
|-------|----------------------------------------------|-----------------------------------------------|-------|---------|

**Godbolt,Ramona R**
**201 Martin Luther King Dr**
**Bridgeport, CT 06608**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $718.85 | Unknown |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Goffredo,Rosemary**
**38 Chruch St**
**#2**
**Malden, MA 02148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.199** | Priority creditor's name and mailing address

**Gomes,Kiandrio**
**397 Hillberg Ave**
**Brockton, MA 02301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$12.32    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.200** | Priority creditor's name and mailing address

**Gomez,Esmerly**
**17 Noyes St Apt 1**
**Methuen, MA 01844**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$168.70    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.201** | Priority creditor's name and mailing address

**Gomez,Rosa I**
**260 Garvey Dr**
**Springfield, MA 01109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$186.94    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.202** | Priority creditor's name and mailing address

**Gonzalez Aquino,Midre M**
**361 Walnut Ave**
**Apt 9**
**Boston, MA 02119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$675.95    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.67 | Unknown |
| --- | --- | --- | --- | --- |

**Gonzalez Perez,Catalina**
**8 Magnolia St**
**# 1**
**Dorchester, MA 02125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | | $613.70 | Unknown |
| --- | --- | --- | --- | --- |

**Gonzalez Roman,Ana L**
**538 Valley Dr**
**Syracuse, NY 13207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | | $174.45 | Unknown |
| --- | --- | --- | --- | --- |

**Gonzalez,Daisy**
**49 Trenaman St**
**Rochester, NY 14621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | | $1,040.00 | Unknown |
| --- | --- | --- | --- | --- |

**Gonzalez,Lurie A**
**2523 Aqueduct Ave**
**Apt B1**
**Bronx, NY 10468**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.31  Unknown |
| | **Gonzalez,Maria**<br>**153 Wilson St # 2FL**<br>**Hartford, CT 06106-3546** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.13  Unknown |
| | **Gordon,Sherry A**<br>**320 Warner Ave**<br>**Syracuse, NY 13205** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.50  Unknown |
| | **Goslin,Everton**<br>**21 Homes Ave**<br>**Dorchester, MA 02122** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.44  Unknown |
| | **Grady,Susan E**<br>**1317 South Ave Apt 4**<br>**Rochester, NY 14620-2835** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.211** | Priority creditor's name and mailing address

**Graham,Luana**
**81 North Warren**
**APT#3**
**Brockton, MA 02301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$349.58 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.212** | Priority creditor's name and mailing address

**Grant,Maria**
**324 Beach 59th Street**
**Apt#3-C**
**FarRockaway, NY 11692**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$510.60 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.213** | Priority creditor's name and mailing address

**Gray,Amylynn J**
**1205 Walden Ave Apt 2**
**Buffalo, NY 14211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$72.18 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.214** | Priority creditor's name and mailing address

**Green,Breashe L**
**1085 Niagara St**
**Buffalo, NY 14213-2008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$104.10 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.215** | Priority creditor's name and mailing address

**Guevara Santiago,Stephany**
**8 Salem St Apt 1**
**New Haven, CT 06519**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$30.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.216** | Priority creditor's name and mailing address

**Gutierrez De Garcia,Irene**
**3224 S. 53rd Ct.**
**Cicero, IL 60804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$318.89    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.217** | Priority creditor's name and mailing address

**Hall,Deborah**
**61 Bridle Path Cir Apt 322**
**Randolph, MA 02368**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14.30    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.218** | Priority creditor's name and mailing address

**Hall,Dernecia**
**16854 Langley Ave**
**South Holland, IL 60473**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$241.67    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$849.42** | **Unknown** |
|---|---|---|---|---|
| | **Hall,Janula**<br>**9 Creston St**<br>**1**<br>**Dorchester, MA 02121** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19.25** | **Unknown** |
|---|---|---|---|---|
| | **Hall,Shawnte**<br>**15 inwood st**<br>**dorchester, MA 02125** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9.50** | **Unknown** |
|---|---|---|---|---|
| | **Hare,Kenya**<br>**0828 Willow Oak Dr Apt 828**<br>**Columbia, SC 29223** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$51.27** | **Unknown** |
|---|---|---|---|---|
| | **Harilall,Latchmi B**<br>**911 Norwood Ave**<br>**Schenectady, NY 12303-1226** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $972.54 | Unknown |
|---|---|---|---|---|

**Hariram,Shakela**
**114-12 121st Street**
**Queens, NY 11420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | | $1,497.99 | Unknown |
|---|---|---|---|---|

**Harris,Daquam**
**812 South St**
**Utica, NY 13501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | | $383.97 | Unknown |
|---|---|---|---|---|

**Harris,Kimberly M**
**1834 Kenmore Ave Apt B**
**Buffalo, NY 14216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | | $1,129.91 | Unknown |
|---|---|---|---|---|

**Hasan,Ahm Quamrul**
**18624 Foch Boulevard**
**Ground Floor**
**Saint Albans, NY 11412**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.227** | Priority creditor's name and mailing address

**Haye,Omeal A**
**3454 Fenton Ave**
**4D**
**Bronx, NY 10469**

| As of the petition filing date, the claim is: | **$1,687.14** | **Unknown** |
|---|---|---|

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.228** | Priority creditor's name and mailing address

**Haynes,Isaac A**
**1044 Delamont Ave**
**Schenectady, NY 12307**

| As of the petition filing date, the claim is: | **$683.07** | **Unknown** |
|---|---|---|

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.229** | Priority creditor's name and mailing address

**Hernandez,Cristina**
**1776-68th Street**
**Apt#1-D**
**Brooklyn, NY 11204**

| As of the petition filing date, the claim is: | **$184.21** | **Unknown** |
|---|---|---|

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.230** | Priority creditor's name and mailing address

**Hernandez,Johnny A**
**38 Banks St**
**Brockton, MA 02302**

| As of the petition filing date, the claim is: | **$530.97** | **Unknown** |
|---|---|---|

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|--------|-------------------------------|------------------------|--------------------|
|        | Name                          |                        |                    |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $685.41 | Unknown |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Hernandez,Sonia L**
**34 Douglas St.**
**Apt.#1**
**Hartford, CT 06114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.49 | Unknown |
|-------|----------------------------------------------|-----------------------------------------------|--------|---------|

**Hernandez,Stephanie M**
**566 Pennsylvania Ave**
**Elizabeth, NJ 07201-1112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,613.86 | Unknown |
|-------|----------------------------------------------|-----------------------------------------------|-----------|---------|

**Herrera,Jazmin**
**4134 N Kolmar Ave**
**Chicago, IL 60641**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.49 | Unknown |
|-------|----------------------------------------------|-----------------------------------------------|--------|---------|

**Hickman,Randy A**
**3215 Candlewood Dr**
**East Point, GA 30044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.235** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.90 | Unknown
| **Hill,William D**<br>**558 E. Utica St.**<br>**Buffalo, NY 14208** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes

---

**2.236** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.19 | Unknown
| **Hobson,Kendia R**<br>**4118 Monroe St**<br>**Gary, IN 46408** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes

---

**2.237** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.55 | Unknown
| **Holmes Jr,James**<br>**88 Ruth St**<br>**New Bedford, MA 02744-2442** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes

---

**2.238** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.62 | Unknown
| **Hoque,Tania**<br>**34-51 24 Street Apt 1FL**<br>**Astoria, NY 11106** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.65 | Unknown |
|---|---|---|---|---|

**Hossain,Afaz**
**613 E. 16 St.**
**Apt#5-I**
**Brooklyn, NY 11226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.72 | Unknown |
|---|---|---|---|---|

**House,Latonya A**
**550 Hale Ave  Unit1**
**Cincinati, OH 45229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,223.48 | Unknown |
|---|---|---|---|---|

**Howell,Daphne**
**175 Canton Street**
**A-5**
**West Haven, CT 06616**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.21 | Unknown |
|---|---|---|---|---|

**Huerta,Maya G**
**1214 Kenilworth Ave**
**Berwyn, IL 60402-1025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.75 | Unknown |
|---|---|---|---|---|

**Huertas,Carmen F**
**81 Lee Ave**
**Bridgeport, CT 06605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $818.35 | Unknown |
|---|---|---|---|---|

**Hugh Johnson,Vinel**
**174-07 Polhemus Ave**
**Apt#2**
**Jamaica, NY 11433**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,113.58 | Unknown |
|---|---|---|---|---|

**Hughes,Elizabeth**
**215 W 116th St**
**Apt 7A**
**New York, NY 10026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $420.42 | Unknown |
|---|---|---|---|---|

**Hulin,Khalilah**
**2525 Ivydale**
**Atlanta, GA 30311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,692.31** | **Unknown** |
|---|---|---|---|---|

**Hyatt,Richard**
**87 Sierra Rd Apt 29**
**Hyde Park, MA 02136-2521**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | | **$897.26** | **Unknown** |
|---|---|---|---|---|

**Inga,Carmita**
**86-86 78th Street**
**Woodhaven, NY 11421**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | | **$633.98** | **Unknown** |
|---|---|---|---|---|

**Jackson,Courtney**
**2499 Sheridan dr 6**
**Tonawanda, NY 14105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | | **$80.08** | **Unknown** |
|---|---|---|---|---|

**Jackson,Jacqueline**
**198 Koons Ave**
**Buffalo, NY 14211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.08 | Unknown |
| | **Jackson,Trevor** | *Check all that apply.* | | |
| | **1697 Davidson Ave** | ☐ Contingent | | |
| | **Bronx, NY 10453** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $895.67 | Unknown |
| | **Jagernauth,Padmawattie P** | *Check all that apply.* | | |
| | **10429 134th St** | ☐ Contingent | | |
| | **South Richmond Hill, NY 11419** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.22 | Unknown |
| | **James,Fanisha L** | *Check all that apply.* | | |
| | **212 Seward St** | ☐ Contingent | | |
| | **Rochester, NY 14608-2609** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $494.37 | Unknown |
| | **James,Kadylene** | *Check all that apply.* | | |
| | **3794 Rosemary Ln SE** | ☐ Contingent | | |
| | **Conyers, GA 30013** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $657.31 | Unknown |
|---|---|---|---|---|

**James,Martel A**
**133 Folly Brook**
**Apt# 2**
**Wethersfield, CT 06109**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $719.68 | Unknown |
|---|---|---|---|---|

**Jean Rene,Lirons**
**8915 144th St Apt 4H**
**Jamaica, NY 11435**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $37.84 | Unknown |
|---|---|---|---|---|

**Jean-Louis,Dyshawn**
**38 Banks Street**
**Brockton, MA 02302**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $471.64 | Unknown |
|---|---|---|---|---|

**Jimenez,Brandon**
**57 King St.**
**2**
**Stratford, CT 06615**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $448.50 | Unknown |
|---|---|---|---|---|

**Jimenez,Teofila**
**1536 White Plain Rd.**
**Apt. 1C**
**Bronx, NY 10462**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,066.26 | Unknown |
|---|---|---|---|---|

**Joe,Trimoin M**
**96 Roeckel Ave**
**Valley Stream, NY 11580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.60 | Unknown |
|---|---|---|---|---|

**John,Maxwell**
**788 Lyons Ave.**
**Irvington, NJ 07111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.13 | Unknown |
|---|---|---|---|---|

**Johnson,Donna**
**207 PRINCE STREET**
**Newark, NJ 07103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|--------|-------------------------------|------------------------|---------------------|
|        | Name |  |  |

---

| 2.263 | Priority creditor's name and mailing address<br>**Johnson,Elisha M**<br>**550 E George Ave**<br>**Hazel Park, MI 48030-2512** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$157.00** | **Unknown** |
|-------|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.264 | Priority creditor's name and mailing address<br>**Johnson,Kyla**<br>**241 State St**<br>**New Bedford, MA 02740** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$269.06** | **Unknown** |
|-------|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.265 | Priority creditor's name and mailing address<br>**Johnson,Marquila C**<br>**166 Grey St #1**<br>**Buffalo, NY 14211** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12.38** | **Unknown** |
|-------|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.266 | Priority creditor's name and mailing address<br>**Jones,Alexandra P**<br>**614 N. Parkside**<br>**Chicago, IL 60644** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$576.24** | **Unknown** |
|-------|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,490.84 | Unknown |
|---|---|---|---|---|

**Jones,Jelisa A**
**1654 Elm St**
**2nd fl**
**Utica, NY 13501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $554.40 | Unknown |
|---|---|---|---|---|

**Jones,Ryan**
**157 Beacon Cir**
**Springfield, MA 01119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.70 | Unknown |
|---|---|---|---|---|

**Joseph,Vanessa**
**14 King Crest Terr**
**Randolph, MA 02368**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.03 | Unknown |
|---|---|---|---|---|

**Joyner,Geneva**
**433 Koons Ave**
**Buffalo, NY 14211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.03 | Unknown |
|---|---|---|---|---|

**Kabemba,John I**
**116 Elizabeth St Apt A2**
**West Haven, CT 06516-1041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.66 | Unknown |
|---|---|---|---|---|

**Kazmierczak,Michael**
**57 Wheelock St # 1**
**Buffalo, NY 14206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,132.04 | Unknown |
|---|---|---|---|---|

**Kebbeh,Geberry**
**2867 Randall Ave**
**Apt#2**
**Bronx, NY 10456**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.55 | Unknown |
|---|---|---|---|---|

**Kelley,Robert L**
**59 Schreck Ave**
**Buffalo, NY 14215-3211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $411.94 | Unknown |
|---|---|---|---|---|

**Kelly,Shawn**
**1048 Howard St**
**Schenectady, NY 12303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $571.95 | Unknown |
|---|---|---|---|---|

**Kennedy,Katherine D**
**82 Carter Ave SE**
**Atlanta, GA 30317**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,195.01 | Unknown |
|---|---|---|---|---|

**Kerr,Mary B**
**209 W Molloy Rd**
**Syracuse, NY 13211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,092.83 | Unknown |
|---|---|---|---|---|

**Kesarsingh,Dhanmatee**
**130-26 97 Ave**
**Richmond HIll, NY 11419**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.279** | Priority creditor's name and mailing address

**Khachfi,Julie Anne M**
**11 Benham St**
**Worcester, MA 01604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$562.32    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.280** | Priority creditor's name and mailing address

**Khan,Riza**
**24-50, 94th Street**
**East Elmhurst, NY 11369**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,911.39    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.281** | Priority creditor's name and mailing address

**Khatun,Noor A**
**71-05 37Th Ave**
**Apt# 6G**
**Jackson Heights, NY 11372**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$666.90    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.282** | Priority creditor's name and mailing address

**Kimbrough,Khadijah M**
**333 W 100th St**
**Chicago, IL 60628-1910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$84.89    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,263.56** | **Unknown** |
|---|---|---|---|---|

**Kistoo,Rajdai**
**1524 RhinelanderAvenue**
**Apt 2**
**Bronx, NY 10461**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$155.43** | **Unknown** |
|---|---|---|---|---|

**Knight,Dane T**
**425 Washington St**
**Dorchester, MA 02124-1122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$202.81** | **Unknown** |
|---|---|---|---|---|

**Knight,Reasha**
**147 Standish St**
**Hartford, CT 06114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$438.21** | **Unknown** |
|---|---|---|---|---|

**Knipe,Rita**
**1735 Fowler Ave**
**Bronx, NY 10462**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $386.98 | Unknown |
|---|---|---|---|---|
| | **Knox,Cerissa**<br>**226 Meadowood Rdg**<br>**Lithonia, GA 30038-1470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $38.08 | Unknown |
|---|---|---|---|---|
| | **Kooffreh,Countess**<br>**20 Swasey St # 1**<br>**Haverhill, MA 01832-5452** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $10.61 | Unknown |
|---|---|---|---|---|
| | **Laguerre,Phyllis**<br>**85 Madison St**<br>**Buffalo, NY 14206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,307.70 | Unknown |
|---|---|---|---|---|
| | **Lamb,Tracy**<br>**10 New Brunswick Ct**<br>**Stafford, VA 22554** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.291 | Priority creditor's name and mailing address<br>**Lambert,Cicly**<br>**4657 5th St**<br>**Ecorse, MI 48229** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$863.52** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.292 | Priority creditor's name and mailing address<br>**Lane,Rachel A**<br>**2038 Central St**<br>**Three Rivers, MA 01080** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,538.47** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.293 | Priority creditor's name and mailing address<br>**Larmond,Arlene A**<br>**119 Charmouth Dr**<br>**Syracuse, NY 13207-1950** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12.48** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.294 | Priority creditor's name and mailing address<br>**Lasher,Faith M**<br>**1122 Howard Ave**<br>**Utica, NY 13501-3910** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$45.66** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $519.87 | Unknown |
|---|---|---|---|---|
| | **Latif,Bibi Y**<br>**14787 Edgewood St**<br>**Rosendale, NY 11422** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $313.39 | Unknown |
|---|---|---|---|---|
| | **Latimer,Marica**<br>**301 Cayman Way**<br>**Charlotte, NC 28217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $11.77 | Unknown |
|---|---|---|---|---|
| | **Lawton,Aaron D**<br>**281 Bowdoin St Apt 2**<br>**Boston, MA 02122-1833** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $55.11 | Unknown |
|---|---|---|---|---|
| | **Le,Hoa**<br>**241 Humboldt Ave # 4**<br>**Dorchester, MA 02121-2322** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|--------|-------------------------------|------------------------|---------------------|
|        | Name                          |                        |                     |

