**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| | ) |
| **In re:** | )    **Chapter 11** |
| **J & M SALES INC.,** *et al.,* | )    **Case No. 18-11801 (LSS)** |
| Debtors.[1] | )    **Jointly Administered** |
| | ) |
| | ) |
| | ) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

J&M Sales, Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases, (the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

Curt Kroll has signed each set of the Schedules and Statements. Mr. Kroll serves as the Chief Restructuring Officer of each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Kroll has necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Given the scale of the Debtors' business and the number of stores covered by the Schedules and Statements, Mr. Kroll has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtors or their officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their officers, employees, agents, attorneys, or their professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1. **Description of Cases**. On August 6, 2018, (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On August 7, 2018, an order was entered directing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 73]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2. **Global Notes Control**. These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

a.   **No Admission**.  Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

b.   **Recharacterization**.  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c.   **Classifications**.  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

d.   **Claims Description**.   Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by any of the Debtors.  The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.   **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the Petition Date, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

f.   **Intellectual Property Rights**.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not

3

be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g.    **Insiders**.  The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

In the circumstance where the Schedules and Statements require information regarding "insiders", the Debtors have included information with respect to the individuals who the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Specifically, the Debtors have listed payment information of their Chief Executive Officer, Chief Financial Officer, Directors, and former executives who received payments from the Debtors within one year of the Petition Date.  The Debtors employ other individuals that have officer titles, but the Debtors do not believe that such officers qualify as insiders within the meaning of the Bankruptcy Code.

4.    **Methodology**.

a.    **Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis except as noted on the applicable Schedules/Statements or herein.

b.    **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities and prepetition payments once.

4

c.     **Net Book Value**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect estimates of net book values as of the Petition Date.  Market values may vary, at some times materially, from net book values.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain the current market values of all their property.  Accordingly, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined.  Amounts ultimately realized may vary materially from net book value (or whatever value was ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement or adjust the asset values set forth herein.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.

d.     **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are listed in the Schedules and Statements.   Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.  The Debtors' inventory is tracked by department and by store, but not by both.  Thus, the inventory amounts set forth in the Schedules and Statements are gross inventory amounts on a Debtor by Debtor basis based upon store inventory allocations as well as a consolidated detail listing of inventory by department that is attached to the Schedules of all operating Debtors.  Inventory is counted on a staggered basis and done annually, by a third party, RGIS.  The Debtors have closing inventory amounts by Debtor as of July 2018.  The Debtors do not have amounts for prior year inventories as they calculate inventory loss as opposed to inventory count and estimate the amount based on the prior year.

e.     **Consolidated Accounts Payable and Disbursements System**.  The Debtors use a centralized cash management system to streamline collection, transfer and disbursement of funds generated by the Debtors' business operations.  The cash management system is operated and maintained by the Debtors' employees.

f.     **Allocation of Liabilities**.  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

g.     **Undetermined Amounts**.  The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

5

h. **Unliquidated Amounts**.  Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated" or "unknown."

i. **Totals**.   All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

j. **Paid Claims**.  The Debtors have authority to pay certain outstanding prepetition payables pursuant to bankruptcy or other court order; as such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition payables.  Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements with the exception that liabilities with respect to the Debtors' prepetition vendors may be listed at the amount outstanding as of the Petition Date, regardless of whether such claims have been settled and paid postpetition in accordance with any of the "first day" orders entered by the Bankruptcy Court authorizing the payment of prepetition claims.  To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

k. **Intercompany Claims**.  Receivables and payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' books and records.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.

l. **Guarantees and Other Secondary Liability Claims**.  The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements.  Where guarantees have been identified, they have been included in the relevant Schedule G with respect to leases and Schedule D with respect to credit agreements for the affected Debtor or Debtors.  The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their review of their books and records and contractual agreements.  The Debtors reserve their rights to amend the Schedules and Statements if additional guarantees are identified.

m. **Excluded Assets and Liabilities**.   The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred revenue accounts; and certain accrued

6

liabilities including, but not limited to, accrued salaries and employee benefits. Other immaterial assets and liabilities may also have been excluded.

n.    **Liens**.  The inventories, property and equipment listed in the Schedules and Statements are presented without consideration of any liens.

o.    **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

p.    **Setoffs**.  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between Debtors and their customers and/or suppliers.  These normal, ordinary course setoffs and nettings are common to the retail industry.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.    <u>**Specific Schedules Disclosures**</u>.

a.    **Schedule A/B, Parts 1 and 2 - Cash and Cash Equivalents; Deposits and Prepayments**.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Motion of Debtors for Interim and Final Orders (I) Authorizing (A) Continuation of Existing Cash Management System, (B) Maintenance of Existing Business Forms and Bank Accounts, (C) Continuation of Intercompany Transactions, and (D) Payment of Related Prepetition Obligations Pursuant to Sections 105(a), 363(b), and 363(c) of Bankruptcy Code and Bankruptcy Rules 6003 and 6004 and (II) Waiving Requirements of Section 345(b) of Bankruptcy Code* [Docket Nos 7] (the "<u>Cash Management Motion</u>") and any orders of the Bankruptcy Court granting the Cash Management Motion.  As described therein, the Debtors utilize a centralized cash management system.

Additionally, the Bankruptcy Court, pursuant to the *Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service* [Docket No. 86] (the "<u>Interim Utility Order</u>"), has authorized the Debtors to provide adequate assurance of payment for future utility services.  Such deposits pursuant to the Utility Order are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.  Certain utilities may hold deposits separate and apart from the Interim Utility Order.

b.  **Schedule A/B, Part 4 - Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.**  Ownership interests in subsidiaries have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.

c.  **Schedule A/B, Part 7 - Office Furniture, Fixtures, and Equipment; and Collectibles**.  Dollar amounts are presented net of accumulated depreciation and other adjustments.

d.  **Schedule A/B, Part 11 - All Other Assets**.  Dollar amounts are presented net of impairments and other adjustments.

Additionally, the Debtors may receive refunds, income tax refunds or other sales tax refunds at various times throughout their fiscal year.  As of the Petition Date, however, certain of these amounts are unknown to the Debtors, and accordingly, may not be listed in Schedule A/B.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.***  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, or refunds with their customers and suppliers.  Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

e.  **Schedule D - Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (I) Granting Expedited Relief, (II) Approving Postpetition Financing, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Authorizing Use of Cash Collateral, (V) Granting Adequate Protection, (VI) Modifying Automatic Stay, and (VII) Granting Related Relief* [Docket No. 93], or other stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and

8

priority of any liens.  In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the secured facilities, only the administrative agents have been listed for purposes of Schedule D.

f.      **Schedule E/F - Creditors Who Have Unsecured Claims.**

*Part 1 - Creditors with Priority Unsecured Claims*.  Pursuant to the *Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Assessments and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers Pursuant to Sections 105(a), 363(b), 507(a), and 541 of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004* [Docket Nos. 85 and 283] (the "Taxes Order"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid pursuant to the Taxes Order may still be listed in Schedule E. The Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

Furthermore, pursuant to the *Interim and Final Orders (I) Authorizing, But Not Directing, Debtors to (A) Pay Certain Accrued Prepetition Wages, (B) Permit Employees to Use Accrued Prepetition Vacation Time, (C) Pay Employees' Prepetition Reimbursable Business Expenses, (D) Make Accrued Prepetition Contributions to Employee Benefit Plan, and (E) Continue Employee Benefit Plan Post-Petition; (II) Authorizing, But not Directing, The Release of Withheld Taxes and Employee Contributions, and (III) Authorizing Related Relief* [Docket Nos 80 and 274] (the "Wage Order"), the Debtors received interim authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business. The Debtors believe that any non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such satisfied amounts are not listed. The amounts listed on Schedule E/F Part 1 are for accrued vacation and PTO that have not been paid pursuant to the Wage Order.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

*Part 2 - Creditors with Nonpriority Unsecured Claims*.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The

9

Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2 reflects liabilities based on the Debtors' books and records.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

As of the time of filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if and as they receive such invoices.

There are 96 legal actions to which one or more Debtors are parties. Multiple Debtors are often listed as defendants to these legal actions. The Debtors have included the entire list of legal actions on Schedule E/F Part 2 for each Debtor.

g.    **Schedule G - Executory Contracts and Unexpired Leases**. While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of

10

their business, such as supplemental agreements, amendments, and letter agreement, which documents may not be set forth in Schedule G.

Certain of the agreements listed on Schedule G may have expired or terminated pursuant to their terms, but are listed on Schedule G in an abundance of caution.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility. The guaranty obligations arising under these agreements are reflected on Schedule H only.

h.    **Schedule H - Co-Debtors**. For purposes of Schedule H, only the agent under the prepetition credit facility or counterparties that are subject to a guaranty are listed as Co-Debtors on Schedule H.

6.    **Specific Statements Disclosures.**

a.    **Statements, Part 2, Questions 3 and 4 - Payments to Certain Creditors**. Prior to the Petition Date, the Debtors maintained a centralized cash management system. Consequently, all payments to insiders listed in response to Question 4 on each of the Debtors' Statements reflect payments made on a consolidated basis pursuant to the Debtors' cash management system described in the Cash Management Motion. In addition, for the sake of completeness and out of an abundance of caution, the Debtors have listed all transfers made during the 90-day and 1 year period in their responses to Question 3 and 4.

b.    **Statements, Part 2, Question 6 - Setoffs**. For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 4(p) of these Global Notes.

c.    **Statements, Part 6, Question 11 - Payments Related to Bankruptcy**. Question 11 on all Statements reflects payments to professionals made on a consolidated basis.

11

d. **Statements, Part 13, Question 26 - Books, Records, and Financial Statements**. The Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors, with financial statements that may not be part of a public filing. The Debtors do not maintain complete lists or other records tracking such disclosures. Therefore, the Debtors have not provided full lists of these parties in their responses to Statement Question 26.

e. **Statements, Part 13, Question 27 - Inventories**. As noted earlier, the Debtors' inventory is tracked by department and by store, but not by both. Thus, the inventory amounts set forth in the Schedules and Statements are gross inventory amounts on a Debtor by Debtor basis based upon store inventory allocations as well as a consolidated detail listing of inventory by department that is attached to the Schedules of all operating Debtors. Inventory is counted on a staggered basis and done annually, by a third party, RGIS. The Debtors have closing inventory amounts by Debtor as of July 2018. The Debtors do not have amounts for prior year inventories as they calculate inventory loss as opposed to inventory count and estimate the amount based on the prior year.

f. **Statements, Part 13, Questions 4 and 30 - Payments, Distributions, or Withdrawals Credited or Given to Insiders**. Distributions by the Debtors to their directors and officers are listed on the attachment to Questions 4 and 30. Certain directors and executive officers of the Debtors are also directors and executive officers of certain Debtor and non-Debtor affiliates. Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date. The amounts listed under Questions 4 and 30 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

g. **Statements, Part 3, Question 7 - Legal Actions.** Multiple Debtors are often listed as defendants to the 96 legal actions. The Debtors have attached the entire list of legal actions to each Debtor.

DOCS_SF:97704.5 59942/002

**Fill in this information to identify the case:**

Debtor name    **J&M Sales of Texas, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11803 (LSS)**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 18, 2018        X _____
                                            Signature of individual signing on behalf of debtor

                                            **Curt Kroll**
                                            Printed name

                                            **Chief Restructuring Officer**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **J&M Sales of Texas, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **18-11803 (LSS)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................ $          0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................... $    59,504,333.35

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................ $    59,504,333.35

### Part 2:    Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    110,842,800.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $    317,657.50

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$    7,768,590.67

4.    Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b         $    118,929,048.17

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **J&M Sales of Texas, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11803 (LSS)**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **See Attachment B.7 for details** | $440,862.35 |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| | $440,862.35 |
|---|---|

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11b. Over 90 days old: | **16,420,124.00** | - | **0.00** | =.... | **$16,420,124.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J&M Sales of Texas, LLC** | Case number *(If known)* | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $16,420,124.00 |
|---|---|

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale Inventory.  See Attachment B.21 for a consolidated list of inventory by department.** | | $24,723,689.00 | Cost | $24,723,689.00 |

22. **Other inventory or supplies**

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $24,723,689.00 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **J&M Sales of Texas, LLC**                                    Case number *(If known)*  **18-11803 (LSS)**
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** **Office equipment, furniture, fixtures, machinery, etc.  See Attachment B.41 for details.** | $17,919,658.00 | Cost | $17,919,658.00 |

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| $17,919,658.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ■ No.  Go to Part 9.
      ☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ■ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.
      ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor     **J&M Sales of Texas, LLC**                                    Case number *(If known)*  **18-11803 (LSS)**
           Name

---

<span style="background:black;color:white">Part 12:</span>     **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $440,862.35 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $16,420,124.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $24,723,689.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,919,658.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $59,504,333.35 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $59,504,333.35 |

---

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.7

| Creditor | Amount |
|---|---|
| **3** | **$440,862.35** |
| APS | $39,937.00 |
| ATMOS ENERGY | $27.99 |
| CITY OF PASADENA | $500.00 |
| CREDIT CARDS Breach reserve | $372,992.36 |
| EL PASO WATER UTILITIES | $75.00 |
| SRP | $9,500.00 |
| TEXAS GAS SERVICE | $100.00 |
| TUCSON ELECTRIC POWER COM | $17,730.00 |

Attachment B.21
Inventory by Department

| Dept. | Sum of Cost | Sum of InTransit Cost |
|---|---|---|
| 4-6 GIRLSS | $24,470.92 | $0.00 |
| 7-16 GIRLS | $27,057.10 | $120.00 |
| 8-20 BOYS | $118,871.73 | $6,313.80 |
| ACCESSORIES | $2,695,777.43 | $182,668.84 |
| ACTIVE | $5,055,699.72 | $452,569.21 |
| ACTIVEWEAR | $7,831,063.83 | $486,547.98 |
| AUTOMOTIVE | $307,767.62 | $11,214.62 |
| BACKPACKS | $1,194,459.15 | $36,674.25 |
| BASICS | $13,259,849.82 | $945,054.13 |
| BATH | $2,261,670.92 | $227,803.49 |
| BED | $3,404,992.68 | $409,264.15 |
| BLANKETS | $979,923.47 | $66,710.42 |
| BOYS BRANDED UNIFORMS | $2,319.35 | $0.00 |
| BOYS INFANT/TODDLER SHOES | $294,642.41 | $16,315.38 |
| BOYS SHOES | $427,002.90 | $25,554.71 |
| BOYS UNIFORMS | $5,266,775.61 | $244,600.49 |
| BRA SETS | $122,256.76 | $10,650.08 |
| BRAS | $861,316.35 | $97,565.50 |
| CAMI SETS | $89,238.16 | $6,630.72 |
| CONSUMABLES | $723,609.20 | $31,659.87 |
| DENIM BOTTOMS | $4,741,878.37 | $352,701.12 |
| DIRECT STORE DELIVERY | $3.28 | $0.00 |
| DRESS UP | $185,340.67 | $11,164.20 |
| DRESSES | $5,245,165.54 | $376,067.95 |
| FASHION ACCESSORIES | $449,524.05 | $13,141.38 |
| FOOD | $326,122.62 | $40,980.80 |
| FRAGRANCE | -$7.25 | $0.00 |
| GARDENING | $64,930.79 | $1,469.28 |
| GIRLS BRANDED UNIFORMS | $4,608.85 | $0.00 |
| GIRLS INFANT/TODDLER SHOE | $493,066.66 | $35,747.88 |
| GIRLS SHOES | $1,024,415.61 | $73,692.08 |
| GIRLS UNIFORMS | $4,616,449.04 | $221,249.30 |
| HANDBAGS | $1,240,898.42 | $108,814.67 |
| HEALTH & BEAUTY | $1,150,872.23 | $42,643.34 |
| HOME | $25,242.60 | $244.80 |
| HOME ACCENT | $3,414,043.34 | $305,959.86 |
| HOUSEWARES | $1,045,611.50 | $109,749.37 |
| INFANT BOY | $593,874.60 | $36,835.11 |
| INFANT GIRL | $1,505,871.58 | $107,561.87 |
| INFANTS | $22,928.48 | $0.00 |
| INTIMATE | $61,851.68 | $432.00 |
| JEWELRY | $1,013,225.70 | $76,591.90 |
| JUNIOR PLUS | $2,115,546.87 | $98,385.63 |

Attachment B.21
Inventory by Department

| Dept. | Sum of Cost | Sum of InTransit Cost |
|---|---|---|
| JUNIORS | $304,480.34 | $18,532.05 |
| JUVENILE | $753,718.83 | $65,061.93 |
| LADIES COSMETICS | $355,937.34 | $26,682.27 |
| LADIES SHOES | $2,428,665.66 | $160,218.28 |
| LADIES UNIFORMS | $213,009.18 | $784.79 |
| LUGGAGE | $609,808.80 | $88,487.09 |
| MATERNITY | $14,364.06 | $423.36 |
| MENS | $22,029.68 | $966.00 |
| MENS SHOES | $1,151,729.42 | $105,057.12 |
| MENS UNIFORMS | $721,546.42 | $51,499.58 |
| MISC DUMP | $62,190.53 | $215.25 |
| MISSY | $324,999.78 | $18,235.35 |
| MISSY PLUS | $8,835.51 | $924.00 |
| NEWBORN BOY | $442,834.23 | $34,250.00 |
| NEWBORN GIRL | $834,642.42 | $64,583.38 |
| NON DENIM BOTTOMS | $2,444,795.54 | $145,415.08 |
| NON-DENIM BOTTOMS | $5,874,503.12 | $421,608.78 |
| OPPORTUNITY DEALS | $980.00 | $0.00 |
| OUTERWEAR | $5,821,630.67 | $184,494.72 |
| PANTIES | $778,749.42 | $73,740.41 |
| PET | $136,395.02 | $11,316.39 |
| PRICE POINT | $81,559.73 | $0.00 |
| RELATED SEPARATES | $20,276.41 | $900.00 |
| SCRUBS | $519,012.42 | $28,848.04 |
| SEASONAL | $1,336,886.47 | $92,746.17 |
| SETS | $1,418,500.34 | $85,237.60 |
| SHAPEWEAR | $486,225.73 | $40,983.23 |
| SHOE ACCESSORIES | $24,691.60 | $730.80 |
| SHOES | $5,949.10 | $0.00 |
| SLEEPWEAR | $2,786,934.82 | $145,311.48 |
| SOCKS/HOSE | $1,333,959.11 | $100,654.60 |
| STATIONARY/GIFT ACCESSORI | $848,880.28 | $33,224.39 |
| TABLETOP | $403,822.13 | $42,378.73 |
| TEAM | $204,222.99 | $2,384.70 |
| TODDLER BOY | $1,669,679.85 | $75,819.96 |
| TODDLER BOYS | $9,183.26 | $1,366.00 |
| TODDLER GIRL | $2,574,174.73 | $165,692.69 |
| TODDLER GIRLS | $26,113.70 | $579.10 |
| TODDLERS | $8,166.99 | $0.00 |
| TOPS | $17,178,661.49 | $1,345,099.72 |
| TOYS | $2,866,113.96 | $215,642.43 |
| URBAN BRANDS | $254.55 | $0.00 |
| WALLETS | $275,908.82 | $36,471.11 |

