# SIGN-IN SHEET

CASE NAME: J&M Sales, Inc.  COURTROOM NO.: 2

CASE NO.: 18-11801  DATE: 9/20/18

PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jay Indyke | Cooley | Committee |
| Michael Klein | Cooley | Committee |
| Jerry Hall | Katten | Debtors |
| Karen Dine | Katten | " |
| Peter Keane | PSZJ | " |
| Daniel Fiorillo | Otterbourg | IDB |
| Chad B. Simon | Otterbourg | IDB |
| John Doxter | J.G. Doxter | RCS Real Estate Advisor |
| Leslie Heilman | Ballard Spahr | Per the attached list |
| Laurel Roglen | " | " |
| Robert Feltham | Kelley Drye & Warren LLP | Landlords: DDR; DLC Management LLC; National Retail Properties; Kaleyra Springs Mile; Landlords Weingarten Realty Investors Regncy 3900 Indian Ave LLC, GGP III, LLC, GGP Pico Rivera, LLC Costars |
| Ivan Gold | Allen Matkins | |
| Kevin Simard | Choate Hall & Stewart | Encina Bus. Credit |
| Daniel Fiorillo | Otterbourg Steiner H&R | Israel Discount Bank ("IDB") |
| John Knight | Richards Layton & Finger | Encina / IDB |
| Doug Gooding | Choate Hall & Steward | Encina Bus. Credit |
| Thomas Moran | Fox Rothschild | Committee |

Tessa Cuneo — Seeger Ebbin

Albany Rd LLC
Stafford City Chicago LLC
Longs Drug Stores Califon LLC
Amherst Station # LLC
Buckingham Station LLC
Edgewood Station LLC
Heritage Oaks Station LLC
Sunrise Marketplace Station LLC
Towne Cross Stetson LLC
Stetson LLC

Kevin Mangan — Womble Bond Dickinson

Rachel B Mersky — Monzack Mersky McLaughlin Browder
Jason Gibson — 26/9 Realty Holdings
Timothy J. Fox, Jr. — The Rosner Law Group
                    Kinco Landlords, Mclon Multi Landlords
Justin Alberto — U.S. DOJ
Erin Fay — Bayard — RCS
Marcy McLaughlin — Pepper — US Trustee
Doug Herrmann — " " — Gordon Bros
Joe Minute — Blank Rome — Hilco Merchant Resrce
                            " "
                    Jetro LLC & Mascot LLC

# HEARING SIGN-IN SHEET

## J & M SALES INC., *et al.* -- Case No. 18-11801 (LSS)
### September 20, 2018 at 9:30 a.m. ET

| Appearance(s) | Firm(s) | Party(ies) Representing |
|---|---|---|
| Leslie C. Heilman, Esq.<br>Laurel D. Roglen, Esq. | Ballard Spahr LLP | Brixmor Property Group, Inc.<br>Federal Realty Investment Trust<br>PGIM Real Estate<br>Valley Plaza LLC<br>Watt Companies<br>Weitzman |

Court Conference

U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Laurie Selber Silverstein
#2

Calendar Date: 09/20/2018
Calendar Time: 09:30 AM ET

1st Revision  Sep 19 2018 2:55PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | J & M Sales Inc. | 18-11801 | Hearing | 9311526 | Ted A. Cohen | (213) 617-4237 ext. | Sheppard Mullin Richter & Hampton, LLP | Creditor/Claimant, Swipe Payment Solutions Priority Payment Systems / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9324642 | John M Craig | (571) 261-5641 ext. | Law Offices of Russell R. Johnson | Creditor, Florida Power & Light Company / LISTEN ONLY |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9324688 | Jason DiBattista | (212) 205-8553 ext. | LevFin Insights | Interested Party, LevFin Insights / LISTEN ONLY |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9313309 | Alan M. Feld | (213) 617-4133 ext. | Sheppard Mullin Richter & Hampton, LLP | Creditor/Claimant, Swipe Payment Solutions Priority Payment Systems / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9324696 | Ian Fredericks | (847) 418-2075 ext. | Hilco Global | Interested Party, Ian Fredericks / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9322551 | William B. Freeman | (213) 443-9003 ext. | Katten Muchin Rosenman LLP | Debtor, J & M Sales Inc. / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9322506 | Joshua M. Fried | (415) 263-7000 ext. | Pachulski Stang Ziehl & Jones | Debtor, J & M Sales Inc. / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9324488 | Kimberly B. Gianis | (203) 862-8250 ext. | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9326023 | Patrick J. Holohan | (646) 412-5336 ext. | Mergermarket | Interested Party, Debtwire / LISTEN ONLY |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9324942 | Robert W. Jones | (214) 964-9483 ext. | Holland & Knight LLP - Dallas Office | Interested Party, Gordon Brothers Finance Company / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9310684 | Saige Jutras | (617) 248-5000 ext. | Choate Hall & Stewart, LLP | Interested Party, Encina Business Credit, LLC / LISTEN ONLY |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9322825 | Samuel S. Kohn | (212) 408-5100 ext. | Norton Rose Fulbright US LLP | Interested Party, Wasa Properties Southlake Pavilion LLC / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J & M Sales Inc. | 18-11801 | Hearing | 9310677 | Jeff Linstrom | (312) 858-9212 ext. | Encina Business Credit | Interested Party, Encina Business Credit / LISTEN ONLY |
| J & M Sales Inc. | 18-11801 | Hearing | 9320641 | Keith C. Owens | (310) 229-0370 ext. | Venable LLP | Creditor, SKBB Investments, LP / LIVE |
| J & M Sales Inc. | 18-11801 | Hearing | 9322532 | Richard Pachulski | (310) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Debtor, J & M Sales Inc. / LIVE |
| J & M Sales Inc. | 18-11801 | Hearing | 9325581 | Lawrence Park | (201) 266-6988 ext. | CRG Financial, LLC | Creditor, CRG Financial, LLC / LISTEN ONLY |
| J & M Sales Inc. | 18-11801 | Hearing | 9293514 | Jennifer D. Raviele | (212) 808-7684 ext. | Kelley Drye & Warren LLP | Creditor, Phillips International &NRP / LIVE |
| J & M Sales Inc. | 18-11801 | Hearing | 9323536 | Marc B. Roitman | (212) 596-9000 ext. | Ropes & Gray LLP | Creditor, TJXC / LIVE |
| J & M Sales Inc. | 18-11801 | Hearing | 9320687 | Victor A. Sahn | (213) 626-2311 ext. | Sulmeyer Kupetz | Interested Party, Michael Fallas / LIVE |
| J & M Sales Inc. | 18-11801 | Hearing | 9323546 | Mark Somerstein | (212) 841-8814 ext. | Ropes & Gray LLP | Creditor, TJXC / LIVE |
| J & M Sales Inc. | 18-11801 | Hearing | 9322516 | Marianna Udem | (347) 534-0836 ext. | ASK LLP | Creditor, Louise Paris Ltd. and Mulitex / LISTEN ONLY |
| J & M Sales Inc. | 18-11801 | Hearing | 9326207 | David Vega | (302) 429-4253 ext. | Bayard P.A. | Client, Gordon Brothers Finanace Company / LISTEN ONLY |
| J & M Sales Inc. | 18-11801 | Hearing | 9323122 | Roye Zur | (310) 557-0050 ext. | Landau Gottfried & Berger LLP | Creditor, Western & Venice SC, LLC / LISTEN ONLY |