# SIGN-IN SHEET

CASE NAME: J&M Sales, Inc.  COURTROOM NO.: 2

CASE NO. 18-11801  DATE: 9/27/18

PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jay Indyke | Cooley | Committee |
| Sarah Carnes | Cooley | Committee |
| Thomas Horan | Fox Rothschild | Committee |
| Richard L. Scheporcnik | U.S. DOJ | U.S. Trustee |
| Timothy J. Fox, Jr. | " | " |
| John Knight | Richards Layton | Encina & IDB |
| Dave Queen | " | " |
| Kevin Simard | Choate Hall | Encina |
| Daniel Fiorillo | Otterbourg | IDB |
| Chad Simon | " | " |
| Justin Alberto | Bayard | Gordon Bros France |
| Erin Fay | Bayard | Gordon Bros France |
| Doug Herrmann | Pepper Hamilton | Hilco Merchant Resources |
| Marcy McLaughlin | Pepper Hamilton | " |
| Lucian Murley | Saul Ewing | Landlords |
| Leslie Heilman | Ballard Spahr LLP | Landlords on the attached |

| Name | Affiliation |
|---|---|
| Susan Kaufman | |
| Heather Manser | Law Office of Susan Kaufman |
| Karen Doe | Kemble Bent Atkinson |
| Jenny Hall | Kathleen MacLean Rosemary |
| Peter Keane | " |
| Joshua Engel | Rachelle Sarno |
| Rachel B Meisky | Rachelle Sarno |
| | Monzack Mersky McLaughlin Beverly |
| | Mission Lodge Masonic Hall/SL |
| | One Step - Erdlie - Siffermu |
| | Debbie |
| | Debbie |
| | Debbie |
| | Debbie |
| | Kim Co Landlords Milton Co/MTG |
| | Reno Tartaglia Assoc HBS Bx McCreds |

(Many remaining columns are blank.)

# HEARING SIGN-IN SHEET

J & M SALES INC., *et al.* -- Case No. 18-11801 (LSS)
September 27, 2018 at 2:00 p.m. ET

| Appearance(s) | Firm(s) | Party(ies) Representing |
|---|---|---|
| Leslie C. Heilman, Esq. | Ballard Spahr LLP | 99 Cents Only Stores, LLC<br>ARC SWHOUTXC001, LLC<br>Brixmor Property Group, Inc.<br>Federal Realty Investment Trust<br>PGI Management<br>PGIM Real Estate<br>Primestore Development, Inc.<br>Valley Plaza, LLC<br>Watt Companies<br>Weitzman |
| Leslie C. Heilman, Esq.<br>Kevin Newman, Esq. | Ballard Spahr LLP<br>Barclay Damon LLP | Charlotte (Archdale) UY, LLC |

Court Conference

U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Laurie Selber Silverstein
#2

Calendar Date: 09/27/2018
Calendar Time: 02:00 PM ET

Amended Calendar Sep 27 2018 9:36AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | J & M Sales Inc. | 18-11801 | Hearing | 9336318 | Ted A. Cohen | (213) 617-4237 ext. | Sheppard Mullin Richter & Hampton, LLP | Creditor/Claimant, Swipe Payment Solutions Priority Payment Systems / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9336861 | Jason DiBattista | (212) 205-8553 ext. | LevFin Insights | Interested Party, LevFin Insights / LISTEN ONLY |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9336333 | Alan M. Feld | (213) 617-4133 ext. | Sheppard Mullin Richter & Hampton, LLP | Creditor/Claimant, Swipe Payment Solutions Priority Payment Systems / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9338733 | Kimberly B. Gianis | (203) 862-8250 ext. | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9341091 | Cindi M. Giglio | (212) 940-3828 ext. | Katten Muchin Rosenman LLP | Interested Party, Gordon Brothers / LISTEN ONLY |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9339002 | Ivan M. Gold | (415) 273-7431 ext. | Allen Matkins Leck Gamble Mallory & Natsis LLP | Creditor, Weingarten Realty / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9337450 | Douglas R. Gooding | (617) 248-5277 ext. | Choate Hall & Stewart, LLP | Creditor, Encina Business Credit / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9340547 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9338714 | Robert W. Jones | (214) 964-9483 ext. | Holland & Knight LLP - Dallas Office | Interested Party, Gordon Brothers Finance Company / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9339000 | Saige Jutras | (617) 248-5000 ext. | Choate Hall & Stewart, LLP | Interested Party, Encina Business Credit, LLC / LISTEN ONLY |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9339168 | Steven M. Kaplan | (212) 842-2020 ext. 110 | Kaplan Levinson PC | Creditor, GTC / LIVE |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| J & M Sales Inc. | 18-11801 | Hearing | 9341786 | Samuel S. Kohn | (212) 408-5100 ext. | Norton Rose Fulbright US LLP | Interested Party, Wasa Properties Southlake Pavilion LLC / LIVE |
| J & M Sales Inc. | 18-11801 | Hearing | 9341609 | Jeff Linstrom | (312) 858-9212 ext. | Encina Business Credit | Interested Party, Encina Business Credit / LISTEN ONLY |
| J & M Sales Inc. | 18-11801 | Hearing | 9337342 | Maxim B. Litvak | (415) 217-5110 ext. | Pachulski Stang Ziehl & Jones | Debtor, J & M Sales Inc. / LIVE |
| J & M Sales Inc. | 18-11801 | Hearing | 9336470 | Sherri Lydell | (212) 593-3000 ext. | Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP | Creditor, Rainbow Southeast Leasing, Inc. / LISTEN ONLY |
| J & M Sales Inc. | 18-11801 | Hearing | 9341749 | Kathleen McGonigle | (212) 661-9100 ext. | Otterbourg P.C. | Interested Party, Encina Business Credit / LISTEN ONLY |
| J & M Sales Inc. | 18-11801 | Hearing | 9341029 | Dennis O'Donnell | (212) 530-5287 ext. | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Dennis O'Donnell / LISTEN ONLY |
| J & M Sales Inc. | 18-11801 | Hearing | 9337416 | Richard Pachulski | (212) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Debtor, J & M Sales Inc. / LIVE |
| J & M Sales Inc. | 18-11801 | Hearing | 9341938 | Lawrence Park | (310) 266-6988 ext. | CRG Financial, LLC | Creditor, CRG Financial, LLC / LISTEN ONLY |
| J & M Sales Inc. | 18-11801 | Hearing | 9338839 | Jennifer D. Raviele | (212) 808-7684 ext. | Kelley Drye & Warren LLP | Creditor, Phillips International, et al / LIVE |
| J & M Sales Inc. | 18-11801 | Hearing | 9337003 | Victor A. Sahn | (213) 626-2311 ext. | Sulmeyer Kupetz | Interested Party, Michael Fallas / LIVE |
| J & M Sales Inc. | 18-11801 | Hearing | 9341667 | Gabriel E. Sasson | (212) 806-5400 ext. | Stroock & Stroock & Lavan LLP | Interested Party, Stroock & Stroock & Lavan LLP / LISTEN ONLY |
| J & M Sales Inc. | 18-11801 | Hearing | 9338850 | Marianna Udem | (347) 534-0836 ext. | ASK LLP | Creditor, Louise Paris Ltd. and Mulitex / LISTEN ONLY |
| J & M Sales Inc. | 18-11801 | Hearing | 9341203 | Roye Zur | (310) 557-0050 ext. | Landau Gottfried & Berger LLP | Creditor, Western & Venice SC, LLC / LIVE |