UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

CASE NO. 18-11801-LSS

| | |
|---|---|
| IN RE: | CASE NO. 18-11801-LSS |
| J & M SALES, INC. ET AL. | CHAPTER 11 |
| DEBTORS. | JOINTLY ADMINISTERED |

**OBJECTION BY CREDITOR VINE STREET SHOPPES, LP, TO CURE AMOUNT**

COMES NOW Vine Street Shoppes, LP, ("Vine Street"), by and through the undersigned counsel, and hereby objects to the cure amount (the "Cure Amount") set forth in that certain *Unexpired Lease or Executory Contract Assumption and Cure Notice* (Doc. #527) (the "Cure Notice"), filed herein and states:

1. Vine Street is the landlord under that certain Retail Lease (the "Lease") entered into between Vine Street and FP Stores, Inc. (the "Tenant"), dated July 18, 2013. The Lease is attached hereto as **Exhibit A**.

2. The Cure Amount set forth in the Cure Notice is for rent in the amount of $40,775.48 (the "Rent"). Vine Street does not dispute the amount of the Rent due. However, in addition to the Rent, pursuant to Section 4.05(d) of the Lease, the Tenant is required to pay the Tenant's Pro Rata Share (as defined in Section 4.06 of the Lease) of the Common Area Costs (as defined in Section 4.05(d) the Lease).

3. The Tenant has failed to pay its Pro Rata Share of the Common Area Costs for the years of 2016, in the amount of $14,343.58, and 2017, in the amount of $17,246.35, totaling $31,589.93. Invoices for the Common Area Costs are attached hereto as **Composite Exhibit B**.

4. Vine Street asserts that the total amount due to cure the Tenant's defaults under the Lease is:

| Outstanding Rent: | $40,775.48 |
| Common Area Costs for 2016: | $14,343.58 |
| Common Area Costs for 2017: | $17,246.35 |
| Total Cure Amount Claimed: (The "Cure Claim") | $72,365.41 |

Wherefore, Vine Street Shoppes, LP, hereby asserts a Cure Claim in the amount of $72,365.41, and prays that this Court would enter an order requiring the Debtors-in-Possession to pay said Cure Claim to Vine Street upon the assumption and assignment of the Lease, and for such other and further relief as this Court deems just and proper.

/s/ Michael S. Provenzale
**Michael S. Provenzale**
Florida Bar No. 0056834
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
Orlando, Florida 32801
Telephone: 407-843-4600
Facsimile: 407-843-4444
michael.provenzale@lowndes-law.com
anne.fisher@lowndes-law.com
robin.martin@lowndes-law.com
litcontrol@lowndes-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 8th 2018, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to all parties indicated on the electronic filing receipt, and via FedEx to the parties on the service list below.

/s/ Michael S. Provenzale
Michael S. Provenzale

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>Wilmington Delaware 19801<br>Attention: Peter Keane, Esq. | Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York NY 10022<br>Attention William B. Freeman, Esq., and<br>Karen B. Dine, Esq. |

| | |
|---|---|
| U.S. Trustee<br>855 King Street Suite 2207<br>Wilmington Delaware 19801<br>Attn: Richard L. Schepacarter, Esq. | |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

CASE NO. 18-11801-LSS

IN RE:                                        CASE NO. 18-11801-LSS

J & M SALES, INC. ET AL.                      CHAPTER 11

DEBTORS.                                      JOINTLY ADMINISTERED
_____ /

**OBJECTION BY CREDITOR VINE STREET SHOPPES, LP, TO CURE AMOUNT**

COMES NOW Vine Street Shoppes, LP, ("Vine Street"), by and through the undersigned counsel, and hereby objects to the cure amount (the "Cure Amount") set forth in that certain *Unexpired Lease or Executory Contract Assumption and Cure Notice* (Doc. #527) (the "Cure Notice"), filed herein and states:

1.  Vine Street is the landlord under that certain Retail Lease (the "Lease") entered into between Vine Street and FP Stores, Inc. (the "Tenant"), dated July 18, 2013. The Lease is attached hereto as **Exhibit A**.

2.  The Cure Amount set forth in the Cure Notice is for rent in the amount of $40,775.48 (the "Rent"). Vine Street does not dispute the amount of the Rent due. However, in addition to the Rent, pursuant to Section 4.05(d) of the Lease, the Tenant is required to pay the Tenant's Pro Rata Share (as defined in Section 4.06 of the Lease) of the Common Area Costs (as defined in Section 4.05(d) the Lease).

3.  The Tenant has failed to pay its Pro Rata Share of the Common Area Costs for the years of 2016, in the amount of $14,343.58, and 2017, in the amount of $17,246.35, totaling $31,589.93. Invoices for the Common Area Costs are attached hereto as **Composite Exhibit B**.

