# EXHIBIT A



ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX   415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Shanghai, P. R. China

Beijing, P. R. China

London, United Kingdom

September 24, 2018

J & M SALES INC., et al.
15001 South Figueroa Street
Gardena, CA  90248

**Invoice Number:  1937384**

**335275-201**
**Creditors Committee**

*For services rendered through August 31, 2018*

| | | |
|---|---|---|
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 220,548.50 |
| Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 158.56 |
| **Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$** | **220,707.06** |







Cooley

**335275-201** **Invoice Number: 1937384**
**Creditors Committee**

**For services rendered through August 31, 2018 :**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| **ASSET ANALYSIS AND RECOVERY** | | | | |
| 08/19/18 | Michael Aaron Klein | B02 Review Province deck on inventory analysis | 0.30 | 270.00 |
| 08/20/18 | Jay R. Indyke | Provide Committee with inventory appraisal information and put agency agreement. | 0.30 | 270.00 |
| 08/20/18 | Jay R. Indyke | Review Tiger inventory appraisal dated 7/20/18. | 0.40 | 360.00 |
| 08/23/18 | Michael Aaron Klein | Review and comment on preliminary liquidation analysis | 0.30 | 270.00 |
| 08/24/18 | Jay R. Indyke | Review preliminary liquidation analysis from Province. | 0.20 | 180.00 |
| 08/24/18 | Max D. Schlan | Correspond with province re liquidation analysis (.6); telephone conference with same re same (.5). | 1.10 | 951.50 |
| 08/25/18 | Michael Aaron Klein | Review revised liquidation analysis | 0.20 | 180.00 |
| 08/26/18 | Jay R. Indyke | Review updated liquidation analysis from Province and respond with comments. | 0.30 | 270.00 |
| 08/28/18 | Jay R. Indyke | Review updated liquidation analysis from Province. | 0.20 | 180.00 |
| | | **Task Total:** | 3.30 | 2,931.50 |
| **ASSET DISPOSITION** | | | | |
| 08/17/18 | Jay R. Indyke | Email reach out to Armouth and Tbeile to discuss acquisition interest. | 0.10 | 90.00 |
| 08/19/18 | Michael Aaron Klein | B02 First review of agency agreement | 0.50 | 450.00 |
| 08/20/18 | Michael Aaron Klein | Review agency agreement | 2.60 | 2,340.00 |
| 08/20/18 | Jay R. Indyke | Review stalking horse agency agreement for full chain liquidation. | 0.80 | 720.00 |
| 08/20/18 | Seth Van Aalten | Reviewed Agency agreement and Indyke email notes re: same | 0.60 | 540.00 |
| 08/21/18 | Michael Aaron Klein | B02 Further review of agency agreement | 1.30 | 1,170.00 |
| 08/22/18 | Jay R. Indyke | Call with Huygens on timing for liquidation and trade terms timing. | 0.20 | 180.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/22/18 | Michael Aaron Klein | Review UST Hilco objection | 0.50 | 450.00 |
| 08/23/18 | Jay R. Indyke | Review US Trustee limited objection to store closing motion. | 0.20 | 180.00 |
| 08/23/18 | Michael Aaron Klein | Update call with Fiorillo | 0.50 | 450.00 |
| 08/23/18 | Michael Aaron Klein | Call with SBT Capital re strategic alternatives | 0.80 | 720.00 |
| 08/30/18 | Max D. Schlan | Correspond with Committee re GOB (.4); correspond with debtors re same (.2). | 0.60 | 519.00 |
| | | **Task Total:** | 8.70 | 7,809.00 |

**BUSINESS OPERATIONS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/17/18 | Max D. Schlan | Telephone conference with Province re financial documents (.4); review same (.7). | 1.10 | 951.50 |
| 08/20/18 | Jay R. Indyke | Call with Huygens on visit to Debtor's stores, business plan, and meeting with CRO. | 0.60 | 540.00 |
| 08/20/18 | Jay R. Indyke | Review draft inventory analysis provided by Province. | 0.20 | 180.00 |
| 08/21/18 | Jay R. Indyke | Call with Pachulski relative to strategic business options. | 0.40 | 360.00 |
| 08/21/18 | Jay R. Indyke | Review Debtor's operating report. | 0.10 | 90.00 |
| 08/21/18 | Jay R. Indyke | Review email from Huygens regarding store summary preference, business plan analysis. | 0.20 | 180.00 |
| 08/21/18 | Jay R. Indyke | Email exchange with Armouth and Tbeile relative to GOB sales and strategic options. | 0.20 | 180.00 |
| 08/21/18 | Jay R. Indyke | Call with Huygens on store footprint and profitability, sale process and exit lender process. | 0.30 | 270.00 |
| 08/22/18 | Jay R. Indyke | Further emails with Committee members on Debtor's alleged representations to vendors on availability. | 0.20 | 180.00 |
| 08/22/18 | Jay R. Indyke | Review 4-Wall and business plan overview from Province and provide comments. | 0.30 | 270.00 |
| 08/22/18 | Joseph W. Brown | Review Province business plan report re: Committee call | 0.20 | 111.00 |
| 08/22/18 | Seth Van Aalten | Reviewed Province business plan analysis | 0.60 | 540.00 |



**335275-201**                                          **Invoice Number:  1937384**
**Creditors Committee**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/23/18 | Jay R. Indyke | Call with Huygens relative to business plan and financing options. | 0.40 | 360.00 |
| 08/23/18 | Jay R. Indyke | Call with Tbeili relative to leveraging secured lenders to obtain lien subordination for new inventory. | 0.20 | 180.00 |
| 08/24/18 | Jay R. Indyke | Call with Huygens relative to potential factor deal to allow shipping. | 0.40 | 360.00 |
| 08/24/18 | Jay R. Indyke | Review email exchange between Huygens and Committee relative to pricing and returns on new inventory. | 0.20 | 180.00 |
| 08/24/18 | Jay R. Indyke | Review email from Province with updated analysis on business plan alternative scenarios. | 0.30 | 270.00 |
| 08/28/18 | Michael Aaron Klein | Review updated Province business plan | 0.60 | 540.00 |
| 08/28/18 | Jay R. Indyke | Review revised business plan from Province. | 0.30 | 270.00 |
| 08/29/18 | Jay R. Indyke | Email exchanges between Province and Committee members on financial reporting and Debtor's historical performance. | 0.20 | 180.00 |
| | | **Task Total:** | 7.00 | 6,192.50 |

**CASE ADMINISTRATION**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/16/18 | Jay R. Indyke | Call with R. Pachulski on Committee views of case; information requests and upcoming deadlines. | 0.50 | 450.00 |
| 08/17/18 | Joseph W. Brown | Obtain missing contact information re: contact list from docket and internet | 1.30 | 721.50 |
| 08/17/18 | Joseph W. Brown | Review contact information provided by Committee at formation and by e-mail | 0.20 | 111.00 |
| 08/17/18 | Joseph W. Brown | Discuss bylaws and contact list drafting with M. Schlan | 0.30 | 166.50 |
| 08/17/18 | Joseph W. Brown | Draft contact list per M. Schlan | 1.80 | 999.00 |
| 08/17/18 | Joseph W. Brown | Draft bylaws per M. Schlan | 0.80 | 444.00 |
| 08/17/18 | Joseph W. Brown | Revise contact list per committee communications | 0.30 | 166.50 |
| 08/17/18 | Joseph W. Brown | Circulate contact list to Cooley team | 0.10 | 55.50 |



