# EXHIBIT B

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
**J&M SALES INC.,** *ET AL.*
EXPENSE REIMBURSEMENT REPORT

| | | |
|---|---|---|
| 1. | Name of Company | Idea Nuova, Inc. |
| 2. | Date of Meeting | August 16, 2018 |
| 3. | Location of Meeting | Wilmington, Delaware |
| 4. | Name of Representative Attending Meeting | Margaux Levy, Esq. |

5. Reimbursable Expenses:

(a) Transportation:

| | |
|---|---|
| (1) Air or Rail Fare | $502.00 |
| (2) Personal automobile miles at $0.54 per mile | $_____ |
| (3) Taxi | $11.55 |
| (4) Parking/Tolls | $_____ |
| (5) Other (describe) Car Service – Riverdale, NY to Penn Station | $40.00 |

(b) Lodging:

| | |
|---|---|
| (1) Hotel (excluding meals) | $_____ |

(c) Meals:

| | |
|---|---|
| (1) Breakfast | $14.95 |
| | 4.00 |
| 2) Lunch | $_____ |
| (3) Dinner | $_____ |
| TOTAL REIMBURSEMENT SOUGHT | $ 572.50 |

I hereby certify that the above expenses were incurred by me in connection with attendance at the Committee meeting or other authorized Committee business.

_____
(Signature of Member's Representative
Incurring Expenses)

Duplicate Travel Summary – Not Valid For Travel 

Purchased: 8/15/2018
Modified:
Retain for your records

Washington, DC 20002
800-USA-RAIL
Amtrak.com

A scanned copy of your ticket is unavailable. Therefore this document is being provided as a substitute receipt for your travel as follows:

**Reservation Number: 8B83D0**    **Passenger Name: MARGAUX LEVY**

**Date of Travel: 8/16/2018**    **From: NYP**    **To: WIL**

**Train Number: 2107**    **Ticket Number: 2278122094675**

**Rail Fare: $152.00**    **Accomm Charge:**    **Total: $152.00**

**Form of Payment: AX**    **Card ending: 2021**    **Amount: 152.00**

**Document #:**

**Form of Payment: NONE**    **Card ending:**    **Amount:**

**Document #:**

**Reservation Number: 8B83D0**    **Passenger Name: MARGAUX LEVY**

**Date of Travel: 8/16/2018**    **From: WIL**    **To: NYP**

**Train Number: 2122**    **Ticket Number: 2280726080118**

**Rail Fare: 350.00**    **Accomm Charge:**    **Total: $350.00**

**Form of Payment: AX**    **Card ending: 2021**    **Amount: 350.00**

**Document #:**

**Form of Payment: NONE**    **Card ending:**    **Amount:**

**Document #:**

   **Total: $502.00**

==================================================================
Notes:

MARGAUX LEVY

Doubletree Downtown Wilmington
700 King St.
Wilmington DE. 19801
(302) - 655-0400
Restaurant

Date:        Aug16'18 09:26AM
Card Type:   Visa
Acct #:      XXXXXXXXXXXX4720
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   083026
Check:       2070
Table:       7/1
Server:      204 Judy J

Subtotal:            14.95

Tip: _____

Total: _____

I Agree To Pay Above Total
According To My Card issuer
Agreement.

** Customer Copy **

---

OFFICIAL TAXI RECEIPT

Date .....8.1.9..... 20 8

FROM ..E 23 By.........
TO ..Neal....Cavil....
FARE ..............
TOLL ..............
TOTAL ..............
# 302 7444 924

SIGNATURE ..................

---

America's Railroad
1-800-USA-RAIL
www.Amtrak.com
Welcome Aboard

Acela Cafe
Cafe1

YOUR CHECK# 18

1 @ $3.50 Starbucks Iced Coffee    $3.50
                                    $3.50

TOTAL
TRANSACTION TYPE: SALE
Card Type: VISA
Card #: XXXXXXXXXXXX4720
Exp. Date: XX/XX
Entry Method: SWIPED
Auth Code: P00024
Ref Num: 210701081607564 2
Amount: $ 3.50
Terminal ID:000VCC

TIP
TOTAL

ITEM COUNT: 1

X _____
Signature

X _____
Returns Require Original Receipt

68
58

15
ES
.2

50
50
00
50
30
75
55

SA

```
--ORIGINAL--
MED#        9J68
DRIVER: 5642458
 CUSTOMER COPY
08/16/18 TR 5215
START  END MILES
20:11 20:24  1.2
REGULAR FARE
RATE 1:$    9.50
EXTRA: $    0.50
SURCH: $    0.00
STSRCH:$    0.50
IMSRCH:$    0.30
TIP:   $    0.75
TOTAL: $   11.55

CARD TYPE:  VISA
XXXXXXXXXX4720
AUTH:090629

-----------------
-BANK REQD INFO-
APP:VISA DEBIT
AID:
A0000000031010
TVR:8080008000
IAD:
06010A03600000
TSI:6800
SRC:CHIP READ
ARC:00
     THANKS
 TO CONTACT TLC
    DIAL 3-1-1
```