# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M Sales, Inc., *et al.*,<br><br>         Debtors.[1] | Chapter 11<br><br>Case No. 18-11801 (LSS)<br>(Jointly Administered)<br><br>Hearing Date: Only if Objections are Filed<br>Objection Deadline: October 30, 2018 at 4:00 p.m. |

**NOTICE OF THE FIRST MONTHLY FEE APPLICATION OF COOLEY LLP, LEAD COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF J & M SALES, INC., *ET AL.* FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 16, 2018 THROUGH AUGUST 31, 2018**

PLEASE TAKE NOTICE THAT on October 9, 2018, Cooley LLP ("Cooley"), as lead counsel to the Official Committee of Unsecured Creditors (the "Committee") of J & M Sales, Inc. and its affiliated debtors and debtors-in-possession, filed the First Monthly Fee Application for Compensation and Reimbursement of Expenses for the Period from August 16, 2018 through August 31, 2018 (the "Application").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 27, 2018 [D.I. 278] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served so as to be received by the following parties by no later than

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

**October 30, 2018 at 4:00 p.m.** (prevailing Eastern time) (the "Objection Deadline"): (i) the Office of the United States Trustee (the **"U.S. Trustee"),** J. Caleb Boggs Federal Building, Room 2207, 844 North King Street, Wilmington, Delaware 19801, Attention: Richard L. Schepacarter, Esq.; (ii) counsel to Debtors, (x) Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, NY 10022 (Attn: Karen Dine, Esq. and Bill Freeman, Esq.) and (y) co-counsel to Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899 (Courier 19801) (Attn: Peter Keane, Esq. and Richard Pachulski, Esq.); (iii) counsel for Encina Business Credit, LLC, as Administrative Agent and Collateral Agent, one of Debtors' prepetition secured lenders, Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110 (Attn: Kevin J. Simard) and Richards, Layton & Finger, One Rodney Square, 920 North King Street, Wilmington, DE 19801 (Attn: Mark D. Collins and John Knight); (iv) counsel for Gordon Brothers Finance Company, as Administrative Agent, one of Debtors' prepetition secured lenders, Holland & Knight, 10 St. James Avenue, 11th Floor, Boston, MA 02116 (Attn: Jason DelMonico); (v) counsel for Israel Discount Bank of New York, as co-administrative agent and one of Debtors' prepetition secured lenders, Otterbourg P.C., 230 Park Avenue, New York, NY 10169 (Attn: Daniel Fiorillo); (vi) counsel to Michael Fallas, SulmeyerKupetz PC, 333 South Hope Street, 35th Floor, Los Angeles, CA 90071 (Attn: Victor Sahn); and (vi) proposed counsel to the Official Committee of Unsecured Creditors, (a) Cooley LLP, The Grace Building, 1114 Avenue of the Americas, 46th Floor, New York, NY 10036-7798 (Attn: Jay Indyke, Esq. and Seth Van Aalten, Esq.), and (b) Fox Rothschild LLP, 919 N. Market St., Suite 300,

Wilmington, DE 19899-2323 (Attn: Thomas M. Horan, Esq. and Courtney A. Emerson, Esq.).

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline, if an Objection has not been served with respect to the Application, Cooley may file a Certificate of No Objection (a "CNO") with the Court with respect to the unopposed portion of the fees and expenses requested in its Application. After a CNO is filed, the Debtors are authorized and directed to pay Cooley an amount (the "Actual Interim Payment") equal to 80 percent of the fees and 100 percent of the expenses requested in the applicable Monthly Fee Application (the "Maximum Interim Payment"). If an Objection is timely filed and received and remains unresolved after fourteen (14) days after service of the Objection or Response, Cooley may either (i) file a response to the Objection with the Court or (ii) forego payment of fees subject to the Objection until the next Interim Fee Application hearing[2] or Final Fee Application hearing[3].

Dated: October 9, 2018
       Wilmington, Delaware

Respectfully Submitted,

*/s/ Thomas M. Horan*
Thomas M. Horan (DE Bar No. 4641)
Paul J. Labov, Esq.
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email: thoran@foxrothschild.com
       plabov@foxrothschild.com

-and-

---

[2] As defined in the Interim Compensation Order.
[3] As defined in the Interim Compensation Order.

Jay Indyke, Esq.
Seth Van Aalten, Esq.
Michael Klein, Esq.
Max Schlan, Esq.
Sarah Carnes, Esq.
Joseph Brown, Esq.
COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (213) 479-6000
Facsimile: (213) 479-6275
Email: jindyke@cooley.com
svanaalten@cooley.com
mklein@cooley.com
mschlan@cooley.com
scarnes@cooley.com
jbrown@cooley.com

*Counsel for the Official Committee of Unsecured Creditors*