UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

J & M SALES, INC..ET AL.

Debtors

Case No: 18-11801 (LSS)

Chapter: 11

### LIMITED OBJECTION TO PROPOSED REVISED ORDER GRANTING ASSUMPTION AND ASSIGNMENT OF LEASES OF NON-RESIDENTIAL REAL PROPERTY FROM DEBTORS TO PEGASUS TRUCKING, LLC AND GRANTING RELATED RELIEF (Doc. #673)

TO THE HONORABLE COURT:

COMES NOW, Almacenes Pitusa, Inc. ("Landlord"), through the undersigned attorney[1] for the exclusive purposes of prosecuting Landlord's claim, as authorized by Rule 9010-1(e)(iii), and most respectfully state and prays as follows:

1. Counsel for Debtor filed the Proposed Revised Order Granting Assumption And Assignment Of Leases Of Non-Residential Real Property From Debtors To Pegasus Trucking, Llc And Granting Related Relief (Doc. #673).

2. At the end of parragraph "5" on page 7 it was proposed that:

   *To the extent that an objection by a landlord to a Real Property Lease cannot be resolved as to the Disputed Cure Amount prior to the Closing Date, unless the parties agree otherwise in writing, a hearing may be scheduled by either party to consider that unresolved objection at the next scheduled omnibus hearing before this Court on no less than seven (7) days' notice.*

3. We understood that this Honorable Court ordered in today´s hearing that all cure objection differences should reconciled between the parties, and that the Court will address the final amounts of any cure issues which are not resolved, at the next Status Hearing to be held on November 16, 2018.

---

[1] - Puerto Rico Bar Number 10201 (1992); U.S. District Court, PR - Bar Number 219405 (2003); U.S. Court of Appeals, 1st. Circuit - Bar Number 90393 (2003).

4. In as much as the next Status Conference to be held on November 16, 2018 at 10:00 a.m., will address any unresolved disputed cure amounts, we understand that the above identified addition is unnecessary, if not possibly leading to confusion, and should be removed from the Proposed Order.

WHEREFORE, the Landlord respectfully requests that this Honorable Court modify the proposed Order to grant this motion as consistent with the foregoing limited objection.

I HEREBY CERTIFY: That on this same date, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which will send notice of this filing to all parties in interest as per master address list.

In San Juan, Puerto Rico, this 17th day of October, 2018.

/s/ Rosendo E. Miranda López
Rosendo E. Miranda López, Esq.
**U.S.D.C.-PR  219405**
PO Box 192096
San Juan, PR 00919-2096
Tel.724-3393 Fax: 723-6774
r.miranda@rmirandalex.net