**Exhibit 1**

10014280v7

| No. | Michael's List | Landlord | Attorneys | Lease Location | Address | Cure Amount | Landlord Objection Cure Amount |
|---|---|---|---|---|---|---|---|
| 1 | 118 | FALLAS BORROWER IV LLC 15001 SO. FIGUEROA ST. GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 118 | 9060 Firestone Blvd. Downey, CA 90241 | $63,800.00 | |
| 2 | 159 | 5450 CHERRY LLC C/O LBPM 4730 WOODMAN AVE. #200 SHERMAN OAKS, CA 91423 | | Real Property Lease for Location # 159 | 5502-A Cherry Avenue Long Beach, CA 90805 | $52,433.34 | |
| 3 | 100 | FALLAS BORROWER IV LLC J&M PROPERTIES LLC 15001 SO. FIGUEROA ST. GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 100 | 15001 S. Figueroa St. Gardena, CA 90248 | $39,581.00 | |
| 4 | 102A | 6719 PACIFIC BOULEVARD RE HOLDINGS 15001 SO. FIGUEROA ST. GARDENA, CA 90248 | | Real Property Lease for Location # 102A | 6719 Pacific Blvd. Huntington Park, CA 90255 | | |
| 5 | 102B | FALLAS BORROWER I, LLC 15001 SO. FIGUEROA ST. GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 102B | 6723-6725 Pacific Blvd. Huntington Park, CA 90255 | $67,675.00 | |
| 6 | 177 | UPSIDE CRENSHAW HOLDING, LLC C/O NEWMARK MERRILL COMPANIES 5850 CANOGA AVE. SUITE 650 WOODLAND HILLS, CA 91367 | Robert L. LeHane Jennifer D. Raviele Kelley Drye & Warren LLP 101 Park Avenue New York, New York 10178 Tel: 212-808-7800 Fax: 212-808-7897 KDWBankruptcyDepartment@kelleydrye.com | Real Property Lease for Location # 177 | 2870 W. Imperial Hwy. Inglewood, CA 90303 | $34,141.22 | $47,196.52 |

10014280v7

| # | Counterparty | Counsel | Client | Contract Description | Property Address | Cure Amount | Other Amount |
|---|---|---|---|---|---|---|---|
| 8 | FALLAS BORROWER IV, LLC 15001 S FIGUEROA ST GARDENA, CA 90248 | rlehane@kelleydrye.com jraviele@kelleydrye.com | Fallas | Real Property Lease for Location # 430 | 909, 911 N. Avalon Blvd. Wilmington, CA 90744 | $44,540.00 | |
| 9 | 449 S. BROADWAY LLC 15001 SO. FIGUEROA ST. GARDENA, CA 90248 | | Fallas | Real Property Lease for Location # 101A | 445 S. Broadway Los Angeles, CA 90013 | $197,041.58 | |
| 10 | FALLAS BORROWER IV, LLC 15001 SO. FIGUEROA ST. GARDENA, CA 90248 | | | Real Property Lease for Location # 101B | 449 S. Broadway Los Angeles, CA 90013 | | |
| 11 | 4765 WHITTIER BLVD RE HOLDINGS 15001 S FIGUEROA ST GARDENA, CA 90248 | | | Real Property Lease for Location # 104 | 4774 Whittier Blvd. Los Angeles, CA 90022 | | |
| 12 | DMDE PROPERTIES, LP 1118 E ROUTE 66 GLENDORA, CA 91740 / LUCILLE H ERICKSON, TRUSTEE OF THE ERICKSON TRUST 1986 - Q TIP TRUST 3300 IRVINE AVENUE SUITE 270 NEWPORT BEACH, CA 92660 | | | Real Property Lease for Location # 115 | 1533 N. Vermont Ave. Los Angeles, CA 90027 | $50,200.00 | |
| 13 | WESTERN & VENICE SC, LLC 6300 WILSHIRE BLVD STE. 1490 LOS ANGELES, CA 90048 | Roye Zur, Esquire Landau Gottfried & Berger LLP 1801 Century Park East, Suite 700 | | Real Property Lease for Location # 637 | 1645 S Western Ave. Los Angeles, CA 90006 | $83,333.34 | $99,498.94 |

