## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **J & M SALES INC.**, *et al.,* | Case No. 18-11801 (LSS) |
| **Debtors.** [1] | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Daniel Kounin, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 19, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**; (2) via Overnight Mail on the Additional Parties Service List attached hereto as **Exhibit B**; and (3) via Email on the Affected Parties Service List attached hereto as **Exhibit C**:

- Notice of Closing of Going Concern Sale Between Debtors and Pegasus Trucking, LLC [Docket No. 683]

Dated: October 24, 2018

_Daniel Kounin_
Daniel Kounin

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 24, 2018, by Daniel Kounin, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Paul Pullo_

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_18_

---

1. Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

SRF 28433

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Unitco Realty & Construction Co., Inc. | Ashby & Geddes, P.A. | Attn: Don A. Beskrone<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington  DE 19899-1150 | dbeskrone@ashbygeddes.com | Email |
| Counsel to Louise Paris Ltd., Mulitex Limited, Basicline International Ltd., Bhama International Inc., Lachmi's International Ltd., and Pier Enterprises Ltd. | Ask LLP | Attn: Edward E. Neiger, Esq.<br>151 West 46th Street<br>4th Floor<br>New York NY 10036 | eneiger@askllp.com | Email |
| Counsel to Gina Group, Twist Intimate Group and Nesso Jeans | Balasiano & Associates PLLC | Attn: Steven Balasiano<br>6701 Bay Parkway<br>3rd Floor<br>Brooklyn  NY 11204 | steven@balasianolaw.com | Email |
| Counsel to Brixmor Property Group, Inc., The Weitzman Group, Inc., Federal Realty Investment Trust, Prime/FRIT Mission Hills, LLC and Prime/FRIT Bell Gardens, LLC | Ballard Spahr LLP | Attn: David L. Pollack, Esq.<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103 | pollack@ballardspahr.com | First Class Mail and Email |
| Counsel to Brixmor Property Group, Inc., The Weitzman Group, Inc., Federal Realty Investment Trust, Prime/FRIT Mission Hills, LLC, Prime/FRIT Bell Gardens, LLC and Valley Plaza, LLC | Ballard Spahr LLP | Attn: Leslie Heilman, Esq., Laurel D. Roglen, Esq. and Chantelle McClamb, Esq.<br>919 Market Street<br>11th Floor<br>Wilmington DE 19801 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>mcclambc@ballardspahr.com | First Class Mail and Email |
| Counsel to the Comptroller of Public Accounts of the State of Texas and the Texas Workforce Commission | Bankruptcy & Collections Division MC 008 | Attn: John Mark Stern<br>Assistant Attorney General<br>P.O. Box 12548<br>Austin  TX 78711-2548 | john.stern@oag.texas.gov | Email |
| Counsel to PF-LYP, LLC and Atlantic Square, LLC | Barack Ferrazano Kirschbaum & Nagelberg LLP | Attn: William J. Barrett<br>200 West Madison Street<br>Suite 3900<br>Chicago IL 60606 | william.barrett@bfkn.com | Email |
| Counsel to Charlotte (Archdale) UY, LLC and Western Lights Properties, LLC | Barclay Damon LLP | Attn: Kevin M. Newman<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse NY 13202 | knewman@barclaydamon.com | Email |
| Counsel to Gordon Brothers Finance Company | Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay and Daniel N. Brogan<br>600 N. King Street<br> Suite 400<br>Wilmington DE 19801 | jalberto@bayardlaw.com<br>efay@bayardlaw.com<br>dbrogan@bayardlaw.com | Email |
| Counsel to Brazito Capital Venture I, LLC | Bell Nunnally & Martin LLP | Attn: Russell W. Mills & Scott R. Larson<br>2323 Ross Ave.<br>Suite 1900<br>Dallas TX 75201 | rmills@bellnunnally.com<br>slarson@bellnunnally.com | Email |

In re:  J & M Sales Inc., et al.<br>Case No. 18-11801 (LSS)

