IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>J & M SALES, INC., *et al.*[1]<br><br>                            Debtors. | Chapter 11<br><br>Case No. 18-11801 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      :
                                    : SS.
NEW CASTLE COUNTY   :

I, Aaron H. Stulman, being duly sworn according to law, deposes and says that I am employed as an associate with the law firm of Whiteford, Taylor & Preston LLC, and that on October 22, 2018, I caused a copy of the following to be served on the parties attached hereto as **Exhibit A** by email (to those parties who have consented) and first class mail (on non-consenting email parties).

- Notice of Addition of Four Non-Residential Real Property Leases and Deletion of Five Non-Residential Real Property Leases from List of Leases to be Assumed and Assigned by Debtors to Pegasus Trucking, LLC [Docket No. 680]

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J & M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). The location of the Debtors' service address is 15001 South Figueroa Street, Gardena, California 90248.

10015203v1

_____
Aaron H. Stulman (No. 5807)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Telephone: (302) 353-4144
Email: astulman@wtplaw.com

SWORN TO AND SUBSCRIBED before
me this 25th day of October, 2018

_____
Notary Public

## **EXHIBIT A**

10015203v1

In re: J & M Sales Inc., et al.
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Unitco Realty & Construction Co., Inc. | Ashby & Geddes, P.A. | Attn: Don A. Beskrone | 500 Delaware Avenue, 8th Floor | P.O. Box 1150 | Wilmington | DE | 19899-1150 | | 302-654-1888 | 302-654-2067 | dbeskrone@ashbygeddes.com |
| Counsel to Louise Paris Ltd., Mulitex Limited, Basicline International Ltd., Bhama International Inc., Lachmi's International Ltd., and Pier Enterprises Ltd. | Ask LLP | Attn: Edward E. Neiger, Esq. | 151 West 46th Street | 4th Floor | New York | NY | 10036 | | 212-267-7342 | 212-918-3427 | eneiger@askllp.com |
| Counsel to Gina Group, Twist Intimate Group and Nesso Jeans | Balasiano & Associates PLLC | Attn: Steven Balasiano | 6701 Bay Parkway | 3rd Floor | Brooklyn | NY | 11204 | | 201-328-2977 | | steven@balasianolaw.com |
| Counsel to Brixmor Property Group, Inc., The Weitzman Group, Inc., Federal Realty Investment Trust, Prime/FRIT Mission Hills, LLC and Prime/FRIT Bell Gardens, LLC | Ballard Spahr LLP | Attn: David L. Pollack, Esq. | 51st Floor - Mellon Bank Center | 1735 Market Street | Philadelphia | PA | 19103 | | 215-864-8325 | 215-864-9473 | pollack@ballardspahr.com |
| Counsel to Brixmor Property Group, Inc., The Weitzman Group, Inc., Federal Realty Investment Trust, Prime/FRIT Mission Hills, LLC, Prime/FRIT Bell Gardens, LLC and Valley Plaza, LLC | Ballard Spahr LLP | Attn: Leslie Heilman, Esq., Laurel D. Roglen, Esq. and Chantelle McClamb, Esq. | 919 Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4465 | 302-252-4466 | heilmanl@ballardspahr.com roglenl@ballardspahr.com mcclambc@ballardspahr.com |
| Counsel to the Comptroller of Public Accounts of the State of Texas and the Texas Workforce Commission | Bankruptcy & Collections Division MC 008 | Attn: John Mark Stern | Assistant Attorney General | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4868 | 512-936-1409 | john.stern@oag.texas.gov |
| Counsel to PF-LYP, LLC and Atlantic Square, LLC | Barack Ferrazano Kirschbaum & Nagelberg LLP | Attn: William J. Barrett | 200 West Madison Street | Suite 3900 | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com |
| Counsel to Charlotte (Archdale) UY, LLC and Western Lights Properties, LLC | Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | | 315-413-7115 | 315-703-7349 | knewman@barclaydamon.com |
