# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M SALES INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11801 (LSS)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that request is made by counsel for interested parties Priority Technology Holdings, Inc. ("Priority") and Swipe Payment Solutions, Inc. ("Swipe" and together with Priority the "Interested Parties"), in the above-referenced case, in accordance with 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. Rules 2002 and 9010(b) (the "Rules"), that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon:

| | |
|---|---|
| Natasha M. Songonuga, Esq.<br>**GIBBONS P.C.**<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801-1671<br>Telephone: (302) 518-6324<br>Facsimile: (302) 429-6294<br>E-mail: nsongonuga@gibbonslaw.com | Theodore A. Cohen, Esq.<br>Alan M. Feld, Esq.<br>Shadi Farzan, Esq.<br>**SHEPPARD MULLIN**<br>333 S. Hope Street, 43rd Fl<br>Los Angeles, CA 90071-1422<br>Telephone: (213) 620-1780<br>Facsimile: (213) 443-2896<br>E-mail: tcohen@sheppardmullin.com<br>afeld@sheppardmullin.com<br>sfarzan@sheppardmullin.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes without limitation orders and notices of any application, motion, petition, pleading, request, complaint of demand,

---

[1] Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of creditors with respect to the Debtors or any related entity, or property or proceeds thereof in which the Debtors may claim an interest.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Interested Parties' rights: (i) to have final orders in non-core matters, as well as statutory core matters in which the court lacks the Constitutional authority to enter a final order absent the consent of the parties, entered only after de novo review by a district court judge; (ii) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; and (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, defenses, setoffs or recoupments to which Interested Parties are and/or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that this appearance and request for notice is made without prejudice to Interested Parties' rights, remedies and claims against other entities. All rights, remedies and claims are hereby expressly reserved.

| | |
|---|---|
| Dated: October 26, 2018<br>Wilmington, Delaware | **GIBBONS P.C.**<br><br>By: */s/ Natasha M. Songonuga*<br>Natasha M. Songonuga, Esq. (Bar No. 5391)<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801-1058<br>Telephone: (302) 295-4875<br>Facsimile: (302) 295-4876<br>E-mail: nsongonuga@gibbonslaw.com<br><br>*Priority Technology Holdings, Inc. and Swipe Payment Solutions, Inc.* |