**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>J & M SALES, INC., *et al.*[1]<br>                        Debtors. | Chapter 11<br><br>Case No. 18-11801 (LSS)<br><br>(Jointly Administered) |

**NOTICE BY PEGASUS TRUCKING, LLC OF EXERCISE OF NON-RESIDENTIAL REAL PROPERTY LEASE DESIGNATION RIGHTS GRANTED PURSUANT TO ASSET PURCHASE AGREEMENT BETWEEN CHAPTER 11 DEBTORS AND PEGASUS RESPECTING REAL PROPERTY LOCATED AT STATE HIGHWAY NO. 2, Km. 7.1, BAYAMON, PUERTO RICO**

**TO SANTA ROSA MALL, LLC, A Delaware Limited Liability Company as landlord and as represented by its managing agent, Commercial Centers Management Realty, S. en C., a Puerto Rico limited partnership ("Landlord"):**

**PLEASE TAKE NOTICE** that Pegasus Trucking, LLC ("Pegasus") hereby gives notice pursuant Paragraph 7.1(b)[2] of the Asset Purchase Agreement between the Debtors and Pegasus

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J & M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). The location of the Debtors' service address is 15001 South Figueroa Street, Gardena, California 90248.

[2] Pargraph 7.1(b) of the Asset Purchase Agreement provides as follows:
"(b) The Lease Designation Rights (referred to as "Designation Rights" in this Notice) may be exercised at any time and from time to time, by the filing of a notice in the Bankruptcy Case (each such notice, a "Lease Assumption Notice") and by service (by electronic means or via overnight mail) to landlords and their counsel, if known to Buyer, of <u>adequate assurance information with respect to the proposed designee or assignee, as the case may be, and setting forth the proposed Cure Amounts in connection therewith and a proposed form of order approving such proposed assumption or assumption and assignment, with such production of adequate assurance information subject to appropriate confidentiality protections concerning the assignee or designee, as the case may be. The counterparties to the Additional Leases identified in any Lease Assumption Notice shall have fourteen (14) days to object to the proposed assumption and assignment; if no objection to the proposed assumption and assignment of an Additional Lease is timely received, the Court shall enter an order approving such assumption and assignment following receipt of submission of a certification of counsel and the assumption and assignment of such Additional Lease shall, upon entry of such order and payment of the applicable Cure Amount, if any, to the applicable counterparty, become effective. If an objection to the proposed assumption and assignment of a real property lease is timely received, such real property lease shall not be assumed or assigned until such objection is resolved by agreement of the applicable counterparty or order of the Bankruptcy Court.</u> (emphasis added)

which is attached as Exhibit "A" to the "Order Approving Sale Of Certain Purchased Assets And Granting Related Relief" (Docket #670) of the exercise of its Designation Rights.  This notice pertains to store number 732 of the Debtors located at State Highway No. 2, Km. 7.1, Bayamon, Puerto Rico ("Property" or "Lease").[3]

By this Notice and the information pertaining to adequate assurance of future performance as required by Section 365(b)(1)(C), Pegasus provides Landlord with the following information (not attached here): (1) Correspondence from Pegasus' counsel regarding the purchase transaction (which has now closed as of October 19, 2018), (2) A Declaration from Michael Fallas regarding his experience and qualifications to operate the approximately 85 Stores that have been acquired by Pegasus as of October 19, (3) An excel document showing go-forward projections of operations for Pegasus following acquisition of the stores and inventory, Furniture, Fixtures and Equipment within the 85 Stores and the lease Designation Rights for all of the remaining real property leases of the Debtors of which the Property is included as one of the leases.

Pursuant to this Notice which has been sent to Landlord by overnight mail, Landlord has **14 Days** to object to the assumption and assignment of its Lease to Pegasus after which, if no such objection has been filed, Pegasus will lodge an Order with the Bankruptcy Court, without further notice, granting the assumption and assignment of the Lease to Pegasus.  If Landlord objects to the assumption and assignment of its Lease to Pegasus, and timely files a written objection with the Bankruptcy Court, Pegasus will set a hearing before the Bankruptcy Judge assigned to hear these Bankruptcy Cases, the Honorable Laurie Selber Silverstein, at the first date available on the Bankruptcy Court's calendar.  Landlord should direct all questions to Victor

---

[3] The acquisition by Pegasus from the Debtors provided for in the Asset Purchase Agreement and in the Court Order at Docket #670, closed on October 19, 2018.

A. Sahn at Sulmeyer Kupetz whose name, firm name and contact information appears in the signature block, below.  The failure to file a timely objection may be deemed, under this Notice and the Local Rules governing practice and procedure before this Court as a waiver of any such objections and as consent to the relief requested in this Notice.

Dated: October 26, 2018  
Wilmington, Delaware

Respectfully submitted

By: */s/ Christopher M. Samis*  
Christopher M. Samis (DE No. 4909)  
L. Katherine Good (DE No. 5101)  
Aaron H. Stulman (DE No. 5807)  
WHITEFORD, TAYLOR & PRESTON LLC  
The Renaissance Centre  
405 North King Street, Suite 500  
Wilmington, Delaware 19801  
Telephone:  (302) 353-4144  
Facsimile:  (302) 661-7950  
Email:  csamis@wtplaw.com  
kgood@wtplaw.com  
astulman@wtplaw.com

*-and-*

Victor A. Sahn (CA No. 97299)  
David S. Kupetz (CA No. 125062)  
Mark S. Horoupian (CA No. 175373)  
Daniel A. Lev (CA No. 129622)  
Jeffrey M. Pomerance (CA No. 159037)  
**SULMEYER**KUPETZ, A.P.C.  
333 South Grand Avenue, Suite 3400  
Los Angeles, CA 90071-1406  
Telephone:  (213) 626-2311  
Facsimile:  (213) 629-4520  
Email:  vsahn@sulmeyerlaw.com  
dkupetz@sulmeyerlaw.com  
mhoroupian@sulmeyerlaw.com  
dlev@sulmeyerlaw.com  
jpomerance@sulmeyerlaw.com

Counsel for Pegasus Trucking, LLC