## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:                                    Chapter 11

                                    Case No. 18 - 11801 (LSS )

Debtor: J & M SALES INC., et al.,_____

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of __Theodore A. Cohen of Sheppard Mullin_____

to represent __Priority Technology Holdings, Inc. and Swipe Payment Solutions, Inc._____

in this action.

/s/ Natasha M. Songonuga_____

Firm Name: Gibbons P.C.

Address: 300 Delaware Ave, Ste 1015
Wilmington, DE  19801

Phone: 302-518-6300
nsongonuga@gibbonslaw.com

Email:

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __California_____ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Theodore A. Cohen_____

Firm Name: Sheppard Mullin

Address: 333 S. Hope Street, 43rd Fl
Los Angeles, CA  90071-1422

Phone: (213) 620-1780
tcohen@sheppardmullin.com

Email:

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: October 29th, 2018**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**