**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re:   Chapter 11

Case No. 18 - 11801  (LSS)

Debtor: J & M SALES INC., et al.,

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Alan M. Feld of Sheppard Mullin to represent Priority Technology Holdings, Inc. and Swipe Payment Solutions, Inc. in this action.

/s/ Natasha M. Songonuga

Firm Name: Gibbons P.C.
Address: 300 Delaware Ave, Ste 1015
Wilmington, DE 19801
Phone: 302-518-6300
Email: nsongonuga@gibbonslaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Alan M. Feld

Firm Name: Sheppard Mullin
Address: 333 S. Hope Street, 43rd Fl
Los Angeles, CA 90071-1422
Phone: (213) 620-1780
Email: afeld@sheppardmullin.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: October 29th, 2018
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

Local Form 105