IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**J & M SALES INC.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-11801 (LSS)<br><br>Jointly Administered |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Jordan, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 25, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Nicole L Perkins [MMLID: 6896622] 2926 Lake Villa Dr, Missouri City, TX 77459:

- Notice of Chapter 11 Bankruptcy Case [Docket No. 143]

On October 25, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the service list attached hereto as **Exhibit A**:

- Auction Notice [Docket No. 526]

Dated: October 30, 2018

/s/ Stephanie Jordan
Stephanie Jordan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 30, 2018, by Stephanie Jordan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Mark M Brown

MARK M BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2022

---

1. Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

SRF 28512

**Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 6893671 | Carter, Brandy N | 11550 S Morgan ST | | Chicago | IL | 60643-5252 |
| 6907729 | Freeman, Marco | 2746 N 107th St | | Milwaukee | WI | 53222 |
| 6920357 | GREENWICH ACC.CO/SAX | 30 NURNEY ST | | STAMFORD | CT | 06902-4617 |
| 6897469 | Gross, Rosanne N | 1604 Sabatino Dr | | Sparks | NV | 89434-2579 |
| 6890779 | Jackson, D'Andre R | 1204 W 84TH LN | | MerrillVille | IN | 46410-6635 |
| 6889285 | Johnson, Alora D | 1595 N Fairfield Rd | | Beavercreek | OH | 45432-2739 |
| 6903723 | Munoz, Jennifer | PO Box 1924 | | Corpus Christi | TX | 78403-1924 |
| 6920353 | O'CONNOR, MARIA L | 138 LYNDALE AVE | | SAN JOSE | CA | 95127-2817 |
| 6919330 | PACIFIC AIR CONDITIONING AND HEATIN | PO BOX 60 | | ROCKLIN | CA | 95677-0060 |
| 6918312 | PRIME GARMENT | 66 RANDALL AVE | | ROCKVILLE CTR | NY | 11570-3922 |
| 6887273 | Russell, Cherish | 8518 S Peoria St | Fl 2 | Chicago | IL | 60620-3255 |
| 6889076 | Sanchez, Dianna B | 42365 Warner TRL | | Palm Desert | CA | 92211-8253 |
| 6910774 | Santiago, Felix | 419 E Galena Blvd | Apt 111 | Aurora | CA | 60505-3445 |