# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| J&M SALES, INC., *et al.*, | : | Case No. 18-11801 (LLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION
## <u>*PRO HAC VICE* OF DAREN M. SCHLECTER</u>

  Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Daren M. Schlecter, Esquire of the Law Offices of Daren M. Schlecter to represent Sheila Biddle in the above-captioned matter.

Dated:  November 1, 2018       COZEN O'CONNOR

                <u>*/s/ Thomas J. Francella, Jr.*  </u>
                Thomas J. Francella, Jr. (No. 3835)
                1201 North Market Street, Suite 1001
                Wilmington, DE 19801
                Telephone:  (302) 295-2023
                *Delaware Counsel to*
                *Sheila Biddle*

## <u>ORDER GRANTING MOTION</u>

  IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing and in good standing as a member of the bars of the State of California. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 1, 2018      /s/*Daren M. Schlecter*
                 Daren M. Schlecter, Esq.
                 THE LAW OFFICE OF DAREN M. SCHLECTER
                 1925 Century Park East- Suite 830
                 Los Angeles, CA 90067
                 Telephone: (310) 553-5815
                 Email: daren@schlecterlaw.com