IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| J&M SALES, INC., *et al.*, | : | Case No. 18-11801 (LLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF DAREN M. SCHLECTER

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Daren M. Schlecter, Esquire of the Law Offices of Daren M. Schlecter to represent Sheila Biddle in the above-captioned matter.

Dated:  November 1, 2018        COZEN O'CONNOR

        */s/ Thomas J. Francella, Jr.*
        Thomas J. Francella, Jr. (No. 3835)
        1201 North Market Street, Suite 1001
        Wilmington, DE 19801
        Telephone:  (302) 295-2023
        *Delaware Counsel to*
        *Sheila Biddle*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: November 1st, 2018**        **LAURIE SELBER SILVERSTEIN**
**Wilmington, Delaware**        **UNITED STATES BANKRUPTCY JUDGE**