**IBM CORPORATION**
275 Viger East
Montreal, Quebec, H2X 3R7
Canada
514-964-0694
Fax 845-491-5032
mjdube@ca.ibm.com

FILED
2018 NOV -7  AM 11: 27
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

November 05, 2018

UNITED STATES BANKRUPTCY COURT
District of Delaware

RE: National Stores, Inc.

CHAPTER 11
CASE# 18-11802

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that International Business Machines Credit LLC (ICC), a creditor and party-in-interest herein, hereby appears in the chapter 11 case, and requests that, pursuant to Rule 2002 of the Bankruptcy Rules, copies of all notices, motions, applications, petitions, pleadings, and orders be duly served on the undersigned at the address herein below noted and be directed to the attention of:

ATTN: Marie-Josee Dube
IBM Corporation
275 Viger East
Montreal, Quebec H2X 3R7
Canada

**INTERNATIONAL BUSINESS MACHINES CORPORATION**

BY: /s/ Marie-Josee Dube
  Marie-Josee Dube
  IBM Corporation

TO: Clerk of the Court
  US Bankruptcy Court
  District of Delaware
  824 N. Market Street, 3rd Floor
  Wilmington, DE 19801