IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| J & M SALES INC., *et al.*,[1] | Case No. 18-11801 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF
PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

Please take notice that Honigman Miller Schwartz and Cohn LLP hereby appears in the above-captioned case as counsel for Silverado Ranch Plaza, LLC and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, be served upon the following attorneys, and that the undersigned be added to the master service list on file with the Clerk of the Court:

> Lawrence A. Lichtman, Esq.
> Honigman Miller Schwartz and Cohn LLP
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI  48226
> Telephone:  (313) 465-7590
> Facsimile:  (313) 465-7591
> Email:  llichtman@honigman.com

Please take notice that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

28984376.1

filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, email, facsimile or otherwise.

The foregoing request also includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

PLEASE TAKE FURTHER NOTICE THAT, this Appearance shall not be deemed to be a waiver of any rights of Silverado Ranch Plaza, LLC (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (v) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Silverado Ranch Plaza, LLC is or may be entitled under agreements in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Silverado Ranch Plaza, LLC expressly reserves.

                                      HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                      *Attorneys for Silverado Ranch Plaza, LLC*

                                      By: /s/ Lawrence A. Lichtman
                                            Lawrence A. Lichtman (Michigan Bar # P35403)
                                      Not admitted in Delaware
                                      2290 First National Building
                                      660 Woodward Avenue
                                      Detroit, MI 48226-3583
                                      Telephone: (313) 465-7590
                                      Facsimile: (313) 465-7591
Dated: November 9, 2018          llichtman@honigman.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| J & M SALES INC., *et al.*,[1] | Case No. 18-11801 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 9, 2018, I caused to be electronically filed the foregoing papers with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

By: /s/ Lawrence A. Lichtman
Lawrence A. Lichtman

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

28984376.1