**EXHIBIT J**



25 October 2018

Ms. Colleen Badessa
Sponsorship Oversight Specialist
CITIZENS BANK, N.A.
One Citizen Drive
Riverside, Rhode Island 02915
United States


**POTENTIAL ACCOUNT DATA COMPROMISE EVENT RESPONSIBILITY
MC ALERTS CASE # ADC004569-17, NATIONAL STORES (FALLAS), ICA 5110**

Dear Ms. Badessa:

Mastercard is currently investigating the above-referenced potential Account Data Compromise (ADC) Event.  Mastercard will not comment further about this matter until the investigation is completed.  However, as a courtesy to CITIZENS BANK, N.A., Mastercard has prepared a preliminary and conditional financial estimate of Operational Reimbursement (OR) and Fraud Recovery (FR).  The OR and FR is based on the number of "at-risk" accounts published to date for this Event in Mastercard Alerts.

As the acquirer of record, Mastercard may determine that CITIZENS BANK, N.A. is responsible for OR and/or FR.  Any actual responsibility will be determined after the investigation concludes.

The current estimated OR and FR is as follows:

|  | **Estimated Responsibility** |
|---|---:|
| Operational Reimbursement | $435,208.53 |
| Fraud Recovery | N/A |
| **Total** | $435,208.53 |

**Again, please note that these are preliminary, conditional estimates only.** Further, the estimate may be subject to a PCI-related Cap per Section 10.2.5.3 of the Mastercard *Security Rules and Procedures* Manual. This letter does not address other potential fees, assessments or the like that may relate to or arise in connection with the above referenced potential ADC Event. Mastercard values its relationship with CITIZENS BANK, N.A. and is committed to enforcing data security standards for the protection of cardholder information throughout the transaction life cycle. We trust CITIZENS BANK, N.A. supports our initiatives to ensure that all participants, including merchants, vendors, and processors, effectively safeguard and secure payment account data.

Please respond to this communication if you believe this event qualifies for a deductible due to Hybrid POS terminal processing thresholds identified in Section 10.2.5.4 and 10.2.5.5 of the Mastercard *Security Rules and Procedures* Manual.

If you have any questions or require further clarification, please contact the Account Data Compromise mailbox at account_data_compromise@mastercard.com, or contact your Mastercard Customer Fraud Management Representative.

Sincerely,

Marie Russo
Senior Vice President
Account Data Compromise