**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| J & M SALES, INC..ET AL. | Case No: 18-11801 (LSS) |
| Debtors | Chapter: 11 |

## NOTICE OF WITHDRAWAL

TO THE HONORABLE COURT:

COMES NOW, YABUCOA DEVELOPMENT, S.E. ("YDSE"), through the undersigned attorney, and most respectfully state and prays as follows:

1.    YDSE hereby respectfully withdraws the Motion for Allowance for Administrative Rent filed at docket #699.

WHEREFORE, it is respectfully prayed that this Honorable Court grant the instant Motion.

I HEREBY CERTIFY: That on this same date, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which will send notice of this filing to all parties in interest as per master address list.

In San Juan, Puerto Rico, this 19th day of September, 2018.

/s/ Rosendo E. Miranda López
Rosendo E. Miranda López, Esq.
**U.S.D.C.-PR  219405**
PO Box 192096
San Juan, PR 00919-2096
Tel.724-3393 Fax: 723-6774
r.miranda@rmirandalex.net