# EXHIBIT 2

ALERT: DUE TO WILDFIRES IN CALIFORNIA, USPS SERVICES ARE IMPACTED IN THOSE ARE…

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 70171450000106366403

Remove X

Your item was delivered to an individual at the address at 10:58 am on March 19, 2018 in MIAMI, FL 33137.

## ✓ Delivered

March 19, 2018 at 10:58 am
Delivered, Left with Individual
MIAMI, FL 33137

Feedback

### Tracking History

**March 19, 2018, 10:58 am**
Delivered, Left with Individual
MIAMI, FL 33137
Your item was delivered to an individual at the address at 10:58 am on March 19, 2018 in MIAMI, FL 33137.

**March 16, 2018, 5:00 pm**
Departed USPS Regional Facility
MIAMI FL DISTRIBUTION CENTER

**March 16, 2018, 10:36 am**
Arrived at USPS Regional Facility
MIAMI FL DISTRIBUTION CENTER

**March 15, 2018, 9:02 pm**
Departed USPS Regional Facility

ORLANDO FL DISTRIBUTION CENTER

**March 15, 2018, 11:58 am**
Arrived at USPS Regional Facility
ORLANDO FL DISTRIBUTION CENTER

**March 12, 2018, 11:03 pm**
Arrived at USPS Regional Facility
SAN JUAN PR DISTRIBUTION CENTER

**Product Information** 

See Less ∧

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS' automated equipment.

**app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**

Feedback