UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **J & M SALES INC.**, *et al.*, | Case No. 18-11801 (LSS) |
| Debtors.[1] | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Joudeleen C. Frans, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 19, 2018, at my direction and under my supervision, employees of Prime Clerk caused a letter to landlords regarding surrender of premises, a sample of which is attached hereto as **Exhibit A**, to be personalized and served via Overnight Mail on the Store Closing Landlord Service List attached hereto as **Exhibit B**.

Dated: November 20, 2018

_____
Joudeleen C. Frans

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 20, 2018, by Joudeleen C. Frans, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROBERT J. RUBEL JR.
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50070782
My Commission Expires 10/25/2022

---

1. Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

SRF 29025

**<u>Exhibit A</u>**

# Katten
#### Katten Muchin Rosenman LLP

525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200 tel
312.902.1061 fax

November 19, 2018

Geoff King
geoffrey.king@kattenlaw.com
312.902.5506 direct
312.902.1061 fax

[Landlord Mailing Address]

**Re:    [Leased Premises Address]**
**(hereinafter referred to as the "Premises")**

To Whom It May Concern:

On August 6, 2018, J & M Sales Inc. and certain of its affiliates (collectively, the "Debtors")[1] filed a voluntary petition under chapter 11 of title 11 of the United State Code. The cases are being jointly administered as *In re J & M Sales Inc., et al.* (Bankr. D. Del., Case No. 18-11801) (the "Chapter 11 Cases").

As you are aware, you ("Landlord") and one of the Debtors in the above-referenced Chapter 11 Cases are parties to a lease agreement in connection with the above-referenced Premises. Please take notice that, in accordance with the *Order Establishing Procedures for the Rejection of Unexpired Leases of Nonresidential Real Property* [Dkt. No. 465] and consistent with the *Notice of Rejection of Unexpired Lease of Nonresidential Real Property* [Dkt. No. 804], Debtors hereby provide written notice of the unequivocal and irrevocable surrender of the Premises to Landlord under the Lease, effective as of November 21, 2018. As part of the unequivocal and irrevocable surrender of the Premises, please be aware that an employee or agent of the Debtors will be available prior to 11:59 pm on November 21, 2018 in order turn over all keys, key codes and security codes, if any, to Landlord. If you are unavailable to receive all keys, key codes and security codes on November 21, 2018, the Debtors can arrange to turn over such materials at a later date. However, for the avoidance of doubt, if any keys, key codes and/or security codes are returned to you, at your election, after November 21, 2018, the Debtors' will not reenter the premises after November 21, 2018, and the Debtors' unequivocal and irrevocable surrender of the Premises will remain effective as of November 21, 2018.

In connection with the Debtors' unequivocal and irrevocable surrender of the Premises, please let the Debtors know if you would like utility services at the Premises to be shut off. Upon receipt of such a request, the Debtors will take any necessary action to terminate such utility service accounts as soon as possible. In the alternative, please contact the Debtors if assistance is necessary in order to arrange transition of any applicable utility accounts.

---

[1] The Debtors in the Chapter 11 Cases include J & M Sales Inc., National Stores, Inc., J&M Sales of Texas, LLC, FP Stores, Inc., Southern Island Stores, LLC, Southern Island Retail Stores LLC, Caribbean Island Stores, LLC, Pazzo FNB Corp., Fallas Stores Holdings, Inc., and Pazzo Management LLC.

Sincerely,

Geoff King

**Exhibit B**

Exhibit B
Store Closing Landlord Service List
Served via Overnight Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 6922710 | ARENA SHOPPES LLP | ATTN: OSCAR RODRIGUEZ | 2150 CORAL WAY | SUITE 4A | CORAL GABLES | FL | 33145 |
| 7041128 | BBJM ASSET FUND, LLC | C/O BRADFORD MANAGEMENT COMPANY | 2006 NORTH HIGHWAY 360 | | Grand Prairie | TX | 75050 |
| 6884009 | DDRM PROPERTIES LLC | ATTN: MICHAEL MCCONE | P.O. BOX 534626 | DEPT# 36538-2102-63295 | ATLANTA | GA | 30353-4626 |
| 6883037 | HENDON GOLDEN EAST, LLC | ATTN: NANCY KNAPP | 1100 N. WESLEYAN BLVD | STE 1000 | ROCKY MOUNT | NC | 27804 |
| 6883088 | LAKES MALL INVESTMENT, LLC | ATTN: ANGEL MARTIN | 696 NE 125TH STREET | | NORTH MIAMI | FL | 33161 |
| 7041126 | LAUDERDALE LAKES MALL, LLC | C/O URBAN AMERICA LP | 30 BROAD STREET, 31ST FLOOR | | New York | NY | 10004 |
| 6883060 | LW JOG SC, LTD | P.O. BOX 11229 | | | KNOXVILLE | TN | 37939 |
| 7041127 | PDCM ASSOCIATES S.E. | ATTN: DAVID KOPEL, CORPORATE DIRECTOR | BANCO SANTANDER PUERTO RICO | 207 PONCE DE LEON AVENUE 7TH FLR | SAN JUAN | PR | 00917 |
| 7041128 | RETAIL OPPORTUNITY INVESTMENT PSHIP | ATTN: KITTIE SMITH | MS 631099 | P.O. BOX 3953 | SEATTLE | WA | 98124-3953 |
| 6883270 | RMAF I, LLC (REDBIRD VILLAGE) | ATTN: BRENDA VILLASENOR | C/O PROPERTY MANAGEMENT ADVISORSINC | P.O. BOX 3490 | SEAL BEACH | CA | 90740 |
| 7041125 | RMS PROPERTIES LLC | 1491 WEST SCHAUMBURG ROAD | | | Schaumburg | IL | 60194 |
| 6883117 | SAVE MART SUPERMARKETS | ATTN: JENNIFER FREITAS | REAL ESTATE DEPARTMENT | P.O. BOX 4278 | MODESTO | CA | 95352 |
| 6883064 | SELECT-WESMARK PLAZA, LLC | ATTN: CINDY HATZISAVVAS | 400 TECHNE CENTER DRIVE | SUITE 320 | MILFORD | OH | 45150 |
| 6883039 | THE GALLERY AT SOUTH DEKALB | 2801 CANDLER ROAD | SUITE 75 | | DECATUR | GA | 30034 |
| 6883174 | THOR SOUTH DEKALB RETAIL LLC | P.O. BOX 712370 | | | CINCINNATI | OH | 45271-2370 |
| 6883071 | VIKING PARTNERS SOUTHCHASE VILLAGE | ATTN: MARK BERGER | C/O VP SOUTHCHASE | P.O. BOX 706360 | CINCINNATI | OH | 45270-6360 |