# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| J & M SALES, INC., *et al.*[1] | Case No. 18-11801 (LSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      :
                                   : SS.
NEW CASTLE COUNTY      :

I, Aaron H. Stulman, being duly sworn according to law, deposes and says that I am employed as an associate with the law firm of Whiteford, Taylor & Preston LLC, and that on October 29, 2018, I caused a copy of the following to be served on the parties attached hereto as **Exhibit A** by email (to those parties who have consented, hand-delivery (local) and first class mail (on non-consenting email parties).

- Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights Granted Pursuant to Asset Purchase Agreement Between Chapter 11 Debtors and Pegasus Respecting Real Property Located at State Highway No. 2, Km. 7.1, Bayamon, Puerto Rico [Docket No. 718]

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J & M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). The location of the Debtors' service address is 15001 South Figueroa Street, Gardena, California 90248.

10016670v1

_____
Aaron H. Stulman (No. 5807)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Telephone: (302) 353-4144
Email: astulman@wtplaw.com

SWORN TO AND SUBSCRIBED before me this 21st day of November, 2018

_____
Notary Public

[Notary Seal: LAUREN C. HUBER, COMMISSION EXPIRES OCT. 05, 2019, NOTARY PUBLIC, STATE OF DELAWARE]

10016670v1

## EXHIBIT A

10016670v1

In re: J & M Sales Inc., et al.
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Unitco Realty & Construction Co., Inc. | Ashby & Geddes, P.A. | Attn: Don A. Beskrone | 500 Delaware Avenue, 8th Floor | P.O. Box 1150 | Wilmington | DE | 19899-1150 | | 302-654-1888 | 302-654-2067 | dbeskrone@ashbygeddes.com |
| Counsel to Louise Paris Ltd., Mulitex Limited, Basicline International Ltd., Bhama International Inc., Lachmi's International Ltd., and Pier Enterprises Ltd. | Ask LLP | Attn: Edward E. Neiger, Esq. | 151 West 46th Street | 4th Floor | New York | NY | 10036 | | 212-267-7342 | 212-918-3427 | eneiger@askllp.com |
| Counsel to Gina Group, Twist Intimate Group and Nesso Jeans | Balasiano & Associates PLLC | Attn: Steven Balasiano | 6701 Bay Parkway | 3rd Floor | Brooklyn | NY | 11204 | | 201-328-2977 | | steven@balasianolaw.com |
| Counsel to Brixmor Property Group, Inc., The Weitzman Group, Inc., Federal Realty Investment Trust, Prime/FRIT Mission Hills, LLC and Prime/FRIT Bell Gardens, LLC | Ballard Spahr LLP | Attn: David L. Pollack, Esq. | 51st Floor - Mellon Bank Center | 1735 Market Street | Philadelphia | PA | 19103 | | 215-864-8325 | 215-864-9473 | pollack@ballardspahr.com |
| Counsel to Brixmor Property Group, Inc., The Weitzman Group, Inc., Federal Realty Investment Trust, Prime/FRIT Mission Hills, LLC, Prime/FRIT Bell Gardens, LLC and Valley Plaza, LLC | Ballard Spahr LLP | Attn: Leslie Heilman, Esq., Laurel D. Roglen, Esq. and Chantelle McClamb, Esq. | 919 Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4465 | 302-252-4466 | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; mcclambc@ballardspahr.com |
| Counsel to the Comptroller of Public Accounts of the State of Texas and the Texas Workforce Commission | Bankruptcy & Collections Division MC 008 | Attn: John Mark Stern | Assistant Attorney General | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4868 | 512-936-1409 | john.stern@oag.texas.gov |
| Counsel to PF-LYP, LLC and Atlantic Square, LLC | Barack Ferrazano Kirshbaum & Nagelberg LLP | Attn: William J. Barrett | 200 West Madison Street | Suite 3900 | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com |
| Counsel to Charlotte (Archdale) UY, LLC and Western Lights Properties, LLC | Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | | 315-413-7115 | 315-703-7349 | knewman@barclaydamon.com |
