Nov, 11, 2018

Dear Judge Laurie Selber Silverstein,

FILED
2018 NOV 20 PM 1:07
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

    Your Honor I am hoping you can assist me. I am sending you a copy of a proof of claim form that I hoping you can attach to the National Stores Bankruptcy case you are presiding over. Case number 18-11801. I have submitted this request to National Stores attorneys but I feel at times I am getting miss or incomplete information on how to file my claim.

    Your Honor I am not a vendor I am a former employee who is attempting to collect prior wages for California Law violations that National Stores (Michael Fallas) has committed against myself. I been trying to collect these wages for over a 1 ½ years. I have submitted and have a pending claim against National Stores with the California Labor Board (WC-CM-605104). There was an arbitration hearing that National Stores and their attorneys failed to attend. I have been advised to submit a proof claim form to the courts. My California Labor Board case manager is aware of the situation and has asked me to keep her advised of the progress on the collecting my wages. There will be a hearing within the next year (no date on the calendar just yet). I am hoping to collect my wages during the bankruptcy proceedings.

Can you please attach my proof of claim form to the National Stores case.

Thank You

Keith Karmody

562 221 5514