# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Laurie Selber Silverstein

**#2**

Calendar Date: 12/04/2018
Calendar Time: 11:00 AM ET

1st Revision  Dec 4 2018 7:20AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | J & M Sales Inc. | 18-11801 | Hearing | 9473185 | Joseph Brown | (415) 693-2852 ext. | Cooley LLP (All Offices) | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9473197 | Ted A. Cohen | (213) 617-4237 ext. | Sheppard Mullin Richter & Hampton, LLP | Creditor/Claimant, Swipe Payment Solutions Priority Payment Systems / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9473179 | Jason Delmonico | (214) 964-9464 ext. | Holland & Knight, LLP | Interested Party, Gordon Brothers Finance Company / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9473157 | Karen B. Dine | (212) 940-8772 ext. | Katten Muchin Rosenman LLP | Debtor, J & M Sales Inc. / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9473176 | Erin Fay | (302) 429-4253 ext. | Bayard P.A. | Interested Party, Gordon Brothers Finance Company / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9473202 | Alan M. Feld | (213) 617-4133 ext. | Sheppard Mullin Richter & Hampton, LLP | Creditor/Claimant, Swipe Payment Solutions Priority Payment Systems / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9473144 | William B. Freeman | (213) 443-9003 ext. | Katten Muchin Rosenman LLP | Debtor, J & M Sales Inc. / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9473150 | Joshua M. Fried | (415) 263-7000 ext. | Pachulski Stang Ziehl & Jones | Debtor, J & M Sales Inc. / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9473159 | Jerry L. Hall | (202) 625-3646 ext. | Katten Muchin Rosenman LLP | Debtor, J and M Sales Inc. / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9473175 | Thomas M. Horan | (302) 480-9412 ext. | Shaw Fishman Glantz & Towbin LLC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9473184 | Robert W. Jones | (214) 964-9483 ext. | Holland & Knight LLP - Dallas Office | Interested Party, Gordon Brothers Finance Company / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9473147 | Peter J. Keane | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Debtor, J & M Sales Inc. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| J & M Sales Inc. | 18-11801 | Hearing | 9473163 | Curt A. Kroll | Sierra Constellation | (573) 353-5727 ext. | Interested Party, Chief Restructuring Office for J & M Sales Inc. / LIVE |
| J & M Sales Inc. | 18-11801 | Hearing | 9473201 | Marcy L. McLaughlin | Pepper Hamilton LLP | (302) 777-6535 ext. | Representing, Hilco Merchant Resources, LLC / LISTEN ONLY |
| J & M Sales Inc. | 18-11801 | Hearing | 9473153 | Richard Pachulski | Pachulski Stang Ziehl & Jones | (310) 277-6910 ext. | Debtor, J & M Sales Inc. / LIVE |
| J & M Sales Inc. | 18-11801 | Hearing | 9473195 | Natasha Songonuga | Gibbons PC | (302) 518-6324 ext. | Creditor, Swipe Payment Solutions & Priority Payment System / LIVE |