# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>J & M SALES, INC., *et al.*[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-11801 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 18, 2018 at 3:00 p.m. (ET)**<br>**Objection Deadline: November 23, 2018 at 4:00 p.m. (ET)**<br><br>Re: Docket No. 783 & 832 |

**NOTICE OF HEARING REGARDING NOTICE BY PEGASUS TRUCKING, LLC
OF EXERCISE OF NON-RESIDENTIAL REAL PROPERTY LEASE
DESIGNATION RIGHTS GRANTED PURSUANT TO ASSET PURCHASE
AGREEMENT BETWEEN CHAPTER 11 DEBTORS AND
PEGASUS RESPECTING REAL PROPERTY LOCATED AT SPACE #9
OF THE MAYAGUEZ MALL, MAYAGUEZ, PUERTO RICO**

PLEASE TAKE NOTICE that on November 9, 2018, Pegasus Trucking, LLC ("Pegasus") filed the *Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights Granted Pursuant to Asset Purchase Agreement Between Chapter 11 Debtors and Pegasus Respecting Real Property Located at Space # 9 of the Mayaguez Mall, Mayaguez, Puerto Rico* [Docket No. 783] (the "Notice") with the United States Bankruptcy Court for the District of Delaware (the "Court").  **You were previously served with a copy of the Notice.**

PLEASE TAKE FURTHER NOTICE that responses or objections to the Notice were to be filed and received **by 4:00 p.m. (Prevailing Eastern Time) on November 23, 2018**.  On November 16, 2018, the *Objection of Empresas Puertorriqueñas de Desarrollo, Inc, to Notice by*

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J & M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).  The location of the Debtors' service address is 15001 South Figueroa Street, Gardena, California 90248.

10024565v1

*Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights* (the "Objection") [Docket No. 832] was filed with the Court.

PLEASE TAKE FURTHER NOTICE, that a hearing to consider the Notice and Objection will be held on **December 18, 2018 at 3:00 p.m. (Prevailing Eastern Time)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street North, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

Dated: December 5, 2018
       Wilmington, Delaware

Respectfully submitted,

*/s/ Aaron H. Stulman*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone:   (302) 353-4144
Facsimile:    (302) 661-7950
Email:          csamis@wtplaw.com
                    kgood@wtplaw.com
                    astulman@wtplaw.com

-and-

Victor A. Sahn, Esq. (admitted *pro hac vice*)
SULMEYERKUPETZ, P.C.
333 South Grand Avenue Street, Suite 3400
Los Angeles, California 90071-1406
Telephone:  (213) 626-2311
Facsimile:   (213) 629-4520
Email:  vsahn@sulmeyerlaw.com

*Counsel to Pegasus/Fallas*