# SIGN-IN SHEET

CASE NAME: J&M Sales, Inc.    COURTROOM NO.: 2

CASE NO.: 18-11801    DATE: 12/10/18

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas Horan | Fox Rothschild | Committee |
| Karen Dine | Katten Muchin | Debtors |
| Peter Keane | Pachulski Stang Ziehl & Jones | " |
| Alan Shlimon | Whiteford Taylor | Regency |
| Howard A. Cohen | Gibbons P.C. | Swift Payment Systems (BFC) |
| Erin Fay | Bayard | |
| Douglas Hermann | Pepper Hamilton | Liquidating Agent |
| Kevin Mann | Cross & Simon | Enterprise Fleet Mgmt. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Laurie Selber Silverstein
### #2

| Calendar Date: | 12/10/2018 |
| --- | --- |
| Calendar Time: | 02:00 PM ET |

2nd Revision  Dec 10 2018 9:44AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9484258 | David E. Burns | (212) 351-9477 ext. | Imperial Capital LLC | Debtor, J & M Sales Inc. / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9481317 | Sarah Carnes | (212) 479-6673 ext. | Cooley LLP (All Offices) | Creditor, Creditors Committee / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9484334 | Ted A. Cohen | (213) 617-4237 ext. | Sheppard Mullin Richter & Hampton, LLP | Creditor/Claimant, Swipe Payment Solutions Priority Payment Systems / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9484289 | Jay DelMonico | (617) 573-5834 ext. | Holland & Knight LLP | Interested Party, Gordon Brothers Finance Company / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9484322 | Alan M. Feld | (213) 617-4133 ext. | Sheppard Mullin Richter & Hampton, LLP | Creditor/Claimant, Swipe Payment Solutions Priority Payment Systems / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9484717 | Jerry L. Hall | (202) 625-3646 ext. | Katten Muchin Rosenman LLP | Debtor, J & M Sales Inc. / LISTEN ONLY |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9482940 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9484285 | Robert W. Jones | (214) 964-9483 ext. | Holland & Knight LLP - Dallas Office | Interested Party, Gordon Brothers Finance Company / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9415566 | Stephen Lam | (646) 863-7157 ext. | Corre Partners | Creditor, Corre Partners / LISTEN ONLY |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9481340 | Jennifer D. Raviele | (212) 808-7684 ext. | Kelley Drye & Warren LLP | Creditor, Phillips International & NRP / LIVE |
| | | J & M Sales Inc. | 18-11801 | Hearing | 9461880 | Victor A. Sahn | (213) 626-2311 ext. | Sulmeyer Kupetz | Interested Party, Pegasus Trucking, LLC / LIVE |

Raymond Reyes ext. 881

CourtConfCal2009