# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| J & M SALES INC., *et al.*, | ) Case No. 18-11801 (LSS) |
| Debtors.[1] | ) Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 18, 2018 AT 3:00 P.M. (EASTERN TIME)

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

## CONTINUED MATTERS

1. **Pegasus Notice (Mayaguez Mall)** – Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights Granted Pursuant to Asset Purchase Agreement Between Chapter 11 Debtors and Pegasus Respecting Real Property Located at Space #9 of the Mayaguez Mall, Mayaguez, Puerto Rico [Filed: 11/9/18] (Docket No. 783).

    Response Deadline:    November 23, 2018 at 4:00 p.m. Eastern Time.

    Responses Received:

    a) Objection of Empresas Puertorriqueñas de Desarrollo, Inc. to Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights [Filed: 11/16/18] (Docket No. 832).

    Replies Filed:

    a) Reply of Pegasus Trucking, LLC, to "Objection of Empresas Puertorriqueñas de Desarrollo, Inc. to Notice by Pegasus Trucking, LLC of Exercise of Non-

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

Residential Real Property Lease Designation Rights" [Filed: 12/13/18] (Docket No. 985).

Related Documents:

a) Notice of Hearing Regarding Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights Granted Pursuant to Asset Purchase Agreement Between Chapter 11 Debtors and Pegasus Respecting Real Property Located at Space #9 of the Mayaguez Mall, Mayaguez, Puerto Rico [Filed: 12/5/18] (Docket No. 936).

Status: This matter is adjourned by agreement of the parties to December 20, 2018 at 2:00 p.m. Eastern Time.

## MATTERS GOING FORWARD

2. **Pegasus Notice (DMBLF Brownsville)** – Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights Granted Pursuant to Asset Purchase Agreement Between Chapter 11 Debtors and Pegasus of Assumption and Assignment to DMBLF Brownsville LLC [Filed: 11/30/18] (Docket No. 922).

   Response Deadline:   December 14, 2018 at 4:00 p.m. Eastern Time.

   Responses Received:

   a)   Informal comments from landlord.

   Related Documents:   None as of the date hereof.

   Status: The parties are working to resolve the informal comments and anticipate filing an order under certification of counsel. This matter will go forward.

3. **Pegasus Notice (Rainbow Southeast Leasing)** – Second Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights Granted Pursuant to Asset Purchase Agreement Between Chapter 11 Debtors and Pegasus of Assumption and Assignment to Rainbow Southeast Leasing, Inc. [Filed: 11/30/18] (Docket No. 923).

   Response Deadline:   December 14, 2018 at 4:00 p.m. Eastern Time.

   Responses Received:

   a)   Informal comments from landlord, DLC Management Regarding Store #586.

   Related Documents:   None as of the date hereof.

   Status: This matter will go forward.

4. **Pegasus Notice (Store #385)** – Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights Granted Pursuant to Asset Purchase Agreement Between Chapter 11 Debtors and Pegasus Respecting Real Property Located at 115 S. Americas, El Paso, Texas (Store # 385) [Filed: 11/30/18] (Docket No. 924).

   Response Deadline:   December 14, 2018 at 4:00 p.m. Eastern Time.

   Responses Received:  None as of the date hereof.

   Related Documents:   None as of the date hereof.

   Status:  This matter will go forward.

5. **Pegasus COC (Master Lease Order/Stipulation)** – Certification of Counsel Regarding Stipulation Between (I) J&M Sales, Inc., FP Stores, Inc., J&M Sales of Texas, LLC, (II) Fallas Borrower I, LLC, Fallas Borrower II, LLC, Fallas Borrower III, LLC, Fallas Borrower IV, LLC; and (III) Pegasus Trucking, LLC Regarding Assumption and Assignment of Master Land and Building Lease Agreement [Filed: 12/12/18] (Docket No. 976).

   Response Deadline:   None.

   Responses Received:  None as of the date hereof.

   Related Documents:   None as of the date hereof.

   Status:  As requested by the Court, this matter will go forward.

*[Remainder of Page Left Intentionally Blank]*

3

| | |
|---|---|
| Dated: December 14, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Richard M. Pachulski (admitted *pro hac vice*)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: rpachulski@pszjlaw.com<br>         pkeane@pszjlaw.com<br><br>-and-<br><br>KATTEN MUCHIN ROSENMAN LLP<br>William B. Freeman (admitted *pro hac vice*)<br>Karen B. Dine (admitted *pro hac vice*)<br>Jerry L. Hall (admitted *pro hac vice*)<br>575 Madison Avenue<br>New York, NY  10022<br>Telephone:  (202) 940-8800<br>Facsimile:   (202) 940-8776<br>Email: bill.freeman@kattenlaw.com<br>         karen.dine@kattenlaw.com<br>         jerry.hall@kattenlaw.com<br><br>*Attorneys for Debtors and Debtors in Possession* |