Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Attorneys for All Weather Fashions Ltd.
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| J & M SALES INC., et al., | ) Case No. 18-11801 (LSS) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Pick & Zabicki, LLP hereby appears in the above-captioned proceeding as attorneys for All Weather Fashions Ltd. ("All Weather"), pursuant to the provisions of 11 U.S.C. §§ 102(1), 342 and 1109(b) and Fed. R. Bank. P. 2002 and 9010, and requests that all notices given or required to be given, and all papers served or required to be served in this case, be provided to and served upon the following attorneys at the address listed below:

Douglas J. Pick, Esq.
Pick & Zabicki LLP
369 Lexington Avenue, 12th Floor
New York, New York 10017
Tel. No.:   (212) 695-6000
Fax No.:   (212) 695-6007
E-mail: dpick@picklaw.net

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the provisions of 11 U.S.C. § 1109(b), the foregoing request includes not only the papers referred to in the Rules specified hereinabove, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, whether written or oral, or transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, electronic means or otherwise, which affect or seek to affect in any way nay rights or interests of the creditor body.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Fed. R. Bankr. P. 3017(a), the above-referenced party in interest requests that the undersigned be provided with copies of any and all disclosure statements and plans of reorganization.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of All Weather's rights (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding relating to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments which All Weather is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments All Weather expressly reserves.

Dated: New York, New York
December 14, 2018

PICK & ZABICKI LLP
Attorneys for All Weather Fashions Ltd.

By: _____
Douglas J. Pick, Esq.
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Attorneys for All Weather Fashions Ltd.
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| J & M SALES INC., et al., | ) |
| | ) |
| Debtors. | ) |
| | ) |

Chapter 11
Case No. 18-11801 (LSS)
Jointly Administered

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK  )

ERIC C. ZABICKI, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in Fairfield County, Connecticut.

I hereby certify that, on December 14, 2018, that certain *Notice of Appearance and Request for Service* was electronically filed with this Court and served electronically via the Court's ECF/PACER system upon those parties entitled to receive electronic notice.

I hereby further certify that, on December 14, 2018, the above-referenced document was served upon the parties identified on the attached Service List by depositing true copies of same, enclosed in properly addressed postage-paid envelopes, in a post office depository under the exclusive custody of the United States Postal Service within the State of New York for First Class Mail delivery.

ERIC C. ZABICKI

Sworn to before me this
14th day of December, 2018

DOUGLAS J. PICK
Notary Public, State of New York
No. 02PI4758430
Qualified in New York County
Commission Expires Feb. 26, 2019

## SERVICE LIST

J & M Sales Inc.
15001 South Figueroa Street
Gardena, California 90248

Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York 10022

Pachulski Stang Young & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, Delaware 19801

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware 19801