**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **In re:** | ) Chapter 11 |
|  | ) |
| **J & M SALES INC.,** *et al.*, | ) Case No. 18-11801 (LSS) |
|  | ) |
| Debtors.[1] | ) Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 20, 2018 AT 2:00 P.M. (EASTERN TIME)**

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

**MATTERS GOING FORWARD**

1. **Pegasus Notice (Mayaguez Mall)** – Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights Granted Pursuant to Asset Purchase Agreement Between Chapter 11 Debtors and Pegasus Respecting Real Property Located at Space #9 of the Mayaguez Mall, Mayaguez, Puerto Rico [Filed: 11/9/18] (Docket No. 783).

   Response Deadline:   November 23, 2018 at 4:00 p.m. Eastern Time.

   Responses Received:

   a) Objection of Empresas Puertorriqueñas de Desarrollo, Inc. to Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights [Filed: 11/16/18] (Docket No. 832).

   Replies Filed:

   a) Reply of Pegasus Trucking, LLC, to "Objection of Empresas Puertorriqueñas de Desarrollo, Inc. to Notice by Pegasus Trucking, LLC of Exercise of Non-

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

Residential Real Property Lease Designation Rights" [Filed: 12/13/18] (Docket No. 985).

Related Documents:

a) Notice of Hearing Regarding Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights Granted Pursuant to Asset Purchase Agreement Between Chapter 11 Debtors and Pegasus Respecting Real Property Located at Space #9 of the Mayaguez Mall, Mayaguez, Puerto Rico [Filed: 12/5/18] (Docket No. 936).

Status:  This matter will go forward.

2. **PPS/Swipe Emergency Motion** – Priority Payment Systems' and Swipe Payment Solutions' Emergency Motion to Enforce Stipulated Order Re: Credit and Debit Card Processing Entered November 23, 2018 [Filed: 12/10/18] (Docket No. 965).

Response Deadline:    December 19, 2018 at 12:00 p.m. Eastern Time.

Responses Received:  None as of the date hereof.

Related Documents:   None as of the date hereof.

Status:  This matter will go forward.

3. **9019 Motion with PPS/Swipe** – Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving Settlement Agreement with Priority Payment Systems and Swipe Payment Solutions [Filed: 12/14/18] (Docket No. 999).

Response Deadline:    At or before the hearing.

Responses Received:  None as of the date hereof.

Related Documents:

a) [Signed] Order Granting Motion to Shorten Notice and Schedule Expedited Hearing on Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving Settlement Agreement with Priority Payment Systems and Swipe Payment Solutions [Filed: 12/17/18] (Docket No. 1001).

b) Notice of Hearing on (I) Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving Settlement Agreement with Priority Payment Systems and Swipe Payment Solutions; and (II) Motion to Shorten Notice and Schedule Expedited Hearing on Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving Settlement Agreement with

        Priority Payment Systems and Swipe Payment Solutions [Filed: 12/17/18] (Docket No. 1007).

    Status:  This matter will go forward.

4. **Motion to Shorten re: 9019 Motion with PPS/Swipe** – Motion to Shorten Notice and Schedule Expedited Hearing on Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving Settlement Agreement with Priority Payment Systems and Swipe Payment Solutions [Filed: 12/14/18] (Docket No. 1000).

    Response Deadline:    At or before the hearing.

    Responses Received:  None as of the date hereof.

    Related Documents:

    a) [Signed] Order Granting Motion to Shorten Notice and Schedule Expedited Hearing on Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving Settlement Agreement with Priority Payment Systems and Swipe Payment Solutions [Filed: 12/17/18] (Docket No. 1001).

    b) Notice of Hearing on (I) Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving Settlement Agreement with Priority Payment Systems and Swipe Payment Solutions; and (II) Motion to Shorten Notice and Schedule Expedited Hearing on Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving Settlement Agreement with Priority Payment Systems and Swipe Payment Solutions [Filed: 12/17/18] (Docket No. 1007).

    Status:  This matter will go forward.

| | |
|---|---|
| Dated: December 18, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Richard M. Pachulski (admitted *pro hac vice*)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: rpachulski@pszjlaw.com<br>           pkeane@pszjlaw.com<br><br>-and-<br><br>KATTEN MUCHIN ROSENMAN LLP<br>William B. Freeman (admitted *pro hac vice*)<br>Karen B. Dine (admitted *pro hac vice*)<br>Jerry L. Hall (admitted *pro hac vice*)<br>575 Madison Avenue<br>New York, NY  10022<br>Telephone:  (202) 940-8800<br>Facsimile:   (202) 940-8776<br>Email: bill.freeman@kattenlaw.com<br>           karen.dine@kattenlaw.com<br>           jerry.hall@kattenlaw.com<br><br>*Attorneys for Debtors and Debtors in Possession* |