## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **J & M SALES INC.,** *et al.,* | ) | **Case No. 18-11801 (LSS)** |
| | ) | |
| Debtors.[1] | ) | **Jointly Administered** |
| | ) | |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 20, 2018 AT 2:00 P.M. (EASTERN TIME)

**The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.**

**Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

## MATTERS GOING FORWARD

1.  **Pegasus Notice (Mayaguez Mall)** – Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights Granted Pursuant to Asset Purchase Agreement Between Chapter 11 Debtors and Pegasus Respecting Real Property Located at Space #9 of the Mayaguez Mall, Mayaguez, Puerto Rico [Filed: 11/9/18] (Docket No. 783).

    Response Deadline:    November 23, 2018 at 4:00 p.m. Eastern Time.

    Responses Received:

    a)    Objection of Empresas Puertorriqueñas de Desarrollo, Inc. to Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights [Filed: 11/16/18] (Docket No. 832).

---

[1]    The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

[2]    **Amended items appear in bold.**

Replies Filed:

a)    Reply of Pegasus Trucking, LLC, to "Objection of Empresas Puertorriqueñas de Desarrollo, Inc. to Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights" [Filed: 12/13/18] (Docket No. 985).

Related Documents:

a)    Notice of Hearing Regarding Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights Granted Pursuant to Asset Purchase Agreement Between Chapter 11 Debtors and Pegasus Respecting Real Property Located at Space #9 of the Mayaguez Mall, Mayaguez, Puerto Rico [Filed: 12/5/18] (Docket No. 936).

Status:  This matter will go forward.

2.    **PPS/Swipe Emergency Motion** – Priority Payment Systems' and Swipe Payment Solutions' Emergency Motion to Enforce Stipulated Order Re: Credit and Debit Card Processing Entered November 23, 2018 [Filed: 12/10/18] (Docket No. 965).

Response Deadline:    December 19, 2018 at 12:00 p.m. Eastern Time.

Responses Received:

a)    **Opposition of Pegasus Trucking, LLC to Emergency Motion of Priority Payment Systems and Swipe Payment Solutions to Enforce Stipulated Order Re: Credit and Debit Card Processing Entered November 23, 2018 [Filed: 12/19/18] (Docket No. 1025).**

b)    **Debtors' Response to Priority Payment Systems' and Swipe Payment Solutions' Emergency Motion to Enforce Stipulated Order Re: Credit and Debit Card Processing Entered November 23, 2018 [Filed: 12/19/18] (Docket No. 1026).**

Related Documents:    None as of the date hereof.

Status:  This matter will go forward.

3.    **9019 Motion with PPS/Swipe** – Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving Settlement Agreement with Priority Payment Systems and Swipe Payment Solutions [Filed: 12/14/18] (Docket No. 999).

Response Deadline:    At or before the hearing.

Responses Received:  None as of the date hereof.

Related Documents:

a)      [Signed] Order Granting Motion to Shorten Notice and Schedule Expedited Hearing on Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving Settlement Agreement with Priority Payment Systems and Swipe Payment Solutions [Filed: 12/17/18] (Docket No. 1001).

b)      Notice of Hearing on (I) Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving Settlement Agreement with Priority Payment Systems and Swipe Payment Solutions; and (II) Motion to Shorten Notice and Schedule Expedited Hearing on Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving Settlement Agreement with Priority Payment Systems and Swipe Payment Solutions [Filed: 12/17/18] (Docket No. 1007).

c)      **Notice of Filing of Revised Proposed Stipulated Order Re: Resolution of Disputes Between Debtors and Priority Payment Systems/Swipe Payment Solutions [Filed: 12/18/18] (Docket No. 1014).**

Status:  This matter will go forward.

4.     **Motion to Shorten re: 9019 Motion with PPS/Swipe** – Motion to Shorten Notice and Schedule Expedited Hearing on Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving Settlement Agreement with Priority Payment Systems and Swipe Payment Solutions [Filed: 12/14/18] (Docket No. 1000).

Response Deadline:    At or before the hearing.

Responses Received:  None as of the date hereof.

Related Documents:

a)      [Signed] Order Granting Motion to Shorten Notice and Schedule Expedited Hearing on Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving Settlement Agreement with Priority Payment Systems and Swipe Payment Solutions [Filed: 12/17/18] (Docket No. 1001).

b)      Notice of Hearing on (I) Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving Settlement Agreement with Priority Payment Systems and Swipe Payment Solutions; and (II) Motion to Shorten Notice and Schedule Expedited Hearing on Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving Settlement Agreement with

3

Priority Payment Systems and Swipe Payment Solutions [Filed: 12/17/18] (Docket No. 1007).

Status:  This matter will go forward.

**ADDITIONAL MATTER**

5.     **Pegasus Notice (Rainbow Southeast Leasing)** – **Second Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights Granted Pursuant to Asset Purchase Agreement Between Chapter 11 Debtors and Pegasus of Assumption and Assignment to Rainbow Southeast Leasing, Inc. [Filed: 11/30/18] (Docket No. 923).**

**Response Deadline:   December 14, 2018 at 4:00 p.m. Eastern Time.**

**Responses Received:**

a)      **Informal comments from landlord, DLC Management Regarding Store #586.**

b)      **Limited Objection of WRI-AEW Lone Star Retail Portfolio, LLC to Second Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights and Proposed Assumption and Assignment of Lease to Rainbow Southeast Leasing, Inc. [Filed: 12/14/18] (Docket No. 994).**

c)      **Limited Objection of DLC Management Corp. to Second Notice by Pegasus Trucking, LLC of Exercise of Non-Residential Real Property Lease Designation Rights Granted Pursuant to Asset Purchase Agreement Between Chapter 11 Debtors and Pegasus of Assumption and Assignment to Rainbow Southeast Leasing, Inc. [Filed: 12/14/18] (Docket No. 995).**

**Related Documents:**

a)      **Certification of Counsel Regarding Order Granting Assumption and Assignment of Leases of Non-Residential Real Property from Debtors to Rainbow Southeast Leasing and Granting Related Relief [Filed: 12/18/18] (Docket No. 1022).**

**Status:  This matter will go forward.**

DOCS_DE:222290.2 59942/002

Dated: December 19, 2018
      Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Richard M. Pachulski (admitted *pro hac vice*)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  rpachulski@pszjlaw.com
      pkeane@pszjlaw.com

-and-

KATTEN MUCHIN ROSENMAN LLP
William B. Freeman (admitted *pro hac vice*)
Karen B. Dine (admitted *pro hac vice*)
Jerry L. Hall (admitted *pro hac vice*)
575 Madison Avenue
New York, NY  10022
Telephone:  (202) 940-8800
Facsimile:   (202) 940-8776
Email:  bill.freeman@kattenlaw.com
      karen.dine@kattenlaw.com
      jerry.hall@kattenlaw.com

*Attorneys for Debtors and Debtors in Possession*