# EXHIBIT A



**VISA CONFIDENTIAL**

July 17, 2018

Elaine Jamer
Citizens Bank
SVP, Head of Sponsorship and Third Party Payment Processor Oversight
Treasury Solutions

RE: Determination of AIS Investigation of Non-Compliance Violation per Visa Core Rules ID# 0002228

Merchant: **National Stores / Fallas**

Dear Ms. Jamer:

The investigation concerning the incident involving National Stores / Fallas is now complete. Citizens Bank was found to be non-compliant with the Account Information Security Program (AIS), as required by Visa Core Rules (VCR) ID# 0002228. In making its determination, Visa relied on all available relevant materials, including the conclusion by PCI Forensic Investigator (PFI), Sylint, dated February 23, 2018 (Amended April 18, 2018), that National Stores / Fallas was non-compliant with the Payment Card Industry Data Security Standard (PCI DSS) at the time of the account data compromise.

**Non-Compliance Assessment**

As a result of this incident, Citizens Bank will be assessed $25,000 related to the violation of VCR Section ID# 0002228. Risk non-compliance assessments are detailed in VCR Section ID# 0008193.

This assessment will be included in the **AUGUST 2018** Visa Integrated Billing Statement with the following descriptor: AIS VIOLATION – NATIONAL STORES FALLAS / ELAINE JAMER.

| Merchant Name | Merchant Level | Assessment Amount | Assess / Suspend / Waive Status | Billing BIN / BID |
|---|---|---|---|---|
| National Stores / Fallas | 1 | $25,000 | Assess | 455930 |

Citizens Bank is responsible for paying all assessments associated with this determination, and must not represent that Visa imposed any assessments on its customer as detailed in VCR Section ID# 0001054. Any agreement to pass along assessments is strictly between Citizens Bank and National Stores / Fallas.

Citizens Bank has the right to appeal this assessment, as noted in VCR Section ID# 0025975. The appeal must be made within 30 days of your receipt of this notification and accompanied by a fee of $5,000. This fee is refundable if the appeal is upheld. For more information regarding Visa's appeal process, please email VisaMemberAppeals@visa.com.

Should the acquirer raise further issues on appeal or otherwise, Visa reserves the right to consider those issues, including any other evidence that may be relevant on the same subject. Visa also reserves the right to investigate further in the event of any subsequent challenge to the determination of non-compliance.

**Compliance Validation Requirements**

Implementing secure acceptance technologies reduces the risk to the cardholder data environment by devaluing payment card data. In order to strengthen data security and avoid additional non-compliance assessments, the merchant must complete the following by January 31, 2019

1. Cure all security control deficiencies identified in the breach investigation, **and**
2. Validate compliance against PCI DSS Version 3.2 by a new Qualified Security Assessor, including validation of compliance with Appendix A3 requirements (Designated Entities Supplement Validation), through completion and submission of a Report on Compliance (ROC), **and**
3. Implement one of the secure acceptance technologies referenced below:
    a. Deployment of EMV chip-enabled terminals across all acceptance locations
    b. Implementation of a PCI-validated Point-to-Point Encryption (P2PE) solution

If the merchant is unable to meet these conditions by the date noted above or experiences an additional data compromise event, Visa may assess further non-compliance assessments of **$25,000** per month will be assessed February 2019 until all required actions are complete. Visa reserves the right to escalate non-compliance assessments in the event of continued non-compliance.

Although the investigation of this incident is complete, Visa reserves the right to reopen the investigation in the event new information becomes available. Further, investigation by other Risk teams related to separate liabilities and obligations will be administered as appropriate. These additional liabilities may include but are not limited to, any assessment under the Global Compromised Account Recovery (GCAR) process and non-compliance assessments related to continuing rules violations, such as storing prohibited data.

Please feel free to contact me if you have any questions or if you would like to discuss further. Thank you for ensuring that your merchants are taking the necessary steps to adequately protect cardholder data.

Sincerely,

*Diana Greenhaw*

Diana Greenhaw
Vice President
Global Payment System Risk

cc: Colleen Badessa, Citizens Bank