# EXHIBIT B

# ✳️ Citizens Bank®

| Invoice #: | 8 |
|---|---|
| Invoice Date: | December 28, 2018 |
| Billing Period: | November, 2018 |

Treasury Solutions
Sponsorship Management
1 Citizens Drive
Riverside, RI 02915

**Visa/MC Billing Invoice for:**

Priority Payment Systems
2001 Westside Parkway, Suite 155
Alpharetta, GA 30004

*Supporting detail for all Visa/MC pass-through fees is provided separately.*

| Description | Amount |
|---|---|
| AIS Violation - National Stores | $25,000.00 |
| | |
| | |
| TOTAL | $25,000.00 |

*This amount should be debited to DDA# XXXX9416
and the offsetting credit applied to GL Acct #812842 (RC# 5009094).

*Prepared By:*
Robert Jones
AVP, Settlement Risk Analyst
401-282-5298