# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M SALES INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11801 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 965** |

## NOTICE OF TELEPHONIC CONFERENCE ON
## JANUARY 7, 2019 AT 4:00 P.M. (PREVAILING EASTERN TIME)

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the District of Delaware has scheduled a telephonic conference on **January 7, 2019 at 4:00 p.m. (Prevailing Eastern Time)** regarding *Priority Payment Systems' and Swipe Payment Solutions' Emergency Motion to Enforce Stipulated Order Re: Credit and Debit Card Processing Entered November 23, 2018* [Docket No. 965].

| | |
|---|---|
| Dated: January 7, 2019<br>Wilmington, Delaware | **GIBBONS P.C.**<br><br>By: */s/ Natasha M. Songonuga*<br>Natasha M. Songonuga, Esq. (Bar No. 5391)<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801-1058<br>Telephone: (302) 295-4875<br>Facsimile: (302) 295-4876<br>E-mail: nsongonuga@gibbonslaw.com<br><br>[and]<br><br>SHEPPARD MULLIN<br>Theodore A. Cohen, Esq. (*pro hac vice* pending)<br>Alan M. Feld, Esq. (*pro hac vice* pending)<br>333 S. Hope Street, 43rd Fl |

---

[1] Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

Los Angeles, CA 90071-1422
Telephone: (213) 620-1780
Facsimile: (213) 443-2896
E-mail: tcohen@sheppardmullin.com
afeld@sheppardmullin.com

*Priority Technology Holdings, Inc. and Swipe Payment Solutions, Inc.*