**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | Case No. 18-11801 (LSS) |
| J & M SALES INC., *et al.* ) | Jointly Administered |
| ) | **Objection Deadline: 1/23/2019 @ 4:00 p.m.** |
| ) | **Hearing Date: 1/28/2019 @ 11:00a.m.** |
| Debtors. ) | Related To: Docket Nos. 1106 & 1164 |

**LIMITED OBJECTION OF THE PRICE REIT INC, MILAM REAL ESTATE CAPITAL, LLC, BEX MCCRELESS LLC, HEB GROCERY COMPANY LP, HE BUTT STORE PEOPERTY COMPANY NO. ONE AND THE GALLERY AT SOUTH DEKALB TO MOTION OF GORDON BROTHERS FINANCE COMPANY TO CONVERT DEBTORS' CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE UNITED STATES BANKRUPTCY CODE**

Comes Now, The Price Reit Inc. (Store # 427), Milam Real Estate Capital LLC (Store # 286), Bex McCreless LLC (Store # 287), H.E. Butt Store Property Company No. One (Store # # 212 & 689), HEB Grocery Company LP ( Store #209) and The Gallery at South DeKalb (Store # 581), (Collectively "Objecting Landlords"[1]) and files this Limited Objection to Gordon Brothers Finance Company's Motion to Convert and in furtherance there of states as follows.

1. Debtors filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code on August 6, 2018. (the "Petition Date".) The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

2. The Debtors leased non-residential real property from Objecting Landlords that were not part of the initial GOB Sale.

3. On August 6, 2018, the Debtors filed the Motion for DIP Financing which

---

[1] Objection Landlords included in this Objection are only those landlords whose properties were not included in the initial GOB Sale. A separate Objection is being filed for landlords whose leases were part of the initial GOB sale and who have not received the full stub rent.

{00202352-1}   1

was heard on August 7, 2018 and which resulted in the entry of an Interim DIP Order. The Interim DIP Order did not include stub rent in its budget, but Objecting Landlords raised this issue at the Interim DIP Hearing and the issue was to be addressed at the Final DIP Hearing.

4. To be clear, from the very inception of these cases Objecting Landlords, as well as the entire community of counsel for landlords, vigorously warned that there was a substantial likelihood that these cases would be administratively insolvent. Objecting Landlords vociferously expressed this concern to the Court and fought to obtain protections and representations in Orders that, at a minimum, stub rent would be fully protected by a funded escrow so that the Objecting Landlords would not be compelled to finance this case.

5. The Final DIP Order included a budget which specifically provided for a funded escrow for stub rent for the Initial GOB Stores.

6. As the initial GOB sales ramped up, the Debtors sold a portion of their remaining assets which sale closed on October 19, 2018 (**_See Doc # 683_**) and began conducting GOB sales at the stores not sold or included in the initial GOB process. Additional DIP budgets were approved after the closing of the Sale to Pegasus which, in response the landlord community objections, each included a budget attached to the Order which identified "Stub Rent Escrow Released (Funded)" and which showed in the budgets attached to the Orders that the stub rent was "(Funded)" **_See Doc # 733 and Doc # 1074_** . This provision included in the Order approving the Second and Third Amended DIP Orders was to insure that the landlords would not be compelled to provide funding to the Debtors or their lenders and to insure that there was an escrowed reserve after the sale of the assets from which the Landlords would be able to be paid stub rent should this case be determined to be administratively insolvent.

7. Objecting Landlords join in the objections of any other similarly situated landlords.

Wherefore, The Price Reit Inc. (Store # 427), Milam Real Estate Capital LLC (Store # 286), Bex McCreless LLC (Store # 287), H.E. Butt Store Property Company No. One (Store # # 212 & 689), HEB Grocery Company LP ( Store #209) and The Gallery at South DeKalb (Store # 581) pray that this Honorable Court deny Gordon Brothers Finance Company's Motion to Convert unless and until the stub rent as defined as escrowed in the budget is paid and for such other and further relief as is just and equitable.

Dated:  January 23, 2019
Wilmington, Delaware

*/s/ Rachel B. Mersky*
Rachel B. Mersky ( Del Bar # 2049)
Monzack Mersky McLaughlin
and Browder PA
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
E-mail: rmersky@monlaw.com

Attorneys for:
The Price Reit Inc., Milan Real Estate Capital LLC, Bex McCreless LLC, H.E. Butt Store Property Company No. One, HEB Grocery Company LP and The Gallery at South DeKalb