## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| J & M SALES INC., *et al.*,[1] | Case No. 18-11801 (LSS) |
| Debtors. | Jointly Administered |
| | **Hearing: January 28, 2019 at 11:00 a.m. ET** |
| | **Ref. Docket No. 1106, 1123** |

**JOINDER OF 3900 INDIAN AVENUE, LLC, GGF III, LLC, GGF PICO RIVERA, LLC, WEINGARTEN REALTY INVESTORS AND WRI-AEW LONE STAR RETAIL PORTFOLIO, LLC TO LIMITED OBJECTION OF 99 CENTS ONLY STORES, LLC, BRIXMOR OPERATING PARTNERSHIP LP, FEDERAL REALTY INVESTMENT TRUST, PGI MANAGEMENT, PGIM REAL ESTATE, PRIMESTAR DEVELOPMENT, INC., VALLEY PLAZA, LLC, WATT COMPANIES, WEITZMAN, AND WIND CHIME PROPERTIES, L.P. TO MOTION OF GORDON BROTHERS FINANCE COMPANY TO CONVERT DEBTORS' CHAPTER 11 CASES UNDER CHAPTER 7 OF THE <u>BANKRUPTCY CODE PURSUANT TO 11 U.S.C. §§ 105 AND 1122</u>**

3900 Indian Avenue, LLC, GGF III, LLC, GGF Pico Rivera, LLC, Weingarten Realty Investors and WRI-AEW Lone Star Retail Portfolio, LLC (collectively, "<u>Objecting Landlords</u>"), by and through their undersigned counsel, submit this joinder to the *Limited Objection of 99 Cents Only Stores, LLC, Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGI Management, PGIM Real Estate, Primestar Development, Inc., Valley Plaza, LLC, Watt Companies, Weitzman , and Wind Chime Properties, L.P. To Motion of Gordon Brothers Finance Company to Convert Debtors' Chapter 11 Cases Under Chapter 7 of the Bankruptcy Code Pursuant To 11 U.S.C. §§ 105 and 1122* [Docket No. 1123] (the "<u>Limited Objection</u>").

1.    Like most, if not all, of Debtors' former landlords in these cases, Objecting Landlords (more particularly described in Schedule A hereto) were not paid "stub rent" for the

---

[1]    Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).  Debtors' mailing address is 15001 South Figueroa Street, Gardena, California 90248.

post-petition portion of the month of August 2018 (August 6-31) and have unsatisfied administrative expense claims for such use and occupancy of leased premises. *See, e.g., In re Goody's Family Clothing, Inc.*, 610 F.3d 812, 819 (3d Cir. 2010); *In re DVI, Inc*., 308 B.R. 703, 708 (Bankr. D. Del. 2004); *In re ZB Co*., 302 B.R. 316, 319 (Bankr. D. Del. 2003). The wind down budget previously agreed to between secured lender Gordon Brothers Finance Company ("GBFC") and Debtors provided for a "funded" $3.9 Million "stub rent escrow" to satisfy these obligations. *See Order Authorizing Third Amendment To Final Order Pursuant To 11 U.S.C. §§105, 361, 362, 363, 364 and 507 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief* [Docket No. 1074], filed December 27, 2018.

      2.      This Court should not convert these Chapter 11 cases to Chapter 7 <u>at this time</u>. As Debtors have asserted, "remaining in Chapter 11 may be more efficient" than conversion to Chapter 7. *Debtor's Response To Limited Objection* [Docket No. 1145] at ¶ 7. If GBFC continues to refuse to release stub rent funds previously reserved or escrowed, debtors-in-possession can pursue surcharge claims through an adversary proceeding against GBFC under Bankruptcy Code section 506(c), consistent with the "carve out" in this Court's prior financing orders. *See Debtor's Response To Limited Objection* [Docket No. 1145] at ¶ 6. Such effort would be aided by the establishment of an administrative claims bar date, thus avoiding the U.S. Trustee's concerns regarding a "race to the courthouse" with respect to multiple motions for allowance and payment of administrative expense claims, with resulting additional expense and diversion of this Court's resources in handling multiple motions for allowance of what may be undisputed administrative claims. [*See* Docket No. 1203].[2] GBFC, which urged and funded the ultimately unsuccessful reorganization and sale process in this case, should not be rewarded by conversion to Chapter 7

---

[2]    Numerous such motions are currently set for hearing on January 28 and February 12, 2019.

and the resulting further delay in satisfaction of administrative expense claims to Debtors' landlords, who were involuntary creditors in these Chapter 11 cases.

## <u>RESERVATION OF RIGHTS</u>

The Objecting Landlords reserve the right to make such other and further objections to the *Motion of Gordon Brothers Finance Company to Convert Debtors' Chapter 11 Cases Under Chapter 7 of the Bankruptcy Code Pursuant To 11 U.S.C. §§ 105 and 1122* as may be appropriate based upon any new information provided by GBFC or Debtors or upon any different relief requested by GBFC.

Dated:  January 23, 2019

Ivan M. Gold, Esq. (*admitted  pro hac vice*)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
(415) 837-1515
igold@allenmatkins.com

- and –

*/s/ Karen C. Bifferato*
Karen C. Bifferato (#3279)
Connolly Gallagher LLP
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Telephone:  (302) 888-6221
Facsimile:  (302) 757-7299
Email:  kbifferato@connollygallagher.com

*Attorneys for Objecting Landlords*

**SCHEDULE A**

| Location | Landlord | Debtor/Tenant |
|---|---|---|
| Greenhouse Marketplace, San Leandro, California | Weingarten Realty Investors | FP Stores, Inc. d/b/a Factory 2-U |
| I-45/Telephone Road Center, Houston, Texas | WRI-AEW Lone Star Retail Portfolio, LLC | J&M Sales of Texas, LLC d/b/a Fallas Paredes |
| Baseline Shopping Center, San Bernardino, California | GGF III, LLC | FP Stores, Inc. d/b/a Factory 2-U |
| Pico Rivera Plaza, Pico Rivera, California | GGF Pico Rivera, LLC | J&M Sales, Inc. d/b/a Fallas Paredes |
| Fallas Distribution Center, 3900 Indian Avenue, Perris, California | 3900 Indian Avenue, LLC | FP Stores, Inc. |