IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: <br><br> J & M SALES INC., *et al.* <br><br><br><br> Debtors. | Chapter 11 <br> Case No. 18-11801 (LSS) <br> Jointly Administered <br> **Objection Deadline: 1/23/2019@ 4:00 p.m.** <br> **Hearing Date: 1/28/2019 @ 11:00a.m.** <br> Related To: Docket Nos. 1106 & 1164 |

**LIMITED OBJECTION OF REMO TARTAGLIA ASSOCIATES, OAKWOOD PLAZA LIMITED PARTNERSHIP, AND PLAZA DEL SOL 557 LLC TO MOTION OF GORDON BROTHERS FINANCE COMPANY TO CONVERT DEBTORS' CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE UNITED STATES BANKRUPTCY CODE**

Comes Now, Remo Tartaglia Associates, Oakwood Plaza Limited Partnership and Plaza Del Sol 557 LLC ("Objecting Landlords"[1]) and files this Limited Objection to Gordon Brothers Finance Company's Motion to Convert and in furtherance there of states as follows.

1. Debtors filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code on August 6, 2018. (the "Petition Date".) The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to 11 U.S.C.§§ 1107(a) and 1108.

2. On August 6, 2018, the Debtors filed the Motion for DIP Financing which was heard on August 7, 2018 and which resulted in the entry of an Interim DIP Order. The Interim DIP Order did not include stub rent in its budget, but Objecting Landlords raised this issue at the Interim DIP Hearing and the issue was to be addressed at the Final DIP Hearing.

3. To be clear, from the very inception of these cases Objecting Landlords,

---

[1] Objecting Landlords are all Landlords of properties that were part of the GOB Sale that commenced at the initiation of this Chapter 11 bankruptcy.

as well as the entire community of counsel for landlords, vigorously warned that there was a substantial likelihood that these cases would be administratively insolvent. Objecting Landlords vociferously expressed this concern to the Court and fought to obtain protections and representations in Orders that, at a minimum, stub rent would be fully protected by a funded escrow so that the Objecting Landlords would not be compelled to finance this case. This was especially important for properties subject to the GOB sales that were initiated at the commencement of this case.

4. Objecting Landlords are landlords of locations that were part of the initial GOB sale process. The Final DIP Order included a budget which specifically provided for a funded escrow for stub rent for the Initial GOB Stores.

5. At the hearing held before this Honorable Court on January 17, 2019, the Debtors represented that payment for all stub rent for the initial GOB stores was being paid or was going to being paid shortly.

6. Remo Tartaglia Associates recently received a payment of $12,063 which comports with a pro rata portion of $14,958 base rent, Debtors failed to include in the stub rent payment of $2,200.94 in stub CAM and $4,169.35 in stub real estate taxes which are both sums due as stub rent. Consequently Debtors owe an additional of $6,370.30 in stub rent which must be paid before conversion of the case.

7. Oakwood Plaza Limited Partnership recently received a payment of $13,256.85, for stub rent, however actual stub rent was $20,940.83, leaving a balance of $7,583.98 that is due and owing and must be paid before conversion.

8. Plaza Del Sol 557 LLC recently received a payment of $ 18,030.24 for stub rent, however the actual stub rent due was $ 27,367.63, leaving a balance of $ 9,337.39 that is due and owing and must be paid before conversion.

9. Objecting Landlord join in the objections of any other similarly situated landlords.

Wherefore, Remo Tartaglia Associates, Oakwood Plaza Limited Partnership and Plaza Del Sol 557 LLC  pray that this Honorable Court deny Gordon Brothers Finance Company's Motion to Convert unless and until the stub rent is paid in full and  for such other and further relief as is just and equitable.

Dated:  January 23, 2019
Wilmington, Delaware

*/s/ Rachel B. Mersky*
Rachel B. Mersky ( Del Bar # 2049)
Monzack Mersky McLaughlin
and Browder PA
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
E-mail: rmersky@monlaw.com

Attorneys for: Remo Tartaglia Associates, Oakwood Plaza Limited Partnership and Plaza Del Sol 557 LLC.