IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| J & M SALES, INC., *et al.*, | § | Case No. 18-11801 (LSS) |
| | § | |
| | § | **Re: D.I. 1218** |
| | § | |
| Debtors. | § | |
| | § | |

**SOCO L.P.'S MOTION TO SHORTEN NOTICE OF ITS
MOTION FOR ENTRY OF AN ORDER
(I) COMPELLING DEBTORS' PAYMENT OF CERTAIN POST-PETITION RENT AND
OTHER AMOUNTS DUE PURSUANT TO 11 U.S.C. § 365(d)(3) AND PRIOR ORDERS
OF COURT, (II) FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND (III) TO THE
EXTENT NECESSARY, COMPELLING THE DEBTORS' TO EXERCISE THEIR 11
U.S.C. § 506(C) SURCHARGE RIGHTS**

SoCo, L.P. ("SoCo") hereby moves for an Order shortening notice (the "Motion to Shorten") of its Motion for an Order (I) Compelling Debtors' Payment of Certain Post-Petition Rent and Other Amounts Due Pursuant to 11 U.S.C. § 365(d)(3) and Prior Orders of Court, (II) for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and (III) to the Extent Necessary, Compelling the Debtors to Exercise Their 11 U.S.C. § 506(c) Surcharge Rights (the "Motion to Compel", D.I. 1218), and in support thereof respectfully states as follows:

1.     Del. Bankr. L.R. 9006-1(e) provides that the Court may shorten notice "on written motion (served on all interested parties) specifying the exigencies justifying shortened notice."

2.     The Motion to Compel seeks an Order compelling Debtors to pay the post-petition amounts due under SoCo's lease with the Debtor.

3. A hearing on Gordon Bros.' motion to convert these cases to cases under chapter 7 of the Bankruptcy Code is scheduled for January 28, 2019 at 11:00 a.m. That motion is being heard on an expedited basis.

4. SoCo has objected to the conversion motion on the grounds that these cases should not be converted until administrative rent obligations are satisfied.

5. The interests of judicial economy and fairness would be promoted by hearing the Motion to Compel at the same time as the conversion motion.

WHEREFORE, SoCo respectfully request an order shortening notice of its Motion to Compel.

Dated: January 23, 2019.

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:  (302) 654-0728
Email:  loizides@loizides.com

*Attorney for SoCo, LP*

OF COUNSEL:

Robert Goe
GOE & FORSYTHE, LLP
18101 Von Karman, Suite 1200
Irvine, CA 92612
T:(949) 798-2460
F:(949) 955-9437
rgoe@goeforlaw.com

*Attorneys for SoCo, LP*