IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| | § | CASE NO. 18-11801(LSS) |
| J & M Sales Inc., et al | § | |
| Debtors. | § | Jointly Administered |

---

### RANDOLPH PLAZA II, LLC'S MOTION AND REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIMS FOR DEBTOR'S STORE NUMBER 339 LOCATED AT 4152 EAST 22ND STREET, TUCSON, ARIZONA

---

**TO THE HONORABLE**
**UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW**, Randolph Plaza II, LLC, a creditor and commercial landlord for Debtor's Store Number 339 located at 4152 East 22nd Street, Tucson, Arizona , files this Motion and Request for Payment of Administrative Claims for Debtor's Store Number 339 located at 4152 East 22nd Street, Tucson, Arizona and would respectfully show the court as follows:

**JURISDICTION AND VENUE**

1. This court has jurisdiction to consider the Motion pursuant to 28 U.S.C. Sections 157 and 1334.

2. This is a core proceeding pursuant to U.S.C. Section 157(b).

3. Venue is proper before this court pursuant to 28 U.S.C. Sections 1408 and 1409.

4. Pursuant to Del. Bankr. L. R. 9013-1(f), Movant does consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the

parties, cannot enter final orders or judgment consistent with Article III of the United States Constitution.

**FACTUAL BACKGROUND**

5.    Randolph Plaza II, LLC is the commercial landlord for Debtor's Store Number 339 located at 4152 East 22nd Street, Tucson, Arizona. Debtor J&M Sales, Inc. (herein "Debtor") is responsible for the payment of the amounts claimed hereby.

6.    Debtor filed bankruptcy herein on or about August 6, 2018.

7.    Debtor owed Randolph Plaza II, LLC actual and necessary costs and expenses of operating Debtor's Store Number 339 located at 4152 East 22nd Street, Tucson, Arizona, being unpaid obligations, from August 6, 2018 through December 17, 2018 for unpaid minimum rent, common area maintenance expenses, insurance expenses, and ad valorem real estate tax expenses, taxes on rent, taxes on triple net charges plus amounts due pursuant to the Lease, and other charges as provided for in the Lease as extended and amended in the amount of $31,647.54; comprised of : A. $5,150.0 for the September 12, 2018 removal of Debtor's mechanics and materialman's lien which is payable by Debtor pursuant to section 11.2 of the Lease ( as further detailed in the attached documentation attached hereto as Exhibit "B" and incorporated herein as if set forth verbatim); plus, B. $2,100 for the removal of the Debtor's sign from the premises pursuant to section 11.2 of the Lease; plus, C. $1,500 for the removal of the Debtor's cardboard boxes in the rear of the premises pursuant to section 11.2 of the Lease; plus, D. $8,000 for the removal of the Debtor's racks from the premises pursuant to section 11.2 of the Lease; plus, E. $14,897.54 for unpaid minimum rent, common area maintenance expenses, insurance expenses, and ad valorem real estate tax expenses, taxes on rent, taxes on triple net

charges plus amounts due pursuant to the Lease (broken down as 26/31 times $17,762.45 for August 2018). A true and correct copy of the Lease and extensions and amendment to lease are attached hereto as Exhibit "A" and incorporated herein as if set forth verbatim. These business records are in Randolph Plaza II, LLC's custody or subject to Randolph Plaza II, LLC's control, supervision or direction. The original of these records are maintained as a permanent part of the records in Randolph Plaza II, LLC's office. These records were made at or near the time of the act reflected therein or reasonably soon thereafter.

**RELIEF REQUESTED AND REASONS THEREFORE**

8. Randolph Plaza II, LLC is entitled to priority administrative claims and expense status under Section 11 U.S.C.S. Sections 503(b), 507(a)(1) and 365(d)(3) of the Bankruptcy Code for actual and necessary costs and expenses of operating Debtor's Store Number 339 located at 4152 East 22nd Street, Tucson, Arizona, being unpaid obligations, from August 6, 2018 through December 17, 2018 for unpaid minimum rent, common area maintenance expenses, insurance expenses, and ad valorem real estate tax expenses, taxes on rent, taxes on triple net charges plus amounts due pursuant to the Lease, and other charges as provided for in the Lease as extended and amended in the amount of $31,647.54; comprised of : A. $5,150.0 for the September 12, 2018 removal of Debtor's mechanics and materialman's lien which is payable by Debtor pursuant to section 11.2 of the Lease ( as further detailed in the attached documentation attached hereto as Exhibit "B" and incorporated herein as if set forth verbatim); plus, B. $2,100 for the removal of the Debtor's sign from the premises pursuant to section 11.2 of the Lease; plus, C. $1,500 for the removal of the Debtor's cardboard boxes in the rear of the premises pursuant to section 11.2 of the Lease; plus, D. $8,000 for the removal of the Debtor's

racks from the premises pursuant to section 11.2 of the Lease; plus, E. $14,897.54 for unpaid minimum rent, common area maintenance expenses, insurance expenses, and ad valorem real estate tax expenses, taxes on rent, taxes on triple net charges plus amounts due pursuant to the Lease (broken down as 26/31 times $17,762.45 for August 2018).

