# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>J & M Sales Inc., *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 18-11801 (LSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 1211** |

## NOTICE OF WITHDRAWAL OF THE LIMITED OBJECTION OF HILCO MERCHANT RESOURCES, LLC, GORDON BROTHERS RETAIL PARTNERS, LLC & SB360 CAPITAL PARTNERS, LLC TO THE MOTION OF GORDON BROTHERS FINANCE COMPANY TO CONVERT DEBTORS' CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE, PURSUANT TO 11 U.S.C. §§ 105 AND 1112

The contractual joint venture of Hilco Merchant Resources, LLC, Gordon Brothers Retail Partners, LLC and SB360 Capital Partners, LLC as the agent for the above-captioned debtors' liquidation sales (collectively, the "Agent"), by and through its undersigned counsel, hereby withdraws the *Limited Objection of Hilco Merchant Resources, LLC, Gordon Brothers Retail Partners, LLC and SB360 Capital Partners, LLC to the Motion of Gordon Brothers Finance Company to Convert Debtors' Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code, Pursuant to 11 U.S.C. §§ 105 and 1112* (the "Objection") [Docket No. 1211] filed on January 23, 2019.

*[Signature page follows]*

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J & M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

#51691405 v1

-2-

| | |
|---|---|
| Dated:  January 28, 2019<br>Wilmington, Delaware | */s/ Marcy J. McLaughlin* |
| | Douglas D. Herrmann (DE No. 4872)<br>Marcy J. McLaughlin (DE No. 6184)<br>**PEPPER HAMILTON LLP**<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone:    (302) 777-6500<br>Facsimile:     (302) 421-8390<br>E-mail:           herrmannd@pepperlaw.com<br>                       mclaughlinm@pepperlaw.com |
| | *Counsel to the Agent* |

#51691405 v1