# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| J & M SALES INC., *et al.*, | ) Case No. 18-11801 (LSS) |
| Debtors.[1] | ) Jointly Administered |
| | ) Re: D.I. 1106 |

## ORDER CONVERTING DEBTORS' CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

Upon the Motion[2] of Gordon Brothers Finance Company in the Chapter 11 cases of the above-captioned (the "Debtors") seeking entry of an order (i) converting the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code and (ii) granting such other relief as this Court deems just, proper, and equitable; and the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157, (iii) the relief requested in the Motion is in the best interests of the Debtors' estates and its creditors, (iv) adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary, and (v) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein;

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

**IT IS HEREBY ORDERED** that:

1. These cases commenced under chapter 11 of the Bankruptcy Code are converted to cases under chapter 7 pursuant to section 1112(b) as ~~of the date hereof~~ February 4, 2019 at 10:00 a.m.

2. The Debtors shall:

    a. Forthwith turn over to the Chapter 7 trustee all records and property of the estates under their custody and control as required by Fed. R. Bankr. P. 1019(4); and,

    b. Within 15 days of the date of this Order file a schedule of unpaid debts incurred after commencement of the superseded cases including the name and address of each creditor, as required by Fed. R. Bankr. P. 1019(5).

3. The Debtors shall, within 30 days from the date of this Order, file and transmit to the United States Trustee a final report and account as required by Fed. R. Bankr. P. 1019(5)(A).

4. A Debtor representative, and, if so requested by the chapter 7 trustee, counsel to the Debtors in these cases shall appear at the First Meeting of Creditors pursuant to Sections 341 (a) and 343 of the Bankruptcy Code and such representative shall be available to testify at such hearing.

5. This Court shall retain jurisdiction over the terms and conditions of this Order.

Dated: January 28, 2019
Wilmington, Delaware

THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE