**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>J & M SALES INC., *et al.*<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 18-11801 (LSS)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON FEBRUARY 12, 2019 AT 10:00 A.M.**

**MATTERS GOING FORWARD:**

1.  Motion of Armouth International Inc. for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Authorizing Discovery of the Debtors [Filed 01/29/2019; Docket No. 1247]

    Related Documents:          None

    Response Deadline:          February 5, 2019 at 4:00 p.m. Eastern Time.

    Responses Received:

    (a)    Response of Debtors to Motion of Armouth International Inc. for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Authorizing Discovery of the Debtors [Filed 02/04/2019; Docket No. 1261]

    (b)    Response in Further to Motion of Armouth International Inc. for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Authorizing Discovery of the Debtors [Filed 02/06/2019; Docket No. 1278]

    Status:          This matter is going forward; however, the parties are in active discussions regarding a continuance and will alert the Court as soon as possible if this matter is continued.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

**CONTINUED MATTERS:**

2.   Motion of Hendon Golden East, LLC for Order Compelling Debtors to Immediately Comply with 11 U.S.C. § 365(d)(3), and Pay Certain Post-Petition Lease Obligations [Filed 10/16/2018; Docket No. 660]

|  |  |
|---|---|
| Related Documents: | None |
| Response Deadline: | October 30, 2018 at 4:00 p.m. Eastern Time. Extended for the Debtors to November 6, 2018 at 4:00 p.m. Eastern Time |
| Responses Received: |  |
| (a) | Debtors' Objection to Motion of Hendon Golden East, LLC for Order Compelling Debtors to Immediately Comply with 11 U.S.C. § 365(d)(3), and Pay Certain Post-Petition Lease Obligations [Filed 11/06/2018; Docket No. 770] |
| Status: | This matter is being continued to the March 11, 2019 omnibus hearing date. |

3.   Motion of Enterprise FM Trust to Compel Assumption or Rejection of a Certain Unexpired Executory Contract and for an Administrative Expense Claim [Filed 11/09/2018; Docket No. 784]

|  |  |
|---|---|
| Related Documents: | None |
| Response Deadline: | November 26, 2018 at 4:00 p.m. Eastern Time. Extended to November 30, 2018 for the Debtors. |
| Responses Received: |  |
| (a) | Debtor's Response to Motion of Enterprise FM Trust to Compel Assumption or Rejection of a Certain Unexpired Executory Contract and for an Administrative Expense Claim [Filed 11/30/2018; Docket No. 921] |
| Status: | This matter is being continued to the March 11, 2019 omnibus hearing date. |

4.   Debtors' Motion for an Order (I) Establishing Bar Dates for Filing Claims and (II) Approving the Form and Manner of Notice Thereof [Filed 11/19/2018; Docket No. 846]

Related Documents:

(a)   Certification of Counsel Regarding Revised Proposed Order (I) Establishing Bar Dates for

Filing Claims and (II) Approving the Form and Manner of Notice Thereof [Filed 12/05/2018; Docket No. 934]

Response Deadline:    December 3, 2018 at 4:00 p.m. Eastern Time. Extended to December 5, 2018 for Priority Payment Systems and Swipe Payment Solutions.

Responses Received:

(b)    Informal comments from certain landlords.

(c)    Informal comments from Priority Payment Systems and Swipe Payment Solutions.

Status:    This matter is being continued to the March 11, 2019 omnibus hearing date.

5.    Motion of United Pacific Design, Inc. for an Order, Pursuant to 11 U.S.C. §§105(a) and 503(b) Authorizing and Compelling Payment of Administrative Expense Claim [Filed 01/07/2019; Docket No. 1104]

Related Documents:

(a)    Declaration in Support //Declaration of Fred Dardashti in Support of Motion of United Pacific Design, Inc. for an Order, Pursuant to 11 U.S.C. §§105(a) and 503(b) Authorizing and Compelling Payment of Administrative Expense Claim [Filed 01/07/2019; Docket No. 1105]

Response Deadline:    January 22, 2019 at 4:00 p.m. Eastern Time.

