# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
J & M Sales Inc.  
15001 South Figueroa Street  
Gardena, CA 90248  

**EIN:** 95–4444697  

Fallas Discount Stores  
Fallas Paredes  
Fallas  

**Chapter:** 7  

**Case No.:** 18–11801–LSS  

## NOTICE OF CONVERSION

**NOTICE IS HEREBY GIVEN** that the debtor(s) chapter 11 petition has been converted to a chapter 7 petition on 2/4/19.

_____  
Una O'Boyle, Clerk of Court

Related J/A Debtors are listed below

| | | |
|---|---|---|
| 18–11802 | National Stores. Inc. | 95–2154874 |
| 18–11803 | J&M Sales of Texas, LLC | 95–4875979 |
| 18–11804 | FP Stores, Inc. | 20–1566795 |
| 18–11805 | Southern Island Stores, LLC | 46–4428099 |
| 18–11806 | Southern Island Retail Stores LLC | 46–5164237 |
| 18–11807 | Carribbean Island Stores, LLC | 66–0819301 |
| 18–11808 | Pazzo FNB Corp. | 46–4569870 |
| 18–11809 | Fallas Stores Holdings, Inc. | 82–2676052 |
| 18–11810 | Pazzo Management LLC | 46–4471924 |

NOTE: If you previously filed a Proof of Claim in this case, you do not need to file another Proof of Claim. If you previously filed a Motion/Request for Allowance and/or payment of an administrative expense claim that has not yet been ruled upon, you will receive written notice in the future when your administrative expense claim(s) will be scheduled for hearing.

Dated: 2/13/19

(VAN–031)