**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>J & M SALES INC., *et al.*<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 18-11801 (LSS)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 26-27, 2019 AT 10:00 A.M.**

**CONTESTED MATTERS GOING FORWARD:**

1.  Priority Payment Systems' and Swipe Payment Solutions' Emergency Motion to Enforce Stipulated Order Re: Credit and Debit Card Processing Entered November 23, 2018 [Filed 12/10/2018; Docket No. 965]

     Response Deadline:              December 19, 2018 at 4:00 p.m. Eastern Time.

     Responses Received:

                          (a)     Opposition of Pegasus Trucking, LLC to Emergency Motion of Priority Payments Systems and Swipe Payment Solutions to Enforce Stipulated Order Re: Credit and Debit Card Processing Entered November 23, 2018 [Filed 12/19/2018; Docket No. 1025]

     Status:                              This matter is going forward.

2.  Motion of Pegasus Trucking, LLC, for Order: (I) Enforcing Courts November 23, 2018, Stipulated Order; (II) Holding Priority Payment Systems, Inc., and Swipe Payment Solutions, Inc., in Contempt for Failure to Comply with Order and Engaging in Related Misconduct; and (III) Awarding Sanctions and Other Relief [Filed 3/12/2019; Docket No. 1343]

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

Related Documents:

|   |   |
|---|---|
| (a) | Declaration of Dan Bliss in Support of "Motion of Pegasus Trucking, LLC, for Order: (I) Enforcing Courts November 23, 2018, Stipulated Order; (II) Holding Priority Payment Systems, Inc., and Swipe Payment Solutions, Inc., in Contempt for Failure to Comply with Order and Engaging in Related Misconduct; and (III) Awarding Sanctions and Other Relief [Filed 3/12/2019; Docket No. 1344] |
| (b) | Declaration of Alan G. Tippie in Support of "Motion of Pegasus Trucking, LLC, for Order: (I) Enforcing Courts November 23, 2018, Stipulated Order; (II) Holding Priority Payment Systems, Inc., and Swipe Payment Solutions, Inc., in Contempt for Failure to Comply with Order and Engaging in Related Misconduct; and (III) Awarding Sanctions and Other Relief [Filed 3/12/2019; Docket No. 1345] |

Response Deadline:         March 19, 2019 at 4:00 p.m. Eastern Time.

Responses Received:

|   |   |
|---|---|
| (c) | Priority Payment Systems, Inc. and Swipe Payment Solutions, Inc.'s Opposition to Motion of Pegasus Trucking, LLC, for Order (I) Enforcing Court's November 23, 2018 Stipulated Order; (II) Holding Priority Payment Systems, Inc. and Swipe Payment Solutions, Inc. in Contempt for Failure to Comply with Order and Engaging in Related Misconduct; and (III) Awarding Sanctions and Other Relief [Filed 3/19/2019; Docket No. 1363] |
| (d) | Reply Memorandum of Pegasus Trucking, LLC, in Support of Motion for Order: (i) Enforcing Court's November 23, 2018, Stipulated Order; (ii) Holding Priority Payment Systems, Inc., and Swipe Payment Solutions, Inc., in Contempt for Failure to Comply with Order and Engaging in Related Misconduct; and (iii) Awarding Sanctions and Other Relief [Filed 3/21/2019; Docket No. 1370] |

Status:                    This matter is going forward.

Dated:  March 21, 2019
       Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN
   & ARONOFF LLP

_/s/ Kevin M. Capuzzi_
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

_Proposed Counsel for George L. Miller,
Chapter 7 Trustee_