IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M SALES INC., *et al.*<br><br>　　　　　　Debtors.[1] | Chapter 7<br><br>Case No. 18-11801 (LSS)<br>(Jointly Administered) |
| AFFILIATED FM INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GEORGE MILLER, NOT INDIVIDUALLY BUT SOLELY AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF J & M SALES, SERVPRO OF SANTA MARIA, FALLAS BORROWER IV, LLC, AND MICHAEL FALLAS,<br><br>　　　　　　Defendants. | Adv. Pro. No.:  19-50109 (LSS) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 15, 2019 AT 11:00 A.M.

### CONTINUED/WITHDRAWN MATTERS:

1. Motion of Hendon Golden East, LLC for Order Compelling Debtors to Immediately Comply with 11 U.S.C. § 365(d)(3), and Pay Certain Post-Petition Lease Obligations [Filed 10/16/2018; Docket No. 660]

    Related Documents:   　None

    Response Deadline:   　Objection deadline continued generally for the Trustee only.

    Responses Received:

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

[2]   Amended items are indicated in **bold**.

12237966 v1

   (a) Debtors' Objection to Motion of Hendon Golden East, LLC for Order Compelling Debtors to Immediately Comply with 11 U.S.C. § 365(d)(3), and Pay Certain Post-Petition Lease Obligations [Filed 11/06/2018; Docket No. 770]

 Status: This matter is being continued to a date TBD.

2. Motion of Enterprise FM Trust to Compel Assumption or Rejection of a Certain Unexpired Executory Contract and for an Administrative Expense Claim [Filed 11/09/2018; Docket No. 784]

 Related Documents: None

 Response Deadline: Objection deadline continued generally for the Trustee only.

 Responses Received:

   (a) Debtor's Response to Motion of Enterprise FM Trust to Compel Assumption or Rejection of a Certain Unexpired Executory Contract and for an Administrative Expense Claim [Filed 11/30/2018; Docket No. 921]

 Status: This matter is being continued to a date TBD.

3. Motion of United Pacific Design, Inc. for an Order, Pursuant to 11 U.S.C. §§105(a) and 503(b) Authorizing and Compelling Payment of Administrative Expense Claim [Filed 01/07/2019; Docket No. 1104]

 Related Documents:

   (a) Declaration in Support //Declaration of Fred Dardashti in Support of Motion of United Pacific Design, Inc. for an Order, Pursuant to 11 U.S.C. §§105(a) and 503(b) Authorizing and Compelling Payment of Administrative Expense Claim [Filed 01/07/2019; Docket No. 1105]

   (b) Certificate of Service [Filed 01/08/2019; Docket No. 1113]

 Response Deadline: Objection deadline continued generally for the Trustee only.

 Responses Received:

   (c) Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of

|   |   | Administrative Expenses [Filed 01/22/2019; Docket No. 1199] |
|---|---|---|
|   | (d) | Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203] |
|   | (e) | Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233] |

Status:     This matter is being continued to a date TBD.

4. Motion of Weiser Security Services, Inc., for Immediate Payment of Administrative Expense Pursuant to Section 503(b)(1) of the Bankruptcy Code [Filed 01/08/2019; Docket No. 1117]

    Related Documents:     None

    Response Deadline:     Objection deadline continued generally for the Trustee only.

    Responses Received:

|   | (a) | Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199] |
|---|---|---|
|   | (b) | Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203] |
|   | (c) | Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233] |

Status:     This matter is being continued to a date TBD.

5. Motion of Longs Drug Stores California, LLC (A) for Allowance and Payment of Administrative Expense Claim and (B) to Compel Debtors to Timely Perform Certain Lease Obligations [Filed 01/09/2019; Docket No. 1122]

    Related Documents:     None

|   |   |   |
|---|---|---|
| Response Deadline: | | January 23, 2019 at 4:00 p.m. Eastern Time; Extended to April 19, 2019 at 4:00 p.m. Eastern Time for the Trustee. |

Responses Received:

    (a) Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199]

    (b) Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203]

    (c) Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233]

Status:     This matter is being continued to a date TBD.

6. Motion of Arena Shoppes, LLLP for Allowance and Payment of Administrative Claims Pursuant to 11 U.S.C. §§ 365 and 503 [Filed 01/10/2019; Docket No. 1131]

    Related Documents:     None

    Response Deadline:     Objection deadline continued generally for the Trustee only.

