# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
J & M Sales Inc.  
*dba* Fallas Discount Stores  
*dba* Fallas Paredes  
*dba* Fallas  
**EIN:** 95-4444697

**Chapter:** 7

**Case No.:** 18–11801–LSS

**NOTICE OF DEADLINES TO FILE: (I) REQUESTS FOR PAYMENT OF CERTAIN ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. § 503(b)**

    PLEASE TAKE NOTICE that George L. Miller, trustee for the above referenced case, has filed a Notice of Deadlines to File: (I) Requests for Payment of Certain Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b) at Docket No. 1428.

    The complete Notice may be viewed by accessing the court's website at: https://www.deb.uscourts.gov/news/jm-sales-inc-et-al-notice-deadlines-file-i-requests-payment-certain-administrative-expense

_____  
Una O'Boyle, Clerk of Court

Dated: 4/18/19