IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M SALES INC., *et al.*<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 18-11801 (LSS)<br><br>Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 30, 2019, AT 2:00 P.M.

**CONTESTED MATTERS GOING FORWARD:**

1.  Motion of Michael Fallas to Quash Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (or Adversary Proceeding) [Filed 4/22/2019; Docket No. 1433]

    Related Documents:

    (a) Declaration of Michael Fallas in Support of Motion to Quash Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (or Adversary Proceeding) [Filed 4/22/2019; Docket No. 1434]

    Response Deadline:         April 29, 2019, at 4:00 p.m. Eastern Time.

    Responses Received:        None

    Status:                    This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

12272090 v1

|  |  |
|---|---|
| Dated: April 26, 2019<br>Wilmington, Delaware | BENESCH, FRIEDLANDER, COPLAN<br>   & ARONOFF LLP<br><br>  */s/ Kevin M. Capuzzi*<br>Jennifer R. Hoover (No. 5111)<br>Kevin M. Capuzzi (No. 5462)<br>222 Delaware Avenue, Suite 801<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br><br>*Counsel for George L. Miller, Chapter 7 Trustee* |