# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| J & M SALES, INC., *et al.*[1] | Case No. 18-11801 (LSS) |
| Debtors. | (Jointly Administered) |
| | Re: Doc Nos. 1426 & \_\_\_\_\_ |

## ORDER GRANTING MOTION OF MICHAEL FALLAS TO QUASH SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

Upon the *Motion of Michael Fallas to Quash Subpoena to Appear And Testify at a Hearing or Trial in a Bankruptcy Case (or Adversary Proceeding)* (the "Motion"), filed by Michael Fallas ("Fallas"); due and sufficient notice of the Motion having been provided to all necessary parties; it appearing that no other or further notice need be provided; the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; this Court's entry of a final order being consistent with Article III of the United States Constitution; venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; a hearing on the Motion having been held on April 30, 2019 at 2:00 p.m. (ET) before this Court (the "Hearing"); upon the record of the Hearing and all of the proceedings before the Court; the Court having found and determined that the relief requested in the Motion is fair, reasonable, and appropriate; the legal and factual bases set forth in the Motion and presented at the Hearing having established just cause for the relief granted herein; and after due deliberation thereon and sufficient

---

[1] The Debtors in the above-captioned cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J & M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). The location of the Debtors' service address is 15001 South Figueroa Street, Gardena, California 90248.

ASH\ 2667836v1                                                         1

IMPAC 6180169v.1

~~cause appearing therefor,~~ For the reasons set forth at the Hearing

**IT IS HEREBY ORDERED** as follows:

1. The Motion is GRANTED, as set forth herein.

2. The Subpoena (as that term is defined in the Motion) is quashed in its entirety.

3. Fallas is not required to appear and testify at the hearings on the Emergency Motion or the Sanctions Motion (as those terms are defined in the Motion).

4. This Court retains jurisdiction to hear and determine all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

5. ~~The~~ The Processors may take a trial deposition of Mr. Fallas if they determine it is appropriate. Such deposition shall take place at a location consistent with the applicable Bankruptcy Rules.

_____
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

Dated: April 30, 2019
Wilmington, Delaware