# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| J & M SALES INC., *et al.* | Case No. 18-11801 (JTD) (Jointly Administered) |
| Debtors.[1] | |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 1, 2019, AT 9:30 A.M.

### THIS HEARING WILL BE HELD IN COURTROOM NO. **6**.

### CONTINUED MATTERS:

1. Motion of Phillip White for Relief from the Automatic Stay Pursuant to 11 U.S. C. § 362(d)  [Filed 02/19/2019] (Docket No. 1321)

   Related Documents:    None

   Response Deadline:    March 4, 2019 at 4:00 p.m. Eastern Time

   Responses Received:    None

   Status:    This matter is being continued to the August 15, 2019 omnibus hearing date, with an extended objection deadline of August 8, 2019 for the Trustee only.

2. Application for Compensation and Reimbursement of Expenses (Fifth Monthly and Final) of Fox Rothschild LLP as Counsel to the Official Committee of Unsecured Creditors for the Monthly Period from January 1, 2019 through February 13, 2019 and for the period (Final) from August 16, 2018 to February 13, 2019 Filed by Official Committee of Unsecured Creditors of J & M Sales Inc. [Filed: 03/15/2019] (Docket No. 1350)

   Related Documents:    None

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

[2] Amended items are indicated in **bold**. **Please note that the Courtroom location has been updated.**

<dl>
<dt>Response Deadline:</dt>
<dd>April 8, 2019 at 4:00 p.m. Eastern Time; Extended to July 25, 2019 at 4:00 p.m. Eastern Time for the Trustee.</dd>
</dl>

Responses Received:

(a) Limited Objection and Reservation of Rights of 99 Cents Only Stores, LLC, Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGI Management, PGIM Real Estate, Primestor Development, Inc., Valley Plaza, LLC Watt Companies, Weitzman, and Wind Chime Properties, L.P. to Certain Final Fee Applications [Filed: 04/8/2019] (Docket No. 1388)

(b) Omnibus Limited Objection and Reservation of Rights of Chapter 7 Trustee to Chapter 11 Professional Final Fee Applications [Filed: 07/24/2019] (Docket No. 1606)

Status: **This matter is being continued to the August 15, 2019 omnibus hearing date.**

3. Application for Compensation and Reimbursement of Expenses (Sixth Monthly, Second Interim and Final Application) of Cooley LLP, Lead Counsel for the Official Committee of Unsecured Creditors for the (I) Monthly Period January 1, 2019 through February 4, 2019; (II) Interim Period of November 1, 2018 through February 4, 2019; and (III) for the period (Final) August 16, 2018 to February 4, 2019 Filed by Official Committee of Unsecured Creditors of J & M Sales Inc. [Filed: 03/15/2019] (Docket No. 1351)

Related Documents:

(a) Supplement to the Combined Sixth Monthly, Second Interim and Final Application of Cooley LLP, Lead Counsel to the Official Committee of Unsecured Creditors of J & M Sales, Inc., et al., for Compensation and Reimbursement of Expenses for the (I) Monthly Period of January 1, 2019 through February 4, 2019; (II) Interim Period of November 1, 2018 through February 4, 2019; and (III) Final Period of August 16, 2018 through February 4, 2019 [Filed: 06/13/2019] (Docket No. 1531)

Response Deadline: April 8, 2019 at 4:00 p.m. Eastern Time; Extended to July 25, 2019 at 4:00 p.m. Eastern Time for the Trustee.

Responses Received:

 (b) Limited Objection and Reservation of Rights of 99 Cents Only Stores, LLC, Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGI Management, PGIM Real Estate, Primestor Development, Inc., Valley Plaza, LLC Watt Companies, Weitzman, and Wind Chime Properties, L.P. to Certain Final Fee Applications [Filed: 04/8/2019] (Docket No. 1388) - *see binder tab 8(a)*

 (c) Omnibus Limited Objection and Reservation of Rights of Chapter 7 Trustee to Chapter 11 Professional Final Fee Applications [Filed: 07/24/2019] (Docket No. 1606) - *see binder tab 8(b)*

Status: **This matter is being continued to the August 15, 2019 omnibus hearing date.**

