# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| J & M SALES INC., *et al.* | Case No. 18-11801 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee for the bankruptcy estates of J&M Sales, Inc. and its affiliated debtor entities,<br><br>Plaintiff,<br>v.<br><br>ARMOUTH INTERNATIONAL, INC.,<br><br>Defendant. | Adv. Pro. No.: 19-50362 (JTD) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 22, 2019, AT 2:00 P.M. (COURTROOM NO. 5)

### CONTINUED/RESOLVED MATTERS:

1. Motion of Phillip White for Relief from the Automatic Stay Pursuant to 11 U.S. C. § 362(d)  [Filed: 02/19/2019] (Docket No. 1321)

   Related Documents:

   (a) Certification of Counsel Submitting Proposed Order Granting Limited Relief from the Automatic Stay [Filed 10/16/2019] (Docket No.1734)

   (b) Order Granting Limited Relief from the Automatic Stay [Filed 10/17/2019] (Docket No. 1739)

   Response Deadline:    March 4, 2019 at 4:00 p.m. Eastern Time

   Responses Received:    None

   Status:    An Order has been entered by the Court. No hearing is necessary.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

2. Final Application for Compensation and for Reimbursement of Expenses for the period August 6, 2018 to March 5, 2019 Filed by Katten Muchin Rosenman LLP [Filed: 03/18/2019] (Docket No. 1361)

    Related Documents:    None

    Response Deadline:    April 8, 2019 at 4:00 p.m. Eastern Time; Extended to July 25, 2019 at 4:00 p.m. Eastern Time for the Trustee

    Responses Received:

    (a) Limited Objection and Reservation of Rights of 99 Cents Only Stores, LLC, Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGI Management, PGIM Real Estate, Primestor Development, Inc., Valley Plaza, LLC Watt Companies, Weitzman, and Wind Chime Properties, L.P. to Certain Final Fee Applications [Filed: 04/08/2019] (Docket No. 1388)

    (b) Omnibus Limited Objection and Reservation of Rights of Chapter 7 Trustee to Chapter 11 Professional Final Fee Applications [Filed: 07/24/2019] (Docket No. 1606)

    Status:    This matter is being continued off calendar to a date to be determined.

3. Final Application for Compensation and for Reimbursement of Expenses for the period August 6, 2018 to February 4, 2019 Filed by Pachulski Stang Ziehl & Jones LLP [Filed: 03/18/2019] (Docket No. 1362)

    Related Documents:    None

    Response Deadline:    April 8, 2019 at 4:00 p.m. Eastern Time; Extended to July 25, 2019 at 4:00 p.m. Eastern Time for the Trustee

    Responses Received:

    (a) Limited Objection and Reservation of Rights of 99 Cents Only Stores, LLC, Brixmor Operating Partnership LP, Federal Realty Investment Trust, PGI Management, PGIM Real Estate, Primestor Development, Inc., Valley Plaza, LLC Watt Companies, Weitzman, and Wind Chime Properties, L.P. to Certain Final Fee Applications [Filed: 04/08/2019] (Docket No. 1388)

|   |   |   |
|---|---|---|
|   | (b) | Omnibus Limited Objection and Reservation of Rights of Chapter 7 Trustee to Chapter 11 Professional Final Fee Applications [Filed: 07/24/2019] (Docket No. 1606) |
| Status: | | This matter is being continued off calendar to a date to be determined. |

4. Motion of Global USA, Inc. for Order Allowing Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) and Directing Immediate Payment Thereof Tunc [Filed: 05/31/2019] (Docket No. 1503)

Related Documents:

    (a) Notice of Motion regarding Motion of Global USA, Inc. for Order Allowing Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) and Directing Immediate Payment Thereof [Filed: 06/05/2019] (Docket No. 1525)

Response Deadline:    June 24, 2019 at 4:00 p.m. Eastern Time

Responses Received:    None

Status:    This matter is being continued to the November 14, 2019 omnibus hearing date, with an extended objection deadline of November 7, 2019 for the Trustee only.

5. Retail Process Engineering, LLC's Motion for Order Granting Relief from the Automatic Stay [Filed: 07/17/2019] (Docket No. 1583)

Related Documents:

    (a) Certification of Counsel Regarding Stipulation and Agreed Order Granting Relief from the Automatic Stay [Filed 09/30/2019] (Docket No.1730)

    (b) Order Approving Stipulation and Agreed Order Granting Relief from the Automatic Stay [Filed 10/01/2019] (Docket No.1731)

Related Documents:    None

Response Deadline:    July 25, 2019 at 4:00 p.m. Eastern Time

Responses Received:    None

Status:    An Order has been entered by the Court. No hearing is necessary.

6. Motion of Juanita V. Trujillo for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and/or Discharge Injunction[Filed 09/17/2019] (Docket No. 1712)

   Related Documents:

   (a) Certification of Counsel Submitting Proposed Order Granting Limited Relief from the Automatic Stay [Filed 10/16/2019] (Docket No. 1736)

   (b) Order Granting Limited Relief from the Automatic Stay [Filed 10/17/2019] (Docket No. 1741)

   Response Deadline: October 8, 2019 at 4:00 p.m. Eastern Time

   Responses Received: None

   Status: An Order has been entered by the Court. No hearing is necessary.

