# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| J & M SALES INC., *et al.* | Case No. 18-11801 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee for the bankruptcy estates of J&M Sales, Inc. and its affiliated debtor entities, | |
| Plaintiff, | |
| v. | Adv. Pro. No.: 19-50362 (JTD) |
| ARMOUTH INTERNATIONAL, INC., | |
| Defendant. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 17, 2019, AT 2:00 P.M.

**CONTINUED/RESOLVED MATTERS:**

1. Motion of Global USA, Inc. for Order Allowing Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) and Directing Immediate Payment Thereof Tunc [Filed: 05/31/2019] (Docket No. 1503)

   Related Documents:

   (a) Notice of Motion regarding Motion of Global USA, Inc. for Order Allowing Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) and Directing Immediate Payment Thereof [Filed: 06/05/2019] (Docket No. 1525)

   Response Deadline: June 24, 2019, at 4:00 p.m. Eastern Time, extended to November 7, 2019, at 4:00 p.m. Eastern Time, for the Trustee only

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

|  | Responses Received: | None |
|---|---|---|
|  | Status: | This matter has been resolved. No hearing is necessary. |

2. Priority Payment Systems' and Swipe Payment Solutions' Notice of Proposed Application of $98,036 from Breach Reserve Balance [Filed: 09/10/2019] (Docket No. 1698)

    Related Documents: None

    Response Deadline: September 20, 2019, at 4:00 p.m. Eastern Time

    Responses Received:

        (a) Objection and Reservation of Rights of the Chapter 7 Trustee to Priority Payment Systems' And Swipe Payment Solutions' Notice of Proposed Application of $98,036 from Breach Reserve Balance [Filed: 09/20/2019] (Docket No. 1720)

        (b) Joinder of Gordon Brothers Finance Company to Objection and Reservation of Rights of the Chapter 7 Trustee to Priority Payment Systems' And Swipe Payment Solutions' Notice of Proposed Application of $98,036 from Breach Reserve Balance [Filed: 9/20/19] (Docket No. 1721)

    Status: The Parties are documenting a resolution of this matter and will submit a stipulation shortly. In the meantime, this matter is continued to the January 15, 2020 omnibus date.

3. Priority Payment Systems' and Swipe Payment Solutions' Amended and Supplemental Notice of Proposed Application of funds from Breach Reserve Balance to Payment of Attorneys' Fees [Filed: 10/31/2019] (Docket No. 1746)

    Related Documents: None

    Response Deadline: November 7, 2019, at 4:00 p.m. Eastern Time

    Responses Received:

        (a) Preliminary Objection of the Chapter 7 Trustee to Priority Payment Systems' Amended and Supplemental Notice of Proposed Application of funds from Breach Reserve Balance to Payment of

|  |  |  |
|---|---|---|
|  |  | Attorneys' Fees [Filed: 11/07/2019] (Docket No. 1748) |
|  | (b) | Joinder of Gordon Brothers Finance Company to Preliminary Objection of the Chapter 7 Trustee to Priority Payment Systems' and Swipe Payment Solutions' Amended and Supplemental Notice of Proposed Application of funds from Breach Reserve Balance to Payment of Attorneys' Fees [Filed: 11/07/2019] (Docket No. 1750) |
| Status: |  | The Parties are documenting a resolution of this matter and will submit a stipulation shortly. In the meantime, this matter is continued to the January 15, 2020 omnibus date. |

**UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL (C.O.C) OR CERTIFICATE OF NO OBJECTION (C.N.O.):**

4. Motion of Raul Barreto for Relief from the Automatic Stay Pursuant to U.S.C. §362(D) of the Bankruptcy Code and/or Discharge Injunction [Filed 10/10/2019] (Docket No. 1732)

    Related Documents:

    (a) Certification of Counsel *Submitting Proposed Order Granting Limited Relief from the Automatic Stay* [Filed 12/12/2019] (Docket No.1763)

    Response Deadline:    October 27, 2019, at 4:00 p.m. Eastern Time

    Responses Received:    None

    Status:    A Certification of Counsel has been filed. No hearing is necessary.

5. Second Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation and Reimbursement of Expenses as Counsel for Chapter 7 Trustee [Filed: 11/26/2019] (Docket No. 1756)

    Related Documents:

    (a) Certificate of No Objection Regarding Second Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Compensation and Reimbursement of Expenses as Counsel for Chapter 7 Trustee [Filed 12/11/2019] (Docket No.1761)

|   |   |
|---|---|
| Related Documents: | None |
| Response Deadline: | December 10, 2019 at 4:00 p.m. Eastern Time |
| Responses Received: | None |
| Status: | A Certificate of No Objection has been filed. No hearing is necessary. |

6. Second Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants And Bankruptcy Consultants to the Trustee for the Period from June 1, 2019 through October 31, 2019 [Filed: 11/26/2019] (Docket No. 1757)

   Related Documents:

   (a) Certificate of No Objection Regarding Second Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants And Bankruptcy Consultants to the Trustee for the Period from June 1, 2019 through October 31, 2019   [Filed 12/11/2019] (Docket No.1762)

   | | |
   |---|---|
   | Related Documents: | None |
   | Response Deadline: | December 10, 2019 at 4:00 p.m. Eastern Time |
   | Responses Received: | None |
   | Status: | A Certificate of No Objection has been filed. No hearing is necessary. |

**PRE-TRIAL CONFERENCE IN *MILLER V. ARMOUTH INTERNATIONAL, INC.*:**

7. Chapter 7 Trustee's Verified Complaint for Declaratory Relief Under Section 362(a) of the Bankruptcy Code, Injunctive Relief Under Sections 105(a) and 362(a) of the Bankruptcy Code, and a Preliminary Injunction Under Rule 7065 of the Federal Rules of Bankruptcy Procedure  [Filed: 09/12/2019] (Adv. Doc. No. 1)

   Related Documents:

   (a) Order Approving Stipulation for Extension of Time [Filed: 10/15/19]  (Doc. No. 9)

   Response Deadline:    Per the October 15, 2019 Stipulation and Order, Armouth's response to the Complaint is due within

|  |  |
|---|---|
|  | fourteen (14) days of the entry of an order by the Court on the Preliminary Injunction Motion. |
| Responses Received: | None |
| Status: | This pre-trial conference is being continued to a date to be determined. |

Dated: December 13, 2019
   Wilmington, Delaware

            BENESCH, FRIEDLANDER, COPLAN
             & ARONOFF LLP

              */s/ Kevin M. Capuzzi*
            Jennifer R. Hoover (No. 5111)
            Kevin M. Capuzzi (No. 5462)
            222 Delaware Avenue, Suite 801
            Wilmington, Delaware 19801
            Telephone: (302) 442-7010
            Facsimile: (302) 442-7012
            jhoover@beneschlaw.com
            kcapuzzi@beneschlaw.com

            *Counsel for George L. Miller, Chapter 7 Trustee*