| Defendant Name | Adversary Number |
|---|---|
| 26 California Bazar Inc. dba 26 California Wholesale | 20-50013 |
| A L Diamond Home Products, LLC | 20-50015 |
| ACCEO Solutions Inc. | 20-50020 |
| Accent Rug & Decor Incorporated | 20-50019 |
| Accessory Headquarters, Inc. | 20-50021 |
| Achim Importing Company Inc. | 20-50022 |
| Adara Clothing, Inc. | 20-50023 |
| Air-Val America, Inc. | 20-50025 |
| Alba Wheels Up International Inc. | 20-50026 |
| ALFA Travelgear Inc. | 20-50028 |
| American Box & Recycling Company | 20-50033 |
| American Clothing | 20-50035 |
| American Exchange Time LLC | 20-50036 |
| American Textile Co. | 20-50040 |
| Amiee Lynn Inc. | 20-50041 |
| Amrapur Overseas Incorporated dba Colonial Home Textiles | 20-50043 |
| Angel Body Import Inc. | 20-50044 |
| Apparel Sourcing Pro, Inc. | 20-50046 |
| Aron's Manufacturing Corp. | 20-50059 |
| Artistic Linen Inc. | 20-50061 |
| Asset Redeployment Group, Inc. | 20-50066 |
| Atlantic Hosiery, LLC | 20-50069 |
| Autoridad de Acueductos y Alcantarillados | 20-50070 |
| Avees Exports  Limited | 20-50072 |
| B H Suntex Enterprises Inc. | 20-50075 |
| B&M Apparel Corp. | 20-50077 |
| Bailey Apparel Inc.; and Merchant Business Credit, Inc. | 20-50079 |
| BANJO Wear, LLC | 20-50080 |
| Basic Resources, Inc. dba US Underwear Inc.; and Wells Fargo Trade Capital Services, Inc. | 20-50081 |
| Bee International, Inc. | 20-50083 |
| Benchmark Construction, Inc. | 20-50085 |
| Bentex Group, Inc. | 20-50086 |
| BH (HK) Limited | 20-50089 |
| Blue Print/Care of Oogie Express | 20-50091 |
| Blue Rope Denim Co. Ltd | 20-50092 |
| BMGM Co., L.L.C. dba Honeycomb Kidz | 20-50094 |

| | |
|---|---|
| Bobens Trading Co., Inc. | 20-50096 |
| Bong HWA U.S.A., Inc. | 20-50099 |
| Braha Industries Inc. | 20-50101 |
| Briara Trading Company | 20-50102 |
| Bridge Security Services Inc. | 20-50106 |
| Briefly Stated Inc. | 20-50107 |
| Butterfly Home Fashions LLC | 20-50111 |
| Bytech Ny, Inc. | 20-50112 |
| Caltex Apparel, Inc. dba Jonathan K Apparel | 20-50118 |
| Cellco Partnership dba Verizon Wireless | 20-50119 |
| Centric Brands Inc. dba Buffalo David Bitton | 20-50120 |
| Chase (USA) International, Inc. | 20-50121 |
| Classic Fashion | 20-50125 |
| Commonwealth Edison Company dba ComEd | 20-50128 |
| Compass Industries, Inc. | 20-50130 |
| Concepts in Time LLC | 20-50131 |
| Concepts NYC, Inc. | 20-50133 |
| Cougar Sport Inc. | 20-50135 |
| Creative Realty Group, LLC | 20-50138 |
| Crest Home Designs Inc.; and The CIT Group/Commercial Services, Inc. | 20-50140 |
| Crosswinds Sourcing, LLC; and Milberg Factors, Inc. | 20-50142 |
| Cudlie Accessories LLC; and Sezzit LLC | 20-50162 |
| Cutie Patootie Clothing Inc. | 20-50163 |
| Cutie Pie Baby, Inc. | 20-50164 |
| Direct Home Textiles Group, LLC | 20-50157 |
| Dorel Juvenile Group, Inc. | 20-50160 |
| Duck River Textiles, Inc. | 20-50173 |
| E.K. Denim Group, Inc. dba Neesco Jeans | 20-50175 |
| Elecoco, Inc. dba Shinestar | 20-50176 |
| Elico Ltd. | 20-50177 |
| Elite Facilities Maintenance | 20-50178 |
| Ellison First Asia, LLC; and Milberg Factors, Inc. | 20-50182 |
| EMD Group Inc. | 20-50215 |
| Emergency Maintenance Solutions, Inc. | 20-50216 |
| Essentials New York, LLC | 20-50220 |
| Eversource Energy | 20-50221 |
| Extreme Concepts Inc | 20-50224 |
| E-Z Apparel, LLC | 20-50225 |
| Fantas Eyes, Inc. | 20-50226 |

