# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| J & M SALES INC., *et al.* | Case No. 18-11801 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| GEORGE L. MILLER, in His Capacity as Chapter 7 Trustee for the Jointly Administered Bankruptcy Estates of J & M Sales Inc., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL FALLAS, Individually And As Trustee Of The Michael Fallas Living Trust Dated 1/19/05, *et al.*, <br><br> Defendants. | Adv. Pro. No.: 20-50775 (JTD) <br><br><br><br><br><br><br><br> RE: D.I. 2370 <br> RE: Adv. D.I. 26 |

## ORDER ESTABLISHING PROCEDURES FOR SETTLEMENT WITH DEFENDANTS IN THIS ADVERSARY PROCEEDING PURSUANT TO BANKRUPTCY RULE 9019(b)

Upon consideration of the Motion for Authority to Establish Procedures for Settlement with Defendants in this Adversary Proceeding Pursuant to Bankruptcy Rule 9019(b) (the "Motion") filed by George L. Miller, the chapter 7 trustee (the "Trustee") of the estates of J & M Sales, Inc., *et al.* (collectively, the "Debtors"); and the Court having jurisdiction to decide the Motion and the relief requested therein; it appearing that approval of the Motion is warranted; and that due and timely notice of the Motion has been given, it is hereby:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

ORDERED that the Motion is GRANTED in its entirety; and it is;

ORDERED that the Trustee is authorized, but not directed, to compromise and settle with Non-Insider Avoidable Transfer Defendants in the above-captioned Adversary Proceeding pursuant to the following Settlement Procedures:

a. **Non-Insider Avoidable Transfer Defendants <u>with Gross Transfers of an Amount of Less Than $250,000</u>:**

   The Trustee will be free to consummate settlements in this class in his business judgment without further leave of the Court or additional notice to the parties that have been served with this Motion;

b. **Non-Insider Avoidable Transfer <u>Defendants with Gross Transfers of an Amount Between $250,000 to $500,000</u>:**

   The Trustee will be free to consummate settlements in this class in his business judgment by filing a Notice of Settlement with the Court, without further hearing, unless an objection is filed to the Notice of Settlement. The Notice of Settlement may include multiple settlements in one notice, and will provide an objection deadline of ten (10) days from the date of filing the Notice of Settlement. The notice of electronic filing of Notice of Settlement issued through the Court's Electronic Filing System shall constitute adequate and sufficient service of the Notice of Settlement. If an objection is filed, the objecting party and the Trustee shall confer and, should the objection not be resolved, set the objection for hearing at the next regularly-scheduled omnibus hearing.

c. **Non-Insider Avoidable Transfer <u>Defendants with Gross Transfers of an Amount Greater Than $500,000</u>:**

   With regard to any individual defendant in which the gross transfers are greater than $500,000, the Trustee shall seek Court approval of the proposed settlement pursuant to Bankruptcy Rule 9019(a).

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Motion and Order.

**Dated: November 19th, 2020**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

3