IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>J & M Sales, Inc., *et al.*,[1]<br>           Debtors. | Chapter 7<br><br>Case No. 18-11801 (JTD)<br>(Jointly Administered) |
| George L. Miller, not individually, but as Chapter 7 Trustee of J & M Sales, Inc., *et al.*,<br>           Plaintiff,<br> v.<br><br>Defendants Listed Below,<br>           Defendants. | |

| **Defendant Name** | **Adv. Number** |
|---|---|
| Apparel Trading International, Inc. | 20-50047 |
| Kidz Concepts, LLC | 20-50242 |
| New York Accessory Group, Inc. | 20-50278 |
| One Step Up Ltd. | 20-50288 |
| Vault Sportswear, Inc. | 20-50391 |

**STATUS REPORT ON OPEN PREFERENCE ADVERSARY ACTIONS
ASSIGNED TO THE HONORABLE JOHN T. DORSEY**

Pursuant to the Court's Notice and Order of Request for Status Report, Plaintiff files the attached report providing a status of the above-referenced Adversary Actions.

[*Signature block on following page.*]

---

[1] Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

| | |
|---|---|
| Dated: July 22, 2021 | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |

By:   /s/ *Jennifer R. Hoover*
Jennifer R. Hoover, Esq., DE SBN 5111
Kevin M. Capuzzi, Esq., DE SBN 5462
John C. Gentile, Esq., DE SBN 6159
1313 North Market Street, Suite 1201
Wilmington, DE 19801-6101
Telephone: (302) 442-7006
Email: jhoover@beneschlaw.com
          jgentile@beneschlaw.com

*-and-*

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN   55121
Telephone: (651) 289-3845
Email: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 822-3835
Email: eneiger@askllp.com

*Counsel for Plaintiff, George L. Miller, Chapter 7 Trustee of J&M Sales, Inc., et al.*

## S<small>TATUS</small> "A"
## C<small>ONTESTED</small> P<small>REFERENCE</small> A<small>CTIONS</small> W<small>HERE</small> S<small>ERVICE</small> H<small>AS</small> N<small>OT</small> B<small>EEN</small> C<small>OMPLETED:</small>

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

## STATUS "B"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| Defendant Name | Adversary Number | Status |
| --- | --- | --- |

\* None

## STATUS "C"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED. THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

\* None

## STATUS "D"
## PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENTS EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS:

| Defendant Name | Adversary Number | Status |
|---|---|---|

* None

## S<small>TATUS</small> "E"
### P<small>REFERENCE</small> A<small>CTIONS</small> R<small>ESOLVED</small>/S<small>ETTLED</small>, B<small>UT</small> N<small>OTICES</small>/S<small>TIPULATIONS OF</small> D<small>ISMISSAL</small> C<small>ANNOT</small> Y<small>ET BE</small> F<small>ILED</small>:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Vault Sportswear, Inc. | 20-50391 | Parties have reached a settlement in this matter. The defendant is making payments pursuant to a payment plan. Plaintiff will file a dismissal upon receipt of the final payment. |

\* None

# STATUS "F"

### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Apparel Trading International, Inc. | 20-50047 | Parties have unsuccessfully completed mediation and are working on formal discovery. |
| Kidz Concepts, LLC | 20-50242 | Parties have unsuccessfully completed mediation and are working on formal discovery. |
| One Step Up Ltd. | 20-50288 | Parties have agreed to a mediator. Parties are working on scheduling mediation. |

\* 3 Adversary Proceedings

## STATUS "G"
## CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| * None | | |

## S<small>TATUS</small> "H"
### C<small>ONTESTED</small> P<small>REFERENCE</small> A<small>CTIONS</small> R<small>EADY FOR</small> T<small>RIAL</small>:

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None

# STATUS "I"
## CONTESTED PREFERENCE ACTIONS WHERE DISPOSITIVE MOTIONS PENDING:

| Defendant's Name | Adversary Number | Status |
| --- | --- | --- |
| New York Accessory Group, Inc. | 20-50278 | Plaintiff has filed a Motion for Summary Judgment. Plaintiff granted an extension for Defendant to file a response. |

\* 1 Adversary Proceeding

# STATUS "J"
## CASES STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION / SUGGESTION OF BANKRUPTCY FILED OR REQUIRED

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

## STATUS "K"
### CASES IN WHICH AN APPEAL IS PENDING

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None