| Fill in this information to identify the case: |
|---|
| Debtor 1   J&M Sales Inc. |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: District of Delaware |
| Case number   18-11801 |



FILED
2021 AUG -5 AM 8: 43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Official Form 410

# Proof of Claim - Administrative

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
San Diego County Treasurer-Tax Collector
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
San Diego County Treasurer-Tax Collector
Name
1600 Pacific Highway, Rm 162 Attn: BK Desk
Number      Street
San Diego        CA      92101
City             State   ZIP Code

Contact phone  619-531-5464
Contact email  Emiliano.Nunez@sdcounty.ca.gov

Where should payments to the creditor be sent? (if different)
Name _____
Number      Street _____
City             State   ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/___
                                                                    MM  / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                     Proof of Claim                     page 1

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: **3 6 7 7**

**7. How much is the claim?** $ **4,845.79**. Does this amount include interest or other charges?
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Administrative - Property Taxes

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☑ Yes. Check one: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $  4,845.79 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  07/28/2021
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name: Emiliano _____ Nunez
      First name    Middle name    Last name

Title: Graduate Student Worker

Company: San Diego County Treasurer-Tax Collector
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1600 Pacific Highway, Rm 162 Attn: BK Desk
         Number    Street
         San Diego                    CA    92101
         City                         State ZIP Code

Contact phone: 619-531-5464        Email: Emiliano.Nunez@sdcounty.ca.gov

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of San Diego. I am over the age of eighteen years, and not a party to the within action; my business address is 1600 Pacific Highway, Room 162, San Diego, CA 92101.

On July 29, 2021, I served the within REQUEST FOR SPECIAL NOTICE BY SECURED CREDITOR SAN DIEGO COUNTY TREASURER-TAX COLLECTOR on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed to those parties indicated below:

**Kevin M. Capuzzi**
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street
Suite 1201
Wilmington, DE 19801-6101

**George L. Miller (TR)**
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110

**Clerk's Office**
United States Bankruptcy Court
Attn: Claims
824 Market Street, 3rd Floor
Wilmington, DE 198011O

☒ **BY REGULAR MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION:** I transmitted the above listed documents to those parties indicated on the attached service list at the fax numbers so indicated. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I, Emiliano Nunez, declare that I am employed in the office at whose direction this mailing is made. Executed on July 29, 2021, in San Diego, California.

_____
Emiliano Nunez (Student Worker)

# IMPORTANT DEMAND
## PAY BY ➡ DATE AT ONCE

J&M SALES INC
DBA FALLAS PAREDES #152
ATTN RICK BRANNEN
15001 S FIGUEROA ST
GARDENA CA 90248

**Description of Property:** 1-PERSONAL PROPERTY/FIXTURES
**Property Location:** 459 COLLEGE BLVD 000009
Enrollment Authorities:
| | | |
|---|---|---|
| 06/17/21 | RUN DATE AUTH | R&T CD DESCRIPTION |
| 06/17/21 | | 501.00 ASSESSOR ESTIMATE OF PROPERTY VALUE |
| | 463.00 | 10% PENAL ASSESSM ENT/FAILS TO FILE PROPERTY STMT |

NOTE: THIS BILL IS A MANUAL REPRINT

### DETAIL OF TAX INFORMATION

| Rates and Descriptions | | Tax Amounts |
|---|---|---|
| RATE | NET TAX | 412.39 |
| 1.11323 | TOT DUE | 412.39 |
| | | |
| TOTAL DUE | | 412.39 |
| TOTAL PAID | | .00 |
| BALANCE DUE | | 412.39 |

UNSECURED (REV 10/12)

---

**DAN McALLISTER**
TREASURER-TAX COLLECTOR
COUNTY OF SAN DIEGO STATE OF CALIFORNIA
1600 PACIFIC HIGHWAY ROOM 162
SAN DIEGO, CA 92101-2477
TEL (877) 829-4732

