# Notice Recipients

District/Off: 0311−1      User: admin      Date Created: 8/5/2021
Case: 18−11801−JTD      Form ID: van439      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      San Diego County Treasurer – Tax Collector

TOTAL: 1