IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| J & M SALES INC., *et al.* | Case No. 18-11801 (JTD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON AUGUST 12, 2021, AT 1:00 P.M. (ET) (HEARING CANCELLED)**

**AS THERE ARE NO MATTERS GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

**RESOLVED/CONTINUED MATTERS:**

1. *The Interim Fee Application of ASK LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel for the Trustee for the Period of August 12, 2019 through June 30, 2021* [Filed 07/14/2021; Docket No. 2489]

    Related Documents:

    (a) *Certification of No Objection to The Interim Fee Application of ASK LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel for the Trustee for the Period of August 12, 2019 through June 30, 2021* [Filed 07/29/2021; Docket No. 2492]

    (b) *Order Approving First Interim Fee Application of ASK LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Trustee for the Period of August 12, 2019 through June 30, 2021* [Filed 08/03/2021; Docket No. 2493]

    Response Deadline:    July 28, 2021, at 4:00 p.m. (ET)

    Responses Received:    None.

    Status:    An Order has been entered by the Court. No hearing is necessary.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

14911962

2

Dated: August 6, 2021
      Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP

 /s/ Kevin M. Capuzzi
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
John C. Gentile (No. 6159)
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

*Counsel for George L. Miller, Chapter 7 Trustee*