IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>J & M SALES, INC.,<br><br>Debtor(s). | Chapter 7<br>Case No. 18-11801-JTD |

## **NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the undersigned counsel for Imperial Irrigation District and Coface North America, Inc. has changed its address as follows:

> Hiller Law, LLC
> 300 Delaware Avenue, Suite 210, #227
> Wilmington, Delaware 19801

The telephone number and email address remain the same.

Dated: October 29, 2021
        Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC


 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
PLEASE NOTE NEW ADDRESS:
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com