# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>J & M SALES INC., *et al.*<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 18-11801 (JTD)<br><br>Jointly Administered<br><br>**Hearing Date: Nov. 9, 2021, at 11:00 a.m. (ET)**<br>**Objection Due: Nov. 2, 2021, at 4:00 p.m. (ET)** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 2515

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Seventh Interim Fee Application of Miller, Coffey, Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from May 1, 2021 through September 30, 2021* [Docket No. 2515] (the "Application"), filed on October 19, 2021. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 2, 2021, at 4:00 p.m. (ET).

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: November 3, 2021<br>Wilmington, Delaware | BENESCH, FRIEDLANDER, COPLAN<br>& ARONOFF LLP<br><br>*/s/ Kevin M. Capuzzi*<br>Jennifer R. Hoover (No. 5111)<br>Kevin M. Capuzzi (No. 5462)<br>John C. Gentile (No. 6159)<br>1313 N. Market St., Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com<br><br>*Counsel for George L. Miller*,<br>*Chapter 7 Trustee* |