## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| J & M SALES INC., *et al.* | Case No. 18-11801 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| George L. Miller, not individually, but as Chapter 7 Trustee of J & M Sales, Inc., et al., | Adv. No. 20-50806 (JTD) |
| Plaintiff, | |
| v. | |
| Pier Enterprises, LTD., | |
| Defendant. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON NOVEMBER 9, 2021 AT 11:00 A.M. (ET)**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY VIA ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItdOqorTIiGdoB12ogx86aXWyJQezzJUs

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

**RESOLVED MATTERS:**

1.  *Plaintiff's Motion to Extend Time for Service of Second Amended Complaint and Summons* [Filed 10/26/2021; Docket No. 2521, Adv. Docket No. 18]

    Related Documents:

    (a) *Plaintiff's Amended Motion to Extend Time for Service of Second Amended Complaint and Summons* [Filed 10/28/2021; Docket No. 2522, Adv. Docket No. 19]

    (b) *Certificate of No Objection Regarding Plaintiff's Amended Motion to Extend Time for Service of Second Amended Complaint and Summons* [Filed 11/03/2021; Docket No. 2526, Adv. Docket No. 20]

    (c) *Order Granting Plaintiff's Motion to Extend Time for Service of Complaint* [Filed 11/04/2021; Docket No. 2530, Adv. Docket No. 21]

    Response Deadline:        November 2, 2021, at 4:00 p.m. (ET)

    Responses Received:       None.

    Status:                   An Order has been entered. No hearing is necessary.

**MATTERS SUBMITTED UNDER C.N.O:**

2.  *Seventh Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation and Reimbursement of Expenses as Counsel for Chapter 7 Trustee* [Filed 10/19/2021; Docket No. 2514]

    Related Documents:

    (a) *Certificate of No Objection Regarding Docket No. 2514* [Filed 11/03/2021; Docket No. 2527]

    Response Deadline:        November 2, 2021, at 4:00 p.m. (ET)

    Responses Received:       None.

    Status:                   A Certification of No Objection has been filed. No hearing is necessary unless the Court directs otherwise.

3.  *Seventh Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from May 1, 2021 through September 30, 2021* [Filed 10/19/2021; Docket No. 2515]

<table>
<tr><td></td><td>Related Documents:</td><td></td></tr>
<tr><td></td><td>(a)</td><td>*Certificate of No Objection Regarding Docket No. 2515* [Filed 11/03/2021; Docket No. 2528]</td></tr>
<tr><td></td><td>Response Deadline:</td><td>November 2, 2021, at 4:00 p.m. (ET)</td></tr>
<tr><td></td><td>Responses Received:</td><td>None.</td></tr>
<tr><td></td><td>Status:</td><td>A Certification of No Objection has been filed. No hearing is necessary unless the Court directs otherwise.</td></tr>
</table>

4. *Second Interim Fee Application of Gellert Scali Busenkell & Brown LLC for Compensation for Services Rendered and Reimbursement of All Actual and Necessary Expenses as Special Litigation Conflicts Counsel to the Chapter 7 Trustee for the Period from May 1, 2021 through September 30, 2021* [Filed 10/19/2021; Docket No. 2516]

Related Documents:

(a) *Certificate of No Objection Regarding Second Interim Fee Application of Gellert Scali Busenkell & Brown LLC for Compensation for Services Rendered and Reimbursement of All Actual and Necessary Expenses as Special Litigation Conflicts Counsel to the Chapter 7 Trustee for the Period from May 1, 2021 through September 30, 2021* [Filed 11/04/2021; Docket No. 2529]

Response Deadline: November 2, 2021, at 4:00 p.m. (ET)

Responses Received: None.

Status: A Certification of No Objection has been filed. No hearing is necessary unless the Court directs otherwise.

Dated: November 9, 2021
Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP

 */s/ Kevin M. Capuzzi*
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
John C. Gentile (No. 6159)
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

*Counsel for George L. Miller, Chapter 7 Trustee*