# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M Sales, Inc., *et al.*,[1]<br><br>Debtors | Chapter 7<br><br>Case No. 18-11801 (JTD)<br><br>(Jointly Administered) |
| George L. Miller, not individually, but as Chapter 7 Trustee of J & M Sales, Inc., *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>Four Seasons Apparel USA Inc. fdba Four Seasons Apparel, Inc.,<br><br>Defendant. | **RE: D.I. 2520**<br><br><br><br>Adv. No.: 20-50042 |

**CERTIFICATE OF NO OBJECTION FOR PLAINTIFF'S FIFTH MOTION FOR AN ORDER APPROVING THE SETTLEMENT OF AN AVOIDANCE ACTION PURSUANT TO FED. R. BANKR. P. 9019**

I, Kevin M. Capuzzi, counsel to George L. Miller, not individually, but as Chapter 7 Trustee of J & M Sales, Inc., et al, the above-captioned debtors (the "Trustee" or "Plaintiff"), hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to *Plaintiff's Fifth Motion for an Order Approving The Settlement of An Avoidance Action Pursuant to Fed. R. Bankr. P. 9019* (filed on October 21, 2021, at Docket No. 2520) (the "Motion").

The undersigned further certifies that I have caused the Court's docket in these cases to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than November 4, 2021, at 4:00 p.m. (EST).

---

1 Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

It is hereby respectfully requested that the proposed Order as originally filed with the Motion be entered at its earliest convenience of the Court.

Dated: November 8, 2021

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: */s/ Kevin M. Capuzzi*
Jennifer R. Hoover, Esq. (#5111)
Kevin M. Capuzzi, Esq. (#5462)
John C. Gentile, Esq. (#6159)
Benesch, Friedlander, Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7006
Email: jhoover@beneschlaw.com
        kcapuzzi@beneschlaw.com
        jgentile@beneschlaw.com

*-and-*

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Gary D. Underdahl, Esq. MN SBN 0301693
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3857
Email: gunderdahl@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone: (212) 267-7342

*Counsel for Plaintiff, George L. Miller, Chapter 7 Trustee of J&M Sales, Inc., et al.*