IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>J&M Sales Inc., et al.,[1]<br>Debtors. | Case No. 18-11801 (JTD)<br>(Jointly Administered)<br>Chapter 7 |

Related Docket No. 2515

### ORDER ALLOWING MILLER COFFEY TATE LLP COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

Miller Coffey Tate LLP, ("MCT") Accountants and Bankruptcy Consultants for the Trustee, having filed a Sixth Interim application for allowance of compensation and reimbursement of expenses ("the Application"); and creditors and other parties in interest having received notice of the date, time and place to file and Objection to the Application; and no Objections having been filed, and the Court having considered the Application; it is

**ORDERED** that the Application of MCT is granted and allowed compensation in the sum of $60,590.00 for services rendered and is allowed $170.62 as reimbursement for actual, necessary expenses incurred; and it is further

**ORDERED** that the Trustee is authorized and directed to make payment of $60,760.62 to MCT for such allowed compensation and expenses.

Dated: November 8th, 2021
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: J&M Sales, Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052) and Pazzo Management LLC (1924).