# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**J & M SALES INC.,** *et al.*,<br><br>Debtors.[1] | **Chapter 7**<br><br>**Case No. 18-11801 (JTD)**<br>**(Jointly Administered)**<br><br>RE: D.I. 2516 and 2529 |

## ORDER GRANTING SECOND INTERIM FEE APPLICATION OF GELLERT SCALI BUSENKELL & BROWN LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES AS SPECIAL LITIGATION CONFLICTS TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD FROM MAY 1, 2021 THROUGH SEPTEMBER 30, 2021

Upon consideration of the Second Interim Application of Gellert Scali Busenkell & Brown, LLC ("GSBB") for Compensation for Services Rendered and Reimbursement of all Actual and Necessary Expenses as Special Litigation Conflicts Counsel to the Chapter 7 Trustee for the Period From May 1, 2021 through September 30, 2021 (the "Application"); and the Court having thoroughly reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED;

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc., a Delaware corporation (4697); National Stores, Inc., a California corporation (4874); J&M Sales of Texas, LLC, a Delaware Limited Liability Company (5979); FP Stores, Inc., a California corporation (6795); Southern Island Stores, LLC, a Delaware Limited Liability Company (8099); Southern Island Retail Stores LLC, a Delaware Limited Liability Company (4237); Caribbean Island Stores, LLC, a Puerto Rico Limited Liability Company (9301); Pazzo FNB Corp. (9870), a New York corporation; Fallas Stores Holdings, Inc., a Delaware Corporation (6052); and Pazzo Management LLC, a New York Limited Liability Company (1924).

2. GSBB is allowed compensation in the amount of $24,348.00 and reimbursement of expenses in the amount of $177.27 for the period from May 1, 2021 through September 30, 2021 for a total award of $24,525.27 (the "Fees and Expenses"), which amount shall constitute an allowed administrative expense in the Chapter 7 phase of the above-captioned bankruptcy cases. The Chapter 7 Trustee is authorized and shall distribute said Fees and Expenses to GSBB.

**Dated: November 8th, 2021**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE