IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M SALES INC., *et al.*<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 18-11801 (JTD)<br><br>(Jointly Administered) |
| George L. Miller, not individually, but as Chapter 7 Trustee of J & M Sales, Inc., et al.,<br><br>Plaintiff,<br><br>v.<br><br>Four Seasons Apparel USA Inc. fdba Four Seasons Apparel, Inc.,<br><br>Defendant. | Adv. No. 20-50042 (JTD) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON NOVEMBER 30, 2021 AT 2:00 P.M. (ET) (HEARING CANCELLED)**

**AS THERE ARE NO MATTERS GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

**RESOLVED MATTERS:**

1. *Plaintiff's Fifth Motion for an Order Approving The Settlement of An Avoidance Action Pursuant to Fed. R. Bankr. P. 9019* [Filed 10/21/2021; Docket No. 2520, Adv. Docket No. 22]

    Related Documents:

    (a) *Certificate of No Objection for Plaintiff's Fifth Motion for an Order Approving the Settlement of an Avoidance Action Pursuant to Fed. R. Bankr. P. 9019* [Filed 11/08/2021; Docket No. 2532, Adv. Docket No. 23]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

  (b) *Order Approving Plaintiff's Fifth Motion for an Order Approving the Settlement of an Avoidance Action Pursuant to Fed. R. Bankr. P. 9019* [Filed 11/09/2021; Docket No. 2537, Adv. Docket No. 25]

| | |
|---|---|
| Response Deadline: | November 4, 2021, at 4:00 p.m. (ET) |
| Responses Received: | None. |
| Status: | An Order has been entered. No hearing is necessary. |

2. *Constance Boyd's Motion for Relief from the Automatic Stay* [Filed 11/02/2021; Docket No. 2524]

 Related Documents:

  (a) *Certification of Counsel Submitting Proposed Order Granting Limited Relief from the Automatic Stay* [Filed 11/22/2021; Docket No. 2539]

  (b) *Order Granting Limited Relief from the Automatic Stay* [Filed 11/22/2021; Docket No. 2540]

| | |
|---|---|
| Response Deadline: | November 23, 2021, at 4:00 p.m. (ET) |
| Responses Received: | None. |
| **Status:** | An Order has been entered. No hearing is necessary. |

Dated: November 23, 2021
   Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP

 */s/ Kevin M. Capuzzi*
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
John C. Gentile (No. 6159)
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

*Counsel for George L. Miller, Chapter 7 Trustee*