FILED

2022 JAN -4 AM 10:08

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Your Honor,

I Jasmine M. Strode have currently moved.

Previous Address:

129 Garrett Way NW Apt. 5
Milledgeville, GA 31061

Current Address:

1336 Douglas St. SW.
Atlanta, GA 30314

Case # 19-11801 or 18-11801 (I was told) both

Jasmine Strode
404-327-1472
mariahstrode77@gmail.com

(Please send me my check)