# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M SALES INC., *et al.*<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 18-11801 (JTD)<br><br>Jointly Administered<br><br>**Obj. Deadline: February 8, 2022 at 4:00 p.m. (ET)**<br>**Hrg. Date:  February 22, 2022 at 10:00 a.m. (ET)** |

## THIRD INTERIM FEE APPLICATION OF ASK LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE TRUSTEE FOR THE PERIOD OF OCTOBER 1, 2021 THROUGH DECEMBER 31, 2021

| | |
|---|---|
| Name of Applicant: | ASK LLP |
| Authorized to Provide Professional Services to: | George L. Miller, Chapter 7 Trustee of J&M Sales, Inc., et al. |
| Date of Retention: | August 12, 2019 |
| Monthly/Interim Period for which compensation and reimbursement is sought: | October 1, 2021 through December 31, 2021 |
| Amount of monthly/interim compensation sought as actual, reasonable and necessary: | $119,635.00 |
| Amount of monthly/interim expense reimbursement as actual, reasonable, and necessary: | $9,825.62 |

This is a(n)  ☐ Monthly ☒ Interim ☐ Final Application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M SALES INC., *et al.*<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 18-11801 (JTD)<br><br>Jointly Administered<br><br>**Obj. Deadline: February 8, 2022 at 4:00 p.m. (ET)**<br>**Hrg. Date: February 22, 2022 at 10:00 a.m. (ET)** |

### THIRD INTERIM FEE APPLICATION OF ASK LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE TRUSTEE FOR THE PERIOD OF OCTOBER 1, 2021 THROUGH DECEMBER 31, 2021

Pursuant to Sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code" or "Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), ASK LLP ("ASK") files this *Third Interim Application for Allowance of Compensation and Reimbursement of Expenses as Special Counsel for the Trustee for the period of October 1, 2021 through December 31, 2021* (the "Third Interim Application"). By this Third Interim Application, ASK seeks allowance of interim fee approval in the amount of $119,635.00 and expenses in the amount of $9,825.62 for a total amount of $129,460.62 for the period of October 1, 2021 through December 31, 2021 (the "Third Interim Fee Period").

1. As more fully discussed in the Declaration of Curt Kroll in Support of the Debtors' Chapter 11 Petitions and First Day Motions (the "First Day Declaration"), the Debtors were

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

leading discount retailers offering brand name clothing for men, ladies, boys, girls, juniors, infants and toddlers along with lingerie, shoes, toys and household items.

2. Prior to the Petition Date, Debtors, as a discount retailer, maintained business relationships with various business entities, through which the Debtors regularly purchased, sold, received, and/or delivered goods and services.

3. On August 6, 2018 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code.

4. The Court entered an order for joint administration of these cases [Bankr. D.I. 73].

5. On January 28, 2019, an order was entered by the Court converting the Debtors' chapter 11 cases to cases under chapter 7 (the "Conversion Order"), effective February 4, 2019. [Bankr. D.I. 1240].

6. On February 4, 2019, the Trustee was appointed as chapter 7 trustee of the Debtors' estates pursuant to section 701(a) of the Bankruptcy Code (the "Appointment"). [Bankr. D.I. 1262]. Pursuant to sections 542, 547, 548, 550, 704(a), 1106, and 1107 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), the Trustee is authorized and has standing to investigate, pursue, commence, prosecute, compromise, settle, or otherwise resolve certain causes of action under chapter 5 of the Bankruptcy Code.

7. On August 12, 2019, upon prior application of the Debtors [D.I. 1064] (the "Retention Application"), the Court entered an Order Authorizing the Retention and Employment of ASK LLP as Special Counsel to the Debtors [D.I. 1650] (the "Retention Order").

8. Consistent with and pursuant to the Engagement Letter and Contingency Fee Schedule (each as defined in the Retention Application), the Trustee has paid ASK (i) compensation totaling

$119,635.00 during the Third Interim Fee Period and (ii) reimbursement of costs and expenses totaling $2,614.71 incurred by ASK during the Third Interim Fee Period.

9. A summary of the compensation paid by the Trustee to ASK during the Third Interim Fee Period is attached hereto as Exhibit "B."

WHEREFORE, ASK respectfully requests that the Court enter an Order attached hereto as Exhibit "A" providing for the approval of ASK's fees is the sum of $119,635.00 and expenses in the sum of $9,825.62 for a total of $129,460.62 for the Third Interim Fee Period and for such other and further relief as this court may deem just and proper.

Dated: January 18, 2022  **ASK LLP**

*/s/ Gary D. Underdahl*
Gary D. Underdahl, Esq.
Joseph L. Steinfeld, Jr., Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665
e-mail: gunderdahl@askllp.com

*Counsel for George L. Miller, Chapter 7 Trustee of J&M Sales, Inc., et al.*