IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M SALES INC., *et al.*<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 18-11801 (JTD)<br><br>Jointly Administered<br><br>**RE: D.I. 2615** |

**CERTIFICATE OF NO OBJECTION TO THE FIRST SUPPLEMENTAL FEE APPLICATION OF ASK LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE TRUSTEE FOR THE PERIOD OF JUNE 1, 2021 THROUGH JUNE 30, 2021**

I, John C. Gentile, Esquire, hereby certify that as of the date hereof, no answer, objection or other responsive pleading has been received to the *First Supplemental Fee Application of ASK LLP For Allowance of Compensation And Reimbursement of Expenses As Special Counsel For The Trustee For The Period Of June 1, 2021 Through June 30, 2021* (filed on May 19, 2022, at Docket No. 2615) (the "Application").

The undersigned further certifies that I have reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 9, 2022, at 4:00 p.m. (EST).

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

15761206

Dated: June 13, 2022

          **BENESCH, FRIEDLANDER,**
              **COPLAN & ARONOFF LLP**

By: */s/ John C. Gentile*
Jennifer R. Hoover, Esq. (#5111)
Kevin M. Capuzzi, Esq. (#5462)
John C. Gentile, Esq. (#6159)
Benesch, Friedlander, Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7006
Email: jhoover@beneschlaw.com
      kcapuzzi@beneschlaw.com
      jgentile@beneschlaw.com

*-and-*

Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Gary D. Underdahl, Esq. MN SBN 0301693
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3857
Fax: (651) 406-9676
Email: gunderdahl@askllp.com

*Counsel for George L. Miller, Chapter 7 Trustee of J&M Sales, Inc., et al.*