# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M Sales, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11801 (JTD)<br>(Jointly Administered)<br><br>**Related to Docket No. 2615** |

## ORDER APPROVING FIRST SUPPLEMENTAL
## FEE APPLICATION OF ASK LLP FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE TRUSTEE
## FOR THE PERIOD OF JUNE 1, 2021 THROUGH JUNE 30, 2021

ASK LLP, as special counsel to the Trustee in the above matter, having filed its First Supplemental Fee Application for Allowance of Compensation and Reimbursement of Expenses for the Period of June 1, 2021 through June 30, 2021 (the "First Supplemental Application");[2] and the Court having reviewed the First Supplemental Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the First Supplemental Application, and any hearing on the First Supplemental Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Supplemental Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The First Supplemental Application is GRANTED.

---

[1] Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

[2] Capitalized terms shall have the same meaning ascribed to them in the First Supplemental Application.

2.  ASK LLP is awarded approval for compensation in the amount of $20,356.75 for professional services rendered on a contingency fee basis and $576.56 for costs and expenses for a total of $20,933.31 for the First Supplemental Fee Period of June 1, 2021 through June 30, 2021.

3.  Such sums are authorized for payment by the Trustee less any amounts previously paid to ASK LLP.

**Dated: June 24th, 2022**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE