**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| J & M Sales, Inc., *et al.*,[1] | Case No. 18-11801 (JTD) |
| Debtors. | (Jointly Administered) |
| | |
| George L. Miller, not individually, but as Chapter 7 Trustee of J & M Sales, Inc., *et al.*, | Adv. No. 20-50205 (JTD) |
| Plaintiff, v. | |
| Jeff Bazyler & Associates, Inc. Certified Public Accountant, | |
| Defendant. | |
| | |
| George L. Miller, not individually, but as Chapter 7 Trustee of J & M Sales, Inc., *et al.*, | Adv. No. 20-50107 (JTD) |
| Plaintiff. v. | |
| Briefly Stated, Inc., | |
| Defendant. | |

## STATUS REPORT ON OPEN PREFERENCE ADVERSARY ACTION ASSIGNED TO THE HONORABLE JOHN T. DORSEY

Pursuant to the Court's Request for Status Report, Plaintiff files the attached status report providing a status of the above referenced Adversary Action.

Dated: September 1, 2022        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

---

1 Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

By:    /s/ *Jennifer R. Hoover*
Jennifer R. Hoover, Esq., DE SBN 5111
Kevin M. Capuzzi, Esq., DE SBN 5462
John C. Gentile, Esq., DE SBN 6159
1313 North Market Street, Suite 1201
Wilmington, DE 19801-6101
Telephone: (302) 442-7006
Email: jhoover@beneschlaw.com
            jgentile@beneschlaw.com

*-and-*

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN   55121
Telephone: (651) 289-3845
Email: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 822-3835
Email: eneiger@askllp.com

*Counsel for Plaintiff, George L. Miller, Chapter 7
Trustee of J&M Sales, Inc., et al.*

# STATUS "A"
## CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED:

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

## STATUS "B"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

# S<span>TATUS</span> "C"
### C<span>ONTESTED</span> P<span>REFERENCE</span> A<span>CTIONS</span> W<span>HERE</span> S<span>ERVICE IS</span> C<span>OMPLETE</span>, N<span>O</span> A<span>NSWERS HAVE BEEN</span> F<span>ILED</span>.   T<span>HUS</span>, P<span>LAINTIFF</span> R<span>EQUESTING</span> D<span>EFAULT</span> J<span>UDGMENTS</span>:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

* None

# Status "D"
## Preference Actions Settled, Settlement Agreements Executed and/or Filed and Plaintiff Requesting Dismissal of Adversary Proceedings:

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

## STATUS "E"
### PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Jeff Bazyler & Associates, Inc. Certified Public Accountant | 20-50205 | Adversary Proceeding has been resolved. Plaintiff will file a dismissal after payment is received. |

\* 1 Adversary Proceeding

## STATUS "F"

### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:

| Defendant Name | Adversary Number | Status |
|---|---|---|

\*   None

## STATUS "G"
### CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

# STATUS "H"
## CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None

# STATUS "I"
## CONTESTED PREFERENCE ACTIONS WHERE DISPOSITVE MOTIONS PENDING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

\* None

# STATUS "J"
## CASES STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION / SUGGESTION OF BANKRUPTCY FILED OR REQUIRED

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Briefly Stated Inc. | 20-50107 | Defendant has filed for Bankruptcy. |

\* 1 Adversary Proceeding

# STATUS "K"
## CASES IN WHICH AN APPEAL IS PENDING

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None