IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M Sales, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11801 (JTD)<br>(Jointly Administered)<br><br>**Related to Docket Index: 2645** |

ORDER APPROVING FIFTH INTERIM
FEE APPLICATION OF ASK LLP FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE TRUSTEE
FOR THE PERIOD OF APRIL 1, 2022 THROUGH JUNE 30, 2022

ASK LLP, as special counsel to the Trustee in the above matter, having filed its Fifth Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses for the Period of April 1, 2022 through June 30, 2022 (the "Fifth Interim Application");[2] and the Court having reviewed the Fifth Interim Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Fifth Interim Application, and any hearing on the Fifth Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fifth Interim Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Fifth Interim Application is GRANTED.

---

[1] Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

[2] Capitalized terms shall have the same meaning ascribed to them in the Third Interim Application.

2. ASK LLP is awarded approval for compensation in the amount of $249,235.00 for professional services rendered on a contingency fee basis and $5,914.89 for costs and expenses for a total of $255,149.89 for the Fifth Interim Fee Period of April 1, 2022 through June 30, 2022.

3. Such sums are authorized for payment by the Trustee less any amounts previously paid to ASK LLP.

Dated: September 27th, 2022
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE