# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M SALES INC., *et al.*<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 18-11801 (JTD)<br><br>Jointly Administered<br><br>**RE: D.I. 2659** |

**CERTIFICATE OF NO OBJECTION TO THE NINTH INTERIM APPLICATION OF MILLER COFFEY TATE LLP FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS TO THE TRUSTEE FOR THE PERIOD FROM MAY 1, 2022 THROUGH OCTOBER 31, 2022**

I, Kevin M. Capuzzi, Esquire, hereby certify that as of the date hereof, no answer, objection or other responsive pleading has been received to the *Ninth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from May 1, 2022 through October 31, 2022* (filed on November 14, 2022, at Docket No. 2659) (the "Application").

The undersigned further certifies that I have reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 28, 2022, at 4:00 p.m. (EST).

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

20611711

Dated: November 29, 2022

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: */s/ Kevin M. Capuzzi*
Jennifer R. Hoover, Esq. (#5111)
Kevin M. Capuzzi, Esq. (#5462)
John C. Gentile, Esq. (#6159)
Benesch, Friedlander, Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Email: jhoover@beneschlaw.com
     kcapuzzi@beneschlaw.com
     jgentile@beneschlaw.com

*Counsel for George L. Miller, Chapter 7 Trustee of J&M Sales, Inc., et al.*