IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**J & M SALES INC.,** *et al.***,**<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 18-11801 (JTD)<br>(Jointly Administered)<br><br>RE: D.I. 2661 and 2669 |

**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF GELLERT SCALI BUSENKELL & BROWN LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES AS SPECIAL LITIGATION CONFLICTS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2022**

Upon consideration of the Third Interim Application of Gellert Scali Busenkell & Brown, LLC ("GSBB") for Compensation for Services Rendered and Reimbursement of all Actual and Necessary Expenses as Special Litigation Conflicts Counsel to the Chapter 7 Trustee for the Period From October 1, 2021 through October 31, 2022 (the "Application"); and the Court having thoroughly reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.  The Application is GRANTED;

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc., a Delaware corporation (4697); National Stores, Inc., a California corporation (4874); J&M Sales of Texas, LLC, a Delaware Limited Liability Company (5979); FP Stores, Inc., a California corporation (6795); Southern Island Stores, LLC, a Delaware Limited Liability Company (8099); Southern Island Retail Stores LLC, a Delaware Limited Liability Company (4237); Caribbean Island Stores, LLC, a Puerto Rico Limited Liability Company (9301); Pazzo FNB Corp. (9870), a New York corporation; Fallas Stores Holdings, Inc., a Delaware Corporation (6052); and Pazzo Management LLC, a New York Limited Liability Company (1924).

2. GSBB is allowed compensation in the amount of $30,810.00, and reimbursement of expenses in the amount of $225.23 for the period from October 1, 2021 through October 31, 2022 for a total award of $31,035.23 (the "Fees and Expenses"), which amount shall constitute an allowed administrative expense in the Chapter 7 phase of the above-captioned bankruptcy cases. The Chapter 7 Trustee is authorized and shall distribute said Fees and Expenses to GSBB.

Dated: November 30th, 2022  
Wilmington, Delaware

JOHN T. DORSEY  
UNITED STATES BANKRUPTCY JUDGE