## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M SALES INC., *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11801 (JTD)<br><br>Jointly Administered |

### ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED that the following omnibus hearing dates have been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| January 25, 2023 | 2:00 p.m. (prevailing Eastern Time) |
| March 29, 2023 | 2:00 p.m. (prevailing Eastern Time) |

IT IS FURTHER ORDERED that the hearings shall take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, in Courtroom No. 5.

**Dated: December 16th, 2022**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**