## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| J & M Sales, Inc., *et al.*,[1] | |
| Debtors. | Case No. 18-11801 (JTD) |
| | (Jointly Administered) |
| George L. Miller, not individually, but as Chapter 7 Trustee of J & M Sales, Inc., *et al.*, | |
| Plaintiff, | |
| v. | Adv. No. 20-50027 |
| Aldo Fashion Ltd., | |
| Elite Facilities Maintenance, | Adv. No. 20-50178 |
| Defendants. | |

### STATUS REPORT ON OPEN PREFERENCE ADVERSARY ACTION ASSIGNED TO THE HONORABLE JOHN T. DORSEY

Pursuant to the Court's Request for Status Report, Plaintiff files the attached status report providing a status of the above referenced Adversary Action.

Dated: April 10, 2023

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: ____*/s/ John C. Gentile*_____
Jennifer R. Hoover, Esq., DE SBN 5111
Kevin M. Capuzzi, Esq., DE SBN 5462
John C. Gentile, Esq., DE SBN 6159
1313 North Market Street, Suite 1201
Wilmington, DE 19801-6101
Telephone: (302) 442-7006
Email: jhoover@beneschlaw.com
            jgentile@beneschlaw.com

*-and-*

---

1 Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN   55121
Telephone: (651) 289-3845
Email: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 822-3835
Email: eneiger@askllp.com

*Counsel for Plaintiff, George L. Miller, Chapter 7*
*Trustee of J&M Sales, Inc., et al.*

## STATUS "A"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Aldo Fashion Ltd. | 20-50027 | Defendant is located outside of the United States.  Plaintiff is pursing proper service. |

\* 1 Adversary Proceeding

## STATUS "B"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

## STATUS "C"
### CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED.   THUS, PLAINTIFF REQUESTING DEFAULT JUDGMENTS:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

* None

# STATUS "D"
## PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENTS EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING DISMISSAL OF ADVERSARY PROCEEDINGS:

| Defendant Name | Adversary Number | Status |
|---|---|---|

* None

## STATUS "E"
### PREFERENCE ACTIONS RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

# STATUS "F"

## CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Elite Facilities Maintenance | 20-50178 | Defense counsel has lost contact with the defendant. Both plaintiff's counsel and defendant's counsel will continue trying to locate defendant. If they are unsuccessful after 60 days, the parties will contact the Court regarding a possible motion for default judgment, motion for summary judgment, and/or request a trial date. |

\* 1 Adversary Proceeding

# STATUS "G"
## CONTESTED PREFERENCE ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| Defendant Name | Adversary Number | Status |
|---|---|---|

* None

# STATUS "H"
## CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None

# STATUS "I"
## CONTESTED PREFERENCE ACTIONS WHERE DISPOSITVE MOTIONS PENDING:

| Defendant's Name | Adversary Number | Status |
|---|---|---|

* None

## STATUS "J"

### CASES STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION / SUGGESTION OF BANKRUPTCY FILED OR REQUIRED

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

# STATUS "K"
## CASES IN WHICH AN APPEAL IS PENDING

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None