IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>J&M SALES, INC., *et al.*,<br>　　　　　　　　　Debtors.[1] | Chapter 7<br><br>Case No. 18-11801 (JTD)<br><br>(Jointly Administered)<br><br>Obj. Deadline: May 30, 2023, at 4:00 p.m. ET<br>Hearing Date: June 13, 2023, at 11:00 a.m. ET |

### AFFIDAVIT OF SERVICE

I, Norris Hicks, being duly sworn, depose and say:

1. I am employed by DLS Discovery, LLC, the noticing agent for a party in the above-captioned case, and I am not less than 18 years of age or a party to the above-captioned case; and

2. On May 15, 2023, I caused a true and correct copy of the following document(s) to be served upon the parties on the attached service list via Email and First Class Mail:

**NOTICE OF APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR CHAPTER 7 TRUSTEE** *[D.I. 2703-1]*

Norris Hicks _____

SWORN TO AND SUBSCRIBED before me this 17th day of May, 2023

NOTARY PUBLIC _____

*[Notary seal: CHAD ANTHONY TOSCANO, MY COMMISSION EXPIRES DEC. 26, 2025, NOTARY PUBLIC, STATE OF DELAWARE]*

In re: J & M Sales Inc., *et al.*
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Co-Counsel to Defendants Consensus Securities LLC and Consensus Advisory Services, LLC | ARMSTRONG TEASDALE LLP | Attn: Eric M. Sutty | 1007 North Market Street | Third Floor | Wilmington | DE | 19801 | | (302) 416-9671 | | esutty@atllp.com |
| Counsel to Unitco Realty & Construction Co., Inc. | Ashby & Geddes, P.A. | Attn: Don A. Beskrone | 500 Delaware Avenue, 8th Floor | P.O. Box 1150 | Wilmington | DE | 19899-1150 | | 302-654-1888 | 302-654-2067 | dbeskrone@ashbygeddes.com |
| Counsel to Louise Paris Ltd., Mulitex Limited, Basicline International Ltd., Bhama International Inc., Lachmi's International Ltd., and Pier Enterprises Ltd. | Ask LLP | Attn: Edward E. Neiger, Esq. | 151 West 46th Street | 4th Floor | New York | NY | 10036 | | 212-267-7342 | 212-918-3427 | eneiger@askllp.com |
| Counsel to A.F.M.K. Inc., dba Moda Gentleman | Assayag Mauss LLP | Attn: Byron Mauss, Esquire | 2915 Red Hill Avenue | Suite 200 | Costa Mesa | CA | 92626 | | 714-427-6800 | 714-427-6888 | byronm@amlegalgroup.com |
| Counsel to Gina Group, Twist Intimate Group, Core Classics, Bellatori Manufacturing, Multilex Limited, Basicline, Pier International LTD., and Nesso Jeans | Balasiano & Associates PLLC | Attn: Steven Balasiano | 6701 Bay Parkway | 3rd Floor | Brooklyn | NY | 11204 | | 201-328-2977 | | steven@balasianolaw.com |
| Counsel to Brixmor Property Group, Inc., The Weitzman Group, Inc., Federal Realty Investment Trust, Prime/FRIT Mission Hills, LLC and Prime/FRIT Bell Gardens, LLC | Ballard Spahr LLP | Attn: Leslie C. Heilman, Esq. | 51st Floor - Mellon Bank Center | 1735 Market Street | Philadelphia | PA | 19103 | | 215-864-8325 | 215-864-9473 | heilmanl@ballardspahr.com |
| Counsel to Brixmor Operating Partnership LP, PGI Management, PGIM Real Estate, Primestor Development, Inc., Watt Companies, Wind Chime Properties, L.P., Brixmor Property Group, Inc., The Weitzman Group, Inc., Federal Realty Investment Trust, Prime/FRIT Mission Hills, LLC, Prime/FRIT Bell Gardens, LLC and Valley Plaza, LLC | Ballard Spahr LLP | Attn: Leslie Heilman, Esq., Laurel D. Roglen, Esq. and Chantelle McClamb, Esq. | 919 Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4465 | 302-252-4466 | heilmanl@ballardspahr.com roglenl@ballardspahr.com mcclambc@ballardspahr.com |
| Counsel to the Comptroller of Public Accounts of the State of Texas and the Texas Workforce Commission | Bankruptcy & Collections Division MC 008 | Attn: John Mark Stern | Assistant Attorney General | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4868 | 512-936-1409 | john.stern@oag.texas.gov |
| Counsel to PF-LYP, LLC, Fall-Paso, L.P., and Atlantic Square, LLC | Barack Ferrazano Kirschbaum & Nagelberg LLP | Attn: William J. Barrett | 200 West Madison Street | Suite 3900 | Chicago | IL | 60606 | | 312-984-3100 | 312-984-3150 | william.barrett@bfkn.com |
| Counsel to Charlotte (Archdale) UY, LLC and Western Lights Properties, LLC | Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street | Syracuse | NY | 13202 | | 315-413-7115 | 315-703-7349 | knewman@barclaydamon.com |
| Counsel to Gordon Brothers Finance Company | Bayard, P.A. | Attn: Erin R. Fay and Daniel N. Brogan | 600 N. King Street | Suite 400 | Wilmington | DE | 19801 | | 302-655-5000 | 302-658-6395 | jalberto@bayardlaw.com efay@bayardlaw.com dbrogan@bayardlaw.com |
