## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M SALES INC., *et al.*<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 18-11801 (JTD)<br><br>Jointly Administered |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 2722

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Amended Ninth Interim Fee Application of ASK LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel for the Trustee for the Period of April 1, 2023, through June 30, 2023* [Docket No. 2722] (the "Application"), filed on July 28, 2023. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than August 18, 2023, at 4:00 p.m. (ET).

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated:  August 22, 2023<br>         Wilmington, Delaware | **BENESCH, FRIEDLANDER, COPLAN<br>   & ARONOFF LLP** |

*/s/ John C. Gentile*
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
John C. Gentile (No. 6159)
1313 N. Market St., Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

*Counsel for George L. Miller,
Chapter 7 Trustee*