IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M SALES INC., *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11801 (CTG)<br><br>Jointly Administered |

### ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED that the following omnibus hearing dates have been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| August 5, 2025 | 1:00 p.m. (prevailing Eastern Time) |
| September 16, 2025 | 2:00 p.m. (prevailing Eastern Time)<br>(Omnibus and Interim/Final Fee Hearing) |

IT IS FURTHER ORDERED that the hearing shall take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, in Courtroom No. 7.

Dated: June 6th, 2025
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE