# EXHIBIT A

George L. Miller, Chapter 7 Trustee of J&M Sales, Inc. et al

**FEE STATEMENT FOR SERVICES RENDERED
AND EXPENSES INCURRED BY
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
FOR THE PERIOD NOVEMBER 1, 2024 THROUGH OCTOBER 31, 2025**

**Summary of Services Rendered**

| | |
|---|---|
| Summary | 2 |
| Case Administration | 3 |
| Firm Retention Fees | 10 |
| Other Professional Retention Fees | 12 |
| Use/Adequate Protection/Relief from Stay | 14 |
| Asset Disposition/Sale | 16 |
| General Claims Matters | 18 |
| Litigation | 27 |
| Preference Actions | 29 |
| **Expenses** | **31** |
| General | 31 |

BENESCH, FRIEDLANDER, COPLAN & ARNOFF LLP
SUMMARY OF SERVICES RENDERED
NOVEMBER 1, 2024 THROUGH OCTOBER 31, 2025

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| Daniel N. Brogan | (DNB) | $755.00 | 24.60 | $18,573.00 |
| Kevin M. Capuzzi | (KMC) | $865.00 | 10.10 | $8,736.50 |
| John C. Gentile | (JCG) | $810.00 | 5.70 | $4,617.00 |
| Jennifer R. Hoover | (JRH) | $975.00 | 51.70 | $50,407.50 |
| Sven T. Nylen | (STN) | $975.00 | 63.00 | $61,425.00 |
| | | | 155.10 | $143,759.00 |
| **Associate** | | | | |
| Mary V. Gilmore | (MVG) | $560.00 | 9.10 | $5,096.00 |
| | | | 9.10 | $5,096.00 |
| **Paralegal** | | | | |
| Louanne Molinaro | (LM) | $425.00 | 58.50 | $24,862.50 |
| | | | 58.50 | $24,862.50 |
| | | TOTAL: | 222.70 | $173,717.50 |

Combined Average Hourly Rate:   $780.05

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2025

Case Administration

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 11/06/24 | KMC | Communicate with Court regarding omnibus hearing (0.1) | 0.10 |
| 11/12/24 | KMC | Communicate with J. Hoover regarding hearing dates (0.1) and communicate with Court regarding same (0.1) | 0.20 |
| 11/12/24 | JRH | Communicate with K. Capuzzi regarding hearing dates (0.1) and further communication with Court regarding same (0.1) | 0.20 |
| 11/14/24 | LM | Draft and efile certification of counsel regarding scheduling of omnibus hearing for December 17, 2024; upload proposed order; download, save, and circulate order scheduling hearing | 0.50 |
| 11/14/24 | KMC | Communicate with Court regarding hearing dates (0.1), communicate with L. Molinaro regarding omnibus hearing date COC and order (0.1) and review and attend to filing of same (0.1) | 0.30 |
| 11/14/24 | JCG | Review COC and order regarding omnibus hearings | 0.10 |
| 11/22/24 | LM | Add upcoming hearing and due dates to calendar for Benesch and Miller Coffey Tate team (0.4); confer with J. Martinez regarding 2002 list (0.2); review docket for newer notices of appearance, withdrawals of appearances, and address changes (0.1); compare same information to 2002 list on file to confirm list is up-to-date and accurate (0.2) | 0.90 |
| 11/27/24 | JCG | Multiple emails to/from J. Martinez and DLS on AOS and review same before filing | 0.20 |
| 12/12/24 | JCG | Multiple emails to/from BFCA team on agenda/canceling hearing | 0.20 |
| 12/12/24 | KMC | Communicate with Court regarding December 17 hearing (0.1) | 0.10 |
| 12/13/24 | LM | Draft and efile agenda canceling December 17, 2024 hearing | 0.70 |
| 12/13/24 | KMC | Communicate with Court regarding December 17 hearing (0.1), review agenda canceling hearing (0.1), and communicate with L. Molinaro regarding filing of same (0.1) | 0.30 |
| 12/31/24 | LM | Review notice of substitution of counsel and 2002 list and confer with J. Hoover and K. Capuzzi regarding same | 0.20 |
| 01/02/25 | LM | Add attorney for A & H Imports, Inc. to 2002 list | 0.30 |
| 01/16/25 | JRH | Review docket and internal conference call on status | 1.50 |
| 01/24/25 | JRH | Review task list and action items (0.2) and communicate with K. Capuzzi regarding same (0.1) | 0.30 |
| 01/24/25 | DNB | E-mail correspondence with J. Hoover regarding runway to finalize distribution and close cases | 0.50 |
| 01/28/25 | JRH | Multiple emails on case status (0.5) | 0.50 |

