# EXHIBIT B

SUMMARY OF EXPENSES INCURRED FOR THIS PERIOD
NOVEMBER 1, 2024 THROUGH OCTOBER 31, 2025

| Expense | Amount |
|---|---|
| Delivery Fee - Outside | $25.00 |
| Outside Professional Services | $340.67 |
| TOTAL: | $365.67 |

| Delivery Fee - Outside | | | |
|---|---|---|---:|
| Date | User | Description | Amount |
| 04/29/25 | LM | Vendor: Innovative Discovery LLC; Invoice#: 267543; Date: 4/29/2025 - Hand delivery | 25.00 |
| | | TOTAL | 25.00 |

**Outside Professional Services**

| Date | User | Description | Amount |
|---|---|---|---|
| 11/30/24 | JRH | Vendor: DLS Discovery, LLC; Invoice#: 195622; Date: 11/30/2024 - Print/Mail service | 340.67 |
| | | TOTAL | 340.67 |