# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>J & M SALES INC., *et al.*<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 18-11801 (CTG)<br><br>Jointly Administered<br><br>**Re: D.I.** |

**ORDER APPROVING THE FOURTEENTH INTERIM FEE APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE OF INTERIM FEE COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2024, THROUGH OCTOBER 31, 2025**

Upon consideration of the *Fourteenth Interim Fee Application for Compensation and Reimbursement of Expenses* (the "Application") of Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") for the period of November 1, 2024, through October 31, 2025 (the "Fee Period"); and the Court having thoroughly reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. Benesch is allowed compensation in the amount of $173,717.50 and reimbursement of expenses in the amount of $365.67 for the Fee Period, for a total award of $174,083.17 (the "Fees and Expenses"), which amount shall constitute an allowed chapter 7 administrative expense

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

2

in the Chapter 7 phase of the above-captioned bankruptcy cases. The Trustee is authorized and shall distribute said Fees and Expenses to Benesch.