## **CERTIFICATION**

Jennifer R. Hoover, Esquire, hereby certifies as follows:

1. I am a partner with the applicant firm, Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch").

2. I have personally performed many of the legal services rendered by Benesch, as counsel to the Trustee, and am thoroughly familiar with the other work performed on behalf of the Trustee by lawyers in the firm.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies with such Local Bankruptcy Rules.

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)

Dated: November 14, 2025