IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M SALES INC., *et al.*<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 18-11801 (CTG)<br><br>Jointly Administered<br><br>**Obj. Deadline: December 1, 2025 at 4:00 p.m. ET**<br>**Hearing Date: December 8, 2025 at 2:00 p.m. ET** |

### NOTICE OF APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR CHAPTER 7 TRUSTEE

**PLEASE TAKE NOTICE** that Benesch, Friedlander, Coplan & Aronoff LLP (the "Applicant"), counsel to George L. Miller, the Chapter 7 Trustee in the above matter (the "Trustee"), filed its *Fourteenth Interim Fee Application for Compensation and Reimbursement of Expenses* (the "Application") for the period of November 1, 2024 through October 31, 2025 (the "Fee Period"), seeking Court approval for compensation in the amount of $173,717.50 and reimbursement of expenses in the amount of $365.67 for the Fee Period, for a total award of $174,083.17, with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Application may be obtained from the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Application must be made in writing, filed with the Bankruptcy Court and served upon the undersigned, so as to actually be received by the Bankruptcy Court and Applicant on or before

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

**December 1, 2025, at 4:00 p.m. (ET)**. If no objections are timely filed in accordance with the above procedures, the Applicant shall file a Certificate of No Objection with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedures, a hearing on the Application will be held on **December 8, 2025, at 2:00 p.m. (ET),** before the Honorable Craig T. Goldblatt, United States Bankruptcy Court Judge, United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, Courtroom No. 7. Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered at said hearing.

**IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION OR OTHER RESPONSE TO THE APPLICATION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 14, 2025
      Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 /s/ *Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
John C. Gentile (No. 6159)
1313 N. Market St., Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneschlaw.com
       kcapuzzi@beneschlaw.com
       jgentile@beneschlaw.com

*Counsel for George L. Miller*,
*Chapter 7 Trustee*