## **CERTIFICATE OF SERVICE**

I, Jennifer R. Hoover, hereby certify that on November 14, 2025, I caused a true and correct copy of the foregoing application to be served upon all parties registered to receive electronic notice via the Court's CM/ECF notification system in this matter, and I caused a true and correct copy of the notice of application to be served on all Interim Fee App Notice Parties as authorized by order [D.I. 1651] via electronic mail and/or U.S. First Class mail.

 */s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)

27845796 v1