## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J&M Sales Inc., et al.,[1]<br><br>                           Debtors. | Case No. 18-11801 (CTG)<br><br>(Jointly Administered)<br><br>Chapter 7<br><br>**Objection Deadline: December 1, 2025 at 4:00 pm (ET)**<br>**Hearing Date: December 8, 2025 at 2:00 pm (ET)** |

### TWELFTH INTERIM APPLICATION OF MILLER COFFEY TATE LLP
### FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES
### AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS TO THE TRUSTEE
### <u>FOR THE PERIOD FROM JULY 1, 2024 THROUGH SEPTEMBER 30, 2025</u>

| | |
|---|---|
| Name of Applicant: | Miller Coffey Tate LLP |
| Authorized to Provide<br>Professional Services to: | Trustee |
| Date of Retention: | Retention Application Filed: February 21, 2019<br>Seeking <u>nunc pro tunc</u> employment as of<br>February 4, 2019<br>Order entered April 12, 2019 |
| Period for which compensation and<br>Reimbursement is sought: | July 1, 2024 through September 30, 2025 |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | $53,767.68 ($59,275.00 les voluntary reduction of<br>$5,507.32) |
| Amount of Expense Reimbursement<br>sought as actual, reasonable and necessary: | $217.91 |

This is an ___X___ Interim _____Final Application

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: J&M Sales, Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052) and Pazzo Management LLC (1924).

## LOCAL FORM 102/RULE 2016-2
## FEE SUMMARY
## JULY 1, 2024 THROUGH SEPTEMBER 30, 2025

| Name of Professional Person | Certification Date | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate 2024 | | Hourly Billing Rate 2025 | | Total Billed Hours | Total Compensation | |
|---|---|---|---|---|---|---|---|---|---|
| Matthew R. Tomlin, CPA | 1994 | Partner (2006) | $ | 620 | $ | 645 | 5.00 | $ | 3,225.00 |
| William A. Homony, CIRA | 2010 | Principal (2016) | $ | 585 | $ | 615 | 69.90 | | 42,841.50 |
| Jack J. Reynolds | N/A | Manager (2022) | $ | 405 | $ | 435 | 2.10 | | 874.50 |
| Vincent L. Capitolo | 2022 | Senior Accountant (2023) | $ | 350 | $ | 375 | 20.20 | | 7,557.50 |
| Anthony F. Archer | N/A | Staff Accountant (2023) | $ | 265 | $ | 285 | 5.90 | | 1,563.50 |
| Jaxon L. Tomlin | N/A | Staff Accountant (2024) | $ | 250 | $ | 270 | 11.90 | | 3,213.00 |
| | | | | | | | | $ | 59,275.00 |
| Voluntary Reduction | | | | | | | | $ | (5,507.32) |
| | TOTAL | | | | | | 115.00 | $ | 53,767.68 |

Blended rate $    467.55

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees | |
|---|---|---|---|
| Case Administration | 3.30 | $ | 2,014.50 |
| Avoidance Actions | 1.30 | | 499.50 |
| Tax | 43.80 | | 16,039.00 |
| Asset Recovery | 2.20 | | 1,296.00 |
| Insider Actions | 3.00 | | 1,830.00 |
| Claims | 59.70 | | 36,691.50 |
| Fee Application | 1.70 | | 904.50 |
| | 115.00 | $ | 59,275.00 |
| Voluntary Reduction | | $ | (5,507.32) |
| Total | | $ | 53,767.68 |

**EXPENSE SUMMARY**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Fax | MCT | $ 4.75 |
| Pacer | Various | 168.90 |
| Photocopies | MCT | 25.50 |
| Postage | Various | 18.76 |
| | Total | $ 217.91 |

