# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>J&M Sales Inc., et al.,[1]<br>            Debtors. | Case No. 18-11801 (CTG)<br>(Jointly Administered)<br>Chapter 7 |

**Objection Deadline: December 1, 2025 at 4:00 pm (ET)**
**Hearing Date: December 8, 2025 at 2:00 pm (ET)**

## NOTICE OF APPLICATION

PLEASE TAKE NOTICE that on November 14, 2025, Miller Coffey Tate LLP, Accountants and Bankruptcy Consultants to the Trustee ("Applicant") filed the Twelfth Interim Application for Compensation and for Reimbursement of Expenses for the period beginning July 1, 2024 through September 30, 2025 (the "Application") seeking Court approval for compensation in the amount of $53,767.68 as well as reimbursement of actual and necessary expenses in the amount of $217.91 with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections to the Application, if any, must be filed with the Court and served on the undersigned so as to be actually received by December 1, 2025 at 4:00 pm Eastern Standard time. If no objections are timely filed in accordance with the above procedure, the Bankruptcy Court may enter an Order approving the Application without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that if objections are timely filed, a hearing to consider the entry of an Order granting the relief requested in the Application will be held on December 8, 2025 at 2:00 pm Eastern Standard time.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: J&M Sales, Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052) and Pazzo Management LLC (1924).

Dated: <u>November 14, 2025</u>	/s/ William A. Homony

WILLIAM A. HOMONY, CIRA
MILLER COFFEY TATE LLP
Eight Penn Center; Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, PA  19103
Telephone:  215-561-0950
Telecopy:   215-561-0330
Accountants and Bankruptcy Consultants to the Trustee