---

**2.299** | Priority creditor's name and mailing address

**Leak,Venien**
**5321 W. Foster Ave.**
**Apt #1**
**Chicago, IL 60630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$574.80**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.300** | Priority creditor's name and mailing address

**Leal Mejias,Wilmer J**
**79 Curtis St**
**Somerville, MA 02144-1240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$139.26**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.301** | Priority creditor's name and mailing address

**Leon,Grace**
**4761 Broadway**
**Apt 25**
**Inwood, NY 10034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,191.45**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.302** | Priority creditor's name and mailing address

**Lewis,Leroy A**
**18011 N Conduit Ave**
**Jamaica, NY 11434**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,141.79**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | | Case number (*if known*) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $586.00 | Unknown |
|---|---|---|---|---|---|

**Lines IV,William W**
**1055 S Elmora Ave**
**Elizabeth, NJ 07202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $1,076.92 | Unknown |
|---|---|---|---|---|---|

**Lioy,Sandra J**
**155 Canal Landing Blvd**
**Apt 307**
**Rochester, NY 14626**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $709.02 | Unknown |
|---|---|---|---|---|---|

**Loknath,Dianand**
**80-45 88th Ave**
**Woodhaven, NY 11421**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $522.28 | Unknown |
|---|---|---|---|---|---|

**Lopez Ovalles,Jennifer**
**198 Jackson St**
**Apt 2**
**Lawrence, MA 01841**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.78 | Unknown |
|---|---|---|---|---|

**Lopez,Brenda**
**71 Almont St # 2**
**Mattapan, MA 02126-1419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $754.27 | Unknown |
|---|---|---|---|---|

**Lopez,Maria De Los Angeles**
**408 McGrath Hwy # 3**
**Somerville, MA 02143-1930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.09 | Unknown |
|---|---|---|---|---|

**Lopez,Martin**
**269 N Warren Ave Apt 3**
**Brockton, MA 02301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.36 | Unknown |
|---|---|---|---|---|

**Love,Angelika M**
**73 S Fisher Rd**
**West Seneca, NY 14218-3654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $241.89 | Unknown |
|---|---|---|---|---|

**Lozada,Anais**
**481 Columbia Rd Apt 1**
**Boston, MA 02125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,623.19 | Unknown |
|---|---|---|---|---|

**Lozada,Cathy**
**655 Pelham Pkwy North**
**Apt #5-J**
**Bronx, NY 10467**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.21 | Unknown |
|---|---|---|---|---|

**Lugo Ciprian,Santa L**
**24 Topliff St Apt 2**
**Boston, MA 02122-1030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.05 | Unknown |
|---|---|---|---|---|

**Mafla,Nelly**
**31-20 83th Street**
**East Elmhurst, NY 11370**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.35 | Unknown |
|---|---|---|---|---|

**Maisonet,Taletha**
**74 W Cleveland Dr Uppr**
**Buffalo, NY 14215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | | $432.51 | Unknown |
|---|---|---|---|---|

**Major,Allison W**
**112-31 207th St**
**Queens Village, NY 11429**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | | $292.24 | Unknown |
|---|---|---|---|---|

**Malcolm,Julia**
**2321 Tiebout Ave Apt 5G**
**Bronx, NY 10458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | | $36.75 | Unknown |
|---|---|---|---|---|

**Maldonado,Vanessa**
**98 Highland Ave Apt 217**
**Bridgeport, CT 06604-3518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.79 | Unknown |
|---|---|---|---|---|

**Mangual,Paula**
**256 Market St Apt 204B**
**Lowell, MA 01852**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,349.85 | Unknown |
|---|---|---|---|---|

**Mannarino,James A**
**811 Washington Ave Fl 2**
**Braddock, PA 15104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.93 | Unknown |
|---|---|---|---|---|

**Marin Ayala,Carmen J**
**37 Lawrence St Fl 1**
**Methuen, MA 01844**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.36 | Unknown |
|---|---|---|---|---|

**Marine,Francheska**
**613 Court St**
**Elizabeth, NJ 07206-1304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $44.76 | Unknown |
|---|---|---|---|---|
| | **Marquez Betancourt,Joshuan**<br>**445 Broadway Apt 2**<br>**Newark, NJ 07104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $205.61 | Unknown |
|---|---|---|---|---|
| | **Marshall,Veral**<br>**232 Sumner Pl**<br>**Buffalo, NY 14211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,626.75 | Unknown |
|---|---|---|---|---|
| | **Martinez,Abbe**<br>**14 W 107th St # 16**<br>**New York, NY 10025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,057.70 | Unknown |
|---|---|---|---|---|
| | **Massey Eddy,Gail D**<br>**2035 Flowerwood Trl**<br>**Ellenwood, GA 30294** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.32 | Unknown |
|---|---|---|---|---|

**Matos,Jomery R**
**245 Berlin St**
**Rochester, NY 14621-4711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,664.79 | Unknown |
|---|---|---|---|---|

**Matthew,Jerry**
**1263 Croes Avenue**
**Bronx, NY 10472**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.01 | Unknown |
|---|---|---|---|---|

**McAllister,Elijah**
**8 Lauriat St**
**Dorchester, MA 02124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.52 | Unknown |
|---|---|---|---|---|

**McClain,Zaire L**
**101 Birch Dr**
**Stratford, CT 06615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | | Case number (*if known*) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.06 | Unknown |
|---|---|---|---|---|

**2.331**

Priority creditor's name and mailing address

**McCoy,Jalisa B**
**15160 135th Ave**
**Jamaica, NY 11434-3510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$177.06    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.332**

Priority creditor's name and mailing address

**McFadden,Duran**
**83 Grant Street**
**Apt 2**
**Buffalo, NY 14213**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$45.03    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.333**

Priority creditor's name and mailing address

**Mcfarlane,Janice T**
**48 Providence St**
**New Haven, CT 06513-1141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$102.82    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.334**

Priority creditor's name and mailing address

**McLaughlin,Richard R**
**87 Swan St Apt 1**
**Everett, MA 02149-1305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$75.46    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,080.00** | **Unknown** |
|---|---|---|---|---|

**McLean,Carlos**
**177 Sands Street**
**Apt. #12-F**
**Brooklyn, NY 11201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,808.00** | **Unknown** |
|---|---|---|---|---|

**McMillan,Elise**
**43 Keystone Street**
**Apt 1**
**Buffalo, NY 14211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$775.83** | **Unknown** |
|---|---|---|---|---|

**McPherson,Styrone P**
**75 Winthrop St**
**Apt 1**
**Brockton, MA 02301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,035.84** | **Unknown** |
|---|---|---|---|---|

**Medero,Joshua**
**100 forest ave apt# 3202**
**Buffalo, NY 14213**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$726.04** | **Unknown** |
|---|---|---|---|---|

**Medina,Ameriliz**
**110 Sackett St**
**Syracuse, NY 13204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$68.97** | **Unknown** |
|---|---|---|---|---|

**Melendez,Victor G**
**918 Hyde Park Ave**
**Boston, MA 02136-3224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,029.91** | **Unknown** |
|---|---|---|---|---|

**Melvin,Barbara J**
**24 Chestnut St**
**Schenectady, NY 12307-1038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$160.16** | **Unknown** |
|---|---|---|---|---|

**Mercado,Elizabeth**
**3862 N Saint Louis Ave Bsmt**
**Chicago, IL 60618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,461.72 | Unknown |
|---|---|---|---|---|

**Merino,Maritza E**
**632 E 186 ST.**
**Apt 5**
**Bronx, NY 10458**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.56 | Unknown |
|---|---|---|---|---|

**Merzier,Ikenson**
**1083 Noble Ave**
**Bridgeport, CT 06608**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,286.08 | Unknown |
|---|---|---|---|---|

**Midcalf,Latitia**
**5939 W. 27th Street**
**Apt #5-C**
**Chicago, IL 60804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,826.93 | Unknown |
|---|---|---|---|---|

**Mikic,Nadina**
**517 Park Lane Dr**
**Utica, NY 13502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.347** | Priority creditor's name and mailing address
**Miles,Maliek A**
**189 Hanmer St**
**Hartford, CT 06114-2834**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$250.04    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.348** | Priority creditor's name and mailing address
**Milfort,Brent F**
**7 Santuit St**
**# 3**
**Boston, MA 02124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$747.89    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.349** | Priority creditor's name and mailing address
**Miller,Tanya**
**168 Washington Ave.**
**2nd Floor**
**West Haven, CT 06516**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$921.38    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.350** | Priority creditor's name and mailing address
**Miner,Miko**
**1564 N 22nd St**
**Milwaukee, WI 53205**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$517.44    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $923.08 | Unknown |
|---|---|---|---|---|

**Mitchell,Saffron**
**3542 WEST 163RD STREET**
**MARKHAM, IL 60428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.51 | Unknown |
|---|---|---|---|---|

**Mitchell,Tracina**
**4560 Washington St Apt 309**
**Roslindale, MA 02131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.87 | Unknown |
|---|---|---|---|---|

**Molina,Yoseline**
**58 Obrien Ct Apt 762**
**Charlestown, MA 02129-2305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,090.70 | Unknown |
|---|---|---|---|---|

**Mondal,Sulekha**
**84-65 Parson Blvd**
**1st. Floor**
**Jamaica, NY 11432**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.355** | Priority creditor's name and mailing address

**Moore,Derek D**
**4415 Rose Ridge Place**
**Apt 7**
**CHARLOTTE, NC 28217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$313.50    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.356** | Priority creditor's name and mailing address

**Moore,James W**
**308 Edgewood Ave Apt 2**
**New Haven, CT 06511-4146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11.01    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.357** | Priority creditor's name and mailing address

**Moore,Monique**
**5135 W Wabansia Ave**
**Chicago, IL 60639-4440**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$321.36    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.358** | Priority creditor's name and mailing address

**Morales,Maria**
**144-06 88th Avenue**
**Apt #2-D**
**Jamaica, NY 11435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,351.22    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.34 | Unknown |
|---|---|---|---|---|

**Morales,Xzavier J**
**17 Fairhaven Dr**
**Springfield, MA 01151-1318**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | | $35.09 | Unknown |
|---|---|---|---|---|

**Moran,Madai Y**
**52 Glendale St**
**Everett, MA 02149-2341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | | $238.37 | Unknown |
|---|---|---|---|---|

**Munroe,Unita**
**80 Fayston St**
**Boston, MA 02121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | | $68.48 | Unknown |
|---|---|---|---|---|

**Myers,Ira D**
**1071 Iranistan Ave Apt 9**
**Bridgeport, CT 06604-3793**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.82 | Unknown |
|---|---|---|---|---|

**Myles Jones,Andre C**
**51 Thatcher Ave**
**Buffalo, NY 14215-2233**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,349.19 | Unknown |
|---|---|---|---|---|

**Nabie,Sakina**
**139-18 Lynden Blvd.**
**Jamaica, NY 11436**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $371.25 | Unknown |
|---|---|---|---|---|

**Nahar,Nazmun**
**122 ORCHAD STREET**
**APT#2**
**Elizabeth, NJ 07208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $728.00 | Unknown |
|---|---|---|---|---|

**Narainsamy,Chitralika**
**2143 Starling Ave**
**#211**
**Bronx, NY 10462**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,373.19 | Unknown |
|---|---|---|---|---|
| | **Nasira,Sultana**<br>**936 Glenmore Ave Fl 2**<br>**Brooklyn, NY 11208** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $617.76 | Unknown |
|---|---|---|---|---|
| | **Nelson,Aleyda R**<br>**25 Fieldston St**<br>**Springfield, MA 01119** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $304.04 | Unknown |
|---|---|---|---|---|
| | **Neree,Bradley R**<br>**272 Moraine St Apt 2**<br>**Brockton, MA 02301** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.58 | Unknown |
|---|---|---|---|---|
| | **Nieves,Anexis**<br>**765 Broadway Apt 6**<br>**Everett, MA 02149-4047** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.48 | Unknown |
|---|---|---|---|---|

**Nieves,Angelina**
**42 Juniper St Fl 3**
**Lawrence, MA 01841**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.58 | Unknown |
|---|---|---|---|---|

**Noble,Braylon M**
**4580 Onondaga Blvd Apt 33**
**Syracuse, NY 13219-3310**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $496.99 | Unknown |
|---|---|---|---|---|

**Noble,Ordeen**
**3454 Fenton Ave**
**Apt#1-D**
**Bronx, NY 10469**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,174.91 | Unknown |
|---|---|---|---|---|

**Nunez,Juan**
**1248 Hoe Ave**
**Bronx, NY 10459**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $158.18 | Unknown |
|---|---|---|---|---|
| | **Nunez,Mariana**<br>**75 Cutler St Apt 1**<br>**Newark, NJ 07104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,505.14 | Unknown |
|---|---|---|---|---|
| | **Nunez,Ylda**<br>**4 W 108th St**<br>**Apt. #21**<br>**New York, NY 10025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $37.62 | Unknown |
|---|---|---|---|---|
| | **Nyongesa,Dajae W**<br>**284 Sawyer St**<br>**New Bedford, MA 02746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $134.53 | Unknown |
|---|---|---|---|---|
| | **Oceguera Oliveros,Maritza**<br>**29 1st St Apt 2**<br>**Hamden, CT 06514-4914** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|--------|--------------------------------|------------------------|--------------------|
|        | Name                           |                        |                    |

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,714.85** | **Unknown** |
|-------|-----------------------------------------------|-----------------------------------------------|---------------|-------------|

**Ogando,Isabel**
**2120 Belmont Ave**
**Basement Apt**
**Bronx, NY 10457**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$157.14** | **Unknown** |
|-------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Ogara,Santina R**
**68 Brinkman Ave**
**Buffalo, NY 14211-2506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$271.20** | **Unknown** |
|-------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Ogilvie,Devon S**
**14 Bloomfield St.**
**Dorchester, MA 02124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$925.76** | **Unknown** |
|-------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Oleksik,Kaitlin M**
**47 Evergreen Ave**
**Hamden, CT 06518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (*if known*) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.89 | Unknown |
|---|---|---|---|---|

**Ortega,Leticia**
**2251 S Trumbull Ave**
**Chicago, IL 60623-3250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.28 | Unknown |
|---|---|---|---|---|

**Owens,Aniesha D**
**3550 Montclair St Apt 12**
**Detroit, MI 48214-2162**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.04 | Unknown |
|---|---|---|---|---|

**Pagan,Wanda**
**38 Lincoln St Apt C**
**Lowell, MA 01851**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.03 | Unknown |
|---|---|---|---|---|

**Palmore,Letetia A**
**7648 Garners Ferry Rd Apt 302**
**Columbia, SC 29209-3847**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.387** | Priority creditor's name and mailing address

**Panchal,Kalpana D**
**81-50 102th Rd**
**Apt#2**
**Ozone Park, NY 11416**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,223.69**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.388** | Priority creditor's name and mailing address

**Parker,Kendra N**
**50 Decatur St**
**Charlestown, MA 02129-2814**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$98.23**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.389** | Priority creditor's name and mailing address

**Paucar,Rosa E**
**7819 17th Ave**
**Brooklyn, NY 11214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$587.34**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.390** | Priority creditor's name and mailing address

**Pena,Angel**
**37 Summer St # 3**
**Lawrence, MA 01840-1717**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14.63**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,972.79** | **Unknown** |
|---|---|---|---|---|

**Peralta,Dario**
**2316 Andrews Ave**
**Apt#43**
**Bronx, NY 10468**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$669.43** | **Unknown** |
|---|---|---|---|---|

**Pereira,Jacob I**
**473 1/2 Park St**
**New Britain, CT 06051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,500.00** | **Unknown** |
|---|---|---|---|---|