Attachment B.21
Inventory by Department

| Dept. | Sum of Cost | Sum of InTransit Cost |
|---|---|---|
| WINDOW | $1,444,018.02 | $170,156.83 |
| WOMAN ACCESS. | $22,857.40 | $202.80 |
| YOUNG MENS | $8,779,521.99 | $749,572.68 |
| **Sub Total** | **$141,921,652.22** | **$10,077,849.07** |
| **Grand Total** | **$151,999,501.29** | |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| TX | Equipment | | 8,030.00 | - |
| TX | Equipment | | 103,810.00 | - |
| TX | Equipment | | 167,868.00 | - |
| TX | Equipment | | 6,675.49 | (0.00) |
| TX | Equipment | | 511,000.00 | (0.00) |
| TX | Equipment | | 17,755.00 | 0.00 |
| TX | Equipment | | 208,266.00 | - |
| TX | Equipment | | 9,602.83 | 0.00 |
| TX | Equipment | | 1,300.00 | 0.00 |
| TX | Equipment | | 6,953.28 | 0.00 |
| TX | Equipment | | 3,500.00 | - |
| TX | Equipment | | 27,750.00 | - |
| TX | Equipment | | 7,500.00 | - |
| TX | Equipment | | 13,527.56 | (0.00) |
| TX | Equipment | | 22,472.10 | 0.00 |
| 234 | Leasehold Improvement | | 25,980.00 | - |
| TX | Equipment | | 10,676.50 | - |
| 330 | Equipment | | 2,788.03 | 0.00 |
| TX | Equipment | | 12,500.00 | - |
| TX | Equipment | | 30,349.22 | - |
| 284 | Leasehold Improvement | | 18,816.02 | - |
| 250 | Leasehold Improvement | | | - |
| 330 | Equipment | | 5,390.00 | - |
| 212 | Leasehold Improvement | | 12,590.56 | - |
| 322 | Leasehold Improvement | | 21,155.17 | - |
| 331 | Leasehold Improvement | | 28,870.46 | - |
| 201 | Leasehold Improvement | | 36,550.84 | - |
| 330 | Leasehold Improvement | | 64,531.20 | - |
| TX | Equipment | | 70,585.44 | - |
| 323 | Leasehold Improvement | | 71,132.64 | - |
| TX | Equipment | | 4,019.79 | - |
| 330 | Equipment | | 6,397.29 | - |
| TX | Equipment | | 8,060.58 | (0.00) |
| 333 | Equipment | | 5,053.77 | - |
| 214 | Leasehold Improvement | | 15,000.00 | - |
| 333 | Leasehold Improvement | | 31,818.17 | - |
| 332 | Leasehold Improvement | | 48,759.34 | - |
| 330 | Equipment | | 8,232.02 | - |
| 331 | Equipment | | 18,819.12 | - |
| 289 | Equipment | | 14,621.25 | (0.00) |
| 333 | Equipment | | 18,066.93 | - |
| 289 | Equipment | | 26,936.45 | (0.00) |
| 330 | Leasehold Improvement | | 16,167.12 | - |
| 289 | Leasehold Improvement | | 39,484.13 | - |
| 334 | Equipment | | 21,290.78 | (0.00) |
| 286 | Leasehold Improvement | | 41,076.75 | - |
| 250 | Leasehold Improvement | | | - |
| 385 | Equipment | | 24,411.40 | (0.00) |
| 262 | Equipment | | 5,232.81 | - |
| 226 | Equipment | | 5,263.12 | - |
| 245 | Equipment | | 5,263.12 | - |
| 291 | Equipment | | 5,722.61 | - |
| 244 | Leasehold Improvement | | 9,649.41 | - |
| 212 | Leasehold Improvement | | 12,440.09 | - |
| 297 | Leasehold Improvement | | 39,815.43 | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 331 | Leasehold Improvement | | 7,240.68 | - |
| 200 | Leasehold Improvement | | 17,131.50 | - |
| 290 | Equipment | | 17,380.62 | - |
| 289 | Leasehold Improvement | | 21,491.43 | - |
| 291 | Leasehold Improvement | | 23,684.29 | - |
| 262 | Leasehold Improvement | | 26,946.46 | - |
| 334 | Leasehold Improvement | | 34,428.76 | - |
| 214 | Leasehold Improvement | | 35,842.69 | - |
| 245 | Leasehold Improvement | | 38,634.99 | - |
| 226 | Leasehold Improvement | | 41,087.50 | - |
| 336 | Leasehold Improvement | | 48,041.15 | - |
| 202 | Equipment | | | - |
| 210 | Equipment | | | - |
| 335 | Equipment | | | - |
| 337 | Equipment | | | - |
| 338 | Equipment | | | - |
| 250 | Leasehold Improvement | | | - |
| 335 | Leasehold Improvement | | | - |
| 337 | Leasehold Improvement | | | - |
| 338 | Leasehold Improvement | | | - |
| 235 | Leasehold Improvement | | 11,844.72 | - |
| 292 | Equipment | | 13,500.94 | - |
| 292 | Equipment | | (13,500.94) | - |
| 226 | Leasehold Improvement | | 17,061.12 | - |
| 228 | Leasehold Improvement | | 41,528.00 | - |
| 212 | Leasehold Improvement | | 6,330.74 | - |
| 288 | Leasehold Improvement | | 7,207.25 | - |
| 209 | Leasehold Improvement | | 10,846.65 | - |
| 202 | Leasehold Improvement | | | - |
| 290 | Leasehold Improvement | | 45,465.00 | - |
| 262 | Leasehold Improvement | | 7,369.91 | - |
| 333 | Leasehold Improvement | | 10,267.90 | - |
| 286 | Leasehold Improvement | | 17,581.56 | - |
| 227 | Equipment | | | - |
| 332 | Leasehold Improvement | | 5,898.00 | - |
| 334 | Leasehold Improvement | | 6,350.00 | - |
| 293 | Equipment | | 6,467.40 | - |
| 331 | Leasehold Improvement | | 10,005.83 | - |
| 293 | Equipment | | 38,518.38 | - |
| 227 | Equipment | | | - |
| 210 | Leasehold Improvement | | | - |
| 335 | Leasehold Improvement | | | - |
| 337 | Leasehold Improvement | | | - |
| 338 | Leasehold Improvement | | | - |
| 329 | Equipment | | 10,286.25 | - |
| 215 | Equipment | | 7,826.48 | - |
| 229 | Equipment | | 8,757.43 | - |
| 215 | Leasehold Improvement | | 50,098.15 | (0.00) |
| 215 | Leasehold Improvement | | 5,636.58 | - |
| 262 | Equipment | | 6,278.50 | - |
| 229 | Equipment | | 10,200.00 | - |
| 215 | Leasehold Improvement | | 16,746.81 | - |
| 215 | Equipment | | 22,180.43 | - |
| 229 | Leasehold Improvement | | 34,731.47 | - |
| 230 | Equipment | | | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| TX | Equipment | | 12,990.00 | - |
| 209 | Leasehold Improvement | | 11,117.00 | - |
| 209 | Equipment | | 15,988.49 | - |
| 230 | Equipment | | | - |
| 230 | Leasehold Improvement | | | - |
| 384 | Leasehold Improvement | | 11,366.25 | - |
| 230 | Leasehold Improvement | | | - |
| 298 | Leasehold Improvement | | 48,711.26 | 10,381.18 |
| 209 | Equipment | | 10,492.50 | - |
| 297 | Leasehold Improvement | | 18,088.58 | - |
| 246 | Equipment | | | - |
| 230 | Leasehold Improvement | | | - |
| 230 | Leasehold Improvement | | | - |
| 246 | Leasehold Improvement | | | - |
| 284 | Leasehold Improvement | | 5,983.24 | - |
| 336 | Leasehold Improvement | | 6,034.05 | - |
| 323 | Leasehold Improvement | | 6,808.75 | - |
| 234 | Equipment | | 8,992.91 | - |
| 297 | Equipment | | 9,810.00 | - |
| 234 | Equipment | | 10,305.40 | 0.00 |
| 244 | Equipment | | 16,827.29 | - |
| 229 | Equipment | | 18,062.25 | - |
| 230 | Equipment | | | - |
| 246 | Equipment | | | - |
| 262 | Leasehold Improvement | | 8,479.00 | - |
| 292 | Leasehold Improvement | | 11,490.45 | - |
| 292 | Leasehold Improvement | | (11,490.45) | - |
| 383 | Leasehold Improvement | | 12,665.25 | - |
| 383 | Leasehold Improvement | | 13,455.00 | - |
| 226 | Leasehold Improvement | | 13,587.77 | - |
| 222 | Leasehold Improvement | | 13,800.63 | - |
| 245 | Leasehold Improvement | | 15,292.00 | - |
| 297 | Leasehold Improvement | | 57,217.81 | (0.00) |
| 250 | Leasehold Improvement | | | - |
| 207 | Leasehold Improvement | | 5,800.82 | - |
| 207 | Leasehold Improvement | | 6,422.57 | - |
| 207 | Leasehold Improvement | | 6,700.00 | - |
| 384 | Equipment | | 6,995.00 | - |
| 233 | Leasehold Improvement | | 7,231.10 | - |
| 207 | Equipment | | 7,582.00 | - |
| 207 | Leasehold Improvement | | 8,150.00 | 0.00 |
| 251 | Leasehold Improvement | | 9,948.18 | - |
| 207 | Leasehold Improvement | | 12,378.67 | - |
| 216 | Equipment | | 13,287.69 | - |
| 234 | Leasehold Improvement | | 13,324.60 | 0.00 |
| 297 | Leasehold Improvement | | 14,688.29 | - |
| 207 | Leasehold Improvement | | 14,703.41 | (0.00) |
| 236 | Equipment | | 16,923.00 | - |
| 236 | Equipment | | (16,923.00) | - |
| 235 | Leasehold Improvement | | 17,947.85 | - |
| 207 | Leasehold Improvement | | 34,920.06 | - |
| 207 | Leasehold Improvement | | 35,643.06 | - |
| 246 | Equipment | | | - |
| 246 | Leasehold Improvement | | | - |
| 207 | Equipment | | 2,075.00 | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 207 | Equipment | | 2,833.23 | 0.00 |
| 236 | Leasehold Improvement | | 3,007.29 | 1,829.83 |
| 236 | Leasehold Improvement | | (3,007.29) | (1,829.83) |
| 207 | Equipment | | 10,826.35 | - |
| 236 | Equipment | | 18,285.45 | - |
| 236 | Equipment | | (18,285.45) | - |
| 209 | Equipment | | 12,665.25 | - |
| 207 | Equipment | | 16,851.33 | - |
| 216 | Equipment | | 30,091.34 | (0.00) |
| 207 | Equipment | | 37,312.86 | - |
| 238 | Equipment | | 38,701.71 | - |
| 245 | Equipment | | 10,283.75 | - |
| 297 | Leasehold Improvement | | 12,484.17 | 0.00 |
| 216 | Leasehold Improvement | | 16,482.24 | - |
| 235 | Equipment | | 16,771.33 | - |
| 216 | Leasehold Improvement | | 21,881.66 | - |
| 297 | Leasehold Improvement | | 27,395.88 | (0.00) |
| 383 | Leasehold Improvement | | 44,640.98 | - |
| 234 | Leasehold Improvement | | 47,842.39 | - |
| 244 | Leasehold Improvement | | 59,633.98 | - |
| 384 | Leasehold Improvement | | 63,422.10 | (0.00) |
| 209 | Leasehold Improvement | | 117,724.82 | - |
| 229 | Leasehold Improvement | | 186,210.45 | (0.00) |
| 227 | Leasehold Improvement | | | - |
| 238 | Equipment | | 15,358.50 | - |
| 216 | Equipment | | 45,779.31 | - |
| 239 | Equipment | | 53,266.19 | - |
| 321 | Leasehold Improvement | | 8,018.19 | 604.06 |
| 321 | Equipment | | 21,122.79 | 0.00 |
| 239 | Equipment | | 24,458.65 | - |
| 321 | Leasehold Improvement | | 49,057.90 | 6,813.60 |
| 216 | Leasehold Improvement | | 6,513.19 | 1,861.00 |
| 216 | Leasehold Improvement | | 6,524.87 | 1,864.45 |
| 239 | Leasehold Improvement | | 7,718.24 | 1,008.92 |
| 239 | Leasehold Improvement | | 16,829.32 | 1,979.63 |
| 216 | Leasehold Improvement | | 17,820.45 | 5,091.43 |
| 239 | Leasehold Improvement | | 18,945.25 | 2,228.53 |
| 216 | Leasehold Improvement | | 19,395.79 | 5,541.87 |
| 294 | Leasehold Improvement | | 20,530.48 | 3,421.84 |
| 216 | Leasehold Improvement | | 25,811.34 | 7,374.53 |
| 239 | Leasehold Improvement | | 28,415.90 | 3,343.37 |
| 294 | Leasehold Improvement | | 31,394.20 | 5,232.46 |
| 216 | Leasehold Improvement | | 104,460.29 | 29,845.79 |
| 250 | Leasehold Improvement | | | - |
| 330 | Leasehold Improvement | | 9,189.35 | - |
| 237 | Equipment | | 22,180.96 | (0.00) |
| 237 | Equipment | | (22,180.96) | - |
| 294 | Equipment | | 35,657.50 | - |
| 321 | Equipment | | 9,720.74 | - |
| 237 | Equipment | | 13,194.59 | - |
| 237 | Equipment | | (13,194.59) | - |
| 321 | Equipment | | 14,792.74 | - |
| 237 | Equipment | | 51,181.50 | (0.00) |
| 237 | Equipment | | (51,181.50) | - |
| 320 | Equipment | | | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 320 | Leasehold Improvement | | | - |
| 320 | Leasehold Improvement | | | - |
| 213 | Leasehold Improvement | | 2,165.93 | (0.00) |
| 300 | Furniture & Fixtures | | 3,615.05 | (0.00) |
| 300 | Leasehold Improvement | | 4,535.69 | 1,234.60 |
| 218 | Leasehold Improvement | | 4,755.25 | - |
| 218 | Leasehold Improvement | | (4,755.25) | - |
| 237 | Equipment | | 5,992.02 | 70.00 |
| 237 | Equipment | | (5,922.02) | - |
| 237 | Equipment | | (70.00) | (70.00) |
| 394 | Leasehold Improvement | | 6,072.00 | 1,668.31 |
| 394 | Equipment | | 6,467.96 | - |
| 396 | Leasehold Improvement | | 6,474.22 | 960.64 |
| 213 | Leasehold Improvement | | 6,786.50 | (0.00) |
| 237 | Leasehold Improvement | | 6,825.00 | 3,333.14 |
| 237 | Leasehold Improvement | | (6,825.00) | (3,333.14) |
| 300 | Equipment | | 6,904.97 | 0.00 |
| 393 | Leasehold Improvement | | 7,288.46 | 698.96 |
| 218 | Leasehold Improvement | | 7,407.77 | 3,464.92 |
| 218 | Leasehold Improvement | | (7,407.77) | (3,464.92) |
| 213 | Leasehold Improvement | | 7,713.86 | 0.00 |
| 396 | Leasehold Improvement | | 7,900.56 | 1,172.43 |
| 394 | Leasehold Improvement | | 8,122.87 | 2,231.63 |
| 395 | Leasehold Improvement | | 8,434.67 | 0.00 |
| 300 | Leasehold Improvement | | 9,516.16 | 2,590.35 |
| 394 | Leasehold Improvement | | 9,620.20 | 2,642.80 |
| 219 | Equipment | | 9,639.67 | - |
| 393 | Leasehold Improvement | | 10,295.67 | 987.14 |
| 213 | Leasehold Improvement | | 10,779.18 | 0.00 |
| 219 | Leasehold Improvement | | 13,439.58 | (0.00) |
| 395 | Leasehold Improvement | | 14,308.09 | 0.00 |
| 396 | Equipment | | 16,268.00 | - |
| 213 | Equipment | | 17,346.82 | - |
| 218 | Equipment | | 17,346.82 | - |
| 218 | Equipment | | (17,346.82) | - |
| 219 | Equipment | | 17,346.82 | - |
| 393 | Equipment | | 17,346.82 | - |
| 394 | Equipment | | 17,346.82 | - |
| 395 | Equipment | | 17,346.82 | - |
| 396 | Equipment | | 17,346.82 | - |
| 212 | Equipment | | 17,579.80 | - |
| 395 | Equipment | | 18,236.50 | - |
| 300 | Leasehold Improvement | | 19,065.00 | 5,189.70 |
| 393 | Furniture & Fixtures | | 19,074.76 | - |
| 300 | Leasehold Improvement | | 19,741.95 | 5,374.03 |
| 294 | Equipment | | 19,833.00 | - |
| 300 | Leasehold Improvement | | 20,266.70 | 5,517.23 |
| 219 | Equipment | | 22,054.96 | - |
| 300 | Leasehold Improvement | | 25,543.13 | 6,953.16 |
| 213 | Furniture & Fixtures | | 29,613.15 | (0.00) |
| 300 | Leasehold Improvement | | 30,104.95 | 8,195.22 |
| 300 | Leasehold Improvement | | 38,398.57 | 10,452.64 |
| 294 | Equipment | | 51,181.50 | (0.00) |
| 217 | Equipment | | | - |
| 390 | Equipment | | | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 392 | Equipment | | | - |
| 392 | Equipment | | | - |
| 217 | Furniture & Fixtures | | | - |
| 217 | Leasehold Improvement | | | - |
| 217 | Leasehold Improvement | | | - |
| 390 | Leasehold Improvement | | | - |
| 390 | Leasehold Improvement | | | - |
| 390 | Leasehold Improvement | | | - |
| 390 | Leasehold Improvement | | | - |
| 392 | Leasehold Improvement | | | - |
| 392 | Leasehold Improvement | | | - |
| 392 | Leasehold Improvement | | | - |
| 392 | Leasehold Improvement | | | - |
| 392 | Leasehold Improvement | | | - |
| 392 | Leasehold Improvement | | | - |
| 398 | Equipment | | 3,095.65 | - |
| 266 | Equipment | | 3,175.80 | - |
| 266 | Equipment | | 5,230.00 | - |
| 266 | Furniture & Fixtures | | 5,661.48 | - |
| 362 | Equipment | | 7,090.38 | 0.00 |
| 398 | Leasehold Improvement | | 8,054.94 | 2,505.98 |
| 300 | Leasehold Improvement | | 8,685.72 | 2,605.72 |
| 266 | Leasehold Improvement | | 9,452.46 | 1,260.33 |
| 266 | Leasehold Improvement | | 9,520.59 | 1,269.41 |
| 362 | Equipment | | 12,036.65 | - |
| 362 | Equipment | | 13,355.00 | - |
| 398 | Leasehold Improvement | | 13,832.84 | 3,765.55 |
| 266 | Leasehold Improvement | | 15,155.00 | 2,020.67 |
| 398 | Equipment | | 16,933.38 | - |
| 266 | Equipment | | 17,346.82 | - |
| 398 | Equipment | | 17,346.82 | - |
| 266 | Leasehold Improvement | | 18,037.85 | 2,405.04 |
| 235 | Equipment | | 29,186.11 | - |
| 235 | Leasehold Improvement | | 48,244.32 | 6,831.02 |
| 397 | Equipment | | | - |
| 397 | Furniture & Fixtures | | | - |
| 397 | Leasehold Improvement | | | - |
| 397 | Leasehold Improvement | | | - |
| 201 | Equipment | | 6,005.33 | 0.00 |
| 393 | Equipment | | 6,042.98 | 0.00 |
| 236 | Leasehold Improvement | | 11,676.49 | 7,722.55 |
| 236 | Leasehold Improvement | | (11,676.49) | (7,722.55) |
| 244 | Leasehold Improvement | | 15,980.95 | (0.00) |
| 396 | Equipment | | 20,100.00 | - |
| 394 | Equipment | | 20,416.80 | - |
| 218 | Equipment | | 21,696.38 | 0.00 |
| 218 | Equipment | | (21,696.38) | - |
| 238 | Leasehold Improvement | | 32,138.02 | 2,080.79 |
| 399 | Furniture & Fixtures | | 1,313.79 | (0.00) |
| 295 | Leasehold Improvement | | 2,363.75 | (0.00) |
| 361 | Leasehold Improvement | | 2,671.50 | 746.57 |
| 265 | Equipment | | 3,011.59 | (0.00) |
| 265 | Furniture & Fixtures | | 3,287.57 | (0.00) |
| 361 | Furniture & Fixtures | | 4,220.00 | - |
| 265 | Leasehold Improvement | | 4,304.55 | 1,412.40 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|-----------|
| 295 | Furniture & Fixtures | | 4,414.44 | 0.00 |
| 361 | Leasehold Improvement | | 5,076.03 | 1,417.71 |
| 209 | Leasehold Improvement | | 5,230.64 | 0.00 |
| 295 | Equipment | | 5,561.96 | (0.00) |
| 399 | Equipment | | 5,913.40 | - |
| 383 | Equipment | | 6,004.46 | (0.00) |
| 399 | Furniture & Fixtures | | 7,413.32 | 0.00 |
| 215 | Leasehold Improvement | | 7,464.92 | 169.84 |
| 361 | Equipment | | 8,505.00 | - |
| 361 | Leasehold Improvement | | 8,793.00 | 2,456.36 |
| 361 | Leasehold Improvement | | 10,537.38 | 2,943.26 |
| 399 | Equipment | | 10,865.00 | - |
| 295 | Leasehold Improvement | | 11,334.59 | (0.00) |
| 399 | Leasehold Improvement | | 11,600.37 | 3,286.51 |
| 399 | Furniture & Fixtures | | 11,747.78 | (0.00) |
| 399 | Leasehold Improvement | | 13,370.35 | 3,788.25 |
| 229 | Leasehold Improvement | | 13,563.27 | (0.00) |
| 362 | Furniture & Fixtures | | 14,456.79 | (0.00) |
| 399 | Leasehold Improvement | | 14,872.48 | 4,214.24 |
| 265 | Furniture & Fixtures | | 16,000.74 | 0.00 |
| 295 | Equipment | | 16,365.00 | - |
| 295 | Furniture & Fixtures | | 17,715.11 | 0.00 |
| 399 | Leasehold Improvement | | 18,104.81 | 5,129.87 |
| 215 | Leasehold Improvement | | 21,841.60 | 4,449.57 |
| 265 | Leasehold Improvement | | 23,709.46 | 7,779.42 |
| 361 | Equipment | | 24,229.43 | 0.00 |
| 287 | Leasehold Improvement | | 25,629.66 | (0.00) |
| 265 | Leasehold Improvement | | 25,946.29 | 8,513.40 |
| 265 | Equipment | | 28,526.43 | 0.00 |
| 233 | Leasehold Improvement | | 32,376.22 | - |
| 276 | Leasehold Improvement | | 32,950.00 | (0.00) |
| 265 | Leasehold Improvement | | 51,542.48 | 16,912.40 |
| 296 | Furniture & Fixtures | | 984.80 | - |
| 296 | Leasehold Improvement | | 1,558.26 | 449.97 |
| 286 | Furniture & Fixtures | | 2,945.00 | - |
| 296 | Furniture & Fixtures | | 4,330.00 | - |
| 296 | Leasehold Improvement | | 5,196.00 | 1,500.85 |
| 296 | Leasehold Improvement | | 12,020.59 | 3,472.68 |
| 200 | Leasehold Improvement | | 12,781.08 | - |
| 298 | Leasehold Improvement | | 13,101.50 | 3,784.62 |
| 294 | Leasehold Improvement | | 14,834.75 | 3,113.63 |
| 296 | Leasehold Improvement | | 14,902.08 | 4,305.00 |
| 296 | Leasehold Improvement | | 15,034.95 | 4,343.26 |
| 229 | Leasehold Improvement | | 18,020.89 | - |
| 296 | Leasehold Improvement | | 20,419.74 | 5,899.23 |
| 296 | Furniture & Fixtures | | 22,273.70 | 0.00 |
| 296 | Furniture & Fixtures | | 48,295.00 | - |
| 300 | Leasehold Improvement | | 3,087.62 | 909.36 |
| 234 | Equipment | | 6,048.61 | (0.00) |
| 276 | Leasehold Improvement | | 13,529.71 | 0.00 |
| 297 | Leasehold Improvement | | 13,532.33 | 3,984.49 |
| 238 | Equipment | | 15,322.00 | - |
| 226 | Leasehold Improvement | | 35,361.53 | - |
| 393 | Equipment | | 4,486.72 | - |
| 233 | Furniture & Fixtures | | 4,539.72 | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 300 | Equipment | | 36,177.15 | - |
| 361 | Equipment | | 4,151.81 | (0.00) |
| 270 | Furniture & Fixtures | | 4,539.72 | 0.00 |
| 270 | Leasehold Improvement | | 2,472.43 | 0.00 |
| 270 | Leasehold Improvement | | 4,300.00 | (0.00) |
| 270 | Leasehold Improvement | | 4,755.31 | 0.00 |
| 270 | Furniture & Fixtures | | 14,496.32 | 0.00 |
| 270 | Leasehold Improvement | | 22,439.68 | 0.00 |
| 270 | Equipment | | 22,949.00 | (0.00) |
| 270 | Leasehold Improvement | | 31,850.00 | 0.00 |
| 320 | Equipment | | - | |
| 236 | Leasehold Improvement | | 9,919.62 | 6,429.38 |
| 236 | Leasehold Improvement | | (9,919.62) | (6,429.38) |
| 383 | Leasehold Improvement | | 12,930.47 | (0.00) |
| 236 | Leasehold Improvement | | 14,745.82 | 9,557.47 |
| 236 | Leasehold Improvement | | (14,745.82) | (9,557.48) |
| 201 | Leasehold Improvement | | 4,786.24 | - |
| 323 | Leasehold Improvement | | 5,785.96 | - |
| 288 | Furniture & Fixtures | | 6,809.58 | 0.00 |
| 284 | Leasehold Improvement | | 7,179.68 | - |
| 209 | Leasehold Improvement | | 9,000.00 | 1,835.56 |
| 245 | Leasehold Improvement | | 11,343.00 | - |
| 331 | Leasehold Improvement | | 13,533.00 | - |
| 333 | Leasehold Improvement | | 15,724.52 | (0.00) |
| 301 | Furniture & Fixtures | | 2,909.77 | (0.00) |
| 301 | Equipment | | 3,148.48 | (0.00) |
| 301 | Furniture & Fixtures | | 4,539.72 | 0.00 |
| 301 | Leasehold Improvement | | 5,499.30 | 0.00 |
| 301 | Leasehold Improvement | | 6,169.24 | - |
| 209 | Leasehold Improvement | | 6,376.46 | 1,342.44 |
| 301 | Furniture & Fixtures | | 13,779.06 | 0.00 |
| 300 | Leasehold Improvement | | 16,759.76 | 4,788.53 |
| 288 | Leasehold Improvement | | 22,698.18 | (0.00) |
| 301 | Leasehold Improvement | | 34,397.00 | (0.00) |
| 301 | Equipment | | 34,914.37 | (0.00) |
| 288 | Leasehold Improvement | | 40,269.00 | - |
| 387 | Leasehold Improvement | | 5,228.00 | 43.35 |
| 297 | Leasehold Improvement | | 17,320.00 | 2,492.37 |
| 387 | Leasehold Improvement | | 20,930.00 | 174.20 |
| 387 | Leasehold Improvement | | 23,083.97 | 192.12 |
| 387 | Furniture & Fixtures | | 4,250.00 | (0.00) |
| 244 | Leasehold Improvement | | 4,420.40 | (0.00) |
| 387 | Furniture & Fixtures | | 4,757.59 | (0.00) |
| 322 | Leasehold Improvement | | 6,477.26 | - |
| 220 | Furniture & Fixtures | | 6,809.58 | 0.00 |
| 220 | Leasehold Improvement | | 7,259.09 | (0.00) |
| 387 | Furniture & Fixtures | | 9,079.44 | 0.00 |
| 387 | Furniture & Fixtures | | 9,097.60 | 0.00 |
| 220 | Furniture & Fixtures | | 9,861.49 | (0.00) |
| 228 | Leasehold Improvement | | 10,510.99 | 0.00 |
| 228 | Leasehold Improvement | | 10,598.88 | - |
| 387 | Furniture & Fixtures | | 11,520.00 | - |
| 220 | Leasehold Improvement | | 14,343.13 | (0.00) |
| 220 | Furniture & Fixtures | | 15,291.23 | 0.00 |
| 228 | Leasehold Improvement | | 17,319.00 | 0.00 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 220 | Leasehold Improvement | | 18,809.78 | 0.00 |
| 387 | Furniture & Fixtures | | 21,269.48 | 0.00 |
| 220 | Equipment | | 22,962.90 | - |
| 220 | Equipment | | 25,949.49 | 0.00 |
| 220 | Leasehold Improvement | | 36,589.33 | (0.00) |
| 220 | Leasehold Improvement | | 38,553.24 | 0.00 |
| 387 | Equipment | | 55,561.23 | 0.00 |
| 250 | Leasehold Improvement | | | - |
| 387 | Leasehold Improvement | | 4,300.00 | 36.49 |
| 271 | Leasehold Improvement | | 4,590.00 | 0.00 |
| 271 | Leasehold Improvement | | 4,700.00 | 0.00 |
| 387 | Leasehold Improvement | | 4,871.25 | 41.42 |
| 387 | Leasehold Improvement | | 5,547.82 | 46.65 |
| 228 | Leasehold Improvement | | 5,947.46 | (0.00) |
| 271 | Furniture & Fixtures | | 6,809.58 | (0.00) |
| 387 | Leasehold Improvement | | 7,025.00 | 59.85 |
| 271 | Furniture & Fixtures | | 7,838.66 | (0.00) |
| 387 | Leasehold Improvement | | 10,986.24 | 93.35 |
| 387 | Leasehold Improvement | | 11,604.35 | 98.47 |
| 271 | Leasehold Improvement | | 20,261.61 | (0.00) |
| 271 | Leasehold Improvement | | 20,296.88 | (0.00) |
| 228 | Leasehold Improvement | | 26,527.29 | (0.00) |
| 271 | Leasehold Improvement | | 33,499.05 | 0.00 |
| 200 | Leasehold Improvement | | 4,918.89 | (118.40) |
| 201 | Leasehold Improvement | | 5,199.60 | 0.00 |
| 209 | Equipment | | 5,558.70 | - |
| 214 | Leasehold Improvement | | 6,096.66 | (0.00) |
| 229 | Leasehold Improvement | | 6,276.08 | 1,356.72 |
| 266 | Equipment | | 8,500.00 | (0.00) |
| 295 | Equipment | | 6,932.11 | 0.00 |
| 212 | Equipment | | 9,000.00 | - |
| 215 | Leasehold Improvement | | 63,630.73 | 14,042.82 |
| 222 | Leasehold Improvement | | 12330.76 | - |
| 222 | Leasehold Improvement | | 17080 | - |
| 250 | Leasehold Improvement | | | - |
| 244 | Leasehold Improvement | | 5,186.24 | 0.00 |
| 209 | Leasehold Improvement | | 5,271.79 | 1,187.70 |
| 333 | Equipment | | 5,813.40 | - |
| 212 | Leasehold Improvement | | 8,636.20 | - |
| 203 | Equipment | | 21,790.00 | (0.00) |
| 386 | Leasehold Improvement | | 7,729.89 | (0.00) |
| 219 | Leasehold Improvement | | 10,637.81 | 3,343.31 |
| 207 | Leasehold Improvement | | 12,715.96 | 2,598.70 |
| 236 | Leasehold Improvement | | 12,852.52 | 7,325.94 |
| 236 | Leasehold Improvement | | (12,852.52) | (7,325.94) |
| 235 | Equipment | | 24,665.00 | (0.00) |
| 300 | Leasehold Improvement | | 11,742.50 | 3,683.81 |
| 321 | Leasehold Improvement | | 11,742.50 | 0.00 |
| 362 | Equipment | | 13,170.00 | - |
| 229 | Equipment | | 6,227.62 | (0.00) |
| 209 | Leasehold Improvement | | 16,174.72 | 3,697.32 |
| 239 | Leasehold Improvement | | 3,774.68 | 539.09 |
| 239 | Leasehold Improvement | | 1,173.37 | 167.79 |
| 362 | Leasehold Improvement | | 6,633.91 | 0.00 |
| 215 | Leasehold Improvement | | 5,691.79 | 1,300.69 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|-----------|
| 215 | Leasehold Improvement | | 662.49 | 151.56 |
| 339 | Leasehold Improvement | | 119.00 | (0.00) |
| 229 | Leasehold Improvement | | 5,630.29 | 1,295.90 |
| 284 | Leasehold Improvement | | 927.78 | - |
| 284 | Leasehold Improvement | | 424.82 | - |
| 284 | Leasehold Improvement | | 9,816.99 | - |
| 300 | Equipment | | 6,407.16 | 0.00 |
| 284 | Leasehold Improvement | | 281.45 | - |
| 214 | Leasehold Improvement | | 5,831.43 | 0.00 |
| 271 | Equipment | | 5,676.26 | 0.00 |
| 296 | Equipment | | 5,365.78 | 0.00 |
| 339 | Leasehold Improvement | | 500.00 | (0.00) |
| 250 | Leasehold Improvement | | | - |
| 284 | Leasehold Improvement | | 993.51 | - |
| 245 | Leasehold Improvement | | 24,400.00 | 0.00 |
| 339 | Leasehold Improvement | | 390.71 | 0.00 |
| 295 | Leasehold Improvement | | 5,335.10 | (0.00) |
| 207 | Leasehold Improvement | | (57.01) | (15.94) |
| 207 | Leasehold Improvement | | 18,271.64 | 4,971.67 |
| 339 | Equipment | | 11,600.00 | (0.00) |
| 212 | Leasehold Improvement | | 212.17 | - |
| 288 | Leasehold Improvement | | 10,647.19 | 4,306.44 |
| 336 | Leasehold Improvement | | 585.00 | 55.00 |
| 336 | Leasehold Improvement | | 178.00 | 16.83 |
| 336 | Leasehold Improvement | | 4,210.13 | 396.09 |
| 339 | Leasehold Improvement | | 45,000.00 | (0.00) |
| 212 | Leasehold Improvement | | 363.72 | - |
| 339 | Furniture & Fixtures | | 8,613.90 | - |
| 339 | Leasehold Improvement | | 2,421.09 | 0.00 |
| 339 | Leasehold Improvement | | 2,969.56 | 0.00 |
| 339 | Leasehold Improvement | | 5,847.47 | (0.00) |
| 339 | Leasehold Improvement | | 1,070.08 | (0.00) |
| 339 | Leasehold Improvement | | 421.06 | - |
| 339 | Leasehold Improvement | | 29,060.00 | 0.00 |
| 339 | Leasehold Improvement | | 9,300.00 | 0.00 |
| 212 | Leasehold Improvement | | 4,750.01 | - |
| 212 | Leasehold Improvement | | 60.62 | - |
| 207 | Leasehold Improvement | | 18,273.28 | 5,006.34 |
| 339 | Leasehold Improvement | | 2,267.80 | 0.00 |
| 339 | Equipment | | 2,505.90 | 0.00 |
| 339 | Leasehold Improvement | | 526.32 | 0.00 |
| 207 | Leasehold Improvement | | 18,218.46 | 4,991.62 |
| 339 | Leasehold Improvement | | 289.48 | 0.00 |
| 339 | Leasehold Improvement | | 1,495.38 | 0.00 |
| 339 | Leasehold Improvement | | 373.69 | (0.00) |
| 339 | Leasehold Improvement | | 2,267.80 | 0.00 |
| 339 | Furniture & Fixtures | | 9,459.94 | 0.00 |
| 339 | Leasehold Improvement | | 4,155.20 | (0.00) |
| 387 | Leasehold Improvement | | 23,079.98 | 217.45 |
| 333 | Leasehold Improvement | | 11,587.92 | 0.00 |
| 288 | Leasehold Improvement | | 22,624.25 | 9,203.13 |
| 339 | Leasehold Improvement | | 789.52 | 0.00 |
| 288 | Furniture & Fixtures | | 9,898.74 | (0.00) |
| 296 | Equipment | | 6,792.69 | 0.00 |
| 288 | Equipment | | 26,787.97 | 0.90 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 330 | Equipment | | 9,822.83 | (0.00) |
| 339 | Leasehold Improvement | | 18,894.94 | 0.00 |
| 387 | Leasehold Improvement | | 4,752.18 | 45.96 |
| 339 | Equipment | | 13,452.07 | 0.00 |
| 214 | Leasehold Improvement | | 10,479.68 | - |
| 215 | Leasehold Improvement | | 20,586.99 | 3,374.49 |
| 288 | Leasehold Improvement | | 22,624.25 | 9,308.36 |
| 387 | Leasehold Improvement | | 20,772.08 | 199.83 |
| 339 | Leasehold Improvement | | 903.10 | (0.00) |
| 297 | Leasehold Improvement | | 11,140.38 | 1,763.54 |
| 339 | Equipment | | 2,550.00 | - |
| 288 | Leasehold Improvement | | 227.06 | 92.90 |
| 291 | Leasehold Improvement | | 1,545.17 | - |
| 288 | Leasehold Improvement | | 4,871.65 | 1,992.94 |
| 291 | Leasehold Improvement | | 2,136.18 | (0.00) |
| 291 | Leasehold Improvement | | 1,122.78 | - |
| 291 | Leasehold Improvement | | 1,545.17 | - |
| 291 | Leasehold Improvement | | 940.13 | (0.00) |
| 291 | Leasehold Improvement | | 2,141.89 | - |
| 330 | Equipment | | 10,980.05 | (0.00) |
| 333 | Leasehold Improvement | | 11,587.92 | - |
| 339 | Equipment | | 2,972.66 | (0.00) |
| 226 | Equipment | | 17,098.09 | - |
| 339 | Equipment | | 120.36 | (0.00) |
| 212 | Furniture & Fixtures | | 6,106.04 | (0.00) |
| 222 | Leasehold Improvement | | 8,486.80 | (0.00) |
| 394 | Equipment | | 6,480.00 | - |
| 333 | Leasehold Improvement | | 11,587.92 | 0.00 |
| 340 | Leasehold Improvement | | 3,650.00 | 547.16 |
| 299 | Leasehold Improvement | | 172,895.85 | - |
| 299 | Furniture & Fixtures | | 14,580.71 | - |
| 299 | Furniture & Fixtures | | 2,878.62 | - |
| 340 | Equipment | | 2,895.27 | - |
| 299 | Furniture & Fixtures | | 9,934.68 | - |
| 299 | Leasehold Improvement | | 172,895.85 | - |
| 299 | Furniture & Fixtures | | 7,904.96 | - |
| 340 | Equipment | | 2,797.86 | (0.00) |
| 288 | Furniture & Fixtures | | 5,000.00 | - |
| 299 | Equipment | | 6,574.09 | - |
| 340 | Equipment | | 3,092.47 | - |
| 340 | Equipment | | 21,363.14 | - |
| 299 | Equipment | | 16,367.40 | (0.00) |
| 288 | Leasehold Improvement | | 12,546.78 | 5,222.26 |
| 323 | Leasehold Improvement | | 6,110.71 | - |
| 340 | Leasehold Improvement | | 40,000.00 | 7,936.54 |
| 340 | Equipment | | 967.35 | - |
| 299 | Equipment | | 1,648.62 | - |
| 340 | Equipment | | 539.08 | - |
| 299 | Equipment | | 904.96 | - |
| 299 | Equipment | | 82.30 | - |
| 340 | Leasehold Improvement | | 121,535.10 | 24,307.10 |
| 340 | Equipment | | 2,105.46 | - |
| 299 | Leasehold Improvement | | 6,646.06 | - |
| 299 | Equipment | | 3,729.21 | (0.00) |
| 340 | Equipment | | 250.00 | 0.00 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 299 | Furniture & Fixtures | | 5,750.50 | - |
| 340 | Furniture & Fixtures | | 5,977.79 | - |
| 262 | Leasehold Improvement | | 7,340.00 | (0.00) |
| 330 | Leasehold Improvement | | 148,587.85 | - |
| 216 | Leasehold Improvement | | 10,624.74 | - |
| 299 | Leasehold Improvement | | 35,498.20 | - |
| 387 | Leasehold Improvement | | 2,430.28 | 24.68 |
| 387 | Leasehold Improvement | | 6,434.81 | 65.79 |
| 222 | Leasehold Improvement | | 29,441.29 | (0.00) |
| 387 | Leasehold Improvement | | 6,438.28 | 64.66 |
| 201 | Leasehold Improvement | | 5,942.93 | - |
| 393 | Leasehold Improvement | | 5,520.75 | 683.61 |
| 235 | Leasehold Improvement | | 5,953.75 | 1,384.90 |
| 222 | Furniture & Fixtures | | 5,450.86 | - |
| 333 | Leasehold Improvement | | 11,560.82 | (0.00) |
| 299 | Equipment | | 1,322.27 | - |
| 299 | Equipment | | 16,027.50 | 0.00 |
| 340 | Equipment | | 1,986.52 | 0.00 |
| 340 | Equipment | | 24,079.00 | - |
| 235 | Equipment | | (2,722.00) | - |
| 288 | Equipment | | (2,722.00) | - |
| 333 | Equipment | | (2,722.00) | 45.29 |
| 334 | Equipment | | (2,722.00) | - |
| 301 | Equipment | | (1,737.00) | - |
| 235 | Equipment | | (224.57) | - |
| 334 | Equipment | | (224.57) | - |
| 288 | Equipment | | (221.16) | - |
| 333 | Equipment | | (190.54) | 3.07 |
| 301 | Equipment | | (171.96) | 0.00 |
| 333 | Equipment | | 702.05 | (0.00) |
| 288 | Equipment | | 861.01 | - |
| 235 | Equipment | | 874.25 | (0.00) |
| 334 | Equipment | | 874.25 | (0.00) |
| 301 | Equipment | | 951.59 | (0.00) |
| 301 | Equipment | | 9,612.00 | - |
| 235 | Equipment | | 10,597.00 | - |
| 288 | Equipment | | 10,597.00 | - |
| 333 | Equipment | | 10,597.00 | - |
| 334 | Equipment | | 10,597.00 | - |
| 235 | Leasehold Improvement | | 5,434.15 | 1,316.50 |
| 216 | Leasehold Improvement | | (41,173.03) | - |
| 216 | Leasehold Improvement | | 49,143.34 | - |
| 333 | Leasehold Improvement | | 12,261.88 | - |
| 393 | Leasehold Improvement | | 23,543.29 | 2,942.71 |
| 335 | Leasehold Improvement | | | - |
| 299 | Leasehold Improvement | | 24,355.12 | - |
| 222 | Leasehold Improvement | | 5,000.00 | 0.00 |
| 222 | Leasehold Improvement | | 24,441.29 | - |
| 339 | Leasehold Improvement | | 13,000.00 | - |
| 215 | Leasehold Improvement | | 5,710.19 | 926.81 |
| 214 | Leasehold Improvement | | 9,152.54 | - |
| 234 | Leasehold Improvement | | 5,000.00 | 1,597.44 |
| 235 | Leasehold Improvement | | | - |
| 212 | Furniture & Fixtures | | (1,310.38) | - |
| 323 | Leasehold Improvement | | 5,715.60 | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 299 | Leasehold Improvement | | 4,851.79 | - |
| 288 | Leasehold Improvement | | 4,279.78 | 1,823.74 |
| 340 | Leasehold Improvement | | 23,891.20 | 4,895.69 |
| 288 | Leasehold Improvement | | 10,153.09 | 4,325.33 |
| 228 | Leasehold Improvement | | 17,211.96 | - |
| 229 | Leasehold Improvement | | (6,451.47) | (6,451.47) |
| 229 | Leasehold Improvement | | 6,451.47 | 6,451.47 |
| 201 | Leasehold Improvement | | 11,294.08 | - |
| 214 | Leasehold Improvement | | 16,154.28 | (0.00) |
| 215 | Leasehold Improvement | | 12,579.67 | 2,060.02 |
| 216 | Leasehold Improvement | | 10,002.28 | - |
| 222 | Leasehold Improvement | | 14,200.78 | - |
| 235 | Leasehold Improvement | | 19,152.28 | 4,638.17 |
| 236 | Leasehold Improvement | | 6,278.54 | 4,847.27 |
| 236 | Leasehold Improvement | | (6,278.54) | (4,847.27) |
| 238 | Leasehold Improvement | | 4,129.61 | 350.49 |
| 239 | Leasehold Improvement | | 9,772.36 | 569.00 |
| 298 | Leasehold Improvement | | 8,024.86 | 2,128.23 |
| 323 | Leasehold Improvement | | 15,880.67 | - |
| 393 | Leasehold Improvement | | 8,342.17 | 1,052.62 |
| 396 | Leasehold Improvement | | 3,636.17 | 671.85 |
| 398 | Leasehold Improvement | | 4,698.67 | 1,577.21 |
| 222 | Furniture & Fixtures | | 8,187.08 | - |
| 222 | Leasehold Improvement | | 5574.88 | - |
| 266 | Leasehold Improvement | | 4,540.00 | 908.32 |
| 287 | Equipment | | 10,830.00 | - |
| 339 | Leasehold Improvement | | 5,865.59 | - |
| 222 | Leasehold Improvement | | 322.26 | - |
| 287 | Furniture & Fixtures | | (1,681.07) | - |
| 287 | Furniture & Fixtures | | 16,366.21 | (0.00) |
| 216 | Leasehold Improvement | | 8,115.00 | - |
| 287 | Equipment | | 639.84 | - |
| 200 | Equipment | | 649.69 | - |
| 203 | Equipment | | 649.69 | - |
| 209 | Equipment | | 649.69 | - |
| 212 | Equipment | | 649.69 | - |
| 216 | Equipment | | 649.69 | - |
| 222 | Equipment | | 649.69 | - |
| 233 | Equipment | | 649.69 | - |
| 234 | Equipment | | 649.69 | - |
| 236 | Equipment | | 649.69 | 335.62 |
| 236 | Equipment | | (649.69) | (335.62) |
| 238 | Equipment | | 649.69 | - |
| 297 | Equipment | | 649.69 | - |
| 298 | Equipment | | 649.69 | - |
| 383 | Equipment | | 649.69 | - |
| 384 | Equipment | | 649.69 | - |
| 385 | Equipment | | 649.69 | - |
| 207 | Equipment | | 740.25 | - |
| 200 | Equipment | | 7,875.00 | - |
| 203 | Equipment | | 7,875.00 | - |
| 207 | Equipment | | 7,875.00 | - |
| 209 | Equipment | | 7,875.00 | - |
| 212 | Equipment | | 7,875.00 | - |
| 216 | Equipment | | 7,875.00 | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 222 | Equipment | | 7,875.00 | - |
| 233 | Equipment | | 7,875.00 | - |
| 234 | Equipment | | 7,875.00 | - |
| 236 | Equipment | | 7,875.00 | 4,068.75 |
| 236 | Equipment | | (7,875.00) | (4,068.75) |
| 238 | Equipment | | 7,875.00 | - |
| 287 | Equipment | | 7,875.00 | - |
| 297 | Equipment | | 7,875.00 | - |
| 298 | Equipment | | 7,875.00 | - |
| 383 | Equipment | | 7,875.00 | - |
| 384 | Equipment | | 7,875.00 | - |
| 385 | Equipment | | 7,875.00 | - |
| 288 | Leasehold Improvement | | 8,118.75 | 3,548.47 |
| 287 | Leasehold Improvement | | 113,114.25 | - |
| 222 | Leasehold Improvement | | 12,313.50 | - |
| 235 | Leasehold Improvement | | 6,266.59 | 1,591.97 |
| 287 | Leasehold Improvement | | 12,568.25 | - |
| 214 | Leasehold Improvement | | 14,267.00 | - |
| 323 | Leasehold Improvement | | 14,117.50 | - |
| 238 | Leasehold Improvement | | 2,426.00 | 235.85 |
| 298 | Leasehold Improvement | | 6,202.00 | 1,730.56 |
| 396 | Leasehold Improvement | | 1,873.00 | 371.05 |
| 393 | Leasehold Improvement | | 6,579.00 | 913.44 |
| 331 | Furniture & Fixtures | | 13,380.60 | - |
| 287 | Leasehold Improvement | | 610.58 | - |
| 201 | Leasehold Improvement | | 9,293.50 | - |
| 235 | Leasehold Improvement | | 17,265.00 | 4,419.84 |
| 236 | Leasehold Improvement | | 4,455.68 | 3,544.16 |
| 236 | Leasehold Improvement | | (4,455.68) | (3,544.16) |
| 398 | Leasehold Improvement | | 2,935.50 | 1,013.19 |
| 215 | Leasehold Improvement | | 10,816.50 | 1,753.65 |
| 287 | Leasehold Improvement | | 26,131.82 | - |
| 229 | Leasehold Improvement | | 2,999.33 | 773.85 |
| 235 | Furniture & Fixtures | | 13,380.60 | - |
| 239 | Leasehold Improvement | | 7,949.50 | 567.58 |
| 288 | Leasehold Improvement | | 12,717.00 | 5,695.20 |
| 265 | Leasehold Improvement | | 11,852.00 | - |
| 387 | Leasehold Improvement | | 4,194.69 | - |
| 214 | Equipment | | 7,875.00 | - |
| 215 | Equipment | | 7,875.00 | - |
| 270 | Equipment | | 7,875.00 | - |
| 271 | Equipment | | 7,875.00 | - |
| 296 | Equipment | | 7,875.00 | - |
| 299 | Equipment | | 7,875.00 | - |
| 330 | Equipment | | 7,875.00 | - |
| 331 | Equipment | | 7,875.00 | - |
| 332 | Equipment | | 7,875.00 | - |
| 399 | Leasehold Improvement | | 23,653.47 | 11,957.98 |
| 288 | Leasehold Improvement | | 26,279.75 | 11,842.17 |
| 387 | Leasehold Improvement | | 2,906.07 | - |
| 322 | Leasehold Improvement | | 21,240.28 | 360.00 |
| 244 | Leasehold Improvement | | 21,525.50 | - |
| 289 | Leasehold Improvement | | 20,895.16 | 10,564.04 |
| 387 | Leasehold Improvement | | 3,247.50 | (0.00) |
| 220 | Leasehold Improvement | | 11,692.55 | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 361 | Leasehold Improvement | | 7,672.48 | - |
| 295 | Leasehold Improvement | | 13,246.31 | - |
| 387 | Leasehold Improvement | | 8,913.99 | - |
| 301 | Leasehold Improvement | | 6,194.37 | - |
| 207 | Furniture & Fixtures | | 6,324.99 | - |
| 229 | Leasehold Improvement | | 83,390.39 | 22,742.55 |
| 229 | Leasehold Improvement | | 29,215.49 | 7,967.89 |
| 332 | Leasehold Improvement | | 8,739.20 | - |
| 219 | Leasehold Improvement | | 11,148.77 | 5,005.46 |
| 290 | Leasehold Improvement | | 30,102.97 | - |
| 290 | Leasehold Improvement | | 30,102.97 | - |
| 290 | Leasehold Improvement | | 7,308.57 | - |
| 290 | Leasehold Improvement | | 8,282.78 | - |
| 219 | Leasehold Improvement | | 20,890.83 | 9,379.65 |
| 362 | Leasehold Improvement | | 13,559.58 | - |
| 362 | Leasehold Improvement | | 13,559.58 | - |
| 336 | Leasehold Improvement | | 16,767.57 | 1,881.87 |
| 329 | Leasehold Improvement | | 3,598.22 | 2,063.54 |
| 329 | Leasehold Improvement | | 3,598.23 | 2,063.55 |
| 387 | Leasehold Improvement | | 5,412.50 | - |
| 330 | Leasehold Improvement | | 32,238.52 | - |
| 330 | Leasehold Improvement | | 32,238.53 | - |
| 235 | Leasehold Improvement | | 9,125.48 | 2,531.00 |
| 235 | Furniture & Fixtures | | 3,518.13 | - |
| 235 | Furniture & Fixtures | | 3,079.71 | - |
| 288 | Leasehold Improvement | | 2,333.71 | 1,071.23 |
| 289 | Leasehold Improvement | | 1,965.32 | 1,026.20 |
| 399 | Leasehold Improvement | | 1,766.56 | 922.90 |
| 219 | Leasehold Improvement | | 11,148.77 | 5,218.52 |
| 339 | Leasehold Improvement | | 4,955.29 | - |
| 339 | Leasehold Improvement | | 4,955.30 | - |
| 286 | Computer Equipment | | 919.16 | - |
| 287 | Computer Equipment | | 919.16 | - |
| 219 | Computer Equipment | | 984.46 | 574.21 |
| 294 | Computer Equipment | | 984.46 | - |
| 291 | Computer Equipment | | 1,117.25 | - |
| 399 | Computer Equipment | | 865.65 | - |
| 292 | Computer Equipment | | 974.26 | 649.46 |
| 292 | Computer Equipment | | (974.26) | (649.46) |
| 293 | Computer Equipment | | 1,018.25 | - |
| 288 | Computer Equipment | | 1,062.24 | - |
| 289 | Computer Equipment | | 1,062.24 | - |
| 245 | Computer Equipment | | 1,150.23 | - |
| 226 | Computer Equipment | | 1,302.83 | - |
| 213 | Computer Equipment | | 863.73 | - |
| 395 | Computer Equipment | | 919.16 | - |
| 276 | Computer Equipment | | 974.03 | - |
| 218 | Computer Equipment | | 1,006.41 | 671.01 |
| 218 | Computer Equipment | | (1,006.41) | (671.01) |
| 220 | Computer Equipment | | 1,117.80 | - |
| 207 | Computer Equipment | | 1,138.66 | - |
| 323 | Computer Equipment | | 919.16 | - |
| 394 | Computer Equipment | | 952.63 | - |
| 395 | Computer Equipment | | 963.06 | - |
| 262 | Computer Equipment | | 1,028.91 | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 239 | Computer Equipment | | 1,072.81 | - |
| 362 | Computer Equipment | | 1,072.81 | - |
| 290 | Computer Equipment | | 1,162.25 | - |
| 296 | Computer Equipment | | 109.75 | - |
| 216 | Computer Equipment | | 919.16 | - |
| 237 | Computer Equipment | | 984.46 | 656.26 |
| 237 | Computer Equipment | | (984.46) | (656.26) |
| 296 | Computer Equipment | | 1,094.21 | - |
| 214 | Computer Equipment | | 1,205.06 | - |
| 322 | Computer Equipment | | 1,227.54 | 20.46 |
| 266 | Computer Equipment | | 1,609.28 | - |
| 328 | Computer Equipment | | 1,609.28 | 348.74 |
| 213 | Computer Equipment | | 2,413.92 | - |
| 218 | Computer Equipment | | 2,413.92 | 1,609.32 |
| 218 | Computer Equipment | | (2,413.92) | (1,609.32) |
| 219 | Computer Equipment | | 2,413.92 | 1,408.17 |
| 236 | Computer Equipment | | 2,413.92 | 1,609.32 |
| 236 | Computer Equipment | | (2,413.92) | (1,609.32) |
| 237 | Computer Equipment | | 2,413.92 | 1,609.32 |
| 237 | Computer Equipment | | (2,413.92) | (1,609.32) |
| 244 | Computer Equipment | | 2,413.92 | - |
| 265 | Computer Equipment | | 2,413.92 | - |
| 292 | Computer Equipment | | 2,413.92 | 1,609.32 |
| 292 | Computer Equipment | | (2,413.92) | (1,609.32) |
| 294 | Computer Equipment | | 2,413.92 | - |
| 296 | Computer Equipment | | 2,413.92 | - |
| 300 | Computer Equipment | | 2,413.92 | - |
| 361 | Computer Equipment | | 2,413.92 | - |
| 395 | Computer Equipment | | 2,413.92 | - |
| 396 | Computer Equipment | | 2,413.92 | - |
| 399 | Computer Equipment | | 2,413.92 | - |
| 201 | Computer Equipment | | 3,218.56 | - |
| 203 | Computer Equipment | | 3,218.56 | - |
| 212 | Computer Equipment | | 3,218.56 | - |
| 216 | Computer Equipment | | 3,218.56 | - |
| 234 | Computer Equipment | | 3,218.56 | - |
| 238 | Computer Equipment | | 3,218.56 | - |
| 239 | Computer Equipment | | 3,218.56 | - |
| 251 | Computer Equipment | | 3,218.56 | - |
| 262 | Computer Equipment | | 3,218.56 | - |
| 270 | Computer Equipment | | 3,218.56 | - |
| 276 | Computer Equipment | | 3,218.56 | - |
| 286 | Computer Equipment | | 3,218.56 | - |
| 293 | Computer Equipment | | 3,218.56 | - |
| 295 | Computer Equipment | | 3,218.56 | - |
| 299 | Computer Equipment | | 3,218.56 | - |
| 301 | Computer Equipment | | 3,218.56 | - |
| 321 | Computer Equipment | | 3,218.56 | - |
| 323 | Computer Equipment | | 3,218.56 | - |
| 329 | Computer Equipment | | 3,218.56 | - |
| 331 | Computer Equipment | | 3,218.56 | - |
| 336 | Computer Equipment | | 3,218.56 | - |
| 339 | Computer Equipment | | 3,218.56 | - |
| 340 | Computer Equipment | | 3,218.56 | - |
| 362 | Computer Equipment | | 3,218.56 | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 384 | Computer Equipment | | 3,218.56 | - |
| 398 | Computer Equipment | | 3,218.56 | - |
| 200 | Computer Equipment | | 4,023.20 | - |
| 214 | Computer Equipment | | 4,023.20 | - |
| 215 | Computer Equipment | | 4,023.20 | - |
| 222 | Computer Equipment | | 4,023.20 | - |
| 228 | Computer Equipment | | 4,023.20 | 871.85 |
| 233 | Computer Equipment | | 4,023.20 | - |
| 271 | Computer Equipment | | 4,023.20 | - |
| 284 | Computer Equipment | | 4,023.20 | - |
| 287 | Computer Equipment | | 4,023.20 | - |
| 289 | Computer Equipment | | 4,023.20 | - |
| 291 | Computer Equipment | | 4,023.20 | - |
| 330 | Computer Equipment | | 4,023.20 | - |
| 334 | Computer Equipment | | 4,023.20 | - |
| 386 | Computer Equipment | | 4,023.20 | - |
| 393 | Computer Equipment | | 4,023.20 | - |
| 394 | Computer Equipment | | 4,023.20 | - |
| 207 | Computer Equipment | | 4,827.84 | - |
| 209 | Computer Equipment | | 4,827.84 | - |
| 220 | Computer Equipment | | 4,827.84 | - |
| 229 | Computer Equipment | | 4,827.84 | - |
| 288 | Computer Equipment | | 4,827.84 | - |
| 290 | Computer Equipment | | 4,827.84 | - |
| 332 | Computer Equipment | | 4,827.84 | - |
| 385 | Computer Equipment | | 4,827.84 | - |
| 245 | Computer Equipment | | 5,632.48 | - |
| 298 | Computer Equipment | | 5,632.48 | - |
| 322 | Computer Equipment | | 5,632.48 | 93.87 |
| 333 | Computer Equipment | | 5,632.48 | - |
| 383 | Computer Equipment | | 5,632.48 | - |
| 387 | Computer Equipment | | 5,632.48 | - |
| 226 | Computer Equipment | | 7,241.76 | - |
| 235 | Computer Equipment | | 7,241.76 | - |
| 297 | Computer Equipment | | 8,046.40 | - |
| 200 | Computer Equipment | | 606.04 | - |
| 201 | Computer Equipment | | 606.04 | - |
| 203 | Computer Equipment | | 606.04 | - |
| 207 | Computer Equipment | | 606.04 | - |
| 209 | Computer Equipment | | 606.04 | - |
| 212 | Computer Equipment | | 606.04 | - |
| 213 | Computer Equipment | | 606.04 | - |
| 214 | Computer Equipment | | 606.04 | - |
| 215 | Computer Equipment | | 606.04 | - |
| 216 | Computer Equipment | | 606.04 | - |
| 218 | Computer Equipment | | 606.04 | 404.04 |
| 218 | Computer Equipment | | (606.04) | (404.04) |
| 219 | Computer Equipment | | 606.04 | 353.54 |
| 220 | Computer Equipment | | 606.04 | - |
| 222 | Computer Equipment | | 606.04 | - |
| 226 | Computer Equipment | | 606.04 | - |
| 228 | Computer Equipment | | 606.04 | 131.34 |
| 229 | Computer Equipment | | 606.04 | - |
| 233 | Computer Equipment | | 606.04 | - |
| 234 | Computer Equipment | | 606.04 | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 235 | Computer Equipment | | 606.04 | - |
| 236 | Computer Equipment | | 606.04 | 404.04 |
| 236 | Computer Equipment | | (606.04) | (404.04) |
| 237 | Computer Equipment | | 606.04 | 404.04 |
| 237 | Computer Equipment | | (606.04) | (404.04) |
| 238 | Computer Equipment | | 606.04 | - |
| 239 | Computer Equipment | | 606.04 | - |
| 244 | Computer Equipment | | 606.04 | - |
| 245 | Computer Equipment | | 606.04 | - |
| 251 | Computer Equipment | | 606.04 | - |
| 262 | Computer Equipment | | 606.04 | - |
| 265 | Computer Equipment | | 606.04 | - |
| 266 | Computer Equipment | | 606.04 | - |
| 270 | Computer Equipment | | 606.04 | - |
| 271 | Computer Equipment | | 606.04 | - |
| 276 | Computer Equipment | | 606.04 | - |
| 284 | Computer Equipment | | 606.04 | - |
| 286 | Computer Equipment | | 606.04 | - |
| 287 | Computer Equipment | | 606.04 | - |
| 288 | Computer Equipment | | 606.04 | - |
| 289 | Computer Equipment | | 606.04 | - |
| 290 | Computer Equipment | | 606.04 | - |
| 291 | Computer Equipment | | 606.04 | - |
| 292 | Computer Equipment | | 606.04 | 404.04 |
| 292 | Computer Equipment | | (606.04) | (404.04) |
| 293 | Computer Equipment | | 606.04 | - |
| 294 | Computer Equipment | | 606.04 | - |
| 295 | Computer Equipment | | 606.04 | - |
| 296 | Computer Equipment | | 606.04 | - |
| 297 | Computer Equipment | | 606.04 | - |
| 298 | Computer Equipment | | 606.04 | - |
| 299 | Computer Equipment | | 606.04 | - |
| 300 | Computer Equipment | | 606.04 | - |
| 301 | Computer Equipment | | 606.04 | - |
| 321 | Computer Equipment | | 606.04 | - |
| 322 | Computer Equipment | | 606.04 | 10.10 |
| 323 | Computer Equipment | | 606.04 | - |
| 328 | Computer Equipment | | 606.04 | 131.34 |
| 329 | Computer Equipment | | 606.04 | - |
| 330 | Computer Equipment | | 606.04 | - |
| 331 | Computer Equipment | | 606.04 | - |
| 332 | Computer Equipment | | 606.04 | - |
| 333 | Computer Equipment | | 606.04 | - |
| 334 | Computer Equipment | | 606.04 | - |
| 336 | Computer Equipment | | 606.04 | - |
| 339 | Computer Equipment | | 606.04 | - |
| 340 | Computer Equipment | | 606.04 | - |
| 361 | Computer Equipment | | 606.04 | - |
| 362 | Computer Equipment | | 606.04 | - |
| 383 | Computer Equipment | | 606.04 | - |
| 384 | Computer Equipment | | 606.04 | - |
| 385 | Computer Equipment | | 606.04 | - |
| 386 | Computer Equipment | | 606.04 | - |
| 387 | Computer Equipment | | 606.04 | - |
| 393 | Computer Equipment | | 606.04 | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 394 | Computer Equipment | | 606.04 | - |
| 395 | Computer Equipment | | 606.04 | - |
| 396 | Computer Equipment | | 606.04 | - |
| 398 | Computer Equipment | | 606.04 | - |
| 399 | Computer Equipment | | 606.04 | - |
| 214 | Leasehold Improvement | | 7,170.00 | - |
| 207 | Leasehold Improvement | | 25,629.23 | 7,996.65 |
| 207 | Leasehold Improvement | | 25,629.23 | 7,996.65 |
| 339 | Leasehold Improvement | | 6,700.00 | - |
| 395 | Leasehold Improvement | | 10,150.00 | - |
| 334 | Leasehold Improvement | | 6,654.50 | 3,512.05 |
| 291 | Leasehold Improvement | | 5,361.18 | - |
| 321 | Leasehold Improvement | | 5,000.00 | 526.45 |
| 387 | Leasehold Improvement | | 7,352.08 | (0.00) |
| 251 | Leasehold Improvement | | 40,200.00 | - |
| 334 | Furniture & Fixtures | | 14,091.86 | - |
| 266 | Leasehold Improvement | | 15,392.07 | - |
| 229 | Leasehold Improvement | | 5,517.03 | 1,569.55 |
| 322 | Leasehold Improvement | HVAC | 5,385.44 | 101.72 |
| 214 | Leasehold Improvement | | 8,654.59 | - |
| 362 | Leasehold Improvement | | 18,195.00 | - |
| 288 | Leasehold Improvement | | 9,884.69 | 4,879.25 |
| 212 | Leasehold Improvement | | 18,500.00 | - |
| 362 | Leasehold Improvement | | 6,614.08 | (0.04) |
| 330 | Leasehold Improvement | | 9,786.16 | - |
| 330 | Leasehold Improvement | | 9,786.16 | - |
| 203 | Leasehold Improvement | | 12,962.94 | - |
| 251 | Leasehold Improvement | | 24,381.95 | - |
| 229 | Leasehold Improvement | | 8,302.78 | 2,382.38 |
| 266 | Leasehold Improvement | | 931.38 | - |
| 300 | Leasehold Improvement | | 8,389.54 | 2,929.98 |
| 300 | Leasehold Improvement | | 8,389.56 | 2,930.00 |
| 340 | Leasehold Improvement | | 4,364.47 | 1,060.48 |
| 340 | Leasehold Improvement | | 4,364.47 | 1,060.48 |
| 384 | Leasehold Improvement | | 8,676.39 | - |
| 384 | Leasehold Improvement | | 8,676.39 | - |
| 203 | Leasehold Improvement | | 7,283.42 | - |
| 386 | Leasehold Improvement | | 21,760.10 | 4,134.50 |
| 385 | Leasehold Improvement | | 17,990.12 | 8,144.57 |
| 385 | Leasehold Improvement | | 17,990.12 | 8,144.57 |
| 334 | Leasehold Improvement | | 4,910.39 | 2,700.71 |
| 229 | Leasehold Improvement | | 5,412.50 | 1,566.62 |
| 332 | Leasehold Improvement | | 2,449.29 | - |
| 330 | Leasehold Improvement | | 2,449.28 | - |
| 330 | Leasehold Improvement | | 2,449.28 | - |
| 332 | Leasehold Improvement | | 2,449.29 | - |
| 291 | Leasehold Improvement | | 5,901.25 | (0.35) |
| 291 | Leasehold Improvement | | 14,672.54 | 183.15 |
| 387 | Leasehold Improvement | | 7,807.02 | 0.00 |
| 276 | Leasehold Improvement | | 1,999.92 | - |
| 387 | Leasehold Improvement | | 7,807.02 | - |
| 276 | Leasehold Improvement | | 7,924.96 | - |
| 226 | Computer Equipment | | 804.64 | - |
| 229 | Computer Equipment | | 804.64 | - |
| 235 | Computer Equipment | | 804.64 | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 284 | Computer Equipment | | 804.64 | - |
| 288 | Computer Equipment | | 804.64 | - |
| 297 | Computer Equipment | | 804.64 | - |
| 393 | Computer Equipment | | 804.64 | - |
| 288 | Computer Equipment | | 606.04 | - |
| 297 | Computer Equipment | | 606.04 | - |
| 333 | Computer Equipment | | 606.04 | - |
| 393 | Computer Equipment | | 606.04 | - |
| 387 | Leasehold Improvement | | 7,807.02 | (0.00) |
| 287 | Leasehold Improvement | | 5,988.02 | - |
| 287 | Furniture & Fixtures | | 13,800.20 | - |
| 387 | Leasehold Improvement | | 2,307.90 | 22.98 |
| 203 | Leasehold Improvement | Carpet | 9,500.00 | - |
| 330 | Leasehold Improvement | Painting 1/3 of project | 5,000.00 | - |
| 330 | Leasehold Improvement | Store Refresh:Paint 1/3 Down | 5,000.00 | 0.00 |
| 322 | Equipment | Install Power for Baler | 931.48 | 931.48 |
| 322 | Equipment | Install Power for Baler | (931.48) | (931.48) |
| 201 | Equipment | Install Power for Baler | 797.21 | - |
| 239 | Equipment | Install Power for Baler | 716.26 | (0.00) |
| 393 | Equipment | Install Power for Baler | 868.38 | - |
| 244 | Equipment | Install Power for Baler | 782.08 | 0.00 |
| 265 | Equipment | Install Power for Baler | 810.59 | - |
| 396 | Equipment | Install Power for Baler | 761.33 | - |
| 362 | Equipment | Install Power for Baler | 1,252.69 | - |
| 290 | Equipment | Install Power for Baler | 1,576.82 | - |
| 398 | Equipment | Install Power for Baler | 981.89 | - |
| 265 | Equipment | Install Power for Baler | 514.19 | - |
| 271 | Equipment | Fix sign/time clock | 124.49 | 124.49 |
| 271 | Equipment | Fix sign/time clock | (124.49) | (124.49) |
| 251 | Equipment | Install Power for Baler | 2,055.38 | - |
| 245 | Equipment | Install Power for Baler | 1,902.76 | - |
| 262 | Equipment | Install Power for Baler | 1,584.51 | - |
| 235 | Equipment | HVAC Upgrade/Replacement | 45,739.96 | - |
| 330 | Leasehold Improvement | B/W scans & email | 32.63 | (192.66) |
| 330 | Leasehold Improvement | B/W scans & email | (32.63) | (32.63) |
| 331 | Equipment | System Deposit for Pilots | 454.66 | - |
| 331 | Equipment | System Deposit for Pilots | (94.29) | (0.00) |
| 215 | Equipment | System Deposit for Pilots | 479.03 | - |
| 215 | Equipment | System Deposit for Pilots | (111.29) | - |
| 234 | Equipment | System Deposit for Pilots | 469.35 | - |
| 234 | Equipment | System Deposit for Pilots | (101.61) | - |
| 297 | Equipment | System Deposit for Pilots | 417.80 | 0.00 |
| 297 | Equipment | System Deposit for Pilots | (87.10) | - |
| 321 | Equipment | System Deposit for Pilots | 437.15 | (0.00) |
| 321 | Equipment | System Deposit for Pilots | (106.45) | - |
| 331 | Equipment | System Deposit for Pilots | 278.34 | - |
| 331 | Equipment | System Deposit for Pilots | 164.25 | 164.25 |
| 331 | Equipment | System Deposit for Pilots | (164.25) | (164.25) |
| 387 | Equipment | System Deposit for Pilots | 208.19 | - |
| 387 | Equipment | System Deposit for Pilots | (125.71) | - |
| 226 | Equipment | Baler Install | 1,595.84 | - |
| 291 | Equipment | Baler Install | 1,042.20 | - |
| 293 | Equipment | Baler Install | 1,246.25 | - |
| 394 | Equipment | Baler Install | 1,347.24 | - |
| 330 | Leasehold Improvement | Architectural Rendering | 800.00 | 800.00 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 330 | Leasehold Improvement | Architectural Rendering | (800.00) | (800.00) |
| 330 | Leasehold Improvement | Ext Paint: Final 1/3 pymt | 5,000.00 | - |
| 201 | Equipment | Baler Power | 108.25 | - |
| 214 | Equipment | Baler Power | 108.25 | 108.25 |
| 214 | Equipment | Baler Power | (108.25) | (108.25) |
| 215 | Equipment | Baler Power | 108.25 | 108.25 |
| 215 | Equipment | Baler Power | (108.25) | (108.25) |
| 235 | Equipment | Baler Power | 108.25 | 108.25 |
| 235 | Equipment | Baler Power | (108.25) | (108.25) |
| 276 | Equipment | Baler Power | 1,752.46 | - |
| 288 | Equipment | Baler Power | 108.25 | 108.25 |
| 288 | Equipment | Baler Power | (108.25) | (108.25) |
| 289 | Equipment | Baler Power | 1,441.33 | - |
| 291 | Equipment | Baler Power | 108.25 | - |
| 295 | Equipment | Baler Power | 1,839.26 | - |
| 296 | Equipment | Baler Power | 108.25 | 108.25 |
| 296 | Equipment | Baler Power | (108.25) | (108.25) |
| 298 | Equipment | Baler Power | 108.25 | 108.25 |
| 298 | Equipment | Baler Power | (108.25) | (108.25) |
| 322 | Equipment | Baler Power | 108.25 | 108.25 |
| 322 | Equipment | Baler Power | (108.25) | (108.25) |
| 399 | Equipment | Baler Power | 1,349.97 | - |
| 287 | Equipment | Power for Baler | 108.25 | 108.25 |
| 287 | Equipment | Power for Baler | (108.25) | (108.25) |
| 266 | Equipment | HVAC Upgrade/Replacement | 18,159.84 | 2,377.97 |
| 235 | Equipment | Rental On Spot Coolers | 16,626.12 | - |
| 265 | Leasehold Improvement | HVAC - Offset by $49,744 Insurance Claim | 65,572.44 | - |
| 265 | Leasehold Improvement | Insurance Claim for HVAC | (49,744.00) | - |
| 297 | Equipment | Pipe Install for baler | 108.25 | 108.25 |
| 297 | Equipment | Pipe Install for baler | (108.25) | (108.25) |
| 201 | Equipment | 42" Smaller Baler | 9,121.15 | - |
| 220 | Equipment | 42" Smaller Baler | 9,121.15 | - |
| 226 | Equipment | 60" Large Baler | 9,121.15 | - |
| 239 | Equipment | 60" Large Baler | 9,121.15 | - |
| 244 | Equipment | 60" Large Baler | 9,121.15 | - |
| 245 | Equipment | 60" Large Baler | 9,121.15 | - |
| 251 | Equipment | 60" Large Baler | 9,121.15 | - |
| 262 | Equipment | 60" Large Baler | 9,121.15 | - |
| 265 | Equipment | 60" Large Baler | 9,121.15 | - |
| 276 | Equipment | 60" Large Baler | 9,121.15 | - |
| 284 | Equipment | 42" Smaller Baler | 9,121.15 | 456.06 |
| 289 | Equipment | 60" Large Baler | 9,110.61 | - |
| 290 | Equipment | 42" Smaller Baler | 9,121.15 | - |
| 291 | Equipment | 60" Large Baler | 9,110.61 | - |
| 293 | Equipment | 60" Large Baler | 9,121.15 | - |
| 295 | Equipment | 60" Large Baler | 9,121.15 | - |
| 300 | Equipment | 60" Large Baler | 9,015.82 | - |
| 321 | Equipment | 60" Large Baler | 9,015.82 | - |
| 329 | Equipment | 60" Large Baler | 9,209.62 | - |
| 336 | Equipment | 60" Large Baler | 9,015.82 | - |
| 340 | Equipment | 42" Smaller Baler | 9,121.15 | - |
| 362 | Equipment | 42" Smaller Baler | 11,232.29 | - |
| 386 | Equipment | 42" Smaller Baler | 9,121.15 | - |
| 387 | Equipment | 42" Smaller Baler | 9,121.15 | - |
| 393 | Equipment | 60" Large Baler | 9,121.15 | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 394 | Equipment | 42" Smaller Baler | 9,100.08 | - |
| 396 | Equipment | 42" Smaller Baler | 9,121.15 | - |
| 398 | Equipment | 42" Smaller Baler | 9,121.15 | - |
| 399 | Equipment | 60" Large Baler | 9,110.61 | - |
| 330 | | Renderings | 600.00 | 600.00 |
| 330 | | Renderings | (600.00) | (600.00) |
| 201 | Leasehold Improvement | Sign Repair | 6,392.40 | - |
| 331 | Equipment | Security Cameras | 6,798.02 | - |
| 226 | Equipment | Camera Install / Shipping | 483.87 | - |
| 226 | Equipment | Camera Install / Shipping | (116.13) | - |
| 288 | Equipment | Camera Install / Shipping | 469.35 | - |
| 288 | Equipment | Camera Install / Shipping | (469.35) | - |
| 291 | Equipment | Camera Install / Shipping | 451.67 | 0.00 |
| 291 | Equipment | Camera Install / Shipping | (120.97) | - |
| 387 | Equipment | Camera Install / Shipping | 248.22 | 0.00 |
| 387 | Equipment | Disconnect Baler | 1,179.93 | - |
| 340 | Equipment | Disconnect Baler | 1,185.34 | - |
| 386 | Equipment | Disconnect Baler | 1,185.34 | - |
| 276 | Leasehold Improvement | 50%HVAC Contract | 46,979.00 | 19,574.70 |
| 203 | Equipment | Pipe Install for baler | 108.25 | 108.25 |
| 203 | Equipment | Pipe Install for baler | (108.25) | (108.25) |
| 209 | Equipment | Pipe Install for baler | 108.25 | 108.25 |
| 209 | Equipment | Pipe Install for baler | (108.25) | (108.25) |
| 212 | Equipment | Pipe Install for baler | 108.25 | 108.25 |
| 212 | Equipment | Pipe Install for baler | (108.25) | (108.25) |
| 216 | Equipment | Pipe Install for baler | 108.25 | 108.25 |
| 216 | Equipment | Pipe Install for baler | (108.25) | (108.25) |
| 222 | Equipment | Pipe Install for baler | 108.25 | 108.25 |
| 222 | Equipment | Pipe Install for baler | (108.25) | (108.25) |
| 238 | Equipment | Pipe Install for baler | 108.25 | 108.25 |
| 238 | Equipment | Pipe Install for baler | (108.25) | (108.25) |
| 239 | Equipment | Pipe Install for baler | 108.25 | - |
| 244 | Equipment | Pipe Install for baler | 108.25 | - |
| 265 | Equipment | Pipe Install for baler | 108.25 | - |
| 290 | Equipment | Pipe Install for baler | 119.08 | - |
| 200 | Equipment | Pipe Install for baler | 108.25 | 108.25 |
| 200 | Equipment | Pipe Install for baler | (108.25) | (108.25) |
| 362 | Equipment | Pipe Install for baler | 108.25 | - |
| 393 | Equipment | Pipe Install for baler | 108.25 | - |
| 398 | Equipment | Pipe Install for baler | 108.25 | - |
| 215 | Equipment | Security Cameras | 6,492.26 | - |
| 226 | Equipment | Security Cameras | 6,410.29 | - |
| 234 | Equipment | Security Cameras | 6,881.20 | - |
| 288 | Equipment | Security Cameras | 7,879.58 | - |
| 291 | Equipment | Security Cameras | 7,901.20 | - |
| 321 | Equipment | Security Cameras | 8,207.60 | - |
| 387 | Equipment | Security Cameras | 10,557.05 | - |
| 220 | Equipment | Baler Install | 1,479.46 | - |
| 387 | Equipment | Camera Install | 2,540.63 | - |
| 284 | Equipment | Baler Electrical | 1,179.93 | - |
| 329 | Equipment | Baler Electrical | 1,735.10 | - |
| 331 | Equipment | HVAC | 7,430.00 | - |
| 229 | Leasehold Improvement | Elevator Retrofit | 22,310.33 | 7,702.33 |
| 265 | Equipment | HVAC Repair - Offset by $20,317 Insur Claim | 32,818.15 | - |
| 265 | Equipment | Insurance Claim for HVAC | (20,317.00) | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 265 | Equipment | HVAC Repair | 3,886.18 | - |
| 233 | Equipment | HVAC | 13,517.11 | 101.46 |
| 276 | Equipment | HVAC | 41,870.19 | - |
| 245 | Leasehold Improvement | Lighting Retrofit | 29,620.11 | 12,835.67 |
| 276 | Leasehold Improvement | Lighting Retrofit | 30,781.66 | 13,338.98 |
| 284 | Leasehold Improvement | Lighting Retrofit | 67,366.17 | 29,192.33 |
| 387 | Leasehold Improvement | Lighting Retrofit | 57,754.62 | 25,026.90 |
| 289 | Leasehold Improvement | Roof : 50% on Delivery of Materials | 47,941.55 | 19,975.85 |
| 300 | Equipment | Baler Electrical | 1,620.71 | - |
| 336 | Equipment | Baler Electrical | 1,308.69 | - |
| 297 | Equipment | Surveillance Camera | 7,091.86 | |
| 331 | Leasehold Improvement | HVAC Materials | 7,430.00 | 3,095.60 |
| 276 | Leasehold Improvement | HVAC Contract | 5,102.78 | 2,126.38 |
| 200 | Leasehold Improvement | Lighting Material / Labor | 36,131.08 | 24,087.48 |
| 228 | Leasehold Improvement | Lighting Material / Labor | 73,010.91 | 55,366.73 |
| 234 | Leasehold Improvement | Lighting Material / Labor | 22,730.71 | 9,850.15 |
| 251 | Leasehold Improvement | Lighting Material / Labor | 16,422.81 | 7,116.33 |
| 291 | Leasehold Improvement | Lighting Material / Labor | 31,963.03 | 13,850.55 |
| 293 | Leasehold Improvement | Lighting Material / Labor | 27,887.87 | 12,084.67 |
| 296 | Leasehold Improvement | Lighting Material / Labor | 51,989.31 | 22,528.99 |
| 297 | Leasehold Improvement | Lighting Material / Labor | 42,204.10 | 18,288.50 |
| 331 | Leasehold Improvement | Lighting Material / Labor | 28,173.69 | 12,208.65 |
| 289 | Leasehold Improvement | Roof Contract | 41,033.43 | 17,096.93 |
| 321 | Equipment | Electrical for Baler | 1,846.85 | - |
| 209 | Leasehold Improvement | HVAC Contract | 34,863.44 | 9,662.74 |
| 209 | Leasehold Improvement | Lighting Material / Labor | 51,621.72 | 22,369.48 |
| 226 | Leasehold Improvement | Lighting Material / Labor | 34,352.33 | 14,885.97 |
| 215 | Leasehold Improvement | Roof Repair Inv 1 of 3 | 17,307.00 | 5,631.40 |
| 215 | Leasehold Improvement | Roof Repair Inv 2 of 3 | 17,307.00 | 5,631.40 |
| 271 | Equipment | Baler | 9,121.42 | 8,969.40 |
| 271 | Equipment | Baler | (9,121.42) | (8,969.40) |
| 233 | Leasehold Improvement | Lighting Retrofit | 23,643.12 | 10,245.08 |
| 333 | Leasehold Improvement | Lighting Retrofit | 42,523.45 | 18,426.99 |
| 386 | Leasehold Improvement | Lighting Retrofit | 8,145.11 | 3,529.27 |
| 215 | Leasehold Improvement | Roof Repair Inv 3 of 3 | 21,590.40 | 7,025.48 |
| 334 | Leasehold Improvement | Lighting Retrofit | 40,286.50 | 11,669.08 |
| 200 | Equipment | Security Cameras & Install | 5,658.92 | 1,037.24 |
| 201 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 203 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 214 | Equipment | Security Cameras & Install | 6,158.92 | - |
| 216 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 238 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 244 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 290 | Leasehold Improvement | Fitting Room Remodel Contract | 35,504.00 | 7,185.11 |
| 323 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 398 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 323 | Equipment | Baler - originally slated for 191 | 9,873.94 | - |
| 301 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 329 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 330 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 332 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 336 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 339 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 222 | Equipment | Security Cameras & Install | 5,658.92 | 377.00 |
| 239 | Equipment | Security Cameras & Install | 5,658.92 | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 235 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 265 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 298 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 287 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 399 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 293 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 289 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 219 | Equipment | Security Cameras & Install | 5,658.92 | 5,564.60 |
| 300 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 333 | Equipment | Security Cameras & Install | 9,416.68 | - |
| 220 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 294 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 286 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 209 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 212 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 213 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 228 | Equipment | Security Cameras & Install | 6,088.92 | 3,754.88 |
| 229 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 233 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 245 | Equipment | Security Cameras & Install | 6,681.78 | 0.00 |
| 251 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 262 | Equipment | Security Cameras & Install | 5,748.92 | - |
| 266 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 270 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 271 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 276 | Equipment | Security Cameras & Install | 6,218.92 | - |
| 284 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 290 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 295 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 296 | Equipment | Security Cameras & Install | 6,188.92 | - |
| 299 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 322 | Equipment | Security Cameras & Install | 5,688.92 | 2,749.50 |