4.  Vine Street asserts that the total amount due to cure the Tenant's defaults under the Lease is:

0038944\181288\8395602v2

| Outstanding Rent: | $40,775.48 |
| Common Area Costs for 2016: | $14,343.58 |
| Common Area Costs for 2017: | $17,246.35 |
| Total Cure Amount Claimed: (The "Cure Claim") | $72,365.41 |

Wherefore, Vine Street Shoppes, LP, hereby asserts a Cure Claim in the amount of $72,365.41, and prays that this Court would enter an order requiring the Debtors-in-Possession to pay said Cure Claim to Vine Street upon the assumption and assignment of the Lease, and for such other and further relief as this Court deems just and proper.

                                              */s/ Michael S. Provenzale*
                                              **Michael S. Provenzale**
                                              Florida Bar No. 0056834
                                              Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
                                              215 North Eola Drive
                                              Orlando, Florida 32801
                                              Telephone:   407-843-4600
                                              Facsimile:    407-843-4444
                                              michael.provenzale@lowndes-law.com
                                              anne.fisher@lowndes-law.com
                                              robin.martin@lowndes-law.com
                                              litcontrol@lowndes-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 8th 2018, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to all parties indicated on the electronic filing receipt, and via FedEx to the parties on the service list below.

                                              */s/ Michael S. Provenzale*
                                                Michael S. Provenzale

| Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>Wilmington Delaware 19801<br>Attention: Peter Keane, Esq. | Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York NY 10022<br>Attention William B. Freeman, Esq., and<br>Karen B. Dine, Esq. |

| | |
|---|---|
| U.S. Trustee<br>855 King Street Suite 2207<br>Wilmington Delaware 19801<br>Attn: Richard L. Schepacarter, Esq. | |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

CASE NO. 18-11801-LSS

| | |
|---|---|
| IN RE: | CASE NO. 18-11801-LSS |
| J & M SALES, INC. ET AL. | CHAPTER 11 |
| DEBTORS. | JOINTLY ADMINISTERED |

## **OBJECTION BY CREDITOR VINE STREET SHOPPES, LP, TO CURE AMOUNT**

COMES NOW Vine Street Shoppes, LP, ("Vine Street"), by and through the undersigned counsel, and hereby objects to the cure amount (the "Cure Amount") set forth in that certain *Unexpired Lease or Executory Contract Assumption and Cure Notice* (Doc. #527) (the "Cure Notice"), filed herein and states:

1. Vine Street is the landlord under that certain Retail Lease (the "Lease") entered into between Vine Street and FP Stores, Inc. (the "Tenant"), dated July 18, 2013. The Lease is attached hereto as **Exhibit A**.

2. The Cure Amount set forth in the Cure Notice is for rent in the amount of $40,775.48 (the "Rent"). Vine Street does not dispute the amount of the Rent due. However, in addition to the Rent, pursuant to Section 4.05(d) of the Lease, the Tenant is required to pay the Tenant's Pro Rata Share (as defined in Section 4.06 of the Lease) of the Common Area Costs (as defined in Section 4.05(d) the Lease).

3. The Tenant has failed to pay its Pro Rata Share of the Common Area Costs for the years of 2016, in the amount of $14,343.58, and 2017, in the amount of $17,246.35, totaling $31,589.93. Invoices for the Common Area Costs are attached hereto as **Composite Exhibit B**.

4. Vine Street asserts that the total amount due to cure the Tenant's defaults under the Lease is:

| Outstanding Rent: | $40,775.48 |
| Common Area Costs for 2016: | $14,343.58 |
| Common Area Costs for 2017: | $17,246.35 |
| Total Cure Amount Claimed: (The "Cure Claim") | $72,365.41 |

Wherefore, Vine Street Shoppes, LP, hereby asserts a Cure Claim in the amount of $72,365.41, and prays that this Court would enter an order requiring the Debtors-in-Possession to pay said Cure Claim to Vine Street upon the assumption and assignment of the Lease, and for such other and further relief as this Court deems just and proper.

/s/ Michael S. Provenzale
**Michael S. Provenzale**
Florida Bar No. 0056834
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
Orlando, Florida 32801
Telephone:   407-843-4600
Facsimile:   407-843-4444
michael.provenzale@lowndes-law.com
anne.fisher@lowndes-law.com
robin.martin@lowndes-law.com
litcontrol@lowndes-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 8th 2018, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to all parties indicated on the electronic filing receipt, and via FedEx to the parties on the service list below.

/s/ Michael S. Provenzale
Michael S. Provenzale

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>Wilmington Delaware 19801<br>Attention: Peter Keane, Esq. | Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York NY 10022<br>Attention William B. Freeman, Esq., and<br>Karen B. Dine, Esq. |

| | |
|---|---|
| U.S. Trustee<br>855 King Street Suite 2207<br>Wilmington Delaware 19801<br>Attn: Richard L. Schepacarter, Esq. | |