**335275-201**                                                    **Invoice Number:  1937384**
**Creditors Committee**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/17/18 | Jay R. Indyke | Call with Huygens on business plan, financing, critical vendor and strategic alternatives. | 0.40 | 360.00 |
| 08/17/18 | Jay R. Indyke | Email with Ramallah Trading on Committee organizational matters. | 0.10 | 90.00 |
| 08/17/18 | Jay R. Indyke | Review information request sent from Province to Debtor. | 0.20 | 180.00 |
| 08/17/18 | Jay R. Indyke | Email to Pachulskito to confirm extension of time for Committee to respond on financing and critical vendor. | 0.10 | 90.00 |
| 08/17/18 | Jay R. Indyke | Call with Hana Financial on case status. | 0.20 | 180.00 |
| 08/17/18 | Jay R. Indyke | Review formal Committee appointment. | 0.10 | 90.00 |
| 08/17/18 | Jay R. Indyke | Call with Sahn and Huygens on extensions of time relative to pleadings and confidentially provisions. | 0.30 | 270.00 |
| 08/17/18 | Jay R. Indyke | Call with Verrilli of Rosenthal on case status. | 0.20 | 180.00 |
| 08/17/18 | Sarah A. Carnes | Emails to J. Brown re: contact list (.3); review Cooley pro hacs and NOA (.3); review bylaws (.3); review and revise committee contact sheet (.6) | 1.50 | 1,065.00 |
| 08/17/18 | Max D. Schlan | Telephone conference with Brown re committee documents (.2); office conference with team re case status (.6); review bylaws (.8); correspond with committee members re same (.5); office conference with Carnes re same (.2); review first day transcript (1.2). | 3.50 | 3,027.50 |
| 08/18/18 | Joseph W. Brown | Review requested revisions to contact list per M. Schlan | 0.10 | 55.50 |
| 08/18/18 | Jay R. Indyke | Email to Committee on info request to Debtor, confidentiality, extension of time and other developments. | 0.30 | 270.00 |
| 08/18/18 | Jay R. Indyke | Review email from Sahn confirming extension of time for Committee to respond to pending motions and sharing confidential information and respond with Committee by-laws. | 0.20 | 180.00 |
| 08/18/18 | Jay R. Indyke | Email exchange with Tuff Cookies on case status. | 0.20 | 180.00 |



**335275-201**                                                          **Invoice Number:  1937384**
**Creditors Committee**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/19/18 | Sarah A. Carnes | Calendar upcoming critical dates | 0.40 | 284.00 |
| 08/20/18 | Jay R. Indyke | Email to Committee with updated contact sheet and reminder on signing by-laws. | 0.10 | 90.00 |
| 08/20/18 | Jay R. Indyke | Email to Committee with update on signed by-laws. | 0.10 | 90.00 |
| 08/20/18 | Jay R. Indyke | Email exchange with Hana Financial on case status. | 0.10 | 90.00 |
| 08/20/18 | Jay R. Indyke | Email to Committee to schedule call for 8/21. | 0.10 | 90.00 |
| 08/20/18 | Jay R. Indyke | Call with Labov relative to critical vendors, lien review, potential litigation claims. | 0.30 | 270.00 |
| 08/20/18 | Jay R. Indyke | Call with Ali of Deals on case status. | 0.20 | 180.00 |
| 08/20/18 | Jay R. Indyke | Email exchange with Lazarus on by-laws. | 0.10 | 90.00 |
| 08/20/18 | Jay R. Indyke | Call with Friedberg of Seaport on case status. | 0.20 | 180.00 |
| 08/20/18 | Jay R. Indyke | Reach out to Pachulski and Freeman to schedule call on financing and critical vendor. | 0.10 | 90.00 |
| 08/20/18 | Jay R. Indyke | Review email exchanges between Province and Committee members on information gathering. | 0.10 | 90.00 |
| 08/20/18 | Jay R. Indyke | Review email from Freeman confirming extension of time to respond to matters for 2nd day hearing. | 0.10 | 90.00 |
| 08/20/18 | Jay R. Indyke | Email exchange with Tbeile relative to preferences and post-petition vendor shipments. | 0.20 | 180.00 |
| 08/20/18 | Joseph W. Brown | Revise contact list per M. Schlan and J. Indyke | 0.30 | 166.50 |
| 08/20/18 | Joseph W. Brown | Organize files re: signed bylaws per M. Schlan | 0.20 | 111.00 |
| 08/20/18 | Sarah A. Carnes | Updates to contact list (.2); emails re: lien review (.3); emails re: engagement letter (.1) | 0.60 | 426.00 |
| 08/20/18 | Sarah A. Carnes | Review of first day motions and proposed orders | 2.10 | 1,491.00 |
| 08/21/18 | Michael Aaron Klein | Update call with Huygens | 0.50 | 450.00 |



**335275-201**
**Creditors Committee**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/21/18 | Jay R. Indyke | Call with Simard representing lenders on financing and Committee discussions on vendor shipments. | 0.30 | 270.00 |
| 08/21/18 | Jay R. Indyke | Email exchange with Labov relative to leverage points with Debtor and Lenders. | 0.20 | 180.00 |
| 08/21/18 | Jay R. Indyke | Email exchanges with Committee members on responding to queries from creditors and vendors. | 0.30 | 270.00 |
| 08/21/18 | Jay R. Indyke | Email exchange with Tuff Cookies on case status. | 0.10 | 90.00 |
| 08/21/18 | Jay R. Indyke | Call with Andino of Hana Financial on case status, contacts from vendors. | 0.20 | 180.00 |
| 08/21/18 | Jay R. Indyke | Emails to Committee and Debtor's counsel with fully executed Committee by-laws. | 0.10 | 90.00 |
| 08/21/18 | Joseph W. Brown | Circulate all bylaws signatures to Cooley team | 0.10 | 55.50 |
| 08/21/18 | Joseph W. Brown | Format all bylaws signatures for J. Indyke | 0.20 | 111.00 |
| 08/21/18 | Max D. Schlan | Review revised second day orders (.9); correspond with Indyke re same (.2); correspond with committee members re bylaws (.3); | 1.40 | 1,211.00 |
| 08/22/18 | Jay R. Indyke | Email exchange with Armouth regarding meaningfulness of threat to convert. | 0.20 | 180.00 |
| 08/22/18 | Jay R. Indyke | Email to Committee with letter to creditors to share for contact information on case. | 0.10 | 90.00 |
| 08/22/18 | Jay R. Indyke | Email exchange with Committee on certain bankruptcy basics. | 0.10 | 90.00 |
| 08/22/18 | Jay R. Indyke | Email to Armouth, Tbeile and Huygens on sharing confidential information with interested parties that have signed NDA's. | 0.10 | 90.00 |
| 08/22/18 | Jay R. Indyke | Call with Tuff Cookies on case status. | 0.20 | 180.00 |
| 08/22/18 | Jay R. Indyke | Comment on proposed general letter to creditors. | 0.20 | 180.00 |
| 08/22/18 | Michael Aaron Klein | Respond to creditor inquiries | 0.30 | 270.00 |
| 08/22/18 | Max D. Schlan | Draft committee letter for creditors (1.1); correspond with Indyke re same (.3). | 1.40 | 1,211.00 |
| 08/23/18 | Jay R. Indyke | Call with Jerry Leigh on case status. | 0.30 | 270.00 |



| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/23/18 | Jay R. Indyke | Call with Deals NYC on case status. | 0.30 | 270.00 |
| 08/23/18 | Jay R. Indyke | Email exchange with Ramallah Credit responding on case questions. | 0.10 | 90.00 |
| 08/23/18 | Jay R. Indyke | Call with Verrilli of Rosenthal on case status. | 0.20 | 180.00 |
| 08/23/18 | Jay R. Indyke | Email to Committee laying out strategic option scenario in light of potential default with banks. | 0.70 | 630.00 |
| 08/23/18 | Joseph W. Brown | Review communications with committee re: Debtors' financial situation | 0.20 | 111.00 |
| 08/23/18 | Michael Aaron Klein | Respond to creditor inquiries | 0.30 | 270.00 |
| 08/23/18 | Sarah A. Carnes | Emails re: data room access and scheduling | 0.20 | 142.00 |
| 08/23/18 | Max D. Schlan | Review correspondence to committee re case status. | 0.30 | 259.50 |
| 08/24/18 | Michael Aaron Klein | Review as entered second day orders | 0.40 | 360.00 |
| 08/24/18 | Jay R. Indyke | Review alternative language from shipcenter to lender proposed language for 2nd day orders. | 0.10 | 90.00 |
| 08/24/18 | Jay R. Indyke | Review lender requested language on certain 2nd day orders. | 0.10 | 90.00 |
| 08/24/18 | Jay R. Indyke | Email exchanges with vendors relative to vendor meeting with Fallas. | 0.10 | 90.00 |
| 08/24/18 | Jay R. Indyke | Email to Committee with document production requests to Debtor and Fallas and on developments regarding ad hoc vendor group and negotiations on go forward plan. | 0.40 | 360.00 |
| 08/24/18 | Jay R. Indyke | Call with Freeman and Pachulski relative to vendor meeting on 8/26. | 0.20 | 180.00 |
| 08/24/18 | Jay R. Indyke | Call with Huygens on upcoming meeting with vendors and Fallas. | 0.20 | 180.00 |
| 08/24/18 | Jay R. Indyke | Email to Pachulski, Freeman and Sahn regarding meeting of top vendors and Fallas proposed for 8/26. | 0.10 | 90.00 |
| 08/24/18 | Jay R. Indyke | Call with Gabbay of Skiva relative to meeting of vendors. | 0.80 | 720.00 |
| 08/24/18 | Jay R. Indyke | Email to Gabbay relative to participation in meeting with vendors and Fallas. | 0.10 | 90.00 |



**335275-201**                                                    **Invoice Number: 1937384**
**Creditors Committee**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/24/18 | Sarah A. Carnes | Emails re: scheduling | 0.20 | 142.00 |
| 08/26/18 | Jay R. Indyke | Review email from Siva to Committee relative to vendors meeting with Fallas. | 0.10 | 90.00 |
| 08/26/18 | Jay R. Indyke | Call with Huygens relative to discussions with various parties on vendor meeting with Fallas, budget items. | 0.30 | 270.00 |
| 08/26/18 | Jay R. Indyke | Review emails from Sahn relative to vendor meeting 8/26 with Fallas and professional participation. | 0.10 | 90.00 |
| 08/26/18 | Jay R. Indyke | Review critical dates memo generated by Fox Rothschild and provide comments. | 0.10 | 90.00 |
| 08/27/18 | Michael Aaron Klein | Status update call with Indyke | 0.30 | 270.00 |
| 08/27/18 | Michael Aaron Klein | Respond to creditor inquiries | 0.20 | 180.00 |
| 08/27/18 | Jay R. Indyke | Call with Klein to update on case developments. | 0.30 | 270.00 |
| 08/27/18 | Jay R. Indyke | Email exchange with Chrystal Art on case status. | 0.20 | 180.00 |
| 08/27/18 | Jay R. Indyke | Call with Tbeile and Gabbay relative to issues on vendor program and financing. | 0.50 | 450.00 |
| 08/27/18 | Jay R. Indyke | Call with Huygens reporting on vendor meeting with Fallas in New Jersey. | 0.50 | 450.00 |
| 08/28/18 | Michael Aaron Klein | Respond to vendor inquiries | 0.30 | 270.00 |
| 08/28/18 | Jay R. Indyke | Call with Pem America on case status. | 0.30 | 270.00 |
| 08/28/18 | Max D. Schlan | Telephone conference with Klein and Indyke re case status (.5); telephone conference with team, Province and Fox re same (.6); review deck for committee call (.4); telephone conference with Province re same (.3). | 1.80 | 1,557.00 |
| 08/29/18 | Michael Aaron Klein | Update call with J. Indyke | 0.20 | 180.00 |
| 08/29/18 | Michael Aaron Klein | Respond to creditor inquiry | 0.30 | 270.00 |
| 08/29/18 | Jay R. Indyke | Email exchange with Kaplan regarding update on case status. | 0.10 | 90.00 |
| 08/29/18 | Max D. Schlan | Telephone conference with creditor re case status. | 0.40 | 346.00 |
| 08/30/18 | Michael Aaron Klein | Calls with all parties re DIP and CV issues | 3.70 | 3,330.00 |



| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/31/18 | Sarah A. Carnes | Email to Committee re: case status and upcoming Committee call | 0.60 | 426.00 |
| 08/31/18 | Michael Aaron Klein | Respond to creditor inquiries | 0.30 | 270.00 |
| 08/31/18 | Max D. Schlan | Correspond with Canby re retention application (.4); review and revise same (.7). | 1.10 | 951.50 |
| 08/31/18 | Max D. Schlan | Correspond with Indyke re creditor inquiry (.3); telephone conference with Fox re hearing status (.2). | 0.50 | 432.50 |
| | | **Task Total:** | 41.50 | 33,886.50 |

**CLAIMS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/17/18 | Michael Aaron Klein | Analyze proposed CV program and issues related thereto | 1.80 | 1,620.00 |
| 08/17/18 | Jay R. Indyke | Call with Labov & Horan relative to lien investigation review and debt recharacterization investigation. | 0.20 | 180.00 |
| 08/17/18 | Max D. Schlan | Research re critical vendors (3.8); office conference with Klein re same (.3). | 3.10 | 2,681.50 |
| 08/18/18 | Jay R. Indyke | Review reclamation letter from Julius Young. | 0.10 | 90.00 |
| 08/20/18 | Max D. Schlan | Draft CV objection (3.1); research re same (4.6). | 7.70 | 6,660.50 |
| 08/21/18 | Max D. Schlan | Draft CV objection (3.4); research re same (1.2). | 4.60 | 3,979.00 |
| 08/22/18 | Jay R. Indyke | Review reclamation demand letter by 3 WEIII . | 0.10 | 90.00 |
| 08/22/18 | Jay R. Indyke | Review email exchanges between Province and Committee on Fallas debt numbers. | 0.20 | 180.00 |
| 08/22/18 | Michael Aaron Klein | Review reclamation demands | 0.30 | 270.00 |
| 08/22/18 | Michael Aaron Klein | Emails re vendor shipping issues | 0.30 | 270.00 |
| 08/22/18 | Michael Aaron Klein | Review utilities objection | 0.20 | 180.00 |
| 08/23/18 | Jay R. Indyke | Review additional notices of reclamation claims filed. | 0.30 | 270.00 |
| 08/23/18 | Jay R. Indyke | Review reclamation demands filed by several creditors. | 0.40 | 360.00 |



| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/23/18 | Jay R. Indyke | Call with Hana Financial on critical vendor program. | 0.20 | 180.00 |
| 08/23/18 | Michael Aaron Klein | Analyze reclamation demands | 0.20 | 180.00 |
| 08/23/18 | Max D. Schlan | Review documents re CV motion (2.3); correspond with Province re same (.3); telephone conference with same re same (.3); review liquidation analysis (.3); telephone conference with Province re same (.3). | 3.50 | 3,027.50 |
| 08/24/18 | Joseph W. Brown | Review Province analysis re: schedule of debt owed to Fallas and related documentation | 0.20 | 111.00 |
| 08/24/18 | Michael Aaron Klein | Review reclamation claims | 0.60 | 540.00 |
| 08/24/18 | Jay R. Indyke | Review email from Fallas on schedule of debt with Fallas. | 0.30 | 270.00 |
| 08/24/18 | Jay R. Indyke | Review additional reclamation notices served. | 0.20 | 180.00 |
| 08/26/18 | Jay R. Indyke | Review additional reclamation demands filed by several creditors. | 0.10 | 90.00 |
| 08/27/18 | Joseph W. Brown | Call with M. Schlan re: reclamation procedures and committee communication | 0.10 | 55.50 |
| 08/27/18 | Joseph W. Brown | Review final reclamation procedures per M. Schlan | 0.20 | 111.00 |
| 08/27/18 | Joseph W. Brown | Review Critical Vendor Order with M. Schlan re: possible objection | 0.20 | 111.00 |
| 08/27/18 | Joseph W. Brown | Draft Committee Communication re: reclamation procedures per M. Schlan | 0.50 | 277.50 |
| 08/27/18 | Joseph W. Brown | Summarize research re: critical vendor program for M. Schlan | 0.30 | 166.50 |
| 08/27/18 | Joseph W. Brown | Conduct research re: critical vendor program per M. Schlan | 1.90 | 1,054.50 |
| 08/27/18 | Joseph W. Brown | Discuss research re: critical vendor program with M. Schlan | 0.30 | 166.50 |
| 08/27/18 | Jay R. Indyke | Emails and vendors on proposed CRG agreement on claims acquisition. | 0.10 | 90.00 |



**335275-201**                                                    **Invoice Number:  1937384**
**Creditors Committee**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/27/18 | Jay R. Indyke | Call with Huygens (.3) and then Tbeile and Lazarus (.3) on potential critical vendor resolution. | 0.60 | 540.00 |
| 08/27/18 | Jay R. Indyke | Call with Elliot of Royal Deluxe on proposed claims purchase agreement with CRG. | 0.20 | 180.00 |
| 08/27/18 | Max D. Schlan | Prepare summary on reclamation claims for committee (1.2); correspond with Indyke re same (.2); Correspond with Fox Rothschild re same (.2); correspond with Province re same (.2); correspond with Klein re same (.3). | 2.10 | 1,816.50 |
| 08/27/18 | Max D. Schlan | Draft CV objection (5.2); correspond with Brown re same (.2); research re same. | 5.40 | 4,671.00 |
| 08/28/18 | Michael Aaron Klein | Review and revise objection to CV program | 2.50 | 2,250.00 |
| 08/28/18 | Jay R. Indyke | Email exchanges with Labov and Huygens to clarify certain elements of critical vendor conditions. | 0.10 | 90.00 |
| 08/28/18 | Jay R. Indyke | Review order approving reclamation procedures. | 0.10 | 90.00 |
| 08/28/18 | Jay R. Indyke | Call with Klein on additional developments on critical vendor. | 0.20 | 180.00 |
| 08/29/18 | Michael Aaron Klein | Further revisions to CV objection | 2.00 | 1,800.00 |
| 08/29/18 | Jay R. Indyke | Email exchange with Klein and Schlan regarding elements of critical vendor program. | 0.30 | 270.00 |
| 08/29/18 | Max D. Schlan | Office conference with Klein re CV objection (.4); revise same (3.8); correspond with Indyke re CV program (.6). | 4.80 | 4,152.00 |
| | | **Task Total:** | 46.50 | 39,481.50 |

**EMPLOYEE BENEFITS/PENSIONS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/23/18 | Jay R. Indyke | Review email from PBGC regarding written confirmation regarding pension benefit plan. | 0.10 | 90.00 |
| | | **Task Total:** | 0.10 | 90.00 |

**FEE/EMPLOYMENT APPLICATIONS**



335275-201                                                      **Invoice Number:  1937384**
Creditors Committee

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/16/18 | Max D. Schlan | Financial Advisor interviews. | 1.20 | 1,038.00 |
| 08/17/18 | Sarah A. Carnes | Emails re: Cooley retention application and conflicts | 0.40 | 284.00 |
| 08/17/18 | Max D. Schlan | Telephone conference with debtors re conflicts. | 0.20 | 173.00 |
| 08/20/18 | Mollie N. Canby | Emails re retention application preparation and large case fee guidelines | 0.20 | 51.00 |
| 08/21/18 | Jay R. Indyke | Review supplemental declaration of Freeman in support of Katten retention application. | 0.10 | 90.00 |
| 08/21/18 | Jay R. Indyke | Review supplemental declaration of R. Pachulski in support of retention. | 0.10 | 90.00 |
| 08/21/18 | Mollie N. Canby | Work on Cooley's retention application | 1.80 | 459.00 |
| 08/21/18 | Mollie N. Canby | Receive and review committee reimbursement request for inclusion in our 1st MFA | 0.10 | 25.50 |
| 08/21/18 | Sarah A. Carnes | Review of Debtors' retention applications and proposed orders, review OCP motion and propose order | 1.50 | 1,065.00 |
| 08/22/18 | Max D. Schlan | Review debtor counsel retention applications (1.8); draft summary re same (.4); correspond with Indyke re same (.3). | 2.50 | 2,162.50 |
| 08/23/18 | Michael Aaron Klein | Analyze proposed terms of Imperial retention | 0.20 | 180.00 |
| 08/23/18 | Max D. Schlan | Correspond with Province re retention. | 0.20 | 173.00 |
| 08/23/18 | Max D. Schlan | Review Imperial retention application (1.6); draft summary of same (.6); correspond with Klein and Indyke re same (.2). | 2.40 | 2,076.00 |
| 08/24/18 | Michael Aaron Klein | Emails with Indyke re: Imperial retention terms | 0.20 | 180.00 |
| 08/24/18 | Mollie N. Canby | Emails with group re adding disclosure of connection with MidCap in Indyke Declaration | 0.20 | 51.00 |
| 08/24/18 | Mollie N. Canby | Review waiver letter with MidCap and draft paragraph disclosing details of the connection in the Indyke Declaration | 0.90 | 229.50 |
| 08/24/18 | Jay R. Indyke | Review and comment on professional fee budget. | 0.20 | 180.00 |



| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/24/18 | Jay R. Indyke | Review Debtor's application to retain Imperial Capital as investment broker and note comments. | 0.30 | 270.00 |
| 08/24/18 | Max D. Schlan | Review conflicts re retention (.6); correspond with Canby re same (.2); review and revise retention application (1.2). | 2.00 | 1,730.00 |
| 08/24/18 | Max D. Schlan | Correspond with Klein and Indyke re Imperial retention application. | 0.60 | 519.00 |
| 08/27/18 | Max D. Schlan | Telephone conference with debtor re Imperial retention. | 0.20 | 173.00 |
| 08/29/18 | Max D. Schlan | Correspond with Indyke re retention (.2); correspond with Carnes re same (.2). | 0.40 | 346.00 |
| 08/30/18 | Mollie N. Canby | Organize, compile and prepare interested parties list for inclusion in declaration iso Cooley's retention application | 0.60 | 153.00 |
| 08/30/18 | Mollie N. Canby | Emails with M Schlan re adding details of certain connections to disclosure section of declaration and update declaration accordingly | 0.60 | 153.00 |
| 08/30/18 | Max D. Schlan | Correspond with Fox re retention (.2); review and revise retention application (1.6); correspond with Canby re same (.4). review and revise Province retention application (1.3); correspond with Province re same (.2). | 3.70 | 3,200.50 |
| 08/31/18 | Mollie N. Canby | Review conflict reports and prepare schedule listing connections | 0.50 | 127.50 |
| 08/31/18 | Mollie N. Canby | Receive and review email from M Schlan re populating schedule listing additional connections and discuss same with M Schlan | 0.30 | 76.50 |
| | | **Task Total:** | 21.60 | 15,256.00 |

**FINANCING AND CASH COLLATERAL**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/17/18 | Michael Aaron Klein | Review DIP documents | 2.60 | 2,340.00 |
| 08/17/18 | Michael Aaron Klein | Initial call with lender group | 0.50 | 450.00 |



335275-201
**Creditors Committee**

**Invoice Number:  1937384**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/17/18 | Sarah A. Carnes | Review DIP Order and credit agreement and draft issues list (4.1); meeting with M. Klein re DIP Issues List (.5); emails/calls with Klein re: carve-out (.4) | 5.00 | 3,550.00 |
| 08/20/18 | Michael Aaron Klein | Prepare DIP objection issues list; further review of order in furtherance of same | 0.70 | 630.00 |
| 08/20/18 | Jay R. Indyke | Review email from Gooding with draft final DIP financing order. | 0.30 | 270.00 |
| 08/20/18 | Jay R. Indyke | Review entered interim DIP financing order. | 0.80 | 720.00 |
| 08/20/18 | Jay R. Indyke | Review internal list of DIP issues. | 0.10 | 90.00 |
| 08/21/18 | Michael Aaron Klein | Review DIP issues list | 0.20 | 180.00 |
| 08/21/18 | Jay R. Indyke | Review email from Fratianni at Katten on DIP issues. | 0.10 | 90.00 |
| 08/21/18 | Jay R. Indyke | Review DIP financing issues list and forward to Simard for socialization with lenders. | 0.20 | 180.00 |
| 08/21/18 | Sarah A. Carnes | Revise draft DIP issues list | 0.50 | 355.00 |
| 08/22/18 | Seth Van Aalten | Call with Heilman re: LL issues with DIP | 0.40 | 360.00 |
| 08/23/18 | Jay R. Indyke | Review Weingarten limited objection to financing. | 0.10 | 90.00 |
| 08/23/18 | Jay R. Indyke | Call with Gooding and Simard on financing issues and inventory levels. | 0.50 | 450.00 |
| 08/23/18 | Jay R. Indyke | Call with SBT and certain vendors on proposed consignment agreement. | 0.80 | 720.00 |
| 08/23/18 | Jay R. Indyke | Review limited objection to DRR to financing. | 0.10 | 90.00 |
| 08/23/18 | Jay R. Indyke | Review limited objection of SFI Ford City to financing motion. | 0.10 | 90.00 |
| 08/23/18 | Jay R. Indyke | Call with Fiorillo and Simon for IDB on credit support. | 0.50 | 450.00 |
| 08/23/18 | Michael Aaron Klein | Review additional landlord DIP objection | 0.20 | 180.00 |
| 08/23/18 | Michael Aaron Klein | Update call with lenders | 0.50 | 450.00 |
| 08/23/18 | Sarah A. Carnes | Brief review of prepetition loan documents | 0.50 | 355.00 |
| 08/24/18 | Michael Aaron Klein | Review emails re: lender inserts to second day orders | 0.20 | 180.00 |
| 08/24/18 | Michael Aaron Klein | Budget analysis | 0.40 | 360.00 |



| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/24/18 | Jay R. Indyke | Call with Huygens on potential additional insider loan to cover inventory. | 0.20 | 180.00 |
| 08/24/18 | Jay R. Indyke | Review proposal from SBT on consignment arrangement proposal. | 0.20 | 180.00 |
| 08/24/18 | Jay R. Indyke | Review limited objection of Amherst and Albany Road landlords to DIP financing motion. | 0.10 | 90.00 |
| 08/24/18 | Jay R. Indyke | Call with Tbeile on balances to secured creditors and potential solutions. | 0.20 | 180.00 |
| 08/24/18 | Sarah A. Carnes | Call with Province re: DIP financing (.4); summary of events of default and cure period in DIP Credit Agreement to J. Indyke (.9) | 1.30 | 923.00 |
| 08/27/18 | Sarah A. Carnes | Review of DIP Motion (.8); Interim DIP Order (.9); DIP Credit Agreement (1.4); revise final DIP Order (.9). | 4.00 | 2,840.00 |
| 08/28/18 | Michael Aaron Klein | Calls with J. Indyke and Simard re DIP issues | 0.50 | 450.00 |
| 08/28/18 | Michael Aaron Klein | Review DIP amendment | 0.20 | 180.00 |
| 08/28/18 | Michael Aaron Klein | Review and revise DIP objection | 1.70 | 1,530.00 |
| 08/28/18 | Jay R. Indyke | Review notice of first amendment to DIP credit agreement. | 0.10 | 90.00 |
| 08/28/18 | Jay R. Indyke | Call with Klein relative to DIP financing discussions with lenders. | 0.50 | 450.00 |
| 08/28/18 | Sarah A. Carnes | Begin to draft DIP objection (4.4); calls and emails with Province re: budget (.8); review of CV motion and order (.7) | 5.90 | 4,189.00 |
| 08/29/18 | Michael Aaron Klein | Revise DIP objection | 2.40 | 2,160.00 |
| 08/29/18 | Michael Aaron Klein | Update call with lenders | 0.30 | 270.00 |
| 08/29/18 | Michael Aaron Klein | Review LL DIP objections | 0.20 | 180.00 |
| 08/29/18 | Jay R. Indyke | Review email from Carnes to Committee with draft objection to DIP financing and with taking points for creditors on other pending matters. | 0.50 | 450.00 |
| 08/29/18 | Jay R. Indyke | Call with Klein on discussion with lenders on financing and business operations. | 0.20 | 180.00 |
| 08/30/18 | Michael Aaron Klein | Further revisions to DIP objection | 0.50 | 450.00 |