10014280v7

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Los Angeles, CA 90067<br>(310) 557-0050<br>(310) 557-0056<br>rzur@lgbfirm.com<br><br>Christopher P. Simon, Esquire<br>Cross & Simon, LLC<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>(302) 777-4200<br>(302) 777-4224<br>csimon@crosslaw.com | | | | |
| 14 | 106 | FALLAS BORROWER II, LLC<br>15001 S. FIGUEROA STREET<br>GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 106 | 6633 Van Nuys Blvd.<br>Van Nuys, CA 91411 | $135,290.00 | |
| 15 | 117 | J & M PROPERTIES, LLC<br>15001 SO. FIGUEROA ST.<br>GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 117 | 575 S. Ventura Rd.<br>Oxnard, CA 93033 | $45,000.00 | $60,312.79[3] |
| 16 | 129 | 99 CENTS ONLY STORES<br>4000 UNION PACIFIC AVE<br>ATTN: REAL ESTATE DEPT #0137 CITY OF COMMERCE, CA 90023-3202 | Ballard Spahr LLP<br>Attn: David L. Pollack, Esq.<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103<br>(215) 864-8325<br>(215) 864-9473 | Real Property Lease for Location # 129 | 12480 Amargosa Rd., Suite A<br>Victorville, CA 92392 | $54,000.46 | $67,714.76 |

---

[3] This amount represents an amount alleged to be owed under an REA with a third-party property owner.

10014280v7

| | | | | | |
|---|---|---|---|---|---|
| | | pollack@ballardspahr.com<br><br>Ballard Spahr LLP<br>Attn: Leslie C. Heilman **(person to contact)**<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>(302) 252-4465<br>(302) 252-4466<br>heilmanl@ballardspahr.com<br><br>Ballard Spahr LLP<br>Attn: Dustin P. Branch<br>2029 Century Park East, Suite 800<br>Los Angeles, CA 90067-3012<br>(424) 204-4354<br>(424) 204-4350<br>branchd@ballardspahr.com | | | |
| 17 | JR 7TH STREET, LLC<br>11111 SANTA MONICA BLVD., STE. 520<br>LOS ANGELES, CA 90025 | | Real Property Lease for Location # 420 | 14598 7th Street, #B<br>Victorville, CA 92395 | $26,400.00 |
| 18 | FALLAS BORROWER IV, LLC<br>15001 SO. FIGUEROA ST.<br>GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 124 | 1661 N. Hacienda Blvd.<br>La Puente, CA 91744 | $51,939.40 |
| 19 | J & M PROPERTIES, LLC<br>15001 SO. FIGUEROA ST.<br>GARDENA, CA 90248 | Fallas | Real Property Lease for | 1743 E. Palmdale Blvd. | $44,342.00 |

| # | | | | | |
|---|---|---|---|---|---|
| 20 | FALLAS BORROWER IV, LLC POMONA DEVELOPMENT LLC 15001 S FIGUEROA ST GARDENA, CA 90248 | Fallas | Location # 132 Real Property Lease for Location # 186 | Palmdale, CA 92550 601A E. Holt Avenue Pomona, CA 91767 | $42,048.00 |
| 21 | FALLAS BORROWER IV, LLC 15001 SO. FIGUEROA ST GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 417 | 1261 N. Azusa Ave. Covina, CA 91722 | $120,198.00 |
| 22 | 4010 EAST HIGHLAND AVENUE LLC 15001 S FIGUEROA STREET GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 400 | 4010 E. Highland Ave. Highland, CA 92346 | $102,948.00 |
| 23 | FALLAS BORROWER IV, LLC 15001 SO. FIGUEROA ST. GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 123 | 34 E. 2nd St. Calexico, CA 92231 | $55,550.00 |
| 24 | FALLAS BORROWER IV, LLC 15001 S. FIGUEROA ST GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 437 | 840 S. Alvarado Blvd. Los Angeles, CA 90057 | $53,300.00 |
| 25 | PACLEXICO,LLC 12100 WILSHIRE BLVD STE. 1050 LOS ANGELES, CA 90025 | | Real Property Lease for Location # 141 | 2320 N. Imperial Ave. Calexico, CA 92231 | $36,725.22 |
| 26 | J & M PROPERTIES, LP 15001 SO. FIGUEROA ST. GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 207 | 1800 E. Palo Verde St. Yuma, AZ 85365 | $56,915.38 |
| 27 | 527 MAIN STREET LLC 12219 LEMON CT TRUCKEE, CA 96161 | Kevin Capuzzi, Esq. 222 Delaware Avenue, Suite 801 | Real Property Lease for | 22441 Hwy 95 527 North Main St. | $17,238.00 |