Page 1 of 12

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Herson Properties, LLC | Berg, LLP | Attn: Ronald S. Berg<br>321 Ennisbrook Drive<br>Montecito  CA 93108 | rsberglaw@gmail.com | First Class Mail and Email |
| Counsel to Protech Staffing Services, Inc. | Best Best & Krieger LLP | Attn: Caroline R. Djang<br>18101 Von Karman Avenue<br>Suite 1000<br>Irvine CA 92612 | Caroline.Djang@bbklaw.com | Email |
| Counsel to Crea/PPC Long Beach Towne Center PO, P.L.L.C., a Delaware limited liability company | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park<br>13215 E. Penn Street<br>Suite 510<br>Whittier CA 90602-1797 | ernie.park@bewleylaw.com | Email |
| Counsel to Julius Young Hosiery Inc. | Blank Rome LLP | Attn: Bryan J. Hall<br>1201 N. Market Street<br>Suite 800<br>Wilmington DE 19801 | bhall@blankrome.com | Email |
| Counsel to Jefan LLC and Mascot LLC | Blank Rome LLP | Attn: Jeffrey Rhodes<br>1825 Eye Street NW<br>Washington  DC 20006 | JRhodes@BlankRome.com | Email |
| Counsel to Jefan LLC and Mascot LLC | Blank Rome LLP | Attn: Josef W. Mintz<br>1201 N. Market Street<br>Suite 800<br>Wilmington  DE 19801 | Mintz@BlankRome.com | Email |
| Interested Party | BMC Group VDR, LLC | Attn: T Feil<br>3732 W. 120th Street<br>Hawthorne CA 90250 | tfeil@bmcgroup.com<br>ecfbk@bmcgroup.com | Email |
| Counsel to Capital Funding Solutions, Inc. | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | vbantnerpeo@buchalter.com | First Class Mail and Email |
| Counsel to MBK Apparel, Inc. | Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr., Esquire and Mark D. Olivere, Esquire<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington DE 19801-6101 | chipman@chipmanbrown.com<br>olivere@chipmanbrown.com | Email |
| Co-Counsel to Encina Business Credit, LLC, as Administrative Agent and Collateral Agent, one of Debtors' prepetition secured lenders | Choate Hall & Stewart LLP | Attn: Kevin J. Simard, Esq., Douglas R. Gooding, Esq. and Saige E. Jutras, Esq.<br>Two International Place<br>Boston MA 02110 | ksimard@choate.com<br>dgooding@choate.com<br>sjutras@choate.com | First Class Mail and Email |
| Counsel to Curtis Young | Chris Pettit & Associates, P.C. | Attn: Elizabeth Guerrero-Southard and Christa Samaniego<br>11902 Rustic Lane<br>San Antonio TX 78230 | elizabeths@pettitlaw.com<br>christasamaniego@mac.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to HS Belmont LLC | Ciardi Ciardi & Astin | Attn: Daniel K. Astin, John D. McLaughlin Jr., Joseph J. McMahon Jr. 1204 N. King Street Wilmington DE 19801 | jmcmahon@ciardilaw.com | First Class Mail and Email |
| Counsel to City of Fort Worth | City Attorney's Office | Attn: Christopher B. Mosley Senior Assistant City Attorney 200 Texas Street Fort Worth TX 76102 | chris.mosley@fortworthtexas.gov | First Class Mail and Email |
| Counsel to IRC Aurora Commons, L.L.C., IRC Six Corners, L.L.C. | Connolly Gallagher LLP | Attn: Karen C. Bifferato and Kelly M. Conlan 1000 West Street Suite 1400 Wilmington DE 19801 | kbifferato@connollygallagher.com kconlan@connollygallagher.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Cooley LLP | Attn: Jay Indyke, Seth Van Aalten and Michael Klein The Grace Building 1114 Avenue of the Americas, 46th Floor New York NY 10036-7798 | jindyke@cooley.com svanaalten@cooley.com mklein@cooley.com | First Class Mail and Email |
| Counsel to Yusen Logistics (Americas) Inc. | Cozen O'Connor | Attn: Simon E. Fraser 1201 N. Market Street Suite 1001 Wilmington DE 19801 | sfraser@cozen.com | First Class Mail and Email |
| Counsel to Western & Venice SC, LLC; David's Place Off-Price Clothing Co., Inc., Y.M.I. Jeanswear, Inc. and Topson Downs of California, Inc. | Cross & Simon, LLC | Attn: Christopher P. Simon 1105 North Market Street Suite 901 Wilmington  DE 19801 | csimon@crosslaw.com | First Class Mail and Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department Carvel State Office Building 820 N. French Street, 6th Floor Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton 820 N. French Street Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax P.O. Box 898 Dover  DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department 820 Silver Lake Boulevard Suite 100 Dover  DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Counsel to Office of Unemployment Compensation Tax Services (UCTS) | Department of Labor and Industry | Attn: Deb Secrest Collections Support Unit 651 Boas Street, Room 702 Harrisburg PA 17121 | ra-li-ucts-bankrupt@state.pa.us | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Red Mountain Asset Fund I, LLC., Desert Sky Esplanade, LLC., Maryvale Plaza IA, LLC., Maryvale Terrace, LLC. | Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo<br>9401 Whilshire Boulevard<br>9th Floor<br>Beverly Hills CA 90212 | bmoldo@ecjlaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Fox Rothschild LLP | Attn: Paul J. Labov<br>101 Park Ave.