| Counsel to Gordon Brothers Finance Company | Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay and Daniel N. Brogan | 600 N. King Street | Suite 400 | Wilmington | DE | 19801 | | 302-655-5000 | 302-658-6395 | jalberto@bayardlaw.com efay@bayardlaw.com dbrogan@bayardlaw.com |
| Counsel to Brazito Capital Venture I, LLC | Bell Nunnally & Martin LLP | Attn: Russell W. Mills & Scott R. Larson | 2323 Ross Ave. | Suite 1900 | Dallas | TX | 75201 | | 214-740-1400 | 214-740-1499 | rmills@bellnunnally.com slarson@bellnunnally.com |
| Counsel to Herson Properties, LLC | Berg, LLP | Attn: Ronald S. Berg | 321 Ennisbrook Drive | | Montecito | CA | 93108 | | 805-845-3254; 818-414-2497 | 805-456-0878 | rsberglaw@gmail.com |
| Counsel to Protech Staffing Services, Inc. | Best Best & Krieger LLP | Attn: Caroline R. Djang | 18101 Von Karman Avenue | Suite 1000 | Irvine | CA | 92612 | | 949-263-2600 | 949-260-0972 | Caroline.Djang@bbklaw.com |
| Counsel to Crea/PPC Long Beach Towne Center PO, L.L.C., a Delaware limited liability company | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | 13215 E. Penn Street | Suite 510 | Whittier | CA | 90602-1797 | | 562-698-9771 | 562-309-8063 | ernie.park@bewleylaw.com |
| Counsel to Julius Young Hosiery Inc. | Blank Rome LLP | Attn: Bryan J. Hall | 1201 N. Market Street | Suite 800 | Wilmington | DE | 19801 | | 302-425-6400 | 302-425-6464 | bhall@blankrome.com |
| Counsel to Jefan LLC and Mascot LLC | Blank Rome LLP | Attn: Jeffrey Rhodes | 1825 Eye Street NW | | Washington | DC | 20006 | | 202-420-3150 | 202-379-9367 | JRhodes@BlankRome.com |
| Counsel to Jefan LLC and Mascot LLC | Blank Rome LLP | Attn: Josef W. Mintz | 1201 N. Market Street | Suite 800 | Wilmington | DE | 19801 | | 302-425-6478 | 215-832-5528 | Mintz@BlankRome.com |
| Interested Party | 8MC Group VDR, LLC | Attn: T Feil | 3732 W. 120th Street | | Hawthorne | CA | 90250 | | 206-499-2169 | | tfeil@bmcgroup.com ecfbk@bmcgroup.com |
| Counsel to Capital Funding Solutions, Inc. | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | vbantnerpeo@buchalter.com |
| Counsel to MBK Apparel, Inc. | Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr., Esquire and Mark D. Olivere, Esquire | Hercules Plaza | 1313 North Market Street, Suite 5400 | Wilmington | DE | 19801-6101 | | 302-295-0193 | 302-295-0199 | chipman@chipmanbrown.com olivere@chipmanbrown.com |
| Co-Counsel to Encina Business Credit, LLC, as Administrative Agent and Collateral Agent, one of Debtors' prepetition secured lenders | Choate Hall & Stewart LLP | Attn: Kevin J. Simard, Esq., Douglas R. Gooding, Esq. and Saige E. Jutras, Esq. | Two International Place | | Boston | MA | 02110 | | 617-248-5000 | 617-248-4000 | ksimard@choate.com dgooding@choate.com sjutras@choate.com |
| Counsel to Curtis Young | Chris Pettit & Associates, P.C. | Attn: Elizabeth Guerroro-Southard and Christa Samaniego | 11902 Rustic Lane | | San Antonio | TX | 78230 | | 210-732-8300 | 210-764-1718 | elizabeths@pettitlaw.com christasamaniego@mac.com |
| Counsel to HS Belmont LLC | Ciardi Ciardi & Astin | Attn: Daniel K. Astin, John D. McLaughlin Jr., Joseph J. McMahon Jr. | 1204 N. King Street | | Wilmington | DE | 19801 | | 302-658-1100 | 302-658-1300 | jmcmahon@ciardilaw.com |
| Counsel to City of Fort Worth | City Attorney's Office | Attn: Christopher B. Mosley | Senior Assistant City Attorney | 200 Texas Street | Fort Worth | TX | 76102 | | 817-392-7600 | 817-392-8359 | chris.mosley@fortworthtexas.gov |
| Counsel to IRC Aurora Commons, L.L.C., IRC Six Corners, L.L.C. | Connolly Gallagher LLP | Attn: Karen C. Bifferato and Kelly M. Conlan | 1000 West Street | Suite 1400 | Wilmington | DE | 19801 | | 302-757-7300 | 302-757-7299 | kbifferato@connollygallagher.com kconlan@connollygallagher.com |