| Counsel to Gordon Brothers Finance Company | Bayard, P.A. | Attn: Justin R. Alberto, Erin R. Fay and Daniel N. Brogan | 600 N. King Street | Suite 400 | Wilmington | DE | 19801 | | 302-655-5000 | 302-658-6395 | jalberto@bayardlaw.com; efay@bayardlaw.com; dbrogan@bayardlaw.com |
| Counsel to Brazito Capital Venture I, LLC | Bell Nunnally & Martin LLP | Attn: Russell W. Mills & Scott R. Larson | 2323 Ross Ave. | Suite 1900 | Dallas | TX | 75201 | | 214-740-1400 | 214-740-1499 | rmills@bellnunnally.com; slarson@bellnunnally.com |
| Counsel to Herson Properties, LLC | Berg, LLP | Attn: Ronald S. Berg | 321 Ennisbrook Drive | | Montecito | CA | 93108 | | 805-845-3254; 818-414-2497 | 805-456-0878 | rsberglaw@gmail.com |
| Counsel to Protech Staffing Services, Inc. | Best Best & Krieger LLP | Attn: Caroline R. Djang | 18101 Von Karman Avenue | Suite 1000 | Irvine | CA | 92612 | | 949-263-2600 | 949-260-0972 | Caroline.Djang@bbklaw.com |
| Counsel to Crea/PPC Long Beach Towne Center PO, L.L.C., a Delaware limited liability company | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | 13215 E. Penn Street | Suite 510 | Whittier | CA | 90602-1797 | | 562-698-9771 | 562-309-8063 | ernie.park@bewleylaw.com |
| Counsel to Julius Young Hosiery Inc. | Blank Rome LLP | Attn: Bryan J. Hall | 1201 N. Market Street | Suite 800 | Wilmington | DE | 19801 | | 302-425-6400 | 302-425-6464 | bhall@blankrome.com |
| Counsel to Jefan LLC and Mascot LLC | Blank Rome LLP | Attn: Jeffrey Rhodes | 1825 Eye Street NW | | Washington | DC | 20006 | | 202-420-3150 | 202-379-9367 | JRhodes@BlankRome.com |
| Counsel to Jefan LLC and Mascot LLC | Blank Rome LLP | Attn: Josef W. Mintz | 1201 N. Market Street | Suite 800 | Wilmington | DE | 19801 | | 302-425-6478 | 215-832-5528 | Mintz@BlankRome.com |
| Interested Party | BMC Group VDR, LLC | Attn: T Feil | 3732 W. 120th Street | | Hawthorne | CA | 90250 | | 206-499-2169 | | tfeil@bmcgroup.com; ecfbk@bmcgroup.com |
| Counsel to Capital Funding Solutions, Inc. | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | vbantnerpeo@buchalter.com |
| Counsel to MBK Apparel, Inc. | Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr., Esquire and Mark D. Olivere, Esquire | 1313 North Market Street, Suite 5400 | Hercules Plaza | Wilmington | DE | 19801-6101 | | 302-295-0193 | 302-295-0199 | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| Co-Counsel to Encina Business Credit, LLC, as Administrative Agent and Collateral Agent, one of Debtors' prepetition secured lenders | Choate Hall & Stewart LLP | Attn: Kevin J. Simard, Esq., Douglas R. Gooding, Esq. and Saige E. Jutras, Esq. | Two International Place | | Boston | MA | 02110 | | 617-248-5000 | 617-248-4000 | ksimard@choate.com; dgooding@choate.com; sjutras@choate.com |
| Counsel to Curtis Young | Chris Pettit & Associates, P.C. | Attn: Elizabeth Guerroro-Southard and Christa Samaniego | 11902 Rustic Lane | | San Antonio | TX | 78230 | | 210-732-8300 | 210-764-1718 | elizabeths@pettitlaw.com; christasamaniego@mac.com |
| Counsel to HS Belmont LLC | Ciardi Ciardi & Astin | Attn: Daniel K. Astin, John D. McLaughlin Jr., Joseph J. McMahon Jr. | 1204 N. King Street | | Wilmington | DE | 19801 | | 302-658-1100 | 302-658-1300 | jmcmahon@ciardilaw.com |
| Counsel to City of Fort Worth | City Attorney's Office | Attn: Christopher B. Mosley | Senior Assistant City Attorney | 200 Texas Street | Fort Worth | TX | 76102 | | 817-392-7600 | 817-392-8359 | chris.mosley@fortworthtexas.gov |
| Counsel to IRC Aurora Commons, L.L.C., IRC Six Corners, L.L.C. | Connolly Gallagher LLP | Attn: Karen C. Bifferato and Kelly M. Conlan | 1000 West Street | Suite 1400 | Wilmington | DE | 19801 | | 302-757-7300 | 302-757-7299 | kbifferato@connollygallagher.com; kconlan@connollygallagher.com |