9. Landlords are given priority administrative claims for postpetition rent in shopping centers until the leases are rejected or accepted and possession is surrendered. The majority rule is that rent is prorated on a daily basis and attorneys fees are allowed to be recovered when administrative rent is not paid if the lease provides for the recovery of attorneys' fees. *See In re: Trak Auto Cooperation,* 277 B.R. 655, 669-670 (Eastern District, Virginia 2002) ("Where the debtor's lease provides for the payment of counsel fees and late fees or interest, we will uphold the terms of the contract"); *In re: Muma Services, Inc.,* 279 B.R. 478, 488-89 (Bankr. D. Del. 2002); *In re: Valley Media,* 290 B.R. 73, 75-76 (Bankr. D. Del. 2003). *See also In re: Shangri-La Inc.,* 167 F.3d 843 ( 4th Cir. 1999 ).

10. Additionally, Debtor is liable for Randolph Plaza II, LLC's attorneys fees and expenses pursuant to section 17 of the Lease, which Randolph Plaza II, LLC incurred pursuant to the lease in an amount to be proven by additional filings, which as of December 31, 2018 is $6,988.10. The amount of said attorneys fees and expenses may be asserted by supplemental and/or amended motions and/or requests and such amount may increase after the date of filing hereof. Accordingly, Randolph Plaza II, LLC reserves the right to amend to add additional attorneys fees, expenses, court costs, etc. incurred hereafter. *See In re: Trak Auto Cooperation,* 277 B.R. 655, 669-670 ( Eastern District, Virginia 2002 ) ("Where the debtor's lease provides for the payment of counsel fees and late fees or interest, we will uphold the terms of the

contract"); *In re: Muma Services, Inc.,* 279 B.R. 478, 488-89 (Bankr. D. Del. 2002); *In re: Valley Media,* 290 B.R. 73, 75-76 (Bankr. D. Del. 2003); *See also In re: Shangri-La Inc.,* 167 F.3d 843 ( 4th Cir. 1999 ).

11. Additionally, Randolph Plaza II, LLC reserves the right to amend or supplement this motion and request.

12. In conclusion Randolph Plaza II, LLC requests and hereby makes this motion and request for payment of administrative claim to Randolph Plaza II, LLC in the amount of $38,635.64 ($31,647.54 plus $6,988.10) and for attorneys fees and expenses as may be asserted by supplemental and/or amended motions and/or requests relating to Debtor's Store Number 339 located at 4152 East 22nd Street, Tucson, Arizona. Randolph Plaza II, LLC requests such other relief, both legal and equitable, to which it may show itself entitled.

**WHEREFORE**, Randolph Plaza II, LLC requests and hereby makes this motion and request for payment of administrative claim to EQYInvest Owner II, Ltd, in the amount of $38,635.64 and attorneys fees and expenses as may be asserted by supplemental and/or amended motions and/or requests relating to Debtor's Store Number 339 located at 4152 East 22nd Street, Tucson, Arizona, pursuant to the proposed order submitted herewith. Randolph Plaza II, LLC requests such other relief, both legal and equitable, to which it may show itself entitled.

**Respectfully submitted,**
**RASHTI AND MITCHELL**
**ATTORNEYS AT LAW**
/s/ Timothy T. Mitchell
Timothy T. Mitchell
Texas State Bar Number 14223000
Donna Kaye Rashti
Texas State Bar Number 16553400
4422 Ridgeside Drive
Dallas, Texas 75244
Phone 972-661-9471
Fax (972) 503-9611
tim@rashtiandmitchell.com
donna@rashtiandmitchell.com
**Attorneys for Randolph Plaza II, LLC**

## CERTIFICATE OF SERVICE

I Timothy T. Mitchell do hereby certify that a true and correct copy of the above Randolph Plaza II, LLC's Motion and Request for Payment of Administrative Claims for Debtor's Store Number 339 located at 4152 East 22nd Street, Tucson, Arizona has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 24th day of January, 2019.

/s/ Timothy T. Mitchell
Timothy T. Mitchell
Texas State Bar Number 14223000
**Attorneys for Randolph Plaza II, LLC**