Responses Received:

(b)    Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199]

(c)    Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203]

(d)    Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233]

| | |
|---|---|
| Status: | This matter is being continued to the March 11, 2019 omnibus hearing date. |

6.      Motion of Weiser Security Services, Inc., for Immediate Payment of Administrative Expense Pursuant to Section 503(b)(1) of the Bankruptcy Code [Filed 01/08/2019; Docket No. 1117]

| | |
|---|---|
| Related Documents: | None |
| Response Deadline: | February 5, 2019 at 4:00 p.m. Eastern Time. |
| Responses Received: | |

   (a)    Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199]

   (b)    Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203]

   (c)    Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233]

| | |
|---|---|
| Status: | This matter is being continued to the March 11, 2019 omnibus hearing date. |

7.      Motion of Longs Drug Stores California, LLC (A) for Allowance and Payment of Administrative Expense Claim and (B) to Compel Debtors to Timely Perform Certain Lease Obligations [Filed 01/09/2019; Docket No. 1122]

| | |
|---|---|
| Related Documents: | None |
| Response Deadline: | January 23, 2019 at 4:00 p.m. Eastern Time. |
| Responses Received: | |

   (a)    Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199]

   (b)    Omnibus Objection United States Trustee's

|   |   | Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203] |
|---|---|---|
|   | (c) | Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233] |

<u>Status:</u>                     This matter is being continued to the March 11, 2019 omnibus hearing date.

8.     Motion of Arena Shoppes, LLLP for Allowance and Payment of Administrative Claims Pursuant to 11 U.S.C. §§ 365 and 503 [Filed 01/10/2019; Docket No. 1131]

<u>Related Documents:</u>          None

<u>Response Deadline:</u>          January 23, 2019 at 4:00 p.m. Eastern Time.

<u>Responses Received:</u>

|   | (a) | Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199] |
|---|---|---|
|   | (b) | Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203] |
|   | (c) | Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233] |

<u>Status:</u>                     This matter is being continued to the March 11, 2019 omnibus hearing date.

9.     Motion of Seldat, Inc. for Allowance and Immediate Payment of Administrative Claim Pursuant to Section 503(b)(1) of the Bankruptcy Code [Filed 01/11/2019; Docket No. 1149]

<u>Related Documents:</u>          None

<u>Response Deadline:</u>          January 25, 2019 at 4:00 p.m. Eastern Time.

<u>Responses Received:</u>

|  | (a) | Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199] |
|--|-----|--|

              (a)    Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199]

              (b)    Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203]

              (c)    Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233]

Status:                This matter is being continued to the March 11, 2019 omnibus hearing date.

10.    Motion of All Weather Fashions Ltd. for Allowance and Payment of Administrative Expense Claim Arising from Post-Petition Delivery of Goods [Filed 01/11/2019; Docket No. 1156]

Related Documents:      None

Response Deadline:      January 31, 2019 at 4:00 p.m. Eastern Time.

Responses Received:

              (a)    Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199]

              (b)    Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203]

              (c)    Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233]

Status:                This matter is being continued to the March 11, 2019 omnibus hearing date.

11.    Motion of Wicked Fashions, Inc. for Allowance of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(1) [Filed 01/16/2019; Docket No. 1175]

| | | |
|---|---|---|
| Related Documents: | | None |

Response Deadline:          January 30, 2019 at 4:00 p.m. Eastern Time.

Responses Received:

      (a)    Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199]

      (b)    Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203]

      (c)    Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233]

Status:                     This matter is being continued to the March 11, 2019 omnibus hearing date.

12.   HCP Highland Park LLC for (A) Allowance and Payment of Administrative Expense Claim and (B) to Compel Debtors to Timely Perform Certain Lease Obligations [Filed 01/17/2019; Docket No. 1182]

Related Documents:          None

Response Deadline:          February 5, 2019 at 4:00 p.m. Eastern Time.

Responses Received:

      (a)    Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199]

      (b)    Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203]

      (c)    Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019;

<table>
<tr><td></td><td>Docket No. 1233]</td></tr>
</table>

| Status: | This matter is being continued to the March 11, 2019 omnibus hearing date. |

13.  Motion of A.F.M.K. Inc. dba Moda Gentleman for Allowance of an Administrative Claim Pursuant to 11 U.S.C. 503(b)(9)  [Filed 01/21/2019; Docket No. 1195]

| Related Documents: | None |
| Response Deadline: | February 5, 2019 at 4:00 p.m. Eastern Time. |
| Responses Received: | |

    (a)    Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199]

    (b)    Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203]

    (c)    Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233]

| Status: | This matter is being continued to the March 11, 2019 omnibus hearing date. |

14.  Debtors' Motion to Approve Stipulation Between Caribbean Island Stores, LLC and Great American Insurance Company Regarding Cancellation of Surety Bonds and Modification of the Automatic Stay  [Filed 01/24/2019; Docket No. 1228]

| Related Documents: | None |
| Response Deadline: | February 5, 2019 at 4:00 p.m. Eastern Time. |
| Responses Received: | None |
| Status: | This matter is being continued to the March 11, 2019 omnibus hearing date. |

*[Signature Page Follows]*

Dated:  February 8, 2019
        Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN
    & ARONOFF LLP

_____*/s/ Jennifer R. Hoover*_____
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

*Proposed Counsel for George L. Miller,*
*Chapter 7 Trustee*