    Responses Received:

    (a) Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199]

    (b) Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203]

    (c) Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233]

|   |   |
|---|---|
| Status: | This matter is being continued to a date TBD. |

7. Motion of Seldat, Inc. for Allowance and Immediate Payment of Administrative Claim Pursuant to Section 503(b)(1) of the Bankruptcy Code [Filed 01/11/2019; Docket No. 1149]

    Related Documents:    None

    Response Deadline:    Objection deadline continued generally for the Trustee only.

    Responses Received:

    (a) Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199]

    (b) Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203]

    (c) Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233]

    Status:    This matter is being continued to a date TBD.

8. Motion of All Weather Fashions Ltd. for Allowance and Payment of Administrative Expense Claim Arising from Post-Petition Delivery of Goods [Filed 01/11/2019; Docket No. 1156]

    Related Documents:    None

    Response Deadline:    Objection deadline continued generally for the Trustee only.

    Responses Received:

    (a) Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199]

    (b) Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203]

|   |   |
|---|---|
| (c) | Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233] |

    Status:    This matter is being continued to a date TBD.

9. Motion of Wicked Fashions, Inc. for Allowance of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(1) [Filed 01/16/2019; Docket No. 1175]

    Related Documents:    None

    Response Deadline:    Objection deadline continued generally for the Trustee only.

    Responses Received:

|   |   |
|---|---|
| (a) | Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199] |
| (b) | Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203] |
| (c) | Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233] |

    Status:    This matter is being continued to a date TBD.

10. HCP Highland Park LLC for (A) Allowance and Payment of Administrative Expense Claim and (B) to Compel Debtors to Timely Perform Certain Lease Obligations [Filed 01/17/2019; Docket No. 1182]

    Related Documents:    None

    Response Deadline:    Objection deadline continued generally for the Trustee only.

    Responses Received:

|   |   |
|---|---|
| (a) | Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199] |

|  |  |
|---|---|
| (b) | Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203] |
| (c) | Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233] |

Status: This matter is being continued to a date TBD.

11. Motion of A.F.M.K. Inc. dba Moda Gentleman for Allowance of an Administrative Claim Pursuant to 11 U.S.C. 503(b)(9) [Filed 01/21/2019; Docket No. 1195]

Related Documents: None

Response Deadline: Objection deadline continued generally for the Trustee only.

Responses Received:

(a) Omnibus Objection of Gordon Brothers Finance Company to Motions for Payment of Administrative Expenses [Filed 01/22/2019; Docket No. 1199]

(b) Omnibus Objection United States Trustee's Omnibus Limited Objection to Applications for Allowance and Payment of Administrative Claims [Filed 01/22/2019; Docket No. 1203]

(c) Omnibus Response to Various Motions Seeking Allowance and/or Immediate Payment of Administrative Expenses [Filed 01/25/2019; Docket No. 1233]

Status: This matter is being continued to a date TBD.

12. Motion of 99 Cents Only Stores, LLC, Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGI Management, PGIM Real Estate, Primestor Development, Inc., Valley Plaza, LLC, Watt Companies, Weitzman, and Wind Chime Properties, L.P. for Entry of an Order (I) Compelling Debtors' (A) Payment Certain Post-Petition Rent and Other Charges Due 11 U.S.C. § 365(d)(3) and Prior Orders of Court; and (B) Enforcement of Surcharge Rights; and (II) for Allowance And Payment of Administrative Expense Claims Pursuant To 11 U.S.C. § 503(B)(1)(A) Filed by 99 Cents Only Stores, LLC, Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGI Management, PGIM Real Estate, Primestor

Development, Inc., Valley Plaza, LLC, Watt Companies, Weitzman, Wind Chime Properties, L.P. [Filed 01/23/2019; Docket No. 1215]

Related Documents:

(a) Notice of Hearing re: Motion of 99 Cents Only Stores, LLC, Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGI Management, PGIM Real Estate, Primestor Development, Inc., Valley Plaza, LLC, Watt Companies, Weitzman, and Wind Chime Properties, L.P. for Entry of an Order (I) Compelling Debtors' (A) Payment of Certain Post-Petition Rent and Other Charges Due Pursuant to 11 U.S.C. § 365(d)(3) and Prior Orders of Court and (B) Enforcement of Surcharge Rights, and (II) for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) Filed by 99 Cents Only Stores, LLC, Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGI Management, PGIM Real Estate, Primestor Development, Inc., Valley Plaza, LLC, Watt Companies, Weitzman, Wind Chime Properties, L.P. [Filed 2/15/2019, Docket No. 1314]

Response Deadline:   Objection deadline continued to a date TBD.