4. Application for Compensation and Reimbursement of Expenses of Province, Inc. (Combined Sixth Monthly and Final) as Financial Advisor to the Official Committee of Unsecured Creditors for the (I) Monthly Period from January 1, 2019 through February 3, 2019 and (ii) for the period (Final) from August 16, 2018 to February 3, 2019 Filed by Official Committee of Unsecured Creditors of J & M Sales Inc. [Filed: 03/15/2019] (Docket No. 1354)

Related Documents: None

Response Deadline: April 8, 2019 at 4:00 p.m. Eastern Time; Extended to July 25, 2019 at 4:00 p.m. Eastern Time for the Trustee.

Responses Received:

 (a) Limited Objection and Reservation of Rights of 99 Cents Only Stores, LLC, Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGI Management, PGIM Real Estate, Primestor Development, Inc., Valley Plaza, LLC Watt Companies, Weitzman, and Wind Chime Properties, L.P. to Certain Final Fee Applications [Filed: 04/8/2019] (Docket No. 1388) - *see binder tab 8(a)*

 (b) Omnibus Limited Objection and Reservation of Rights of Chapter 7 Trustee to Chapter 11 Professional Final Fee Applications [Filed: 07/24/2019] (Docket No. 1606) - *see binder tab 8(b)*

|   |   |
|---|---|
| Status: | **This matter is being continued to the August 15, 2019 omnibus hearing date.** |

5. Final Application for Compensation and for Reimbursement of Expenses for the period August 6, 2018 to March 5, 2019 Filed by Katten Muchin Rosenman LLP [Filed: 03/18/2019] (Docket No. 1361)

|   |   |   |
|---|---|---|
| Related Documents: | | None |
| Response Deadline: | | April 8, 2019 at 4:00 p.m. Eastern Time; Extended to July 25, 2019 at 4:00 p.m. Eastern Time for the Trustee. |
| Responses Received: | | |
| | (a) | Limited Objection and Reservation of Rights of 99 Cents Only Stores, LLC, Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGI Management, PGIM Real Estate, Primestor Development, Inc., Valley Plaza, LLC Watt Companies, Weitzman, and Wind Chime Properties, L.P. to Certain Final Fee Applications [Filed: 04/8/2019] (Docket No. 1388) - *see binder tab 8(a)* |
| | (b) | Omnibus Limited Objection and Reservation of Rights of Chapter 7 Trustee to Chapter 11 Professional Final Fee Applications [Filed: 07/24/2019] (Docket No. 1606) - *see binder tab 8(b)* |
| Status: | | **This matter is being continued to the August 15, 2019 omnibus hearing date.** |

6. Final Application for Compensation and for Reimbursement of Expenses for the period August 6, 2018 to February 4, 2019 Filed by Pachulski Stang Ziehl & Jones LLP [Filed: 03/18/2019] (Docket No. 1362)

|   |   |   |
|---|---|---|
| Related Documents: | | None |
| Response Deadline: | | April 8, 2019 at 4:00 p.m. Eastern Time; Extended to July 25, 2019 at 4:00 p.m. Eastern Time for the Trustee. |
| Responses Received: | | |
| | (a) | Limited Objection and Reservation of Rights of 99 Cents Only Stores, LLC, Brixmor Operating Partnership LP, Federal Realty Investment Trust, |

|   |   |   |
|---|---|---|
|   |   | PGI Management, PGIM Real Estate, Primestor Development, Inc., Valley Plaza, LLC Watt Companies, Weitzman, and Wind Chime Properties, L.P. to Certain Final Fee Applications [Filed: 04/8/2019] (Docket No. 1388) - *see binder tab 8(a)* |
|   | (b) | Omnibus Limited Objection and Reservation of Rights of Chapter 7 Trustee to Chapter 11 Professional Final Fee Applications [Filed: 07/24/2019] (Docket No. 1606) - *see binder tab 8(b)* |

Status: **This matter is being continued to the August 15, 2019 omnibus hearing date.**

7. Motion of Global USA, Inc. for Order Allowing Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) and Directing Immediate Payment Thereof Tunc [Filed: 05/31/2019] (Docket No. 1503)

   Related Documents:

   (a) Notice of Motion regarding Motion of Global USA, Inc. for Order Allowing Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) and Directing Immediate Payment Thereof [Filed: 06/05/2019] (Docket No. 1525)

   Response Deadline: June 24, 2019 at 4:00 p.m. Eastern Time

   Responses Received: None

   Status: This matter is being continued to the August 15, 2019 omnibus hearing date, with an extended objection deadline of August 8, 2019 for the Trustee only.