7. Motion of Stephanie Jimenez for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and/or Discharge Injunction[Filed 09/20/2019] (Docket No. 1718)

   Related Documents: None

   Response Deadline: October 15, 2019 at 4:00 p.m. Eastern Time

   Responses Received: None

   Status: This matter is being continued to the November 14, 2019 omnibus hearing date, with an extended objection deadline of November 7, 2019 at 4:00 p.m. Eastern Time.

8. Motion of Bonita Richardson for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and/or Discharge Injunction, Nunc Pro Tunc [Filed 09/23/2019] (Docket No. 1722)

   Related Documents:

   (a) Certification of Counsel Submitting Proposed Order Granting Limited Relief from the Automatic Stay [Filed 10/16/2019] (Docket No.1735)

   (b) Order Granting Limited Relief from the Automatic Stay [Filed 10/17/2019] (Docket No. 1740)

| | |
|---|---|
| Response Deadline: | October 15, 2019 at 4:00 p.m. Eastern Time |
| Responses Received: | None |
| Status: | An Order has been entered by the Court.  No hearing is necessary. |

**MATTERS GOING FORWARD:**

9. Priority Payment Systems' and Swipe Payment Solutions' Motion to Extend Breach Reserve Balance End Date [Filed: 07/02/2019] (Docket No. 1550)

    Related Documents:

    (a) Stipulation Among Priority Payment Systems, Swipe Payment Solutions, Chapter 7 Trustee George L. Miller, and Gordon Brothers Finance Company to (I) Extend Breach Reserve Balance End Date, and (2) Continue Hearing on Motion to Extend Breach Reserve Balance End Date [Filed: 07/15/2019] (Docket No. 1580)

    (b) Second Stipulation Among Priority Payment Systems, Swipe Payment Solutions, Chapter 7 Trustee George L. Miller, and Gordon Brothers Finance Company to (I) Extend Breach Reserve Balance End Date, and (2) Continue Hearing on Motion to Extend Breach Reserve Balance End Date [Filed 09/13/2019] (Docket No.1705)

    | | |
    |---|---|
    | Response Deadline: | October 14, 2019 at 12:00 p.m. Eastern Time |
    | Responses Received: | None |
    | Status: | This matter is going forward. |

10. Priority Payment Systems' and Swipe Payment Solutions' Notice of Proposed Application of $642,380.95 from Breach Reserve Balance  [Filed:  09/06/2019] (Docket No. 1695)

Related Documents:

 (a) Preliminary Objection of the Chapter 7 Trustee to Priority Payment Systems' And Swipe Payment Solutions' Notice of Proposed Application of $642,380.95 from Breach Reserve Balance [Filed: 09/13/2019] (Docket No. 1709)

 (b) Joinder of Gordon Brothers Finance Company to Preliminary Objection of the Chapter 7 Trustee to Priority Payment Systems' and Swipe Payment Solutions' Notice of Proposed Application of $642,380.95 from Breach Reserve Balance [Filed: 9/13/19] (Doc. No. 1710)

Response Deadline: September 16, 2019 at 4:00 p.m. Eastern Time

Responses Received:

 (c) Priority Payment Systems' and Swipe Payment Solutions' Response to Chapter 7 Trustee's Preliminary Objection (and Gordon Brothers Finance Company's Joinder Thereto) to Notice of Proposed Application of $642,380.95 from Breach Reserve Balance [Filed: 09/23/2019] (Doc. No. 1724)

Status: This matter is going forward.

**PRE-TRIAL CONFERENCE:**

11. Chapter 7 Trustee's Verified Complaint for Declaratory Relief Under Section 362(a) of the Bankruptcy Code, Injunctive Relief Under Sections 105(a) and 362(a) of the Bankruptcy Code, and a Preliminary Injunction Under Rule 7065 of the Federal Rules of Bankruptcy Procedure [Filed: 09/12/2019] (Adv. Doc. No. 1)

Related Documents:

 (a) Chapter 7 Trustee's Motion for Injunctive Relief Under Sections 105(a) and 362(a) of the Bankruptcy Code, and a Preliminary Injunction Under Rule 7065 of the Federal Rules of Bankruptcy Procedure [Filed: 09/12/2019] (Adv. Doc. No. 2)

 (b) Armouth International, Inc.'s Answering Memorandum in Opposition to Chapter 7 Trustee's Motion for Preliminary Injunction Enforcing the Automatic Stay [Filed: 10/04/2019] (Adv. Doc. No. 6)

|   |   |   |
|---|---|---|
|   | (c) | Reply Memorandum in Support of Chapter 7 Trustee's Motion for Preliminary Injunction Enforcing the Automatic Stay Pursuant to Sections 105(a) and 362(a) of the Bankruptcy Code  [Filed: 10/15/19] (Adv. Doc. No. 8) |
|   | (d) | Order Approving Stipulation for Extension of Time [Filed: 10/15/19]  (Doc. No. 9) |
| Response Deadline: | | Per the October 15, 2019 Stipulation and Order, Armouth's response to the Complaint is due within fourteen (14) days of the entry of an order by the Court on the Preliminary Injunction Motion. |
| Responses Received: | | None |
| Status: | | This pre-trial conference is continued to the November 14, 2019 omnibus hearing. |

Dated: October 18, 2019
      Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP

    /s/ Kevin M. Capuzzi
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

*Counsel for George L. Miller, Chapter 7 Trustee*