| | |
|---|---|
| Fast Forward, LLC | 20-50229 |
| Fisher-Price, Inc. | 20-50231 |
| Fizzy Baby Limited Liability Company; and Myletex International Inc. | 20-50034 |
| Florida Power & Light Company | 20-50037 |
| Fortune Trading, Inc. | 20-50039 |
| Fred 26 Importers, Inc. | 20-50049 |
| Gabbiano Luggage Inc | 20-50054 |
| Gabriel David Lacktman | 20-50055 |
| GC Apparel Group LLC | 20-50065 |
| Georgia Rug Artisans, L.L.C. | 20-50068 |
| Gift Bag Lady Inc. dba Bag Lady | 20-50071 |
| Glam & Glitter | 20-50088 |
| Glanmour Fashions, Inc. dba Royal Wear | 20-50093 |
| Gogo Jeans, Inc. | 20-50105 |
| Gourmet Home Products LLC | 20-50113 |
| Gregory Evan, Inc. dba Staffing Alternatives | 20-50116 |
| H.A.S Industries, Inc. | 20-50129 |
| H.C. Foods Company, Ltd. | 20-50132 |
| Hard Ten Clothing Inc. | 20-50137 |
| Haribo of America, Inc. | 20-50139 |
| HDS Trading Corp. | 20-50143 |
| Home Excellence Inc | 20-50154 |
| Home Extras, Inc. | 20-50159 |
| Hosiery Network, Inc. | 20-50166 |
| Hot Fashions | 20-50169 |
| iApparel Brands LLC fdba iApparel LLC | 20-50170 |
| IKO Imports LLC | 20-50179 |
| Imaginings 3, Inc. | 20-50181 |
| Indecor LLC | 20-50186 |
| International Intimates, Inc. | 20-50190 |
| International Surplus Packaging, L.L.C. dba BoxSmart | 20-50192 |
| IOPA, Inc. dba Impulse Off Price Apparel | 20-50193 |
| Isaac Morris Ltd. | 20-50194 |
| It's in the Bag...LLC | 20-50195 |
| J & S Sourcing Ltd. | 20-50198 |
| Jacky and Lauren Inc. | 20-50200 |
| JBL Trading LLC dba Crest Mills | 20-50203 |
| Jesus Plascensia dba JP Air Conditioning & Heating | 20-50206 |
| JNK Apparel, Inc. | 20-50208 |

| | |
|---|---|
| Josmo Shoe Corp. | 20-50209 |
| Jules and Associates, Inc. | 20-50211 |
| Just Inventory Solutions, LLC | 20-50212 |
| Kamdar Industries, Inc. dba Evolution in Design | 20-50236 |
| Kashi Enterprises, Inc. | 20-50238 |
| Kay Fashion, LLC | 20-50239 |
| Kole Imports | 20-50243 |
| Kriston D. Qualls dba Law Offices of Kriston D. Qualls | 20-50244 |
| Leather Impressions, Inc. | 20-50247 |
| Les Importations Nicole Marciano Inc. dba Nicole Marciano Inc. | 20-50249 |
| Levinsohn Textile Co., Inc. | 20-50251 |
| Liberty Scrubs, Inc. | 20-50252 |
| Living Doll, LLC | 20-50420 |
| Luna International U.S.A. Inc. | 20-50422 |
| Luxury Home Textiles Inc. | 20-50423 |
| M & A Logistics Services LLC | 20-50424 |
| Majestik 1 Trading, LLC | 20-50428 |
| Marlow Candy & Nut Company, Inc. | 20-50431 |
| Mattel, Inc. | 20-50432 |
| Maverick Apparel LLC | 20-50433 |
| Maxim & Maxim Inc. | 20-50440 |
| Max's Wholesale Import and Export Inc. | 20-50435 |
| Maxy Trading Corp. dba Red Fox | 20-50436 |
| Miguel DeLaCruz Gomez dba G & G Transport | 20-50255 |
| MIK MAK, Inc. | 20-50256 |
| Miken Sales. Inc. dba Miken Clothing; and Merchant Business Credit, Inc. | 20-50257 |
| Mirage Fashions of NY LLC | 20-50258 |
| MJC International Group LLC | 20-50260 |
| MMD Apparel LLC | 20-50261 |
| Mon Cheri Baby LLC | 20-50262 |
| Monica Gordon dba Chantal Accessories aka Showcase Accessories | 20-50264 |
| Ms. Bubbles, Inc. dba Passport | 20-50265 |
| My Imports West LLC | 20-50267 |
| NAFP, Inc. dba New American Foods | 20-50271 |
| National Grid USA Service Company, Inc. | 20-50273 |
| National Mill Industry, Inc. | 20-50274 |
| Natural Collection, Corp. | 20-50276 |
| Network Magic Unlimited | 20-50277 |
| New York Accessory Group, Inc. | 20-50278 |