UNSECURED PROPERTY TAX BILL

| Year | Bill Number | Tax Rate Area |
|---|---|---|
| 21 | 063677 | 007111 |

| Account Number |
|---|
| 736-4993590 |

STATUS: OPEN

### PROPERTY VALUES AND EXEMPTIONS

| Description | Assessed Values |
|---|---|
| LAND | |
| IMPROVEMENTS | 8,373 |
| TOTAL L & I | 8,373 |
| PERSONAL PROPERTY | 28,672 |
| EXEMPTIONS | |
| HOMEOWNERS' | |
| OTHER | |
| NET TAXABLE VALUE | 37,045 |

2021     IA3D   07/28/21

ANY QUESTIONS ABOUT THE ASSESSED VALUES OR TO WHOM THIS TAX BILL SHOULD BE ASSESSED SHOULD BE ADDRESSED TO:

COUNTY ASSESSOR
ROOM 103,
1600 PACIFIC HWY.
SAN DIEGO, CA 92101

TELEPHONE NUMBERS:
ASSESSMENTS:
Boats and Aircraft   (858) 505-6200
Business             (858) 505-6100
Realty               (858) 505-6262

EXEMPTIONS:
Homeowner            (619) 531-5772
Institutional        (619) 531-5763

CREDIT CARD PAYMENTS:
Pay by phone:        (855) 829-3773
Pay online:          www.sdttc.com

QUESTIONS ABOUT TAX PAYMENTS, AND REFUNDS, PENALTIES OR COLLECTION PROCEDURES SHOULD BE DIRECTED TO THE TREASURER-TAX COLLECTOR
TOLL FREE:           (877) 829-4732
Hearing Impaired:    (877) 735-2929
www.sdttc.com

---

Mail **STUB** with your **PAYMENT**. Put Tax Bill Number on your **CHECK**.
Your **Cancelled Check** is your best **RECEIPT** and Proof of Payment.

**NOTICE:** This Tax Bill is Payable on Demand
**UNSECURED PROPERTY TAXES** Send this **STUB** with your **PAYMENT**
Make remittance Payable To: **San Diego County Treasurer-Tax Collector**

TR6948

| | 2 0 2 1 | Year - Bill Number | 21 | 063677 |
|---|---|---|---|---|

**BALANCE DUE: $412.39**

**BANKRUPTCY #18-11801**
**F: 8/6/2018**

J&M SALES INC
DBA FALLAS PAREDES #152
ATTN RICK BRANNEN
15001 S FIGUEROA ST
GARDENA CA 90248

0500004123921063677005000041239210636770044

# IMPORTANT DEMAND DATE PAY BY → AT ONCE

UNSECURED (REV. 10/12)

**J&M SALES INC**
DBA FALLAS PAREDES #152
ATTN RICK BRANNEN
15001 S FIGUEROA ST
GARDENA CA 90248

Description of Property: 1-PERSONAL PROPERTY/FIXTURES
Property Location: 459 COLLEGE BLVD 000009

## DETAIL OF TAX INFORMATION

| RATE | Rates and Descriptions | Tax Amounts |
|---|---|---|
| 1.10231 | NET TAX | 371.23 |
| | 10% PEN | 37.12 |
| | 1.5% PEN | 50.04 |
| | TOT DUE | 458.39 |
| | TOTAL DUE | 458.39 |
| | TOTAL PAID | .00 |
| | BALANCE DUE | 458.39 |

---

**DAN McALLISTER**
TREASURER-TAX COLLECTOR
1600 PACIFIC HIGHWAY ROOM 162
SAN DIEGO, CA 92101-2477
TEL (877) 829-4732

UNSECURED PROPERTY TAX BILL
COUNTY OF SAN DIEGO STATE OF CALIFORNIA

| Year | Bill Number | Tax Rate Area |
|---|---|---|
| 20 | 061184 | 007111 |

2020

| Account Number |
|---|
| 736-4993390 |

STATUS: OPEN

### PROPERTY VALUES AND EXEMPTIONS

| Description | Assessed Values |
|---|---|
| LAND | |
| IMPROVEMENTS | 7,612 |
| TOTAL L & I | 7,612 |
| PERSONAL PROPERTY | 26,066 |
| EXEMPTIONS | |
| HOMEOWNERS' | |
| OTHER | |
| NET TAXABLE VALUE | 33,678 |