| Counsel to Brazito Capital Venture I, LLC | Bell Nunnally & Martin LLP | Attn: Russell W. Mills & Scott R. Larson | 2323 Ross Ave. | Suite 1900 | Dallas | TX | 75201 | | 214-740-1400 | 214-740-1499 | rmills@bellnunnally.com slarson@bellnunnally.com |
| Counsel to Herson Properties, LLC | Berg, LLP | Attn: Ronald S. Berg | 321 Ennisbrook Drive | | Montecito | CA | 93108 | | 805-845-3254; 818-414-2497 | 805-456-0878 | rsberglaw@gmail.com |
| Counsel to Protech Staffing Services, Inc. | Best Best & Krieger LLP | Attn: Caroline R. Djang | 18101 Von Karman Avenue | Suite 1000 | Irvine | CA | 92612 | | 949-263-2600 | 949-260-0972 | Caroline.Djang@bbklaw.com |
| Counsel to Crea/PPC Long Beach Towne Center PO, L.L.C., a Delaware limited liability company | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | 13215 E. Penn Street | Suite 510 | Whittier | CA | 90602-1797 | | 562-698-9771 | 562-309-8063 | ernie.park@bewleylaw.com |
| Counsel to Julius Young Hosiery Inc. | Archer & Greiner, P.C. | Attn: Bryan J. Hall | 300 Delaware Avenue | Suite 1100 | Wilmington | DE | 19801 | | (302) 777-4350 | (302) 777-4352 | bjhall@archerlaw.com |
| Counsel to Jefan LLC and Mascot LLC | Blank Rome LLP | Attn: Jeffrey Rhodes | 1825 Eye Street NW | | Washington | DC | 20006 | | 202-420-3150 | 202-379-9367 | JRhodes@BlankRome.com |
| Counsel to Jefan LLC and Mascot LLC | Blank Rome LLP | Attn: Josef W. Mintz | 1201 N. Market Street | Suite 800 | Wilmington | DE | 19801 | | 302-425-6478 | 215-832-5528 | Mintz@BlankRome.com |
| Counsel to Blue Dot USA, Inc. dba Wax Jean | Blue Dot USA, Inc. | Attn: Jacob Kim | In-House Counsel | 2415 E. 15th Street | Los Angeles | CA | 90021 | | 323-587-0007 | | jacobkim@ambianceapparel.com |
| Interested Party | BMC Group VDR, LLC | Attn: T Feil | 3732 W. 120th Street | | Hawthorne | CA | 90250 | | 206-499-2169 | | tfeil@bmcgroup.com ecfbk@bmcgroup.com |
| Counsel to Capital Funding Solutions, Inc. | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | vbantnerpeo@buchalter.com |
| Counsel to MBK Apparel, Inc. and Jeff Bazyler & Associates Inc., Roxborough Pomerance Nye & Adreani, LLP, HCP Highland Park, LLC | Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr., Esquire and Mark D. Olivere, Esquire | Hercules Plaza | 1313 North Market Street, Suite 5400 | Wilmington | DE | 19801-6101 | | 302-295-0193 | 302-295-0199 | chipman@chipmanbrown.com olivere@chipmanbrown.com |
| Co-Counsel to Encina Business Credit, LLC, as Administrative Agent and Collateral Agent, one of Debtors' prepetition secured lenders | Choate Hall & Stewart LLP | Attn: Kevin J. Simard, Esq., Douglas R. Gooding, Esq. and Saige E. Jutras, Esq. | Two International Place | | Boston | MA | 02110 | | 617-248-5000 | 617-248-4000 | ksimard@choate.com dgooding@choate.com sjutras@choate.com |
| Counsel to Curtis Young | Chris Pettit & Associates, P.C. | Attn: Elizabeth Guerroro-Southard and Christa Samaniego | 11902 Rustic Lane | | San Antonio | TX | 78230 | | 210-732-8300 | 210-764-1718 | elizabeths@pettitlaw.com christasamaniego@mac.com |
| Counsel to HS Belmont LLC | Ciardi Ciardi & Astin | Attn: Daniel K. Astin, John D. McLaughlin Jr., Joseph J. McMahon Jr. | 1204 N. King Street | | Wilmington | DE | 19801 | | 302-658-1100 | 302-658-1300 | jmcmahon@ciardilaw.com |
| Counsel to City of Fort Worth | City Attorney's Office | Attn: Christopher B. Mosley | Senior Assistant City Attorney | 200 Texas Street | Fort Worth | TX | 76102 | | 817-392-7600 | 817-392-8359 | chris.mosley@fortworthtexas.gov |
| Counsel to Weingarten Realty Investors, 3900 Indian Avenue, LLC, GGF III, LLC, IRC Aurora Commons, L.L.C., IRC Six Corners, L.L.C., GGF Pico Rivera, LLC, and WHLR-JANAF, LLC | Connolly Gallagher LLP | Attn: Karen C. Bifferato and Kelly M. Conlan | 1000 N. West Street | Suite 1400 | Wilmington | DE | 19801 | | 302-757-7300 | 302-757-7299 | kbifferato@connollygallagher.com kconlan@connollygallagher.com |
| Counsel to the Official Committee of Unsecured Creditors | Cooley LLP | Attn: Jay Indyke, Seth Van Aalten and Michael Klein | The Grace Building | 55 Hudson Yards | New York | NY | 10001 | | 212-479-6000 | 212-479-6275 | jindyke@cooley.com svanaalten@cooley.com mklein@cooley.com |