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 01/31/25 | JRH | Confer internally on ch 11 claims matters and sub con motion | 0.30 |
| 02/03/25 | KMC | Communicate with D. Brogan regarding motion to destroy records (0.1) | 0.10 |
| 02/03/25 | JRH | Communicate with D. Brogan regarding motion to destroy records (0.1) | 0.10 |
| 02/07/25 | JRH | Follow-up on claims matters and sub con | 1.50 |
| 02/19/25 | JRH | Emails with clerk on certain case filings | 0.30 |
| 02/21/25 | JRH | Conf. call with B. Homony on open items and matters to complete pre case close | 0.50 |
| 02/24/25 | KMC | Review communications regarding case closing tasks (0.1), communicate with J. Hoover and D. Brogan regarding hearing dates (0.1), and communicate with Court regarding same (0.2) | 0.40 |
| 02/25/25 | JRH | Coordinate internally with K. Capuzzi | 0.50 |
| 02/25/25 | LM | Draft certification of counsel and order for April, May, and June 2025 omnibus hearings | 0.40 |
| 02/26/25 | LM | Prepare and efile certification of counsel and order for April, May, and June 2025 omnibus hearings and upload order; download, save, and circulate granted order scheduling omnibus hearing dates | 0.60 |
| 02/26/25 | JCG | Review COC and order regarding hearing dates | 0.20 |
| 02/26/25 | KMC | Review COC and omnibus claim order (0.1), communicate with L. Molinaro regarding filing of same (0.1), review order setting hearing dates (0.1), and communicate with D. Brogan regarding motion to abandon (0.1) | 0.40 |
| 02/27/25 | KMC | Finalize and attend to filing of motion to abandon (0.4) | 0.40 |
| 02/27/25 | LM | Edit certificate of service to the Motion to Abandon; prepare and efile motion to abandon; arrange for printing and mailing on notice parties | 0.90 |
| 02/27/25 | DNB | Finalize motion to abandon (0.5); e-mail correspondence to L. Molinaro and K. Capuzzi regarding filing of same (0.3) | 0.80 |
| 02/27/25 | JRH | Review and comment on motion to abandon | 0.50 |
| 03/04/25 | KMC | Review judicial reassignment notice (0.1) | 0.10 |
| 03/04/25 | LM | Calendar agenda and fee application binder due dates | 0.30 |
| 03/05/25 | JCG | Multiple emails to/from J. Hoover and L. Molinaro on re-notice and change hearing time (0.2); review/approve re-notice (.1) | 0.30 |
| 03/05/25 | KMC | Communicate with L. Molinaro regarding rescheduled hearing (0.1) and review notice of same (0.1) | 0.20 |
| 03/05/25 | LM | Confer with Chambers regarding change of time for April 16, 2025 hearing; confer with K. Capuzzi, J. Hoover, J. Gentile, D. Brogan, and J. Martinez regarding the Court's request to change time (0.2); draft and efile notice of rescheduled hearing (0.6) | 0.80 |

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 03/06/25 | KMC | Review request to remove from 2002 list and communicate with L. Molinaro regarding same (0.1) | 0.10 |
| 03/06/25 | LM | Update 2002 list | 0.10 |
| 03/19/25 | KMC | Review response from Iron Mountain regarding abandonment (0.1) and communicate with D. Brogan regarding same (0.1) | 0.20 |
| 03/20/25 | KMC | Review communications regarding Iron Mountain documents (0.1) | 0.10 |
| 03/21/25 | KMC | Communicate with Iron Mountain regarding abandonment (0.1) | 0.10 |
| 03/21/25 | JRH | Confer internally with K. Capuzzi | 0.50 |
| 04/03/25 | KMC | Review docket regarding abandonment motion (0.1) and review CNO to abandonment motion and attend to filing of same (0.1) | 0.20 |
| 04/03/25 | DNB | Correspondence re entry of order on abandonment motion; review and file CNO | 0.50 |
| 04/03/25 | LM | Draft certificate of no objection to the abandonment motion; efile certificate of no objection and upload order | 1.00 |
| 04/11/25 | KMC | Communicate with L. Molinaro regarding hearing and agenda (0.1), communicate with Court regarding same (0.1), and review and attend to filing of agenda (0.1) | 0.30 |
| 04/11/25 | LM | Confer with K. Capuzzi regarding April 16, 2025 hearing; draft and efile agenda canceling April 16, 2025 hearing | 1.40 |
| 04/28/25 | KMC | Review taxing authority notice of appearance (0.1) and communicate with L. Molinaro regarding 2002 list updates (0.1) | 0.20 |
| 04/28/25 | LM | Review request for notices filed by Tax Appraisal District of Bell County (0.1); update 2002 list (0.1); respond to J. Hoover confirming Tax Appraisal District of Bell County's prior appearance in case (.1) | 0.30 |
| 04/28/25 | JCG | Review notice for request of service filed by tax authority | 0.10 |
| 05/08/25 | KMC | Communicate with working group regarding May 14 hearing (0.1) and communicate with Court regarding cancellation of hearing (0.1) | 0.20 |
| 05/08/25 | LM | Confer with K. Capuzzi regarding May 14, 2025 hearing and drafting of agenda; review emails with court authorizing cancellation of May 14 hearing | 0.20 |
| 05/09/25 | JRH | Review claims matters and prepare sub con motion | 1.50 |
| 05/09/25 | JCG | Review notice of cancelled agenda | 0.10 |
| 05/12/25 | KMC | Review agenda for May 14 hearing and communicate with L, Molinaro regarding filing of same (0.2) | 0.20 |
| 05/12/25 | LM | Draft and efile agenda canceling May 14, 2025 hearing | 0.60 |
| 05/16/25 | JRH | Emails with B. Homony on status - open items and case wind down | 0.20 |