## PRIOR FEE APPLICATIONS

| Date Filed | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 7/11/19 | 2/4/19 through 5/31/19 | $ 103,102.00 | $ 4,887.02 | $ 103,102.00 | $ 4,887.02 |
| 11/26/19 | 6/1/19 through 10/31/19 | $ 171,851.00 | $ 1,441.62 | $ 171,851.00 | $ 1,441.62 |
| 4/9/20 | 11/1/19 through 3/31/20 | $ 110,327.00 (11,650.13) $ 98,676.87 | $ 404.44 | $ 98,676.87 | $ 404.44 |
| 8/31/20 | 4/1/20 through 7/31/20 | $ 483,592.00 (24,179.60) $ 459,412.40 | $ 934.70 | $ 459,412.40 | $ 934.70 |
| 2/4/21 | 8/1/20 through 12/31/20 | $ 34,266.00 | $ 133.60 | $ 34,266.00 | $ 133.60 |
| 5/26/21 | 1/1/21 through 4/30/21 | $ 65,864.00 | $ 200.49 | $ 65,864.00 | $ 200.49 |
| 10/19/21 | 5/1/21 through 9/30/21 | $ 60,590.00 | $ 170.62 | $ 60,590.00 | $ 170.62 |
| 5/31/22 | 10/1/21 through 4/30/22 | $ 29,474.50 | $ 280.08 | $ 29,474.50 | $ 280.08 |
| 11/14/2022 | 5/1/22 through 10/31/22 | $ 64,846.00 | $ 121.10 | $ 64,846.00 | $ 121.10 |
| 11/8/23 | 11/1/22 through 9/30/23 | $ 24,776.00 | $ 271.02 | $ 24,776.00 | $ 271.02 |
| 8/7/24 | 10/1/2023 through 6/30/2024 | $ 20,387.50 | $ 428.16 | $ 20,387.50 | $ 428.16 |
| 11/14/25 | 7/1/2024 through 9/30/2025 | $ 59,275.00 (5,507.32) $ 53,767.68 | $ 217.91 | Pending | Pending |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 18-11801 (CTG) |
| J&M Sales Inc., et al.,[1] | (Jointly Administered) |
| Debtors. | Chapter 7 |

**Objection Deadline: December 1, 2025 at 4:00 pm (ET)**
**Hearing Date: December 8, 2025 at 2:00 pm (ET)**

### TWELFTH INTERIM APPLICATION OF MILLER COFFEY TATE LLP
### AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS TO THE TRUSTEE
### <u>FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES</u>

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Miller Coffey Tate LLP ("MCT") hereby applies (the "Application") for an award of reasonable compensation in the above-captioned chapter 7 cases of J&M Sales Inc., et al., (the "Debtors"), for professional services rendered as Accountants and Bankruptcy Consultants for the Trustee in the amount of $53,767.68 together with reimbursement for actual and necessary expenses incurred in the amount of $217.91 for the period commencing from July 1, 2024 through September 30, 2025 (the "Application Period"). In support of the Application, Miller Coffey Tate LLP respectfully represents as follows:

### <u>Background</u>

1.      On August 6, 2018 (the "Petition Dates"), the Debtors filed voluntary petitions under Chapter 11 of Title 11 of the Bankruptcy Code.

2.      On or about February 4, 2019 (the "Conversion Date"), the Order was entered converting the Debtors' Chapter 11 proceedings to Cases under Chapter 7.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: J&M Sales, Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052) and Pazzo Management LLC (1924).

3.    On February 4, 2019, the Office of the United States Trustee appointed George L. Miller as Interim Trustee/Trustee (the "Trustee") of the estates of the Debtors.

4.    An Application of the Trustee for an Order Authorizing the Retention and Employment of Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants for the Trustee nunc pro tunc to February 4, 2019 (the "Retention Application") was filed on or about February 21, 2019 and the Order was entered on April 12, 2019.  The Retention Application requests that MCT be compensated on an hourly basis and be reimbursed for actual and necessary out-of-pocket expenses it incurred.  At all relevant times, MCT has been a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code (the "Code") and has not represented nor held any interest adverse to the interest of the Debtors or Debtors' estates.

### Compensation Paid and its Source

5.    All services for which MCT requests Compensation were performed for or on behalf of the Trustee.

### Relief Requested

6.    This Application is the Twelfth Interim Fee Application to be filed by MCT in these cases.  In connection with the professional services described below, by this Application, MCT seeks compensation in the amount of $53,767.68 and expense reimbursement of $217.91.  The Applicant has voluntarily reduced its requested interim compensation by $5,507.32.

7.    Exhibits A-1 through A-9 reflect the services performed as follows:

A-1  Summary of Time Charges by Individual - this summary reflects the aggregate time by individual.

A-2  Summary of Time Charges by Category - this summary reflects the charges for services rendered by category.

A-3 through A-9 reflects the explanation and detailed time charges by category and by individual with the category as follows:

A-3    Case Administration

A-4    Avoidance Action

A-5    Tax

A-6    Asset Recovery

A-7    Insider Actions

A-8    Claims

A-9    Fee Application

## **Summary of Services Rendered**

8.    Applicant has performed numerous services for the Trustee which are fully described in Exhibits "A-3" through "A-9" which are attached hereto and incorporated herein by reference.

Staffing provided by the Applicant who has rendered professional services in these cases during the Application Period is as follows:

| | |
|---|---|
| Matthew R. Tomlin, CPA | William A. Homony, CIRA |
| Jack J. Reynolds | Vincent L. Capitolo, CPA |
| Victor J. Stott | Anthony F. Archer |
| Jaxon L. Tomlin | |

In addition, since each Applicant's staff person is responsible for separate and distinct assignments, it is necessary to have organization meetings between the staff persons as well as with the Trustee and Trustee's attorneys in order to properly administer the estates.