**Pereyra,Jose A**
**70 Independence Dr**
**Roselle, NJ 07203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$67.08** | **Unknown** |
|---|---|---|---|---|

**Perez,Elena**
**5716 W Wellington Ave # 1E**
**Chicago, IL 60634-5249**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.78 | Unknown |
| --- | --- | --- | --- | --- |

**Perez,Erika**
**83 Lilley Ave Apt 2**
**Lowell, MA 01850**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.44 | Unknown |
| --- | --- | --- | --- | --- |

**Perez,Yoselyn A**
**265 Belmont St**
**Worcester, MA 01604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $378.77 | Unknown |
| --- | --- | --- | --- | --- |

**Perez-Diaz,Germaine M**
**21 2nd St**
**Rochester, NY 14605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $391.60 | Unknown |
| --- | --- | --- | --- | --- |

**Perlera,Carmen**
**23 Newton St Apt 1**
**Everett, MA 02149**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.399** Priority creditor's name and mailing address

**Perry,Vanessa V**
**40 Royal Crest Dr Apt 12**
**Nashua, NH 03060-6629**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,884.62**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.400** Priority creditor's name and mailing address

**Perry-Estrada,Jenny L**
**96 Kent court**
**Garner, NC 27529**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$157.61**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.401** Priority creditor's name and mailing address

**Pesce,Diane M**
**103 Lebanon St**
**Melrose, MA 02176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$894.41**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.402** Priority creditor's name and mailing address

**Phillips,Aja C**
**129 Boyce Ave**
**Apt 1**
**Utica, NY 13501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$545.79**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,276.16** | **Unknown** |
|---|---|---|---|---|
| | **Polanco De Jesus,Rafael A** | *Check all that apply.* | | |
| | **1224 Walton ave** | ☐ Contingent | | |
| | **Apt#2A** | ☐ Unliquidated | | |
| | **Bronx, NY 10452** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$865.54** | **Unknown** |
|---|---|---|---|---|
| | **Ponce,Dora L** | *Check all that apply.* | | |
| | **30-49 Crescent St** | ☐ Contingent | | |
| | **Apt #H2D1** | ☐ Unliquidated | | |
| | **Astoria, NY 11102** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$64.08** | **Unknown** |
|---|---|---|---|---|
| | **Pope,Takenya C** | *Check all that apply.* | | |
| | **921 N Latrobe Ave** | ☐ Contingent | | |
| | **Chicago, IL 60651-2962** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,413.42** | **Unknown** |
|---|---|---|---|---|
| | **Populo,Jessica M** | *Check all that apply.* | | |
| | **32 Saint John St** | ☐ Contingent | | |
| | **Mc Kees Rocks, PA 15136** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $676.72 | Unknown |
|---|---|---|---|---|
| | **Porter,Demetria**<br>**10958 PALADIN DR**<br>**Hampton, GA 30228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $69.30 | Unknown |
|---|---|---|---|---|
| | **Prater,Consuela M**<br>**7916 S Drexel Ave**<br>**Chicago, IL 60619-4176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,042.34 | Unknown |
|---|---|---|---|---|
| | **Proano,Marlene**<br>**282 Kingsbridge Rd**<br>**Apt#282**<br>**Bronx, NY 10458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,232.12 | Unknown |
|---|---|---|---|---|
| | **Prosper,Nadine**<br>**136 Wildwood Gln**<br>**Stone Mountain, GA 30083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.13 | Unknown |
|---|---|---|---|---|

**Rabah,Aziza**
**118 Alden Street**
**Malden, MA 02148**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $981.24 | Unknown |
|---|---|---|---|---|

**Ramai,Christopher**
**89-20 150th Street**
**Apt #2-C**
**Jamaica, NY 11435**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $726.13 | Unknown |
|---|---|---|---|---|

**Randall,Chastity A**
**906 Spring St**
**Syracuse, NY 13208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $778.96 | Unknown |
|---|---|---|---|---|

**Raposo,Angiolina**
**601 W. 141St  Street**
**Apt #45**
**New York, NY 10031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,226.68 | Unknown |
|---|---|---|---|---|

**Raymundo,Herlinda**
**25-20 30rd**
**Apt. #2-D**
**Astoria, NY 11102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.44 | Unknown |
|---|---|---|---|---|

**Razack,Simone P**
**7014 Amstel Blvd**
**Arverne, NY 11692**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.89 | Unknown |
|---|---|---|---|---|

**Remigio,Annie M**
**2055 Columbus Ave**
**Roxbury, MA 02119-4201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.11 | Unknown |
|---|---|---|---|---|

**Renaud,Keyona**
**30 Montgomery St**
**Indian Orchard, MA 01151-1616**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,115.39 | Unknown |
|---|---|---|---|---|
| | **Rennell, Heather**<br>**72 Colonial Ave**<br>**Agawam, MA 01001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $181.72 | Unknown |
|---|---|---|---|---|
| | **Revi, Hector**<br>**38 Oliver Ave**<br>**Lawrence, MA 01841** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $347.34 | Unknown |
|---|---|---|---|---|
| | **Reyes Otero, Jose A**<br>**307 Pennels Dr**<br>**Rochester, NY 14626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $169.11 | Unknown |
|---|---|---|---|---|
| | **Reyes, Diomedes**<br>**65 Mount Hope Pl**<br>**Apt 2D**<br>**Bronx, NY 10453** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.423 | Priority creditor's name and mailing address **Reyes,Dulce 562 West 175 ST. APT#5-A New York, NY 10033** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,195.45** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.424 | Priority creditor's name and mailing address **Reyes,Ninoska G 22014 Hempstead Ave Apt 2B Queens Village, NY 11429** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$706.42** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.425 | Priority creditor's name and mailing address **Reyes,Rasyelis 64 Richfield St Apt 1 Dorchester, MA 02125-2508** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$17.38** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.426 | Priority creditor's name and mailing address **Richmond,Lisa 1940 Cleneay Ave Cincinnati, OH 45212** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$596.64** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$112.71** | **Unknown** |
|---|---|---|---|---|
| | **Riley,Mark**<br>**176-11 110th Avenue**<br>**Jamaica, NY 11433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$17.60** | **Unknown** |
|---|---|---|---|---|
| | **Rios Vazquez,Ozzie J**<br>**74 Copeland St**<br>**Rochester, NY 14609-4736** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$759.57** | **Unknown** |
|---|---|---|---|---|
| | **Rios,Olga**<br>**105 Heywood Ave**<br>**Apt#19**<br>**W. Springfield, MA 01089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$64.46** | **Unknown** |
|---|---|---|---|---|
| | **Rivas,Beky G**<br>**64 Water St # 1**<br>**Lawrence, MA 01841** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.00 | Unknown |
|---|---|---|---|---|

**Rivera,Elvis
446 Applestar St
Holyoke, MA 01040**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,180.17 | Unknown |
|---|---|---|---|---|

**Rivera,George
1500 Boston Rd
Apt#41
Bronx, NY 10460**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.98 | Unknown |
|---|---|---|---|---|

**Rivera,John A
57 C Terrace Circle
Bridgeport, CT 06606**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,259.44 | Unknown |
|---|---|---|---|---|

**Rivera,Silma A
105 Turner Rd Apt 118
Beulaville, NC 28518-7718**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| Debtor | **Southern Island Stores LLC** | | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $638.72 | Unknown |
|---|---|---|---|---|

**Rivera,Sonia**
**184 Deacon St # 2**
**Bridgeport, CT 06607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.65 | Unknown |
|---|---|---|---|---|

**Rivera,Yarira**
**3 Cutler St Apt 2**
**Worcester, MA 01604-4801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.26 | Unknown |
|---|---|---|---|---|

**Roberson,Joyce**
**639 Macdonough St**
**Apt#P.H**
**Brooklyn, NY 11233**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.13 | Unknown |
|---|---|---|---|---|

**Robles,Tatiana M**
**70 Cutler Street**
**Worcester, MA 01604-2908**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $796.18 | Unknown |
|---|---|---|---|---|

**Robles,Zulma**
**247 Fernbank Rd**
**Apt 18**
**Springfield, MA 01129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $444.40 | Unknown |
|---|---|---|---|---|

**Rodriguez Torres,Jacqueline**
**76 Webster St**
**Apt# D 2**
**Hartford, CT 06114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.03 | Unknown |
|---|---|---|---|---|

**Rodriguez,Faviola**
**2328 S. Troy**
**Chicago, IL 60623**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.12 | Unknown |
|---|---|---|---|---|

**Rodriguez,Francisco**
**976 Grand St Fl 2**
**Bridgeport, CT 06604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.443** | Priority creditor's name and mailing address
**Rodriguez,Jose F**
**111 E. 21 Street**
**Apt#F-3**
**Brooklyn, NY 11226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,440.27    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.444** | Priority creditor's name and mailing address
**Rogers,La'shawnna P**
**124 Montello St**
**Brockton, MA 02301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$253.46    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.445** | Priority creditor's name and mailing address
**Rojas,Nora I**
**86-14 75 Street**
**Woodhaven, NY 11421**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$39.78    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.446** | Priority creditor's name and mailing address
**Romo,Julia I**
**3209 S. 52nd Ct.**
**Cicero, IL 60804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$440.44    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.05 | Unknown |
|---|---|---|---|---|

**Rosa Pizarro,Ada I**
**434 Affinity Ln**
**Rochester, NY 14616-1704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.65 | Unknown |
|---|---|---|---|---|

**Rosa,Lidia M**
**15 Brunswick St**
**Brockton, MA 02301-4215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.16 | Unknown |
|---|---|---|---|---|

**Rosado Olivo,Yara**
**145 Newbury St**
**Hartford, CT 06114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.32 | Unknown |
|---|---|---|---|---|

**Rosado Santiago,Linoshka M**
**65 Nightingale St Apt 3R**
**Boston, MA 02124-1745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $96.80 | Unknown |
|---|---|---|---|---|
| | **Rosado,Evelyn**<br>**763 Grafton St**<br>**#2**<br>**Worcester, MA 01604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $422.14 | Unknown |
|---|---|---|---|---|
| | **Rosario,Kenya**<br>**141 Grand Ave**<br>**Rochester, NY 14609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $150.07 | Unknown |
|---|---|---|---|---|
| | **Ruiz Diaz,Hector J**<br>**21 2nd St**<br>**Rochester, NY 14605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $726.32 | Unknown |
|---|---|---|---|---|
| | **Ruiz,Jacqueline**<br>**549 4th St Fl 2**<br>**Fall River, MA 02721** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.455** | Priority creditor's name and mailing address

**Ruiz,Maritza**
**508 Harral Ave**
**Apt 118**
**Bridgeport, CT 06604-3146**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and PTO**

Is the claim subject to offset?
■ No
☐ Yes

$637.92    Unknown

---

**2.456** | Priority creditor's name and mailing address

**Rush,Christina G**
**5109 Stenton Ave**
**Philadelphia, PA 19144**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and PTO**

Is the claim subject to offset?
■ No
☐ Yes

$1,179.56    Unknown

---

**2.457** | Priority creditor's name and mailing address

**Sadeka,Faten**
**1830 Dixwell Ave**
**Hamden, CT 06514-3105**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and PTO**

Is the claim subject to offset?
■ No
☐ Yes

$78.68    Unknown

---

**2.458** | Priority creditor's name and mailing address

**Saint Surin,Marie Jeantyne**
**PO BOX 240201**
**Dorchester Center, MA 02124**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and PTO**

Is the claim subject to offset?
■ No
☐ Yes

$876.24    Unknown

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.76 | Unknown |
|---|---|---|---|---|

**Salles,Migdalia**
**5070 WHITAKER AVENUE**
**PHILADELPHIA, PA 19124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.460** Priority creditor's name and mailing address

**Salvador,Abigail**
**402 Stolp Ave**
**Syracuse, NY 13207-1333**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$110.76    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.461** Priority creditor's name and mailing address

**Samano,Milagros**
**1917 N Kilbourn Ave Apt 1**
**Chicago, IL 60639**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$486.22    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.462** Priority creditor's name and mailing address

**Sanchez Bustamante,Dahiana M**
**2686 Bailey Ave**
**Apt 5E**
**Bronx, NY 10463**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$404.41    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $201.60 | Unknown |
|---|---|---|---|---|

**Sanford Sr,Katanga**
**47 Beverly Rd**
**New Haven, CT 06515**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $78.84 | Unknown |
|---|---|---|---|---|

**Santana,Damaris R**
**2004 N Leamington Ave**
**Chicago, IL 60639-3140**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.80 | Unknown |
|---|---|---|---|---|

**Santi,Joelitza**
**307 Pennels Dr**
**Rochester, NY 14626**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $65.34 | Unknown |
|---|---|---|---|---|

**Santiago,Cynthia M**
**11 Russell St**
**Malden, MA 02148-5406**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.467** | Priority creditor's name and mailing address

**Santiago,Jeanett A**
**2912 Levick St.**
**Philadelphia, PA 19149**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,307.70** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.468** | Priority creditor's name and mailing address

**Saquipulla,Julia**
**3769 102nd Street Apt 1**
**Corona, NY 11368**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,536.86** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.469** | Priority creditor's name and mailing address

**Sasso,Harriet C**
**18 THOMAS CIRCLE**
**BROCKTON, MA 02302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$556.49** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.470** | Priority creditor's name and mailing address

**Schuhart,Patty**
**144 Leslie Pl**
**Rochester, NY 14609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$242.53** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.04 | Unknown |

**Schwake,Catherine**
**5323 Jennings Pl**
**Merrillville, IN 46410**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $478.40 | Unknown |

**Schwertfeger,Ellen M**
**303 Davey St**
**Buffalo, NY 14206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.15 | Unknown |

**Scott Jr,James E**
**136 Oxford Ave**
**Buffalo, NY 14209-1214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,396.69 | Unknown |

**Scott,Joan**
**1 Metropolitan Oval**
**Apt 2C**
**Bronx, NY 10462**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $697.56 | Unknown |
|---|---|---|---|---|

**Seals, Ursula M**
**2933 Panthersville Rd Apt A214**
**Decatur, GA 30034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.476 | Priority creditor's name and mailing address | | $531.60 | Unknown |
|---|---|---|---|---|

**Sharpe, Shontavius L**
**1527 Fairlake Dr**
**Decatur, GA 30034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.477 | Priority creditor's name and mailing address | | $1,204.94 | Unknown |
|---|---|---|---|---|

**Shivkomar, Chandeshwar**
**2566 Bainbridge Ave.**
**#5F**
**Bronx, NY 10458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.478 | Priority creditor's name and mailing address | | $37.34 | Unknown |
|---|---|---|---|---|

**Sierra, Meleena M**
**98 Isabelle St Apt 23**
**Buffalo, NY 14207-1742**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $431.97 | Unknown |
|---|---|---|---|---|

**Silva Santos,Eliana**
**365 McGrath Hwy**
**#03**
**Somerville, MA 02143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.38 | Unknown |
|---|---|---|---|---|

**Silva,Robert V**
**11 Ditson St Apt 2**
**Dorchester, MA 02122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,010.75 | Unknown |
|---|---|---|---|---|

**Sinclair,Rudolph**
**289 E. 39th Street**
**Brooklyn, NY 11203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,204.75 | Unknown |
|---|---|---|---|---|

**Singh,Kishan**
**101-18 118th Street**
**South Richmond Hill, NY 11419**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $888.81 | Unknown |
|---|---|---|---|---|

**Singh,Usha D**
**107-22 113St South Richmond Hi**
**Queens, NY 11419**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | Unknown |
|---|---|---|---|---|

**Sites,Samantha**
**18 harlem ave**
**Mckeesrocks, PA 15136**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.31 | Unknown |
|---|---|---|---|---|

**Slade,Allen**
**49 Milton St**
**Brockton, MA 02301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.82 | Unknown |
|---|---|---|---|---|

**Slocomb,Barbara**
**611 Lowell St**
**Lawrence, MA 01841**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $433.65 | Unknown |
|---|---|---|---|---|

**Smith,Antoinette**
**528 South Lands End**
**Apt# 9**
**Stone Mountain, GA 30083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $581.35 | Unknown |
|---|---|---|---|---|

**Smith,Darius**
**317 Wisconsin Ave**
**Oak Park, IL 60302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $673.14 | Unknown |
|---|---|---|---|---|

**Smith,Laurie**
**3226 Bronx  Wood Ave**
**Apt#4-D**
**Bronx, NY 10469**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $832.00 | Unknown |
|---|---|---|---|---|