| 328 | Equipment | Security Cameras & Install | 6,088.92 | 3,754.88 |
| 334 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 340 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 361 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 383 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 384 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 385 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 386 | Equipment | Security Cameras & Install | 5,748.92 | - |
| 387 | Leasehold Improvement | Fire Panel Contract | 16,778.75 | 695.33 |
| 387 | Equipment | Security Cameras & Install | 7,808.92 | 0.00 |
| 393 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 394 | Leasehold Improvement | HVAC Contract | 7,620.10 | 3,746.60 |
| 394 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 395 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 396 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 207 | Equipment | Security Cameras & Install | 6,938.92 | 0.00 |
| 322 | Leasehold Improvement | HVAC Reseve | 26,416.89 | 17,171.01 |
| 362 | Equipment | Security Cameras & Install | 5,748.92 | - |
| 394 | Leasehold Improvement | HVAC Reseve | 5,680.76 | 2,793.02 |
| 233 | Leasehold Improvement | HVAC | 6,309.57 | 3,102.19 |
| 214 | Leasehold Improvement | HVAC Reserve | 13,209.20 | 6,604.40 |
| 330 | Leasehold Improvement | HVAC Reserve | 17,745.58 | 8,872.78 |
| 387 | Leasehold Improvement | Elevator Remodel 42% Deposit | 50,000.00 | 17,261.80 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 299 | Leasehold Improvement | HVAC Reserve | 6,548.03 | 1,859.31 |
| 251 | Leasehold Improvement | Remodel : Carpet Removal/Floor | 21,867.53 | 10,933.73 |
| 251 | Leasehold Improvement | Remodel : Carpet Removal/Floor | 21,867.53 | 10,933.73 |
| 290 | Leasehold Improvement | Remodel : Carpet Removal/Floor | 25,460.40 | 12,730.20 |
| 290 | Leasehold Improvement | Remodel : Carpet Removal/Floor | 25,460.40 | 12,730.20 |
| 290 | Leasehold Improvement | Remodel : Labor/Materials | 2,408.91 | 716.79 |
| 290 | Leasehold Improvement | Remodel : Electric | 11,791.68 | 3,509.26 |
| 290 | Leasehold Improvement | Remodel : Mirrors | 2,786.36 | 829.33 |
| 213 | Leasehold Improvement | Lighting Retrofit | 18,090.17 | 8,808.43 |
| 262 | Leasehold Improvement | Lighting Retrofit | 4,968.68 | - |
| 262 | Leasehold Improvement | Lighting Retrofit | 13,249.00 | - |
| 290 | Leasehold Improvement | Remodel : Labor, Hotel, Expenses | 4,433.62 | 2,216.62 |
| 296 | Leasehold Improvement | HVAC Reserve | 5,999.73 | - |
| 394 | Leasehold Improvement | Lighting Retrofit | 22,290.71 | 4,334.49 |
| 214 | Leasehold Improvement | HVAC Reserve - Addtl Tax Accrued | 0.83 | - |
| 200 | Equipment | Security Camera Install - addtl use tax | 177.38 | 32.34 |
| 201 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 203 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 209 | Equipment | Security Camera Install - addtl use tax | 179.85 | - |
| 212 | Equipment | Security Camera Install - addtl use tax | 179.85 | - |
| 213 | Equipment | Security Camera Install - addtl use tax | 182.33 | - |
| 214 | Equipment | Security Camera Install - addtl use tax | 218.63 | 0.00 |
| 216 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 220 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 222 | Equipment | Security Camera Install - addtl use tax | 177.38 | 11.62 |
| 228 | Equipment | Security Camera Install - addtl use tax | 212.85 | 131.20 |
| 229 | Equipment | Security Camera Install - addtl use tax | 179.85 | - |
| 233 | Equipment | Security Camera Install - addtl use tax | 179.85 | - |
| 235 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 238 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 239 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 244 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 245 | Equipment | Security Camera Install - addtl use tax | 192.64 | - |
| 251 | Equipment | Security Camera Install - addtl use tax | 179.85 | - |
| 262 | Equipment | Security Camera Install - addtl use tax | 184.80 | - |
| 265 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 266 | Equipment | Security Camera Install - addtl use tax | 179.85 | - |
| 270 | Equipment | Security Camera Install - addtl use tax | 179.85 | - |
| 271 | Equipment | Security Camera Install - addtl use tax | 179.85 | - |
| 276 | Equipment | Security Camera Install - addtl use tax | 223.58 | 0.00 |
| 284 | Equipment | Security Camera Install - addtl use tax | 182.33 | - |
| 286 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 287 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 289 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 290 | Equipment | Security Camera Install - addtl use tax | 179.85 | - |
| 293 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 294 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 295 | Equipment | Security Camera Install - addtl use tax | 179.85 | - |
| 296 | Equipment | Security Camera Install - addtl use tax | 221.10 | - |
| 298 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 299 | Equipment | Security Camera Install - addtl use tax | 179.85 | (0.00) |
| 322 | Equipment | Security Camera Install - addtl use tax | 179.85 | 50.85 |
| 328 | Equipment | Security Camera Install - addtl use tax | 212.85 | 131.20 |
| 334 | Equipment | Security Camera Install - addtl use tax | 182.33 | - |
| 340 | Equipment | Security Camera Install - addtl use tax | 179.85 | (0.00) |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 361 | Equipment | Security Camera Install - addtl use tax | 179.85 | - |
| 362 | Equipment | Security Camera Install - addtl use tax | 184.80 | - |
| 383 | Equipment | Security Camera Install - addtl use tax | 179.85 | - |
| 384 | Equipment | Security Camera Install - addtl use tax | 179.85 | - |
| 385 | Equipment | Security Camera Install - addtl use tax | 182.33 | - |
| 386 | Equipment | Security Camera Install - addtl use tax | 184.80 | - |
| 387 | Equipment | Security Camera Install - addtl use tax | 354.75 | - |
| 393 | Equipment | Security Camera Install - addtl use tax | 179.85 | - |
| 394 | Equipment | Security Camera Install - addtl use tax | 176.80 | - |
| 395 | Equipment | Security Camera Install - addtl use tax | 182.33 | - |
| 396 | Equipment | Security Camera Install - addtl use tax | 182.33 | - |
| 398 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 399 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 290 | Leasehold Improvement | Remodel : Materials | 2,745.49 | 817.37 |
| 203 | Leasehold Improvement | HVAC Reserve | 12,262.75 | 6,540.11 |
| 228 | Leasehold Improvement | HVAC Reserve | 5,765.78 | 4,948.93 |
| 233 | Equipment | EAS Installation | 3,976.02 | 132.36 |
| 244 | Leasehold Improvement | HVAC Reserve | 6,981.07 | 2,386.27 |
| 245 | Equipment | EAS Installation | 3,819.06 | 127.36 |
| 251 | Equipment | EAS Installation | 3,976.02 | 132.36 |
| 262 | Equipment | EAS Installation | 3,819.06 | 127.36 |
| 270 | Equipment | EAS Installation | 3,976.02 | 132.36 |
| 271 | Equipment | EAS Installation | 3,976.02 | 132.36 |
| 286 | Equipment | EAS Installation | 3,976.02 | 132.36 |
| 288 | Equipment | EAS Installation | 3,976.02 | 132.36 |
| 289 | Equipment | EAS Installation | 3,976.02 | 132.36 |
| 291 | Leasehold Improvement | HVAC Reserve | 7,004.58 | 1,349.14 |
| 291 | Equipment | EAS Installation | 3,976.02 | 132.36 |
| 293 | Equipment | EAS Installation | 3,976.02 | 132.36 |
| 294 | Equipment | EAS Installation | 3,976.02 | 132.36 |
| 295 | Leasehold Improvement | HVAC Reserve | 5,758.19 | 383.87 |
| 394 | Equipment | EAS Installation | 1,942.92 | 64.88 |
| 399 | Leasehold Improvement | HVAC Reserve | 19,561.25 | 13,475.73 |
| 399 | Equipment | EAS Installation | 3,965.20 | 131.98 |
| 207 | Equipment | EAS Installation | 3,547.95 | 118.41 |
| 209 | Equipment | EAS Installation | 3,732.46 | 124.28 |
| 212 | Equipment | EAS Installation | 3,732.46 | 124.28 |
| 213 | Equipment | EAS Installation | 1,947.42 | 64.74 |
| 214 | Equipment | EAS Installation | 3,754.11 | 125.05 |
| 215 | Equipment | EAS Installation | 1,963.66 | 65.32 |
| 234 | Equipment | EAS Installation | 3,737.87 | 124.47 |
| 244 | Equipment | EAS Installation | 3,754.11 | 125.05 |
| 265 | Equipment | EAS Installation | 1,963.66 | 65.32 |
| 266 | Equipment | EAS Installation | 1,958.24 | 65.12 |
| 276 | Equipment | EAS Installation | 3,797.41 | 126.59 |
| 284 | Equipment | EAS Installation | 3,802.82 | 126.78 |
| 295 | Equipment | EAS Installation | 1,963.66 | 65.32 |
| 299 | Equipment | EAS Installation | 3,737.87 | 124.47 |
| 300 | Equipment | EAS Installation | 1,884.95 | 62.59 |
| 321 | Equipment | EAS Installation | 3,582.40 | 119.22 |
| 322 | Equipment | EAS Installation | 3,754.11 | 1,313.88 |
| 329 | Equipment | EAS Installation | 1,859.50 | 62.08 |
| 331 | Equipment | EAS Installation | 1,859.50 | 62.08 |
| 332 | Equipment | EAS Installation | 3,538.99 | 118.15 |
| 336 | Equipment | EAS Installation | 1,867.26 | 62.30 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 384 | Equipment | EAS Installation | 3,802.82 | 126.78 |
| 385 | Equipment | EAS Installation | 1,936.59 | 64.35 |
| 386 | Equipment | EAS Installation | 3,802.82 | 126.78 |
| 395 | Equipment | EAS Installation | 1,963.66 | 65.32 |
| 245 | Leasehold Improvement | Sign Repairs | 6,224.62 | 415.18 |
| 290 | Leasehold Improvement | Remodel : Construction Materials | 957.71 | 478.91 |
| 290 | Leasehold Improvement | Remodel : Construction Contract | 15,696.25 | 7,848.25 |
| 330 | Leasehold Improvement | HVAC - 50% Contract | 79,767.50 | 27,538.95 |
| 200 | Equipment | EAS Installation | 3,786.59 | 1,388.41 |
| 201 | Equipment | EAS Installation | 3,754.11 | 250.19 |
| 203 | Equipment | EAS Installation | 3,737.87 | 249.07 |
| 216 | Equipment | EAS Installation | 2,315.47 | 154.43 |
| 220 | Equipment | EAS Installation | 3,754.11 | 250.19 |
| 222 | Equipment | EAS Installation | 1,958.24 | 326.24 |
| 226 | Equipment | EAS Installation | 3,737.87 | 249.07 |
| 228 | Equipment | EAS Installation | 3,737.87 | 2,678.77 |
| 229 | Equipment | EAS Installation | 3,786.59 | 252.43 |
| 235 | Equipment | EAS Installation | 3,781.17 | 252.05 |
| 238 | Equipment | EAS Installation | 1,958.24 | 130.40 |
| 239 | Equipment | EAS Installation | 3,737.87 | 249.07 |
| 290 | Leasehold Improvement | Remodel : Labor | 280.98 | 140.58 |
| 290 | Leasehold Improvement | Remodel : Labor | 214.08 | 107.28 |
| 290 | Leasehold Improvement | Remodel : Labor | 529.85 | 264.65 |
| 290 | Leasehold Improvement | Remodel : Labor | 107.04 | 53.64 |
| 290 | Leasehold Improvement | Remodel : Labor | 953.33 | 476.93 |
| 290 | Leasehold Improvement | Remodel : Labor | 495.06 | 247.26 |
| 290 | Leasehold Improvement | Remodel : Labor | 107.04 | 53.64 |
| 296 | Equipment | EAS Installation | 3,737.87 | 249.07 |
| 298 | Equipment | EAS Installation | 1,979.89 | 131.89 |
| 301 | Equipment | EAS Installation | 1,872.26 | 125.06 |
| 323 | Equipment | EAS Installation | 3,754.11 | 250.19 |
| 328 | Equipment | EAS Installation | 1,958.24 | 1,403.36 |
| 330 | Equipment | EAS Installation | 1,859.50 | 124.06 |
| 334 | Equipment | EAS Installation | 3,770.35 | 251.31 |
| 339 | Equipment | EAS Installation | 1,877.26 | 125.02 |
| 340 | Equipment | EAS Installation | 1,936.59 | 128.91 |
| 361 | Equipment | EAS Installation | 2,380.42 | 158.90 |
| 362 | Equipment | EAS Installation | 3,737.87 | 249.07 |
| 383 | Equipment | EAS Installation | 5,430.90 | 361.78 |
| 387 | Equipment | EAS Installation | 12,571.07 | 837.95 |
| 393 | Equipment | EAS Installation | 1,979.89 | 131.89 |
| 396 | Equipment | EAS Installation | 1,958.24 | 130.40 |
| 398 | Equipment | EAS Installation | 1,958.24 | 130.40 |
| 330 | Leasehold Improvement | 25% Deposit | 39,883.85 | 13,769.30 |
| 330 | Leasehold Improvement | Temp Air | 7,267.37 | 2,508.77 |
| 339 | Leasehold Improvement | HVAC Reserve | 12,949.60 | 4,470.80 |
| 229 | Leasehold Improvement | Progress Payment - 79% | 12,000.00 | 4,142.70 |
| 330 | Leasehold Improvement | Progress Payment - 75% | 39,883.75 | 13,769.20 |
| 330 | Leasehold Improvement | AC Package Rental | 12,734.74 | 4,396.74 |
| 330 | Leasehold Improvement | AC Package Rental | 400.00 | 138.20 |
| 387 | Leasehold Improvement | Fire Recall System for Freight Elevator | 8,551.75 | 2,952.20 |
| 219 | Computer Equipment | | (984.46) | (574.21) |
| 219 | Computer Equipment | | (2,413.92) | (1,408.17) |
| 219 | Computer Equipment | | (606.04) | (353.54) |
| 219 | Equipment | | (9,639.67) | - |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 219 | Equipment | | (17,346.82) | - |
| 219 | Equipment | | (22,054.96) | - |
| 219 | Leasehold Improvement | | (13,439.58) | 0.00 |
| 219 | Leasehold Improvement | | (10,637.81) | (3,343.31) |
| 219 | Leasehold Improvement | | (11,148.77) | (5,005.46) |
| 219 | Leasehold Improvement | | (20,890.83) | (9,379.65) |
| 219 | Leasehold Improvement | | (11,148.77) | (5,218.52) |
| 219 | Equipment | | (5,658.92) | (5,564.60) |
| 266 | Leasehold Improvement | 50% Deposit - Store Front Repair | 4,194.69 | 439.25 |
| 229 | Leasehold Improvement | Final Payment | 12,025.65 | 4,581.33 |
| 266 | Leasehold Improvement | Final Payment - Store Front Repair | 4,184.68 | 438.08 |
| 229 | Leasehold Improvement | Structural Work - Falling Bricks 50% | 17,690.00 | 10,171.58 |
| 332 | Leasehold Improvement | Move Store : Electrical 1st Installment | 19,000.00 | 0.16 |
| 332 | Leasehold Improvement | Move Store : Construction Contract 60% | 126,073.20 | (0.24) |
| 387 | Leasehold Improvement | HVAC Replacement | 73,095.51 | 42,639.01 |
| 212 | Equipment | EAS System | 384.29 | 155.79 |
| 229 | Leasehold Improvement | Construction Project | 24,771.93 | 14,244.00 |
| 332 | Leasehold Improvement | Relocation : Carpet | 60,350.50 | 0.10 |
| 332 | Leasehold Improvement | Relocation : Carpet | 3,275.00 | (4,749.96) |
| 332 | Leasehold Improvement | Relocation : Plumbing Plans | 2,000.00 | (0.16) |
| 332 | Leasehold Improvement | Relocation : Architectural Plans | 1,500.00 | - |
| 332 | Leasehold Improvement | Relocation : Electrical Plans | 1,200.00 | - |
| 332 | Leasehold Improvement | Relocation : Modification of AC Plans | 1,200.00 | - |
| 332 | Leasehold Improvement | Build-out Wall in Stock Room | 785.00 | 0.20 |
| 332 | Leasehold Improvement | Block Wall / Rebar | 925.00 | 0.04 |
| 332 | Furniture & Fixtures | Fixtures | 59,018.48 | 25,293.68 |
| 387 | Leasehold Improvement | Elevator Contract - 2nd Installment | 30,000.00 | 17,750.00 |
| 332 | Leasehold Improvement | Relocation : Electrical Install | 6,328.50 | 0.18 |
| 332 | Leasehold Improvement | New Store : Construction Contract | 49,705.25 | (0.19) |
| 332 | Leasehold Improvement | New Store : Construction Contract | 63,036.60 | 0.12 |
| 332 | Equipment | Security Cameras & Install | 3,292.40 | 658.64 |
| 201 | Leasehold Improvement | HVAC Service | 8,124.79 | 3,385.51 |
| 228 | Leasehold Improvement | HVAC Service | 4,998.82 | 3,832.48 |
| 228 | Leasehold Improvement | HVAC Service | 4,961.43 | 3,886.46 |
| 288 | Leasehold Improvement | HVAC Service | 30,457.86 | 13,416.13 |
| 387 | Leasehold Improvement | HVAC Replacement | 77,243.67 | 33,104.31 |
| 332 | Leasehold Improvement | Relocation : Sign | 24,744.44 | (0.04) |
| 332 | Leasehold Improvement | Relocation : Materials | 1,495.60 | (0.08) |
| 332 | Leasehold Improvement | | 12,933.01 | (0.11) |
| 270 | Leasehold Improvement | | 8,154.63 | 1,630.95 |
| 291 | Leasehold Improvement | | 8,823.62 | 1,764.74 |
| 209 | Leasehold Improvement | | 10,592.66 | 10,592.66 |
| 214 | Leasehold Improvement | | 5,764.66 | 1,152.82 |
| 222 | Leasehold Improvement | | 9,758.00 | 2,927.54 |
| 271 | Leasehold Improvement | | 7,047.67 | 1,409.59 |
| 296 | Leasehold Improvement | | 7,959.73 | 1,592.05 |
| 214 | Leasehold Improvement | Replace Compressor | 14,826.37 | 2,965.09 |
| 290 | Leasehold Improvement | Remodel : Signage | 29,486.78 | 16,820.78 |
| 323 | Leasehold Improvement | Replace Compressor | 6,474.37 | 2,928.69 |
| 332 | Equipment | Remodel : Paging System | 1,567.00 | 313.24 |
| 222 | Leasehold Improvement | | 4,991.41 | 1,497.43 |
| 228 | Leasehold Improvement | | 4,991.79 | 4,242.99 |
| 228 | Leasehold Improvement | | 4,999.37 | 4,249.49 |
| 291 | Leasehold Improvement | | 4,997.69 | 999.77 |
| 339 | Leasehold Improvement | | 5,355.08 | 1,071.08 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 383 | Leasehold Improvement | | 4,967.00 | 993.56 |
| 393 | Leasehold Improvement | | 6,811.17 | 1,362.21 |
| 284 | Leasehold Improvement | HVAC Repairs | 5,937.52 | 2,756.92 |
| 288 | Leasehold Improvement | HVAC Repairs | 30,457.86 | 14,141.31 |
| 332 | Computer Equipment | Quick scan Units | 514.08 | 102.72 |
| 332 | Computer Equipment | POS System | 1,947.29 | 389.69 |
| 332 | Leasehold Improvement | Electrical | 13,225.00 | 0.04 |
| 393 | Leasehold Improvement | HVAC Repairs | 24,647.47 | 10,856.73 |
| 234 | Leasehold Improvement | Compressor Replacement | 6,054.03 | 1,513.53 |
| 332 | Equipment | EAS System | 2,050.20 | 410.04 |
| 332 | Leasehold Improvement | Door Repairs | 9,490.28 | 0.20 |
| 214 | Leasehold Improvement | Compressor Replacement | 14,826.37 | 4,200.64 |
| 387 | Leasehold Improvement | Cooling Tower Replacement | 7,912.59 | 2,109.87 |
| 238 | Leasehold Improvement | Compressor Replacement | 5,081.25 | 1,439.58 |
| 336 | Leasehold Improvement | Replace Copper Condensate drain lines | 5,663.28 | 1,226.95 |
| 214 | Leasehold Improvement | HVAC Repair | 6,373.73 | 1,805.84 |
| 290 | Leasehold Improvement | | 2,915.97 | 2,082.93 |
| 207 | Leasehold Improvement | | 4,287.92 | 4,002.08 |
| 383 | Leasehold Improvement | | 4,562.25 | 3,910.53 |
| 301 | Leasehold Improvement | | 3,204.66 | 2,289.06 |
| 336 | Leasehold Improvement | | 3,720.42 | 2,657.46 |
| 330 | Leasehold Improvement | | 3,736.81 | 3,487.69 |
| 390 | Leasehold Improvement | | 3,350.00 | 2,871.44 |
| 387 | Leasehold Improvement | | 2,955.29 | 2,758.25 |
| 387 | Leasehold Improvement | | 2,955.29 | 2,758.25 |
| 233 | Leasehold Improvement | | 3,800.80 | 3,257.80 |
| 329 | Leasehold Improvement | | 3,500.00 | 2,499.92 |
| 329 | Leasehold Improvement | | 3,498.22 | 2,498.62 |
| 331 | Leasehold Improvement | | 3,498.30 | 2,498.70 |
| 295 | Leasehold Improvement | | 3,124.00 | 2,231.44 |
| 295 | Leasehold Improvement | | 2,665.00 | 1,903.48 |
| 361 | Leasehold Improvement | | 2,920.00 | 2,085.76 |
| 383 | Leasehold Improvement | | 3,016.00 | 2,585.20 |
| 383 | Leasehold Improvement | | 4,445.30 | 3,810.26 |
| 215 | Leasehold Improvement | | 3,169.01 | 2,957.69 |
| 233 | Leasehold Improvement | | 3,800.80 | 3,257.80 |
| 330 | Leasehold Improvement | | 3,331.30 | 2,379.46 |
| 332 | Leasehold Improvement | | 2,619.44 | 1,871.12 |
| 215 | Leasehold Improvement | | 3,432.51 | 3,203.67 |
| 203 | Leasehold Improvement | | 4,083.98 | 3,500.54 |
| 229 | Leasehold Improvement | | 6,054.49 | 5,650.81 |
| 214 | Leasehold Improvement | | 2,995.06 | 2,567.14 |
| 245 | Leasehold Improvement | | 2,882.19 | 2,470.47 |
| 270 | Leasehold Improvement | | 4,052.99 | 3,473.99 |
| 271 | Leasehold Improvement | | 4,770.30 | 4,088.82 |
| 214 | Leasehold Improvement | | 2,649.96 | 2,271.36 |
| 215 | Leasehold Improvement | | 3,169.01 | 2,957.69 |
| 245 | Leasehold Improvement | | 4,048.55 | 3,470.15 |
| 200 | Leasehold Improvement | | 2,732.44 | 2,277.02 |
| 209 | Leasehold Improvement | | 4,430.73 | 3,164.73 |
| 209 | Leasehold Improvement | | 3,199.49 | 2,285.33 |
| 209 | Leasehold Improvement | | 3,199.49 | 2,285.33 |
| 209 | Leasehold Improvement | | 2,745.55 | 1,960.99 |
| 214 | Leasehold Improvement | | 2,929.21 | 2,092.33 |
| 214 | Leasehold Improvement | | 2,835.45 | 2,025.21 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 222 | Leasehold Improvement | | 4,766.59 | 3,404.59 |
| 222 | Leasehold Improvement | | 3,447.12 | 2,462.16 |
| 228 | Leasehold Improvement | | 4,662.66 | 3,996.54 |
| 228 | Leasehold Improvement | | 4,050.72 | 3,472.08 |
| 234 | Leasehold Improvement | | 4,863.51 | 3,473.91 |
| 234 | Leasehold Improvement | | 3,098.41 | 2,213.05 |
| 238 | Leasehold Improvement | | 3,162.93 | 2,259.33 |
| 244 | Leasehold Improvement | | 3,747.00 | 2,676.36 |
| 251 | Leasehold Improvement | | 3,395.57 | 2,425.49 |
| 262 | Leasehold Improvement | | 4,529.58 | 3,235.50 |
| 262 | Leasehold Improvement | | 2,948.08 | 2,105.68 |
| 270 | Leasehold Improvement | | 4,093.83 | 2,924.07 |
| 271 | Leasehold Improvement | | 3,967.23 | 2,833.71 |
| 271 | Leasehold Improvement | | 3,080.44 | 2,200.36 |
| 288 | Leasehold Improvement | | 4,245.23 | 3,032.27 |
| 288 | Leasehold Improvement | | 3,865.60 | 2,761.12 |
| 291 | Leasehold Improvement | | 4,997.69 | 3,569.69 |
| 291 | Leasehold Improvement | | 4,646.63 | 3,318.95 |
| 291 | Leasehold Improvement | | 4,616.04 | 3,297.24 |
| 291 | Leasehold Improvement | | 4,207.58 | 3,005.42 |
| 291 | Leasehold Improvement | | 3,794.16 | 2,710.08 |
| 293 | Leasehold Improvement | | 3,040.77 | 2,171.97 |
| 297 | Leasehold Improvement | | 3,315.68 | 2,368.40 |
| 297 | Leasehold Improvement | | 2,901.09 | 2,072.13 |
| 299 | Leasehold Improvement | | 3,353.28 | 2,395.20 |
| 299 | Leasehold Improvement | | 3,208.89 | 2,292.09 |
| 299 | Leasehold Improvement | | 2,784.17 | 1,988.81 |
| 323 | Leasehold Improvement | | 3,254.06 | 2,324.30 |
| 323 | Leasehold Improvement | | 2,804.06 | 2,002.94 |
| 393 | Leasehold Improvement | | 3,999.38 | 2,856.74 |
| 393 | Leasehold Improvement | | 3,360.07 | 2,400.07 |
| 394 | Leasehold Improvement | | 4,787.40 | 3,419.64 |
| 398 | Leasehold Improvement | | 3,900.64 | 2,786.08 |
| 295 | Leasehold Improvement | | 3,069.51 | 2,192.55 |
| 339 | Leasehold Improvement | | 3,049.75 | 2,178.31 |
| 387 | Leasehold Improvement | | 5,141.88 | 4,799.04 |
| 393 | Leasehold Improvement | | 3,050.38 | 2,614.66 |
| 399 | Leasehold Improvement | | 3,825.94 | 3,570.82 |
| 334 | Leasehold Improvement | | 3,625.14 | 3,383.46 |
| 387 | Leasehold Improvement | | 6,286.73 | 5,867.57 |
| 207 | Leasehold Improvement | Parking Lot Lighting | 2,684.48 | 1,374.12 |
| 200 | Leasehold Improvement | HVAC Repairs | 5,761.76 | 4,870.09 |
| 295 | Leasehold Improvement | Install of Rooftop Unit Heat Kit | 3,200.00 | 1,637.90 |
| 295 | | MISPOSTED - will REVERSE Per 4 | 2,605.74 | 2,605.74 |
| 295 | | MISPOSTED - REVERSED Per 4 | (2,605.74) | (2,605.74) |
| 330 | Equipment | EAS System | 1,864.50 | 576.90 |
| 213 | Leasehold Improvement | HVAC | 3,570.63 | 1,912.74 |
| 222 | Leasehold Improvement | HVAC | 2,646.70 | 1,606.87 |
| 245 | Leasehold Improvement | HVAC | 5,794.07 | 3,103.85 |
| 251 | Leasehold Improvement | Parking Lot Repairs | 3,800.00 | 2,035.64 |
| 270 | Leasehold Improvement | Pylon Sign Lettering | 5,024.03 | 2,691.44 |
| 295 | Leasehold Improvement | Heat Kit for Rooftop Unit | 2,800.00 | 1,433.47 |
| 297 | Leasehold Improvement | HVAC | 4,836.63 | 2,591.01 |
| 297 | Leasehold Improvement | Parking Lot Repairs | 4,500.00 | 2,410.77 |
| 203 | Leasehold Improvement | Condenser Repairs | 7,897.66 | 4,324.90 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 233 | Leasehold Improvement | Receiving Door Repairs | 3,355.75 | 2,293.27 |
| 265 | Leasehold Improvement | Lighting Repair | 2,930.06 | 2,002.10 |
| 276 | Leasehold Improvement | Exterior Sign Repairs (Lighting) | 2,502.84 | 1,710.16 |
| 286 | Leasehold Improvement | HVAC Repairs | 2,885.49 | 1,580.19 |
| 297 | Leasehold Improvement | HVAC Repairs | 8,382.68 | 4,590.66 |
| 336 | Leasehold Improvement | HVAC Repairs | 5,636.32 | 3,086.52 |
| 362 | Leasehold Improvement | HVAC Repairs | 10,026.58 | 5,371.54 |
| 387 | Leasehold Improvement | HVAC Repairs | 6,775.76 | 3,710.68 |
| 396 | Leasehold Improvement | Commercial Water Damage (InsurClaim Pending) | 47,429.83 | 32,410.33 |
| 207 | Leasehold Improvement | HVAC | 10,277.26 | 5,750.31 |
| 220 | Leasehold Improvement | Reconnect Water Heater | 3,112.19 | - |
| 233 | Leasehold Improvement | HVAC | 5,007.84 | 2,801.90 |
| 284 | Leasehold Improvement | HVAC | 5,164.50 | 2,889.74 |
| 290 | Leasehold Improvement | HVAC | 5,289.87 | 2,959.98 |
| 290 | Leasehold Improvement | Pylon Sign Installation | 5,400.00 | 3,550.00 |
| 291 | Leasehold Improvement | HVAC | 32,475.00 | 18,170.43 |
| 295 | Leasehold Improvement | Roofing - Labor | 3,692.65 | 2,066.13 |
| 330 | Leasehold Improvement | Parking Lot Lighting | 2,966.19 | - |
| 387 | Leasehold Improvement | HVAC | 5,039.04 | 2,759.42 |
| 203 | Leasehold Improvement | Landlord Reimb HVAC | (3,500.00) | (1,341.79) |
| 229 | Leasehold Improvement | Elevator - out of Fire Dept. code | 21,826.00 | 10,912.96 |
| 233 | Leasehold Improvement | HVAC - Compressor | 5,007.84 | 2,801.90 |
| 233 | Leasehold Improvement | HVAC - Compressor | 5,357.22 | 3,061.14 |
| 234 | Leasehold Improvement | HVAC - Compressor | 10,327.63 | 5,901.43 |
| 290 | Leasehold Improvement | Signage - Pylon A | 5,845.50 | 3,842.69 |
| 290 | Leasehold Improvement | Signage - Pylon C | 23,382.00 | 15,804.50 |
| 291 | Leasehold Improvement | HVAC - Repairs for several units | 3,729.31 | 1,953.31 |
| 295 | Leasehold Improvement | Remodel Construction Contract | 2,690.08 | 1,505.34 |
| 295 | Leasehold Improvement | Remodel Construction Contract | 4,731.74 | 2,647.53 |
| 295 | Leasehold Improvement | Remodel Construction Contract | 5,097.47 | 2,852.31 |
| 295 | Leasehold Improvement | Remodel Construction Contract | 3,385.43 | 1,934.63 |
| 295 | Leasehold Improvement | Roofing project | 46,418.32 | 25,972.12 |
| 299 | Leasehold Improvement | HVAC - Compressor | 4,222.49 | 2,362.50 |
| 332 | Leasehold Improvement | Lightning - interior and exterior | 3,144.20 | - |
| 332 | Leasehold Improvement | Lightning, bulbs, lamps, ballasts | 3,144.20 | - |
| 334 | Leasehold Improvement | HVAC - Condensers | 4,903.51 | 2,801.83 |
| 387 | Leasehold Improvement | HVAC - Piping | 28,143.56 | 16,082.12 |
| 201 | Leasehold Improvement | HVAC - Compressor | 5,579.96 | 3,254.91 |
| 207 | Leasehold Improvement | Floor plan options and exterior rendering | 400.00 | 188.72 |
| 207 | Leasehold Improvement | HVAC - Compressor | 7,818.10 | 4,374.51 |
| 215 | Leasehold Improvement | HVAC - Repairs | 3,940.70 | 2,158.12 |
| 216 | Leasehold Improvement | Roofing | 7,642.49 | 5,349.65 |
| 234 | Leasehold Improvement | HVAC - Compressor | 8,802.23 | 5,029.79 |
| 234 | Leasehold Improvement | HVAC - Compressor | 5,599.21 | 3,266.11 |
| 244 | Leasehold Improvement | HVAC - Compressor | 4,894.66 | 2,796.94 |
| 244 | Leasehold Improvement | HVAC - Compressor | 10,657.91 | 6,090.23 |
| 251 | Leasehold Improvement | HVAC - Condenser | 8,449.23 | 4,727.40 |
| 251 | Leasehold Improvement | Ballasts, parking lot lights, front sign lights | 5,888.63 | - |
| 270 | Leasehold Improvement | HVAC - Compressor | 5,137.64 | 2,935.88 |
| 271 | Leasehold Improvement | Exterior Signage | 18,181.67 | 504.92 |
| 288 | Leasehold Improvement | HVAC - Compressor | 4,374.85 | 2,552.05 |
| 290 | Leasehold Improvement | HVAC - Compressor | 5,246.86 | 3,060.76 |
| 295 | Leasehold Improvement | Roofing, concrete, Workers Comp | 7,407.90 | 4,233.06 |
| 296 | Leasehold Improvement | HVAC - Condenser | 2,508.19 | 1,433.23 |
| 297 | Leasehold Improvement | Parking lot lightning and repair light poles\ | 12,308.03 | 5,128.48 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 297 | Leasehold Improvement | 15-ton brand new York unit | 17,768.16 | 10,153.08 |
| 301 | Leasehold Improvement | Sales floor lightning, bulbs and ballasts | 5,569.58 | - |
| 321 | Leasehold Improvement | HVAC - Compressor | 3,352.63 | 1,915.87 |
| 329 | Leasehold Improvement | HVAC - 3 Heat pumps | 6,469.14 | 3,619.77 |
| 336 | Leasehold Improvement | HVAC - Compressor | 3,713.21 | 2,122.01 |
| 361 | Leasehold Improvement | HVAC - Compressor | 5,840.00 | 3,406.80 |
| 362 | Leasehold Improvement | HVAC - Coils clogged | 2,999.83 | 1,714.27 |
| 387 | Leasehold Improvement | Elevator - wiring repair | 2,460.78 | 902.40 |
| 387 | Leasehold Improvement | Elevator - wiring repair | 4,675.19 | 1,792.15 |
| 387 | Leasehold Improvement | Elevator / escalator | 2,866.79 | 1,194.49 |
| 201 | Equipment | | 1,782.00 | 772.20 |
| 209 | Equipment | | 2,376.00 | 1,029.60 |
| 215 | Equipment | | 1,782.00 | 772.20 |
| 216 | Equipment | | 1,782.00 | 772.20 |
| 222 | Equipment | | 1,782.00 | 950.40 |
| 226 | Equipment | | 1,188.00 | 514.80 |
| 233 | Equipment | | 1,188.00 | 514.80 |
| 238 | Equipment | | 1,782.00 | 772.20 |
| 244 | Equipment | | 1,782.00 | 772.20 |
| 245 | Equipment | | 1,782.00 | 772.20 |
| 262 | Equipment | | 1,782.00 | 772.20 |
| 265 | Equipment | | 1,782.00 | 772.20 |
| 276 | Equipment | | 1,782.00 | 772.20 |
| 286 | Equipment | | 1,782.00 | 772.20 |
| 287 | Equipment | | 1,782.00 | 772.20 |
| 288 | Equipment | | 1,782.00 | 772.20 |
| 289 | Equipment | | 1,188.00 | 514.80 |
| 290 | Equipment | | 1,782.00 | 772.20 |
| 298 | Equipment | | 1,188.00 | 514.80 |
| 321 | Equipment | | 1,782.00 | 772.20 |
| 323 | Equipment | | 1,188.00 | 514.80 |
| 332 | Equipment | | 1,782.00 | 772.20 |
| 386 | Equipment | | 1,782.00 | 772.20 |
| 393 | Equipment | | 1,782.00 | 772.20 |
| 395 | Equipment | | 1,782.00 | 772.20 |
| 209 | Leasehold Improvement | HVAC | 3,523.67 | 2,097.37 |
| 213 | Leasehold Improvement | Storefront Signage Electrical | 3,374.85 | 2,390.65 |
| 214 | Leasehold Improvement | HVAC | 3,978.63 | 2,368.39 |
| 290 | Leasehold Improvement | HVAC | 8,957.59 | 5,438.47 |
| 295 | Leasehold Improvement | HVAC | 7,287.02 | 4,337.52 |
| 296 | Leasehold Improvement | HVAC | 2,631.98 | 1,535.43 |
| 329 | Leasehold Improvement | HVAC | 6,469.14 | 3,850.80 |
| 387 | Leasehold Improvement | | 3,507.50 | 1,578.32 |
| 387 | Leasehold Improvement | Labor / Meals | 4,480.77 | 2,016.33 |
| 387 | Leasehold Improvement | Whitehowk travel/lodging | 2,469.02 | 1,069.92 |
| 394 | Leasehold Improvement | HVAC | 2,576.67 | 1,503.22 |
| 395 | Leasehold Improvement | Signage Lighting | 3,420.27 | 1,425.27 |
| 398 | Leasehold Improvement | HVAC | 27,906.44 | 16,278.74 |
| 387 | Leasehold Improvement | Labor / Materials | 10,000.00 | 4,666.56 |
| 387 | Leasehold Improvement | Labor / Whitehawk Travel | 18,497.12 | 8,323.55 |
| 200 | Leasehold Improvement | | 4,047.08 | 3,758.00 |
| 209 | Leasehold Improvement | Receiving Area HVAC | 3,500.00 | 2,166.56 |
| 209 | Leasehold Improvement | HVAC | 1,028.58 | 648.83 |
| 209 | Leasehold Improvement | OSHA Issue | 12,155.63 | 7,090.78 |
| 212 | Leasehold Improvement | | 49,432.72 | 28,835.92 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 229 | Leasehold Improvement | HVAC | 2,764.38 | 1,711.26 |
| 262 | Leasehold Improvement | | 1,271.94 | - |
| 265 | Leasehold Improvement | HVAC | 3,733.80 | 2,222.50 |
| 284 | Leasehold Improvement | Demo + Build Fixtures | 1,028.57 | 649.13 |
| 287 | Leasehold Improvement | | 2,723.21 | 1,685.77 |
| 297 | Leasehold Improvement | Ceiling Tiles | 3,500.00 | 2,166.56 |
| 297 | Leasehold Improvement | Demo + Build Fixtures | 1,028.57 | 649.13 |
| 339 | Leasehold Improvement | | 4,547.92 | 2,122.32 |
| 340 | Leasehold Improvement | HVAC | 3,500.00 | 2,166.56 |
| 340 | Leasehold Improvement | Demo + Build Fixtures | 1,028.57 | 649.13 |
| 362 | Leasehold Improvement | | 8,698.95 | 5,074.35 |
| 383 | Leasehold Improvement | | 3,500.00 | 2,166.56 |
| 383 | Leasehold Improvement | New store opening: Labor | 1,028.57 | 649.13 |
| 384 | Leasehold Improvement | Demo + Build Fixtures | 3,500.00 | 2,208.23 |
| 384 | Leasehold Improvement | Labor | 1,697.38 | - |
| 386 | Leasehold Improvement | Demo + Build Fixtures | 3,500.00 | 2,166.56 |
| 386 | Leasehold Improvement | | 1,028.57 | 649.13 |
| 387 | Leasehold Improvement | | 3,500.00 | 2,166.56 |
| 387 | Leasehold Improvement | | 1,028.57 | 649.13 |
| 233 | Leasehold Improvement | HVAC | 4,134.13 | 2,608.31 |
| 394 | Leasehold Improvement | Fire Sprinkler System | 2,886.08 | 1,394.98 |
| 228 | | | (41,528.00) | - |
| 228 | | | (10,510.99) | (0.00) |
| 228 | | | (10,598.88) | - |
| 228 | | | (17,319.00) | (0.00) |
| 228 | | | (5,947.46) | 0.00 |
| 228 | | | (26,527.29) | 0.00 |
| 228 | | | (17,211.96) | - |
| 228 | | | (4,023.20) | (871.85) |
| 228 | | | (606.04) | (131.34) |
| 228 | | Lighting Material / Labor | (73,010.91) | (55,366.73) |
| 228 | | Security Cameras & Install | (6,088.92) | (3,754.88) |
| 228 | | Security Camera Install - addtl use tax | (212.85) | (131.20) |
| 228 | | HVAC Reserve | (5,765.78) | (4,948.93) |
| 228 | | EAS Installation | (3,737.87) | (2,678.77) |
| 228 | | HVAC Service | (4,998.82) | (3,832.48) |
| 228 | | HVAC Service | (4,961.43) | (3,886.46) |
| 228 | | | (4,991.79) | (4,242.99) |
| 228 | | | (4,999.37) | (4,249.49) |
| 228 | | | (4,662.66) | (4,662.66) |
| 228 | | | (4,050.72) | (4,050.72) |
| 328 | | | (1,609.28) | (348.74) |
| 328 | | | (606.04) | (131.34) |
| 328 | | Security Cameras & Install | (6,088.92) | (3,754.88) |
| 328 | | Security Camera Install - addtl use tax | (212.85) | (131.20) |
| 328 | | EAS Installation | (1,958.24) | (1,403.36) |
| 322 | | | (21,155.17) | - |
| 322 | | | (6,477.26) | - |
| 322 | | | (21,240.28) | (360.28) |
| 322 | | | (1,227.54) | (102.24) |
| 322 | | | (5,632.48) | (469.63) |
| 322 | | | (606.04) | (50.54) |
| 322 | | HVAC | (5,385.44) | (101.72) |
| 322 | | Security Cameras & Install | (5,688.92) | (2,749.50) |
| 322 | | HVAC Reseve | (26,416.89) | (19,812.69) |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 322 | | Security Camera Install - addtl use tax | (179.85) | (86.85) |
| 322 | | EAS Installation | (3,754.11) | (2,064.72) |
| 216 | Leasehold Improvement | Leak Repairs | 2,986.81 | 2,240.11 |
| 235 | Furniture & Fixtures | Rounders (50) | 3,935.23 | 2,436.03 |
| 265 | Furniture & Fixtures | Fixtures | 2,904.12 | 1,797.88 |
| 271 | Leasehold Improvement | Exterior Sign Electrical Repair | 5,243.11 | 3,626.58 |
| 298 | Furniture & Fixtures | Fixtures | 4,009.17 | 2,481.81 |
| 393 | Furniture & Fixtures | Fixtures | 2,537.65 | 1,570.93 |
| 207 | Leasehold Improvement | Backflow Test | 3,319.75 | (0.05) |
| 229 | Leasehold Improvement | Elevator Repairs | 25,426.21 | 14,831.96 |
| 297 | Leasehold Improvement | HVAC | 17,625.27 | 11,120.85 |
| 387 | Leasehold Improvement | Elevator Repairs | 2,799.74 | 1,119.98 |
| 387 | Leasehold Improvement | Chiller Repairs | 11,359.88 | 6,761.72 |
| 387 | Leasehold Improvement | Elevator Repair | 5,446.59 | 2,813.97 |
| 387 | Leasehold Improvement | Elevator Repair | 4,125.00 | 2,337.50 |
| 387 | Leasehold Improvement | Elevator Repair | 11,452.50 | 6,489.62 |
| 299 | Leasehold Improvement | Replace HVAC | 4,504.82 | 3,164.07 |
| 286 | Leasehold Improvement | Interior Lighting | 2,491.63 | 761.38 |
| 290 | Leasehold Improvement | Troubleshoot HVAC Units | 2,675.00 | 1,878.75 |
| 290 | Leasehold Improvement | Replace Glass | 3,274.11 | 2,619.39 |
| 296 | Leasehold Improvement | Repair Entrance Doors | 2,543.72 | 2,013.72 |
| 299 | Leasehold Improvement | HVAC Repairs | 4,883.01 | 3,080.98 |
| 361 | Leasehold Improvement | HVAC Repairs | 923.51 | 582.82 |
| 361 | Leasehold Improvement | HVAC Repairs | 9,480.00 | 5,981.34 |
| 362 | Leasehold Improvement | HVAC Repairs | 11,801.87 | 7,446.37 |
| 287 | | | (4,779.49) | (4,779.49) |
| 203 | Leasehold Improvement | HVAC Repairs | 2,627.57 | 1,876.85 |
| 214 | Leasehold Improvement | HVAC Repairs | 3,231.43 | 2,308.15 |
| 215 | Leasehold Improvement | HVAC Repairs | 3,331.90 | 2,379.82 |
| 215 | Leasehold Improvement | HVAC Repairs | 12,705.41 | 9,075.41 |
| 220 | Equipment | Camera -IP | 5,126.51 | 3,161.39 |
| 229 | Leasehold Improvement | HVAC Repairs | 2,556.99 | 1,856.87 |
| 235 | Leasehold Improvement | HVAC Repairs | 3,156.37 | 2,254.45 |
| 271 | Leasehold Improvement | HVAC Repairs | 4,120.93 | 2,943.49 |
| 276 | Leasehold Improvement | HVAC Repairs | 3,999.33 | 2,856.69 |
| 284 | Leasehold Improvement | HVAC Repairs | 3,324.43 | 2,374.51 |
| 290 | Leasehold Improvement | HVAC Repairs | 3,303.66 | 2,399.07 |
| 290 | Leasehold Improvement | HVAC Repairs | 6,107.65 | 4,435.32 |
| 290 | Leasehold Improvement | HVAC Repairs | 2,591.61 | 1,882.06 |
| 290 | Leasehold Improvement | HVAC Repairs | 4,824.76 | 3,503.64 |
| 290 | Leasehold Improvement | HVAC Repairs | 2,338.06 | 1,697.97 |
| 291 | Leasehold Improvement | HVAC Repairs | 2,545.04 | 1,848.14 |
| 295 | Leasehold Improvement | HVAC Repairs | 22,120.00 | 15,800.08 |
| 296 | Leasehold Improvement | HVAC Repairs | 3,883.99 | 2,774.23 |
| 321 | Leasehold Improvement | HVAC Repairs | 3,115.03 | 2,262.19 |
| 339 | Leasehold Improvement | HVAC Repairs | 8,672.24 | 6,297.72 |
| 362 | Leasehold Improvement | HVAC Repairs | 6,765.55 | 4,913.13 |
| 386 | Leasehold Improvement | HVAC Repairs | 3,084.10 | 1,725.46 |
| 214 | Leasehold Improvement | HVAC | 34,607.89 | 25,131.89 |
| 276 | Leasehold Improvement | HVAC | 4,845.08 | 3,518.44 |
| 276 | Leasehold Improvement | HVAC | 3,321.52 | 2,412.10 |
| 276 | Leasehold Improvement | HVAC | 3,321.52 | 2,372.56 |
| 286 | Leasehold Improvement | HVAC | 6,506.61 | 4,725.03 |
| 291 | Leasehold Improvement | Repair Automatic Doors | 3,931.65 | 2,989.80 |
| 291 | Leasehold Improvement | HVAC | 3,994.00 | 2,900.35 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 296 | Leasehold Improvement | HVAC | 12,538.36 | 8,955.88 |
| 329 | Leasehold Improvement | HVAC | 3,274.86 | 2,300.11 |
| 332 | Leasehold Improvement | Repair Water Damage | 7,481.30 | 113.42 |
| 336 | Leasehold Improvement | HVAC | 9,692.11 | 7,038.37 |
| 361 | Leasehold Improvement | HVAC | 4,551.91 | 3,305.54 |
| 394 | Leasehold Improvement | HVAC | 326.17 | 229.17 |
| 394 | Leasehold Improvement | HVAC | 7,036.20 | 5,025.96 |
| 394 | Leasehold Improvement | HVAC | 278.55 | 198.87 |
| 394 | Leasehold Improvement | HVAC | 3,231.60 | 2,308.32 |
| 399 | Leasehold Improvement | HVAC | 14,011.51 | 10,008.31 |
| 399 | Leasehold Improvement | HVAC | 3,549.60 | 2,493.10 |
| 209 | Leasehold Improvement | HVAC | 4,330.00 | 3,144.35 |
| 209 | Leasehold Improvement | HVAC | 3,788.75 | 2,751.45 |
| 209 | Leasehold Improvement | HVAC | 4,330.00 | 3,144.35 |
| 214 | Leasehold Improvement | HVAC | 3,311.37 | 2,247.03 |
| 270 | Leasehold Improvement | DOORS | 6,303.24 | 4,277.16 |
| 229 | Leasehold Improvement | HVAC | 3,390.42 | 2,300.70 |
| 233 | Leasehold Improvement | HVAC | 11,103.11 | 7,666.43 |
| 270 | Leasehold Improvement | HVAC | 6,407.06 | 4,424.04 |
| 290 | Leasehold Improvement | HVAC | 3,794.49 | 2,620.07 |
| 299 | Leasehold Improvement | HVAC | 5,424.82 | 3,745.74 |
| 362 | Leasehold Improvement | HVAC | 15,100.88 | 10,606.63 |
| 270 | Leasehold Improvement | HVAC | 4,146.04 | 2,862.68 |
| 334 | Leasehold Improvement | HVAC | 3,024.85 | 2,088.59 |
| 290 | Leasehold Improvement | HVAC | 7,824.78 | 5,402.88 |
| 290 | Leasehold Improvement | HVAC | 8,530.04 | 5,991.29 |
| 394 | Leasehold Improvement | HVAC | 12,645.86 | 9,032.66 |
| 270 | Leasehold Improvement | Labor - Technician and Helper/replace blower | 1,987.50 | 1,514.30 |
| 270 | Leasehold Improvement | Labor - Technician and Helper/replace blower | 1,434.25 | 1,109.92 |
| 286 | Leasehold Improvement | Labor, cost of filters, coil cleaner | 2,877.55 | 2,363.65 |
| 290 | Furniture & Fixtures | Reimburse LL for the sign | 5,500.00 | 4,452.32 |
| 387 | Leasehold Improvement | Asbestos abatement | 6,956.15 | 2,318.71 |
| 299 | Leasehold Improvement | HVAC | 9,826.74 | 8,071.89 |
| 330 | Leasehold Improvement | | 2,500.00 | 1,458.40 |
| 234 | Leasehold Improvement | HVAC | 2,871.27 | 2,290.21 |
| 234 | Leasehold Improvement | HVAC | 2,597.82 | 2,072.01 |
| 298 | Leasehold Improvement | HVAC | 2,852.55 | 2,275.23 |
| 298 | Leasehold Improvement | HVAC | 2,636.83 | 2,103.20 |
| 298 | Leasehold Improvement | HVAC | 2,651.05 | 2,114.53 |
| 300 | Leasehold Improvement | Clean air ducts | 2,755.65 | 2,197.88 |
| 203 | Furniture & Fixtures | Fixtures Distributed from DC | 2,659.89 | 2,121.50 |
| 203 | Leasehold Improvement | HVAC | 2,439.70 | 1,858.90 |
| 209 | Leasehold Improvement | HVAC | 1,564.30 | 1,210.52 |
| 214 | Leasehold Improvement | HVAC | 2,491.14 | 1,957.26 |
| 234 | Leasehold Improvement | HVAC | 2,608.64 | 2,080.62 |
| 234 | Leasehold Improvement | HVAC | 1,542.13 | 1,230.01 |
| 251 | Leasehold Improvement | HVAC | 2,064.23 | 1,621.97 |
| 276 | Leasehold Improvement | HVAC | 2,133.67 | 1,676.47 |
| 284 | Leasehold Improvement | HVAC | 2,156.40 | 1,668.67 |
| 288 | Leasehold Improvement | HVAC | 1,622.67 | 1,236.27 |
| 290 | Leasehold Improvement | HVAC | 2,438.98 | 1,916.26 |
| 291 | Leasehold Improvement | HVAC | 1,619.56 | 1,272.52 |
| 291 | Leasehold Improvement | HVAC | 2,104.00 | 1,653.10 |
| 293 | Leasehold Improvement | HVAC | 1,761.23 | 1,467.65 |
| 293 | Leasehold Improvement | HVAC | 2,621.82 | 2,028.83 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 295 | Leasehold Improvement | HVAC | 1,614.20 | 1,325.90 |
| 298 | Leasehold Improvement | HVAC | 1,885.28 | 1,458.92 |
| 299 | Leasehold Improvement | HVAC | 2,159.15 | 1,465.25 |
| 332 | Leasehold Improvement | HVAC | 2,134.00 | 1,346.60 |
| 332 | Leasehold Improvement | HVAC | 1,598.76 | 1,237.19 |
| 332 | Leasehold Improvement | HVAC | 1,829.28 | 1,415.46 |
| 336 | Leasehold Improvement | HVAC | 2,153.61 | 1,666.45 |
| 361 | Leasehold Improvement | HVAC | 2,309.35 | 1,842.02 |
| 362 | Leasehold Improvement | HVAC | 2,001.85 | 1,501.42 |
| 383 | Leasehold Improvement | HVAC | 2,070.00 | 1,552.56 |
| 387 | Leasehold Improvement | HVAC | 1,515.50 | 1,226.86 |
| 396 | Leasehold Improvement | HVAC | 1,822.93 | 1,388.93 |
| 399 | Leasehold Improvement | HVAC | 1,568.02 | 1,231.96 |
| 399 | Leasehold Improvement | HVAC | 1,675.71 | 1,316.61 |
| 399 | Leasehold Improvement | HVAC | 2,481.61 | 1,920.35 |
| 399 | Leasehold Improvement | HVAC | 1,602.80 | 1,240.28 |
| 213 | Leasehold Improvement | HVAC | 2,251.28 | 1,715.28 |
| 229 | Leasehold Improvement | HVAC | 2,333.09 | 1,777.69 |
| 233 | Leasehold Improvement | HVAC | 2,599.35 | 1,980.55 |
| 262 | Leasehold Improvement | HVAC | 1,625.76 | 1,238.76 |
| 270 | Leasehold Improvement | HVAC | 1,799.00 | 1,370.60 |
| 293 | Leasehold Improvement | HVAC | 1,887.48 | 1,438.08 |
| 296 | Leasehold Improvement | HVAC | 1,554.92 | 1,166.21 |
| 297 | Leasehold Improvement | HVAC | 1,519.48 | 1,157.68 |
| 323 | Leasehold Improvement | HVAC | 1,541.59 | 1,156.24 |
| 362 | Leasehold Improvement | HVAC | 1,847.49 | 1,363.71 |
| 262 | Leasehold Improvement | HVAC | 1,623.75 | 1,256.48 |
| 395 | Leasehold Improvement | HVAC | 1,948.50 | 1,507.70 |
| 200 | Leasehold Improvement | | (17,131.50) | - |
| 200 | Leasehold Improvement | | (12,781.08) | - |
| 200 | Leasehold Improvement | | (4,918.89) | 118.40 |
| 200 | Leasehold Improvement | Lighting Material / Labor | (36,131.08) | (24,087.48) |
| 200 | Leasehold Improvement | | (2,732.44) | (2,277.02) |
| 200 | Leasehold Improvement | HVAC Repairs | (5,761.76) | (4,870.09) |
| 200 | Leasehold Improvement | | (4,047.08) | (3,758.00) |
| 200 | Equipment | | (649.69) | - |
| 200 | Equipment | | (7,875.00) | - |
| 203 | Leasehold Improvement | HVAC | 8,735.15 | 6,967.32 |
| 244 | | | 1,834.84 | 1,834.84 |
| 270 | Leasehold Improvement | HVAC | 3,363.76 | 2,402.80 |
| 288 | Leasehold Improvement | HVAC | 1,611.24 | 1,189.28 |
| 293 | | | (2,107.77) | (2,107.77) |
| 293 | Leasehold Improvement | Repair/Replace broken windows | 1,689.78 | 1,347.74 |
| 297 | Leasehold Improvement | Parking Lot Pothole Repair - 50% Deposit | 2,673.00 | 2,316.52 |
| 323 | Leasehold Improvement | HVAC | 1,533.25 | 1,223.00 |
| 323 | Leasehold Improvement | Repair front door | 1,786.13 | (744.15) |
| 340 | Leasehold Improvement | Electrical & Lighting | 1,658.38 | 987.05 |
| 383 | Leasehold Improvement | Plumbing per Code | 2,193.99 | 1,749.95 |
| 394 | | MISPOSTED - Will reclass Period 7 | 2,405.40 | 2,405.40 |
| 201 | Leasehold Improvement | Signage | 2,894.68 | 2,186.26 |
| 203 | Leasehold Improvement | HVAC 50% | 3,951.13 | 3,203.67 |
| 207 | Leasehold Improvement | Signage | 412.50 | 256.90 |
| 209 | Leasehold Improvement | Signage | 3,735.35 | 2,958.68 |
| 215 | Leasehold Improvement | Wall Repair Bathrooms & Utility Rooms | 649.50 | 217.09 |
| 215 | Leasehold Improvement | Storage Room Repairs | 1,299.00 | 1,125.72 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 215 | Leasehold Improvement | Drywall Materials | 1,449.03 | 1,255.75 |
| 226 | Leasehold Improvement | Signage | 503.36 | 377.57 |
| 233 | Leasehold Improvement | HVAC | 3,594.74 | 2,824.52 |
| 233 | Leasehold Improvement | HVAC | 1,765.01 | 1,386.83 |
| 238 | Leasehold Improvement | HVAC | 1,596.12 | 1,273.12 |
| 262 | Leasehold Improvement | HVAC | 5,735.99 | 4,370.19 |
| 271 | Leasehold Improvement | Signage | 2,220.38 | 1,665.35 |
| 290 | Leasehold Improvement | Receiving Door Repair | 2,545.88 | 2,093.24 |
| 293 | Leasehold Improvement | Signage | 730.70 | 565.40 |
| 296 | Leasehold Improvement | HVAC | 2,019.07 | 1,610.39 |
| 297 | Leasehold Improvement | Parking Lot Pothole Repair | 2,673.00 | 2,316.52 |
| 298 | Leasehold Improvement | Signage Repair | 1,851.07 | 1,432.31 |
| 323 | Leasehold Improvement | Signage Repair | 2,965.76 | (1,235.79) |
| 334 | Leasehold Improvement | Signage Repair | 4,346.27 | 3,414.95 |
| 394 | Leasehold Improvement | Plumbing | 2,577.41 | (859.07) |
| 399 | Leasehold Improvement | Materials | 1,759.96 | 1,510.57 |
| 203 | Leasehold Improvement | HVAC 100% | 3,951.13 | 3,198.49 |
| 203 | Leasehold Improvement | HVAC | 2,183.78 | 1,767.78 |
| 207 | Leasehold Improvement | Dead Tree Removal | 8,970.96 | 7,625.28 |
| 262 | Leasehold Improvement | Door Repairs | 1,704.20 | - |
| 265 | Leasehold Improvement | Board-up & Glass Repairs | 2,217.48 | 1,626.12 |
| 276 | Leasehold Improvement | Roof Leaks | 339.81 | 297.36 |
| 276 | Leasehold Improvement | Parking Lot Lighting | 370.09 | 323.89 |
| 276 | Leasehold Improvement | PA sytem repairs | 833.53 | 486.28 |
| 276 | Leasehold Improvement | Pole Light Repairs | 1,537.26 | 1,345.11 |
| 293 | Leasehold Improvement | HVAC | 1,032.17 | 835.53 |
| 293 | Leasehold Improvement | HVAC | 1,236.92 | 1,001.24 |
| 293 | Leasehold Improvement | HVAC | 577.69 | 467.61 |
| 300 | Leasehold Improvement | Replace Ceiling Tiles | 1,759.05 | 1,553.81 |
| 300 | Leasehold Improvement | Roof maintenance | 1,562.04 | 1,340.70 |
| 330 | Leasehold Improvement | Plumbing | 2,214.70 | 1,937.80 |
| 334 | Leasehold Improvement | HVAC | 577.16 | 467.24 |
| 334 | Leasehold Improvement | HVAC | 1,227.92 | 994.00 |
| 334 | Leasehold Improvement | HVAC | 1,389.69 | 1,125.05 |
| 334 | Leasehold Improvement | HVAC | 1,160.20 | 939.24 |
| 334 | Leasehold Improvement | HVAC | 1,123.61 | 909.53 |
| 334 | Leasehold Improvement | HVAC | 886.94 | 717.98 |
| 334 | Leasehold Improvement | HVAC | 1,206.18 | 976.42 |
| 334 | Leasehold Improvement | HVAC | 1,078.39 | 872.95 |
| 340 | Leasehold Improvement | Ceiling Tiles | 2,435.63 | 1,507.79 |
| 201 | Leasehold Improvement | Remove/Replace damaged sheetrock | 1,576.22 | 1,313.58 |
| 203 | Leasehold Improvement | Lighting work | 2,273.25 | 1,199.70 |
| 251 | | | 3,111.94 | 3,111.94 |
| 276 | Leasehold Improvement | Plumbing Repairs | 2,359.85 | 2,064.80 |
| 288 | Equipment | Bulbs & Ballasts | 6,257.39 | 3,128.63 |
| 293 | Leasehold Improvement | Signage | 12,107.77 | 9,945.67 |
| 330 | Leasehold Improvement | Parking Lot Pole Lights | 2,400.00 | 2,120.00 |
| 334 | Leasehold Improvement | HVAC | 2,081.64 | 1,685.16 |
| 334 | Leasehold Improvement | HVAC | 2,670.46 | 2,161.82 |
| 334 | Leasehold Improvement | HVAC | 2,594.21 | 2,100.13 |
| 334 | Leasehold Improvement | HVAC | 1,705.24 | 1,380.44 |
| 362 | Leasehold Improvement | HVAC | 2,933.58 | 2,444.70 |
| 387 | Leasehold Improvement | Electrical Work | 2,114.12 | 1,849.82 |
| 201 | Leasehold Improvement | AC Panel Replacement - Deposit | 4,215.26 | 4,215.26 |
| 212 | Leasehold Improvement | Electrical - PA system | 4,113.50 | 2,285.34 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 213 | Leasehold Improvement | HVAC | 5,450.61 | 4,477.26 |
| 220 | Equipment | Bulbs & Ballasts | 2,987.87 | 1,825.87 |
| 222 | Leasehold Improvement | HVAC | 3,220.40 | 2,913.68 |
| 234 | Leasehold Improvement | HVAC | 3,191.68 | 2,621.68 |
| 234 | Leasehold Improvement | HVAC | 2,825.71 | 2,321.11 |
| 235 | Leasehold Improvement | HVAC | 4,378.83 | 3,596.88 |
| 244 | Leasehold Improvement | Building Repairs | 1,938.31 | 1,184.55 |
| 244 | Leasehold Improvement | HVAC | 2,065.76 | 1,721.50 |
| 244 | | Misposted - Will Reverse Per 6 | 7,794.00 | 7,794.00 |
| 276 | Leasehold Improvement | Water remediation | 7,685.75 | 6,725.00 |
| 289 | Leasehold Improvement | HVAC | 1,904.05 | 1,564.00 |
| 290 | Leasehold Improvement | HVAC | 2,139.30 | 1,782.72 |
| 291 | Leasehold Improvement | HVAC | 2,673.48 | 2,196.03 |
| 291 | Leasehold Improvement | HVAC | 2,620.48 | 2,152.48 |
| 294 | Leasehold Improvement | HVAC | 2,831.97 | 2,360.03 |
| 299 | Leasehold Improvement | HVAC | 1,705.37 | 1,421.17 |
| 323 | | Misposted - Will Reverse Per 6 | 5,392.34 | 5,392.34 |
| 330 | | | 1,800.00 | 1,800.00 |
| 331 | Leasehold Improvement | HVAC | 1,927.13 | 1,605.97 |
| 332 | Leasehold Improvement | HVAC | 2,454.66 | 2,074.80 |
| 332 | | MISPOSTED - Will Reverse Per 7 | 5,927.62 | 5,927.62 |
| 383 | | Misposted - Will Reverse Per 6 | 3,759.52 | 3,759.52 |
| 386 | Leasehold Improvement | HVAC | 4,566.61 | 3,859.93 |
| 387 | Leasehold Improvement | Elevator Repairs | 4,750.00 | 4,195.88 |
| 387 | Leasehold Improvement | Elevator Repairs | 5,533.75 | 5,533.75 |
| 387 | Leasehold Improvement | HVAC | 2,547.42 | 2,153.13 |
| 395 | Leasehold Improvement | HVAC | 3,460.61 | 2,842.61 |
| 201 | Leasehold Improvement | Sturctural Repairs | 2,334.00 | 2,334.00 |
| 203 | Leasehold Improvement | Renovation | 4,960.64 | 3,312.11 |
| 203 | Equipment | Bulbs & Ballasts | 2,829.30 | 1,886.22 |
| 213 | Leasehold Improvement | HVAC | 2,328.46 | 1,968.10 |
| 213 | Leasehold Improvement | HVAC | 6,385.64 | 5,397.38 |
| 215 | Leasehold Improvement | HVAC | 1,744.14 | 1,495.02 |
| 215 | Leasehold Improvement | HVAC | 4,897.95 | 4,139.92 |
| 222 | Leasehold Improvement | HVAC | 5,427.81 | 5,040.09 |
| 234 | Leasehold Improvement | HVAC | 7,794.00 | 6,494.94 |
| 238 | Leasehold Improvement | HVAC | 1,786.01 | 1,530.89 |
| 244 | Leasehold Improvement | HVAC | 1,845.09 | 1,581.45 |
| 244 | | Misposted Per 5 | (7,794.00) | (7,794.00) |
| 245 | Leasehold Improvement | HVAC | 2,326.82 | 1,966.72 |
| 262 | Leasehold Improvement | HVAC | 2,424.97 | 2,020.79 |
| 266 | Leasehold Improvement | HVAC | 8,016.64 | 6,775.92 |
| 276 | Leasehold Improvement | HVAC | 5,392.34 | 4,557.87 |
| 288 | Leasehold Improvement | Replace Pump in docking area | 2,238.61 | 54.62 |
| 296 | Leasehold Improvement | HVAC | 2,784.23 | 2,088.08 |
| 296 | Leasehold Improvement | HVAC | 1,631.39 | 1,398.35 |
| 296 | Leasehold Improvement | HVAC | 1,531.88 | 1,313.00 |
| 297 | Leasehold Improvement | HVAC | 1,776.05 | 1,501.23 |
| 297 | Leasehold Improvement | HVAC | 3,759.52 | 3,177.64 |
| 300 | Leasehold Improvement | HVAC | 1,884.24 | 1,615.08 |
| 323 | | Misposted Period 5 | (5,392.34) | (5,392.34) |
| 323 | Furniture & Fixtures | Repair Drop Safe | 1,724.23 | 1,457.34 |
| 330 | Leasehold Improvement | HVAC | 8,505.28 | 7,087.78 |
| 333 | Equipment | Monument Signage | 4,880.99 | 4,183.67 |
| 383 | | Misposted Per 5 | (3,759.52) | (3,759.52) |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 386 | Equipment | Signage Repairs | 1,515.50 | 1,262.94 |
| 387 | Leasehold Improvement | HVAC | 7,114.42 | 4,912.22 |
| 387 | Leasehold Improvement | HVAC | 3,717.30 | 3,142.05 |
| 394 | Leasehold Improvement | HVAC | 2,200.00 | 1,859.53 |
| 209 | Leasehold Improvement | HVAC | 4,929.83 | 4,225.55 |
| 213 | Leasehold Improvement | HVAC | 2,248.88 | 1,954.41 |
| 214 | Leasehold Improvement | HVAC | 1,939.27 | 1,639.10 |
| 222 | Leasehold Improvement | HVAC | 1,500.00 | 1,410.70 |
| 226 | Leasehold Improvement | HVAC | 1,648.65 | 1,432.72 |
| 226 | Leasehold Improvement | HVAC | 1,547.72 | 1,344.99 |
| 226 | Leasehold Improvement | HVAC | 2,489.75 | 2,163.71 |
| 229 | Leasehold Improvement | Elevator Service | 15,482.22 | 11,584.48 |
| 229 | Leasehold Improvement | Glass Window Repair | 2,201.61 | 1,601.73 |
| 234 | Leasehold Improvement | Repair Auto Door | 1,503.59 | 780.71 |
| 235 | Leasehold Improvement | Door Repairs | 1,569.63 | 1,306.07 |
| 245 | Leasehold Improvement | HVAC | 1,510.09 | 1,294.33 |
| 262 | Leasehold Improvement | HVAC | 13,403.18 | 11,648.02 |
| 270 | Leasehold Improvement | HVAC | 10,913.56 | 9,484.44 |
| 270 | Leasehold Improvement | HVAC | 1,545.81 | 1,325.01 |
| 271 | Leasehold Improvement | Electrical Project | 2,814.69 | 1,292.73 |
| 276 | Leasehold Improvement | Tile Repair | 1,990.93 | 1,775.26 |
| 276 | Leasehold Improvement | HVAC | 13,194.88 | 11,467.00 |
| 276 | Leasehold Improvement | HVAC | 1,727.67 | 1,480.83 |
| 287 | Leasehold Improvement | HVAC | 8,516.73 | 7,401.44 |
| 287 | Leasehold Improvement | HVAC | 13,596.28 | 11,815.82 |
| 288 | Leasehold Improvement | HVAC | 19,213.13 | 16,697.10 |
| 297 | Leasehold Improvement | Electrical Project | 2,602.72 | 1,633.36 |
| 297 | Equipment | MISPOSTED - Will be RC'd out of PLHI | 767.42 | 767.42 |
| 297 | Leasehold Improvement | MISPOSTED - Will be RC'd out of PLHI | 1,069.68 | 1,069.68 |
| 298 | Leasehold Improvement | HVAC | 15,157.98 | 13,173.03 |
| 329 | Leasehold Improvement | HVAC | 2,025.63 | 1,760.42 |
| 332 | Equipment | MISPOSTED - Will Reverse Per 7 | (5,927.62) | (5,927.62) |
| 340 | Leasehold Improvement | HVAC | 1,530.90 | 1,312.14 |
| 386 | Leasehold Improvement | HVAC | 3,811.86 | 3,267.30 |
| 387 | Leasehold Improvement | Elevator Repair | 8,930.63 | 8,112.01 |
| 387 | Equipment | Bulb Replacement | 6,337.50 | 4,225.02 |
| 394 | Equipment | MISPOSTED PERIOD 1?? (doesn't cancel) needs adj JE | (2,227.22) | (2,227.22) |
| 214 | Leasehold Improvement | HVAC | 9,433.25 | 8,197.95 |
| 215 | Leasehold Improvement | HVAC | 16,117.73 | 14,007.05 |
| 215 | Leasehold Improvement | HVAC | 9,736.56 | 8,461.55 |
| 215 | Leasehold Improvement | Door Repair | 3,172.26 | 2,749.22 |
| 216 | Leasehold Improvement | HVAC | 2,800.00 | 2,400.04 |
| 229 | Leasehold Improvement | HVAC | 3,978.31 | 3,457.35 |
| 234 | Leasehold Improvement | HVAC | 3,755.76 | 3,219.24 |
| 238 | Leasehold Improvement | Emergency Board Up and Tempered Glass Install. | 1,622.56 | 695.44 |
| 265 | Leasehold Improvement | HVAC | 11,469.44 | 9,830.96 |
| 271 | Leasehold Improvement | HVAC | 3,700.69 | 3,171.97 |
| 287 | Leasehold Improvement | Electric Repair | 2,076.88 | 1,515.52 |
| 288 | Equipment | Bulbs and Ballasts Install. | 1,773.31 | 1,182.19 |
| 297 | | RC'd out of PLHI | (1,069.68) | (1,069.68) |
| 297 | | RC'd out of PLHI | (767.42) | (767.42) |
| 299 | Leasehold Improvement | HVAC | 4,646.53 | 4,038.01 |
| 299 | | | 7,594.74 | 7,594.74 |
| 321 | Leasehold Improvement | HVAC | 4,836.97 | 4,203.59 |
| 323 | Leasehold Improvement | Electric Repair | 3,689.11 | (3,405.29) |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 323 | Leasehold Improvement | Replace Pump | 3,368.24 | (3,368.20) |
| 334 | Leasehold Improvement | Replaced Damaged Bricks on 2 Walls | 5,135.00 | 4,664.31 |
| 336 | Leasehold Improvement | HVAC | 22,663.40 | 19,425.80 |
| 361 | Leasehold Improvement | HVAC | 6,488.91 | 5,716.41 |
| 361 | Leasehold Improvement | HVAC | 6,132.36 | 5,256.36 |
| 385 | Leasehold Improvement | HVAC | 5,047.65 | 4,386.66 |
| 387 | Leasehold Improvement | HVAC | 5,892.94 | 5,121.29 |
| 387 | Leasehold Improvement | Materials | 7,379.97 | 6,703.47 |
| 387 | Furniture & Fixtures | Fixtures | 606.20 | 526.78 |
| 395 | Equipment | Bulbs and Ballasts Install. | 1,676.79 | 1,164.41 |
| 396 | Leasehold Improvement | HVAC | 1,766.20 | 1,513.84 |
| 201 | | WRONG VENDOR # USED THIS + ANOTHER -71,259.5( | (71,259.50) | (71,259.50) |
| 201 | | WRONG VENDOR # USED WILL CANCEL OUT WITH -7 | 142,519.00 | 142,519.00 |
| 201 | Leasehold Improvement | Flood Repairs (50% of Hurricane Repair PROJECT) | 142,519.00 | 142,519.00 |
| 207 | Leasehold Improvement | HVAC | 5,978.68 | 5,266.98 |
| 214 | Leasehold Improvement | HVAC | 6,167.13 | 5,432.93 |
| 215 | Leasehold Improvement | Automatic Door Repair | 2,467.26 | 2,220.54 |
| 215 | Leasehold Improvement | Automatic Door Repair | 3,172.26 | 2,749.22 |
| 299 | Leasehold Improvement | Electric Repairs | 2,375.00 | 1,876.04 |
| 201 | | WRONG VENDOR # USED - CANCELS OUT WITH PER ( | (71,259.50) | (71,259.50) |
| 207 | Equipment | Bulbs & Ballasts - Parking Lot Lights | 1,904.46 | 1,058.06 |
| 214 | Leasehold Improvement | HVAC | 4,754.98 | 4,132.27 |
| 215 | Leasehold Improvement | Renovations | 4,800.00 | 4,160.00 |
| 215 | Leasehold Improvement | Renovations | 2,400.00 | 2,080.00 |
| 216 | Leasehold Improvement | Repaired Gutters, Roof & Walls | 3,000.00 | 2,775.00 |
| 216 | Leasehold Improvement | Repaired Gutters, Roof & Walls | 10,700.00 | 9,897.47 |
| 229 | Leasehold Improvement | HVAC | 4,951.60 | 4,362.10 |
| 229 | Leasehold Improvement | HVAC | 1,900.25 | 1,674.05 |
| 229 | Leasehold Improvement | Elevator Repair (1ST Pmt) | 3,985.77 | 3,185.45 |
| 229 | Leasehold Improvement | Elevator Repair (2nd & Last Pmt) | 3,378.23 | 2,628.62 |
| 234 | Leasehold Improvement | Window Tint Installed | 3,111.16 | 1,633.53 |
| 235 | Leasehold Improvement | Fire Sprinkler System Repair | 1,707.74 | 1,451.60 |
| 289 | Equipment | Bulbs and Ballasts | 2,771.16 | 1,924.38 |
| 290 | Leasehold Improvement | HVAC | 2,833.04 | 2,495.74 |
| 298 | Leasehold Improvement | Repair main Entrance Sign | 3,253.12 | 2,827.09 |
| 321 | Leasehold Improvement | HVAC | 3,581.83 | 3,112.79 |
| 385 | Leasehold Improvement | HVAC | 1,515.50 | 1,335.10 |
| 398 | Leasehold Improvement | HVAC | 1,500.00 | 1,321.40 |
| 201 | | | 71,259.50 | 71,259.50 |
| 201 | | | -71,259.50 | (71,259.50) |
| 201 | Equipment | PA System PROJECT? | 1,637.82 | 1,637.82 |
| 201 | Computer Equipment | POS Hardware HURRICAN PROJECT | 1,270.86 | 1,270.86 |
| 201 | Computer Equipment | POS Hardware HURRICAN PROJECT | 1,022.73 | 1,022.73 |
| 201 | Leasehold Improvement | POS Hardware HURRICAN PROJECT | 343.37 | 343.37 |
| 207 | Leasehold Improvement | Fire Sprinkler System | 2,658.26 | 2,348.16 |
| 209 | Leasehold Improvement | HVAC | 2,415.18 | 2,012.68 |
| 212 | Equipment | Bulbs and Ballasts | 2,752.69 | 1,911.63 |
| 215 | Leasehold Improvement | Replace Drywall and Ceiling | 2,400.00 | 2,080.00 |
| 216 | Leasehold Improvement | Repair Ceiling | 1,919.63 | 1,791.63 |
| 229 | Leasehold Improvement | Elevator Repair | 3,985.77 | 3,285.49 |
| 229 | Leasehold Improvement | HVAC | 9,024.80 | 8,165.28 |
| 229 | Leasehold Improvement | HVAC | 3,540.43 | 3,203.23 |
| 229 | Leasehold Improvement | Elevator Repair | 1,940.38 | 1,599.48 |
| 238 | Leasehold Improvement | Replaced Glass Window | 1,795.75 | 986.87 |
| 244 | Leasehold Improvement | Repair Wall Broken from Break-in | 3,553.85 | 2,756.09 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 251 | Equipment | Bulbs and Ballasts | 2,035.27 | 1,413.33 |
| 266 | Leasehold Improvement | HVAC | 5,449.69 | 4,541.37 |
| 271 | Leasehold Improvement | HVAC | 12,978.57 | 11,742.49 |
| 286 | Leasehold Improvement | Fire Sprinkler System | 2,530.79 | 2,193.35 |
| 288 | Leasehold Improvement | HVAC | 10,890.21 | 9,464.06 |
| 288 | Leasehold Improvement | HVAC | 3,309.03 | 2,954.52 |
| 291 | Leasehold Improvement | HVAC | 2,121.52 | 1,843.66 |
| 295 | Equipment | Bulbs and Ballasts | 3,483.23 | 2,515.63 |
| 296 | Leasehold Improvement | HVAC | 2,018.64 | 1,778.34 |
| 296 | Leasehold Improvement | HVAC | 1,952.45 | 1,766.53 |
| 297 | Leasehold Improvement | HVAC | 2,902.19 | 2,625.79 |
| 297 | Leasehold Improvement | HVAC | 3,517.18 | 2,931.00 |
| 321 | Leasehold Improvement | HVAC | 4,434.95 | 4,012.55 |
| 339 | Leasehold Improvement | HVAC | 3,102.86 | 2,696.52 |
| 361 | Leasehold Improvement | HVAC | 2,789.27 | 2,523.59 |
| 396 | Leasehold Improvement | HVAC | 3,851.59 | 3,484.79 |
| 201 | Equipment | Bulbs and Ballasts | 1,565.56 | 1,217.64 |
| 201 | Computer Equipment | POS Installation (PROJECT) | 1,262.95 | 1,262.95 |
| 201 | Computer Equipment | VoIP Phone Installation (PROJECT) CPU EQUIP?? | 375.00 | 375.00 |
| 201 | Computer Equipment | Network & VoIP Install. (PROJECT) | 2,649.97 | 2,649.97 |
| 201 | | FIND THIS | 650.00 | 650.00 |
| 215 | Equipment | EAS System | 4257.47 | 3,902.71 |
| 226 | Leasehold Improvement | Repair Neon Signs | 3,267.46 | 2,995.16 |
| 229 | Leasehold Improvement | Elevator Repair | 1940.38 | 1,599.48 |
| 229 | Leasehold Improvement | Elevator Repair | 2,165.00 | 1,781.12 |
| 234 | Leasehold Improvement | Electrical Repair | 3,906.65 | 2,348.12 |
| 251 | Leasehold Improvement | Replace Ceiling Tiles | 1,942.01 | 1,828.75 |
| 294 | Leasehold Improvement | HVAC | 2,320.12 | 2,071.54 |
| 296 | Equipment | Bulbs and Ballasts | 1928.41 | 1,606.99 |
| 299 | Leasehold Improvement | Electrical Repair | 1666.47 | 1,326.39 |
| 334 | Leasehold Improvement | Electrical Repair | 2,108.71 | 1,915.44 |
| 339 | Equipment | Bulbs and Ballasts | 5,223.86 | 4,208.09 |
| 201 | Equipment | Installed PA System (PROJECT) | 703.63 | 703.63 |
| 203 | | | 1,436.48 | 1,436.48 |
| 203 | | | -1,436.48 | (1,436.48) |
| 207 | Leasehold Improvement | Electric Repair | 2,000.00 | 1,916.65 |
| 207 | Leasehold Improvement | Fire Sprinkler System | 1545.06 | 1,416.31 |
| 276 | Leasehold Improvement | Parking Lot Light Repairs | 2,248.71 | 2,155.01 |
| 295 | Leasehold Improvement | Paving | 2920 | 2,798.35 |
| 295 | Leasehold Improvement | Paving | 2920 | 2,798.35 |
| 321 | Leasehold Improvement | Door Repair | 1,795.63 | 1,078.20 |
| 387 | Leasehold Improvement | Installed New Liftmaster | 4,339.22 | 4,122.26 |
| 387 | Leasehold Improvement | HVAC | 11,201.65 | 10,268.20 |
| 222 | Leasehold Improvement | | (13,800.63) | - |
| 222 | Leasehold Improvement | | (12,330.76) | - |
| 222 | Leasehold Improvement | | (17,080.00) | - |
| 222 | Leasehold Improvement | | (8,486.80) | 0.00 |
| 222 | Leasehold Improvement | | (29,441.29) | 0.00 |
| 222 | Leasehold Improvement | | (5,000.00) | (0.00) |
| 222 | Leasehold Improvement | | (24,441.29) | - |
| 222 | Leasehold Improvement | | (14,200.78) | - |
| 222 | Leasehold Improvement | | (5,574.88) | - |
| 222 | Leasehold Improvement | | (322.26) | - |
| 222 | Leasehold Improvement | | (12,313.50) | - |
| 222 | Leasehold Improvement | HVAC | (9,758.00) | (2,927.54) |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 222 | Leasehold Improvement | HVAC | (4,991.41) | (1,497.43) |
| 222 | Leasehold Improvement | HVAC | (4,766.59) | (3,404.59) |
| 222 | Leasehold Improvement | HVAC | (3,447.12) | (2,462.16) |
| 222 | Leasehold Improvement | HVAC | (2,646.70) | (1,606.87) |
| 222 | Leasehold Improvement | HVAC | (3,220.40) | (2,913.68) |
| 222 | Leasehold Improvement | HVAC | (5,427.81) | (5,040.09) |
| 222 | Leasehold Improvement | HVAC | (1,500.00) | (1,410.70) |
| 222 | Furniture & Fixtures | | (5,450.86) | - |
| 222 | Furniture & Fixtures | | (8,187.08) | - |
| 222 | Equipment | | (649.69) | - |
| 222 | Equipment | | (7,875.00) | - |
| 222 | Equipment | Pipe Install for baler | (108.25) | (108.25) |
| 222 | Equipment | Pipe Install for baler | 108.25 | 108.25 |
| 222 | Equipment | Security Cameras & Install | (5,658.92) | (377.00) |
| 222 | Equipment | Security Camera Install - addtl use tax | (177.38) | (11.62) |
| 222 | Equipment | EAS Installation | (1,958.24) | (326.24) |
| 222 | Equipment | Computer Supplies | (1,782.00) | (950.40) |
| 222 | Computer Equipment | | (4,023.20) | - |
| 222 | Computer Equipment | | (606.04) | - |
| 201 | Leasehold Improvement | Hurricane Repair (PROJECT) | 51,628.81 | 51,628.81 |
| 201 | | | 3,146.30 | 3,146.30 |
| 201 | Leasehold Improvement | Safe Repair | 1648.67 | 1,437.27 |
| 207 | Equipment | Bulbs and Ballasts | 2,161.70 | 1,861.45 |
| 222 | | | 3,470.50 | 3,470.50 |
| 222 | | | -3,470.50 | (3,470.50) |
| 233 | Leasehold Improvement | Electric Repair | 1646.88 | 1,492.24 |
| 251 | Leasehold Improvement | Fire Sprinkler System | 4095.26 | 3,822.26 |
| 262 | Leasehold Improvement | Door Repair | 2,668.86 | 1,779.22 |
| 290 | Leasehold Improvement | HVAC | 1596.89 | 1,520.85 |
| 291 | Leasehold Improvement | Security Gate Repair | 2089.15 | 40.95 |
| 296 | Leasehold Improvement | HVAC | 2,392.32 | 2,306.88 |
| 297 | Leasehold Improvement | Parking Lot Repair | 8,660.00 | 7,223.84 |
| 362 | Equipment | Bulbs and Ballasts | 1,451.30 | 1,451.30 |
| 286 | Leasehold Improvement | Fire Sprinkler Repairs by LL | 4,384.13 | 4,384.13 |
| 203 | | | 8,374.59 | 8,374.59 |
| 215 | Leasehold Improvement | HVAC | 1664.43 | 1,585.19 |
| 216 | Leasehold Improvement | Baler Install | 3,470.50 | 3,239.14 |
| 234 | Leasehold Improvement | HVAC | 2035.33 | 1,962.64 |
| 262 | | | 1,684.31 | 1,684.31 |
| 270 | Leasehold Improvement | Water Heater | 1504.68 | 587.19 |
| 297 | Equipment | HVAC | 4003.76 | 3,860.78 |
| 297 | | | 3,788.75 | 3,788.75 |
| 297 | | | -3,788.75 | (3,788.75) |
| 297 | Equipment | Bulbs and Ballasts | 3,500.00 | 3,208.34 |
| 299 | Equipment | Bulbs and Ballasts | 2,465.51 | 2,260.04 |
| 332 | Leasehold Improvement | HVAC | 1,956.11 | 1,886.24 |
| 387 | Leasehold Improvement | This canceled the INV(Already Cap'd&Depr)-Depr was | -5,533.75 | (5,533.75) |
| 215 | Leasehold Improvement | HVAC | 2031.3 | 2,031.30 |
| 262 | Leasehold Improvement | Electric Repair | 3003.2 | 3,003.20 |
| 270 | Leasehold Improvement | HVAC | 1800 | 1,800.00 |
| 276 | Equipment | Bulbs and Ballasts | 2,384.43 | 2,251.97 |
| 276 | Leasehold Improvement | Electric Repair | 5282.08 | 5,282.08 |
| 296 | Leasehold Improvement | HVAC | 1675 | 1,675.00 |
| 201 | | | 4,272.36 | 4,272.36 |
| 201 | Leasehold Improvement | HVAC | 7842.2 | 7,842.20 |