**335275-201** **Invoice Number: 1937384**
**Creditors Committee**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/30/18 | Michael Aaron Klein | Update calls with Gooding | 0.40 | 360.00 |
| 08/30/18 | Michael Aaron Klein | Update call with debtors re open financing issues | 1.10 | 990.00 |
| 08/30/18 | Michael Aaron Klein | Review comments to DIP objection | 0.20 | 180.00 |
| 08/30/18 | Jay R. Indyke | Call with Klein on negotiations with lenders on financing and budget. | 0.20 | 180.00 |
| 08/30/18 | Sarah A. Carnes | Review DIP Order re: carve-out language and call with M. Klein re: same (.5); revise DIP Objection (4.3); calls with Banks re: DIP issues list and extension (.5) | 5.30 | 3,763.00 |
| 08/31/18 | Jay R. Indyke | Review emails with Lenders, Debtor and Committee with respect to resolution on extending financing hearing. | 0.20 | 180.00 |
| 08/31/18 | Jay R. Indyke | Call with Klein on bid/ask with lenders on financing. | 0.20 | 180.00 |
| 08/31/18 | Sarah A. Carnes | Calls with creditors re: discussions with lenders | 0.50 | 355.00 |
| 08/31/18 | Michael Aaron Klein | Conferences with all parties re DIP and CV | 3.60 | 3,240.00 |
| | | **Task Total:** | 46.00 | 37,030.00 |

**LITIGATION**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/17/18 | Jay R. Indyke | Call with Bach relative to litigation support. | 0.20 | 180.00 |
| 08/17/18 | Jonathan P. Bach | Teleconference with team re status and background | 0.30 | 270.00 |
| 08/19/18 | Jonathan P. Bach | Review first day declaration and related background materials | 1.40 | 1,260.00 |
| 08/20/18 | Michael Aaron Klein | Investigation meeting with Bach and Brown | 0.60 | 540.00 |
| 08/20/18 | Jay R. Indyke | Internal meeting with Bach, Klein and Brown on document requests regarding insider claims. | 0.40 | 360.00 |
| 08/20/18 | Jonathan P. Bach | Team meeting re next steps | 0.40 | 360.00 |
| 08/20/18 | Joseph W. Brown | Draft initial document demands per J. Bach | 0.70 | 388.50 |
| 08/21/18 | Michael Aaron Klein | Review document demands | 1.50 | 1,350.00 |



**335275-201**                                        **Invoice Number:  1937384**
**Creditors Committee**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/21/18 | Joseph W. Brown | Revise initial document demands per M. Schlan and M. Klein | 1.90 | 1,054.50 |
| 08/21/18 | Joseph W. Brown | Circulate for internal review draft initial document demands | 0.10 | 55.50 |
| 08/21/18 | Joseph W. Brown | Continue to draft intiial document demands per J. Bach | 3.20 | 1,776.00 |
| 08/22/18 | Joseph W. Brown | Circulate draft initial document demands to J. Indyke and J. Bach for review | 0.10 | 55.50 |
| 08/22/18 | Joseph W. Brown | Draft further revisions to initial document demands and cover letters per M. Klein | 1.20 | 666.00 |
| 08/22/18 | Joseph W. Brown | Continue to revise initial document demands per M. Klein and M. Schlan | 0.40 | 222.00 |
| 08/22/18 | Joseph W. Brown | Draft cover letters re: initial document demands | 0.60 | 333.00 |
| 08/22/18 | Michael Aaron Klein | Review and comment on revised document demands | 0.80 | 720.00 |
| 08/23/18 | Jay R. Indyke | Review draft information requests to Debtor and Fallas and provide comments. | 0.50 | 450.00 |
| 08/23/18 | Joseph W. Brown | Revise cover letters to initial document demands per J. Indyke | 0.20 | 111.00 |
| 08/23/18 | Joseph W. Brown | Follow-up with J. Indyke re: initial document demands per M. Klein | 0.10 | 55.50 |
| 08/23/18 | Max D. Schlan | Review and revise document requests (1.9); correspond with Brown re same (.2). | 2.10 | 1,816.50 |
| 08/24/18 | Jonathan P. Bach | Review, revise information requests; Teleconference with J. Brown re same | 0.50 | 450.00 |
| 08/24/18 | Joseph W. Brown | Discuss additional document requests with Cooley team | 0.20 | 111.00 |
| 08/24/18 | Joseph W. Brown | Discuss with local counsel document demands | 0.10 | 55.50 |
| 08/24/18 | Joseph W. Brown | Review committee communications re: document demands and upcoming meetings | 0.30 | 166.50 |
| 08/24/18 | Joseph W. Brown | Call with P. Labov re: additional document demands | 0.10 | 55.50 |
| 08/24/18 | Joseph W. Brown | Proofread and finalize initial document demands | 0.50 | 277.50 |



| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/24/18 | Joseph W. Brown | Serve initial document demands on opposing counsel for Michael Fallas per J. Indyke | 0.10 | 55.50 |
| 08/24/18 | Joseph W. Brown | Serve initial document demands on opposing counsel for the debtors per J. Indyke | 0.10 | 55.50 |
| 08/24/18 | Joseph W. Brown | Finalize cover letters to initial document demands | 0.30 | 166.50 |
| 08/24/18 | Joseph W. Brown | Revise intial document demands per J. Bach | 0.20 | 111.00 |
| 08/24/18 | Michael Aaron Klein | Finalize information requests | 0.40 | 360.00 |
| 08/25/18 | Michael Aaron Klein | Emails re: discovery demands of the banks | 0.20 | 180.00 |
| 08/26/18 | Jay R. Indyke | Review final versions of document requests propounded on Debtor and Fallas. | 0.20 | 180.00 |
| 08/26/18 | Jay R. Indyke | Email exchange with Brown and team regarding suggestion on serving discovery on lenders. | 0.10 | 90.00 |
| 08/27/18 | Michael Aaron Klein | Emails with Debtors and Fallas re: response to information requests | 0.30 | 270.00 |
| 08/27/18 | Philip J. Anton | Prepare electronically-stored information for production, for S. Carnes | 0.50 | 127.50 |
| 08/28/18 | Michael Aaron Klein | Prepare for meet and confer with debtors and Fallas | 1.30 | 1,170.00 |
| 08/28/18 | Joseph W. Brown | Schedule meet and confer with Debtors' counsel re: document requests | 0.40 | 222.00 |
| 08/28/18 | Joseph W. Brown | Inquire with J. Bach re: meet & confer with debtors | 0.10 | 55.50 |
| 08/29/18 | Michael Aaron Klein | Meet and confer re debtor info requests | 0.50 | 450.00 |
| 08/29/18 | Joseph W. Brown | Schedule subsequent call with debtors' counsel re: initial document requests | 0.10 | 55.50 |
| 08/29/18 | Joseph W. Brown | Attend call with debtors' counsel re: initial document requests | 0.50 | 277.50 |
| 08/29/18 | Joseph W. Brown | Prepare for call re: initial document requests from debtors | 0.20 | 111.00 |
| 08/30/18 | Michael Aaron Klein | Meet and confer with Katten re document requests | 0.30 | 270.00 |
| 08/30/18 | Joseph W. Brown | Draft cover letter re: initial document demands to lenders per M. Klein | 0.30 | 166.50 |