10014280v7

| # | Name/Address | Counsel | Description | Location | Amount 1 | Amount 2 |
|---|---|---|---|---|---|---|
| | | Wilmington, DE 19801 302.442.7063 kcapuzzi@beneschlaw.com | Location # 607 | San Luis, AZ 85349 | | |
| 28 | FALLAS BORROWER IV, LLC 15001 S FIGUEROA ST GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 173 | 6300 Mack Road Sacramento, CA 95823 | $42,000.34 | |
| 29 | FALLAS BORROWER IV, LLC 15001 SO. FIGUEROA ST GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 402 | 2602 Somersville Rd. Antioch, CA 94509 | $139,385.00 | |
| 30 | SAVE MART SUPERMARKETS SMS MANAGEMENT P.O. BOX 5234 MODESTO, CA 95352-5234 | | Real Property Lease for Location # 147 | 13220 San Pablo Ave. San Pablo, CA 94806 | $99,575.50 | |
| 32 | ALBERTSONS/SAFEWAY INC 250 E PARKCENTER BLVD ATTN: TARA EMERY PROP MGMT (3108) BOISE, ID 83706 | | Real Property Lease for Location # 175 | 375 N. Capitol Ave. San Jose, CA 95133 | $143,053.68 | |
| 33 | FALLAS BORROWER IV, LLC 15001 S FIGUEROA ST GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 431 | 10715-10739 MacArthur Blvd. Oakland, CA 94605 | $51,543.00 | |
| 34 | RALPHS GROCERY COMPANY ATTN: PROPERTY MANAGEMENT 1100 W. ARTESIA BLVD. COMPTON, CA 90220 | | Real Property Lease for Location # 658 | 1022 East Alisal Salinas, CA 93905 | $70,604.46 | $108,226.20 |
| 35 | MISSION LODGE MASONIC HALL CA CORP 2668 MISSION ST., 2ND FLOOR SAN FRANCISCO, CA 94110 | Nancy J. Newman, Esq. Hanson Bridgett LLP | Real Property Lease for Location # 662 | 2664 Mission St. San Francisco, CA 94110 | $25,710.00 | $40,848.00 |