<br>17th Floor<br>New York NY 10178 | plabov@foxrothschild.com | First Class Mail and Email |
| Counsel to the Official Committee of Unsecured Creditors | Fox Rothschild LLP | Attn: Thomas M. Horan and Courtney A. Emerson<br>919 N. Market St.<br>Suite 300<br>Wilmington DE 19899-2323 | thoran@foxrothschild.com<br>cemerson@foxrothschild.com | First Class Mail and Email |
| Counsel to MBK Apparel, Inc. | Friedman Law Group, P.C. | Attn: J. Bennett Friedman<br>1900 Avenue of the Stars<br>11th Floor<br>Los Angeles CA 90067 | jfriedman@flg-law.com | Email |
| Counsel to David's Place Off-Price Clothing Co., Inc., Y.M.I. Jeanswear, Inc. and Topson Downs of California, Inc. | Glaser Weil Fink Howard Avchen & Shapiro LLP | Attn: Robert L. Handler<br>10250 Constellation Blvd.<br>19th Floor<br>Los Angeles CA 90067 | rhandler@glaserweil.com | First Class Mail and Email |
| Counsel to Beatrice Home Fashions | Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck<br>99 Wood Avenue South<br>Iselin NJ 08830 | dbruck@greenbaumlaw.com | Email |
| Counsel to Julius Young Hosiery Inc. | Hahn and Hessen LLP | Attn: Janine M. Figueiredo<br>488 Madison Avenue<br>New York NY 10022 | jfigueiredo@hahnhessen.com | Email |
| Counsel to HCP Highland Park, LLC | Halling Meza LLP | Attn: Chris W. Halling<br>23586 Calabasas Road<br>Suite 200<br>Calabasas CA 91302 | challing@hallingmeza.com | Email |
| Counsel to Mission Lodge Masonic Hall Association | Hanson Bridgett LLP | Attn: Nancy J. Newman<br>425 Market Street<br>26th Floor<br>San Francisco CA 94105 | nnewman@hansonbridgett.com | Email |
| Counsel to Landlord Philip Hart Revocable Living Trust | Hemar, Rousso & Heald, LLP | Attn: Jessica Mickelsen Simon<br>15910 Ventura Boulevard<br>12th Floor<br>Encino CA 91436-2829 | jmsimon@hrhlaw.com | Email |
| Counsel to Loomis Armored US, LLC | Hogan♦McDaniel | Attn: Daniel C. Kerrick, Esquire<br>1311 Delaware Avenue<br>Wilmington DE 19806 | dckerrick@dkhogan.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Gordon Brothers Finance Company, as Administrative Agent, one of Debtors' prepetition secured lenders | Holland & Knight LLP | Attn: Jason DelMonico<br>10 St. James Avenue<br>11th Floor<br>Boston MA 02116 | Jason.DelMonico@hklaw.com | Email |
| Counsel to Gordon Brothers Finance Company | Holland & Knight LLP | Attn: Robert W. Jones<br>200 Crescent Court<br>Suite 1600<br>Dallas TX 75201 | Robert.Jones@hklaw.com | Email |
| Counsel to WC MRP Calumet Center, LLC | Husch Blackwell LLP | Attn: Lynn H. Butler<br>111 Congress Avenue<br>Suite 1400<br>Austin  TX 78701 | lynn.butler@huschblackwell.com | Email |
| Interested Party | IBM Credit LLC | Attn: Paul Wearing<br>Special Handling Group<br>7100 Highlands Pkwy<br>Smyrna GA 30082 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Debtors | Katten Muchin Rosenman LLP | Attn: William Freeman, Karen Dine and Jerry Hall<br>575 Madison Avenue<br>New York NY 10022 | bill.freeman@kattenlaw.com<br>karen.dine@kattenlaw.com<br>jerry.hall@kattenlaw.com | Email |
| Counsel to National Retail Properties, Inc. and Philips International Holdings Corp. | Kelley Drye & Warren LLP | Attn: Robert L. LeHane and Jennifer D. Raviele<br>101 Park Avenue<br>New York NY 10178 | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com | Email |
| Counsel to Wasa Properties Southlake Pavilion LLC | Klein LLC | Attn: Julia B. Klein<br>919 North Market Street<br>Suite 600<br>Wilmington DE 19801 | klein@kleinllc.com | Email |
| Counsel to Western & Venice SC, LLC | Landau Gottfried & Berger LLP | Attn: Roye Zur<br>1801 Century Park East<br>Suite 700<br>Los Angeles CA 90067 | rzur@lgbfirm.com | First Class Mail and Email |