In re: J & M Sales Inc., et al.
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Cooley LLP | Attn: Jay Indyke, Seth Van Aalten and Michael Klein | The Grace Building | 1114 Avenue of the Americas, 46th Floor | New York | NY | 10036-7798 | | 212-479-6000 | 212-479-6275 | jindyke@cooley.com; svanaalten@cooley.com; mklein@cooley.com |
| Counsel to Western & Venice SC, LLC; David's Place Off-Price Clothing Co., Inc., Y.M.I. Jeanswear, Inc. and Topson Downs of California, Inc. | Cross & Simon, LLC | Attn: Christopher P. Simon | 1105 North Market Street | Suite 901 | Wilmington | DE | 19801 | | 302-777-4200 | 302-777-4224 | csimon@crosslaw.com |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Building | 820 N. French Street, 6th Floor | Wilmington | DE | 19801 | | 302-577-8400 | 302-577-6630 | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton | 820 N. French Street | | Wilmington | DE | 19801 | | 302-577-8461 | 302-577-8632 | FASNotify@state.de.us |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 | | 302-739-3073 | 302-739-5831 | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department | 820 Silver Lake Boulevard | Suite 100 | Dover | DE | 19904 | | 302-672-6700 | 302-739-5635 | statetreasurer@state.de.us |
| Counsel to Office of Unemployment Compensation Tax Services (UCTS) | Department of Labor and Industry | Attn: Deb Secrest | Collections Support Unit | 651 Boas Street, Room 702 | Harrisburg | PA | 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to Red Mountain Asset Fund I, LLC., Desert Sky Esplanade, LLC., Maryvale Plaza IA, LLC., Maryvale Terrace, LLC. | Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | 9401 Whilshire Boulevard | 9th Floor | Beverly Hills | CA | 90212 | | 301-273-6333 | 310-887-6802 | bmoldo@ecjlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Fox Rothschild LLP | Attn: Paul J. Labov | 101 Park Ave. | 17th Floor | New York | NY | 10178 | | 212-878-7900 | 212-692-0940 | plabov@foxrothschild.com |
| Counsel to the Official Committee of Unsecured Creditors | Fox Rothschild LLP | Attn: Thomas M. Horan and Courtney A. Emerson | 919 N. Market St. | Suite 300 | Wilmington | DE | 19899-2323 | | 302-654-7444 | 302-656-8920 | thoran@foxrothschild.com; cemerson@foxrothschild.com |
| Counsel to MBK Apparel, Inc. | Friedman Law Group, P.C. | Attn: J. Bennett Friedman | 1900 Avenue of the Stars | 11th Floor | Los Angeles | CA | 90067 | | 310-552-8210 | 310-733-5442 | jfriedman@flg-law.com |
| Counsel to David's Place Off-Price Clothing Co., Inc., Y.M.I. Jeanswear, Inc. and Topson Downs of California, Inc. | Glaser Weil Fink Howard Avchen & Shapiro LLP | Attn: Robert L. Handler | 10250 Constellation Blvd. | 19th Floor | Los Angeles | CA | 90067 | | 310-553-3000 | 310-785-3590 | rhandler@glaserweil.com |
| Counsel to Beatrice Home Fashions | Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck | 99 Wood Avenue South | | Iselin | NJ | 08830 | | 732-476-2442 | 732-549-1881 | dbruck@greenbaumlaw.com |