In re: J & M Sales Inc., *et al.*
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Cooley LLP | Attn: Jay Indyke, Seth Van Aalten and Michael Klein | The Grace Building | 1114 Avenue of the Americas, 46th Floor | New York | NY | 10036-7798 | | 212-479-6000 | 212-479-6275 | jindyke@cooley.com svanaalten@cooley.com mklein@cooley.com |
| Counsel to Western & Venice SC, LLC; David's Place Off-Price Clothing Co., Inc., Y.M.I. Jeanswear, Inc. and Topson Downs of California, Inc. | Cross & Simon, LLC | Attn: Christopher P. Simon | 1105 North Market Street | Suite 901 | Wilmington | DE | 19801 | | 302-777-4200 | 302-777-4224 | csimon@crosslaw.com |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Building | 820 N. French Street, 6th Floor | Wilmington | DE | 19801 | | 302-577-8400 | 302-577-6630 | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton | 820 N. French Street | | Wilmington | DE | 19801 | | 302-577-8461 | 302-577-8632 | FASNotify@state.de.us |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 | | 302-739-3073 | 302-739-5831 | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department | 820 Silver Lake Boulevard | Suite 100 | Dover | DE | 19904 | | 302-672-6700 | 302-739-5635 | statetreasurer@state.de.us |
| Counsel to Office of Unemployment Compensation Tax Services (UCTS) | Department of Labor and Industry | Attn: Deb Secrest | Collections Support Unit | 651 Boas Street, Room 702 | Harrisburg | PA | 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to Red Mountain Asset Fund I, LLC., Desert Sky Esplanade, LLC., Maryvale Plaza IA, LLC., Maryvale Terrace, LLC. | Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | 9401 Whilshire Boulevard | 9th Floor | Beverly Hills | CA | 90212 | | 301-273-6333 | 310-887-6802 | bmoldo@ecjlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Fox Rothschild LLP | Attn: Paul J. Labov | 101 Park Ave. | 17th Floor | New York | NY | 10178 | | 212-878-7900 | 212-692-0940 | plabov@foxrothschild.com |
| Counsel to the Official Committee of Unsecured Creditors | Fox Rothschild LLP | Attn: Thomas M. Horan and Courtney A. Emerson | 919 N. Market St. | Suite 300 | Wilmington | DE | 19899-2323 | | 302-654-7444 | 302-656-8920 | thoran@foxrothschild.com cemerson@foxrothschild.com |
| Counsel to MBK Apparel, Inc. | Friedman Law Group, P.C. | Attn: J. Bennett Friedman | 1900 Avenue of the Stars | 11th Floor | Los Angeles | CA | 90067 | | 310-552-8210 | 310-733-5442 | jfriedman@flg-law.com |
| Counsel to David's Place Off-Price Clothing Co., Inc., Y.M.I. Jeanswear, Inc. and Topson Downs of California, Inc. | Glaser Weil Fink Howard Avchen & Shapiro LLP | Attn: Robert L. Handler | 10250 Constellation Blvd. | 19th Floor | Los Angeles | CA | 90067 | | 310-553-3000 | 310-785-3590 | rhandler@glaserweil.com |
| Counsel to Beatrice Home Fashions | Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck | 99 Wood Avenue South | | Iselin | NJ | 08830 | | 732-476-2442 | 732-549-1881 | dbruck@greenbaumlaw.com |