Responses Received:

(a) Limited Objection and Reservation of Rights of 99 Cents Only Stores, LLC, Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGI Management, PGIM Real Estate, Primestor Development, Inc., Valley Plaza, LLC Watt Companies, Weitzman, and Wind Chime Properties, L.P. to Certain Final Fee Applications [Filed 4/8/2019, Docket No. 1388]

Status:   This matter is being continued to a date TBD.

13. SOCO, L.P.'s Motion for Entry of An Order (I) Compelling Debtors; Payment of Certain Post-Petition Rent and Other Amounts Due Pursuant to 11 U.S.C. § 365(d)(3) and Prior Orders of Court, (II) For Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and (III) To the Extent Necessary, Compelling the Debtors' To Exercise Their 11 U.S.C. § 506(C) [Filed 1/23/2019; Docket No. 1218]

Related Documents:

    (a)    Motion to Shorten Notice of SoCo, L.P.s Motion for an Order (I) Compelling Debtors Payment of Certain Post-Petition Rent and Other Amounts Due Pursuant to 11 U.S.C. § 365(d)(3) and Prior Orders of Court, (II) for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and (III) to the Extent Necessary, Compelling the Debtors to Exercise Their 11 U.S.C. § 506(c) Surcharge Rights. [Filed 1/23/2019; Docket No. 1219]

    (b)    Objection to Motions to Shorten Notice Regarding Motions for Payment of Post-Petition Rent and Relating to Surcharge Rights. Filed by Gordon Brothers Finance Company. [Filed 1/24/2019; Docket No. 1220]

    (c)    Notice of Hearing re Motion for Entry of an Order (I) Compelling Debtors Payment of Certain Post-Petition Rent and Other Amounts Due Pursuant to 11 U.S.C. § 365(d)(3) and Prior Orders of Court, (II) For Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and (III) To the Extent Necessary, Compelling the Debtors to Exercise Their 11 U.S.C. § 506(c) Surcharge Rights. [Filed 2/05/2019; Docket No. 1272]

Response Deadline: Objection deadline continued to a date TBD.

Responses Received: None

Status: This matter is being continued to a date TBD.

14. Motion of Phillip White for Relief from the Automatic Stay Pursuant to 11 U.S. C. § 362(d) [Filed 02/19/2019; Docket No. 1321]

Related Documents: None

Response Deadline: March 4, 2019 at 4:00 p.m. Eastern Time; Extended to April 8, 2019 at 4:00 p.m. Eastern Time for the Trustee.

Responses Received: None

Status: This matter is being continued to the May 15, 2019 omnibus hearing date.

9

15. Application for Compensation and Reimbursement of Expenses (Fifth Monthly and Final) of Fox Rothschild LLP as Counsel to the Official Committee of Unsecured Creditors for the Monthly Period from January 1, 2019 through February 13, 2019 and for the period (Final) from August 16, 2018 to February 13, 2019 Filed by Official Committee of Unsecured Creditors of J & M Sales Inc.. [Filed: 03/15/2019] (Docket No. 1350)

   Related Documents:   None

   Response Deadline:   May 8, 2019 at 4:00 p.m. Eastern Time

   Responses Received:  None

   Status:              This matter is being continued to the May 15, 2019 omnibus hearing date.

16. Application for Compensation and Reimbursement of Expenses (Sixth Monthly, Second Interim and Final Application) of Cooley LLP, Lead Counsel for the Official Committee of Unsecured Creditors for the (I) Monthly Period January 1, 2019 through February 4, 2019; (II) Interim Period of November 1, 2018 through February 4, 2019; and (III) for the period (Final) August 16, 2018 to February 4, 2019 Filed by Official Committee of Unsecured Creditors of J & M Sales Inc.. [Filed: 03/15/2019] (Docket No. 1351)

   Related Documents:   None

   Response Deadline:   May 8, 2019 at 4:00 p.m. Eastern Time

   Responses Received:  None

   Status:              This matter is being continued to the May 15, 2019 omnibus hearing date.