8. Heuridasie Chinn's Motion for Relief from the Automatic Stay, Nunc Pro Tunc [Filed: 07/02/2019] (Docket No. 1551)

   Related Documents: None

   Response Deadline: July 19, 2019 at 4:00 p.m. Eastern Time

   Responses Received: None

   Status: This matter is being continued to the August 15, 2019 omnibus hearing date, with an extended objection deadline of August 8, 2019 for the Trustee only.

5

9. Motion of Maria Coronado Davila for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and/or Discharge Injunction [Filed: 07/08/2019] (Docket No. 1568)

    | | |
    |---|---|
    | Related Documents: | None |
    | Response Deadline: | July 25, 2019 at 4:00 p.m. Eastern Time |
    | Responses Received: | None |
    | Status: | This matter is being continued to the August 15, 2019 omnibus hearing date, with an extended objection deadline of August 8, 2019 for the Trustee only. |

10. Motion of Juanita Moreno for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and/or Discharge Injunction [Filed: 07/08/2019] (Docket No. 1570)

    | | |
    |---|---|
    | Related Documents: | None |
    | Response Deadline: | July 25, 2019 at 4:00 p.m. Eastern Time |
    | Responses Received: | None |
    | Status: | This matter is being continued to the August 15, 2019 omnibus hearing date, with an extended objection deadline of August 8, 2019 for the Trustee only. |

11. Retail Process Engineering, LLC's Motion for Order Granting Relief from the Automatic Stay [Filed: 07/17/2019] (Docket No. 1583)

    | | |
    |---|---|
    | Related Documents: | None |
    | Response Deadline: | July 25, 2019 at 4:00 p.m. Eastern Time |
    | Responses Received: | None |
    | Status: | This matter is being continued to the August 15, 2019 omnibus hearing date, with an extended objection deadline of August 8, 2019 for the Trustee only. |

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.):**

12. Stipulation Between Chapter 7 Trustee and Wells Fargo Bank [Filed: 07/15/2019] (Docket No. 1581)

    Related Documents:

    (a) Certificate of No Objection Regarding Docket No. 1581 [Filed 07/29/2019] (Docket No.1608)

    (b) Proposed Order

    Response Deadline:   July 25, 2019 at 4:00 p.m. Eastern Time

    Responses Received:   None

    Status:   A Certificate of No Objection has been filed. No hearing is necessary.

**MATTERS GOING FORWARD:**

13. Motion of Michael Fallas for Order Allowing Payment of Defense Costs Under Director's and Officer's Liability Insurance Policy [Filed: 07/07/2019] (Docket No. 1549)

    Related Documents:   None

    Response Deadline:   July 16, 2019 at 4:00 p.m. Eastern Time

    Responses Received:

    (a) Objection of Chapter 7 Trustee to Motion of Michael Fallas for Order Allowing Payment of Defense Costs Under Directors and Officers Liability Insurance Policy [Filed: 07/16/2019] (Docket No. 1582)

    (b) Joinder of Gordon Brothers Finance Company to Objection of Chapter 7 Trustee to Motion of Michael Fallas for Order Allowing Payment of Defense Costs Under Directors and Officers Liability Insurance Policy [Filed: 07/17/2019] (Docket No. 1585)

    (c) Reply of Michael Fallas in Support of his Motion for Order Allowing Payment of Defense Costs Under Director's and Officer's Liability Insurance Policy [Filed: 07/29/2019] (Docket No. 1609)

|  |  |
|---|---|
| <u>Status:</u> | This matter is going forward. |

Dated:  July 30, 2019
       Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN
   & ARONOFF LLP

      /s/ Kevin M. Capuzzi
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

*Counsel for George L. Miller, Chapter 7 Trustee*