| | |
|---|---|
| Next Stage Fashion Inc | 20-50280 |
| NFI Interactive Logistics, LLC | 20-50281 |
| Nines Enterprises LLC; and Finance One, Inc. | 20-50282 |
| O.K.K. Trading, Inc. | 20-50285 |
| On Point BH LLC | 20-50287 |
| Orly Shoe Corp. | 20-50289 |
| PaeTec Communications, LLC fdba PaeTec Communications Inc. | 20-50290 |
| Pan-Oceanic Eyewear, Ltd. | 20-50291 |
| Pegasus Home Fashions, Inc. | 20-50293 |
| Pegasus Maritime, Inc. | 20-50294 |
| Pegasus Sports, LLC | 20-50295 |
| Perfect Image LLC | 20-50297 |
| Princess America, Limited | 20-50299 |
| Prosperity Apparel Group, Inc. | 20-50300 |
| Puerto Rico Food & Paper Distributor, Inc. | 20-50303 |
| Raggs 2 Riches, Inc. | 20-50304 |
| Real Underwear Inc. dba Real Underwear Group | 20-50439 |
| Regal Home Collections Inc. | 20-50306 |
| Resolution Clothing LLC | 20-50310 |
| Richard J. Hutton | 20-50313 |
| Roxanne Arroyo and Andrew Amendola | 20-50317 |
| S. Bower, Inc. | 20-50319 |
| Samsung C&T America Inc. fdba Samsung America, Inc. | 20-50322 |
| San Pedro Sign Company dba San Pedro Electric Sign Company | 20-50323 |
| Sander Sales Enterprises Ltd. | 20-50324 |
| Sarina Accessories, LLC; and Babyfair Inc. | 20-50326 |
| Scope Apparel, L.P. | 20-50330 |
| SD Wholesale LLC | 20-50331 |
| Seena International Inc. dba Seena Group Companies | 20-50333 |
| Selini New York, Inc. | 20-50335 |
| Sensational Collection Inc dba US Apparel | 20-50336 |
| Simple Elegance New York Inc. | 20-50341 |
| Simso Tex Sublimation Printing & Finishing, Inc. | 20-50342 |
| Standard Refrigerators Inc. | 20-50344 |
| Star Ride Kids, Inc. | 20-50345 |
| Starlight Accessories, Inc. | 20-50347 |
| Street Denim, Inc. dba VIP Jeans | 20-50349 |
| Styles West, Inc. fdba Amen Trading, Inc. | 20-50351 |
| Sugar Plum N.Y., Inc. | 20-50352 |

| | |
|---|---|
| Sun Fashions, Inc. | 20-50355 |
| SW Retail Consulting | 20-50357 |
| Sweet & Soft Inc. | 20-50358 |
| SweetWorks Confections LLC | 20-50359 |
| Tayse International Trading, Inc. dba Tayse Rugs | 20-50360 |
| Tekno Products Inc | 20-50362 |
| Terramar Sports, Inc. | 20-50364 |
| Textilemart Inc. | 20-50365 |
| That's My Girl, Inc. | 20-50367 |
| The United Illuminating Company | 20-50369 |
| Today's Apparel Inc. | 20-50370 |
| Top Care Products, Inc. | 20-50371 |
| Tovlev Enterprises Inc. | 20-50372 |
| Tri-Coastal Design Group, Inc. | 20-50373 |
| Trinity Apparel, LLC | 20-50374 |
| Triple - S Salud, Inc. | 20-50375 |
| Tune Out Inc. | 20-50377 |
| Turn On Products Inc. dba Almost Famous | 20-50378 |
| U.A.A. Inc. | 20-50380 |
| United Curtain Co., Inc. | 20-50381 |
| United Security Services | 20-50382 |
| Universal Brand Merchandising | 20-50383 |
| US Intimates LLC | 20-50385 |
| US Legwork LLC | 20-50386 |
| USPA Accessories LLC dba Concept One Accessories | 20-50387 |
| Uzzi Amphibious Gear LLC dba Suzzi | 20-50388 |
| Van Dale Industries, Inc. | 20-50389 |
| Vanderbilt Home Collections, LLC dba Vanderbilt Home Products | 20-50390 |
| Vault Sportswear, Inc. | 20-50391 |
| Vernis & Bowling of Atlanta, LLC | 20-50393 |
| Wan Hai Lines (USA) Ltd. dba Wan Hai Lines Ltd. | 20-50397 |
| Watermark Beauty Inc. | 20-50398 |
| Weatherford Cushion Company | 20-50400 |
| Western Fashion, Inc. | 20-50401 |
| Wex Bank | 20-50402 |
| What Kids Want, Inc. | 20-50403 |
| Wynn Headwear Inc. | 20-50411 |
| XPC LLC | 20-50412 |
| Yaakov Jacques Revah | 20-50415 |

| | |
|---|---|
| YS Garments, LLC dba Next Level Apparel | 20-50416 |
| Zee Co. Apparel Corp. dba Hawke & Co. | 20-50417 |
| Zhuji Moretex Socks Co., Ltd. | 20-50418 |

* 234 Adversary Proceedings