IA3D   07/28/21

ANY QUESTIONS ABOUT THE ASSESSED VALUES OR TO WHOM THIS TAX BILL SHOULD BE ASSESSED SHOULD BE ADDRESSED TO:

COUNTY ASSESSOR
ROOM 103,
1600 PACIFIC HWY.
SAN DIEGO, CA 92101

TELEPHONE NUMBERS:
ASSESSMENTS:
Boats and Aircraft (858) 505-6200
Business (858) 505-6100
Realty (858) 505-6262

EXEMPTIONS:
Homeowner (619) 531-5772
Institutional (619) 531-5763

CREDIT CARD PAYMENTS:
Pay by phone: (855) 829-3773
Pay online: www.sdttc.com

QUESTIONS ABOUT TAX PAYMENTS, AND REFUNDS, PENALTIES OR COLLECTION PROCEDURES SHOULD BE DIRECTED TO THE TREASURER-TAX COLLECTOR
TOLL FREE: (877) 829-4732
Hearing Impaired: (877) 735-2929
www.sdttc.com

---

Mail STUB with your PAYMENT. Put Tax Bill Number on your CHECK.
Your Cancelled Check is your best RECEIPT and Proof of Payment.

**NOTICE:** This Tax Bill is Payable on Demand
**UNSECURED PROPERTY TAXES** Send this STUB with your PAYMENT
Make remittance Payable To: **San Diego County Treasurer-Tax Collector**

TR6948

| | Year - Bill Number |
|---|---|
| 2 0 2 0 | 20  061184 |

J&M SALES INC
DBA FALLAS PAREDES #152
ATTN RICK BRANNEN
15001 S FIGUEROA ST
GARDENA CA 90248

**BALANCE DUE: $458.39**

BANKRUPTCY #18-11801
F: 8/6/2018

0500004583920061184005000004583920061184008S

# IMPORTANT DEMAND DATE
## PAY BY ➡ AT ONCE

J&M SALES INC
DBA FALLAS PAREDES #152
ATTN RICK BRANNEN
15001 S FIGUEROA ST
GARDENA CA 90248

**Description of Property:** 1-PERSONAL PROPERTY/FIXTURES
**Property Location:** 459 COLLEGE BLVD 000009
**Enrollment Authorities:**

| | | |
|---|---|---|
| 06/20/19 | R&T CD DESCRIPTION | |
| RUN DATE AUTH | 501.00 ASSESSOR ESTIMATE | |
| 06/20/19 | OF PROPERTY VALUE | |
| | 463.00 10% PENAL ASSESSM | |
| | ENT/FAILS TO FILE PROPERTY STMT | |

NOTE: THIS BILL IS A MANUAL REPRINT

### DETAIL OF TAX INFORMATION

| Rates and Descriptions | | Tax Amounts |
|---|---|---|
| RATE 1.11244 | NET TAX | 412.10 |
| | 10% PEN | 41.21 |
| | 1.5% PEN | 129.78 |
| | TOT DUE | 583.09 |
| | TOTAL DUE | 583.09 |
| | TOTAL PAID | .00 |
| | BALANCE DUE | 583.09 |

UNSECURED (REV 10/12)

---

**2019**
UNSECURED PROPERTY TAX BILL
COUNTY OF SAN DIEGO STATE OF CALIFORNIA

**DAN McALLISTER**
TREASURER-TAX COLLECTOR
1600 PACIFIC HIGHWAY ROOM 162
SAN DIEGO, CA 92101-2477
TEL (877) 829-4732

| Year | Bill Number | Account Number | Tax Rate Area |
|---|---|---|---|
| 19 | 069618 | 736-4993390 | 007111 |

STATUS: OPEN

### PROPERTY VALUES AND EXEMPTIONS

| Description | Assessed Values |
|---|---|
| LAND | |
| IMPROVEMENTS | |
| TOTAL L & I | 8,373 |
| PERSONAL PROPERTY | 8,373 |
| EXEMPTIONS | 28,672 |
| HOMEOWNERS' | |
| OTHER | |
| NET TAXABLE VALUE | 37,045 |

Mail **STUB** with your **PAYMENT**. Put Tax Bill Number on your **CHECK**.
Your **Cancelled Check** is your best **RECEIPT** and Proof of Payment.