In re: J & M Sales Inc., *et al.*
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Yusen Logistics (Americas) Inc. and NFI Industries, Inc. | Cozen O'Connor | Attn: Simon E. Fraser | 1201 N. Market Street | Suite 1001 | Wilmington | DE | 19801 | | 302-295-2011 | 215-701-2260 | sfraser@cozen.com |
| Counsel to Western & Venice SC, LLC; David's Place Off-Price Clothing Co., Inc., Y.M.I. Jeanswear, Inc. and Topson Downs of California, Inc. | Cross & Simon, LLC | Attn: Christopher P. Simon | 1105 North Market Street | Suite 901 | Wilmington | DE | 19801 | | 302-777-4200 | 302-777-4224 | csimon@crosslaw.com |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Building | 820 N. French Street, 6th Floor | Wilmington | DE | 19801 | | 302-577-8400 | 302-577-6630 | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton | 820 N. French Street | | Wilmington | DE | 19801 | | 302-577-8461 | 302-577-8632 | FASNotify@state.de.us |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 | | 302-739-3073 | 302-739-5831 | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department | 820 Silver Lake Boulevard | Suite 100 | Dover | DE | 19904 | | 302-672-6700 | 302-739-5635 | statetreasurer@state.de.us |
| Counsel to Office of Unemployment Compensation Tax Services (UCTS) | Department of Labor and Industry | Attn: Deb Secrest | Collections Support Unit | 651 Boas Street, Room 702 | Harrisburg | PA | 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to Red Mountain Asset Fund I, LLC., Desert Sky Esplanade, LLC., Maryvale Plaza IA, LLC., Maryvale Terrace, LLC. | Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | 9401 Whilshire Boulevard | 9th Floor | Beverly Hills | CA | 90212 | | 301-273-6333 | 310-887-6802 | bmoldo@ecjlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Fox Rothschild LLP | Attn: Paul J. Labov | 101 Park Ave. | 17th Floor | New York | NY | 10178 | | 212-878-7900 | 212-692-0940 | plabov@foxrothschild.com |
| Counsel to the Official Committee of Unsecured Creditors | Fox Rothschild LLP | Attn: Thomas M. Horan and Courtney A. Emerson | 919 N. Market St. | Suite 300 | Wilmington | DE | 19899-2323 | | 302-654-7444 | 302-656-8920 | thoran@foxrothschild.com cemerson@foxrothschild.com |
| Counsel to MBK Apparel, Inc. | Friedman Law Group, P.C. | Attn: J. Bennett Friedman | 1901 Avenue of the Stars | Suite 1000 | Los Angeles | CA | 90067 | | 310-552-8210 | 310-733-5442 | jfriedman@flg-law.com |
| Counsel to Priority Technology Holdings, Inc., Priority Payment Systems, LLC, and Swipe Payment Solutions, Inc. | Gibbons P.C. | Attn: Natasha M. Songonuga, Esq. | 300 Delaware Avenue, Suite 1015 | | Wilmington | DE | 19801 | | 302-518-6324 | 302-429-6294 | nsongonuga@gibbonslaw.com |
| Counsel to David's Place Off-Price Clothing Co., Inc., Y.M.I. Jeanswear, Inc. and Topson Downs of California, Inc. | Glaser Weil Fink Howard Avchen & Shapiro LLP | Attn: Robert L. Handler | 10250 Constellation Blvd. | 19th Floor | Los Angeles | CA | 90067 | | 310-553-3000 | 310-785-3590 | rhandler@glaserweil.com |
| Counsel to Beatrice Home Fashions | Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck | 99 Wood Avenue South | | Iselin | NJ | 08830 | | 732-476-2442 | 732-549-1881 | dbruck@greenbaumlaw.com |
| Counsel to Julius Young Hosiery Inc. | Hahn and Hessen LLP | Attn: Janine M. Figueiredo | 488 Madison Avenue | | New York | NY | 10022 | | 212-478-7200 | 212-478-7400 | jfigueiredo@hahnhessen.com |
| Counsel to HCP Highland Park, LLC | Halling Meza LLP | Attn: Chris W. Halling | 23586 Calabasas Road | Suite 200 | Calabasas | CA | 91302 | | 818-222-4994 | 818-222-4995 | challing@hallingmeza.com |
| Counsel to Mission Lodge Masonic Hall Association | Hanson Bridgett LLP | Attn: Nancy J. Newman | 425 Market Street | 26th Floor | San Francisco | CA | 94105 | | 415-995-5052 | 415-995-3450 | nnewman@hansonbridgett.com |
| Counsel to Landlord Philip Hart Revocable Living Trust | Hemar, Rousso & Heald, LLP | Attn: Jessica Mickelsen Simon | 15910 Ventura Boulevard | 12th Floor | Encino | CA | 91436-2829 | | 818-907-3128 | 818-501-2985 | jmsimon@hrhlaw.com |
| Counsel to Loomis Armored US, LLC | Hogan♦McDaniel | Attn: Daniel C. Kerrick | 1311 Delaware Avenue | | Wilmington | DE | 19806 | | 302-656-7540 | | dckerrick@dkhogan.com |
| Interested Party | Hogan♦McDaniel | Attn: Garvan McDaniel | 1311 Delaware Avenue | | Wilmington | DE | 19806 | | 302-656-7540 | | gfmcdaniel@dkhogan.com |
| Counsel to Gordon Brothers Finance Company, as Administrative Agent, one of Debtors' prepetition secured lenders | Holland & Knight LLP | Attn: Jason DelMonico | 10 St. James Avenue | 11th Floor | Boston | MA | 02116 | | 617-523-2700 | 617-523-6850 | Jason.DelMonico@hklaw.com |
| Counsel to Gordon Brothers Finance Company | Holland & Knight LLP | Attn: Robert W. Jones | 200 Crescent Court | Suite 1600 | Dallas | TX | 75201 | | 214-964-9500 | 214-964-9501 | Robert.Jones@hklaw.com |
| Counsel to Silverado Ranch Plaza, LLC | Honigman Miller Schwartz and Cohn LLP | Attn: Lawrence A. Lichtman | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7590 | 313-465-7591 | llichtman@honigman.com |
| Counsel to WC MRP Calumet Center, LLC | Husch Blackwell LLP | Attn: Lynn H. Butler | 111 Congress Avenue | Suite 1400 | Austin | TX | 78701 | | 512-479-9758 | 512-226-7318 | lynn.butler@huschblackwell.com |
| Counsel to Copperfield Center Partnership, a NC Partnership c/o B.V. Belk Properties | Hutchens Law Firm, LLP | Attn: William Walt Pettit, Esq. | 6230 Fairview Road | Suite 315 | Charlotte | NC | 28210 | | 704-357-6262 | 704-362-9258 | walt.pettit@hutchenslawfirm.com |
| Interested Party | IBM Credit LLC | Attn: Marie-Josee Dube | IBM Corporation | 275 Viger East | Montreal | Quebec | H2X 3R7 | Canada | 514-964-0694 | 845-491-5032 | mjdube@ca.ibm.com |
| Interested Party | IBM Credit LLC | Attn: Paul Wearing | Special Handling Group | 7100 Highlands Pkwy | Smyrna | GA | 30082 | | | | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| Debtors | J & M Sales Inc. | Attn: President or General Counsel | 15001 South Figueroa Street | | Gardena | CA | 90248 | | | | |
| Counsel to Debtors | Katten Muchin Rosenman LLP | Attn: William Freeman, Karen Dine and Jerry Hall | 575 Madison Avenue | | New York | NY | 10022 | | 202-940-8800 | 202-940-8776 | bill.freeman@kattenlaw.com karen.dine@kattenlaw.com jerry.hall@kattenlaw.com |
| Counsel to Madison Avenue Realties, LLC, National Retail Properties, Inc., DLC Management Corp., NewMark Merrill Companies, Inc., Regency Center, L.P., and Philips International Holdings Corp. | Kelley Drye & Warren LLP | Attn: Robert L. LeHane and Jennifer D. Raviele | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com rlehane@kelleydrye.com jraviele@kelleydrye.com |
| Counsel to Wasa Properties Southlake Pavilion LLC | Klein LLC | Attn: Julia B. Klein | 919 North Market Street | Suite 600 | Wilmington | DE | 19801 | | 302-438-0456 | 302-300-1733 | klein@kleinllc.com |
| Counsel to Western & Venice SC, LLC | Landau Gottfried & Berger LLP | Attn: Roye Zur | 1801 Century Park East | Suite 700 | Los Angeles | CA | 90067 | | 310-557-0050 | 310-557-0056 | rzur@lgbfirm.com |