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 05/27/25 | JRH | Emails with B. Homony and follow up on status | 0.30 |
| 05/27/25 | JRH | Research and draft motion | 5.00 |
| 05/28/25 | KMC | Communicate with J. Hoover regarding general case matters (0.1) | 0.10 |
| 05/28/25 | JRH | Communicate with K. Capuzzi regarding general case matters (0.1) | 0.10 |
| 05/28/25 | JRH | Further revise motion | 5.00 |
| 06/05/25 | KMC | Communicate with Court regarding June 11 hearing and cancellation of same (0.1), communicate with Court regarding future omnibus hearing dates (0.1), communicate with L. Molinaro regarding agenda and COC (0.1), review and comment on COC and order (0.1), review agenda (0.1), and attend to filing of same (0.1) | 0.60 |
| 06/05/25 | LM | Review emails from N. Barskdale and K. Capuzzi regarding June 11 hearing and scheduling of August and September omnibus hearings; draft agenda canceling June 11 hearing and certification of counsel and order to schedule August and September 2025 hearings; efile agenda and certification of counsel; email courtesy copies to chambers | 1.10 |
| 06/06/25 | JCG | Review agenda cancelling hearing and related emails to/from K. Capuzzi and L. Molinaro on same | 0.20 |
| 06/06/25 | LM | Download granted order scheduling August and September 2025 omnibus hearing and circulate to team; calendar related deadlines | 0.70 |
| 06/09/25 | KMC | Communicate with J. Hoover regarding substantive consolidation and related matters (0.3) | 0.30 |
| 06/09/25 | JRH | Conf. call with B. Homony on status of remaining items in connection with wind down of the estate (0.4); conf call with K. Capuzzi on next steps (0.3) | 0.70 |
| 06/09/25 | JRH | Communicate with K. Capuzzi regarding substantive consolidation and related matters (0.3) | 0.30 |
| 06/10/25 | JCG | Emails to/from J. Hoover and K. Capuzzi on status of workstreams/case update | 0.10 |
| 06/26/25 | JRH | Confer with S. Nylen on motion to consolitate estates and address distributions on admin claims | 0.20 |
| 06/27/25 | JRH | Follow up on liquidation and related wind up matters, preparation of motion | 1.00 |
| 07/28/25 | KMC | Communicate with working group regarding August 5 hearing (0.1) | 0.10 |
| 07/29/25 | KMC | Review agenda canceling August 5 hearing and communicate with L. Molinaro regarding filing of same (0.2) | 0.20 |
| 07/29/25 | LM | Draft agenda canceling August 5, 2025 hearing; email N. Barksdale requesting cancellation of hearing | 0.70 |
| 07/30/25 | LM | Review email from N. Barksdale regarding permission to cancel August 5, 2025 hearing (0.1); prepare and efile agenda canceling August 5, 2025 hearing (0.4) | 0.50 |

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 08/01/25 | JRH | Conference call with client | 1.50 |
| 08/15/25 | LM | Review docket and confer with J. Hoover and K. Capuzzi regarding scheduled omnibus hearing | 0.20 |
| 09/04/25 | JRH | Attention to hearing matters | 1.50 |
| 09/10/25 | KMC | Review docket (0.1), communicate with L. Molinaro regarding agenda for September 16 hearing (0.1), communicate with court regarding same (0.1), review agenda and attend to filing of same (0.2) | 0.50 |
| 09/10/25 | JCG | Review notice of agenda canceling omnibus hearing | 0.10 |
| 09/10/25 | LM | Confer with K. Capuzzi and J. Hoover regarding matters scheduled for September 16, 2025 omnibus hearing; draft and efile agenda for September 16, 2025; email courtesy copy to Chambers | 1.00 |
| 09/11/25 | LM | Confer with K. Capuzzi and J. Hoover regarding omnibus hearings dates for the remainder of 2025 and fee applications (0.1); email Chambers to obtain dates (0.1) | 0.20 |
| 09/12/25 | LM | Review email from Chambers with omnibus hearings dates and follow up with J. Hoover and K. Capuzzi regarding same | 0.20 |
| 09/15/25 | KMC | Review creditor address change and updates to 2002 list (0.1) | 0.10 |
| 09/15/25 | LM | Confirm dates from Chambers with K. Capuzzi and J. Hoover regarding omnibus hearings dates for the remainder of 2025 (0.1);  draft certification of counsel and proposed order (0.2); update 2002 list for change of address submitted by Illinois Dept. of Employment Security (0.2) | 0.50 |
| 09/16/25 | KMC | Review omnibus hearing date order and COC (0.1) and communicate with L. Molinaro regarding filing of same (0.1) | 0.20 |
| 09/16/25 | LM | Prepare and efile certification of counsel scheduling November and December 2025 omnibus hearings and upload order (0.7); download, save, and circulate granted order (.1) | 0.80 |
| 09/19/25 | LM | Calendar deadlines related to the November and December 2025 omnibus hearings | 0.20 |
| 10/02/25 | LM | Confer with S. Nylen regarding efiling of claims objections | 0.10 |
| 10/03/25 | JRH | Review Chapter 11 administrative matter as related to claim objections and case docking | 6.50 |
| 10/27/25 | KMC | Communicate with working group regarding November 5 hearing matters (0.1) and communicate with Court regarding same (0.1) | 0.20 |
| 10/27/25 | LM | Review docket and confer with J. Hoover, K. Capuzzi, and S. Nylen regarding matters going forward at November 5, 2025 hearing | 0.40 |
| 10/27/25 | JRH | Communicate with working group regarding November 5 hearing matters (0.1) | 0.10 |
| 10/29/25 | LM | Confer with S. Nylen regarding drafting of agenda for November 5, 2025 hearing | 0.20 |

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 10/30/25 | LM | Continue drafting agenda for November 5, 2025 hearing; confer with K. Capuzzi, J. Hoover, and S. Nylen regarding same | 1.50 |
| 10/31/25 | LM | Continue drafting agenda for November 5, 2025 hearing and circulate for review | 0.40 |
| 10/31/25 | KMC | Communicate with J. Hoover regarding November 5 hearing (0.1), review and revise hearing agenda (0.3), and communicate with S. Nylen regarding same (0.1) | 0.50 |
| 10/31/25 | JRH | Confer with K. Capuzzi on agenda preparation and status | 0.20 |
| 10/31/25 | JRH | Communicate with K. Capuzzi regarding November 5 hearing (0.1) | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| Daniel N. Brogan | (DNB) | $755.00 | 1.80 | $1,359.00 |
| Kevin M. Capuzzi | (KMC) | $865.00 | 7.00 | $6,055.00 |
| John C. Gentile | (JCG) | $810.00 | 1.60 | $1,296.00 |
| Jennifer R. Hoover | (JRH) | $975.00 | 30.90 | $30,127.50 |
| | | | 41.30 | $38,837.50 |
| **Paralegal** | | | | |
| Louanne Molinaro | (LM) | $425.00 | 17.90 | $7,607.50 |
| | | | 17.90 | $7,607.50 |
| | | TOTAL: | 59.20 | $46,445.00 |