9.    For the Application Period, MCT seeks allowance of compensation in the amount $53,767.68 in connection with the professional services described above.

10.    During the Application Period, MCT incurred or disbursed the actual and necessary costs and expenses related to these cases in the amount of $217.91 as described in Exhibit B.

11.     Pursuant to Local Rule No. 2016-2 of this Court, MCT represents as follows with regard to its charges for actual and necessary costs and expenses during the Application Period:

a)     Copy charges are $.10 per page, which charge is reasonable and customary in the accounting industry representing costs of copy materials, acquisition maintenance, storage and operation of copy machines, together with a margin for recovery of lost expenditures.

12.     MCT has reviewed the requirements of Local Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, and this Application complies with Local Rule 2016-2.

**WHEREFORE**, MCT respectfully requests that the Court enter an order allowing compensation in the sum of $53,767.68 for professional services rendered, and the sum of $217.91 for reimbursement of actual and necessary costs and expenses incurred by it in these cases from July 1, 2024 through September 30, 2025, and that the Trustee be authorized to pay MCT all outstanding amounts.

Dated: <u>November 14, 2025</u>                MILLER COFFEY TATE LLP

<u>/s/ William A. Homony</u>
WILLIAM A. HOMONY, CIRA
MILLER COFFEY TATE LLP
Eight Penn Center; Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
Telephone: 215-561-0950
Telecopy:  215-561-0330
Accountants and Bankruptcy Consultants to the Trustee

EXHIBIT "A-1"

J&M SALES, INC. et al.

SUMMARY OF TIME CHARGES BY INDIVIDUAL

FROM JULY 1, 2024 THROUGH SEPTEMBER 30, 2025

| | Rate | Hours | | Total |
|---|---|---|---|---|
| **2024** | | | | |
| William A. Homony, CIRA | $585 | 4.90 | $ | 2,866.50 |
| Jack J. Reynolds | $405 | 1.30 | | 526.50 |
| Vincent L. Capitolo | $350 | 0.70 | | 245.00 |
| Anthony F. Archer | $265 | 5.90 | | 1,563.50 |
| | | 12.80 | $ | 5,201.50 |
| **2025** | | | | |
| Matthew R. Tomlin, CPA | $645 | 5.00 | $ | 3,225.00 |
| William A. Homony, CIRA | $615 | 65.00 | | 39,975.00 |
| Jack J. Reynolds | $435 | 0.80 | | 348.00 |
| Vincent L. Capitolo | $375 | 19.50 | | 7,312.50 |
| Jaxon L. Tomlin | $270 | 11.90 | | 3,213.00 |
| | | 102.20 | $ | 54,073.50 |
| | | | $ | 59,275.00 |
| Voluntary Reduction | | | $ | (5,507.32) |
| | | 115.00 | $ | 53,767.68 |

EXHIBIT "A-2"

J&M SALES, INC. et al.

SUMMARY OF TIME CHARGES BY CATEGORY

FROM JULY 1, 2024 THROUGH SEPTEMBER 30, 2025

| | | |
|---|---|---:|
| Case Administration | $ | 2,014.50 |
| Avoidance Action | | 499.50 |
| Tax | | 16,039.00 |
| Asset Recovery | | 1,296.00 |
| Insider Actions | | 1,830.00 |
| Claims | | 36,691.50 |
| Fee Application | | 904.50 |
| | $ | 59,275.00 |
| Voluntary Reduction | $ | (5,507.32) |
| **Total** | $ | 53,767.68 |

EXHIBIT "A-3"

J&M SALES, INC. et al.

SUMMARY OF TIME CHARGES BY CATEGORY

FROM JULY 1, 2024 THROUGH SEPTEMBER 30, 2025

## **Case Administration**

This category includes general tasks that were performed in order to properly administer these bankruptcy cases.

Hours:        3.30          Dollars:        $2,014.50

# Time List

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| Client: J&M Sales - General | | | | | |
| WAH | 8/9/2024 | JMSAL01 | Review draft substantive consolidation motion | 0.20 | $117.00 |
| WAH | 11/4/2024 | JMSAL01 | Attend to outstanding BDO document preserved documents | 0.30 | $175.50 |
| WAH | 2/24/2025 | JMSAL01 | Review draft motion to abandon and destroy Debtor records | 0.20 | $123.00 |
| WAH | 2/24/2025 | JMSAL01 | Review J Hoover e-mail and follow up substantive consolidation issues | 0.90 | $553.50 |
| WAH | 3/4/2025 | JMSAL01 | Review draft Motion to substantively consolidate the Debtor's bankruptcy cases | 0.50 | $307.50 |
| WAH | 4/7/2025 | JMSAL01 | Review entered order regarding document destruction | 0.10 | $61.50 |
| WAH | 4/9/2025 | JMSAL01 | Attend to electronic record data destruction help by BDO | 0.10 | $61.50 |
| WAH | 7/21/2025 | JMSAL01 | Review and reply to L. Cromley email regarding Debtor records destruction | 0.10 | $61.50 |
| WAH | 9/11/2025 | JMSAL01 | Evaluate potential basis for substantive consolidation of Debtor cases | 0.90 | $553.50 |
| Total: J&M Sales - General | | | | 3.30 | $2,014.50 |
| Grand Total | | | | 3.30 | $2,014.50 |

EXHIBIT "A-4"

J&M SALES, INC. et al.