**Smith,Zorose**
**212 Cambridge Ave.**
**Buffalo, NY 14215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.84 | Unknown |
|---|---|---|---|---|

**Snow,John D**
**21 Narragansett Blvd**
**Fairhaven, MA 02719-4911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $696.90 | Unknown |
|---|---|---|---|---|

**Sok,Sophoeub**
**24 Silver Rd**
**Brockton, MA 02301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,730.77 | Unknown |
|---|---|---|---|---|

**Solomon,Fitzgerald**
**2503 Flowers Creek Dr**
**McDonough, GA 30253**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,285.05 | Unknown |
|---|---|---|---|---|

**Sookhoo,Mahesh**
**117-36 226 Street**
**Cambria Heights, NY 11441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.42 | Unknown |
|---|---|---|---|---|

**Soto,Eufracilis E**
**485 Columbia**
**Apt # 3**
**Dorchester, MA 02125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.86 | Unknown |
|---|---|---|---|---|

**Southerland,Danthony D**
**740 Jay St Apt 2**
**Utica, NY 13501-1310**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,479.01 | Unknown |
|---|---|---|---|---|

**Spivey,Kurtis**
**53 Vernon Ave**
**Mt. Vernon, NY 10552**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,075.45 | Unknown |
|---|---|---|---|---|

**St Clair,Cora B**
**22 Rosegaye Ave SW**
**Concord, NC 28025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.499 | Priority creditor's name and mailing address<br>**Stephens,Veronica I**<br>**48 Robinson St**<br>**Dorchester, MA 02122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$340.35** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.500 | Priority creditor's name and mailing address<br>**Stone,Arkeel**<br>**244 W. Grand Street**<br>**Elizabeth, NJ 07202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$578.84** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.501 | Priority creditor's name and mailing address<br>**Stratford,Lamech Y**<br>**1 Sheldon St**<br>**Schenectady, NY 12308-3316** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$52.00** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.502 | Priority creditor's name and mailing address<br>**Stubbs,Kyson K**<br>**609 Eagle St**<br>**# 1**<br>**Utica, NY 13501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,165.19** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $844.44 | Unknown |
|---|---|---|---|---|

**Sturgeon,Oletta**
**496 Chase Rd**
**N. Dartmouth, MA 02747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.504 | Priority creditor's name and mailing address | | $1,559.96 | Unknown |
|---|---|---|---|---|

**Surujballi,Himalla**
**164-13 104 Road**
**Jamaica, NY 11433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.505 | Priority creditor's name and mailing address | | $517.83 | Unknown |
|---|---|---|---|---|

**Sutton,Alyson**
**44 Village Dr Apt 131**
**Wethersfield, CT 06109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.506 | Priority creditor's name and mailing address | | $97.35 | Unknown |
|---|---|---|---|---|

**Sykes,Markia S**
**7805 Andover Woods Dr Apt 611**
**Charlotte, NC 28210-4684**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.56 | Unknown |
|---|---|---|---|---|
| | **Taft,Alexiyah**<br>**24 Dorman St**<br>**New Haven, CT 06515** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.73 | Unknown |
|---|---|---|---|---|
| | **Tamar,Tanisha**<br>**924 Grand Ave Apt 1**<br>**New Haven, CT 06511** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $352.43 | Unknown |
|---|---|---|---|---|
| | **Tavares,Yenny**<br>**34 Arlington St.**<br>**Everett, MA 02149** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $900.24 | Unknown |
|---|---|---|---|---|
| | **Tavarez Pichardo,Andres A**<br>**217 Dewey St**<br>**Apt 3R**<br>**Worcester, MA 01610** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,812.07** | **Unknown** |
|---|---|---|---|---|

**Tavarez,Reinaldo**
**89-29 163rd Street**
**Apt #6-C**
**Jamaica, NY 11432**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$35.45** | **Unknown** |
|---|---|---|---|---|

**Taylor,Mahogonny B**
**648 Whalley Ave**
**New Haven, CT 06511-2911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,423.08** | **Unknown** |
|---|---|---|---|---|

**Tenbrink,Jessica**
**8173 66th Ave**
**Hudsonville, MI 49426**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,751.62** | **Unknown** |
|---|---|---|---|---|

**Tewarie,Kaminie**
**108-08 107th Avenue**
**Richmond Hill, NY 11419**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.515** | Priority creditor's name and mailing address

**Tews,Jamie**
**603 Moran Ave**
**Lincoln Park, MI 48146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$538.68** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.516** | Priority creditor's name and mailing address

**Then Fernandez,Genesis**
**39 Colonial Ave Apt 3**
**Dorchester, MA 02124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$222.09** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.517** | Priority creditor's name and mailing address

**Thomas,Glenn**
**8347 S Carpenter St**
**Chicago, IL 60620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,433.55** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.518** | Priority creditor's name and mailing address

**Thomas,Jackie L**
**98 Beechwood Ave**
**Bridgeport, CT 06604-2521**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$40.40** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,221.06 | Unknown |
|---|---|---|---|---|
| | **Thomas,Matthew**<br>**2294 Willow Shade CT**<br>**Loganville, GA 30052** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.46 | Unknown |
|---|---|---|---|---|
| | **Thomas,Steven R**<br>**1027 Ostrander Pl**<br>**Schenectady, NY 12303-1232** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,615.39 | Unknown |
|---|---|---|---|---|
| | **Thompson,Jasmine**<br>**418 South Ave Apt 23**<br>**Whitman, MA 02382** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.76 | Unknown |
|---|---|---|---|---|
| | **Thompson,Morgan**<br>**6942 schneider ave**<br>**hammond, IN 46323** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.523** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,115.39** | **Unknown**

**Thompson,Shayolanda R**
**2328 Campbellton Rd**
**J-1**
**Atlanta, GA 30311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.524** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$495.55** | **Unknown**

**Tornberg,Danielle**
**1235 Brinckerhoff Ave**
**Utica, NY 13501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.525** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$146.74** | **Unknown**

**Torres,Alejandra**
**197 Pilgrim Ave**
**Worcester, MA 01604-4748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.526** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$134.63** | **Unknown**

**Torres,Anthony J**
**225 Augur St**
**Hamden, CT 06517-3316**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $246.98 | Unknown |
|---|---|---|---|---|
| | **Torres,Francheska**<br>**36 Orchard St Fl 1**<br>**New Haven, CT 06519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $125.29 | Unknown |
|---|---|---|---|---|
| | **Torres,Misael**<br>**5 Blaser Ct**<br>**Lawrence, MA 01841-2911** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $14.44 | Unknown |
|---|---|---|---|---|
| | **Triumph,Josiah**<br>**278 Davenport Ave Apt 3**<br>**New Haven, CT 06519** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $972.79 | Unknown |
|---|---|---|---|---|
| | **Tubbs,Stephanie**<br>**140 Highcourt Pl.**<br>**Apt. #3**<br>**Decatur, GA 30032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $327.04 | Unknown |
|---|---|---|---|---|

| 2.531 | Priority creditor's name and mailing address<br>**Urena Ramirez,Dahiana<br>180 High St<br>Lawrence, MA 01841-2925** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $327.04 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.532 | Priority creditor's name and mailing address<br>**Valdez,Michael R<br>917 Merrill St. Sw<br>Grand Rapids, MI 49503** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $258.57 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.533 | Priority creditor's name and mailing address<br>**Valdivia,Maria F<br>3044 Valentine Ave<br>Apt #B-3<br>Bronx, NY 10458** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $923.81 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.534 | Priority creditor's name and mailing address<br>**Valentin,Christine<br>76 Cutler St<br>Newark, NJ 07104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,094.50 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $468.52 | Unknown |
|---|---|---|---|---|
| | **Vallejo,Luz**<br>**3039 N Reese St**<br>**Philadelphia, PA 19133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,624.86 | Unknown |
|---|---|---|---|---|
| | **Vargas,Merenciana**<br>**602 West 137th St**<br>**Apt 45**<br>**New York, NY 10031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $414.12 | Unknown |
|---|---|---|---|---|
| | **Vasko,Adrienne**<br>**17400 Fort Street**<br>**Apt 44**<br>**Riverview, MI 48193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $47.74 | Unknown |
|---|---|---|---|---|
| | **Vasquez,Owen R**<br>**28 Myrtle St**<br>**New Bedford, MA 02740-7024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $111.54 | Unknown |
|---|---|---|---|---|
| | **Vasquez,Yeny L**<br>**17 Lexington St**<br>**Everett, MA 02149** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,148.55 | Unknown |
|---|---|---|---|---|
| | **Vazquez,Hector**<br>**65 Mount Hope Place**<br>**Apt#2-D**<br>**Bronx, NY 10453** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $30.30 | Unknown |
|---|---|---|---|---|
| | **Velez,Marquise S**<br>**88 Butler Ave**<br>**Bridgeport, CT 06605-1945** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $803.79 | Unknown |
|---|---|---|---|---|
| | **Velez,Xiomara**<br>**35 Rita Place**<br>**Copiague, NY 11726** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Southern Island Stores LLC** | Case number (*if known*) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.14 | Unknown |
|---|---|---|---|---|

**Vidal,Hector M**
**50 Thornton Ave**
**Buffalo, NY 14215-2214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.41 | Unknown |
|---|---|---|---|---|

**Vieira,Ruben S**
**14 Pine Ave**
**Brockton, MA 02302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $977.62 | Unknown |
|---|---|---|---|---|

**Villafane,Yvette**
**189 WEST CHAMPLOST ST**
**PHILADELPHIA, PA 19120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $646.80 | Unknown |
|---|---|---|---|---|

**Villanueva,Maribel X**
**38 Elliot St**
**Apt# 2**
**Worcester, MA 01605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$138.33** | **Unknown** |
|---|---|---|---|---|
| | **Viruet,Julian**<br>**143 Pixlee PL**<br>**Bridgeport, CT 06610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$883.80** | **Unknown** |
|---|---|---|---|---|
| | **Vital,Rose E**<br>**20A Memorial Rd**<br>**Apt 33**<br>**Somerville, MA 02745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$859.35** | **Unknown** |
|---|---|---|---|---|
| | **Wales,Tawana**<br>**20213 Plymouth Rd**<br>**Detroit, MI 48228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$440.00** | **Unknown** |
|---|---|---|---|---|
| | **Walrond,Teeyanna**<br>**P.O. BOX 5664**<br>**BOSTON, MA 02114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.551** | Priority creditor's name and mailing address

**Walters,Mandy**
**1219 Owana Ave**
**Royal Oak, MI 48067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21.56    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.552** | Priority creditor's name and mailing address

**Ward,Eula**
**2095 Nostrand Ave**
**Brooklyn, NY 11210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,098.50    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.553** | Priority creditor's name and mailing address

**Waters,Cheko**
**613 Cleophus Pkwy**
**Lincoln Park, MI 48146-2617**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4.63    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.554** | Priority creditor's name and mailing address

**Watkins,Danielle**
**207 Swansea Ave**
**Syracuse, NY 13206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$112.01    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717.02 | Unknown |
|---|---|---|---|---|

**Watson,Ashley**
**1028 South 52nd St.**
**Apt A**
**PHILADELPHIA, PA 19143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.47 | Unknown |
|---|---|---|---|---|

**Watson,Desirea N**
**4956 W Augusta Blvd Apt 1**
**Chicago, IL 60651-3180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,092.00 | Unknown |
|---|---|---|---|---|

**Welch,Valerie Y**
**2687 Tilson Rd**
**Decatur, GA 30032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,557.69 | Unknown |
|---|---|---|---|---|

**White,Candyce**
**3680 Brookhollow Dr**
**Dougsville, GA 30135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.38 | Unknown |
|---|---|---|---|---|

**White,Jocelyn**
**1470 Tulip Pl**
**Decatur, GA 30032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.40 | Unknown |
|---|---|---|---|---|

**White,Lillian L**
**8600 Glen Myrtle Ave**
**Apt 1704**
**Norfolk, VA 23505-5426**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.31 | Unknown |
|---|---|---|---|---|

**White,Lisia M**
**1243 Main St**
**Schenectady, NY 12303-1818**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $961.54 | Unknown |
|---|---|---|---|---|

**Whitehead,Retha**
**874 Herkimen St**
**Brooklyn, NY 11233**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.18 | Unknown |
|---|---|---|---|---|

**Wilcoxson,Amber**
**2900 Longstreet Ave SW Apt 2**
**Wyoming, MI 49509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,386.36 | Unknown |
|---|---|---|---|---|

**Williams,Aaron E**
**4452 Watson Ridge Drive**
**Stone Mountain, GA 30083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.42 | Unknown |
|---|---|---|---|---|

**Williams,Celicia**
**3424 Longleaf Dr.**
**Decatur, GA 30032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.20 | Unknown |
|---|---|---|---|---|

**Williams,Denia K**
**242 Valley St**
**New Haven, CT 06515-1214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $30.25 | Unknown |
|---|---|---|---|---|
| | **Williams,Gladyslee R**<br>**69 Austin St**<br>**New Bedford, MA 02740-6915** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $708.51 | Unknown |
|---|---|---|---|---|
| | **Williams,Gloria**<br>**4000 Plowden Rd Apt 19H**<br>**Columbia, SC 29205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $270.82 | Unknown |
|---|---|---|---|---|
| | **Williams,Joan**<br>**279 Cross Street**<br>**Malden, MA 02148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $159.96 | Unknown |
|---|---|---|---|---|
| | **Williams,Juana**<br>**18 Dynasty Dr**<br>**Fairburn, GA 30213** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.571 | Priority creditor's name and mailing address<br>**Williams,Kim**<br>**453 Beach 40th Street**<br>**Apt #13-K**<br>**Far Rockaway, NY 11691** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$936.91** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.572 | Priority creditor's name and mailing address<br>**Williams,Nancy**<br>**1440 N Lockwood Ave**<br>**Apt 2**<br>**Chicago, IL 60651** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$790.68** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.573 | Priority creditor's name and mailing address<br>**Williams,Peter**<br>**224 Edgemont Dr**<br>**Syracuse, NY 13214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$478.82** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.574 | Priority creditor's name and mailing address<br>**Williams,Shantel**<br>**12421 S EMERALD**<br>**CHICAGO, IL 60628** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$58.37** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $639.40 | Unknown |
|---|---|---|---|---|

**Wilt,Joann**
**5112 Hawthorne St**
**Philadelphia, PA 19124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,076.93 | Unknown |
|---|---|---|---|---|

**Wong,Michael**
**114 Summit Ave**
**Syracuse, NY 13207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.86 | Unknown |
|---|---|---|---|---|

**Woodson,Cantrell**
**4241 Hendrix Dr Apt E5**
**Forest Park, GA 30297**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.94 | Unknown |
|---|---|---|---|---|

**Wright,Antwan**
**614 Seeley Rd**
**Syracuse, NY 13224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $986.40 | Unknown |
|---|---|---|---|---|

**Yobst,Dante M**
**1001 Moyer St**
**Pittsburgh, PA 15204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,402.44 | Unknown |
|---|---|---|---|---|

**Yunaev,Irene**
**90-31 Whitney Ave**
**2H**
**Elmhurst, NY 11373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,155.00 | Unknown |
|---|---|---|---|---|

**Zurschmit,Elizabeth**
**48 3rd St**
**Camden, NY 13316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,296.03 |
|---|---|---|---|

**101-115 W 116TH ST REALTY CORP**
**C/O MITCHELL ENTERPRISES**
**2050 CENTER AVE R#510**
**FORT LEE, NJ 07024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __RENT__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,749.99 |
|---|---|---|---|

**1204 CORPORATION**
**6315 FORBES AVE**
**PITTSBURGH, PA 15217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Rent__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,333.32**

**50 BROAD ST CORP**
**C.H MARTIN**
**156 PORT RICHMOND**
**STATEN ISLAND, NY 10302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$925.42**

**AMERICAN CLOTHING COLLECTION**
**1633 SHEEPSHEAD BAY RD**
**BROOKLYN, NY 11235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$103,460.32**

**Amherst Station LLC**
**33340 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693-0333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent (CAM Charges)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$152.90**

**AMS BILLING SERVICE**
**PO BOX 1047**
**TALLEVAST, FL 34270-1047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTILITIES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Anthony, Marvin**
**c/o Andrew Athanassious**
**The Athanassious Law Office**
**P.O. Box 1145,**
**Folsom, CA 95763**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,500.01**

**ARIEL BELVEDERE OWNER HOLDINGS LLC**
**PO BOX 538383**
**ATLANTA, GA 30353-8383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$229,577.20**