In re J&M Sales of Texas, LLC
Case No. 18-11803
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 207 | Leasehold Improvement | Landscaping (Deposit) | 4,500.00 | 4,462.50 |
| 207 | Leasehold Improvement | Landscaping (FINAL) | 8,040.00 | 7,973.00 |
| 209 | Leasehold Improvement | HVAC | 2002.63 | 2,002.63 |
| 214 | Leasehold Improvement | HVAC | 24095.36 | 24,095.36 |
| 220 | | | 2,887.16 | 2,887.16 |
| 226 | Equipment | EAS System | 2379.34 | 2,379.34 |
| 234 | Leasehold Improvement | HVAC | 1650 | 1,650.00 |
| 234 | Leasehold Improvement | HVAC | 4874.85 | 4,874.85 |
| 238 | Leasehold Improvement | Signage | 7,632.86 | 7,541.99 |
| 238 | Leasehold Improvement | Signage | 7,632.86 | 7,541.99 |
| 251 | Leasehold Improvement | Door Installation | 1,526.89 | 1,450.57 |
| 321 | Leasehold Improvement | Glass Installation | 1539.63 | 1,539.63 |
| 332 | Leasehold Improvement | HVAC | 1886.89 | 1,886.89 |
| 383 | Leasehold Improvement | Door Repair | 1,518.87 | 1,518.87 |
| 387 | Leasehold Improvement | HVAC | 2,355.65 | 2,355.65 |
| 235 | Leasehold Improvement | HVAC | 5,444.47 | 5,444.47 |
| 239 | Leasehold Improvement | HVAC | 1,702.37 | 1,702.37 |
| 239 | Leasehold Improvement | HVAC | 2,580.03 | 2,580.03 |
| 276 | Leasehold Improvement | HVAC | 1,837.00 | 1,837.00 |
| 291 | Leasehold Improvement | HVAC | 2,110.88 | 2,110.88 |
| 334 | Leasehold Improvement | HVAC | 4,980.17 | 4,980.17 |
| 334 | Leasehold Improvement | HVAC | 4,600.00 | 4,600.00 |