**335275-201**
**Creditors Committee**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/30/18 | Joseph W. Brown | Email debtors' counsel re: file share program to be used for productions | 0.10 | 55.50 |
| 08/30/18 | Joseph W. Brown | Discuss fileshare requirements with Cooley IT re: Debtors' document productions | 0.30 | 166.50 |
| 08/30/18 | Joseph W. Brown | Compile notes re: initial document requests following meet and confer with Debtors' counsel | 0.60 | 333.00 |
| 08/30/18 | Joseph W. Brown | Follow-up call with Debtors' counsel re: initial document demands | 0.50 | 277.50 |
| 08/31/18 | Joseph W. Brown | Circulate draft initial document demands to lenders to Cooley team | 0.10 | 55.50 |
| 08/31/18 | Joseph W. Brown | Revise and proofread draft initial document demands to lenders per M. Klein | 0.60 | 333.00 |
| 08/31/18 | Joseph W. Brown | Circulate and request meeting to review draft initial document demands re: lenders to M Klein | 0.10 | 55.50 |
| 08/31/18 | Joseph W. Brown | Follow-up with Fallas' counsel re: meet and confer on initial document requests | 0.10 | 55.50 |
| 08/31/18 | Joseph W. Brown | Review First Day Papers and Declarations re: initial document demands to lenders | 0.70 | 388.50 |
| 08/31/18 | Joseph W. Brown | Draft initial document demands to lenders per M. Klein | 2.70 | 1,498.50 |
| 08/31/18 | Michael Aaron Klein | Review Bank document demand | 0.50 | 450.00 |
| 08/31/18 | Max D. Schlan | Review lender document request. | 0.70 | 605.50 |
| | | **Task Total:** | 31.50 | 21,788.50 |

**MEETINGS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/16/18 | Jay R. Indyke | Meeting with Province post formation meeting to discuss reach outs and information request. | 0.50 | 450.00 |
| 08/16/18 | Jay R. Indyke | Initial meeting of Committee on organizational matters and to interview 8 Financial Advisors. | 2.50 | 2,250.00 |
| 08/17/18 | Michael Aaron Klein | Initial team meeting | 0.70 | 630.00 |
| 08/17/18 | Jay R. Indyke | Call with Simard, Fiorello, Goulding, et. al. on financing. | 0.50 | 450.00 |



**335275-201**  
**Creditors Committee**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/17/18 | Jay R. Indyke | Internal meeting on tasks and organization regarding pleadings, sale process, investigations. | 0.60 | 540.00 |
| 08/17/18 | Jay R. Indyke | Call wit Armouth, One Step Up and Province on sale process and strategic alternatives. | 1.30 | 1,170.00 |
| 08/17/18 | Sarah A. Carnes | Meeting re: initial case task list | 1.10 | 781.00 |
| 08/20/18 | Michael Aaron Klein | Update call with debtors | 1.10 | 990.00 |
| 08/20/18 | Michael Aaron Klein | Office conference with J. Indyke and telephone call with Huygens re business plan | 2.60 | 2,340.00 |
| 08/20/18 | Michael Aaron Klein | Strategy meeting | 0.80 | 720.00 |
| 08/20/18 | Michael Aaron Klein | Office conferences with M. Schlan & J. Inyke re CV objections | 0.50 | 450.00 |
| 08/20/18 | Jay R. Indyke | Call with Pachulski and Freeman relative to critical vendor, financing, plan issues. | 1.10 | 990.00 |
| 08/20/18 | Jay R. Indyke | Internal meeting with team on strategizing regarding upcoming matters on for hearing and business alternatives. | 1.40 | 1,260.00 |
| 08/20/18 | Joseph W. Brown | Meet with J. Indyke, J. Bach and M. Klein re: initial document demands | 0.20 | 111.00 |
| 08/20/18 | Joseph W. Brown | Meet with J. Indyke, S. Van Aalten, M. Klein, M. Schlan and S. Carnes re: retention, current work and interim orders | 1.40 | 777.00 |
| 08/20/18 | Seth Van Aalten | Meeting with team re: preparation of objections for second day hearing | 0.80 | 720.00 |
| 08/20/18 | Sarah A. Carnes | Meeting to discuss CV and DIP objection | 1.30 | 923.00 |
| 08/20/18 | Max D. Schlan | Office conference with team re case status. | 1.40 | 1,211.00 |
| 08/21/18 | Michael Aaron Klein | Calls with all parties re case status | 1.20 | 1,080.00 |
| 08/21/18 | Michael Aaron Klein | Committee call | 1.10 | 990.00 |
| 08/21/18 | Jay R. Indyke | Call with Huygens and team on next steps based on Committee call and conference on Sahn, Fallas' counsel. | 0.40 | 360.00 |
| 08/21/18 | Jay R. Indyke | Call with Committee relative to critical vendor, business plan and financing. | 1.40 | 1,260.00 |
| 08/21/18 | Jay R. Indyke | Call with Huygens and Cabello of Province on business plan and critical vendor. | 0.80 | 720.00 |



**335275-201**  
**Creditors Committee**

**Invoice Number:  1937384**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/21/18 | Joseph W. Brown | Meet with M. Klein to review draft initial document demands | 0.70 | 388.50 |
| 08/21/18 | Sarah A. Carnes | Call with Province (.4); call with Committee (1.2) | 1.60 | 1,136.00 |
| 08/21/18 | Max D. Schlan | Telephone conference with team and province re case status (2.1); prepare for committee call (1.1); attend same (1.4). | 4.60 | 3,979.00 |
| 08/22/18 | Jay R. Indyke | Call with Debtor's advisors on discussions with Committee on strategic options and GOB time lines. | 0.70 | 630.00 |
| 08/22/18 | Jay R. Indyke | Conference call with Committee to review business plan and discuss strategic options. | 1.40 | 1,260.00 |
| 08/22/18 | Jay R. Indyke | Call with Debtors' representatives and Fallas' representatives on strategic alternatives. | 0.80 | 720.00 |
| 08/22/18 | Joseph W. Brown | Meet with M. Klein re: further revisions to initial document demands | 0.30 | 166.50 |
| 08/22/18 | Joseph W. Brown | Attend part of Committee call with Cooley team | 0.60 | 333.00 |
| 08/22/18 | Michael Aaron Klein | Committee call | 1.50 | 1,350.00 |
| 08/22/18 | Seth Van Aalten | Committee call to discuss liquidation alternatives and business plan | 0.90 | 810.00 |
| 08/22/18 | Sarah A. Carnes | Call with Debtors and counsel to Fallas (.7); call with Committee (1.5); follow-up call with Debtors (.8) | 3.00 | 2,130.00 |
| 08/22/18 | Max D. Schlan | Committee Call (1.5); prepare for same (.6) | 2.10 | 1,816.50 |
| 08/28/18 | Michael Aaron Klein | WIP discussions with team | 0.80 | 720.00 |
| 08/28/18 | Michael Aaron Klein | All hands professionals call to prepare for tomorrow's call with committee | 1.00 | 900.00 |
| 08/29/18 | Michael Aaron Klein | Committee call | 1.30 | 1,170.00 |
| 08/29/18 | Joseph W. Brown | Attend 8/29 Committee call | 1.30 | 721.50 |
| 08/29/18 | Jay R. Indyke | Call with Committee on financing, critical vendors business plan and strategic options. | 1.00 | 900.00 |
| 08/29/18 | Sarah A. Carnes | Prepare for and attend Committee call | 1.10 | 781.00 |



**335275-201**                                              **Invoice Number:  1937384**
**Creditors Committee**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/29/18 | Sarah A. Carnes | Meeting with M. Klein to discuss DIP financing (.5); revise DIP Objection (3.6); email to Committee members on case status and DIP objection (.9) | 5.00 | 3,550.00 |
| 08/29/18 | Max D. Schlan | Committee call. | 1.30 | 1,124.50 |
| 08/31/18 | Joseph W. Brown | Meet with M. Klein re: revisions to initial document demands to lenders | 0.30 | 166.50 |
| 08/31/18 | Sarah A. Carnes | Call with Debtors re: going concern | 0.40 | 284.00 |
| | | **Task Total:** | 56.40 | 46,210.00 |

**PLAN AND DISCLOSURE STATEMENT**

| | | | | |
|------|-----------|-------------|-------|--------|
| 08/21/18 | Jay R. Indyke | Call with Freeman relative to strategic options. | 0.30 | 270.00 |
| 08/21/18 | Jay R. Indyke | Email exchanges with Labov on strategy options. | 0.20 | 180.00 |
| 08/21/18 | Jay R. Indyke | Call with Huygens relative to discussion with Debtor and Fallas' counsel on strategic alternatives. | 0.30 | 270.00 |
| 08/22/18 | Jay R. Indyke | Call with Feldman relative to strategic options for Committee. | 0.30 | 270.00 |
| 08/22/18 | Jay R. Indyke | Call with Freeman relative to Committee call on strategic options. | 0.30 | 270.00 |
| 08/24/18 | Jay R. Indyke | Call with Tbeile relative to strategic alternatives. | 0.20 | 180.00 |
| 08/24/18 | Jay R. Indyke | Call with Tbeile on strategic options on acquisition potential and inventory alternatives. | 0.40 | 360.00 |
| 08/24/18 | Jay R. Indyke | Call with Huygens relative to strategic options on acquisition potential. | 0.30 | 270.00 |
| 08/26/18 | Jay R. Indyke | Follow-up call with Huygens on discussions with Tbeile on strategic option for creditors. | 0.20 | 180.00 |
| 08/31/18 | Michael Aaron Klein | Further analysis of strategic alternatives | 1.20 | 1,080.00 |
| | | **Task Total:** | 3.70 | 3,330.00 |

**TRAVEL**



| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/16/18 | Jay R. Indyke | Travel to Wilmington to NY at 1/2 time. | 1.20 | 1,080.00 |
| 08/16/18 | Max D. Schlan | Travel back to NY BILL AT HALF TIME. | 1.10 | 951.50 |
| | | **Task Total:** | 2.30 | 2,031.50 |

**LEASES AND EXECUTORY CONTRACTS**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/21/18 | Jay R. Indyke | Call with RCS on involvement in case on real estate. | 0.20 | 180.00 |
| 08/21/18 | Jay R. Indyke | Review Allenex Investments objection to motion to extend time on leases. | 0.10 | 90.00 |
| 08/23/18 | Jay R. Indyke | Review limited objections of DLC Management to store closing motion. | 0.10 | 90.00 |
| 08/23/18 | Joseph W. Brown | Call with M. Schlan re: National Stores inventory and stub rent | 0.20 | 111.00 |
| 08/23/18 | Michael Aaron Klein | Review rejection procedures motion | 0.30 | 270.00 |
| 08/24/18 | Joseph W. Brown | Call with M. Schlan re: rejection of unexpired leases | 0.20 | 111.00 |
| 08/24/18 | Joseph W. Brown | Summarize Debtors' motion re: assumption and rejection of unexpired leases for M. Schlan | 0.30 | 166.50 |
| 08/24/18 | Joseph W. Brown | Review Debtors' motion re: assumption and rejection of unexpired leases per M. Schlan | 0.40 | 222.00 |
| 08/24/18 | Jay R. Indyke | Review Debtor's motion to establish license rejection procedures. | 0.10 | 90.00 |
| 08/24/18 | Jay R. Indyke | Call with I. Gold representing DC landlord on stub rent issues. | 0.20 | 180.00 |
| 08/24/18 | Max D. Schlan | Office conference with Brown re rejection procedures (.2); correspond with same re same (.4). | 0.60 | 519.00 |
| 08/28/18 | Michael Aaron Klein | Call with Gold LL issues | 0.30 | 270.00 |
| 08/31/18 | Jay R. Indyke | Review communications with LeHane on stub rent issues. | 0.10 | 90.00 |
| 08/31/18 | Sarah A. Carnes | Emails re: stub rent | 0.20 | 142.00 |
| | | **Task Total:** | 3.30 | 2,531.50 |



| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| **PREPARATION FOR AND ATTENDANCE AT COURT HEARINGS** | | | | |
| 08/17/18 | Michael Aaron Klein | Review first day transcript | 1.60 | 1,440.00 |
| 08/21/18 | Jay R. Indyke | Review email from Freeman on moving calendar dates for hearings. | 0.10 | 90.00 |
| 08/21/18 | Jay R. Indyke | Review email from Freeman on continued hearing date for DIP financing and vendor motion. | 0.10 | 90.00 |
| 08/23/18 | Jay R. Indyke | Email with local counsel on adjournment of 8/28 hearing. | 0.10 | 90.00 |
| 08/24/18 | Jay R. Indyke | Review email from Freeman on adjourning key hearings to 9/5 and respond on agenda. | 0.10 | 90.00 |
| 08/26/18 | Jay R. Indyke | Review notice of agenda from 8/28 court hearing. | 0.10 | 90.00 |
| 08/31/18 | Jay R. Indyke | Review email exchanges regarding notice of agenda for 9/5 hearing and possible continuance. | 0.10 | 90.00 |
| | | **Task Total:** | 2.20 | 1,980.00 |

**Total Fees**                                                                 **$220,548.50**

**Fee Summary:**

| Timekeeper | Type | Rate | Hours | Total |
|------------|------|------|-------|-------|
| Jay R. Indyke | Partner | 900 | 51.60 | 46,440.00 |
| Jonathan P. Bach | Partner | 900 | 2.60 | 2,340.00 |
| Seth Van Aalten | Partner | 900 | 3.30 | 2,970.00 |
| Michael Aaron Klein | Special Counsel | 900 | 61.50 | 55,350.00 |
| Max D. Schlan | Associate | 865 | 71.70 | 62,020.50 |
| Sarah A. Carnes | Associate | 710 | 44.20 | 31,382.00 |
| Joseph W. Brown | Associate | 555 | 33.50 | 18,592.50 |
| Mollie N. Canby | Paralegal | 255 | 5.20 | 1,326.00 |
| Philip J. Anton | Lit/E-Discovery Svcs. | 255 | .50 | 127.50 |

**For costs and disbursements recorded through August 31, 2018 :**



**335275-201**                                                    **Invoice Number:  1937384**
**Creditors Committee**

| | |
|---|---:|
| CourtCall J & M Sales hearing on 08/08/2018<br>Joseph W. Brown | 128.00 |
| Reproduction of Documents | 3.80 |
| Taxi | 26.76 |
| **Total Costs** | **$158.56** |
| **Total:** | **$220,707.06** |



ATTORNEYS AT LAW

101 California
5th floor
San Francisco, CA
94111-5800
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Broomfield, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Shanghai, P. R. China

Beijing, P. R. China

London, United Kingdom

September 24, 2018

J & M SALES INC., et al.
15001 South Figueroa Street
Gardena, CA  90248

335275-201
Creditors Committee

**Invoice Number:  1937384**

## R E M I T T A N C E   A D V I C E

### Please include this Remittance Advice with your payment

| For current services rendered through 8/31/2018-Invoice No. 1937384: | | |
|---|---|---|
| Fees | $ | 220,548.50 |
| Chargeable costs and disbursements | $ | 158.56 |
| **Total Due on Current Invoice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$** | **220,707.06** |

**Cooley LLP**
101 California Street, 5th floor
San Francisco, CA 94111-5800

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.