10014280v7

| | | | | | |
|---|---|---|---|---|---|
| 36 | FORCE FULTON MALL LLC 15001 S. FIGUEROA ST. GARDENA, CA 90248 | 425 Market Street, 26th Floor San Francisco, CA 94105 415-995-5052 Direct Phone 415-995-3450 Fax nnewman@hansonbridgett.com  Susan E. Kaufman, Esq. 919 North Market Street, Suite 460 Wilmington, DE 19801 (302) 472-7420 / (302) 792-7420 Fax skaufman@skaufmanlaw.com | Fallas | Real Property Lease for Location # 111 | 1136 Fulton Mall Fresno, CA 93721 | $20,000.00 |
| 37 | 1467 COUNTRY CLUB DRIVE LLC 15001 S FIGUEROA ST GARDENA, CA 90248 | | Fallas | Real Property Lease for Location # 428 | 1467 Country Club Dr. Madera, CA 93638 | $98,538.00 |
| 38 | 1240 WEST MAIN STREET LLC 15001 S FIGUEROA ST GARDENA, CA 90248 | | Fallas | Real Property Lease for Location # 640 | 1240 West. Main St. Merced, CA 95340 | $27,962.00 |
| 39 | FALLAS BORROWER IV, LLC 15001 SO. FIGUEROA ST GARDENA, CA 90248 | | Fallas | Real Property Lease for | 201 Town Center W. Santa Maria, CA 93458 | $55,500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | 580 NORTH 11TH STREET LLC 15001 SO. FIGUEROA ST GARDENA, CA 90248 | | Fallas | Real Property Lease for Location # 413 | 580 North 11th Street Hanford, CA 93230 | $36,030.00 | |
| 41 | FALLAS BORROWER IV, LLC 15001 S FIGUEROA ST GARDENA, CA 90248 | | Fallas | Real Property Lease for Location # 630 | 2300 White Lane Bakersfield, CA 93304 | $53,800.00 | |
| 42 | JEEG TRUST 309 W. LAKE MEAD PKY STE. # 150 HENDERSON, NV 89015 | | | Real Property Lease for Location # 695 | 4510 Meadows Lane Las Vegas, Nevada 89107 | $52,833.34 | |
| 43 | SUNRISE MARKETPLACE STATION LLC 11501 NORTHLAKE DR CINCINNATI, OH 45249 | | Saul Ewing Arnstein & Lehr LLP Maria Ellena Chavez-Ruark, Esq. 500 East Pratt Street, 9th Floor Baltimore, MD 21202 (410) 332-8797 maria.ruark@saul.com  Saul Ewing Arnstein & Lehr LLP Lucian Murley, Esquire 1201 North Market Street, Suite 2300 P.O. Box 1266 Wilmington, DE 19899 | Real Property Lease for Location # 128 | 480 North Nellis Blvd. Las Vegas, NV 89110 | $52,456.17 | $73,703.73 |

| | | | (302) 421-6898 luke.murley@saul.com | | | |
|---|---|---|---|---|---|---|
| 44 | 178 | ARILEX TROPICANA ASSOCIATES, LLC C/O MDL GROUP 5960 SOUTH JONES BLVD. LAS VEGAS, NV 89118 | | Real Property Lease for Location # 178 | 3085 E. Tropicana Ave. Las Vegas, NV 89121 | $28,162.74 |
| 46 | 330 | J & M PROPERTIES, LLC 15001 SO. FIGUEROA ST. GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 330 | 308 E. University Ave. Mesa, AZ 85201 | $40,266.00 |
| 48 | 602 | LOMA LINDA MALL, LLC MS. JULIE NILES, PROP. MANAGER VENTURE WEST REAL ESTATE SERVICES 6007 E. GRANT ROAD TUCSON, AZ 85712 | Russell E. Krone Thompson•Krone, P.L.C. 4601 East Ft. Lowell Rd. Suite 109 Tucson, Arizona 85712 p: (520) 884-9694 Ext. 12  f: (520) 323-4613 russ@thompsonkrone.com | Real Property Lease for Location # 602 | 323 West Mariposa Rd. Nogales, AZ 85621 | $16,215.47 |
| 49 | 603 | LARRIVA CORPORATION 441 N GRAND AVE. STE. 14 NOGALES, AZ 85621 | | Real Property Lease for Location # 603 | 75 North Terrace Ave. Nogales, AZ 85621 | $29,884.00 |
| 50 | 189 | DESERT SKY ESPLANADE, LLC PO BOX 3329 SEAL BEACH, CA 90740 DESERT SKY ESPLANADE, LLC C/O PROPERTY MANAGEMENT ADVISORS INC | Cameron Nazemi (person to contact) Sr. Vice President and General Counsel Red Mountain Group 1234 E. 17th Street Santa Ana, CA 92701 | Real Property Lease for Location # 189 | 2020 N. 75th Avenue Suite 45 Phoenix, AZ 85035 | $23,393.73 |