In re:  J & M Sales Inc., et al.
Case No. 18-11801 (LSS)

Page 5 of 12

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to NMC Anaheim, LLC; RLM Properties, LLC; Anaheim Island, LLC; Upside Crenshaw Holding, LLC; Au Zone Santa Ana, LLC; Levian Family Norwalk, LLC; Hekmatravan Family Norwalk, LLC; Norwalk Town Square Management, Inc.; NMC Upland, LLC; Norwalk Flallon, LLC; Upland Terry, LLC and Tomo GD, LLC. | Landsberg Law, APC | Attn: Ian S. Landsberg 9300 Wilshire Boulevard Suite 565 Beverly Hills CA 90212 | ian@landsberg-law.com | First Class Mail and Email |
| Counsel to Unitco Realty & Construction Co., Inc. | Lane & Nach, P.C. | Attn: Adam B. Nach 2001 E. Campbell Ave. #103 Phoenix AZ 85016 | Adam.nach@lane-nach.com | Email |
| Counsel to Mission Lodge Masonic Hall Association | Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman 919 North Market Street Suite 460 Wilmington DE 19801 | skaufman@skaufmanlaw.com | Email |
| Counsel to CCF PCG Northridge LLC | Law Offices of Ronald K. Brown, Jr., APC | Attn: Ronald K. Brown, Jr. 901 Dove Street Suite 120 Newport Beach CA 92660 | ron@rkbrownlaw.com | First Class Mail and Email |
| Counsel to Allura Imports; Children's Apparel Network; Johnny Signature International Inc.; Kidz Concepts LLC; One Step Up, Ltd.; Cudlie International; Seven Apparel Group; Miss Sportswear Inc.; MSA Apparel LLC; Kids Cant Miss LLC; A Base IX Co LLC; CSCO LLC; Apparel Trading International, Inc.; Ikeddi Enterprises Inc.; Vandale Industries, Inc.; AJ Facts-Tuff Cookies; Sasha Handbags; Import Export Metro Limited; Essentials New York LLC; Hot Chocolate Inc.; and Geneva Factors Ltd. | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus 240 Madison Avenue New York NY 10016 | hlazarus@lazarusandlazarus.com | First Class Mail and Email |
| Counsel to Valley Plaza, LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Gary E. Klausner, Daniel H. Reiss 10250 Constellation Boulevard Suite 1700 Los Angeles CA 90067 | GEK@lnbyb.com DHR@lnbyb.com | Email |
| Counsel to Nueces County, City of Harlingen, Victoria County, Cameron County, City of McAllen, Hidalgo County, Harlingen CISD | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders P.O. Box 17428 Austin TX 78760 | | First Class Mail |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker 711 Navarro Street Ste 300 San Antonio TX 78205 | sanantonio.bankruptcy@publicans.com | First Class Mail and Email |