| Counsel to Julius Young Hosiery Inc. | Hahn and Hessen LLP | Attn: Janine M. Figueiredo | 488 Madison Avenue | | New York | NY | 10022 | | 212-478-7200 | 212-478-7400 | jfigueiredo@hahnhessen.com |
| Counsel to HCP Highland Park, LLC | Halling Meza LLP | Attn: Chris W. Halling | 23586 Calabasas Road | Suite 200 | Calabasas | CA | 91302 | | 818-222-4994 | 818-222-4995 | challing@hallingmeza.com |
| Counsel to Mission Lodge Masonic Hall Association | Hanson Bridgett LLP | Attn: Nancy J. Newman | 425 Market Street | 26th Floor | San Francisco | CA | 94105 | | 415-995-5052 | 415-995-3450 | nnewman@hansonbridgett.com |
| Counsel to Landlord Philip Hart Revocable Living Trust | Hemar, Rousso & Heald, LLP | Attn: Jessica Mickelsen Simon | 15910 Ventura Boulevard | 12th Floor | Encino | CA | 91436-2829 | | 818-907-3128 | 818-501-2985 | jmsimon@hrhlaw.com |
| Counsel to Loomis Armored US, LLC | Hogan♦McDaniel | Attn: Daniel C. Kerrick, Esquire | 1311 Delaware Avenue | | Wilmington | DE | 19806 | | 302-656-7540 | | dckerrick@dkhogan.com |
| Counsel to Gordon Brothers Finance Company, as Administrative Agent, one of Debtors' prepetition secured lenders | Holland & Knight LLP | Attn: Jason DelMonico | 10 St. James Avenue | 11th Floor | Boston | MA | 02116 | | 617-523-2700 | 617-523-6850 | Jason.DelMonico@hklaw.com |
| Counsel to Gordon Brothers Finance Company | Holland & Knight LLP | Attn: Robert W. Jones | 200 Crescent Court | Suite 1600 | Dallas | TX | 75201 | | 214-964-9500 | 214-964-9501 | Robert.Jones@hklaw.com |
| Counsel to WC MRP Calumet Center, LLC | Husch Blackwell LLP | Attn: Lynn H. Butler | 111 Congress Avenue | Suite 1400 | Austin | TX | 78701 | | 512-479-9758 | 512-226-7318 | lynn.butler@huschblackwell.com |
| Interested Party | IBM Credit LLC | Attn: Paul Wearing | Special Handling Group | 7100 Highlands Pkwy | Smyrna | GA | 30082 | | | | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| Debtors | J & M Sales Inc. | Attn: President or General Counsel | 15001 South Figueroa Street | | Gardena | CA | 90248 | | | | |
| Counsel to Debtors | Katten Muchin Rosenman LLP | Attn: William Freeman, Karen Dine and Jerry Hall | 575 Madison Avenue | | New York | NY | 10022 | | 202-940-8800 | 202-940-8776 | bill.freeman@kattenlaw.com; karen.dine@kattenlaw.com; jerry.hall@kattenlaw.com |
| Counsel to National Retail Properties, Inc. and Philips International Holdings Corp. | Kelley Drye & Warren LLP | Attn: Robert L. LeHane and Jennifer D. Raviele | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com; rlehane@kelleydrye.com; jraviele@kelleydrye.com |
| Counsel to the Wayne County Treasurer | Kilpatrick & Associates, P.C. | Attn: Richardo I. Kilpatrick | 615 Griswold | Suite 1305 | Detroit | MI | 48226-3985 | | 248-377-0700 | | ecf@kaalaw.com |
| Counsel to Wasa Properties Southlake Pavilion LLC | Klein LLC | Attn: Julia B. Klein | 919 North Market Street | Suite 600 | Wilmington | DE | 19801 | | 302-438-0456 | 302-300-1733 | klein@kleinllc.com |