| Counsel to Julius Young Hosiery Inc. | Hahn and Hessen LLP | Attn: Janine M. Figueiredo | 488 Madison Avenue | | New York | NY | 10022 | | 212-478-7200 | 212-478-7400 | jfigueiredo@hahnhessen.com |
| Counsel to HCP Highland Park, LLC | Halling Meza LLP | Attn: Chris W. Halling | 23586 Calabasas Road | Suite 200 | Calabasas | CA | 91302 | | 818-222-4994 | 818-222-4995 | challing@hallingmeza.com |
| Counsel to Mission Lodge Masonic Hall Association | Hanson Bridgett LLP | Attn: Nancy J. Newman | 425 Market Street | 26th Floor | San Francisco | CA | 94105 | | 415-995-5052 | 415-995-3450 | nnewman@hansonbridgett.com |
| Counsel to Landlord Philip Hart Revocable Living Trust | Hemar, Rousso & Heald, LLP | Attn: Jessica Mickelsen Simon | 15910 Ventura Boulevard | 12th Floor | Encino | CA | 91436-2829 | | 818-907-3128 | 818-501-2985 | jmsimon@hrhlaw.com |
| Counsel to Loomis Armored US, LLC | Hogan♦McDaniel | Attn: Daniel C. Kerrick, Esquire | 1311 Delaware Avenue | | Wilmington | DE | 19806 | | 302-656-7540 | | dckerrick@dkhogan.com |
| Counsel to Gordon Brothers Finance Company, as Administrative Agent, one of Debtors' prepetition secured lenders | Holland & Knight LLP | Attn: Jason DelMonico | 10 St. James Avenue | 11th Floor | Boston | MA | 02116 | | 617-523-2700 | 617-523-6850 | Jason.DelMonico@hklaw.com |
| Counsel to Gordon Brothers Finance Company | Holland & Knight LLP | Attn: Robert W. Jones | 200 Crescent Court | Suite 1600 | Dallas | TX | 75201 | | 214-964-9500 | 214-964-9501 | Robert.Jones@hklaw.com |
| Counsel to WC MRP Calumet Center, LLC | Husch Blackwell LLP | Attn: Lynn H. Butler | 111 Congress Avenue | Suite 1400 | Austin | TX | 78701 | | 512-479-9758 | 512-226-7318 | lynn.butler@huschblackwell.com |
| Interested Party | IBM Credit LLC | Attn: Paul Wearing | Special Handling Group | 7100 Highlands Pkwy | Smyrna | GA | 30082 | | | | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| Debtors | J & M Sales Inc. | Attn: President or General Counsel | 15001 South Figueroa Street | | Gardena | CA | 90248 | | | | |
| Counsel to Debtors | Katten Muchin Rosenman LLP | Attn: William Freeman, Karen Dine and Jerry Hall | 575 Madison Avenue | | New York | NY | 10022 | | 202-940-8800 | 202-940-8776 | bill.freeman@kattenlaw.com karen.dine@kattenlaw.com jerry.hall@kattenlaw.com |
| Counsel to National Retail Properties, Inc. and Philips International Holdings Corp. | Kelley Drye & Warren LLP | Attn: Robert L. LeHane and Jennifer D. Raviele | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com rlehane@kelleydrye.com jraviele@kelleydrye.com |
| Counsel to the Wayne County Treasurer | Kilpatrick & Associates, P.C. | Attn: Richardo I. Kilpatrick | 615 Griswold | Suite 1305 | Detroit | MI | 48226-3985 | | 248-377-0700 | | ecf@kaalaw.com |
| Counsel to Wasa Properties Southlake Pavilion LLC | Klein LLC | Attn: Julia B. Klein | 919 North Market Street | Suite 600 | Wilmington | DE | 19801 | | 302-438-0456 | 302-300-1733 | klein@kleinllc.com |