17. Application for Compensation and Reimbursement of Expenses of Province, Inc. (Combined Sixth Monthly and Final) as Financial Advisor to the Official Committee of Unsecured Creditors for the (I) Monthly Period from January 1, 2019 through February 3, 2019 and (ii) for the period (Final) from August 16, 2018 to February 3, 2019 Filed by Official Committee of Unsecured Creditors of J & M Sales Inc.. [Filed: 03/15/2019] (Docket No. 1354)

   Related Documents:   None

   Response Deadline:   May 8, 2019 at 4:00 p.m. Eastern Time

   Responses Received:  None

    Status:    This matter is being continued to the May 15, 2019 omnibus hearing date.

18. Final Application for Compensation and for Reimbursement of Expenses for the period August 6, 2018 to March 5, 2019 Filed by Katten Muchin Rosenman LLP. [Filed: 03/18/2019] (Docket No. 1361)

    Related Documents:    None

    Response Deadline:    May 8, 2019 at 4:00 p.m. Eastern Time

    Responses Received:    None

    Status:    This matter is being continued to the May 15, 2019 omnibus hearing date.

19. Final Application for Compensation and for Reimbursement of Expenses for the period August 6, 2018 to February 4, 2019 Filed by Pachulski Stang Ziehl & Jones LLP. [Filed: 03/18/2019] (Docket No. 1362)

    Related Documents:    None

    Response Deadline:    May 8, 2019 at 4:00 p.m. Eastern Time

    Responses Received:    None

    Status:    This matter is being continued to the May 15, 2019 omnibus hearing date.

20. Application/Motion to Employ/Retain Benesch, Friedlander, Coplan & Aronoff LLP as General Bankruptcy Counsel for the Trustee Filed by George L. Miller. [Filed: 02/21/2019] (Docket No.1323)

    Related Documents:

        (a)    Notice of Filing of Exhibit [Filed 02/22/2019] (Docket No.1328)

        (b)    Certificate of No Objection Regarding Docket No. 1323 [Filed 03/08/2019] (Docket No.1337)

        (c)    Proposed Order

    Response Deadline:    March 7, 2019 at 4:00 pm Eastern Time

    Responses Received:    None

|  |  |  |
|---|---|---|
| Status: | | **An Order has been entered. No hearing is necessary.** |

21. Application/Motion to Employ/Retain Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants Filed by George L. Miller.  [Filed: 02/21/2019] (Docket No.1324)

   Related Documents:
   (a) Certificate of No Objection Regarding Docket No. 1324 [Filed 03/08/2019] (Docket No.1338)
   (b) Proposed Order

   Response Deadline:        March 7, 2019 at 4:00pm Eastern Time

   Responses Received:       None

   Status:                   **An Order has been entered. No hearing is necessary.**

22. Motion of Lynette Todd for Relief from the Automatic Stay Pursuant to 11 U.S. C. § 362(D) [Filed 02/14/2019; Docket No. 1309]

   Related Documents:
   (a) Certification of Counsel Submitting Proposed Order Granting Limited Relief from the Automatic Stay [Filed 04/10/2019] (Docket No.1402)
   (b) Proposed Order (Exhibit 1 to D.I. 1402)

   Response Deadline:        March 4, 2019 at 4:00 p.m. Eastern Time; Extended to April 8, 2019 at 4:00 p.m. Eastern Time for the Trustee.

   Responses Received:       None

   Status:                   **An Order has been entered. No hearing is necessary.**

23. Motion of Lorry Ward for Relief from the Automatic Stay Pursuant to 11 U.S. C. § 362(D) [Filed 02/18/2019; Docket No. 1319]

   Related Documents:
   (a) Certification of Counsel Submitting Proposed Order Granting Limited Relief from the Automatic Stay [Filed 04/10/2019] (Docket No.1403)
   (b) Proposed Order (Exhibit 1 to D.I. 1403)

|  |  |
|---|---|
| Response Deadline: | March 4, 2019 at 4:00 p.m. Eastern Time; Extended to April 8, 2019 at 4:00 p.m. Eastern Time for the Trustee. |
| Responses Received: | None |
| Status: | **An Order has been entered. No hearing is necessary.** |

24. Motion for Relief from Stay Filed by Cindy B. Donnelly. [Filed: 03/15/2019] (Docket No. 1348)

    Related Documents:    None

    (a)    Certification of Counsel Submitting Proposed Order Granting Limited Relief from the Automatic Stay [Filed 04/11/2019] (Docket No.1405)

    (b)    Proposed Order (Exhibit 1 to D.I. 1405)

|  |  |
|---|---|
| Response Deadline: | April 8, 2019 at 4:00 p.m. Eastern Time |
| Responses Received: | None |
| Status: | **An Order has been entered. No hearing is necessary.** |