**NOTICE:** This Tax Bill is Payable on Demand   TR6948
**UNSECURED PROPERTY TAXES** Send this **STUB** with your **PAYMENT**
Make remittance Payable To: **San Diego County Treasurer-Tax Collector**

| Year - Bill Number |
|---|
| 2 0 1 9 |
| 19  069618 |

J&M SALES INC
DBA FALLAS PAREDES #152
ATTN RICK BRANNEN
15001 S FIGUEROA ST
GARDENA CA 90248

**BALANCE DUE: $583.09**

BANKRUPTCY #18-11801
F: 8/6/2018

TELEPHONE NUMBERS:
COUNTY ASSESSOR
ROOM 103,
1600 PACIFIC HWY.
SAN DIEGO, CA 92101

ASSESSMENTS:
Boats and Aircraft    (858) 505-6200
Business              (858) 505-6100
Realty                (858) 505-6262

EXEMPTIONS:
Homeowner             (619) 531-5772
Institutional         (619) 531-5763

CREDIT CARD PAYMENTS:
Pay by phone:    (855) 829-3773
Pay online:      www.sdttc.com

QUESTIONS ABOUT TAX PAYMENTS,
AND REFUNDS, PENALTIES OR
COLLECTION PROCEDURES SHOULD
BE DIRECTED TO THE TREASURER-
TAX COLLECTOR
TOLL FREE:          (877) 829-4732
Hearing Impaired:   (877) 735-2929
www.sdttc.com

ANY QUESTIONS    IA3D
ABOUT THE        07/28/21
ASSESSED VALUES
OR TO WHOM THIS TAX
BILL SHOULD BE ASSESSED
SHOULD BE ADDRESSED TO:

0500005830919069618005000058309190696180067

# IMPORTANT DEMAND DATE
## PAY BY → AT ONCE

**J&M SALES INC**
DBA FALLAS PAREDES #133
ATTN RICK BRANNEN
15001 S FIGUEROA ST
GARDENA CA 90248

**Description of Property:** 1-PERSONAL PROPERTY/FIXTURES
**Property Location:** 1380 VALLEY PKWY 000133
**Enrollment Authorities:**

| | | |
|---|---|---|
| RUN DATE AUTH | R&T CD | DESCRIPTION |
| 06/20/19 | 501.00 | ASSESSOR ESTIMATE |
| 06/20/19 | | OF PROPERTY VALUE |
| | 463.00 | 10% PENAL ASSESSM |
| | | ENT/FAILS TO FILE PROPERTY STMT |

**NOTE: THIS BILL IS A MANUAL REPRINT**

### DETAIL OF TAX INFORMATION

| Rates and Descriptions | | Tax Amounts |
|---|---|---|
| RATE | | |
| 1.14060 | NET TAX | 759.60 |
| | 10% PEN | 75.96 |
| | 1.5% PEN | 239.19 |
| | TOT DUE | 1,074.75 |
| | TOTAL DUE | 1,074.75 |
| | TOTAL PAID | .00 |
| | BALANCE DUE | 1,074.75 |

UNSECURED (REV 10/12)

---



**DAN McALLISTER**
TREASURER-TAX COLLECTOR
1600 PACIFIC HIGHWAY ROOM 162
SAN DIEGO, CA 92101-2477
TEL (877) 829-4732

UNSECURED PROPERTY TAX BILL
COUNTY OF SAN DIEGO STATE OF CALIFORNIA

| Year | Bill Number | Tax Rate Area |
|---|---|---|
| 19 | 068814 | 004225 |

| Account Number |
|---|
| 718-8020300 |

STATUS: OPEN

### PROPERTY VALUES AND EXEMPTIONS

| Description | Assessed Values |
|---|---|
| LAND | |
| IMPROVEMENTS | 45,430 |
| TOTAL L & I | 45,430 |
| PERSONAL PROPERTY | 21,167 |
| EXEMPTIONS | |
| HOMEOWNERS' | |
| OTHER | |
| NET TAXABLE VALUE | 66,597 |