In re: J & M Sales Inc., *et al.*
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to NMC Anaheim, LLC; RLM Properties, LLC; Anaheim Island, LLC; Upside Crenshaw Holding, LLC; Au Zone Santa Ana, LLC; Levian Family Norwalk, LLC; Hekmatravan Family Norwalk, LLC; Norwalk Town Square Management, Inc.; NMC Upland, LLC; Norwalk Flallon, LLC; Upland Terry, LLC and Tomo GD, LLC. | Landsberg Law, APC | Attn: Ian S. Landsberg | 9300 Wilshire Boulevard | Suite 565 | Beverly Hills | CA | 90212 | | 310-409-2228 | 310-409-2380 | ian@landsberg-law.com |
| Counsel to Unitco Realty & Construction Co., Inc. | Lane & Nach, P.C. | Attn: Adam B. Nach | 2001 E. Campbell Ave. | #103 | Phoenix | AZ | 85016 | | 602-258-6000 | 602-258-6003 | Adam.nach@lane-nach.com |
| Counsel to Mission Lodge Masonic Hall Association | Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | 919 North Market Street | Suite 460 | Wilmington | DE | 19801 | | 302-472-7420 | 302-792-7420 | skaufman@kaufmanlaw.com |
| Counsel to Blue Galaxy, Inc., Line Apparel, LLC, and DNLA, LLC | Law Office of Susan I. Montgomery | Attn: Susan I. Montgomery | 1100 Glendon Avenue | Floor 15 | Los Angeles | CA | 90024-3519 | | 310-556-8900 | 310-556-8905 | susan@simontgomerylaw.com |
| Counsel to CCF PCG Northridge LLC | Law Offices of Ronald K. Brown, Jr., APC | Attn: Ronald K. Brown, Jr. | 901 Dove Street | Suite 120 | Newport Beach | CA | 92660 | | 949-250-3322 | 949-250-3387 | ron@rkbrownlaw.com |
| Counsel to Allura Imports; ASZ Trading Inc. RidhiSidhi Enterprises LLC; Children's Apparel Network; Johnny Signature International Inc.; Kidz Concepts LLC; One Step Up, Ltd.; Cudlie International; Seven Apparel Group; Miss Sportswear Inc.; MSA Apparel LLC; Kids Cant Miss LLC; A Base IX Co LLC; CSCO LLC; Apparel Trading International, Inc.; Ikeddi Enterprises Inc.; Vandale Industries, Inc.; AJ Facts-Tuff Cookies; Sasha Handbags; Import Export Metro Limited; Essentials New York LLC; Hot Chocolate Inc.; Northpoint Trading, Inc.; Royal Fashion Group LLC; and Geneva Factors Ltd. | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | 240 Madison Avenue | | New York | NY | 10016 | | 212-889-7400 | 212-684-0314 | hlazarus@lazarusandlazarus.com |
| Counsel to Valley Plaza, LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Gary E. Klausner, Daniel H. Reiss | 10250 Constellation Boulevard | Suite 1700 | Los Angeles | CA | 90067 | | 310-229-1234 | 310-229-1244 | GEK@lnbyb.com DHR@lnbyb.com |
| Counsel to Nueces County, City of Harlingen, Victoria County, Cameron County, City of McAllen, Hidalgo County, Harlingen CISD | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders | P.O. Box 17428 | | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | Weston Centre | 112 E. Pecan St, Suite 2200 | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com |
| Counsel to Harris County; Cypress-Fairbanks ISD; Fort Bend County and Angelina County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| Counsel to Louise Paris Ltd., Mulitex Limited, Basicline International Ltd., Bhama International Inc., Lachmi's International Ltd., and Pier Enterprises Ltd. | Manning Gross & Massenburg LLP | Attn: Marc J. Phillips, Esq. | 1007 North Orange Street | 10th Floor | Wilmington | DE | 19801 | | 302-504-6803 | 302-657-2104 | mphillips@mgmlaw.com |
| Counsel to Maricopa County Treasurer | Maricopa County Attorney's Office | Attn: Peter Muthig | Civil Services Division | 225 W. Madison Street | Phoenix | AZ | 85003 | | 602-506-1735 | | muthigk@mcao.maricopa.gov |
| Counsel to Apex Maritime Co., Inc. d/b/a Apex Shipping Co. | Maron Marvel Bradley Anderson & Tardy LLC | Attn: Stephanie A. Fox | 1201 North Market Street, Suite 900 | P.O. Box 288 | Wilmington | DE | 19801 | | 302-425-5177 | 302-425-0180 | saf@maronmarvel.com |
| Counsel to Mohr Affinity, LLC | Martin P. Eramo, a Professional Corporation | Attn: Martin P. Eramo | 34184 Pacific Coast Highway | Suite C | Dana Point | CA | 92629 | | 949-494-9999 | 866-289-6109 | mperamo@aol.com |
| Counse to Claimants, Tax Appraisal District of Bell County and The County of Hays, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay | P.O. Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | 512-323-3205 | tleday@mvbalaw.com |
| Counsel to Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum | Attn: Nicole C. Kenworthy | 6801 Kenilworth Avenue | Suite 400 | Riverdale | MD | 20737-1385 | | 301-699-5800 | | bdept@mrrlaw.net |
| Counsel to New Westgate Mall LLC and Malway Realty Associates LP, sucessor-in-interest to Trustees of Malway Realty Trust | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey | 100 Front Street | | Worcester | MA | 01608 | | 508-791-8500 | 508-791-8502 | pcarey@mirickoconnell.com |
| Counsel to Oakwood Plaza Limited Partnership, The Price REIT, Inc., Plaza Del Sol 557, LLC., Remo Tartaglia Associates LLC, HEB, LP fka HEB Grocery Company, L.P., H.E. Butt Property Store Company No. One, Southwest Junction, Ltd., and Bex McCreless, LLC | Monzack Mersky Mclaughlin and Browder, P.A. | Attn: Rachel B. Mersky, Esquire | 1201 N. Orange Street | Suite 400 | Wilmington | DE | 19801 | | 302-656-8162 | 302-656-2769 | rmersky@monlaw.com |
| Counsel to Silver State Station LLC | Munsch Hardt Kopf & Harr, P.C. | Attn: John D. Cornwell | 700 Milam Street | Suite 2700 | Houston | TX | 77002-2806 | | 713-222-4066 | 713-222-1475 | jcornwell@munsch.com |