Combined Average Hourly Rate:    $784.54

Firm Retention Fees

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 11/12/24 | KMC | Communicate with J. Martinez regarding interim fee application (0.1) | 0.10 |
| 11/18/24 | JCG | Review and comment on interim fee application from J. Martinez | 0.20 |
| 11/22/24 | JCG | Multiple emails to/from J. Martinez on interim fee application (0.1); review and approve interim fee application for filing and service (0.7); follow-up emails to/from DLS on service (0.1) | 0.90 |
| 11/22/24 | LM | Prepare and efile Thirteenth Interim Benesch Fee Application | 0.50 |
| 11/22/24 | JRH | Review and comment on interim fee app and communicate with client | 1.50 |
| 11/27/24 | LM | Prepare and efile affidavit of service to the thirteenth interim Benesch fee application | 0.40 |
| 12/12/24 | JCG | Multiple emails to/from K. Capuzzi and J. Martinez and L. Molinaro on filing of CNO for BFCA interim (0.2) | 0.20 |
| 12/12/24 | LM | Efile certificate of no objection to thirteenth interim Benesch fee application (0.3); draft and prepare fee application binder (0.6) | 0.90 |
| 12/12/24 | KMC | Review CNO to interim fee application and attend to filing of same (0.1) | 0.10 |
| 01/03/25 | LM | Review Benesch interim fee applications for preference fees and compile into chart for J. Hoover; send fee applications to J. Hoover | 1.50 |

Firm Retention Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| Kevin M. Capuzzi | (KMC) | $865.00 | 0.20 | $173.00 |
| John C. Gentile | (JCG) | $810.00 | 1.30 | $1,053.00 |
| Jennifer R. Hoover | (JRH) | $975.00 | 1.50 | $1,462.50 |
| | | | 3.00 | $2,688.50 |
| **Paralegal** | | | | |
| Louanne Molinaro | (LM) | $425.00 | 3.30 | $1,402.50 |
| | | | 3.30 | $1,402.50 |
| | | TOTAL: | 6.30 | $4,091.00 |

Combined Average Hourly Rate:    $649.37

Other Professional Retention Fees

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 08/15/25 | JRH | Emails to/from B. Mather on Coren fee application and filing of same | 0.20 |

Other Professional Retention Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| Partner | | | | |
| Jennifer R. Hoover | (JRH) | $975.00 | 0.20 | $195.00 |
| | | | 0.20 | $195.00 |
| | | TOTAL: | 0.20 | $195.00 |

Combined Average Hourly Rate:    $975.00

Use/Adequate Protection/Relief from Stay

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 12/20/24 | KMC | Communicate with counsel to state court defendant regarding bankruptcy status and state court litigation (0.2) | 0.20 |
| 08/05/25 | KMC | Review state court summons (0.1) and communicate with PSZJ regarding same (0.1) | 0.20 |

Use/Adequate Protection/Relief from Stay

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| Kevin M. Capuzzi | (KMC) | $865.00 | 0.40 | $346.00 |
| | | | 0.40 | $346.00 |
| | | TOTAL: | 0.40 | $346.00 |

Combined Average Hourly Rate:    $865.00

Asset Disposition/Sale

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 02/06/25 | DNB | Draft motion to abandon property | 1.50 |
| 02/24/25 | DNB | Revise motion to abandon (0.5); e-mail correspondence with J. Hoover and B. Homony regarding same (0.2) | 0.70 |
| 03/20/25 | DNB | Review response to motion to abandon (0.3); e-mail correspondence regarding same (0.2) | 0.50 |

Asset Disposition/Sale

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| Daniel N. Brogan | (DNB) | $755.00 | 2.70 | $2,038.50 |
| | | | 2.70 | $2,038.50 |
| | | TOTAL: | 2.70 | $2,038.50 |

Combined Average Hourly Rate:    $755.00

General Claims Matters

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 11/12/24 | JCG | Phone call with creditor about admin claims | 0.20 |
| 11/25/24 | JCG | Emails to/from creditor on status of claims | 0.10 |
| 01/17/25 | JRH | Conf. call with B. Homony on case status, claims matters, and substantive consolidation preparation | 0.50 |
| 01/22/25 | JCG | Multiple inquiries from creditor on status of case/claims and respond to same | 0.20 |
| 01/24/25 | KMC | Review task list and action items (0.2) and communicate with J. Hoover regarding same (0.1) | 0.30 |
| 01/24/25 | JRH | Further prepare motion for sub con and follow up attention to remaining J&M matters, claim issues, etc.  (2.5) | 2.50 |
| 01/24/25 | LM | Review and respond to email from J. Hoover regarding administrative claims and locate administrative claims chart | 0.50 |
| 01/26/25 | JCG | Emails to/from creditor on status of claims | 0.10 |
| 01/27/25 | JCG | Emails to/from creditor on claims/timing of claims reconciliation process | 0.10 |
| 01/27/25 | LM | Confer with D. Brogan and J. Hoover regarding administrative claims | 0.40 |
| 01/27/25 | DNB | E-mail correspondence with L. Molinaro regarding admin claims chart (0.3); e-mail correspondence to B. Homony and G. Miller regarding same (0.1) | 0.40 |
| 01/28/25 | LM | Run administrative claims reports; review reports and update old chart of administrative claims with additions; confer with D. Brogan regarding same | 1.60 |
| 01/29/25 | LM | Update administrative claims chart and confer with D. Brogan regarding same | 1.70 |
| 01/31/25 | KMC | Communicate with working group regarding claim reconciliation and substantive consolidation matters (0.2) | 0.20 |
| 02/03/25 | LM | Convert administrative claims chart to Excel and update; confer with D. Brogan and J. Hoover regarding same | 1.40 |
| 02/03/25 | JRH | Follow up on ch 11 claim matters and claims review | 0.50 |
| 02/04/25 | LM | Print additional administrative claims and insert into administrative claims binders; confer with D. Brogan regarding same; update J. Hoover, K. Capuzzi, and D. Brogan on status and completion of project | 2.20 |
| 02/18/25 | JCG | Reviewing claims issues per email request from J. Hoover/reviewing various records/dockets on same | 0.50 |
| 02/19/25 | JCG | Emails to/from J. Hoover on claims matters and related issues | 0.20 |
| 02/24/25 | LM | Review iManage files for folder containing administrative claims and respond to J. Hoover regarding zip file of claims for W. Homony | 0.60 |