SUMMARY OF TIME CHARGES BY CATEGORY

FROM JULY 1, 2024 THROUGH SEPTEMBER 30, 2025

## Avoidance Action

Services rendered in this category include identifying and reviewing the Debtors' records to locate information substantiating preference transfers including but not limited to bank statements, wire documentation, and vendor invoices to assist Trustee's special counsel in prosecuting preferences. Applicant assisted the Trustee by reviewing Debtor records in response to discovery requests and in preparing for and participating in numerous mediations. To date, the Trustee has recovered in excess of $9.1 million from the prosecution of preferences.

Hours:          1.30            Dollars:          $499.50

# Time List

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| Client: J&M Sales - Avoidance Action | | | | | |
| VLC | 1/29/2025 | JMSAL04 | Discuss J&M Sales reconciliation with J. Reynolds | 0.20 | $75.00 |
| VLC | 1/29/2025 | JMSAL04 | Analysis of preference collection analysis and review of details from ASK LLP | 0.90 | $337.50 |
| JJR | 1/29/2025 | JMSAL04 | Meet with V. Capitolo regarding reconciliation of ASK analyses | 0.20 | $87.00 |
| Total: J&M Sales - Avoidance Action | | | | 1.30 | $499.50 |
| Grand Total | | | | 1.30 | $499.50 |

EXHIBIT "A-5"

J&M SALES, INC. et al.

SUMMARY OF TIME CHARGES BY CATEGORY

FROM JULY 1, 2024 THROUGH SEPTEMBER 30, 2025

**Tax**

Services rendered in this category include the research, compilation, review, analysis and reconstruction of the Debtors' books and records for the preparation of Debtors' tax and information returns and other required reporting.

Hours:        43.80            Dollars:        $16,039.00

# Time List

Page          1

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| Client: J&M Sales - Taxes | | | | | |
| AFA | 7/2/2024 | JMSAL05 | Analyze receipt and disbursement activity for all debtors | 2.10 | $556.50 |
| AFA | 7/2/2024 | JMSAL05 | Prepare preliminary analysis as of June 2024 | 1.00 | $265.00 |
| AFA | 7/2/2024 | JMSAL05 | Meet with J. Reynolds regarding: receipt classification | 0.20 | $53.00 |
| AFA | 7/2/2024 | JMSAL05 | Analysis of details regarding: disbursement reconciliation as of June 2024 | 1.00 | $265.00 |
| VLC | 7/2/2024 | JMSAL05 | Preliminary review of receipt and disbursement analysis of June 2024 | 0.70 | $245.00 |
| JJR | 7/2/2024 | JMSAL05 | Meet with A. Archer regarding receipt and disbursement analysis | 0.20 | $81.00 |
| AFA | 7/3/2024 | JMSAL05 | Continue preparation of receipts and disbursements summary | 1.20 | $318.00 |
| JJR | 7/3/2024 | JMSAL05 | Review of receipt and disbursement analysis as of June 2024 | 0.20 | $81.00 |
| AFA | 7/9/2024 | JMSAL05 | Meet with J. Reynolds regarding: revisions to receipt analysis | 0.10 | $26.50 |
| AFA | 7/9/2024 | JMSAL05 | Update to receipt and disbursement analysis | 0.30 | $79.50 |
| JJR | 7/9/2024 | JMSAL05 | Review of revised receipt and disbursement analysis of June 2024 | 0.30 | $121.50 |
| JJR | 7/9/2024 | JMSAL05 | Meet with A. Archer regarding receipt and disbursement analysis revisions and updates | 0.10 | $40.50 |
| JLT | 1/13/2025 | JMSAL05 | Review of activity and prepare informational returns | 2.10 | $567.00 |
| MRT | 1/13/2025 | JMSAL05 | Review and planning of year end analysis and reporting | 0.20 | $129.00 |
| VLC | 1/15/2025 | JMSAL05 | Initial review of 2024 1099s for J&M Sales | 1.20 | $450.00 |
| MRT | 1/20/2025 | JMSAL05 | Review and challenge activity analysis and information reporting for 2024 | 0.20 | $129.00 |
| JLT | 2/7/2025 | JMSAL05 | Analysis and review of activity for tax return | 1.70 | $459.00 |
| JLT | 2/10/2025 | JMSAL05 | Prepare 2024 trial balance | 1.50 | $405.00 |
| VLC | 2/11/2025 | JMSAL05 | Review and analysis of 2024 schedules of cash receipts/disbursements and related summaries for J&M Sales Debtors (National Stores, Inc.; J&M Stores of Texas, LLC; FP Stores, Inc.; Southern Island Stores, LLC; Caribbean Island Stores, LLC) | 1.80 | $675.00 |
| JLT | 2/12/2025 | JMSAL05 | Revision and update of adjusting entries and trial balance | 1.50 | $405.00 |
| VLC | 2/12/2025 | JMSAL05 | Initial review and analysis of 2024 schedules of cash receipts and disbursements and related summary for J&M Sales | 0.80 | $300.00 |
| VLC | 2/12/2025 | JMSAL05 | Review and challenge 2024 trial balance | 2.30 | $862.50 |