**Arkwright, LLC**
**c/o Michael B. Dublin, Esq.**
**Greenberg & Torchia, LLC**
**2617 Huntingdon Pike,**
**Huntingdon Valley, PA 19006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Settlement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Armstrong, Monika**
c/o Lawyers for Employee & Consumer Righ
Saima Aslam
4100 West Alameda Ave., 3rd Fl.
Burbank, CA 91505

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,330.57**

**ARON SECURITY**
300 W. MAIN ST
SMITHTOWN, NY 11787

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guard**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Banks, Renee**
c/o Jonathan DeLozano, Esq.
LAF Chicago
120 S. LaSalle Street, Ste 900
Chicago, IL 60603

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$291,904.62**

**BBC International, Inc.**
c/o Steven L. Beiley, Esq.
Aaronson, Schantz, Beiley, PA
2 South Biscayne Boulevard  34th Flr
Miami, FL 33131

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Beaulieu , Brian**
c/o Penelope M. Lechtenberg, Esq.
Lechtenberg & Associates LLC
1235 N. Mulford Rd. Suite 208
Rockford, IL 61107

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$670.27**

**BECKER GLOVE INTL INC**
4240 N RIDER TRAIL
ST LOUIS, MO 63045

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$438.65**

**BEN KAUFMAN SALES CO**
4240 N RIDER TRAIL
ST LOUIS, MO 63045

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124,074.34 |
|---|---|---|---|
| | **BLDG MANAGEMENT CO INC.** | ☐ Contingent | |
| | **417 FIFTH AVE.4TH FLOOR** | ☐ Unliquidated | |
| | **SUITE 400** | ☐ Disputed | |
| | **NEW YORK, NY 10016** | | |
| | | Basis for the claim:  **Rent - Other Charges** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,763.30 |
|---|---|---|---|
| | **BLDG-ICS OLNEY LLC** | | |
| | **C/O WRGUSA, LLC** | ☐ Contingent | |
| | **8 INDUSTRIAL WAY EAST** | ☐ Unliquidated | |
| | **SECOND FLOOR** | ☐ Disputed | |
| | **EATONTOWN, NJ 07724** | | |
| | | Basis for the claim:  **Utilities** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $423,581.00 |
|---|---|---|---|
| | **Bobens Trading Co., Inc.** | ☐ Contingent | |
| | **c/o Todd A. Gabor, Esq.** | ☐ Unliquidated | |
| | **132 Spruce Street** | ■ Disputed | |
| | **Cedarhurst, NE 11516** | | |
| | | Basis for the claim:  **Litigation** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,333.35 |
|---|---|---|---|
| | **BRIXMOR SPE 3 LLC** | ☐ Contingent | |
| | **c/o BRIXMOR PROPERTY GROUP** | ☐ Unliquidated | |
| | **PO BOX 645349** | ☐ Disputed | |
| | **CINCINNATI, OH 45264-5349** | | |
| | | Basis for the claim:  **Rent - Insurance** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,925.08 |
|---|---|---|---|
| | **BROOKLYN LOLLIPOP INC** | ☐ Contingent | |
| | **7 MARCUS GARVEY BLVD** | ☐ Unliquidated | |
| | **BROOKLYN, NY 11206** | ☐ Disputed | |
| | | Basis for the claim:  **Trade** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Brown, Sandra** | | |
| | **c/o Lawyers for Employee & Consumer Righ** | ■ Contingent | |
| | **Elida M. Espinoza** | ■ Unliquidated | |
| | **4100 West Alameda Ave., 3rd Fl.** | ■ Disputed | |
| | **Burbank, CA 91505** | | |
| | | Basis for the claim:  **Litigation** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $485.86 |
|---|---|---|---|
| | **CAF** | ☐ Contingent | |
| | **4950 S SANTA FE AVE** | ☐ Unliquidated | |
| | **VERNON, CA 90058** | ☐ Disputed | |
| | | Basis for the claim:  **Trade** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|

Name

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Cal/OSHA**
**c/o DIR Accounting Office Accounts Recei**
**PO Box 420603**
**San Francisco, CA 94142**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Civil Penalties__

Is the claim subject to offset? ☑ No ☐ Yes

**$70,765.00**

---

**3.25**

**Nonpriority creditor's name and mailing address**
**California Capital Insurance Co.**
**c/o Reuben Yeroushalmi, Esq.**
**Yeroushalmi & Yeroushalmi Consumer Advoc**
**9100 Wilshire Blvd., Ste 240W**
**Beverly Hills, CA 90212**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**CAPITAL CITY MECHANICAL SERVICES**
**4955 AVALON RIDGE PKWY**
**SUITE 100**
**NORCROSS, GA 30071**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __R&M__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,010.00**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**CARRINI**
**145 TALMADGE ROAD**
**EDISON, NJ 08817**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ☑ No ☐ Yes

**$347.43**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Carroll, Nadine**
**c/o Marks, O'Neil, O'Brien, Doherty & Ke**
**One Penn Center, Suite 1010**
**1617 John F. Kennedy Blvd.**
**Philadelphia, PA 19103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Castillo, Rebecca**
**c/o Manning Law, APC**
**Joseph R. Manning Jr., Esq.**
**4667 MacArthur Blvd., Ste 150**
**Newport Beach, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**CB CHICAGO PARTNERS, LTD**
**LOCKBOX 9947**
**PO BOX 8500**
**PHILADELPHIA, PA 19178-9947**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ☑ No ☐ Yes

**$49,999.98**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$72,854.30**

**CEDAR - JORDAN LANE LLC**
**C/O CEDAR REALTY TRUST INC**
**44 SOUTH BAYLES AVENUE**
**PORT WASHINGTON, NY 11050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent - Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,437.40**

**CEDAR KINGS LLC**
**CEDAR SHOPPING CENTERS PARTSHP LP**
**44 SOUTH BAYLESS AVE, SUITE 304**
**PORT WASHINGTON, NY 11050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **RENT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$662.27**

**CENTRAL SUPPLY**
**4724 18th AVE**
**BROOKLYN, NY 11204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,818.21**

**CHARLOTTE (ARCHDALE) LLC**
**C/O RIVERCREST REALTY**
**8816 SIX FORK ROAD**
**RALEIGH, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent (CAM Charges)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Coleman, Kimberly**
**c/o Gregg I. Shavitz, Esq.**
**Shavitz Law Group, PA**
**951 Yamato Road, Suite 285**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,439.60**

**COLOMBINO HEADWEAR**
**61 WILLETT ST**
**BLDG J/2ND FLOOR**
**PASSAIC, NJ 07055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,185.00**

**COLON CUEBAS & LAGUNA, PSC**
**1519 PONCE DE LEON AVENUE**
**SUITE 601**
**SAN JUAN, PR 00909-1717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Compton Commercial Redevelopment**
c/o Gregory Koonce, Esq.
**Frank Law Group**
**1517 Lincoln Way**
**Auburn, CA 95603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,662.00** |
|---|---|---|---|

**CONCORD BUYING GROUP INC**
**PO BOX 9357**
**LEASE ADMIN 300-2AN**
**FRAMINGHAM, MA 01701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,341.83** |
|---|---|---|---|

**CONDITIONED AIR DESIGN, INC**
**11104 W BECHER STREET**
**WEST ALLIS, WI 53227-1123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __R&M__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,055.17** |
|---|---|---|---|

**CONSTELLATION ENERGY SERVICES OF NEW YORK**
**PO BOX 5474**
**CAROL SPRINGS, IL 60197-5474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UTILITIES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Consumer Advocacy Group**
c/o Yeroushalmi & Yeroushalmi
**9100 Wilshire Blvd., Ste 240W**
**Beverly Hills, CA 90212**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ContractRecruiter.com, LLC dba The Recru**
c/o Law Offices of Underwood & Micklin,
John A. Underwood, Esq.
**1236-J Brace Road,**
**Cherry Hill, NJ 08034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cooke, Donna**
c/o U.S. Equal Employment Opportunity Co
**Marietta Blueford**
**200 Granby St., Suite 739**
**Norfolk, VA 23510**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CREA/PPC Long Beach Towne Center PO, LLP**
c/o Ernie Park, Esq.
Bewley, Lasselben & Miller, LLP
13215 E. Penn St., Ste. 510
Whittier, CA 90602

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David & Young Group Corp.**
c/o Kelly Chambers, Senior Collections s
C2C Resources
56 Perimeter Center E., Ste 100
Atlanta, GA 30346

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Day to Day Imports, Inc.**
c/o Aryeh Kaufman, Esq.
5482 Wilshire Blvd. #1907
Los Angeles, CA 90036

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**DDK & COMPANY LLP**
50 JERICHO QUADRANGLE
SUITE 220
JERICHO, NY 11753

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Prof Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,465.23** |
|---|---|---|---|

**DEL LLC**
C/O C.A. WHITE
1211 CHAPEL ST
NEW HAVEN, CT 06511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rent (CAM Charges)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DePedro, Veronica**
6623 N. 19th Street
Phoenix, AZ 85022

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,529.62**

**Dominion Service Co of Richmond**
**c/o Edward S. Whitlock, III, Esq.**
**Lafayette, Ayers, Whitlock**
**10160 Staples Mill Road, Suite 105**
**Glen Allen, VA 23060**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Judgment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,100.00**

**DUKE ENERGY-70516**
**PO BOX 70516**
**CHARLOTTE, NC 28272-0516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00**

**DUQUESNE LIGHT COMPANY**
**PAYMENT PROCESSING CENTER**
**PO BOX 10**
**PITTSBURGH, PA 15230-0010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,272.20**

**EAST FOREST PLAZA II LLC**
**PO BOX 11312**
**COLUMBIA, SC 29211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __RENT__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,651.39**

**EDDIE DOMANI**
**1935 THIRD AVE**
**NEW YORK, NY 10029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$738.29**

**EDDIE MARC & CO**
**1025 CRAWFORD AVE**
**BROOKLYN, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00**

**EDGEWOOD STATION LLC**
**2537 PAYSPEHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __RENT__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,491.80**

**Editex Home Curtain Corp**
**c/o Frank Roberts**
**C2C Resources**
**56 Perimeter Center E,  Ste 100**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Settlement__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$149.86**

**ENCHANTED MOMENTS**
**4 EAST 34TH ST, 5TH FLOOR**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**English, Roslyn W.**
**c/o State of Southern Carolina Human Aff**
**1026 Sumter Street, Suite 101**
**Post Office Box 4490**
**Columbia, SO 29240**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,595.59**

**ESTEX DYNAMITE DECORATORS**
**284 5TH AVE**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Estrada, Maribel**
**c/o Kevin A. Lipeles, Esq.**
**Lipeles Law Group, APC**
**880 Apollo St., Suite 336**
**El Segundo, CA 90245**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$620.20**

**EURO-WARE INC**
**458 E 101ST ST**
**BROOKLYN, NY 11236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,014.83**

**EVERSOURCE**
**PO BOX 56005**
**BOSTON, MA 02205-6005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UTILITIES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fields, Wonder**
c/o Randall B. Gold
Fox & Fox, S.C.
124 West Broadway
Monona (Madison), WI 53716

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**FORDHAM VALENTINE ASSOCIATES**
C/O JENEL MANAGEMENT CORP
PO BOX 11644
NEWARK, NJ 07101-4644

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  RENT

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91.00** |
|---|---|---|---|

**FOREVER LINK**
c/o CBC
1700 BROADWAY
DAVID CONLEY
NEW YORK, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,040.33** |
|---|---|---|---|

**FRAYER ENTERPRISE, LLC**
PO BOX 892220
ATTN: RIDGEWATER TEAM
OKLAHOMA CITY, OK 73189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Rent (CAM Charges)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Freight Logistics**
c/o Jeffrey S. Goodfied, Esq.
Goodfried Law Group, APC
6345 Balboa Blvd., Bldg 1, Ste 300
Encino, CA 91316

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,835.48** |
|---|---|---|---|

**G&I IX EMPIRE DELAWARE CONSUMER SQUARE LLC**
C/O DRA ADVISORS LLC
220 EAST 42ND ST  27TH FLOOR
NEW YORK, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Utilities

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,255.40** |
|---|---|---|---|

**G&I IX EMPIRE THRUWAY PLAZA LLC**
C/O DLC MANAGEMENT CORP
PO BOX 5122
WHITE PLAINS, NY 10602-5122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Southern Island Stores LLC**

Name

Case number (if known)    **18-11805 (LSS)**

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Galvez, Manuel**
c/o Hillary Schwab,
Fair Work, P.C.
192 South Street, Suite 450
Boston, MA 02111

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Litigation**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Galvez, Manuel**
c/o Gregg I. Shavitz, Esq.
Shavitz Law Group, PA
951 Yamato Road, Suite 285
Boca Raton, FL 33431

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Litigation**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Garcia, Michael**
c/o Rothschild & Alwill, APC
27 W. Anapamu, #289
Santa Barbara, CA 93101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Litigation**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.24 |
|---|---|---|---|

**GEORGIA NATURAL GAS**
PO BOX 105445
ATLANTA, GA 30348-5445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **UTILITIES**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,346.03 |
|---|---|---|---|

**GEORGIA POWER**
96 ANNEX
ATLANTA, GA 30396-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **UTILITIES**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139,761.65 |
|---|---|---|---|

**GERTZ PLAZA ACQUISITION 2 LLC**
C/O WHARTON REALTY GROUP, LLC
8 INDUSTRIAL WAY E.2 FL
EATONTOWN, NJ 07724

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **RENT**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.01 |
|---|---|---|---|

**GLAMOUR ORIGINAL**
2150 E 11TH AVE
HIALEAH, FL 33013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$465.40** |
|---|---|---|---|

**GOGO JEANS INC**
**1407 BROADWAY**
**SUITE 1016**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,090.38** |
|---|---|---|---|

**GOLDESSENCE**
**1370 BROADWAY**
**6th FLR**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gonzalez, Jesus Guadalupe**
**c/o Ramin R. Younessi, Esq.**
**Law Offices of Ramin R. Younessi, APC**
**3435 Wilshire Blvd., Suite 2200**
**Los Angeles, CA 90010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$444.60** |
|---|---|---|---|

**HABER INTERNATIONAL INC**
**2199 E 5TH ST**
**BROOKLYN, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,143.07** |
|---|---|---|---|

**HAIRSTON INVESTORES, LLC**
**8 INDUSTRIAL WAY EAST**
**2ND FLR**
**EATONTOWN, NJ 07724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **RENT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$244.40** |
|---|---|---|---|

**HEMISPEHERE WORLDWIDE SALE**
**7400 NW 52ND ST**
**MIAMI, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,154.53** |
|---|---|---|---|

**HIGHLAND PLAZA IMPROVEMENTS**
**C/O DLC MANAGEMENT CORP.**
**PO BOX 5122**
**WHITE PLAINS, NY 10602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rent (CAM Charges)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Hines, Stephanie**
**c/o Gregg I. Shavitz, Esq.**
**Shavitz Law Group, PA**
**951 Yamato Road, Suite 285**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$446.48**

**HOME ESSENTIALS & BE**
**3001 WOODBRIDGE AVE**
**EDISON, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,209.94**

**HOSIERY NETWORK INC**
**C/O ROSENTHAL**
**1370 BROADWAY**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Hunt, Nichole**
**c/o William S. Caldwell, APLC**
**9891 Irvine Center Drive, Suite 130**
**Irvine, CA 92618**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Ibarra, Jamie**
**c/o Department of Fair Employment and Ho**
**39141 Civic Center Dr., Suite 250**
**Fremont, CA 94538**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,024.02**

**ICON APPAREL**
**1407 BROADWAY STE#1614**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,234.82**

**IRC RETAIL CENTERS**
**LEASE #22352**
**75 REMITTANCE DRIVE**
**DEPT 3128**
**CHICAGO, IL 60675-3128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __RENT__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.93** | Nonpriority creditor's name and mailing address
**IRONDEQUOIT TK OWNER LLC**
**415 PARK AVEBUE**
**C/O JADD MANAGEMENT LLC**
**KERRY STEVENS**
**ROCHESTER, NY 14607**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                         **$44,166.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address
**J & M Sales, Inc.**
**15001 South Figueroa Street**
**Gardena, CA 90248**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                         **$80,064,034.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Intercompany payable__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address
**JEM ACC./XTREME CABL**
**1700 BROADWAY**
**NEW YORK, NY 10019**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                         **$844.71**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address
**JESCO FOOTWEAR INC**
**37 W 37TH ST**
**SUITE 301**
**NEW YORK, NY 10018-6225**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                         **$5,436.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address
**Johnson, John A.**
**c/o Colbert N. Coldwell, Esq.**
**Guevara, Baumann, Coldwell & Reedman,**
**Suite B201**
**El Paso, TX 79902**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                         **Unknown**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address
**Johnson, Scott**
**c/o Center for Disability Access**
**Phyl Grace, Esq.,**
**PO Box 262490**
**San Diego, CA 92196-2490**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                         **Unknown**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address
**Jordan, Jocelyn**
**c/o Anna Salusky, Esq.**
**Mahoney Law Group, APC**
**249 East Ocean Blvd., Suite 814**
**Long Beach, CA 90802**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                                         **Unknown**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Just Retail Services, Inc.
c/o Charles Carlson, Esq.
Barnett, Bolt, Kirkwood, Long & Koche
601 Bayshore Blvd., Ste. 700,
Tampa, FL 33606