**Fill in this information to identify the case:**

Debtor name    **J&M Sales of Texas, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11803 (LSS)**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   **CSC, as Representative**<br>Creditor's Name<br><br>**P.O. Box 2576**<br>**Wichita, KS 67208**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Equipment Lease**<br><br><br>Describe the lien<br>**UCC-1 Filing**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| **2.2**   **Encina Business Credit, LLC**<br>Creditor's Name<br>**Administrative & Collateral Agent**<br>**Thomas Sullivan**<br>**111 W. Jackson, Suite 1700**<br>**Chicago, IL 60604**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**All assets of the Debtor**<br><br><br>Describe the lien<br>**ABL Credit Agreement**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$70,842,800.00** | **Unknown** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **J&M Sales of Texas, LLC**                                Case number (if know)    **18-11803 (LSS)**
_____                                        _____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Gordon Brothers Finance Company** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | **$30,000,000.00** | **Unknown** |
| | **Administrative Agent and Lender** | **All assets of the Debtor** | | |
| | **David Vega** | | | |
| | **800 Boylston Street, 27th Flr.** | | | |
| | **Boston, MA 02199** | | | |

Creditor's mailing address

**Describe the lien**
**Term Loan and Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Jules and Associates** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
| | **515 S. Figueroa Street, Suite 1950** | **Equipment Lease** | | |
| | **Los Angeles, CA 90071** | | | |

Creditor's mailing address

**Describe the lien**
**UCC-1 Filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Michael Fallas** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | **$10,000,000.00** | **Unknown** |
| | **15001 Figueroa Street** | **All assets of the Debtor** | | |
| | **Gardena, CA 90248** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **J&M Sales of Texas, LLC**
Name

Case number (if know) **18-11803 (LSS)**

Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Reich Bros. Business Solutions LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name
**Equipment Lease**

**267 Central Ave.**
**White Plains, NY 10606**
Creditor's mailing address

**Describe the lien**
**UCC-1 Filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Susquehanna Commercial Finance** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name
**Equipment Lease**

**2 Country View Road, Suite 300**
**Malvern, PA 19355**
Creditor's mailing address

**Describe the lien**
**UCC-1 Filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | J&M Sales of Texas, LLC | Case number (if know) | 18-11803 (LSS) |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.8 | TCF Equipment Finance, Inc. | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Equipment Lease** | | |

**11100 Wayzata Blvd.**
**Minnetonka, MN 55305**
Creditor's mailing address

**Describe the lien**
**UCC-1 Filing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $110,842,800 .00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **J&M Sales of Texas, LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **18-11803 (LSS)**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Abrego,Olga Lidia**<br>**4901 S. 33rd Rd.**<br>**McAllen, TX 78503** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$655.04** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Abril,Pamela C**<br>**503 N Elizabeth Ave**<br>**Douglas, AZ 85607** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$309.54** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,718.28 | Unknown |
|---|---|---|---|---|

**Acosta Perez,Denia**
**6200 E Sam Huston Pkwy N**
**Apt 17107**
**Houston, TX 77049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.31 | Unknown |
|---|---|---|---|---|

**Acosta,Briana D**
**435 N Hibbert Apt 107**
**Mesa, AZ 85201-5931**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.09 | Unknown |
|---|---|---|---|---|

**Adams,Erica M**
**1806 E Denman Ave**
**Lufkin, TX 75901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.28 | Unknown |
|---|---|---|---|---|

**Aguas,Claudia**
**1222 Balmorhea Ave**
**Houston, TX 77039-1902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,281.36 | Unknown |
|---|---|---|---|---|

**Aguirre,Hilda**
**8101 Lenora St**
**#404**
**Houston, TX 77061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.50 | Unknown |
|---|---|---|---|---|

**Allapowa,Shona**
**2600 Americare Crt NW**
**Apt 10102**
**Albuquerque, NM 87120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $903.54 | Unknown |
|---|---|---|---|---|

**Almaguer,Patricia**
**493 Avenida Del Sol**
**Brownsville, TX 78526**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $381.98 | Unknown |
|---|---|---|---|---|

**Almaraz,Karina G.**
**1719 SanJorge**
**Apt 16**
**Laredo, TX 78040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J&M Sales of Texas, LLC** | Case number *(if known)* | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $194.04 | Unknown |
|---|---|---|---|---|
| | **Alvarado Velazco,Zaira**<br>**5622 Brandemere Dr**<br>**San Antonio, TX 78218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $135.40 | Unknown |
|---|---|---|---|---|
| | **Alvarado,Romelia G**<br>**16107 Brumfield Dr**<br>**Houston, TX 77082** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $566.61 | Unknown |
|---|---|---|---|---|
| | **Alvarado,Selena**<br>**13015 w Rancho Santa Fe Blvd a**<br>**Avondale, AZ 85392** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $914.50 | Unknown |
|---|---|---|---|---|
| | **Alvarez,Julia M**<br>**506 Pantera Dr**<br>**Alamo, TX 78516** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.48 | Unknown |
|---|---|---|---|---|