10014280v7

| # | Name/Address | Contact | Description | Location | Amount |
|---|---|---|---|---|---|
| | 1234-B E. 17TH STREET SANTA ANA, CA 92701 | 657.383.4207 Cell 949.677.5296 cnazemi@rmrgrnc.com<br><br>Byron Z. Moldo Ervin Cohen & Jessup LLP 9401 Wilshire Boulevard, 9th Floor Beverly Hills, CA 90212 310.273.6333 310.887.6802 bmoldo@ecjlaw.com | | | |
| 51 | HERSON PROPERTIES LLC C/O WESSEX COMMERCIAL MGMT PO BOX 44033 PHOENIX, AZ 85064-4033<br><br>HERSON PROPERTIES LLC C/O WESSEX COMMERCIAL MGMT 3295 N. DRINKWATER BLVD., STE. 11 SCOTTSDALE, AZ 85251 | | Real Property Lease for Location # 332 | 26 East Baseline Rd. Ste. # 110 Phoenix, AZ 85040 | $24,630.79 |
| 52 | J & M PROPERTIES, LP 15001 SO. FIGUEROA ST. GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 300 | 333 Montano Rd. NW Albuquerque, NM 87107 | $42,570.50 |
| 53 | ZUNI ALBUQUERQUE 2005 C/O RAY STONE INCORPORATED 550 HOWE AVE. STE. 100 SACRAMENTO, CA 95825 | | Real Property Lease for Location # 321 | 5555 Zuni Rd. SE #27 Albuquerque, NM 87108 | $40,344.63 |

| | | | | | |
|---|---|---|---|---|---|
| 54 | 333 | OAK REALTY PARTNERS, INC.<br>1155 KELLY JOHNSON BLVD STE 302<br>COLORADO SPRINGS, CO 80920 | | Real Property Lease for Location # 333 | 111 Coors Blvd. N.W., Suite D Albuquerque, NM 87121 | $39,745.10 |
| 55 | 383 | FOX PLAZA<br>5559 ALAMEDA AVENUE ACCOUNTS RECEIVABLE DEPT.<br>EL PASO, TX 79905 | | Real Property Lease for Location # 383 | 5551 Alameda El Paso, TX 79905 | $27,416.67 |
| 56 | 387 | J & M PROPERTIES, LLC<br>15001 SO. FIGUEROA ST.<br>GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 387 | 301 E. San Antonio Ave. El Paso, TX 79901 | $65,000.00 |
| 57 | 500 | FALLAS BORROWER IV, LLC<br>15001 S. FIGUEROA<br>GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 500 | 2352 E. Lohman Ave. Las Cruces, NM 88001 | $28,200.00 |
| 58 | 215 | FALLAS BORROWER IV, LLC<br>15001 SO. FIGUEROA ST.<br>GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 215 | 10 Uvalde Road Houston, TX 77015 | $64,903.73 |
| 59 | 298 | WEST ROAD PLAZA<br>P.O. BOX 202059<br>DALLAS, TX 75320-2059<br><br>WEST ROAD PLAZA<br>C/O UNILEV MANAGEMENT CORP.<br>2211 N. FRY ROAD, STE. 1<br>KATY, TX 77449 | Jeff Carruth<br>Weycer, Kaplan, Pulaski & Zuber, P.C.<br>3030 Matlock Rd., Suite 201<br>Arlington, TX 76015<br>(817) 795-5416<br>(866) 666-5322<br>jcarruth@wkpz.com | Real Property Lease for Location # 298 | 10261 North Freeway Suite 150 Houston, TX 77037 | $12,452.00 |
| 60 | 180 | JONES 1960 CROSSROADS LLC | | Real Property Lease for | 10835 Jones Rd. Houston, TX 77065 | $17,325.00 |