In re:  J & M Sales Inc., et al.
Case No. 18-11801 (LSS)

Page 6 of 12

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | Email |
| Counsel to Harris County; Cypress-Fairbanks ISD; Fort Bend County and Angelina County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>P.O. Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@publicans.com | Email |
| Counsel to Louise Paris Ltd., Mulitex Limited, Basicline International Ltd., Bhama International Inc., Lachmi's International Ltd., and Pier Enterprises Ltd. | Manning Gross & Massenburg LLP | Attn: Marc J. Phillips, Esq.<br>1007 North Orange Street<br>10th Floor<br>Wilmington DE 19801 | mphillips@mgmlaw.com | Email |
| Counsel to Maricopa County Treasurer | Maricopa County Attorney's Office | Attn: Peter Muthig<br>Civil Services Division<br>222 North Central Avenue, Suite 1100<br>Phoenix AZ 85004-2206 | muthigk@mcao.maricopa.gov | Email |
| Counsel to Apex Maritime Co., Inc. d/b/a Apex Shipping Co. | Maron Marvel Bradley Anderson & Tardy LLC | Attn: Stephanie A. Fox<br>1201 North Market Street, Suite 900<br>P.O. Box 288<br>Wilmington  DE 19801 | saf@maronmarvel.com | Email |
| Counsel to  Mohr Affinity, LLC | Martin P. Eramo, a Professional Corporation | Attn: Martin P. Eramo<br>34184 Pacific Coast Highway<br>Suite C<br>Dana Point CA 92629 | mperamo@aol.com | First Class Mail and Email |
| Counsel to Landlord Philip Hart Revocable Living Trust | McCarter & English LLP | Attn: William F. Taylor, Jr and Shannon D. Humiston<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington DE 19801 | wtaylor@mccarter.com<br>shumiston@mccarter.com | Email |
| Counse to Claimants, Tax Appraisal District of Bell County and The County of Hays, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock TX 78680 | tleday@mvbalaw.com | Email |
| Counsel to New Westgate Mall LLC and Malway Realty Associates LP, sucessor-in-interest to Trustees of Malway Realty Trust | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey<br>100 Front Street<br>Worcester MA 01608 | pcarey@mirickoconnell.com | First Class Mail and Email |
| Counsel to Oakwood Plaza Limited Partnership, The Price REIT, Inc., Plaza Del Sol 557, LLC., Remo Tartaglia Associates, HEB Grocery Company , and Bex McCreless | Monzack Mersky Mclaughlin and Browder, P.A. | Attn: Rachel B. Mersky, Esquire<br>1201 N. Orange Street<br>Suite 400<br>Wilmington DE 19801 | rmersky@monlaw.com | Email |
| Counsel to Milan Real Estate Capital, LLC | Monzack Mersky Mclaughlin and Browder, P.A. | Attn: Rachel B. Mersky, Esquire<br>1201 N. Orange Street<br>Suite 400<br>Wilmington DE 19801 | rmersky@monlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Silver State Station LLC | Munsch Hardt Kopf & Harr, P.C. | Attn: John D. Cornwell<br>700 Milam Street<br>Suite 2700<br>Houston TX 77002-2806 | jcornwell@munsch.com | First Class Mail and Email |
| Counsel to TSCA-3, L.P. | Munsch Hardt Kopf & Harr, P.C. | Attn: Thomas D. Berghman<br>500 N. Akard Street<br>Suite 3800<br>Dallas TX 75201-6659 | tberghman@munsch.com | Email |
| Counsel to Highland Lakes Property, LLC | Nelson Mullins Riley & Scarborough LLP | Attn: Nicolette Corso Vilmos<br>390 North Orange Avenue<br>Suite 1400<br>Orlando FL 32801 | nicolette.vilmos@nelsonmullins.com | Email |
| Counsel to Wasa Properties Southlake Pavilion LLC | Norton Rose Fulbright US LLP | Attn: Samuel S. Kohn and James A. Copeland<br>1301 Avenue of the Americas<br>New York NY 10019-6022 | samuel.kohn@nortonrosefulbright.com | Email |
| Counsel to County of Imperial, California | Office of the Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector<br>940 West Main Street<br>Suite 106<br>El Centro CA 92243 | | First Class Mail |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Rich Schepacarter, Esq.<br>844 King Street<br>Suite 2207<br>Wilmington DE 19801 | Richard.Schepacarter@usdoj.gov | First Class Mail and Email |