In re: J & M Sales Inc., et al.
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Western & Venice SC, LLC | Landau Gottfried & Berger LLP | Attn: Roye Zur | 1801 Century Park East | Suite 700 | Los Angeles | CA | 90067 | | 310-557-0050 | 310-557-0056 | rzur@lgbfirm.com |
| Counsel to NMC Anaheim, LLC; RLM Properties, LLC; Anaheim Island, LLC; Upside Crenshaw Holding, LLC; Au Zone Santa Ana, LLC; Levian Family Norwalk, LLC; Hekmatravan Family Norwalk, LLC; Norwalk Town Square Management, Inc.; NMC Upland, LLC; Norwalk Flallon, LLC; Upland Terry, LLC and Tomo GD, LLC. | Landsberg Law, APC | Attn: Ian S. Landsberg | 9300 Wilshire Boulevard | Suite 565 | Beverly Hills | CA | 90212 | | 310-409-2228 | 310-409-2380 | ian@landsberg-law.com |
| Counsel to Unitco Realty & Construction Co., Inc. | Lane & Nach, P.C. | Attn: Adam B. Nach | 2001 E. Campbell Ave. | #103 | Phoenix | AZ | 85016 | | 602-258-6000 | 602-258-6003 | Adam.nach@lane-nach.com |
| Counsel to Mission Lodge Masonic Hall Association | Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | 919 North Market Street | Suite 460 | Wilmington | DE | 19801 | | 302-472-7420 | 302-792-7420 | skaufman@skaufmanlaw.com |
| Counsel to CCF PCG Northridge LLC | Law Offices of Ronald K. Brown, Jr., APC | Attn: Ronald K. Brown, Jr. | 901 Dove Street | Suite 120 | Newport Beach | CA | 92660 | | 949-250-3322 | 949-250-3387 | ron@rkbrownlaw.com |
| Counsel to Allura Imports; Children's Apparel Network; Johnny Signature International Inc.; Kidz Concepts LLC; One Step Up, Ltd.; Cudlie International; Seven Apparel Group; Miss Sportswear Inc.; MSA Apparel LLC; Kids Cant Miss LLC; A Base IX Co LLC; CSCO LLC; Apparel Trading International, Inc.; Ikeddi Enterprises Inc.; Vandale Industries, Inc.; AJ Facts-Tuff Cookies; Sasha Handbags; Import Export Metro Limited; Essentials New York LLC; Hot Chocolate Inc.; and Geneva Factors Ltd. | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | 240 Madison Avenue | | New York | NY | 10016 | | 212-889-7400 | 212-684-0314 | hlazarus@lazarusandlazarus.com |
| Counsel to Valley Plaza, LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Gary E. Klausner, Daniel H. Reiss | 10250 Constellation Boulevard | Suite 1700 | Los Angeles | CA | 90067 | | 310-229-1234 | 310-229-1244 | GEK@lnbyb.com DHR@lnbyb.com |
| Counsel to Nueces County, City of Harlingen, Victoria County, Cameron County, City of McAllen, Hidalgo County, Harlingen CISD | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders | P.O. Box 17428 | | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 711 Navarro Street | Ste 300 | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com |
| Counsel to Harris County; Cypress-Fairbanks ISD; Fort Bend County and Angelina County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| Counsel to Louise Paris Ltd., Mulitex Limited, Basicline International Ltd., Bhama International Inc., Lachmi's International Ltd., and Pier Enterprises Ltd. | Manning Gross & Massenburg LLP | Attn: Marc J. Phillips, Esq. | 1007 North Orange Street | 10th Floor | Wilmington | DE | 19801 | | 302-504-6803 | 302-657-2104 | mphillips@mgmlaw.com |
| Counsel to Maricopa County Treasurer | Maricopa County Attorney's Office | Attn: Peter Muthig | Civil Services Division | 222 North Central Avenue, Suite 1100 | Phoenix | AZ | 85004-2206 | | 602-506-1735 | | muthigk@mcao.maricopa.gov |
| Counsel to Apex Maritime Co., Inc. d/b/a Apex Shipping Co. | Maron Marvel Bradley Anderson & Tardy LLC | Attn: Stephanie A. Fox | 1201 North Market Street, Suite 900 | P.O. Box 288 | Wilmington | DE | 19801 | | 302-425-5177 | 302-425-0180 | saf@maronmarvel.com |
| Counsel to Mohr Affinity, LLC | Martin P. Eramo, a Professional Corporation | Attn: Martin P. Eramo | 34184 Pacific Coast Highway | Suite C | Dana Point | CA | 92629 | | 949-494-9999 | 866-289-6109 | mperamo@aol.com |
| Counsel to Landlord Philip Hart Revocable Living Trust | McCarter & English LLP | Attn: William F. Taylor, Jr and Shannon D. Humiston | Renaissance Centre | 405 North King Street, 8th Floor | Wilmington | DE | 19801 | | 302-984-6300 | 302-984-6399 | wtaylor@mccarter.com shumiston@mccarter.com |