In re: J & M Sales Inc., et al.
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Western & Venice SC, LLC | Landau Gottfried & Berger LLP | Attn: Roye Zur | 1801 Century Park East | Suite 700 | Los Angeles | CA | 90067 | | 310-557-0050 | 310-557-0056 | rzur@lgbfirm.com |
| Counsel to NMC Anaheim, LLC; RLM Properties, LLC; Anaheim Island, LLC; Upside Crenshaw Holding, LLC; Au Zone Santa Ana, LLC; Levian Family Norwalk, LLC; Hekmatravan Family Norwalk, LLC; Norwalk Town Square Management, Inc.; NMC Upland, LLC; Norwalk Flallon, LLC; Upland Terry, LLC and Tomo GD, LLC. | Landsberg Law, APC | Attn: Ian S. Landsberg | 9300 Wilshire Boulevard | Suite 565 | Beverly Hills | CA | 90212 | | 310-409-2228 | 310-409-2380 | ian@landsberg-law.com |
| Counsel to Unitco Realty & Construction Co., Inc. | Lane & Nach, P.C. | Attn: Adam B. Nach | 2001 E. Campbell Ave. | #103 | Phoenix | AZ | 85016 | | 602-258-6000 | 602-258-6003 | Adam.nach@lane-nach.com |
| Counsel to Mission Lodge Masonic Hall Association | Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | 919 North Market Street | Suite 460 | Wilmington | DE | 19801 | | 302-472-7420 | 302-792-7420 | skaufman@skaufmanlaw.com |
| Counsel to CCF PCG Northridge LLC | Law Offices of Ronald K. Brown, Jr., APC | Attn: Ronald K. Brown, Jr. | 901 Dove Street | Suite 120 | Newport Beach | CA | 92660 | | 949-250-3322 | 949-250-3387 | ron@rkbrownlaw.com |
| Counsel to Allura Imports; Children's Apparel Network; Johnny Signature International Inc.; Kidz Concepts LLC; One Step Up, Ltd.; Cudlie International; Seven Apparel Group; Miss Sportswear Inc.; MSA Apparel LLC; Kids Cant Miss LLC; A Base IX Co LLC; CSCO LLC; Apparel Trading International, Inc.; Ikeddi Enterprises Inc.; Vandale Industries, Inc.; AJ Facts-Tuff Cookies; Sasha Handbags; Import Export Metro Limited; Essentials New York LLC; Hot Chocolate Inc.; and Geneva Factors Ltd. | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | 240 Madison Avenue | | New York | NY | 10016 | | 212-889-7400 | 212-684-0314 | hlazarus@lazarusandlazarus.com |
| Counsel to Valley Plaza, LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Gary E. Klausner, Daniel H. Reiss | 10250 Constellation Boulevard | Suite 1700 | Los Angeles | CA | 90067 | | 310-229-1234 | 310-229-1244 | GEK@lnbyb.com DHR@lnbyb.com |
| Counsel to Nueces County, City of Harlingen, Victoria County, Cameron County, City of McAllen, Hidalgo County, Harlingen CISD | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders | P.O. Box 17428 | | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 711 Navarro Street | Ste 300 | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com |
| Counsel to Harris County; Cypress-Fairbanks ISD; Fort Bend County and Angelina County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| Counsel to Louise Paris Ltd., Mulitex Limited, Basicline International Ltd., Bhama International Inc., Lachmi's International Ltd., and Pier Enterprises Ltd. | Manning Gross & Massenburg LLP | Attn: Marc J. Phillips, Esq. | 1007 North Orange Street | 10th Floor | Wilmington | DE | 19801 | | 302-504-6803 | 302-657-2104 | mphillips@mgmlaw.com |
| Counsel to Maricopa County Treasurer | Maricopa County Attorney's Office | Attn: Peter Muthig | Civil Services Division | 222 North Central Avenue, Suite 1100 | Phoenix | AZ | 85004-2206 | | 602-506-1735 | | muthigk@mcao.maricopa.gov |
| Counsel to Apex Maritime Co., Inc. d/b/a Apex Shipping Co. | Maron Marvel Bradley Anderson & Tardy LLC | Attn: Stephanie A. Fox | 1201 North Market Street, Suite 900 | P.O. Box 288 | Wilmington | DE | 19801 | | 302-425-5177 | 302-425-0180 | saf@maronmarvel.com |
| Counsel to Mohr Affinity, LLC | Martin P. Eramo, a Professional Corporation | Attn: Martin P. Eramo | 34184 Pacific Coast Highway | Suite C | Dana Point | CA | 92629 | | 949-494-9999 | 866-289-6109 | mperamo@aol.com |
| Counsel to Landlord Philip Hart Revocable Living Trust | McCarter & English LLP | Attn: William F. Taylor, Jr and Shannon D. Humiston | Renaissance Centre | 405 North King Street, 8th Floor | Wilmington | DE | 19801 | | 302-984-6300 | 302-984-6399 | wtaylor@mccarter.com shumiston@mccarter.com |