25. Motion for Relief from Stay Motion of Rosa Leticia Galindo Perez for Relief From Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code. Filed by Rosa Leticia Galindo Perez. [Filed: 03/15/2019] (Docket No. 1352)

    Related Documents:

    (a)    Certification of Counsel Submitting Proposed Order Granting Limited Relief from the Automatic Stay [Filed 04/10/2019] (Docket No.1404)

    (b)    Proposed Order (Exhibit 1 to D.I. 1404)

|  |  |
|---|---|
| Response Deadline: | April 8, 2019 at 4:00 p.m. Eastern Time |
| Responses Received: | None |

|   |   |   |
|---|---|---|
| | Status: | **An Order has been entered. No hearing is necessary.** |

26. Motion to Establish Administrative Claims Bar Date Motion of Chapter 7 Trustee, George L. Miller, for an Order (i) Establishing the Deadline to File Requests for Payment of Certain Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b), (ii) Approving Form and Manner of Notice thereof and (iii) Granting Related Relief [Filed: 03/8/2019] (Docket No.1336)

   Related Documents:

   (a) **Certification of Counsel Submitting Proposed Order Granting Limited Relief from the Automatic Stay [Filed 04/11/2019] (Docket No.1408)**

   (b) **Proposed Order (Exhibit A to D.I. 1408)**

   Response Deadline:    April 8, 2019 at 4:00 p.m. Eastern Time

   Responses Received:    None

   Status:    **An Order has been entered. No hearing is necessary.**

27. Motion for Relief from Stay Filed by Joyce Iglesia. [Filed: 03/18/2019] (Docket No. 1357)

   Related Documents:

   (a) **Certification of Counsel Submitting Proposed Order Granting Limited Relief from the Automatic Stay [Filed 04/11/2019] (Docket No.1407)**

   (b) **Proposed Order (Exhibit 1 to D.I. 1407)**

   Response Deadline:    April 8, 2019 at 4:00 p.m. Eastern Time

   Responses Received:    None

   Status:    **An Order has been entered. No hearing is necessary.**

**MATTERS GOING FORWARD:**

28. Motion of Plaintiff Affiliated FM Insurance Company For an Order Authorizing The Deposit of Funds into the Registry of the Court [Filed 04/1/2019; Docket No. 1380]

| | | |
|---|---|---|
| Related Documents: | | None |
| Response Deadline: | | April 8, 2019 |
| Responses Received: | | |
| | (a) | Objection of the Chapter 7 Trustee to the Motion of Plaintiff Affiliated FM Insurance Company for an Order Authorizing the Deposit of Funds into the Registry of the Court [Filed 04/9/2019, Docket No. 1393] |
| Status: | | This matter is going forward. |

29. Motion of Chapter 7 Trustee for an Order (i) Enforcing the Courts January 28, 2019 Stipulated Order, (ii) Holding Affiliated FM Insurance Company in Contempt for Failure to Comply with Order, and (iii) Awarding Sanctions and Other Relief  [Filed 04/1/2019; Docket No. 1381]

| | | |
|---|---|---|
| Related Documents: | | |
| | (a) | Motion to Quash and for a Protective Order 04/10/2019; Docket No. 1395] |
| Response Deadline: | | April 8, 2019 |
| Responses Received: | | |
| | (b) | Response to Motion of Chapter 7 Trustee for an Order (I) Enforcing the Courts January 28, 2019 Stipulated Order, (II) Holding Affiliated FM Insurance Company in Contempt for Failure to Comply With Order, and (III) Awarding Sanctions and Other Relief [Filed 04/9/2019, Docket No. 1391] |
| Status: | | This matter is going forward. |

30. **Complaint Interpleading Insurance Policy Proceeds. Adversary case 19-50109. [Filed 02/28/2019; Docket No. 1]**

| | | |
|---|---|---|
| **Related Documents:** | | |
| | **(a)** | **Motion to Dismiss Adversary Proceeding [Filed 04/3/2019; Docket No. 10]** |
| **Response Deadline:** | | **None** |
| **Responses Received:** | | **None** |

**Status:**            **The Pretrial Conference is going forward.**

Dated: April 12, 2019
       Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN
   & ARONOFF LLP

    */s/ Kevin M. Capuzzi*
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

*Proposed Counsel for George L. Miller, Chapter 7 Trustee*