2019

ANY QUESTIONS    IA3D
ABOUT THE         07/28/21
ASSESSED VALUES
OR TO WHOM THIS TAX
BILL SHOULD BE ASSESSED
SHOULD BE ADDRESSED TO:

COUNTY ASSESSOR
ROOM 103,
1600 PACIFIC HWY.
SAN DIEGO, CA 92101

**TELEPHONE NUMBERS:**
ASSESSMENTS:
Boats and Aircraft (858) 505-6200
Business (858) 505-6100
Realty (858) 505-6262

EXEMPTIONS:
Homeowner (619) 531-5772
Institutional (619) 531-5763

CREDIT CARD PAYMENTS:
Pay by phone: (855) 829-3773
Pay online: www.sdttc.com

QUESTIONS ABOUT TAX PAYMENTS,
AND REFUNDS, PENALTIES OR
COLLECTION PROCEDURES SHOULD
BE DIRECTED TO THE TREASURER-
TAX COLLECTOR
TOLL FREE: (877) 829-4732
Hearing Impaired: (877) 735-2929
www.sdttc.com

Mail **STUB** with your **PAYMENT**. Put Tax Bill Number on your **CHECK**.
Your **Cancelled Check** is your best **RECEIPT** and Proof of Payment.

**NOTICE:** This Tax Bill is Payable on Demand                    TR6948
**UNSECURED PROPERTY TAXES** Send this **STUB** with your **PAYMENT**
Make remittance Payable To: **San Diego County Treasurer-Tax Collector**

| Year - Bill Number |
|---|
| 2 0 1 9 |
| 19    068814 |

J&M SALES INC
DBA FALLAS PAREDES #133
ATTN RICK BRANNEN
15001 S FIGUEROA ST
GARDENA CA 90248

**BALANCE DUE: $1,074.75**

**BANKRUPTCY # 18-11801**
F: 8/6/2018

05000107475190688140050000010747519068814000 1

# IMPORTANT DEMAND DATE
## PAY BY ➡ AT ONCE

UNSECURED (REV. 10/12)

J&M SALES INC
DBA FALLAS PAREDES #146
ATTN RICK BRANNEN
15001 S FIGUEROA ST
GARDENA CA 90248

**Description of Property:** 1-PERSONAL PROPERTY/FIXTURES
**Property Location:** 670 JAMACHA RD
**Enrollment Authorities:**
RUN DATE AUTH    R&T  CD  DESCRIPTION
06/20/19    501.00  ASSESSOR ESTIMATE
            OF PROPERTY VALUE
06/20/19    463.00  10% PENAL ASSESSM
            ENT/FAILS TO FILE PROPERTY STMT

NOTE: THIS BILL IS A MANUAL REPRINT

### DETAIL OF TAX INFORMATION

| Rates and Descriptions | | Tax Amounts |
|---|---|---|
| RATE 1.21886 | NET TAX | 978.22 |
|  | 10% PEN | 97.82 |
|  | 1.5% PEN | 308.07 |
|  | TOT DUE | 1,384.11 |
|  | TOTAL DUE | 1,384.11 |
|  | TOTAL PAID | .00 |
|  | BALANCE DUE | 1,384.11 |

---

2019

UNSECURED PROPERTY TAX BILL
COUNTY OF SAN DIEGO STATE OF CALIFORNIA

**DAN McALLISTER**
TREASURER-TAX COLLECTOR
1600 PACIFIC HIGHWAY ROOM 162
SAN DIEGO, CA 92101-2477
TEL (877) 829-4732

| Year | Bill Number | Tax Rate Area |
|---|---|---|
| 19 | 067459 | 003003 |

| Account Number |
|---|
| 671-7516960 |

STATUS: OPEN

### PROPERTY VALUES AND EXEMPTIONS

| Description | Assessed Values |
|---|---|
| LAND |  |
| IMPROVEMENTS | 57,893 |
| TOTAL L & I | 57,893 |
| PERSONAL PROPERTY | 22,364 |
| EXEMPTIONS |  |
| HOMEOWNERS' |  |
| OTHER |  |
| NET TAXABLE VALUE | 80,257 |