In re: J & M Sales Inc., *et al.*
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to TSCA-3, L.P. | Munsch Hardt Kopf & Harr, P.C. | Attn: Thomas D. Berghman | 500 N. Akard Street | Suite 3800 | Dallas | TX | 75201-6659 | | 214-855-7500 | 214-855-7584 | tberghman@munsch.com |
| Counsel to Highland Lakes Property, LLC | Nelson Mullins Riley & Scarborough LLP | Attn: Nicolette Corso Vilmos | 390 North Orange Avenue | Suite 1400 | Orlando | FL | 32801 | | 407-839-4233 | 407-650-0955 | nicolette.vilmos@nelsonmullins.com |
| Counsel to Wasa Properties Southlake Pavilion LLC | DORSEY & WHITNEY LLP | Attn: Samuel S. Kohn | 51 West 52nd Street | | New York | NY | 10019-6119 | | (212) 415-9200 | (212) 953-7201 | kohn.sam@dorsey.com |
| Counsel to County of Imperial, California | Office of the Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector | 940 West Main Street | Suite 106 | El Centro | CA | 92243 | | 442-265-1270 | 442-265-1272 | |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Rich Schepacarter, Esq. | 844 King Street | Suite 2207 | Wilmington | DE | 19801 | | 302-573-6540 | 302-573-6497 | Richard.Schepacarter@usdoj.gov |
| Counsel to Saul Subsidiary I, LP and Arena Shoppes LLLP | Offit Kurman, P.A. | Attn: Frank E. Noyes, II | 1202 N. Orange Street | Suite 10E | Wilmington | DE | 19801 | | 267-338-1381 | 267-338-1335 | fnoyes@offitkurman.com |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Stephen A. Metz | 4800 Montgomery Lane | 9th Floor | Bethesda | MD | 20814 | | 240-507-1723 | 240-507-1735 | smetz@offitkurman.com |
| Counsel to Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Gretchen Crawford | Assistant District Attorney | 320 Robert S. Kerr, Room 505 | Oklahoma City | OK | 73102 | | 405-713-1685 | | grecra@oklahomacounty.org |
| Counsel to Israel Discount Bank of New York, as co-administrative agent and one of Debtors' prepetition secured lenders | Otterbourg P.C. | Attn: Daniel Fiorillo and Chad B. Simon | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | dfiorillo@otterbourg.com csimon@otterbourg.com |
| Counsel to Debtors | Pachulski Stang Ziehl & Jones LLP | Attn: Richard M. Pachulski and Peter J. Keane | 919 North Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899 | | 302-652-4100 | 302-652-4400 | rpachulski@pszjlaw.com pkeane@pszjlaw.com |
| Counsel to Hilco Merchant Resources, LLC | Pepper Hamilton LLP | Attn: Douglas D. Herrmann, Esq. and Marcy J. McLaughlin, Esq. | Hercules Plaza, Suite 5100 | 1313 N. Market Street | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | herrmannd@pepperlaw.com mclaughlinm@pepperlaw.com |
| Counsel to Maverick County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Carlos M. Arce | 8626 Tesoro Drive | Suite 816 | San Antonio | TX | 78217 | | 210-998-3230 | 210-998-3231 | carce@pbfcm.com |
| Arlington ISD, Richardson ISD, Carrollton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Eboney Cobb | 500 E. Border Street | Suite 640 | Arlington | TX | 76010 | | 817-461-3344 | 817-860-6509 | ecobb@pbfcm.com |
| Counsel to City of Weslaco, Weslaco ISD, & Edinburg CISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks | 3301 Northland Drive | Suite 505 | Austin | TX | 78731 | | 512-302-0190 | 512-302-1802 | jbanks@pbfcm.com |
| Counsel to Spring Branch Independent School District, Fallbrook Utility District, Alief Independent School District, Mission Bend Municipal Utility District #2, Galena Park Independent School District, Harris County Fresh Water Supply District #5, Humble Independent School District, Spring Independent School District, City of Houston, and City of Rosenberg | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M Sonik | 1235 North Loop West | Suite 600 | Houston | TX | 77008 | | 713-862-1860 | 713-862-1429 | osonik@pbfcm.com |
| Counsel to Acceo Solutions Inc. | Perkins Coie LLP | Attn: Schuyler G. Carroll | 30 Rockefeller Center | 22nd Floor | New York | NY | 10112-0085 | | 212-262-6900 | 212-977-1649 | SCarroll@perkinscoie.com |
| Counsel to All Weather Fashions Ltd. | Pick and Zabicki LLP | Attn: Douglas J. Pick | 369 Lexington Avenue | 12th Floor | New York | NY | 10017 | | 212-695-6000 | 212-695-6007 | dpick@picklaw.net |
| Counsel to Rainbow Southeast Leasing, Inc. | Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP | Attn: Cliff A. Katz & Sherri D. Lydell | 475 Park Avenue South | 18th Floor | New York | NY | 10016 | | 212-593-3000 | 212-593-0353 | ckatz@platzerlaw.com slydell@platzerlaw.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer | 830 3rd Avenue, Floor 9 | | New York | NY | 10022 | | 212-257-5450 | 212-257-5452 | nationalstoresteam@primeclerk.com serviceqa@primeclerk.com |
| Counsel to Bethany 43, LLC; Randolph Plaza II, LLC and Menlo Park Shopping Center Company, LLP | Rashti and Mitchell Attorneys at Law | Attn: Timothy T. Mitchell & Donna Kaye Rashti | 4422 Ridgeside Drive | | Dallas | TX | 75244 | | 972-661-9471 | 972-503-9611 | tim@rashtiandmitchell.com donna@rashtiandmitchell.com dkrm@aol.com |
| Co-Counsel to Encina Business Credit, LLC, as Administrative Agent and Collateral Agent, one of Debtors' prepetition secured lenders and Israel Discount Bank of New York | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins, Esq., John H. Knight, Esq. and David T. Queroli, Esq. | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | | 302-651-7700 | 302-651-7701 | collins@rlf.com knight@rlf.com queroli@rlf.com |
| Counsel to North Riverside Park Associates LLC | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel | 875 Third Avenue | 9th Floor | New York | NY | 10022 | | 212-603-6300 | 212-956-2164 | fbr@robinsonbrog.com |
| Counsel to Kram Construction Co., a California Corporation; and Kormag Construction Co., a California Corporation | Rosenbaum & Associates | Attn: Paul R. Rosenbaum | 3580 Wilshire Blvd. | Ste 1260 | Los Angeles | CA | 90010 | | 323-900-0500 | 323-686-5371 | paul@prrlawyers.com |
| Counsel to South Carolina Dep. Of Employment and Workforce | S.C. Department of Employment and Workforce | Attn: E.B. "Trey" McLeod, III | Post Office Box 8597 | | Columbia | SC | 29202 | | 803-737-3043 | | tmcleod@dew.sc.gov |
| Counsel to Amherst Station II LLC; Buckingham Station LLC; Edgewood Station LLC; Heritage Oaks Station L.P.; Sunrise Marketplace Station LLC; Towne Crossing Station LLC; Phillips Edison & Company; and Phillips Edison Limited Partnership; Counsel to Longs Drug Stores California, LLC | Saul Ewing Arnstein & Lehr LLP | Attn: Monique B. DiSabatino | 1201 North Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | | 302-421-6898 | | luke.murley@saul.com |
| Counsel to SFI Ford City - Chicago, LLC; | Saul Ewing Arnstein & Lehr LLP | Attn: Mark Minuti | 1201 North Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | | 302-421-6840 | 302-421-5873 | mark.minuti@saul.com |
| Counsel to CM Houston Properties #1, LLC | Schlanger, Silver, Barg & Paine, L.L.P. | Attn: Julia A. Cook | 109 North Post Oak Lane | Suite 300 | Houston | TX | 77024 | | 713-785-1700 | 713-785-2091 | jcook@ssbplaw.com |