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 02/26/25 | JRH | Review ch 11 admin claim register and attention to claims wind down | 2.50 |
| 02/27/25 | KMC | Communicate with L. Molinaro regarding claims matters (0.2) | 0.20 |
| 03/04/25 | KMC | Communicate with J. Hoover regarding claim matters (0.1) | 0.10 |
| 03/04/25 | JRH | Follow up on review and ch 11 administrative claims matters | 0.20 |
| 03/04/25 | JRH | Follow up regarding chapter 11 claims matters | 0.30 |
| 03/04/25 | LM | Review administrative claims chart for added proofs of claims and prepare copy to send to B. Homony with copies of added claims; email zip file to B. Homony | 0.60 |
| 03/05/25 | LM | Continue downloading proofs of administrative claims and email zip file to B. Homony | 3.40 |
| 03/05/25 | JRH | Confer with L.. Molinaro and follow up on claims review | 0.50 |
| 03/06/25 | JCG | Emails to/from J. Tommer on claims reconciliation process | 0.10 |
| 03/06/25 | LM | Finish downloading administrative proofs of administrative claims and email to B. Homony | 2.20 |
| 03/10/25 | LM | Send administrative claims chart to J. Hoover per request | 0.10 |
| 03/10/25 | JRH | Call with W. Homony on claims reconciliation matters | 0.20 |
| 03/25/25 | JRH | Confer with D. Brogan on Priority Payment Claim and relation to administrative claim issues (0.3) | 0.30 |
| 03/26/25 | JRH | Review stipulation and confer with D. Brogan on supervising claim (0.5) | 0.50 |
| 03/26/25 | DNB | Review PP admin claim, docket, and backgorund materials re procedural history of various claims and disputes with PP (3.0); OC with J. Hoover re same (0.5) | 3.50 |
| 03/27/25 | JRH | Confer with D. Brogan and follow up on claims objection for Priority Payment.  Emails with B. Homony on same | 0.50 |
| 03/27/25 | DNB | Call from J. Hoover re PP admin claim (0.5); draft summary and recommendation re same to B. Homony (0.5); e-mail correspondence with B. Homony and J. Hoover re same (0.4) | 1.40 |
| 03/31/25 | DNB | Research precedent and begin drafting objection to admin claim | 3.00 |
| 04/01/25 | DNB | Drafting objection to priority payment admin claim | 2.90 |
| 04/03/25 | DNB | Drafting and revising objection to PP admin claims | 2.50 |
| 04/04/25 | DNB | Revise draft obj to PP claims (1.5); e-mail to J. Hoover re same (0.1) | 1.60 |
| 04/09/25 | JRH | Review and comment on objection to Priority Payment Systems superpriority chapter 11 administrative claim and confer with D. Brogan on same | 1.00 |

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 04/09/25 | DNB | E-mail correspondence with J. Hoover regarding draft objection to admin claim; e-mail correspondence with B. Homony re same; call with B. Homony regarding revisions to objection; e-mail correspondence with G. Miller regarding draft objection | 2.50 |
| 04/10/25 | KMC | Review and comment on Priority claim objection (0.6) | 0.60 |
| 04/10/25 | LM | Update certificate of service to the Ch. 7 Trustee's Objection to (A) Request for Payment of Administrative Expense Claim Filed (Claim No. 1636) and (B) Proof of Claim (Claim No. 1512) by Priority Payment Systems, LLC and Swipe Payment Solutions Inc (0.2); edit objection as instructed (0.2); prepare objection for efiling (0.2); efile objection (0.4); arrange for mail service on notice recipients (0.1) | 1.10 |
| 04/10/25 | JRH | Review and comment on Priority claim objection (0.6); follow up with D. Brogan on same (0.2) | 0.80 |
| 04/10/25 | DNB | Revise draft objection; e-mail correspondence with L. Molinaro and K. Cappuzi re same; filing and service of objection to admin claim | 1.50 |
| 04/28/25 | KMC | Review CNO to Priority claim objection (0.1) and communicate with L. Molinaro regarding filing of same (0.1) | 0.20 |
| 04/28/25 | LM | Draft certificate of no objection to the Chapter 7 Trustee's Objection to (A) Request for Payment of Administrative Expense Claim (Claim No. 1636) and (B) Proof of Claim (Claim No. 1512) Filed by Priority Payment Systems, LLC and Swipe Payment Solutions Inc (0.4); efile same (0.2) | 0.60 |
| 04/28/25 | DNB | Review docket re responses to claim objection (0.3); e-mail correspondence with L. Molinaro and K. Capuzzi re same (0.3); e-mail correspondence with B. Homony re same (0.2) | 0.80 |
| 05/02/25 | KMC | Review order granting Swipe claim objection (0.1) and attend to service of same (0.1) | 0.20 |
| 05/02/25 | LM | Download and save Granted Order to Chapter 7 Trustee's Objection to (A) Request for Payment of Administrative Expense Claim (Claim No. 1636) and (B) Proof of Claim (Claim No. 1512) Filed by Priority Payment Systems, LLC and Swipe Payment Solutions Inc (0.1); confer with K. Capuzzi and D. Brogan regarding service of order (0.1); arrange for printing and mail service of same via U.S. Mail (0.2) | 0.40 |
| 05/14/25 | LM | Work with Benesch IT to obtain a new sharefile link for the administrative claims; reply to W. Homony email regarding same and re-send administrative claims chart | 0.80 |
| 06/09/25 | JCG | Contact from creditor regarding status of case/claims and respond to same | 0.20 |
| 06/11/25 | JCG | Substantive email comms. to/from creditor on case issues | 0.20 |
| 06/11/25 | JCG | Draft and send response to creditor inquiry | 0.30 |
| 06/20/25 | STN | Strategy conference with J. Hoover regarding distribution without substantive consolidation | 0.50 |
| 06/26/25 | STN | Strategy conference with J. Hoover regarding motion to approve distribution | 0.20 |