| Employee | Date | Client | Service Description | Time | Value |
|----------|------|--------|---------------------|------|-------|
| MRT | 2/18/2025 | JMSAL05 | Review and challenge preliminary trial balance and analysis | 0.50 | $322.50 |
| VLC | 2/20/2025 | JMSAL05 | Review J&M Sales settlement agreement for Hiscox and RLI Insurance adversary proceedings | 1.50 | $562.50 |
| VLC | 2/20/2025 | JMSAL05 | Summarize the impact of the settlement amounts from Hiscox and RLI Insurance in relation to the Debtor's 2024 trial balance | 0.90 | $337.50 |
| VLC | 2/20/2025 | JMSAL05 | Discuss J&M Sales settlements with Fallas defendants and reporting on the books with J. Reynolds | 0.30 | $112.50 |
| JJR | 2/20/2025 | JMSAL05 | Meet with V. Capitolo regarding adjustments for settlements and collections | 0.30 | $130.50 |
| VLC | 2/26/2025 | JMSAL05 | Discussion with J. Reynolds regarding Debtor Trial Balance for 2024 | 0.30 | $112.50 |
| VLC | 2/26/2025 | JMSAL05 | Meeting with M. Tomlin regarding Debtor assets and potential recoveries, as well as Debtor settlement income | 0.40 | $150.00 |
| JJR | 2/26/2025 | JMSAL05 | Meet with V. Capitolo regarding 2024 trial balance updates and issues | 0.30 | $130.50 |
| MRT | 2/26/2025 | JMSAL05 | Review of potential asset recovery remaining with V. Capitolo | 0.40 | $258.00 |
| VLC | 2/28/2025 | JMSAL05 | Revise J&M Sales trial balance regarding settlement proceeds adjustment | 1.40 | $525.00 |
| JLT | 3/3/2025 | JMSAL05 | Discuss tax return updates with V. Capitolo | 0.30 | $81.00 |
| VLC | 3/3/2025 | JMSAL05 | Discuss status of trial balance and revisions needed as well as upcoming tax return and 505(b) notice preparation with J. Tomlin | 0.30 | $112.50 |
| VLC | 3/3/2025 | JMSAL05 | Investigate Debtor records for additional support for asset removal and related expenses | 0.50 | $187.50 |
| VLC | 3/4/2025 | JMSAL05 | Meet with M. Tomlin regarding settlement income and removal of certain assets from trial balance for J&M | 0.30 | $112.50 |
| VLC | 3/4/2025 | JMSAL05 | Further investigation of J&M Sales assets balance, including reviewing MORS and pre-petition financial records to determine the makeup of prepaid expenses and other assets | 0.60 | $225.00 |
| MRT | 3/4/2025 | JMSAL05 | Review and challenge preliminary trial balance and asset adjustments | 0.70 | $451.50 |
| MRT | 3/4/2025 | JMSAL05 | Met with V. Capitolo regarding nature and tax impact of settlements | 0.30 | $193.50 |
| JLT | 3/5/2025 | JMSAL05 | Preparation of 2024 tax return | 2.30 | $621.00 |
| VLC | 3/5/2025 | JMSAL05 | Revise J&M Sales analysis to include write-off of all non-cash assets, and review Debtor bankruptcy schedules/MORs | 1.40 | $525.00 |
| JLT | 3/6/2025 | JMSAL05 | Revision and update of 2024 tax return | 1.30 | $351.00 |
| VLC | 3/6/2025 | JMSAL05 | Review and analysis of Debtor tax return for 2024 | 2.80 | $1,050.00 |