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,766.66**

KDI ATLANTA MALL, LLC
C/O HENDON PROPERTIES
2 LIVE OAK CENTER
3445 PEACHTREE ROAD
ATLANTA, GA 30326

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Khjosaryan, Alisa
c/o California Department of Industrial
6150 Van Nuys Blvd., Room 206
Van Nuys, CA 91401

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Kish, Denise
c/o Center for Disability Access
Phyl Grace, Esq.,
PO Box 262490
San Diego, CA 92196-2490

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,048.90**

KOP PERKINS FARM MARKETPLACE LLC
LEASE#4066001
PO BOX 645346
CINCINNATI, OH 45264-5346

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **RENT**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Lakes Mall Investment, LLC
c/o Glenn L. Widom, P.A
696 NE 125 Street
No. Miami, FL 33161

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,409.40**

LANE CRAWFORD
1370 BROADWAY
SUITE 1212
NEW YORK, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,890.89** |
|---|---|---|---|

**LORENCY & COMPANY LL**
**1370 BROADWAY**
**SUITE 804**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Trade___

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,500.00** |
|---|---|---|---|

**MADISON CENTER OWNER, LLC**
**30500 NORTHWESTERN HIGHWAY**
**SUITE 200**
**FARMINTON HILLS, MI 48334**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Rent-June___

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,935.66** |
|---|---|---|---|

**MALWAY REALTY ASSOCIATES LP**
**33 BOYLSTON ST**
**STE 3000**
**CHESTNUT HILL, MA 02467**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Rent - Other Charges___

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,399.64** |
|---|---|---|---|

**MANHATTAN HOSIERY CO**
**172 CLASSON AVE**
**BROOKLYN, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Trade___

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,065.70** |
|---|---|---|---|

**MAZEL COMPANY**
**31000 AURORA ROAD**
**SOLON, OH 44139-2747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Trade___

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Medina, Maria**
**c/o Law Offices on Janeen Carlberg**
**611 Civic Center Drive West, Suite 250**
**Santa Ana, CA 92701**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** ___Litigation___

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Melvin, Shadine**
**c/o Lawyers for Employee & Consumer Righ**
**Vanessa Himeles**
**4100 West Alameda Ave., 3rd Fl.**
**Burbank, CA 91505**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** ___Litigation___

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,920.10**

**MERRIMAC INCOME PARTNERS LP**
**C/O THE WILDER COMPANIES**
**800 BOYLSTON ST**
**STE 1300**
**BOSTON, MA 02199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **RENT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,500.00**

**MICHAEL FALLAS**
**15001 S. FIGUEROA STREET**
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Interest Expense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,154.53**

**MID-AMERICA ASSET MANAGEMENT, INC**
**ONE PARKVIEW PLAZA,**
**9TH FLOOR**
**OAKBROOK TERRACE, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Mitchell, Larry**
**c/o Steven M. Rubin, Esq.**
**The Rubin Law Corporation**
**1875 Century Park East, Suite 1230**
**Los Angeles, CA 90067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$218.32**

**MOBILE MINI**
**TEXAS LIMITED PARTNERSHIP**
**P.O. BOX 79149**
**PHOENIX, AZ 85062-9149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **STORAGE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Mohadjer, Camil**
**c/o Joseph Farzam Law Firm**
**11766 Wilshire Blvd.,**
**Suite 280**
**Los Angeles, CA 90025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,951.16**

**NATIONALGRID-11737**
**PO BOX 11737**
**NEWARK, NJ 07101-4737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UTILITIES**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.121** | Nonpriority creditor's name and mailing address
**NATIONALGRID-11742**
**PO BOX 11742**
**NEWARK, NJ 07101-4742**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

**$26.94**

---

**3.122** | Nonpriority creditor's name and mailing address
**NATIONWIDE SECURITY SERVICE, INC.**
**208 BROADWAY**
**MALDEN, MA 02148**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Guard**

Is the claim subject to offset? ■ No ☐ Yes

**$185,080.82**

---

**3.123** | Nonpriority creditor's name and mailing address
**NEJ INC**
**170 PINESBRIDGE RD**
**BEACON FALLS, CT 06403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,892.55**

---

**3.124** | Nonpriority creditor's name and mailing address
**NEW WESTGATE MALL LLC**
**OFFICE 200 WESTGATE DRIVE**
**BROCKTON, MA 02301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **RENT**

Is the claim subject to offset? ■ No ☐ Yes

**$31,614.85**

---

**3.125** | Nonpriority creditor's name and mailing address
**NORTH & CICERO DEVELOPMENT LLC**
**4104 NORTH HARLEM AVE**
**NORRIDGE, IL 60706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **RENT**

Is the claim subject to offset? ■ No ☐ Yes

**$98,207.00**

---

**3.126** | Nonpriority creditor's name and mailing address
**NORTH CAROLINA DEP OF REVENUE**
**PO BOX 25000**
**RALEIGH, NC 27640**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **RENT**

Is the claim subject to offset? ■ No ☐ Yes

**$1,182.00**

---

**3.127** | Nonpriority creditor's name and mailing address
**NORTH RIVERSIDE PARK ASSOCIATES LLC**
**1525 W WT HARRIS BLVD**
**PO BOX 601399**
**CHARLOTTE, NC 28262**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$72,912.60**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Paralee Holmes**
**c/o Gregg I. Shavitz, Esq.**
**Shavitz Law Group, PA**
**951 Yamato Road, Suite 285**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,875.53** |

**PECO-PAYMENT PROCESSING**
**PO BOX 37629**
**PHILADELPHIA, PA 19101-0629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Peele, Delia**
**c/o Law Office of Michael L. Justice**
**Michael L. Justice, Esq.**
**5707 Corsa Avenue,  2nd Floor**
**Westlake Village, CA 91362**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Perez de Cabrera, Maria**
**c/o Eli M. Kantor, Esq.**
**9595 Wilshire Blvd., Ste. 405**
**Beverly Hills, CA 90212**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,435.83** |

**PJR PROPERTIES, LLC**
**2215 UNION AVENUE**
**SHEBOYGAN, WI 53081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __RENT__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,000.00** |

**PROFESSIONAL PROPERTIES OF**
**LAS VEGAS**
**PO BOX 531461**
**C/O REGENT PARTNERS, LLC**
**HENDERSON, NV 89053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,567.63** |

**PSE&G CO**
**PO BOX 14444**
**NEW BRUNSWICK, NJ 08906-4444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.135** | Nonpriority creditor's name and mailing address
**PUTNAM PLACE IMPROVEMENTS, LLC**
**C/O DLC MANAGEMENT CORP**
**PO BOX 5122**
**WHITE PLAINS, NY 10602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$8,237.70**

---

**3.136** | Nonpriority creditor's name and mailing address
**RELIQ**
**147 W 35TH STREET #304**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,586.64**

---

**3.137** | Nonpriority creditor's name and mailing address
**REMO TARTAGLIA ASSOCIATES**
**477 MAIN ST**
**MONROE, CT 06468**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **RENT**

Is the claim subject to offset? ■ No ☐ Yes

**$45,715.00**

---

**3.138** | Nonpriority creditor's name and mailing address
**RGIS INVENTORY SPECIALISTS**
**P.O.BOX 77631**
**DETROIT, MI 48277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Inventory**

Is the claim subject to offset? ■ No ☐ Yes

**$4,234.01**

---

**3.139** | Nonpriority creditor's name and mailing address
**Riquiac, Josefa**
**c/o Larry W. Lee**
**Diversity Law Group, PC**
**515 S. Figueroa St., Ste. 1250**
**Los Angeles, CA 90071**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.140** | Nonpriority creditor's name and mailing address
**ROCKAWAY REALTY ASSOCIATES, L.P.**
**110 WEST 34TH ST 9TH FL**
**NEW YORK, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent - Other Charges**

Is the claim subject to offset? ■ No ☐ Yes

**$74,578.74**

---

**3.141** | Nonpriority creditor's name and mailing address
**ROTO ROOTER PLUMBING SERVICE**
**5672 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **R&M**

Is the claim subject to offset? ■ No ☐ Yes

**$759.71**

---

| Debtor | **Southern Island Stores LLC** | | Case number (*if known*) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,250.00** |
|---|---|---|---|

**S&S SHOPPING CENTERS,LTD**
**PO BOX 1863**
**SAN ANTONIO, TX 78297-1863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,766.94** |
|---|---|---|---|

**SABBONS INTERNATIONAL INC**
*
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,014.70** |
|---|---|---|---|

**SABBSONS CO./SIMPLE ELEGA**
**474 50TH ST**
**BROOKLYN, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Safeway**
**c/o Aimee Wong, Esq.**
**Udell Wang, LLP**
**445 S. Figueroa Street,   Ste 2250**
**Los Angeles, CA 90071**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,627.10** |
|---|---|---|---|

**SAKAR INTERNATIONAL**
**195 CARTER DRIVE**
**EDISON, NJ 08817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shason, Inc.**
**c/o Resch, Polster & Berger, LLP**
**1840 Century Park East,**
**17th Floor**
**Los Angeles, CA 90067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shefa LMV, Inc.**
**c/o Daniel N. Greenbaum**
**Law Offices of Daniel N. Greenbaum**
**7120 Hayvenhurst Ave., Ste 320**
**Van Nuys, CA 91496**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,416.67** |
|---|---|---|---|

**SHOP CITY PW/LB LLC**
**244 WEST 39TH STREET**
**FLOOR 4**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,289.99** |
|---|---|---|---|

**SILVER ONE INTL INC**
**1370 BROADWAY 6TH FL**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,011.18** |
|---|---|---|---|

**SIMON INTERNATIONAL**
**1633 SHEEPSHEAD BAY RD**
**2ND FLOOR**
**CHARLES AIOSA**
**BROOKLYN, NY 11235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,305.25** |
|---|---|---|---|

**SIMON INTERNATIONAL**
**EULER HERMES**
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$162.00** |
|---|---|---|---|

**SIONI APPAREL GROUP**
**989 6TH AVE., FLOOR # 15**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Smith, Tony**
**c/o Parker Stanbury, LP**
**444 South Flower Street,  19th Floor**
**Los Angeles, CA 90071**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sneede, Demisha**
**c/o Brodsky & Smith, LLC**
**9595 Wilshire Boulevard, Suite 900**
**Beverly Hills, CA 90212**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Star Fabrics, Inc.**
**c/o Stephen M. Doniger, Esq.**
**Doniger Burroughs**
**603 Rose Avenue**
**Venice, CA 90291**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Starboard Lemon Grove MT, LLC**
**c/o Robert C. Thorn, Esq.**
**Kimball, Tirey & St. John LLP**
**7676 Hazard Center Drive, Ste. 900B,**
**San Diego, CA 92108**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$218.00**

**STREET LINE INC**
**1410 BROADWAY # 304**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Sunbelt Rentals, Inc., et al.**
**c/o Cannon Law Group**
**Cole S. Cannon, Esq.**
**53 S. 600 E.**
**Salt Lake City, UT 84102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Sylvester, Daniel**
**c/o Eric R. Blank, Esq.,**
**Law Offices of Eric R. Blank, P.C.**
**7860 W. Sahara Ave., Ste: 110,**
**Las Vegas, NV 89117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,890.46**

**TERMINIX INTERNATIONAL COMPANY ***
**PO BOX 17167**
**MEMPHIS, TN 38187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **R&M**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172,637.93**

**THE STOP & SHOP SUPERMARKET CO LLC**
**PO BOX 3797**
**BOSTON, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **RENT**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Island Stores LLC** | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,300.00**

**THE UNITED ILLUMINATING COMPANY**
**PO BOX 9230**
**CHELSEA, MA 02150-9230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __UTILITIES__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00**

**THOR SOUTH DEKALB RETAIL LLC**
**PO BOX 712370**
**CINCINNATI, OH 45271-2370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Rent (CAM Charges)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,665.49**

**TOWER IMPROVEMENTS LLC**
**C/O DLC MANAGEMENT CORP**
**PO BOX 5122**
**WHITE PLAINS, NY 10602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Rent (CAM Charges)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,204.46**

**TRES JOLIE ACCESSORIES**
**10 WEST 33RD STREET**
**SUITE 1017**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,100.55**

**TUFF COOKIES INC**
**110 WEST 34TH STREET**
**7TH FLOOR**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$542.39**

**UNIQUE LOOK**
**123 US HIGHWAY 46**
**FAIRFIELD, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,333.34**

**UTICA MZL LLC**
**254 WEST 31ST ST 4TH FLOOR**
**C/O KATZ PROPERTIES, ACCTS RCVBL**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$516.54** |
|---|---|---|---|

**VIVATEX HOME COLLECT**
**1100 LINWOOD STREET**
**BROOKLYN, NY 11208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,421.31** |
|---|---|---|---|

**WASA PROPERTIES SOUTHLAKE PAVILION**
**LLC**
**3512 QUENTIN RD**
**SUITE 204**
**BROOKLYN, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,967.19** |
|---|---|---|---|

**WE ENERGIES**
**P O  BOX 90001**
**MILWAUKEE, WI 53290-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **UTILITIES**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,666.02** |
|---|---|---|---|

**WESGOLD LLC**
**C/O GOLDENBERG GROUP LLC**
**350 SENTRY PARKWAY**
**BUILDING 630, SUITE 300**
**BLUE BELL, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Rent - Other Charges**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**WESTERN LIGHTS PROPERTIES, LLC**
**C/O THE KEMPNER CORPORATION**
**257 MAMARONECK AVE**
**WHITE PLAINS, NY 10605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**White, Phillip**
**c/o Kaveh S. Elihu, Esq.**
**Employee Justice Legal Group, LLP**
**3055 Wilshire Blvd, Suite 1120**
**Los Angeles, CA 90010**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,438.19** |
|---|---|---|---|

**WHLR JANAF, LLC**
**2529 VIRGINIA BEACH BLVD**
**VIRGINIA BEACH, VA 23452**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Rent-May**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Island Stores LLC** | | Case number (if known) | **18-11805 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|
| | **WISCONSIN DEPARTMENT OF REVENUE**<br>**PO BOX 930208**<br>**MILWAUKEE, WI 53293-0208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **RENT** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,999.99 |
|---|---|---|---|
| | **WOOD STONE IV HOLDINGS ROTTERDAM**<br>**LL**<br>**C/O COLLIERS INTERNTL-LB UNIT 607**<br>**5260 PARKWAY PLAZA BLVD**<br>**SUITE 110**<br>**CHARLOTTE, NC 28217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Rent** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Wright, Maria Ruiz**<br>**c/o Department of Fair Employment and Ho**<br>**Monica Facio**<br>**2218 Kausen Drive., Suite 100**<br>**Elk Grove, CA 95758** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Litigation** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,704.56 |
|---|---|---|---|
| | **XING LIN (USA) INTL CORP**<br>**1410 BROADWAY RM 300**<br>**NWER YORK, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **DePedro, Veronica**<br>**625 North 8th Street**<br>**Lompoc, CA 93436** | Line  **3.50**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **DePedro, Veronica**<br>**214 West Maple Ave.**<br>**Lompoc, CA 93436** | Line  **3.50**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 325,598.74 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 84,364,739.40 |

Debtor    **Southern Island Stores LLC**
Name

Case number (if known)    **18-11805 (LSS)**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $                84,690,338.14