**Anaya,Eva**
**8100 Stone St #606**
**Houston, TX 77061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $391.05 | Unknown |
|---|---|---|---|---|

**Anchondo De Ramos,Elva E**
**1751 Mesa DR.**
**Apt 419**
**Eagle Pass, TX 78552**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $566.16 | Unknown |
|---|---|---|---|---|

**Antillon Herreros,Martin A**
**9900 Ladrones Pl SW**
**Albuquerque, NM 87021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $779.10 | Unknown |
|---|---|---|---|---|

**Araujo,Graciela**
**6134 4th NW #37**
**Los Ranchos, NM 87105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|

Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.60 | Unknown |
|---|---|---|---|---|

**Argote Lopez,Lucero**
**4638 W Marlette Ave**
**Glendale, AZ 85301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.32 | Unknown |
|---|---|---|---|---|

**Arias,Alma L**
**1509 E Mobile LN**
**Phoenix, AZ 85040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.24 | Unknown |
|---|---|---|---|---|

**Armendariz Jr,Angel**
**1302 Bayshore**
**Canutillo, TX 79835-8450**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $948.54 | Unknown |
|---|---|---|---|---|

**Armendariz,Perla B**
**318homer st apt A**
**Lufkin, TX 75901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $92.40 | Unknown |
|---|---|---|---|---|
| | **Arredondo,Flor**<br>**2060 Allen Genoa Rd**<br>**Houston, TX 77017-6800** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,807.70 | Unknown |
|---|---|---|---|---|
| | **Arteaga,Rosa Maria**<br>**11125 Pink Coral Dr.**<br>**El Paso, TX 79936** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $11.55 | Unknown |
|---|---|---|---|---|
| | **Arvizo,Jacob L.**<br>**1001 S. Duke Drive**<br>**Tucson, AZ 85710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,846.15 | Unknown |
|---|---|---|---|---|
| | **Atkins,Towander Dieshake**<br>**9911 Valley Club Dr.**<br>**Houston, TX 77078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.05 | Unknown |
|---|---|---|---|---|
| | **Avery,LeRon**<br>**1102 E 35th St**<br>**Tucson, AZ 85713** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.50 | Unknown |
|---|---|---|---|---|
| | **Avila Espinoza,Norma J**<br>**4226 W Missouri Ave**<br>**Phoenix, AZ 85019** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.59 | Unknown |
|---|---|---|---|---|
| | **Avila,Julio C**<br>**1782 E San Pedro St**<br>**San Luis, AZ 85349** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.87 | Unknown |
|---|---|---|---|---|
| | **Baladez,Bianca M**<br>**608 Illinois St**<br>**Bloomington, TX 77951** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.31** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,230.78 | Unknown

**Balboa,San Juana**
**1610 Date Street**
**Pharr, TX 78577**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $819.00 | Unknown

**Banda,Janet**
**606 Limon Lane**
**Brownsville, TX 78521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.04 | Unknown

**Baylor,Robert**
**13835 West Hollow Park**
**Houston, TX 77082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $969.23 | Unknown

**Beal,Mark A**
**1039 E. 2nd St**
**Douglas, AZ 85607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,222.65 | Unknown |
|---|---|---|---|---|

**Bechtel,Manuela M**
**5829 E Adobe Rd**
**Mesa, AZ 85205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,248.72 | Unknown |
|---|---|---|---|---|

**Begay,Tiffany R**
**5509 Calle Nuestra NW**
**Albuquerque, NM 87120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.24 | Unknown |
|---|---|---|---|---|

**Beiza Barron,Lilia**
**812 Gulf Bank Rd**
**Houston, TX 77037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.04 | Unknown |
|---|---|---|---|---|

**Beltran,Corina M**
**5708 N 44th Dr**
**Glendale, AZ 85301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.39** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.64 | Unknown
**Bermudez,Martha A**
**6041 S Avenida Las Monjas**
**Tucson, AZ 85706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address | | $758.29 | Unknown
**Besil,Sandra E**
**2687 Roger Williams Dr**
**Irving, TX 75061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address | | $368.10 | Unknown
**Blue,Mirhonda**
**1702 Woodwind Ln**
**Austin, TX 78758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.42** | Priority creditor's name and mailing address | | $972.64 | Unknown
**Bocanegra,Maria Bacilisa**
**120 Luther St #B**
**Houston, TX 77076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|

Name

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$346.50** | **Unknown** |
|---|---|---|---|---|
| | **Bueno Aleman,Lizeth**<br>**3109 E Mile 13 1/2 N**<br>**Mercedes, TX 78570** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$47.50** | **Unknown** |
|---|---|---|---|---|
| | **Bush,Philip V**<br>**105 Oakland Dr**<br>**Georgetown, TX 78628-7611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,877.41** | **Unknown** |
|---|---|---|---|---|
| | **Caballero,Sandra A**<br>**1110 Eva Ave**<br>**Pasadena, TX 77502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$41.58** | **Unknown** |
|---|---|---|---|---|
| | **Calvillo-Rodriguez,Rosa I**<br>**5700 Cameron Road**<br>**Apt 122**<br>**Austin, TX 78723** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.60 | Unknown |
|---|---|---|---|---|

**Camacho,Guadalupe**
**12328 Tierra Azteca**
**El Paso, TX 79938**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.07 | Unknown |
|---|---|---|---|---|

**Campbell Trejo,Ana M**
**1142 E. 19th St**
**Douglas, AZ 85607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $374.36 | Unknown |
|---|---|---|---|---|

**Campos,Alma**
**4848 Goldfield**
**San Antonio, TX 78218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.00 | Unknown |
|---|---|---|---|---|

**Carbajal,Consuelo**
**8820 Old County Dr #56**
**El Paso, TX 79907**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,423.08 | Unknown |
|---|---|---|---|---|

**Carbajal,Rosa G**
**780 Colorado St.**
**Eagle Pass, TX 78852**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,040.94 | Unknown |
|---|---|---|---|---|

**Carrillo,Alma Delia**
**493 A S Yarbrough**
**El Paso, TX 79915**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $370.00 | Unknown |
|---|---|---|---|---|

**Carrillo,Luz Guadalupe**
**500 Rubin Dr.**
**Apt. #1310**
**El Paso, TX 79912**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.69 | Unknown |
|---|---|---|---|---|

**Carrillo,Maricruz**
**730  E Siesta  Dr Apt 3**
**Phoenix, AZ 85042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.97 | Unknown |
|---|---|---|---|---|
| | **Casilla,Maresen G**<br>**814 E Roma Ave  Rear**<br>**Phoenix, AZ 85014-4107** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $785.62 | Unknown |
|---|---|---|---|---|
| | **Castaneda Torres,Laura**<br>**9544 Japonica**<br>**El Paso, TX 79924** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,600.44 | Unknown |
|---|---|---|---|---|
| | **Castanon,Lorenza M.**<br>**7218 Gammage St.**<br>**Houston, TX 77087** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $291.47 | Unknown |
|---|---|---|---|---|
| | **Castillo,Norma Alicia**<br>**104 Alan A Dale**<br>**El Paso, TX 79924** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$30.80** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Cazares,Nallely**<br>**106 S 35th St**<br>**Hidalgo, TX 78557** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$68.88** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Celis De Mendoza,Elizabeth**<br>**7819 OVALLES ST**<br>**Weslaco, TX 78596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,142.67** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Ceniceros,Lluvia Denise**<br>**1416 Enrique Perez Cir**<br>**San Elizario, TX 79849** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$163.90** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Centeno,Agustina**<br>**1638 Engle Ave**<br>**Dallas, TX 75224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.20 | Unknown |
|---|---|---|---|---|

**Cervantes,Amanda N**
**1405 Boca Chica Blvd Apt 84**
**Brownsville, TX 78520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.18 | Unknown |
|---|---|---|---|---|

**Chacon Hernandez,Yohandra**
**2302 PO Box**
**Mesa, AZ 85214-2302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,942.30 | Unknown |
|---|---|---|---|---|

**Chaudoin,Melissa Sonico**
**9335 E Baseline Rd**
**Apt 1099**
**Mesa, AZ 85209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,445.34 | Unknown |
|---|---|---|---|---|

**Chavarria,Sulma**
**1505 Henninger St**
**Houston, TX 77023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.96 | Unknown |
|---|---|---|---|---|

**Chavez,Ericka**
**1772 Nelly Mae Glass Dr**
**Ealge Pass, TX 78852**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | | $1,923.08 | Unknown |
|---|---|---|---|---|

**Chavez,Gudberto**
**123 Rio Rd.**
**El Paso, TX 79922**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | | $610.72 | Unknown |
|---|---|---|---|---|

**Chavez,Perla**
**501 s campbell apt e-21**
**El Paso, TX 79901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | | $210.89 | Unknown |
|---|---|---|---|---|

**Chavez,Veneranda**
**1095 Lazar St**
**Eagle Pass, TX 78852**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number *(if known)* | **18-11803 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.25 | Unknown |
| --- | --- | --- | --- | --- |

**Cisneros,Lucia**
**6203 Trowbridge**
**El Paso, TX 79905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $421.44 | Unknown |
| --- | --- | --- | --- | --- |

**Clark,Kathleen**
**9926 Algiers Rd**
**Houston, TX 77041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.64 | Unknown |
| --- | --- | --- | --- | --- |

**Clark,Tina**
**9011 Welles Way**
**San Antonio, TX 78240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $819.40 | Unknown |
| --- | --- | --- | --- | --- |

**Colon Ortiz,Ada I.**
**2214 Radiant LN**
**Edinburg, TX 78542**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $629.88 | Unknown |
|---|---|---|---|---|

**Cooper,Stephanie C**
**11619 Zarroll Dr**
**Houston, TX 77099**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.57 | Unknown |
|---|---|---|---|---|

**Cortes,Mirna A**
**2700 E. 15th Street**
**#17**
**Douglas, AZ 85607**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $526.86 | Unknown |
|---|---|---|---|---|

**Covarrubias,Maria G.**
**6607 Petain Ave**
**Dallas, TX 75227**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $464.20 | Unknown |
|---|---|---|---|---|

**Crumbley,Brege M**
**333 Uvalde Rd.**
**Apt 248**
**Houston, TX 77015**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $758.40 | Unknown |
|---|---|---|---|---|

**Cruz Rodriguez,Yeime P**
**5462 N. Crooked Creek Dr**
**Houston, TX 77017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $868.78 | Unknown |
|---|---|---|---|---|

**Cruz Salazar,Andrea**
**8105 Research Blvd**
**#55b**
**Austin, TX 78758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.32 | Unknown |
|---|---|---|---|---|

**Cruz,Kathleen**
**4818 Moravian Dr**
**Corpus Christi, TX 78415**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,303.21 | Unknown |
|---|---|---|---|---|

**Cuellar,Lazaro C.**
**1911 Suaze St.**
**Edinburg, TX 78541**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $117.96 | Unknown |
|---|---|---|---|---|
| | **Daniel Mazorra,Yosbelkys**<br>**3434W Little York Rd apto 1813**<br>**Houston, TX 77091** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $218.16 | Unknown |
|---|---|---|---|---|
| | **Davila,Christina**<br>**2624 Langdon Ave**<br>**Dallas, TX 75235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $250.43 | Unknown |
|---|---|---|---|---|
| | **Davila,Maria D**<br>**1947 W Baseline**<br>**56**<br>**Phoenix, AZ 85041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,596.15 | Unknown |
|---|---|---|---|---|
| | **Davila,Mary L.**<br>**801 E. Oak**<br>**Victoria, TX 77901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $935.39 | Unknown |
|---|---|---|---|---|

**De Leon De Arzaga,Maria**
**176 Red Robin Dr #176**
**El Paso, TX 79915**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,257.69 | Unknown |
|---|---|---|---|---|

**De Leon,Maria**
**1140 N. July Circle**
**Mesa, AZ 85203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $906.39 | Unknown |
|---|---|---|---|---|

**De Leon,Maribel**
**2508 E. Highway 83**
**Apt 17**
**Mission, TX 78572**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.11 | Unknown |
|---|---|---|---|---|

**De Luna,Josefina**
**5760 S Ave La Providencia**
**Tucson, AZ 85706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address<br>**De Luna,Rosa M**<br>**3718 Block dr**<br>**Apt. # 1212**<br>**Irving, TX 75038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$532.88** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.92 | Priority creditor's name and mailing address<br>**Degollado,Elizabeth Ann**<br>**27920 S Altas Palmas**<br>**Rd.**<br>**Harlington, TX 78552** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$678.92** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.93 | Priority creditor's name and mailing address<br>**Deibert,Joy**<br>**210 E Brown Rd Apt 218**<br>**Mesa, AZ 85201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$80.12** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.94 | Priority creditor's name and mailing address<br>**Delao,Angel V.**<br>**2701 Huckleberry**<br>**Pasadena, TX 77502** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,461.54** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,519.24** | **Unknown** |
|---|---|---|---|---|
| | **Deleon Garza,Elbertha Ann**<br>**8454 Montgomery Circle**<br>**San Antonio, TX 78239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$469.14** | **Unknown** |
|---|---|---|---|---|
| | **Delgadillo,Noemi**<br>**4530 W Mclellan Dr. Apt 88**<br>**Glandale, AZ 85301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$293.80** | **Unknown** |
|---|---|---|---|---|
| | **Delgado,Leticia**<br>**10433 Monte Carlo**<br>**El Paso, TX 79927** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$354.36** | **Unknown** |
|---|---|---|---|---|
| | **Devora Aguayo,Rosio**<br>**1217 Myrtle Ave**<br>**El Paso, TX 79901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Debtor     **J&M Sales of Texas, LLC**                                     Case number (if known)    **18-11803 (LSS)**
           Name

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,850.72 | Unknown |
|---|---|---|---|---|

**Dominguez Santos,Gabriela**
**12914 Slater Ln**
**Houston, TX 77039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $533.08 | Unknown |
|---|---|---|---|---|

**Dominguez,Marina**
**5252 Carrousel St.**
**Apt. #40**
**El Paso, TX 79912**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.88 | Unknown |
|---|---|---|---|---|

**Dominguez,Marissa**
**4423 Hopkins Ave**
**Dallas, TX 75209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,101.30 | Unknown |
|---|---|---|---|---|

**Dominguez,Martha**
**4423 Hapkins Ave.**
**Dallas, TX 75209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,567.30** | **Unknown** |
|---|---|---|---|---|

**Dones,Dannette**
**501 W. Filmore**
**Harlingen, TX 78550**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | | **$13.68** | **Unknown** |
|---|---|---|---|---|

**Doperoy,Tia A**
**4023 Glenrock Dr**
**San Antonio, TX 78240**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | | **$453.54** | **Unknown** |
|---|---|---|---|---|

**Drungo,Rainelle R**
**15130 Marsh Lane**
**Apt 1024 A**
**Addison, TX 75001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | | **$16.94** | **Unknown** |
|---|---|---|---|---|

**Duarte Moncada,Nidia G**
**2123 Chihuahua St**
**San Antonio, TX 78207**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,639.17** | **Unknown** |
|---|---|---|---|---|

**Duque,Maribel**
**P.O. Box 3536**
**Edinburg, TX 78540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$54.29** | **Unknown** |
|---|---|---|---|---|

**Duran,Jessica S**
**1325 E 5th St**
**Douglas, AZ 85607-3323**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$133.32** | **Unknown** |
|---|---|---|---|---|

**Dzul Valencia,Brenda**
**617 Sunset Rd SW**
**Albuquerque, NM 87105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,711.54** | **Unknown** |
|---|---|---|---|---|

**Echavarria,Eva A.**
**P.O. Box 5425**
**Uvalde, TX 78801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|--------|------------------------------|------------------------|---------------------|

Name

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$211.75** | **Unknown** |
|-------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|
| | **Edwards,La'Daisha N**<br>**7908 Copper Holw**<br>**Converse, TX 78109-3933** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$42.60** | **Unknown** |
|-------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|
| | **Enriquez Yescas,Maria T**<br>**5728 Hemming Way Dr**<br>**El Paso, TX 79924** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$440.44** | **Unknown** |
|-------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|
| | **Escobedo,Alicia**<br>**535 Gembler Rd Apt 1124**<br>**San Antonio, TX 78219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$953.52** | **Unknown** |
|-------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|
| | **Escobedo,Monica G**<br>**2007 Judson Dr**<br>**Lufkin, TX 75901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **J&M Sales of Texas, LLC** | | Case number *(if known)* | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.115** | Priority creditor's name and mailing address

**Espinoza,Maria T**
**2411 E 7th St**
**Douglas, AZ 85607-3520**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and PTO**

Is the claim subject to offset?
■ No
☐ Yes

$12.81    Unknown

---

**2.116** | Priority creditor's name and mailing address

**Espinoza,San Juanita E**
**4209 N 99th Ln**
**Phoenix, AZ 85037**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and PTO**

Is the claim subject to offset?
■ No
☐ Yes

$84.74    Unknown

---

**2.117** | Priority creditor's name and mailing address

**Espinoza,Ursula L**
**2333 W Irvington Pl Unit 53**
**Tucson, AZ 85746-4255**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and PTO**

Is the claim subject to offset?
■ No
☐ Yes

$85.47    Unknown

---

**2.118** | Priority creditor's name and mailing address

**Esquivel Anguiano,Patricia**
**1811 Ruiz**
**San Antonio, TX 78207**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and PTO**

Is the claim subject to offset?
■ No
☐ Yes

$457.50    Unknown

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.119** | Priority creditor's name and mailing address

**Esquivel,Hilda T.**
**944 W. Main St**
**Apt #2006**
**Mesa, AZ 85201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,704.05**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.120** | Priority creditor's name and mailing address

**Estrada,Veronica**
**801 Nolte Dr.**
**Dallas, TX 75208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$346.10**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.121** | Priority creditor's name and mailing address

**Estrada,Yessica**
**306 S. 11th St.**
**Hidalgo, TX 78557**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,000.00**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.122** | Priority creditor's name and mailing address

**Falah Al Shammari,Neda**
**1831 S Baxter Place**
**Apt #5104**
**Tucson, AZ 85713**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,538.46**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.80 | Unknown |
|---|---|---|---|---|

**Favorite,Lorenza D**
**6200 marinette dr. A406**
**Houston, TX 77036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $811.23 | Unknown |
|---|---|---|---|---|

**Felix,Brenda**
**308 4th St**
**Douglas, AZ 85607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $589.38 | Unknown |
|---|---|---|---|---|

**Fernandez,Jessie**
**1906 July**
**Houston, TX 77093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,203.97 | Unknown |
|---|---|---|---|---|

**Fernandez,Margarita V**
**1204 London**
**Pasadena, TX 77506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,208.24 | Unknown |
|---|---|---|---|---|

**Flores,Francisca Batista**
**4626 E. 24th St.**
**Tucson, AZ 85711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.60 | Unknown |
|---|---|---|---|---|

**Flores,Gloria J**
**1409 W Business 83**
**Apt 924**
**Weslaco, TX 78596**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.10 | Unknown |
|---|---|---|---|---|

**Flores,Lillian P**
**7142 E Sylvane Dr**
**Tucson, AZ 85710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.64 | Unknown |
|---|---|---|---|---|

**Fontes,Oscar A**
**7142 E Sylvane Dr**
**Tucson, AZ 85710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|

Name

---

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8.52** | **Unknown** |
|---|---|---|---|---|

**Foster,Veronica M**
**6602 Swiss Oaks**
**San Antonio, TX 78227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | | **$3,325.46** | **Unknown** |
|---|---|---|---|---|

**Franco,Daniela**
**958 Wagon Wheel**
**Eagle Pass, TX 78852**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | | **$53.13** | **Unknown** |
|---|---|---|---|---|

**Franco,Liliana L**
**958 Wagon Wheel Rd**
**Eagle Pass, TX 78852**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | | **$1,076.29** | **Unknown** |
|---|---|---|---|---|

**Fregoso,Yadira J**
**4375 W Missouri Ave Lot 29**
**Glendale, AZ 85301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.25 | Unknown |
|---|---|---|---|---|

**Fuller,Jeanie M**
**3055 Utah**
**Dallas, TX 75216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.30 | Unknown |
|---|---|---|---|---|

**Galaviz,Claudia**
**5600 Gibson blvd SE**
**Apt 413**
**Albuquerque, NM 87108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $622.99 | Unknown |
|---|---|---|---|---|

**Gallegos,Janie**
**5434 Greyrock**
**San Antonio, TX 78228**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.00 | Unknown |
|---|---|---|---|---|

**Galvan De Reyes,Mayda**
**1734 Amanda Ln**
**Eagle Pass, TX 78852**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.139** | Priority creditor's name and mailing address
**Gamez,Laura**
**1306 Lebanon Ave**
**Dallas, TX 75208**

As of the petition filing date, the claim is: $547.05   Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.140** | Priority creditor's name and mailing address
**Garcia Delgado,Raquel**
**2454 S 4th Ave**
**Phoenix, AZ 85003**

As of the petition filing date, the claim is: $966.44   Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.141** | Priority creditor's name and mailing address
**Garcia Estrada,Veronica A**
**2761 Northaven Rd**
**Apt 4103**
**Dallas, TX 75229**

As of the petition filing date, the claim is: $1,552.72   Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.142** | Priority creditor's name and mailing address
**Garcia Gomez,Sanjuana B**
**901 E Thomas Drive apt 103**
**Pharr, TX 78577**

As of the petition filing date, the claim is: $508.20   Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.51 | Unknown |
|---|---|---|---|---|

**Garcia Jimenez,Mae**
**3549 W Vermont Ave**
**Phoenix, AZ 85019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.68 | Unknown |
|---|---|---|---|---|

**Garcia Rucoba,Dulce K**
**2005 Gumwood Ave.**
**McAllen, TX 78501**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,652.82 | Unknown |
|---|---|---|---|---|

**Garcia,Alejandro**
**P.O. Box 851**
**Somerton, AZ 85350**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $515.35 | Unknown |
|---|---|---|---|---|

**Garcia,Arlenne Y**
**231 Cora Ave**
**Del Rio, TX 78040**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $646.04 | Unknown |
|---|---|---|---|---|

**Garcia,Ben**
**1415 W Gulf Bank Rd**
**Apt 526**
**Houston, TX 77088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $972.84 | Unknown |
|---|---|---|---|---|

**Garcia,Cecilia**
**2710 Wilson Road**
**Trailer #356**
**Humble, TX 77396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $511.03 | Unknown |
|---|---|---|---|---|

**Garcia,Daniella**
**2710 Wilson Rd**
**#356**
**Humble, TX 77396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $180.44 | Unknown |
|---|---|---|---|---|

**Garcia,Elizabeth M**
**1418 S Palm Blvd Lot 25**
**Harlingen, TX 78552-3939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.36 | Unknown |
|---|---|---|---|---|

**Garcia,Francisca V**
**1308 21st St**
**Douglas, AZ 85607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.07 | Unknown |
|---|---|---|---|---|

**Garcia,Guadalupe**
**1123 Berlin Ave**
**San Antonio, TX 78211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.57 | Unknown |
|---|---|---|---|---|

**Garcia,Guadalupe N**
**2904 Sea Breeze Dr**
**El Paso, TX 79936-2110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.31 | Unknown |
|---|---|---|---|---|

**Garcia,Iris B**
**11269 S Hummingbird Ln**
**Yuma, AZ 85365-8319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | J&M Sales of Texas, LLC | Case number (if known) | 18-11803 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,306.38 | Unknown |
|---|---|---|---|---|

**Garcia,Isaura C.**
**146 Hammer Way**
**El Paso, TX 79907**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $536.69 | Unknown |
|---|---|---|---|---|

**Garcia,Lucy A**
**8151 Barclay st #247**
**Dallas, TX 75227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,057.77 | Unknown |
|---|---|---|---|---|

**Garcia,Maria V**
**24020 W. US Hwy 281**
**San Benito, TX 78586**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $429.35 | Unknown |
|---|---|---|---|---|

**Garcia,Sandra**
**1808 Ave C**
**Del Rio, TX 78840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.85 | Unknown |
|---|---|---|---|---|

**Garibay,Ana**
**402 W. Grove St.**
**Phoenix, AZ 85041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | Unknown |
|---|---|---|---|---|

**Garrett,Alicia L.**
**14300 Ella Blvd Apt 109**
**Houston, TX 77014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $618.80 | Unknown |
|---|---|---|---|---|

**Garza,Analee**
**7055 Laguna Azul Dr.**
**Brownsville, TX 78526**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.00 | Unknown |
|---|---|---|---|---|

**Garza,Bianca**
**2718 N Balli Ave**
**Donna, TX 78537**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.20 | Unknown |
|---|---|---|---|---|

**Garza,Ivone J**
**7516 Carricero St**
**Edinburg, TX 78542-3652**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $965.69 | Unknown |
|---|---|---|---|---|

**Garza,Raquel**
**815 Citrus Terrace**
**Harlingen, TX 78550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $564.74 | Unknown |
|---|---|---|---|---|

**Gibbs,Margie L**
**15427 Cabildo Dr**
**Houston, TX 77083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.40 | Unknown |
|---|---|---|---|---|

**Giesalhart,Norma S**
**607 Fillmore Ave Apt 2301**
**Victoria, TX 77901-2424**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$380.38** | **Unknown** |
|---|---|---|---|---|
| | **Giles,Eric D**<br>**1272 Cedar Haven Ave**<br>**Dallas, TX 75216-1230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$521.36** | **Unknown** |
|---|---|---|---|---|
| | **Gomez Baquero,Rosa N**<br>**4345 N 51 Ave**<br>**Phoenix, AZ 85031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$739.73** | **Unknown** |
|---|---|---|---|---|
| | **Gomez,Amelia**<br>**11022 N 101 ST**<br>**Mission, TX 78573** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$197.12** | **Unknown** |
|---|---|---|---|---|
| | **Gomez,Kimberly**<br>**3222 Pasadena Blvd,**<br>**Apt 129**<br>**Pasadena, TX 77503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.44 | Unknown |
|---|---|---|---|---|

**Gonzales,Reina N**
**5256 Wyoming NE**
**B22**
**Albuquerque, NM 87111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,513.75 | Unknown |
|---|---|---|---|---|

**Gonzalez,Ana L**
**10506 Chadwick**
**Houston, TX 77029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $752.90 | Unknown |
|---|---|---|---|---|

**Gonzalez,Lucila**
**301 Dell Ct.**
**Houston, TX 77009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,596.15 | Unknown |
|---|---|---|---|---|

**Gonzalez,Sara**
**6823 Stratford Park Dr**
**Houston, TX 77084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$280.02** | **Unknown** |
|---|---|---|---|---|
| | **Gonzalez,Sonia P**<br>**1131 Yoblanda Dr**<br>**Eagle Pass, TX 78852** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$91.68** | **Unknown** |
|---|---|---|---|---|
| | **Goodman,Mildred Jean**<br>**3815 W Fuqua St**<br>**Apt 237**<br>**Houston, TX 77045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,534.72** | **Unknown** |
|---|---|---|---|---|
| | **Green,Jennifer A**<br>**4750 S Campbell Ave**<br>**Apt 703**<br>**Tucson, AZ 85714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$50.82** | **Unknown** |
|---|---|---|---|---|
| | **Guerra,Rosa M**<br>**1265 Berrendo Rd**<br>**San Elizario, TX 79849** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.04 | Unknown |
|---|---|---|---|---|

**Guerrero,Leticia**
**108 Linden**
**San Antonio, TX 78211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.94 | Unknown |
|---|---|---|---|---|

**Gustamante,Danielle M**
**909 Lombrano St**
**San Antonio, TX 78207-1114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $803.14 | Unknown |
|---|---|---|---|---|

**Gutierrez,Maria De Jesus**
**1504 Baltica St.**
**Eagle Pass, TX 78852**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,884.62 | Unknown |
|---|---|---|---|---|

**Gutierrez,Maria G.**
**144 Balcones Blvd**
**Eagle Pass, TX 78852**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $429.24 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Guzman,Gloria**
**1102 E 35th st**
**Tucson, AZ 85713**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $547.51 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Guzman,Paulina**
**810 Center**
**Pasadena, TX 77506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.36 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Guzman,Samantha N**
**819 Lane Dr Apt 70**
**Rosenberg, TX 77471**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $891.42 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Harrell,Brenda J**
**3200 Daniel McCall Dr**
**Apt 507**
**Lufkin, TX 75904**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|--------|------------------------------|------------------------|--------------------|
|        | Name                         |                        |                    |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $865.35 | Unknown |
|-------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Harris,Evette S**
**742 Tapley St**
**Grand Prairie, TX 75051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.85 | Unknown |
|-------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Hernandez,Asheley M**
**802 Roseanne St**
**Corpus chisti, TX 78418**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $251.34 | Unknown |
|-------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**Hernandez,Brenda**
**8008 S 2nd Dr**
**Phoenix, AZ 85041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,942.30 | Unknown |
|-------|-----------------------------------------------|-----------------------------------------------|-----------|---------|

**Hernandez,Dora E**
**6943 Sundew Crk**
**Converse, TX 78109-3444**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$938.72** | **Unknown** |
|---|---|---|---|---|

**Hernandez,Jessica**
**7820 Williford St**
**Houston, TX 77012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$30.91** | **Unknown** |
|---|---|---|---|---|

**Hernandez,Joyce B**
**6007 Pyrite Loop**
**San Antonio, TX 78222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$717.23** | **Unknown** |
|---|---|---|---|---|

**Hernandez,Maria**
**157 N. Clenwood**
**# D**
**El Paso, TX 79905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$169.40** | **Unknown** |
|---|---|---|---|---|

**Hernandez,Oscar**
**4525 Sunrise #209 B**
**El Paso, TX 79904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.195** | Priority creditor's name and mailing address

**Herrera,Lilia T**
**9411 Abotshall Ln**
**Houston, TX 77044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,173.84    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.196** | Priority creditor's name and mailing address

**Houston,Leeandra D**
**2055 E Hampton**
**Apt 140**
**Mesa, AZ 85204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$519.09    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.197** | Priority creditor's name and mailing address

**Howard,Linda Kaye**
**234 W. Canino**
**House #5**
**Houston, TX 77037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$516.06    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.198** | Priority creditor's name and mailing address

**Inostroza,Amber M**
**9021 Betel Dr Apt 35**
**El Paso, TX 79907-2943**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$101.64    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number *(if known)* | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.199** | Priority creditor's name and mailing address

**Jasso,Olivia**
**916 E Gustavus St**
**Laredo, TX 78040-3303**

As of the petition filing date, the claim is: $77.89    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.200** | Priority creditor's name and mailing address

**Jefferies,Patricia**
**P.O. BOX 655**
**Combes, TX 78535**

As of the petition filing date, the claim is: $1,116.72    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.201** | Priority creditor's name and mailing address

**Jones,Calvin**
**19543 Rum River Ct**
**Katy, TX 77449**

As of the petition filing date, the claim is: $33.88    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.202** | Priority creditor's name and mailing address

**Jones,Martha I**
**1801 Miner Rd SW**
**Albuquerque, NM 87121**

As of the petition filing date, the claim is: $1,793.58    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.06 | Unknown |
|---|---|---|---|---|

**Jordan,Calvin L**
**3939 Fredricksburg Rd**
**Apt K3**
**San Antonio, TX 78201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.79 | Unknown |
|---|---|---|---|---|

**Kenebrew Porter,Ashleigh L**
**11018 Wainfleet Ln**
**Houston, TX 77096**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $587.95 | Unknown |
|---|---|---|---|---|

**Laca,Norma**
**2016 Amy Sue Dr**
**Apt A**
**El Paso, TX 79936**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $704.10 | Unknown |
|---|---|---|---|---|

**Laca,Sonia**
**2016 Amy Sue**
**#A**
**El Paso, TX 79936**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $441.84 | Unknown |
|---|---|---|---|---|

**Lara De Diaz,Olga**
**9661 E. 38th St.**
**Zuma, AZ 85365**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $711.60 | Unknown |
|---|---|---|---|---|

**Lara,Nancy S**
**4005 Tierra Alta Dr.**
**Mission, TX 78574**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.10 | Unknown |
|---|---|---|---|---|

**Lara,Patricia**
**108 Loma Linda Ct**
**Sunland Park, NM 88063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.20 | Unknown |
|---|---|---|---|---|

**Lares Jr,Raul**
**1021 S Mesa St  Apt 8**
**El Paso, TX 79901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $730.77 | Unknown |
|---|---|---|---|---|

**Leal,Christine**
**2701 Leary Lane #2**
**Victoria, TX 77904**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $524.90 | Unknown |
|---|---|---|---|---|

**Lechuga,Betty Ann**
**1258 Crested Quail Dr.**
**El Paso, TX 79936**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $974.41 | Unknown |
|---|---|---|---|---|

**Lerma,Odilia C**
**25016 Calle Del Monte**
**Monte Alto, TX 78538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $992.42 | Unknown |
|---|---|---|---|---|

**Licon,Gabriela**
**5516 Husky Ct #29**
**El Paso, TX 79924**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $923.08 | Unknown |
|---|---|---|---|---|
| | **Loera,Leonel A**<br>**2815 Morehead Ave**<br>**El Paso, TX 79930** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.85 | Unknown |
|---|---|---|---|---|
| | **Lopez Acosta,Perla I**<br>**11641 Flor Del Sol St**<br>**El Paso, TX 79927** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,730.77 | Unknown |
|---|---|---|---|---|
| | **Lopez,Daniel R**<br>**2428 Purple Rock Pl SW**<br>**Albuquerque, NM 87121** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.51 | Unknown |
|---|---|---|---|---|
| | **Lopez,Ginger L**<br>**2938 W Monte Vista**<br>**Phoenix, AZ 85009** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.66 | Unknown |
|---|---|---|---|---|

**Lopez,Guadalupe**
**1235 Pueblo Rd**
**Alamo, TX 78516**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $555.33 | Unknown |
|---|---|---|---|---|

**Lopez,Maria S**
**405 W. 5th Street**
**Del Rio, TX 78840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $528.33 | Unknown |
|---|---|---|---|---|

**Lopez,Susana**
**2894 Frances Gates**
**Eagle Pass, TX 78852**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,369.31 | Unknown |
|---|---|---|---|---|

**Lopez,Sylvia**
**3105 Fresno Avenue**
**Hidalgo, TX 78557**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.71 | Unknown |
|---|---|---|---|---|

**Lowry,Katherine R**
**9643 Sanflat Bass**
**San Antonio, TX 78245**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.67 | Unknown |
|---|---|---|---|---|

**Loya,Roberto**
**1505 Vista De Oro**
**El Paso, TX 79975**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $744.52 | Unknown |
|---|---|---|---|---|

**Lozano,Ariane M**
**2008 Sam Houston Dr Apt 2105**
**Victoria, TX 77901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.68 | Unknown |
|---|---|---|---|---|

**Luchien,Jobari**
**2201 E Broadway Rd apt# a-17**
**Phoenix, AZ 85040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.227** | Priority creditor's name and mailing address

**Macedo,Rosa I**
**1212 Westheimer Dr**
**Apt 231**
**Austin, TX 78752**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$17.71** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.228** | Priority creditor's name and mailing address

**Machado,Nayeli**
**6543 W. Beecher Falls Way**
**Tucon, AZ 85757**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$308.88** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.229** | Priority creditor's name and mailing address

**Machado,Ryan Z**
**4502 E 30th st**
**Tucson, AZ 85711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$75.18** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.230** | Priority creditor's name and mailing address

**Maesse,Irma A**
**1523 N Copia**
**El Paso, TX 79903**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$645.54** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.66 | Unknown |
|---|---|---|---|---|

**Manzano,Lourdes**
**11824 Sierra Morena Dr**
**El Paso, TX 79936**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.73 | Unknown |
|---|---|---|---|---|

**Maratea,Timothy**
**5027 E Cecelia St**
**Tucson, AZ 85711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.18 | Unknown |
|---|---|---|---|---|

**Martinez Ballesteros,Cruz D**
**929 5th St**
**Douglas, AZ 85607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.64 | Unknown |
|---|---|---|---|---|

**Martinez Jr.,George**
**4831 Connorvale Rd**
**Houston, TX 77039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number _(if known)_ | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,364.39 | Unknown |
|---|---|---|---|---|

**Martinez Ramirez,Aracely**
**1306 W. Longoria Dr**
**Pharr, TX 78577**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,414.92 | Unknown |
|---|---|---|---|---|

**Martinez,Erika M.**
**231   1St.**
**Douglas, AZ 85607**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $901.56 | Unknown |
|---|---|---|---|---|

**Martinez,Juan J**
**8112 Rolland Ct**
**El Paso, TX 79907**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $997.11 | Unknown |
|---|---|---|---|---|

**Martinez,Lilia J**
**2905 E. Camelia Ave**
**Hidalgo, TX 78557**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $705.42 | Unknown |
|---|---|---|---|---|

**Martinez,Martha**
**1008 E. Pineridge Av**
**McAllen, TX 78503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,410.60 | Unknown |
|---|---|---|---|---|

**Martinez,Martha Aydee**
**P.O. Box 422027**
**Del Rio, TX 78842**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.64 | Unknown |
|---|---|---|---|---|

**Martinez,Mya**
**3300 Manor Rd Apt 160**
**Austin, TX 78723-5723**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.66 | Unknown |
|---|---|---|---|---|

**McKinney,Jemeckia W**
**30307 4th St**
**Fulshear, TX 77441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number *(if known)* | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.243** | Priority creditor's name and mailing address

**Medina Faustino,Jacqueline**
**617 S Pioneer St**
**Mesa, AZ 85204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$151.14    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.244** | Priority creditor's name and mailing address

**Medina Jr,Rodolfo**
**6834 Laguna Norte**
**San Antonio, TX 78239**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$189.42    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.245** | Priority creditor's name and mailing address

**Medina,Aurelia**
**1220 matamoros ste**
**Unit D**
**Laredo, TX 78040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$637.39    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.246** | Priority creditor's name and mailing address

**Medina,Candie D**
**2730 Ladin Dr.**
**#15**
**Houston, TX 77039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$503.47    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | J&M Sales of Texas, LLC | Case number (if known) | 18-11803 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.247** | Priority creditor's name and mailing address
**Medina,Ericka P**
**308 ladera dr**
**Laredo, TX 78045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,249.04    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.248** | Priority creditor's name and mailing address
**Medina,Erika Y**
**772 Colorado St.**
**Eagle Pass, TX 78852**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$476.21    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.249** | Priority creditor's name and mailing address
**Medina,Mirian**
**14023 Texarkana St**
**Houston, TX 77015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$586.58    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.250** | Priority creditor's name and mailing address
**Medina,Monica**
**4200 Lockfield St**
**#801**
**Houston, TX 77092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$132.60    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|

Name

---

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.04 | Unknown |
|---|---|---|---|---|

**Medina,Norma**
**239 E. 1st ST**
**Douglas, AZ 85607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.96 | Unknown |
|---|---|---|---|---|

**Melendez,Claudia L**
**228 E. St. John**
**Pharr, TX 78577**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,173.90 | Unknown |
|---|---|---|---|---|

**Mendez,Margarita**
**1910 W. Arroyo Vista**
**Tucson, AZ 85746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.81 | Unknown |
|---|---|---|---|---|

**Meraz,Alma Veronica**
**4515 Sue Hall**
**#131**
**El Paso, TX 79905**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $638.99 | Unknown |
|---|---|---|---|---|

**Metzgar,Andrea C**
**8833 Lawson St Apt B**
**El Paso, TX 79904-1962**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,831.50 | Unknown |
|---|---|---|---|---|