10014280v7

| # | | | | | |
|---|---|---|---|---|---|
| 61 | C/O SPI, LLC FOR JONES 1960 CROSSROADS 10800 GOSLING #130564 SPRING, TX 77393 | | Location # 180 | | |
| | FESTIVAL PROPERTIES, INC 1215 GESSNER DRIVE LISA MAREK HOUSTON, TX 77055 | | Real Property Lease for Location # 181 | 310 FM 1960 Rd. #200 Houston, TX 77090" | $16,956.00 |
| 62 | FALLAS BORROWER III, LLC 15001 SO. FIGUEROA ST. GARDENA, CA 90248 | Fallas | Real Property Lease for Location # 216 | 8541 W. Belfort St. Houston, TX 77071 | $25,342.33 |
| 63 | EM CENTER, INC C/O GREAT PROSPERITY EQUITIES, INC PO BOX 2983 SUGAR LAND, TX 77487-2983 | Vianey Garza, Esq. HooverSlovacek Galleria Tower II 5051 Westheimer, Suite 1200 Houston, TX 77056 O 713.977.8686 / F 713.977.5395 garza@hooverslovacek.com | Real Property Lease for Location # 235 | 11703 Eastex Freeway Houston, TX 77039 | $26,776.52 |
| 64 | PRIME NOBLE REALTY, LP 14485 BELLAIRE BLVD HOUSTON, TX 77083 | | Real Property Lease for Location # 239 | 14485 Bellaire Boulevard, Suite C Houston, TX 77083 | $25,252.00 |
| 65 | NATIONAL RETAIL PROPERTIES, L.P. 450 SOUTH ORANGE AVE. SUTE 900 ATTN VP ASSET MGMT & GENERAL COUNSEL ORLANDO, FL 32801 | Robert L. LeHane Jennifer D. Raviele Kelley Drye & Warren LLP 101 Park Avenue New York, New York 10178 Tel: 212-808-7800 Fax: 212-808-7897 | Real Property Lease for Location # 688 | 8006 S. Gessner Houston, TX 77036 | $94,414.40 | $133,527.77 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | 229 | FALLAS BORROWER IV, LLC<br>15001 SO. FIGUEROA ST.<br>GARDENA, CA 90248 | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com | Fallas | Real Property Lease for Location # 229 | 1201 Farragut Laredo, TX 78040 | $29,784.00 | |
| 67 | 295 | FALLAS BORROWER IV, LLC<br>15001 S. FIGUEROA ST.<br>GARDENA, CA 90248 | | Fallas | Real Property Lease for Location # 295 | 501 E. 6th Street Del Rio, TX 78840 | $32,043.67 | |
| 68 | 334 | FALLAS BORROWER IV, LLC<br>15001 S FIGUEROA STREET<br>GARDENA, CA 90248 | | Fallas | Real Property Lease for Location # 334 | 455 S. Bibb Avenue Eagle Pass, TX 78852 | $42,180.00 | |
| 69 | 164 | BUCKINGHAM STATION, LLC<br>C/O PHILLIPS EDISON & COMPANY<br>1501 NORTHLAKE DR<br>CINCINNATI, OH  45249 | Saul Ewing Arnstein & Lehr LLP<br>Maria Ellena Chavez-Ruark, Esq.<br>500 East Pratt Street, 9th Floor<br>Baltimore, MD 21202<br>(410) 332-8797<br>maria.ruark@saul.com<br><br>Saul Ewing Arnstein & Lehr LLP<br>Lucian Murley, Esquire | | Real Property Lease for Location # 164 | 1455 E. Buckingham Rd., #400 Richardson, TX 75081 | $44,000.01 | $83,883.35 |