| Counsel to Saul Subsidiary I, LP and Arena Shoppes LLLP | Offit Kurman, P.A. | Attn: Frank E. Noyes, II<br>1202 N. Orange Street<br>Suite 10E<br>Wilmington DE 19801 | fnoyes@offitkurman.com | Email |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Stephen A. Metz<br>4800 Montgomery Lane<br>9th Floor<br>Bethesda MD 20814 | smetz@offitkurman.com | Email |
| Counsel to Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Gretchen Crawford<br>Assistant District Attorney<br>320 Robert S. Kerr, Room 505<br>Oklahoma City OK 73102 | grecra@oklahomacounty.org | Email |
| Counsel to Israel Discount Bank of New York, as co-administrative agent and one of Debtors' prepetition secured lenders | Otterbourg P.C. | Attn: Daniel Fiorillo and Chad B. Simon<br>230 Park Avenue<br>New York NY 10169 | dfiorillo@otterbourg.com<br>csimon@otterbourg.com | First Class Mail and Email |
| Counsel to Debtors | Pachulski Stang Ziehl & Jones LLP | Attn: Richard M. Pachulski and Peter J. Keane<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington DE 19899 | rpachulski@pszjlaw.com<br>pkeane@pszjlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Hilco Merchant Resources, LLC | Pepper Hamilton LLP | Attn: Douglas D. Herrmann, Esq. and Marcy J. McLaughlin, Esq. Hercules Plaza, Suite 5100 1313 N. Market Street Wilmington DE 19899-1709 | herrmannd@pepperlaw.com mclaughlinm@pepperlaw.com | First Class Mail and Email |
| Counsel to Maverick County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Carlos M. Arce 8626 Tesoro Drive Suite 816 San Antonio TX 78217 | carce@pbfcm.com | First Class Mail and Email |
| Arlington ISD, Richardson ISD, Carrollton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Eboney Cobb 500 E. Border Street Suite 640 Arlington TX 76010 | ecobb@pbfcm.com | Email |
| Counsel to City of Weslaco, Weslaco ISD, & Edinburg CISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks 3301 Northland Drive Suite 505 Austin TX 78731 | jbanks@pbfcm.com | First Class Mail and Email |
| Counsel to Acceo Solutions Inc. | Perkins Coie LLP | Attn: Schuyler G. Carroll 30 Rockefeller Center 22nd Floor New York NY 10112-0085 | SCarroll@perkinscoie.com | Email |
| Counsel to Rainbow Southeast Leasing, Inc. | Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP | Attn: Cliff A. Katz & Sherri D. Lydell 475 Park Avenue South 18th Floor New York NY 10016 | ckatz@platzerlaw.com slydell@platzerlaw.com | First Class Mail and Email |
| Counsel to Highland Lakes Property, LLC | Polsinelli PC | Attn: Shanti M. Katona 222 Delaware Ave. Suite 1101 Wilmington  DE 19801 | skatona@polsinelli.com | Email |
| Counsel to Bethany 43, LLC; Randolph Plaza II, LLC and Menlo Park Shopping Center Company, LLP | Rashti and Mitchell Attorneys at Law | Attn: Timothy T. Mitchell & Donna Kaye Rashti 4422 Ridgeside Drive Dallas TX 75244 | tim@rashtiandmitchell.com donna@rashtiandmitchell.com dkrm@aol.com | Email |
| Co-Counsel to Encina Business Credit, LLC, as Administrative Agent and Collateral Agent, one of Debtors' prepetition secured lenders and Israel Discount Bank of New York | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Esq., John H. Knight, Esq. and David T. Queroli, Esq. One Rodney Square 920 North King Street Wilmington DE 19801 | collins@rlf.com knight@rlf.com queroli@rlf.com | First Class Mail and Email |
| Counsel to North Riverside Park Associates LLC | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel 875 Third Avenue 9th Floor New York NY 10022 | fbr@robinsonbrog.com | First Class Mail and Email |