In re: J & M Sales Inc., et al.
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counse to Claimants, Tax Appraisal District of Bell County and The County of Hays, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | P.O. Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | 512-323-3205 | tleday@mvbalaw.com |
| Counsel to New Westgate Mall LLC and Malway Realty Associates LP, sucessor-in-interest to Trustees of Malway Realty Trust | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey | 100 Front Street | | Worcester | MA | 01608 | | 508-791-8500 | 508-791-8502 | pcarey@mirickoconnell.com |
| Counsel to Oakwood Plaza Limited Partnership, The Price REIT, Inc., Plaza Del Sol 557, LLC., Remo Tartaglia Associates, HEB Grocery Company, and Bex McCreless | Monzack Mersky Mclaughlin and Browder, P.A. | Attn: Rachel B. Mersky, Esquire | 1201 N. Orange Street | Suite 400 | Wilmington | DE | 19801 | | 302-656-8162 | 302-656-2769 | rmersky@monlaw.com |
| Counsel to Milan Real Estate Capital, LLC | Monzack Mersky Mclaughlin and Browder, P.A. | Attn: Rachel B. Mersky, Esquire | 1201 N. Orange Street | Suite 400 | Wilmington | DE | 19801 | | 302-656-8162 | 302-656-2769 | rmersky@monlaw.com |
| Counsel to Silver State Station LLC | Munsch Hardt Kopf & Harr, P.C. | Attn: John D. Cornwell | 700 Milam Street | Suite 2700 | Houston | TX | 77002-2806 | | 713-222-4066 | 713-222-1475 | jcornwell@munsch.com |
| Counsel to TSCA-3, L.P. | Munsch Hardt Kopf & Harr, P.C. | Attn: Thomas D. Berghman | 500 N. Akard Street | Suite 3800 | Dallas | TX | 75201-6659 | | 214-855-7500 | 214-855-7584 | tberghman@munsch.com |
| Counsel to Highland Lakes Property, LLC | Nelson Mullins Riley & Scarborough LLP | Attn: Nicolette Corso Vilmos | 390 North Orange Avenue | Suite 1400 | Orlando | FL | 32801 | | 407-839-4233 | 407-650-0955 | nicolette.vilmos@nelsonmullins.com |
| Counsel to Wasa Properties Southlake Pavilion LLC | Norton Rose Fulbright US LLP | Attn: Samuel S. Kohn and James A. Copeland | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | | 212-408-5100 | 212-541-5369 | samuel.kohn@nortonrosefulbright.com |
| Counsel to County of Imperial, California | Office of the Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector | 940 West Main Street | Suite 106 | El Centro | CA | 92243 | | 442-265-1270 | 442-265-1272 | |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Rich Schepacarter, Esq. | 844 King Street | Suite 2207 | Wilmington | DE | 19801 | | 302-573-6540 | 302-573-6497 | Richard.Schepacarter@usdoj.gov |
| Counsel to Saul Subsidiary I, LP and Arena Shoppes LLLP | Offit Kurman, P.A. | Attn: Frank E. Noyes, II | 1202 N. Orange Street | Suite 10E | Wilmington | DE | 19801 | | 267-338-1381 | 267-338-1335 | fnoyes@offitkurman.com |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Stephen A. Metz | 4800 Montgomery Lane | 9th Floor | Bethesda | MD | 20814 | | 240-507-1723 | 240-507-1735 | smetz@offitkurman.com |
| Counsel to Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Gretchen Crawford | Assistant District Attorney | 320 Robert S. Kerr, Room 505 | Oklahoma City | OK | 73102 | | 405-713-1685 | | grecra@oklahomacounty.org |
| Counsel to Israel Discount Bank of New York, as co-administrative agent and one of Debtors' prepetition secured lenders | Otterbourg P.C. | Attn: Daniel Fiorillo and Chad B. Simon | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | dfiorillo@otterbourg.com csimon@otterbourg.com |
| Counsel to Debtors | Pachulski Stang Ziehl & Jones LLP | Attn: Richard M. Pachulski and Peter J. Keane | 919 North Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899 | | 302-652-4100 | 302-652-4400 | rpachulski@pszjlaw.com pkeane@pszjlaw.com |
| Counsel to Hilco Merchant Resources, LLC | Pepper Hamilton LLP | Attn: Douglas D. Herrmann, Esq. and Marcy J. McLaughlin, Esq. | Hercules Plaza, Suite 5100 | 1313 N. Market Street | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | herrmannd@pepperlaw.com mclaughlinm@pepperlaw.com |
| Counsel to Maverick County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Carlos M. Arce | 8626 Tesoro Drive | Suite 816 | San Antonio | TX | 78217 | | 210-998-3230 | 210-998-3231 | carce@pbfcm.com |
| Arlington ISD, Richardson ISD, Carrollton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Eboney Cobb | 500 E. Border Street | Suite 640 | Arlington | TX | 76010 | | 817-461-3344 | 817-860-6509 | ecobb@pbfcm.com |
| Counsel to City of Weslaco, Weslaco ISD, & Edinburg CISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks | 3301 Northland Drive | Suite 505 | Austin | TX | 78731 | | 512-302-0190 | 512-302-1802 | jbanks@pbfcm.com |
| Counsel to Acceo Solutions Inc. | Perkins Coie LLP | Attn: Schuyler G. Carroll | 30 Rockefeller Center | 22nd Floor | New York | NY | 10112-0085 | | 212-262-6900 | 212-977-1649 | SCarroll@perkinscoie.com |
| Counsel to Rainbow Southeast Leasing, Inc. | Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP | Attn: Cliff A. Katz & Sherri D. Lydell | 475 Park Avenue South | 18th Floor | New York | NY | 10016 | | 212-593-3000 | 212-593-0353 | ckatz@platzerlaw.com slydell@platzerlaw.com |
| Counsel to Highland Lakes Property, LLC | Polsinelli PC | Attn: Shanti M. Katona | 222 Delaware Ave. | Suite 1101 | Wilmington | DE | 19801 | | 302-252-0920 | 302-252-0921 | skatona@polsinelli.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer | 830 3rd Avenue, Floor 9 | | New York | NY | 10022 | | 212-257-5450 | 212-257-5452 | nationalstoresteam@primeclerk.com serviceqa@primeclerk.com |
| Counsel to Bethany 43, LLC; Randolph Plaza II, LLC and Menlo Park Shopping Center Company, LLP | Rashti and Mitchell Attorneys at Law | Attn: Timothy T. Mitchell & Donna Kaye Rashti | 4422 Ridgeside Drive | | Dallas | TX | 75244 | | 972-661-9471 | 972-503-9611 | tim@rashtiandmitchell.com donna@rashtiandmitchell.com dkrm@aol.com |
| Co-Counsel to Encina Business Credit, LLC, as Administrative Agent and Collateral Agent, one of Debtors' prepetition secured lenders and Israel Discount Bank of New York | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Esq., John H. Knight, Esq. and David T. Queroli, Esq. | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | | 302-651-7700 | 302-651-7701 | collins@rlf.com knight@rlf.com queroli@rlf.com |