In re: J & M Sales Inc., et al.
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counse to Claimants, Tax Appraisal District of Bell County and The County of Hays, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | P.O. Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | 512-323-3205 | tleday@mvbalaw.com |
| Counsel to New Westgate Mall LLC and Malway Realty Associates LP, sucessor-in-interest to Trustees of Malway Realty Trust | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey | 100 Front Street | | Worcester | MA | 01608 | | 508-791-8500 | 508-791-8502 | pcarey@mirickoconnell.com |
| Counsel to Oakwood Plaza Limited Partnership, The Price REIT, Inc., Plaza Del Sol 557, LLC., Remo Tartaglia Associates, HEB Grocery Company, and Bex McCreless | Monzack Mersky Mclaughlin and Browder, P.A. | Attn: Rachel B. Mersky, Esquire | 1201 N. Orange Street | Suite 400 | Wilmington | DE | 19801 | | 302-656-8162 | 302-656-2769 | rmersky@monlaw.com |
| Counsel to Milan Real Estate Capital, LLC | Monzack Mersky Mclaughlin and Browder, P.A. | Attn: Rachel B. Mersky, Esquire | 1201 N. Orange Street | Suite 400 | Wilmington | DE | 19801 | | 302-656-8162 | 302-656-2769 | rmersky@monlaw.com |
| Counsel to Silver State Station LLC | Munsch Hardt Kopf & Harr, P.C. | Attn: John D. Cornwell | 700 Milam Street | Suite 2700 | Houston | TX | 77002-2806 | | 713-222-4066 | 713-222-1475 | jcornwell@munsch.com |
| Counsel to TSCA-3, L.P. | Munsch Hardt Kopf & Harr, P.C. | Attn: Thomas D. Berghman | 500 N. Akard Street | Suite 3800 | Dallas | TX | 75201-6659 | | 214-855-7500 | 214-855-7584 | tberghman@munsch.com |
| Counsel to Highland Lakes Property, LLC | Nelson Mullins Riley & Scarborough LLP | Attn: Nicolette Corso Vilmos | 390 North Orange Avenue | Suite 1400 | Orlando | FL | 32801 | | 407-839-4233 | 407-650-0955 | nicolette.vilmos@nelsonmullins.com |
| Counsel to Wasa Properties Southlake Pavilion LLC | Norton Rose Fulbright US LLP | Attn: Samuel S. Kohn and James A. Copeland | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | | 212-408-5100 | 212-541-5369 | samuel.kohn@nortonrosefulbright.com |
| Counsel to County of Imperial, California | Office of the Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector | 940 West Main Street | Suite 106 | El Centro | CA | 92243 | | 442-265-1270 | 442-265-1272 | |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Rich Schepacarter, Esq. | 844 King Street | Suite 2207 | Wilmington | DE | 19801 | | 302-573-6540 | 302-573-6497 | Richard.Schepacarter@usdoj.gov |
| Counsel to Saul Subsidiary I, LP and Arena Shoppes LLLP | Offit Kurman, P.A. | Attn: Frank E. Noyes, II | 1202 N. Orange Street | Suite 10E | Wilmington | DE | 19801 | | 267-338-1381 | 267-338-1335 | fnoyes@offitkurman.com |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Stephen A. Metz | 4800 Montgomery Lane | 9th Floor | Bethesda | MD | 20814 | | 240-507-1723 | 240-507-1735 | smetz@offitkurman.com |
| Counsel to Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Gretchen Crawford | Assistant District Attorney | 320 Robert S. Kerr, Room 505 | Oklahoma City | OK | 73102 | | 405-713-1685 | | grecra@oklahomacounty.org |
| Counsel to Israel Discount Bank of New York, as co-administrative agent and one of Debtors' prepetition secured lenders | Otterbourg P.C. | Attn: Daniel Fiorillo and Chad B. Simon | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | dfiorillo@otterbourg.com<br>csimon@otterbourg.com |
| Counsel to Debtors | Pachulski Stang Ziehl & Jones LLP | Attn: Richard M. Pachulski and Peter J. Keane | 919 North Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899 | | 302-652-4100 | 302-652-4400 | rpachulski@pszjlaw.com<br>pkeane@pszjlaw.com |
| Counsel to Hilco Merchant Resources, LLC | Pepper Hamilton LLP | Attn: Douglas D. Herrmann, Esq. and Marcy J. McLaughlin, Esq. | Hercules Plaza, Suite 5100 | 1313 N. Market Street | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | herrmannd@pepperlaw.com<br>mclaughlinm@pepperlaw.com |
| Counsel to Maverick County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Carlos M. Arce | 8626 Tesoro Drive | Suite 816 | San Antonio | TX | 78217 | | 210-998-3230 | 210-998-3231 | carce@pbfcm.com |
| Arlington ISD, Richardson ISD, Carrollton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Eboney Cobb | 500 E. Border Street | Suite 640 | Arlington | TX | 76010 | | 817-461-3344 | 817-860-6509 | ecobb@pbfcm.com |
| Counsel to City of Weslaco, Weslaco ISD, & Edinburg CISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks | 3301 Northland Drive | Suite 505 | Austin | TX | 78731 | | 512-302-0190 | 512-302-1802 | jbanks@pbfcm.com |
| Counsel to Acceo Solutions Inc. | Perkins Coie LLP | Attn: Schuyler G. Carroll | 30 Rockefeller Center | 22nd Floor | New York | NY | 10112-0085 | | 212-262-6900 | 212-977-1649 | SCarroll@perkinscoie.com |
| Counsel to Rainbow Southeast Leasing, Inc. | Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP | Attn: Cliff A. Katz & Sherri D. Lydell | 475 Park Avenue South | 18th Floor | New York | NY | 10016 | | 212-593-3000 | 212-593-0353 | ckatz@platzerlaw.com<br>slydell@platzerlaw.com |
| Counsel to Highland Lakes Property, LLC | Polsinelli PC | Attn: Shanti M. Katona | 222 Delaware Ave. | Suite 1101 | Wilmington | DE | 19801 | | 302-252-0920 | 302-252-0921 | skatona@polsinelli.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer | 830 3rd Avenue, Floor 9 | | New York | NY | 10022 | | 212-257-5450 | 212-257-5452 | nationalstoresteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Counsel to Bethany 43, LLC; Randolph Plaza II, LLC and Menlo Park Shopping Center Company, LLP | Rashti and Mitchell Attorneys at Law | Attn: Timothy T. Mitchell & Donna Kaye Rashti | 4422 Ridgeside Drive | | Dallas | TX | 75244 | | 972-661-9471 | 972-503-9611 | tim@rashtiandmitchell.com<br>donna@rashtiandmitchell.com<br>dkrm@aol.com |
| Co-Counsel to Encina Business Credit, LLC, as Administrative Agent and Collateral Agent, one of Debtors' prepetition secured lenders and Israel Discount Bank of New York | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Esq., John H. Knight, Esq. and David T. Queroli, Esq. | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | | 302-651-7700 | 302-651-7701 | collins@rlf.com<br>knight@rlf.com<br>queroli@rlf.com |