IA3D  07/28/21

ANY QUESTIONS
ABOUT THE
ASSESSED VALUES
OR TO WHOM THIS TAX
BILL SHOULD BE ASSESSED
SHOULD BE ADDRESSED TO:

COUNTY ASSESSOR
ROOM 103,
1600 PACIFIC HWY.
SAN DIEGO, CA 92101

TELEPHONE NUMBERS:
ASSESSMENTS:
Boats and Aircraft    (858) 505-6200
Business              (858) 505-6100
Realty                (858) 505-6262

EXEMPTIONS:
Homeowner             (619) 531-5772
Institutional         (619) 531-5763

CREDIT CARD PAYMENTS:
Pay by phone:         (855) 829-3773
Pay online:           www.sdttc.com

QUESTIONS ABOUT TAX PAYMENTS,
AND REFUNDS, PENALTIES OR
COLLECTION PROCEDURES SHOULD
BE DIRECTED TO THE TREASURER-
TAX COLLECTOR
TOLL FREE:            (877) 829-4732
Hearing Impaired:     (877) 735-2929
www.sdttc.com

---

Mail **STUB** with your **PAYMENT**. Put Tax Bill Number on your **CHECK**.
Your **Cancelled Check** is your best **RECEIPT** and Proof of Payment.

**NOTICE:** This Tax Bill is Payable on Demand    TR6948
**UNSECURED PROPERTY TAXES** Send this **STUB** with your **PAYMENT**
Make remittance Payable To: **San Diego County Treasurer-Tax Collector**

| Year - Bill Number |
|---|
| 19  067459 |

2 0 1 9

J&M SALES INC
DBA FALLAS PAREDES #146
ATTN RICK BRANNEN
15001 S FIGUEROA ST
GARDENA CA 90248

**BALANCE DUE: $1,384.11**

**BANKRUPTCY # 18-11801**
**F: 8/6/2018**

05000138411119067459005000138411190674590003

# IMPORTANT DEMAND DATE
## PAY BY → AT ONCE

J&M SALES INC
DBA FALLAS PAREDES #161
ATTN RICK BRANNEN
15001 S FIGUEROA ST
GARDENA CA 90248

Description of Property: 1-PERSONAL PROPERTY/FIXTURES
Property Location: 614 PALOMAR ST
Enrollment Authorities:
RUN DATE AUTH    R&T CD DESCRIPTION
06/20/19    501.00 ASSESSOR ESTIMATE
    OF PROPERTY VALUE
06/20/19    463.00 10% PENAL ASSESSM
    ENT/FAILS TO FILE PROPERTY STMT

NOTE: THIS BILL IS A MANUAL REPRINT

### DETAIL OF TAX INFORMATION

| RATE | Rates and Descriptions | Tax Amounts |
|---|---|---|
| 1.14221 | NET TAX | 659.43 |
|  | 10% PEN | 65.94 |
|  | 1.5% PEN | 207.69 |
|  | TOT DUE | 933.06 |

| TOTAL DUE | 933.06 |
| TOTAL PAID | .00 |
| BALANCE DUE | 933.06 |

UNSECURED (REV 10/12)

---

UNSECURED PROPERTY TAX BILL
COUNTY OF SAN DIEGO STATE OF CALIFORNIA

**DAN McALLISTER**
TREASURER-TAX COLLECTOR
1600 PACIFIC HIGHWAY ROOM 162
SAN DIEGO, CA 92101-2477
TEL (877) 829-4732

| Year | Bill Number | Tax Rate Area |
|---|---|---|
| 19 | 065877 | 001255 |

| Account Number |
|---|
| 612-0512000 |

STATUS: OPEN

### PROPERTY VALUES AND EXEMPTIONS

| Description | Assessed Values |
|---|---|
| LAND |  |
| IMPROVEMENTS |  |
| TOTAL L & I | 29,031 |
| PERSONAL PROPERTY | 29,031 |
| EXEMPTIONS | 28,702 |
| HOMEOWNERS' |  |
| OTHER |  |
| NET TAXABLE VALUE | 57,733 |