In re: J & M Sales Inc., *et al.*
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Priority Technology Holdings, Inc. and Swipe Payment Solutions, Inc., Mid-America Asset Management, Inc., C-111 Asset Management LLC | Sheppard Mullin | Attn: Theodore A. Cohen, Alan M. Feld, Shadi Farzan | 333 S. Hope Street, 43rd Fl | | Los Angeles | CA | 90071-1422 | | 213-620-1780 | 213-443-2896 | tcohen@sheppardmullin.com; afeld@sheppardmullin.com; sfarzan@sheppardmullin.com |
| Counsel to UnitedHealthcare Insurance Company and United HealthCare Services, Inc. | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. and Latonia Williams, Esq. | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com; lwilliams@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| Counsel to New Westgate Mall LLC, Malway Realty Associates LP, successor-in-interest to Trustees of Malway Realty Trust | Sullivan Hazeltine Allison LLC | Attn: Elihu E. Allinson, III | 919 North Market Street | Suite 420 | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | zallinson@sha-llc.com |
| Interested Party | SulmeyerKupetz, A Professional Corporation | Attn: Jeffrey M. Pomerance | 333 South Hope Street | 35th Floor | Los Angeles | CA | 90071-1406 | | 213-626-2311 | 213-629-4520 | jpomerance@sulmeyerlaw.com |
| Counsel to Michael Fallas and Pegasus Trucking LLC | SulmeyerKupetz, A Professional Corporation | Attn: Jeffrey M. Pomerance, Esq., Alan G. Tippie, Esq. | 333 South Hope Street | Suite 3400 | Los Angeles | CA | 90071-1406 | | 213-626-2311 | 213-629-4520 | jpomerance@sulmeyerlaw.com; atippie@sulmeyerlaw.com |
| Counsel to Professional Properties of Las Vegas | Sylvester & Polednak, LTD. | Attn: Donald T. Polednak | 1731 Village Center Circle | | Las Vegas | NV | 89134 | | 702-952-5200 | 702-952-5205 | don@sylvesterpolednak.com |
| Counsel to WHLR-JANAF, LLC | The Law Offices of David A. Greer PLC | Attn: David A. Greer | 500 East Main Street | Suite 1225 | Norfolk | VA | 23510 | | 757-227-5155 | 757-227-5158 | dgreer@davidgreerlaw.com |
| Counsel to Rainbow Southeast Leasing, Inc. | The Rosner Law Group LLC | Attn: Frederick B. Rosner & Jason A. Gibson | 824 N. Market Street | Suite 810 | Wilmington | DE | 19801 | | 302-777-1111 | | rosner@teamrosner.com; gibson@teamrosner.com |
| Counsel to Retail Center Leasehold LLC | Trainor Fairbrook | Attn: Jennifer L. Pruski | 980 Fulton Avenue | | Sacramento | CA | 95825 | | 916-929-7000 | 916-929-7111 | jpruski@trainorfairbrook.com |
| Counsel to Travis County | Travis County Attorney | Attn: David Escamilla | P.O. Box 1748 | | Austin | TX | 78767 | | 512-854-9092 | 512-854-9316 | |
| U.S. Department of Justice | U.S. Department of Justice | | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 | | | | |
| US Attorney for the District of Delaware | US Attorney for Delaware | Attn: Charles Oberly | c/o Ellen Slights | 1007 Orange Street, Suite 700, P.O. Box 2046 | Wilmington | DE | 19899-2046 | | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov |
| Counsel to SKBB Investments, L.P. | Venable LLP | Attn: Jamie L. Edmonson & Daniel A. O'Brien | 1201 N. Market | Suite 1400 | Wilmington | DE | 19801 | | 302-298-3535 | 302-298-3550 | jledmonson@venable.com; daobrien@venable.com |
| Counsel to SKBB Investments, L.P. | Venable LLP | Attn: Keith C. Owens | 2049 Century Park East | Suite 2300 | Los Angeles | CA | 90067 | | 310-229-9900 | 310-229-9901 | kcowens@venable.com |
| Counsel to West Road Plaza, LP | Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Carruth | 3030 Matlock Rd. | Suite 201 | Arlington | TX | 76015 | | 817-795-5416 | 866-666-5322 | jcarruth@wkpz.com |
| Counsel to Pegasus Trucking LLC | Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, L. Katherine Good, Aaron H. Stulman | 1313 N. Market St. | 6th Floor | Wilmington | DE | 19801-6109 | | 302-984-6000 | 302-661-7950 | csamis@potteranderson.com; astulman@potteranderson.com |
| Counsel to Forsgate Industrial Complex | Wilentz, Goldman & Spitzer, P.A. | Attn: David H. Stein, Esq. | 90 Woodbridge Center Drive | Suite 900, Box 10 | Woodbridge | NJ | 07095 | | 732-636-8000 | 732-726-6570 | dstein@wilentz.com |
| Counsel to Interested Party | Wright, Constable & Skeen, LLP | Attn: Michael A. Stover, George J. Bachrach | 7 St. Paul Street | 18th Floor | Baltimore | MD | 21202 | | 410-659-1321 | 410-659-1350 | mstover@wcslaw.com; gbachrach@wcslaw.com |
| Counsel to Sun Coast Merchandise Corp. | Spain & Gillon, LLC | Attn: Walter F. McArdle, Esq. | 505 20th Street | Suite 1200 | Birmingham | Al | 35203 | | 205-581-6295 | 205-324-8866 | wmcardle@spain-gillon.com |
| Counsel to Home Extras, Inc. | Gellert Scali Busenkell & Brown, LLC | Attn: Michael G. Busenkell | 1201 N. Orange Street | Suite 300 | Wilmington | DE | 19801 | | | | |
| P.D.C.M. Associates, S.E. | | Attn: Rosendo E. Miranda Lopez | P.O. Box 192096 | | San Juan | Puerto Rico | 00919-2096 | | | | |
| Counsel to Enterpise FM Trust | Cross & Simon, LLC | Attn: Kevin S. Mann | 1105 North Market Street | Suite 901 | Wilmington | DE | 19801 | | | | |
| Counsel to All Weather Fashions Ltd. | Cross & Simon, LLC | Attn: Kevin S. Mann | 1105 North Market Street | Suite 901 | Wilmington | DE | 19801 | | | | |
| Counsel to United Pacific Design, Inc. | The Rosner Law Group LLC | Attn: Frederick B. Rosner and Jason A. Gibson | 824 N. Market Street | Suite 810 | Wilmington | DE | 19801 | | | | |
| Counsel to Seldat, Inc. | The Rosner Law Group LLC | Attn: Frederick B. Rosner and Jason A. Gibson | 824 N. Market Street | Suite 810 | Wilmington | DE | 19801 | | | | |
| Counsel to Weiser Security Services, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Mary Caloway and Geoffrey G. Grivner | 919 N. Market St. | Suite 1500 | Wilmington | DE | 19801-3046 | | | | |
| Counsel to Imperial Capital, LLC | DLA Piper LLP(US) | Attn: Stuart M. Brown | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | | | |
| Counsel to Wicked Fashions, Inc. and Silver State Station LLC | Womble Bond Dickinson (US), LLP | Attn: Kevin J. Mangan and Ericka F. Johnson | 1313 North Market Street | Suite 1200 | Wilmington | DE | 19801 | | | | |
| Counsel to SoCo LP | Loizides, P.A. | Attn: Christopher D. Loizides | 1225 King Street | Suite 800 | Wilmington | DE | 19801 | | | | |
| Cousel to IronMountain Information Management, LLC | Iron Mountain Information Management, LLC | Joseph Corrigan | One Federal Street | | Boston | MA | 02110 | | | | Bankruptcy2@ironmountain.com |
| Counsel to National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | Attn:Adam L. Rosen PLLC | 2-8 Haven Avenue, Suite 220 | | Port Washington | NY | 11050 | | | | |
| Karuna S Paul | Karuna S Paul | Karuna S Paul | 88-13 179 PL | | Jamaica | NY | 11432-4735 | | | | |
| Counsel to Oakland County Treasurer | Calhoun & Di Ponio, PLC | Attn: Kevin C. Calhoun | 29828 Telegraph Road | | Southfield | MI | 48034-1338 | | | | kevin@lawyermich.com |
| Counsel to New Westgate Mall LLC, successor-in-interest to Trustees of Campanelli Investment Properties | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P. Foley | 1800 WestPark Drive | Suite 400 | Westborough | MA | 01581 | | | | kfoley@mirickoconnell.com |
| Counsel to Malway Realty Associates LP, successor-in-interest to Trustees of Malway Realty Trust | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P. Foley | 1800 WestPark Drive | Suite 400 | Westborough | MA | 01581 | | | | kfoley@mirickoconnell.com |
| Counsel to Michael Fallas, Fallas Borrower IV,LLC, Pegasus Trucking LLC | Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr., Esquire and Mark D. Olivere, Esquire | Hercules Plaza | 1313 North Market Street, Suite 5400 | Wilmington | DE | 19801-6101 | | 302-295-0193 | 302-295-0199 | chipman@chipmanbrown.com; olivere@chipmanbrown.com |