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 06/26/25 | STN | Legal research regarding substantive consolidation for final distribution | 0.80 |
| 06/30/25 | STN | Review of claims data and related analysis in connection with preparing motion to consolidate for distribution | 1.00 |
| 07/01/25 | STN | Strategy conference with J. Hoover regarding issues and next steps in connection with substantive consolidation for distribution purposes | 0.20 |
| 07/03/25 | STN | Consider diligence issues in connection with substantive consolidation motion for final distribution | 0.20 |
| 07/10/25 | STN | Analysis of carved-out asset categories and schedule of chapter 11 administrative claims in connection with determining next steps in possible substantive consolidation for final distribution, including possible claims objections | 3.00 |
| 07/11/25 | STN | Legal research in connection with possible motion to substantively consolidate for final distribution | 0.50 |
| 07/11/25 | STN | Strategy conference with J. Hoover regarding final distribution and potential substantive consolidation | 0.50 |
| 07/11/25 | JRH | Conf. call with S. Nylen on claims review/status and final distribution strategy | 0.50 |
| 07/28/25 | KMC | Review creditor inquiry and communicate with J. Hoover regarding same (0.1) | 0.10 |
| 07/28/25 | JRH | Review creditor inquiry and communicate with K. Capuzzi regarding same (0.1) | 0.10 |
| 08/06/25 | STN | Conference with J. Hoover in preparation for upcoming call with Trustee's office regarding claims objections and consolidation for distribution | 0.20 |
| 08/06/25 | STN | Review precedent/research material on consolidation in preparation for call with Trustee's office regarding same and accounting data needed for motion | 0.20 |
| 08/06/25 | STN | Conference with Trustee's office (B. Homony) and J. Hoover regarding claims objections and consolidation motion | 0.40 |
| 08/12/25 | STN | Email correspondence with B. Homony and J. Hoover regarding admin claims objection and estate asset inventories for consolidation motion | 0.10 |
| 08/20/25 | STN | Conference with J. Hoover regarding status on claims objections and substantive consolidation motion | 0.10 |
| 09/16/25 | JRH | Review claim spreadsheets and follow up on preparation of claims | 0.50 |
| 09/16/25 | STN | Analysis of email correspondence from J. Hoover and Trustee's office regarding claims objections | 0.40 |
| 09/19/25 | STN | Draft claims objections | 0.50 |
| 09/23/25 | STN | Draft omnibus claims objections, including analysis of certain subject requests for payment | 7.50 |

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 09/23/25 | JRH | Follow up with S. Nylen on claims objections, review information provided by The Hartford on the remaining workers' comp collateral matters | 0.50 |
| 09/24/25 | STN | Prepare for and attend conference with M. Gilmore regarding review of related requests for payment filed on docket versus claims register (0.4); draft omnibus claims objections and related papers (7.6); conference with J. Hoover regarding same and open issues to confirm with B. Homony (0.3) | 8.30 |
| 09/24/25 | MVG | Conference with S. Nylen regarding claims objections analysis | 0.40 |
| 09/24/25 | MVG | Analyze and compile proof of claims and docket entries regarding disputed claims | 3.20 |
| 09/24/25 | JRH | Conf call with S. Nylen on claims objection preparation and status | 0.30 |
| 09/25/25 | STN | Email correspondence to B. Homony regarding omnibus claim objection issues (0.4); draft omnibus claims objections, including spot check analysis of certain claims (1.6); conference with M. Gilmore regarding review of claims versus docket entries, substantive issues, and objection schedule revisions (1.0) | 3.00 |
| 09/25/25 | MVG | Analyze disputed claims and associated supporting documentation | 3.20 |
| 09/25/25 | MVG | Conference with S. Nylen regarding claims objections | 1.10 |
| 09/26/25 | STN | Draft omnibus claims objections, including related analysis of subject claims | 2.00 |
| 09/26/25 | MVG | Review and compile proof of claims and D.I.s for claims objections | 1.20 |
| 09/29/25 | STN | Analysis of certain claims subject to objection (1.3); email W. Homony regarding issues regarding same (0.4); draft omnibus claim objection (3.6) | 5.30 |
| 09/30/25 | JRH | Confer and conf call with G. Miller on claims objections | 0.20 |
| 09/30/25 | STN | Draft omnibus claims objections and revise schedules thereto based on review of subject claims/requests for payment | 4.10 |
| 09/30/25 | KMC | Communicate with Trustee and J. Hoover regarding claims administration (0.2) | 0.20 |
| 10/01/25 | STN | Review and revised omnibus claims objections (4.6 ); email correspondence with W. Homony regarding same (0.4) | 5.00 |
| 10/02/25 | STN | Revise omnibus claims objections to incorporate W. Homony comments (2.0) | 2.00 |
| 10/02/25 | JRH | Review and comment on final claims objections and coordinate on filing of same | 2.50 |
| 10/03/25 | STN | Finalize omnibus objections to claims and coordinate filing/service of same (2.4); text communications and conferences with L. Molinaro regarding filing/service issues (0.5) | 2.90 |
| 10/03/25 | KMC | Communicate with J. Hoover regarding claims objections (0.1) | 0.10 |