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| MRT | 3/7/2025 | JMSAL05 | Review and challenge draft return and analysis | 0.70 | $451.50 |
| MRT | 3/7/2025 | JMSAL05 | Review and evaluate issues for tax return | 0.40 | $258.00 |
| WAH | 3/13/2025 | JMSAL05 | Review draft 2024 federal tax return and supporting work papers | 0.50 | $307.50 |
| MRT | 3/13/2025 | JMSAL05 | Review issues and status with return and adjustment | 0.20 | $129.00 |
| MRT | 3/14/2025 | JMSAL05 | Review of I/C received adjustment needed | 0.10 | $64.50 |
| JLT | 3/19/2025 | JMSAL05 | Revision of tax return regarding accrual adjustments | 1.00 | $270.00 |
| VLC | 3/19/2025 | JMSAL05 | Investigate intercompany receivable balance for J&M Sales and trace balance across various Debtors to Liabilities Subject to Compromise account | 1.30 | $487.50 |
| VLC | 3/19/2025 | JMSAL05 | Discuss J&M Sales return adjustment to intercompany receivable and LSTC with M. Tomlin | 0.30 | $112.50 |
| MRT | 3/19/2025 | JMSAL05 | Review of information on Interco balances with V. Capitolo | 0.30 | $193.50 |
| MRT | 3/20/2025 | JMSAL05 | Review and challenge revised trial balance and adjustment analysis | 0.30 | $193.50 |
| MRT | 3/24/2025 | JMSAL05 | Review and challenge draft tax return and supporting analysis | 0.50 | $322.50 |
| JLT | 3/26/2025 | JMSAL05 | Compile final return for Trustee | 0.20 | $54.00 |
| MRT | 3/26/2025 | JMSAL05 | Final review and signing of tax return and support | 0.20 | $129.00 |

Total: J&M Sales - Taxes

|  |  |  |  | 43.80 | $16,039.00 |

## Grand Total

|  |  |  |  | 43.80 | $16,039.00 |

EXHIBIT "A-6"

J&M SALES, INC. et al.

SUMMARY OF TIME CHARGES BY CATEGORY

FROM JULY 1, 2024 THROUGH SEPTEMBER 30, 2025

## **Asset Recovery**

Services rendered in this category represent the identification, compilation and analysis of financial and related data necessary to assist the Trustee and his professionals in the process of identifying, preserving, recovering and liquidating all of the Debtors' assets. The Applicant also facilitated numerous requests for financial and other information and interacted with the secured lender. To date, the Trustee has recovered gross proceeds in excess of $6.3 million from his administration of the bankruptcy cases.

Hours:        2.20        Dollars:        $1,296.00

# Time List

Page    1

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| **Client: J&M Sales - Asset Recovery** | | | | | |
| WAH | 8/2/2024 | JMSAL06 | Review and reply to C Santos e-mail regarding status and distribution | 0.30 | $175.50 |
| WAH | 9/27/2024 | JMSAL06 | Draft lender distribution calculations | 1.50 | $877.50 |
| WAH | 11/5/2024 | JMSAL06 | Attend to C Santos e-mail regarding wire confirmation | 0.10 | $58.50 |
| WAH | 2/5/2025 | JMSAL06 | Complete requested bank audit confirmation of debt balance | 0.30 | $184.50 |
| Total: J&M Sales - Asset Recovery | | | | 2.20 | $1,296.00 |
| **Grand Total** | | | | 2.20 | $1,296.00 |

EXHIBIT "A-7"

J&M SALES, INC. et al.

SUMMARY OF TIME CHARGES BY CATEGORY

FROM JULY 1, 2024 THROUGH SEPTEMBER 30, 2025

**Insider Actions**

This category represents services rendered in connection with the investigation of the Debtors' affairs to identify and evaluate potential causes of action against third-parties that can be pursued for the benefit of the Debtors' estates and their creditors. Substantial resources were dedicated to reviewing documents from third-parties and the Debtors, including key personnel email, to develop and support the causes of action identified by the Applicant against the Debtors' former owners, directors and officers and numerous other third-parties. A significant amount of time was incurred in the identification, compilation and review of thousands of transfers made to insiders and other third-parties and related supporting documentation. This task was made more difficult by the actions and inactions of Pegasus Trucking LLC, a party controlled by Michael Fallas, who hindered the Trustee's ability to access the Debtors' books and records, a substantial portion of which is in the possession and control of Pegasus Trucking LLC.

The Applicant's efforts to assist the Trustee and his special litigation counsel culminated in the filing of a voluminous complaint against over 100 defendants on July 30, 2020 (Adversary Proceeding No. 20-50775) captioned Miller v. Fallas, et al. The complaint asserts eleven separate counts seeking to recover damages in excess of $350M. The Trustee filed an Amended Complaint on September 10, 2021 and filed a Second Amended Complaint on November 3, 2022. The Trustee recently settled the adversary action which included the Trustee recovering $5.25 million for the benefit of the Debtors' estates. The settlement was approved via Court Order dated June 3, 2024[D.I. 2773].