**Fill in this information to identify the case:**

Debtor name    **Southern Island Stores LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11805 (LSS)**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Real Property Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **101-115 W 116TH ST REALTY CORP** <br> **C/O MITCHELL ENTERPRISES** <br> **2050 CENTER AVE R#510** <br> **FORT LEE, NJ 07024** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Real Property Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **1204 CORPORATION** <br> **6315 FORBES AVE** <br> **PITTSBURGH, PA 15217** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Real Property Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **1956-1994 MOUNT ZION ROAD HOLDINGS** <br> **c/o COMPASSROCK REAL ESTATE 2.0 LLC** <br> **10700 E BETHANY DR. SUITE 101** <br> **AURORA, CO 80014** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Real Property Lease** <br><br> State the term remaining <br><br> List the contract number of any government contract | **427 SASSCO LLC** <br> **58-08 MYRTLE AVENUE** <br> **RIDGEWOOD, NY 11385** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1    **Southern Island Stores LLC**
First Name          Middle Name          Last Name

Case number (*if known*)    **18-11805 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **50 BROAD ST CORP** |
| | | | **C.H MARTIN** |
| | List the contract number of any government contract | | **156 PORT RICHMOND** |
| | | | **STATEN ISLAND, NY 10302** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Foreign Policy** | |
| | State the term remaining | | **Ace American Insurance Company** |
| | | | **436 Walnut Street** |
| | List the contract number of any government contract | | **Philadelphia, PA 19105** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **ADLOR B REALTY ASSOCIATES LLC** |
| | | | **15 OCEAN AVE** |
| | List the contract number of any government contract | | **BROOKLYN, NY 11225** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Property, Stock Throughput and Cargo Policies** | |
| | State the term remaining | | **Affiliated FM** |
| | | | **Marika Block, Vice President, Area Manager** |
| | | | **Peter Collins, Cargo Underwriting Manage** |
| | List the contract number of any government contract | | **6320 Canoga Ave, Suite 1100** |
| | | | **Woodland Hills, CA 91367** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **Amherst Station LLC** |
| | | | **33340 COLLECTION CENTER DRIVE** |
| | List the contract number of any government contract | | **CHICAGO, IL 60693-0333** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **ARIEL BELVEDERE OWNER HOLDINGS LLC** |
| | | | **PO BOX 538383** |
| | List the contract number of any | | **ATLANTA, GA 30353-8383** |

Debtor 1    **Southern Island Stores LLC**
First Name    Middle Name    Last Name

Case number *(if known)*    **18-11805 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **BG THRUWAY LLC** |
| | List the contract number of any government contract | **C/O DEVELOPERS DIVERSIFIED CORP**<br>**PO BOX 931656**<br>**CLEVELAND, OH 44193** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **BLDG MANAGEMENT CO INC.** |
| | List the contract number of any government contract | **417 FIFTH AVE.4TH FLOOR**<br>**SUITE 400**<br>**NEW YORK, NY 10016** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **BLDG-ICS OLNEY LLC** |
| | List the contract number of any government contract | **C/O WRGUSA, LLC**<br>**8 INDUSTRIAL WAY EAST**<br>**SECOND FLOOR**<br>**EATONTOWN, NJ 07724** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **BRIXMOR SPE 3 LLC** |
| | List the contract number of any government contract | **c/o BRIXMOR PROPERTY GROUP**<br>**PO BOX 645349**<br>**CINCINNATI, OH 45264-5349** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **CB CHICAGO PARTNERS, LTD** |
| | List the contract number of any government contract | **LOCKBOX 9947**<br>**PO BOX 8500**<br>**PHILADELPHIA, PA 19178-9947** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | | **CCMS 2005-CD1 RETAIL 1400, LLC**<br>**5260 PARKWAY PLAZA BLVD STE 110**<br>**CHARLOTTE, NC 28217-5524** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Southern Island Stores LLC** | | | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **CEDAR - JORDAN LANE LLC** |
| | List the contract number of any government contract | **C/O CEDAR REALTY TRUST INC**<br>**44 SOUTH BAYLES AVENUE**<br>**PORT WASHINGTON, NY 11050** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **CEDAR KINGS LLC** |
| | List the contract number of any government contract | **CEDAR SHOPPING CENTERS PARTSHP LP**<br>**44 SOUTH BAYLESS AVE, SUITE 304**<br>**PORT WASHINGTON, NY 11050** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **CHARLOTTE (ARCHDALE) LLC** |
| | List the contract number of any government contract | **C/O RIVERCREST REALTY**<br>**8816 SIX FORK ROAD**<br>**RALEIGH, NC 27615** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Fiduciary and Foreign Policies** |
|---|---|---|
| | State the term remaining | **Chubb Global Casualty** |
| | List the contract number of any government contract | **Terry Seningen, Underwriter**<br>**One Beaver Valley Road**<br>**Wilmington, DE 19803** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **CONCORD BUYING GROUP INC** |
| | List the contract number of any government contract | **PO BOX 9357**<br>**LEASE ADMIN 300-2AN**<br>**FRAMINGHAM, MA 01701** |

Debtor 1   **Southern Island Stores LLC**
_____
First Name        Middle Name         Last Name

Case number (*if known*)   **18-11805 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **CSC, as Representative** |
| | List the contract number of any government contract | _____ | **P.O. Box 2576**<br>**Springfield, IL 62708** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **DEL LLC**<br>**C/O C.A. WHITE** |
| | List the contract number of any government contract | _____ | **1211 CHAPEL ST**<br>**NEW HAVEN, CT 06511** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **EAST FOREST PLAZA II LLC** |
| | List the contract number of any government contract | _____ | **PO BOX 11312**<br>**COLUMBIA, SC 29211** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **EDGEWOOD STATION LLC** |
| | List the contract number of any government contract | _____ | **2537 PAYSPEHERE CIRCLE**<br>**CHICAGO, IL 60674** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **FC BRUCKNER ASSOCIATES, L.P.**<br>**LOCKBOX #2732** |
| | List the contract number of any government contract | _____ | **P.O. BOX 8500**<br>**PHILADELPHIA, PA 19178-2732** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Fiduciary Liability Policy** | |
|---|---|---|---|
| | State the term remaining | | **Federal Insurance Company (Chubb)**<br>**82 Hopmeadow Street** |
| | List the contract number of any | | **P.O. Box 2002**<br>**Simsbury, CT 06070-7683** |

Debtor 1    **Southern Island Stores LLC**
      First Name       Middle Name       Last Name

Case number (*if known*)    **18-11805 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **FIELD STATION, LLC** |
| | List the contract number of any government contract | | **C/O SUPERIOR REALTY CO.**<br>**540 GALLIVAN BLVD**<br>**DORCHESTER, MA 02124** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Excess Liability Policy** | |
|---|---|---|---|
| | State the term remaining | | **Firemans Fund Insurance Company** |
| | List the contract number of any government contract | | **AGCS**<br>**800 South Flower Street**<br>**Los Angeles, CA 90017** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Money Network Services Agreement dated 09.27.17; Master Services Agreement dated 10.05.17** | |
|---|---|---|---|
| | State the term remaining | | **First Data Merchant Services** |
| | List the contract number of any government contract | | **Attn: Exec. VP Operations**<br>**1307 Walt Whitman Road**<br>**Melville, NY 11747** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **FORDHAM VALENTINE ASSOCIATES** |
| | List the contract number of any government contract | | **C/O JENEL MANAGEMENT CORP**<br>**PO BOX 11644**<br>**NEWARK, NJ 07101-4644** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **FRAYER ENTERPRISE, LLC** |
| | List the contract number of any government contract | | **PO BOX 892220**<br>**ATTN: RIDGEWATER TEAM**<br>**OKLAHOMA CITY, OK 73189** |

Debtor 1    **Southern Island Stores LLC**                                          Case number *(if known)*    **18-11805 (LSS)**

First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **G&I IX EMPIRE DELAWARE CONSUMER SQUARE LLC** |
| | | | **C/O DRA ADVISORS LLC** |
| | List the contract number of any government contract | | **220 EAST 42ND ST 27TH FLOOR** |
| | | | **NEW YORK, NY 10017** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **G&I IX EMPIRE THRUWAY PLAZA LLC** |
| | | | **C/O DLC MANAGEMENT CORP** |
| | List the contract number of any government contract | | **PO BOX 5122** |
| | | | **WHITE PLAINS, NY 10602-5122** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **GERTZ PLAZA ACQUISITION 2 LLC** |
| | | | **C/O WHARTON REALTY GROUP, LLC** |
| | List the contract number of any government contract | | **8 INDUSTRIAL WAY E.2 FL** |
| | | | **EATONTOWN, NJ 07724** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Umbrella Policy** | |
|---|---|---|---|
| | State the term remaining | | **Great American Insurance Group** |
| | | | **PO Box 5425** |
| | List the contract number of any government contract | | **Cincinnati, OH 45201-5425** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **HAIRSTON INVESTORES, LLC** |
| | | | **8 INDUSTRIAL WAY EAST** |
| | List the contract number of any government contract | | **2ND FLR** |
| | | | **EATONTOWN, NJ 07724** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **General Liability, Auto, Workers' Compensation and Flood Policies** | |
|---|---|---|---|
| | State the term remaining | | **Hartford** |
| | | | **Jeanna Day, Practice Leader, Specialty GL** |
| | List the contract number of any | | **Melissa Phan, Practice Leader - National** |
| | | | **777 S. Figueroa Street, Suite 700** |
| | | | **Los Angeles, CA 90017** |

Debtor 1    **Southern Island Stores LLC**

First Name              Middle Name              Last Name

Case number (*if known*)    **18-11805 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |  |
|---|---|---|---|
|  | State the term remaining |  | **HIGHLAND PLAZA IMPROVEMENTS** |
|  | List the contract number of any government contract |  | **C/O DLC MANAGEMENT CORP.**<br>**PO BOX 5122**<br>**WHITE PLAINS, NY 10602** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **D&O and Crime Policies** |  |
|---|---|---|---|
|  | State the term remaining |  | **Hiscox Insurance Company** |
|  | List the contract number of any government contract |  | **104 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60603** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |  |
|---|---|---|---|
|  | State the term remaining |  | **INLAND REAL ESTATE CORPORATION** |
|  | List the contract number of any government contract |  | **4575 PAYSPHERE CIRCLE**<br>**CHICAGO, IL 60674** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |  |
|---|---|---|---|
|  | State the term remaining |  | **IRC RETAIL CENTERS** |
|  | List the contract number of any government contract |  | **75 REMITTANCE DRIVE**<br>**DEPT 3128**<br>**CHICAGO, IL 60675-3128** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |  |
|---|---|---|---|
|  | State the term remaining |  | **IRONDEQUOIT TK OWNER LLC** |
|  | List the contract number of any government contract |  | **415 PARK AVEBUE**<br>**C/O JADD MANAGEMENT LLC**<br>**KERRY STEVENS**<br>**ROCHESTER, NY 14607** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |  |
|---|---|---|---|
|  |  |  | **JANAF SHOPPING CENTER LLC**<br>**PO BOX 713828**<br>**CINCINNATI, OH 45271-3828** |

| Debtor 1 | **Southern Island Stores LLC** | | | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
    government contract
_____

---

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **KDI ATLANTA MALL, LLC**<br>**C/O HENDON PROPERTIES**<br>**2 LIVE OAK CENTER**<br>**3445 PEACHTREE ROAD**<br>**ATLANTA, GA 30326** |
| | List the contract number of any government contract | | |

---

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **KOP PERKINS FARM MARKETPLACE LLC**<br>**LEASE#4066001**<br>**PO BOX 645346**<br>**CINCINNATI, OH 45264-5346** |
| | List the contract number of any government contract | | |

---

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **LINCOLN SHOPPING CENTER LLC**<br>**100 NORTH POND DR SUITE F**<br>**PO BOX 838**<br>**WALLED LAKE, MI 48390-0838** |
| | List the contract number of any government contract | | |

---

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **MADISON CENTER OWNER, LLC**<br>**30500 NORTHWESTERN HIGHWAY**<br>**SUITE 200**<br>**FARMINTON HILLS, MI 48334** |
| | List the contract number of any government contract | | |

---

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **MALWAY REALTY ASSOCIATES LP**<br>**33 BOYLSTON ST**<br>**STE 3000**<br>**CHESTNUT HILL, MA 02467** |
| | List the contract number of any government contract | | |

---

Debtor 1    **Southern Island Stores LLC**

First Name          Middle Name          Last Name

Case number (*if known*)    **18-11805 (LSS)**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.50.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any government contract

**MERRIMAC INCOME PARTNERS LP**
**C/O THE WILDER COMPANIES**
**800 BOYLSTON ST**
**STE 1300**
**BOSTON, MA 02199**

---

**2.51.** State what the contract or lease is for and the nature of the debtor's interest — **Fallas Subordination Agreement dated 04.04.17.**

State the term remaining

List the contract number of any government contract

**Michael Fallas**
**15001 South Figueroa Street**
**Gardena, CA 90248**

---

**2.52.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any government contract

**NEW WESTGATE MALL LLC**
**OFFICE 200 WESTGATE DRIVE**
**BROCKTON, MA 02301**

---

**2.53.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any government contract

**NORTH & CICERO DEVELOPMENT LLC**
**4104 NORTH HARLEM AVE**
**NORRIDGE, IL 60706**

---

**2.54.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any government contract

**NORTH RIVERSIDE PARK ASSOCIATES LLC**
**1525 W WT HARRIS BLVD**
**PO BOX 601399**
**CHARLOTTE, NC 28262**

---

**2.55.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any

**PJR PROPERTIES, LLC**
**2215 UNION AVENUE**
**SHEBOYGAN, WI 53081**

---

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 10 of 15

Debtor 1  **Southern Island Stores LLC**

First Name        Middle Name        Last Name

Case number (*if known*)   **18-11805 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **PRINCE WILLIAM SQUARE INVESTORS LLC** |
| | | | **C/O ROSENTHAL PROPERTIES LLC** |
| | List the contract number of any government contract | | **1945 OLD GALLOWS RD SUITE 300** |
| | | | **VIENNA, VA 22182** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | | | **PROFESSIONAL PROPERTIES OF** |
| | State the term remaining | | **LAS VEGAS** |
| | | | **PO BOX 531461** |
| | List the contract number of any government contract | | **C/O REGENT PARTNERS, LLC** |
| | | | **HENDERSON, NV 89053** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **PUTNAM PLACE IMPROVEMENTS, LLC** |
| | | | **C/O DLC MANAGEMENT CORP** |
| | List the contract number of any government contract | | **PO BOX 5122** |
| | | | **WHITE PLAINS, NY 10602** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
| | State the term remaining | | |
| | | | **Reich Bros. Business Solutions LLC** |
| | List the contract number of any government contract | | **267 Central Ave.** |
| | | | **White Plains, NY 10606** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | |
| | | | **REMO TARTAGLIA ASSOCIATES** |
| | List the contract number of any government contract | | **477 MAIN ST** |
| | | | **MONROE, CT 06468** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Side-A DIC Policy** | |
| | | | **RLI Insurance Company** |
| | | | **9025 North Lindbergh Drive** |
| | | | **Peoria, IL 61615** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Southern Island Stores LLC**
First Name        Middle Name        Last Name

Case number (*if known*)    **18-11805 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ROCKAWAY REALTY ASSOCIATES, L.P.**<br>**110 WEST 34TH ST 9TH FL**<br>**NEW YORK, NY 10001** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **S&S SHOPPING CENTERS,LTD**<br>**PO BOX 1863**<br>**SAN ANTONIO, TX 78297-1863** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SHOP CITY PW/LB LLC**<br>**244 WEST 39TH STREET**<br>**FLOOR 4**<br>**NEW YORK, NY 10018** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Preventative Maintenance Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Standard Refrigerators, Inc.**<br>**45-02 37th Avenue**<br>**Long Island City, NY 11101** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Managing General Agent - Umbrella and Excess Policies** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SterlingRisk**<br>**Howard Meyers, Vice Chairman**<br>**135 Crossways Park Drive**<br>**P.O. Box 9017**<br>**Woodbury, NY 11797** |

Debtor 1    **Southern Island Stores LLC**

First Name        Middle Name        Last Name

Case number (*if known*)    **18-11805 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.67.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Real Property Lease**