**Meza,Leonardo**
**7417 Wilcox Dr**
**El Paso, TX 79915**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,960.84 | Unknown |
|---|---|---|---|---|

**Meza,Maria R.**
**759 Sandstone Drive**
**Chaparral, NM 88081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,730.77 | Unknown |
|---|---|---|---|---|

**Mitchell,Iteria R.**
**10331 Jillanakaye Dr.**
**Houston, TX 77086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J&M Sales of Texas, LLC** | Case number *(if known)* | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $594.25 | Unknown |
|---|---|---|---|---|

**Molina,Cecilia**
**7104 Comet Dr.**
**Pharr, TX 78577**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,481.62 | Unknown |
|---|---|---|---|---|

**Monsivais,Maria F**
**4002 Southerland Rd**
**Trlr#12**
**Houston, TX 77092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,135.80 | Unknown |
|---|---|---|---|---|

**Montalvo,Maria E**
**2711 Obannon Drive**
**Dallas, TX 75224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.61 | Unknown |
|---|---|---|---|---|

**Moore,Shirletta**
**5039 N 57th Ave Apt 252**
**Glendale, AZ 85301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,253.64 | Unknown |
|---|---|---|---|---|

**Moreno,Aleyda**
**3807 Aggassi Dr.**
**Weslaco, TX 78599**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.51 | Unknown |
|---|---|---|---|---|

**Moreno,Angelica M**
**1260 Cesar Chavez Ave Apt 14**
**Somerton, AZ 85350**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.26 | Unknown |
|---|---|---|---|---|

**Morin Castro,Lizbeth**
**738 Hillburn Dr**
**Dallas, TX 75217**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.82 | Unknown |
|---|---|---|---|---|

**Moroyoqui,Genevieve H**
**507 N San Ignacio Ave Apt B**
**San Antonio, TX 78228-6131**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,299.06 | Unknown |
|---|---|---|---|---|

**Morris,La'Jai**
**1710 benson st**
**Houston, TX 77020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.45 | Unknown |
|---|---|---|---|---|

**Muhammad,Karess D**
**11740 North Pointe Blvd**
**Apt 2405**
**Tomball, TX 77377**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,406.13 | Unknown |
|---|---|---|---|---|

**Munoz,Alba Nydia**
**9501 Montwood Dr.**
**El Paso, TX 79925**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.68 | Unknown |
|---|---|---|---|---|

**Munoz,Rebecca J**
**1666 S Extension Rd**
**Apt 19-205**
**Mesa, AZ 85210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.271** | Priority creditor's name and mailing address
**Murillo,Giselle**
**10501 Montwood**
**Apt. 51**
**El Paso, TX 79935**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$13.86    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.272** | Priority creditor's name and mailing address
**Najera De Rocha,Beatriz**
**2713 Benito A Ramirez Rd**
**Edinburg, TX 78542**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$74.25    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.273** | Priority creditor's name and mailing address
**Nanez,Dominique M**
**1617 Kelly Ter**
**Arlington, TX 76010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$203.28    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.274** | Priority creditor's name and mailing address
**Navarro,Melissa**
**102 East Beck**
**Harligen, TX 78550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,538.46    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,394.23 | Unknown |
|---|---|---|---|---|

**Navarro,Ruth**
**420 E. Mahl St.**
**Edingburg, TX 78539**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,311.20 | Unknown |
|---|---|---|---|---|

**Nino,Celene**
**7818 Rosemead Dr**
**Dallas, TX 75217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.04 | Unknown |
|---|---|---|---|---|

**Noriega,James**
**1217 loma verde dr.**
**Brownsville, TX 78521-2785**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.22 | Unknown |
|---|---|---|---|---|

**Nunez,Jarihtci**
**2350 S. 8th Ave Apt. B103**
**yuma, AZ 85364**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $303.45 | Unknown |
|---|---|---|---|---|

**Ojeda,Alma R**
**449 W. 30th St**
**Tucson, AZ 85713**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | | $129.36 | Unknown |
|---|---|---|---|---|

**Orozco,Marina**
**661County Road 221**
**E. Bernard, TX 77435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | | $672.52 | Unknown |
|---|---|---|---|---|

**Orozco,Martha N**
**2536 W 4Th St Apt 4**
**Yuma Az, AZ 85364**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | | $92.40 | Unknown |
|---|---|---|---|---|

**Ortega,Adelina**
**621 Boyles St**
**Houston, TX 77020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $729.09 | Unknown |
|---|---|---|---|---|

**Ortega,Jaime**
**2522 Grant Ave.**
**El Paso, TX 79930**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.284 | Priority creditor's name and mailing address | | $844.31 | Unknown |
|---|---|---|---|---|

**Ortega,Jasmine**
**3810 E. Goodwin Rd**
**Lot #7**
**Mission, TX 78574**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.285 | Priority creditor's name and mailing address | | $1,363.70 | Unknown |
|---|---|---|---|---|

**Osborne,Diana Lynnette**
**5801 North Houston Rossyln**
**Houston, TX 77091**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.286 | Priority creditor's name and mailing address | | $633.30 | Unknown |
|---|---|---|---|---|

**Pacheco De Ayala,Graciela**
**109 s canal avenue**
**Mission, TX 78572**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.287** | Priority creditor's name and mailing address
**Pacheco Lopez,Brigida**
**3202 Geronimo St.**
**Weslaco, TX 78596**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,730.77 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.288** | Priority creditor's name and mailing address
**Padilla,Silvia A**
**559 E. Adams**
**Apt #8**
**Brownsville, TX 78520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$225.98 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.289** | Priority creditor's name and mailing address
**Palacios Hernandez,Desiree A**
**2001 Santa Monica**
**San Antonio, TX 78201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4.08 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.290** | Priority creditor's name and mailing address
**Parra,Rodrigo**
**3255 N Gladiola Ave**
**Douglas, AZ 85607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$792.84 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **J&M Sales of Texas, LLC**                                          Case number (if known)    **18-11803 (LSS)**
_____
Name

| | | |
|---|---|---|
| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,122.03** | **Unknown** |

2.291   Priority creditor's name and mailing address
**Partida,Yolanda G.**
**2526 SABANA LN**
**Laredo, TX 78046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,122.03**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

2.292   Priority creditor's name and mailing address
**Pate,Angelina Marie**
**1020 N. Minnesota Ave**
**Brownsville, TX 78521**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$793.65**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

2.293   Priority creditor's name and mailing address
**Pena,Juan A**
**3402 San Gabriel**
**Mission, TX 78572**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,307.70**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

2.294   Priority creditor's name and mailing address
**Perez De Anda,Alicia**
**3547 W. Meadowbrook Ave.**
**Phoenix, AZ 85019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,200.83**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $73.92 | Unknown |
|---|---|---|---|---|
| | **Perez Flores,Guadalupe**<br>**9300 Silver Sky Ct SW**<br>**Albuquerque, NM 87121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,153.85 | Unknown |
|---|---|---|---|---|
| | **Perez Gutierrez,Diego**<br>**10506 Cayuga**<br>**Dallas, TX 75208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $191.21 | Unknown |
|---|---|---|---|---|
| | **Perez Hernandez,Beatriz A**<br>**1430 E 13Th St**<br>**Douglas, AZ 85607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,115.38 | Unknown |
|---|---|---|---|---|
| | **Perez Ramos,Gabriela**<br>**111 Sample St**<br>**San Antonio, TX 78210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.30 | Unknown |
|---|---|---|---|---|

**Perez,Ana L**
**2214 Lopez Dr**
**Welasco, TX 78599**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.08 | Unknown |
|---|---|---|---|---|

**Perez,Dorothy F**
**8273 W Canvasback Ln**
**Tucson, AZ 85757**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.87 | Unknown |
|---|---|---|---|---|

**Perez,Hortencia**
**3220 Dundee St.**
**El Paso, TX 79925**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,415.82 | Unknown |
|---|---|---|---|---|

**Perez,Magdalena D**
**224 W. Bilby Rd.**
**Tucson, AZ 85706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|

Name

---

**2.303** | Priority creditor's name and mailing address

**Perez,Maria G**
**111 Sample St**
**San Antonio, TX 78210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$450.80** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.304** | Priority creditor's name and mailing address

**Perry,John J**
**512 Ortiz Dr SE Apt#5**
**Albuquerque, NM 87108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,138.44** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.305** | Priority creditor's name and mailing address

**Pichardo,Lourdes**
**3150 W Glendale Ave Lot 4**
**Phoenix, AZ 85051-8360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$32.34** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.306** | Priority creditor's name and mailing address

**Pineda,Baltazar**
**1404 Chacon**
**Laredo, TX 78046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$366.45** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$893.85** | **Unknown** |
|---|---|---|---|---|

**Pinto,Sara E**
**1403 Greenway Ln**
**Laredo, TX 78041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$75.50** | **Unknown** |
|---|---|---|---|---|

**Placeres,Jeffrey J**
**982 SW 39th St**
**San Antonio, TX 78237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18.48** | **Unknown** |
|---|---|---|---|---|

**Portales,Isabel**
**2104 E Anderson Ln**
**Austin, TX 78752**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$100.70** | **Unknown** |
|---|---|---|---|---|

**Portillo,Jacqueline M**
**5212 S 18th Ave**
**Phoenix, AZ 85041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.88 | Unknown |
|---|---|---|---|---|

**Powell,Matilda A**
**603 Chimney Rock St**
**Lufkin, TX 75904-7583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | | $956.71 | Unknown |
|---|---|---|---|---|

**Powell,Roshunda A**
**12803 Drifting Winds**
**Houston, TX 77044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | | $1,177.80 | Unknown |
|---|---|---|---|---|

**Prado,Elizabeth**
**1519 Birchwood St**
**Houston, TX 77093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | | $58.30 | Unknown |
|---|---|---|---|---|

**Quinones,Edith**
**2509 S Fielder Rd**
**Arlington, TX 76015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.04 | Unknown |
|---|---|---|---|---|

**Quintanilla,Veronica J**
**2111 Thompson Rd**
**Apt # 105**
**Richmond, TX 77469**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.12 | Unknown |
|---|---|---|---|---|

**Quiroz,Theresa A**
**350 Abajo Rd SE**
**Albuquerque, NM 87102-5105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $515.34 | Unknown |
|---|---|---|---|---|

**Ramirez,Jennifer**
**906 East Van Week**
**Edinburg, TX 78541**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $636.30 | Unknown |
|---|---|---|---|---|

**Ramirez,Magdalena**
**802 W. Sellers St.**
**Somerton, AZ 85350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,067.80** | **Unknown** |
|---|---|---|---|---|

**Ramirez,Maria**
**6421 Hermann Rd.**
**Lot # 75**
**Houston, TX 77050**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$821.88** | **Unknown** |
|---|---|---|---|---|

**Ramirez,Maria G**
**109 Southend Blvd**
**Lufkin, TX 75901**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$81.27** | **Unknown** |
|---|---|---|---|---|

**Ramirez,Yesenia**
**4617 S 8Th St**
**Phoenix, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$862.46** | **Unknown** |
|---|---|---|---|---|

**Ramos,Elma**
**20530 faith mill stream dr**
**humble, TX 77338**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $366.16 | Unknown |
|---|---|---|---|---|

**Ramos,Michelle E**
**4405 Navarro st**
**apt 411**
**Victoria, TX 77904**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.324**

**Rangel,Jorge L**
**7619 Goudin Dr**
**Missouri City, TX 77489**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$360.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.325**

**Rangel,Reyna**
**1406 E. Third**
**Apt. #8**
**El Paso, TX 79901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$293.62    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.326**

**Ray,Sonia M.**
**10319 Connemara Sw**
**Albuquerque, NM 87121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,308.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $561.72 | Unknown |
|---|---|---|---|---|

**Reeder,Sandra A**
**4502 e 30th st**
**Tucson, AZ 85711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $905.52 | Unknown |
|---|---|---|---|---|

**Renteria,Sandra**
**1817 E. Rio Grande**
**El Paso, TX 79902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.96 | Unknown |
|---|---|---|---|---|

**Renteria,Sheila C**
**3800 w 4th st**
**Yuma, AZ 85364**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.00 | Unknown |
|---|---|---|---|---|

**Retana Ornelas,Mairol Y**
**1024 Magoffin Ave Apt 8**
**El Paso, TX 79901-1522**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.68 | Unknown |
|---|---|---|---|---|

**Retiguin Pineda,Janai**
**130 N Lesueur Apt 17**
**Mesa, AZ 85203-8703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | | $1,330.03 | Unknown |
|---|---|---|---|---|

**Reyes,Eloisa Guadalupe**
**4426 N. Cornelia Cir**
**Corpus Christi, TX 78408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | | $11.66 | Unknown |
|---|---|---|---|---|

**Reynolds,Teroe D**
**8028 S Central Ave**
**Phoenix, AZ 85042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | | $849.53 | Unknown |
|---|---|---|---|---|

**Reynoso Cruz,Maria A**
**8311 Winkler Dr**
**Apt #115**
**Houston, TX 77017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $658.92 | Unknown |
|---|---|---|---|---|

**Riles,Rebecca**
**5915 uvalde Rd #1515**
**Houston, TX 77049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $614.64 | Unknown |
|---|---|---|---|---|

**Rios,Veneranda**
**2908 Copper Ave**
**Mission, TX 78574**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.72 | Unknown |
|---|---|---|---|---|

**Rivera De Gonzalez,Yanci R**
**6425 S Gessner Rd**
**Apt 2157**
**Houston, TX 77036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $278.88 | Unknown |
|---|---|---|---|---|

**Rivera,Marissa**
**6757 Underhill st**
**Houston, TX 77092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.36 | Unknown |
|---|---|---|---|---|

**Robertson,Felica D**
**9550 Ella Lee Ln**
**Apt. 3513**
**Houston, TX 77063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.55 | Unknown |
|---|---|---|---|---|

**Rocha III,Michael A**
**615 W Wier Ave**
**Phoenix, AZ 85041-3127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,101.48 | Unknown |
|---|---|---|---|---|

**Rodriguez Gonzalez,Sara L**
**17704 Royal Palm**
**Penitas, TX 78576**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.82 | Unknown |
|---|---|---|---|---|

**Rodriguez Jr,Richard T**
**231 Merry Ann Dr**
**San Antonio, TX 78223-1313**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **J&M Sales of Texas, LLC** | Case number _(if known)_ | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> _Check all that apply._ <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$637.56** | **Unknown** |
|---|---|---|---|---|
| | **Rodriguez Longoria,Gladis P** <br> **2505 Starlake** <br> **Irving, TX 75060** | | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> _Check all that apply._ <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$260.09** | **Unknown** |
|---|---|---|---|---|
| | **Rodriguez,Alejandro** <br> **114 W Ardmore Rd** <br> **Phoenix, AZ 85041** | | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> _Check all that apply._ <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$1,800.84** | **Unknown** |
|---|---|---|---|---|
| | **Rodriguez,Angelica** <br> **2151 S. Maple Ave. APT 10** <br> **Yuma, AZ 85364** | | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> _Check all that apply._ <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$16.94** | **Unknown** |
|---|---|---|---|---|
| | **Rodriguez,Carmen D** <br> **15843 Marble Bluff Ln** <br> **Houston, TX 77049-5607** | | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,000.00** | **Unknown** |
|---|---|---|---|---|

**Rodriguez,Graciela**
**1808 Iturbide St #2**
**Laredo, TX 78040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$874.83** | **Unknown** |
|---|---|---|---|---|

**Rodriguez,Hogla**
**11616 Peters Rd**
**El Paso, TX 79927**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$97.02** | **Unknown** |
|---|---|---|---|---|

**Rodriguez,Hortencia**
**500 N Santa Rosa**
**Apt 809**
**San Antonio, TX 78205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,299.43** | **Unknown** |
|---|---|---|---|---|

**Rodriguez,Maria Argelia**
**5052 Fonsi Dr.**
**Brownsville, TX 78520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.351 | Priority creditor's name and mailing address<br>**Rodriguez,Martha**<br>**124 W Ardmore Rd**<br>**Phoenix, AZ 85041-8411** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $96.29 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.352 | Priority creditor's name and mailing address<br>**Rodriguez,Vianey**<br>**P.O. Box 553**<br>**Douglas, AZ 85608** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $173.88 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.353 | Priority creditor's name and mailing address<br>**Rogers,Breah N**<br>**8807 Candy St**<br>**Houston, TX 77029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $106.20 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.354 | Priority creditor's name and mailing address<br>**Rojas German,Martha**<br>**8011 Grand Ave**<br>**Houston, TX 77064** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $171.16 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $941.99 | Unknown |
|---|---|---|---|---|

| | **Rojas,Maria I.**<br>**2725 Joquil**<br>**Pharr, TX 78577** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $433.62 | Unknown |
|---|---|---|---|---|

**Rojas,Martha Aracely**
**502 San Benito St.**
**Weslaco, TX 78596**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.80 | Unknown |
|---|---|---|---|---|

**Roman,Marie L**
**2800 W Hutchins Pl Apt 532**
**San Antonio, TX 78224-1240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.45 | Unknown |
|---|---|---|---|---|

**Romo,Maricruz**
**6625 Greenspan Ave**
**Dallas, TX 75232**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.359** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.80 | Unknown

**Rosales Martinez,Sanjuanita A**
**8022 Eastern Bluebird Dr**
**Humble, TX 77396**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.360** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.49 | Unknown

**Rosales,Evelin C**
**5201 Pease St**
**Houston, TX 77023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.361** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,175.06 | Unknown

**Rubio,Imelda**
**615 Loper**
**Houston, TX 77017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.362** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.80 | Unknown

**Ruiz Acuna,Brenda Y**
**4115 Tierra Alta Drive**
**Mission, TX 78574**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.20 | Unknown |
|---|---|---|---|---|

**Ruvalcaba,Loreli**
**3124 Oradell Ln**
**Dallas, TX 75220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,330.80 | Unknown |
|---|---|---|---|---|

**Salazar De La Garza,Claudia A**
**1799 Anakaren Lane**
**Eagle Pass, TX 78852**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,343.41 | Unknown |
|---|---|---|---|---|

**Salazar,Gabrialle**
**2020 Rocky Falls Rd #501**
**Richmond, TX 77469**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,884.62 | Unknown |
|---|---|---|---|---|

**Salcedo,Jahayra**
**2409 Tierra Rica Way**
**El Paso, TX 79938**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.367** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$234.08** | **Unknown**

**Salcido,Esperanza E**
**6021 Anderson St SE**
**Apt 38**
**Albuquerque, NM 87108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.368** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$219.00** | **Unknown**

**Salcido,Jasmine R**
**8402 W Pinchot Ave**
**Phoenix, AZ 85037-3350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.369** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$769.24** | **Unknown**

**Saldivar,Cynthia**
**5741 Grande Blvd**
**Brownsville, TX 78521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.370** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,194.73** | **Unknown**

**Salinas,Petra**
**117 N. Keralum Ave.**
**Mission, TX 78572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.371 | Priority creditor's name and mailing address<br>**Salinas,Rosario**<br>**202 North St.**<br>**Apt. # B**<br>**Brownsville, TX 78521** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$365.64** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.372 | Priority creditor's name and mailing address<br>**Sanchez Meza,Dania**<br>**1207 Cedar Brush Trl**<br>**Arlington, TX 76014-1410** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16.17** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.373 | Priority creditor's name and mailing address<br>**Sanchez,Jacqueline**<br>**7520 Cook Rd.**<br>**Houston, TX 77072** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$197.60** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.374 | Priority creditor's name and mailing address<br>**Sanchez,Marisela**<br>**1406 Evelyn St.**<br>**Houston, TX 77009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,802.80** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J&M Sales of Texas, LLC** | Case number *(if known)* | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.375** | Priority creditor's name and mailing address

**Sanchez,Rebecca P**
**610 S. Nueces**
**San Antonio, TX 78207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,075.62 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.376** | Priority creditor's name and mailing address

**Sanchez,Yolanda Aracely**
**923 Vance Jackson**
**1501**
**San Antonio, TX 78201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$613.65 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.377** | Priority creditor's name and mailing address

**Sandoval,Gabrielle**
**1624 Carlisle Blvd NE**
**Albuquerque, NM 87110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$478.92 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.378** | Priority creditor's name and mailing address

**Sandoval,Rigoberto**
**3140 S Winsor Ave Apt 12**
**Yuma, AZ 85365-3520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,884.62 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$448.80** | **Unknown** |
|---|---|---|---|---|
| | **Santiago Vasquez,Diana E**<br>**2618 E Norton Vista**<br>**Tucson, AZ 85713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,089.23** | **Unknown** |
|---|---|---|---|---|
| | **Schach,Liliana B.**<br>**296 W. Placita Casas Bonitas**<br>**Tucson, AZ 85706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$82.68** | **Unknown** |
|---|---|---|---|---|
| | **Sedillo,Jessica**<br>**3101 Shoreline Dr**<br>**Austin, TX 78728** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$477.44** | **Unknown** |
|---|---|---|---|---|
| | **Segundo,Velma**<br>**2650 N. Oracle Rd.**<br>**#413**<br>**Tucson, AZ 85705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$364.70** | **Unknown** |
|---|---|---|---|---|

**Serrano,Violeta**
**5515 Gale St.**
**Fortworth, TX 76114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$948.97** | **Unknown** |
|---|---|---|---|---|

**Sesma,Yolanda**
**4502 W. Thomas**
**Phoenix, AZ 85031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,051.00** | **Unknown** |
|---|---|---|---|---|

**Shanklin,Theresa J**
**11441 N. Ih 35**
**Apt 9107**
**Austin, TX 78753**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$392.70** | **Unknown** |
|---|---|---|---|---|

**Shaw,Leanda**
**3411 Hidalgo Dr**
**Apt 116**
**Dallas, TX 75220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $956.28 | Unknown |
|---|---|---|---|---|

**Silva Jr.,Adolfo**
**220 Yale Ave.**
**El Paso, TX 79907**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.50 | Unknown |
|---|---|---|---|---|

**Silva VDA De Ayala,Maria G**
**6548 S. FM 494**
**Mission, TX 78572**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $372.39 | Unknown |
|---|---|---|---|---|

**Silva,Ana Maria**
**6618 Limestone St.**
**Houston, TX 77092**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.08 | Unknown |
|---|---|---|---|---|

**Simon,Bernadette J**
**1527 Darfield Ct**
**Houston, TX 77014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.391 | Priority creditor's name and mailing address<br>**Sneed,Cassandra Dianne**<br>**2311 Anzio Dr #163**<br>**Dallas, TX 75224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$876.96**   **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.392 | Priority creditor's name and mailing address<br>**Solis,Daniel E**<br>**321 W 9th 1/2 St**<br>**La Joya, TX 78560-9050** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$214.36**   **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.393 | Priority creditor's name and mailing address<br>**Sorto Hernandez,Carmen**<br>**1529 Wirt Rd.**<br>**Apt. #66**<br>**Houston, TX 77055** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,147.84**   **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.394 | Priority creditor's name and mailing address<br>**Soto Ortega,Kristy J**<br>**2621 S Virginia Dr Apt 222**<br>**Yuma, AZ 85364-7215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$191.00**   **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.395** | Priority creditor's name and mailing address

**Soto,Marisol**
**1301 Florida Ave**
**Apt 103**
**Douglas, AZ 85607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$180.81** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.396** | Priority creditor's name and mailing address

**Tabor,Monica L**
**8213 W Whitton Ave**
**Phoenix, AZ 85033-3449**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,972.40** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.397** | Priority creditor's name and mailing address

**Talley,Semaj J**
**13000 Woodforest Blvd**
**Apt 403**
**Houston, TX 77015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$18.48** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.398** | Priority creditor's name and mailing address

**Tamez,Raul**
**2723 Gladstone Dr.**
**Dallas, TX 75211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,503.39** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,777.15 | Unknown |
|---|---|---|---|---|

**Tavares,Rebecca**
**6010 S. Randall Blvd**
**#30**
**Tucscon, AZ 85706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $414.59 | Unknown |
|---|---|---|---|---|

**Telles,Isela**
**466 Purcell**
**San Elizario, TX 79849**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.08 | Unknown |
|---|---|---|---|---|

**Tello Mendez,Marisol**
**2249 W. Vista Ave #3**
**Phoenix, AZ 85021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $532.84 | Unknown |
|---|---|---|---|---|

**Thierry,Tamara R**
**12207 Kingslake Forest Dr**
**Houston, TX 77044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,179.88 | Unknown |
|---|---|---|---|---|

**Tice,Charlotte**
**8304 Auburn Drive**
**Fort Worth, TX 76123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,288.69 | Unknown |
|---|---|---|---|---|

**Torres,Joann**
**8020 Echo Wind**
**San Antonio, TX 78250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.22 | Unknown |
|---|---|---|---|---|

**Treadwell,Amber S**
**513 Bee St**
**San Antonio, TX 78208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,543.74 | Unknown |
|---|---|---|---|---|

**Trevino,Karina**
**2115 Basket St.**
**Pasadena, TX 77502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.407** Priority creditor's name and mailing address

**Turner,Antoinette Y**
**8220 Broadway St Apt 107S**
**Houston, TX 77061**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$110.88    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.408** Priority creditor's name and mailing address

**Turner,Tonja**
**2201 E. Broadway Rd**
**Apt A17**
**Phoenix, AZ 85040**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$167.27    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.409** Priority creditor's name and mailing address

**Valadez,Ana M**
**8722 W Sheridan St**
**Phoenix, AZ 85037**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$316.47    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.410** Priority creditor's name and mailing address

**Valdez,Delia**
**3720 W Mulberry Dr**
**Phoenix, AZ 85019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$59.85    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $471.20 | Unknown |
|---|---|---|---|---|
| | **Valdovinos,Laura Z**<br>**1150 Greenway St**<br>**Harlingen, TX 78550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $500.70 | Unknown |
|---|---|---|---|---|
| | **Valenzuela,Iliana**<br>**148 Buford Rd**<br>**Apt 18**<br>**Socorro, TX 79927** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $196.44 | Unknown |
|---|---|---|---|---|
| | **Vallejo,Marianela**<br>**6347 Acorn Forest Dr**<br>**Houston, TX 77088-6401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,072.20 | Unknown |
|---|---|---|---|---|
| | **Valverde,Teresa**<br>**615 NE Camp St**<br>**Fabens, TX 79838** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,478.40** | **Unknown** |
|---|---|---|---|---|
| | **Vargas,Maria Angelica**<br>**4786 Espinosa Ln**<br>**Brownsville, TX 78526** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$55.44** | **Unknown** |
|---|---|---|---|---|
| | **Vasquez,Julieta**<br>**3509 Camino Alameda SW**<br>**Albuquerque, NM 87105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$998.01** | **Unknown** |
|---|---|---|---|---|
| | **Vasquez,Sori**<br>**15530 Ella Blvd**<br>**#513**<br>**houston, TX 77090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,115.38** | **Unknown** |
|---|---|---|---|---|
| | **Vega Castro,Yolanda I**<br>**8422 W. Sienna Cove Ln**<br>**Houston, TX 77083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|--------|------------------------------|------------------------|---------------------|
|        | Name |  |  |

---

**2.419** | Priority creditor's name and mailing address

**Vega,Alexandria**
**6201 Grissom Rd.**
**Apt #7102**
**San Antonio, TX 78238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,038.46**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.420** | Priority creditor's name and mailing address

**Velasquez,Dalia**
**8439 Reed Rd**
**San Antonio, TX 78251**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$376.09**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.421** | Priority creditor's name and mailing address

**Velazquez,Sergio A**
**6013 Silver Park Ave.**
**Santa Teresa, NM 88008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$448.14**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.422** | Priority creditor's name and mailing address

**Verdin De Magana,Maria G**
**925 La Gotera Pl**
**El Paso, TX 79912**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$923.08**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.47 | Unknown |
|---|---|---|---|---|

**Verdugo,Clara**
**2641 S. Cavatina Ave.**
**Zuma, AZ 85365**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.60 | Unknown |
|---|---|---|---|---|

**Villa,Betsabe**
**2608 South Tower**
**Alamo, TX 78516**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.54 | Unknown |
|---|---|---|---|---|

**Villa,Jesus A**
**14673 Derringer Rd**
**Unit H**
**El Paso, TX 79938**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.72 | Unknown |
|---|---|---|---|---|

**Villanueva,Juan Carlos**
**14605 Rudi Kuefner Dr**
**El Paso, TX 79928**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,153.93 | Unknown |
|---|---|---|---|---|

| | **Villanueva,Maria R.**<br>**3030 Cypress**<br>**Apt. #10**<br>**El Paso, TX 79905** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.08 | Unknown |
|---|---|---|---|---|

| | **Wade,Danielle L**<br>**13050 Champions Dr Apt 209**<br>**Houston, TX 77069-3205** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $754.92 | Unknown |
|---|---|---|---|---|

| | **Williams,Monique A**<br>**8033 Ritz St**<br>**Houston, TX 77028** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.10 | Unknown |
|---|---|---|---|---|

| | **Wilson,Arlen E**<br>**5113 W Judum Dr**<br>**Laveen, AZ 85339-9648** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|

Name

---

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.36 | Unknown |
|---|---|---|---|---|

**Woodall,Felicia R**
**8400 Broadway**
**#201**
**Houston, TX 77061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,153.85 | Unknown |
|---|---|---|---|---|

**Woulfe,Bryan M**
**1976 N Lemon Tree Lane**
**Apt 42**
**Chandler, AZ 85224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.80 | Unknown |
|---|---|---|---|---|

**Yang,Taag C**
**4444 E Pueblo Ave**
**Phoenix, AZ 85040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.47 | Unknown |
|---|---|---|---|---|

**Yarrell Wilkerson,Jacqueline A**
**1457 W University Dr**
**Apt 62**
**Mesa, AZ 85201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,356.93** | **Unknown** |
|---|---|---|---|---|

**Zapata Aguilar,Luis E**
**1106 N 34th Dr**
**Hidalgo, TX 78557**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$98.55** | **Unknown** |
|---|---|---|---|---|

**Zepeda,Guillermo**
**1001 Nth Ave Space # 175**
**Phoenix, AZ 85009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.**    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33.06** |
|---|---|---|---|

**7SCA-3 LIMITED PARTNERSHIP**
**C/O QUINE & ASSOCIATES, INC.**
**P.O.BOX 833009**
**RICHARDSON, TX 75083-3009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,666.66** |
|---|---|---|---|

**7SCA-3 LIMITED PARTNERSHIP**
**C/O QUINE & ASSOCIATES, INC.**
**P.O.BOX 833009**
**RICHARDSON, TX 75083-3009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$869.25** |
|---|---|---|---|

**AIR SYSTEMS INC**
**940 REMILLARD COURT**
**SAN JOSE, CA 95122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | J&M Sales of Texas, LLC | Case number (if known) | 18-11803 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.4** Nonpriority creditor's name and mailing address

**ALLENEX INVESTMENTS, INC**
**3121 GLENMERE COURT**
**CARROLLTON, TX 75007**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$15,156.00**

---

**3.5** Nonpriority creditor's name and mailing address

**Anthony, Marvin**
**c/o Andrew Athanassious**
**The Athanassious Law Office**
**P.O. Box 1145,**
**Folsom, CA 95763**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.6** Nonpriority creditor's name and mailing address

**ARIZONA ACV XV,LLC**
**465 FIRST STREET**
**SONOMA, CA 95476**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$50,150.73**

---

**3.7** Nonpriority creditor's name and mailing address

**Arkwright, LLC**
**c/o Michael B. Dublin, Esq.**
**Greenberg & Torchia, LLC**
**2617 Huntingdon Pike,**
**Huntingdon Valley, PA 19006**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Settlement__

Is the claim subject to offset? ■ No ☐ Yes

**$229,577.20**

---

**3.8** Nonpriority creditor's name and mailing address

**Armstrong, Monika**
**c/o Lawyers for Employee & Consumer Righ**
**Saima Aslam**
**4100 West Alameda Ave., 3rd Fl.**
**Burbank, CA 91505**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.9** Nonpriority creditor's name and mailing address

**B-Y EDINBURG CENTER, LTD**
**4629 MACRO DRIVE**
**SAN ANTONIO, TX 78218**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$46,364.25**

---

**3.10** Nonpriority creditor's name and mailing address

**BACHMAN LAKE VILLAGE**
**8400 WESTCHESTER**
**SUITE 300**
**DALLAS, TX 75225**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$31,178.24**

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Banks, Renee**<br>c/o Jonathan DeLozano, Esq.<br>**LAF Chicago**<br>**120 S. LaSalle Street, Ste 900**<br>**Chicago, IL 60603** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Litigation__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$291,904.62** |
|---|---|---|
| **BBC International, Inc.**<br>c/o Steven L. Beiley, Esq.<br>**Aaronson, Schantz, Beiley, PA**<br>**2 South Biscayne Boulevard  34th Flr**<br>**Miami, FL 33131** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Litigation__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Beaulieu , Brian**<br>c/o Penelope M. Lechtenberg, Esq.<br>**Lechtenberg & Associates LLC**<br>**1235 N. Mulford Rd. Suite 208**<br>**Rockford, IL 61107** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Litigation__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,289.52** |
|---|---|---|
| **BETHANY 43, LLC**<br>**C/O ARIZONA PARTNERS RETAIL**<br>**8300 NORTH HAYDEN ROAD SUITE A200**<br>**SCOTTSDALE, AZ 85258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Trade Debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,837.84** |
|---|---|---|
| **BEX MCCRELESS LLC**<br>**1100 NE LOOP 410**<br>**STE 400**<br>**SAN ANTONIO, TX 78209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Trade Debt__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$423,581.00** |
|---|---|---|
| **Bobens Trading Co., Inc.**<br>c/o Todd A. Gabor, Esq.<br>**132 Spruce Street**<br>**Cedarhurst, NE 11516** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Litigation__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Brown, Sandra**<br>c/o Lawyers for Employee & Consumer Righ<br>**Elida M. Espinoza**<br>**4100 West Alameda Ave., 3rd Fl.**<br>**Burbank, CA 91505** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Litigation__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|

Name

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,355.24 |
|---|---|---|---|

**BROWNSVILLE PUBLIC UTILITIES**
**P.O. BOX 660566**
**DALLAS, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,770.00 |
|---|---|---|---|

**BYB 206/296 MAIN STREET, LTD**
**4629 MACRO DRIVE**
**SAN ANTONIO, TX 78218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,765.00 |
|---|---|---|---|

**Cal/OSHA**
**c/o DIR Accounting Office Accounts Recei**
**PO Box 420603**
**San Francisco, CA 94142**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Penalties**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**California Capital Insurance Co.**
**c/o Reuben Yeroushalmi, Esq.**
**Yeroushalmi & Yeroushalmi Consumer**
**Advoc**
**9100 Wilshire Blvd., Ste 240W**
**Beverly Hills, CA 90212**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,031.22 |
|---|---|---|---|

**CAPITAL/HIGHWAY 35. LTD**
**C/O CENCOR REALTY SRVS.,**
**P.O.BOX 660394**
**DALLAS, TX 75266-0394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carroll, Nadine**
**c/o Marks, O'Neil, O'Brien, Doherty & Ke**
**One Penn Center, Suite 1010**
**1617 John F. Kennedy Blvd.**
**Philadelphia, PA 19103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Castillo, Rebecca**
**c/o Manning Law, APC**
**Joseph R. Manning Jr., Esq.**
**4667 MacArthur Blvd., Ste 150**
**Newport Beach, CA 92660**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|

Name

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Coleman, Kimberly**
c/o Gregg I. Shavitz, Esq.
Shavitz Law Group, PA
951 Yamato Road, Suite 285
Boca Raton, FL 33431

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,749.00** |
|---|---|---|---|

**COMMERCIAL BUILDERS GROUP, LLC**
4629 MACRO DRIVE
SAN ANTONIO, TX 78218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Compton Commercial Redevelopment**
c/o Gregory Koonce, Esq.
Frank Law Group
1517 Lincoln Way
Auburn, CA 95603

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Consumer Advocacy Group**
c/o Yeroushalmi & Yeroushalmi
9100 Wilshire Blvd., Ste 240W
Beverly Hills, CA 90212

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ContractRecruiter.com, LLC dba The Recru**
c/o Law Offices of Underwood & Micklin,
John A. Underwood, Esq.
1236-J Brace Road,
Cherry Hill, NJ 08034

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cooke, Donna**
c/o U.S. Equal Employment Opportunity Co
Marietta Blueford
200 Granby St., Suite 739
Norfolk, VA 23510

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,431.49** |
|---|---|---|---|

**CPS ENERGY**
P.O. BOX 2678
SAN ANTONIO, TX 78289-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CREA/PPC Long Beach Towne Center PO, LLP**
c/o Ernie Park, Esq.
**Bewley, Lasselben & Miller, LLP**
**13215 E. Penn St., Ste. 510**
**Whittier, CA 90602**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David & Young Group Corp.**
c/o Kelly Chambers, Senior Collections s
**C2C Resources**
**56 Perimeter Center E., Ste 100**
**Atlanta, GA 30346**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Day to Day Imports, Inc.**
c/o Aryeh Kaufman, Esq.
**5482 Wilshire Blvd. #1907**
**Los Angeles, CA 90036**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,936.70**

**DEERBROOK INVESTMENT PROPERTIES,LTD**
c/o TRIYAR MANAGEMENT OF TX, INC
**12300 NORTH FREEWAY, SUITE 208**
**HOUSTON, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**DePedro, Veronica**
**6623 N. 19th Street**
**Phoenix, AZ 85022**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,529.62**

**Dominion Service Co of Richmond**
c/o Edward S. Whitlock, III, Esq.
**Lafayette, Ayers, Whitlock**
**10160 Staples Mill Road, Suite 105**
**Glen Allen, VA 23060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,440.00** |
|---|---|---|---|

**EAGLE PASS SOUTH BIBB LLC**
**15001 S FIGUEROA STREET**
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,491.80** |
|---|---|---|---|

**Editex Home Curtain Corp**
**c/o Frank Roberts**
**C2C Resources**
**56 Perimeter Center E,  Ste 100**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Settlement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,776.52** |
|---|---|---|---|

**EM CENTER, INC**
**C/O GREAT PROSPERITY EQUITIES, INC**
**PO BOX 2983**
**SUGAR LAND, TX 77487-2983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**English, Roslyn W.**
**c/o State of Southern Carolina Human Aff**
**1026 Sumter Street, Suite 101**
**Post Office Box 4490**
**Columbia, SO 29240**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,565.00** |
|---|---|---|---|

**EPHRIHAM FORT WORTH LLC**
**15001 S FIGUEROA ST**
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Estrada, Maribel**
**c/o Kevin A. Lipeles, Esq.**
**Lipeles Law Group, APC**
**880 Apollo St., Suite 336**
**El Segundo, CA 90245**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,319.73** |
|---|---|---|---|

**FALLAS BORROWER I, LLC**
**15001 S FIGUEROA ST**
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Interest Expense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|

Name

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,992.00**

**FALLAS BORROWER III, LLC**
15001 S FIGUEROA ST
GARDENA, CA 90248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Interest Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117,886.00**

**FALLAS BORROWER IV, LLC**
15001 S FIGUEROA ST
GARDENA, CA 90248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Interest Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fields, Wonder**
c/o Randall B. Gold
Fox & Fox, S.C.
124 West Broadway
Monona (Madison), WI 53716

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,440.00**

**FORCE 100 S.ZARZAMORA STREET, LLC**
15001 S.FIGUEROA ST.,
GARDENA, CA 90248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,446.67**

**FORCE 501 EAST 6TH STREET, LLC**
15001 S.FIGUEROA ST.,
GARDENA, CA 90248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$365.75**