10014280v7

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1201 North Market Street, Suite 2300 P.O. Box 1266 Wilmington, DE 19899 (302) 421-6898 luke.murley@saul.com | | | | |
| 70 | 245 | KRS PARTNERSHIP, LTD 4501 SUNBELT DRIVE STE. B ADDISON, TX 75001 | Karen C. Bifferato Connolly Gallagher LLP 1000 N. West Street, Suite 1400 Wilmington, DE 19801 (302) 888-6221 kbifferato@connollygallagher.com and Frances A. Smith Shackelford, Bowen, McKinley & Norton, LLP 9201 N. Central Expressway, 4th Floor Dallas, TX 75231 (214) 780-1400 | Real Property Lease for Location # 245 | 2223 S. Buckner Blvd. # 225 Dallas, TX 77093 | $44,440.36 | $57,452.97 |
| 71 | 691 | TOWN CROSSING SHOPPING CENTER C/O PHILLIPS EDISON & COMPANY 11501 NORTHLAKE DRIVE CINCINNATI, OH 45249 | Saul Ewing Arnstein & Lehr LLP Maria Ellena Chavez-Ruark, Esq. 500 East Pratt Street, 9th Floor Baltimore, MD 21202 (410) 332-8797 | Real Property Lease for Location # 691 | 3600 B Gus Thomasson Rd. Mesquite, TX 75150 | $29,931.46 | $39,384.87 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | maria.ruark@saul.com<br><br>Saul Ewing Arnstein & Lehr LLP<br>Lucian Murley, Esquire<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>(302) 421-6898<br>luke.murley@saul.com | | | $34,672.00 | $58,967.07 |
| 72 | BRIXMOR HOLDINGS 12 SPE LLC<br>C/O BRIXMOR PROPERTY GROUP<br>450 LEXINGTON AVE., 13TH FLOOR<br>ATTN: GENERAL COUNSEL<br>NEW YORK, NY 10017<br>BRIXMOR HOLDINGS 12 SPE LLC<br>C/O BRIXMOR PROPERTY GROUP<br>1525 FARADAY AVE.<br>SUITE 350<br>ATTN: REGIONAL COUNSEL<br>CARLSBAD, CA 92008 | Ballard Spahr LLP<br>Attn: David L. Pollack, Esq.<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103<br>(215) 864-8325<br>(215) 864-9473<br>pollack@ballardspahr.com<br><br>Ballard Spahr LLP<br>Attn: Leslie C. Heilman **(person to contact)**<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>(302) 252-4465<br>(302) 252-4466 | Real Property Lease for Location # 226 | 626 Wynnewood Village, # 225 Dallas, TX 75224 | | |
| 226 | | | | | | |

10014280v7

| | | | | | | |
|---|---|---|---|---|---|---|
| 73 | FALLAS BORROWER IV, LLC 15001 S FIGUEROA ST GARDENA, CA 90248 | heilmanl@ballardspahr.com Ballard Spahr LLP Attn: Dustin P. Branch 2029 Century Park East, Suite 800 Los Angeles, CA 90067-3012 (424) 204-4354 (424) 204-4350 branchd@ballardspahr.com | Fallas | Real Property Lease for Location # 419 | 4613 E. Lancaster Fort Worth, TX 76103 | $15,950.00 | |
| 74 233 | WESLACO PALM PLAZA LTD P.O. BOX 461406 SAN ANTONIO, TX 78246-1406 WESLACO PALM PLAZA LTD 4515 SAN PEDRO SAN ANTONIO, TX 78212 | | | Real Property Lease for Location # 233 | 1015 North TX Blvd. Weslaco, TX 78596 | $28,233.34 | |
| 75 251 | J & M PROPERTIES, LP 15001 SO. FIGUEROA ST. GARDENA, CA 90248 | | Fallas | Real Property Lease for Location # 251 | 901 Dunlap Avenue Mission, TX 78572 | $12,120.00 | |
| 76 297 | FALLAS BORROWER III, LLC 15001 SO. FIGUEROA ST. GARDENA, CA 90248 | | Fallas | Real Property Lease for Location # 297 | 1700 S. 23rd Street McAllen, TX 78503 | $31,550.00 | |
| 77 712 | YABUCOA/BANCO POPULAR PO. BOX 190858 ATTN MR. ISRAEL KOPEL AMSTER | Filed Claim No. 420 magali.purcell@roomstogo.com | Real Property Lease for | #100, Cabo Rojo PR 00623 | | $112,564.32 | $188,343.16 |

10014280v7

| | | | | | | |
|---|---|---|---|---|---|---|
| | SAN JUAN, PR 00919-0858 | | Location # 712 | | | |
| 78 | PDCM / SCOTIABANK<br>PO. BOX 190858<br>ATTN MR. ISRAEL KOPEL AMSTER<br>SAN JUAN, PR 00919-0858 | Filed Claim No. 420<br>magali.purcell@roomstogo.com | Real Property Lease for Location # 713 | 153 KM 13.7 Coamo, PR 00769 | $97,232.25 | $120,685.65 |
| 79 | YABUCOA / BANCO SANTANDER<br>PO. BOX 190858<br>ATTN MR. ISRAEL KOPEL AMSTER<br>SAN JUAN, PR 00919-0858 | | Real Property Lease for Location # 719 | Center-PR 111 KM 17.6 San Sebastian, PR 00685 | | $133,423.10 |
| 80 | B.V. PROPERTIES, INC<br>137 YAUCO PLAZA 1<br>YAUCO, PR 00698 | | Real Property Lease for Location # 725 | State Road No 128, Km 0.5, Susua Ward, Yauco, PR | $162,400.00 | |
| 81 | RTG Properties (PR) Inc<br>ROOMS TO GO, PR<br>100 PLAZA PRADERA, STE. 20<br>PMB 465<br>TOA BAJA, PR 00949-3840 | Filed Claim No. 173<br>magali.purcell@roomstogo.com | Real Property Lease for Location # 729 | State Road 2, Ponce By-Pass Ponce, PR 00731 | $181,483.31 | $257,826.37 |
| 82 | PDCM / FIRST BANK PR<br>PO.BOX 190858<br>ATTN MR. ISRAEL KOPEL AMSTER<br>SAN JUAN, PR 00919-0858 | Filed Claim No. 420<br>magali.purcell@roomstogo.com | Real Property Lease for Location # 717 | Castro Ave Int. Arcoiris San Juan, PR 00908 | $126,683.60 | |
| 83 | BPP RETAIL PROPERTIES, LLC<br>PO BOX 71465<br>SAN JUAN, PR 00936-8566 | | Real Property Lease for Location # 724 | Carr # 203 Exp. Chayanne San Lorenzo, PR 00754 | $168,102.76 | |
| 84 | GATOR REXVILLE OWNER, LLC<br>7850 NW 146TH STREET 4TH FL<br>MIAMI LAKES, FL 33016 | Filed Claim No. 269<br>No Attorney Listed | Real Property Lease for Location # 730 | 167 Las Cumbres Ave (PR 199) Bayamon, PR | $21,941.67 | |
| 85 | PDCM BANCO POPULAR<br>PO.BOX 190858 | Filed Claim No. 420 | Real Property | 172 Int PR 1 | $216,489.47 | $259,407.87 |

| | | | | | |
|---|---|---|---|---|---|
| 86 | ATTN MR. ISRAEL KOPEL AMSTER SAN JUAN, PR 00919-0858 ONE BY ONE, LLC P.O. BOX 441 FAJARDO, PR 00738 | magali.purcell@roomstogo.com | Lease for Location # 718 Real Property Lease for Location # 722 | Cauguas, PR 00725 Carr. # 3 Fajardo PR 00738 | $50,265.00 |
| 87 | S.A. PROPERTIES, INC. PO BOX 3389 MAYAGUEZ, PR 00681-3389 | | Real Property Lease for Location # 726 | Carr. No. Two (2), Km. 30.2, Bo Espinoza Vega Alta, PR 00692 | $51,508.16 |
| | | | | | **$4,666,458.42** |

**TOTAL CURES SCHEDULED BY DEBTORS INCLUDING MICHAEL FALLAS LOCATIONS: $4,666,458.42**

**TOTAL CURES FOR MICHAEL FALLAS LOCATIONS: $2,781,379.39**

**TOTAL CURES FOR LANDLORDS NOT INCLUDING MICHAEL FALLAS LOCATIONS BEFORE FILING OF CURE AMOUNT OBJECTIONS: $1,885,079.03**

**ADDITIONAL SUMS DUE BASED UPON FILED OBJECTIONS RESPECTING CURE AMOUNTS: $709,729.60**