In re:  J & M Sales Inc., et al.
Case No. 18-11801 (LSS)

Page 9 of 12

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Kram Construction Co., a California Corporation; and Kormag Construction Co., a California Corporation | Rosenbaum & Associates | Attn: Paul R. Rosenbaum<br>3580 Wilshire Blvd.<br>Ste 1260<br>Los Angeles CA 90010 | paul@prrlawyers.com | First Class Mail and Email |
| Counsel to South Carolina Dep. Of Employment and Workforce | S.C. Department of Employment and Workforce | Attn: E.B. "Trey" McLeod, III<br>Post Office Box 8597<br>Columbia SC 29202 | tmcleod@dew.sc.gov | Email |
| Counsel to Amherst Station II LLC; Buckingham Station LLC; Edgewood Station LLC; Heritage Oaks Station L.P.; Sunrise Marketplace Station LLC; Towne Crossing Station LLC; Phillips Edison & Company; and Phillips Edison Limited Partnership. | Saul Ewing Arnstein & Lehr LLP | Attn: Lucian Murley<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | luke.murley@saul.com | Email |
| Counsel to Amherst Station II LLC; Buckingham Station LLC; Edgewood Station LLC; Heritage Oaks Station L.P.; Sunrise Marketplace Station LLC; Towne Crossing Station LLC; Phillips Edison & Company; and Phillips Edison Limited Partnership. | Saul Ewing Arnstein & Lehr LLP | Attn: Maria Ellena Chavez-Ruark<br>500 East Pratt Street<br>9th Floor<br>Baltimore MD 21202 | maria.ruark@saul.com | Email |
| Counsel to SFI Ford City - Chicago, LLC; | Saul Ewing Arnstein & Lehr LLP | Attn: Mark Minuti<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington  DE 19899 | mark.minuti@saul.com | Email |
| Counsel to CM Houston Properties #1, LLC | Schlanger, Silver, Barg & Paine, L.L.P. | Attn: Julia A. Cook<br>109 North Post Oak Lane<br>Suite 300<br>Houston  TX 77024 | jcook@ssbplaw.com | Email |
| Counsel to UnitedHealthcare Insurance Company and United HealthCare Services, Inc. | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. and Latonia Williams, Esq.<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>lwilliams@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Counsel to New Westgate Mall LLC, Malway Realty Associates LP, successor-in-interest to Trustees of Malway Realty Trust | Sullivan Hazeltine Allison LLC | Attn: Elihu E. Allinson, III<br>901 North Market Street<br>Suite 1300<br>Wilmington DE 19801 | zallinson@sha-llc.com | First Class Mail and Email |
| Interested Party | SulmeyerKupetz, A Professional Corporation | Attn: Jeffrey M. Pomerance<br>333 South Hope Street<br>35th Floor<br>Los Angeles CA 90071-1406 | jpomerance@sulmeyerlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Michael Fallas and Pegasus Trucking LLC | SulmeyerKupetz, A Professional Corporation | Attn: Victor A. Sahn, Esq. and Jeffrey M. Pomerance, Esq. 333 South Hope Street 3400 Los Angeles CA 90071-1406 | vsahn@sulmeyerlaw.com jpomerance@sulmeyerlaw.com | Email |
| Counsel to Professional Properties of Las Vegas | Sylvester & Polednak, LTD. | Attn: Donald T. Polednak 1731 Village Center Circle Las Vegas NV 89134 | don@sylvesterpolednak.com | First Class Mail and Email |
| Counsel to WHLR-JANAF, LLC | The Law Offices of David A. Greer PLC | Attn: David A. Greer 500 East Main Street Suite 1225 Norfolk VA 23510 | dgreer@davidgreerlaw.com | Email |
| Counsel to Rainbow Southeast Leasing, Inc. | The Rosner Law Group LLC | Attn: Frederick B. Rosner & Jason A. Gibson 824 N. Market Street Suite 810 Wilmington  DE 19801 | rosner@teamrosner.com gibson@teamrosner.com | First Class Mail and Email |
| Counsel to Travis County | Travis County Attorney | Attn: David Escamilla P.O. Box 1748 Austin  TX 78767 | | First Class Mail |
| U.S. Department of Justice | U.S. Department of Justice | 950 Pennsylvania Avenue, NW Washington DC 20530-0001 | | First Class Mail |
| US Attorney for the District of Delaware | US Attorney for Delaware | Attn: Charles Oberly c/o Ellen Slights 1007 Orange Street, Suite 700, P.O. Box 2046 Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Counsel to SKBB Investments, L.P. | Venable LLP | Attn: Jamie L. Edmonson & Daniel A. O'Brien 1201 N. Market Suite 1400 Wilmington  DE 19801 | jledmonson@venable.com daobrien@venable.com | First Class Mail and Email |
| Counsel to SKBB Investments, L.P. | Venable LLP | Attn: Keith C. Owens 2049 Century Park East Suite 2300 Los Angeles CA 90067 | kcowens@venable.com | First Class Mail and Email |
| Counsel to Hallaian Development | Walter Wilhelm Law Group | Attn: Michael L. Wilhelm 205 E. River Park Circle Suite 410 Fresno CA 93720 | mwilhelm@w2lg.com | First Class Mail and Email |
| Counsel to West Road Plaza, LP | Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Carruth 3030 Matlock Rd. Suite 201 Arlington TX 76015 | jcarruth@wkpz.com | Email |

In re:  J & M Sales Inc., et al.
Case No. 18-11801 (LSS)

Page 11 of 12

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Pegasus Trucking LLC | Whiteford, Taylor & Preston LLC | Attn: Christopher M. Samis, L. Katherine Good, Aaron H. Stulman<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington DE 19801 | csamis@wtplaw.com<br>kgood@wtplaw.com<br>astulman@wtplaw.com | First Class Mail and Email |
| Counsel to Forsgate Industrial Complex | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge NJ 07095 | dstein@wilentz.com | First Class Mail and Email |
| Counsel to Thor Gallery at South DeKalb, LLC | Wiles & Wiles, LLP | Attn: Victor W. Newmark<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta GA 30060-7946 | bankruptcy@evict.net | Email |
| Counsel to Allura Imports; Children's Apparel Network; Johnny Signature International Inc.; Kidz Concepts LLC; One Step Up, Ltd.; Cudlie International; Seven Apparel Group; Miss Sportswear Inc.; MSA Apparel LLC; Kids Cant Miss LLC; A Base IX Co LLC; CSCO LLC; Apparel Trading International, Inc.; Ikeddi Enterprises Inc.; Vandale Industries, Inc.; AJ Facts-Tuff Cookies; Sasha Handbags; Import Export Metro Limited; Essentials New York LLC; Hot Chocolate Inc.; Geneva Factors Ltd.; 2619 Realty Holding LLC; and Silver State LLC | Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Ericka F. Johnson and Matthew P. Ward<br>222 Delaware Avenue<br> Suite 1501<br>Wilmington DE 19801 | kevin.mangan@wbd-us.com<br>ericka.johnson@wbd-us.com | First Class Mail and Email |
| Counsel to Interested Party | Wright, Constable & Skeen, LLP | Attn: Michael A. Stover, George J. Bachrach<br>7 St. Paul Street<br>18th Floor<br>Baltimore MD 21202 | mstover@wcslaw.com<br>gbachrach@wcslaw.com | First Class Mail and Email |

**<u>Exhibit B</u>**

Exhibit B
Additional Parties Service List
Served via Overnight Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|------|-------------|-----------|-----------|------|-------|-------------|
| Encina Business Credit LLC | Jeff Linstrom, General Counsel | 123 N. Wacker Drive | Suite 2400 | Chicago | IL | 60606 |
| Gordon Brothers Finance Company | David Vega, Managing Director | Prudential Tower | 800 Boylston Street, 27th Fl | Boston | MA | 02199 |

In re:  J & M Sales Inc., *et al.*
Case No. 18-11801 (LSS)

**Exhibit C**

## Exhibit C

Affected Parties Service List
Served via Email

| COMPANY NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Gordon Brothers | Attn: Mackenzie Shea | mshea@gordonbrothers.com |
| Hilco Global | Attn: Ian Fredericks | ifredericks@hilcotrading.com |
| SB360 Capital Partners, LLC | Attn: Robert Raskin | rraskin@sb360.com |