In re: J & M Sales Inc., et al.
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to North Riverside Park Associates LLC | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel | 875 Third Avenue | 9th Floor | New York | NY | 10022 | | 212-603-6300 | 212-956-2164 | fbr@robinsonbrog.com |
| Counsel to Kram Construction Co., a California Corporation; and Kormag Construction Co., a California Corporation | Rosenbaum & Associates | Attn: Paul R. Rosenbaum | 3580 Wilshire Blvd. | Ste 1260 | Los Angeles | CA | 90010 | | 323-900-0500 | 323-686-5371 | paul@prrlawyers.com |
| Counsel to South Carolina Dep. Of Employment and Workforce | S.C. Department of Employment and Workforce | Attn: E.B. "Trey" McLeod, III | Post Office Box 8597 | | Columbia | SC | 29202 | | 803-737-3043 | | tmcleod@dew.sc.gov |
| Counsel to Amherst Station II LLC; Buckingham Station LLC; Edgewood Station LLC; Heritage Oaks Station L.P.; Sunrise Marketplace Station LLC; Towne Crossing Station LLC; Phillips Edison & Company; and Phillips Edison Limited Partnership. | Saul Ewing Arnstein & Lehr LLP | Attn: Lucian Murley | 1201 North Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | | 302-421-6898 | | luke.murley@saul.com |
| Counsel to Amherst Station II LLC; Buckingham Station LLC; Edgewood Station LLC; Heritage Oaks Station L.P.; Sunrise Marketplace Station LLC; Towne Crossing Station LLC; Phillips Edison & Company; and Phillips Edison Limited Partnership. | Saul Ewing Arnstein & Lehr LLP | Attn: Maria Ellena Chavez-Ruark | 500 East Pratt Street | 9th Floor | Baltimore | MD | 21202 | | 410-332-8797 | | maria.ruark@saul.com |
| Counsel to 5FI Ford City - Chicago, LLC; | Saul Ewing Arnstein & Lehr LLP | Attn: Mark Minuti | 1201 North Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | | 302-421-6840 | 302-421-5873 | mark.minuti@saul.com |
| Counsel to CM Houston Properties #1, LLC | Schlanger, Silver, Barg & Paine, L.L.P. | Attn: Julia A. Cook | 109 North Post Oak Lane | Suite 300 | Houston | TX | 77024 | | 713-785-1700 | 713-785-2091 | jcook@ssbplaw.com |
| Counsel to UnitedHealthcare Insurance Company and United HealthCare Services, Inc. | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. and Latonia Williams, Esq. | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com lwilliams@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com |
| Counsel to New Westgate Mall LLC, Malway Realty Associates LP, successor-in-interest to Trustees of Malway Realty Trust | Sullivan Hazeltine Allison LLC | Attn: Elihu E. Allinson, III | 901 North Market Street | Suite 1300 | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | zallinson@sha-llc.com |
| Interested Party | SulmeyerKupetz, A Professional Corporation | Attn: Jeffrey M. Pomerance | 333 South Hope Street | 35th Floor | Los Angeles | CA | 90071-1406 | | 213-626-2311 | 213-629-4520 | jpomerance@sulmeyerlaw.com |
| Counsel to Michael Fallas and Pegasus Trucking LLC | SulmeyerKupetz, A Professional Corporation | Attn: Victor A. Sahn, Esq. and Jeffrey M. Pomerance, Esq. | 333 South Hope Street | 3400 | Los Angeles | CA | 90071-1406 | | 213-626-2311 | 213-629-4520 | vsahn@sulmeyerlaw.com jpomerance@sulmeyerlaw.com |
| Counsel to Professional Properties of Las Vegas | Sylvester & Polednak, LTD. | Attn: Donald T. Polednak | 1731 Village Center Circle | | Las Vegas | NV | 89134 | | 702-952-5200 | 702-952-5205 | don@sylvesterpolednak.com |
| Counsel to WHLR-JANAF, LLC | The Law Offices of David A. Greer PLC | Attn: David A. Greer | 500 East Main Street | Suite 1225 | Norfolk | VA | 23510 | | 757-227-5155 | 757-227-5158 | dgreer@davidgreerlaw.com |
| Counsel to Rainbow Southeast Leasing, Inc. | The Rosner Law Group LLC | Attn: Frederick B. Rosner & Jason A. Gibson | 824 N. Market Street | Suite 810 | Wilmington | DE | 19801 | | 302-777-1111 | | rosner@teamrosner.com gibson@teamrosner.com |
| Counsel to Travis County | Travis County Attorney | Attn: David Escamilla | P.O. Box 1748 | | Austin | TX | 78767 | | 512-854-9092 | 512-854-9316 | |
| U.S. Department of Justice | U.S. Department of Justice | | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 | | | | |
| US Attorney for the District of Delaware | US Attorney for Delaware | Attn: Charles Oberly | c/o Ellen Slights | 1007 Orange Street, Suite 700, P.O. Box 2046 | Wilmington | DE | 19899-2046 | | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov |
| Counsel to SKBB Investments, L.P. | Venable LLP | Attn: Jamie L. Edmonson & Daniel A. O'Brien | 1201 N. Market | Suite 1400 | Wilmington | DE | 19801 | | 302-298-3535 | 302-298-3550 | jledmonson@venable.com daobrien@venable.com |
| Counsel to SKBB Investments, L.P. | Venable LLP | Attn: Keith C. Owens | 2049 Century Park East | Suite 2300 | Los Angeles | CA | 90067 | | 310-229-9900 | 310-229-9901 | kcowens@venable.com |
| Counsel to West Road Plaza, LP | Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Carruth | 3030 Matlock Rd. | Suite 201 | Arlington | TX | 76015 | | 817-795-5416 | 866-666-5322 | jcarruth@wkpz.com |
| Counsel to Pegasus Trucking LLC | Whiteford, Taylor & Preston LLP | Attn: Christopher M. Samis, L. Katherine Good, Aaron H. Stulman | The Renaissance Centre | 405 North King Street, Suite 500 | Wilmington | DE | 19801 | | 302-353-4144 | 302-661-7950 | csamis@wtplaw.com kgood@wtplaw.com astulman@wtplaw.com |

In re: J & M Sales Inc., et al.
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Forsgate Industrial Complex | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | 90 Woodbridge Center Drive | Suite 900, Box 10 | Woodbridge | NJ | 07095 | | 732-636-8000 | 732-726-6570 | dstein@wilentz.com |
| Counsel to Thor Gallery at South DeKalb, LLC | Wiles & Wiles, LLP | Attn: Victor W. Newmark | 800 Kennesaw Avenue | Suite 400 | Marietta | GA | 30060-7946 | | 770-426-4619 | 770-426-4846 | bankruptcy@evict.net |
| Counsel to Allura Imports; Children's Apparel Network; Johnny Signature International Inc.; Kidz Concepts LLC; One Step Up, Ltd.; Cudlie International; Seven Apparel Group; Miss Sportswear Inc.; MSA Apparel LLC; Kids Cant Miss LLC; A Base IX Co LLC; CSCO LLC; Apparel Trading International, Inc.; Ikeddi Enterprises Inc.; Vandale Industries, Inc.; AJ Facts-Tuff Cookies; Sasha Handbags; Import Export Metro Limited; Essentials New York LLC; Hot Chocolate Inc.; Geneva Factors Ltd.; 2619 Realty Holding LLC; and Silver State LLC | Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Ericka F. Johnson and Matthew P. Ward | 222 Delaware Avenue | Suite 1501 | Wilmington | DE | 19801 | | 302-252-4320 | | kevin.mangan@wbd-us.com ericka.johnson@wbd-us.com |
| Counsel to Interested Party | Wright, Constable & Skeen, LLP | Attn: Michael A. Stover, George J. Bachrach | 7 St. Paul Street | 18th Floor | Baltimore | MD | 21202 | | 410-659-1321 | 410-659-1350 | mstover@wcslaw.com gbachrach@wcslaw.com |