In re: J & M Sales Inc., et al.
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to North Riverside Park Associates LLC | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel | 875 Third Avenue | 9th Floor | New York | NY | 10022 | | 212-603-6300 | 212-956-2164 | fbr@robinsonbrog.com |
| Counsel to Kram Construction Co., a California Corporation; and Kormag Construction Co., a California Corporation | Rosenbaum & Associates | Attn: Paul R. Rosenbaum | 3580 Wilshire Blvd. | Ste 1260 | Los Angeles | CA | 90010 | | 323-900-0500 | 323-686-5371 | paul@prrlawyers.com |
| Counsel to South Carolina Dep. Of Employment and Workforce | S.C. Department of Employment and Workforce | Attn: E.B. "Trey" McLeod, III | Post Office Box 8597 | | Columbia | SC | 29202 | | 803-737-3043 | | tmcleod@dew.sc.gov |
| Counsel to Amherst Station II LLC; Buckingham Station LLC; Edgewood Station LLC; Heritage Oaks Station L.P.; Sunrise Marketplace Station LLC; Towne Crossing Station LLC; Phillips Edison & Company; and Phillips Edison Limited Partnership. | Saul Ewing Arnstein & Lehr LLP | Attn: Lucian Murley | 1201 North Market Street, Suite 230D | P.O. Box 1266 | Wilmington | DE | 19899 | | 302-421-6898 | | luke.murley@saul.com |
| Counsel to Amherst Station II LLC; Buckingham Station LLC; Edgewood Station LLC; Heritage Oaks Station L.P.; Sunrise Marketplace Station LLC; Towne Crossing Station LLC; Phillips Edison & Company; and Phillips Edison Limited Partnership. | Saul Ewing Arnstein & Lehr LLP | Attn: Maria Ellena Chavez-Ruark | 500 East Pratt Street | 9th Floor | Baltimore | MD | 21202 | | 410-332-8797 | | maria.ruark@saul.com |
| Counsel to SFI Ford City - Chicago, LLC; | Saul Ewing Arnstein & Lehr LLP | Attn: Mark Minuti | 1201 North Market Street, Suite 230D | P.O. Box 1266 | Wilmington | DE | 19899 | | 302-421-6840 | 302-421-5873 | mark.minuti@saul.com |
| Counsel to CM Houston Properties #1, LLC | Schlanger, Silver, Barg & Paine, L.L.P. | Attn: Julia A. Cook | 109 North Post Oak Lane | Suite 300 | Houston | TX | 77024 | | 713-785-1700 | 713-785-2091 | jcook@ssbplaw.com |
| Counsel to UnitedHealthcare Insurance Company and United HealthCare Services, Inc. | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. and Latonia Williams, Esq. | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com lwilliams@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com |
| Counsel to New Westgate Mall LLC, Malway Realty Associates LP, successor-in-interest to Trustees of Malway Realty Trust | Sullivan Hazeltine Allison LLC | Attn: Elihu E. Allinson, III | 901 North Market Street | Suite 1300 | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | zallinson@sha-llc.com |
| Interested Party | SulmeyerKupetz, A Professional Corporation | Attn: Jeffrey M. Pomerance | 333 South Hope Street | 35th Floor | Los Angeles | CA | 90071-1406 | | 213-626-2311 | 213-629-4520 | jpomerance@sulmeyerlaw.com |
| Counsel to Michael Fallas and Pegasus Trucking LLC | SulmeyerKupetz, A Professional Corporation | Attn: Victor A. Sahn, Esq. and Jeffrey M. Pomerance, Esq. | 333 South Hope Street | 3400 | Los Angeles | CA | 90071-1406 | | 213-626-2311 | 213-629-4520 | vsahn@sulmeyerlaw.com jpomerance@sulmeyerlaw.com |
| Counsel to Professional Properties of Las Vegas | Sylvester & Polednak, LTD. | Attn: Donald T. Polednak | 1731 Village Center Circle | | Las Vegas | NV | 89134 | | 702-952-5200 | 702-952-52D5 | don@sylvesterpolednak.com |
| Counsel to WHLR-JANAF, LLC | The Law Offices of David A. Greer PLC | Attn: David A. Greer | 500 East Main Street | Suite 1225 | Norfolk | VA | 23510 | | 757-227-5155 | 757-227-5158 | dgreer@davidgreerlaw.com |
| Counsel to Rainbow Southeast Leasing, Inc. | The Rosner Law Group LLC | Attn: Frederick B. Rosner & Jason A. Gibson | 824 N. Market Street | Suite 810 | Wilmington | DE | 19801 | | 302-777-1111 | | rosner@teamrosner.com gibson@teamrosner.com |
| Counsel to Travis County | Travis County Attorney | Attn: David Escamilla | P.O. Box 1748 | | Austin | TX | 78767 | | 512-854-9092 | 512-854-9316 | |
| U.S. Department of Justice | U.S. Department of Justice | | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 | | | | |
| US Attorney for the District of Delaware | US Attorney for Delaware | Attn: Charles Oberly | c/o Ellen Slights | 1007 Orange Street, Suite 70D, P.O. Box 2046 | Wilmington | DE | 19899-2046 | | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov |
| Counsel to SKBB Investments, L.P. | Venable LLP | Attn: Jamie L. Edmonson & Daniel A. O'Brien | 1201 N. Market | Suite 1400 | Wilmington | DE | 19801 | | 302-298-3535 | 302-298-3550 | jledmonson@venable.com daobrien@venable.com |
| Counsel to SKBB Investments, L.P. | Venable LLP | Attn: Keith C. Owens | 2049 Century Park East | Suite 230D | Los Angeles | CA | 9D067 | | 310-229-990D | 310-229-9901 | kcowens@venable.com |
| Counsel to West Road Plaza, LP | Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Carruth | 3030 Matlock Rd. | Suite 201 | Arlington | TX | 76015 | | 817-795-5416 | 866-666-5322 | jcarruth@wkpz.com |
| Counsel to Pegasus Trucking LLC | Whiteford, Taylor & Preston LLC | Attn: Christopher M. Samis, L. Katherine Good, Aaron H. Stulman | The Renaissance Centre | 405 North King Street, Suite 5D0 | Wilmington | DE | 19801 | | 302-353-4144 | 302-661-795D | csamis@wtplaw.com kgood@wtplaw.com astulman@wtplaw.com |

In re: J & M Sales Inc., et al.
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Forsgate Industrial Complex | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | 90 Woodbridge Center Drive | Suite 900, Box 10 | Woodbridge | NJ | 07095 | | 732-636-8000 | 732-726-6570 | dstein@wilentz.com |
| Counsel to Thor Gallery at South DeKalb, LLC | Wiles & Wiles, LLP | Attn: Victor W. Newmark | 800 Kennesaw Avenue | Suite 400 | Marietta | GA | 30060-7946 | | 770-426-4619 | 770-426-4846 | bankruptcy@evict.net |
| Counsel to Allura Imports; Children's Apparel Network; Johnny Signature International Inc.; Kidz Concepts LLC; One Step Up, Ltd.; Cudlie International; Seven Apparel Group; Miss Sportswear Inc.; MSA Apparel LLC; Kids Cant Miss LLC; A Base IX Co LLC; CSCO LLC; Apparel Trading International, Inc.; Ikeddi Enterprises Inc.; Vandale Industries, Inc.; AJ Facts-Tuff Cookies; Sasha Handbags; Import Export Metro Limited; Essentials New York LLC; Hot Chocolate Inc.; Geneva Factors Ltd.; 2619 Realty Holding LLC; and Silver State LLC | Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan, Ericka F. Johnson and Matthew P. Ward | 222 Delaware Avenue | Suite 1501 | Wilmington | DE | 19801 | | 302-252-4320 | | kevin.mangan@wbd-us.com ericka.johnson@wbd-us.com |
| Counsel to Interested Party | Wright, Constable & Skeen, LLP | Attn: Michael A. Stover, George J. Bachrach | 7 St. Paul Street | 18th Floor | Baltimore | MD | 21202 | | 410-659-1321 | 410-659-1350 | mstover@wcslaw.com gbachrach@wcslaw.com |