ANY QUESTIONS    IA3D
ABOUT THE       07/28/21
ASSESSED VALUES
OR TO WHOM THIS TAX
BILL SHOULD BE ASSESSED
SHOULD BE ADDRESSED TO:

COUNTY ASSESSOR
ROOM 103,
1600 PACIFIC HWY.
SAN DIEGO, CA 92101

TELEPHONE NUMBERS:
ASSESSMENTS:
Boats and Aircraft    (858) 505-6200
Business              (858) 505-6100
Realty                (858) 505-6262

EXEMPTIONS:
Homeowner             (619) 531-5772
Institutional         (619) 531-5763

CREDIT CARD PAYMENTS:
Pay by phone:         (855) 829-3773
Pay online:           www.sdttc.com

QUESTIONS ABOUT TAX PAYMENTS,
AND REFUNDS, PENALTIES OR
COLLECTION PROCEDURES SHOULD
BE DIRECTED TO THE TREASURER-
TAX COLLECTOR
TOLL FREE:            (877) 829-4732
Hearing Impaired:     (877) 735-2929
www.sdttc.com

---

Mail **STUB** with your **PAYMENT**. Put Tax Bill Number on your **CHECK**.
Your **Cancelled Check** is your best **RECEIPT** and Proof of Payment.

**NOTICE:** This Tax Bill is Payable on Demand    TR6948
**UNSECURED PROPERTY TAXES** Send this STUB with your PAYMENT
Make remittance Payable To: San Diego County Treasurer-Tax Collector

| Year - Bill Number |
|---|
| 19  065877 |

2
0
1
9

J&M SALES INC
DBA FALLAS PAREDES #161
ATTN RICK BRANNEN
15001 S FIGUEROA ST
GARDENA CA 90248

BALANCE DUE: $933.06

**BANKRUPTCY #18-11801**
F: 8/6/2018

0500009330619065877005000009330619065877005000009330619065877 0031

DAN McALLISTER  
TREASURER-TAX COLLECTOR  
ATTENTION: Bankruptcy Desk  
1600 Pacific Highway, Room 162  
San Diego, California 92101  
Telephone (619) 531-5464  
Facsimile (619) 685-2589  

# Attachment

1. The San Diego County Treasurer-Tax Collector reserves the right to amend this request for allowance of claim based on any further assessment of property taxes or investigation/audit of property taxes associated with the named debtor(s) in this bankruptcy case.

2. The San Diego County Treasurer-Tax Collector reserves the right to amend this request for allowance of claim in accordance with any applicable federal and state law, including, but not limited to, modifying the claim as an administrative expense under 11 U.S.C. § 503, as a secured claim under 11 U.S.C. § 506, and as a priority unsecured claim under 11 U.S.C. § 507 throughout the administration of this bankruptcy case.

3. The San Diego County Treasurer-Tax Collector reserves the right to amend this claim to state its unsecured non-priority claim and its unsecured priority claim under 11 U.S.C. § 507(a)(8)(B) in the event that the value of the collateral, to which secures the San Diego County Treasurer-Tax Collector's claim, be determined to be less than the amount of the secured claim or should the San Diego County Treasurer-Tax Collector's lien be avoided in whole or in part.

4. The San Diego County Treasurer-Tax Collector reserves the right to amend this request for allowance of claim to add additional penalties and interest if legally permissible under the California Revenue & Tax Code, Bankruptcy Code, and other applicable state and federal law.

5. The San Diego County Treasurer-Tax Collector reserves the right to assess legal fees and costs incurred after this proof of claim is filed, if such fees and costs are legally permissible under applicable state and federal law.

6. This attachment shall not be deemed as a waiver of any rights or remedies which are not expressly reserved.