In re: J & M Sales Inc., *et al.*
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Chapter 7 Trustee, George Miller | Benesch Friedlander Coplan & Aronoff, LLP | Attn: Jennifer R. Hoover, Esquire and Kevin M. Capuzzi, Esquire | 1313 N. Market St. | Suite 1201 | Wilmington | DE | 19801 | | 302-442-7010 | | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com |
| State of Connecticut - Department of Revenue | State of Connecticut - Department of Revenue/Collections Unit | Attn: Pamela D. Calachan | 450 Columbus Blvd. | Suite 1 | Hartford | CT | 06103-1837 | | 860-297-5903 | | |
| City of Houston - Public Works | City of Houston - Public Works | Attn: Effie Green | 4200 Leeland | | Houston | TX | 77023 | | 346-201-7342 | | |
| Counsel to D&L Lowe, L.P., Charlotte (Archdale) UY, LLC, and Western Lights Properties, LLC | Ballard Spahr LLP | Attn: Lauren D. Roglen | 919 N. Market St. | 11th Floor | Wilmington | DE | 19801-3034 | | | | |
| Georgia Rug Artisans | Georgia Rug Artisans | Attn: James M. Guttman | 11770 Haynes Bridge Rd. | Suite 205 | Alpharetta | GA | 30009 | | 770-548-7282 | | jguttman@rugartisans.ga.com |
| Counsel to Blue Galaxy, Inc., Line Apparel, LLC, and DNLA, LLC | Cross & Simon, LLC | Attn: Kevin Mann | 1105 N. Market St. | Suite 901 | Wilmington | DE | 19801 | | 302-777-4200 | | kmann@crosslaw.com |
| California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Attn: Amy E. Everson | Special Operations Brand MIC: 55 | PO Box 942879 | Sacramento | CA | 94279-0056 | | 916-445-1122 | | |
| Counsel to Oceanic Trading Company | Archer & Greiner, P.C. | Attn: Alan M. Root | 300 Delaware Avenue | Suite 1100 | Wilmington | DE | 19801 | | 302-777-4350 | | aroot@archerlaw.com |
| Counsel to TJX Companies, Inc. and Concord Buying Group, Inc. | Ropes & Gray LLP | Attn: Mark R. Somerstein & Marc B. Roitman | 1211 Avenue of the Americas | | New York | NY | 10036 | | 212-596-9000 | | |
| Counsel to Constellation NewEnergy, Inc., Boston Gas Company, Massachusetts Electric Company, and Niagara Mohawk Power | McCarter & English LLP | Attn: William F. Taylor, Jr. | 405 N. King St. | 8th Floor | Wilmington | DE | 19801 | | 302-984-6300 | | wtaylor@mccarter.com |
| Counsel to 301 South Lincoln Ave, LLC | Ashby & Geddes, P.A. | Attn: Ricardo Palacio | 500 Delaware Avenue, 8th Floor | PO Box 1150 | Wilmington | DE | 19899 | | 302-654-1888 | | rpalacio@ashbygeddes.com |
| Counsel to Levera Davis | Levera El | Attn: Levera El | 7943 Ellinger Lane | | Houston | TX | 77040 | | 773-827-2935 | | leverael4@gmail.com |
| Counsel to Philshirt Uniform, Inc. and Ascendance Apparels, LLC | Werb & Sullivan | Attn: Duane D. Werb | 1225 N. King St. | Suite 600 | Wilmington | DE | 19801 | | 302-652-1100 | | dwerb@werbsullivan.com |
| Counsel to Global USA, Inc. | Morris James LLP | Attn: Jeffrey R. Waxman | 500 Delaware Avenue | Suite 1500 | Wilmington | DE | 19801 | | 302-888-6800 | | jwaxman@morrisjames.com |
| Counsel to the Debtors | Kane Russell Coleman Logan PC | Attn: John J. Kane | 1601 Elm Street | 3700 Thanksgiving Tower | Dallas | TX | 75201 | | 214-777-4200 | | jkane@krcl.com |
| Counsel to Brinks, U.S. | Cavazos Hendricks Poirot, P.C. | Attn: Lyndel Anne Vargas | 900 Jackson Square | Suite 570 Founders Sq. | Dallas | TX | 75202 | | 214-573-7344 | | lvargas@chfirm.com |
| Counsel to Louise Paris Ltd., | The Rosner Law Group LLC | Attn: Frederick Rosner | 824 N. Market Street | Suite 810 | Wilmington | DE | 19801 | | 302-777-1111 | | rosner@teamrosner.com |
| Counsel to Puerto Rico Electric Power Authority | Corretjer LLC | Attn: Rafael H. Ramirez Polanco | 625 Ave. Ponce de Leon | | San Juan | | 00917-4819 | Puerto Rico | 787-751-4618 | | rhr@corretjerlaw.com |
| Lewis Brisbois Bisgaard & Smith, LLP | Lewis Brisbois Bisgaard & Smith, LLP | Attn: Sean Hoar | 888 SW 5th Ave. | Suite 900, Box 10 | Portland | OR | 97204 | | 971-712-2795 | | sean.hoar@lewisbrisbois.com |
| Armando Gilbert Del Real dba Fortitude | PR Logistics c/o Fortitude | Attn: Armando Gilbert Del Real | 220 W. Victoria St. | | Rancho Dominguez | CA | 90220 | | | | |
| Counsel to Sheritu Partners, LTD. | Ross & Smith, PC | Attn: Frances Smith | Plaza of the Americas | 700 N. Pearl St., Suite 1610 | Dallas | TX | 75201 | | 214-593-4976 | | frances.smith@judithwross.com |
| Monica M. Flores Rodriguez | Monica M. Flores Rodriguez | Attn: Monica M. Flores Rodriguez | AH-12, St. #23 Urb. Sta. Teresita | | Bayamon | | 00961 | Puerto Rico | 787-346-2231 | | angelie.16@hotmail.com |
| Counsel to Vine Street Shoppes LP | Lowndes, Drosdick, Doster, Kantor & Reed P.A. | Attn: Michael S. Provenzale | 215 North Eola Dr. | | Orlando | FL | 32801 | | 407-843-4600 | | michael.provenzale@lowndes-law.com |
| Counsel to The Baralat Company | Cozen O'Connor | Attn: Thomas J. Francella, Jr. | 1201 N. Market Street | Suite 1001 | Wilmington | DE | 19801 | | 302-295-2000 | | tfrancella@cozen.com |
| Counsel to MAC Logistics | Law Offices of Mitchell J. Malzberg | Attn: Mitch Malzberg | 6 E. Main St. | Suite 700 | Clinton | NJ | 08809 | | 908-323-2958 | | mmalberg@mjmalzberglaw.com |
| Counsel to Reliant Energy Retail Services LLC | Richards, Layton & Finger, P.A. | Attn: Amanda R. Steele | 920 N. King St. | | Wilmington | DE | 19801 | | 302-651-7700 | | steele@rlf.com |
| Counsel to Rumanas, L.P., Fall-Paso, L.P., Montwood Shopping Center, LTD., and Verde Paso Partners, L.P. | The Ehrlich Law Firm | Attn: Herbert Ehrlich | 444 Executive Center Blvd. | Suite 240 | El Paso | TX | 79902 | | 915-544-1500 | | herbert@ehrlichlawfirm.com |
| Counsel to Republic Services, Inc. | Smith Katzenstein & Jenkins LLP | Attn: Kathleen Miller | 1000 West St. | Suite 1501 | Wilmington | DE | 19899 | | 302-652-8400 | | kmiller@skjlaw.com |
| Counsel to Pem-America (H.K.) Company Limited | Kaplan Levenson P.C. | Attn: Steven Kaplan | 630 Third Avenue | | New York | NY | 10017 | | 212-983-6900 | | |
| Counsel to Hughes Network Systems, LLC | Hogan Lovells US LLP | Attn: Erin Brady | 1999 Ave. of the Stars | Suite 1400 | Los Angeles | CA | 90067 | | 310-785-4600 | | erin.brady@hoganlovells.com |
| SierraConstellation Partners LLC | SierraConstellation Partners LLC | Attn: Lawrence R. Perkins; Robert C. Shenfeld | 400 South Hope St. | Suite 1050 | Los Angeles | CA | 90071 | | 213-289-9060 | | lperkins@scpllc.com |
| Prime Clerk LLC | Prime Clerk LLC | Attn: Ben Steele | One Grand Central Place | 60 E. 42nd St., Suite 1440 | New York | NY | 10022 | | | | |
| Counsel to A & H Imports | Law Offices of Ira Benjamin Katz | Attn: Ira Benjamin Katz | 1999 Avenue of the Stars | Suite 1100 | Los Angeles | CA | 90067 | | 310-282-8580 | | ikatz@katzlaw.net |
| Braha Industries Inc. and B&H Apparel LLC | Braha Industries Inc. and B&H Apparel LLC | Attn: David Braha | 10 W. 33rd St. | Suite 220 | New York | NY | 10001 | | | | |
| Illinois Department of Revenue | Illinois Department of Revenue | Attn: Bankr. Unit | PO BOX 19035 | | Springfield | IL | 62794-9035 | | | | |
| Special Counsel to Trustee | Ask LLP | Edward Neiger & Marianna Udem | 151 W 46th Street | 4th Floor | New York | NY | 10036 | | | | |
| Special Counsel to Trustee | Ask LLP | Joseph L. Steinfeld, Jr. & Gary D. Underdahl | 2600 Eagan Woods Drive | Suite 400 | St. Paul | MN | 55121 | | | | |
| Counsel for Michael Fallas | | Dennis A. Meloro | 1007 North Orange Street | Suite 1200 | Wilmington | DE | 19801 | | | | |
| Counsel for Michael Fallas | | John D. Elrod | 3333 Piedmont Road, NE | Suite 2500 | Atlanta | GA | 30305 | | | | |

In re: J & M Sales Inc., *et al.*
Core/2002 Service List
Case No. 18-11801 (LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Hillsborough County Tax Collector | | Brian T. FitzGerald, Esq. | P.O. Box 1110 | | Tampa | FL | 33601-1110 | | 813-272-5670 | | fitzgeraldb@hillsboroughcounty.org |
| Counsel for Western Fashion, Inc. | The Law Offices of Joyce, LLC | Michael Joyce, Esq. | 1225 King Street | Suite 800 | Wilmington | DE | 19801 | | 302-388-1944 | | mjoyce@mjlawoffices.com |
| Counsel for Autoridad de Acueductos y Alacantarillados | Cancio, Nadal & Rivera, LLC | Fernando J. Valderrabano Marina | P.O. box 364966 | | San Juan | Puerto Rico | 00936-4966 | | 787-767-9625 | | fvalderrabano@cnr.law |
| Counsel for Monarch Apparel Group | MCCARTER & ENGLISH, LLP | Kate Roggio Buck, Esq. | Renaissance Centre | 405 N. King St., 8th Flr. | Wilmington | DE | 19801 | | (302) 984.6300 | (302) 984.6399 | kbuck@mccarter.com |
| Counsel for Monarch Apparel Group | ASHFORD – SCHAEL LLC | Courtney A. Schael, Esq. | 100 Quimby Street, Suite 1 | | Westfield | NJ | 07090 | | (908) 232-5566 | (908) 728-3113 | CSchael@AshfordNJLaw.com |
| Arthur Danziger | Arthur Danziger | Arthur Danziger | 445 Broad Hollow Rd. | Suite 25 | Melville | NY | 11747 | | (631) 273-33330 x 1 | | arthur@wtc-co.com |
| Gwendolyn Freeman | | c/o Vaughn A. Booker, Esq. | 1420 Walnut Street | Suite 815 | Philadelphia | PA | 19102 | | (215) 545-0474 | (215) 545-0656 | vbs00001@aol.com |
| Counsel to George L. Miller, Ch. 7 Trustee | Benesch Friedlander Coplan & Aronoff LLP | Jennifer R. Hoover, Esq.  Kevin M. Capuzzi, Esq. | 1313 N. Market Street | Suite 1201 | Wilmington | DE | 19801 | | (302) 442-7010 | (302) 442-7012 | jhoover@beneschlaw.com  kcapuzzi@beneschlaw.com |
| Jasmine M. Strode | | | 1336 Douglas St. SW | | Atlanta | GA | 30314 | | (404) 327-1472 | | mariahstrode77@gmail.com |