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 10/03/25 | LM | Prepare and efile first and second omnibus claims objections; confer with J. Hoover and S. Nylen regarding same; clean up and organize service list; arrange for printing and mail service of same | 4.20 |
| 10/06/25 | LM | Confer with J. Hoover and S. Nylen regarding next step in claims objections process and November 5, 2025 hearing agenda; review Judge Goldblatt's procedures regarding claims objections binders; calendar related deadlines; receive and review affidavit of service of first and second claims objections from vendor; confer with J. Hoover and S. Nylen regarding same | 1.10 |
| 10/09/25 | LM | Confer with S. Nylen and J. Hoover regarding claims objections binder and set up call regarding same | 0.10 |
| 10/09/25 | STN | Email correspondence to J. Hoover and L. Molinaro regarding claims binders and other matters in preparation for hearing and addressing responses to Omnibus Objections to Claims | 0.60 |
| 10/09/25 | JRH | Confer internally on claims objection status and preparation of claims binders | 0.30 |
| 10/10/25 | STN | Conference with J. Hoover regarding claimant responses to Omnibus objection and hearing preparation issues (0.3); email correspondence with L. Molinaro regarding mailing vendor proof of service (0.1) | 0.40 |
| 10/10/25 | JRH | Conf. call with S. Nylen  regarding claimant responses to Omnibus objection and hearing preparation issues (0.3) | 0.30 |
| 10/10/25 | JRH | Follow up regarding claims objection calls from claimants | 0.50 |
| 10/10/25 | LM | Confer with J. Hoover and S. Nylen regarding affidavit of service received from vendor for omnibus claims objections and email vendor regarding same | 0.30 |
| 10/13/25 | STN | Prepare for and attend conference with B. Sullivan (Chariot Travelware counsel) and J. Hoover regarding omnibus objections to Chariot's claim (0.4); follow-up conference with J. Hoover regarding same and next steps (0.1); prepare for and attend conference with J. Hoover and L. Molinaro regarding omnibus objection hearing preparations (0.3); follow-up email correspondence with L. Molinaro regarding claim objection binder (0.1) | 0.90 |
| 10/13/25 | JRH | Prepare for and attend conference with B. Sullivan (Chariot Travelware counsel) and S. Nylen regarding omnibus objections to Chariot's claim (0.4); follow-up conference with S. Nylen regarding same and next steps (0.1); conf. call with S. Nylen and L. Molinaro on claims binders and hearing preparation matters (.3) | 0.80 |
| 10/13/25 | JRH | Review letters from claimants (4) in response to objection to claims | 0.30 |
| 10/13/25 | LM | Confer with J. Hoover and S. Nylen regarding claims objections and binder;  begin working on claims objection e-binder for Judge Goldblatt | 1.60 |
| 10/14/25 | STN | Email correspondence with L. Molinaro regarding proof of service as to omnibus claims objections (0.1) | 0.10 |

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 10/14/25 | LM | Review revised affidavit of service for claims objections from service vendor; prepare and efile same | 0.40 |
| 10/19/25 | LM | Work on Claims Objection e-binder and confer with J. Hoover and S. Nylen regarding same | 4.90 |
| 10/20/25 | STN | Review and analysis of correspondence from H. Lazarus (counsel to A Base IX, AJ Facts, Apparel Trading, and CSCO) regarding omnibus claims objections, including review of docket and claims registers in connection with same (1.5); prepare for and attend conference with J. Hoover regarding response to same (0.2); draft response correspondence to H. Lazarus (regarding each claimant) in connection with same (1.2) | 2.90 |
| 10/20/25 | LM | Follow up conversation with S. Nylen and J. Hoover regarding claims objection e-binder for Judge Goldblatt | 0.10 |
| 10/21/25 | STN | Review and comment on claims binder assembly in light of corresponding docket entries (0.4); prepare for and attend conferences with J. Hoover regarding same (0.3); revise same to address corresponding docket entries and inclusion of notification as to same (0.6); correspondence to H. Lazarus (counsel to multiple 503(b)(9)/reclamation claimants) regarding omnibus claims objections and alleged claims not appearing in court record (2.0) | 3.30 |
| 10/21/25 | KMC | Communicate with L. Molinaro regarding claims binders (0.1) | 0.10 |
| 10/21/25 | JRH | Confer with S. Nylen on claims binder and preparation for filing | 0.20 |
| 10/21/25 | LM | Confer with S. Nylen and J. Hoover regarding claims objection binder; update binder index per S. Nylen instructions | 1.10 |
| 10/22/25 | STN | Final review and revisions to claims binder materials (0.4); review and comment on notice of submission of proofs of claim (0.2) | 0.60 |
| 10/22/25 | LM | Draft notice of submission of claims related to first and second claims objections; insert hyperlinks into index to claims objections binder; confer with J. Hoover and S. Nylen regarding same; finish claims objection binder and submit to Judge Goldblatt's Chambers; efile notice of submission of proofs of claims | 3.80 |
| 10/24/25 | STN | Review A Base IX, Apparel Trading, CSCO, and AJ Facts proofs of claim in preparation for conference with counsel (H. Lazarus) (0.4); prepare for and attend conference with H. Lazarus regarding second omnibus objection to late filed claims (0.2); consider next steps regarding objection as to H. Lazarus clients (0.3); prepare for and attend conference with J. Hoover regarding same and next steps with client on claims matters (0.2) | 1.10 |
| 10/24/25 | JRH | Conf. call with S. Nylen and follow up on claims objections and responses and next steps | 0.20 |

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 10/27/25 | STN | Email correspondence with W. Homony (Trustee's office) regarding informal responses received to omnibus claims objections and proposed next steps in resolving same (0.5); email correspondence with B. Sullivan (Chariot counsel) regarding informal response (0.2); email correspondence with H. Lazarus regarding resolution of informal response of his 4 claimant clients (0.3); conferences with B. Sullivan regarding Chariot response on basis of notice as to 503(b)(9) portion (0.5); analysis of Chariot's claim to 503(b)(9) treatment for 7/17/2018 delivery (0.5); email correspondence with W. Homony regarding proposed resolution to Chariot claim (0.5); follow-up correspondence with B. Sullivan regarding same (0.1); consider certification of counsel issues as to resolution of informal responses (0.1); conference with J. Hoover regarding same (0.1) | 2.80 |
| 10/27/25 | JRH | Conference with S. Nylen regarding certification of counsel issues as to resolution of informal responses (0.1) | 0.10 |
| 10/28/25 | JRH | Communicate with BFCA group regarding claims objections (0.1) and review creditor responses regarding same (0.1) | 0.20 |
| 10/28/25 | KMC | Communicate with working group regarding claims objections (0.1) and review creditor communications regarding same (0.1) | 0.20 |
| 10/29/25 | STN | Review emails from Texas taxing authorities counsel regarding omnibus claims objections and consider next steps (0.4); prepare for and attend conference with J. Hoover regarding same (0.2); email correspondence with L. Molinaro regarding preparation of hearing agenda for 11/3 hearing on omnibus claims objections (0.3); email correspondence with J. Hoover regarding Texas taxing authority issues (0.1) | 1.00 |
| 10/29/25 | JRH | Review emails from Texas taxing authorities counsel regarding omnibus claims objections and consider next steps (0.1); prepare for and attend conference with S. Nylen  regarding same (0.2) | 0.30 |
| 10/30/25 | JRH | Emails and follow up with Texas authority on status | 0.30 |
| 10/30/25 | STN | Conference with J. Hoover regarding Texas taxing authorities informal response to omnibus claims objections (0.1); follow-up email correspondence with internal team and B. Homony (Trustee's office) regarding same (0.1); follow-up correspondence with J. Hoover regarding same (0.1); email correspondence with L. Molinaro regarding hearing agenda and COC for revised orders on claims objections (0.1) | 0.40 |
| 10/31/25 | LM | Research certification of counsel and agenda samples to provide to S. Nylen | 1.20 |
| 10/31/25 | JRH | Confer with Sven and follow up on resolution of claims objections and preparation of agenda and next steps | 0.50 |

General Claims Matters

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| Daniel N. Brogan | (DNB) | $755.00 | 20.10 | $15,175.50 |
| Kevin M. Capuzzi | (KMC) | $865.00 | 2.50 | $2,162.50 |
| John C. Gentile | (JCG) | $810.00 | 2.20 | $1,782.00 |
| Jennifer R. Hoover | (JRH) | $975.00 | 18.90 | $18,427.50 |
| Sven T. Nylen | (STN) | $975.00 | 63.00 | $61,425.00 |
| | | | 106.70 | $98,972.50 |
| **Associate** | | | | |
| Mary V. Gilmore | (MVG) | $560.00 | 9.10 | $5,096.00 |
| | | | 9.10 | $5,096.00 |
| **Paralegal** | | | | |
| Louanne Molinaro | (LM) | $425.00 | 36.40 | $15,470.00 |
| | | | 36.40 | $15,470.00 |
| | | TOTAL: | 152.20 | $119,538.50 |

Combined Average Hourly Rate:    $785.40

Litigation

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 06/24/25 | JRH | Emails to/from litigation plaintiff in connection with PI litigation against the debtors and discovery | 0.20 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| Jennifer R. Hoover | (JRH) | $975.00 | 0.20 | $195.00 |
| | | | 0.20 | $195.00 |
| | | TOTAL: | 0.20 | $195.00 |

Combined Average Hourly Rate:    $975.00

Preference Actions

| Date | Tkpr | Narrative | Hours |
|------|------|-----------|-------|
| 02/19/25 | JCG | Review and approve NOD for the fishman/tobin action (0.1); related emails to/from ASK and L. Molinaro on same (0.1) | 0.20 |
| 02/19/25 | LM | Prepare and efile notice of dismissal of adversary case # 20-50232 | 0.20 |
| 02/28/25 | JCG | Emails to/from chambers on status of certain open matters | 0.10 |
| 03/04/25 | JCG | Review and approve notice of dismissal and COS w/r/t certain adversary (0.2); emails to/from K. Capuzzi on status of various adversaries (0.1) | 0.30 |
| 03/04/25 | LM | Prepare and efile notice of dismissal of adversary case # 20-50399 (0.3); review adversary case list for open cases (0.2); run docket reports for open cases and confer with K. Capuzzi, J. Gentile, and J. Hoover regarding same (.2) | 0.70 |

Preference Actions

| Attorney Name | | Hourly Rate | Hours | Amount |
| --- | --- | --- | --- | --- |
| Partner | | | | |
| John C. Gentile | (JCG) | $810.00 | 0.60 | $486.00 |
| | | | 0.60 | $486.00 |
| Paralegal | | | | |
| Louanne Molinaro | (LM) | $425.00 | 0.90 | $382.50 |
| | | | 0.90 | $382.50 |
| | | TOTAL: | 1.50 | $868.50 |

Combined Average Hourly Rate:    $579.00