Hours:        3.00          Dollars:        $1,830.00

# Time List

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| Client: J&M Sales - Insider Actions | | | | | |
| WAH | 9/10/2024 | JMSAL07 | Attend to Fallas settlement payment issues | 0.50 | $292.50 |
| WAH | 1/28/2025 | JMSAL07 | Assist Trustee with accounting of Conway creditor transfers and settlements | 2.50 | $1,537.50 |
| Total: J&M Sales - Insider Actions | | | | | |
| | | | | 3.00 | $1,830.00 |
| Grand Total | | | | | |
| | | | | 3.00 | $1,830.00 |

EXHIBIT "A-8"

J&M SALES, INC. et al.

SUMMARY OF TIME CHARGES BY CATEGORY

FROM JULY 1, 2024 THROUGH SEPTEMBER 30, 2025

## Claims

Services rendered in this category include the identification, review and analysis of asserted chapter 11 administrative claims asserted by various creditors against the Debtors' estates and the preparation of exhibits in support of the Trustee's omnibus claims objections.

Hours:        59.70        Dollars:        $36,691.50

# Time List

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| Client: J&M Sales - Claims | | | | | |
| WAH | 8/13/2024 | JMSAL08 | Review status of chapter 11 administrative claims review | 0.80 | $468.00 |
| WAH | 3/5/2025 | JMSAL08 | Review and evaluate requests for chapter 11 administrative claims for allowance and potential objection | 5.80 | $3,567.00 |
| WAH | 3/6/2025 | JMSAL08 | Ongoing review and evaluation of asserted chapter 11 administrative claims for potential objections | 3.90 | $2,398.50 |
| WAH | 3/6/2025 | JMSAL08 | Review potential super priority claim of priority payment systems | 2.30 | $1,414.50 |
| WAH | 3/7/2025 | JMSAL08 | Continuing review and evaluation of filed chapter 11 administrative claims for potential objection | 4.50 | $2,767.50 |
| WAH | 3/10/2025 | JMSAL08 | Telephone conference with J Hoover regarding priority payment systems administrative claim | 0.10 | $61.50 |
| WAH | 3/13/2025 | JMSAL08 | Ongoing review of asserted chapter 11 administrative and 503(b)(9) claims for potential objection | 2.80 | $1,722.00 |
| WAH | 3/27/2025 | JMSAL08 | Review and response to e-mail from J Hoover regarding Priority payment claim status | 0.10 | $61.50 |
| WAH | 4/8/2025 | JMSAL08 | Review status of claims analysis | 0.70 | $430.50 |
| WAH | 4/9/2025 | JMSAL08 | Review draft objection to priority payment, super priority administrative claim and provide comments to counsel | 0.60 | $369.00 |
| WAH | 4/9/2025 | JMSAL08 | Telephone conference with D Brogan regarding draft objection to priority payment claim | 0.10 | $61.50 |
| WAH | 4/28/2025 | JMSAL08 | E-mail to counsel regarding status of priority payment objection | 0.10 | $61.50 |
| WAH | 5/1/2025 | JMSAL08 | Review order disallowing Priority Payment Systems administrative claim | 0.10 | $61.50 |
| WAH | 5/13/2025 | JMSAL08 | Review Ch. 11 administrative claims for potential objection | 4.40 | $2,706.00 |
| WAH | 5/14/2025 | JMSAL08 | Review asserted Ch. 11 administrative claims for potential objection and distribution | 3.80 | $2,337.00 |
| WAH | 5/16/2025 | JMSAL08 | Ongoing review and challenge of Ch. 11 administrative claims for potential objection | 4.70 | $2,890.50 |
| WAH | 5/19/2025 | JMSAL08 | Ongoing review and challenge of Ch. 11 administrative claims for potential objection | 3.90 | $2,398.50 |
| WAH | 5/20/2025 | JMSAL08 | Ongoing review and evaluation of Ch. 11 administrative claims for potential objection | 2.10 | $1,291.50 |
| WAH | 5/21/2025 | JMSAL08 | Ongoing review and evaluation of asserted Ch. 11 administrative claims for potential objection | 2.80 | $1,722.00 |
| WAH | 8/6/2025 | JMSAL08 | Telephone conference with J Hoover and S Nylen regarding claim objections and substantive consolidation | 0.40 | $246.00 |
| WAH | 8/13/2025 | JMSAL08 | Review status of chapter 11 administrative claims review | 0.80 | $492.00 |
| WAH | 8/14/2025 | JMSAL08 | Continuing review of chapter 11 administrative claims for potential objection | 3.00 | $1,845.00 |

| Employee | Date | Client | Service Description | Time | Value |
|----------|------|--------|---------------------|------|-------|
| WAH | 8/15/2025 | JMSAL08 | Ongoing review of asserted chapter 11 administrative claims for potential objections | 2.50 | $1,537.50 |
| WAH | 8/27/2025 | JMSAL08 | Review scope of asserted chapter 11 administrative claims | 0.90 | $553.50 |
| WAH | 9/11/2025 | JMSAL08 | Review filed chapter 11 administrative claims for potential objections | 1.70 | $1,045.50 |
| WAH | 9/12/2025 | JMSAL08 | Ongoing review of asserted chapter 11 administrative claims for potential objections | 2.80 | $1,722.00 |
| WAH | 9/15/2025 | JMSAL08 | Complete review of asserted chapter 11 administrative claims and prepare omnibus claim objection exhibits | 3.80 | $2,337.00 |
| WAH | 9/25/2025 | JMSAL08 | Review and response to e-mail from S Nylen regarding claim objection exhibits | 0.20 | $123.00 |

Total: J&M Sales - Claims

|  |  |  |  | 59.70 | $36,691.50 |
|--|--|--|--|-------|------------|

Grand Total

|  |  |  |  | 59.70 | $36,691.50 |
|--|--|--|--|-------|------------|

EXHIBIT "A-9"

J&M SALES, INC. et al.

SUMMARY OF TIME CHARGES BY CATEGORY

FROM JULY 1, 2024 THROUGH SEPTEMBER 30, 2025

**Fee Application**

This category represents services rendered during the Application period in connection with the Applicant's eleventh interim fee applications.

Hours:          1.70              Dollars:          $904.50

# Time List

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| Client: J&M Sales - Fee Application | | | | | |
| JJR | 8/5/2024 | JMSAL22 | Review 11th interim fee application | 0.50 | $202.50 |
| WAH | 8/5/2024 | JMSAL22 | Review and revise time code categories | 0.50 | $292.50 |
| WAH | 8/7/2024 | JMSAL22 | Review and revise interim fee application | 0.70 | $409.50 |
| Total: J&M Sales - Fee Application | | | | 1.70 | $904.50 |
| Grand Total | | | | 1.70 | $904.50 |

EXHIBIT "B"

J&M SALES, INC. et al.

SUMMARY OF OUT OF POCKET EXPENSES

FROM JULY 1, 2024 THROUGH SEPTEMBER 30, 2025

| Type | Total |
|------|-------|
| Fax | $    4.75 |
| Pacer | 168.90 |
| Photocopies | 25.50 |
| Postage | 18.76 |
| **Total** | $   217.91 |

# Expense Report

Page       1

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Faxes | | | |
| Fax 2024 Form 1120S to CIO | Administrative | $4.75 | 3/25/2025 |
| Total: J&M Sales - General | | | |
| $4.75 | | | |
| Total: Faxes | | | |
| $4.75 | | | |

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Pacer | | | |
| July Pacer Charges | Administrative | $34.40 | 7/31/2024 |
| August Pacer Charges | Administrative | $4.80 | 8/31/2024 |
| January Pacer charges | Administrative | $0.40 | 1/31/2025 |
| Feb Pacer charges | Administrative | $15.90 | 2/28/2025 |
| March Pacer Charges | Administrative | $41.40 | 3/31/2025 |
| April Pacer charges | Administrative | $1.60 | 4/30/2025 |
| May Pacer charges | Administrative | $60.00 | 5/31/2025 |
| July Pacer charges | Administrative | $3.60 | 7/31/2025 |
| August Pacer charges | Administrative | $3.10 | 8/31/2025 |
| September Pacer charges | Administrative | $3.70 | 9/30/2025 |

Total: J&M Sales - General
$168.90

Total: Pacer
$168.90

| Description | Employee | Expense | Date |
|---|---|---|---|
| **Activity: Photocopies - B/W** | | | |
| Photocopies | Administrative | $4.80 | 7/31/2024 |
| Photocopies | Administrative | $4.30 | 8/6/2024 |
| Photocopies | Administrative | $4.50 | 1/31/2025 |
| Photocopies | Administrative | $1.10 | 2/28/2025 |
| Photocopies | Administrative | $10.70 | 3/31/2025 |
| Photocopies | Administrative | $0.10 | 6/30/2025 |

Total: J&M Sales - General
$25.50

Total: Photocopies - B/W
$25.50

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Postage | | | |
| Postage | Administrative | $4.14 | 1/21/2025 |
| Postage | Administrative | $0.69 | 1/28/2025 |
| Postage | Administrative | $0.69 | 3/11/2025 |
| Postage | Administrative | $11.86 | 3/26/2025 |
| Postage | Administrative | $0.69 | 4/10/2025 |
| Postage | Administrative | $0.69 | 4/11/2025 |

Total: J&M Sales - General        $18.76

Total: Postage        $18.76

Grand Total        $217.91