STOCKBRIDGE MADISON LLC
PO BOX 8130
BLOOMFIELD HILLS, MI 48302

---

**2.68.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Real Property Lease**

THE DIMUCCI COMPANY OF CICERO,IL
285 WEST DUNDEE RD
PALATINE, IL 60074

---

**2.69.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Real Property Lease**

THE GALLERY AT SOUTH DEKALB
2801 CANDLER ROAD
SUITE 75
DECATUR, GA 30034

---

**2.70.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Real Property Lease**

THE STOP & SHOP SUPERMARKET CO LLC
PO BOX 3797
BOSTON, MA 02241

---

**2.71.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Real Property Lease**

THOR SOUTH DEKALB RETAIL LLC
PO BOX 712370
CINCINNATI, OH 45271-2370

---

**2.72.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Real Property Lease**

TOWER IMPROVEMENTS LLC
C/O DLC MANAGEMENT CORP
PO BOX 5122
WHITE PLAINS, NY 10602

Debtor 1    **Southern Island Stores LLC**

First Name        Middle Name        Last Name

Case number *(if known)*    **18-11805 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **UE BRUCKNER SHOPS LLC** |
| | List the contract number of any government contract | **210 ROUTE 4 EAST**<br>**PARAMUS, NJ 07652** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **UTICA MZL LLC**<br>**254 WEST 31ST ST 4TH FLOOR** |
| | List the contract number of any government contract | **C/O KATZ PROPERTIES, ACCTS RCVBL**<br>**NEW YORK, NY 10001** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **WASA PROPERTIES SOUTHLAKE PAVILION LLC**<br>**3512 QUENTIN RD** |
| | List the contract number of any government contract | **SUITE 204**<br>**BROOKLYN, NY 11234** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **WESGOLD LLC**<br>**C/O GOLDENBERG GROUP LLC**<br>**350 SENTRY PARKWAY** |
| | List the contract number of any government contract | **BUILDING 630, SUITE 300**<br>**BLUE BELL, PA 19422** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **WESTERN LIGHTS PROPERTIES, LLC**<br>**C/O THE KEMPNER CORPORATION** |
| | List the contract number of any government contract | **257 MAMARONECK AVE**<br>**WHITE PLAINS, NY 10605** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | | **WHLR JANAF, LLC**<br>**2529 VIRGINIA BEACH BLVD**<br>**VIRGINIA BEACH, VA 23452** |

Debtor 1    **Southern Island Stores LLC**                                        Case number *(if known)*    **18-11805 (LSS)**
_____
First Name         Middle Name         Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
     government contract          _____

---

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|

State the term remaining

List the contract number of any
     government contract          _____

**WOOD STONE IV HOLDINGS ROTTERDAM LL
C/O COLLIERS INTERNTL-LB UNIT 607
5260 PARKWAY PLAZA BLVD
SUITE 110
CHARLOTTE, NC 28217**

---

**Fill in this information to identify the case:**

Debtor name  **Southern Island Stores LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **18-11805 (LSS)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Caribbean Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Encina Business Credit, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Caribbean Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Gordon Brothers Finance Company** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Caribbean Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Michael Fallas** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **Caribbean Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Reich Bros. Business Solutions LLC** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.5  **FP Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **CSC, as Representative** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor     **Southern Island Stores LLC**                                        Case number *(if known)*    **18-11805 (LSS)**

▅ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| 2.6 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **Encina Business**<br>**Credit, LLC** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **Gordon Brothers**<br>**Finance Company** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **Michael Fallas** | ■ D ___**2.4**___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **Reich Bros. Business**<br>**Solutions LLC** | ■ D ___**2.5**___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **J & M Sales, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **CSC, as**<br>**Representative** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **J & M Sales, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **Encina Business**<br>**Credit, LLC** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **J & M Sales, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **Gordon Brothers**<br>**Finance Company** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **J & M Sales, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **Michael Fallas** | ■ D ___**2.4**___<br>☐ E/F _____<br>☐ G _____ |

Debtor __**Southern Island Stores LLC**__   Case number *(if known)* __**18-11805 (LSS)**__

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **J & M Sales, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **Reich Bros. Business Solutions LLC** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.15 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **CSC, as Representative** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.16 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Encina Business Credit, LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.17 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Gordon Brothers Finance Company** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.18 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Michael Fallas** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.19 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Reich Bros. Business Solutions LLC** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.20 | **National Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **CSC, as Representative** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.21 | **National Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **Encina Business Credit, LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

Debtor    **Southern Island Stores LLC**                              Case number *(if known)*    **18-11805 (LSS)**

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22 | **National Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **Gordon Brothers Finance Company** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.23 | **National Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **Michael Fallas** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.24 | **National Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **Reich Bros. Business Solutions LLC** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.25 | **Pazzo FNB Corp.** | 15001 South Figueroa Street Gardena, CA 90248 | **Encina Business Credit, LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.26 | **Pazzo FNB Corp.** | 15001 South Figueroa Street Gardena, CA 90248 | **Gordon Brothers Finance Company** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.27 | **Pazzo FNB Corp.** | 15001 South Figueroa Street Gardena, CA 90248 | **Michael Fallas** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.28 | **Pazzo FNB Corp.** | 15001 South Figueroa Street Gardena, CA 90248 | **Reich Bros. Business Solutions LLC** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.29 | **Southern Island Retail Stores LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Encina Business Credit, LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.30 | **Southern Island Retail Stores LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Gordon Brothers Finance Company** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

| 2.31 | **Southern Island Retail Stores LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Michael Fallas** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |

| 2.32 | **Abe & Morris Cohen** | | **427 SASSCO LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.4__ |

| 2.33 | **Conway Stores Inc.** | | **UE BRUCKNER SHOPS LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.73__ |

| 2.34 | **Conway Stores Inc.** | | **FC BRUCKNER ASSOCIATES, L.P.** | ☐ D _____ ☐ E/F _____ ■ G __2.26__ |

| 2.35 | **Conway Stores Inc.** | | **ADLOR B REALTY ASSOCIATES LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.7__ |

| 2.36 | **Conway Stores Inc.** | | **ROCKAWAY REALTY ASSOCIATES, L.P.** | ☐ D _____ ☐ E/F _____ ■ G __2.62__ |

| 2.37 | **FP Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **PROFESSIONAL PROPERTIES OF** | ☐ D _____ ☐ E/F _____ ■ G __2.57__ |

Debtor    **Southern Island Stores LLC**          Case number *(if known)*   **18-11805 (LSS)**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**          Column 2: **Creditor**

| 2.38 | **FP Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **50 BROAD ST CORP** | ☐ D _____ ☐ E/F _____ ■ G  **2.5** |
|---|---|---|---|---|
| 2.39 | **FP Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **THE DIMUCCI COMPANY OF CICERO,IL** | ☐ D _____ ☐ E/F _____ ■ G  **2.68** |
| 2.40 | **FP Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **NORTH & CICERO DEVELOPMENT LLC** | ☐ D _____ ☐ E/F _____ ■ G  **2.53** |
| 2.41 | **FP Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **HIGHLAND PLAZA IMPROVEMENTS** | ☐ D _____ ☐ E/F _____ ■ G  **2.39** |
| 2.42 | **FP Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **BRIXMOR SPE 3 LLC** | ☐ D _____ ☐ E/F _____ ■ G  **2.14** |
| 2.43 | **FP Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **MADISON CENTER OWNER, LLC** | ☐ D _____ ☐ E/F _____ ■ G  **2.48** |
| 2.44 | **FP Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **STOCKBRIDGE MADISON LLC** | ☐ D _____ ☐ E/F _____ ■ G  **2.67** |
| 2.45 | **FP Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **CEDAR KINGS LLC** | ☐ D _____ ☐ E/F _____ ■ G  **2.18** |

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | | |
|---|---|---|---|---|---|---|

2.46   **FP Stores, Inc.**   **15001 South Figueroa Street Gardena, CA 90248**   **BLDG-ICS OLNEY LLC**   ☐ D _____ ☐ E/F _____ ■ G __2.13__

2.47   **FP Stores, Inc.**   **15001 South Figueroa Street Gardena, CA 90248**   **Amherst Station LLC**   ☐ D _____ ☐ E/F _____ ■ G __2.9__

2.48   **FP Stores, Inc.**   **15001 South Figueroa Street Gardena, CA 90248**   **SHOP CITY PW/LB LLC**   ☐ D _____ ☐ E/F _____ ■ G __2.64__

2.49   **FP Stores, Inc.**   **15001 South Figueroa Street Gardena, CA 90248**   **UTICA MZL LLC**   ☐ D _____ ☐ E/F _____ ■ G __2.74__

2.50   **FP Stores, Inc.**   **15001 South Figueroa Street Gardena, CA 90248**   **WESTERN LIGHTS PROPERTIES, LLC**   ☐ D _____ ☐ E/F _____ ■ G __2.77__

2.51   **FP Stores, Inc.**   **15001 South Figueroa Street Gardena, CA 90248**   **WOOD STONE IV HOLDINGS ROTTERDAM LL**   ☐ D _____ ☐ E/F _____ ■ G __2.79__

2.52   **FP Stores, Inc.**   **15001 South Figueroa Street Gardena, CA 90248**   **CCMS 2005-CD1 RETAIL 1400, LLC**   ☐ D _____ ☐ E/F _____ ■ G __2.16__

2.53   **FP Stores, Inc.**   **15001 South Figueroa Street Gardena, CA 90248**   **FRAYER ENTERPRISE, LLC**   ☐ D _____ ☐ E/F _____ ■ G __2.32__

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.54 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **THOR SOUTH<br>DEKALB RETAIL LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.71__ |
|---|---|---|---|---|
| 2.55 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **THE GALLERY AT<br>SOUTH DEKALB** | ☐ D _____<br>☐ E/F _____<br>■ G __2.69__ |
| 2.56 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **WASA PROPERTIES<br>SOUTHLAKE<br>PAVILION** | ☐ D _____<br>☐ E/F _____<br>■ G __2.75__ |
| 2.57 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **1956-1994 MOUNT<br>ZION ROAD<br>HOLDINGS** | ☐ D _____<br>☐ E/F _____<br>■ G __2.3__ |
| 2.58 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **KDI ATLANTA MALL,<br>LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.45__ |
| 2.59 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **CHARLOTTE<br>(ARCHDALE) LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.19__ |
| 2.60 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **EAST FOREST<br>PLAZA II LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.24__ |
| 2.61 | **FP Stores, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **IRC RETAIL<br>CENTERS** | ☐ D _____<br>☐ E/F _____<br>■ G __2.42__ |

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.62 | **J & M Sales, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **THE DIMUCCI COMPANY OF CICERO,IL** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    **2.68** |
| 2.63 | **J & M Sales, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **NORTH & CICERO DEVELOPMENT LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    **2.53** |
| 2.64 | **J & M Sales, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **HIGHLAND PLAZA IMPROVEMENTS** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    **2.39** |
| 2.65 | **J & M Sales, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **BRIXMOR SPE 3 LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    **2.14** |
| 2.66 | **J & M Sales, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **MADISON CENTER OWNER, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    **2.48** |
| 2.67 | **J & M Sales, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **STOCKBRIDGE MADISON LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    **2.67** |
| 2.68 | **J & M Sales, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **CEDAR KINGS LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    **2.18** |
| 2.69 | **J & M Sales, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **BLDG-ICS OLNEY LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G    **2.13** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.70  **J & M Sales, Inc.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **G&I IX EMPIRE THRUWAY PLAZA LLC** | ☐ D ____<br>☐ E/F ____<br>■ G  **2.34** |
| 2.71  **J & M Sales, Inc.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **BG THRUWAY LLC** | ☐ D ____<br>☐ E/F ____<br>■ G  **2.11** |
| 2.72  **J & M Sales, Inc.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **Amherst Station LLC** | ☐ D ____<br>☐ E/F ____<br>■ G  **2.9** |
| 2.73  **J & M Sales, Inc.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **SHOP CITY PW/LB LLC** | ☐ D ____<br>☐ E/F ____<br>■ G  **2.64** |
| 2.74  **J & M Sales, Inc.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **UTICA MZL LLC** | ☐ D ____<br>☐ E/F ____<br>■ G  **2.74** |
| 2.75  **J & M Sales, Inc.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **WESTERN LIGHTS PROPERTIES, LLC** | ☐ D ____<br>☐ E/F ____<br>■ G  **2.77** |
| 2.76  **J & M Sales, Inc.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **WOOD STONE IV HOLDINGS ROTTERDAM LL** | ☐ D ____<br>☐ E/F ____<br>■ G  **2.79** |
| 2.77  **J & M Sales, Inc.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **CCMS 2005-CD1 RETAIL 1400, LLC** | ☐ D ____<br>☐ E/F ____<br>■ G  **2.16** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Southern Island Stores LLC**

Case number *(if known)*    **18-11805 (LSS)**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                                 Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.78 | **J & M Sales, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **FRAYER ENTERPRISE, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.32** |
| 2.79 | **J & M Sales, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **THOR SOUTH DEKALB RETAIL LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.71** |
| 2.80 | **J & M Sales, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **THE GALLERY AT SOUTH DEKALB** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.69** |
| 2.81 | **J & M Sales, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **WASA PROPERTIES SOUTHLAKE PAVILION** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.75** |
| 2.82 | **J & M Sales, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **1956-1994 MOUNT ZION ROAD HOLDINGS** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.3** |
| 2.83 | **J & M Sales, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **KDI ATLANTA MALL, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.45** |
| 2.84 | **J & M Sales, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **CHARLOTTE (ARCHDALE) LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.19** |
| 2.85 | **J & M Sales, Inc.** | **15001 South Figueroa Street**<br>**Gardena, CA 90248** | **EAST FOREST PLAZA II LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.24** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | | Case number *(if known)* | **18-11805 (LSS)** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.86 | **J & M Sales, Inc.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **IRC RETAIL CENTERS** | ☐ D _____<br>☐ E/F _____<br>■ G __2.42__ |
| 2.87 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **THE DIMUCCI COMPANY OF CICERO,IL** | ☐ D _____<br>☐ E/F _____<br>■ G __2.68__ |
| 2.88 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **NORTH & CICERO DEVELOPMENT LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.53__ |
| 2.89 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **HIGHLAND PLAZA IMPROVEMENTS** | ☐ D _____<br>☐ E/F _____<br>■ G __2.39__ |
| 2.90 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **BRIXMOR SPE 3 LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.14__ |
| 2.91 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **MADISON CENTER OWNER, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.48__ |
| 2.92 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **STOCKBRIDGE MADISON LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.67__ |
| 2.93 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **CEDAR KINGS LLC** | ☐ D _____<br>☐ E/F _____<br>■ G __2.18__ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.94 | **J&M Sales of Texas, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **BLDG-ICS OLNEY LLC** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G __2.13__ |
| 2.95 | **J&M Sales of Texas, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Amherst Station LLC** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G __2.9__ |
| 2.96 | **J&M Sales of Texas, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **SHOP CITY PW/LB LLC** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G __2.64__ |
| 2.97 | **J&M Sales of Texas, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **UTICA MZL LLC** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G __2.74__ |
| 2.98 | **J&M Sales of Texas, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **WESTERN LIGHTS PROPERTIES, LLC** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G __2.77__ |
| 2.99 | **J&M Sales of Texas, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **WOOD STONE IV HOLDINGS ROTTERDAM LL** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G __2.79__ |
| 2.100 | **J&M Sales of Texas, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **CCMS 2005-CD1 RETAIL 1400, LLC** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G __2.16__ |
| 2.101 | **J&M Sales of Texas, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **THOR SOUTH DEKALB RETAIL LLC** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G __2.71__ |

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | | |
|---|---|---|---|---|---|

| 2.10 2 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **THE GALLERY AT SOUTH DEKALB** | ☐ D ____ ☐ E/F ____ ■ G | **2.69** |
| 2.10 3 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **KDI ATLANTA MALL, LLC** | ☐ D ____ ☐ E/F ____ ■ G | **2.45** |
| 2.10 4 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **CHARLOTTE (ARCHDALE) LLC** | ☐ D ____ ☐ E/F ____ ■ G | **2.19** |
| 2.10 5 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **EAST FOREST PLAZA II LLC** | ☐ D ____ ☐ E/F ____ ■ G | **2.24** |
| 2.10 6 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **IRC RETAIL CENTERS** | ☐ D ____ ☐ E/F ____ ■ G | **2.42** |
| 2.10 7 | **Michael Fallas** | 15001 S. Figueroa Street Gardena, CA 90248 | **GERTZ PLAZA ACQUISITION 2 LLC** | ☐ D ____ ☐ E/F ____ ■ G | **2.35** |
| 2.10 8 | **Michael Fallas** | 15001 S. Figueroa Street Gardena, CA 90248 | **FORDHAM VALENTINE ASSOCIATES** | ☐ D ____ ☐ E/F ____ ■ G | **2.31** |
| 2.10 9 | **Richard & Morris Cohen** | | **101-115 W 116TH ST REALTY CORP** | ☐ D ____ ☐ E/F ____ ■ G | **2.1** |

| Debtor | **Southern Island Stores LLC** | Case number *(if known)* | **18-11805 (LSS)** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.11 0 | **Steinway One Retail Realty, LLC** | **BLDG MANAGEMENT CO INC.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __**2.12**__ |