**FOX GLASS CO., INC**
1035 TIFFORD LANE
OSTEEN, FL 32764

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,416.67**

**FOX PLAZA**
5559 ALAMEDA AVENUE
ACCOUNTS RECEIVABLE DEPT.
EL PASO, TX 79905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|

Name

---

**3.52**

**Nonpriority creditor's name and mailing address**
**Freight Logistics**
**c/o Jeffrey S. Goodfied, Esq.**
**Goodfried Law Group, APC**
**6345 Balboa Blvd., Bldg 1, Ste 300**
**Encino, CA 91316**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Galvez, Manuel**
**c/o Hillary Schwab,**
**Fair Work, P.C.**
**192 South Street, Suite 450**
**Boston, MA 02111**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Galvez, Manuel**
**c/o Gregg I. Shavitz, Esq.**
**Shavitz Law Group, PA**
**951 Yamato Road, Suite 285**
**Boca Raton, FL 33431**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Garcia, Michael**
**c/o Rothschild & Alwill, APC**
**27 W. Anapamu, #289**
**Santa Barbara, CA 93101**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**GILLETTE AIR CONDITIONING***
**1215 SAN FRANCISCO**
**SAN ANTONIO, TX 78201-4688**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$362.64**

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Gonzalez, Jesus Guadalupe**
**c/o Ramin R. Younessi, Esq.**
**Law Offices of Ramin R. Younessi, APC**
**3435 Wilshire Blvd., Suite 2200**
**Los Angeles, CA 90010**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**GRANITE**
**5500 SOUTH BOYLE AVENUE**
**VERNON, CA 90058-3933**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$761.09**

---

| Debtor | J&M Sales of Texas, LLC | Case number (if known) | 18-11803 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.59**

**Nonpriority creditor's name and mailing address**
**H.E. BUTT GROCERY COMPANY, LP**
**DEPT. 888**
**PO BOX 4346**
**HOUSTON, TX 77210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$50,179.84**

---

**3.60**

**Nonpriority creditor's name and mailing address**
**HARTMAN MANAGEMENT**
**P.O.BOX 571017**
**HOUSTON, TX 77257-1017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$39,328.90**

---

**3.61**

**Nonpriority creditor's name and mailing address**
**HE BUTT STORE PROP. CO. NO ONE**
**P O BOX 839955**
**ATTN: SHOPPING CENTER DEVEL**
**SAN ANTONIO, TX 78283-3955**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$73,128.26**

---

**3.62**

**Nonpriority creditor's name and mailing address**
**HERSON PROPERTIES LLC**
**C/O WESSEX COMMERCIAL MGMT**
**PO BOX 44033**
**PHOENIX, AZ 85064-4033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$24,894.62**

---

**3.63**

**Nonpriority creditor's name and mailing address**
**HILLCREST APARTMENTS, LLC**
**DBA DOUGLAS CENTER**
**C/O CASE, HUFF & ASSOC.**
**14861 N SCOTTSDALE ROAD STE 105**
**SCOTTSDALE, AZ 85254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$30,634.58**

---

**3.64**

**Nonpriority creditor's name and mailing address**
**Hines, Stephanie**
**c/o Gregg I. Shavitz, Esq.**
**Shavitz Law Group, PA**
**951 Yamato Road, Suite 285**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.65**

**Nonpriority creditor's name and mailing address**
**Hunt, Nichole**
**c/o William S. Caldwell, APLC**
**9891 Irvine Center Drive, Suite 130**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|

Name

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Ibarra, Jamie**
**c/o Department of Fair Employment and Ho**
**39141 Civic Center Dr., Suite 250**
**Fremont, CA 94538**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$88,903.50**

**J & M PROPERTIES I, LLC**
**15001 S. FIGUEROA STREET**
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$158,468.71**

**J & M PROPERTIES I, LLC**
**15001 S.FIGUEROA ST.**
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66,600.00**

**J & M PROPERTIES, LLC**
**15001 SO. FIGUEROA ST.**
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Johnson, John A.**
**c/o Colbert N. Coldwell, Esq.**
**Guevara, Baumann, Coldwell & Reedman,**
**Suite B201**
**El Paso, TX 79902**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Johnson, Scott**
**c/o Center for Disability Access**
**Phyl Grace, Esq.,**
**PO Box 262490**
**San Diego, CA 92196-2490**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jordan, Jocelyn**
**c/o Anna Salusky, Esq.**
**Mahoney Law Group, APC**
**249 East Ocean Blvd., Suite 814**
**Long Beach, CA 90802**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Just Retail Services, Inc.**
**c/o Charles Carlson, Esq.**
**Barnett, Bolt, Kirkwood, Long & Koche**
**601 Bayshore Blvd., Ste. 700,**
**Tampa, FL 33606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,875.00**

**KENSINGER & COMPANY L.L.C.**
**3300 CHIMNEY ROCK ROAD**
**SUITE 301**
**HOUSTON, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Khjosaryan, Alisa**
**c/o California Department of Industrial**
**6150 Van Nuys Blvd., Room 206**
**Van Nuys, CA 91401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Kish, Denise**
**c/o Center for Disability Access**
**Phyl Grace, Esq.,**
**PO Box 262490**
**San Diego, CA 92196-2490**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,440.36**

**KRS PARTNERSHIP, LTD**
**4501 SUNBELT DRIVE**
**SUITE B**
**ADDISON, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Lakes Mall Investment, LLC**
**c/o Glenn L. Widom, P.A**
**696 NE 125 Street**
**No. Miami, FL 33161**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,191.92**

**LEON SPRINGS ASSOCIATES, LLC.**
**C/O RELIANCE PROPERTIES**
**24165 IH-10 WEST,**
**SUITE 217-440**
**SAN ANTONIO, TX 78257-1160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | | Case number *(if known)* | **18-11803 (LSS)** |
|---|---|---|---|---|

Name

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,378.00** |
|---|---|---|---|

**LUFKIN-JASPER RETAIL GROUP LLC**
**TODD ROUTH C/O WELLS FARGO BANK**
**PO BOX 260173**
**DALLAS, TX 75326-0173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Rent**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,528.89** |
|---|---|---|---|

**MARYVALE TERRACE, LLC**
**PO BOX 3329**
**SEAL BEACH, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Rent**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Medina, Maria**
**c/o Law Offices on Janeen Carlberg**
**611 Civic Center Drive West, Suite 250**
**Santa Ana, CA 92701**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Melvin, Shadine**
**c/o Lawyers for Employee & Consumer Righ**
**Vanessa Himeles**
**4100 West Alameda Ave., 3rd Fl.**
**Burbank, CA 91505**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109,460.73** |
|---|---|---|---|

**MIMCO, INC**
**6500 MONTANA AVE.,**
**EL PASO, TX 79925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mitchell, Larry**
**c/o Steven M. Rubin, Esq.**
**The Rubin Law Corporation**
**1875 Century Park East, Suite 1230**
**Los Angeles, CA 90067**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mohadjer, Camil**
**c/o Joseph Farzam Law Firm**
**11766 Wilshire Blvd.,**
**Suite 280**
**Los Angeles, CA 90025**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | J&M Sales of Texas, LLC | Case number *(if known)* | 18-11803 (LSS) |
|---|---|---|---|
| | Name | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,648.16** |
|---|---|---|---|
| | **NATIONAL RETAIL PROPERTIES, L.P.** | ☐ Contingent | |
| | **450 S. ORANGE AVENUE** | ☐ Unliquidated | |
| | **SUITE 900** | ☐ Disputed | |
| | **ATTN: LEASE COMPLIANCE** | | |
| | **ORLANDO, FL 32801** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,414,546.00** |
|---|---|---|---|
| | **National Stores, Inc.** | ☐ Contingent | |
| | **15001 South Figueroa Street** | ☐ Unliquidated | |
| | **Gardena, CA 90248** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Intercompany payable__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,223.73** |
|---|---|---|---|
| | **NATIONWIDE SECURITY SERVICE, INC.** | ☐ Contingent | |
| | **208 BROADWAY** | ☐ Unliquidated | |
| | **MALDEN, MA 02148** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,164.76** |
|---|---|---|---|
| | **NBY PROPERTIES, L.L.C** | ☐ Contingent | |
| | **4629 MACRO DR.,** | ☐ Unliquidated | |
| | **SAN ANTONIO, TX 78218** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Rent__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,745.10** |
|---|---|---|---|
| | **OAK REALTY PARTNERS,INC.** | ☐ Contingent | |
| | **1155 KELLY JOHNSON BLVD** | ☐ Unliquidated | |
| | **STE 302** | ☐ Disputed | |
| | **COLORADO SPRINGS, CO 80920** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Rent__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Paralee Holmes** | ■ Contingent | |
| | **c/o Gregg I. Shavitz, Esq.** | ■ Unliquidated | |
| | **Shavitz Law Group, PA** | ■ Disputed | |
| | **951 Yamato Road, Suite 285** | | |
| | **Boca Raton, FL 33431** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Peele, Delia** | ■ Contingent | |
| | **c/o Law Office of Michael L. Justice** | ■ Unliquidated | |
| | **Michael L. Justice, Esq.** | ■ Disputed | |
| | **5707 Corsa Avenue,  2nd Floor** | | |
| | **Westlake Village, CA 91362** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **J&M Sales of Texas, LLC** | Case number *(if known)* | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Perez de Cabrera, Maria**
c/o Eli M. Kantor, Esq.
9595 Wilshire Blvd., Ste. 405
Beverly Hills, CA 90212

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,836.16**

**PETEREIT INVESTMENTS, INC.**
8220 LOUETTA ROAD #162
SPRING, TX 77379

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,053.75**

**PF-LYP LLC**
720 S. COLORADO BLVD PH NORTH
GLENDALE, CO 80246

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,252.00**

**PRIME NOBLE REALTY, LP**
14485 BELLAIRE BLVD
HOUSTON, TX 77083

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,479.90**

**R & M RETAIL LP**
1215 GESSNER ROAD
C/O FESTIVAL PROPERTIES
HOUSTON, TX 77055

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,235.66**

**RANDOLPH PLAZA II, LLC**
C/O ARIZONA PARTNERS RETAIL
INVESTMENT GROUP
8300 N HAYDEN ROAD SUITE A 200
SCOTTSDALE, AZ 85258

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,687.10**

**RELIANT ENERGY SOLUTIONS\*\***
DEPT. 0954
P.O.BOX 120954
DALLAS, TX 75312-0954

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **J&M Sales of Texas, LLC**                              Case number (if known)  **18-11803 (LSS)**

Name

| | |
|---|---|
| 3.101 | **Nonpriority creditor's name and mailing address** |

<table>
<tr><td>3.101</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>RGIS INVENTORY SPECIALISTS</b><br><b>P.O.BOX 77631</b><br><b>DETROIT, MI 48277</b><br><br><b>Date(s) debt was incurred</b> _<br><b>Last 4 digits of account number</b> _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b> <u>Trade Debt</u><br><br>Is the claim subject to offset? ☑ No ☐ Yes</td><td align="right"><b>$4,309.22</b></td></tr>

<tr><td>3.102</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Riquiac, Josefa</b><br><b>c/o Larry W. Lee</b><br><b>Diversity Law Group, PC</b><br><b>515 S. Figueroa St., Ste. 1250</b><br><b>Los Angeles, CA 90071</b><br><br><b>Date(s) debt was incurred</b> _<br><b>Last 4 digits of account number</b> _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br><b>Basis for the claim:</b> <u>Litigation</u><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>Unknown</b></td></tr>

<tr><td>3.103</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>ROTO ROOTER PLUMBING SERVICE</b><br><b>5672 COLLECTIONS CENTER DRIVE</b><br><b>CHICAGO, IL 60693</b><br><br><b>Date(s) debt was incurred</b> _<br><b>Last 4 digits of account number</b> _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b> <u>Trade Debt</u><br><br>Is the claim subject to offset? ☑ No ☐ Yes</td><td align="right"><b>$1,068.75</b></td></tr>

<tr><td>3.104</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Safeway</b><br><b>c/o Aimee Wong, Esq.</b><br><b>Udell Wang, LLP</b><br><b>445 S. Figueroa Street,   Ste 2250</b><br><b>Los Angeles, CA 90071</b><br><br><b>Date(s) debt was incurred</b> _<br><b>Last 4 digits of account number</b> _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br><b>Basis for the claim:</b> <u>Litigation</u><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>Unknown</b></td></tr>

<tr><td>3.105</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Shason, Inc.</b><br><b>c/o Resch, Polster & Berger, LLP</b><br><b>1840 Century Park East,</b><br><b>17th Floor</b><br><b>Los Angeles, CA 90067</b><br><br><b>Date(s) debt was incurred</b> _<br><b>Last 4 digits of account number</b> _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br><b>Basis for the claim:</b> <u>Litigation</u><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>Unknown</b></td></tr>

<tr><td>3.106</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Shefa LMV, Inc.</b><br><b>c/o Daniel N. Greenbaum</b><br><b>Law Offices of Daniel N. Greenbaum</b><br><b>7120 Hayvenhurst Ave., Ste 320</b><br><b>Van Nuys, CA 91496</b><br><br><b>Date(s) debt was incurred</b> _<br><b>Last 4 digits of account number</b> _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br><b>Basis for the claim:</b> <u>Litigation</u><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>Unknown</b></td></tr>

<tr><td>3.107</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Smith, Tony</b><br><b>c/o Parker Stanbury, LP</b><br><b>444 South Flower Street,  19th Floor</b><br><b>Los Angeles, CA 90071</b><br><br><b>Date(s) debt was incurred</b> _<br><b>Last 4 digits of account number</b> _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br><b>Basis for the claim:</b> <u>Litigation</u><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>Unknown</b></td></tr>
</table>

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Sneede, Demisha
c/o Brodsky & Smith, LLC
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,711.78**

SOUTHWEST JUNCTION, LTD
C/O JEFFERSON STATE BANK
PO BOX 100145
SAN ANTONIO, TX 78201-1445

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Star Fabrics, Inc.
c/o Stephen M. Doniger, Esq.
Doniger Burroughs
603 Rose Avenue
Venice, CA 90291

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Starboard Lemon Grove MT, LLC
c/o Robert C. Thorn, Esq.
Kimball, Tirey & St. John LLP
7676 Hazard Center Drive, Ste. 900B,
San Diego, CA 92108

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Sunbelt Rentals, Inc., et al.
c/o Cannon Law Group
Cole S. Cannon, Esq.
53 S. 600 E.
Salt Lake City, UT 84102

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,672.00**

SUPER, LLC CENTRO NP HOLDING 12 SPE
P.O BOX 74234
CLEVELAND, OH 44194-4234

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,776.06**

SUPER, LLC, DBA CENTRO NP HOLDINGS
P.O BOX 74205
CLEVELAND, OH 44194-4205

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Sylvester, Daniel**
**c/o Eric R. Blank, Esq.,**
**Law Offices of Eric R. Blank, P.C.**
**7860 W. Sahara Ave., Ste: 110,**
**Las Vegas, NV 89117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,854.22**

**T-SUNRISE**
**c/o STRATHMAN ASSOC.**
**9434 VISCOUNT BLVD.STE.155**
**EL PASO, TX 79925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187.50**

**TECH SERVICE TODAY LLC**
**4855 TECHNOLOGY WAY**
**SUITE 500**
**BOCA RATON, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,596.05**

**TERMINIX INTERNATIONAL COMPANY ***
**PO BOX 17167**
**MEMPHIS, TN 38187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,912.99**

**TWO RIVERS INTERESTS, LP**
**C/O SMITHCO DEVELOPMENT**
**1400 POST OAK DR**
**SUITE 900**
**HOUSTON, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,495.34**

**VICTORIA NORTHCROSS, LLC**
**3100 MONTICELLO**
**SUITE 300**
**DALLAS, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$643.05**

**VORTEX INDUSTRIES, INC.**
**3198-M AIRPORT LOOP**
**COSTA MESA, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J&M Sales of Texas, LLC** | Case number (if known) | **18-11803 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.122** Nonpriority creditor's name and mailing address

**WEISER SECURITY SERVICE, INC**
**3939 TULANE AVE**
**NEW ORLEANS, LA 70119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$42,752.75**

---

**3.123** Nonpriority creditor's name and mailing address

**WESLACO PALM PLAZA LTD**
**P.O. BOX 461406**
**SAN ANTONIO, TX 78246-1406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$28,233.34**

---

**3.124** Nonpriority creditor's name and mailing address

**WEST ROAD PLAZA**
**P.O.BOX 202059**
**DALLAS, TX 75320-2059**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,452.00**

---

**3.125** Nonpriority creditor's name and mailing address

**White, Phillip**
**c/o Kaveh S. Elihu, Esq.**
**Employee Justice Legal Group, LLP**
**3055 Wilshire Blvd, Suite 1120**
**Los Angeles, CA 90010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.126** Nonpriority creditor's name and mailing address

**WIRT LONGPOINT,LP**
**5615 RICHMOND AVE.,**
**STE.275**
**HOUSTON, TX 77057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$24,188.21**

---

**3.127** Nonpriority creditor's name and mailing address

**WOODFOREST SHOPPING CENTER**
**7887 SAN FELIPE STE.237**
**c/o TARANTINO PROP.**
**HOUSTON, TX 77063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$91,526.68**

---

**3.128** Nonpriority creditor's name and mailing address

**WRI-AEW LONE STAR RETAIL**
**P.O BOX 301531**
**DALLAS, TX 75303-1531**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,179.96**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **J&M Sales of Texas, LLC**                                        Case number (if known)    **18-11803 (LSS)**
_____
Name

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wright, Maria Ruiz**
**c/o Department of Fair Employment and Ho**
**Monica Facio**
**2218 Kausen Drive., Suite 100**
**Elk Grove, CA 95758**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$360.00** |
|---|---|---|---|

**YESCO**
**P.O. BOX 11676**
**TACOMA, WA 98411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,344.63** |
|---|---|---|---|

**ZUNI ALBUQUERQUE 2005**
**C/O RAY STONE INCORPORATED**
**550 HOWE AVE. SUITE 100**
**SACRAMENTO, CA 95825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **DePedro, Veronica**<br>**625 North 8th Street**<br>**Lompoc, CA 93436** | Line  __3.36__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **DePedro, Veronica**<br>**214 West Maple Ave.**<br>**Lompoc, CA 93436** | Line  __3.36__<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 317,657.50 |
| 5b. Total claims from Part 2 | 5b.  + | $ 7,768,590.67 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 8,086,248.17 |

**Fill in this information to identify the case:**

Debtor name    **J&M Sales of Texas, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11803 (LSS)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **Real Property Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **7SCA-3 LIMITED PARTNERSHIP**<br>**C/O QUINE & ASSOCIATES, INC.**<br>**P.O.BOX 833009**<br>**RICHARDSON, TX 75083-3009** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest    **Foreign Policy**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ace American Insurance Company**<br>**436 Walnut Street**<br>**Philadelphia, PA 19105** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest    **Property, Stock Throughput and Cargo Policies**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Affiliated FM**<br>**Marika Block, Vice President, Area Manager**<br>**Peter Collins, Cargo Underwriting Manage**<br>**6320 Canoga Ave, Suite 1100**<br>**Woodland Hills, CA 91367** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest    **Real Property Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ALAMEDA CHATEAU APARTMENTS, LP**<br>**C/O GREGORY COMMERCIAL INC.,**<br>**P.O. BOX 7084**<br>**DALLAS, TX 75209** |

Debtor 1    **J&M Sales of Texas, LLC**

First Name    Middle Name    Last Name

Case number (*if known*)    **18-11803 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **ALLENEX INVESTMENTS, INC** |
| | List the contract number of any government contract | | **3121 GLENMERE COURT**<br>**CARROLTON, TX 75007** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **ARIZONA ACV XV,LLC** |
| | List the contract number of any government contract | | **465 FIRST STREET**<br>**SONOMA, CA 95476** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **B-Y EDINBURG CENTER, LTD** |
| | List the contract number of any government contract | | **4629 MACRO DRIVE**<br>**SAN ANTONIO, TX 78218** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **B.H. PROPERTIES, LLC**<br>**BH MANAGEMENT, INC.** |
| | List the contract number of any government contract | | **P.O.BOX 49993**<br>**LOS ANGELES, CA 90049** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **BACHMAN LAKE VILLAGE** |
| | List the contract number of any government contract | | **8400 WESTCHESTER**<br>**SUITE 300**<br>**DALLAS, TX 75225** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **BETHANY 43, LLC**<br>**C/O ARIZONA PARTNERS RETAIL** |
| | List the contract number of any | | **8300 NORTH HAYDEN ROAD SUITE A200**<br>**SCOTTSDALE, AZ 85258** |

Debtor 1    **J&M Sales of Texas, LLC**
First Name        Middle Name        Last Name

Case number (*if known*)   **18-11803 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **BEX MCCRELESS LLC** |
| | List the contract number of any government contract | | **1100 NE LOOP 410 STE 400 SAN ANTONIO, TX 78209** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Security Guard Services** | |
| | State the term remaining | | **Bridge Security Services, Inc.** |
| | List the contract number of any government contract | | **PO Box 7485 San Juan, PR 00916** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **BYB 206/296 MAIN STREET, LTD** |
| | List the contract number of any government contract | | **4629 MACRO DRIVE SAN ANTONIO, TX 78218** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **CALIBER MT. HOUSTON BORROWER, LLC** |
| | List the contract number of any government contract | | **C/O FRANKLIN ST MGMT SERVICES 600 N. WESTSHORE BLVD. SUITE 600 TAMPA, FL 33609** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **CAPITAL/HIGHWAY 35. LTD** |
| | List the contract number of any government contract | | **C/O CENCOR REALTY SRVS. P.O.BOX 660394 DALLAS, TX 75266-0394** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Fiduciary and Foreign Policies** | **Chubb Global Casualty Terry Seningen, Underwriter One Beaver Valley Road Wilmington, DE 19803** |

Debtor 1    **J&M Sales of Texas, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)    **18-11803 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **CITY OF SAN ANTONIO** |
| | List the contract number of any government contract | | **FINANCIAL SERVICES DIVISION**<br>**REVENUE COLLECTIONS**<br>**P.O. BOX 60**<br>**SAN ANTONIO, TX 78291-0060** |

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Preventative Maintenance Contract** | |
|---|---|---|---|
| | State the term remaining | | **Col-Tech Temperature Control** |
| | List the contract number of any government contract | | **21306 OAKFOREST LANE**<br>**SANTA CLARITA, CA 91321** |

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **COMMERCIAL BUILDERS GROUP, LLC** |
| | List the contract number of any government contract | | **4629 MACRO DRIVE**<br>**SAN ANTONIO, TX 78218** |

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **COMMERCIAL BUILDERS GROUP, LLC** |
| | List the contract number of any government contract | | **4629 MACRO DRIVE**<br>**SAN ANTONIO, TX 78218** |

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **CSC, as Representative** |
| | List the contract number of any government contract | | **P.O. Box 2576**<br>**Springfield, IL 62708** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **J&M Sales of Texas, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)    **18-11803 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **DEERBROOK INVESTMENT PROPERTIES,LTD c/o TRIYAR MANAGEMENT OF TX, INC 12300 NORTH FREEWAY, SUITE 208 HOUSTON, TX 77060** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **EAGLE PASS SOUTH BIBB LLC 15001 S FIGUEROA STREET GARDENA, CA 90248** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **EM CENTER, INC C/O GREAT PROSPERITY EQUITIES, INC PO BOX 2983 SUGAR LAND, TX 77487-2983** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **EPHRIHAM FORT WORTH LLC 15001 S FIGUEROA ST GARDENA, CA 90248** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Fiduciary Liability Policy** | |
|---|---|---|---|
| | State the term remaining | | **Federal Insurance Company (Chubb) 82 Hopmeadow Street P.O. Box 2002 Simsbury, CT 06070-7683** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Excess Liability Policy** | |
|---|---|---|---|
| | State the term remaining | | **Firemans Fund Insurance Company AGCS 800 South Flower Street Los Angeles, CA 90017** |
| | List the contract number of any | | |

| Debtor 1 | **J&M Sales of Texas, LLC** | | | Case number *(if known)* | **18-11803 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Money Network Services Agreement dated 09.27.17; Master Services Agreement dated 10.05.17** | |
|---|---|---|---|
| | State the term remaining | | **First Data Merchant Services** |
| | List the contract number of any government contract | | **Attn: Exec. VP Operations 1307 Walt Whitman Road Melville, NY 11747** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **FORCE 100 S.ZARZAMORA STREET, LLC 15001 S.FIGUEROA ST. GARDENA, CA 90248** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **FORCE 501 EAST 6TH STREET, LLC 15001 S.FIGUEROA ST. GARDENA, CA 90248** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **FOX PLAZA** |
| | List the contract number of any government contract | | **5559 ALAMEDA AVENUE ACCOUNTS RECEIVABLE DEPT. EL PASO, TX 79905** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Umbrella Policy** | |
|---|---|---|---|
| | State the term remaining | | **Great American Insurance Group** |
| | List the contract number of any government contract | | **PO Box 5425 Cincinnati, OH 45201-5425** |

| Debtor 1 | **J&M Sales of Texas, LLC** | | Case number *(if known)* | **18-11803 (LSS)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **H.E. BUTT GROCERY COMPANY, LP DEPT. 888 PO BOX 4346 HOUSTON, TX 77210** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **General Liability, Auto, Workers' Compensation and Flood Policies** | |
|---|---|---|---|
| | State the term remaining | | **Hartford Jeanna Day, Practice Leader, Specialty GL Melissa Phan, Practice Leader - National 777 S. Figueroa Street, Suite 700 Los Angeles, CA 90017** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **HARTMAN MANAGEMENT P.O.BOX 571017 HOUSTON, TX 77257-1017** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **HE BUTT STORE PROP. CO. NO ONE P O BOX 839955 ATTN: SHOPPING CENTER DEVEL SAN ANTONIO, TX 78283-3955** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **HERSON PROPERTIES LLC C/O WESSEX COMMERCIAL MGMT PO BOX 44033 PHOENIX, AZ 85064-4033** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **HILLCREST APARTMENTS, LLC DBA DOUGLAS CENTER C/O CASE, HUFF & ASSOC. 14861 N SCOTTSDALE ROAD STE 105 SCOTTSDALE, AZ 85254** |
| | List the contract number of any | | |

| Debtor 1 | **J&M Sales of Texas, LLC** | | Case number (*if known*) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **D&O and Crime Policies** | |
|---|---|---|---|
| | State the term remaining | | **Hiscox Insurance Company** |
| | List the contract number of any government contract | | **104 South Michigan Avenue Suite 600 Chicago, IL 60603** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Jules and Associates** |
| | List the contract number of any government contract | | **515 S. Figueroa Street, Suite 1950 Los Angeles, CA 90071** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **KENSINGER & COMPANY L.L.C.** |
| | List the contract number of any government contract | | **3300 CHIMNEY ROCK ROAD SUITE 301 HOUSTON, TX 77056** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **KRS PARTNERSHIP, LTD** |
| | List the contract number of any government contract | | **4501 SUNBELT DRIVE SUITE B ADDISON, TX 75001** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **LEON SPRINGS ASSOCIATES, LLC. C/O RELIANCE PROPERTIES** |
| | List the contract number of any government contract | | **24165 IH-10 WEST, SUITE 217-440 SAN ANTONIO, TX 78257-1160** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | **LUFKIN-JASPER RETAIL GROUP LLC TODD ROUTH C/O WELLS FARGO BANK PO BOX 260173 DALLAS, TX 75326-0173** |
|---|---|---|---|

Debtor 1    **J&M Sales of Texas, LLC**
First Name    Middle Name    Last Name

Case number (*if known*)    **18-11803 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **MARYVALE TERRACE, LLC** |
| | List the contract number of any government contract | **PO BOX 3329**<br>**SEAL BEACH, CA 90740** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **MIMCO, INC** |
| | List the contract number of any government contract | **6500 MONTANA AVE.,**<br>**EL PASO, TX 79925** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **MIMCO, INC** |
| | List the contract number of any government contract | **6500 MONTANA AVE.,**<br>**EL PASO, TX 79925** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **MONTWOOD SHOPPING CENTER,LTD** |
| | List the contract number of any government contract | **C/O NODDLE DEVEL.CO.**<br>**PO BOX 24169**<br>**OMAHA, NE 68124-0169** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **NATIONAL RETAIL PROPERTIES, L.P.** |
| | List the contract number of any government contract | **450 S. ORANGE AVENUE**<br>**SUITE 900**<br>**ATTN: LEASE COMPLIANCE**<br>**ORLANDO, FL 32801** |

Debtor 1 **J&M Sales of Texas, LLC**
_____
First Name          Middle Name          Last Name

Case number (_if known_)   **18-11803 (LSS)**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |  |
|---|---|---|---|
|  | State the term remaining |  | **NBY PROPERTIES, L.L.C** |
|  | List the contract number of any government contract |  | **4629 MACRO DR.** <br> **SAN ANTONIO, TX 78218** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |  |
|---|---|---|---|
|  | State the term remaining |  | **OAK REALTY PARTNERS,INC.** |
|  | List the contract number of any government contract |  | **1155 KELLY JOHNSON BLVD** <br> **STE 302** <br> **COLORADO SPRINGS, CO 80920** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |  |
|---|---|---|---|
|  | State the term remaining |  | **PETEREIT INVESTMENTS, INC.** |
|  | List the contract number of any government contract |  | **8220 LOUETTA ROAD #162** <br> **SPRING, TX 77379** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |  |
|---|---|---|---|
|  | State the term remaining |  | **PF-LYP LLC** |
|  | List the contract number of any government contract |  | **720 S. COLORADO BLVD PH NORTH** <br> **GLENDALE, CO 80246** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |  |
|---|---|---|---|
|  | State the term remaining |  | **PRIME NOBLE REALTY, LP** |
|  | List the contract number of any government contract |  | **14485 BELLAIRE BLVD** <br> **HOUSTON, TX 77083** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |  |
|---|---|---|---|
|  | State the term remaining |  | **R & M RETAIL LP** |
|  | List the contract number of any |  | **1215 GESSNER ROAD** <br> **C/O FESTIVAL PROPERTIES** <br> **HOUSTON, TX 77055** |

Debtor 1  **J&M Sales of Texas, LLC**                                    Case number (*if known*)  **18-11803 (LSS)**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **RANDOLPH PLAZA II, LLC** |
| | List the contract number of any government contract | | **C/O ARIZONA PARTNERS RETAIL INVESTMENT GROUP 8300 N HAYDEN ROAD SUITE A 200 SCOTTSDALE, AZ 85258** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Reich Bros. Business Solutions LLC** |
| | List the contract number of any government contract | | **267 Central Ave. White Plains, NY 10606** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Side-A DIC Policy** | |
|---|---|---|---|
| | State the term remaining | | **RLI Insurance Company** |
| | List the contract number of any government contract | | **9025 North Lindbergh Drive Peoria, IL 61615** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **SOUTHWEST JUNCTION, LTD** |
| | List the contract number of any government contract | | **C/O JEFFERSON STATE BANK PO BOX 100145 SAN ANTONIO, TX 78201-1445** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Managing General Agent - Umbrella and Excess Policies** | |
|---|---|---|---|
| | State the term remaining | | **SterlingRisk** |
| | List the contract number of any government contract | | **Howard Meyers, Vice Chairman 135 Crossways Park Drive P.O. Box 9017 Woodbury, NY 11797** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | **SUPER LLC CENTRO NP HOLDING 12 SPE P.O BOX 74205 REF#1457018 CLEVELAND, OH 44194-4205** |
|---|---|---|---|

Debtor 1    **J&M Sales of Texas, LLC**
_____    Case number _(if known)_    **18-11803 (LSS)**
First Name        Middle Name        Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SUPER, LLC CENTRO NP HOLDING 12 SPE**<br>**P.O BOX 74234**<br>**CLEVELAND, OH 44194-4234** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SUPER, LLC CENTRO NP HOLDING 12 SPE**<br>**P.O BOX 74234**<br>**CLEVELAND, OH 44194-4234** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SUPER, LLC, DBA CENTRO NP HOLDINGS**<br>**P.O BOX 74205**<br>**CLEVELAND, OH 44194-4205** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SUPER, LLC, DBA CENTRO NP HOLDINGS**<br>**P.O BOX 74205**<br>**CLEVELAND, OH 44194-4205** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Susquehanna Commercial Finance**<br>**2 Country View Road, Suite 300**<br>**Malvern, PA 19355** |

| Debtor 1 | **J&M Sales of Texas, LLC** | | Case number (*if known*) | **18-11803 (LSS)** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **T-SUNRISE** |
| | List the contract number of any government contract | | **c/o STRATHMAN ASSOC.** |
| | | | **9434 VISCOUNT BLVD.STE.155** |
| | | | **EL PASO, TX 79925** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **TCF Equipment Finance, Inc.** |
| | | | **11100 Wayzata Blvd., Suite 801** |
| | | | **Minnetonka, MN 55305** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **TWO RIVERS INTERESTS, LP** |
| | List the contract number of any government contract | | **C/O SMITHCO DEVELOPMENT** |
| | | | **1400 POST OAK DR** |
| | | | **SUITE 900** |
| | | | **HOUSTON, TX 77056** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Security Guard Services** | |
|---|---|---|---|
| | State the term remaining | | **US Security Associates, Inc.** |
| | List the contract number of any government contract | | **200 Mansell Court, 5th Floor** |
| | | | **Roswell, GA 30076** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **VICTORIA NORTHCROSS, LLC** |
| | List the contract number of any government contract | | **3100 MONTICELLO** |
| | | | **SUITE 300** |
| | | | **DALLAS, TX 75205** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **WESLACO PALM PLAZA LTD** |
| | List the contract number of any | | **P.O. BOX 461406** |
| | | | **SAN ANTONIO, TX 78246-1406** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **J&M Sales of Texas, LLC** | | Case number *(if known)* | **18-11803 (LSS)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **WEST ROAD PLAZA** |
| | List the contract number of any government contract | | **P.O.BOX 202059** **DALLAS, TX 75320-2059** |

| | | | |
|---|---|---|---|
| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **WIRT LONGPOINT,LP** **5615 RICHMOND AVE.** |
| | List the contract number of any government contract | | **STE.275** **HOUSTON, TX 77057** |

| | | | |
|---|---|---|---|
| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **WOODFOREST SHOPPING CENTER** **7887 SAN FELIPE STE.237** |
| | List the contract number of any government contract | | **c/o TARANTINO PROP.** **HOUSTON, TX 77063** |

| | | | |
|---|---|---|---|
| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **WRI SOUTHERN INDUTRIAL POOL** **PO BOX 301074** |
| | List the contract number of any government contract | | **DALLAS, TX 75303-1074** |

| | | | |
|---|---|---|---|
| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **ZUNI ALBUQUERQUE 2005** **C/O RAY STONE INCORPORATED** |
| | List the contract number of any government contract | | **550 HOWE AVE. SUITE 100** **SACRAMENTO, CA 95825** |

**Fill in this information to identify the case:**

Debtor name __J&M Sales of Texas, LLC__

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   __18-11803 (LSS)__

☐ Check if this is an
   amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Caribbean Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Encina Business Credit, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Caribbean Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Gordon Brothers Finance Company** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Caribbean Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Michael Fallas** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Caribbean Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Reich Bros. Business Solutions LLC** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **FP Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **CSC, as Representative** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

| Debtor | **J&M Sales of Texas, LLC** | Case number *(if known)* | **18-11803 (LSS)** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | FP Stores, Inc. | 15001 South Figueroa Street Gardena, CA 90248 | Encina Business Credit, LLC | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.7 | FP Stores, Inc. | 15001 South Figueroa Street Gardena, CA 90248 | Gordon Brothers Finance Company | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.8 | FP Stores, Inc. | 15001 South Figueroa Street Gardena, CA 90248 | Jules and Associates | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.9 | FP Stores, Inc. | 15001 South Figueroa Street Gardena, CA 90248 | Michael Fallas | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.10 | FP Stores, Inc. | 15001 South Figueroa Street Gardena, CA 90248 | Reich Bros. Business Solutions LLC | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.11 | FP Stores, Inc. | 15001 South Figueroa Street Gardena, CA 90248 | Susquehanna Commercial Finance | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.12 | FP Stores, Inc. | 15001 South Figueroa Street Gardena, CA 90248 | TCF Equipment Finance, Inc. | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.13 | J & M Sales, Inc. | 15001 South Figueroa Street Gardena, CA 90248 | CSC, as Representative | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Debtor | **J&M Sales of Texas, LLC** | | Case number *(if known)* | **18-11803 (LSS)** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **J & M Sales, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **Encina Business Credit, LLC** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.15 | **J & M Sales, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **Gordon Brothers Finance Company** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.16 | **J & M Sales, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **Jules and Associates** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.17 | **J & M Sales, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **Michael Fallas** | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.18 | **J & M Sales, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **Reich Bros. Business Solutions LLC** | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.19 | **J & M Sales, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **Susquehanna Commercial Finance** | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |
| 2.20 | **J & M Sales, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **TCF Equipment Finance, Inc.** | ■ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.21 | **National Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **CSC, as Representative** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |

| Debtor | **J&M Sales of Texas, LLC** | Case number *(if known)* | **18-11803 (LSS)** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.22 | **National Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **Encina Business Credit, LLC** | ■ D  __2.2__<br>☐ E/F _____<br>☐ G _____ |

| 2.23 | **National Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **Gordon Brothers Finance Company** | ■ D  __2.3__<br>☐ E/F _____<br>☐ G _____ |

| 2.24 | **National Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **Jules and Associates** | ■ D  __2.4__<br>☐ E/F _____<br>☐ G _____ |

| 2.25 | **National Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **Michael Fallas** | ■ D  __2.5__<br>☐ E/F _____<br>☐ G _____ |

| 2.26 | **National Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **Reich Bros. Business Solutions LLC** | ■ D  __2.6__<br>☐ E/F _____<br>☐ G _____ |

| 2.27 | **National Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **Susquehanna Commercial Finance** | ■ D  __2.7__<br>☐ E/F _____<br>☐ G _____ |

| 2.28 | **National Stores, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **TCF Equipment Finance, Inc.** | ■ D  __2.8__<br>☐ E/F _____<br>☐ G _____ |

| 2.29 | **Pazzo FNB Corp.** | **15001 South Figueroa Street Gardena, CA 90248** | **Encina Business Credit, LLC** | ■ D  __2.2__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **J&M Sales of Texas, LLC** | Case number *(if known)* | **18-11803 (LSS)** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.30 | **Pazzo FNB Corp.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **Gordon Brothers<br>Finance Company** | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.31 | **Pazzo FNB Corp.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **Michael Fallas** | ■ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | **Pazzo FNB Corp.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **Reich Bros. Business<br>Solutions LLC** | ■ D  **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | **Southern Island<br>Retail Stores LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **Encina Business<br>Credit, LLC** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | **Southern Island<br>Retail Stores LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **Gordon Brothers<br>Finance Company** | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | **Southern Island<br>Retail Stores LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **Michael Fallas** | ■ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | **Southern Island<br>Stores, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **CSC, as<br>Representative** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | **Southern Island<br>Stores, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **Encina Business<br>Credit, LLC** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J&M Sales of Texas, LLC** | Case number *(if known)* | **18-11803 (LSS)** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.38 | **Southern Island Stores, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Gordon Brothers Finance Company** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.39 | **Southern Island Stores, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Michael Fallas** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.40 | **Southern Island Stores, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Reich Bros. Business Solutions LLC** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.41 | **J & M Sales, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **BEX MCCRELESS LLC** | ☐ D ____<br>☐ E/F ____<br>■ G __2.11__ |
| 2.42 | **National Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **NBY PROPERTIES, L.L.C** | ☐ D ____<br>☐ E/F ____<br>■ G __2.50__ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy